```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A03-0199--CV (RRB)
         "ABSOLUTE ENVIRONMENTAL SVC V FORREST MCKINLEY"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:   The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 08/29/03
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (4) Incorporated or Principal Place of Business in This State
     DEF Diversity: (2) Citizen of Another State

     Nature of Suit: (190) Other contract actions
                    BREACH OF CONTRACT
            Origin: (1) Original Proceeding
            Demand: 100
        Filing fee: Paid $150.00 on 08/29/03 receipt # 00121164
          Trial by: Jury
```

Parties of Record:                                   Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | ABSOLUTE ENVIRONMENTAL SERVICES INC | Paul J. Nangle<br>Paul J. Nangle & Associates<br>101 Christensen Drive<br>Anchorage, AK 99501<br>907-274-8866<br>FAX 907-279-1794<br><br>Terry R. Marston<br>Marston & Heffernan<br>16880 NE 70th Street<br>Redmond, WA 98052-0902<br>425-861-5700<br>FAX 425-861-6969<br><br>Jami K. Elison<br>Marston Heffernan et al<br>16880 NE 70th Street<br>Redmond, WA 98052<br>425-861-5700<br>FAX 425-861-6969 |
| DEF 1.1 | MCKINLEY, FORREST J. | Eric J. Brown<br>Jermain Dunnagan et al<br>3000 A Street, Suite 300<br>Anchorage, AK 99501<br>907-563-8844<br>FAX 907-563-7322 |
| DEF 2.1 | [T] MCKINLEY, JANE DOE | No counsel found for this party! |
| DEF 3.1 | EMERCO INC | Eric J. Brown<br>(see above) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET PARTY INFORMATION FOR CASE A03-0199--CV (RRB)
                       "ABSOLUTE ENVIRONMENTAL SVC V FORREST MCKINLEY"

