UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>ABSOLUTE ENVIRONMENTAL</u>   v.   <u>MCKINLEY, et al.</u>

DATE:   <u>December 8, 2005</u>   CASE NO.   <u>A03-0199 CV (RRB)</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
SCHEDULING ORAL ARGUMENT**

---

Pursuant to Coffman Engineer's Request for Oral Argument (Docket 139), oral argument (1 hour) will be held on its Motion to Dismiss Third-Party Complaint (Docket 129) and its Motion to Dismiss Cross-Claim of Absolute Environmental (Docket 138) on **Thursday, January 12, 2006, at 9:00 a.m.**, in Courtroom 2.

Parties and counsel needing to attend telephonically are to contact Patty Demeter, Case Management Clerk, at 907-677-6144, to make appropriate arrangements.

M.O. SCHEDULING HEARING