FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 19 PM 3: 54

Michael E. Kreger, Esq.
Jacob Nist, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc. and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings"; EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br>Defendant. | Case No. A03-0199 Civil (RRB)<br><br>**MOTION FOR CONTINUANCE OF ORAL ARGUMENT** |

EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,

  Counterclaimant/Third-Party Claimant,

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,

  Cross-defendants/Third-party Defendants.

THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,

               Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

               Defendant.

BRECHAN ENTERPRISES, INC., an Alaska corporation,

               Counterclaim Plaintiff,

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,

               Counterclaim Defendant.

## MOTION FOR CONTINUANCE OF ORAL ARGUMENT

COMES NOW defendant/counterclaim plaintiff, Brechan Enterprises, Inc., by and through its attorneys, Perkins Coie LLP, and moves the court for an order rescheduling the oral argument currently set for January 12, 2006 at 9 a.m. The undersigned is scheduled for trial in another matter on January 9-13, 2006, and Michael Kreger is scheduled for oral argument on pending motions and a possible *Daubert* hearing in another matter on January 12, 2006. *See* attached Affidavit of Michael Kreger.

DATED: December 19, 2005.

**PERKINS COIE LLP**
Attorneys for Brechan Enterprises, Inc. and Safeco Insurance Company of America.

By _____
Jacob Nist
Alaska Bar No. 0211051

# CERTIFICATE OF SERVICE

I hereby certify that I have served by mail/~~fax/hand~~ a true and correct copy of the foregoing on:

**Counsel for Absolute Environmental Services, Inc.**
Lawrence A. Pederson
Paul J. Nangle & Associates
101 Christensen Drive
Anchorage, Alaska 99501
(Fax: 907-274-8866)

**Counsel for Specialty Polymer Coating USA, Inc.**
Robert J. Dickson
Atkinson Conway & Gagnon
410 L Street, Suite 500
Anchorage, Alaska 99501
(Fax: 907-272-2082)

**Counsel for Absolute Environmental Services, Inc.**
Richard R. Roland
Terry R. Marston II
Marston, Heffernan & Foreman
Anderson Park Building
16880 NE 79th Street
Redmond, WA 98052-4424
(Fax: 425-861-6969)

**Counsel for Emerco, Inc., d/b/a Imperial Industrial Coatings**
William R. Baerg
Monteleone & McCrory
725 South Figueroa Street, Suite 3750
Los Angeles, California 90017-5402
(Fax: 213-612-9930)

**Counsel for Forrest J. McKinley and Emerco, Inc., d/b/a Imperial Industrial Coatings**
Eric J. Brown
Jermain Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, Alaska 99503
(Fax: 907-563-7322)

**Counsel for Coffman Engineers, Inc.**
Peter C. Partnow
Lane Powell LLC
301 W. Northern Lights Blvd., #301
Anchorage, Alaska 99503-2648
(Fax: 908-276-2631)

this 19 day of December, 2005.

_____
[signature]

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

MOTION FOR CONTINUANCE — 4 —    [38599-0012/AA053480.011]

Michael E. Kreger, Esq.
Jacob Nist, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc. and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, <br><br> Plaintiff, <br><br> v. <br><br> FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings"; EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, <br>          Defendant. | Case No. A03-0199 Civil (RRB) <br><br> **AFFIDAVIT OF MICHAEL KREGER** |

EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,

Counterclaimant/Third-Party Claimant,

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,

Cross-defendants/Third-party Defendants.

THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,

Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

Defendant.

AFFIDAVIT OF MICHAEL KREGER
Page 2

| BRECHAN ENTERPRISES, INC., an Alaska corporation, |
| --- |
| Counterclaim Plaintiff, |
| v. |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, |
| Counterclaim Defendant. |

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

Michael Kreger, being first duly sworn, deposes and says:

1. I am one of the attorneys for Brechan Enterprises, Inc. in this matter.

2. Jacob Nist is scheduled for trial on January 9-13, 2006.

3. I am scheduled for oral argument on pending motions and a possible *Daubert* hearing in the matter of *City of Homer v. RMC LLC, et al.*, Case No. 3AN-03-9770 Civil, on January 12, 2006.

DATED: December 19, 2005.

_____
Michael E. Kreger

AFFIDAVIT OF MICHAEL KREGER
Page 3

SUBSCRIBED AND SWORN TO OR AFFIRMED before me on

December 19, 2005.

*[signature]* Manuel Craig
Notary Public in and for Alaska
My commission expires: 8/28/07

[Notary Seal: State of Alaska]

AFFIDAVIT OF MICHAEL KREGER
Page 4

## CERTIFICATE OF SERVICE

I hereby certify that I have served by (mail)/fax/hand a true and correct copy of the foregoing on:

**Counsel for Absolute Environmental Services, Inc.**
Lawrence A. Pederson
Paul J. Nangle & Associates
101 Christensen Drive
Anchorage, Alaska 99501
(Fax: 907-274-8866)

**Counsel for Specialty Polymer Coating USA, Inc.**
Robert J. Dickson
Atkinson Conway & Gagnon
410 L Street, Suite 500
Anchorage, Alaska 99501
(Fax: 907-272-2082)

**Counsel for Absolute Environmental Services, Inc.**
Richard R. Roland
Terry R. Marston II
Marston, Heffernan & Foreman
Anderson Park Building
16880 NE 79th Street
Redmond, WA 98052-4424
(Fax: 425-861-6969)

**Counsel for Emerco, Inc., d/b/a Imperial Industrial Coatings**
William R. Baerg
Monteleone & McCrory
725 South Figueroa Street, Suite 3750
Los Angeles, California 90017-5402
(Fax: 213-612-9930)

**Counsel for Forrest J. McKinley and Emerco, Inc., d/b/a Imperial Industrial Coatings**
Eric J. Brown
Jermain Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, Alaska 99503
(Fax: 907-563-7322)

**Counsel for Coffman Engineers, Inc.**
Peter C. Partnow
Lane Powell LLC
301 W. Northern Lights Blvd., #301
Anchorage, Alaska 99503-2648
(Fax: 908-276-2631)

this 19 day of DECEMBER, 2005.

_Marnie Craig_

AFFIDAVIT OF MICHAEL KREGER
Page 5