FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 23 PM 3: 32

Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                                Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRIESES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                                Defendants. | Case No. A03-199 CV (RRB) |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>       Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>       Cross-Defendants/Third-Party Defendants. | **THIRD-PARTY DEFENDANT COFFMAN ENGINEERS, INC.'S <u>MOTION FOR EXTENSION OF TIME</u>** |

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| |
|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, <br><br>                                  Plaintiff, <br><br> v. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, <br><br>                                  Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>                                  Counterclaim Plaintiff, <br><br> v. <br><br> ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, <br><br>                                  Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>                                  Third-Party Plaintiff, <br><br> v. <br><br> COFFMAN ENGINEERS, INC., a Washington corporation, <br><br>                                  Third-Party Defendant. |

COMES NOW third-party defendant Coffman Engineers, Inc., by and through its counsel of record, Lane Powell LLC, and hereby requests the following extension of time:

Third-party defendant's reply to Absolute's Opposition to Coffman's Motion to Dismiss will be filed on or before Tuesday, January 3, 2006.

Third-party defendant's counsel has attempted but has been unable to reach Terry Marston, counsel for plaintiff Absolute Environmental Services, it appearing that his office is closed.

Likewise, third-party defendant's counsel has attempted unsuccessfully to reach Lawrence Pederson, co-counsel for plaintiff Absolute Environmental Services. It is assumed that both offices are closed for the Christmas holiday. Third-party defendant's counsel does not believe that counsel for plaintiff Absolute Environmental Services would oppose this proposed extension of time.

This motion is made necessary because during the short time available under the rules to prepare a reply, the undersigned has been out of the office at a settlement conference in Fairbanks, Alaska, and in Homer, Alaska, for depositions. In addition, with the office being closed for several days during the Christmas/New Year's period, and pressing timelines in other cases, it is difficult to complete and file the reply. It is not believed that the other parties or the court will be prejudiced or inconvenienced by the granting of the requested time.

DATED this 23rd day of December, 2005.

LANE POWELL LLC
Attorneys for Coffman Engineers, Inc.

By_____
Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130

I certify that on December 23rd, 2005, a copy of the foregoing was served by mail on:

Lawrence A. Pederson, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

Richard R. Roland, Terry R. Marston II
Marston Heffernan & Foreman
16880 NE 79th St., Redmond, WA 98052

Eric J. Brown, Jermain, Dunnagan & Owens
3000 A St., Ste. 300, Anchorage, AK 99503

Michael Kreger, Jacob Nist, Perkins Coie
1029 W 3rd Ave, Ste 300, Anchorage, AK 99501

Robert J. Dickson, Atkinson, Conway & Gagnon
420 L St, Ste 500, Anchorage, AK 99501-1924

William R. Baerg, Monteleone & McCrory
725 S. Figueroa St., Ste B750, Los Angeles, CA 90017

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Motion for Extension of Time**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. A03-0199 CV (RRB))    Page 3 of 3