LODGED

DEC 2 3 2005

Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

FILED

DEC 2 8 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By:_____Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRIESES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>    Defendants. | Case No. A03-199 CV (RRB) |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>    Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>    Cross-Defendants/Third-Party Defendants. | **ORDER GRANTING<br>EXTENSION OF TIME** |


147

| |
|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                  Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                  Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                  Counterclaim Plaintiff,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                  Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                  Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC., a Washington corporation,<br><br>                  Third-Party Defendant. |

Third-party defendant Coffman Engineers, Inc., having filed a motion for extension of time,

IT IS HEREBY ORDERED that the following extension of time is approved:

Third-party defendant's reply to Absolute's Opposition to Coffman's Motion to Dismiss will be filed on or before Tuesday, January 3, 2006.

DATED: 12/28/05

                                              The Honorable Ralph R. Beistline<br>                                              United States District Court Judge

I certify that on December 23rd 2005, a copy of the foregoing was served by mail on:

Lawrence A. Pederson, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

Richard R. Roland, Terry R. Marston II
Marston Heffernan & Foreman
16880 NE 79th St., Redmond, WA 98052

Eric J. Brown, Jermain, Dunnagan & Owens
3000 A St., Ste. 300, Anchorage, AK 99503

Jacob Nist, Perkins Coie
1029 W 3rd Ave, Ste 300, Anchorage, AK 99501

Robert J. Dickson, Atkinson, Conway & Gagnon
420 L St, Ste 500, Anchorage, AK 99501-1924

William R. Baerg, Monteleone & McCrory
725 S. Figueroa St., Ste 3750, Los Angeles, CA 90017

*[signature]*

011680.0076/152766.1

```
A03-0199--CV (RRB)
-----------------------------------
P. NANGLE
P. PARTNOW (LANE)
R. DICKSON (ATKINSON)

M. KREGER (PERKINS)
E. BROWN (JERMAIN)
```

12/28/05