FILED
DEC 3 0 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deput

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL v. MCKINLEY, et al.

DATE: December 30, 2005   CASE NO. A03-0199 CV (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS
RESCHEDULING ORAL ARGUMENT**

---

Oral argument scheduled for January 12, 2006, is **rescheduled** and will be held on **Friday, January 27, 2006, at 9:00 a.m.**, in Courtroom 2.

Parties and counsel needing to attend telephonically are to contact Patty Demeter, Case Management Clerk, at 907-677-6144, to make appropriate arrangements.