IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENT SERVICES, INC., an Alaska Corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>FORREST J. MCKINLEY, an individual d/b/a Imperial Industrial Coatings, and EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings,<br><br>      Defendants.<br>_____<br><br>EMERCO, INC.,<br><br>      Defendant and<br>      Third-Party Plaintiff,<br><br>vs.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., BRECHAN ENTERPRISES, INC., et al.,<br><br>      Third-Party Defendants. | Case No. 3:03-CV-0199-RRB<br><br><br><br><br><br><br><br><br><br><br>**ORDER DENYING**<br>**MOTIONS TO DISMISS** |

      While the Court is concerned about the procedural path this matter has taken with regard to the release and renewal of claims against Coffman Engineers Inc. and Brechan Enterprises, the Court recognizes that good cause exists to permit the renewed

ORDER DENYING MOTIONS TO DISMISS - 1
3:03-CV-0199-RRB

claims to proceed and finds the prejudice involved to be insubstantial. Therefore, Coffman Engineers' Motion to Dismiss at Docket 129 is hereby **DENIED**; Brechan's Motion to Dismiss at Docket 131 is hereby **DENIED**; and Coffman Engineers' Motion to Dismiss Cross-Claims at Docket 138 is hereby **DENIED**.

ENTERED this 30th day of January, 2006.

```
                         /s/ RALPH R. BEISTLINE
                         UNITED STATES DISTRICT JUDGE
```