## Partnow, Peter

| | |
|---|---|
| **From:** | Terry R. Marston II [terry@mhf-law.com] |
| **Sent:** | Wednesday, January 25, 2006 11:19 AM |
| **To:** | Kreger, Mike (Perkins Coie) |
| **Cc:** | Stoetzer, James; Eric Brown; rjd@acglaw.com; Jake Nist; Partnow, Peter |
| **Subject:** | RE: Depositions of Jason Peterson and Todd Elmore |
| **Importance:** | High |

Gentlemen:

    The only days Lane, Powell has identified that J. Hardenbergh and D. Stears <u>are</u> available for depositions are days that both of Perkins, Coie's attorneys have stated they are <u>not</u> available.

    Peter Partnow had a good suggestion about meeting immediately after oral argument on the motions this Friday to work out a deposition schedule. Let's do that. If we can't reach an agreement, we might be able to obtain the Court's assistance in working it out then and there.

    To make that meeting as productive as possible, I request that we each identify beforehand the depositions we are interested in taking, so that the availability of these witnesses can be determined by the time of our Friday discussion. If anyone objects to this proposal, please let us all know immediately.

    Thanks.

Terry R. Marston II


I understand from Mike Kreger that Brechan is interested in depositions of

- AES: 30(b)6
- AES: David Olson
- AES: Jason Peterson
- AES: Todd Elmore

AES is interested in depositions of

- BEI: 30(b)6
- BEI: Matt Holmstrom
- BEI: Bill Oliver
- BEI: Mike Martin
- CEI: 30(b)6
- CEI: Dan Stears
- CEI: Jerry Hardenbergh
- USCG: Lt. Cdr. Paul Rendon (Honolulu) (preservation video depo)
- McKinley: Laura Emery – (LA)(preservation video depo)
- McKinley: Vinesh Nathu – (LA)(preservation video depo)

<u>Other possible deponents:</u>

- USCG: Marty Boivin (retired)(Seattle)
- USCG: Anita Repanich (Seattle)
- USCG: Richard Besler (retired)(location not yet known)

01/26/2006

EXHIBIT __1__
PAGE __1__ OF __2__

**From:** Kreger, Mike (Perkins Coie) [mailto:MKreger@perkinscoie.com]
**Sent:** Tuesday, January 24, 2006 3:19 PM
**To:** Terry R. Marston II
**Cc:** StoetzerJ@LanePowell.com; Eric Brown; rjd@acglaw.com
**Subject:** RE: Depositions of Jason Peterson and Todd Elmore

Terry: Please advise availabilities of Peterson and Elmore on 2/6, 2/7 or 2/14 pm.

Also: Both Jake and I are gone 2/15 -2/17

> -----Original Message-----
> **From:** Kreger, Mike (Perkins Coie)
> **Sent:** Wednesday, January 18, 2006 3:53 PM
> **To:** terry@mhf-law.com
> **Cc:** StoetzerJ@LanePowell.com; Eric Brown; rjd@acglaw.com
> **Subject:** Depositions of Jason Peterson and Todd Elmore

Terry: I'd like to notice the deps of Jason Peterson and Todd Elmore during 2/6-2/9 and/or on the afternoon of 2/14. Please advise one or both's availability as soon as possible.

I noticed Dave O's for 2/13 per our discussion. I haven't seen any other notices. Per my prior message, Matt Holmstrom is available on 2/8 or 2/9. Have you picked a date for him? Thanks. Mike

Mike Kreger | Perkins Coie LLP

907.263.6916 (direct) | 907.276.3108 (fax) mkreger@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

01/26/2006

EXHIBIT 1
PAGE 2 OF 2