## Partnow, Peter

**From:** Partnow, Peter
**Sent:** Wednesday, February 15, 2006 10:34 AM
**To:** 'Terry R. Marston II'
**Cc:** Mike Kreger; Bob Dickson; Eric Brown; Bill Baerg; Stoetzer, James; Jake Nist
**Subject:** RE: AES request for copies, future depositions, and expert disclosure deadline

Terry:
At your request, we have asked the commercial copying company which is prepared to copy the Coffman Phase I documents to provide the price for copying just the documents marked by Dave Olson as opposed to providing Absolute with a complete set of those documents, as has been requested by several of the other parties. As soon as we have the quote, I will let you know so you can instruct how you wish to proceed. I would note that if you opt for the first option, the set of documents you receive would likely not include Bates Stamp numbering, since the production numbers will be added as part of the commercial copying of the entire set.

I would request that you inform us how you wish to proceed as soon as we have the cost information to you, as the tags placed by Mr.. Olson will need to be removed prior to the copying of the entire set of the documents.

On a different matter, because the deposition went so late yesterday, we did not have the opportunity to check calendars and set future depositions. I had told you I wish to complete my questioning of Mr.. Olson as soon as possible. I would propose that he be available in Anchorage during the week of March 13 during time we had previously set aside. I would request some day other than March 14, as I have a mediation which was set in another matter on that date.

Regarding the availability of Dan Stears and Jerry Hardenbergh, I informed you and the other parties on Monday that they would both be out of state during the week of March 13. However, I believe they are both available for deposition here in Anchorage towards the end of the week of March 27 if we can agree upon dates at that time.

Finally, during our discussions on Monday, there appeared to be general consensus among all counsel that the deadline for expert disclosures and expert reports in the existing pretrial order is not realistic, particularly since certain important fact witnesses have not yet been deposed. If I am correct in my understanding, I suggest we circulate and submit to the court a stipulation to extend that date. I would also suggest the parties indicate their belief as to what the revised date should be. Hopefully we can come to a quick consensus on that matter.

Peter

---

**From:** Terry R. Marston II [mailto:terry@mhf-law.com]
**Sent:** Wednesday, February 15, 2006 10:15 AM
**To:** Jake Nist
**Cc:** Mike Kreger; Bob Dickson; Eric Brown; Bill Baerg; Partnow, Peter; Stoetzer, James

02/23/2006

EXHIBIT __2__
PAGE __1__ OF __2__

**Subject:** AES/Kodiak - Jason Peterson Deposition
**Importance:** High

Jake:

    I told Dave you were thinking of noting Jason Peterson to be deposed on the 17th. He checked with Peterson to knowing he has vacation plans. Peterson will be in Costa Rica on a dive trip from the 8th to the 18th of March. He is available though on either the 30th or 31st of March (of the blocks of dates we earlier set aside).

    On another issue, evidently the 2004 P&L and Income Statement had not been prepared when the earlier financial records were provided last November. We are obtaining them from Ms. Haines and anticipate emailing them to you within a day or two.

    Terry

02/23/2006

EXHIBIT 2
PAGE 2 OF 2