## Partnow, Peter

**From:** Partnow, Peter
**Sent:** Tuesday, February 21, 2006 4:16 PM
**To:** 'Terry R. Marston II'
**Cc:** Stoetzer, James
**Subject:** absolute v imperial et al--depositions

Terry:
I just received notice from Coffman that a deposition subpoena has been served on Jerry Hardenbergh for the week of March 15.  As we have previously discussed, and as I believe was confirmed in writing, neither Jerry nor Dan Stears will be in the state at that time.  We had discussed setting those depositions perhaps during the week of March 27 at or around the time when you and your client will be here in any event for the completion of Mr. Olson's deposition.

Please confirm that it is not your intent to attempt to proceed with Jerry's deposition during the week of March 15 and that we will set it at a mutually convenient time.

Thank you for your prompt attention to this matter.

Peter

**Peter Partnow**

Lane Powell LLC

301 West Northern Lights Boulevard, Suite 301

Anchorage, Alaska  99503-2648
Phone (direct):  907.264.3317
Phone (cell):    907.227.8835

Fax:             907.276.2631

Email:       partnowp@lanepowell.com
Website:     <http://www.lanepowell.com>

02/23/2006

EXHIBIT 5
PAGE 1 OF 1