*Absolute Environmental Services, Inc., v. Forrest J. McKinley, et al.*

**Coffman Engineers, Inc.'s Motion on Shortened Time to Quash Subpoena and for Award of Costs and Fees**

**Declaration of Counsel**

**EXHIBITS TABLE OF CONTENTS**

| Description | Exhibit |
|---|---|
| E-Mail from T. Marston to M. Kreger, dated January 25, 2006 | 1 |
| E-Mail from P. Partnow to T. Marston, dated February 15, 2006 | 2 |
| E-Mail from T. Marston to P. Partnow, dated February 15, 2006 | 3 |
| Subpoena to J. Hardenbergh, dated February 16, 2006 | 4 |
| E-Mail from T. Marston to P. Partnow, dated February 21, 2006 | 5 |