Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRIESES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>　　　　　　　　　　　　Defendants. | Case No. 3:03-cv-00199-RRB |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>　　Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>　Cross-Defendants/Third-Party Defendants. | **DECLARATION OF<br>JERRY HARDENBERGH<br><u>IN SUPPORT OF MOTION TO QUASH</u>** |

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| |
|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, |
| Plaintiff, |
| v. |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, |
| Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, |
| Counterclaim Plaintiff, |
| v. |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, |
| Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, |
| Third-Party Plaintiff, |
| v. |
| COFFMAN ENGINEERS, INC., a Washington corporation, |
| Third-Party Defendant. |

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

I, JERRY HARDENBERGH, hereby declare and state as follows:

1. I am a corrosion technologist employed by Coffman Engineers, Inc.

2. I reside in Morgantown, West Virginia, with my wife and two young children.

3. My normal work location for Coffman is in Alaska. In order to balance my work obligations and my family life, I typically travel to Alaska for 3 to 4 weeks and then return to West Virginia to spend time with my family.

4. Most recently, I returned to Anchorage on January 11, 2006. Normally, I would have returned to West Virginia in early February. However, because of obligations which arose with regards to this lawsuit, including assisting with the gathering of Coffman documents which were requested by Absolute Environmental Services, Inc., and which related to Phase I of the Kodiak Cargo Wharf project and serving as the client representative for Coffman at depositions which occurred in Anchorage on February 8, 13, and 14, I extended my stay in Alaska.

5. I did make arrangements to return to West Virginia and will be leaving Anchorage for West Virginia on February 23, 2006. I am scheduled to return to Anchorage to be at work starting on March 27, 2006.

6. When discussion of the date for my deposition was raised, I was already scheduled to be back in West Virginia during the week of March 13. I did however agree that I would be available for deposition in Anchorage during the week of March 27.

7. I had already booked my return to West Virginia and was scheduled to be in West Virginia with my family for most of March when, on February 21, 2006, I was served with a subpoena to attend a deposition on March 15, 2006.

8. It would be an extreme hardship and a disruption to me and my family, if I am required to attend a deposition on March 15, 2006.

9. I have no reluctance to being available for a deposition in this case on a date when I am in work status in Anchorage. The earliest point at which this will occur is the week of March 27, 2006.

/

/

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Declaration of Jerry Hardenbergh in Support of Motion to Quash**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. A03-0199 CV (RRB))     Page 3 of 4

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Anchorage, Alaska, this 23rd day of February, 2006

By _____
Jerry Hardenbergh

I certify that on February 23, 2006, a copy
of the foregoing was served by ECF on:

Robert J. Dickson: acgecf@acglaw.com
Jami K. Elison: jamie@mhf-law.com
Michael E. Kreger: mkreger@perkinscoi.com
Terry R. Marston: terry@mhf-law.com

and by mail on:

Lawrence A. Pederson, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

Eric J. Brown, Jermain, Dunnagan & Owens
3000 A St., Ste. 300, Anchorage, AK 99503

William R. Baerg, Monteleone & McCrory
725 S. Figueroa St., Ste 3750, Los Angeles, CA 90017

s/Peter C. Partnow

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Declaration of Jerry Hardenbergh in Support of Motion to Quash**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. A03-0199 CV (RRB))