```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA
```

  ABSOLUTE ENVIRONMENTAL   v.   McKINLEY, et al.

DATE:   February 27, 2006     CASE NO.   3:03-cv-0199-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
               GRANTING SHORTENED TIME**

---

Defendant Coffman Engineers' motion for shortened time is granted. Plaintiff Absolute may have until the close of business on **Wednesday, March 1, 2006,** to respond to Coffman Engineers' Motion to Quash Subpoena and for Award of Costs and Fees.

M.O. GRANTING SHORTENED TIME