Terry R. Marston, *pro hac vice,* terry@mhf-law.com
Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants. | Case No.: A03-0199CV (RRB)<br><br>**OPPOSITION OF ABSOLUTE ENVIRONMENTAL TO COFFMAN'S MOTION TO QUASH** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | |

| | |
|---|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| vs. | )<br>) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | )<br>)<br>) |
| Defendants. | )<br>) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | )<br>)<br>) |
| Counterclaim Plaintiff, | ) |
| vs. | )<br>) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | )<br>)<br>) |
| Counterclaim Defendant. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | )<br>)<br>) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | )<br>)<br>) |
| Third-Party Defendant. | )<br>) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | )<br>)<br>) |
| Plaintiff/Cross-claimant, | ) |
| vs. | )<br>) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | )<br>)<br>) |
| Third-Party Defendant. | )<br>) |

OPPOSITION OF ABSOLUTE ENVIRONMENTAL TO COFFMAN'S MOTION TO QUASH
Case No. A03-0199CV (RRB)-- 2

## OPPOSITION

Coffman Engineering, Inc. ("Coffman") has filed a motion to quash a subpoena served by Plaintiff and to obtain sanctions against Absolute Environmental Services, Inc. ("Absolute"). Coffman does not allege any procedural error on Absolute's part. The motion is without merit, but is any event now <u>moot</u> because Absolute is striking the notice voluntarily.

The following information is only offered as rebuttal to the half-truths expressed by Coffman in its motion and to address Coffman's request for sanctions.

- Coffman does <u>not</u> allege that Absolute violated any rules.

- Coffman does <u>not</u> allege that Absolute noted the deposition for a date other than one the parties, including Coffman, had agreed to set aside for depositions in this case due to the difficulty of coordinating the schedules of five different parties.

- Coffman <u>cannot</u> deny that the deponent, Jerry Hardenbergh (the single inspector who worked on both Phases I & II of the Kodiak Cargo Wharf project) is one of – if not *the* – most pivotal witnesses in the case.

- Coffman <u>only</u> alleges that conducting the deposition as noted, on March 15th in Anchorage, would be inconvenient *for the witness*, and that conducting the deposition on that date in the witness' home state of West Virginia (as was offered) would be inconvenient *for its law firm*.

- However, Coffman <u>fails</u> to bring to the Court's attention that the two-week delay it demands in producing Mr. Hardenbergh for a deposition would put that deposition <u>beyond</u> the March 21, 2006 deadline for presentation of expert witness opinions.

Brechan proposed a solution that involved amending, if necessary, any expert reports if subsequent testimony necessitated a revision to the opinions or foundations for the same.

OPPOSITION OF ABSOLUTE ENVIRONMENTAL TO COFFMAN'S MOTION TO QUASH
Case No. A03-0199CV (RRB)-- 3

Counsel for Absolute circulated an email today indicating that it was willing to strike its notice of deposition, unless anyone had an objection to Brechan's proposal. Coffman has acknowledged receipt of Brechan's proposal and today's email notice from counsel for Absolute and has expressed no opposition to the idea. Therefore, Absolute has stricken its notice of deposition.

There is no pending subpoena to quash and there is no merit to Coffman's sanction claim. Coffman's motion should be dismissed as moot.

DATED this 1st day of March, 2006.

MARSTON HEFFERNAN FOREMAN, PLLC

By _____
Terry R. Marston II, WSBA No. 14440
Jami K. Elison, WSBA No. 31007
Attorneys for Plaintiff Absolute Environmental Service, Inc.

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury, under the laws of the State of Washington that I am now and at all times herein mentioned, a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below, a true and correct copy of the following:

1. OPPOSITION OF ABSOLUTE ENVIRONMENTAL TO COFFMAN'S MOTION TO QUASH;
2. DECLARATION OF TERRY R. MARSTON IN SUPPORT OF OPPOSITION

were electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| James B. Stoetzer<br>Lane Powell Spears Lubersky<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101<br>*Atty for Coffman* | Jacob Nist<br>Perkins Coie, LLP<br>1029 West Third Avenue, Suite 300<br>Anchorage, AK 99501<br>*Atty for Brechan and Safeco* |
|---|---|
| Robert J. Dickson<br>Atkinson, Conway & Gagnon, Inc.<br>420 L Street, Suite 500<br>Anchorage, AK 99501<br><br>*Atty for Specialty Polymer Coatings* | Peter Partnow<br>Lane Powell Spears Lubersky<br>301 W. Northern Lights Boulevard<br>Suite 301<br>Anchorage, Alaska 99503<br>*Atty for Coffman* |

and I hereby certify that I have sent via facsimile and mailed by U.S. Postal Service the foregoing documents to the following non CM/ECF participant(s):

| Eric J. Brown, Esq.<br>Jermain Dunnagan & Owens, P.C.<br>3000 A Street, Suite 300<br>Anchorage, AK 99503-4097<br>*Atty for Forrest McKinley and Emerco* | Mr. William Baerg<br>Patrick Duffy<br>Monteleone & McCrory, LLP<br>725 South Figueroa Street, Suite 3750<br>Los Angeles, CA 90017-5446<br>*Atty for Forrest McKinley and Emerco* |
|---|---|

SIGNED at Redmond, Washington this 1st day of March, 2006.

_____
Kristy L. Martyn