Terry R. Marston, *pro hac vice*, terry@mhf-law.com
Jami K. Elison, *pro hac vice*, jamie@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants. | Case No.: A03-0199CV (RRB)<br><br>**ORDER DENYING COFFMAN'S MOTION TO QUASH**<br><br>[PROPOSED] |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | |

ORDER DENYING COFFMAN'S MOTION TO QUASH [PROPOSED]
Case No. A03-0199CV (RRB)-- 1

|    |                                                                                                                   |   |
|----|-------------------------------------------------------------------------------------------------------------------|---|
| 1  | THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) ) |
| 2  |                                                                                                                   |   |
| 3  |                                                                                                                   | ) |
| 4  | Plaintiff,                                                                                                        | ) |
|    | vs.                                                                                                               | ) |
| 5  |                                                                                                                   | ) |
|    | SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.                                                    | ) |
| 6  |                                                                                                                   | ) |
| 7  | Defendants.                                                                                                       | ) |
| 8  |                                                                                                                   |   |
|    | BRECHAN ENTERPRISES, INC., an Alaska corporation,                                                                 | ) ) |
| 9  |                                                                                                                   | ) |
| 10 | Counterclaim Plaintiff,                                                                                           | ) |
|    | vs.                                                                                                               | ) |
| 11 |                                                                                                                   | ) |
| 12 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,                                                     | ) ) |
| 13 |                                                                                                                   | ) |
|    | Counterclaim Defendant.                                                                                           | ) |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska corporation,                                                                 | ) ) |
| 15 |                                                                                                                   | ) |
|    | Third-Party Plaintiff,                                                                                            | ) |
| 16 | vs.                                                                                                               | ) |
| 17 | COFFMAN ENGINEERS, INC, a Washington Corporation.                                                                 | ) ) |
| 18 |                                                                                                                   | ) |
|    | Third-Party Defendant.                                                                                            | ) |
| 19 |                                                                                                                   |   |
|    | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,                                                     | ) ) |
| 20 |                                                                                                                   | ) |
| 21 | Plaintiff/Cross-claimant,                                                                                         | ) |
|    | vs.                                                                                                               | ) |
| 22 |                                                                                                                   | ) |
| 23 | COFFMAN ENGINEERS, INC, a Washington Corporation.                                                                 | ) ) |
| 24 | Third-Party Defendant.                                                                                            | ) ) |
| 25 |                                                                                                                   |   |
| 26 |                                                                                                                   |   |

ORDER DENYING COFFMAN'S MOTION TO QUASH [PROPOSED]
Case No. A03-0199CV (RRB)– 2

1  THIS MATTER came before the Court on Coffman's Motion to Quash Subpoena and for Award
2  of Costs and Fees. Having entertained the memoranda, exhibits and declarations supporting and
3  opposing the motion, the Court DENIES Coffman's motion, as moot.

Dated this 2 day of March, 2006.

_____
The Honorable Ralph R. Beistline
United States District Court Judge

ORDER DENYING COFFMAN'S MOTION TO QUASH [PROPOSED]
Case No. A03-0199CV (RRB)-- 3