James B. Stoetzer, ASBA No. 7911130
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
Tel: 206-223-7019
Fax: 206-223-7107
StoetzerJ@LanePowell.com

Attorney for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>　　　　　　　　　Defendants. | Case No. 3:03-cv-00199-RRB |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>　　Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>　Cross-Defendants/Third-Party Defendants. | ADDITIONAL NOTICE OF APPEARANCE ON BEHALF OF COFFMAN ENGINEERS, INC. |

*ADDITIONAL NOTICE OF APPEARANCE ON BEHALF OF COFFMAN ENGINEERS, INC.*
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. A03-0199 CV (RRB))**　　　　　　　　　Page 1 of 3

| |
|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                    Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                    Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC., a Washington corporation,<br><br>                    Third-Party Defendant. |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                    Plaintiff/Cross-claimant,<br><br>v.<br><br>COFFMAN ENGINEERS, INC., a Washington corporation,<br><br>                    Third-Party Defendant. |

TO:   Counsel of Record;

AND TO:   Clerk of the Court:

PLEASE TAKE NOTICE that Coffman Engineers, Inc., third-party defendant in the above-referenced action, without waiving any objections as to personal or subject matter jurisdiction, venue, sufficiency of process or service of process, hereby also appears by and through their undersigned attorney, James B. Stoetzer and Lane Powell PC, and request that service of all papers and pleadings

herein, except writs of original process, be made upon the undersigned attorney for said third-party defendant at the office below stated, in addition to continuing service upon co-counsel Peter Partnow at Lane Powell PC's Anchorage office.

DATED this 3rd day of March, 2006.

                LANE POWELL PC
                Attorney for Coffman Engineers, Inc.

By  s/ James B. Stoetzer
    James B. Stoetzer, ASBA No. 7911130
    1420 Fifth Avenue, Suite 4100
    Seattle, WA 98101
    Tel:  206-223-7019
    Fax:  206-223-7107
    Email:  StoetzerJ@LanePowell.com

I certify that on March 3rd, 2006, a copy
of the foregoing was served by mail on:

Lawrence A. Pederson, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

Richard R. Roland, Terry R. Marston II
Marston Heffernan & Foreman
16880 NE 79th St., Redmond, WA 98052

Eric J. Brown, Jermain, Dunnagan & Owens
3000 A St., Ste. 300, Anchorage, AK 99503

Michael Kreger, Jacob Nist, Perkins Coie
1029 W 3rd Ave, Ste 300, Anchorage, AK 99501

Robert J. Dickson, Atkinson, Conway & Gagnon
420 L St, Ste 500, Anchorage, AK 99501-1924

William R. Baerg, Monteleone & McCrory
725 S. Figueroa St., Ste 3750, Los Angeles, CA 90017

s/Alisa R. Flabel