Robert J. Dickson, Esq., ABA #7210044
ATKINSON, CONWAY & GAGNON
Attorneys for Third Party Defendant
Specialty Polymer Coating USA, Inc.
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community composed thereof d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corp. d/b/a Imperial Industrial Coatings,<br><br>Defendants. | |
| EMERCO, INC., a California corp. d/b/a Imperial Industrial Coatings, and the States for the Use and Benefit of EMERCO, Inc.<br><br>Counter-Claimant/Third Party Plaintiff<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corp., SPECIALTY POLYMER COATINGS USA, INC., a Canadian Corp.;<br><br>Cross-Defendants/Third Party Defendants. | **SPECIALTY POLYMER'S WITNESS LIST**<br><br><br>Case No. A-03-0199 Civ. (RRB) |

Third Party Defendant, SPECIALTY POLYMER COATINGS USA, INC. (SPC), by and through its attorneys, Atkinson, Conway & Gagnon, hereby submits, pursuant to the Court's Pretrial Order of September 16, 2005 (Docket No. 125)  its witness list.

1. Rob Alliston
   General Sales Manager
   Specialty Polymer Coatings USA
   c/o Atkinson, Conway & Gagnon
   420 L Street, Ste. 500
   Anchorage  AK   99501

2. Robert Bauer
   #13 51309 Range Road 225
   Sherwood Park, Alberta   T8C 1H3

   Expert Witness

3. Joshua Belville
   Imperial Industrial Coatings
   21813 Pico Street, Unit D
   Grand Terrace, CA  92313
   (909) 783-1284

4. Clifford N. Davis
   3539 Church Street North
   Vancouver, B.C.  V7K2L3

   Expert Witness

5. Jerry R. Hardenbergh
   Coffman Engineers, Inc.
   c/o James B. Stoetzer, Esq.
   Lane Powell Spears & Lubersky, LLP
   301 W. Northern Lights Blvd., Suite 301
   Anchorage  AK  99503

6.   Susan Johnson
     236 Resinoff Drive
     Kodiak, AK 99615
     (907) 486-5712

7.   Tim Lawrence
     Polar Supply
     300 E. 54th Ave.
     Anchorage AK 99518

8.   Charles Mathias
     Technician
     Specialty Polymer Coatings, USA
     c/o Atkinson, Conway & Gagnon
     420 L Street, Ste. 500
     Anchorage AK 99501

9.   David Olson
     Absolute Environmental Services
     P.O. Box 112807
     Anchorage AK 99501-2807

10.  Paul Pedersen
     8540 Rosalind Street
     Anchorage, Alaska 99507
     (907) 240-2240

11.  David Rohwer
     c/o Painter Local 1140
     650 W. International Airport Rd, #100
     Anchorage AK 99518

12.  All witnesses listed by other parties.

DATED this 21st day of March, 2006.

ATKINSON, CONWAY & GAGNON
Attorneys for Specialty Polymer Coatings USA, Inc.

By  s/ *Robert J. Dickson*
Robert J. Dickson
ABA #7210044
ATKINSON, CONWAY & GAGNON
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
Fax:  (907) 272-9272
rjd@acglaw.com

I certify that on March 21, 2006, a copy
a copy of the foregoing was served
electronically on the following attorneys or parties
of record:

| | |
|---|---|
| Eric J. Brown, Esq.    (Emerco)<br>Jermain, Dunnagan & Owens, PC | Terry R. Marston II, Jami K. Elison, Esq.  (Absolute)<br>Marston, Heffernan Foreman, PLLC |
| Michael E. Kreger, Esq.<br>Perkins Coie, LLP | Peter C. Partnow, Esq. , J. Stoetzer, Esq.()<br>Lane, Powell, LLC |
| William Baerg, Esq., P. Duffy, Esq.  (Emerco)<br>Monteleone & McCrory, LLP | |

AND WAS SERVED BY FIRST CLASS MAIL ON:

Paul J. Nangle, Esq.        (Absolute)
Paul J. Nangle & Associates
101 Christensen Drive
Anchorage  AK  99501


 *s/Robert J. Dickson*
            Robert J. Dickson