James B. Stoetzer, ASBA No. 7911130
Peter Partnow, ASBA no. 7206029
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, WA  98101-2338
Telephone:  206.223.7019
Facsimile:  206.223.7107

Attorneys for Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>          Plaintiff,<br><br> v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>          Defendants. | Case No. A03-0199CV (RRB)<br><br>**THIRD PARTY DEFENDANT COFFMAN ENGINEERS, INC.'S WITNESS LIST** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br> Counterclaimant/Third-Party Claimant,<br><br> v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br> Cross-defendants/Third-Party Defendants. | |

| |
|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>         Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>         Defendants. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>         Counterclaim Plaintiff,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>         Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>         Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC, a Washington Corporation.<br><br>         Third-Party Defendant. |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation,<br><br>         Plaintiff/Cross-Claimant,<br>v.<br><br>COFFMAN ENGINEERS, INC, a Washington Corporation.<br><br>         Third-Party Defendant. |

COMES NOW Third Party Defendant Coffman Engineers, Inc. ("Coffman"), pursuant to the Court's September 16, 2005 pretrial order, and discloses its lay and expert list of witnesses that Coffman reserves the right to call to testify at trial.

### I.  LAY WITNESSES

A. **Coffman Engineers, Inc.**
c/o James B. Stoetzer
Lane Powell, PC
1420 Fifth Avenue, Suite 4100
Seattle, WA  98101
(206) 223-7000

Peter Partnow
Lane Powell PC
301 West Northern Lights Boulevard
Suite 301
Anchorage, AK  99503
(907) 277-9511

1. Jerry Hardenbergh
2. Dan Stears
3. Pat Piermattei

B. **Absolute Environmental Services, Inc.**
c/o Terry R. Marston
Hefferman Forman PLLC
16880 NE 79th Street
Redmond, WA  98052
(425) 861-5700

1. David Olson
2. Todd Elmore
3. Jason Peterson
4. John Houlton
5. Michael Shannon
6. Dan Yell
7. Ken Anderson
8. Gilbert Paulson
9. Dave Herbert

C. **Brechan Enterprises**
c/o Michael Kreger, Esq.
Perkins Coie
1029 W Third Avenue, Suite 300
Anchorage, AK  99501
(907) 279-8561

1. Michael Martin

      2.     Matt Holmstrom
      3.     James Houck
      4.     Jessica Wolf
      5.     George Kontra
      6.     William Oliver
      7.     Peter Malley
      8.     Michael Martin
      9.     Jim Graham

D.    **Specialty Polymer Coatings**
      c/o Robert Dickson, Esq.
      Atkinson Conway & Gagnon
      420 L Street, Suite 500
      Anchorage, AK  99501-1989
      (907) 276-1700

      1.     Charles Mathias
      2.     Matt Alliston
      3.     Rick Houlton
      4.     Wade Lewis
      5.     Joe Dzatko
      6.     Rob Alliston

E.    **Imperial Industrial Coatings/Emerco**
      c/o Eric J. Brown
      Jermain Dunnagan & Owens
      3000 A Street, Suite 300
      Anchorage, AK  99503
      (907) 563-8844

      1.     Tom Puett
      2.     Forrest McKinley
      3.     Joshua Belville
      4.     David Rohmer
      5.     Robert Brokaw
      6.     William Dit
      7.     Steven McKinley
      8.     Laura Emery

F.    **United States Coast Guard**

      1.     Chris Lynch
                PO Box 190505
                Kodiak, AK  99619
                (907) 487-5230, ext. 266

      2.    Andrew Brown
            Anita Repanich
            Margaret Wilson
            915 Second Avenue, Room 2664
            Seattle, WA  99817
            (206) 220-7437

      3.    Richard Belisle
            U.S. Coast Guard Air Station
            PO Box 190033, USCG,
            Kodiak, AK  99619-0033

G.    **Local Electric, Inc.**
      1212 Madison Avenue
      Kodiak, AK  99615-6211
      (907) 486-8499

      1.    Charles Jerling
      2.    Paul Agostine

H.    **KTA Tator, Inc.**
      115 Technology Drive
      Pittsburgh, PA  15275

      1.    Keith MacLeod
      2.    Amy Drabant
      3.    Valerie Sherbondy

I.    **Polar Supply**
      300 E 54th Avenue
      Anchorage, AK  99518-1230
      (907) 563-5000

      1.    Tim Lawrence

J.    **Swalling Construction Company, Inc.**
      235 F Street
      PO Box 10139
      Anchorage, AK  99510

      1.    Michael Anderson

K.    **Blast Coat Systems, Inc.**
      1155 W Ninth Street
      Upland, CA  91786
      (909) 981-8137

      1.    James Bossardt

L.  **Painter Local**
    650 W International Airport Road, #100
    Anchorage, AK  99518
    (907) 562-8843

    1.  Tim McCleland
    2.  Ray Smith
    3.  Chris Gregg
    4.  Paul Pederson
    5.  Jason Tenderella

M.  **The Coatings Laboratory**
    10175 Harwin, Suite 110
    Houston, TX  77036
    (713) 981-9386

    1.  Thomas R. Schwerdt
    2.  Jeoff Byrnes
    3.  Malcolm Campbell
    4.  Russell Duncan

N.  Coffman reserves the right to call any and all witnesses identified in its previous witness disclosures.

O.  Coffman reserves the right to call any and all witnesses identified by any other party in their respective witness lists and/or in response to discovery requests.

P.  Coffman reserves the right to call additional witnesses whose identities are revealed through future discovery and investigation.

Q.  Coffman reserves the right to amend and supplement this list.

## II.  EXPERT WITNESSES

c/o James B. Stoetzer
Lane Powell, PC
1420 Fifth Avenue, Suite 4100
Seattle, WA  98101
(206) 223-7000

A.  William Mott

B. Steve Ross

DATED this 21st day of March, 2006.

           LANE POWELL PC
           Attorney for Coffman Engineers, Inc.


          By  s/ James B. Stoetzer
           James B. Stoetzer, ASBA No. 7911130
           Peter Partnow, ASBA No. 7206029
           1420 Fifth Avenue, Suite 4100
           Seattle, WA 98101
           Tel:  206-223-7019
           Fax:  206-223-7107
           Email:  StoetzerJ@LanePowell.com
           Email:  PartnowP@LanePowell.com

I certify that on March 21, 2006, a copy
of the foregoing was served by mail on:

Lawrence A. Pederson, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

Richard R. Roland, Terry R. Marston II
Marston Heffernan & Foreman
16880 NE 79th St., Redmond, WA 98052

Eric J. Brown, Jermain, Dunnagan & Owens
3000 A St., Ste. 300, Anchorage, AK 99503

Michael Kreger, Jacob Nist, Perkins Coie
1029 W 3rd Ave, Ste 300, Anchorage, AK 99501

Robert J. Dickson, Atkinson, Conway & Gagnon
420 L St, Ste 500, Anchorage, AK 99501-1924

William R. Baerg, Monteleone & McCrory
725 S. Figueroa St., Ste 3750, Los Angeles, CA 90017

s/Alisa R. Flabel


011680.0076/1280250.1

**THIRD PARTY DEFENDANT COFFMAN ENGINEERS, INC.'S WITNESS LIST**
*Absolute Environmental Services, Inc. v. Forrest J. McKinley, et al. (Case No. A03-0199CV (RRB))*  Page 7 of 7