ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
Email:  ebrown@jdolaw.com

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930
Email:  duffy@mmlawyers.com and baerg@mmlawyers.com

Attorneys for Defendants FORREST J. McKinley
EMERCO, INC., and Cross-Claimant EMERCO, INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>FORREST J. McKINLEY, et. al., )<br>)<br>    Defendants. )<br>_____ )<br>EMERCO, INC., a California Corporation )<br>d/b/a Imperial Industrial Coatings, and the )<br>United States for the Use and Benefit of EMERCO, )<br>Inc., )<br>)<br>    Counter-Claimant/Third Party Claimant, )<br>v. )<br>)<br>ABSOLUTE ENVIRONMENTAL )<br>SERVICES, INC., et. al., )<br>)<br>    Cross-Defendants/Third Party Defendants. )<br>_____ ) | **DEFENDANTS / COUNTER-CLAIMANTS / THIRD-PARTY CLAIMANTS, FORREST J. McKINLEY, AND EMERCO, INC.'S FINAL WITNESS LIST**<br><br><br><br><br><br>CASE # 3:03-CV-0199-RRB |

COME NOW Defendants Forest J. McKinley and EMERCO, Inc., by and through their counsel or record, Eric J. Brown of the law offices of JERMAIN DUNNAGAN & OWENS, P.C., and hereby submit their Final Witness List.

1)     Matt Alliston, Sales Representative
    SPECIALTY POLYMER COATINGS, INC. (SPC)
    #104 20529 62nd Ave.
    Langley, B.C. Canada V3A 8R4
    Telephone: (604) 514-9711
    Fax: (604) 514-9722

Anticipated Subject Matter of Testimony. It is anticipated that Matt Alliston will testify that IIC was not allowed to use hot sticks per SPC repair procedure and provide testimony concerning the decertification of IIC and Mr. Puett during the Cargo Wharf Project.

2)     Rob Alliston, General Sales Manager
    SPECIALTY POLYMER COATINGS, INC. (SPC)
    #104 20529 62nd Ave.
    Langley, B.C. Canada V3A 8R4
    Telephone: (604) 514-9711
    Fax: (604) 514-9722

Anticipated Subject Matter of Testimony. It is anticipated that Rob Alliston will testify concerning SPC coating properties, the de-certification of IIC and Tom Puett and that IIC was not allowed to use hot sticks per SPC repair procedure.

3)     Mike Anderson, President
    Swalling Construction Co., Inc.
    235 F. St.
    P.O. Box 101039
    Anchorage, AK 99510
    Telephone: 907/272-3461
    Fax: 907/274-6002
    Email: mswalling@swalling.com
    Web Site: www.swalling.com

Anticipated Subject Matter of Testimony. It is anticipated that Mr. Anderson will testify regarding inspections and warranty for Cargo Wharf Phase I, and problems encountered by Swalling during Phase I.

4) Josh Belville, Coating Inspector  (Attorney-Client Privilege Applies)
Imperial Industrial Coatings (IIC)
21813 Pico St. Unit D
Grand Terrace, CA 92313
Telephone:  (909) 783-1284
Fax:  (909) 779-2997

Anticipated Subject Matter of Testimony. It is anticipated that Mr. Belville will testify regarding quality control, over-zealous inspections and interference by Coffman, pump problems, site conditions, the decertification of IIC and discussions with Absolute, Brechan, and Coffman employees.

5) Lt. Andy Brown
UNITED STATES COAST GUARD
c/o Commander
USCG Group Seattle
1519 Alaskan Way South
Seattle, WA 98134-1192
Telephone:  (206) 217-6001
Fax:  Currently unknown
Email: ABrown@pacnorwest.uscg.mil

Anticipated Subject Matter of Testimony. It is anticipated that Lt. Brown will testify regarding the Phase I contract with Swalling, the cathodic protection system, payment to Brechan, and the J.O.C. contract in general.

6) Jeoff Byrnes
THE COATING LABORATORY
@ ITI Anti-Corrosion Inc. Laboratory - Testing Dept.
10175 Harwin Dr. Suite 110
Houston, TX 77036
Telephone: (713) 981-9368
Fax: (713) 776-9634
Email: paintlab@paintlab.com

        Web Page: www.paintlab.com

        <u>Anticipated Subject Matter of Testimony</u>.  It is anticipated that Mr. Byrnes will testify regarding test results on the gray paint & coal tar epoxy that was removed from the Cargo Wharf Project.

