Terry R. Marston, *pro hac vice,* terry@mhf-law.com
Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants. | Case No.: A03-0199CV (RRB)<br><br>**PLAINTIFF/COUNTERCLAIM DEFENDANT ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S WITNESS LIST** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | |

| | |
|---|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) ) ) |
| Plaintiff, vs. | ) ) ) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | ) ) ) |
| Defendants. | ) ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Counterclaim Plaintiff, vs. | ) ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Counterclaim Defendant. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) |
| Third-Party Plaintiff, vs. | ) ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, | ) ) ) |
| Plaintiff/Cross-claimant, vs. | ) ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) ) |

COME NOW, plaintiff/counterclaim defendant, ABSOLUTE ENVIRONMENTAL SERVICES, INC., by and through its undersigned attorneys of record, pursuant to the Court's Pretrial Order of September 16, 2005, hereby discloses its lay and expert list of witnesses that it may call to testify at trial.

## I. LAY WITNESSES

**A. United States Coast Guard FD&CC PAC**
915 2nd Ave., Rm. 2664
Seattle, WA 99817
(206) 220-7437

1. *CPT Richard Besler*
2. Paul Rendon, Lt.
3. Anita Repanich, Contracting Officer
4. Margaret Wilson, Contracting Officer
5. Andrew Brown, Lieutenant
6. Steven Locher, United States Coast Guard
7. Jerald Johnson
8. Scott Bonney, United States Gov't
   Alutiiq, LLC
   3201 C Street, Suite 700
   Anchorage, AK 99503
   (907) 222-9500
9. Chris Lynch, Contracting Officer's Technical Representative
   P.O. Box 190505, Kodiak, AK 99619
   (907) 487-5230 Ext. 266
10. Martin Boivin, Engineer
    Shannon & Wilson
    400 North 34th Street, Suite 100
    Seattle, WA 98103

**B. Brechan Engineering, Inc.**
c/o Michael E. Kreger ABA No. 8311170
Jacob Nist ABA No. 0211051
Perkins Coie, LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501
(907) 279-8561

1. Ruth Brechan, shareholder
2. Michael Martin, President
3. William Oliver, Financial Officer
4. James Houck, Project Superintendent
5. Matt Holmstrom, Project Manager
6. Grant de Line, Brechan Enterprises, Inc. (formerly)
7. Jessica Wolfe, Administrative Assistant
8. Dennis Wolfe
9. George Kontra, Quality Control Representative
10. Jim Graham, Quality Control Representative
11. Corporate Representative

C. **Safeco Insurance Co.**
   c/o Michael E. Kreger ABA No. 8311170
   Jacob Nist ABA No. 0211051
   Perkins Coie, LLP
   1029 West Third Avenue, Suite 300
   Anchorage, AK  99501
   (907) 279-8561

   1. Corporate Representative

D. **Trick, Nyman, Hayes**
   911 West 8th Avenue
   Anchorage, AK 99503
   (907) 279-0543

   1. John Daily
   2. Corporate Representative

E. **Coffman Engineers, Inc.**
   c/o Peter Partnow                          c/o James B. Stoetzer
   Lane Powell Spears Lubersky                Lane Powell Spears Lubersky
   301 W. Northern Lights Boulevard           1420 Fifth Avenue, Suite 4100
   Suite 301                                  Seattle, WA 98101
   Anchorage, Alaska  99503                   (206) 226-7019
   (907) 277-9511

   1. Daniel Stears, Professional Engineer
   2. Lawrence Radcliff, Design Engineer

PLAINTIFF/COUNTERCLAIM DEFENDANT ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S
WITNESS LIST
Case No. A03-0199CV (RRB)-- 4

   3. Jerry Hardenbergh, Consultant, Project Engineer, and Quality Assurance Representative
   4. Harold Hollis
   5. Corporate Representative

