Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>     Plaintiff,<br>v.<br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings"; EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br>     Defendants. | Case No. A03-0199 Civil (RRB)<br><br>**WITNESS LIST OF BRECHAN ENTERPRISES, INC. AND SAFECO INSURANCE CO. OF AMERICA, INC.** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the use and benefit of EMERCO, INC.,<br>  Counterclaimant/Third-Party Claimant,<br>v.<br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br>  Cross-defendants/Third-party Defendants. | |

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

THE UNITED STATES OF AMERICA for
the use and benefit of ABSOLUTE
ENVIRONMENTAL SERVICES, INC., an
Alaska corporation,
      Plaintiff,
v.
SAFECO INSURANCE COMPANY OF
AMERICA, a Washington corporation,
      Defendant.

BRECHAN ENTERPRISES, INC., an
Alaska corporation,
      Counterclaim Plaintiff,
v.
ABSOLUTE ENVIRONMENTAL
SERVICES, INC., an Alaska corporation,
      Counterclaim Defendant.

BRECHAN ENTERPRISES, INC., an
Alaska corporation,
      Third-Party Plaintiff,
v.
COFFMAN ENGINEERS, INC., a
Washington corporation,
      Third-Party Defendant.

ABSOLUTE ENVIRONMENTAL
SERVICES, INC., an Alaska corporation,
      Plaintiff/Cross-claimant,
v.
COFFMAN ENGINEERS, INC., a
Washington corporation,
      Defendant/Cross-claim Respondent.

## WITNESS LIST

      Brechan Enterprises, Inc. and Safeco Insurance Company of America,

Inc., by and through their attorneys, Perkins Coie LLP, hereby submit, pursuant to

the Court's Pretrial Order of September 16, 2005 (Docket No. 125) the following

witness list.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

1.  Kenneth Anderson
    353 Benny Benson
    Kodiak, AK 99615

2.  Duncan Barry
    P.O. Box 874362
    Wasilla AK 99687

3.  Michael Bird
    P.O. Box 871332
    Wasilla, AK 99687

4.  Jason Brewer
    P.O. Box 520595
    Big Lake AK 99652

5.  Shane Donahue
    8910 Rendon Drive
    Anchorage, AK 99507

6.  Amy L. Drabant
    KTA-TATOR, Inc.
    115 Technology Drive
    Pittsburgh, PA 15275
    Telephone: (412) 788-1300

7.  Casey Eads
    P.O. Box 422
    Kodiak, AK 99615

8.  Todd Elmore
    *Address Unknown*
    Telephone: (907) 336-1966

9.  Bob Erickson
    P.O. Box 116
    Ouzinkie, AK 99644

10. Marcus Everett
    330 N. Fireweed
    Soldotna, AK 99669

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

11. Andrew Finke
    522 Leta Street
    Kodiak, AK 99615

12. Jacquin Gibbs
    326 Shelikof
    Kodiak, AK 99615

13. Dawni Haines
    Anchorage, AK

14. John Houlton
    P.O. Box 878663
    Wasilla, AK 99687

15. Dustin Krug
    P.O. Box 1971
    Kodiak, AK 99615

16. Mike Lembke
    9427 N.E. 138th Street
    Kirkland, WA 98034
    Telephone: (425) 823-6388

17. Wade Lewis
    P.O. Box 112981
    Anchorage, AK 99511

18. Robert J. McDonell
    10324 Main Tree Drive
    Anchorage, AK 99516

19. Keith MacLeod
    KTA-TATOR, Inc.
    115 Technology Drive
    Pittsburgh, PA 15275
    Telephone: (412) 788-1300

20. David Olsen
    Absolute Environmental Services, Inc.
    c/o Marston Heffernan Foreman, PLLC
    Anderson Park Building

