ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
Email:  ebrown@jdolaw.com

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930
Email:  duffy@mmlawyers.com and baerg@mmlawyers.com

Attorneys for Defendants FORREST J. McKinley
EMERCO, INC., and Cross-Claimant EMERCO, INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>　　　　　Plaintiff,<br>v.<br><br>FORREST J. McKINLEY, et. al.,<br><br>　　　　　Defendants.<br>_____<br>EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,<br><br>　　Counter-Claimant/Third Party Claimant,<br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., et. al.,<br><br>　　Cross-Defendants/Third Party Defendants.<br>_____ | **DEFENDANTS / COUNTER-CLAIMANTS / THIRD-PARTY CLAIMANTS, FORREST J. McKINLEY, AND EMERCO, INC.'S SUPPLEMENT AND AMENDMENT TO FINAL <u>WITNESS LIST</u>**<br><br>CASE # 3:03-CV-0199-RRB |

COME NOW Defendants / Counterclaimants / Third-Party Plaintiffs Forrest McKinley and Emerco, Inc. and hereby amend and supplement their Final Witness List as follows:

Witness No. 7 (Malcom Campbell) is amended to read as follows:

Darryl McColl
C/O Malcom Campbell
1248 Franklin St.
Vancouver, B.C. V6A-1K1

Anticipated Subject Matter of Testimony:  Mr. McColl will testify concerning the Graco Extreme pump and the problems encountered by Imperial Industrial Coatings when using the pump during Phase II of the Wharf Project.

Witness No. 20 (Jason Peterson) is amended to read as follows:

Anticipated Subject Matter of Testimony:  It is anticipated that Mr. Peterson will testify concerning all project documents, AESI billing to Brechan and payments to IIC, IIC's mobilization, Phase II of the Wharf Project, and the failure of AESI to allow IIC to use the H.P.W.B. as agreed.

Dave Rohner is added to Defendants' Final Witness List as Witness No. 28.

Anticipated Subject Matter of Testimony:  Mr. Rohner will testify concerning IIC's performance on Phase II and the testimony he gave during his deposition taken in conjunction with this litigation.

//

//

//

DATED this 22nd day of March, 2006.

        JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Forrest J. McKinley and
Emerco, Inc.


By:   s/ Eric J. Brown
       Eric J. Brown
       ABA No. 9011084
       Jermain, Dunnagan & Owens, P.C.
       3000 A Street, Suite 300
       Anchorage, AK  99503-4097
       Telephone:  (907) 563-8844
       Facsimile:  (907) 563-7322
       Email:  ebrown@jdolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of March, 2006, a copy of the foregoing was served electronically upon the following interested parties:

| | |
|---|---|
| Terry Marston<br>MARSTON HEFFERNAN FOREMAN, PLLC<br>16880 N.E. 79th Street<br>Redmond, WA  98052 | Peter Partnow<br>Lane Powell Spears & Lubersky, LLP<br>301 West Northern Lights Blvd., Suite 300<br>Anchorage, AK  99503 |
| James B. Stoetzer<br>Lane Powell Spears & Lubersky, LLP<br>1420 5th Avenue, Suite 4100<br>Seattle, WA  98101-2338 | Robert J. Dickson<br>Atkinson Conway & Gagnon<br>420 "L" Street, Suite 500<br>Anchorage, AK  99501-1989 |
| Michael E. Kreger<br>Perkins Coie, LLP<br>1029 West Third Avenue, Suite 300<br>Anchorage, AK  99501 | Patrick J. Duffy<br>William Baerg<br>Monteleone & McCrory, LLP<br>725 South Figueroa Street, Suite 3750<br>Los Angeles, CA  90017 |

And a copy was served, via U.S. First Class postage prepaid mail, upon:

Paul J. Nangle
Paul J. Nangle & Associates
Kerry Building, 101 Christensen Drive
Anchorage, AK  99501


s/ Eric J. Brown
116260/8140.001