Robert J. Dickson, Esq., ABA #7210044
ATKINSON, CONWAY & GAGNON
Attorneys for Third Party Defendant
Specialty Polymer Coating USA, Inc.
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
rjd@acglaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community composed thereof d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corp. d/b/a Imperial Industrial Coatings,<br><br>Defendants.<br><br>EMERCO, INC., a California corp. d/b/a Imperial Industrial Coatings, and the States for the Use and Benefit of EMERCO, Inc.<br><br>Counter-Claimant/Third Party Plaintiff<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corp., SPECIALTY POLYMER COATINGS USA, INC., a Canadian Corp.;<br><br>Cross-Defendants/Third Party Defendants. | **SPC'S NOTICE REGARDING EXPERT WITNESS REPORTS**<br><br>Case No. A-03-0199 Civ. (RRB) |

Third Party Defendant, SPECIALTY POLYMER COATINGS USA, INC.

(Specialty Polymer), by and through its attorneys, Atkinson, Conway & Gagnon, hereby

gives notice that it continues to rely, and will rely at trial, on the testimony of its experts, Clifford Davis and Bob Bauer, whose reports were served on counsel on January 14, 2005 and February 16, 2005.

DATED this 28th day of March, 2006.

ATKINSON, CONWAY & GAGNON
Attorneys for Specialty Polymer Coatings USA, Inc.
By  s/ *Robert J. Dickson*
Robert J. Dickson
ABA #7210044
ATKINSON, CONWAY & GAGNON
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
Fax:  (907) 272-9272
rjd@acglaw.com

I certify that on March 28, 2006, a copy
a copy of the foregoing was served
electronically on the following attorneys or parties
of record:

| | |
|---|---|
| Eric J. Brown, Esq.    (Emerco)<br>Jermain, Dunnagan & Owens, PC | Terry R. Marston II, Jami K. Elison, Esq.  (Absolute)<br>Marston, Heffernan Foreman, PLLC |
| Michael E. Kreger, Esq.<br>Perkins Coie, LLP | Peter C. Partnow, Esq. , J. Stoetzer, Esq.()<br>Lane, Powell, LLC |
| William Baerg, Esq., P. Duffy, Esq.  (Emerco)<br>Monteleone & McCrory, LLP | |

AND WAS SERVED BY FIRST CLASS MAIL ON:

Paul J. Nangle, Esq.        (Absolute)
Paul J. Nangle & Associates
101 Christensen Drive
Anchorage  AK  99501

  *s/Robert J. Dickson*
        Robert J. Dickson

SPC'S NOTICE REGARDING EXPERT WITNESS REPORTS
<u>Absolute Environmental v. McKinley, et al.</u>, Case No. A03-0199 CI RRB
Page 2 of 2
83878/7413.1