James B. Stoetzer, ASBA No. 7911130
Peter C. Partnow, ASBA No. 7206029
LANE POWELL LLC
301 West Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907.277.9511
Facsimile: 907.276.2631

Attorneys for Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>        Plaintiff,<br><br> v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>        Defendants. | Case No. A03-0199CV (RRB)<br><br>**DECLARATION OF C. DAN STEARS IN SUPPORT OF COFFMAN'S MOTION TO AMEND CASE SCHEDULE, AND RESET TRIAL DATE** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br> Counterclaimant/Third-Party Claimant,<br><br> v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br> Cross-defendants/Third-Party Defendants. | |

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| | |
|---|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br>                               Plaintiff, <br><br> v. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. <br><br>                               Defendants. | |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>                          Counterclaim Plaintiff, <br><br> v. <br><br> ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br>                          Counterclaim Defendant. | |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>                          Third-Party Plaintiff, <br><br> v. <br><br> COFFMAN ENGINEERS, INC, a Washington Corporation. <br><br>                          Third-Party Defendant. | |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, <br><br>                          Plaintiff/Cross-Claimant, <br> v. <br><br> COFFMAN ENGINEERS, INC, a Washington Corporation. <br><br>                          Third-Party Defendant. | |

**DECLARATION OF C. DAN STEARS**
*Absolute Envtl. Servs., Inc., v. Forrest McKinley, et al.* (Case No. A-03-0199 CV (RRB))

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

I, C. Dan Stears, hereby declare and state under oath as follows:

1. I am a principal with Coffman Engineers, third-party defendant and cross-claim defendant, in this lawsuit. I make this Declaration on personal knowledge.

2. It is my understanding that the trial date in this matter is set for July 24, 2006. It will be necessary for your declarant and for Coffman's Jerry Hardenbergh to attend the trial and to participate in the preparation for that trial. However, the trial as currently set falls squarely in the "construction season" in Alaska, which is a time during which Mr. Hardenbergh and I, and Coffman personnel in the Anchorage office in general, are extremely busy. Much of the work we perform cannot be undertaken during Alaska's harsh winters and, consequently, the majority of our field work must be performed during the construction season. It would be extremely detrimental to Coffman's business in Alaska if the July 24, 2006 trial date is not vacated and a trial date two to three months later is not set.

3. Additionally, Mr. Hardenbergh, who was Coffman's primary person on site in connection with the subject construction project, is scheduled to move his family from West Virginia to Idaho in late July 2006. This move is necessitated by the fact that Mr. Hardenbergh's wife, a medical doctor, has accepted a new position in Idaho. The Hardenberghs are simply unable to alter the date of their move. Again, Mr. Hardenbergh's attendance at trial and participation in trial preparation is absolutely essential to Coffman's defense of the claims asserted against it.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**DECLARATION OF C. DAN STEARS**
*Absolute Envtl. Servs., Inc., v. Forrest McKinley, et al.* (Case No. A-03-0199 CV (RRB))   Page 3 of 4

DATED at Anchorage, Alaska this 18 day of April, 2006.

_____
C. Dan Stears

I certify that on April 20, 2006, a copy of the foregoing was served by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

Terry R. Marston II
Marston Heffernan & Foreman
16880 NE 79th St., Redmond, WA 98052

Eric J. Brown, Jermain, Dunnagan & Owens
3000 A St., Ste. 300, Anchorage, AK 99503

Jacob Nist, Perkins Coie
1029 W 3rd Ave, Ste 300, Anchorage, AK 99501

Robert J. Dickson, Atkinson, Conway & Gagnon
420 L St, Ste 500, Anchorage, AK 99501-1924

William R. Baerg, Monteleone & McCrory
725 S. Figueroa St., Ste 3750, Los Angeles, CA 90017

s/ Alisa R. Flabel

011680.0076/154705.1

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**DECLARATION OF C. DAN STEARS**
*Absolute Envtl. Servs., Inc., v. Forrest McKinley, et al.* (Case No. A-03-0199 CV (RRB))