James B. Stoetzer, ASBA No. 7911130
Peter C. Partnow, ASBA No. 7206029
LANE POWELL LLC
301 West Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907.277.9511
Facsimile: 907.276.2631

Attorneys for Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>                     Plaintiff,<br><br>  v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>                     Defendants.<br><br>EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>  Counterclaimant/Third-Party Claimant,<br><br>  v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>  Cross-defendants/Third-Party Defendants. | Case No. A03-0199CV (RRB)<br><br>**DECLARATION OF PETER C. PARTNOW IN SUPPORT OF COFFMAN'S MOTION TO AMEND CASE SCHEDULE, AND RESET TRIAL DATE** |

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| | |
|---|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | |
| Plaintiff, | |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | |
| Defendants. | |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | |
| Counterclaim Plaintiff, | |
| v. | |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | |
| Counterclaim Defendant. | |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | |
| Third-Party Plaintiff, | |
| v. | |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | |
| Third-Party Defendant. | |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, | |
| Plaintiff/Cross-Claimant, | |
| v. | |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | |
| Third-Party Defendant. | |

DECLARATION OF PETER C. PARTNOW
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. A-03-0199 CV (RRB))　　　　　　Page 2 of 7

I, Peter C. Partnow, hereby declare and state under oath as follows:

1. I am one of the counsel of record for Coffman Engineers, Inc. ("Coffman") in this lawsuit.

2. This lawsuit was initiated by Absolute Environmental Services, Inc. ("Absolute") in the Fall of 2003 against defendants Forrest J. McKinley, Emerco, Inc., d/b/a Imperial Industrial Coatings (hereinafter collectively "Imperial"), Brechan Enterprises, Inc. ("Brechan") and Safeco Insurance Company of America ("Safeco"). Imperial, in turn, filed a counterclaim against Absolute and a third-party complaint against Coffman, Brechan, and Specialty Polymer Coatings ("SPC"). Generally speaking, Imperial alleged that Coffman was part of a conspiracy with the other third-party defendants to terminate Imperial from the project.

3. In January 2005, after paper discovery and a number of depositions, Imperial dismissed both Coffman and Brechan, with prejudice. Thereafter, the litigation among the remaining parties continued. Coffman was not involved in the continuing litigation other than when one of its employees was deposed by the other parties.

4. In May 2005, while neither Brechan nor Coffman were in the case, and without any notice to Coffman, Absolute obtained the Court's permission to add Brechan back in as a party defendant. Thereafter, Brechan filed a new third-party claim against Coffman, which was served on Coffman in September 2005, in which Brechan sought indemnity from Coffman. Subsequently, in November 2005, on the last day under the new pretrial order for adding claims or parties without leave of court, Absolute filed and served a cross-claim against Coffman. Absolute's claims against Coffman allege essentially that Coffman withheld relevant information from Absolute relating to the work to be performed on the project.

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

5. A trial setting conference was held by the Court on September 15, 2005. A true and correct copy of the transcript of that September 15, 2005 conference is attached as Exhibit 1. At the time of the conference, Coffman had not yet answered Brechan's third-party complaint, and Absolute's cross-claim had not yet been filed or served. Absolute's cross-claim was not filed until November 14, 2006, two months after the trial setting conference. In fact, on September 15, I was taking a deposition in another case and was notified by the court that the court desired my telephonic participation in that trial setting conference which had been noticed by the other parties to the litigation.

6. Shortly after the September 15 conference, in response to the Brechan claim against Coffman, on October 12 2005, Coffman filed and served a motion to dismiss the claims against it. Thereafter, within days of the service of Absolute's cross-claim against Coffman, Coffman filed a second motion to dismiss relating specifically to Absolute's claims. After substantial briefing, and delays in the date of oral argument which were sought by parties other than Coffman, the Court denied the motions to dismiss on January 30, 2006.

7. While Coffman's motions were pending, to my knowledge there were no attempts by any of the parties to schedule depositions and no depositions were conducted. As a result, the 8 month period which the court and the parties contemplated to allow discovery to be completed by May 22 was reduced to about three and a half months.

8. During the months since the motions to dismiss were denied, a number of depositions have been taken. However, a number of additional depositions remain to be taken. Some of those depositions have been delayed due to attempts by the parties to verify that full document production has been obtained prior to taking those depositions. (*See* attached Exhibit 2, a true and correct copy of the March 17, 2006 letter to Terry Marsten, counsel for Absolute, to this effect.) Other

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

depositions have been postponed due to a dispute with the United States Coast Guard ("USCG") regarding the terms under which its employees may be deposed. *See* Exhibit 3 hereto, which consists of correspondence with counsel for the USCG.

9. Additionally, counsel for Imperial has taken the position that no Imperial witnesses will be produced for depositions without an order from this Court compelling those depositions. Attached hereto as Exhibit 4 is a true and correct copy of the letter from Imperial's counsel taking this position.

10. In a recent conference call among counsel in this matter, it was revealed that more than 20 additional fact and expert witnesses likely remain to be deposed. (Counsel for Absolute has also indicated he may need to depose additional personnel from or related to Imperial in connection with Absolute's attempts to pierce Imperial's corporate veil. It is likely that those depositions will have to be conducted in California. However, it is presently unknown if Absolute will pursue those depositions.)

11. Additionally, although witness lists and initial expert reports were exchanged on March 21, 2006 in accordance with the deadline established in this Court's pretrial order, it is apparent that at least some of the initial expert reports will need to be supplemented after fact discovery has been completed.

12. In light of the circumstances described above, in Coffman's motion and in the Declarations of Dan Stears and James B. Stoetzer, Coffman requests that the trial date be reset for a date two to three months later, and that the case schedule be amended to conform for the new trial date. It appeared from statements made by the Court at the September 2, 2006 status conference that the Court's calendar would likely accommodate a new trial date occurring at some point in late

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

DECLARATION OF PETER C. PARTNOW
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. A-03-0199 CV (RRB))   Page 5 of 7

September or October, 2006. Attached hereto as Exhibit 5 is a true and correct copy of the transcript from that status conference. Indeed, prior to proceeding with this motion, I telephoned chambers and was informed by the court staff that the court's existing calendar would accommodate a trial of the length currently anticipated in late September or October of 2006.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Anchorage, Alaska this _____ day of April, 2006.

_____
Peter C. Partnow

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

DECLARATION OF PETER C. PARTNOW
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. A-03-0199 CV (RRB))   Page 6 of 7

September or October, 2006. Attached hereto as Exhibit 5 is a true and correct copy of the transcript from that status conference. Indeed, prior to proceeding with this motion, I telephoned chambers and was informed by the court staff that the court's existing calendar would accommodate a trial of the length currently anticipated in late September or October of 2006.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Anchorage, Alaska this 20th day of April, 2006.

_____
Peter C. Partnow

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

I certify that on April 20, 2006, a copy
of the foregoing was served on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

Terry R. Marston II
Marston Heffernan & Foreman
16880 NE 79th St., Redmond, WA 98052

Eric J. Brown, Jermain, Dunnagan & Owens
3000 A St., Ste. 300, Anchorage, AK 99503

Jacob Nist, Perkins Coie
1029 W 3rd Ave, Ste 300, Anchorage, AK 99501

Robert J. Dickson, Atkinson, Conway & Gagnon
420 L St, Ste 500, Anchorage, AK 99501-1924

William R. Baerg, Monteleone & McCrory
725 S. Figueroa St., Ste 3750, Los Angeles, CA 90017

s/Alisa R. Flabel

011680.0076/154708.1

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631