James B. Stoetzer, ASBA No. 7911130
Peter C. Partnow, ASBA No. 7206029
LANE POWELL LLC
301 West Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907.277.9511
Facsimile: 907.276.2631

Attorneys for Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>                      Plaintiff,<br><br>v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>                      Defendants. | Case No. A03-0199CV (RRB)<br><br>**PROPOSED ORDER GRANTING COFFMAN'S MOTION TO AMEND CASE SCHEDULE AND RESET TRIAL DATE** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>    Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>    Cross-defendants/Third-Party Defendants. | |

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

| |
|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br>            Plaintiff, <br><br> v. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. <br><br>            Defendants. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>            Counterclaim Plaintiff, <br><br> v. <br><br> ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br>            Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>            Third-Party Plaintiff, <br><br> v. <br><br> COFFMAN ENGINEERS, INC, a Washington Corporation. <br><br>            Third-Party Defendant. |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, <br><br>            Plaintiff/Cross-Claimant, <br><br> v. <br><br> COFFMAN ENGINEERS, INC, a Washington Corporation. <br><br>            Third-Party Defendant. |

**PROPOSED ORDER GRANTING COFFMAN'S MOTION TO AMEND CASE SCHEDULE AND RESET TRIAL DATE.**

THIS MATTER having come before the Court on the Motion of third party defendant Coffman Engineers, Inc. ("Coffman") for an order amending the case schedule and resetting the trial date, and the court having reviewed Coffman's motion and supporting declarations and documentation and the memoranda, exhibits and declarations opposing said motion, the Court hereby GRANTS Coffman's motion.

IT IS FURTHER ORDERED that the trial date in this matter is hereby reset to September 25, 2006. The Court will issue a new case schedule.

SO ORDERED this ____ day of _____, 2006.

DONE IN OPEN COURT this _____ day of April, 2006.

_____
The Honorable Ralph R. Beistlien
Judge, United Stated District Court
For the District of Alaska

Presented by:

LANE POWELL LLC


By _____
   James B. Stoetzer, ASBA No. 7911130
   Peter C. Partnow, ASBA No. 7206029
Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

011680.0076/1288879.1

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

I certify that on April 20, 2006, a copy
of the foregoing was served on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

Terry R. Marston II
Marston Heffernan & Foreman
16880 NE 79th St., Redmond, WA 98052

Eric J. Brown, Jermain, Dunnagan & Owens
3000 A St., Ste. 300, Anchorage, AK 99503

Jacob Nist, Perkins Coie
1029 W 3rd Ave, Ste 300, Anchorage, AK 99501

Robert J. Dickson, Atkinson, Conway & Gagnon
420 L St, Ste 500, Anchorage, AK 99501-1924

William R. Baerg, Monteleone & McCrory
725 S. Figueroa St., Ste 3750, Los Angeles, CA 90017

s/Alisa R. Flabel

011680.0076/1288879.1

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

**PROPOSED ORDER GRANTING COFFMAN'S MOTION TO AMEND
CASE SCHEDULE AND RESET TRIAL DATE.**                                        *Page 4 of 4*