James B. Stoetzer, ASBA No. 7911130
Peter C. Partnow, ASBA No. 7206029
LANE POWELL LLC
301 West Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907.277.9511
Facsimile: 907.276.2631

Attorneys for Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>                      Plaintiff,<br><br>v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>                      Defendants. | Case No. A03-0199CV (RRB)<br><br>**DECLARATION OF PETER C. PARTNOW IN SUPPORT OF COFFMAN'S MOTION FOR SHORTENED TIME** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>    Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>    Cross-defendants/Third-Party Defendants. | |

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| | |
|---|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>                              Defendants. | |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                              Counterclaim Plaintiff,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>                              Counterclaim Defendant. | |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                              Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC, a Washington Corporation.<br><br>                              Third-Party Defendant. | |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation,<br><br>                              Plaintiff/Cross-Claimant,<br><br>v.<br><br>COFFMAN ENGINEERS, INC, a Washington Corporation.<br><br>                              Third-Party Defendant. | |

**DECLARATION OF PETER C. PARTNOW**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. A-03-0199 CV (RRB))                Page 2 of 4

I, Peter C. Partnow, hereby declare and state under oath as follows:

1. I am one of the counsel of record for Coffman Engineers, Inc. ("Coffman") in this lawsuit.

2. I have personal knowledge of the contents of this declaration. This declaration is filed in support of Third-Party Defendant Coffman Engineers, Inc.'s Motion for Shortened Time regarding their underlying Motion to Amend Case Schedule and Reset Trial Date.

3. For a number of weeks, counsel for the parties have had on-going discussions regarding the number of depositions which remained to be taken, when those depositions could be set, whether the fact discovery could reasonably be completed prior to the existing May 22, 2006 discovery completion date, and if the parties would agree to the existing trial date or request a brief continuation of the trial.

4. While the parties have generally been cooperative in terms of attempts to set depositions, the parties have been unable to agree on the suggestion that the trial date be reset. When it became evident that the parties would not agree on whether to request a minor change in the trial date to September or October of 2006, it became necessary to file the underlying motion.

5. Under the existing pretrial order, discovery closes on May 22, 2006. This date is simply not reasonable in light of the need for additional fact witness depositions, likely revision of expert reports in light of additional fact discovery, the need to depose various of the experts, the position of two of the other parties that they will oppose any further depositions of their employees, and the position taken by the United States Coast Guard regarding the guidelines for deposing Coast Guard employees. Even as I have been drafting this declaration, I have received a notice from counsel for Imperial that it will object to any further deposition of its key employee on this project, Mr. Ralph "Tom" Puett, even though Coffman was never given the opportunity to question Mr. Puett and despite the fact that Mr. Puett was deposed prior to Absolute raising the new claims which are now being asserted against Brechan and Coffma. Given these matters, motions to compel (or motions to quash) will have to be filed and resolved before at least some depositions can be taken. In addition, scheduling of the remaining deposition is complicated by both pre-existing commitments of counsel of record and the fact that a number of these depositions will have to be set at distant locations through out the Lower Forty-Eight States.

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

**DECLARATION OF PETER C. PARTNOW**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. A-03-0199 CV (RRB))   Page 3 of 4

6. Until fact discovery is concluded and the parties have a chance to obtain and assess the evidence derived from such depositions, possible dispositive motion practice can not realistically be commenced or completed. Under the existing scheduling order, such motion are to be filed by June 23, 2006.

7. By the underlying motion, Coffman has sought a modest change in the trial date and related changes in deadlines under the pretrial order. In order for the parties to know how these matters are to be resolved, the underlying motion should be addressed and resolved as promptly as possible. If normal timelines are observed, the underlying motion likely would not be addressed prior to the May 22, 2006 discovery cut off date.

8. Since the parties have had extensive discussions about the possibility of moving the trial date, and because the parties have been informed that Coffman would seek to have the trial date vacated if the parties were unable to come to some acceptable agreement, it should not be a significant imposition for the other parties to respond to the underlying motion on shortened time.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Anchorage, Alaska this 20th day of April, 2006.

_____
Peter C. Partnow

I certify that on April 20, 2006, a copy of
he foregoing was served by ECF on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

Terry R. Marston II
Marston Heffernan & Foreman
16880 NE 79th St., Redmond, WA 98052

Eric J. Brown, Jermain, Dunnagan & Owens
3000 A St., Ste. 300, Anchorage, AK 99503

Jacob Nist, Perkins Coie
1029 W 3rd Ave, Ste 300, Anchorage, AK 99501

Robert J. Dickson, Atkinson, Conway & Gagnon
420 L St, Ste 500, Anchorage, AK 99501-1924

William R. Baerg, Monteleone & McCrory
725 S. Figueroa St., Ste 3750, Los Angeles, CA 90017

s/ Peter C. Partnow
011680.0076/154779.1

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**DECLARATION OF PETER C. PARTNOW**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. A-03-0199 CV (RRB))  Page 4 of 4