Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                                              Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRIESES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                                              Defendants. | Case No. 3:03-cv-00199-RRB |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>     Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>   Cross-Defendants/Third-Party Defendants. | **ORDER GRANTING SHORTENING TIME** |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

|  |
|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, <br><br>                                   Plaintiff, <br><br>v. <br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, <br><br>                                   Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>                                   Counterclaim Plaintiff, <br><br>v. <br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, <br><br>                                   Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>                                   Third-Party Plaintiff, <br><br>v. <br><br>COFFMAN ENGINEERS, INC., a Washington corporation, <br><br>                                   Third-Party Defendant. |

**IT IS HEREBY ORDERED**, that defendant Coffman Engineers, Inc. motion to shorten time is granted.  Any opposition or other response to Coffman Engineers, Inc.'s motion and memorandum in support of motion to amend case schedule, and reset trial date shall be filed and served on or before April _____, 2006, and any reply shall be filed and served on or before April _____, 2006.

DATED this _____ day of April, 2006.

**Order Granting Shortened Time**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. A03-0199 CV (RRB))**               **Page 2 of 3**

_____
The Honorable Ralph R. Beistline
United States District Court Judge

I certify that on April 23, 2006, a copy
of the foregoing was served by ECF on:

Robert J. Dickson: acgecf@acglaw.com
Jami K. Elison: jamie@mhf-law.com
Michael E. Kreger: mkreger@perkinscoi.com
Terry R. Marston: terry@mhf-law.com
James B. Stoetzer: stoetzerj@lanepowell.com

and by mail on:

Lawrence A. Pederson, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

Eric J. Brown, Jermain, Dunnagan & Owens
3000 A St., Ste. 300, Anchorage, AK 99503

William R. Baerg, Monteleone & McCrory
725 S. Figueroa St., Ste 3750, Los Angeles, CA 90017

 s/Peter C. Partnow
011680.0076/154783.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631