## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

   ABSOLUTE ENVIRONMENTAL   v.   MCKINLEY, et al.

DATE:   April 24, 2006     CASE NO.   3:03-cv-0199-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                        **GRANTING MOTION ON SHORTENED TIME**

---

Coffman Engineers' Motion for Shortened Time is **GRANTED**. Any opposition to Coffman Engineers' Motion to Amend Case Schedule and Reset Trial Date (Docket 169) shall be filed by the close of business on **Wednesday, April 26, 2006.** A hearing on the Motion to Amend will be held on **Friday, April 28, 2006, at 2:30 p.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. GRANTING MOTION ON SHORTENED TIME