Terry R. Marston, *pro hac vice,* terry@mhf-law.com
Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants. | Case No.: A03-0199CV (RRB)<br><br><br><br><br><br>**ABSOLUTE'S REQUEST TO ADJUST BRIEFING SCHEDULE AND RESPONSE TO MOTION TO SHORTEN TIME** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | |

| | |
|---|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | ) ) ) |
| Defendants. | ) ) ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Counterclaim Plaintiff, | ) ) |
| vs. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Counterclaim Defendant. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, | ) ) ) |
| Plaintiff/Cross-claimant, | ) ) |
| vs. | ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) ) |

ABSOLUTE'S REQUEST TO ADJUST BRIEFING SCHEDULE AND RESPONSE TO MOTION TO SHORTEN TIME
Case No. A03-0199CV (RRB)-- 2

## REQUEST AND RESPONSE

Coffman Engineering, Inc. ("Coffman") has moved to Amend Case Schedule and Reset Trial Date. Each of the 5 represented parties has planned for a trial to begin July 24, 2006. Coffman's request to strike the trial date is an issue of critical importance. Given the financial burden this case has imposed on the parties, justice delayed threatens to be justice denied.

Absolute does not object to this matter being briefed and heard on an expedited schedule. Absolute requests only that it be allowed to prepare and submit opposition papers by Friday, April 28, 2006. Absolute received electronic copies of Coffman's filings after business hours on Thursday April 20, 2006. Absolute's lead counsel, Terry Marston, was in Philadelphia, Pennsylvania from Thursday through Sunday. On Friday, April 21 counsel for Absolute, Jami Elison, proposed the following to all counsel:

Gentlemen,

Absolute will oppose Coffman's Motion to Amend Case Schedule and Reset Trial Date. Absolute is willing to stipulate to having that motion heard on shortened time if the following proposal is acceptable. Absolute will agree to file opposition materials by Friday, April 28, 2006. The motion could then be heard early the following week. Can we agree on that?

If not, on Monday Absolute will submit a short response to the motion to shorten time and will propose the scheduling proposed above.

Requiring that Absolute submit its opposition briefing earlier than Friday is prejudicial to Absolute. Absolute is sending Mr. Elison to Anchorage for depositions in this matter on Wednesday and Thursday. Mr. Marston is returning to the office on Monday but has not yet had an opportunity to review the filed materials. Coffman's statements about trial preparation are refuted by the record that Absolute will assemble for the Court's review. Adjusting the briefing schedule to require that Absolute's opposition be filed by Friday certainly will not prejudice

Coffman's motion, but requiring an earlier filing will prejudice Absolute's ability to prepare and submit its opposition.

DATED this 24th day of April, 2006.

          MARSTON HEFFERNAN FOREMAN, PLLC

          By _____
          Terry R. Marston II, WSBA No. 14440
          Jami K. Elison,   WSBA No. 31007
          Attorneys for Plaintiff Absolute Environmental Service, Inc.

Facts and the quotation contained in the above narrative are sworn to under penalty of perjury by Jami K. Elison, as attested to by his signature below.

EXECUTED this 24th day of April, 2006 in Redmond, Washington.

_____
Jami K. Elison

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury, under the laws of the State of Washington that I am now and at all times herein mentioned, a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below, a true and correct copy of the following:

1. ABSOLUTE'S REQUEST TO ADJUST BRIEFING SCHEDULE AND RESPONSE TO MOTION TO SHORTEN TIME
2. [Proposed] ORDER ADJUSTING BRIEFING SCHEDULE AND HEARING REGARDING MOTION TO SHORTEN TIME

were electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| James B. Stoetzer<br>Lane Powell Spears Lubersky<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101<br>*Atty for Coffman* | Jacob Nist<br>Perkins Coie, LLP<br>1029 West Third Avenue, Suite 300<br>Anchorage, AK 99501<br>*Atty for Brechan and Safeco* |
| Robert J. Dickson<br>Atkinson, Conway & Gagnon, Inc.<br>420 L Street, Suite 500<br>Anchorage, AK 99501<br><br>*Atty for Specialty Polymer Coatings* | Peter Partnow<br>Lane Powell Spears Lubersky<br>301 W. Northern Lights Boulevard<br>Suite 301<br>Anchorage, Alaska 99503<br>*Atty for Coffman* |
| Eric J. Brown, Esq.<br>Jermain Dunnagan & Owens, P.C.<br>3000 A Street, Suite 300<br>Anchorage, AK 99503-4097<br>*Atty for Forrest McKinley and Emerco* | Mr. William Baerg<br>Patrick Duffy<br>Monteleone & McCrory, LLP<br>725 South Figueroa Street, Suite 3750<br>Los Angeles, CA 90017-5446<br>*Atty for Forrest McKinley and Emerco* |

SIGNED at Redmond, Washington this 24th day of April, 2006.

_____
Kristy L. Martyn