UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


ABSOLUTE   v.   MCKINLEY

DATE:   April 24, 2006          CASE NO.   3:03-CV-0199-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
ADJUSTING OPPOSITION DUE DATE**

---

Absolute's Request to Adjust Briefing Schedule is hereby **GRANTED**. Opposition to the Motion to Amend Case Schedule and Reset Trial Date (Docket 169) shall be filed by **10:00 a.m.** on **Friday, April 28, 2006**. The hearing on the motion is scheduled for **Friday, April 28, 2006, at 2:30 p.m.**, in Courtroom 2.

M.O. ADJUSTING OPPOSITION DUE DATE