1  Terry R. Marston, *pro hac vice,* terry@mhf-law.com
   Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
2  MARSTON HEFFERNAN FOREMAN, PLLC
   16880 N.E. 79th Street
3  Redmond, Washington  98052
   (425) 861-5700

   **RECEIVED**

   APR 2 4 2006

   **LANE POWELL LLC**

4  PAUL J. NANGLE & ASSOCIATES
   Kerry Building
5  101 Christensen Drive
   Anchorage, Alaska  99501
6  Telephone:  (907) 274-8866

7

8  Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

9              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF ALASKA

10  ABSOLUTE ENVIRONMENTAL                )
    SERVICES, INC., an Alaska Corporation, )   Case No.: A03-0199CV (RRB)
11                                          )
                Plaintiff,                   )
12          vs.                             )
                                            )  **PLAINTIFF'S FIRST REQUESTS FOR**
13  FORREST J. MCKINLEY, an individual,     )  **ADMISSION TO DEFENDANT**
    d/b/a "Imperial Industrial Coatings" and )  **COFFMAN ENGINEERS**
14  EMERCO, INC., a California Corporation,  )
    d/b/a Imperial Industrial Coatings, BRECHAN )
15  ENTERPRISES, INC., an Alaska corporation; )
    and SAFECO INSURANCE COMPANY OF         )
16  AMERICA, a Washington Corporation.      )
                                            )
17              Defendants.                 )
    _____)
18  EMERCO, INC., a California corporation d/b/a )
    Imperial Industrial Coatings, and the States for )
19  Use and Benefit of EMERCO, INC.,        )
                                            )
20  Counterclaimant/Third-party Claimant,   )
                                            )
21  v.                                      )
                                            )
22  ABSOLUTE ENVIRONMENTAL SERVICES )
    INC., an Alaska corporation, et al.,    )
23                                          )
    Cross-defendants/Third-party Defendants. )
24                                          )
    _____)

25                                     **EXHIBIT** ____1____
                                       PAGE ___1___ OF ___91__

26  PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANT COFFMAN ENGINEERS
       Case No. A03-0199CV (RRB)-- 1

| | |
|---|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | ) ) ) |
| Defendants. | ) ) ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Counterclaim Plaintiff, | ) ) |
| vs. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Counterclaim Defendant. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Plaintiff/Cross-claimant, | ) ) |
| vs. | ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) ) |

EXHIBIT __1__
PAGE __2__ OF __91__

TO:      Coffman Engineers, Inc.
         c/o James B. Stoetzer & Peter Partnow, counsel for Coffman Engineers, Inc.

AND TO:   All Counsel of Record

         Plaintiff, by counsel, pursuant to Fed.R.Civ.P. 36, hereby submits the following requests for admissions.

         You must answer and serve a written response to this request within thirty (30) following service hereof.  Your response to each matter may be in the form of an admission, a specific denial or an objection (with reasons clearly stated), or statement that a matter cannot be admitted or denied.  You may not give lack of information or knowledge as a reason for a failure to admit or deny unless you state that you have made reasonable inquiry and the information known or readily available to you is insufficient to enable you to admit or deny.

         You are hereby requested to admit the genuineness of the following described documents, which are contained on the computer compact disc previously produced to all counsel of record on March 20, 2006 (KEY20001-760) and by email (.tif file attachment) on March 21, 2006 (KEY20761-890):

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**      With respect to the document identified as KEY20001-002.

**REQUEST FOR ADMISSION NO. 2:**      With respect to the document identified as KEY20003.

**REQUEST FOR ADMISSION NO. 3:**      With respect to the document identified as KEY20004.

**REQUEST FOR ADMISSION NO. 4:**      With respect to the document identified as KEY20005.

EXHIBIT ____1____
PAGE __3__ OF __91__

PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANT COFFMAN ENGINEERS
Case No. A03-0199CV (RRB)-- 3

**REQUEST FOR ADMISSION NO. 5:**    With respect to the document identified as

KEY20006-007.

**REQUEST FOR ADMISSION NO. 6:**    With respect to the document identified as

KEY20008.

**REQUEST FOR ADMISSION NO. 7:**    With respect to the document identified as

KEY20009-017.

**REQUEST FOR ADMISSION NO. 8:**    With respect to the document identified as

KEY20018.

**REQUEST FOR ADMISSION NO. 9:**    With respect to the document identified as

KEY20019-020.

