# PERKINS COIE LLP

1029 WEST THIRD AVENUE, SUITE 300 · ANCHORAGE, ALASKA 99501-1981
TELEPHONE: 907 279-8561 · FACSIMILE: 907 276-3108

Michael E. Kreger
PHONE: 907.263.6916
EMAIL: mkreger@perkinscoie.com

April 17, 2006

**VIA FACSIMILE: 213-612-9930**

Patrick J. Duffy III
Monteleone & McCrory LLP
725 South Figueroa Street, Suite 3200
Los Angeles, California 90017-5446

Re:   Deposition of Tom Puett — May 8, 2006

Dear Mr. Duffy:

Enclosed is the Notice of Deposition for Tom Puett that we discussed.

I have between an hour and a half and two hours of questions to put to Mr. Puett on behalf of Brechan/Safeco. I checked with Mr. Stoetzer representing Coffman, who needs a similar amount of time. I have been unable to speak with Mr. Dickson representing SPC. As between Coffman and Brechan, we will have no more than four hours of questioning for Mr. Puett. It is my expectation that any questions Mr. Dickson has can also occur within those four hours.

Thank you for your attention to this matter.

Very truly yours,

*Michael E. Kreger* (signature)

Michael E. Kreger

cc:   Counsel of record

EXHIBIT __2__
PAGE __1__ OF __5__

[38599-0012/AA061070.017]

ANCHORAGE  BELLEVUE  BOISE  DENVER  HONG KONG  LOS ANGELES  MENLO PARK  PORTLAND  SAN FRANCISCO  SEATTLE  SPOKANE  TAIPEI  WASHINGTON, D.C.

Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc. and
Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>    Plaintiff,<br>v.<br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings"; EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br>    Defendants. | Case No. A03-0199 Civil (RRB)<br><br>**NOTICE OF DEPOSITION** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the use and benefit of EMERCO, INC.,<br>   Counterclaimant/Third-Party Claimant,<br>v.<br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br>   Cross-defendants/Third-party Defendants. | |

EXHIBIT 2
PAGE 2 OF 5

NOTICE OF DEPOSITION                    - 1 -                    [38599-0012/AA061070.009]

| |
|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>　　　Plaintiff,<br>v.<br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br>　　　Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br>　　　Counterclaim Plaintiff,<br>v.<br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>　　　Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br>　　　Third-Party Plaintiff,<br>v.<br>COFFMAN ENGINEERS, INC., a Washington corporation,<br>　　　Third-Party Defendant. |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>　　　Plaintiff/Cross-claimant,<br>v.<br>COFFMAN ENGINEERS, INC., a Washington corporation,<br>　　　Defendant/Cross-claim Respondent. |

PLEASE TAKE NOTICE that the deposition of Ralph Puett (a/k/a Tom Puett) is scheduled to be taken on behalf of defendants Brechan Enterprises, Inc. and Safeco Insurance Company of America at the hour of **10:00 a.m. on May 8, 2006,** at the offices of Monteleone & McCrory, LLP, 725 South Figueroa Street,

EXHIBIT 2
PAGE 3 OF 5
Calendared
[38599-0012/AA061070.009]

NOTICE OF DEPOSITION                -2-

Suite 3200, Los Angeles, California 90017-5446, phone 213-612-9900, before a notary public in and for the State of California.

You are invited to attend and put forth such interrogatories as you may elect.

DATED at Anchorage, Alaska, this 17th day of April, 2006.

                PERKINS COIE LLP
                Attorneys for Brechan Enterprises, Inc. and
                Safeco Insurance Company of America

By _____/s/ Michael E. Kreger_____
      Michael E. Kreger
      Alaska Bar No. 8311170

EXHIBIT 2
PAGE 4 OF 5

NOTICE OF DEPOSITION      -3-      [38599-0012/AA061070.009]

# CERTIFICATE OF SERVICE

I hereby certify that I have served by (mail)/fax/hand a true and correct copy of the foregoing on:

**Counsel for Absolute Environmental Services, Inc.**
Paul Nangle
Paul J. Nangle & Associates
101 Christensen Drive
Anchorage, Alaska 99501
(Fax: 907-274-8866)

**Counsel for Absolute Environmental Services, Inc.**
Terry R. Marston II
Marston, Heffernan & Foreman
Anderson Park Building
16880 NE 79th Street
Redmond, WA 98052-4424
(Fax: 425-861-6969)

**Co-Counsel for Coffman Engineers, Inc.**
James B. Stoetzer
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101
(Fax: 206-223-7107)
(Phone: 206-223-7109)

**Counsel for Coffman Engineers, Inc.**
Peter C. Partnow
Lane Powell PC
301 West Northern Lts Blvd., Suite 301
Anchorage, Alaska 99503
(Fax: 907-276-2631)
(Phone: 907-264-3317)

**Counsel for Specialty Polymer Coating USA, Inc.**
Robert J. Dickson
Atkinson Conway & Gagnon
410 L Street, Suite 500
Anchorage, Alaska 99501
(Fax: 907-272-2082)

**Co-Counsel for Forrest J. McKinley and Emerco, Inc., d/b/a Imperial Industrial Coatings**
William R. Baerg
Monteleone & McCrory
725 South Figueroa Street, Suite 3750
Los Angeles, California 90017-5402
(Fax: 213-612-9930)

**Counsel for Forrest J. McKinley and Emerco, Inc., d/b/a Imperial Industrial Coatings**
Eric J. Brown
Jermain Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, Alaska 99503
(Fax: 907-563-7322)

this 17th day of April, 2006.

Joanne Kearse

EXHIBIT 2
PAGE 5 OF 5
[38599-0012/AA061070.009]

NOTICE OF DEPOSITION                 -4-