Case No. A03-0199 Civil (RRB)                                    Ralph Thomas Pewett

Page 164

```
 1              UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF ALASKA
 3
 4  ABSOLUTE ENVIRONMENTAL
    SERVICES, INC. an Alaska corporation,
 5
            Plaintiff,
 6
        vs.                              COPY
 7
    FORREST J. MCKINLEY, an individual,
 8  d/b/a "Imperial Industrial Coatings"
    and EMERCO, INC., a California
 9  Corporation, d/b/a Imperial Industrial
    Coatings,
10
            Defendant.
11  _____
12  Case No. A03-0199 CV (RRB)
13
14
15
16
17           DEPOSITION OF RALPH THOMAS PUETT

              Taken November 2, 2004
18            Commencing at 9:00 a.m.
19     Volume II - Pages 164 - 413, inclusive
20
21
              Taken by the Plaintiff
22                     at
                PERKINS, COIE
23         1029 W. Third Av., Suite 300
              Anchorage, AK  99501
24
25                                    EXHIBIT  3
                                      PAGE  1  OF  2
```

Midnight Sun Court Reporters (907) 258-7100

Case No.A03-0199 Civil (RRB)　　　　　　　　　　　　　　　　　　　　　　　Ralph Thomas Pewett

Page 409
1  Q  And does that letter reflect problems that Imperial
2  had had with the Xtreme pump that Imperial had had on the
3  project?
4  A  I'd like to read the letter.
5  Q  Please do.
6        MR. BROWN: It's 5:30. This witness is done.
7        MR. DICKSON: Are you going to let him answer
8  this one question?
9        MR. BROWN: Yeah.
10       THE WITNESS: I'm going to finish reading the
11 letter.
12       MR. DICKSON: Well, I was wondering whether your
13 lawyer was going to let you do that or not?
14       MR. BROWN: Yes.
15       THE WITNESS: I'll start the letter over.
16       MR. DICKSON: Go ahead.
17       THE WITNESS: On my time now.
18  Yes.
19       MR. DICKSON: Is that --
20       MR. BROWN: That's it.
21       MR. DICKSON: I understand you're leaving. Just
22 for the record, I'm not through with my examination.
23       MR. PARTNOW: Before we go off record, on behalf
24 of Coffman, we haven't had the opportunity to ask any
25 questions. We believe we have the right to ask 30(b)(6)

Page 410
1  questions of this witness, and in addition, I want to put
2  on the record that I am informed that California counsel
3  for Imperial has already informed counsel for Coffman that
4  Mr. Puett would be available for an individual fact
5  deposition without regard to the issues pertaining to 30
6  (b)(6) deposition.
7        MR. BROWN: For the record, this gentleman has
8  done his 14 hours as agreed.
9        MR. DICKSON: Okay.
10       (Proceedings adjourned at 5:30 p.m.)

Page 411
1           CERTIFICATE
2     I hereby certify that I have read the foregoing
3  transcript and accept it as true and correct, with the
4  following exceptions:
5  ================================================
6  PAGE    LINE     CORRECTION
7  ____    ____     _____
8  ____    ____     _____
9  ____    ____     _____
10 ____    ____     _____
11 ____    ____     _____
12 ____    ____     _____
13 ____    ____     _____
14 ____    ____     _____
15 ____    ____     _____
16 ____    ____     _____
17 ____    ____     _____
18
19 _____    _____
   Date: 11/2/04    Ralph Thomas Puett
20
21    (Use additional paper to note corrections as
   needed, signing and dating each page.)    (SW)

Page 412
1           REPORTER'S CERTIFICATE
2     I, SUSAN J. WARNICK, RPR, and Notary Public in
3  and for the State of Alaska do hereby certify:
4     That the witness in the foregoing proceedings was
5  duly sworn; that the proceedings were then taken before me
6  at the time and place herein set forth; that the testimony
7  and proceedings were reported stenographically by me and
8  later transcribed under my direction by computer
9  transcription; that the foregoing is a true record of the
10 testimony and proceedings taken at that time; and that I
11 am not a party to nor have I any interest in the outcome
12 of the action herein contained; that signature was
13 requested.
14    IN WITNESS WHEREOF, I have hereunto subscribed my
15 hand and affixed my seal this _____ day of _____,
16 2004.
17
18
19         SUSAN J. WARNICK,
           Registered Professional Reporter
20         Notary Public for Alaska
21
   My Commission Expires: April 8, 2006
22
23         EXHIBIT    3
24
25         PAGE   2   OF   2

63 (Pages 409 to 412)

Midnight Sun Court Reporters (907) 258-7100