STEPHEN MONTELEONE
(1886-1962)

**MONTELEONE & McCRORY, LLP**
LAWYERS
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
725 SOUTH FIGUEROA STREET, SUITE 3200
LOS ANGELES, CALIFORNIA 90017-5446
TELEPHONE (213) 612-9900
FACSIMILE (213) 612-9930

ORANGE COUNTY OFFICE
450 WEST FOURTH STREET, SUITE 130
SANTA ANA, CALIFORNIA 92701

TELEPHONE
(714) 565-3170

FACSIMILE
(714) 565-3184

April 20, 2006

RECEIVED
APR 24 2006
LANE POWELL PC

OUR FILE NUMBER
14852

Terry R. Marston II
Marston Heffernam Foreman PLLC
16880 NE 79th Street
Redmond WA 98052

Robert J. Dickson
Atkinson Conway & Gagnon
420 L Street, 5th Floor
Anchorage AK 99501

Michael E. Kreger
Jacob Nist
Perkins Coie LLP
1029 W 3rd Ave, Suite 300
Anchorage AK 99501

Peter Partnow
Lane Powell PC
301 W Northern Lights Blvd, Suite 301
Anchorage AK 99503

James B. Stoetzer
Lane Powell
1420 Fifth Ave, Suite 4100
Seattle WA 98101

Eric J. Brown
Jermain Dunnagan & Owens PC
3000 A Street, Suite 300
Anchorage AK 99503

Re: *Absolute Environmental Services v. Emerco, Inc., et al.*
USDC (AK) Case No. A-03-0199 (RRB)

To All Counsel:

As set forth in my letter of April 14, 2006, defendants Emerco, Inc., and Forrest J. McKinley object to taking the depositions of witnesses who have already been deposed. Mr. Puett was already deposed for 14 hours. A review of the transcript reveals that all parties now in the case, including the party noticing the deposition, were present at Mr. Puett's deposition.

Very truly yours,

MONTELEONE & McCRORY, LLP

By _____
WILLIAM R. BAERG

EXHIBIT __4__
PAGE __1__ OF __5__

```
 1  ERIC J. BROWN, ESQ.
    JERMAIN DUNNAGAN & OWENS, P.C.
 2  3000 A. Street, Suite 300
    Anchorage, Alaska 99503-4097
 3  Telephone: (907) 563-8844
    Facsimile: (907) 563-7322
 4
    PATRICK J. DUFFY, III, ESQ.
 5  WILLIAM R. BAERG, ESQ.
    MONTELEONE & McCRORY, LLP
 6  725 S. Figueroa Street, Suite 3200
    Los Angeles, California 90017-5446
 7  Telephone: (213) 612-9900
    Facsimile: (213) 612-9930
 8
    Attorneys for Defendant and
 9  Cross-Complainant EMERCO, INC.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. A-03-0199<br>Civil (RRB)<br><br>**OBJECTION TO DEPOSITION NOTICE OF RALPH PUETT (a/k/a TOM PUETT)** |

TO BRECHAN ENTERPRISES, INC., TO ITS ATTORNEYS OF RECORD AND TO ALL OTHER INTERESTED PARTIES:

Objection is made to the notice of deposition of Ralph Puett (a/k/a Tom Puett), dated April 17, 2006, on the grounds that the notice is invalid pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) in that the deponent has already been deposed for 14 hours in this action. Pursuant to this

1 | objection, Mr. Puett will not appear pursuant to the invalid notice.

2

3 | DATED: April 20, 2006                MONTELEONE & McCRORY LLP

4

5

6 | By _____
      WILLIAM R. BAERG
7     CSBN 167399
      WSBN 23052

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 725 South Figueroa Street, Suite 3200, Los Angeles, California 90017-5446.

On this date, I served the foregoing document(s) described as **OBJECTION TO DEPOSITION NOTICE OF RALPH PUETT (a/k/a TOM PUETT)** on the interested parties in this action by facsimile and U.S. mail by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on April 20, 2006, at Los Angeles, California.

/s/ Sallie Raspa
SALLIE RASPA

EXHIBIT 4
PAGE 4 OF 5

## SERVICE LIST

Attorneys for Absolute Environmental Services, Inc.

Lawrence A. Pederson, Esq.
Paul J. Nangle & Associates
Kerry Building
101 Christensen Drive
Anchorage, AK 99501
TEL: (907) 274-8866
FAX: (907) 279-1794

Attorneys for Specialty Polymer Coating USA, Inc.

Robert J. Dickson, Esq.
Atkinson Conway & Gagnon
420 "L" Street, Suite 500
Anchorage, AK 99501-1989
TEL: (907) 276-1700
FAX: (907) 272-2082

Attorneys for Coffman Engineers, Inc.

Peter C. Partnow, Esq.
Lane Powell PC
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503-2648
TEL: (907) 277-9522
FAX: (907) 276-2631

Co-Counsel for Emerco, Inc. and Forrest J. McKinley

Eric J. Brown, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503-4097
TEL: (907)563-8844
FAX: (907) 563-7322

Attorneys for Absolute Environmental Services, Inc.

Terry R. Marston, Esq.
Jami K. Elison, Esq.
Marston Heffernan Foreman
Anderson Park Building
16880 NE 79th Street
Redmond, WA 98052-4424
TEL: (425) 861-5700
FAX: (425) 861-6969

Attorneys for Brechan Enterprises, Inc. and Safeco Insurance Company of America

Michael E. Kreger, Esq.
Jacob Nist, Esq.
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501
TEL: (907) 279-8561
FAX: (907) 276-3108

Co-Counsel for Coffman Engineers, Inc.

James B. Stoetzer, Esq.
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
TEL: (206) 223-7019
FAX: (206) 223-7107

EXHIBIT 4
PAGE 5 OF 5