Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

COPY

Attorneys for Defendants Brechan Enterprises, Inc. and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,
Plaintiff,

v.

FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings"; EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,
Defendants.

EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the use and benefit of EMERCO, INC.,
Counterclaimant/Third-Party Claimant,

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,
Cross-defendants/Third-party Defendants.

Case No. A03-0199 Civil (RRB)

**NOTICE OF CONTINUATION OF 30(b)(6) DEPOSITION**

EXHIBIT 5
PAGE 1 OF 4

| |
|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>Plaintiff,<br>v.<br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br>Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br>Counterclaim Plaintiff,<br>v.<br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br>Third-Party Plaintiff,<br>v.<br>COFFMAN ENGINEERS, INC., a Washington corporation,<br>Third-Party Defendant. |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>Plaintiff/Cross-claimant,<br>v.<br>COFFMAN ENGINEERS, INC., a Washington corporation,<br>Defendant/Cross-claim Respondent. |




PLEASE TAKE NOTICE that the 30(b)(6) deposition of Absolute Environmental Services, Inc. on behalf of defendants Brechan Enterprises, Inc. and Safeco Insurance Company of America is scheduled to continue at the hour of **9:00 a.m. on April 28, 2006**, at the offices of Perkins Coie LLP, 1029 West Third Avenue, Suite 300, Anchorage, Alaska 99501, before a notary public in and for the State of Alaska.

EXHIBIT 5
PAGE 2 OF 4

Pursuant to Federal Rule of Civil Procedure 30(b)(6), Absolute Environmental Services, Inc. ("Absolute") continues to be directed to designate a person(s) who will appear and testify on its behalf concerning the `subjects identified in the original notice.

You are invited to attend and put forth such interrogatories as you may elect. The deposition will continue from day to day until completed.

DATED at Anchorage, Alaska, this 17th day of April, 2006.

**PERKINS COIE LLP**
Attorneys for Brechan Enterprises, Inc. and Safeco Insurance Company of America

By Michael E. Kreger
Michael E. Kreger
Alaska Bar No. 8311170

EXHIBIT 5
PAGE 3 OF 4

## CERTIFICATE OF SERVICE

I hereby certify that I have served by mail/fax/hand a true and correct copy of the foregoing on:

**Counsel for Absolute Environmental Services, Inc.**
Paul Nangle
Paul J. Nangle & Associates
101 Christensen Drive
Anchorage, Alaska 99501
(Fax: 907-274-8866)

**Counsel for Absolute Environmental Services, Inc.**
Terry R. Marston II
Marston, Heffernan & Foreman
Anderson Park Building
16880 NE 79th Street
Redmond, WA 98052-4424
(Fax: 425-861-6969)

**Co-Counsel for Coffman Engineers, Inc.**
James B. Stoetzer
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101
(Fax: 206-223-7107)
(Phone: 206-223-7109)

**Counsel for Coffman Engineers, Inc.**
Peter C. Partnow
Lane Powell PC
301 West Northern Lts Blvd., Suite 301
Anchorage, Alaska 99503
(Fax: 907-276-2631)
(Phone: 907-264-3317)

**Counsel for Specialty Polymer Coating USA, Inc.**
Robert J. Dickson
Atkinson Conway & Gagnon
410 L Street, Suite 500
Anchorage, Alaska 99501
(Fax: 907-272-2082)

**Co-Counsel for Forrest J. McKinley and Emerco, Inc., d/b/a Imperial Industrial Coatings**
William R. Baerg
Monteleone & McCrory
725 South Figueroa Street, Suite 3750
Los Angeles, California 90017-5402
(Fax: 213-612-9930)

**Counsel for Forrest J. McKinley and Emerco, Inc., d/b/a Imperial Industrial Coatings**
Eric J. Brown
Jermain Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, Alaska 99503
(Fax: 907-563-7322)

this 17th day of April, 2006.

Joanne Kearse

EXHIBIT 5
PAGE 4 OF 4