04/25/06  10:37 FAX 4258616969          MHF–LAW                    ☒002/002

LAW OFFICES OF

# MARSTON HEFFERNAN FOREMAN

A PROFESSIONAL LIMITED LIABILITY COMPANY

ANDERSON PARK BUILDING

16880 N.E. 79TH STREET

REDMOND, WASHINGTON  98052-0902

JAMI K. ELISON

——
E-MAIL
jamie@mhf-law.com

TELEPHONE
425.861.5700

——
FACSIMILE
425.861.6969

April 25, 2006

**VIA FACSIMILE**
Jacob Nist
Perkins Coie, LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501

Re:    **Absolute Environmental Services, Inc. v. Emerco, Inc.**
U.S.D.C. (Alaska) Cause No.  A-03-0199 Civil (RRB)

Dear Jake:

This letter follows our phone conversation about Brechan's 30(b)(6) deposition.  As you know, David Olson is Absolute's designee.  Absolute will file a motion for a protective order by the close of business tomorrow.  Irrespective of legal issues, Mr. Olson has a scheduling conflict with Friday, April 28, 2006.  We are copying all counsel on this letter because no one should plan to attend a 30(b)(6) deposition on Friday or feel obliged to make a formal record of Absolute's not appearing at that deposition.  We request that Brechan strike the April 28, 2006 date once it receives copies of Absolute's filing today or tomorrow.

Very truly yours,

Marston Heffernan Foreman PLLC

Jami K. Elison

JKE/klm
cc:    Absolute Environmental Services, Inc.
        Eric Brown, Esq.
        Bill Baerg, Esq.
        Robert J. Dickson, Esq.
        Michael Kreger, Esq.
        Jacob Nist, Esq.
        Peter Partnow, Esq.
        James Stoetzer, Esq.

EXHIBIT ___6___
PAGE __/__ OF _2_

04/25/06  10:37 FAX 4258616969          MHF–LAW                                    ☒001/002

LAW OFFICES OF
# MARSTON HEFFERNAN FOREMAN
A PROFESSIONAL LIMITED LIABILITY COMPANY
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET
REDMOND, WASHINGTON 98052-4424
Phone: 425.861.5700 • Fax: 425.861.6969

06 APR 25  AM H:09

FROM:  **Kristy L. Martyn, Paralegal**                   DATE:   **April 25, 2006**

NUMBER OF PAGES (INCLUDING COVER SHEET): *2*

| TO: | Jacob Nist<br>Michael Kreger<br>PERKINS COIE, LLP<br>Anchorage, AK | *Fax: 907.276.3108*<br>*Phone: 907.279.8561* |
|---|---|---|
| TO: | Eric J. Brown, Esq.<br>JERMAIN DUNNAGAN & OWENS, P.C.<br>Anchorage, AK | *Fax: 907.563.7322*<br>*Phone: 907.563.8844* |
| TO: | Robert J. Dickson<br>ATKINSON, CONWAY & GAGNON, INC<br>Anchorage, AK | *Fax:  907.272.2082*<br>*Phone: 907.276.1700* |
| TO: | **James B. Stoetzer**<br>LANE POWELL SPEARS LUBERSKY<br>Seattle, WA | *Fax: 206.223.7107*<br>*Phone: 206.226.7019* |
| TO: | Peter Partnow<br>LANE POWELL SPEARS LUBERSKY<br>Anchorage, AK | *Fax: 907.276.2631*<br>*Phone: 907.277.9511* |
| TO: | William R. Baerg<br>MONTELEONE & MCCRORY<br>Los Angeles, CA | *Fax: 213.612.9930*<br>*Phone: 213.612.9900* |

*FOR ASSISTANCE WITH TRANSMISSION PROBLEMS, PLEASE CALL:  425.861.5700*

| RE: | Absolute Environmental/McKinley |
|---|---|
| **DOCUMENT(S)**<br>TRANSMITTED: | *1.*  Letter from Jami K. Elison to Jacob Nist of today's date |
| **MESSAGE:** | |

| HARD COPY TO<br>FOLLOW AS<br>INDICATED: | ☐ *Mail-* | ☐ *Overnight Express* | ☐ *Hand Delivered* | ☐ *Other:* |
|---|---|---|---|---|

UNLESS INDICATED ABOVE, HARD COPY WILL NOT BE SENT

This transmission is intended only for the use of the individual and/or entity to whom it is addressed and may contain information which is privileged, confidential and/or exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this transmission to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  Thank you.

EXHIBIT ___6___
PAGE ___2___ OF ___2___