DAILY SUMMARY REPORT



| BRECHAN ENTERPRISES | CONTRACT NO: | 32010 CG Task 007 |
|---|---|---|
| **LOCATION:** U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** Jerry R. Hardenbergh | **DATE:** | 05 May 2002 |

## General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.

Weather Conditions
N/A

## Coatings (Wharf Extension):

- All outstanding items listed below are carried over from last years construction season. All piles have been coated.
- Continued repair of outstanding items.

### 2001 Outstanding Item(s):
  o Anode channel guard is not clamped tight to pile 2D. Rubber spacer is needed.
  o New anode channel guard is required at pile 14D.
  o Anode channel guard 22C requires new galvanized nuts and bolts; also connect both upper and lower channels together.
  o Anode lead wires to be remounted properly. Anode lead wires on the wharf extension and at column 1C on the original wharf have not been properly reattached. Loose wire at the bottom of the concrete deck needs to be fastened tightly against the concrete. Also, reinstall all galvanized wire clips along the anode wire channel guard (some are missing).

## Coatings (Original Wharf):

- All outstanding items listed below are carried over from last years construction season.
- Crew mobilized and setup dehumidification equipment.
- Punch list items are being repaired.

### 2001 Outstanding Item(s):
  o Cut off pipe support angle at bent 4, install new galvanized angle support and coat weld areas with SPC 1864 SG. Existing pipe support angle is severely corroded and is not completely coated with new coating system.
  o Re-attach anode conductor wire at pile 1C using new galvanized wire clamps and bolts.

EXHIBIT _____7_____

Page 1 of 3

PAGE ___1___ OF ___1___

Coffman 01091

KEY20761