Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL SERVICES,
INC., an Alaska corporation,

        Plaintiff,

v.

FORREST J. McKINLEY, an individual, d/b/a
"Imperial industrial Coatings"; and EMERCO,
INC., a California corporation, d/b/a Imperial
Industrial Coatings; BRECHAN ENTERPRIESES,
INC., an Alaska corporation; and SAFECO
INSURANCE COMPANY OF AMERICA, a
Washington corporation,

        Defendants.

EMERCO, INC., a California corporation d/b/a
Imperial Industrial Coatings, and the United States
for the Use and Benefit of EMERCO, INC.,

   Counterclaimant/Third-Party Claimant,

v.

ABSOLUTE ENVIRONMENTAL SERVICES,
INC., an Alaska corporation, et al.,

  Cross-Defendants/Third-Party Defendants.

Case No. 3:03-cv-00199-RRB

**PROPOSED ORDER GRANTING
COFFMAN ENGINEERS, INC.'S MOTION
FOR DISCOVERY CONFERENCE**

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone  907.277.9511  Facsimile  907.276.2631

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

THE UNITED STATES OF AMERICA for the use
and benefit of ABSOLUTE ENVIRONMENTAL
SERVICES, INC., an Alaska corporation,

                              Plaintiff,

v.

SAFECO INSURANCE COMPANY OF
AMERICA, a Washington corporation,

                              Defendant.

BRECHAN ENTERPRISES, INC., an Alaska
corporation,

                     Counterclaim Plaintiff,

v.

ABSOLUTE ENVIRONMENTAL SERVICES,
INC., an Alaska corporation,

                     Counterclaim Defendant.

BRECHAN ENTERPRISES, INC., an Alaska
corporation,

                     Third-Party Plaintiff,

v.

COFFMAN ENGINEERS, INC., a Washington
corporation,

                     Third-Party Defendant.

THIS MATTER having come before the Court on Coffman Engineers, Inc.' Motion for

Discovery Conference, and the Court having reviewed the motion and memorandum in support, and

any opposition thereto, hereby GRANTS Coffman's motion for a discovery conference.

IT IS ORDERED that the discovery conference will be held immediately following the oral argument on Coffman's Motion to Amend Case Schedule and Reset Trial Date on Friday, April 28, 2006 at 2:30 pm.

SO ORDERED this _____ day of April, 2006.

_____
The Honorable Ralph R. Beistline
United States District Court Judge

I certify that on April 25, 2006, a copy
of the foregoing was served by ECF on:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow_____

011680.0076/154862.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631