Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

<table>
<tr><td>

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,

Plaintiff,

v.

FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRIESES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

Defendants.

</td><td>

Case No. 3:03-cv-00199-RRB

</td></tr>
<tr><td>

EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,

Counterclaimant/Third-Party Claimant,

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,

Cross-Defendants/Third-Party Defendants.

</td><td>

**MOTION FOR SHORTENED TIME FOR CONSIDERATION OF MOTION FOR DISCOVERY CONFERENCE**

</td></tr>
</table>

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**LANE POWELL** LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

THE UNITED STATES OF AMERICA for the use
and benefit of ABSOLUTE ENVIRONMENTAL
SERVICES, INC., an Alaska corporation,

                                    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF
AMERICA, a Washington corporation,

                                    Defendant.

BRECHAN ENTERPRISES, INC., an Alaska
corporation,

                        Counterclaim Plaintiff,

v.

ABSOLUTE ENVIRONMENTAL SERVICES,
INC., an Alaska corporation,

                        Counterclaim Defendant.

BRECHAN ENTERPRISES, INC., an Alaska
corporation,

                            Third-Party Plaintiff,

v.

COFFMAN ENGINEERS, INC., a Washington
corporation,

                            Third-Party Defendant.

Third-Party Defendant Coffman Engineers, Inc., by and through counsel of record move

the court pursuant to LR 7.2(c) to consider on shortened time their Motion for Discovery Conference.

Third-Party Defendant asks the court to consider and rule on the underlying motion and address the

discovery issues at the time already set by the court to hear Coffman Engineers, Inc.'s Motion to

Amend Case Schedule and Reset Trial Date at 2:30 p.m. on April 28, 2006.  This motion is supported

by the attached declaration of counsel.

DATED this 25th day of April, 2006.

LANE POWELL LLC
Attorneys for Coffman Engineers, Inc.


By  s/ Peter C. Partnow
Peter C. Partnow, ASBA No. 7206029
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
Email:  PartnowP@LanePowell.com

I certify that on April 25, 2006, a copy
of the foregoing was served by ECF on:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow

011680.0076/154860.1

**LANE POWELL** LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile  907.276.2631