Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRIESES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>　　　　　　　　　　Defendants:<br><br>EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>　　Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>　Cross-Defendants/Third-Party Defendants. | Case No. 3:03-cv-00199-RRB<br><br><br>**[PROPOSED] ORDER GRANTING MOTION FOR SHORTENED TIME** |

| |
|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>        Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>        Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>       Counterclaim Plaintiff,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>      Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>       Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC., a Washington corporation,<br><br>      Third-Party Defendant. |

THIS MATTER having come before the Court on the Motion of third-party defendant Coffman Engineers, Inc. ("Coffman") for an order shortening time for consideration of the Motion for Discovery Conference, and the Court having reviewed the motion, hereby GRANTS Coffman's Motion for Shortened Time for Consideration of Motion for Discovery Conference.

LANE POWELL LLC
301 West Northern LightsBoulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

IT IS ORDERED that any opposition to the Motion for Discovery Conference shall be filed by 10:00 am on Friday, April 28, 2006.

SO ORDERED this 26 day of April, 2006.

_____
The Honorable Ralph R. Beistline
United States District Court Judge

LANE POWELL LLC
301 West Northern LightsBoulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Proposed Order Granting Motion for Shortened Time**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. 3:03-cv-00199-RRB))    Page 3 of 3