Terry R. Marston, *pro hac vice,* terry@mhf-law.com
Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants. | Case No.: A03-0199CV (RRB)<br><br>**DECLARATION OF JAMI K. ELISON IN SUPPORT OF MOTION FOR PROTECTIVE ORDER** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | |

DECLARATION OF JAMI K. ELISON IN SUPPORT OF MOTION FOR PROTECTIVE ORDER
Case No. A03-0199CV (RRB)-- 1

THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,

        Plaintiff,

vs.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.

        Defendants.

---

BRECHAN ENTERPRISES, INC., an Alaska corporation,

        Counterclaim Plaintiff,

vs.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,

        Counterclaim Defendant.

BRECHAN ENTERPRISES, INC., an Alaska corporation,

        Third-Party Plaintiff,

vs.

COFFMAN ENGINEERS, INC, a Washington Corporation.

        Third-Party Defendant.

ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation,

        Plaintiff/Cross-claimant,

vs.

COFFMAN ENGINEERS, INC, a Washington Corporation.

        Third-Party Defendant.

DECLARATION OF JAMI K. ELISON IN SUPPORT OF MOTION FOR PROTECTIVE ORDER
Case No. A03-0199CV (RRB)-- 2

I, Jami K. Elison, declare as follows:

1. I am an attorney for Absolute Environmental Services, Inc. ("AESI"), plaintiff in the above captioned action. I am competent to testify and base these declarations on personal knowledge.

2. The record will reflect that Dave Olson has been deposited on five separate occasions. Mr. Olson was deposed in his individual capacity on March 7, 2005, March 8, 2005, February 13, 2006, and March 30, 2006 and in his capacity as 30(b)(6) designee of AESI on March 30, 2006.

3. Attached hereto as **Exhibit A** is a true and correct copy of a notice purporting to reconvene the 30(b)(6) deposition and continue to subject Dave Olson to deposition.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 26 day of April, 2006, at Redmond, Washington.

_____
JAMI K. ELISON

DECLARATION OF JAMI K. ELISON IN SUPPORT OF MOTION FOR PROTECTIVE ORDER
Case No. A03-0199CV (RRB)-- 3