Michael E. Kreger
Jacob Nist
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>    Plaintiff,<br>v.<br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings"; EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br>    Defendants. | Case No. 3:03cv0199RRB<br><br>**BRECHAN ENTERPRISES, INC. AND SAFECO INSURANCE COMPANY OF AMERICA'S JOINDER IN COFFMAN ENGINEERS, INC.'S MOTION TO AMEND THE CASE SCHEDULE** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the use and benefit of EMERCO, INC.,<br>  Counterclaimant/Third-Party Claimant,<br>v.<br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br>  Cross-defendants/Third-party Defendants. | |

| |
|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>          Plaintiff,<br>v.<br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br>          Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br>          Counterclaim Plaintiff,<br>v.<br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>          Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br>          Third-Party Plaintiff,<br>v.<br>COFFMAN ENGINEERS, INC., a Washington corporation,<br>          Third-Party Defendant. |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>          Plaintiff/Cross-claimant,<br>v.<br>COFFMAN ENGINEERS, INC., a Washington corporation,<br>          Defendant/Cross-claim Respondent. |

### BRECHAN ENTERPRISES, INC. AND SAFECO INSURANCE COMPANY OF AMERICA'S JOINDER IN COFFMAN ENGINEERS, INC.'S MOTION TO AMEND THE CASE SCHEDULE

Brechan Enterprises, Inc. ("Brechan") and Safeco Insurance Company of America, Inc. ("Safeco") join Coffman Engineers, Inc.'s ("Coffman") April 20, 2006 Motion to Amend the Case Schedule and Reset the Trial Date. It is very unlikely that the remaining fact witnesses can be deposed, expert witnesses'

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

reports can be supplemented, and their depositions completed prior to the current date for the close of discovery. We agree that more time is needed to complete discovery.

Brechan also submits that the 30-day period in the current schedule (and in the Proposed Case Schedules submitted by Coffman) do not permit enough time after the close of discovery and prior to the trial date for briefing and decision on dispositive motions and motions in limine. Brechan and Safeco anticipate preparing motions going to issues of liability, causation and damages following the completion of fact and expert discovery. The briefing for such motions uses most of the 30 days in the current schedule and would leave little or no time for consideration and decision prior to trial.

Instead of 30 days, Brechan respectfully suggests a six-week to two-month window for motion practice after discovery and prior to trial. Using Coffman's October 23rd trial date as an example, Brechan proposes an earlier discovery cutoff date of July 21st and dispositive motions due by August 23rd. This would allow a 60-day window for orderly briefing and disposition of motions prior to trial.

DATED at Anchorage, Alaska, this 26th day of April, 2006.

        **PERKINS COIE LLP**
        Attorneys for Brechan Enterprises, Inc. and
        Safeco Insurance Company of America.

By **s/ Michael E. Kreger**
    Michael E. Kreger
    Alaska Bar No. 8311170
    Jacob Nist
    Alaska Bar No. 0211051

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2006, a copy of the foregoing

Joinder in Motion to Amend was served electronically on:

| | |
|---|---|
| **Counsel for Absolute Environmental Services, Inc.**<br>Paul Nangle<br>Paul J. Nangle & Associates<br>101 Christensen Drive<br>Anchorage, Alaska  99501<br>(Fax:  907-274-8866) | **Counsel for Specialty Polymer Coating USA, Inc.**<br>Robert J. Dickson<br>Atkinson Conway & Gagnon<br>410 L Street, Suite 500<br>Anchorage, Alaska  99501<br>(Fax:  907-272-2082) |
| **Counsel for Coffman Engineers, Inc.**<br>Peter C. Partnow<br>Lane Powell PC<br>301 West Northern Lts Blvd., Suite 301<br>Anchorage, Alaska  99503<br>(Fax:  907-276-2631)<br>(Phone:  907-264-3317) | **Co-Counsel for Forrest J. McKinley and Emerco, Inc., d/b/a Imperial Industrial Coatings**<br>William R. Baerg<br>Monteleone & McCrory<br>725 South Figueroa Street, Suite 3750<br>Los Angeles, California  90017-5402<br>(Fax:  213-612-9930) |
| **Co-Counsel for Coffman Engineers, Inc.**<br>James B. Stoetzer<br>Lane Powell PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, Washington  98101<br>(Fax:  206-223-7107)<br>(Phone:  206-223-7109) | **Counsel for Forrest J. McKinley and Emerco, Inc., d/b/a Imperial Industrial Coatings**<br>Eric J. Brown<br>Jermain Dunnagan & Owens<br>3000 A Street, Suite 300<br>Anchorage, Alaska  99503<br>(Fax:  907-563-7322) |
| **Counsel for Absolute Environmental Services, Inc.**<br>Terry R. Marston II<br>Marston, Heffernan & Foreman<br>Anderson Park Building<br>16880 NE 79th Street<br>Redmond, WA 98052-4424<br>(Fax:  425-861-6969) | |

                                                              **s/ Michael E. Kreger**

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE, et al. v. MCKINLEY, et al
Case No. 3:03cv0199RRB                       - 4 -                      [38599-0012/AA061140.010]