ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
TEL: (907) 563-8844; FAX: (907) 563-7322
Email: ebrown@jdolaw.com

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
TEL: (213) 612-9900    FAX: (213) 612-9930
Email: baerg@mmlawyers.com

Attorneys for Defendant FORREST J. McKINLEY
and Defendant and Cross-Claimant EMERCO, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>　　　　Defendants.<br><hr>EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,<br><br>　　　　Counter-Claimant/<br>　　　　Third Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al.,<br><br>　　　　Cross-Defendants/<br>　　　　Third Party Defendants. | CASE NO. A-03-0199 Civil (RRB)<br><br>**OPPOSITION OF DEFENDANTS FORREST J. McKINLEY AND EMERCO, INC., TO COFFMAN ENGINEERS, INC.'S MOTION TO AMEND CASE SCHEDULE, AND RESET TRIAL DATE** |

## 1.  INTRODUCTION

Defendants Emerco, Inc., doing business as Imperial Industrial Coatings ("IIC"), and Forrest J. McKinley (collectively "Defendants"), oppose the motion of Coffman Engineers, Inc., ("Coffman") to amend the pretrial order, vacate the trial date of July 24, 2006 and reset the trial to a date two to three months later. Coffman's motion establishes that the primary reason for seeking this continuance is because it failed to diligently conduct discovery and simply wants more time. Failing to diligently conduct discovery is not a sufficient ground to continue the trial, nor are the other stated reasons sufficient grounds to continue trial or the discovery cut-off date. Accordingly, Defendants respectfully request that the motion be denied.

## 2.  BRIEF TIMELINE OF EVENTS

This lawsuit was filed by Absolute Environmental Services, Inc. ("AES") against Defendants on August 29, 2003.

Defendants filed a counter-claim against Brechan Enterprises, Inc., Safeco Insurance Company of America, Specialty Polymer Coatings USA, Inc., and Coffman on December 9, 2003.

Among other depositions, Coffman attended the two-day deposition of Ralph "Tom" Puett, taken on November 1 and November 2, 2004.

Coffman was dismissed from this case by Defendants in February, 2005.

Coffman was brought back into this case by Brechan Enterprises, Inc. in September, 2005.

Coffman participated in a hearing on September 15, 2005 wherein the District Court set the July 24, 2006, trial date.

Coffman was sued by AES on or near November 14, 2005.

/ / /

/ / /

1    Coffman filed the within motion on April 20, 2006, but failed to identify
2 what efforts it made, if any, to diligently conduct discovery between the time it
3 was brought back into this case and the filing of its motion.

**3.   ARGUMENT**

Coffman's failure to diligently conduct discovery is not adequate grounds to continue the trial of a case that has been pending for over two and one-half years. Coffman was a party to this action since December, 2003, and participated in discovery prior to its dismissal in February of 2005.  After being re-named as a party it participated in the trial setting conference.  Simply because Coffman subsequently filed a motion to dismiss did not excuse it from conducting discovery pending a ruling on its motion.  A continuance should not be based on a party's brinksmanship.

Likewise, that the trial date falls during a period of time Coffman characterizes as the construction/coatings season is not adequate grounds to continue the trial.  Coffman has not identified any projects in which it will be engaged during the time of trial that might justify a continuance, nor has Coffman explained why it could not have anticipated this "season" when the trial date was originally set.

Of the "over 90 potential trial witnesses" referenced by Coffman in its motion, not only has Coffman failed to identify which of those witnesses are necessary to establish a claim or defense for Coffman, but emphasis should be made on the word "potential."  The motion should focus on the "likely" or "probable" witnesses in order to give the parties and the Court a more balanced factual setting when considering the motion for a continuance of the trial date. Once that is done, Coffman should explain why it cannot conduct discovery with respect to those witnesses in the remaining time.  Moreover, simply because other

///

parties may want to depose a witness does not furnish Coffman with grounds for a continuance.

In the event the Court grants the motion for a continuance of the trial date, Defendants respectfully request that the discovery cut-off date not be continued. As noted earlier, the parties have had more than adequate time to conduct discovery. Allowing discovery to continue beyond the current cut-off date will only increase the litigation costs of the parties who were diligent in conducting discovery and preparing for trial. Finally, in the event the Court grants the motion to continue the trial date, Defendants respectfully request that the trial date be continued to September 25, 2006, the *earliest* of the dates proposed by Coffman.

### 4.  CONCLUSION

For all of the foregoing reasons, Defendants respectfully request that the motion to continue the trial and discovery cut-off dates be denied. Alternatively, if the Court does grant the motion to continue the trial date, Defendants respectfully request that the date be the earliest of those proposed by Coffman, and that the discovery cut-off date remain at May 22, 2006.

