1  ERIC J. BROWN, ESQ.
   JERMAIN DUNNAGAN & OWENS, P.C.
2  3000 A. Street, Suite 300
   Anchorage, Alaska 99503-4097
3  TEL: (907) 563-8844; FAX: (907) 563-7322
   Email: ebrown@jdolaw.com
4
   PATRICK J. DUFFY, III, ESQ.
5  WILLIAM R. BAERG, ESQ.
   MONTELEONE & McCRORY, LLP
6  725 S. Figueroa Street, Suite 3200
   Los Angeles, California 90017-5446
7  TEL: (213) 612-9900    FAX: (213) 612-9930
   Email: baerg@mmlawyers.com
8
   Attorneys for Defendant FORREST J. McKINLEY
9  and Defendant and Cross-Claimant EMERCO, INC.

10                IN THE UNITED STATES DISTRICT COURT

11                     FOR THE DISTRICT OF ALASKA

12  ABSOLUTE ENVIRONMENTAL SERVICES,  )  CASE NO. A-03-0199
    INC., an Alaskan Corporation,     )  Civil (RRB)
13                                    )
              Plaintiff,              )
14                                    )
        v.                            )  **OPPOSITION OF DEFENDANTS**
15                                    )  **FORREST J. McKINLEY AND**
    FORREST J. McKINLEY and "JANE DOE")  **EMERCO, INC., TO COFFMAN**
16  McKINLEY, and the marital         )  **ENGINEERS, INC.'S MOTION FOR**
    community property composed       )  **DISCOVERY CONFERENCE**
17  thereof d/b/a/ "Imperial          )
    Industrial Coatings" and EMERCO,  )
    INC., a California Corporation    )
18  d/b/a/ Imperial Industrial        )
    Coatings,                         )
19                                    )
              Defendants.             )
                                      )
20  _____    )
                                      )
21  EMERCO, INC., a California        )
    Corporation d/b/a Imperial        )
    Industrial Coatings, and the      )
22  United States for the Use and     )
    Benefit of EMERCO, Inc.,          )
                                      )
23          Counter-Claimant/         )
            Third Party Claimant,     )
24                                    )
        v.                            )
25                                    )
    ABSOLUTE ENVIRONMENTAL SERVICES,  )
26  INC., an Alaskan Corporation,     )
    et al.,                           )
27                                    )
            Cross-Defendants/         )
28          Third Party Defendants.   )

## 1. INTRODUCTION

It is ironic that Coffman Engineers, Inc., who claims it has been unreasonably burdened by a set of requests for admission from Absolute Environmental Services, has made its own unjustified and burdensome request on the parties to this litigation:

> "the court should order that **any witness** may be **redeposed**, or redeposed as to topics about which inquiry was not made, or could not reasonably have been made at the time of initial deposition, that **each party shall be permitted to question each witness for up to six hours**, so long as questioning is not unnecessarily repetitive of questioning which has already occurred, and that **the burden shall be on the party seeking to prevent or limit a deposition to seek protective order** (and sanctions if appropriate) if another party is unnecessarily extending depositions or seeking to take unnecessary depositions."
>
> [*See*, Motion for Discovery Conference at pages 7, 8]
> (emphasis added).

Defendants Forrest J. McKinley and Emerco, Inc., ("Defendants") submit that this request is overbroad and burdensome, and respectfully request the Court to deny the motion.

## 2. ARGUMENT

This motion would, theoretically, allow Ralph Thomas Puett, who has already been deposed for 14 hours in this case, to be redeposed by each of the other parties for an additional six hours each, for an additional 24 hours, bringing Mr. Puett's total deposition time to 38 hours – without any party having to show good cause. For those witnesses who have not yet been deposed, they would

automatically be subject to a 24 hour deposition. Coffman Engineers seeks a blanket order that would permit all parties to take anyone's deposition in this case for at least an additional 24 hours, regardless of whether the witness has already been re-deposed and without having to show good cause. Without justification, the motion seeks to impose an undue burden on all the parties in this case, and would essentially start discovery anew, more than two and one-half years after this case was filed, and just months before trial is set to begin.

Federal Rule of Civil Procedure 30(a)(2)(B) properly places the burden on the party seeking to go beyond the 7 hours allowed by Rule 30((d)(1) to move for an order permitting a second deposition of one who has already been deposed. It is the burden of the party seeking to re-depose a witness to present to the Court reasons why a second deposition is necessary. This is especially appropriate in this case, because Coffman Engineers' attorney was present at Mr. Puett's deposition and had the opportunity to ask questions at that time. [See, Exhibit A to Declaration of William R. Baerg]. Coffman must explain what issues were covered at the first 14 hours of deposition, what additional areas about which it seeks to inquire, and why it did not cover or seek to cover those topics at any time during the 14 hour deposition of Mr. Puett. By way of its motion, Coffman improperly seeks to turn FRCP 30 on its head and reverse the burden away from the party seeking to impose more discovery than allowed by the FRCP.

