1  ERIC J. BROWN, ESQ.
   JERMAIN DUNNAGAN & OWENS, P.C.
2  3000 A. Street, Suite 300
   Anchorage, Alaska 99503-4097
3  TEL: (907) 563-8844; FAX: (907) 563-7322
   Email: ebrown@jdolaw.com
4
   PATRICK J. DUFFY, III, ESQ.
5  WILLIAM R. BAERG, ESQ.
   MONTELEONE & McCRORY, LLP
6  725 S. Figueroa Street, Suite 3200
   Los Angeles, California 90017-5446
7  TEL: (213) 612-9900   FAX: (213) 612-9930
   Email: baerg@mmlawyers.com
8
   Attorneys for Defendant FORREST J. McKINLEY
9  and Defendant and Cross-Claimant EMERCO, INC.

10                IN THE UNITED STATES DISTRICT COURT

11                    FOR THE DISTRICT OF ALASKA

12  ABSOLUTE ENVIRONMENTAL SERVICES,  )  CASE NO. A-03-0199
    INC., an Alaskan Corporation,      )  Civil (RRB)
13                                     )
             Plaintiff,                )
14                                     )
      v.                               )  **DECLARATION OF WILLIAM R.**
15                                     )  **BAERG IN SUPPORT OF**
    FORREST J. McKINLEY and "JANE DOE" )  **DEFENDANTS FORREST J.**
16  McKINLEY, and the marital community)  **McKINLEY AND EMERCO, INC.'S**
    property composed thereof d/b/a/ "Imperial )  **OPPOSITION TO COFFMAN**
17  Industrial Coatings" and EMERCO, INC., a )  **ENGINEERS, INC.'S MOTION FOR**
    California Corporation d/b/a/ Imperial )  **DISCOVERY CONFERENCE**
18  Industrial Coatings,               )
                                       )
19           Defendants.               )
                                       )
20  _____  )
    EMERCO, INC., a California Corporation )
21  d/b/a Imperial Industrial Coatings, and the )
    United States for the Use and Benefit of )
22  EMERCO, Inc.,                      )
                                       )
23           Counter-Claimant/         )
             Third Party Claimant,     )
24                                     )
      v.                               )
25                                     )
    ABSOLUTE ENVIRONMENTAL SERVICES,   )
26  INC., an Alaskan Corporation, et al., )
                                       )
27           Cross-Defendants/         )
             Third Party Defendants.   )
28  _____  )

1  I, WILLIAM R. BAERG, declare:

3  1. I am one of the attorneys of record for defendants Forrest J. McKinley and Emerco, Inc., in this lawsuit.

5  2. Attached hereto as Exhibit A are, *inter alia*, pages 2 and 165 of the deposition transcript of Ralph Thomas Puett, which was taken on November 1 and November 2, 2004. These pages set forth the names of the attorneys who attended the deposition of Mr. Puett, which list includes Peter Partnow, attorney for Coffman Engineers. These pages were omitted from Exhibit 3 of Coffman Engineers' motion for a discovery conference.

13  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 27th day of April, 2006, in Los Angeles, California.

WILLIAM R. BAERG
CSBN 167399
WSBN 23052
725 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017-5446
TEL: (213) 612-9900
FAX: (213) 612-9930
Email: baerg@mmlawyers.com

**CERTIFICATE OF SERVICE BY ECF**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on April 27, 2006, a copy of the foregoing was served by ECF on:

    Eric J. Brown, ebrown@jdolaw.com
    Robert J. Dickson, acgecf@acglaw.com
    Patrick J. Duffy, duffy@mmlawyers.com
    Jami K. Elison, jamie@mhf-law.com
    Michael E. Kreger, mkreger@perkinscoie.com
    Terry R. Marston, terry@mhf-law.com
    Peter C. Partnow, PartnowP@LanePowell.com
    James B. Stoetzer, StoetzerJ@LanePowell.com

and by facsimile on:

Paul J. Nangle
Paul J. Nangle & Associates
101 Christensen Dr.
Anchorage, AK 99501
FAX NO.: (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on April 27, 2006, at Los Angeles, California.

_____
WILLIAM R. BAERG

DECLARATION IN OPPOSITION TO MOTION FOR DISCOVERY CONFERENCE
Page 3

# FACSIMILE TRANSMITTAL

## MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017-5446

Our File No. 3970-14852

### IMPORTANT NOTICE

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone at (213) 612-9900 and return the original message to us at the address above via the USPS. Thank you.

**TO:** Paul J. Nangle, Esq.  
Paul J. Nangle & Associates  

**Fax Number:** (907) 279-1794

**FROM:** William R. Baerg, Esq.

**DATE:** April 27, 2006

**RE:** *Absolute Environmental Services v. Emerco, Inc., et al.*  
USDC (AK) Case No. A-03-0199 (RRB)

WE ARE BEGINNING TO SEND __9__ PAGES (including this cover page). IF TRANSMISSION IS INTERRUPTED OR OF POOR QUALITY, PLEASE NOTIFY US BY CALLING (213) 612-9900. OUR FAX NUMBER IS (213) 612-9930.

------------------------------------------------------------

**COMMENTS:**
Served herewith is a copy of *DECLARATION OF WILLIAM R. BAERG IN SUPPORT OF DEFENDANTS FORREST J. McKINLEY AND EMERCO, INC.'S OPPOSITION TO COFFMAN ENGINEERS, INC.'S MOTION FOR DISCOVERY CONFERENCE*. Copy will not follow via U.S. mail.

------------------------------------------------------------

SR-D\WRB\14852 NANGLE.FAX

## Confirmation Report – Memory Send

```
                                    Page       : 001
                                    Date & Time: Apr-27-06  14:00
                                    Line 1     : 2136129935
                                    Line 2     :
                                    Machine ID : Monteleone & McCrory, LLP
```

| | | |
|---|---|---|
| Job number | : | 908 |
| Date | : | Apr-27 13:56 |
| To | : | ☎2642#3970#14852##19072791794# |
| Number of pages | : | 009 |
| Start time | : | Apr-27 13:56 |
| End time | : | Apr-27 14:00 |
| Pages sent | : | 009 |
| Status | : | OK |

Job number  : 908            \*\*\* SEND SUCCESSFUL \*\*\*

### FACSIMILE TRANSMITTAL

**MONTELEONE & McCRORY, LLP**
725 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017-5446

Our File No. 3970-14852

#### IMPORTANT NOTICE

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone at (213) 612-9900 and return the original message to us at the address above via the USPS. Thank you.

**TO:** Paul J. Nangle, Esq.       **Fax Number:** (907) 279-1794
Paul J. Nangle & Associates

**FROM:** William R. Baerg, Esq.

**DATE:** April 27, 2006

**RE:** *Absolute Environmental Services v. Emerco, Inc., et al.*
USDC (AK) Case No. A-03-0199 (RRB)

WE ARE BEGINNING TO SEND __9__ PAGES (including this cover page). IF TRANSMISSION IS INTERRUPTED OR OF POOR QUALITY, PLEASE NOTIFY US BY CALLING (213) 612-9900. OUR FAX NUMBER IS (213) 612-9930.

**COMMENTS:**
Served herewith is a copy of *DECLARATION OF WILLIAM R. BAERG IN SUPPORT OF DEFENDANTS FORREST J. McKINLEY AND EMERCO, INC.'S OPPOSITION TO COFFMAN ENGINEERS, INC.'S MOTION FOR DISCOVERY CONFERENCE*. Copy will **not** follow via U.S. mail.

SR:D:\WRB\14852 NANGLE.FAX