# EXHIBIT "A"

```
                                                                Page 1
 1              UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF ALASKA
 3
 4   ABSOLUTE ENVIRONMENTAL
     SERVICES, INC. an Alaska corporation,
 5
                Plaintiff,
 6
          vs.                                    COPY
 7
     FORREST J. MCKINLEY, an individual,
 8   d/b/a "Imperial Industrial Coatings"
     and EMERCO, INC., a California
 9   Corporation, d/b/a Imperial Industrial
     Coatings,
10
                Defendant.
11   _____
12   Case No. A03-0199 CV (RRB)
13
14
15
16
               DEPOSITION OF RALPH THOMAS PUETT
17
                   Taken November 1, 2004
18                 Commencing at 9:45 a.m.
19        Volume I - Pages 1 - 163, inclusive
20
21
                   Taken by the Plaintiff
22                            at
                         PERKINS, COIE
23              1029 W. Third Av., Suite 300
                      Anchorage, AK  99501
24
25
```

Midnight Sun Court Reporters (907) 258-7100

EXHIBIT A - PAGE 4

Case No. A03-0199 Civil (RRB)                                                    Ralph Thomas Puett

## Page 2

APPEARANCES

For Absolute Environmental:

MARSTON, HEFFERNAN, FOREMAN, PLLC
BY: Terry R. Marston, II
16880 N.E. 79th Street
Redmond, WA 98502
(425) 861-5700

For Brechan Enterprise, Inc.:

PERKINS COIE
BY: Michael Kreger
    Jacob Nist
1029 West Third Avenue, Suite 300
Anchorage, AK 99501
(907) 279-8561

For Specialty Polymer Coatings:

ATKINSON, CONWAY & GAGNON
BY: Robert Dickson
420 L Street, Suite 500
Anchorage, AK 99501
(907) 276-1700

For Coffman Engineers:

LANE, POWELL, SPEARS, LUBERSKY
BY: Peter Partnow
301 W. Northern Lights Blvd., Suite 30
Anchorage, AK 99503
(907) 264-3317

For Defendant:

JERMAIN, DUNNAGAN & OWENS
BY: Eric Brown
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844

Present: Dave Olson
Reporter: Susan J. Warnick, RPR

## Page 3

BE IT KNOWN that the aforementioned deposition was taken at the time and place duly noted on the title page, before Susan J. Warnick, Registered Professional Reporter and Notary Public within and for the State of Alaska.

## Page 4

(Exhibits 1 through 4 marked.)

PROCEEDINGS

RALPH THOMAS PUETT, called as a witness herein, being first duly sworn to state the truth, the whole truth and nothing but the truth by the Notary, testified under oath as follows:

EXAMINATION

BY MR. MARSTON:

Q   Please state your complete legal name.
A   Ralph Thomas Puett, P-u-e-t-t.
Q   And what is your residential address?
A   16621 Surrilian (ph) Court, Chino Hills, California. 91709.
Q   I have gone ahead and pre-marked a number of exhibits here. And the first one is intended to be the subcontract, the Imperial/Absolute subcontract. The -- I did this backwards.
    Actually, the first one is your damages interrogatory response. The second one is the subcontract. The third one is the notice of deposition. And the fourth one is a copy of your resume.
    I'm going to take these somewhat out of order. So to begin with, I'm going to start with Exhibit 3. If you will hand the rest of those around that way.
    (Exhibit 5 marked.)

## Page 5

BY MR. MARSTON:

Q   I'm also handing you Exhibit 5.
    Looking at Exhibit No. 3, which is a court pleading entitled, Notice of Deposition upon Oral Examination to Emerco, Inc., pursuant to FRCP 30(b)(6). And drawing your attention to the second page of that document where Emerco, Inc., has been requested to provide for examination a witness knowledgeable in certain areas.
    Is it your testimony that you have been designated by Emerco, Inc., to testify on its behalf in response to this notice of deposition?
A   No.
Q   Have you seen Exhibit 3 before?
A   No.
Q   Can you tell me what the circumstances of your being here today are?
A   A witness for Imperial Industrial Coatings.
Q   Who is your employer?
A   Imperial Industrial Coatings.
Q   What is Imperial Industrial Coatings?
A   It's a coatings company.
Q   Is it a sole proprietorship?
A   I don't know that.
Q   Is it a corporation?
A   I don't know that.

```
 1              UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF ALASKA
 3
 4   ABSOLUTE ENVIRONMENTAL
     SERVICES, INC. an Alaska corporation,
 5
              Plaintiff,
 6
         vs.                              COPY
 7
     FORREST J. MCKINLEY, an individual,
 8   d/b/a "Imperial Industrial Coatings"
     and EMERCO, INC., a California
 9   Corporation, d/b/a Imperial Industrial
     Coatings,
10
              Defendant.
11   _____
12   Case No. A03-0199 CV (RRB)
13
14
15
16
              DEPOSITION OF RALPH THOMAS PUETT
17
              Taken November 2, 2004
18            Commencing at 9:00 a.m.
19   Volume II - Pages 164 - 413, inclusive
20
21
              Taken by the Plaintiff
22                      at
                   PERKINS, COIE
23         1029 W. Third Av., Suite 300
              Anchorage, AK  99501
24
25
```

