Robert J. Dickson, Esq., ABA #7210044
ATKINSON, CONWAY & GAGNON
Attorneys for Third Party Defendant
Specialty Polymer Coating USA, Inc.
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
rjd@acglaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community composed thereof d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corp. d/b/a Imperial Industrial Coatings,<br><br>Defendants. | |
| EMERCO, INC., a California corp. d/b/a Imperial Industrial Coatings, and the States for the Use and Benefit of EMERCO, Inc.<br><br>Counter-Claimant/Third Party Plaintiff<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corp., SPECIALTY POLYMER COATINGS USA, INC., a Canadian Corp.;<br><br>Cross-Defendants/Third Party Defendants. | **SPECIALTY POLYMER'S POSITION ON CHANGING TRIAL DATE**<br><br>Case No. A-03-0199 Civ. (RRB) |

Third Party Defendant, SPECIALTY POLYMER COATINGS USA, INC.

(Specialty Polymer), by and through its attorneys, Atkinson, Conway & Gagnon, hereby

responds to the motion by Coffman Engineers to "Amend Case Schedule and Reset Trial Date," dated April 20, 2006 (docket 169), pursuant to the Court's Minute Order dated April 24, 2006 (docket 180).

Specialty Polymer coating opposes the proposed change in trial dates for two reasons.

First, counsel for Specialty Polymer, the undersigned, and the only attorney within this firm in a position to try the case on behalf of Specialty Polymer, has two trials previously scheduled between September 5, 2006 and November 28, 2006. In Formica v. Chappel, 3KN-05-796 Civ. (assigned to the Honorable Stephanie A. Joannides) a three week plus jury trial is scheduled to begin on September 5, 2006, and is scheduled to continue until at least through September 26, 2006. The undersigned represents Marley-Wylain, a third-party defendant and manufacturer of a gas fired boiler, in that action.

Also, the undersigned is scheduled to begin a three-week plus jury trial starting on November 6, 2006 and scheduled to continue through November 28, 2006. That case is Anderson v. Chappell, Case No. 3KN-05-193. The undersigned represents Marley-Wylain also in that case. Marley-Wylain is a third-party defendant.

Beyond that, counsel for SPC is scheduled to defend a medical malpractice action in which a jury trial is scheduled to begin on January 22, 2007 through February 16, 2007. Another medical malpractice defense case, a jury trial, is scheduled to begin on March 26, 2007, continuing through April 20, 2007. Counsel also has a trial set in September 2007, and one scheduled to begin in Ketchikan on October 9, 2007.

Therefore, moving the trial date in this matter is unacceptable to SPC because of the trial schedule conflicts it would create for its counsel.

The second reason that SPC objects to resetting a trial date in this matter is that doing so would increase the litigation costs to SPC, which SPC strongly wants to avoid. The only reason SPC is in this action is Emerco's claim arising out of SPC's decision to withdraw its certification of Emerco (Imperial Industrial Coatings) as a company qualified to apply SPC coatings; a decision reached after SPC's observations of IIC's work and crew on-site. SPC's exposure to liability rests on that decision; and is not affected by all of the other issues now being litigated between Absolute, Emerco, Coffman and Brechan.

Therefore, based upon the foregoing, SPC respectfully requests the Court to not change the trial date currently scheduled in this matter.

DATED this 28 day of April, 2006.

>ATKINSON, CONWAY & GAGNON
>Attorneys for Specialty Polymer Coatings USA, Inc.
>By  s/ *Robert J. Dickson*
>Robert J. Dickson
>ABA #7210044
>ATKINSON, CONWAY & GAGNON
>420 L Street, Suite 500
>Anchorage, Alaska 99501-1989
>(907) 276-1700
>Fax: (907) 272-9272
>rjd@acglaw.com

I certify that on April 28, 2006, a copy
a copy of the foregoing was served
electronically on the following attorneys or parties
of record:

| | |
|---|---|
| Eric J. Brown, Esq.    (Emerco)<br>Jermain, Dunnagan & Owens, PC | Terry R. Marston II, Jami K. Elison, Esq.  (Absolute)<br>Marston, Heffernan Foreman, PLLC |
| Michael E. Kreger, Esq.<br>Perkins Coie, LLP | Peter C. Partnow, Esq. , J. Stoetzer, Esq.()<br>Lane, Powell, LLC |
| William Baerg, Esq., P. Duffy, Esq.  (Emerco)<br>Monteleone & McCrory, LLP | |

AND WAS SERVED BY HAND-DELIVERY ON:

Paul J. Nangle, Esq.          (Absolute)
Paul J. Nangle & Associates
101 Christensen Drive
Anchorage AK  99501


 *s/Robert J. Dickson*
            Robert J. Dickson

SPECIALTY POLYMER'S POSITION ON CHANGING TRIAL DATE
<u>Absolute Environmental v. McKinley, et al.</u>, Case No. A-03-0199 Civ. (RRB)]
Page 4 of 4
84426/7413.1