1  Terry R. Marston, *pro hac vice,* terry@mhf-law.com
   Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
2  MARSTON HEFFERNAN FOREMAN, PLLC
   16880 N.E. 79th Street
3  Redmond, Washington  98052
   (425) 861-5700

4
   PAUL J. NANGLE & ASSOCIATES
   Kerry Building
5  101 Christensen Drive
   Anchorage, Alaska  99501
6  Telephone:  (907) 274-8866

7
   Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.
8
                    UNITED STATES DISTRICT COURT
9                    FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,  ) | Case No.: A03-0199CV (RRB) |
| ) | |
| Plaintiff,  ) | |
| vs.  ) | |
| ) | **ORDER DENYING COFFMAN'S MOTION TO AMEND CASE SCHEDULE AND RESET TRIAL DATE** |
| FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.  ) | **[PROPOSED]** |
| Defendants.  ) | |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,  ) | |
| Counterclaimant/Third-party Claimant,  ) | |
| v.  ) | |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,  ) | |
| Cross-defendants/Third-party Defendants.  ) | |

| | |
|---|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) ) ) |
| Plaintiff, vs. | ) ) ) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | ) ) ) |
| Defendants. | ) ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Counterclaim Plaintiff, vs. | ) ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Counterclaim Defendant. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Third-Party Plaintiff, vs. | ) ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Plaintiff/Cross-claimant, vs. | ) ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) ) |

ORDER DENYING COFFMAN'S MOTION TO AMEND CASE SCHEDULE AND RESET TRIAL DATE [PROPOSED]
Case No. A03-0199CV (RRB)-- 2

THIS MATTER came before the Court on Coffman's Motion to Amend Case Schedule and Reset Trial Date. Having entertained the memoranda, exhibits and declarations supporting and opposition to the motion, the Court orders the motion DENIED.

Dated this _____ day of _____, 2006.

_____
The Honorable Ralph R. Beistline
United States District Court Judge