Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc. and
Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>    Plaintiff,<br>v.<br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings"; EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br>    Defendants. | Case No. 3:03-CV-0199-RRB<br><br>**BRECHAN ENTERPRISES, INC.'S JOINDER IN COFFMAN ENGINEERS, INC.'S REQUEST FOR DISCOVERY CONFERENCE** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the use and benefit of EMERCO, INC.,<br>  Counterclaimant/Third-Party Claimant,<br>v.<br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br>  Cross-defendants/Third-party Defendants. | |

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. BRECHAN, et al.
Case No. 3:03-CV-0199-RRB            - 1 -            [38599-0012/AA061170.012.DOC]

| |
|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>    Plaintiff,<br>v.<br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br>    Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br>    Counterclaim Plaintiff,<br>v.<br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>    Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br>    Third-Party Plaintiff,<br>v.<br>COFFMAN ENGINEERS, INC., a Washington corporation,<br>    Third-Party Defendant. |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>    Plaintiff/Cross-claimant,<br>v.<br>COFFMAN ENGINEERS, INC., a Washington corporation,<br>    Defendant/Cross-claim Respondent. |

Brechan Enterprises, Inc. joins the request for a discovery conference. A discovery conference may permit an expedited resolution of one or more pending discovery issues. One of the issues is the parties' opportunity to take the deposition of Ralph Tom Puett. Brechan noticed and seeks to depose Mr. Puett on May 10 in Los Angeles regarding knowledge he has of the claims by Absolute.

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. BRECHAN, et al.
Case No. 3:03-CV-0199-RRB         - 2 -         [38599-0012/AA061170.012.DOC]

Last year, Imperial "nonopposed" the motion by Absolute to add claims against Brechan to this lawsuit. Imperial's present opposition to a discovery conference and refusal to permit discovery of their witness on these new matters is inconsistent with their prior willingness to expand the litigation.

DATED at Anchorage, Alaska, this 28th day of April, 2006.

        **PERKINS COIE LLP**
        Attorneys for Brechan Enterprises, Inc. and
        Safeco Insurance Company of America

        By  s/Michael E. Kreger
            Michael E. Kreger
            Alaska Bar No. 8311170

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. BRECHAN, et al.
Case No. 3:03-CV-0199-RRB    - 3 -    [38599-0012/AA061170.012.DOC]

## CERTIFICATE OF SERVICE

I hereby certify that on April 28th 2006, a copy of the foregoing was served electronically on:

| | |
|---|---|
| **Counsel for Absolute Environmental Services, Inc.**<br>Paul Nangle<br>Paul J. Nangle & Associates<br>101 Christensen Drive<br>Anchorage, Alaska  99501<br>(Fax:  907-274-8866) | **Counsel for Specialty Polymer Coating USA, Inc.**<br>Robert J. Dickson<br>Atkinson Conway & Gagnon<br>410 L Street, Suite 500<br>Anchorage, Alaska  99501<br>(Fax:  907-272-2082) |
| **Counsel for Absolute Environmental Services, Inc.**<br>Terry R. Marston II<br>Marston, Heffernan & Foreman<br>Anderson Park Building<br>16880 NE 79th Street<br>Redmond, WA 98052-4424<br>(Fax:  425-861-6969) | **Co-Counsel for Forrest J. McKinley and Emerco, Inc., d/b/a Imperial Industrial Coatings**<br>William R. Baerg<br>Monteleone & McCrory<br>725 South Figueroa Street, Suite 3750<br>Los Angeles, California  90017-5402<br>(Fax:  213-612-9930) |
| **Co-Counsel for Coffman Engineers, Inc.**<br>James B. Stoetzer<br>Lane Powell PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, Washington  98101<br>(Fax:  206-223-7107)<br>(Phone:  206-223-7109) | **Counsel for Forrest J. McKinley and Emerco, Inc., d/b/a Imperial Industrial Coatings**<br>Eric J. Brown<br>Jermain Dunnagan & Owens<br>3000 A Street, Suite 300<br>Anchorage, Alaska  99503<br>(Fax:  907-563-7322) |
| **Counsel for Coffman Engineers, Inc.**<br>Peter C. Partnow<br>Lane Powell PC<br>301 West Northern Lts Blvd., Suite 301<br>Anchorage, Alaska  99503<br>(Fax:  907-276-2631)<br>(Phone:  907-264-3317) | |

s/Michael E. Kreger
Michael E. Kreger

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. BRECHAN, et al.
Case No. 3:03-CV-0199-RRB         - 4 -         [38599-0012/AA061170.012.DOC]