Terry R. Marston, *pro hac vice,* terry@mhf-law.com
Terry R. Marston, *pro hac vice,* jamie@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, </br></br> Plaintiff, </br></br> vs. </br></br> FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. </br></br> Defendants. | Case No.: A03-0199CV (RRB) </br></br></br></br></br></br> **DECLARATION OF TERRY R. MARSTON IN OPPOSITION TO COFFMAN'S MOTION TO AMEND CASE SCHEDULE AND RESET TRIAL DATE** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC., </br></br> Counterclaimant/Third-party Claimant, </br></br> v. </br></br> ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al., </br></br> Cross-defendants/Third-party Defendants. | |

DECLARATION OF TERRY R. MARSTON IN OPPOSITION TO COFFMAN'S MOTION TO
AMEND CASE SCHEDULE AND RESET TRIAL DATE
Case No. A03-0199CV (RRB)-- 1

|    |                                                                                                                    |
|----|--------------------------------------------------------------------------------------------------------------------|
| 1  | THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, )  )  )  ) |
| 2  |                                                                                                                    |
| 3  | )                                                                                                                  |
| 4  | Plaintiff,  )<br>vs.  )                                                                                            |
| 5  | )                                                                                                                  |
| 6  | SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.  )  )                                               |
| 7  | Defendants.  )  )                                                                                                  |
| 8  |                                                                                                                    |
| 9  | BRECHAN ENTERPRISES, INC., an Alaska corporation,  )  )                                                            |
| 10 | Counterclaim Plaintiff,  )                                                                                         |
| 11 | vs.  )                                                                                                             |
| 12 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,  )  )                                                |
| 13 | Counterclaim Defendant.  )                                                                                         |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska corporation,  )  )                                                            |
| 15 | Third-Party Plaintiff,  )                                                                                          |
| 16 | vs.  )                                                                                                             |
| 17 | COFFMAN ENGINEERS, INC, a Washington Corporation.  )  )                                                            |
| 18 | Third-Party Defendant.  )                                                                                          |
| 19 | ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation,  )  )                                                 |
| 20 |                                                                                                                    |
| 21 | Plaintiff/Cross-claimant,  )<br>vs.  )                                                                             |
| 22 | COFFMAN ENGINEERS, INC, a Washington Corporation.  )  )                                                            |
| 23 |                                                                                                                    |
| 24 | Third-Party Defendant.  )                                                                                          |
| 25 |                                                                                                                    |
| 26 |                                                                                                                    |

DECLARATION OF TERRY R. MARSTON IN OPPOSITION TO COFFMAN'S MOTION TO AMEND CASE SCHEDULE AND RESET TRIAL DATE
Case No. A03-0199CV (RRB)-- 2

I, Terry R. Marston, declare as follows:

1. I am an attorney for Absolute Environmental Services, Inc. ("AESI"), plaintiff in the above captioned action. I am competent to testify and base these declarations on personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of an email transmitted by counsel for Absolute on April 10th subsequent to a telephone conference call in which it appeared that Coffman was attempting to create a false appearance of inadequate time to complete discovery. In that same document is a reply from counsel for Specialty Polymer Coatings confirming that it was "NOT" in favor of a continuance of our trial date.

3. Attached hereto as **Exhibit B** is a true and correct copy of an illustrative time line depicting the large periods of inactivity on the part of Coffman subsequent to its being brought in to this case. Note that with one exception, that being day four of the deposition of Absolute's David Olson, Coffman never noted any depositions until the day before it filed this motion for continuance.

4. AES has done nothing to impede Coffman's preparation and Coffman has not alleged that it has been in any way impeded by Absolute. I hereby affirm that each fact described in the accompanying Memorandum in Opposition to the requested continuance of the trial is true and correct to the best of my knowledge and belief.

5. This law firm is in the process of filing an application to have a second associate, and third attorney overall, admitted pro hac vice in order to assure that it is able to accommodate any request to schedule depositions that may be made by either Coffman or Brechan. I was informed by one of Coffman's attorneys, Jim Stoetzer, that Coffman would not have the third partner it has actively working on this case, James Niemer, admitted pro hac vice

1  in order to timely complete discovery. Absolute is bending over backwards to accommodate
2  Coffman and Brechan. Coffman is doing the opposite, for reasons one could only speculate
3  about.
4      I declare under penalty of perjury that the foregoing is true and correct.
5      EXECUTED this _28th_ day of April, 2006, at Redmond, Washington.

_____
TERRY R. MARSTON

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury, under the laws of the State of Washington that I am now and at all times herein mentioned, a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below, a true and correct copy of the following:

1. DECLARATION OF TERRY R. MARSTON IN OPPOSITION TO COFFMAN'S MOTION TO AMEND CASE SCHEDULE AND RESET TRIAL DATE

were electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| James B. Stoetzer<br>Lane Powell Spears Lubersky<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101<br>*Atty for Coffman* | Jacob Nist<br>Perkins Coie, LLP<br>1029 West Third Avenue, Suite 300<br>Anchorage, AK 99501<br>*Atty for Brechan and Safeco* |
| Robert J. Dickson<br>Atkinson, Conway & Gagnon, Inc.<br>420 L Street, Suite 500<br>Anchorage, AK 99501<br><br>*Atty for Specialty Polymer Coatings* | Peter Partnow<br>Lane Powell Spears Lubersky<br>301 W. Northern Lights Boulevard<br>Suite 301<br>Anchorage, Alaska 99503<br>*Atty for Coffman* |
| Eric J. Brown, Esq.<br>Jermain Dunnagan & Owens, P.C.<br>3000 A Street, Suite 300<br>Anchorage, AK 99503-4097<br>*Atty for Forrest McKinley and Emerco* | Mr. William Baerg<br>Patrick Duffy<br>Monteleone & McCrory, LLP<br>725 South Figueroa Street, Suite 3750<br>Los Angeles, CA 90017-5446<br>*Atty for Forrest McKinley and Emerco* |

SIGNED at Redmond, Washington this 28th day of April, 2006.

Kristy L. Martyn

DECLARATION OF TERRY R. MARSTON IN OPPOSITION TO COFFMAN'S MOTION TO
AMEND CASE SCHEDULE AND RESET TRIAL DATE
Case No. A03-0199CV (RRB)-- 5