**EXHIBIT B**



Exhibit B pg 1 of 1