Terry R. Marston, *pro hac vice,* terry@mhf-law.com
Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

RECEIVED
MAY 15 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. <br><br> Defendants. | Case No.: A03-0199CV (RRB) <br><br><br><br><br><br> **APPLICATION, CONSENT AND ORDER FOR PRO HAC VICE ADMISSION** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC., <br><br> Counterclaimant/Third-party Claimant, <br><br> v. <br><br> ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al., <br><br> Cross-defendants/Third-party Defendants. | |

APPLICATION FOR PRO HAC VICE ADMISSION
Case No. A03-0199CV (RRB)-- 1

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, )))))) |
| 2 | |
| 3 | |
| 4 | Plaintiff, ) |
| | vs. ) |
| 5 | ) |
| | SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. ))) |
| 6 | |
| 7 | Defendants. )) |
| 8 | |
| | BRECHAN ENTERPRISES, INC., an Alaska corporation, ))) |
| 9 | |
| 10 | Counterclaim Plaintiff, ) |
| | vs. ) |
| 11 | ) |
| 12 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ))) |
| 13 | Counterclaim Defendant. ) |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska corporation, ))) |
| 15 | |
| 16 | Third-Party Plaintiff, ) |
| | vs. ) |
| 17 | COFFMAN ENGINEERS, INC, a Washington Corporation. ))) |
| 18 | |
| | Third-Party Defendant. )) |
| 19 | ABSOLUTE ENVIRONMENTAL SERVICES) |
| 20 | INC., an Alaska Corporation, ))) |
| 21 | Plaintiff/Cross-claimant, ) |
| | vs. ) |
| 22 | ) |
| 23 | COFFMAN ENGINEERS, INC, a Washington Corporation. ))) |
| 24 | Third-Party Defendant. )) |
| 25 | |
| 26 | |

APPLICATION FOR PRO HAC VICE ADMISSION
Case No. A03-0199CV (RRB)-- 2

1. Pursuant to Local Rule 83.1(c)(2) Plaintiff Absolute Environmental Services, Inc. (hereinafter referred to as "ABSOLUTE"), by and through its attorneys of record Paul J. Nangle and Paul J. Nangle & Associates, hereby request this court to approve this Application and permit attorney Jesse P. Elison to participate in this action on its behalf *pro hac vice*.

2. Mr. Elison is admitted to practice and a member in good standing of the Washington State Bar where he resides and maintains a practice of law. A Certificate of Good Standing for Mr. Elison from the Supreme Court of Washington is attached and incorporated hereto.

3. Mr. Elison's participation in this particular action will be in association with Paul J. Nangle, who is an active member in good standing of the Alaska State Bar Association, and who shall serve as attorney of record for ABSOLUTE in this action and shall remain responsible for the conduct thereof.

Executed this 18 day of APRIL, 2006.

_____
Jesse P. Elison, WSBA# 36914
MARSTON HEFFERNAN FOREMAN, PLLC
16880 NE 70th Street
Redmond, Washington 98052
(425) 861-5700 – Office
(425) 861-6969 -- Facsimile

## CONSENT TO ADMISSION *PRO HAC VICE*

I hereby consent to the foregoing Application and Grant thereof.

DATED this __15__ day of __May__, 2006.

PAUL J. NAGLE & ASSOCIATES

By: *[signature]*
Paul J. Nangle
Alaska Bar No. 7011066

## ORDER

IT IS SO ORDERED, this _____ day of _____, 2006.

By:_____
The Honorable Ralph R. Beistline
United States District Court Judge