## IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | |
|---|---|
| IN THE MATTER OF THE ADMISSION | BAR #36914 |
| OF | **CERTIFICATE OF GOOD** |
| JESSE P. ELISON | **STANDING** |
| TO PRACTICE IN THE COURTS OF THIS STATE. | |

I, C.J. Merritt, Clerk of the Supreme Court of the State of Washington, hereby certify

JESSE P. ELISON

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington, on November 14, 2005, and is now and has been continuously since that date an attorney in good standing in said Courts.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 17$^h$ day of April, 2006

C.J. MERRITT, SUPREME COURT CLERK

WASHINGTON STATE SUPREME COURT