Terry R. Marston, *pro hac vice,* terry@mhf-law.com
Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

RECEIVED
MAY 15 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants. | Case No.: A03-0199CV (RRB)<br><br><br><br><br><br>**DECLARATION OF JESSE P. ELISON IN SUPPORT OF APPLICATION FOR PRO HAC VICE ADMISSION** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | |

DECLARATION OF JESSE P. ELISON RE PRO HAC VICE ADMISSION
Case No. A03-0199CV (RRB)-- 1

| | |
|---|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | ) ) ) |
| Defendants. | ) ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Counterclaim Plaintiff, | ) ) |
| vs. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Counterclaim Defendant. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Third-Party Plaintiff, | ) |
| vs. | ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Plaintiff/Cross-claimant, | ) |
| vs. | ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) ) |

DECLARATION OF JESSE P. ELISON RE PRO HAC VICE ADMISSION
Case No. A03-0199CV (RRB)-- 2

I, Jesse P. Elison, declare as follows:

1. I am admitted to practice law in the state of Washington and a member in good standing of the Washington State Bar. I am also admitted to practice and a member in standing in the United States District Court for the Western District of Washington.

2. Absolute Environmental Services, Inc. is the Plaintiff in this matter involving issues relating to its construction services. This affidavit is submitted in support of my application to be admitted *Pro Hac Vice* in this matter for Absolute Environmental Services, Inc.

3. I am an attorney employed by the firm of Marston Heffernan Foreman and maintain an office in Redmond, Washington. Marston Heffernan Foreman represents Absolute Environmental Services, Inc. in various aspects for certain of its matters relating to its performance of construction contracts.

4. I understand that if admitted to *Pro Hac Vice* status for this action I am charged with knowledge of and compliance with the Local Rules of the United States District Court for the District of Alaska

5. There are no pending disciplinary proceedings against me.

6. I hereby request permission to appear and participate in the above-captioned matter on behalf of Plaintiff Absolute Environmental Services, Inc. If admitted *Pro Hac Vice*, I will join of record with Plaintiff's current counsel, Paul J. Nangle who has an office in and is admitted to practice in the State of Alaska and before this Court

Sworn under penalty of perjury under the law of the State of Washington

Executed this 9th day of May, 2006, at Redmond, Washington.

_____
Jesse P. Elison

DECLARATION OF JESSE P. ELISON RE PRO HAC VICE ADMISSION
Case No. A03-0199CV (RRB)-- 3