Terry R. Marston, *pro hac vice,* terry@mhf-law.com
Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

RECEIVED
MAY 1 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants. | Case No.: A03-0199CV (RRB)<br><br>**ORDER ADMITTING JESSE P. ELISON TO PRACTICE PRO HAC VICE**<br><br>**[PROPOSED]** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | |

|   |   |   |
|---|---|---|
| 1 | THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) ) |
| 2 | | |
| 3 | | ) |
| 4 | Plaintiff, vs. | ) ) ) |
| 5 | | ) |
| 6 | SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | ) ) ) |
| 7 | Defendants. | ) ) |
| 8 | | ) |
| 9 | BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| 10 | Counterclaim Plaintiff, | ) ) |
| 11 | vs. | ) ) |
| 12 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) |
| 13 | Counterclaim Defendant. | ) ) |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) |
| 15 | | ) |
| 16 | Third-Party Plaintiff, vs. | ) ) |
| 17 | COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| 18 | | ) |
| 19 | Third-Party Defendant. | ) ) |
| 20 | ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, | ) ) ) |
| 21 | Plaintiff/Cross-claimant, vs. | ) ) ) |
| 22 | | ) |
| 23 | COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| 24 | Third-Party Defendant. | ) ) |
| 25 | | |
| 26 | | |

ORDER ADMITTING JESSE P. ELISON TO PRACTICE PRO HAC VICE
Case No. A03-0199CV (RRB)-- 2

THIS MATTER having come before the undersigned judge pursuant to Plaintiff's application for Jesse P. Elison to participate in this particular action as counsel *pro hoc vice*, and the Court having reviewed Plaintiff's Application and the accompanying Declarations of Lawrence A. Pederson and Jesse P. Elison, and having determined that the requirements of FRCPLR 83.1 have been met, now, therefore

IT IS HEREBY ORDERED that Jesse P. Elison shall be admitted to appear and participate in this case pursuant to FRCPLR 83.1 on behalf of Plaintiff Absolute Environmental Services, Inc.

IT IS FURTHER ORDERED that Jesse P. Elison is permitted to appear at court hearings, and depositions without the necessity of having Mr. Pederson present at these proceedings.

DATED this ____ day of _____, 2006.

_____
The Honorable Ralph R. Beistline
United States District Court Judge

Presented by:

PAUL J. NAGLE & ASSOCIATES

By _____
Paul J. Nangle
Alaska Bar No. 7011066

ORDER ADMITTING JESSE P. ELISON TO PRACTICE PRO HAC VICE
Case No. A03-0199CV (RRB)-- 3