Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                                            Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRIESES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                                            Defendants. | |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>   Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>  Cross-Defendants/Third-Party Defendants. | Case No. A03-199 CV (RRB)<br><br><br>**COFFMAN ENGINEERS, INC.'S ANSWER TO ABSOLUTE ENVIRONMENTAL, INC.'S CROSS-CLAIM** |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,

         Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

         Defendant.

BRECHAN ENTERPRISES, INC., an Alaska corporation,

         Counterclaim Plaintiff,

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,

         Counterclaim Defendant.

BRECHAN ENTERPRISES, INC., an Alaska corporation,

         Third-Party Plaintiff,

v.

COFFMAN ENGINEERS, INC., a Washington corporation,

         Third-Party Defendant.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,

         Plaintiff/Cross-claimant,

v.

COFFMAN ENGINEERS, INC., a Washington Corporation,

         Third-Party Defendant.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

COMES NOW third-party defendant Coffman Engineers, Inc. ("Coffman") and answers cross-claim of Plaintiff/Third Party Defendant Absolute Environmental Services, Inc. dated November 14, 2005, as follows:

### PARTIES

1. Coffman lacks the knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore denies same.

2. Coffman admits the allegations of paragraph 2.

### JURISDICTION

3. The allegation of paragraph 3 is a legal conclusion for which no responsive pleading is necessary and which allegation is otherwise denied.

4. The allegation of paragraph 4 is a legal conclusion for which no responsive pleading is necessary and which allegation is otherwise denied.

5. The allegation of paragraph 5 is a legal conclusion for which no responsive pleading is necessary and which allegation is otherwise denied.

### VENUE

6. Coffman admits the allegations of paragraph 6.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

## **FACTS**

7. Coffman lacks information sufficient to form a belief as to the allegations of paragraph 7 and therefore denies those allegations.

8. Coffman admits the allegations of paragraph 8.

9. Coffman admits that it entered into a subconsultant contract with TNH regarding the Kodiak Cargo Wharf project. The terms and conditions of that contract are as stated therein.

10. The allegation of paragraph 10 is a legal conclusion for which no responsive pleading is necessary and which is otherwise denied.

11. The allegation of paragraph 11 is a legal conclusion for which no responsive pleading is necessary and which is otherwise denied.

12. The allegation of paragraph 12 is a legal conclusion for which no responsive pleading is necessary and which is otherwise denied.

13. The allegation of paragraph 13 is a legal conclusion for which no responsive pleading is necessary and which is otherwise denied.

14. The allegation of paragraph 14 is a legal conclusion for which no responsive pleading is necessary and which is otherwise denied.

15. The allegation of paragraph 15 is a legal conclusion for which no responsive pleading is necessary and which is otherwise denied.

16. The allegation of paragraph 16 is a legal conclusion for which no responsive pleading is necessary and which is otherwise denied.

17. The allegation of paragraph 17 is a legal conclusion for which no responsive pleading is necessary and which is otherwise denied.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

18. The allegation of paragraph 18 is a legal conclusion for which no responsive pleading is necessary and which is otherwise denied.

19. The allegation of paragraph 19 is a legal conclusion for which no responsive pleading is necessary and which is otherwise denied.

20. The allegation of paragraph 20 is a legal conclusion for which no responsive pleading is necessary and which is otherwise denied.

21. The allegation of paragraph 21 is a legal conclusion for which no responsive pleading is necessary and which is otherwise denied.

22. The allegation of paragraph 22 is a legal conclusion for which no responsive pleading is necessary and which is otherwise denied.

23. The allegation of paragraph 23 is a legal conclusion for which no responsive pleading is necessary and which is otherwise denied.

24. The allegation of paragraph 24 is a legal conclusion for which no responsive pleading is necessary and which is otherwise denied.

