Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                                 Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRIESES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                                 Defendants. | Case No. A03-199 CV (RRB) |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>   Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>  Cross-Defendants/Third-Party Defendants. | **COFFMAN ENGINEERS, INC.'S ANSWER TO THIRD-PARTY COMPLAINT OF BRECHAN ENTERPRISES, INC., AFFIRMATIVE DEFENSES, AND COUNTER CLAIM AGAINST <u>BRECHAN ENTERPRISES, INC.</u>** |

| |
|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                        Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                        Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                        Counterclaim Plaintiff,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                        Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                        Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC., a Washington corporation,<br><br>                        Third-Party Defendant. |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

COMES NOW third-party defendant Coffman Engineers, Inc. ("Coffman"), by and through counsel, and for its answer to third-party plaintiff Brechan Enterprises, Inc.'s third-party complaint, states and alleges as follows:

### I.  PARTIES AND JURISDICTION

1. Coffman admits the allegation of paragraph 1.

2. Coffman lacks information sufficient to form a belief as to the allegations of paragraph 2 which allegations are therefore denied.

3. Coffman admits it is incorporated under the laws of Washington, that it does business in the state of Alaska, and that its business includes providing professional engineering services.

4. The allegation of paragraph 4 is a legal conclusion for which no responsive pleading is necessary and which allegation is otherwise denied.

## II.  ALLEGATIONS COMMON TO ALL COUNTS

5. Coffman admits that it entered into a contract with third party plaintiff Brechan to provide corrosion control professional engineering services relating to the project. The terms and conditions of that contract are as set forth in the contract.

6. Coffman admits it complied with its obligations under the contract.

## COUNT III
## CONTRACTUAL INDEMNITY

7. Coffman admits that Absolute has filed a complaint which makes a variety of claims against Brechan.

8. The allegations of paragraph 8 constitute a legal conclusion for which no responsive pleading is necessary and which allegations are otherwise denied.

9. Coffman denies the allegations of Paragraph 9.

10. Coffman denies the allegations of Paragraph 10.

## COUNT IV
## IMPLIED CONTRACTUAL INDEMNITY

11. Coffman reincorporates and realleges its responses to paragraphs 1 through 10 as set forth above, and admits or denies the allegations only to the extent previously admitted or denied.

12. The allegations of paragraph 12 constitute legal conclusions for which no responsive pleading is necessary and which allegations are otherwise denied.

13. Coffman denies the allegations of paragraph 13.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

## COUNT V
## EQUITABLE APPORTIONMENT

14. Coffman reincorporates and realleges its responses to paragraphs 1 through 13 as set forth above, and admits or denies the allegations only to the extent previously admitted or denied.

15. Coffman lacks information sufficient to form a belief as to what Brechan seeks. Coffman specifically denies that it is at fault for any damages alleged against Brechan by other parties and denies that any fault should be allocated to it pursuant to AS 09.17.080(c) and (d) or otherwise.

## **AFFIRMATIVE DEFENSES**

By way of further answer and affirmative defenses, third-party defendant Coffman states as follows:

1. Brechan's complaint fails to state a cause of action upon which relief can be granted.

2. Brechan's injuries, if any, were caused, in whole or in part, by its own negligence or breaches of contract.

3. Brechan's injuries, if any, were caused, in whole or in part, by third parties over whom Coffman has no control and for whom Coffman is not responsible.

4. Brechan has failed to mitigate its damages, if any.

5. The third party complaint is untimely.

6. The third party complaint is barred by failure to have added the claims referenced at a time and in a manner required under the pretrial order existent in this litigation at the time that all pending claims against Coffman were previously dismissed with prejudice.

7. Brechan is obligated to defend and indemnify Coffman for the matters asserted against Coffman in the third party complaint.

8. The third party complaint is barred by the doctrines of waiver, estoppel, unclean hands and laches.

9. Coffman reserves the right to add additional affirmative defenses as may be discovered through future discovery.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

## COUNTER CLAIM

1. Counter claim plaintiff Coffman Engineers is a lawfully created entity under the laws of the State of Washington, authorized to do business in the State of Alaska, and in always qualified and capable of bringing this action.

2. Counter claim defendant Brechan Enterprises, Inc. is an Alaska Corporation with its principal place of business in Alaska

3. This court has jurisdiction over both the parties to and the subject matter of this counter claim.

4. On or about April of 2003, Coffman and Brechan entered into a contract under which Brechan was obligated, among other things to "indemnify and hold Coffman harmless from claims, liabilities, obligations, government penalties, fines, and causes of action including . . . damage to or destruction of property resulting from the negligent acts or omissions of Brechan or any lower tier subconsultant, including court costs and attorneys fees."

5. Under the terms of the above cited contract, as well as under the common law, Brechan was and is obligated to indemnify, defend and hold Coffman harmless from the claims asserted by Absolute Environmental Services Inc.'s both in its Complaint against Brechan and in its Cross Claims against Coffman.

6. Brechan has refused and continues to refuse to fulfill its obligations referenced in the preceding paragraph under either its contract with Coffman or under the common law despite requests of Coffman that it do so.

7. As the result of Brechan's breach of its contractual and common law obligations, Coffman has been and will continue to be damaged in an amount yet to be determined due to the ongoing nature of this litigation.

8. Brechan is responsible for all costs and fees incurred by Coffman in defending against the claims asserted by Absolute as well as any damages which may be awarded to Absolute as the result of the claims it has asserted against either Brechan or Coffman.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

## PRAYER FOR RELIEF

WHEREFORE, having answered Brechan's third-party complaint, having set forth its affirmative defenses, and having set forth its counter claim against Brechan, Coffman prays for relief as follows:

1. That Brechan's complaint be dismissed, with prejudice;

2. That Brechan be ordered to defend and indemnify Coffman for the claims asserted by Absolute in this litigation against either Brechan or Coffman;

3. That Coffman be award all costs and attorneys fees incurred as the result of Brechan's breach of its indemnity obligations.

4. That Coffman otherwise be awarded its costs, including reasonable attorneys' fees, incurred in the defending this action; and

5. For such further relief as this court deems equitable and just.

DATED this 16th day of June, 2006.

LANE POWELL LLC
Attorneys for Coffman Engineers, Inc.

By  s/ Peter C. Partnow
Peter C. Partnow, ASBA No. 7206029
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
Email:  PartnowP@LanePowell.com

I certify that on June 16, 2006, a copy of the foregoing was served by ECF on:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow
11680.0076/153403v.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631