James B. Stoetzer, ASBA No. 7911130
Peter C. Partnow, ASBA No. 7206029
LANE POWELL LLC
301 West Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907.277.9511
Facsimile: 907.276.2631

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>                 Plaintiff,<br><br>  v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>                 Defendants.| Case No. 3:03-cv-00199-RRB<br><br>**COFFMAN ENGINEERS, INC.'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY FROM DEFENDANT/THIRD-PARTY PLAINTIFFS FORREST J. MCKINLEY AND EMERCO, INC, DBA IMPERIAL INDUSTRIAL COATINGS** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>  Counterclaimant/Third-Party Claimant,<br><br>  v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>  Cross-defendants/Third-Party Defendants. | |

**LANE POWELL, LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| | |
|---|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | |
| Plaintiff, | |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | |
| Defendants. | |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | |
| Counterclaim Plaintiff, | |
| v. | |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | |
| Counterclaim Defendant. | |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | |
| Third-Party Plaintiff, | |
| v. | |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | |
| Third-Party Defendant. | |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, | |
| Plaintiff/Cross-Claimant, | |
| v. | |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | |
| Third-Party Defendant. | |

**Coffman Engineers, Inc.'s Motion and Memorandum in Support of Motion to Compel Discovery From Defendant/Third-Party Plaintiffs Forrest J. McKinley and Emerco, Inc., dba Imperial Industrial Coatings**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)** **Page 2 of 4**

Third-Party Defendant Coffman Engineers, Inc. ("Coffman") moves pursuant to Fed. R. Civ. P. 37(a) for an order compelling Defendant/Third-Party Plaintiffs Forrest J. McKinley and Emerco, Inc, dba Imperial Industrial Coatings ("Imperial") to produce certain documents which are relevant to these proceedings, which were identified as existing at depositions, and which Imperial has not yet produced, despite numerous requests by Coffman and despite earlier indications that such materials would be made available. This motion is of some urgency since the material being sought is likely of significance to Coffman's designated experts in forming final opinions related to this litigation, and the ability to develop these final opinions has been and continues to be delayed by the failure for Imperial to provide the requested material.

Specifically, Imperial's designated expert, Mr. Mark Schilling, indicated at his June 5, 2005 deposition that he took numerous color photographs during two on-site visits which he made, with one of the visits having actually occurred in the summer of 2003 while the work on the Kodiak Cargo Wharf was actually in progress. These photographs likely reveal certain conditions which existed in various locations of the Phase II work while the work was being performed and prior to the steel being covered with the new coatings material.

In addition, at the June 5, 2005 deposition of Mr. Schilling, he indicated there were color copies of photographs accompanying his expert reports, although the copies provided to Coffman are in black and white. Mr. Schilling also indicated he had authored various articles which related to the subject matter of his expert report in this case. He further indicated he had relied upon various documents to render his expert opinions. At this deposition, Mr. Schilling and counsel agreed to produce all of this material as well as various other documents, but to date that material has not been produced despite numerous requests. *See* supporting declaration of James Stoetzer.

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

**Coffman Engineers, Inc.'s Motion and Memorandum in Support of Motion to Compel Discovery From Defendant/Third-Party Plaintiffs Forrest J. McKinley and Emerco, Inc., dba Imperial Industrial Coatings**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. 3:03-cv-00199-RRB)   Page 3 of 4

In addition, at the deposition of Mr. Josh Bellville, one of Imperial's employees who was on-site and involved in performance of the work on the Kodiak Cargo Wharf project, Mr. Bellville indicated he had reviewed certain documents and that these documents had been transmitted to him. At his deposition, Mr. Bellville and counsel agreed that the various transmittal sheets for the identified documents would be produced, but such documents have not yet been produced.

Since trial is approaching, since the identified documents have not been produced, and since the requested material is appropriately discoverable and not burdensome to produce, Coffman seeks an order compelling production by Imperial of the identified materials.

DATED this 3rd day of July, 2006.

        LANE POWELL LLC
        Attorneys for Coffman Engineers, Inc.

By <u>s/ Peter C. Partnow</u>
    James Stoetzer, ASBA No. 7911130
    Peter C. Partnow, ASBA No. 7206029
    301 W. Northern Lights Blvd., Suite 301
    Anchorage, Alaska 99503-2648
    Tel: 907-277-9511
    Fax: 907-276-2631
    Email: StoetzerJ@LanePowell.com
    Email: PartnowP@LanePowell.com

I certify that on July 3rd, 2006, a copy of the foregoing was served by ECF on:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 <u>s/Peter C. Partnow</u>

011680.0076/155712.1

**Coffman Engineers, Inc.'s Motion and Memorandum in Support of Motion to Compel Discovery From Defendant/Third-Party Plaintiffs Forrest J. McKinley and Emerco, Inc., dba Imperial Industrial Coatings**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**    Page 4 of 4

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301  Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631