James B. Stoetzer, ASBA No. 7911130
Peter C. Partnow, ASBA No. 7206029
LANE POWELL LLC
301 West Northern Lights Blvd., Suite 301
Anchorage, Alaska  99503-2648
Telephone:  907.277.9511
Facsimile:  907.276.2631

Attorneys for Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>         Plaintiff,<br><br> v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>         Defendants. | Case No. 3:03-cv-00199-RRB<br><br>**DECLARATION OF JAMES B. STOETZER IN SUPPORT OF COFFMAN'S MOTION TO COMPEL** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br> Counterclaimant/Third-Party Claimant,<br><br> v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br> Cross-defendants/Third-Party Defendants. | |

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

| |
|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br>           Plaintiff, <br><br> v. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. <br><br>           Defendants. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>         Counterclaim Plaintiff, <br><br> v. <br><br> ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br>         Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>         Third-Party Plaintiff, <br><br> v. <br><br> COFFMAN ENGINEERS, INC, a Washington Corporation. <br><br>         Third-Party Defendant. |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, <br><br>         Plaintiff/Cross-Claimant, <br> v. <br><br> COFFMAN ENGINEERS, INC, a Washington Corporation. <br><br>         Third-Party Defendant. |

**Declaration of James B. Stoetzer**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**      **Page 2 of 4**

I, James B. Stoetzer, hereby declare and state under oath as follows:

1. I am one of the counsel of record for Coffman Engineers, Inc. ("Coffman") in this lawsuit.

2. During the course of discovery, it has become apparent that Defendants/Third-Party Plaintiffs FORREST J. MCKINLEY and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings ("Imperial") have failed to produce certain documents which are discoverable and which have been requested by Coffman. Specifically, these documents include various photographs compiled by Imperial's designated expert, Mark Schilling as well as transmittal information to and from Mr. Bellville, various articles authored by Mr. Schilling, and certain documents authored by or which Mr. Schilling relied upon to render his expert opinions.

3. While Imperial has indicated by counsel on several occasions that this material would be provided, as of this date, the information has not been provided despite numerous requests made both in e-mail, correspondence, and in conversation with counsel for Imperial. The letters attached hereto as Exhibit 1 are examples of the requests which have been made and reiterated.

4. The requested material is needed immediately. Among other things, certain of Coffman's experts cannot finalize expert reports until having the opportunity to review various photographs which Imperial has not yet provided.

5. Pursuant to Fed. R. Civ. P. 37(a)(2), I certify I have conferred in good faith with counsel for Imperial in an effort to secure the requested documents without court action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 3rd day of July, 2006.

    s/ James B. Stoetzer
James B. Stoetzer, ASBA No. 7911130
1420 5th Avenue, Suite 4100
Seattle, Washington 98101-2338
Tel: 206-223-7000
Fax: 206-223-7107
Email: StoetzerJ@LanePowell.com

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

I certify that on July 3, 2006, a copy
of the foregoing was served electronically
on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow

011680.0076/155711.1

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631