
## LANE POWELL
ATTORNEYS & COUNSELORS

JAMES E. NIEMER
206.223.6114
niemerj@lanepowell.com

June 5, 2006

VIA FACSIMILE/MAIL

Mr. William Baerg
Attorney At Law
Monteleone & McCrory, LLP
725 Figueroa Street, Suite 3750
Los Angeles, CA 90017-5402

Re: *Absolute Environmental Services, Inc. v. Forrest J. McKinley, et al.*

Dear Mr. Baerg:

In his May 9, 2006 deposition, Josh Belville testified that he had taken a number of photographs in connection with the United States Coast Guard project at the Kodiak wharf. During that deposition, and by subsequent e-mail, Jim Stoetzer requested copies of all such photographs. As I believe Mr. Stoetzer indicated to you, those photographs have not yet been produced to Coffman despite the fact that they are responsive to Coffman's requests for production propounded to your client. Coffman again requests that these photographs be produced.

Additionally, Mr. Belville testified in his deposition that he actually obtained and reviewed all reference materials identified in the November 26, 2002 project specification section 09967. Coffman has requested any transmittal or other documentation confirming or relating to this testimony. We again request that these materials be produced.

Please produce the materials and documents described above on or before close of business on Friday, June 9, 2006. If your client is unable or unwilling to produce the requested materials, please contact the undersigned at your earliest convenience and, in any event, prior to the close of business on Friday, June 9, 2006. If we have not heard from you by that time, we will assume that your client will not produce these materials. In that event, we will contact you at 10:00 a.m. on Monday, June 12, 2006 to conduct a discovery conference for this purpose.

www.lanepowell.com
T. 206.223.7000
F. 206.223.7107

A PROFESSIONAL CORPORATION
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON
98101-2338

LAW OFFICES
ANCHORAGE, AK . OLYMPIA, WA
PORTLAND, OR . SEATTLE, WA
LONDON, ENGLAND

EXHIBIT 1
PAGE 1 OF 4

Mr. William Baerg
June 5, 2006
Page 2

Thank you for your prompt attention to this matter. Please contact the undersigned or Jim Stoetzer if you have any questions regarding the foregoing.

Very truly yours,

LANE POWELL PC

James E. Niemer

JEN:pn
011680.0076/1301594.1

EXHIBIT 1
PAGE 2 OF 4


**LANE POWELL**
ATTORNEYS & COUNSELORS

JAMES B. STOETZER
206.223.7019
stoetzerj@lanepowell.com

June 29, 2006

**VIA FACSIMILE & U.S. MAIL**

Patrick J. Duffy, Esq.  
William Baerg, Esq.  
Monteleone & McCrory, LLP  
725 Figueroa Street, Suite 3750  
Los Angeles, CA 90017-5402

Eric J. Brown, Esq.  
Attorney At Law  
Jermain, Dunnagan & Owens, PC  
3000 A Street, Suite 300  
Anchorage, AK 99503-4097

Re: *Absolute Environmental Services, Inc. v. Emerco, Inc., et al.*  
U.S. District Court, District of Alaska Cause No. A-03-0199 Civil (RRB)  
Motion to Compel

Gentlemen:

    Further to my Rule 37 conference on June 28, 2006, with Bill Baerg and my several prior e-mail and other correspondence, we write to confirm our discovery issues with your clients Imperial Industrial Coating, et al. that must be fully and finally resolved prior to the discovery cutoff. In addition to our request for full and final supplementation of all prior discovery requests, we have had specific conversations regarding photos by Josh Belville, transmittal documentation of specification-related standards and certain materials promised to us during the Schilling deposition on July 5, 2006 in Los Angeles. We understand from Mr. Puett and Bill Baerg that any photographs of the Kodiak Cargo Wharf taken by Josh Belville were taken on Tom Puett's camera and have been previously produced or just recently reproduced and delivered to our office. We do need written confirmation per my conversation with Bill this week that this production item is complete.

    We again confirm our request that we be provided any and all materials reflecting transmittal to Josh Belville of all specification-related documentation including all attachments to the November 22, 2001 specification, such as incorporated statutes, coding standards and manufacturer's product literature. You will recall that Josh testified that he received these materials from Imperial's office and that he reviewed them following transmittal to his home or elsewhere. We are seeking specific documentation of that transmittal consistent with his deposition testimony. We have not received this information.

    Our prior production requests cover all documents and photos utilized by Mr. Schilling in connection with his opinions and observations. You will recall that during his deposition, we identified very specifically materials we need including color copies of his reports, the vast majority of his photos (particularly those taken during his 2003 site visit) and certain articles that he has written and which were discussed during his deposition. The

www.lanepowell.com  
T. 206.223.7000  
F. 206.223.7107

A PROFESSIONAL CORPORATION  
1420 FIFTH AVENUE, SUITE 4100  
SEATTLE, WASHINGTON  
98101-2338

LAW OFFICES  
ANCHORAGE, AK . OLYMPIA, WA  
PORTLAND, OR . SEATTLE, WA  
LONDON, ENGLAND

EXHIBIT 1  
PAGE 3 OF 4

Counsel
June 29, 2006
Page 2

record is quite clear with respect to the documents that were promised. Bill made a list during the deposition. Mr. Schilling willingly agreed to provide these documents. Our expert's final opinions are awaiting review of these materials. We need them immediately.

This letter will further confirm that Bill committed to determine the status of these requests, many of which had been made the initial responsibility of Mr. Schilling.

Because of the impending close of discovery, we need to receive these materials today or receive adequate assurances that we will receive them before July 3, 2006. Failing that, we will be forced to file a motion to compel to protect our client's interest. Both Bill and I want to avoid a motion. We hope to hear from you immediately. If you cannot get a hold of me, please contact Peter Partnow in our Anchorage office.

Best regards,

LANE POWELL PC

James B. Stoetzer

JBS:af
011680.0076/1307690.1
cc:   Dan Stears
      Peter Partnow
      Jim Niemer

EXHIBIT 1
PAGE 4 OF 4