James B. Stoetzer, ASBA No. 7911130
Peter C. Partnow, ASBA No. 7206029
LANE POWELL LLC
301 West Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907.277.9511
Facsimile: 907.276.2631

Attorneys for Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>          Plaintiff,<br><br> v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>          Defendants. | Case No. 3:03-cv-00199-RRB<br><br>**PROPOSED ORDER GRANTING COFFMAN'S MOTION TO COMPEL DISCOVERY FROM DEFENDANT/THIRD-PARTY PLAINTIFFS FORREST J. MCKINLEY AND EMERCO, INC., DBA IMPERIAL INDUSTRIAL COATINGS** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br> Counterclaimant/Third-Party Claimant,<br><br> v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br> Cross-defendants/Third-Party Defendants. | |

THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,

        Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.

        Defendants.

BRECHAN ENTERPRISES, INC., an Alaska corporation,

        Counterclaim Plaintiff,

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,

        Counterclaim Defendant.

BRECHAN ENTERPRISES, INC., an Alaska corporation,

        Third-Party Plaintiff,

v.

COFFMAN ENGINEERS, INC, a Washington Corporation.

    Third-Party Defendant.

ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation,

        Plaintiff/Cross-Claimant,

v.

COFFMAN ENGINEERS, INC, a Washington Corporation.

        Third-Party Defendant.

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Proposed Order Granting Coffman's Motion to Compel Discovery from Defendant/
Third-Party Plaintiffs Forrest J. McKinley and Emerco, Inc., dba Imperial Industrial Coating**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**    **Page 2 of 3**

THIS MATTER having come before the Court on the Motion of Third-Party Defendant Coffman Engineers, Inc. ("Coffman") for an order compelling discovery from Defendant/Third-Party plaintiff Forrest J. McKinley and Emerco, Inc., dba Imperial Industrial Coatings (collectively "Imperial"), and the court having reviewed Coffman's motion and supporting declaration and documentation and the memoranda, exhibits and declarations opposing said motion, the Court hereby GRANTS Coffman's motion.

IT IS ORDERED that on or before July __, 2006, Imperial shall produce to Coffman color copies of all photographs compiled by Imperial's designated expert, Mark Schilling (including color copies of Mr. Schilling's expert reports) as well as specification transmittal information to and from Mr. Bellville, various articles authored by Mr. Schilling, and certain documents authored by or which Mr. Schilling relied upon to render his expert opinions, including without limitation, all documents Mr. Schilling and Imperial agreed to produce during Mr. Schilling's June 5, 2006 deposition.

SO ORDERED this ____ day of _____, 2006.

_____
The Honorable Ralph R. Beistline
United States District Court Judge

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

I certify that on July 3, 2006, a copy of the
foregoing was served electronically on the following:

William R. Baerg  , baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:
Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow_____

011680.0076/155710.1

**Proposed Order Granting Coffman's Motion to Compel Discovery from Defendant/
Third-Party Plaintiffs Forrest J. McKinley and Emerco, Inc., dba Imperial Industrial Coating**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**        Page 3 of 3