ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
Email address: ebrown@jdolaw.com

PATRICK DUFFY, ESQ.
WILLIAM BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 South Figueroa Street, Suite 3750
Los Angeles, CA 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930
Email addresses: duffy@mmlawyers.com; baerg@mmlawyers.com

Attorneys for Defendant
and Cross-Claimant, EMERCO, INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>            Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings,<br><br>            Defendants,<br>_____<br>EMERCO, INC., a California Corp. d/b/a Imperial Industrial Coatings, and the States for the Use and Benefit of EMERCO, Inc.,<br><br> Counter-Claimant/Third Party Claimants,<br>v. | CASE NO. A-03-0199 Civil (RRB) |

ABSOLUTE ENVIRONMENTAL
SERVICES, INC., an Alaska Corporation,
BRECHAN ENTERPRISES, INC., an Alaska
corporation, SPECIALTY POLYMER
COATING USA, INC., a Canadian Corp.,
COFFMAN ENGINEERS, INC., a Washington
Corp., and SAFECO INSURANCE CO. OF
AMERICA,  a Washington corporation,

    Cross-Defendants/Third Party Defendants.

### DEFENDANTS AND THIRD-PARTY PLAINTIFFS FORREST J. MCKINLEY AND EMERCO INC.'s OPPOSITION / REPSONSE TO COFFMAN'S ENGINEERS, INC's MOTION TO COMPEL PRODUCTION

COMES NOW Defendants and Third-Party Plaintiffs Forrest J. McKinley and Emerco, Inc., by and through their Alaska counsel, Eric J. Brown of the law firm of Jermain, Dunnagan & Owens PC and hereby opposes / responds to Third-Party Defendant Coffman Engineers, Inc.'s motion to compel production dated July 3, 2006.

Without having submitted any written discovery for the photographs and documents it now seeks, Coffman Engineers, Inc. ("CEI") has moved, pursuant to Federal Rule of Civil Procedure 37(a) for an Order compelling Forrest McKinley ("McKinley") and Emerco, Inc. d/b/a Imperial Industrial Coatings ("Emerco") to produce certain photographs and documents that were requested during the deposition of fact witness Josh Belville's and the deposition of Emerco / McKinley's expert witness Mark Schilling.

McKinley and Emerco object to CEI's motion to compel on the ground that since no written request for the photographs and documents was submitted by CEI, a motion to compel pursuant to Fed. R. Civ. P. 37(a) was inappropriate.   Notwithstanding their objection to CEI's motion, McKinley and Emerco are cooperating with CEI.

With regard to the documents that CEI seeks relating to Josh Belville, counsel for McKinley / Emerco have been unable to locate any responsive documents. *See* supporting declaration of Eric J. Brown.

With regard to the color photographs and documents that CEI seeks and that were generated by McKinley's / Emerco's expert Mark Schilling, they will be produced during week of July 17, 2006. *See* supporting declaration of Eric J. Brown.

DATED this 18th day of July, 2006.

                                        JERMAIN, DUNNAGAN & OWENS, P.C.
                                        Attorneys for Defendant EMERCO, INC.

By:       /s/ Eric J. Brown
        Eric J. Brown, Esq.
        JERMAIN DUNNAGAN & OWENS, P.C.
        3000 A Street, Suite 300
        Anchorage, Alaska  99503-4097
        Telephone:  (907) 563-8844
        Facsimile:  (907) 563-7322
        Email:  ebrown@jdolaw.com
        ABA No. 9011084

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of July, 2006, a copy of the foregoing was served via email and U.S. First Class, postage prepaid, Mail upon the following interested parties:

| | |
|---|---|
| Paul J. Nangle & Associates<br>101 Christensen Drive<br>Anchorage, AK  99501 | Terry Marston<br>Marston Heffernan Foreman<br>16880 N.E. 79th Street<br>Redmond, WA  98052-4424 |
| Peter Partnow, Esq.<br>Lane Powell Spears Lubersky, LLP<br>301 W. Northern Lights Blvd., Suite 301<br>Anchorage, AK  99503 | James Stoetzer, Esq.<br>Lane Powell Spears Lubersky, LLP<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA  98101 |
| Robert J. Dickson<br>Atkinson Conway & Gagnon, Inc.<br>420 "L" Street, Suite 500<br>Anchorage, AK  99501-1989 | Michael E. Kreger, Esq.<br>Jacob Nist, Esq.<br>Perkins Coie, LLP<br>1029 West Third Avenue, Suite 300<br>Anchorage, AK  99501 |
| Courtesy copy to:<br>Patrick Duffy, Esq.<br>William Baerg, Esq.<br>Monteleone & McCrory, LLP<br>725 South Figueroa Street, Suite 3750<br>Los Angeles, CA  90017-5446 | |

          /s/ Eric J. Brown

8140.001/127425

*Absolute Environmental Services, Inc. vs. Forrest J. McKinley, et al.*
Case No. A03-0199 CV (RRB)
FORREST J. McKINLEY AND EMERCO, INC.'S OPPOSITION / RESPONSE TO COFFMAN ENGINEERS' MOTION TO COMPEL PRODUCTION
Page 4 of 4