ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
Email address: ebrown@jdolaw.com

PATRICK DUFFY, ESQ.
WILLIAM BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 South Figueroa Street, Suite 3750
Los Angeles, CA 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930
Email addresses: duffy@mmlawyers.com; baerg@mmlawyers.com

Attorneys for Defendant
and Cross-Claimant, EMERCO, INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>                                    Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings,<br><br>                                    Defendants, | |
| EMERCO, INC., a California Corp. d/b/a Imperial Industrial Coatings, and the States for the Use and Benefit of EMERCO, Inc.,<br><br>         Counter-Claimant/Third Party Claimants,<br><br>v. | CASE NO. A-03-0199 Civil (RRB) |

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, BRECHAN ENTERPRISES, INC., an Alaska corporation, SPECIALTY POLYMER COATING USA, INC., a Canadian Corp., COFFMAN ENGINEERS, INC., a Washington Corp., and SAFECO INSURANCE CO. OF AMERICA, a Washington corporation,

Cross-Defendants/Third Party Defendants.

## DECLARATION OF ERIC J. BROWN

STATE OF ALASKA            )
                           : SS
THIRD JUDICIAL DISTRICT    )

Eric J. Brown, having been duly sworn, attests to the following:

1. I am one of the attorneys of record for Defendants /Counterclaimants / Third-Party Plaintiffs Forrest McKinley and Emerco, Inc., d/b/a Imperial Industrial Coatings.

2. I have been in touch with James Stoetzer, who is one of the attorneys of record for Coffman Engineers, Inc. ("CEI") concerning CEI's motion to compel production dated July 3, 2006.

3. CEI never submitted a written discovery request for the photographs and documents at issue herein.

4. I have assured Mr. Stoetzer that I am acting diligently in trying to produce the photographs and documents that CEI is seeking.

5. Mr. Stoetzer has granted me additional time in which to produce the requested photographs. Attached hereto as Exhibit A is a letter dated July 14, 2006 from me to Mr.

*Absolute Environmental Services, Inc. vs. Forrest J. McKinley, et al.*
Case No. A03-0199 CV (RRB)
DECLARATION OF ERIC J. BROWN
Page 2 of 4

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Stoetzer, which evidences Mr. Stoetzer's agreement to allow me additional time to respond to CEI's motion to compel.

6. Despite my efforts, I have been unable to locate the documents that CEI seeks and that relate to Josh Belville.

7. McKinley's / Emerco's expert Mark Schilling delivered copies of the requested photographs and documents to Emerco's office in California on July 15, 2006 on his way through Los Angles during a vacation break.

8. I hope to have the photographs and documents produced to CEI no later than the close of business on Friday, July 21, 2006.

9. Copies will be produced the other parties to this litigation as soon as possible there after.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 18th day of July, 2006.

ERIC J. BROWN

SUBSCRIBED AND SWORN to before me this 18th day of July, 2006.

(SEAL) 

Notary Public in and for Alaska
My Commission Expires: 10/16/07

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

*Absolute Environmental Services, Inc. vs. Forrest J. McKinley, et al.*
Case No. A03-0199 CV (RRB)
DECLARATION OF ERIC J. BROWN
Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of July, 2006, a copy of the foregoing was served via email and U.S. First Class, postage prepaid, Mail upon the following interested parties:

| | |
|---|---|
| Paul J. Nangle & Associates<br>101 Christensen Drive<br>Anchorage, AK 99501 | Terry Marston<br>Marston Heffernan Foreman<br>16880 N.E. 79th Street<br>Redmond, WA 98052-4424 |
| Peter Partnow, Esq.<br>Lane Powell Spears Lubersky, LLP<br>301 W. Northern Lights Blvd., Suite 301<br>Anchorage, AK 99503 | James Stoetzer, Esq.<br>Lane Powell Spears Lubersky, LLP<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101 |
| Robert J. Dickson<br>Atkinson Conway & Gagnon, Inc.<br>420 "L" Street, Suite 500<br>Anchorage, AK 99501-1989 | Michael E. Kreger, Esq.<br>Jacob Nist, Esq.<br>Perkins Coie, LLP<br>1029 West Third Avenue, Suite 300<br>Anchorage, AK 99501 |
| Courtesy copy to:<br>Patrick Duffy, Esq.<br>William Baerg, Esq.<br>Monteleone & McCrory, LLP<br>725 South Figueroa Street, Suite 3750<br>Los Angeles, CA 90017-5446 | |

/s/ Eric J. Brown

8140.001/127425

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

*Absolute Environmental Services, Inc. vs. Forrest J. McKinley, et al.*
Case No. A03-0199 CV (RRB)
DECLARATION OF ERIC J. BROWN
Page 4 of 4