

**Jermain Dunnagan & Owens, P.C.**
LAW OFFICES

WILLIAM K. JERMAIN
CHARLES A. DUNNAGAN
BRADLEY D. OWENS
RANDALL G. SIMPSON
HOWARD S. TRICKEY
GARY C. SLEEPER
SAUL R. FRIEDMAN

DIANE F. VALLENTINE
W. MICHAEL STEPHENSON
ANDRENA L. STONE
EUGENIA G. SLEEPER
MARK P. MELCHERT

ERIC J. BROWN

SARAH J. JOSEPHSON
RAYMOND E. GOAD, JR.
MICHELLE L. BOUTIN
CHERYL MANDALA
CAROLINE P. WANAMAKER
THOMAS A. BALLANTINE

SERVING ALASKANS SINCE 1976

3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503-4097

TELEPHONE (907) 563-8844
FAX (907) 563-7322
E-MAIL info@jdolaw.com

<u>VIA FACSIMILE 276-2631</u>
July 14, 2006

James Stoetzer, Esq.
LANE POWELL LLC
301 West Northern Lights Blvd., Suite 301
Anchorage, AK 99503-2648

Re:  *Absolute Environmental Services, Inc. v. Emerco, Inc., et. al.*
     Our File No. 8140.001

Dear Jim:

Pursuant to our recent telephone conversation, please be advised that I am currently working with Mark Schilling and Tom Puett in gathering the color photographs and Schilling publications that you have requested. I am told Mark is in route to California with the items and will be delivering them to Tom on Sunday. As I indicated during our last telephone conversation, I am making a good faith effort to comply with your request. However, I may need a few more days to get the items to you.

With regard to documents that evidence Mr. Belville's receipt of the specifications and other technical data, we have been unable to find any fax transmittals or other documents that relate to his receipt of those items. In any event, he testified under oath that he received and reviewed them. If I do find some additional evidence, I will provide you with copies.

Finally, I look forward to receiving Coffman's responses to Emerco's discovery requests next week.

Respectfully yours,

JERMAIN DUNNAGAN & OWENS, P.C.

Eric J. Brown

EJB:sg
8140.001/00127304

{00127304 }

EXHIBIT A
Page 1 of 2

## Transmission Report

| | | |
|---|---|---|
| Date/Time | 07-14-2006  03:01:17 p.m. | Transmit Header Text  JERMAIN DUNNAGAN |
| Local ID 1 | 907 563 7322 | Local Name 1  JERMAIN DUNNAGAN &OWENS |
| Local ID 2 | | Local Name 2 |

This document : Confirmed
(reduced sample and details below)
Document size : 8.5"x11"

JERMAIN, DUNNAGAN & OWENS, P.C.
A PROFESSIONAL CORPORATION

3000 A Street, Suite 300
Anchorage, Alaska 99503

# Facsimile Cover Sheet

**To:** Jim Stoetzer, Esq.
Lane Powell LLC

**Fax:** 276-2631

**From:** Sally Green, Secretary
to Eric J. Brown, Esq.
**Company:** Jermain, Dunnagan & Owens, P.C.
**Phone:** 563-8844
**Fax:** 563-7322

**Date:** July 14, 2006
**Pages including this cover page:** 2
**File Number / Reference:** 8140.001

**Regarding:** AESI vs. Emerco et al
8140.001

**Original to be mailed:** Yes; to the Anchorage Office. Please forward to Jim if he has gone to Seattle. Thanks!!

*The information contained in this facsimile transmittal is confidential, may be subject to the attorney-client privilege, and is intended only for the use of the recipient named above.*

EXHIBIT A
Page 2 of 2

| Total Pages Scanned : 2 | | | Total Pages Confirmed : 2 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
| 001 | 714 | 907 276 2631 | 02:42:23 p.m. 07-14-2006 | 00:00:24 | 2/2 | 1 | EC | HS | CP21600 |

Abbreviations:
HS: Host send         PL: Polled local        MP: Mailbox print       TU: Terminated by user
HR: Host receive      PR: Polled remote       CP: Completed           TS: Terminated by system    G3: Group 3
WS: Waiting send      MS: Mailbox save        FA: Fail                RP: Report                  EC: Error Correct