James B. Stoetzer, ASBA No. 7911130
Peter C. Partnow, ASBA No. 7206029
LANE POWELL LLC
301 West Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907.277.9511
Facsimile: 907.276.2631

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>                    Plaintiff,<br><br>  v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>                    Defendants.<br><br>EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>  Counterclaimant/Third-Party Claimant,<br><br>  v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>  Cross-defendants/Third-Party Defendants. | Case No. 3:03-cv-00199-RRB<br><br>**COFFMAN ENGINEERS, INC.'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO ISSUE <u>REVISED PRETRIAL ORDER</u>** |

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| |
|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br>                                        Plaintiff,<br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>                                        Defendants. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                             Counterclaim Plaintiff,<br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>                             Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                                Third-Party Plaintiff,<br>v.<br><br>COFFMAN ENGINEERS, INC, a Washington Corporation.<br><br>                                Third-Party Defendant. |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation,<br><br>                          Plaintiff/Cross-Claimant,<br>v.<br><br>COFFMAN ENGINEERS, INC, a Washington Corporation.<br><br>                                Third-Party Defendant. |

**Coffman Engineers, Inc.'s Motion And Memorandum
in Support of Motion To Issue Revised Pretrial Order**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**                Page 2 of 5

## INTRODUCTION

Third-Party Defendant Coffman Engineers, Inc. ("Coffman") moves pursuant to Fed. R. Civ. P. 37(a) for an order adopting a revised pretrial order. This order is sought to avoid confusion about the precise deadlines; to have various deadlines juxtaposed appropriately to the revised October 2, 2006 trial date; and to establish a protocol for marking the trial exhibits. The revised Order which the court is requested to enter has been agreed to by counsel for all but one of the parties. While that party, Absolute Environmental Services, Inc. ("Absolute"), has not noted any objections to the proposed order, it has also failed to confirm agreement with the proposal, despite repeated requests. Since various pretrial dates are rapidly approaching (particularly should the court not agree to the dates as proposed in the attached draft order), it is essential for the court to promptly inform the parties whether the proposed order is acceptable.

## DISCUSSION

On April 28, 2006, upon motion and after argument involving counsel for all parties, this court vacated the August trial date and re-set the trial to commence on October 2, 2006. At the time, the court indicated that while the trial was being moved by about two and a half months, the deadlines in the pretrial schedule would be moved only six weeks in order to allow a gap prior to trial for the court to rule on such dispositive motions as might be filed.

While the court confirmed its basic action (*see* Docket No. 202), no revised pretrial order setting forth specific dates was issued.

The parties have proceeded to complete discovery, expert reports, etc., in a manner consistent with the six-week change in the dates which existed in the earlier scheduling order. However, shortly after the April 28, 2006 hearing, the parties began discussions about stipulating to a revised scheduling order in order to avoid any confusion as to the precise date on which various events were to occur. In addition, the parties appeared to be in general agreement that simply

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Coffman Engineers, Inc.'s Motion And Memorandum
in Support of Motion To Issue Revised Pretrial Order**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**     Page 3 of 5

moving all existing deadlines by six weeks would lead to certain final pretrial activities, such as trial briefs, deposition designations, final exhibits and exhibit lists, jury instructions, etc., occurring significantly farther before the trial date than is normally the case.  This seemed problematic, both because it required such matters to be accomplished so far before trial and also because it required the parties to be dealing with these matters at the same time that the parties might be (and in fact are) preparing for mediation with the hope of resolving some or all of the matters involved in this litigation.

       A revised stipulation (attached as Exhibit 1 to Declaration of Peter C. Partnow) was circulated to all counsel on July 7, 2006 (attached as Exhibit 2 to Declaration of Peter C. Partnow), which set various dates ahead by six weeks as the court ordered, but also set various final pretrial deadlines closer to the October 2, 2006 trial date.  (The stipulation also included a provision for marking trial exhibits in this multiparty case.)  Counsel for all parties but one have indicated agreement with the stipulation.  The only party who has not yet agreed to the proposed stipulation is Absolute.  To this point, Absolute has indicated on repeated occasions that it would review the proposal and inform the other parties of its position on this matter.  (*See* Exhibit 2, attached to Declaration of Peter C. Partnow).  While Absolute has not objected to any aspect of the proposed stipulation, it has also failed as of this date to indicate either agreement or disagreement with the stipulation as proposed.

       Currently, all parties are attempting to confirm a mediation within the next few weeks where attempts will be made to resolve some or all of the instant dispute.  At the same time, however, pretrial deadlines are quickly approaching, particularly if all of the previous deadlines will be moved six weeks, rather than being set closer to trial as suggested in the proposed stipulation.  For this reason, the parties need prompt direction from the court.

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Coffman Engineers, Inc.'s Motion And Memorandum
in Support of Motion To Issue Revised Pretrial Order**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**     Page 4 of 5

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

    Coffman will of course gladly have this motion viewed as a stipulation should Absolute inform the court of agreement with the revised order as proposed. In either event, it is recognized that it is ultimately up to the court whether or not to accept and adopt the proposals as contained in the attached proposal.

    DATED this 27th day of July, 2006.

                                LANE POWELL LLC
                                Attorneys for Coffman Engineers, Inc.

                                By  s/ Peter C. Partnow
                                    James Stoetzer, ASBA No. 7911130
                                    Peter C. Partnow, ASBA No. 7206029
                                    301 W. Northern Lights Blvd., Suite 301
                                    Anchorage, Alaska 99503-2648
                                    Tel:  907-277-9511
                                    Fax:  907-276-2631
                                    Email:  StoetzerJ@LanePowell.com
                                    Email:  PartnowP@LanePowell.com

I certify that on July 27th, 2006, a copy
of the foregoing was served by ECF on:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow

011680.0076/156000.1

**Coffman Engineers, Inc.'s Motion And Memorandum**
**in Support of Motion To Issue Revised Pretrial Order**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**    Page 5 of 5