James B. Stoetzer, ASBA No. 7911130
Peter C. Partnow, ASBA No. 7206029
LANE POWELL LLC
301 West Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907.277.9511
Facsimile: 907.276.2631

Attorneys for Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>　　　　　　　　　　　　Defendants. | Case No. A03-0199CV (RRB)<br><br>**DECLARATION OF PETER C. PARTNOW IN SUPPORT OF COFFMAN'S MOTION TO ISSUE REVISED PRETRIAL ORDER** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>　Counterclaimant/Third-Party Claimant,<br><br>　v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>　Cross-defendants/Third-Party Defendants. | |

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| |
|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br>                             Plaintiff, <br><br> v. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. <br><br>                             Defendants. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>                             Counterclaim Plaintiff, <br><br> v. <br><br> ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br>                             Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>                             Third-Party Plaintiff, <br><br> v. <br><br> COFFMAN ENGINEERS, INC, a Washington Corporation. <br><br>                             Third-Party Defendant. |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, <br><br>                             Plaintiff/Cross-Claimant, <br><br> v. <br><br> COFFMAN ENGINEERS, INC, a Washington Corporation. <br><br>                             Third-Party Defendant. |

**Declaration of Peter C. Partnow**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al. (*Case No. A-03-0199 CV (RRB))    **Page 2 of 5**

I, Peter C. Partnow, hereby declare and state under oath as follows:

1. I am one of the counsel of record for Coffman Engineers, Inc. ("Coffman") in this lawsuit.

2. On April 28, 2006, this court vacated the August trial date and reset trial to commence on October 2, 2006. At the time, the court indicated generally that existing deadlines in the previous scheduling order would be moved six weeks which would allow the court some time to address pretrial motions which various parties indicated would be filed.

3. The court did enter a minute order noting the revised trial date, but no order specifically setting out new pretrial dates was entered.

4. Subsequent to the change of trial date, the parties have discussed the desirability of having a specific revised pretrial order entered to clearly set forth the new pretrial deadlines. In addition, discussion was had with regards to the desirability of having final trial dates, such as for trial brief, submission of jury instructions, exhibits, exhibit lists, deposition designations, etc., juxtaposed in the normal relation to the new trial date, rather than having them all moved six weeks from the previous scheduling order, which would make such final pretrial deadlines occur relatively far in advance of the trial date.

5. Exhibit 1 attached hereto is a true and correct copy of a proposed stipulation which was circulated among counsel for all of the parties to address pretrial deadlines, as well as a convention for marking exhibits in this multiparty litigation.

6. Exhibit 2 attached hereto is a true and correct copy of the cover letter accompanying the proposed stipulation dated July 7, 2006.

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

7. Subsequent to circulating Exhibit 1, I have been informed by counsel for all parties, except counsel for Absolute, that the proposed stipulation was agreeable.

8. Counsel for Absolute has not indicated any objection to the proposed stipulation. However, to date, counsel for Absolute has not confirmed whether Absolute would agree to or oppose the proposed stipulation. Exhibit 3 attached hereto is a true and correct copy of e mail between myself and counsel for Absolute indicating Absolute would review the stipulation and inform the other parties of its position. To date, this has not occurred.

9. Currently, the parties are attempting to arrange a mediation in August in the hope of resolving some or all of the issues in this litigation. It is not clear if mediation will be successful. However, having to perform final trial preparation matters such as those noted above, and incurring the cost associated with such preparation at the same time that the parties are preparing for mediation will divert time and resources from the mediation and will not be helpful in increasing the likelihood of a successful mediation.

10. Because the deadlines are quickly approaching, it is important for all parties to know precisely what deadlines will be established in this litigation.

11. The instant motion is filed in good faith and has been made necessary by the fact that we have been unable to resolve this matter, despite efforts, through discussion with other counsel. In the event that counsel for Absolute does not oppose this motion, Coffman would request that this motion be converted to a proposed stipulation by the parties. It is recognized that it is ultimately up to the court whether or not the revised schedule and protocol for marking of exhibits is acceptable to the court.

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Declaration of Peter C. Partnow**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. A-03-0199 CV (RRB))**    **Page 4 of 5**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Anchorage, Alaska this 27th day of July, 2006.

                                                             s/ Peter C. Partnow_____
                                                             Peter C. Partnow

011680.0076/156005.1

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631