Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 · Facsimile 907.276.2631

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>        Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>        Defendants. | Case No. 3:03-cv-00199-RRB<br><br><br><br>STIPULATION<br>RE PRETRIAL SCHEDULE AND<br>IDENTIFICATION OF TRIAL EXHIBITS |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>  Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>  Cross-Defendants/Third-Party Defendants. | |

EXHIBIT _1_
PAGE _1_ OF _5_

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                              Defendant. | |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                              Counterclaim Plaintiff,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                              Counterclaim Defendant. | |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                              Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC., a Washington corporation,<br><br>                              Third-Party Defendant. | |

COME NOW the parties, by and through their counsel of record, and stipulate pursuant to the status conference of April 28, 2006, subject to approval by the court, to the attached pretrial schedule in light of the October 2, 2006 trial date.

| | |
|---|---|
| Expert Reports: | July 3, 2006 |
| Final Witness Lists, Including Experts: | September 1, 2006 |
| Objections to Expert Witnesses: | September 15, 2006 |
| Discovery Closes: | July 3, 2006 |

EXHIBIT  1
PAGE  2  OF  5

Stipulation Re Pretrial Schedule and Identification of Trial Exhibits
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. 3:03-cv-00199-RRB)                     Page 2 of 5

| | |
|---|---|
| Discovery Motions: | August 4, 2006 |
| Dispositive Motions: | August 4, 2006 |
| Motions in Limine: | September 8, 2006 |
| Designation of Deposition/Telephonic Testimony: | September 1, 2006 |
| Objections to Deposition Testimony and Counter Designations: | September 15, 2006 |
| Meeting of counsel and deputy clerk to review trial exhibits | September 18, 2006 |
| Exhibit Lists filed and Exhibits lodged by the court: | September 21, 2006 |
| Objections to Exhibits: | September 28, 2006 |
| Counsel to meet and confer on instructions: | September 15, 2006 |
| Jury Instructions: | September 22, 2006 |
| Objections to Jury Instructions: | September 29, 2006 |
| Voir Dire: | September 27, 2006 |
| Trial Brief: | September 22, 2006 |

The parties further stipulate that for the purpose of identifying and marking trial exhibits, the parties will identify their proposed trial exhibits as follows:

| | |
|---|---|
| Absolute Environmental Services, Inc. | A1 through A? |
| Brechan Enterprises, Inc. | B1 through B? |
| Coffman Engineers, Inc. | C1 through C? |
| Forrest McKinley and Emerco, Inc. | I1 through I? |
| Specialty Polymer Coatings USA, Inc. | S1 through S? |

MARSTON HEFFERNAN FOREMAN, PLLC
Attorneys for Absolute Environmental Services, Inc.

Dated: _____

By  s/ Terry R. Marston (with consent)
Terry R. Marston, *pro hac vice*
16880 N.E. 79th Street
Redmond, Washington 98052
Tel: 425-861-5700
Fax: 425-861-6969
Email: richr@mhf-law.com

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

EXHIBIT  1
PAGE  3 OF 5

Dated: _____

LANE POWELL LLC
Attorneys for Coffman Engineers, Inc.

By s/ Peter C. Partnow **DRAFT**
James B. Stoetzer, ASBA No. 7911130
Peter C. Partnow, ASBA No. 7206029
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
Email: PartnowP@LanePowell.com

Dated: _____

JERMAIN DUNNAGAN & OWENS, P.C.
Attorneys for Forrest McKinley and Emerco, Inc.

By s/ Eric J. Brown (with consent) **DRAFT**
Eric J. Brown, ASBA No. 9011084
3000 A Street, Suite 300
Anchorage, Alaska 99503-4097
Tel: 907-563-8844
Fax: 907-563-7322
Email: ebrown@jdolaw.com

Dated: _____

ATKINSON, CONWAY & GAGNON
Attorneys for Specialty Polymer Coatings USA, Inc.

By s/ Robert J. Dickson (with consent) **DRAFT**
Robert J. Dickson, ASBA No. 7210044
420 L Street, Suite 500
Anchorage, Alaska 99501
Tel: 907-276-1700
Fax: 907-272-2082
Email: rjd@acglaw.com

Dated: _____

PERKINS COIE LLP
Attorneys for Defendants Brechan Enterprises, Inc. and Safeco Insurance Company of America

By s/ Michael E. Kreger (with consent) **DRAFT**
Michael E. Kreger, ASBA No. 8311170
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
Tel: 907-279-8561
Fax: 907-276-3108
Email: mkreger@perkinscoie.com

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

EXHIBIT 1
PAGE 4 OF 5

I certify that on July ___, 2006, a copy
of the foregoing was served by ECF on:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:    Paul J. Nangle, Paul J. Nangle & Associates
                   101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow
011680.0076/155767.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

Stipulation Re Pretrial Schedule and Identification of Trial Exhibits
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. 3:03-cv-00199-RRB)

EXHIBIT  1
PAGE  5  OF  5

Page 5 of 5