
## LANE POWELL
ATTORNEYS & COUNSELORS

PETER C. PARTNOW
907.264.3317
partnowp@lanepowell.com

July 7, 2006

**VIA E-MAIL**

Paul J. Nangle, Esq.  
Paul J. Nangle & Associates  
101 Christensen Drive  
Anchorage, Alaska 99501  

Terry R. Marston II, Esq.  
Marston Heffernan & Foreman  
16880 NE 79th Street  
Redmond, Washington 98052  

Eric J. Brown, Esq.  
Jermain, Dunnagan & Owens  
3000 A Street, Suite 300  
Anchorage, Alaska 99503  

Michael Kreger, Esq.  
Jacob Nist, Esq.  
Perkins Coie  
1029 W 3rd Avenue, Suite 300  
Anchorage, Alaska 99501  

Robert J. Dickson, Esq.  
Atkinson, Conway & Gagnon  
420 L Street, Suite 500  
Anchorage, Alaska 99501-1924  

William Baerg, Esq.  
Patrick Duffy, Esq.  
Monteleone & McCrory, LLP  
725 South Figueroa Street, Suite 3750  
Los Angeles, California 90017-5402  

Re:   *Absolute Environmental Services*  
      Revised Trial Schedule  
      Our File No. 11680.76

Gentlemen:

    As you will recall, we previously circulated a proposed stipulation regarding revised pretrial deadlines. We had suggested having an actual schedule rather than the Judge's general Minute Order which would avoid confusion as to when things were to occur. Further, we had suggested some immediate pre-trial matters be set in the normal relation to the trial date rather than being moved six weeks. We understood that the parties were generally in agreement with the suggested approach other than some objection to the date for close of discovery.

    Since the close of discovery issue is now moot, we would hope that all parties are now prepared to sign the stipulation and submit it to the court. I have attached a draft of the stipulation and will prepare it for filing with the court as soon as counsel for all parties have indicated agreement. If there are any objections or suggested changes, please express those concerns so that appropriate changes can be promptly considered.

    We have proposed several changes to the original stipulation we had circulated. First, we have inserted a suggestion for identifying proposed trial exhibits so that all parties can proceed with readying their respective exhibits. Second, we have suggested a separate date

WWW.LANEPOWELL.COM  
T. 907.277.9511  
F. 907.276.2631  

LANE POWELL LLC  
SUITE 301  
301 W. NORTHERN LIGHTS BLVD.  
ANCHORAGE, ALASKA 99503-2648  

LAW OFFICES  
ANCHORAGE, AK . OLYMPIA, WA  
PORTLAND, OR . SEATTLE, WA  
LONDON, ENGLAND  

EXHIBIT 2  
PAGE 1 OF 2

Counsel of Record
July 7, 2006
Page 2

for filing of any motions in limine in order to make the deadline for such motions closer to trial, at a time when parties will have a better idea of whether any such motions are needed and the court will be in a better position to rule on such motions. Lastly, we have suggested moving the date for trial briefs from September 12 to September 22 since this is a jury trial and in light of the various other pretrial deadlines.

    We look forward to your prompt responses.

                              Very truly yours,

                              LANE POWELL LLC

                              Peter C. Partnow

PCP:jaj
Enclosure
cc: Jim Stoetzer
011680.0076/155766.1

EXHIBIT 2
PAGE 2 OF 2