**Partnow, Peter**

**From:** Partnow, Peter
**Sent:** Tuesday, July 25, 2006 2:43 PM
**To:** 'Terry R. Marston II'
**Cc:** Stoetzer, James; Niemer, James
**Subject:** RE: Kodiak Wharf Mediation Update

Terry:
Unless I have overlooked it, I do not believe we heard back from you regarding Absolute's position regarding the proposed pretrial order stipulation which has been circulated. All of the other parties have indicated agreement with the stipulation as proposed. Please let me know if it is acceptable to Absolute, or, if not, what changes you wish to propose. If Absolute is unwilling to join in the stipulation, please let me know so we determine if it is necessary to file a motion with the court. With various deadlines approaching, I think all parties are in agreement that it is important to avoid potential confusion or disagreement regarding dates, etc.
Peter

**Peter Partnow**
Lane Powell LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Phone (direct): 907.264.3317
Phone (cell):    907.227.8835
Fax:             907.276.2631
Email:     partnowp@lanepowell.com
Website:   <http://www.lanepowell.com>

---

**From:** Terry R. Marston II [mailto:terry@mhf-law.com]
**Sent:** Monday, July 17, 2006 3:16 PM
**To:** Partnow, Peter
**Subject:** RE: Kodiak Wharf Mediation Update

No. It slipped my mind. I'll do so today, though.

-- TRM

---

**From:** Partnow, Peter [mailto:PartnowP@LanePowell.com]
**Sent:** Monday, July 17, 2006 4:14 PM
**To:** Terry R. Marston II
**Cc:** Stoetzer, James
**Subject:** RE: Kodiak Wharf Mediation Update

Terry:

Did you happen to have time to give thought to the proposed stipulation over the weekend?

Peter

---

07/27/2006

EXHIBIT 3
PAGE 1 OF 1