Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>      Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>      Defendants. | Case No. 3:03-cv-00199-RRB |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br> Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br> Cross-Defendants/Third-Party Defendants. | **ORDER<br>RE PRETRIAL SCHEDULE AND<br><u>IDENTIFICATION OF TRIAL EXHIBITS</u>** |

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                              Defendant. | |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                              Counterclaim Plaintiff,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                              Counterclaim Defendant. | |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                              Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC., a Washington corporation,<br><br>                              Third-Party Defendant. | |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

    Based upon the Stipulation re Pretrial Schedule and Identification of Trial Exhibits, executed by the parties, IT IS HEREBY ORDERED that the attached pretrial schedule be followed in light of the October 2, 2006 trial date.

| | |
|---|---|
| Expert Reports: | July 3, 2006 |
| Final Witness Lists, Including Experts: | September 1, 2006 |
| Objections to Expert Witnesses: | September 15, 2006 |
| Discovery Closes: | July 3, 2006 |

| | |
|---|---|
| Discovery Motions: | August 4, 2006 |
| Dispositive Motions: | August 4, 2006 |
| Motions in Limine: | September 8, 2006 |
| Designation of Deposition/Telephonic Testimony: | September 1, 2006 |
| Objections to Deposition Testimony and Counter Designations: | September 15, 2006 |
| Meeting of counsel and deputy clerk to review trial exhibits | September 18, 2006 |
| Exhibit Lists filed and Exhibits lodged by the court: | September 21, 2006 |
| Objections to Exhibits: | September 28, 2006 |
| Counsel to meet and confer on instructions: | September 15, 2006 |
| Jury Instructions: | September 22, 2006 |
| Objections to Jury Instructions: | September 29, 2006 |
| Voir Dire: | September 27, 2006 |
| Trial Brief: | September 22, 2006 |

IT IS FURTHER ORDERED that for the purpose of identifying and marking trial exhibits, the parties will identify their proposed trial exhibits as follows:

| | |
|---|---|
| Absolute Environmental Services, Inc. | A1 through A? |
| Brechan Enterprises, Inc. | B1 through B? |
| Coffman Engineers, Inc. | C1 through C? |
| Forrest McKinley and Emerco, Inc. | I1 through I? |
| Specialty Polymer Coatings USA, Inc. | S1 through S? |

DATED this ____ day of _____, 2006.

_____
The Honorable Ralph R. Beistline
United States District Court Judge

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

I certify that on July 27, 2006, a copy
of the foregoing was served by ECF on:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:   Paul J. Nangle, Paul J. Nangle & Associates
                  101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow
011680.0076/155769.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631