

*DAILY SUMMARY REPORT*

**BRECHAN ENTERPRISES**

**LOCATION:** U.S. COAST GUARD ISC
KODIAK, ALASKA

**INSPECTOR:** *Jerry R. Hardenbergh*

**DATE:** 10 November 2003

**PROJECT TITLE:** CARGO WHARF PILE COATING PHASE II

**PROJECT NO:** 33-S01171 Task 643P92

## GENERAL:

Sub-contractors / visitors on site:

- Absolute Environmental Services (AESI)

**Weather Conditions at 6:02PM:**
Wind from the WNW at 16 MPH
Visibility 10 mile(s)
Sky conditions overcast
Temperature 43.0 F (6.1 C)
Dew Point 17.1 F (-8.3 C)
Relative Humidity 34%
Pressure (altimeter) 29.77 in. Hg

**ORIGINAL CARGO WHARF:**   **99% complete**
*(New information is printed in blue)*

*Coatings*

- Crews pressure-washed piles 14 and 15 A-H, elevation 107' to 111', in an effort to remove chloride (saltwater) contamination prior to abrasive blasting to remove coating defects. Environmental conditions were controlled within containment area "A" by de-humidification equipment and allowed abrasive blasting on the piles listed above. After abrasive blasting, visual inspection confirmed these areas were adequately abraded where steel was not exposed and displayed an SSPC SP-10 near-white metal cleanliness at bare steel locations and were accepted IAW project specifications.

- Application defects made by Imperial Industrial Coatings were found on all piles along column lines 14-15, A-H, elevations 107' to 111'. Coating defects were mainly coatings applied over improperly prepared surfaces (failed coating adhesion) and coating repairs areas that were porous (mixed with thinner).

- Crews did not coat piles due to rising tide. Coating application will be conducted tomorrow.

- Phase I repairs continue on bents 11 and 12. Coating repairs appear acceptable IAW project specifications.

## MISCELLANEOUS:

- **Project completion summary:**
    - Area A, Bents 13-15
        Abrasive blast and apply coatings – 100%
        Coating repair – 90%

    - Area B, Bents 16-20
        Abrasive blast and apply coatings – 100%
        Coating repair – 100%

    - Area C, Bents 21-23
        Abrasive blast and apply coatings – 100%

Exhibit A
Page 1 of 2

*Daily Summary Report*
*USCG Kodiak Cargo Wharf Coating Project Phase II*
*10 November 2003*

    Coating repair – 100%

- Area D, Bents 24-28
    Abrasive blast and apply coatings – 100%
    Coating repair – 100%

- Area E, Bents 28-33
    Abrasive blast and apply coatings – 100%
    Coating repair – 100%

*[signature]*
NACE Certified Coating
Inspector #1750

Exhibit   A
Page  2  of  2