**ABSOLUTE ENVIRONMENTAL SERVICES, INC.**
POST OFFICE BOX 112807, 12510 BRANDON STREET
ANCHORAGE, ALASKA 99511-2807
PHONE (907) 346-4490  FAX (907) 346-4491

TO: Brechan Enterprises, Inc.
Attn: Matt Holmstrom
2705 Mill Bay Road
Kodiak, AK 99615

INVOICE DATE: 22-Apr-04
INVOICE NUMBER: 23.004.10

PROJECT / CONTRACT NAME: USCG Cargo Wharf Pile Coating Phase II
PURCHASE ORDER: CG50-01-D-643J55
AES PROJECT NUMBER: 23-004

STATEMENT OF PERFORMANCE:

A. TOTAL VALUE OF CONTRACT — $ 1,038,830.54
B. PERCENTAGE OF PERFORMANCE COMPLETE — 99.0%
C. VALUE OF COMPLETED PERFORMANCE — $ 1,028,830.54
D. LESS – TOTAL OF PRIOR INVOICES — $ 985,850.00
E. AMOUNT OF THIS INVOICE — $ 42,980.54

SIGNATURE: _____
Todd Elmore, General Manager

PERIOD ENDING: 22-Apr-04

| NO. | ITEM | SCHEDULED AMOUNT | PREVIOUS REPORT | THIS REPORT | TO DATE | % COMPLETE TO DATE | TOTAL DUE |
|---|---|---|---|---|---|---|---|
| 1 | Mobe/Demobe/Materials | $ 227,183.75 | $ 217,183.75 | $ - | $ 217,183.75 | 96% | $ 217,183.75 |
| 2 | Area A (Bends 12-16) | $ 180,612.24 | $ 180,612.24 | $ - | $ 180,612.24 | 100% | $ 180,612.24 |
| 3 | Area B (Bends 16-21) | $ 117,894.60 | $ 117,894.60 | $ - | $ 117,894.60 | 100% | $ 117,894.60 |
| 4 | Area C (Bends 21-23) | $ 153,733.25 | $ 153,733.25 | $ - | $ 153,733.25 | 100% | $ 153,733.25 |
| 5 | Area D (Bends 23-29) | $ 117,894.60 | $ 117,894.60 | $ - | $ 117,894.60 | 100% | $ 117,894.60 |
| 6 | Area E (Bends 29-33) | $ 198,531.56 | $ 198,531.56 | $ - | $ 198,531.56 | 100% | $ 198,531.56 |
| 7 | Phase I Repairs | $ 42,980.54 | | $ 42,980.54 | $ 42,980.54 | 100% | $ 42,980.54 |
| | | $ 1,038,830.54 | $ 985,850.00 | $ 42,980.54 | $ 1,028,830.54 | | $ 1,028,830.54 |

INVOICE APPROVED BY: _____
DATE APPROVED: _____

TOTAL COMPLETED WORK: $ 1,028,830.54
LESS PREVIOUSLY PAID: $ 985,850.00
TOTAL AMOUNT DUE THIS INVOICE: $ 42,980.54

Ex. 32  Date 3-29-06
Witness Elmore
S. WARNICK  907-258-7100

Invoice 23.004.10.xls
Exhibit H
Page 1 of 1