

INSPECTION REPORT

| | | | |
|---|---|---|---|
| **BRECHAN ENTERPRISES** | | **DATE:** | December 19, 2003 |
| **LOCATION:** U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | | **PROJECT TITLE:** | CARGO WHARF PILE COATING PHASE II |
| **INSPECTOR:** *Jerry R. Hardenbergh* | | **PROJECT NO:** | 33-S01171 Task 643P92 |

A final visual inspection was performed in December on the USCG Kodiak Cargo Wharf pile coating system that was applied during the 2003 construction season. The coating system (SP-1864) is a 100% solids, polyurethane manufactured by Specialty Polymer Coatings, Inc. (SPC) and was applied by Absolute Environmental Services, Inc.

### ORIGINAL CARGO WHARF:

The scope of work for phase II of the cargo wharf coating project consisted of coating all structural steel from column lines 12.5 through 33.

During the April 2003 phase I warranty inspection, it was evident that rust streaking was occurring at some of the splice areas, steel pile to concrete interfaces and from the concrete form support angles welded only on three sides. The rust streaking shown below was previously identified as likely to occur. It should be noted that the phase II contractor completely removed a large number of the concrete form support brackets, eliminating the possibility of rust streaking from crevice corrosion at these locations.

**Anticipated Rust Streaking:**



Rust Staining From Concrete Form Support.

During the December final inspection, a punch-list was generated with 67 individual items. See the attached punch-list for specific descriptions and locations. Fifty three (53) items were coatings related, twelve (12) were electrical and two (2) were miscellaneous clean up. The 53 coating related areas observed were coating repair areas not adequately repaired, areas missed (scaffolding covered), areas of coating damage from scaffolding removal, boats, etc. and areas not detected during holiday inspection.

Page 1 of 2



Exhibit I
Page 1 of 2

*Inspection Report*
*USCG Kodiak Cargo Wharf Coating Project Phase II*

The majority of the coating system appears visually acceptable and is providing adequate corrosion protection. As identified in the phase I inspection, some areas of the coating system surface appears non-uniform. The non-uniform surface appearance does not compromise the properties of the coating system and is cosmetic in nature.

## RECOMMENDATIONS:

The punch list items should be completed as soon as practical. The coating repairs should be inspected in accordance with the project specifications by a NACE certified coating inspector.

The electrical items should also be corrected as soon as possible. The cathodic protection cables should be fastened before damage is experienced.

A basic maintenance coating repair program should be implemented to make minor repairs on an annual basis. A simple procedure for coating repair would consist of the following:

1) Wiping the area clean with xylene
2) Grind or sandpaper to roughen the surface and remove rust material
3) Wipe down with xylene again
4) Apply a compatible 2-part patch kit as manufactured by Specialty Polymer Coatings, Inc.

*[signature]*
NACE Certified Coating
Inspector #1750

Attachments:  Project Punch List and Photos

Exhibit  I
Page  2  of  2