**From:** Hardenbergh, Jerry
**To:** Hardenbergh, Jerry <'Matt Holmstrom'>
**Subject:** RE: Cargo Wharf Phase 2
**Date:** 12/15/2003 1:32:34 PM

Matt, please find attached the project punch list identifying items to be fixed. I will send you a hardcopy for the project documents along with relevant photos to include with the punch list.

Jerry Hardenbergh
COFFMAN ENGINEERS

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Thursday, December 11, 2003 8:49 AM
To: Hardenbergh, Jerry; Dave Olson; Jason Peterson; Todd Elmore
Cc: Jessie Wolfe; Jim Houck
Subject: FW: Cargo Wharf Phase 2
Importance: High

Jerry - I'll need you to get right on this.

Dave, Todd & Jason - I'm not sure what $$$ are outstanding. We'll need to figure to discuss.
-----Original Message-----
From: Wilson, Maggie [mailto:MWilson@pacnorwest.uscg.mil]
Sent: Thursday, December 11, 2003 8:22 AM
To: 'Matt Holmstrom'
Cc: Lynch, Chris; Brown, Andrew LT
Subject: RE: Cargo Wharf Phase 2
Importance: High
Matt,
We will withhold final payment on the task order until corrective action is taken. I'm considering this to be a punchlist item. If you have any questions or concerns please let me know.
Thanks.
Maggie Wilson
MWilson@pacnorwest.uscg.mil < <mailto:MWilson@pacnorwest.uscg.mil>>
Phone: (206) 220-7424
Fax:   (206) 220-7390

-----Original Message-----
From:    Brown, Andrew LT
Sent:    Thursday, December 11, 2003 9:14 AM
To:      'Matt Holmstrom'
Cc:      Lynch, Chris; Wilson, Maggie
Subject:       Cargo Wharf Phase 2
Matt,
Please have Jerry draft up a letter (similar to the phase 1 warranty issue letter) identifying unacceptable areas along with pictures and recommended actions for correction. Let me know if we need to discuss further prior to Jerry's drafting of the letter. We would like to receive this letter by December 22nd, thanks.
Andy

**Attachment N1:** PUNCH_LIST.pdf

Exhibit J
Page 1 of 4

Ex. 29   Date 3-24-06
Witness Elmore
S. WARNICK 907-258-7100



# PUNCH LIST

| Project | USCG ISC Kodiak Cargo Wharf Phase II Coating | Date | December 7, 2003 |
| From | Jerry Hardenbergh | Job Number | CEI # 03078 | Page 1 of 3 |

The following comments pertain to the work observed and shall not be construed as authorizing extra charges unless specifically so stated. The contractor shall provide signed copy of this report with each item noted as being corrected or an explanation as to why an item is not correct.

| Item | Location | Comment/Description | Contractor Response | Owner/Engineer Approval |
|---|---|---|---|---|
| 1 | Diagonal square tube in-between piles 13K & 13L | Area of rusting approximately 4" dia. Area appears to have been missed. | | |
| 2 | South edge of pile 13K | Area of rusting along edge. | | |
| 3 | South edge of pile 13J | Area of rusting along edge. | | |
| 4 | Diagonal square tube in-between piles 12H & 13H, near 12H | Areas of pinhole rusting. | | |
| 5 | South edge of pile 13N | Area of rusting along edge. | | |
| 6 | Pile 13D | Refasten anode lead wire to inside of pile. | | |
| 7 | Pile 13A | Refasten anode lead wire to inside of pile. | | |
| 8 | Between bents 15 & 16 | Small amount of tarp material still hanging. | | |
| 9 | Between piles 13K & 13L | Scaffold pipe lying on ground. U/W at high tide. | | |
| 10 | Pile 31K | Tie-up anode lead wire and remove short piece of negative circuit wiring hanging loose | | |
| 11 | Pile 23H | Refasten anode lead wire to inside of pile. | | |
| 12 | Pile 14A batter | Repair marked, not fixed, rusting. | | |
| 13 | Pile 14B | Area blast cleaned for repair, not repaired. | | |
| 14 | Pile 14C | Rusting pinholes on channel cross member. | | |
| 15 | Pile 14I | Rusting on top of horizontal square tube between piles 14I & 13I | | |
| 16 | Pile 15K | Rusting on top of horizontal square tube. | | |
| 17 | Angle between piles 15I & 15J | Area of pinhole rusting. | | |
| 18 | Pile 15D | CP negative header conductor, lift up and refasten to pile cap. | | |
| 19 | Pile 17A | Refasten anode lead wire inside pile & exothermically weld negative circuit jumper wire to adjacent batter pile. | | |
| 20 | Diagonal square tube in-between piles 18A & 18B | Area of rusting pinholes. | | |

