**Dave Olson**

From: Todd Elmore
Sent: Friday, April 30, 2004 11:55 AM
To: Jason Peterson; Dave Olson
Subject: FW: cargo wharf follow up repairs

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Tuesday, April 27, 2004 9:50 AM
To: Todd Elmore
Cc: Jerry Hardenbergh; Chris Lynch; Jim Houck
Subject: RE: cargo wharf follow up repairs


Todd - I talked with Jerry yesterday.  He is going to be gone from 5/7 to approximately
6/7.  You should schedule repairs for after 6/7, so that we can get Jerry down here prior
to and during repairs.  thanks.  Matt

-----Original Message-----
From: Todd Elmore [mailto:ToddE@absoluteenv.com]
Sent: Thursday, April 22, 2004 3:37 PM
To: 'Matt Holmstrom'
Subject: RE: cargo wharf follow up repairs


We would like to do the repairs in mid or late May, but Jerry's schedule will dictate and
he is currently putting one together.

Thanks,

Todd

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Thursday, April 22, 2004 9:46 AM
To: Dave Olson; Jason Peterson; Todd Elmore
Subject: cargo wharf follow up repairs


Todd/Dave - Chris L. and I were talking.  When are you planning on repairing the areas
identified last Fall.  We should have Jerry Hardenbergh ID all areas so you can do all
your warranty repairs at one time when you're mobilized...let me know what you think.
Jerry says he'll be in Anchorage until May 7th.  thanks.  Matt

1

Ex. 30  Date 3-29.06
Witness
S. WARNICK  907-258-7100

Exhibit K
Page 1 of 1