Case 3:03-cv-00199-RRB   Document 213-14   Filed 08/01/2006   Page 1 of 4

Absolute Environmental Services, Inc. v. Forrest J. McKinley, et al.                                           A03-0199 CV

Deposition of Chris Lynch

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

```
ABSOLUTE ENVIRONMENTAL        )
SERVICES, INC., an Alaska     )
corporation,                  )
                              )
         Plaintiff,           )
                              )
    v.                        )
                              )
FORREST J. MCKINLEY, an       )
individual, d/b/a "Imperial   )
Industrial Coatings", EMERCO, )
INC., a California            )
corporation, d/b/a Imperial   )
Industrial Coatings; BRECHAN  )
ENTERPRISES, INC., an Alaska  )
corporation; and SAFECO       )
INSURANCE COMPANY OF AMERICA, )
a Washington corporation,     )
                              )
         Defendants.          )
                              )  Case No. A03-0199 CV (RRB)
                              )
EMERCO, INC., a California    )
corporation d/b/a Imperial    )
Industrial Coatings, and the  )
United States for the use and )
benefit of EMERCO, Inc.,      )
                              )
         Counter-Claimant/    )
      Third-Party Claimant,   )
                              )
    v.                        )
                              )
ABSOLUTE ENVIRONMENTAL        )
SERVICES, INC., an Alaska     )
corporation, et al.           )
                              )
         Cross-defendants/    )
      Third-Party Defendants. )
                              )
```

EXHIBIT M

Case 3:03-cv-00199-RRB    Document 213-14    Filed 08/01/2006    Page 2 of 4

Absolute Environmental Services, Inc. v Forrest J. McKinley, et al.                    A03-0199 CV

## Deposition of Chris Lynch

### Page 2

```
 1                    )
    THE UNITED STATES OF AMERICA )
 2  for the use and benefit of  )
    ABSOLUTE ENVIRONMENTAL    )
 3  SERVICES, INC., an Alaska )
    corporation,              )
 4                            )
        Plaintiff,            )
 5                            )
        v.                    )
 6                            )
    SAFECO INSURANCE COMPANY OF )
 7  AMERICA, a Washington       )
    corporation,              )
 8                            )
        Defendant.            )
 9                            )
                              )
10  BRECHAN ENTERPRISES, INC., an )
    Alaska corporation,       )
11                            )
        Counterclaim Plaintiff, )
12                            )
        v.                    )
13                            )
    ABSOLUTE ENVIRONMENTAL    )
14  SERVICES, INC., an Alaska )
    corporation,              )
15                            )
        Counterclaim Defendant. )
16                            )
                              )
17  BRECHAN ENTERPRISES, INC., an )
    Alaska corporation,       )
18                            )
        Third-Party Plaintiff, )
19                            )
        v.                    )
20                            )
    COFFMAN ENGINEERS, INC., a  )
21  Washington corporation,   )
                              )
22      Third-Party Defendant. )
                              )
23
24
25
```

### Page 3

```
 1                            )
    ABSOLUTE ENVIRONMENTAL    )
 2  SERVICES, INC., an Alaska )
    corporation,              )
 3                            )
        Plaintiff/            )
 4      Cross-Claimant,       )
                              )
 5      v.                    )
                              )
 6  COFFMAN ENGINEERS, INC., a )
    Washington corporation,   )
 7                            )
        Defendant/            )
 8      Cross-Claim Respondent. )
                              )
 9
            DEPOSITION OF CHRIS LYNCH
10                 June 26, 2006
11  APPEARANCES:
12  FOR THE PLAINTIFF:    JESSE P. ELISON, ESQ.
    ABSOLUTE ENVIRONMENTAL   Marston, Hefferman & Foreman
13  SERVICES, INC.        16880 NE 79th Street
    (Telephonically)      Redmond, WA 98052-4424
14                        (425) 861-6969 Fax
15  FOR THE DEFENDANTS:   MICHAEL E. KREGER, ESQ.
    BRECHAN ENTERPRISES, INC.  Perkins Coie LLP
16  SAFECO INSURANCE COMPANY   1029 W 3rd Avenue, Ste 300
    OF AMERICA            Anchorage, Alaska 99501
17                        (907) 263-6916
18  COFFMAN ENGINEERS, INC.  PETER C. PARTNOW, ESQ.
                          Lane Powell
19                        301 W Northern Lights Blvd
                          Suite 301
20                        Anchorage, Alaska 99503
                          (907) 277-9511
21
    COURT REPORTER/       JACQUELINE HERTER, CERT
22  TRANSCRIPTION SERVICE  Kodiak Reporting &
                          Transcription
23                        490 Shahafka Circle
                          Kodiak, Alaska 99615
24                        (907) 486-6221
25
```

