Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ABSOLUTE ENVIRONMENTAL SERVICES, INC., et al.<br>Plaintiffs<br><br>v.<br><br>FORREST J. MCKINLEY, et al.,<br>Defendants. | Case No. 3:03-cv-0199-rrb |
|---|---|

### PROPOSED ORDER

Having considered Safeco Insurance Company of America, Inc.'s motion for summary judgment, opposition thereto, and good cause appearing;

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
Honorable Ralph Beistline
U.S. District Court Judge

PROPOSED ORDER
*Absolute Environmental Services, Inc. v. McKinley*
Case No. 3:03-cv-0199-rrb

- 1 -                                                                    [/AA062120.012]

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically on:

**Counsel for Absolute Environmental Services, Inc.**
Paul Nangle
Paul J. Nangle & Associates
101 Christensen Drive
Anchorage, Alaska 99501
(Fax: 907-274-8866)

**Counsel for Coffman Engineers, Inc.**
Peter C. Partnow
Lane Powell PC
301 West Northern Lts Blvd., Suite 301
Anchorage, Alaska 99503
(Fax: 907-276-2631)
(Phone: 907-264-3317)

**Co-Counsel for Coffman Engineers, Inc.**
James B. Stoetzer
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101
(Fax: 206-223-7107)
(Phone: 206-223-7109)

**Counsel for Absolute Environmental Services, Inc.**
Terry R. Marston II
Marston, Heffernan & Foreman
Anderson Park Building
16880 NE 79th Street
Redmond, WA 98052-4424
(Fax: 425-861-6969)

**Counsel for Specialty Polymer Coating USA, Inc.**
Robert J. Dickson
Atkinson Conway & Gagnon
410 L Street, Suite 500
Anchorage, Alaska 99501
(Fax: 907-272-2082)

**Co-Counsel for Forrest J. McKinley and Emerco, Inc., d/b/a Imperial Industrial Coatings**
William R. Baerg
Monteleone & McCrory
725 South Figueroa Street, Suite 3750
Los Angeles, California 90017-5402
(Fax: 213-612-9930)

**Counsel for Forrest J. McKinley and Emerco, Inc., d/b/a Imperial Industrial Coatings**
Eric J. Brown
Jermain Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, Alaska 99503
(Fax: 907-563-7322)

this ___ day of _____, 2006.

_____

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

PROPOSED ORDER
*Absolute Environmental Services, Inc. v. McKinley*
Case No. 3:03-cv-0199-rrb

- 2 -    [/AA062120.012]