INDEX OF EXHIBITS

Ex. 1    Photographs

Ex. 2    Holmstrom Deposition of February 8, 2006

Ex. 3    Holmstrom Ex. 25.

Ex. 4    Peterson Deposition

Ex. 5    Peterson Ex. 12

Ex. 6    Olson Deposition (2/13/06)

Ex. 7    Holmstrom Ex. 18

Ex. 8    Peterson Ex. 13.

Ex. 9    Olson Ex. 87

Ex. 10   Olson Ex 85

Ex. 11   Puett Ex. 13.

Ex. 12   Olson Ex. 88.

Ex. 13   Peterson Ex. 14.

Ex. 14   Holmstrom Ex. 44

Ex. 15   Olson Ex. 54

Ex. 16   Puett Ex. 41

## INDEX OF EXHIBITS

Ex. 17  Yell Dep. at 111

Ex. 18  Olson Deposition (03/30/06)

Ex. 19  Puett Deposition (5/8/06)

Ex. 20  Peterson Ex. 24

Ex. 21  Peterson Ex. 25

Ex. 22  Lynch Deposition

Ex. 23  Intentionally left blank

Ex. 24  Vernon Deposition

Ex. 25  Schilling Deposition (6/5/2006)

Ex. 26  Holmstrom Ex. 7

Ex. 27  Olson Deposition (03/08/05)

Ex. 28  Anderson Deposition

Ex. 29  Elmore Deposition

Ex. 30  Intentionally left blank

Ex. 31  Anderson Ex. 11

Ex. 32  Holmstrom Ex. 143