



SC 01128

Exhibit 1
1 of 4



2 of 4





4 of 4