**Dave Olson**

| | |
|---|---|
| From: | Matt Holmstrom [mholmstrom-bei@gci.net] |
| Sent: | Wednesday, July 24, 2002 3:26 PM |
| To: | Dave Olson |
| Subject: | cargo pier piling coating |

Dave - I just told Jason that I met with the Coast Guard today.  We talked specifically about finishing the cargo wharf and the fuel pier.  The CG wants to obligate the funds in early October.  They are open to alternative concepts...so now is the time to show them we have our stuff together AND can do the job.  Somebody throw me a freakin bone.  matt

Exhibit 3



1