## Dave Olson

**From:** Jason Peterson
**Sent:** Tuesday, October 29, 2002 10:54 AM
**To:** 'Matt Holmstrom'
**Subject:** RE: Cargo Wharf Coatings Phase 2

Matt, Tom's e-mail is: imperialelect@aol.com   He has your email now, when are you thinking about getting together with Coffman? where will it be at? remember, Tom needs to visit the site to take measurements and stuff. Tom say's Jerry is right, the containment can't be relaxed because of the clean water act and our work. Also, we know how well Swallings containment worked, relaxing is not the way to go at this point.

Jason

-----Original Message-----
**From:** Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
**Sent:** Tuesday, October 29, 2002 7:27 AM
**To:** Tom Puett; Dave Olson; Jason Peterson
**Subject:** FW: Cargo Wharf Coatings Phase 2

Gentlemen - things are starting to come together. Note the discussion on containment. Matt

-----Original Message-----
**From:** Brown, Andrew LT [mailto:ABrown@pacnorwest.uscg.mil]
**Sent:** Tuesday, October 29, 2002 5:30 AM
**To:** 'Matt Holmstrom'
**Cc:** Johnson, Jerald
**Subject:** RE: Cargo Wharf Coatings Phase 2

Matt,

Sounds fine. Dan passed on the same information to me with respect to the containment requirements. I spoke with Jerry Johnson about that, he stated that the requirement was necessary to be in compliance with the Clean Water Act. I am not an expert on the CWA, but I would expect that if your D/B team is proposing to relax containment requirements they review to make sure we are in compliance. We will also review with our in house environmental staff. Jerry is out of the office this week, I hope to get with him next week to put together the RFP package for phase 2.

Andy

-----Original Message-----
**From:** Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
**Sent:** Friday, October 25, 2002 11:04 AM
**To:** Andy Brown
**Subject:** FW: Cargo Wharf Coatings Phase 2

Andy - Coffman input below. We're slowly working toward refining the Phase 2 coating spec. I recommend our D/B team make the necessary revisions and then submit to you for approval. thanks. Matt

-----Original Message-----
**From:** Stears, Dan [mailto:Stears@alaska.coffman.com]
**Sent:** Thursday, October 24, 2002 6:34 PM
**To:** 'Matt Holmstrom'
**Subject:** RE: Cargo Wharf Coatings Phase 2

Exhibit 5

6/28/2004

Ex. 12  Date 3-31-06
Witness Peterson
S. WARNICK  907-258-7100

Ex. 90  Date 2-13-06
Witness Olsen
S. WARNICK  907-258-7100

AESMAIL 000470

Matt,

The performance of industrial coatings is heavily dependent on the surface preparation. I would not recommend reducing the level of surface preparation from the standards established in the existing spec. I would recommend the CG reviewing the requirement for containing near 100% of the blasting products. If containment requirements could be reduced (limit to over spray protection of vessels and floats to contain the floating materials) substantial cost savings could be made. Much of the time that was spent in the last two years were towards containment and scaffolding.

I agree that the spec. could be modified to clarify a few issues for the new coating contractor. I will be glad to assist in that. Let me know when you want it by (I will be out of state until the 2nd week of November).

I would also propose the same level of QA as used in the past. If you or the CG want any additional information or changes, we will accommodate those needs. I would also propose using the same rates that we have used in the past.

Feel free to contact me by email or my cell 907-441-7999 if you or the CG have any additional questions.

Thanks,

Dan

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Thursday, October 24, 2002 1:46 PM
To: Dan Stears
Cc: Jerry Hardenbergh
Subject: FW: Cargo Wharf Coatings Phase 2

Dan - as you can see we are in the beginning stages of completing the coatings work next Spring/Summer. From the info below I assume we are going to continue using the same product as Phase 1. Regarding the second paragraph below, the Coast Guard is asking if the surface prep spec can be reduced. Totally your call.

I'm interested in reviewing the coating spec section 09967, to ensure we clear up the confusion regarding the seal weld issue.

We need to revisit the QA issue again and plan accordingly.

Your thoughts would be appreciated. thanks. matt
-----Original Message-----
From: Brown, Andrew LT [mailto:ABrown@pacnorwest.uscg.mil]
Sent: Tuesday, October 08, 2002 6:31 AM
To: 'Matt Holmstrom'
Cc: Johnson, Jerald
Subject: Cargo Wharf Coatings Phase 2

Matt,

I spoke with Dan Stears, Coffman Engineers, yesterday afternoon. He stated that the test patch on the fuel pier would not provide reliable data on its performance. He stated that it was a "rushed application" and that he later found out that the mixture ratio was not correct. Dan stated that they will be applying the SW product on some piles at the Port of Anchorage for testing purposes later this month, however, they will be unable to evaluate the performance until April time frame. Without further test data Coffman is not likely to

recommend the SW product for the Cargo Wharf Ph 2 application. Dan stated that the dollars saved on material purchase and labor for application is small compared to the overall cost of the project, 90% of the project costs are in the scaffolding (setup) and preparation.

Based on the above, I believe the Coast Guard would prefer to stay with the SPC product, it is a proven product. We are interested in pursuing reduced preparation if at all possible to reduce project costs. Do we need to go to white metal or can we stop with securely bonded material and coat over that??? Questions that we would look for the experts (Coffman) to answer.

This is a first quarter award. I would expect that we will be issuing an RFP sometime in the next month based on the specs that we finished phase 1 with. The RFP will also include our request to reduce preparation to save dollars, looking for you to go back to Coffman to evaluate. Let's discuss later this week.

Andy

6/28/2004

AESMAIL-000481