**Dave Olson**

From: Jason Peterson
Sent: Monday, November 18, 2002 3:02 PM
To: 'Matt Holmstrom'
Subject: RE: USCG Kodiak cargo wharf coating, ph. 2

What do you means!!!!. Todd is getting familar with the new disc, it will be done by friday.

Jason

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Monday, November 18, 2002 3:00 PM
To: Jason Peterson
Subject: RE: USCG Kodiak cargo wharf coating, ph. 2


Jason - how are you proceeding with getting this into Means?  thanks.  Matt

-----Original Message-----
From: Jason Peterson [mailto:jasonp@absoluteenv.com]
Sent: Monday, November 18, 2002 11:38 AM
To: 'Matt Holmstrom'
Subject: RE: USCG Kodiak cargo wharf coating, ph. 2


I'm tuned!!!!!!!!!!!!!!!!!!!!!!!!

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Monday, November 18, 2002 11:33 AM
To: Jason Peterson; Tom Puett
Subject: FW: USCG Kodiak cargo wharf coating, ph. 2


We're getting input from the coatings designer.  stay tuned.  thanks.  matt

-----Original Message-----
From: Stears, Dan [mailto:Stears@alaska.coffman.com]
Sent: Sunday, November 17, 2002 5:57 PM
To: 'Matt Holmstrom'
Subject: RE: USCG Kodiak cargo wharf coating, ph. 2


Matt,

I believe there was about a half dozen issues to modify before proceeding to Phase II. The chloride test levels need revision, the seal weld issue, the issue of coating to mudline, what to do when boulders are encountered near shore, the requirement for containment, etc.  I will contact Jerry on Monday to brainstorm with him and then I will give you a call late Monday or Tuesday, depending on when I get in touch with him.

Dan

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Thursday, November 14, 2002 4:10 PM
To: Dan Stears
Subject: USCG Kodiak cargo wharf coating, ph. 2


Dan - Do you have a "final" coating spec. 09967 that includes the changes we made

1

Ex. 91 Date 2-13-06
Witness Olsen
S. WARNICK 907-258-7100

Ex. 13 Date 3-31-06
Witness Peterson
S. WARNICK 907-258-7100

Exhibit 8

AESMAIL 000476

regarding the "seal weld" issue. The CG wants a proposal to complete the project. From what I gather, this is the only change from phase 1. thanks. matt

## Dave Olson

**From:** Jason Peterson
**Sent:** Friday, October 25, 2002 11:32 AM
**To:** Dave Olson
**Subject:** Means

Dave, type in RSMeans and click the main (top) site, there are many, many means books, any idea on which one you want to take a stab at that might have coffer dams?

Jason

1

AES005376