21813 Pico St. Unit D, Grand Ter. CA 92313-5818    Phone: (909) 783-1284    ax: (909) 779-9997

# IMPERIAL
## Industrial Coatings

License No. 784961

3-4-03

Absolute Environmental Services, Inc.
P.O. Box 112807
Anchorage, AK 99511-2807

Attn: Carolyn R. Cameron

Re: Subcontract – Cargo Wharf Pile Coating Phase II

Enclosed is the sign subcontract for the above referenced job. If you have any questions please contact Tom Puett.

Sincerely

*Laura L Emery*

Laura L Emery

Ex. 85    Date 2-13-06
Witness OLSON
S. WARNICK 907-258-7100

Exhibit 10

AES000858

ID NO.: 2003-04                                              ACCOUNT CODE: _____

DATE:        1/31/03                            **SUBCONTRACT**
                                                  (SHORT FORM)

This agreement is made this 18 day of December_____ 20 02 , and effective the 18th_____ day of

December_____ 20 02 , by and between   Absolute Environmental Services_____ (Contractor) and

Imperial Industrial Coating_____ (Subcontractor) to perform the Work identified in Article 2

in accordance with the Project's Contract Documents.

            PROJECT:    IDIQ MultiTrade Construction Contract DTCG50-01-D-643J55
                        **Cargo Wharf Pile Coating Phase II**
            OWNER:      FD&CC (PAC)
            ARCHITECT: Same
            CONTRACTOR:    Absolute Environmental Services, Inc.
            SUBCONTRACTOR: **Imperial Industrial Coating**

## ARTICLE 1

**CONTRACT PAYMENT.**      The Contractor agrees to pay Subcontractor for satisfactory performance of Subcontractor's
Work the sum of    Seven Hundred Seventy-two Thousand One Hundred Twenty-three     Dollars ($ 772,123   )

Progress payments, less retainage of _____ %, shall be made to Subcontractor for Work satisfactorily performed
no later than seven (7) days after receipt by Contractor of payment from Owner for Subcontractor's Work. Final Payment
of the balance due shall be made to Subcontractor no later than seven (7) days after receipt by Contractor of final payment
from Owner for Subcontractor's Work. These payments are subject to receipt of such lien waivers, affidavits, warranties
and guarantees required by the Contract Documents or Contractor.

## ARTICLE 2

**SCOPE OF WORK.**       Subcontractor agrees to commence Subcontractor's Work herein described upon notification
by Contractor, and to perform and complete such Work in accordance with Contract Documents and under the general
direction of Contractor in accord with Contractor's schedule. This shall include all work necessary or incidental to complete
the:
**Removal of existing pile coatings and application of new pile coatings**_____

Work for the Project as more particularly, though not exclusively specified in      Scope of Work dated 9-16-02 and our

proposal dated 9-16-02.

## ARTICLE 3

**SCHEDULE OF WORK.**       Time is of the essence. Subcontractor shall provide Contractor with any requested scheduling
information of Subcontractor's Work. The Schedule of Work, including that of this Subcontract shall be prepared by
Contractor and may be revised as the Work progresses.

Subcontractor shall coordinate its work with all other contractors, subcontractors, and suppliers on the project so as not
to delay or damage their performance, work, or the Project.

## ARTICLE 4

**CHANGES.**       Contractor, without nullifying this Agreement, may direct Subcontractor in writing to make
changes to Subcontractor's Work. Adjustment, if any, in the contract price or contract time resulting from changes shall
be set forth in a Subcontract Change Order pursuant to the Contract Documents.

AES000859

## ARTICLE 5

RE OF PERFORMANCE.    Should Subcontractor fail to satisfy contractual deficiencies within three (3) working days ..m receipt of Contractor's written notice, then the Contractor, without prejudice to any right or remedies, shall have the right to take whatever steps it deems necessary to correct said deficiencies and charge the cost thereof to Subcontractor, who shall be liable for payment of same, including reasonable overhead, profit, and attorneys fees.

## ARTICLE 6

INSURANCE.                    Prior to the start of Subcontractor's Work, Subcontractor shall procure and maintain in force for the duration of the Work, Worker's Compensation Insurance, Employer's Liability Insurance, Comprehensive General Liability Insurance and all insurance required of Contractor under the Contract Documents.  Contractor, Owner, and Architect shall be named as  additional insured on each of these policies, except for Worker's Compensation.

## ARTICLE 7

INDEMNIFICATION.        To the fullest extent permitted by law, Subcontractor shall indemnify and hold harmless Owner, Architect, Architect's consultants, and Contractor from all damages, losses, or expenses, including attorneys fees, from any claims or damages for bodily injury, sickness, disease, or death, or from claims for damage to tangible property, other than the Work itself.  This indemnification shall extend to claims resulting from performance of this Subcontract and shall apply only to the extent that the claim or loss is caused in whole or in part by any negligent act or omission of Subcontractor or any of its agents, employees, or subcontractors.  This indemnity shall be effective regardless of whether the claim or loss is caused in some part by a party to be indemnified.  The obligation of Subcontractor under this Article shall not extend to claims or losses that primarily caused by the Architect, or Architect's consultant's performance or failure to perform professional responsibilities.

## ARTICLE 8

WARRANTY.                    Subcontractor warrants its work against all deficiencies and defects in material and/or ·· ·anship and agrees to satisfy same without cost to Owner or Contractor for a period of one (1) year from the date of .ntial Completion of the Project or per Contract Documents, whichever is longer.

