## SECTION 09967
## COATING OF STEEL WATERFRONT STRUCTURES

PART 1 - GENERAL

1.1    GENERAL REQUIREMENTS

All work in this section shall be performed by the Applicator unless specifically indicated otherwise.

1.1.1    Provide all labor, material, equipment, and testing services requested to construct the project as indicated in the project plans and specifications.

1.1.2    The intent of this coating replacement project is to provide corrosion prevention that in conjunction with coating maintenance and the impressed current cathodic protection system will provide the dock pile structure an additional 25 years of useful life.

1.1.3    The Applicator shall inspect the wharf prior to bid to determine existing conditions and quantities of surfaces to be recoated. The existing coatings on the original wharf and wharf extension are coal tar epoxies from different manufacturers. The following descriptions are provided as information only and shall not be utilized as basis for bid.

1.1.3.1    The original dock coating, applied in 1989, is in generally poor condition.

    a.    Splash zone, between elevations 114' and 119': The degree of rusting of structure is Rust Grade 4 (approximately 10% of the surface is rusted) to Rust Grade 2 (approximately 33% of the surface is rusted), per SSPC-VIS-2. Rust occurs primarily near edges, welds, or corners. Field applied coatings are in generally worse condition than shop-applied coatings with a Rust Grade of 1 (approximately 50% of the surface is rusted). The adhesion of coatings still on the structure is estimated to be low. Some rust and pitting is anticipated beneath the coating. The visible rusted surfaces are completely covered with rust (SSPC-VIS −1, Rust Grade C) with up to 30% of the rusted areas having visible pitting (SSPC-VIS −1, Rust Grade D). Rust adhesion at the upper most elevations is estimated as low to medium. Rust adhesion generally decreases at the lower elevations.

    b.    Intertidal zone, between elevations 107' and 114': The degree of rusting of structure is Rust Grade 2 (approximately 33% of the surface is rusted), per SSPC-VIS-2. Again, rust is more prevalent near edges, welds, and corners. Field applied coatings are in generally worse condition than shop applied coatings with a Rust Grade of 1 (approximately 50% of the surface is rusted) to Rust Grade 0 (approximately 100% of the surface is rusted). A common condition is a large flake of coating attached at one edge with little adhesion to the substrate under the flake. The adhesion of coating in the intertidal zone is estimated to be low. Rust and pitting is anticipated beneath the coating. The visible rusted surfaces are

Exhibit 11

Ex. _13_ Date _11·1·04_
Witness _Yuhr_
S. WARNICK 907-258-7100

AES001498

completely covered with rust (SSPC-VIS –1, Rust Grade C) with up to 80% of the rusted areas having visible pitting (SSPC-VIS –1, Rust Grade D).

 c. Surfaces between elevations 110' and 119' have little or no marine growth.

 d. Up to 70% of the surfaces between elevations 107' and 110' have substantial marine growth. The thickness of marine growth, barnacles and tubeworms, will approach 1" at the lowest elevations to be coated.

1.1.3.2 The dock extension coating, applied in 1985, is in generally fair condition.

 a. Splash zone, between elevations 114' and 119': The degree of rusting of structure is Rust Grade 4 (approximately 10% of the surface is rusted) to Rust Grade 2 (approximately 33% of the surface is rusted), per SSPC-VIS-2. Rust occurs primarily in large sections, several inches to several feet in diameter. The adhesion of coating is estimated to be high. Some rust and pitting is anticipated under the edges of the coating. The visible rusted surfaces are completely covered with rust (SSPC-VIS –1, Rust Grade C) with up to 30% of the rusted areas having visible pitting (SSPC-VIS –1, Rust Grade D). Rust adhesion is estimated as low to medium.

 b. Intertidal zone, between elevations 107' and 114': The degree of rusting of structure is Rust Grade 5 (approximately 3% of the surface is rusted) to Rust Grade 4 (approximately 10% of the surface is rusted), per SSPC-VIS-2. Rust occurs primarily in large sections, several inches to a few feet in diameter. The adhesion of coating is estimated to be high. Some rust and pitting is anticipated under the edges of the coating. The visible rusted surfaces are completely covered with rust (SSPC-VIS –1, Rust Grade C) with up to 80% of the rusted areas having visible pitting (SSPC-VIS –1, Rust Grade D).

 c. Rust generally occurs in distinctly separate locations.

 d. Surfaces between elevations 110' and 119' have little or no marine growth.

 e. Up to 70% of the surfaces between elevations 107' and 110' have substantial marine growth. The thickness of marine growth, barnacles and tubeworms, will approach 1" at the lowest elevations to be coated.

1.1.4 The Applicator is responsible for repair of holidays, coating damage, and repairs due to project work including, but not limited to, welding, handling, rigging, structural repairs, or any other reason. The Contractor and Applicator shall inspect piles and attachments throughout the blasting and coating replacement process. Any coating damage that occurs during the course of the project shall be repaired.

1.1.5 The Coast guard has not obtained any permits allowing discharge of materials to the waters of Women's Bay in Kodiak, AK. The Applicator is responsible for containment of all materials such as spent abrasives, removed existing coatings, and over spray so they do not reach the water.

AES001499

1.1.6    The Applicator shall use the best practices of the trade, and when not in conflict with these specifications use the applicable portions of SSPC-PA Volume 1, Shop, Field and Maintenance Painting.

1.1.7    Where a conflict exists between this Specification, the referenced standards, and the Manufacturers' product data sheets, this Specification applies.

1.1.8    The Applicator shall perform Quality Control in accordance with an approved Quality Control plan and Section 3.5 APPLICATOR QUALITY CONTROL.

1.1.9    The Owner, Contractor, Engineer and Contractor's Inspector shall have access to all stages of the work with the right to inspect such work and material for compliance to these specifications. All such work shall be subject to the approval of the Contractor, Contractor's Inspector, and Engineer. Failure of the Owner, Contractor, or Engineer to discover or reject defective work or materials shall not be construed as an acceptance of such work or material.

1.1.10   The Applicator shall assume responsibility for all work performed without proper notice to the Contractor's Representative, when such work was known by the Applicator to be contrary to such requirements.

1.1.11   The Applicator shall call for and obtain all required Municipal, State, and Federal agency permits, including plan review, building, and containment permits. The permit fees shall be paid for by the Applicator.

