*To Matt from Jason*

**Jason Peterson**

     Jason Peterson
**Sent:**  Monday, December 02, 2002 2:19 PM
**To:**  'Matt Holmstrom'
**Subject:** RE: Kodiak 2002 Coating Specification Exclusions

att, just to reaffirm this, so you put money into thse items, AESI is excluding the following items from the finalized specifications: ige 8 - 1.7.3.1 through 1.7.3.7 on page 9; page 13 - 3.2.1.2 - a., b., c. and e. AESI will perform d., f. and g.; 3.2.1.3 seal ılding, we will caulk(seal) the welds, not seal weld and lastly AESI is excluding 3.2.1.4 on page 13. Matt, note on 1.7.3.6 on ige 9, AESI will *perform* the painting related work such as the weld cleaning and stripe coat portion of 1.7.3.6.

ıson

    -----Original Message-----
    **From:** Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
    **Sent:** Friday, November 29, 2002 11:52 AM
    **To:** Jason Peterson
    **Subject:** RE: Kodiak 2002 Coating Specification

    Jason - I need the complete 12 digit CSI number for the "cofferdams". Cofferdams are not in 02600. Also, what Means book did this come from? It's not in the "Facilities Construction Cost Data" book. So I will have to tell the CG which book it's from. The CG project manager is going to be here starting Tuesday morning, so I need this info Monday morning. thanks. Matt

        -----Original Message-----
        **From:** Jason Peterson [mailto:jasonp@absoluteenv.com]
        **Sent:** Wednesday, November 27, 2002 2:55 PM
        **To:** 'Matt Holmstrom'
        **Subject:** RE: Kodiak 2002 Coating Specification

        487-2587

        Matt, I corrected the spelling on dehumidifier

2/02/2002

Ex. 88   Date 2-13-06
Witness Olson
S. WARNICK 907-258-7100

Exhibit 12

AES001542