RE: Kodiak 2002 Coating Specification                                Page 1 of 1

*To Matt / From Jason*

## Jason Peterson

From: Jason Peterson
Sent: Monday, December 02, 2002 2:19 PM
To: 'Matt Holmstrom'
Subject: RE: Kodiak 2002 Coating Specification Exclusions

Matt, just to reaffirm this, so you put money into thse items, AESI is excluding the following items from the finalized specifications: Page 8 - 1.7.3.1 through 1.7.3.7 on page 9; page 13 - 3.2.1.2 - a., b., c. and e. AESI will perform d., f. and g.; 3.2.1.3 seal welding, we will caulk(seal) the welds, not seal weld and lastly AESI is excluding 3.2.1.4 on page 13. Matt, note on 1.7.3.6 on page 9, AESI will *perform* the painting related work such as the weld cleaning and stripe coat portion of 1.7.3.6.

Jason

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Friday, November 29, 2002 11:52 AM
To: Jason Peterson
Subject: RE: Kodiak 2002 Coating Specification

Jason - I need the complete 12 digit CSI number for the "cofferdams". Cofferdams are not in 02600. Also, what Means book did this come from? It's not in the "Facilities Construction Cost Data" book. So I will have to tell the CG which book it's from. The CG project manager is going to be here starting Tuesday morning, so I need this info Monday morning. thanks. Matt

-----Original Message-----
From: Jason Peterson [mailto:jasonp@absoluteenv.com]
Sent: Wednesday, November 27, 2002 2:55 PM
To: 'Matt Holmstrom'
Subject: RE: Kodiak 2002 Coating Specification

*487-2587*

Matt, I corrected the spelling on dehumidifier

Ex. 14  Date 3-31-06
Witness Peterson
S. WARNICK 907-258-7100

12/02/2002                          Exhibit 13

BEI1063
38599-0012