| ORDER FOR SUPPLIES OR SERVICES | | PAGE 1 | OF PAGES 2 |
|---|---|---|---|

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. (if any) | 6. SHIP TO: |
|---|---|---|
| 12/12/2002 | DTCG50-02-D-643J55 | a. NAME OF CONSIGNEE |
| 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. | FD &#38; CC Pacific |
| DTCG50-03-F-643P92 | 2403503643P92 | |

5. ISSUING OFFICE (Address correspondence to)
FD & CC Pacific
915 Second Ave, RM 2664
Seattle WA 981741011

b. STREET ADDRESS
915 Second Ave, RM 2664
2664
Attn: ANDY S. BROWN

c. CITY: Seattle   d. STATE: WA   e. ZIP CODE: 981741011

7. TO: W. E. Oliver
a. NAME OF CONTRACTOR: Brechan Enterprises, Inc.
b. COMPANY NAME:
c. STREET ADDRESS: 2705 Mill Bay Road
d. CITY: Kodiak   e. STATE: AK   f. ZIP CODE: 99615

f. SHIP VIA

8. TYPE OF ORDER
[ ] a. PURCHASE
[✓] b. DELIVERY

Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATIONS DATA
26301, 13343013/46000/3227/33S01171V/V

10. REQUISITIONING OFFICE
FD&CC Pacific

11. BUSINESS CLASSIFICATION (Check appropriate box(es))
[✓] a. SMALL   [ ] b. OTHER THAN SMALL   [ ] c. DISADVANTAGED   [ ] d. WOMEN-OWNED

12. F.O.B. POINT: Destination
13. PLACE OF
a. INSPECTION: Destination   b. ACCEPTANCE: Destination
14. GOVERNMENT BL. NO.: N/A
15. DELIVER TO F.O.B. POINT ON OR BEFORE (Date): 12/29/2002
16. DISCOUNT TERMS: Net 14

17. SCHEDULE (See reverse for Rejections)

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| 00001 | Provide labor, materials and equipment to provide steel waterfront coating services on the original Cargo Wharf, Bents 12-33 Continued ... | 1.00 | LS | 1,413,020.00 | 1,413,020.00 | |

18. SHIPPING POINT
19. GROSS SHIPPING WEIGHT
20. INVOICE NO.

21. MAIL INVOICE TO:
a. NAME: Commanding Officer USCG FDCC PAC
b. STREET ADDRESS (or P.O. Box): 915 Second Ave, RM 2664
c. CITY: Seattle   d. STATE: WA   e. ZIP CODE: 98174-1011

17(h). TOT. (Cont. pages): 0.00
POSTED
17(i). GRAND TOTAL: 1,413,020.00

22. UNITED STATES OF AMERICA
BY (Signature): Margaret Wilson

23. NAME (Typed): MARGARET WILSON
TITLE: CONTRACTING/ORDERING OFFICER

EXHIBIT 44

BEI0133
38599-0012

NSN 7540-01-152-8083
Previous edition not usable

OPTIONAL FORM 347 (Rev. 6/95)
Prescribed by GSA, FAR (48 CFR) 53.213(e)

Exhibit 14

| | ORDER FOR SUPPLIES OR SERVICES<br>SCHEDULE - CONTINUATION | | | | | PAGE<br>2 | OF<br>2 |
|---|---|---|---|---|---|---|---|
| IMPORTANT: Mark all packages and papers with contract and/or order numbers. | | | | | | | |
| DATE OF ORDER<br>12/12/2002 | CONTRACT NO.<br>DTCG50-02-D-643J55 | | | | ORDER NO.<br>DTCG50-03-F-643P92 | | |
| ITEM NO.<br>(a) | SUPPLIES OR SERVICES<br>(b) | QUANTITY ORDERED<br>(c) | UNIT<br>(d) | UNIT PRICE<br>(e) | AMOUNT<br>(f) | | QUANTITY ACCEPTED<br>(g) |
| | including all access ramps in accordance with Scope of work, specifications and drawings.<br><br>Proj#33S01171<br><br>Total amount of award: $1,413,020.00. The obligation for this award is shown in box 17(i). | | | | | | |

TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H))

ISN 7540-01-152-8082    50348-101    OPTIONAL FORM 348 (REV. 6/95)
Prescribed by GSA
FAR (48 CFR) 53.213(c)

BEI0134
38599-0012