# *Absolute Environmental Services, Inc.*

P.O. Box 112807 • Anchorage, AK 99511-2807 • Phone (907) 346-4490 • Fax (907) 346-4491

June 26, 2003

Imperial Industrial Coatings
Forest (Mack) McKinley
128813 Pico Street, Unit D
Grande Terrace, CA 92313

RE: Cargo Wharf Pile Coating Phase II, ISC Kodiak, Alaska
33-S01171 Task 643P92

Subject: Notice to Cure - Schedule

Mr. McKinley;

As you are aware, we have repeatedly expressed our concern for IIC's inability to maintain and comply with the project schedule. Despite repeated assurances that your firm would be caught up to the end of Area C by July 1st, it does not appear that this is possible with your current staffing and production rate. As far as we know, the remaining work scheduled for completion by July 1, 2003, is as follows.

1. Repairs to piles in Area A and Bents 13-15.
2. Fulfillment of all QC testing obligations and final closeout in Area A and Bents 13-15
3. All surface preparation and coating below elevation 110 in Area B.
4. Fulfillment of all QC testing obligations and final closeout in Area B.
5. All surface preparation and coating below elevation 110 in Area C.
6. Surface preparation and coating on 60% of the elevations above 110 in Area C.
7. Fulfillment of all QC testing obligations and final closeout in Area C.

AESI sees that given IIC's current production rate, this effectively leaves IIC a minimum of 3 weeks behind schedule.

Because of your continuing failure to meet the schedule requirements, we are forced to issue this cure notice. Pursuant to the terms of our contract with you, you are hereby directed to cure your failure to fulfill your scheduled production responsibilities within three (3) days of your receipt of this notice.

Satisfactory cure will require of you the following things:

1. Preparation of a reasonable "recovery schedule" reflecting the current status of the project and the activities that will be completed on a daily basis until such time as the level of completion on the project has caught up with the original schedule.



Exhibit 54
Witness Gibson
Date 3-8-05
Buell Realtime Reporting
(206) 287-9066

Exhibit 15

**IIC-000507**

2. Identification of the means and methods you intend to employ to timely perform in accordance with the recovery schedule (e.g., the additional manpower and/or resources you intend to bring to bear).

3. Immediate implementation of the recovery schedule including implementation of the means and methods you have identified in response to requirement number two above.

In the event you fail to cure this defect in the time allotted, and thereafter continue with full and timely performance of these responsibilities, Absolute reserves the right to perform your work itself on your behalf and backcharge your contract for the cost it incurs.

Sincerely,

David E. Olson
President
Absolute Environmental Services, Inc.

Cc:  Brechan Enterprises, Inc.

IIC-000508