                   Including terminated parties, excluding terminated counsel
```

Parties of Record:                                      Counsel of Record:

|  |  |  |  |
|---|---|---|---|
| | | | William Baerg<br>Monteleone & McCrory LLP<br>725 S. Figueroa Street, Ste 3200<br>Los Angeles, CA 90017-5446<br>213-612-9900<br>FAX 213-612-9930 |
| | | | Patrick J. Duffy<br>Monteleone & McCrory LLP<br>725 S. Figueroa Street, Ste 3750<br>Los Angeles, CA 90017-5402<br>213-612-9900<br>FAX 213-612-9930 |
| DEF 4.1 | | BRECHAN ENTERPRISES INC | Michael E. Kreger<br>Perkins Coie<br>1029 W. 3rd Avenue, Suite 300<br>Anchorage, AK 99501<br>907-279-8561 |
| DEF 5.1 | | SAFECO INSURANCE COMPANY OF AMERICA | Michael E. Kreger<br>(see above) |
| 3PP 1.1 | | EMERCO INC | Eric J. Brown<br>(see above)<br><br>William Baerg<br>(see above) |
| 3PP 2.1 | | BRECHAN ENTERPRISES INC | Michael E. Kreger<br>(see above) |
| 3DF 1.1 | [T] | ABSOLUTE ENVIRONMENTAL SERVICES INC | No counsel found for this party! |
| 3DF 2.1 | [T] | BRECHAN ENTERPRISES INC | No counsel found for this party! |
| 3DF 3.1 | | SPECIALTY POLYMER COATING USA INC | Robert J. Dickson<br>Atkinson Conway et al<br>420 L Street, Suite 500<br>Anchorage, AK 99501-1989<br>907-276-1700 |
| 3DF 4.1 | [T] | COFFMAN ENGINEERS INC | No counsel found for this party! |
| 3DF 5.1 | [T] | SAFECO INSURANCE CO OF AMERICA | No counsel found for this party! |
| 3DF 6.1 | | COFFMAN ENGINEERS INC | Peter C. Partnow<br>Lane Powell et al<br>301 W. Northern Lights, #301<br>Anchorage, AK 99503-2648<br>907-277-9511<br>FAX 907-276-2631 |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A03-0199--CV (RRB)
                    "ABSOLUTE ENVIRONMENTAL SVC V FORREST MCKINLEY"

                                   For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
           Filed: 08/29/03
          Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
   PLF Diversity: (4) Incorporated or Principal Place of Business in This State
   DEF Diversity: (2) Citizen of Another State

   Nature of Suit: (190) Other contract actions
                   BREACH OF CONTRACT
           Origin: (1) Original Proceeding
           Demand: 100
       Filing fee: Paid $150.00 on 08/29/03 receipt # 00121164
         Trial by: Jury


Document #  Filed     Docket text

     1 -  1 08/29/03  Complaint filed; Summons issued as to DEF 1 & 3.

     2 -  1 08/29/03  PLF 1 Jury Demand.

     3 -  1 09/05/03  PLF 1 Disclosure Statement.

     4 -  1 10/28/03  RRB Minute Order re: plf is required to take action as to failure to
                      serve.  Plf shall proceed to serve any defs so as to comply with rule
                      4(m), FRCP.  cc: cnsl

     5 -  1 11/04/03  DEF 1; 3 Acknowledgement of receipt and acceptance of service of summons
                      and complaint by DEFs 1: 3 on 10/28/03.

     6 -  1 11/26/03  PLF 1 Notice of filing amended complaint before answer.

     7 -  1 11/26/03  PLF 1 Complaint (Amended).

  NOTE -  1 12/09/03  Issued: summons re: 3DF 2,3,and 4.

     8 -  1 12/09/03  DEF 1; 3 Answer to first amended complaint and Counterclaim w/att exh.

     8 -  2 12/09/03  3PP 1 Complaint (Third-party) w/att exh.

     9 -  1 12/10/03  RRB Minute Order that plf is required to take action as to dismissal for
                      failure to serve (Warning).  Any def as to whom proof of service is not
                      on file by 120 days from the filing of the complaint will be dismissed.
                      cc: cnsl

    10 -  1 12/18/03  DEF 3; 3PP 1 Return of Service of summons and answer & counterclaim
                      (third party complaint) executed 12/11/03 on 3DF-4, 12/12/03 on 3DF-2
                      and 3DF-5.

    11 -  1 12/22/03  3DF 4 Attorney Appearance of J. Stoetzer (LANE).

    12 -  1 12/23/03  3DF 2 Attorney Appearance of M. Kreger (PERKINS).

    13 -  1 12/23/03  3DF 2 Corporate Disclosure Statement.
```

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A03-0199--CV (RRB)
                   "ABSOLUTE ENVIRONMENTAL SVC V FORREST MCKINLEY"

                               For all filing dates


Document #   Filed      Docket text

  14 -   1   12/30/03   3DF 5 Attorney Appearance of Michael E. Kreger.

  15 -   1   12/30/03   3DF 5 Disclosure Statement.

  16 -   1   12/30/03   PLF 1 Stipulation for extension of time until 1/15/04 for plaintiff to
                        file its answer to Emerco's Counterclaim.

  17 -   1   01/02/04   RRB Order granting stip for ext of time until 1/15/04 for plf to file
                        ans to DEF 3 cclm (16-1). cc: cnsl

  18 -   1   01/02/04   RRB Minute Order that case is dism as to DEF 2 for plf's failure to make
                        svc. cc: cnsl

  19 -   1   01/05/04   3DF 5 Stipulation for extension of time until 1/15/04 for defs Brecham
                        and Safeco to file their answers to Emerco & McKinley's counterclaim.

  20 -   1   01/06/04   DEF 3 Corporate Disclosure Statement.

  19 -   2   01/07/04   RRB Order granting stipulation for extension of time until 1/15/04 for
                        defs Brecham and Safeco to file their answers to Emerco & McKinley's
                        counterclaims (19-1).  cc: cnsl

  21 -   1   01/08/04   3DF 3 Attorney Appearance of Robert L. Dickson (Atkinson).

  22 -   1   01/09/04   DEF 3; 3DF 3 Stipulation for extension of time until 1/15/04 to file
                        answer to Emerco's counterclaim.

  23 -   1   01/09/04   3DF 4 Stipulation for extension of time until 1/15/04 to file Coffman's
                        answer to Emerco's third party complaint.