7)        Malcolm Campbell
          THE COATING LABORATORY
          @ ITI Anti-Corrosion Inc. Laboratory - Testing Dept.
          10175 Harwin Dr. Suite 110
          Houston, TX 77036
          Telephone: (713) 981-9368
          Fax: (713) 776-9634
          Email: paintlab@paintlab.com
          Web Page: www.paintlab.com

        <u>Anticipated Subject Matter of Testimony</u>.  It is anticipated that Mr. Campbell will testify that the new Extreme pump was not working properly while IIC was still on the Cargo Wharf Project.

8)        Joe Dzatko
          SPECIALTY POLYMER COATINGS, INC. (SPC)
          #104 20529 62nd Ave.
          Langley, B.C. Canada V3A 8R4
          Telephone:  (604) 514-9711
          Fax:  (604) 514-9722

        <u>Anticipated Subject Matter of Testimony</u>.  It is anticipated that Mr. Dzatko will testify regarding the problems with SPC products 1864 and 1842.

9)        Laura Emery    *(Attorney-Client Privilege Applies)*
          IMPERIAL INDUSTRIAL COATINGS (IIC)
          1186 Center Street, Suite A
          Riverside, CA  92507
          Telephone:  (951) 779-2900
          Facsimile:  (951) 779-2997

          Anticipated Subject Matter of Testimony.  It is anticipated that Ms. Emery will testify regarding all phases of the job, contract terms, payment by AESI to IIC, site conditions, and possible testimony concerning IIC's damages.

10)        Jerry Hardenbergh
COFFMAN ENGINEERING
800 F Street
Anchorage, AK 99501
Telephone: (907) 276-6664
Fax: (907) 586-279-8329
Email: Hardenbergh@alaska.coffman.com

          Anticipated Subject Matter of Testimony.  It is anticipated that Mr. Hardenbergh will testify regarding specifications, plans, testing, site conditions, Phase I and Phase II of the Wharf Project, quality assurance and the standards applied thereto, and the decertification of IIC, and communications between Coffman, Brechan and the U.S. Coast Guard.

11)        Charles "Charley" Jerling
LOCAL ELECTRIC, INC.
1212 Madsen Avenue
Kodiak, AK  99615-6211
Telephone:  (907) 486-8499
Fax: (907) 486-1773
Email: locale@ptialaska.net

          Anticipated Subject Matter of Testimony.  It is anticipated that Mr. Jerling will testify that Cathodic System installed several years ago never worked. Mr. Jerling will also testify with regard to removal of certain wires prior to surface prep and coatings.

12)        Chris Lynch
BRECHAN ENTERPRISES, INC.
2705 Mill Bay Rd.
Kodiak, AK 99615
Telephone: (907) 486-3215
Fax:  Currently unknown
Email: clynch@cgalaska.uscg.mil

    Anticipated Subject Matter of Testimony.  It is anticipated that Chris Lynch will testify regarding contract terms, site meeting, inspections, billing, payments, bonding, schedule, QA/QC and communications between the U.S. Coast Guard, Coffman and Brechan.

13)  Keith MacLoad
    KTA-TATOR, INC.
    Corporate Headquarters
    115 Technology Dr.
    Pittsburgh, PA 15275
    Telephone:  (412) 788-1300 or 1-800-582-4243
    Fax:  (412) 788-1306
    Email: info@kta.com
    Website: www.kta.com

    Anticipated Subject Matter of Testimony.  It is anticipated that Mr. MacLoad will testify regarding job inspections, QA/QC, the decertification of IIC, KTA-Tator's Daily Reports, and communications with Jerry Hardenbergh.

14)  Charley Mathias
    SPECIALTY POLYMER COATINGS, INC. (SPC)
    #104 20529 62nd Ave.
    Langley, B.C. Canada V3A 8R4
    Telephone:  (604) 514-9711
    Fax:  (604) 514-9722

    Anticipated Subject Matter of Testimony.  It is anticipated that Mr. Mathias will testify regarding training IIC for certification in the use of (SPC) material, de-certification of Tom Puett and IIC, issuing of certification cards for current and future employees, pump problems, details of a meeting held between the U.S. Coast Guard, Brechan, Absolute and Coffman when IIC was not present, and Mr. Mathias' field notes, including a three-ring binder that allegedly cannot be located.