F. **Swalling Construction Company, Inc.**
   235 F Street
   P.O. Box 101039
   Anchorage, AK 99501
   (907) 272-3461

   1. Mike Swalling
   2. Andy Romine
   3. Michael Andersen
   4. Corporate Representative

G. **Local Electric, Inc.**
   1212 Madsen Ave.
   Kodiak, AK 99615
   (907) 486-8499

   1. Charles Jerling, Senior Represntative
   2. Paul Agostine, Foreman
   3. Corporate Representative

H. **Absolute Environmental Services, Inc.**
   c/o Terry R. Marston
   Marston Heffernan Foreman, PLLC
   16880 NE 79th Street
   Redmond, WA 98052
   (425) 861-5700

   1. David E. Olson
   2. Jason Peterson
   3. Todd Elmore
   4. Wade Lewis
   5. Dan Yell
   6. Gilbert Paulson
   7. David Herbert
   8. Rick Houlton
   9. Michael Shannon

   10. Kenneth Anderson
   11. Dawni Haines, LPD Bookkeeping

I. **Corrpro, Inc.**

   1. Pete Williams
   2. Randy Flower
   3. Don Boregga
   4. Corporate Representative

J. **KTA Tator, Inc.**
   115 Technology Drive
   Pittsburgh, Pennsylvania 15275

   1. Kenneth Tator
   2. Keith McLeod
   3. Amy L. Drabant
   4. Valerie D. Scherbondy
   5. Corporate Representative

K. **Forrest J. McKinley**
   c/o Eric J. Brown, Esq.
   Jermain Dunnagan & Owens, P.C.
   3000 A Street, Suite 300
   Anchorage, AK 99503-4097
   (907) 563-8844

   1. Laura Emery
      17105 Gamble Avenue
      Riverside, California 92507

   2. Steven McKinley

   3. Ralph Thomas Puett
      16621 Cerulean Court
      Chino Hills, California. 91709.

   4. Joshua Bellville

   5. Mark Schilling
      20 Old Wood Road
      Bernardsville, New Jersey, 07924

PLAINTIFF/COUNTERCLAIM DEFENDANT ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S
WITNESS LIST
Case No. A03-0199CV (RRB)-- 6

**L. Gillis & Nathu**
9045 Corbin #302
Northridge, CA 91324

1. Vinesh R. Nathu

2. "Theresa" (bookkeeper)

**M. Emerco, Inc.**
c/o Eric J. Brown, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503-4097
(907) 563-8844

1. Corporate representative

**N. Develcon, Inc.**
c/o Eric J. Brown, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503-4097
(907) 563-8844

1. Corporate representative

**O. FJM, Inc.**
c/o Eric J. Brown, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503-4097
(907) 563-8844

1. Corporate representative

**P. Imperial Electric, S.A.**
c/o Eric J. Brown, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503-4097
(907) 563-8844

1. Corporate representative

**Q. Painter's Local**
   650 W. International Airport Road, #100
   Anchorage, AK  99518
   (907) 562-8843

   1. Corporate representative
   2. Paul Pederson
   3. Jason Tenderella
   4. David Rohner
   5. Christopher Gregg
   6. Timothy McClelland
   7. Ray Smith
   8. Robert Brokaw
   9. William Mario Dix

**R. Malcolm Campbell & Son, Ltd.**
   1248 Franklin St.
   Vancouver, B.C. V6A-1K1
   (604) 255-8393
   (800) 563-1248

   1. Corporate representative
   2. Daryl McColl

**S. Graco, Inc.**
   P.O. Box 1441
   Minneapolis, MN 5440-1441
   (612) 623-6080
   (800) 367-4023

   1. Corporate representative
   2. Greg Olsen
   3. David Pittman

**T. Kodiak Rental Centers**
  101 Center Ave.
  Kodiak, AK 99615-6311
  (907) 486-3662

  1. Corporate representative

**U. Polar Supply**
  300 E. 54th Avenue
  Anchorage, AK 99518-1230
  (907) 563-5000

  1. Corporate representative
  2. Timothy Lawrence
  3. Angie McCoy

**V. Specialty Polymer Coatings, Ltd.**
  c/o Robert J. Dickson
  Atkinson, Conway & Gagnon, Inc.
  420 L Street, Suite 500
  Anchorage, AK 99501-1989
  (907) 276-1700