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

16880 N.E. 79th Street
Redmond, WA 98052-4424
Telephone: (425) 861-5700

21. Lance Parker
319 Cope
Kodiak, AK 99615

22. Gilbert Paulson
2319 N. 28th Street
Tacoma WA 98403

23. Geoffry Peterson
1219 Mansen Avenue
Kodiak, AK 99615

24. Howard Peterson
P.O. Box 1063
Kodiak, AK 99615

25. Jason Peterson
Absolute Environmental Services, Inc.
c/o Marston Heffernan Foreman, PLLC
Anderson Park Building
16880 N.E. 79th Street
Redmond, WA 98052-4424
Telephone: (425) 861-5700

26. John Sanden
9499 Brayton Drive, #217
Anchorage, AK 99507

27. Valerie D. Sherbondy
KTA-TATOR, Inc.
115 Technology Drive
Pittsburgh, PA 15275
Telephone: (412) 788-1300

28. Michael Shannon
577 E. Dowling Rd. Apt. 16
Anchorage, AK 99518

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

29. David Smith
    5018 E. 43rd Road
    Anchorage, AK 99508

*30.* David Smith II
    *Address and phone number unknown*

31. Michael R. Tope
    Alaska Equipment Appraisers
    13000 Patrick Road
    Anchorage, AK 99516
    Telephone: (907) 345-0087

32. Nicholas Troxell
    10853 Kalsin Drive
    Kodiak, AK 99615

33. L. Skip Vernon
    P.O. Box 639
    Tijeras, NM 87059
    Telephone: (505) 286-4191

34. Jack Walker/Carrick
    P.O. Box 681
    Willow, AK 99688

35. Eric Wood
    2483 Spruce Cape Road 5
    Kodiak, AK 99615

36. Clayton Yell
    13641 Elmore Street
    Anchorage, AK 99516

37. Cole Yell
    13641 Elmore
    Anchorage, AK 99516

38. Daniel Yell
    13641 Elmore Street
    Anchorage, AK 99516

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

39. Grant deLine
   *Address and Telephone Number Unknown*

40. Robert Dun **(expert witness)**
   Construction Associates, Inc.
   3335 Seawind Circle
   Anchorage, AK 99516
   Telephone: (907) 345-4848

41. Bryant W. ("Web") Chandler **(expert witness)**
   Assistant Vice President, Greenman-Pedersen, Inc.
   6218 Boardman Road NW
   Olympia, WA  98502
   Telephone: (360) 866-2206

42. James Houck **(attorney client privilege applies)**
   Brechan Enterprises, Inc.
   c/o Perkins Coie LLP
   1029 West Third Avenue, Suite 300
   Anchorage, AK 99501
   Telephone (907) 279-8561

43. Matt Holmstrom, P.E. **(attorney client privilege applies)**
   421 West First Avenue, Suite 200
   Anchorage, AK  99501-1673
   Telephone (907) 561-4272 (office)

44. George Kontra **(attorney client privilege applies)**
   Brechan Enterprises, Inc.
   c/o Perkins Coie LLP
   1029 West Third Avenue, Suite 300
   Anchorage, AK 99501
   Telephone (907) 279-8561

45. Michael Martin **(attorney client privilege applies)**
    Brechan Enterprises, Inc.
    c/o Perkins Coie LLP
    1029 West Third Avenue, Suite 300
    Anchorage, AK 99501
    Telephone (907) 279-8561

46. William Oliver **(attorney client privilege applies)**
    Brechan Enterprises, Inc.
    c/o Perkins Coie LLP
    1029 West Third Avenue, Suite 300
    Anchorage, AK 99501
    Telephone (907) 279-8561

47. Stephan Ross **(expert witness)**
    Vice-President, Navigant Consulting, Inc.
    1201 Third Avenue, Suite 3320
    Seattle, WA 98101
    Telephone: (206) 442-3000

48. Jessica Wolfe **(attorney client privilege applies)**
    Brechan Enterprises, Inc.
    c/o Perkins Coie LLP
    1029 West Third Avenue, Suite 300
    Anchorage, AK 99501
    Telephone (907) 279-8561