**REQUEST FOR ADMISSION NO. 10:**    With respect to the document identified as

KEY20021.

**REQUEST FOR ADMISSION NO. 11:**    With respect to the document identified as

KEY20022-023.

**REQUEST FOR ADMISSION NO. 12:**    With respect to the document identified as

KEY20024-046.

**REQUEST FOR ADMISSION NO. 13:**    With respect to the document identified as

KEY20047.

**REQUEST FOR ADMISSION NO. 14:**    With respect to the document identified as

KEY20048-050.

EXHIBIT ____1____
PAGE __4__ OF _91_

**REQUEST FOR ADMISSION NO. 15:**    With respect to the document identified as KEY20051.

**REQUEST FOR ADMISSION NO. 16:**    With respect to the document identified as KEY20052-060.

**REQUEST FOR ADMISSION NO. 17:**    With respect to the document identified as KEY20061-063.

**REQUEST FOR ADMISSION NO. 18:**    With respect to the document identified as KEY20064.

**REQUEST FOR ADMISSION NO. 19:**    With respect to the document identified as KEY20065.

**REQUEST FOR ADMISSION NO. 20:**    With respect to the document identified as KEY20066.

**REQUEST FOR ADMISSION NO. 21:**    With respect to the document identified as KEY20067.

**REQUEST FOR ADMISSION NO. 22:**    With respect to the document identified as KEY20068.

**REQUEST FOR ADMISSION NO. 23:**    With respect to the document identified as KEY20069-091.

**REQUEST FOR ADMISSION NO. 24:**    With respect to the document identified as KEY20092-093.

EXHIBIT ___I___
PAGE _5_ OF _9ι_

1   **REQUEST FOR ADMISSION NO. 25:**    With respect to the document identified as

2   KEY20094.

3   **REQUEST FOR ADMISSION NO. 26:**    With respect to the document identified as

4   KEY20095.

5

6   **REQUEST FOR ADMISSION NO. 27:**    With respect to the document identified as

7   KEY20096-098.

8   **REQUEST FOR ADMISSION NO. 28:**    With respect to the document identified as

9   KEY20099.

10

11  **REQUEST FOR ADMISSION NO. 29:**    With respect to the document identified as

12  KEY20100-102.

13  **REQUEST FOR ADMISSION NO. 30:**    With respect to the document identified as

14  KEY20103.

15

16  **REQUEST FOR ADMISSION NO. 31:**    With respect to the document identified as

17  KEY20104-106.

18  **REQUEST FOR ADMISSION NO. 32:**    With respect to the document identified as

19  KEY20107.

20

21  **REQUEST FOR ADMISSION NO. 33:**    With respect to the document identified as

22  KEY20108-110.

23  **REQUEST FOR ADMISSION NO. 34:**    With respect to the document identified as

24  KEY20111.

25

26

EXHIBIT ___1___
PAGE _6_ OF _91_

**REQUEST FOR ADMISSION NO. 35:**    With respect to the document identified as KEY20112-114.

**REQUEST FOR ADMISSION NO. 36:**    With respect to the document identified as KEY20115.

**REQUEST FOR ADMISSION NO. 37:**    With respect to the document identified as KEY20116-118.

**REQUEST FOR ADMISSION NO. 38:**    With respect to the document identified as KEY20119.

**REQUEST FOR ADMISSION NO. 39:**    With respect to the document identified as KEY20120-122.

**REQUEST FOR ADMISSION NO. 40:**    With respect to the document identified as KEY20123-125.

**REQUEST FOR ADMISSION NO. 41:**    With respect to the document identified as KEY20126-128.

**REQUEST FOR ADMISSION NO. 42:**    With respect to the document identified as KEY200129.

**REQUEST FOR ADMISSION NO. 43:**    With respect to the document identified as KEY200130-132.

**REQUEST FOR ADMISSION NO. 44:**    With respect to the document identified as KEY20133.

EXHIBIT ____ 1
PAGE __7_ OF _91_

1

2

**REQUEST FOR ADMISSION NO. 45:**     With respect to the document identified as

KEY20134-136.

3

4

**REQUEST FOR ADMISSION NO. 46:**     With respect to the document identified as

KEY20137.

5

6

**REQUEST FOR ADMISSION NO. 47:**     With respect to the document identified as

7

KEY20138-140.