DATED:   April 27, 2006

Respectfully submitted,

MONTELEONE & McCRORY LLP
Attorneys for Forrest J. McKinley
and Emerco, Inc.

By _____
WILLIAM R. BAERG, ESQ.
CSBN 167399
WSBN 23052
725 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017-5446
TEL: (213) 612-9900
FAX: (213) 612-9930
Email: baerg@mmlawyers.com

# CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on April 27, 2006, a copy of the foregoing was served by ECF on:

> Eric J. Brown, ebrown@jdolaw.com
> Robert J. Dickson, acgecf@acglaw.com
> Patrick J. Duffy, duffy@mmlawyers.com
> Jami K. Elison, jamie@mhf-law.com
> Michael E. Kreger, mkreger@perkinscoie.com
> Terry R. Marston, terry@mhf-law.com
> Peter C. Partnow, PartnowP@LanePowell.com
> James B. Stoetzer, StoetzerJ@LanePowell.com

and by facsimile on:

> Paul J. Nangle
> Paul J. Nangle & Associates
> 101 Christensen Dr.
> Anchorage, AK 99501
> FAX NO.:   (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on April 27, 2006, at Los Angeles, California.

_____
WILLIAM R. BAERG

# FACSIMILE TRANSMITTAL

## MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017-5446

Our File No. 3970-14852

## IMPORTANT NOTICE

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone at (213) 612-9900 and return the original message to us at the address above via the USPS. Thank you.

**TO:** Paul J. Nangle, Esq.  **Fax Number:** (907) 279-1794
Paul J. Nangle & Associates

**FROM:** William R. Baerg, Esq.

**DATE:** April 27, 2006

**RE:** *Absolute Environmental Services v. Emerco, Inc., et al.*
USDC (AK) Case No. A-03-0199 (RRB)

WE ARE BEGINNING TO SEND __6__ PAGES (including this cover page). IF TRANSMISSION IS INTERRUPTED OR OF POOR QUALITY, PLEASE NOTIFY US BY CALLING (213) 612-9900. OUR FAX NUMBER IS (213) 612-9930.

--------------------------------------------------------------------------

**COMMENTS:**
Served herewith is a copy of ***OPPOSITION OF DEFENDANTS FORREST J. McKINLEY AND EMERCO, INC., TO COFFMAN ENGINEERS, INC.'S MOTION TO AMEND CASE SCHEDULE, AND RESET TRIAL DATE***. Copy will <u>not</u> follow via U.S. mail.

--------------------------------------------------------------------------

SR-D\WRB\14852 NANGLE.FAX

## Confirmation Report - Memory Send

Page        : 001
Date & Time : Apr-27-06  14:01
Line 1      : 2136129935
Line 2      :
Machine ID  : Monteleone & McCrory, LLP

| | |
|---|---|
| Job number | : 909 |
| Date | : Apr-27 13:57 |
| To | : ☎2642#3970#14852##19072791794# |
| Number of pages | : 006 |
| Start time | : Apr-27 13:56 |
| End time | : Apr-27 14:01 |
| Pages sent | : 006 |
| Status | : OK |

Job number   : 909          \*\*\* SEND SUCCESSFUL \*\*\*

**FACSIMILE TRANSMITTAL**

**MONTELEONE & McCRORY, LLP**
**725 S. Figueroa Street, Suite 3200**
**Los Angeles, CA 90017-5446**

Our File No. 3970-14852

**IMPORTANT NOTICE**

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone at (213) 612-9900 and return the original message to us at the address above via the USPS. Thank you.

**TO:** Paul J. Nangle, Esq.         **Fax Number:** (907) 279-1794
Paul J. Nangle & Associates

**FROM:** William R. Baerg, Esq.

**DATE:** April 27, 2006

**RE:** *Absolute Environmental Services v. Emerco, Inc., et al.*
USDC (AK) Case No. A-03-0199 (RRB)

WE ARE BEGINNING TO SEND __6__ PAGES (including this cover page). IF TRANSMISSION IS INTERRUPTED OR OF POOR QUALITY, PLEASE NOTIFY US BY CALLING (213) 612-9900. OUR FAX NUMBER IS (213) 612-9930.

**COMMENTS:**
Served herewith is a copy of **OPPOSITION OF DEFENDANTS FORREST J. McKINLEY AND EMERCO, INC., TO COFFMAN ENGINEERS, INC.'S MOTION TO AMEND CASE SCHEDULE, AND RESET TRIAL DATE.** Copy will <u>not</u> follow via U.S. mail.

SR-D:\WRB\14852 NANGLE.FAX