Coffman Engineers complains that Defendants are following the provisions of FRCP 30(a)(2)(B) by requiring the party who seeks to take a second deposition to obtain permission from the Court. Coffman Engineers lacks standing to complain because it was not even Coffman Engineers who sought to de-depose Mr. Puett, but Brechan Enterprises. [See, Exhibit 2 to Motion for Discovery Conference]. Defendants have properly objected, and it is now up to Brechan Enterprises to either attempt to informally resolve this issue with Defendants or seek permission from the Court to take more depositions than allowed by the Federal Rules.

3. **CONCLUSION**

For the foregoing reasons, Defendants respectfully request that Coffman Engineers' request to allow 24 additional hours of deposition time for each witness be denied.

DATED:     April 27, 2006

Respectfully submitted,

MONTELEONE & McCRORY LLP
Attorneys for Forrest J. McKinley
and Emerco, Inc.

By _____
WILLIAM R. BAERG, ESQ.
CSBN 167399
WSBN 23052
725 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017-5446
TEL: (213) 612-9900
FAX: (213) 612-9930
Email: baerg@mmlawyers.com

# CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on April 27, 2006, a copy of the foregoing was served by ECF on:

> Eric J. Brown, ebrown@jdolaw.com
> Robert J. Dickson, acgecf@acglaw.com
> Patrick J. Duffy, duffy@mmlawyers.com
> Jami K. Elison, jamie@mhf-law.com
> Michael E. Kreger, mkreger@perkinscoie.com
> Terry R. Marston, terry@mhf-law.com
> Peter C. Partnow, PartnowP@LanePowell.com
> James B. Stoetzer, StoetzerJ@LanePowell.com

and by facsimile on:

> Paul J. Nangle
> Paul J. Nangle & Associates
> 101 Christensen Dr.
> Anchorage, AK 99501
> FAX NO.: (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on April 27, 2006, at Los Angeles, California.

_____
WILLIAM R. BAERG

# FACSIMILE TRANSMITTAL

## MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017-5446

Our File No. 3970-14852

### IMPORTANT NOTICE

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone at (213) 612-9900 and return the original message to us at the address above via the USPS. Thank you.

**TO:**  Paul J. Nangle, Esq.          **Fax Number:** (907) 279-1794
Paul J. Nangle & Associates

**FROM:**  William R. Baerg, Esq.

**DATE:**  April 27, 2006

**RE:**  *Absolute Environmental Services v. Emerco, Inc., et al.*
USDC (AK) Case No. A-03-0199 (RRB)

WE ARE BEGINNING TO SEND __6__ PAGES (including this cover page). IF TRANSMISSION IS INTERRUPTED OR OF POOR QUALITY, PLEASE NOTIFY US BY CALLING (213) 612-9900. OUR FAX NUMBER IS (213) 612-9930.

------------------------------------------------------------------

**COMMENTS:**
Served herewith is a copy of ***OPPOSITION OF DEFENDANTS FORREST J. McKINLEY AND EMERCO, INC., TO COFFMAN ENGINEERS, INC.'S MOTION FOR DISCOVERY CONFERENCE***. Copy will <u>not</u> follow via U.S. mail.

------------------------------------------------------------------

SR-D\WRB\14852 NANGLE.FAX

## Confirmation Report - Memory Send

Page        : 001
Date & Time : Apr-27-06  14:40
Line 1      : 2136129935
Line 2      :
Machine ID  : Monteleone & McCrory, LLP

| | | |
|---|---|---|
| Job number | : | 911 |
| Date | : | Apr-27 14:38 |
| To | : | ☎2642#3970#14852##19072791794# |
| Number of pages | : | 006 |
| Start time | : | Apr-27 14:38 |
| End time | : | Apr-27 14:40 |
| Pages sent | : | 006 |
| Status | : | OK |
| Job number | : 911 | |

*** SEND SUCCESSFUL ***

**FACSIMILE TRANSMITTAL**

**MONTELEONE & McCRORY, LLP**
**725 S. Figueroa Street, Suite 3200**
**Los Angeles, CA 90017-5446**

Our File No. 3970-14852

**IMPORTANT NOTICE**

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone at (213) 612-9900 and return the original message to us at the address above via the USPS. Thank you.

**TO:** Paul J. Nangle, Esq.         **Fax Number:** (907) 279-1794
Paul J. Nangle & Associates

**FROM:** William R. Baerg, Esq.
**DATE:** April 27, 2006
**RE:** *Absolute Environmental Services v. Emerco, Inc., et al.*
USDC (AK) Case No. A-03-0199 (RRB)

WE ARE BEGINNING TO SEND __6__ PAGES (including this cover page). IF TRANSMISSION IS INTERRUPTED OR OF POOR QUALITY, PLEASE NOTIFY US BY CALLING (213) 612-9900. OUR FAX NUMBER IS (213) 612-9930.

---

**COMMENTS:**
Served herewith is a copy of *OPPOSITION OF DEFENDANTS FORREST J. McKINLEY AND EMERCO, INC., TO COFFMAN ENGINEERS, INC.'S MOTION FOR DISCOVERY CONFERENCE*. Copy will not follow via U.S. mail.

---

SR-D:\WRB\14852 NANGLE.FAX