Midnight Sun Court Reporters (907) 258-7100

Case No. A03-0199 Civil (RRB)

Ralph Thomas Pewett

### Page 165

```
 1  APPEARANCES
 2
    For Absolute Environmental:
 3
       MARSTON, HEFFERNAN, FOREMAN, PLLC
 4     BY: Terry R. Marston, II
       16880 N.E. 79th Street
 5     Redmond, WA 98502
       (425) 861-5700
 6
    For Brechan Enterprise, Inc.:
 7
       PERKINS COIE
 8     BY: Michael Kreger
           Jacob Nist
 9     1029 West Third Avenue, Suite 300
       Anchorage, AK 99501
10     (907) 279-8561
11  For Specialty Polymer Coatings:
12     ATKINSON, CONWAY & GAGNON
       BY: Robert Dickson
13     420 L Street, Suite 500
       Anchorage, AK 99501
14     (907) 276-1700
15  For Coffman Engineers:
16     LANE, POWELL, SPEARS, LUBERSKY
       BY: Peter Partnow
17     301 W. Northern Lights Blvd., Suite 30
       Anchorage, AK 99503
18     (907) 264-3317
19  For Defendant:
20     JERMAIN, DUNNAGAN & OWENS
       BY: Eric Brown
21     3000 A Street, Suite 300
       Anchorage, AK 99503
22     (907) 563-8844
23  Present: Dave Olson
24  Reporter: Susan J. Warnick, RPR
25
```

### Page 166

```
 3  BE IT KNOWN that the aforementioned deposition was taken
 4  at the time and place duly noted on the title page, before
 5  Susan J. Warnick, Registered Professional Reporter and
 6  Notary Public within and for the State of Alaska.
```

### Page 167

```
 1          PROCEEDINGS
 2          RALPH THOMAS PUETT,
 3  called as a witness herein, being first duly sworn to
 4  state the truth, the whole truth and nothing but the truth
 5  by the Notary, testified under oath as follows:
 6          EXAMINATION
 7  BY MR. KREGER:
 8  Q  Mr. Puett, my name is Mike Kreger. I represent
 9  Brechan Enterprises, Inc. Brechan, you understand, was
10  the prime contractor on this project?
11  A  Yes.
12  Q  And yesterday you said your contract was with
13  Absolute. Do you remember that?
14  A  Yes.
15  Q  Who was Absolute's contract with?
16  A  After reviewing the documents, it was with Brechan.
17  Q  Okay. And Brechan had a prime contract with the
18  Coast Guard, right?
19  A  I assume that.
20  Q  Well, have you ever heard the expression a
21  "multi-trades contract"?
22  A  Yes.
23  Q  And what did you understand that to mean?
24  A  More than one trade.
25  Q  And did you understand that to be a reference
```

### Page 168

```
 1  between -- to a contract between Brechan and the Coast
 2  Guard?
 3  A  Yes.
 4  Q  And did you also ever hear the expression "JOC"
 5  contract? J-O-C, for the benefit of the reporter, as
 6  opposed to some other spelling. Did you ever hear of the
 7  JOC contract?
 8  A  I have seen that.
 9  Q  You have seen a JOC contract or you have seen the
10  term?
11  A  Saw the term.
12  Q  Okay. And where did you see that?
13  A  From a Brechan's trailer.
14  Q  Did you ever figure out what J-O-C stands for?
15  A  No.
16  Q  I'll represent to you, at least my understanding, is
17  J stands for job order contract. Did you understand or
18  come to understand at some point that Brechan had a
19  contract with the Coast Guard to do work on the Coast
20  Guard base in Kodiak?
21  A  Yes.
22  Q  And their contract was that as certain projects came
23  up, that the Coast Guard thought was suitable for Brechan,
24  they would ask Brechan to do it, and they would go back to
25  the Coast Guard with a price, and they would form a
```

2 (Pages 165 to 168)

EXHIBIT A - PAGE 7    Midnight Sun Court Reporters (907) 258-7100