25. Coffman denies the allegations of paragraph 25.

26. Coffman denies the allegations of paragraph 26.

27. Coffman lacks information sufficient to form a belief as to whether AESI incurred any damages as it claims or what may have caused any such damages, but specifically denies that any damages which AESI may have suffered were caused by or are the legal responsibility of Coffman.

28. Coffman denies the allegations of paragraph 28.

29. Coffman denies the allegations of paragraph 29.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

30. The allegations of paragraph 30 is a legal conclusion for which no responsive pleading is necessary and which is otherwise denied.

31. Coffman lacks information sufficient to form a belief as to what AESI may have relied on and otherwise denies the allegations of paragraph 31. Coffman specifically denies having made any misrepresentations.

32. Coffman lacks information sufficient to form a belief as to the amount of any damages which damages which AESI may have suffered and therefore denies the allegations of paragraph 32. Coffman denies that it made any intentional and/or fraudulent misrepresentations, either by omission or commission.

33. Coffman lacks information sufficient to form a belief as to what AESI may have relied upon and therefore denies the allegation as to what it AESI relied upon. The remaining allegations of paragraph 33 are denied.

34. The allegations of paragraph 34 constitute legal conclusions for which no responsive pleading is necessary and which allegations are otherwise denied.

35. The allegations of paragraph 35 constitute legal conclusions for which no responsive pleading is necessary and which allegations are otherwise denied.

36. The allegations of paragraph 36 constitute legal conclusions for which no responsive pleading is necessary and which allegations are otherwise denied.

37. All other allegations are denied.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

**Coffman Engineers, Inc.'s Answer to Absolute Environmental, Inc.'s Cross-Claim**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. A03-0199 CV (RRB))   **Page 6 of 8**

## AFFIRMATIVE DEFENSES

By way of further answer and affirmative defenses, third-party defendant states as follows:

1. Plaintiff's cross-claim fails to state a cause of action upon which relief can be granted.

2. Plaintiff's injuries, if any, were caused, in whole or in part, by Plaintiff's own negligence, plaintiff's own failure to perform its contractual obligations, and/or plaintiff's other wrongful acts.

3. Plaintiff's damages, if any, were caused, in whole or in part, by third parties over whom Coffman had no control.

4. Plaintiff failed to mitigate damages.

5. Plaintiff's claims are barred by the doctrine of laches.

6. Plaintiff's claims are barred by the applicable statute of limitations.

7. Plaintiff's claims are barred by the doctrines of waiver, estoppel and unclean hands.

8. Plaintiff's claims against Coffman constitute claims for non-recoverable economic damage.

9. Plaintiff's claims against Coffman have not been brought in good faith.

10. Plaintiff's damages, if any, must be apportioned based on the percentage of total fault to each person or entity who is responsible for plaintiff's damages; Coffman hereby requests that the required apportionment be made.

11. Third-party defendant reserves the right to add additional affirmative defenses as may be discovered through future discovery.

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

## PRAYER FOR RELIEF

WHEREFORE, having answered plaintiff's cross-claim, and having set forth its affirmative defenses, third-party defendant Coffman Engineers, Inc., prays for relief as follows:

1. That plaintiff's cross-claim be dismissed, with prejudice;

2. That third-party defendant be awarded its costs, including reasonable attorneys' fees, incurred in the defense of this action; and

3. For such further relief as this Court deems equitable and just.

DATED this 16th day of June, 2006.

> LANE POWELL LLC
> Attorneys for Coffman Engineers, Inc.
>
> By  s/ Peter C. Partnow
> James B. Stoetzer, ASBA 7911130
> Peter C. Partnow, ASBA No. 7206029
> 301 W. Northern Lights Blvd., Suite 301
> Anchorage, Alaska 99503-2648
> Tel:  907-277-9511
> Fax:  907-276-2631
> Email:  StoetzerJ@LanePowell.com
> Email:  PartnowP@LanePowell.com

I certify that on June 16, 2006, a copy of the foregoing was served by ECF on:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow

011680.0076/1284793.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631