Exhibit 3
Page 2 of 4

**Punch List**
*USCG Kodiak Cargo Wharf Coating Project Phase II*

| Item | Location | Comment/Description | Contractor Response | Owner/Engineer Approval |
|---|---|---|---|---|
| 21 | Diagonal square tube in-between piles 19G & 19H | Area of rusting pinholes. | | |
| 22 | Pile 20E | Area of rusting along edge of pile. | | |
| 23 | Pile 20D | Refasten anode lead wire to inside of pile. | | |
| 24 | Pile 21I | Reattach CP negative conductor by exothermic welding. | | |
| 25 | Pile 22N | Area of rusting along edge of pile. | | |
| 26 | Pile 23M | Area of pinhole rusting. | | |
| 27 | Diagonal square tube at pile 22I | Large rust spot on tube. | | |
| 28 | Horizontal channel between piles 21B & 21C | Area of rust on bottom of channel. | | |
| 29 | Pile 21A | Refasten anode lead wire to inside of pile. | | |
| 30 | Horizontal tube between piles 20B & 21B | Area of rusting. | | |
| 31 | Horizontal tube between piles 20C & 21C | Area of rusting. | | |
| 32 | Diagonal tube at pile 21B | Area of pinhole rusting. | | |
| 33 | Horizontal angle between piles 22A & 22B | Area of rusting. | | |
| 34 | Horizontal angle between piles 22C & 22D | Area of rusting. | | |
| 35 | Pile 23H | Refasten anode lead wire to inside of pile. | | |
| 36 | Diagonal square tube at pile 24B | Area of improperly cured repair coatings. | | |
| 37 | Diagonal square tube at pile 25F | Area of rusting. | | |
| 38 | Horizontal channel between piles 26B & 26C | Pinhole rusting on underside of channel. | | |
| 39 | Pile 26D | Area of rusting along edge. | | |
| 40 | Pile 26F | Pinhole rusting on flange. | | |
| 41 | Pile 26G | Pinhole rusting on pile. | | |
| 42 | Diagonal tube between piles 26G & 26H | Area of pinhole rusting. | | |
| 43 | Diagonal tube between piles 26E & 27E | Pinhole rusting and embedded grit in coating | | |
| 44 | Diagonal tube between piles 26C & 27C | Area of pinhole rusting. | | |

**Punch List**
*USCG Kodiak Cargo Wharf Coating Project Phase II*

| Item | Location | Comment/Description | Contractor Response | Owner/Engineer Approval |
|---|---|---|---|---|
| 45 | Diagonal tube between piles 27A & 27B | Area of improperly cured repair coatings. | | |
| 46 | Pile 27B | Area of rusting along edge. | | |
| 47 | Pile 27A | Area of rusting inside flange. | | |
| 48 | Diagonal tube between piles 27C & 27D | Improperly cured repair coatings. | | |
| 49 | Pile 27D | Area of pinhole rusting. | | |
| 50 | Pile 27F | Area of rusting along edge. | | |
| 51 | Horizontal angle between piles 28G & 28H | Area of pinhole rusting. | | |
| 52 | Horizontal square tube between piles 28A & 29A | Area of rusting. | | |
| 53 | Pile 29C | Area of rusting along edge. | | |
| 54 | Horizontal angle and diagonal tube between piles 29G & 29H | Area of rusting. | | |
| 55 | Diagonal square tube between piles 29K & 30K | Area of pinhole rusting. | | |
| 56 | Diagonal square tube between piles 30I & 31I | Area of pinhole rusting. | | |
| 57 | Diagonal square tube between piles 29E & 29F | Coating blisters. | | |
| 58 | Diagonal square tube between piles 30A & 31A | Area of rusting. | | |
| 59 | Pile 30G | Area of pinhole rusting. | | |
| 60 | Pile 31C | Area of pinhole rusting. | | |
| 61 | Horizontal tube between 30C & 31C | Area of coating bubbles (blisters). | | |
| 62 | Pile 31A batter | Area near top of pile was not coated. | | |
| 63 | Pile 31G | Pinhole rusting and remove exothermic weld | | |
| 64 | Pile 31I | Area of rusting along edge. | | |
| 65 | Diagonal tube between pile 21K & 21L | Area of inadequate coating adhesion and moisture contaminated coating not repaired. | | |
| 66 | Pile 23A | Remove 4x4 steel plate at CP negative connection and reattach negative wire directly to pile. Properly recoat after repair. | | |
| 67 | Under the middle access ramp, between bent 22 & 23 | Install j-box at abandoned conduit. | | |

Exhibit J
Page 4 of 4