### Page 4

```
 1  ALSO PRESENT:         CDR Sloan Tyler, USCG
                          William Oliver, Brechan
 2                        Enterprises, Inc.
                          Tom Puett, Imperial
 3                        Industrial Coatings
    (Telephonically)      Robert J. Dickson, Counsel
 4                        for Specialty Polymer
                          Coating USA, Inc.
 5  (Telephonically)      David Olson
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24  Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.
```

### Page 5

```
 1            TABLE OF CONTENTS
 2              WITNESS INDEX
 3         Direct  Cross  Redirect  Recross
 4  LYNCH, Chris
    Mr. Kreger     8           59/68
 5  Mr. Partnow           46          68
    Mr. Dickson           53          --
 6  Mr. Elison            59          --
 7
 8            EXHIBIT LIST
    Number                                    Page
 9
    1 Subpoena (2 pages)                        6
10  2 Notice of Deposition (5 pages)            6
    3 Meeting Notes dated 4/2/03 (3 pages)     20
11  4 Attendance List (1 page)                 20
    5 Copy of e-mails dated 7/17-18/02 (2 pages) 46
12  6 Copy of e-mail dated 4/28/03 (1 page)    49
    7 Meeting Notes dated 4/2/03 (1 page)      49
13  8 Memorandum dated 08/05/03 (1 page)       56
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 3:03-cv-00199-RRB    Document 213-14    Filed 08/01/2006    Page 3 of 4

Absolute Environmental Services, Inc. v. Forrest J. McKinley, et al.                                            A03-0199 CV

Deposition of Chris Lynch

### Page 18

1   A   I don't believe so.
2   Q   Do you know what sorts of work was being done in the
3   follow-up year if any by any of the contractors?
4   A   We had punch list items and warranty items.
5   Q   Did you take part in a substantial completion inspection?
6   A   Yes.
7   Q   Do you recall when the substantial completion inspection
8   occurred?
9   A   Late fall of -- that would have been 2003, I guess.
10  Q   Do you recall when the project began?
11  A   April 2003.
12  Q   Did you attend a kickoff meeting or a preconstruction
13  meeting in Kodiak prior to the contractors' mobilization onto
14  the cargo wharf?
15  A   Yes.
16  Q   What was your role in the, if any, in the preconstruction
17  meeting in Kodiak?
18  A   I probably ran the meeting.
19  Q   Was the meeting tape-recorded to your knowledge?
20  A   No.
21  Q   Were there minutes kept of the meeting, if you know?
22  A   I don't recall.
23      COURT REPORTER: Excuse me, Mr. Kreger, can you check
24  and see if somebody else added.
25      MR. KREGER: Did somebody else beep in?

### Page 19

1       MR. ELISON: I'm sorry. I hit the auto to try to
2   raise the volume a little bit.
3       COURT REPORTER: We need to turn the phone towards you
4   anyway.
5       MR. KREGER: All right, we're going to slide the
6   phone, Jesse. If we lose you, you have to call back. Are you
7   still there?
8       MR. ELISON: I am still here, yes.
9       MR. KREGER: Okay.
10      COURT REPORTER: Thank you.
11  BY MR. KREGER:
12  Q   Do you remember any of the attendees at the precon meeting
13  in Kodiak?
14  A   We would have had Brechan representatives, Absolute was
15  there, and I believe Tom Puett was there.
16  Q   Do you recognize Mr. Puett here this morning?
17  A   Yes.
18  Q   Do you remember who was there from Absolute?
19  A   No, I don't remember specifically.
20  Q   Was there a representative from Coffman there?
21  A   If he wasn't there physically, he was there telephonically.
22  Q   And "he" would be Jerry Hardenbergh?
23  A   Yes.
24  Q   Real quickly, I'm going to hand you what's been marked as
25  Exhibit 1 to your deposition and ask if you recognize that as a

### Page 20

1   subpoena you received in this matter?
2   A   Yes.
3   Q   And handing you what's been marked as Exhibit 2, do you
4   recognize this as a notice of your deposition?
5   A   Yes.
6       MR. KREGER: Let's mark this as Exhibit 3.
7           (Exhibit 3 marked for identification)
8       MR. PARTNOW: Would you mention the Bates numbers on
9   there.
10      MR. KREGER: I will.
11  BY MR. KREGER:
12  Q   Ms. Lynch, I'm handing you what's been marked as Exhibit 3.
13  It's a three-page exhibit. The Bates stamp numbers are BEI 2868
14  through BEI 2870. This is the only copy I have. I'll ask you
15  if you recognize those pages?
16  A   I recognize the agenda, not the handwritten.
17  Q   Okay. The agenda is the first page, and the handwriting is
18  the second two pages, is that right?
19  A   Mm-hmm.
20  Q   Okay.
21      MR. KREGER: Mark this as number 4, please.
22          (Exhibit 4 marked for identification)
23  BY MR. KREGER:
24  Q   Do you recognize Exhibit 4?
25  A   Yes.

### Page 21

1   Q   Can you tell us what that is?
2   A   That's the attendance sheet for the preconference.
3   Q   Okay.
4       MR. PARTNOW: What's the Bates number?
5       MR. KREGER: This is BEI 2872.
6   BY MR. KREGER:
7   Q   And I see here there's a sign-in sheet for Todd Elmore,
8   David Olson, and Jason Peterson. Do you recognize those names
9   on this sheet?
10  A   They are Absolute representatives.
11  Q   And does that refresh your recollection about who from
12  Absolute was in attendance at the meeting?
13  A   Sure.
14  Q   And were those people there?
15  A   Yes.
16  Q   Do you recall any of the topics of discussion at the
17  meeting?
18  A   Basically its coordination, schedules, and access to the
19  dock.
20  Q   Okay. There's an entry here on Exhibit 3. Did you
21  prepare, by the way, the agenda as Exhibit 3?
22  A   Yeah, this looks like a summary of the meeting actually.
23  Q   Okay. Did you prepare that?
24  A   No, I did not.
25  Q   All right. There's an entrance down here for "Extent of

Case 3:03-cv-00199-RRB   Document 213-14   Filed 08/01/2006   Page 4 of 4

Absolute Environmental Services, Inc. v. Forrest J. McKinley, et al.                     A03-0199 CV

Deposition of Chris Lynch

Page 70