## ARTICLE 9

SPECIAL PROVISIONS.        (Insert any special provisions required by this Subcontract).

## ATTACHMENTS I THROUGH VII

In witness whereof, the parties have executed this Agreement under Seal, the day and year first written above.

*Imperial Industrial Coatings*
SUBCONTRACTOR FIRM NAME

*Forrest J McKinley     President*
BY (TYPE OR PRINT SIGNER'S NAME AND TITLE)

Absolute Environmental Services, Inc.
CONTRACTOR FIRM NAME

David Olson        Owner/President
BY (TYPE OR PRINT SIGNER'S NAME AND TITLE)

Subcontractor's Federal Tax ID Number:    33-0918232

AES000860

# Attachment I

Absolute Environmental Services, Inc. proposal letter to Brechan for Cargo Wharf Pile Coating Phase II, dated October 22, 2002

(See Attached)

# Absolute Environmental Services, Inc.

P.O. Box 112807 Anchorage, Alaska 99511-2807
(907) 346-4490 FAX (907) 346-4491

October 22, 2002

Brechan Enterprises, Inc.
Attn: Matt Holmstrom
2705 Mill Bay Road
Kodiak, Alaska 99615

RE:    ISC Kodiak Cargo Pier Kodiak Island – Piles 13, 14, 15 of 2A, and 2B

Subject:    Firm Cost Estimate for Removal and Application of Coatings

Dear Mr. Holmstrom;

Absolute Environmental Services, Inc. in conjunction with Imperial Industrial Coatings Corp. (IICC) has prepared the following cost estimate for the removal of the existing coatings and application of new coatings according to the project plans and final specifications dated June 21, 2001.

Absolute Environmental Services, Inc. intends to team with Imperial Industrial Coatings Corp. of Grand Terrace, California for this project. IICC will provide all technical expertise and qualified supervision for the removal of the existing coatings and the application of the new coatings. Absolute Environmental Services, Inc. owns the specific equipment that will be utilized for the project. In addition, Absolute Environmental personnel will work with IICC personnel in operating the equipment and performing the work. All work will be performed under the direct supervision of IICC.

The plans and specifications and work have been thoroughly reviewed including a jobsite visit by Tom Puett and David Olson. Imperial Industrial Coatings safety and quality control programs under the direction of Tom Puett meets all the requirements of SSPC QP1, QP2, &QP3.

Procedures:
1. Filter tarps 1 micron will be attached to the steel structure to catch all grindings, abrasive, old paint and water.
2. Side tarps (solid) will be attached to stop fling debris and help maintain climate control during bad weather.
3. Placement of electrical heater to work during inclement weather.
4. Side tarps will be placed on cables so they can be opened or closed. During inclement weather the tarps will be secured to the piles.
5. Grinding of structural edges will be the first order of production work.(off shift/ bad weather)
6. Removal of existing coatings will be accomplished using ultra high pressure water 30,000-

AES000862

40,000 PSI (off shift/ bad weather)

7.  Placement of cofferdams on piles will be done after the removal of existing coating. (off shift/ bad weather)
8.  On good weather days the surfaces to be coated will be sweep blasted SSPC-10 to remove flash rust and then coated. Wet areas will be dried using weed burners to remove surfaces and steel moisture.
9.  The utility hangers/braces fillet welds will be <u>caulked</u> (not welded) as needed per 1.7.3.9.

Inclusions

1.  Removal and application of coatings per the scope of work
2.  Transportation, Room & Board
3.  One mobilization to and from Kodiak
4.  Insurance

Exclusions:

1.  Temporary water, and sanitation facilities
2.  Forklift for loading and unloading of equipment
3.  Electricity and electrical hookups (110 single to 480 three-phase)
4.  Welding structural repairs
5.  Work per specification sections 1.7.3 through 1.7.3.8
6.  Bond (2.5%)

Should you have any questions or require additional information, please contact me at (907) 346-4490.

Sincerely,

David E. Olson
Absolute Environmental Services, Inc.

AES000863

# Attachment II

Imperial Industrial Coatings proposal letter to Absolute Environmental Services, Inc. for Cargo Wharf Pile Coating Phase II, dated September 16, 2002.

(See Attached)

AES000864

September 16, 2002


Absolute Environmental Services Inc.
P.O. Box 112807
Attention: Jason Peterson

**Subject: Cargo and Fueling Piers Kodiak Island**

Reference Quotation, QC Program, Procedures


Imperial Industrial Coating (ILC) safety and quality control programs under the direction of Tom Puett, meet all the requirements as rated in 55 SSPC QP1, QP2, &QP3. Therefore it is a pleasure to submit the following quotation and procedure to complete. The above-mentioned projects between May 15 2003 and August 31,2003.

The plans and specifications have been reviewed and I had a job site visit with Dave Olson (Absolute Environmental Services Inc.) and Matt Holmstrom (Brechan Enterprises) February of 2002.

The work for this project is for 12,255 Square feet on section 23 of the cargo wharf supporting structural steel. If there is no objection the same coating systems used on 2A will be applied per plans and specifications to the new work on 2B.