1.1.12   The Applicator shall comply with codes ordinances, rules, regulations, and other legal requirements of public authorities that bear on the performance on the work.

1.1.13   In the event of any observed variation between the Contract Documents and the legal requirements, promptly notify the Contractor's Representative in writing, in which appropriate changes and modifications to the Contract Documents will be initiated by the Contractor's Representative and furnished to the Applicator.

1.1.14   The Owner will make available space, as reasonable, for storage and staging of the Contractor's materials and equipment, subject to the following controls:

1.1.14.1    Use of such areas shall be covered by the Applicator's insurance.

1.1.14.2    Storage shall be maintained in a neat and orderly condition at all times, conforming to the fire and safety regulations.

1.1.14.3    Fire lanes and required exit pathways shall be kept free and unobstructed at all times.

1.1.14.4    Do not impose loads that might impair the structural integrity of any existing structures.

1.1.14.5    Do not unreasonably encumber the site with equipment and materials.

SECTION 09967                          PAGE 3                          JUNE 21, 2001

AES001500

1.1.14.6   The cargo wharf and extension will be used by the USCG 24 hours per day, 7 days per week.  The Applicator and Contractor must coordinate their activities so as not to hinder the USCG mission.

## 1.2   WARRANTY AND ONE YEAR INSPECTION

1.2.1   Material and workmanship shall be warranted by the Applicator for a minimum of one year.

1.2.2   The Owner, Contractor, and Applicator shall perform an inspection one year after completion of the project.  The Applicator shall correct all failed coatings to project specifications at no expense to the Owner or Contractor.

## 1.3   APPLICABLE STANDARDS

1.3.1   This section is a listing of references used in this Specification.  Comply with the latest revision of the references at the time of bid.

Alaska Statute (AS)

| | |
|---|---|
| 18.63 | "Hazardous Painting Certification" |

Alaska Administrative Code (AAC)

| | |
|---|---|
| 18 AAC 70 | "Water Quality Standards" |

American Society for Testing and Materials (ASTM)

| | |
|---|---|
| B117 | "Standard Practice for Operating Salt Spray (Fog) Apparatus" |
| B1212 | "Method of Measurement of Wet Film Thickness of Organic Coatings" |
| D4060 | "Standard Test Method for Abrasion Resistance of Organic Coatings by the Taber Abraser" |
| D4285 | "Standard Test Method for Indicating Oil or Water in Compressed Air" |
| D4541-95e1 | "Standard Test Method for Pull-Off Strength of Coatings Using Portable Adhesion Testers" |
| E337 | "Standard Test Method for Measuring Humidity with a Psychrometer (the Measurement of Wet-and Dry-Bulb Temperatures)" |
| G8 | "Standard Test Methods for Cathodic Disbonding of Pipeline Coatings" |
| G14-88 (1996) e1 | "Standard Test Method for Impact Resistance of Pipeline Coatings (Falling Weight Test)" |

NACE International

AES001501

| RP0188 | "Discontinuity (Holiday) Testing of Protective Coatings" |
| RP0287 | "Field Measurement of Surface Profile of Abrasive Blast Cleaned Steel Surfaces Using a Replica Tape" |
| RP0288 | "Inspection of Linings on Steel and Concrete" |
| NACE No. 2/SSPC-SP 10 | "Surface Preparation Specification No. 10 Near-White Blast Cleaning" |
| TM0175-75 | "Visual Standard for Surface of New Steel Centrifugally Blast Cleaned with Steel Grit and Shot" |
| RP0172 | "Surface Preparation of Steel and Other Hard Materials by Water Blasting Prior to Coating or Recoating" |
| NACE No. 2/SSPC-SP 10 | "Near-White Metal Blast Cleaning" |
| NACE No. 5/SSPC-SP 12 | "Surface Preparation and Cleaning of Steel and Other Hard Materials by High and Ultra-High Pressure Jetting Prior to Recoating" |

National Institute of Standards and Technology (NIST)

Certified Coating Thickness Standards for Nonmagnetic Coating on Steel

Steel Structures Painting Council (SSPC)

| SSPC-PA 1 | "Paint Application Specification No. 1 Shop, Field, and Maintenance Painting" |
| SSPC-PA 2 | "Paint Application Specification No. 2 Measurement of Dry Paint Thickness With Magnetic Gages" |
| SSPC-SP 1 | "Surface Preparation Specification No. 1 Solvent Cleaning" |
| SSPC-VIS 1 | "Visual Standard for Abrasive Blast Cleaned Steel (Standard Reference Photographs)" |
| SSPC-VIS 2 | Standard Method of Evaluating Degree of Rusting on Painted Steel Surfaces |

1.4     DEFINITIONS

| DFT | Dry film thickness |
| MSDS | Material Safety Data Sheet |
| OSHA | Occupational Safety and Health Administration |
| WFT | Wet film thickness |
| Pile | All sections of a pile, connected steel structure, and non-galvanized utility supports |
| Owner | United States Coast Guard |
| DESIGN BUILD TEAM | |
| Contractor | Brechan Enterprises, General Contractor |
| Prime Engineer | Tryk Nyman Hayes |
| Coating Engineer | Coffman Engineers |
| Applicator | Coating Sub-Contractor |
| COR | Contracting Officers Representative |

AES001502

1.5    SUBMITTALS

1.5.1    Submit items 1.5.2. through 1.5.8 and 1.5.11 for Engineer's approval prior to initiating work. Items 1.5.9 and 1.5.10 shall be submitted as specified.

1.5.2    Product Data

1.5.2.1    The Applicator shall submit coating manufacturer's product data sheet and MSDS's for all coatings, thinners, cleaning solvents, and blasting abrasives.