  24 -   1   01/09/04   DEF 3 motion to participate William Baerg as attorney w/lcl cnsl Eric J.
                        Brown w/att exh.

  25 -   1   01/09/04   DEF 3 motion to participate of Patrick J. Duffy as attorney w/lcl cnsl
                        E. Brown w/att exh.

  22 -   2   01/13/04   RRB Order granting stipulation for extension of time until 1/15/04 for
                        Specialty Polymer Coating USA, Inc. to file answer to Emerco's
                        counterclaim (22-1).  cc: cnsl

  24 -   2   01/13/04   RRB Order granting motion to participate William Baerg as attorney
                        (24-1).  cc: cnsl

  25 -   2   01/13/04   RRB Order granting motion to participate of Patrick J. Duffy as attorney
                        (25-1).  cc: cnsl

  26 -   1   01/13/04   RRB Order granting stipulation for extension of time until 1/15/04 to
                        file Coffman's answer to Emerco's Counterclaim (23-1). cc: cnsl

  27 -   1   01/15/04   PLF 1 Answer to Emerco's Counterclaim.

  28 -   1   01/15/04   3DF 3 Answer and Third-party Complaint.

  29 -   1   01/15/04   3DF 3 Disclosure statement.

  30 -   1   01/15/04   3DF 2; 5 Answer to Emerco's Counterclaim.


ACRS: R_VDSDX             As of 12/01/05 at 3:10 PM by GARRY                       Page 2
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A03-0199--CV (RRB)
                         "ABSOLUTE ENVIRONMENTAL SVC V FORREST MCKINLEY"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 31 - 1 | 01/20/04 | 3DF 4 Answer to Third-party Complaint. |
| 32 - 1 | 01/22/04 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this order. cc: cnsl |
| 33 - 1 | 02/11/04 | PLF 1 motion (application) to participate pro hac vice of Richard R. Roland w/lcl cnsl L. Pederson w/att exhs. |
| 33 - 2 | 02/13/04 | RRB Order granting motion (application) to participate pro hac vice of Richard R. Roland (33-1) for plf. cc: cnsl |
| 34 - 1 | 02/18/04 | PLF 1; DEF 1; 3; 3PP 1; 3DF 2-5 Scheduling and Planning Conference Report. |
| 35 - 1 | 02/20/04 | RRB Scheduling and Planning Order setting pretrial deadlines: Original discovery 01/31/05; Dispositive motions deadline 03/01/05; Estimate of trial by jury 10 days. cc: cnsl |
| 36 - 1 | 04/30/04 | 3DF 3 Preliminary Witness List. |
| 37 - 1 | 04/30/04 | PLF 1 Preliminary Witness List. |
| 38 - 1 | 04/30/04 | DEF 1 Initial Disclosure Statement. |
| 39 - 1 | 05/04/04 | DEF 1; 3PP 1 Preliminary Witness List. |
| 40 - 1 | 06/10/04 | PLF 1 motion (application) consent and order for pro hac vice admission of Terry R. Marston II w/lcl cnsl L. Pederson w/att declaration & exh. |
| 40 - 2 | 06/16/04 | RRB Order granting motion (application) consent and order for pro hac vice admission of Terry R. Marston II (40-1). cc: cnsl |
| 41 - 1 | 06/16/04 | RRB Order admitting Terry R. MarstonII to practice Pro Hac Vice on behalf of plf. cc: cnsl |
| 42 - 1 | 07/02/04 | DEF 3; 3PP 1 Address Change Notice effective 7/6/04. |
| 43 - 1 | 08/31/04 | 3DF 2; 5 motion for partial summary judgment on count six and count four of Emerco, Inc's counterclaim / third party claim. (Located in expando folder) |
| 44 - 1 | 09/17/04 | Stipulation that Emerco, Inc. have an additional 15 dyas to respond to Brechan's & Safeco's mot for partial sj on count six and count four of Emerco's third-party claim. |
| 44 - 2 | 09/20/04 | RRB Order granting stipulation that Emerco, Inc. have an additional 15 dyas to respond to Brechan's & Safeco's mot for partial sj on count six and count 4 (44-1). cc: cnsl |
| 45 - 1 | 10/05/04 | DEF 3; 3PP 1 Objection to evidence presented by defs Brechan Enterprises, Inc. and Safeco Ins Co of America in support of their mot for part sj on Ct 6 and Ct. 4. |
| 46 - 1 | 10/05/04 | DEF 3; 3PP 1 opposition to 3DF 2; 5 motion for partial summary judgment on count six and count four of Emerco, Inc's counterclaim / third party claim. (Located in expando folder) (43-1) w/att exhs. |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A03-0199--CV (RRB)
                       "ABSOLUTE ENVIRONMENTAL SVC V FORREST MCKINLEY"