15)  Forrest McKinley   *(Attorney-Client Privilege Applies)*
    IMPERIAL INDUSTRIAL COATINGS (IIC)
    1186 Center Street, Suite A
    Riverside, CA 92507

        Telephone: (951) 779-2900
        Fax: (951) 779-2997

<u>Anticipated Subject Matter of Testimony</u>. It is anticipated that Mr. McKinley will testify regarding all phases of the job, contract terms, payments by AESI, site conditions, communications with AESI representatives and damages incurred by IIC.

16)       Bill Oliver
        BRECHAN ENTERPRISES, INC.
        2705 Mill Bay Rd.
        Kodiak, AK 99615
        Telephone: (907) 486-3215

<u>Anticipated Subject Matter of Testimony</u>. It is anticipated that Mr. Oliver will testify regarding contract terms, site meeting, inspections, billing, payments, bonding, schedule, QA/QC, and problems encountered by Swalling on Phase I of the Cargo Wharf Project.

17)       Dave Olsen, President
        ABSOLUTE ENVIRONMENTAL SERVICES, INC. (AES)
        300 La Touch St.
        Anchorage, AK 99501
        Telephone: (907) 346-4490
        Fax: (907) 346-4491

<u>Anticipated Subject Matter of Testimony</u>. It is anticipated that Mr. Olsen will testify regarding contract, billing, mobilization, all phases of the job, the decertification of IIC, the failure of AESI to allow IIC to use the H.P.W.B. and AESI's complacence in allowing Coffman to over-inspect and control the Project.

18)       Mel Parish
        address and phone # unknown

<u>Anticipated Subject Matter of Testimony</u>. It is anticipated that Mr. Parish will testify regarding inspection on water tanks and QA by Jerry Hardenbergh, and performance under contract with Brechan.

*Absolute Environmental Services, Inc. vs. Forrest J. McKinley, et al.*
Case No. A-03-0199 Civil (RRB)
DEFENDANTS McKINLEY & EMERCO, INC.'S FINAL WITNESS LIST
Page 7 of 12

19) Paul Pederson
PAINTER LOCAL 1140
650 W. International Airport Rd. #100
Anchorage, AK 99518
Telephone: (907) 562-8843
Fax: Currently unknown

Anticipated Subject Matter of Testimony. It is anticipated that Mr. Pederson will testify regarding the decertification by SPC, coating inspection procedures utilized by QA representative Jerry Hardenbergh, and site conditions.

20) Jason Peterson
ABSOLUTE ENVIRONMENTAL SERVICES, INC. (AES)
300 La Touch St.
Anchorage, AK 99501
Telephone: (907) 346-4490
Fax: (907) 346-4491
Email: jasonp@absoluteenv.com

Anticipated Subject Matter of Testimony. It is anticipated that Mr. Peterson will testify to all project documents billing, mobilization, Phase I of the Project, and the failure of AESI to allow IIC to use the H.P.W.B. as agreed.

21) Tom Puett, Project Manager   *(Attorney-Client Privilege Applies)*
IMPERIAL INDUSTRIAL COATINGS (IIC)
1186 Center Street, Suite A
Riverside, CA 92507
Telephone: (951) 779-2900
Fax: (951) 779-2997

Anticipated Subject Matter of Testimony. It is anticipated that Mr. Puett will testify regarding all phases of the job, contract terms, payments by AESI, site conditions, materials and equipment converted by AESI, and IIC damages. Mr. Puett may also provide rebuttal testimony and testimony concerning IIC's damages.

22) Mark Schilling – Expert witness  *(Attorney-client privilege applies)*
Corrosion Engineer
CORROSION PROBE, INC.

    20 Old Wood Road
    Bernardsville, NJ  07924
    Telephone:  (908) 766-1979
    Facsimile:  (908) 766-6113
    Email:  welbytoast@aol.com

  <u>Anticipated Subject Matter of Testimony</u>.  It is anticipated that Mr. Schilling will testify concerning IIC's Quality Control Program, the quality of the work performed by IIC, the inspections performed by Coffman and KTA-Tator, Inc., and his reports on the Kodiak Cargo Wharf Coating Project dated February 18, 2005, November 28, 2004, and October 21, 2003.