  1. Corporate representative
  2. Rob Alliston
  3. Matt Alliston
  4. Charles Mathias
  5. Joseph Dzatko

**W. The Coatings Laboratory**
  10175 Harwin, Suite 110
  Houston, TX 77036
  (713) 981-9368

  1. Thomas Schwerdt
  2. Jeoff Byrnes
  3. Russell Duncan

## II. EXPERT WITNESSES

**X. Absolute Environmental Services, Inc.**
c/o Terry R. Marston
Marston Heffernan Foreman, PLLC
16880 NE 79th Street
Redmond, WA 98052
(425) 861-5700

1. Mike Lembke, expert, construction consulting
2. Jeremy Hailey, expert, corrosion engineering
3. William Partin, expert, financial transactions
4. Skip Vernon, expert, coatings & inspection
5. Michael R. Tope, expert, equipment appraisal
6. Donovan Rulien, expert, business valuation

**Y.** Any person listed on any party's witness list.

**Z.** Records custodians of any person and/or entity named on any party's witness list.

**AA.** Any witness necessary to authenticate or lay foundation for documents.

**BB.** Plaintiff/Counterclaim Defendant Absolute Environmental Services, Inc. reserves the right to call any and all of those witnesses identified by the other parties in this case.

**CC.** Plaintiff/Counterclaim Defendant Absolute Environmental Services, Inc. reserves the right to supplement this list as discovery continues regarding rebuttal witnesses, authentication witnesses, expert witnesses, and/or witnesses identified or referred to in parties' responses to the Interrogatories and Requests for Production or otherwise identified in the course of ongoing discovery

DATED this 21st day of March, 2006.

                MARSTON HEFFERNAN FOREMAN, PLLC

                By _____
                Terry R. Marston II, WSBA No. 14440
                Jami K. Elison,   WSBA No. 31007
                Attorneys for Plaintiff Absolute Environmental Service, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury, under the laws of the State of Washington that I am now and at all times herein mentioned, a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below, a true and correct copy of the following:

1. PLAINTIFF/COUNTERCLAIM DEFENDANT ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S WITNESS LIST

were electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| James B. Stoetzer<br>Lane Powell Spears Lubersky<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101<br>*Atty for Coffman* | Jacob Nist<br>Perkins Coie, LLP<br>1029 West Third Avenue, Suite 300<br>Anchorage, AK 99501<br>*Atty for Brechan and Safeco* |
| Robert J. Dickson<br>Atkinson, Conway & Gagnon, Inc.<br>420 L Street, Suite 500<br>Anchorage, AK 99501<br><br>*Atty for Specialty Polymer Coatings* | Peter Partnow<br>Lane Powell Spears Lubersky<br>301 W. Northern Lights Boulevard<br>Suite 301<br>Anchorage, Alaska 99503<br>*Atty for Coffman* |
| Eric J. Brown, Esq.<br>Jermain Dunnagan & Owens, P.C.<br>3000 A Street, Suite 300<br>Anchorage, AK 99503-4097<br>*Atty for Forrest McKinley and Emerco* | Mr. William Baerg<br>Patrick Duffy<br>Monteleone & McCrory, LLP<br>725 South Figueroa Street, Suite 3750<br>Los Angeles, CA 90017-5446<br>*Atty for Forrest McKinley and Emerco* |

SIGNED at Redmond, Washington this 21st day of March, 2006.

Kristy L. Martyn

PLAINTIFF/COUNTERCLAIM DEFENDANT ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S
WITNESS LIST
Case No. A03-0199CV (RRB)-- 12