49. Jerry Hardenbergh
    Coffman Engineers, Inc.
    800 F Street
    Anchorage, AK 99501
    Telephone: (907) 276-6664

50. Harold Hollis
    Coffman Engineers, Inc.
    800 F Street
    Anchorage, AK 99501
    Telephone: (907) 276-6664

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

51. Lawrence J. Radcliffe
    Coffman Engineers, Inc.
    800 F Street
    Anchorage, AK 99501
    Telephone: (907) 276-6664

52. Dan Stears
    Coffman Engineers, Inc.
    800 F Street
    Anchorage, AK 99501
    Telephone: (907) 276-6664

53. Joshua Belville
    Imperial Industrial Coatings
    21813 Pico Street, Unit D
    Grand Terrace, CA 92313
    Telephone (909) 783-1284

*54.* Robert Brokaw
    *Address and phone number unknown*

*55.* William Mario Dix
    *Address and phone number unknown*

56. Forrest McKinley
    Imperial Industrial Coatings
    21813 Pico Street, Unit D
    Grand Terrace, CA 92313
    Telephone (909) 783-1284

57. Steve McKinley
    *Address and phone number unknown*

58. Paul Pederson
    *Address and phone number unknown*

59. Tom Puett
    Imperial Industrial Coatings
    21813 Pico Street, Unit D
    Grand Terrace, CA 92313
    Telephone (909) 783-1284

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

60. David Rohner
   *Address and phone number unknown*

61. Thomas R. Schwerdt
   The Coatings Laboratory
   10175 Harwin, Ste. 110
   Houston, TX 77036

62. Mark Shilling
   12 Industrial Park Rd.
   P.O. Box 178
   Centerbrook, CT 06409
   Telephone: (860) 767-4402

*63.* Jason Tenderella
   *Address and phone number unknown*

64. Rob Alliston
   General Sales Manager
   Specialty Polymer Coatings USA
   c/o Atkinson, Conway & Gagnon
   420 L Street, Suite 500
   Anchorage, AK 99501

65. Charlie Mathias
   Specialty Polymer Coatings
   #104-20529 62nd Avenue
   Langley, BC   Canada V3A8R4

66. Michael Andersen
   2494B Sierra Mesa Circle
   Chugiak, AK 99567

67. Troy Blatchford
   22520 Whispering Birch
   Anchorage, AK 99524

68. Carson Boyles
   610 E. 76th Avenue, #2
   Anchorage, AK 99518

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

69. Robert Filiatraut
    Lot 2, Sunny Cove
    Ouzinkie, AK 99644

70. Pat Joens
    17837 Sanctuary Drive
    Eagle River, AK 99577

71. Helm Johnson
    1713 Rezanoff
    Kodiak, AK 99615

72. John D. McLaughlin
    8840 Pioneer
    Anchorage, AK 99504

73. Matthew McNerney
    311 Rezanoff Drive East
    Kodiak AK 99615

74. William Nesheim
    19515 3rd Street
    Eagle River, AK 99577

75. Harold Record
    5 West Parkway
    Omak, WA 98841

76. Michael D. Moore
    Box 1071
    Kodiak, AK 99615

77. Troy Tyhuis
    1119 Rezanoff Street
    Kodiak, AK 99615

78. Enar Andersson
    3761 Perensoa Circle
    Anchorage, AK 99515

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

79. Andrew Romine
    Swalling Construction Co., Inc.
    P.O. Box 101039
    Anchorage, AK 99501
    Telephone: (907) 272-3461

80. Mike Swalling
    Swalling Construction Co., Inc.
    235 F St.
    P.O. Box 101039
    Anchorage, AK 99501
    Telephone: (907) 272-3164