8

**REQUEST FOR ADMISSION NO. 48:**     With respect to the document identified as

9

KEY20141.

10

**REQUEST FOR ADMISSION NO. 49:**     With respect to the document identified as

11

KEY20142-144.

12

13

**REQUEST FOR ADMISSION NO. 50:**     With respect to the document identified as

14

KEY20145.

15

**REQUEST FOR ADMISSION NO. 51:**     With respect to the document identified as

16

KEY20146-148.

17

18

**REQUEST FOR ADMISSION NO. 52:**     With respect to the document identified as

19

KEY20149-151.

20

**REQUEST FOR ADMISSION NO. 53:**     With respect to the document identified as

21

22

KEY20152.

23

**REQUEST FOR ADMISSION NO. 54:**     With respect to the document identified as

24

KEY20153-155.

25

26

EXHIBIT ___1___
PAGE __8__ OF __91__

**REQUEST FOR ADMISSION NO. 55:**    With respect to the document identified as KEY20156.

**REQUEST FOR ADMISSION NO. 56:**    With respect to the document identified as KEY20157.

**REQUEST FOR ADMISSION NO. 57:**    With respect to the document identified as KEY20158-159.

**REQUEST FOR ADMISSION NO. 58:**    With respect to the document identified as KEY20160.

**REQUEST FOR ADMISSION NO. 59:**    With respect to the document identified as KEY20161.

**REQUEST FOR ADMISSION NO. 60:**    With respect to the document identified as KEY20162-164.

**REQUEST FOR ADMISSION NO. 61:**    With respect to the document identified as KEY20165.

**REQUEST FOR ADMISSION NO. 62:**    With respect to the document identified as KEY20166-167.

**REQUEST FOR ADMISSION NO. 63:**    With respect to the document identified as KEY20168.

**REQUEST FOR ADMISSION NO. 64:**    With respect to the document identified as KEY20169.

EXHIBIT ___1___
PAGE _9_ OF _91_

1  **REQUEST FOR ADMISSION NO. 65:**    With respect to the document identified as

2  KEY20170.

3  **REQUEST FOR ADMISSION NO. 66:**    With respect to the document identified as

4  KEY20171-173.

5

6  **REQUEST FOR ADMISSION NO. 67:**    With respect to the document identified as

7  KEY20174-176.

8  **REQUEST FOR ADMISSION NO. 68:**    With respect to the document identified as

9  KEY20177.

10

11  **REQUEST FOR ADMISSION NO. 69:**    With respect to the document identified as

12  KEY20178.

13  **REQUEST FOR ADMISSION NO. 70:**    With respect to the document identified as

14  KEY20179.

15

16  **REQUEST FOR ADMISSION NO. 71:**    With respect to the document identified as

17  KEY20180.

18  **REQUEST FOR ADMISSION NO. 72:**    With respect to the document identified as

19  KEY20181-182.

20

21  **REQUEST FOR ADMISSION NO. 73:**    With respect to the document identified as

22  KEY20183.

23  **REQUEST FOR ADMISSION NO. 74:**    With respect to the document identified as

24  KEY20184.

25                                                                          EXHIBIT ___1___

26                                                                          PAGE _10_ OF _91_

1

**REQUEST FOR ADMISSION NO. 75:**    With respect to the document identified as

2    KEY20185-187.

3

**REQUEST FOR ADMISSION NO. 76:**    With respect to the document identified as

4    KEY20188.

5

6    **REQUEST FOR ADMISSION NO. 77:**    With respect to the document identified as

7    KEY20189-191.

8    **REQUEST FOR ADMISSION NO. 78:**    With respect to the document identified as

9    KEY20192.

10

11    **REQUEST FOR ADMISSION NO. 79:**    With respect to the document identified as

12    KEY20193.

13    **REQUEST FOR ADMISSION NO. 80:**    With respect to the document identified as

14    KEY20194.

15

16    **REQUEST FOR ADMISSION NO. 81:**    With respect to the document identified as

17    KEY20195-197.

18    **REQUEST FOR ADMISSION NO. 82:**    With respect to the document identified as

19    KEY20198.

20

21    **REQUEST FOR ADMISSION NO. 83:**    With respect to the document identified as

22    KEY20199-201.

23    **REQUEST FOR ADMISSION NO. 84:**    With respect to the document identified as

24    KEY20202.

25    EXHIBIT ____1____

26    PAGE __11__ OF _91_

**REQUEST FOR ADMISSION NO. 85:**    With respect to the document identified as

KEY20203.