```
 1              CERTIFICATE
 2   STATE OF ALASKA      )
                          ) ss.
 3   THIRD JUDICIAL DISTRICT )
 4       I, Jacqueline K. Herter hereby certify:
 5       That the foregoing proceedings were audio-recorded by me,
     Notary Public for the State of Alaska, with stenographic log
 6   notes, and was thereafter transcribed into typewritten form by
     me.
 7
         That the witness before examination was first duly sworn to
 8   testify truthfully; that the transcript of the proceedings is a
     full, true, and correct transcript of the testimony; that the
 9   exhibits introduced during testimony will be enclosed with the
     sealed transcript.
10
         That the transcript was prepared in accordance with federal
11   district court format as outlined the American Association of
     Electronic Reporter & Transcribers study guide.
12
         That I am not related to or otherwise associated with any
13   party or counsel to this proceeding, unless revealed to the
     parties, or have any financial interest in the outcome of this
14   action.
15       DATED at Kodiak, Alaska, this 11th day of July, 2006.
16            SIGNED AND CERTIFIED TO BY:
17            _____
              Jacqueline K. Herter, CERT**00158
18            My commission expires: 06-09-2010
19
20
21
22
23
24
25
```

Page 71

```
 1              CORRECTIONS
 2       Pursuant to Rule 30(e) of the Alaska Rules of Civil
     Procedure, upon review of your deposition, you are entitled to
 3   indicate changes or corrections for the Court Reporter's
     attachment to the original deposition. Please make all changes
 4   or corrections on this sheet, showing page, line, and reason for
     said change or correction.
 5
     PAGE   LINE    CORRECTION AND REASON
 6
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
         Signature here and on Deposition
25
```