Procedures:

1. Filter tarps 1 micron will be attached to the steel structure to catch all grindings, abrasive, old paint and water.
2. Side tarps (solid) will be attached to stop fling debris and help maintain climate control during bad weather.
3. Placement of electrical heater to work during inclement weather.
4. Side tarps will be placed on cables so they can be opened or closed. During inclement weather the tarps will be secured to the piles.
5. Grinding of structural edges will be the first order of production work. (Off shift/ bad weather)
6. Removal of existing coating s will be accomplished using ultra high pressure water 30,000-40,000 PSI (off shift/ bad weather)
7. Placement of cofferdams on piles will be done after the removal of existing Coatings. (Off shift/ bad weather)
8. On good weather days the surfaces to be coated will be sweep blasted SSPC-10 to remove flash rust and then coated. Wet areas will be dried using weed burners to remove surfaces and steel moisture.
9. The stitch welds will be caulked as needed.

AES000865

As you can see the work items 1-7 the preparation work requires 80% of the effort, therefore we only need 20% good weather to accomplish the scope of work.

**Total Lump Sum Price: $772,123.00**

Tom Puett
Imperial Industrial Coating

PM/ Direction Quality Control

Exclusion:    Removal of
    . Welding
    . Structural repairs
    . Removal of termite grounds
    . Removal of CP circuit headers
    . Removal of rectifier cable bonds
    . Removal 1.7- 1.7.6

IMPERIAL INDUSTRIAL COATINGS
12813 PICO ST. UNIT D GRAND TERRACE, CA 92313
PHONE: 909-783-1284 FAX 909-779-2997
STATE LICENSE #784961

## STATEMENT OF CORPORATE QUALITY POLICY

It is the commitment of Imperial Industrial Coating (IIC) to provide its Clients with products and services, which comply with all of the requirements of contract documents and are of the highest quality consistent with industry standards and good painting practice

To implement this policy Tom Puett Project Manager/ Director of Quality For IIC, has directed this establishment of the Corporate Quality Program described in this manual and has assigned inspectors of quality assurance to implement the program.

Coating inspection activities and Quality Plans, which are implemented for each project, will provide a means to measure, evaluate and control the characteristics of the products and services provided by IIC for the Kodiak Projects.

Quality inspectors shall have full authority to stop work when they find it to be nonconforming with appropriate standards of surfaces preparation or coating application operations.

Tom Puett
Imperial Industrial Coating
Project Manager/ Director of quality of Quality Control

AES000866

# Attachment III

No Lead to be found on the U.S.C.G. Cargo Wharf Pile Coating Phase II Project as indicated within the "Sample Report" enclosed

(See Attached)

AES000867

Brechan Enterprises / General Contractors
2705 Mill Bay Road Kodiak Alaska  99615

# FAX TRANSMITTAL SHEET

Date: ~~6/29/01~~   1/23/03

TO: ~~FLEC   PAC~~   (AES)

ATTN: ~~STEVE  LOCHEE~~   ~~SCOTT S~~  TODD

FROM: MATT H.     RE: CARGO PIER
BACK UP INFO ON LOCATION OF EX. PILE
COATING SAMPLES FOLLOWS

This fax consists of 32 ~~#~~  page (s) including
this cover.

Please call (907) 487-2223/2238 if you do not
receive all sheets.

Thank you   TODD— THERE MAY BE A
LOT OF REDUNDANCY + N/A STUFF
HERE, BUT I'LL LET YOU DECIPHER.

AES000868

# ENVIRONMENTAL HEALTH SERVICES

*P.O. Box 520595, Big Lake, AK 99652 (907) 892-8771 Fax (907) 892-4000*

## FAX TRANSMITTAL

**TO:**        Matt Holmstrom
              Brechan Enterprises/General Contractors

**FROM:**    Kerry Brewer
              Cell (907) 232-0565

**Date:**      Sample Locations

**Re:**         Cargo Pier Samples
              US Coast Guard
              Kodiak, AK

**Memo:**

Attached please find two pages of detail for samples

taken from the Cargo Pier in Kodiak.

Pages Including Cover ____4____

AES000869

# ENVIRONMENTAL HEALTH SERVICES

*P.O. Box 520395, Big Lake, AK    (907) 892-8771  Fax (907) 892-4000*

June 26, 2001


David Olson
Absolute Environmental Services, Inc.
P. O. Box 112807
Anchorage, AK  99511

Re:     Cargo Pier Sample Locations

Dear Dave,

Thank you for your help supplying me with the grid line information that I am attaching.    If you have any questions or need additional copies of the results, please do not hesitate to call.


Kerry L. Brewer
Designated Industrial Hygienist

Cc:  Matt Holmstrom
      Brechan Enterprises

AES000870

Wharf Sampling 4/16/01

Samples 1, 2, and 3 are keyed to gridline locations from the sheet provided by Brechan Enterprises and titled "Inspection of Kodiak, AK" "Figure 2"

Sampled for 8 RCRA metals, total lead, PCBs and PAHs.

Homogeneous samples collected from the following locations in order to create each composite sample.

Sample #1

| Grid Line | Grid Line |
|-----------|-----------|
| 23 | B |
| 22.5 | D |
| 22.5 | C |
| 22 | I |
| 22 | J |
| 28.5 | H |
| 29 | IB |
| 28.5 | B |
| 32 | C |

Test Results:

Sample #2

| Grid Line | Grid Line |
|-----------|-----------|
| 4 | A.5 |
| 5 | B |
| 7 | C |
| 9 | B |
| 8.5 | C |
| 12 | C |
| 12 | E.5 |
| 12 | H |
| 32 | C |

Test Results:

1

AES000871

Sample #3

| Grid Line | Grid Line |
|-----------|-----------|
| 14 | B |
| 16 | C |
| 18 | B |
| 20 | B |
| 20 | C |
| 21 | E |
| 21 | H |
| 20 | F |

Test Results:

Sample #4 is keyed to the grid lines shown on the drawing Titles "AC & I Improvements Waterfront Improvements Ph I Plan of Wharf Addition" Drawing Number 2S1 and 17-84-1004.  Grid Line A is on the North and grid line D is to the South.