1.5.2.2    With the bid, the Applicator shall submit coating product test data. Provide independent test results for the following tests, at the specified DFT. Submit date of testing, name of test facility, and written certification that the formula of the product tested is the same as the product submitted for the project. If the test data is submitted for other than the specified DFT, for application with a primer, or otherwise differs from the specified application submit a detailed written explanation of the submitted data's applicability and reliability with the bid. See Section 2.1.4 for test result criteria.

    a.    B117-97 "Standard Practice for Operating Salt Spray (Fog) Apparatus "

    b.    D4060-95 "Standard Test Method for Abrasion Resistance of Organic Coatings by the Taber Abraser"

    c.    D4541-95e1 "Standard Test Method for Pull-Off Strength of Coatings Using Portable Adhesion Testers"

    d.    G8-96, "Standard Test Methods for Cathodic Disbonding of Pipeline Coatings"

    e.    G14-88 (1996) e1, "Standard Test Method for Impact Resistance of Pipeline Coatings (Falling Weight Test)"

1.5.2.3    Curing temperature-time schedules for all products.

    a.    The Applicator shall submit Specified minimum substrate temperature approved by the manufacturer for coating application.

    b.    The Applicator shall submit specified minimum cure times, at the range of anticipated substrate temperatures, approved by the manufacturer for immersion of the coated pile. Water temperature will have a strong influence on substrate temperature on this project.

    c.    The Applicator shall submit specified qualitative tests methods and acceptance criteria that can be done in the field to assure the coating is cured to manufacturers requirements prior to immersion.

1.5.2.4    The Applicator shall submit surface soluble chloride, cleanliness, profile requirements along with test methods, and acceptance criteria for all products and applications.

AES001503

1.5.2.5    The Applicator shall submit compatible field application and repair coating system and procedures.

1.5.2.6    Samples and Colors: Finish color shall be as stated in Tables 2.1.5.1 through 2.1.5.5. The Applicator shall submit color samples with the proposal, prior to the pre-construction coating conference. Submit two (2) sets of steel samples plates, 8 1/2 x 11 x 1/8 inches, and illustrating surface preparation and finish coat. The Engineer shall approve the surface preparation and finish color.

1.5.2.7    The Applicator shall submit project case histories describing the service life of the product in a similar application and environment.

1.5.2.8    The Applicator shall submit a product warranty and an application warranty.

1.5.3    Holidays Test Procedure complying with NACE International RP0188 (Latest Revision), "Discontinuity (Holiday) Testing of Protective Coatings".

1.5.3.1    The Applicator shall submit manufacturers approved holiday test procedure and equipment with voltage parameters. The entire coated surface of each pile shall be holiday tested by the Applicator's inspector.

1.5.4    Equipment Data

1.5.4.1    The Applicator shall submit equipment specifications and performance data for water blasting, abrasive blasting, solvent cleaning, air and substrate heating (if needed), coating heaters, and coating application equipment.

1.5.5    Plans

1.5.5.1    The Applicator shall submit a field application and repair coating plan. Include detailed description of the product and blasting media storage, equipment, shelters, scaffolding, air heaters (if needed), substrate heaters (if needed), coating heaters, procedures and capacity to provide specified pile cleaning, abrasive blasting, humidity control (if needed), temperature control (if needed), coating application, and repairs. Provide a plan for repairing piles not meeting DFT, holiday, adhesion, appearance, and all other requirements. Environmental and substrate conditions for field coating application and repairs must be accomplished and maintained throughout the coating process, and cure.

1.5.5.2    The Applicator shall submit a quality control plan and coating inspection forms for all surface preparation, coating application, and repair work is required. Provide an Applicator quality control and inspection plan for all work. At a minimum, include test method, frequency, and acceptance thresholds and tolerances of tests for substrate contamination, abrasive cleanliness and moisture content, air cleanliness and moisture content, substrate temperature, substrate cleanliness, blast profile, humidity, dew point, ambient temperature, wet and dry film thickness, holidays, and visual inspection.

AES001504

1.5.5.3    If Global Eco Technologies, Inc., Endura Flex 1988 expanded is applied submit a written procedure, test instrument manufacturer and model for determining the DFT of both the expanded and unexpanded layers.

1.5.5.4    The Applicator shall submit a plan for containment and disposal of spent abrasives, removed existing coatings, and over spray shall be submitted to the Owner's Contracting Officer for review. Approval of the plan does not relieve the Contractor of the requirement to prevent discharges of pollutants to navigable waters. The plan shall comply with current applicable State of Alaska regulations and Federal regulations. Detail containment equipment to be utilized, containment procedures, and disposal of contained material. If discharges are observed, work shall cease until the Contractor submits an amended plan, and receives approval form the Contracting Officer to recommence the work in accordance with the said amended plan.

1.5.6    Applicator shall provide manufacturer's written approval of coating application plans, quality control plans, and procedures including shipping, storage, cleaning, surface preparation, application, repairs, Applicator inspection, Contractor's inspection, and force curing, if used.

1.5.7    Qualifications

1.5.7.1    Coating Manufacturer:  Company specializing in manufacturing the products specified in this Specification with a minimum of 5 years documented experience.  The Applicator shall submit documentation of manufacturers' qualifications and successful use of the product on similar marine dock projects.

1.5.7.2    With the bid, the Applicator shall submit a summary of the coating manufacturers on site support.

1.5.7.3    Applicator:  Company specializing in performing the work of this Specification with a minimum of 5 years documented experience in blasting and coating marine or industrial structures similar in size to the Kodiak Dock, containment over water, and applying 100% Polyurethane coatings (or submitted product).  Provide documentation of Applicators' qualifications, manufacturers certification to apply the product, and successful application of the product on similar projects.

1.5.7.4    Painters and supervisors:  individuals specializing in performing work of this Specification with a minimum of 1 year documented experience in applying 100% Polyurethane coatings (or submitted product). Submittal of a current certification in accordance with State of Alaska statute AS 18.63 is required for each worker.

1.5.7.5    Manufacturers Certification:  Each coating applicator shall be certified by the manufacturer for application of the specific product used on the project.

1.5.8    The Applicator shall submit a letter of Specification compliance from the blast media supplier.

1.5.9    Applicators Inspection Report

AES001505

1.5.9.1    The Applicator shall submit completed "Coating Inspection Forms," (Section 1.5.5.2) daily to the Contractor's designated representative.

1.5.10  Contractors Inspection Reports

1.5.10.1    The Contractor's inspector shall submit completed Coating Inspection Reports daily to the Contractor.

1.5.11  The Applicator shall submit a Site Specific Health and Safety Plan.

1.6    ENVIRONMENTAL CONDITIONS

1.6.1    Start work only when ambient and curing temperatures are within limits of coating manufacturer's recommendations and the substrate temperature is at least 5 degrees F above dew point.