                                    For all filing dates


Document #    Filed      Docket text

  47 -   1   10/07/04   3DF 2; 5 Stipulation for extension of time (10/18/04 to reply to motion
                        for partial sj).

  47 -   2   10/08/04   Order granting stipulation for extension of time (10/18/04 to reply to
                        motion for par (47-1).   cc: cnsl

  48 -   1   10/08/04   DEF 3; 3PP 1 motion for a protective order or alternatively to quash or
                        modify deposition subpoena and notice of deposition issued by plaintiff
                        and cross-defendant Absolute Environmental Services, Inc. w/att aff/exh.

  49 -   1   10/12/04   DEF 3; 3PP 1 Supplemental aff of William R. Baerg in support of DEF 3;
                        3PP 1 motion for a protective order or alternatively to quash or modify
                        deposition subpoena and notice of deposition issued by plaintiff and
                        cross-defendant Absolute Environmental Services, Inc. (48-1).

  50 -   1   10/18/04   3DF 2; 5 reply to opposition to 3DF 2; 5 motion for partial summary
                        judgment on count six and count four of Emerco, Inc's counterclaim /
                        third party claim (43-1)

  51 -   1   10/18/04   3DF 2; 5 reply to opposition to 3DF 2; 5 motion for partial summary
                        judgment on count six and count four of Emerco, Inc's counterclaim /
                        third party claim (43-1).

  52 -   1   10/19/04   DEF 3; 3PP 1 Stipulation for extension of time until 11/15/04 to file
                        expert reports.

  52 -   2   10/21/04   RRB Order granting stipulation for extension of time until 11/15/04 to
                        file expert reports (52-1).   cc: cnsl

  53 -   1   10/22/04   DEF 3; 3PP 1 Supplement re: DEF 3; 3PP 1 motion for a protective order
                        or alternatively to quash or modify deposition subpoena and notice of
                        deposition issued by plaintiff and cross-defendant Absolute
                        Environmental Services, Inc. (48-1).

  54 -   1   10/22/04   PLF 1 opposition to DEF 3; 3PP 1 motion for a protective order or
                        alternatively to quash or modify deposition subpoena and notice of
                        deposition issued by plaintiff and cross-defendant Absolute
                        Environmental Services, Inc. (48-1) w/att declarations and exhibits.

  55 -   1   10/25/04   3DF 2; 5 joinder to PLF 1 oppo to DEF 3; 3PP 1 motion for a protective
                        order or alternatively to quash or modify deposition subpoena and notice
                        of deposition issued by plaintiff and cross-defendant Absolute
                        Environmental Services, Inc. (.48-1)

  56 -   1   10/26/04   3DF 3 joinder to PLF 1 oppo to DEF 3; 3PP 1 motion for a protective
                        order or alternatively to quash or modify deposition subpoena and notice
                        of deposition issued by plaintiff and cross-defendant Absolute
                        Environmental Services, Inc. (48-1).

  57 -   1   10/29/04   PLF 1 motion to compel discovery and defendant's documents. (LOCATED IN
                        EXPANDO FOLDER)

  58 -   1   11/10/04   DEF 3; 3PP 1 motion for withdrawal of motion for protective order.