23)  Thomas Schwerdt
    Managing Chemist
    The Coatings Laboratory at ITI Anti-Corrosion, Inc.
    10175 Harwin, Suite 110
    Houston, Texas 77036
    Telephone:  (713) 981-9368

  <u>Anticipated Subject Matter of Testimony</u>.  It is anticipated that Mr. Schwardt will testify concerning the Kodiak Cargo Wharf Coating Analysis, Laboratory File No. 7901 dated June 4, 2003.

24)  Mike Shannon
    ABSOLUTE ENVIRONMENTAL SERVICES, INC. (AES)
    300 La Touch St.
    Anchorage, AK 99501
    Telephone:  (907) 346-4490
    Fax:  (907) 346-4491

  <u>Anticipated Subject Matter of Testimony</u>.  It is anticipated that Mr. Shannon will testify regarding job conditions, job assignments, equipment breakdowns, scheduling of equipment, and the failure of AESI to allow IIC to use the H.P.W.B. as agreed.

25)  Dan Stears
    COFFMAN ENGINEERING
    800 F Street
    Anchorage, AK 99501
    Telephone:  (907) 276-6664

    Cell: (907) 441-7999
    Email: Stears@alaska.coffman.com

  <u>Anticipated Subject Matter of Testimony</u>.  It is anticipated that Mr. Stears will testify regarding contract specification, plans, testing and supervision of Jerry Hardenbergh, and communications between Coffman, Brechan and the U.S. Coast Guard regarding site conditions during Phase I and Phase II of the Cargo Wharf Project.

26)  Jason Tenderella
    PAINTER LOCAL 1140
    650 W. International Airport Rd. #100
    Anchorage, AK 99518
    Telephone: (907) 562-8843
    Fax: Currently unknown

  <u>Anticipated Subject Matter of Testimony</u>.  It is anticipated that Mr. Tenderella will testify regarding the decertification by SPC, coating inspection procedures employed by Coffman, QC/QA, and site conditions.

27)  Daniel Yell
    ALASKA COATING URETHANE SYSTEM PAINTING
    13641 Elmore Street
    Anchorage, AK 99516
    Telephone: (907) 345-3374

  <u>Anticipated Subject Matter of Testimony</u>.  It is anticipated that Mr. Yell will testify regarding terms and conditions of contract with AES, how he replaced IIC at the Cargo Wharf Job, and his contract with AESI after IIC's departure from the job.

28) Any witness designated or called to testify in discovery or at trial by any other party to this litigation.

29) All witnesses needed for rebuttal purposes.

30) All witnesses necessary to authenticate documents.

31) Forrest J. McKinley and Emerco, Inc. reserve the right to supplement this witness list.

DATED this 21st day of March, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Forrest J. McKinley and Emerco, Inc.


By:   s/ Eric J. Brown
       Eric J. Brown
       ABA No. 9011084
       Jermain, Dunnagan & Owens, P.C.
       3000 A Street, Suite 300
       Anchorage, AK  99503-4097
       Telephone:  (907) 563-8844
       Facsimile:  (907) 563-7322
       Email:  ebrown@jdolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March, 2006, a copy of the foregoing was served electronically upon the following interested parties:

Terry Marston
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, WA  98052

| | |
|---|---|
| James B. Stoetzer<br>Lane Powell Spears & Lubersky, LLP<br>1420 5th Avenue, Suite 4100<br>Seattle, WA  98101-2338 | Robert J. Dickson<br>Atkinson Conway & Gagnon<br>420 "L" Street, Suite 500<br>Anchorage, AK  99501-1989 |
| Michael E. Kreger<br>Perkins Coie, LLP<br>1029 West Third Avenue, Suite 300<br>Anchorage, AK  99501 | Patrick J. Duffy<br>William Baerg<br>Monteleone & McCrory, LLP<br>725 South Figueroa Street, Suite 3750<br>Los Angeles, CA  90017 |

And a copy was served, via U.S. First Class postage prepaid mail, upon:

Paul J. Nangle
Paul J. Nangle & Associates
Kerry Building, 101 Christensen Drive
Anchorage, AK  99501


s/ Eric J. Brown
98491/8140.001