81. Chris Lynch
    United States Coast Guard
    P.O. Box 190505
    Kodiak, AK 99619
    Telephone: (907) 487-5230

82. Andrew Brown
    United States Coast Guard
    915 2nd Avenue, Room 2664
    Seattle, WA 99817
    (206) 220-7437

83. Paul Rendon
    United States Coast Guard
    915 Second Avenue, Room 2664
    Seattle, WA 98174

84. Anita Repanich
    United States Coast Guard
    915 Second Avenue, Room 2664
    Seattle, WA 98174
    Telephone: (206) 220-7400

85. Scott Bonney
    United States Coast Guard
    P.O. Box 190505
    Kodiak, AK 99619
    Telephone: (907) 487-5230

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

86. Margaret Wilson
United States Coast Guard
915 Second Ave., Suite 2664
Seattle, WA 98174
Telephone: (206) 220-7437

87. Tim Lawrence
Polar Supply Company, Inc.
300 E. 54th Avenue
Anchorage, AK 99518
Telephone: (907) 563-5000

88. Karl Short
710 Mill Bay Road
Kodiak, AK 99615
Telephone: (907) 486-8650

89. Arnie Tweeten
101 Center Avenue
Kodiak, AK 99615
Telephone: (907) 486-3662

90. Martin Boivin
400 North 34th Street, Suite 100
P.O. Box 300303
Seattle, WA 98103
Telephone: (206) 632-8020

91. Charles Jerling
Local Electric, Inc.
1212 Madsen Ave.
Kodiak, AK 99615

92. Any witness required to authenticate any document.

93. Any witness identified in the course of further discovery.

94. Any witness listed by any other party.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

DATED at Anchorage, Alaska, this 21st day of March, 2006.

**PERKINS COIE LLP**
Attorneys for Brechan Enterprises, Inc. and
Safeco Insurance Company of America.

By  /s/ Michael E. Kreger
    Michael E. Kreger
    Alaska Bar No. 8311170
    Jacob Nist
    Alaska Bar No. 0211051

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

WITNESS LIST                 - 14 -                 [38599-0012-000000/AA060800.004]

## CERTIFICATE OF SERVICE

I hereby certify that I have served by fax a true and correct copy of the foregoing on:

**Counsel for Absolute Environmental Services, Inc.**
Paul Nangle
Paul J. Nangle & Associates
101 Christensen Drive
Anchorage, Alaska 99501
(Fax: 907-274-8866)

**Counsel for Coffman Engineers, Inc.**
Peter C. Partnow
Lane Powell PC
301 West Northern Lts Blvd., Suite 301
Anchorage, Alaska 99503
(Fax: 907-276-2631)
(Phone: 907-264-3317)

**Co-Counsel for Coffman Engineers, Inc.**
James B. Stoetzer
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101
(Fax: 206-223-7107)
(Phone: 206-223-7109)

**Counsel for Absolute Environmental Services, Inc.**
Terry R. Marston II
Marston, Heffernan & Foreman
Anderson Park Building
16880 NE 79th Street
Redmond, WA 98052-4424
(Fax: 425-861-6969)

this 21st day of March, 2006.

**Counsel for Specialty Polymer Coating USA, Inc.**
Robert J. Dickson
Atkinson Conway & Gagnon
410 L Street, Suite 500
Anchorage, Alaska 99501
(Fax: 907-272-2082)

**Co-Counsel for Forrest J. McKinley and Emerco, Inc., d/b/a Imperial Industrial Coatings**
William R. Baerg
Monteleone & McCrory
725 South Figueroa Street, Suite 3750
Los Angeles, California 90017-5402
(Fax: 213-612-9930)

**Counsel for Forrest J. McKinley and Emerco, Inc., d/b/a Imperial Industrial Coatings**
Eric J. Brown
Jermain Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, Alaska 99503
(Fax: 907-563-7322)

/s/ Michael E. Kreger
Michael E. Kreger
Alaska Bar No. 8311170

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108