**REQUEST FOR ADMISSION NO. 86:**    With respect to the document identified as

KEY20204.

**REQUEST FOR ADMISSION NO. 87:**    With respect to the document identified as

KEY20205.

**REQUEST FOR ADMISSION NO. 88:**    With respect to the document identified as

KEY20206.

**REQUEST FOR ADMISSION NO. 89:**    With respect to the document identified as

KEY20207.

**REQUEST FOR ADMISSION NO. 90:**    With respect to the document identified as

KEY20208-209.

**REQUEST FOR ADMISSION NO. 91:**    With respect to the document identified as

KEY20210-211.

**REQUEST FOR ADMISSION NO. 92:**    With respect to the document identified as

KEY20212.

**REQUEST FOR ADMISSION NO. 93:**    With respect to the document identified as

KEY20213-215.

**REQUEST FOR ADMISSION NO. 94:**    With respect to the document identified as

KEY20216.

EXHIBIT ____1____
PAGE __12__ OF __91__

**REQUEST FOR ADMISSION NO. 95:**     With respect to the document identified as

KEY20217.

**REQUEST FOR ADMISSION NO. 96:**     With respect to the document identified as

KEY20218.

**REQUEST FOR ADMISSION NO. 97:**     With respect to the document identified as

KEY20219-221.

**REQUEST FOR ADMISSION NO. 98:**     With respect to the document identified as

KEY20222.

**REQUEST FOR ADMISSION NO. 99:**     With respect to the document identified as

KEY20223-224.

**REQUEST FOR ADMISSION NO. 100:**     With respect to the document identified as

KEY20225.

**REQUEST FOR ADMISSION NO. 101:**     With respect to the document identified as

KEY20226.

**REQUEST FOR ADMISSION NO. 102:**     With respect to the document identified as

KEY20227.

**REQUEST FOR ADMISSION NO. 103:**     With respect to the document identified as

KEY20228.

**REQUEST FOR ADMISSION NO. 104:**     With respect to the document identified as

KEY20229-230.

EXHIBIT ___1___
PAGE __13_ OF _91_

PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANT COFFMAN ENGINEERS
Case No. A03-0199CV (RRB)-- 13