Sample #4

| Grid Line | Grid Line |
|-----------|-----------|
| 23 | B |
| 14 | B |
| 14 | C |
| 13 | C |
| 14 | D |
| 1 | C |

Test Results:

2

AES000872

# ENVIRONMENTAL HEALTH SERVICES

*P.O. Box 520595,  Big Lake, AK  99652  (907) 892-8771  Fax (907) 892-4000*

## FAX TRANSMITTAL

TO:        Matt Holstrom

FROM:        Kerry Brewer

Date:        May 31, 2001

Re:        USCG Cargo Pier

Memo:

PAHs results

Pages Including Cover

AES000873

## EMSL Analytical

3 Cooper St., Westmont, NJ 08108

Attn:  Kerry L. Brewer
       Environmental Health Service.
       P.O.Box 520595
       Big Lake, AK 99652
Fax:   (907) 372-3327          Phone: (907) 232-0666(cell)

Customer ID:        EHS97
Customer PO:
Received:           05/14/01 3:58 PM

EMSL Order:         010101071
EMSL Project ID:    USCG  Cargo Pier

Client Sample Description    TCLP-3 C          Lab ID:    0001
                             Piling

| Test | Method | Parameter | Concentration | Units | Notes |
|------|--------|-----------|---------------|-------|-------|
| Lead, Total | 6010B | Lead | 48.23 | mg/Kg | |
| PCB | 8082 | See Attached | | | |
| SVOA | 8270C PAH | See Attached | | | |

AES000874

1B
SEMIVOLATILE ORGANICS ANALYSIS DATA SHEET

| | SAMPLE NO. |
|---|---|
| | 1071-1 |
| | TCLP-3C |

Lab Name: __EMSL ANALYTICAL__          Contract: _____

Project No.: _____        Site: _____   Location: _____

Matrix: (soil/water) __SOIL__          Group: _____

Sample wt/vol: __31.1__ (g/mL) G          Lab Sample ID: 1071-1

Level: (low/med) __LOW__          Lab File ID: E0689.D

% Moisture: __0__          decanted: (Y/N) __N__          Date Received: _____

Concentrated Extract Volume: __10000__ (uL)          Date Extracted: 5/21/01

Injection Volume: __1.0__ (uL)          Date Analyzed: 5/23/01

GPC Cleanup: (Y/N) __N__          pH: _____          Dilution Factor: 1.0

| CAS No. | Compound | Concentration Units: (ug/L or ug/Kg) ug/Kg | Q |
|---|---|---|---|
| 91-20-3 | Naphthalene | | |
| 208-96-8 | Acenaphthylene | 35000 | |
| 83-32-9 | Acenaphthene | 3200 | U |
| 86-73-7 | Fluorene | 30000 | |
| 85-01-08 | Phenanthrene | 26000 | |
| 120-12-7 | Anthracene | 220000 | |
| 206-44-0 | Fluoranthene | 62000 | |
| 129-00-0 | Pyrene | 390000 | |
| 56-55-3 | Benzo[a]anthracene | 500000 | |
| 218-01-9 | Chrysene | 390000 | |
| 205-99-2 | Benzo[b]fluoranthene | 190000 | |
| 207-08-9 | Benzo[k]fluoranthene | 250000 | |
| 50-32-8 | Benzo[a]pyrene | 130000 | |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 120000 | |
| 53-70-3 | Dibenz[a,h]anthracene | 56000 | |
| 191-24-2 | Benzo[g,h,i]perylene | 31000 | |
| | | 58000 | |

FORM I SV

3/90

AES000875



**EMSL Analytical**

> Cooper St., Westmont, NJ 08103

| | | | | |
|---|---|---|---|---|
| Attn: | Kerry L. Brewer | Customer ID: | EHS97 | |
| | Environmental Health Service. | Customer PO: | | |
| | P.O.Box 820595 | Received: | 05/14/01 3:56 PM | |
| | Big Lake, AK 99652 | | | |
| Fax: | (907) 372-3327     Phone: (907) 232-0586(cell) | EMSL Order: | 010101071 | |
| | | EMSL Project ID: | USCG  Cargo Pier | |

Client Sample Description    TCLP-4 C          Lab ID:    0002
                             Piling

| Test | Method | Parameter | Concentration | Units | Notes |
|---|---|---|---|---|---|
| Lead, Total | 6010b | Lead | 22.7 | mg/Kg | |
| PCB | 8082 | See Attached | *FORWARDED PREVIOUSLY* | | |
| SVOA | 8270C PAH | See Attached | | | |

Page 3 of 3

AES000876

1B

SEMIVOLATILE ORGANICS ANALYSIS DATA SHEET

SAMPLE NO.