1.6.2    The field coating site conditions are sub-arctic marine. All coating preparation, coating application and other coating repairs shall be completed insitu over water. Average site ambient temperatures are: 38°F to 42°F in May; 44°F to 54°F in June; 48°F to 59°F in July; 49°F to 60°F in August' 45°F to 55°F in September; and 36°F to 46°F in October. Water temperatures average: 41°F to 44°F from May 15 to May 31, 44°F to 47°F in June; 46°F to 56°F in July; 50°F to 56°F in August; 48°F to 53°F in September; and 40°F to 48°F in October. May through October shall be known as the construction season. These average temperatures are for informational purposes only and it is recognized that large variations in temperatures outside of these values may occur.

1.6.3    The Applicator should expect precipitation in the form of rain and blowing rain throughout the construction season. Precipitation in the form of snow is anticipated October through April.

1.6.4    The Applicator should expect winds in up to 116 miles per hour and associated waves at the site.

1.6.5    The Applicator should expect 3-foot waves generated by weather and ships at the site.

1.6.6    Tide changes up to 15 feet in six hours occur and shall be considered when planning the work.

1.7    COORDINATION REQUIREMENTS

1.7.1    The Contractor shall coordinate all aspects of the project with the Owner including but not limited to vessel berthing, vessel traffic, vehicle traffic, vehicle access at the facility, and use of dock utilities.

1.7.2    The Applicator shall coordinate all coating related work with the Contractor and all other crafts.

AES001506

1.7.3   The Contractor and Applicator shall coordinate the following operations for field application or repair of coatings:

1.7.3.1     Temporary removal and subsequent re-installation of cathodic protection (CP) impressed current anodes as required to access piles for coating. The electrical connection to the CP impressed current anodes can remain intact while the anode is temporarily moved. The anode assembly is six feet long and weighs approximately 200 pounds. A vessel or float will be required to access some anodes that are removed or demolished prior to coating.

1.7.3.2     Removal of thermite welds attaching #8 grounding wires connecting armor shielding on #4 AWG Armored HMW/PE CP current supply cables at anode distribution boxes to the pile structure. The Contractor shall determine the actual number. These cables can be removed from the structure prior to coating then reinstalled after blasting or repaired after blasting if damaged. See 3.2.1.2 for removal, reinstallation, and repair procedures. These connections are located above Elevation 114'.

1.7.3.3     There are thermite welds attaching #8 insulated jumper cables to the pile structure from the negative CP circuit header. The Contractor shall determine the actual number. These #8 jumper cables can be removed from the structure prior to coating then reinstalled after blasting or repaired after blasting if damaged. See 3.2.1.2 for removal, reinstallation, and repair procedures.

1.7.3.4     There are six (6) thermite welds attaching #4/0 insulated cables to the pile structure from the negative connection on the rectifier. The #4/0 rectifier negative bond cables can be removed from the structure by the Applicator prior to coating then reinstalled after blasting or repaired after blasting if damaged. See 3.2.1.2 for removal, reinstallation, and repair procedures.

1.7.3.5     There are several cable to pile structure connections where the thermite weld is made to a steel plate and the plate is welded to the structure with skip welds. At these locations remove the cable from the plate, eliminate the steel plate, grind the welds flush prior to coating and connect the cable directly to the structure with a thermite weld. See Section 3.2.1.2 for procedures.

1.7.3.6     CP electric cable from the rectifiers to rectifier distribution boxes, from rectifier distribution boxes to anode distribution boxes, and from anode distribution boxes to anode splice boxes will be removed as part of the project scope. Anode distribution boxes and rectifier distribution boxes will be removed as part of the project scope. Supports for the above cable and boxes will be removed as part of the project scope. Surface preparation and coating at removed cable and box locations is in the scope of work.

1.7.3.7     New CP electric cable and supports will be installed from existing rectifiers to new anode shunt boxes and from new anode shunt boxes to each existing anode splice boxes. The location of the new anode shunt boxes is above the 119' elevation and not in the coating scope of work. Surface preparation and coating at new cable support locations below the 119' elevation and existing anode splice box supports are in the scope of work.

AES001507

1.7.3.8    CP electric cable and cable supports exist between anode splice boxes and the anode. Temporarily remove these cables and supports for blasting, coatings, curing, and inspection as needed. Replace these cables and cable supports on completion of the coating scope of work.

1.7.3.9    A number of the utility hangers and braces were welded to the piles with fillet welds on one side only of the member. All metal to metal connections shall be seal welded prior to coating. An estimated 100 feet of seal welding will be required. The Contractor or Applicator will seal weld prior to surface preparation as required in 3.2.1.2.

1.7.3.10    The Contractor or Applicator will temporarily ~~REWORK~~    er utilities as required to access all surfaces for blasting, coating, c~

1.7.4    Restrict all operations to the areas assigned for st                            essary operations, and do not permit the disturbance of any area                    perations, or shown as limits of construction under this Contract.

1.7.5    Employ all means necessary to avoid the accumulation of debris and construction residue, and avoid the spread of dust, overspray, blast media, blast debris, and noxious odors.

1.8    PRE-CONSTRUCTION COATING CONFERENCE

1.8.1    Prior to mobilization to the site and commencement of any fieldwork, a pre-construction coating conference shall be held.

1.8.2    Applicator personnel required to attend are as follows:

1.8.2.1    Applicator Foreman or Site Superintendent

1.8.2.2    Chief Blaster

1.8.2.3    Chief Paint Applicator

1.8.3    In addition, attendance by a technical representative of the coating manufacturer for the project is required.

1.8.4    The Contractor's Coating Inspector and the Contractor's representative shall also attend.

1.8.5    At the coating conference, the Applicator shall submit his work plans detailing traffic control and coordination, the typical sequence of work, coordination of CP work, abrasive blasting, blast damage protection, rigging, safety, lighting, containment, clean up, quality control, coating application, equipment used, curing, stripe coating, coating repairs, overspray protection, traffic plan, and blasting/coating project schedule. Submit certificates, resumes, and all other submittals not previously approved by the Engineer. The Applicator shall submit in writing and discuss how progress and quality control records will be kept for the documentation of all work performed, schedule in all sequences to include hours per shift, number of shifts, and all manpower. Plans for containment and rigging shall be presented and reviewed. List all equipment in detail, including compressor sizes, number of blast nozzles and length of blast hoses, coating equipment, and length of hoses. The Applicator shall present the surface

AES001508

preparation and paint application written recommendations and instructions provided by the paint manufacturer for discussion. Permissible areas for the Applicators use during the project will be discussed and the lines of communication established between the parties. The Applicator will explain the intended method of surface preparation, waste entrapment, waste recovery, and waste disposal including attachments to the structures. The Applicator shall also submit the above in writing prior to start up.