  59 -   1   11/12/04   DEF 1; 3; 3PP 1 opposition to PLF 1 motion to compel discovery and
                        defendant's documents (57-1).
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A03-0199--CV (RRB)
                    "ABSOLUTE ENVIRONMENTAL SVC V FORREST MCKINLEY"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 58 - 2 | 11/15/04 | RRB Order granting motion for withdrawal of motion for protective order (58-1); terminating in light of this order: motion for a protective order or alternatively to quash or modify deposition (48-1) cc: cnsl |
| 60 - 1 | 11/22/04 | PLF 1 reply to opposition to PLF 1 motion to compel discovery and defendant's documents. (LOCATED IN EXPANDO FOLDER) (57-1). |
| 61 - 1 | 11/24/04 | RRB Minute Order granting motion to compel discovery and defendant's documents (57-1), each party to bear its own costs.  cc: cnsl |
| 62 - 1 | 11/29/04 | PLF 1 Declaration of service of reply in support of PLF 1 motion to compel discovery and defendant's documents (57-1). |
| 63 - 1 | 12/30/04 | 3DF 3 Final Witness List. |
| 64 - 1 | 12/30/04 | 3DF 1 Final Witness List. |
| 65 - 1 | 12/30/04 | 3DF 4 Witness List. |
| 66 - 1 | 12/30/04 | DEF 1; 3; 3PP 1 Final Witness List. |
| 67 - 1 | 12/30/04 | 3DF 2 Final Witness List. |
| 68 - 1 | 01/03/05 | 3DF 3 Amended Final Witness List. |
| 69 - 1 | 01/06/05 | 3DF 2; 5 motion for leave to supplement Brechan Enterprises, Inc. and Safeco Insurance Co motion for partial sj on court four and count six. |
| 70 - 1 | 01/12/05 | DEF 1; 3 Stipulation for extension of time until 2/20/05 to depose expert witnesses as stated. |
| 70 - 2 | 01/13/05 | RRB Order granting stipulation for extension of time until 2/20/05 to depose expert witness & fact witnesses (70-1).  cc: cnsl |
| 71 - 1 | 01/24/05 | DEF 3; 3PP 1 opposition to 3DF 2; 5 motion for leave to supplement Brechan Enterprises, Inc. and Safeco Insurance Co motion for partial sj on court four and count six (69-1). |
| 72 - 1 | 01/24/05 | DEF 3; 3PP 1 motion to compel and extension of discovery deadline until 30 days after Absolute fully complies the order w/att exhs. |
| 73 - 1 | 01/28/05 | PLF 1 motion to admit Jami K. Elison to practice pro hac vice. |
| 74 - 1 | 01/28/05 | DEF 3; 3PP 1 Stipulation for dismissal with prejudice.  Defendants & Third-party plaintiffs F. McKinley & Emerco, Inc. dismiss theclaims against Third-party defs Brechan Enterprises, Inc. and Safeco Insurance Co. |
| 75 - 1 | 01/31/05 | DEF 3; 3PP 1 Stipulation for dismissal with prejudice of Coffman Engineers, Inc.  Defs & third-party plfs F. McKinley & Emerco, Inc. stipulation to dismiss third-party claims against Coffman Engineers with prejudice, each party to bear their own costs.  cc:  cnsl |
| 76 - 1 | 02/02/05 | PLF 1 Stipulation modifying scheduling and planning order extending deadline to submit AES expert report by 2/17/05. |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A03-0199--CV (RRB)
                          "ABSOLUTE ENVIRONMENTAL SVC V FORREST MCKINLEY"

                                        For all filing dates


Document #   Filed     Docket text

  74 -   2  02/03/05   RRB Order granting stipulation for dismissal with prejudice of
                       Defendants & Third-party plf claims against third party def Safeco
                       Insurance Co. (74-1).  cc: cnsl

  75 -   2  02/03/05   RRB Order granting stipulation for dismissal with prejudice of Coffman
                       Engineers, Inc. Each party to bear its own costs and fees (75-1) cc:
                       cnsl

  73 -   2  02/04/05   RRB Order granting motion to admit Jami K. Elison to practice pro hac
                       vice (73-1).  cc: cnsl

  76 -   2  02/04/05   RRB Order granting stipulation modifying scheduling and planning order
                       extending deadline for to depose expert by 2/17/05 and produce a
                       rebuttal report by 2/17/05 (76-1).  cc: cnsl

  77 -   1  02/04/05   RRB Order thta Jami K. Elison is admitted to appear and participate on
                       behalf of plf and is permitted to appear at court hearings & depos w/out
                       mr Pederson present. cc: cnsl

  78 -   1  02/09/05   PLF 1 motion in limine to exclude expert testimony w/declaration att
                       exhs.