**REQUEST FOR ADMISSION NO. 105:**  With respect to the document identified as KEY20231.

**REQUEST FOR ADMISSION NO. 106:**  With respect to the document identified as KEY20232-233.

**REQUEST FOR ADMISSION NO. 107:**  With respect to the document identified as KEY20234.

**REQUEST FOR ADMISSION NO. 108:**  With respect to the document identified as KEY20235.

**REQUEST FOR ADMISSION NO. 109:**  With respect to the document identified as KEY20236-237.

**REQUEST FOR ADMISSION NO. 110:**  With respect to the document identified as KEY20238-239.

**REQUEST FOR ADMISSION NO. 111:**  With respect to the document identified as KEY20240-241.

**REQUEST FOR ADMISSION NO. 112:**  With respect to the document identified as KEY20242.

**REQUEST FOR ADMISSION NO. 113:**  With respect to the document identified as KEY20243.

**REQUEST FOR ADMISSION NO. 114:**  With respect to the document identified as KEY20244.

EXHIBIT ____1____
PAGE __14__ OF __91__

**REQUEST FOR ADMISSION NO. 115:** With respect to the document identified as KEY20245.

**REQUEST FOR ADMISSION NO. 116:** With respect to the document identified as KEY20246.

**REQUEST FOR ADMISSION NO. 117:** With respect to the document identified as KEY20247.

**REQUEST FOR ADMISSION NO. 118:** With respect to the document identified as KEY20248.

**REQUEST FOR ADMISSION NO. 119:** With respect to the document identified as KEY20249-250.

**REQUEST FOR ADMISSION NO. 120:** With respect to the document identified as KEY20251.

**REQUEST FOR ADMISSION NO. 121:** With respect to the document identified as KEY20252-256.

**REQUEST FOR ADMISSION NO. 122:** With respect to the document identified as KEY20257-258.

**REQUEST FOR ADMISSION NO. 123:** With respect to the document identified as KEY20259-260.

**REQUEST FOR ADMISSION NO. 124:** With respect to the document identified as KEY20261-262.

EXHIBIT _____1_____

PAGE __15__ OF _91_

**REQUEST FOR ADMISSION NO. 125:**  With respect to the document identified as KEY20263.

**REQUEST FOR ADMISSION NO. 126:**  With respect to the document identified as KEY20264-265.

**REQUEST FOR ADMISSION NO. 127:**  With respect to the document identified as KEY20266.

**REQUEST FOR ADMISSION NO. 128:**  With respect to the document identified as KEY20267.

**REQUEST FOR ADMISSION NO. 129:**  With respect to the document identified as KEY20268.

**REQUEST FOR ADMISSION NO. 130:**  With respect to the document identified as KEY20269.

**REQUEST FOR ADMISSION NO. 131:**  With respect to the document identified as KEY20270.

**REQUEST FOR ADMISSION NO. 132:**  With respect to the document identified as KEY20271.

**REQUEST FOR ADMISSION NO. 133:**  With respect to the document identified as KEY20272-273.

**REQUEST FOR ADMISSION NO. 134:**  With respect to the document identified as KEY20274-276.

EXHIBIT ____1____

PAGE __16__ OF __91__

**REQUEST FOR ADMISSION NO. 135:**  With respect to the document identified as KEY20277.

**REQUEST FOR ADMISSION NO. 136:**  With respect to the document identified as KEY20278.

**REQUEST FOR ADMISSION NO. 137:**  With respect to the document identified as KEY20279.

**REQUEST FOR ADMISSION NO. 138:**  With respect to the document identified as KEY20280-282.

**REQUEST FOR ADMISSION NO. 139:**  With respect to the document identified as KEY20283.

**REQUEST FOR ADMISSION NO. 140:**  With respect to the document identified as KEY20284.

**REQUEST FOR ADMISSION NO. 141:**  With respect to the document identified as KEY20285.

**REQUEST FOR ADMISSION NO. 142:**  With respect to the document identified as KEY20286-287.

**REQUEST FOR ADMISSION NO. 143:**  With respect to the document identified as KEY20288.

**REQUEST FOR ADMISSION NO. 144:**  With respect to the document identified as KEY20289.

EXHIBIT ___1___

PAGE __17__ OF __91__

**REQUEST FOR ADMISSION NO. 145:**  With respect to the document identified as KEY20290.

**REQUEST FOR ADMISSION NO. 146:**  With respect to the document identified as KEY20291-294.

**REQUEST FOR ADMISSION NO. 147:**  With respect to the document identified as KEY20295-297.

**REQUEST FOR ADMISSION NO. 148:**  With respect to the document identified as KEY20298-301.

**REQUEST FOR ADMISSION NO. 149:**  With respect to the document identified as KEY20302-304.

**REQUEST FOR ADMISSION NO. 150:**  With respect to the document identified as KEY20305.

**REQUEST FOR ADMISSION NO. 151:**  With respect to the document identified as KEY20306.

**REQUEST FOR ADMISSION NO. 152:**  With respect to the document identified as KEY20307.

**REQUEST FOR ADMISSION NO. 153:**  With respect to the document identified as KEY20308-309.

**REQUEST FOR ADMISSION NO. 154:**  With respect to the document identified as KEY20310.

EXHIBIT ____1____
PAGE __18__ OF __91__

PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANT COFFMAN ENGINEERS
Case No. A03-0199CV (RRB)-- 18

1   **REQUEST FOR ADMISSION NO. 155:**   With respect to the document identified as

2   KEY20311-313.

3   **REQUEST FOR ADMISSION NO. 156:**   With respect to the document identified as

4   KEY20314.

5

6   **REQUEST FOR ADMISSION NO. 157:**   With respect to the document identified as

7   KEY20315.

8   **REQUEST FOR ADMISSION NO. 158:**   With respect to the document identified as

9   KEY20316-324.

10

11  **REQUEST FOR ADMISSION NO. 159:**   With respect to the document identified as

12  KEY20325.

13  **REQUEST FOR ADMISSION NO. 160:**   With respect to the document identified as

14  KEY20326-328.

15

16  **REQUEST FOR ADMISSION NO. 161:**   With respect to the document identified as

17  KEY20329.

18  **REQUEST FOR ADMISSION NO. 162:**   With respect to the document identified as

19  KEY20330.

20

21  **REQUEST FOR ADMISSION NO. 163:**   With respect to the document identified as