1071-2

TCLP-4C

Lab Name: EMSL ANALYTICAL                    Contract:

Project No.:                    Site:              Location:              Group:

Matrix: (soil/water)        SOIL                        Lab Sample ID:  1071-2

Sample wt/vol:        30.1        (g/mL) G              Lab File ID:  E0690.D

Level: (low/med)        LOW                            Date Received:

% Moisture:    0              decanted: (Y/N):    N      Date Extracted:  5/21/01

Concentrated Extract Volume:    1000  (uL)              Date Analyzed:  5/23/01

Injection Volume:        1.0    (uL)                    Dilution Factor:  1.0

GPC Cleanup: (Y/N)        N                      pH:

| CAS No. | Compound | Concentration Units: (ug/L or ug/Kg)  ug/Kg | Q |
|---|---|---|---|
| 91-20-3 | Naphthalene | 330 | U |
| 208-96-8 | Acenaphthylene | 330 | U |
| 83-32-9 | Acenaphthene | 330 | U |
| 86-73-7 | Fluorene | 330 | U |
| 85-01-08 | Phenanthrene | 300 | J |
| 120-12-7 | Anthracene | 330 | U |
| 206-44-0 | Fluoranthene | 870 | |
| 129-00-0 | Pyrene | 330 | U |
| 56-55-3 | Benzo[a]anthracene | 93 | J |
| 218-01-9 | Chrysene | 330 | |
| 205-99-2 | Benzo[b]fluoranthene | 260 | J |
| 207-08-9 | Benzo[k]fluoranthene | 150 | J |
| 50-32-8 | Benzo[a]pyrene | 110 | J |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 330 | U |
| 53-70-3 | Dibenz[a,h]anthracene | 330 | U |
| 191-24-2 | Benzo[g,h,i]perylene | 330 | U |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

FORM I SV                                        3/90

AES000877



AES000878

# ENVIRONMENTAL HEALTH SERVICES

*P.O. Box 520595, Big Lake, AK 99652 (907) 892-8771 Fax (907) 892-4000*

## FAX TRANSMITTAL

TO:        David Olson

Cc:        Matt Holstrom

FROM:      Kerry L. Brewer

Date:      May 21, 2001

Re:        USCG Cargo Pier

Memo:

*Results for USCG Cargo Pier Pilings as follows:*

*TCLP 1c, 2c, 3c, 4c*

*Total Lead - TCLP sample 3c & 4c*

*PCB sample results -TCLP sample 3c & 4c*

*PAH samples are not done.*

*Pages Including Cover* 12

AES000879

**Brechan Enterprises / General Contractors**
**2705 Mill Bay Road Kodiak Alaska  99615**

## FAX TRANSMITTAL SHEET
Date: _5/31/01_

TO: FDCC

ATTN: ~~PAUL REDDOT~~ Scott B.

FROM: MATT H.          CARGO PIER

"PAH" TEST RESULTS FOLLOW.

This fax consists of ___7___ page (s) including this cover.

Please call (907) 487-2223/2238 if you do not receive all sheets.

Thank you

AES000880

### Brechan Enterprises / General Contractors
### 2705 Mill Bay Road Kodiak Alaska   99615

## FAX TRANSMITTAL SHEET
### Date: _5/21/01_

TO:  FDCC   PAC

ATTN:  ~~PAUL RENDON~~ (SCOTT)

FROM:  MATH.                          CARGO PIER

PAUL — EXISTING COATING SAMPLE TEST RESULTS
FOLLOW. NOTE: THIS SUBMITTAL SUPERCEDES THE PREVIOUS
ON TCLP AS THE PREVIOUS WERE MISLABELED. NOTE
THE "PAH" ARE STILL ONE WEEK OUT.

This fax consists of ___13___ page (s) including
this cover.

Please call (907) 487-2223/2238 if you do not
receive all sheets.

Thank you   HA

---

AES000881

ID
PCB ANALYSIS DATA SHEET

CLIENT SAMPLE ID.

TCLP-3C

Lab Name: **EMSL ANALYTICAL**          Contract:

Lab Code: _____ Case No.:          SAS No.: _____          SDG No.: _____

Matrix: (soil/water)    **SOLID**          Lab Sample ID:    1071-1

Sample wt/vol:    30.61    (g/mL)    g    Lab File ID:    H284007

% Moisture:    0    decanted (Y/N)    N    Date Received:

Extraction: (Sepf/Cont/Sonc)    Sonc    Date Extracted:    05/18/01

Concentrated Extract Volume:    10    (ml)    Date Analyzed:    05/18/01

Injection Volume:    1    (uL)    Dilution Factor:    1

GPC Cleanup: (Y/N)    N    pH:    Sulfur Cleanup: (Y/N)    Y
                              H₂SO₄ Cleanup: (Y/N)    Y

CONCENTRATION UNITS:
(ug/L or ug/Kg)          ug/Kg    Q

| CAS NO. | COMPOUND | | ug/Kg | Q |
|---------|----------|---|-------|---|
| 12674-11-2 | Aroclor-1016 | | 33 | U |
| 11104-28-2 | Aroclor-1221 | | 33 | U |
| 11141-16-5 | Aroclor-1232 | | 33 | U |
| 53469-21-9 | Aroclor-1242 | | 33 | U |
| 12672-29-6 | Aroclor-1248 | | 33 | U |
| 11097-69-1 | Aroclor-1254 | | 33 | U |
| 11096-82-5 | Aroclor-1260 | | 33 | U |

N/A = Not Applicable          *Results Reported on s — Dry Weight Basis
U= Not detected

FORM I PEST
PCB                                                    3/90

PREVIOUSLY
FORWARDED
#

AES000882

**1D**
**PCB ANALYSIS DATA SHEET**

CLIENT SAMPLE ID.