1.8.6   The coating manufacturers representative shall provide any comments on the specification and the Applicators plans necessary for correct coating application and obtaining warranty by the manufacturer. In addition, the manufacturer will describe his plan for supporting the Applicator throughout the project.

## 1.9     SAFETY AND HEALTH PRECAUTIONS

1.9.1   Some materials listed in this Specification contain compounds that are toxic. Follow safety procedures as recommended by the manufacturer. Work in a well ventilated area. Provide, and require workers to use, impervious clothing, gloves, face shields, and other appropriate protective clothing necessary to prevent eye and skin contact with coating materials. Keep coatings away from heat, sparks and flame.

1.9.2   The work will occur over a waterway with marine traffic. Much of the work will be greater than 6 feet above the water. The applicator shall take precautions appropriate to these and other hazards associated with the work.

1.9.3   The Contractor and Applicator shall have the responsibility to follow all applicable OSHA, EPA and other state and local regulations concerning safety and environmental standards. In addition, abide by all safety precautions noted on the Manufacturer's product data sheets and MSDS.

1.9.4   The Applicator shall prepare a Site Specific Health and Safety Plan (SSHSP) covering on-site work to be performed under this contract. The Applicator's Safety and Health Manager shall be responsible for the development, implementation, and oversight of the SSHSP. The SSHSP shall establish, in detail, the protocols necessary for the recognition, evaluation, and control of all hazards associated with each task performed by the Applicator. The SSHSP shall address site-specific safety and health requirements and procedures based on site-specific conditions. The level of detail provided in the SSHSP shall be tailored to the type of work, complexity of operation to be performed, and anticipated hazards.

1.9.5   The existing coating on the structures is anticipated to contain polycyclic aromatic hydrocarbons (PAH) and lead. The Contractor shall test existing coatings for PAH's, 8 RCRA metals, and lead. The original dock and dock extension were coated at different times with different products.

## 1.10    SEQUENCE OF WORK

1.10.1 The intent is to recoat the Cargo Wharf Extension (Drawing C0-1) first and this construction season; Bents 1 through 15 of the Original Cargo Wharf (Section 2A, Drawing CO-

AES001509

2) next and this construction season; bents 16 through 33 of the Original Cargo Wharf (section 2B, Drawing CO-2) last and next construction season.

1.10.2  The Applicator shall submit bids delineating separate costs for recoating each of the three sections listed above.

PART 2 - PRODUCTS

2.1    COATING SYSTEMS

2.1.1    The applied coatings shall be compatible. The coating manufacturer shall approve the products to be applied as a coating system. The properties of the coating products and coating system shall meet specified test data requirements. The coating product submittals and other submittals listed in Section 1.5 SUBMITTALS shall be reviewed and approved by the Engineer prior to starting any work.

2.1.2    Service temperature requirements are -20°F to 100°F. Service conditions also include impressed current cathodic protection, extreme tides, and seawater with silt content, sea ice, high wind, waves, and impact by marine vessels and floating debris.

2.1.3    Do not tint, shade, or modify the coating formulation at the job site.

2.1.4    Minimum coating performance test values for coatings submitted for engineering approval are:

2.1.4.1    Abrasion Resistance per D4060-95, less than 55 mg loss/1000 cycles with CS-22 or CS 17 wheel at applied DFT.

2.1.4.2    Impact resistance per ASTM G-14, greater than 100 in-lbs @ 75°F at applied DFT.

2.1.4.3    Cathodic Disbondment per ASTM G-8, less than 12mm @ 28 days (1.5 V @ 3% NaCl) at applied DFT.

2.1.4.4    Adhesion per ASTM D-4541, greater than 1,000 psig at applied DFT.

2.1.4.5    Salt Spray Resistance per ASTM B-117, 1,000 hours with no blisters at applied DFT.

AES001510

2.1.5  Use the acceptable coating systems and DFT's listed in the tables below or engineer approved equal.

2.1.5.1

| PRODUCT & NUMBER OF COATS | Color | Coating Thickness (DFT Mils) | | |
|---|---|---|---|---|
| | | Minimum | Maximum | Average Total |
| Product 1 Specialty Polymer Coatings, SP-1864 spray grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |
| Repair Product 1A Specialty Polymer Coatings, SP-1864 spray or brush grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |
| Repair Product 1B Specialty Polymer Coatings, SP-1842 brush grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |

2.1.5.2

| Coating System No. 2 | | | | |
|---|---|---|---|---|
| PRODUCT & NUMBER OF COATS | Color | Coating Thickness (DFT Mils) | | |
| | | Minimum | Maximum | Average Total |
| Product 2 Specialty Polymer Coatings, SP-1386 spray grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |
| Repair Product 2A Specialty Polymer Coatings, SP-1386 spray or brush grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |
| Repair Product 2B Specialty Polymer Coatings, SP-1842 brush grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |

AES001511

2.1.5.3

| Coating System No. 3 | | | | |
|---|---|---|---|---|
| PRODUCT & NUMBER OF COATS | Color | Coating Thickness (DFT Mils) | | |
| | | Minimum | Maximum | Average Total |
| Product 3 *Global Eco Technologies, Inc.* Endura Flex 1988 Elastomeric Polyurethane spray grade, single coat. The expanded EF-1988 is applied to the substrate followed by a layer of un-expanded EF-1988 in a single application. | EF-1988 Standard Off-White | 56 Expanded and 18 Un-Expanded | 64 Expanded and 22 Un-Expanded | 60 Expanded and 20 Un-Expanded |
| Repair Product 3A *Global Eco Technologies, Inc.* Endura Flex 1988 Elastomeric Polyurethane spray grade, single coat. The expanded EF-1988 is applied to the substrate followed by a layer of un-expanded EF-1988 in a single application. | EF-1988 Standard Off-White | 56 Expanded and 18 Un-Expanded | 64 Expanded and 22 Un-Expanded | 60 Expanded and 20 Un-Expanded |