  79 -   1  02/11/05   PLF 1 opposition to DEF 3; 3PP 1 motion to compel & extension of
                       discovery deadline until 30 days after Absolute fully complies the order
                       (72-1) w/att declas & exhs.

  80 -   1  02/18/05   (STRICKEN PER MO AT DKT 82) RRB Minute Order granting motion for leave
                       to supplement Brechan Enterprises, Inc. and Safeco Insurance mot for
                       partial sj (69-1).  cc: cnsl

  81 -   1  02/22/05   DEF 3; 3PP 1 reply to opposition to DEF 3; 3PP 1 motion to compel and
                       extension of discovery deadline until 30 days after Absolute fully
                       complies the order (72-1) w/att exhs.

  82 -   1  02/23/05   RRB Minute Order striking dkt 80, and denying as moot motion for partial
                       summary judgment on count six and count four of Emerco, In (43-1);
                       motion for leave to supplement Brechan Enterprises, Inc. and Safeco
                       Insurance (69-1).  cc: cnsl

  83 -   1  02/24/05   RRB Minute Order granting motion to compel and extension of discovery
                       deadline until 30 days after discovery has been provided or otherwise
                       identified (72-1).   cc: cnsl

  84 -   1  02/28/05   3DF 3 joinder to PLF 1 motion in limine to exclude expert testimony
                       (78-1).

  85 -   1  02/28/05   DEF 1; 3; 3PP 1 opposition to PLF 1 motion in limine to exclude expert
                       testimony (78-1) w/att exhs. (Located in expando folder)

  86 -   1  03/08/05   PLF 1 reply to opposition to PLF 1 motion in limine to exclude expert
                       testimony (78-1).

  87 -   1  03/08/05   PLF 1 motion to strike defendants' opposition to motion in limine w/att
                       declaration & exh.

  88 -   1  03/11/05   PLF 1 Errata to plf's reply to oppo re: PLF 1 motion in limine to
                       exclude expert testimony (78-1) w/att exhs.
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A03-0199--CV (RRB)
                         "ABSOLUTE ENVIRONMENTAL SVC V FORREST MCKINLEY"

                                      For all filing dates

Document #   Filed      Docket text

   89 -   1  03/15/05   DEF 1; 3 opposition to PLF 1 motion to strike defendants' opposition to
                        motion in limine (87-1).

   90 -   1  03/25/05   PLF 1 Withdrawal of pltf's motion to strike defs' oppo to mot in limine.

   90 -   2  03/25/05   Clerk's Notice withdrawing motion to strike defendants' opposition to
                        motion in limine (87-1).

   91 -   1  04/05/05   RRB Order denying motion in limine to exclude expert testimony
                        w/declaration att exhs (78-1).  cc: cnsl

   92 -   1  04/15/05   3DF 3 motion in limine to limit expert testimony w/att exhs.

   93 -   1  04/25/05   PLF 1 joinder to 3DF 3 motion in limine to limit expert testimony
                        (92-1).

   94 -   1  04/26/05   RRB Order re: certification of readiness for trial. parties to certify
                        or file a report within 15 days from the date of this order.  cc:cnsl

   95 -   1  05/02/05   DEF 1; 3; 3PP 1 opposition to 3DF 3 motion in limine to limit expert
                        testimony (92-1) w/att exhs.

   96 -   1  05/03/05   PLF 1 Attorney Substitution of Paul J. Nangle for Lawrence A. Pederson.

   97 -   1  05/10/05   3DF 3 reply to opposition to 3DF 3 motion in limine to limit expert
                        testimony (92-1).

   98 -   1  05/12/05   RRB Minute Order denying motion in limine to limit expert testimony
                        w/att exhs (92-1). cc: cnsl

   99 -   1  05/13/05   PLF 1 Joint request for status conference.