22  KEY20331.

23  **REQUEST FOR ADMISSION NO. 164:**   With respect to the document identified as

24  KEY20332.

25                                                      EXHIBIT _____1_____

26                                                      PAGE __19__ OF __91__

1    **REQUEST FOR ADMISSION NO. 165:**    With respect to the document identified as

2    KEY20333.

3    **REQUEST FOR ADMISSION NO. 166:**    With respect to the document identified as

4    KEY20334.

5

6    **REQUEST FOR ADMISSION NO. 167:**    With respect to the document identified as

7    KEY20335-336.

8    **REQUEST FOR ADMISSION NO. 168:**    With respect to the document identified as

9    KEY20337-339.

10

11    **REQUEST FOR ADMISSION NO. 169:**    With respect to the document identified as

12    KEY20340-342.

13    **REQUEST FOR ADMISSION NO. 170:**    With respect to the document identified as

14    KEY20343-347.

15

16    **REQUEST FOR ADMISSION NO. 171:**    With respect to the document identified as

17    KEY20348-349.

18    **REQUEST FOR ADMISSION NO. 172:**    With respect to the document identified as

19    KEY20350.

20

21    **REQUEST FOR ADMISSION NO. 173:**    With respect to the document identified as

22    KEY20351-353.

23    **REQUEST FOR ADMISSION NO. 174:**    With respect to the document identified as

24    KEY20354-355.

25

26

EXHIBIT _____1_____

PAGE __20__ OF __91__

**REQUEST FOR ADMISSION NO. 175:**  With respect to the document identified as KEY20356.

**REQUEST FOR ADMISSION NO. 176:**  With respect to the document identified as KEY20357-358.

**REQUEST FOR ADMISSION NO. 177:**  With respect to the document identified as KEY20359-360.

**REQUEST FOR ADMISSION NO. 178:**  With respect to the document identified as KEY20361.

**REQUEST FOR ADMISSION NO. 179:**  With respect to the document identified as KEY20362.

**REQUEST FOR ADMISSION NO. 180:**  With respect to the document identified as KEY20363.

**REQUEST FOR ADMISSION NO. 181:**  With respect to the document identified as KEY20364.

**REQUEST FOR ADMISSION NO. 182:**  With respect to the document identified as KEY20365.

**REQUEST FOR ADMISSION NO. 183:**  With respect to the document identified as KEY20366.

**REQUEST FOR ADMISSION NO. 184:**  With respect to the document identified as KEY20367-368.

EXHIBIT _____ 1 _____

PAGE _2l_ OF _91_

1    **REQUEST FOR ADMISSION NO. 185:** With respect to the document identified as

2    KEY20369-370.

3    **REQUEST FOR ADMISSION NO. 186:** With respect to the document identified as

4    KEY20371-372.

5

6    **REQUEST FOR ADMISSION NO. 187:** With respect to the document identified as

7    KEY20373.

8    **REQUEST FOR ADMISSION NO. 188:** With respect to the document identified as

9    KEY20374.

10

11   **REQUEST FOR ADMISSION NO. 189:** With respect to the document identified as

12   KEY20375.

13   **REQUEST FOR ADMISSION NO. 190:** With respect to the document identified as

14   KEY20376-378.

15

16   **REQUEST FOR ADMISSION NO. 191:** With respect to the document identified as

17   KEY20379-381.

18   **REQUEST FOR ADMISSION NO. 192:** With respect to the document identified as

19   KEY20382-384.

20

21   **REQUEST FOR ADMISSION NO. 193:** With respect to the document identified as

22   KEY20385-387.

23   **REQUEST FOR ADMISSION NO. 194:** With respect to the document identified as