TCLP - 4C

| | | | | |
|---|---|---|---|---|
| Lab Name: | EMSL ANALYTICAL | Contract: | | |
| Lab Code: | Case No.: | SAS No.: | | SDG No.: |
| Matrix: (soil/water) | SOLID | | Lab Sample ID: | 1071-Z |
| Sample wt/vol: | 29.19  (g/mL) | p | Lab File ID: | H294D08 |
| % Moisture: | 0 | decanted: (Y/N)  N | Date Received: | |
| Extraction: (SepF/Cont/Sonc) | Sonc | Date Extracted: | 05/18/01 |
| Concentrated Extract Volume: | 10  (ml) | Date Analyzed: | 05/18/01 |
| Injection Volume: | 1  (uL) | Diffusion Factor: | 1 |
| GPC Cleanup: (Y/N)  N | pH: | Sulfur Cleanup: (Y/N)  Y | |
| | | H₂SO₄ Cleanup: (Y/N)  Y | |

CONCENTRATION UNITS:
(ug/L or ug/Kg)   ug/Kg   Q

| CAS NO. | COMPOUND | ug/Kg | Q |
|---|---|---|---|
| 12674-11-2 -------- Aroclor-1016 | | 32 | U |
| 11104-28-2 -------- Aroclor-1221 | | 32 | U |
| 11141-16-5 -------- Aroclor-1232 | | 32 | U |
| 53469-21-9 -------- Aroclor-1242 | | 32 | U |
| 12672-29-6 -------- Aroclor-1248 | | 32 | U |
| 11097-69-1 -------- Aroclor-1254 | | 32 | U |
| 11096-82-5 -------- Aroclor-1260 | | 32 | U |

N/A = Not Applicable          *Results Reported on = – Dry Weight Basis
U= Not detected

FORM I PEST
PCB                                          1/90

AES000883

Brechan Enterprises / General Contractors
2705 Mill Bay Road Kodiak Alaska  99615

## FAX TRANSMITTAL SHEET
Date: 6/4/01

TO: SWALLING              274-6002

ATTN: MIKE ANDERSEN

FROM: MATT H.        RE: CARGO PIER

MIKE — WE SAMPLED THE EXISTING PILE COATING
TO TEST FOR LEAD, PCB & PAH (HYDROCARBONS). THE
RESULTS FOLLOW. THE USCG HAS STATED NONE ARE
HAZARDOUS. PLEASE REVIEW & LET ME KNOW IF
THEY ARE A CONCERN TO YOU.

This fax consists of ___19___ page (s) including
this cover.

Please call (907) 487-2223/2238 if you do not
receive all sheets.

Thank you

AES000884

**EMSL Analytical**

3 Cooper St., Westmont, NJ 08108

| | | | | |
|---|---|---|---|---|
| Attn: | Steven M Brewer | | Customer ID: | EHS97 |
| | Environmental Health Service | | Customer PO: | |
| | P.O. Box 520995 | | Received: | 04/19/01 3:07 PM |
| | Big Lake, AK 99652 | | | |
| Fax: | (907) 372-3327 | Phone: 907-232-0565 | EMSL Order: | 010100848 |
| | | | EMSL Project ID: | USCG Cargo Pier |

*Client Sample Description:* TCLP-1c                    *Lab ID:* 0001

| Test | Method | Parameter | Concentration Units | Notes |
|---|---|---|---|---|
| TCLP Metals-Arsenic, TCLP | 6010B | Arsenic | <0.018 mg/L | |
| TCLP Metals-Barium, TCLP | 6010B | Barium | 0.587 B mg/L | |
| TCLP Metals-Cadmium, TCLP | 6010B | Cadmium | <0.008 mg/L | |
| TCLP Metals-Chromium, TCLP | 6010B | Chromium | 0.022 B mg/L | |
| TCLP Metals-Lead, TCLP | 6010B | Lead | <0.026 mg/L | |
| TCLP Metals-Selenium, TCLP | 6010B | Selenium | <0.040 mg/L | |
| TCLP Metals-Silver, TCLP | 6010B | Silver | <0.020 mg/L | |
| TCLP Metals-Mercury, TCLP | 7471A | Mercury | <0.002 mg/L | |

Page 2 of 8

AES000885

## EMSL Analytical

3 Cooper St., Westmont, NJ 08108

| | | | |
|---|---|---|---|
| Attn: | Steven M Brewer | Customer ID: | EHS97 |
| | Environmental Health Service | Customer PO: | |
| | P.O.Box 520585 | Received: | 04/19/01 3:07 PM |
| | Big Lake, AK 99652 | | |
| Fax: | (907) 372-3327    Phone: 907-232-0585 | EMSL Order: | 010100848 |
| | | EMSL Project ID: | USCG Cargo Plat |

Client Sample Description:    TCLP-2c          Lab ID:    0002

| Test | Method | Parameter | Concentration Units | Notes |
|---|---|---|---|---|
| TCLP Metals-Arsenic, TCLP | 6010B | Arsenic | <0.016 mg/L | |
| TCLP Metals-Barium, TCLP | 6010B | Barium | 0.806 B mg/L | |
| TCLP Metals-Cadmium, TCLP | 6010B | Cadmium | <0.008 mg/L | |
| TCLP Metals-Chromium, TCLP | 6010B | Chromium | 0.024 B mg/L | |
| TCLP Metals-Lead, TCLP | 6010B | Lead | 0.048 mg/L | |
| TCLP Metals-Selenium, TCLP | 6010B | Selenium | <0.040 mg/L | |
| TCLP Metals-Silver, TCLP | 6010B | Silver | <0.020 mg/L | |
| TCLP Metals-Mercury, TCLP | 7471A | Mercury | <0.002 mg/L | |