2.1.5.4

| Coating System No. 4 | | | | |
|---|---|---|---|---|
| PRODUCT & NUMBER OF COATS | Color | Coating Thickness (DFT Mils) | | |
| | | Minimum | Maximum | Average Total |
| Product 4 *Global Eco Technologies, Inc.* Endura Flex 1988 Elastomeric Polyurethane spray grade, single coat unexpanded. | EF-1988 Standard Off-White | 56 Un-Expanded | 64 Un-Expanded | 60 Un-Expanded |
| Repair Product 4A *Global Eco Technologies, Inc.* Endura Flex 1988 Elastomeric Polyurethane spray grade, single coat unexpanded. | EF-1988 Standard Off-White | 56 Un-Expanded | 64 Un-Expanded | 60 Un-Expanded |

AES001512

2.1.5.5

| Coating System No. 5 | | | | |
|---|---|---|---|---|
| PRODUCT & NUMBER OF COATS | Color | Coating Thickness (DFT Mils) | | |
| | | Minimum | Maximum | Average Total |
| Product 5 *Carboline, Inc.* Polybrid 705 Polyurethane spray grade, single coat | Carboline Polybrid 705 Standard Tan | 36.0 | 44.0 | 40.0 |
| Repair Product 5A *Carboline, Inc.* Polybrid 705 Polyurethane spray grade, single coat | Carboline Polybrid 705 Standard Tan | 36.0 | 44.0 | 40.0 |

## 2.2   COATING MATERIALS HANDLING

2.2.1   Deliver all coating materials to the project in the original unopened containers with plainly marked packaging identifying the name of the Manufacturer, product, date of manufacture, shelf life, batch number, and destination.

2.2.2   Time, temperature, and humidity limitations for each of the coating system components shall be maintained in strict accordance with coating manufacturer's recommendations during shipping and storage.  If the coating materials freeze or are overheated, reject the coating materials and immediately notify the Engineer.

2.2.3   Only new materials shall be used.  Stocks of materials whose shelf life has expired shall not be used.

2.2.4   Paint or blast media that is not in compliance with these specifications or any manufacturers recommendations shall not be used, shall be immediately marked, and immediately removed from the job site.

2.2.5   Adequate quantities of materials shall be on the job site to satisfy the recoating and coating repair circumstances of the project

## 2.3   ABRASIVE BLASTING MEDIA

2.3.1   Abrasives shall be either sharp grit, garnet, nickel slag, or aluminum oxide and meet the following requirements:

2.3.1.1   Contain less than 1% free silica.

2.3.1.2   Be free of harmful quantities of toxic metals.

2.3.1.3   Contain less than 20-ppm water-soluble chlorides.

AES001513

2.3.1.4     Contain less than 200-ppm water-soluble sulfates

2.3.1.5     Be free of clay, limestone, shells, undersize and oversize particles, organic material and other detrimental foreign material.

2.3.1.6     Be of the proper size and material to provide the coating manufacturers required surface profile.

2.3.1.7     Applicator must obtain certification from the abrasive supplier that the abrasive meets the above requirements.

## PART 3 - EXECUTION

## 3.1     SURFACES TO BE COATED

3.1.1     New coatings shall be applied to all dock piles and non-galvanized metal dock structure between the lower elevation of 107' and the upper elevation of 119', which is the underside of the dock. The scope also includes all conduit supports, pipe supports, and all other metal between elevations 107' and 119' that are not galvanized. Pipe shall be temporarily lifted as required to provide access for coating all support surfaces. In general, the word "pile" in the specification refers to all surfaces to be coated as described above.

3.1.2     Coating of conduit, pipe, pipe rollers and pipe slide shoes are not included in the scope of work.

3.1.3     Care must be taken to prevent damage to other dock features, which include pipe insulation, conduit, cathodic protection cables, impressed current cathodic protection anodes, pipe, valves, steam taps, and other utility equipment. The cost of repair of all damage caused by blasting and coating activities shall be paid by the Applicator.

3.1.4     The Contract Drawings and Specifications do not purport to describe construction information in absolute detail. An Applicator site visit is required prior to bidding and starting work.

## 3.2     NON-COATING WORK TO BE PERFORMED BY THE COATING APPLICATOR

3.2.1.1     There may be some non-coating work that will most economically performed by the Applicator due to access and coordination issues. The Applicator and Contractor will coordinate all non-coating work, including items in Section 1.7.

3.2.1.2     Utilize the following procedure where CP cables will be reconnected to the structure.

   a.     Cut the existing wire as close to the Thermite weld as possible.

   b.     Secure the wire out of harms way to prevent damage when blasting.

   c.     Grind off the weld on the structure.

   d.     Blast the structure.

AES001514

    e.    Reconnect the wire to the structure with a new Thermite weld. A vertical weld mold is required for vertical pile surfaces.

    f.    Clean the weld area to coating standards.

    g.    Coat the pile and weld area with the pile coating.

3.2.1.3    Seal welding with a minimum fillet weld size of 3/16" shall be performed prior to blasting.

3.2.1.4    All impressed current anodes between Elevation 107' and 119' shall be removed prior to blasting and reinstalled on completion of coating inspection. A number of impressed current anodes will be removed, relocated, or replaced as part of the project.

## 3.3    SURFACE PREPARATION

3.3.1    The Applicator shall take steps necessary to meet all surface preparation criteria prior to coating application.

3.3.2    Water Jet Cleaning:

3.3.2.1    Remove all loose rust, loose mill scale, loose marine growth, and loose coatings to NACE No. 5/SSPC-SP12, condition WJ-4 per Table 1"Visual Surface Preparations Definitions".

3.3.3    All cleaned surfaces to be coated shall be visually checked by the Applicator for surface imperfections, including slivers, scabs, weld spatter, and gouges. All edges, including welds, shall be rounded to 1/8" radius, minimum, and prior to abrasive blasting. Remove all slivers, scale, weld splatter, and other imperfections by filing, grinding or other suitable means prior to abrasive blasting. If the surface to be coated is polished or burnished in any of the above processes after abrasive blasting, restore the anchor pattern by re-blasting the repaired area prior to coating application.