  100 -   1  05/16/05   RRB Minute Order granting Joint request for status conference (99-1).
                        Status conf is set for 5/24/05 at 3:00 p.m. in Courtroom #2.  Parties
                        may appear telephonically.  cc: cnsl

  101 -   1  05/23/05   PLF 1 Unopposed motion to join parties, amend complaint & extend
                        discovery w/att declas.

  102 -   1  05/25/05   RRB Court Minutes [ECR: Elisa Singleton] granting motion Unopposed
                        motion to join parties, amend complaint & extend discovery (101-1);
                        status conference set for 8/5/05 at 11:00 am; parties to file status
                        reports by 7/29/05.  cc: cnsl

  103 -   1  05/25/05   RRB Order granting plf's mot to join parties; plf to file & serve
                        amended cmplt on prop parties w/i 30 days & cy of amended cmplt w/cy of
                        sums & this ord be served on prop parties & attys of record for
                        remaining parties w/i 60 days. cc: cnsl

 NOTE -   2  06/23/05   Issued: summons re: DEF 4 & 5.

  104 -   1  06/23/05   PLF 1 Complaint (Amended) for damages and restitution against Brechan
                        Enterprises & Safeco Ins Co of America w/att exhs.

  105 -   1  07/01/05   PLF 1 Cy cert of svc of sums & cmplt on DEF 5; executed 6/24/05.

  106 -   1  07/14/05   DEF 4-5 Attorney Appearance Michael E. Kreger, Perkins Coie LLP.