24   KEY20388-390.

25

26

EXHIBIT ___1___

PAGE _22_ OF _91_

**REQUEST FOR ADMISSION NO. 195:** With respect to the document identified as KEY20391.

**REQUEST FOR ADMISSION NO. 196:** With respect to the document identified as KEY20392-394.

**REQUEST FOR ADMISSION NO. 197:** With respect to the document identified as KEY20395.

**REQUEST FOR ADMISSION NO. 198:** With respect to the document identified as KEY20396.

**REQUEST FOR ADMISSION NO. 199:** With respect to the document identified as KEY20397.

**REQUEST FOR ADMISSION NO. 200:** With respect to the document identified as KEY20398.

**REQUEST FOR ADMISSION NO. 201:** With respect to the document identified as KEY20399.

**REQUEST FOR ADMISSION NO. 202:** With respect to the document identified as KEY20400-402.

**REQUEST FOR ADMISSION NO. 203:** With respect to the document identified as KEY20403.

**REQUEST FOR ADMISSION NO. 204:** With respect to the document identified as KEY20404.

EXHIBIT ____1____
PAGE _23_ OF _91_

**REQUEST FOR ADMISSION NO. 205:** With respect to the document identified as KEY20405-406.

**REQUEST FOR ADMISSION NO. 206:** With respect to the document identified as KEY20407.

**REQUEST FOR ADMISSION NO. 207:** With respect to the document identified as KEY20408-409.

**REQUEST FOR ADMISSION NO. 208:** With respect to the document identified as KEY20410.

**REQUEST FOR ADMISSION NO. 209:** With respect to the document identified as KEY20411-412.

**REQUEST FOR ADMISSION NO. 210:** With respect to the document identified as KEY20413-414.

**REQUEST FOR ADMISSION NO. 211:** With respect to the document identified as KEY20415-416.

**REQUEST FOR ADMISSION NO. 212:** With respect to the document identified as KEY20417.

**REQUEST FOR ADMISSION NO. 213:** With respect to the document identified as KEY20418.

**REQUEST FOR ADMISSION NO. 214:** With respect to the document identified as KEY20419.

EXHIBIT _____ 1
PAGE _24_ OF _91_

PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANT COFFMAN ENGINEERS
Case No. A03-0199CV (RRB)-- 24

1
**REQUEST FOR ADMISSION NO. 215:**  With respect to the document identified as
2
KEY20420-433.

3
**REQUEST FOR ADMISSION NO. 216:**  With respect to the document identified as
4
KEY20434.
5

6
**REQUEST FOR ADMISSION NO. 217:**  With respect to the document identified as
7
KEY20434-435.

8
**REQUEST FOR ADMISSION NO. 218:**  With respect to the document identified as
9
KEY20436-438.
10

11
**REQUEST FOR ADMISSION NO. 219:**  With respect to the document identified as
12
KEY20439.

13
**REQUEST FOR ADMISSION NO. 220:**  With respect to the document identified as
14
KEY20440-441.
15

16
**REQUEST FOR ADMISSION NO. 221:**  With respect to the document identified as
17
KEY20442-445.

18
**REQUEST FOR ADMISSION NO. 222:**  With respect to the document identified as
19
KEY20446.
20

21
**REQUEST FOR ADMISSION NO. 223:**  With respect to the document identified as
22
KEY20447-464.

23
**REQUEST FOR ADMISSION NO. 224:**  With respect to the document identified as
24
KEY20465.

25
EXHIBIT _____1_____
26
PAGE __25__ OF __91__

1    **REQUEST FOR ADMISSION NO. 225:** With respect to the document identified as

2    KEY20466-482.

3    **REQUEST FOR ADMISSION NO. 226:** With respect to the document identified as

4    KEY20483-485.

5

6    **REQUEST FOR ADMISSION NO. 227:** With respect to the document identified as

7    KEY20486-488.

8    **REQUEST FOR ADMISSION NO. 228:** With respect to the document identified as

9    KEY20489.

10

11   **REQUEST FOR ADMISSION NO. 229:** With respect to the document identified as

12   KEY20490-494.

13   **REQUEST FOR ADMISSION NO. 230:** With respect to the document identified as

14   KEY20495.

15

16   **REQUEST FOR ADMISSION NO. 231:** With respect to the document identified as

17   KEY20496.

18   **REQUEST FOR ADMISSION NO. 232:** With respect to the document identified as

19   KEY20497.

20

21   **REQUEST FOR ADMISSION NO. 233:** With respect to the document identified as

22   KEY20498.

23   **REQUEST FOR ADMISSION NO. 234:** With respect to the document identified as

24   KEY20499-516.

25                                                    EXHIBIT _____1_____

26                                                    PAGE _26_ OF _91_

PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANT COFFMAN ENGINEERS
Case No. A03-0199CV (RRB)-- 26