Page 3 of 5

AES000886

Case 3:03-cv-00199-RRB   Document 214-12   Filed 08/03/2006   Page 30 of 36

**EMSL Analytical**

1 Cooper St., Westmont, NJ 08108



| | | |
|---|---|---|
| Attn: | Steven M Brewer<br>Environmental Health Service.<br>P.O.Box 520585<br>Big Lake, AK 99652 | Customer ID:   EHS97<br>Customer PO:<br>Received:   04/19/01 3:07 PM |
| Fax | (907) 372-3327      Phone:  907-232-0565 | EMSL Order:   010100848<br>EMSL Project ID:   USCG Cargo Pier |

Client Sample Description     TCLP-3c                  Lab ID:   0003

| Test | Method | Parameter | Concentration | Units | Notes |
|---|---|---|---|---|---|
| TCLP Metals-Arsenic, TCLP | 6010B | Arsenic | <0.016 | mg/L | |
| TCLP Metals-Barium, TCLP | 6010B | Barium | 1.10 B | mg/L | |
| TCLP Metals-Cadmium, TCLP | 6010B | Cadmium | <0.008 | mg/L | |
| TCLP Metals-Chromium, TCLP | 6010B | Chromium | 0.026 B | mg/L | |
| TCLP Metals-Lead, TCLP | 6010B | Lead | <0.020 | mg/L | |
| Lead, Total | 6010B | Lead | | mg/Kg | |
| TCLP Metals-Selenium, TCLP | 6010B | Selenium | <0.040 | mg/L | |
| TCLP Metals-Silver, TCLP | 6010B | Silver | <0.020 | mg/L | |
| TCLP Metals-Mercury, TCLP | 7471A | Mercury | <0.002 | mg/L | |
| PCB | 8082 | See Attached | | | |
| SVOA | 8270C PAH | See Attached | | | |

AES000887



**EMSL Analytical**

3 Cooper St., Westmont, NJ 08108

Attn:   Steven M Brewer
        Environmental Health Service.
        P.O. Box 820593
        Big Lake, AK 99652
Fax:    (907) 372-3327          Phone:  907-232-0565

Customer ID:    EH897
Customer PO:
Received:       04/19/01 3:07 PM

EMSL Order:     010100848
EMSL Project ID:  USCG Cargo Pier

*Client Sample Description*    TCLP-4c

*Lab ID:*   0004

| Test | Method | Parameter | Concentration | Units | Notes |
|------|--------|-----------|---------------|-------|-------|
| TCLP Metals-Arsenic, TCLP | 6010B | Arsenic | <0.018 | mg/L | |
| TCLP Metals-Barium, TCLP | 6010B | Barium | 2.04 B | mg/L | |
| TCLP Metals-Cadmium, TCLP | 6010B | Cadmium | <0.008 | mg/L | |
| TCLP Metals-Chromium, TCLP | 6010B | Chromium | <0.020 | mg/L | |
| TCLP Metals-Lead, TCLP | 6010B | Lead | <0.020 | mg/L | |
| Lead, Total | 6010B | Lead | | mg/Kg | |
| TCLP Metals-Selenium, TCLP | 6010B | Selenium | <0.040 | mg/L | |
| TCLP Metals-Silver, TCLP | 6010B | Silver | <0.020 | mg/L | |
| TCLP Metals-Mercury, TCLP | 7471A | Mercury | <0.002 | mg/L | |
| PCB | 8082 | | See Attached | | |
| SVOA | 8270C PAH | | See Attached | | |

Page 6 of 6

AES000888

# CHAIN OF CUSTODY

**EMSL ANALYTICAL, INC.**                    **LEAD / ASBESTOS**

OL 50848

EMSL

E MSL Representative: _____    Bill to: _____

Your Company Name: ENVIRONMENTAL HEALTH SERVICES    Same

Address: P O Box 520595

City/State: Big Lake AK    Zip 99652

Phone Results to: (907) 892-4771    Fax Results to:

Telephone #: _____    Fax #: (907) 892-4000

Project Name/Number: USCG Pier 21-17-01375    Purchase Order #: _____

CARGO PIER

**Turn Around Time: (TAT)**    **(Circle One)**   3 Hour   6 Hour   12 Hour   24 Hour   (48 Hour)   72 Hour

## LEAD SAMPLES

| SAMPLE TYPE | ANALYTICAL METHOD | DETECTION LIMIT | # Samples |
|---|---|---|---|
| Lead Chips | EPA SW846-7420-3050A | 0.01% | |
| Lead in Air | NIOSH 7082 | 10 ug/liter | |
| Lead in Wipe | EPA SW846-7420-3050A | 12 ug/wipe | |
| TCLP Lead | SW846-1311/7420 | 0.4mg/l (ppm) | |
| Lead in Soil | EPA SW846-7420-3050A | 1 mg/kg-Soil | |
| | | Total # of Lead Samples Submitted: | |