3.3.4    The surfaces to be coated shall be abrasive blast cleaned as specified by the manufacturer to achieve the surface cleanliness and anchor profile specified by the manufacturer with a minimum cleanliness standard of NACE No. 2/SSPC-SP 10. An angular tooth profile of the depth recommended by the manufacturer is required.

3.3.5    Following blast cleaning and prior to heating the surfaces to be coated (if required), abrasives remaining shall be removed by air blast, vacuum, or other suitable method as recommended by the manufacturer.

3.3.6    All surfaces shall be inspected by the Applicator for surface cleanliness, contamination, and anchor profile prior to coating.

3.3.7    All surfaces to be coated not meeting the degree of surface cleanliness and specified anchor profile shall be rejected and recleaned at the Applicator's expense.

AES001515

3.3.8  All surfaces to be coated accepted as meeting the surface cleanliness and anchor profile requirements shall be coated before any flash rusting or surface contamination occurs.

## 3.4    COATING APPLICATION

3.4.1  Only the coating material specified shall be applied to the pile or attachments in accordance with the approved coating application plan.

3.4.2  At a minimum before initial start-up, all application equipment including pots, hoses, and guns shall be thoroughly cleaned to remove all residual product and contaminants. The coating manufacturer shall approve all application equipment and new equipment shall be used if required by the manufacturer.

3.4.3  All application equipment including pots, hoses, and guns shall be cleaned and maintained daily.

3.4.4  For application of the coating, the pile temperature shall be within the tolerances of the manufacturer. The surface temperature range shall be maintained in accordance manufacturers requirements throughout the coating and curing process.

3.4.5  The pile shall be continually checked for proper temperature by the Applicator prior to coating with a surface thermometer or an optical pyrometer, which must be calibrated once each day.

3.4.6  Coating material shall be applied uniformly to the pile to the thickness specified using good commercial practice and adhering to the manufacturer's requirements. Apply coatings so that finished surfaces are free from runs, sags, brush marks and variations in color.

3.4.7  Apply coating to dry surfaces less than 4 hours after near-white blast cleaning and prior to contact with rain, seawater, and any other contamination.

3.4.8  Dry Film Thickness:

3.4.8.1    Provide total system minimum dry film thickness specified in Tables 2.1.5.1 through 2.1.5.5. Measure using a magnetic or other approved gage.

3.4.9  The coating shall be cured according to the approved temperature-time schedule and cure test method submitted by the manufacturer. The cure shall be completed prior to contact with rain, ocean water, and other contaminants.

3.4.10  Pile with coating that is not satisfactorily cured shall be completely cleaned, re-blasted and re-coated at the Applicator's expense.

## 3.5    APPLICATOR QUALITY CONTROL

3.5.1  The Applicator shall perform quality control procedures as described in the approved Quality Control Plan throughout the coating process to assure that the piles are being coated to these specifications. All pile with non-conforming coating shall be repaired or recleaned and

AES001516

recoated at Applicator's expense. Applicator's inspection reports shall be submitted daily and at the completion of the project.

3.5.2   The Applicator shall have a person designated as their inspector on site 100% of the time while coating preparation or application work is being performed. The inspector shall audit the work at each stage of the coating process, shall perform inspections listed below at each stage of the coating process, and inspect the finished coated pile.

3.5.3   At any time during the project a coated pile or attachment is found which does not meet the specifications or exhibits poor adhesion the Applicator shall immediately take steps to correct the problem.

3.5.4   All pile or attachments coated before and after a pile not meeting specifications shall be inspected until the beginning and end of the problem is established.

3.5.5   Each pile shall be uniquely and consecutively numbered by the Applicator with a permanent marking material near both ends prior to initial inspection.

3.5.6   The Applicator shall inspect application equipment and coating products for conformance to the Specification and the manufacturers recommendations prior to and during each coating application.

3.5.7   Record and report the following daily and by shift:

3.5.7.1   Hours worked, number and type of workers.

3.5.7.2   Type and quantity of blast media used.

3.5.7.3   Type and batch number of coatings used.

3.5.7.4   Location, quantity, and quality of surface preparation.

3.5.7.5   Location and quantity of coating applied.

3.5.7.6   Details of coating applications/mixing including coating material and substrate temperature.

3.5.7.7   Location and quantity of coatings repairs.

3.5.7.8   The Applicator shall perform daily inspection of all cleaning, surface preparation, coating, and air supply equipment for the presence of oil and other contaminants is required of the Applicator. D4285, "Standard Test Method for Indicating Oil or Water in Compressed Air" shall be performed daily by the Applicator, at a minimum, on all equipment supplying air to the coating process.

3.5.8   The Applicator shall inspect every pile for conformance to the specifications for surface imperfections, edge radius, surface cleanliness, anchor profile, ambient air temperature, substrate temperature, humidity, dew point, substrate soluble salt contamination, wet film thickness

AES001517

(WFT), dry film thickness (DFT), appearance, cure prior to immersion, adhesion, holidays, and other criteria in this specification. The applicator shall record and submit daily reports for the tests listed below.

3.5.8.1    See Section 3.3.3 for surface imperfections and edge radius criteria.

3.5.8.2    Surface cleanliness acceptance criteria is NACE No. 2/SSPC-SP 10 and shall determined by comparison with SSPC-VIS 1-89. Additionally, dust, abrasives, and other loose contaminants shall be completely removed.

3.5.8.3    The anchor profile shall be measured with Testex Press-O-Film per NACE RP-0287. Measure the anchor profile at the start of each shift, at one representative location on each pile (minimum), and whenever the profile is suspected of not complying with the specifications.

3.5.8.4    Record the ambient air temperature, substrate temperature, humidity, and dew point four times each shift worked. Substrate temperature shall fall within the manufacturers approved parameters and be at least 5° F above the dew point.