ACRS: R_VDSDX                  As of 12/01/05 at 3:10 PM by GARRY                        Page 7
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A03-0199--CV (RRB)
                    "ABSOLUTE ENVIRONMENTAL SVC V FORREST MCKINLEY"
```

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 107 | - 1 | 07/14/05 | DEF 4-5 Answer to Complaint. |
| 107 | - 2 | 07/14/05 | DEF 4 Counterclaim. |
| 108 | - 1 | 07/22/05 | RRB Minute Order the status hrg set 8/5/05 is reset for 8/4/05 at 9:00 a.m. in Courtroom #2.   cc: cnsl |
| 109 | - 1 | 07/27/05 | RRB Minute Order the status hearing set for 8/4/05 is vacated. A hrg will be scheduled after the reports filed 7/29/05 are filed.  cc: cnsl |
| 110 | - 1 | 08/03/05 | PLF 1 motion for extension of time until 8/5/05 to file joint status reports w/att decla & exh. |
| 111 | - 1 | 08/08/05 | RRB Order granting motion for extension of time until 8/5/05 to file joint status reports (110-1). cc: cnsl |
| 112 | - 1 | 08/12/05 | DEF 4-5 joinder to plf's request for sch conf. |
| 113 | - 1 | 08/15/05 | PLF 1 Report re: supplemental scheduling and planning conference report w/request for discovery conference. |
| 114 | - 1 | 08/17/05 | DEF 1; 3; 3PP 1 Request for scheduling conference. |
| 115 | - 1 | 08/18/05 | RRB Minute Order status/trial setting conference is set for 9/2/05 at 9:00 a.m. in Courtroom #2. Parties may participate telephonically.  cc: cnsl |
| 116 | - 1 | 08/30/05 | PLF 1; DEF 1; 3-5 Stipulation re ddln for joinder of additional parties. |
| 116 | - 2 | 08/30/05 | RRB Order granting stipulation re ddln is 8/31/05 for joinder of additional parties (116-1). cc: cnsl |
| 117 | - 1 | 08/31/05 | DEF 4-5 Unopposed motion to file third party complaint w/att proposed third party complaint. |
| 118 | - 1 | 08/31/05 | DEF 4-5 joinder to PLF 1; DEF 1; 3-5 Stipulation re ddln for joinder of additional parties (116-1). |
| 119 | - 1 | 09/01/05 | RRB Order granting unopposed motion to file third party complaint (117-1). cc: cnsl |
| 120 | - 1 | 09/01/05 | 3PP 2 Complaint (Third-party). |
| NOTE | - 3 | 09/02/05 | Issued: 3PTY Summons re: 3DF-6. |
| 121 | - 1 | 09/02/05 | RRB Court Minutes [ECR: Elisa Singleton] re Status/Trial Setting Conference (held 9/2/05); cont. for trial setting to 9/15/05 at 1:15 p.m. cc: cnsl |
| 122 | - 1 | 09/14/05 | 3DF 6 motion to reset status/trial setting conference set 9/15/05. |
| 123 | - 1 | 09/14/05 | DEF 3-4 Return of Service Executed re:3DF-6 on 9/6/05. |
| 124 | - 1 | 09/16/05 | RRB Court Minutes [ECR: Robin Carter] Re: cont status/trial setting conf held 9/15/05; pretrial order to be issued.  cc: cnsl |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A03-0199--CV (RRB)
                     "ABSOLUTE ENVIRONMENTAL SVC V FORREST MCKINLEY"

                                   For all filing dates


Document #    Filed       Docket text

 125 -   1   09/19/05    RRB Pretrial Order setting the following dates: Discovery to close
                         05/22/06; Final pretrial conference 07/18/06 @8:30 a.m.; Estimate of
                         trial 20 days; Trial date 07/24/06 @ 8:30 a.m.; close of discovery
                         5/22/06; dispositive mot ddln 6/23/06; Exhibit Lists & Final Witness
                         lists due 7/3/06.   cc: cnsl

 126 -   1   09/23/05    3DF 6 Unopposed motion to file answer or responsive pleading by 0/7/05.

 127 -   1   09/23/05    3DF 6 Attorney Appearance of Peter C. Partnow of the law firm of Lane
                         Powell LLC.

 128 -   1   09/28/05    RRB Order granting unopposed motion to file answer or responsive
                         pleading by 10/7/05 (126-1).  cc: cnsl

 129 -   1   10/12/05    3DF 6 motion to dismiss third-party complaint of Brechan Enterprises,
                         Inc. w/att exh.

 130 -   1   10/25/05    DEF 4-5; 3PP 2 Stipulation for extension of time until 11/10/05 to file
                         opposition to Coffman's motion to dismiss thrid-party complaint.

 130 -   2   10/26/05    Order granting stipulation for extension of time until 11/10/05 to file
                         opposition to 11/10/05 to file oppo to Coffman's mot to dismiss
                         third-party complaint (130-1).   cc: cnsl

 131 -   1   11/10/05    DEF 4-5; 3PP 2 opposition to 3DF 6 motion to dismiss third-party
                         complaint of Brechan Enterprises, Inc. (129-1).

 131 -   2   11/10/05    DEF 4-5; 3PP 2 motion to dismiss Absolute Environmental Services'
                         complaint against Brechan Enterprises, Inc. and Safeco Insurance Co.

 132 -   1   11/10/05    DEF 4-5; 3PP 2 Notice of filing Facsimile copy of declaration of Michael
                         Martin.

 133 -   1   11/14/05    PLF 1 Crossclaim against Coffman Engineers Inc.

 134 -   1   11/15/05    DEF 4-5 Amended Certificate of svc re: oppo to 3DF 6 motion to dismiss
                         third-party complaint of Brechan Enterprises, Inc. (129-1), DEF 4-5; 3PP
                         2 motion to dismiss Absolute Environmental Services' complaint against
                         Brechan Enterprises, Inc. and Safeco Insurance Co. (131-2).

 135 -   1   11/15/05    DEF 4-5 Notice of filing orig declaration of M. Martin re:oppo to 3DF 6
                         motion to dismiss third-party complaint of Brechan Enterprises, Inc.
                         (129-1) w/att declaration.

 136 -   1   11/17/05    PLF 1 Answer to Counterclaim.

 137 -   1   11/28/05    3DF 6 reply to opposition to 3DF 6 motion to dismiss third-party
                         complaint of Brechan Enterprises, Inc. (129-1) w/att exhs.

 138 -   1   11/28/05    3DF 6 motion to dismiss cross-claims of Absolute Environmental Services,
                         Inc. w/att memo.

 139 -   1   11/29/05    3DF 6 Request for Oral Argument re: 3DF 6 motion to dismiss third-party
                         complaint of Brechan Enterprises, Inc. (129-1), 3DF 6 motion to dismiss
                         cross-claims of Absolute Environmental Services, Inc. (138-1)
```