**REQUEST FOR ADMISSION NO. 235:**  With respect to the document identified as KEY20517.

**REQUEST FOR ADMISSION NO. 236:**  With respect to the document identified as KEY20518.

**REQUEST FOR ADMISSION NO. 237:**  With respect to the document identified as KEY20519-521.

**REQUEST FOR ADMISSION NO. 238:**  With respect to the document identified as KEY20522.

**REQUEST FOR ADMISSION NO. 239:**  With respect to the document identified as KEY20523.

**REQUEST FOR ADMISSION NO. 240:**  With respect to the document identified as KEY20524.

**REQUEST FOR ADMISSION NO. 241:**  With respect to the document identified as KEY20525.

**REQUEST FOR ADMISSION NO. 242:**  With respect to the document identified as KEY20526-527.

**REQUEST FOR ADMISSION NO. 243:**  With respect to the document identified as KEY20528.

**REQUEST FOR ADMISSION NO. 244:**  With respect to the document identified as KEY20529.

EXHIBIT _____1____
PAGE _27_ OF _91_

**REQUEST FOR ADMISSION NO. 245:**  With respect to the document identified as KEY20530.

**REQUEST FOR ADMISSION NO. 246:**  With respect to the document identified as KEY20531.

**REQUEST FOR ADMISSION NO. 247:**  With respect to the document identified as KEY20532.

**REQUEST FOR ADMISSION NO. 248:**  With respect to the document identified as KEY20533-534.

**REQUEST FOR ADMISSION NO. 249:**  With respect to the document identified as KEY20535.

**REQUEST FOR ADMISSION NO. 250:**  With respect to the document identified as KEY20536.

**REQUEST FOR ADMISSION NO. 251:**  With respect to the document identified as KEY20537.

**REQUEST FOR ADMISSION NO. 252:**  With respect to the document identified as KEY20538.

**REQUEST FOR ADMISSION NO. 253:**  With respect to the document identified as KEY20539-540.

**REQUEST FOR ADMISSION NO. 254:**  With respect to the document identified as KEY20541.

EXHIBIT _____ 1
PAGE _28_ OF _91_

1  **REQUEST FOR ADMISSION NO. 255:**  With respect to the document identified as

2  KEY20542.

3  **REQUEST FOR ADMISSION NO. 256:**  With respect to the document identified as

4  KEY20543.

5

6  **REQUEST FOR ADMISSION NO. 257:**  With respect to the document identified as

7  KEY20544.

8  **REQUEST FOR ADMISSION NO. 258:**  With respect to the document identified as

9  KEY20545-549.

10

11 **REQUEST FOR ADMISSION NO. 259:**  With respect to the document identified as

12 KEY20550-551.

13 **REQUEST FOR ADMISSION NO. 260:**  With respect to the document identified as

14 KEY20552.

15

16 **REQUEST FOR ADMISSION NO. 261:**  With respect to the document identified as

17 KEY20553-554.

18 **REQUEST FOR ADMISSION NO. 262:**  With respect to the document identified as

19 KEY20555.

20 **REQUEST FOR ADMISSION NO. 263:**  With respect to the document identified as

21 KEY20556-557.

22

23 **REQUEST FOR ADMISSION NO. 264:**  With respect to the document identified as

24 KEY2058-559.

25 EXHIBIT ___1___

26 PAGE _29_ OF _91_

**REQUEST FOR ADMISSION NO. 265:** With respect to the document identified as

KEY20560-561.

**REQUEST FOR ADMISSION NO. 266:** With respect to the document identified as

KEY20652.

**REQUEST FOR ADMISSION NO. 267:** With respect to the document identified as

KEY20563.

**REQUEST FOR ADMISSION NO. 268:** With respect to the document identified as

KEY20564-565.

**REQUEST FOR ADMISSION NO. 269:** With respect to the document identified as

KEY200566.

**REQUEST FOR ADMISSION NO. 270:** With respect to the document identified as

KEY20567-569.

**REQUEST FOR ADMISSION NO. 271:** With respect to the document identified as

KEY20570.

**REQUEST FOR ADMISSION NO. 272:** With respect to the document identified as

KEY20571-573.

**REQUEST FOR ADMISSION NO. 273:** With respect to the document identified as

KEY20574.

**REQUEST FOR ADMISSION NO. 274:** With respect to the document identified as

KEY20575.

EXHIBIT ____1____
PAGE _30_ OF _91_

PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANT COFFMAN ENGINEERS
Case No. A03-0199CV (RRB)-- 30