## ASBESTOS SAMPLES

| SAMPLE TYPE | ANALYTICAL METHOD | DETECTION LIMIT | # Samples |
|---|---|---|---|
| TEM - Air | AHERA | 0.005 str/cc | |
| TEM - Air | Yamate LV 11 | Variable; <0.005 str/cc | |
| TEM - Air | NIOSH 7402 | Variable; only str>5um counted | |
| TEM - Dust/Bulk | Qualitative (Presence/Absence) | | |
| TEM - Dust | Quantitative | | |
| TEM - Bulk | Quantitative - Chatfield | | |
| PCM Air | NIOSH 7400 | | |
| PLM Bulk | EPA 300 | | |
| PLM Point Count | | | |
| | | Total # of Asbestos Samples Submitted: | |

| Sample # | Location | Liters/Area | |
|---|---|---|---|
| TCLP - 1C | Dock | | -1 |
| TCLP - 2C | Dock | | -2 |
| TCLP - 3C | Dock | | -3 |
| TCLP - 4C | Dock | | -4 |
| | | | |
| | | | |
| | | | |

Continued on Page 2?    ( ) Yes  (x) No    Page 1 of 1

Relinquished By: _____    Date/Time: 4-17-01   11:30

Sent via (Circle Type):  (Fed Ex)  UPS   US Mail   Courier   Hand Delivered   Other: _____

Received @ EMSL by: Allan Thomson    Date/Time: 4/19/01   7:00 pm

TAT is based on Working Hours M-F, 8 AM - 5PM. After hours, weekend and holiday TAT please CALL for arrangements (A $150 Lab Opening Fee is Standard)

*Other Analytical Methods and Tests available through our nationwide network of laboratories; please call with any questions!

Spoke with Skye Brower and Terri Reeves on 5 day TAT c/o 4/19/01

5/18/01 7:07 PM per Kevin Brewer change project id to USCG Cargo Pier PT and EAL

AES000889

**EMSL Analytical**

3 Cooper St., Westmont, NJ 08108

| | | | |
|---|---|---|---|
| Attn: | Kerry L. Brewer | Customer ID: | EHS07 |
| | Environmental Health Service. | Customer PO: | |
| | P.O. Box 520598. | Received: | 05/14/01 3:56 PM |
| | Big Lake, AK 99652 | | |
| Fax: | (907) 372-3327    Phone: (907) 232-0885(cell) | EMSL Order: | 0101D1071 |
| | | EMSL Project ID: | USCG  Cargo Pier |

## Total Lead by ICP

| Client Sample Description | | Lab ID | Parameter | Concentration | Units | Notes |
|---|---|---|---|---|---|---|
| TCLP-3 C | Piling | 0001 | Lead | 48.23 | mg/Kg | |
| TCLP-4 C | Piling | 0002 | Lead | 22.7 | mg/Kg | |

AES000890



AES000891

## EMSL Analytical

3 Cooper St., Westmont, NJ 08108

| | | | | |
|---|---|---|---|---|
| Attn: | Kerry L. Brewer | | Customer ID: | EHS97 |
| | Environmental Health Service. | | Customer PO: | |
| | P.O.Box 520595 | | Received: | 06/14/01 3:56 PM |
| | Big Lake, AK 99652 | | | |
| Fax: | (907) 372-3327 | Phone: (907) 232-0566(cell) | EMSL Order: | 010101071 |
| | | | EMSL Project ID: | USCG Cargo Pier |

Client Sample Description  TCLP-3 C  
Piling

Lab ID:  0001

| Test | Method | Parameter | Concentration | Units | Notes |
|---|---|---|---|---|---|
| PCB | 8082 | See Attached | | | |

Page 2 of 3

AES000892

## 1D
## PCB ANALYSIS DATA SHEET

CLIENT SAMPLE ID.

TCLP-3C

| | | | |
|---|---|---|---|
| Lab Name: | EMSL ANALYTICAL | Contract: | |
| Lab Code: | Case No.: | SAS No.: | SDG No.: |
| Matrix: (soil/water) | SOLID | Lab Sample ID: | 1071-1 |
| Sample wt/vol: | 30.61 (g/mL) g | Lab File ID: | H294007 |
| % Moisture: 0 | decanted: (Y/N) N | Date Received: | |
| Extraction: (SepF/Cont/Sonc) | Sonc | Date Extracted: | 05/18/01 |
| Concentrated Extract Volume: | 10 (ml) | Date Analyzed: | 05/18/01 |
| Injection Volume: | 1 (uL) | Dilution Factor: | 1 |
| GPC Cleanup: (Y/N) N | pH: | Sulfur Cleanup: (Y/N) | Y |
| | | H₂SO₄ Cleanup: (Y/N) | Y |

$H_2SO_4$ Cleanup: (Y/N)

|  CAS NO. | COMPOUND | CONCENTRATION UNITS: (ug/L or ug/Kg) | ug/Kg | Q |
|---|---|---|---|---|
| 12674-11-2 | Aroclor-1016 | | 33 | U |
| 11104-28-2 | Aroclor-1221 | | 33 | U |
| 11141-16-5 | Aroclor-1232 | | 33 | U |
| 53469-21-9 | Aroclor-1242 | | 33 | U |
| 12672-29-6 | Aroclor-1248 | | 33 | U |
| 11097-69-1 | Aroclor-1254 | | 33 | U |
| 11096-82-5 | Aroclor-1260 | | 33 | U |

N/A = Not Applicable
U= Not detected

*Results Reported on a – Dry Weight Basis

FORM I PEST
PCB

1/99

PCB10A_final

AES000893