3.5.8.5    Substrate soluble salt contamination shall be quantitatively tested with an upper limit of 20 parts per million. Testing shall be done immediately prior to coating application at locations representative of the days work. If test results higher than 20 ppm are found then testing shall be performed to identify the extent of contamination. A suggested method using "Quantab Test Strips" is described in NACE Publication 6G186, Item No. 54257, "Surface Preparation of Contaminated Surfaces".

3.5.8.6    Coating material temperature shall be within the manufacturers approved parameters.

3.5.8.7    The wet film thickness (WFT) shall be checked by the Applicator to assure adequate coatings are being applied. If the WFT testing process adversely effects the coating thickness or quality, the Applicators shall take appropriate corrective measures.

3.5.8.8    The DFT shall be measured on fully cured coatings. DFT parameters listed in Tables 2.1.5.1 through 2.1.5.5 shall be maintained. The coating thickness shall be checked with an SSPC-PA 2, Type I or Type II gauge, calibrated to SSPC-PA 2 requirements. Each pile and attachment shall be inspected for DFT per SSPC-PA-2 with a minimum, 3 groups of 5 measurements on each pile.

3.5.8.9    If Global Eco Technologies, Inc., Endura Flex 1988 expanded is applied the DFT of the expanded and unexpanded portions of the coating shall be measured with an instrument capable of differentiating the two layers. The instrument shall be approved by the engineer and supplied by the Applicator.

3.5.8.10    The coating shall be free of foreign matter, blisters, runs, sags, pinholes, skips, barber poling, dry spray, orange peel, and other irregularities.

3.5.8.11    Use the approved manufacturers qualitative test method and test acceptance criteria to determine if the coating is cured prior to immersion. Each pile shall be tested for cure prior to

AES001518

immersion. If a coating is immersed before it is adequately cured it shall be re-blasted and recoated.

3.5.8.12    Holiday test fully cured coatings on the entire structure using methods and voltages in NACE RP0188 (Latest Revision), "Discontinuity (Holiday) Testing of Protective Coatings" and the manufacturers approved holiday test procedure. The voltage setting shall be set for the actual thickness of the coating being tested. All holidays shall be marked. Pile and attachments not meeting the holiday requirements shall have the holidays repaired as specified in Section 3.7.

3.5.8.13    The Applicator shall check coating adhesion on the first pile and one pile in every five using the method herein described. Using a utility knife, cut through the coating to the substrate, creating an "X" pattern. At the intersection of the "X", insert the tip of the blade under the coating. Using a levering action, the coating should demonstrate a definite resistance. For proper adhesion, the coating shall not strip or peel when the knife is moved in a "whittling" motion against the pile surface. The test shall be conducted within 3" of the lower end of the coating.

3.5.8.14    Using D4541-95e1 "Standard Test Method for Pull-Off Strength of Coatings using D4541-95e1, the Applicator's Inspector shall test once daily, a minimum of one test per 1,000 square feet of coating applications, and a minimum of one test per 100 square feet of repairs. Locations where coatings are added to meet DFT requirements are considered repairs. Test to 100 psig less than the manufacturers submitted performance data. The cost of repairs from this test shall be bourn by the Applicator.

3.5.9    The Contractor's Inspector shall be notified prior to and provided access and opportunity to witness Applicator inspections.

3.5.10    Upon completion of coating and prior to removal of access, each coated pile and attachment shall be given a final inspection by the COR, Applicator's and Contactor's Inspector. All deficiencies shall be corrected at this time. Any portions of the coating not documented for coating thickness, adhesion, cure, holidays, and visible defects shall be inspected, documented, and corrected.

## 3.6    CONTRACTORS QUALITY ASSURANCE

3.6.1    The Contractor shall provide a designated Coating Inspector on site 100% of the time while coating preparation or application work is being performed. The Contractor's inspector shall audit the work, witness Applicator inspections, perform inspections listed below at each stage of the coating process, and shall inspect the finished coated pile.

3.6.2    The Contractor's inspector shall inspect every pile for conformance to the specifications for surface imperfections, edge radius, surface cleanliness, anchor profile, coating thickness (DFT), appearance, and cure prior to immersion. The Contractor's inspector shall record and report results for the tests listed below.

3.6.2.1    See 3.3.3 for surface imperfections and edge radius criteria.

AES001519

3.6.2.2    Surface cleanliness shall be NACE No. 2/SSPC-SP 10 and determined by comparison with SSPC-VIS 1-89. Additionally, dust, abrasives, and other loose contaminants shall be completely removed.

3.6.2.3    The anchor profile shall be measured with Testex Press-O-Film per NACE RP-0287. Measure the anchor profile at the start of each shift, at one representative location on each pile (minimum), and whenever the profile is suspected of not complying with the specifications.

3.6.2.4    The DFT shall be measured on fully cured coatings. DFT parameters listed in Tables 2.1.5.1 through 2.1.5.5 shall be maintained. The coating thickness shall be checked with an SSPC-PA 2, Type I or Type II gauge, calibrated to SSPC-PA 2 requirements. Each pile and attachment shall be inspected for DFT per SSPC-PA-2 with a minimum, 3 groups of 5 measurements on each pile.

3.6.2.5    The coating shall be free of foreign matter, blisters, runs, sags, pinholes, skips, barber poling, dry spray, orange peel, and other irregularities.

3.6.2.6    Use the approved manufacturers qualitative test method and test acceptance criteria to determine if the coating is cured prior to immersion. Each pile shall be tested for cure prior to immersion. If a coating is immersed before it is adequately cured it shall be re-blasted and recoated.

3.6.3    Upon completion of coating and prior to removal of access, each coated pile and attachment shall be given a final inspection by the Applicator's and Contactor's Inspector. Any portions of the coating not documented for coating thickness, adhesion, cure, holidays, and visible defects shall be inspected and documented.

3.6.4    The Applicator's inspector shall be notified prior to and provided access and opportunity to witness Contractor's inspections.

3.7    COATING REPAIRS

3.7.1    All repairable defects disclosed by the holiday detector, DFT measurements, adhesion tests, and visual inspection shall be repaired by the Applicator in a manner complying with the approved coating plan.

3.7.2    Coating Repairs Products

3.7.3    Repairs shall be made with originally applied product or as listed in the product system Tables 2.1.5.1 through 2.1.5.5. The manufacturer and the Engineer shall approve any substitutions in writing.

END OF SECTION

AES001520