## 1.5 SUBMITTALS

1.5.1 Submit items 1.5.2. through 1.5.8 and 1.5.11 for Engineer's approval prior to initiating work. Items 1.5.9 and 1.5.10 shall be submitted as specified.

1.5.2 Product Data

1.5.2.1 The Applicator shall submit coating manufacturer's product data sheet and MSDS's for all coatings, thinners, cleaning solvents, and blasting abrasives.

1.5.2.2 With the bid, the Applicator shall submit coating product test data. Provide independent test results for the following tests, at the specified DFT. Submit date of testing, name of test facility, and written certification that the formula of the product tested is the same as the product submitted for the project. If the test data is submitted for other than the specified DFT, for application with a primer, or otherwise differs from the specified application submit a detailed written explanation of the submitted data's applicability and reliability with the bid. See Section 2.1.4 for test result criteria.

a. B117-97 "Standard Practice for Operating Salt Spray (Fog) Apparatus "

b. D4060-95 "Standard Test Method for Abrasion Resistance of Organic Coatings by the Taber Abraser"

c. D4541-95e1 "Standard Test Method for Pull-Off Strength of Coatings Using Portable Adhesion Testers"

d. G8-96, "Standard Test Methods for Cathodic Disbonding of Pipeline Coatings"

e. G14-88 (1996) e1, "Standard Test Method for Impact Resistance of Pipeline Coatings (Falling Weight Test)"

1.5.2.3 Curing temperature-time schedules for all products.

a. The Applicator shall submit Specified minimum substrate temperature approved by the manufacturer for coating application.

b. The Applicator shall submit specified minimum cure times, at the range of anticipated substrate temperatures, approved by the manufacturer for immersion of the coated pile. Water temperature will have a strong influence on substrate temperature on this project.

c. The Applicator shall submit specified qualitative tests methods and acceptance criteria that can be done in the field to assure the coating is cured to manufacturers requirements prior to immersion.

1.5.2.4 The Applicator shall submit surface soluble chloride, cleanliness, profile requirements along with test methods, and acceptance criteria for all products and applications.









Exhibit 16

AES001521

1.5.2.5 The Applicator shall submit compatible field application and repair coating system and procedures.

SPC SAME AS 1ST YEAR

1.5.2.6 Samples and Colors: Finish color shall be as stated in Tables 2.1.5.1 through 2.1.5.5. The Applicator shall submit color samples with the proposal, prior to the pre-construction coating conference. Submit two (2) sets of steel samples plates, 8 1/2 x 11 x 1/8 inches, and illustrating surface preparation and finish coat. The Engineer shall approve the surface preparation and finish color.

SPC

1.5.2.7 The Applicator shall submit project case histories describing the service life of the product in a similar application and environment.

IIC

1.5.2.8 The Applicator shall submit a product warranty and an application warranty.

IIC

1.5.3 Holidays Test Procedure complying with NACE International RP0188 (Latest Revision), "Discontinuity (Holiday) Testing of Protective Coatings".

SPC

1.5.3.1 The Applicator shall submit manufacturers approved holiday test procedure and equipment with voltage parameters. The entire coated surface of each pile shall be holiday tested by the Applicator's inspector.

1.5.4 Equipment Data

IIC

1.5.4.1 The Applicator shall submit equipment specifications and performance data for water blasting, abrasive blasting, solvent cleaning, air and substrate heating (if needed), coating heaters, and coating application equipment.

1.5.5 Plans

SPC IIC

1.5.5.1 The Applicator shall submit a field application and repair coating plan. Include detailed description of the product and blasting media storage, equipment, shelters, scaffolding, air heaters (if needed), substrate heaters (if needed), coating heaters, procedures and capacity to provide specified pile cleaning, abrasive blasting, humidity control (if needed), temperature control (if needed), coating application, and repairs. Provide a plan for repairing piles not meeting DFT, holiday, adhesion, appearance, and all other requirements. Environmental and substrate conditions for field coating application and repairs must be accomplished and maintained throughout the coating process, and cure.

IIC

1.5.5.2 The Applicator shall submit a quality control plan and coating inspection forms for all surface preparation, coating application, and repair work is required. Provide an Applicator quality control and inspection plan for all work. At a minimum, include test method, frequency, and acceptance thresholds and tolerances of tests for substrate contamination, abrasive cleanliness and moisture content, air cleanliness and moisture content, substrate temperature, substrate cleanliness, blast profile, humidity, dew point, ambient temperature, wet and dry film thickness, holidays, and visual inspection.

1.5.5.3 If Global Eco Technologies, Inc., Endura Flex 1988 expanded is applied submit a written procedure, test instrument manufacturer and model for determining the DFT of both the expanded and unexpanded layers.

1.5.5.4 The Applicator shall submit a plan for containment and disposal of spent abrasives, removed existing coatings, and over spray shall be submitted to the Owner's Contracting Officer for review. Approval of the plan does not relieve the Contractor of the requirement to prevent discharges of pollutants to navigable waters. The plan shall comply with current applicable State of Alaska regulations and Federal regulations. Detail containment equipment to be utilized, containment procedures, and disposal of contained material. If discharges are observed, work shall cease until the Contractor submits an amended plan, and receives approval form the Contracting Officer to recommence the work in accordance with the said amended plan.

1.5.6 Applicator shall provide manufacturer's written approval of coating application plans, quality control plans, and procedures including shipping, storage, cleaning, surface preparation, application, repairs, Applicator inspection, Contractor's inspection, and force curing, if used.

1.5.7 Qualifications

1.5.7.1 Coating Manufacturer: Company specializing in manufacturing the products specified in this Specification with a minimum of 5 years documented experience. The Applicator shall submit documentation of manufacturers' qualifications and successful use of the product on similar marine dock projects.

1.5.7.2 With the bid, the Applicator shall submit a summary of the coating manufacturers on site support.

1.5.7.3 Applicator: Company specializing in performing the work of this Specification with a minimum of 5 years documented experience in blasting and coating marine or industrial structures similar in size to the Kodiak Dock, containment over water, and applying 100% Polyurethane coatings (or submitted product). Provide documentation of Applicators' qualifications, manufacturers certification to apply the product, and successful application of the product on similar projects.

1.5.7.4 Painters and supervisors: individuals specializing in performing work of this Specification with a minimum of 1 year documented experience in applying 100% Polyurethane coatings (or submitted product). Submittal of a current certification in accordance with State of Alaska statute AS 18.63 is required for each worker.

1.5.7.5 Manufacturers Certification: Each coating applicator shall be certified by the manufacturer for application of the specific product used on the project.

1.5.8 The Applicator shall submit a letter of Specification compliance from the blast media supplier.

1.5.9 Applicators Inspection Report

1.5.9.1 The Applicator shall submit completed "Coating Inspection Forms," (Section 1.5.5.2) daily to the Contractor's designated representative.

IIC 1.5.10 Contractors Inspection Reports

1.5.10.1 The Contractor's inspector shall submit completed Coating Inspection Reports daily to the Contractor.

IIC 1.5.11 The Applicator shall submit a Site Specific Health and Safety Plan.

1.6 ENVIRONMENTAL CONDITIONS

1.6.1 Start work only when ambient and curing temperatures are within limits of coating manufacturer's recommendations and the substrate temperature is at least 5 degrees F above dew point.

1.6.2 The field coating site conditions are sub-arctic marine. All coating preparation, coating application and other coating repairs shall be completed insitu over water. Average site ambient temperatures are: 38°F to 42°F in May; 44°F to 54°F in June; 48°F to 59°F in July; 49°F to 60°F in August' 45°F to 55°F in September; and 36°F to 46°F in October. Water temperatures average: 41°F to 44°F from May 15 to May 31, 44°F to 47°F in June; 46°F to 56°F in July; 50°F to 56°F in August; 48°F to 53°F in September; and 40°F to 48°F in October. May through October shall be known as the construction season. These average temperatures are for informational purposes only and it is recognized that large variations in temperatures outside of these values may occur.

1.6.3 The Applicator should expect precipitation in the form of rain and blowing rain throughout the construction season. Precipitation in the form of snow is anticipated October through April.

1.6.4 The Applicator should expect winds in up to 116 miles per hour and associated waves at the site.

1.6.5 The Applicator should expect 3-foot waves generated by weather and ships at the site.

1.6.6 Tide changes up to 15 feet in six hours occur and shall be considered when planning the work.

1.7 COORDINATION REQUIREMENTS

1.7.1 The Contractor shall coordinate all aspects of the project with the Owner including but not limited to vessel berthing, vessel traffic, vehicle traffic, vehicle access at the facility, and use of dock utilities.

1.7.2 The Applicator shall coordinate all coating related work with the Contractor and all other crafts.



AES001524

;CHAN

1.7.3 The Contractor and Applicator shall coordinate the following operations for field application or repair of coatings:

1.7.3.1 Temporary removal and subsequent re-installation of cathodic protection (CP) impressed current anodes as required to access piles for coating. The electrical connection to the CP impressed current anodes can remain intact while the anode is temporarily moved. The anode assembly is six feet long and weighs approximately 200 pounds. A vessel or float will be required to access some anodes that are removed or demolished prior to coating.

1.7.3.2 Removal of thermite welds attaching #8 grounding wires connecting armor shielding on #4 AWG Armored HMW/PE CP current supply cables at anode distribution boxes to the pile structure. The Contractor shall determine the actual number. These cables can be removed from the structure prior to coating then reinstalled after blasting or repaired after blasting if damaged. See 3.2.1.2 for removal, reinstallation, and repair procedures. These connections are located above Elevation 114'.

1.7.3.3 There are thermite welds attaching #8 insulated jumper cables to the pile structure from the negative CP circuit header. The Contractor shall determine the actual number. These #8 jumper cables can be removed from the structure prior to coating then reinstalled after blasting or repaired after blasting if damaged. See 3.2.1.2 for removal, reinstallation, and repair procedures.

1.7.3.4 There are six (6) thermite welds attaching #4/0 insulated cables to the pile structure from the negative connection on the rectifier. The #4/0 rectifier negative bond cables can be removed from the structure by the Applicator prior to coating then reinstalled after blasting or repaired after blasting if damaged. See 3.2.1.2 for removal, reinstallation, and repair procedures.

1.7.3.5 There are several cable to pile structure connections where the thermite weld is made to a steel plate and the plate is welded to the structure with skip welds. At these locations remove the cable from the plate, eliminate the steel plate, grind the welds flush prior to coating and connect the cable directly to the structure with a thermite weld. See Section 3.2.1.2 for procedures.

1.7.3.6 CP electric cable from the rectifiers to rectifier distribution boxes, from rectifier distribution boxes to anode distribution boxes, and from anode distribution boxes to anode splice boxes will be removed as part of the project scope. Anode distribution boxes and rectifier distribution boxes will be removed as part of the project scope. Supports for the above cable and boxes will be removed as part of the project scope. Surface preparation and coating at removed cable and box locations is in the scope of work.

1.7.3.7 New CP electric cable and supports will be installed from existing rectifiers to new anode shunt boxes and from new anode shunt boxes to each existing anode splice boxes. The location of the new anode shunt boxes is above the 119' elevation and not in the coating scope of work. Surface preparation and coating at new cable support locations below the 119' elevation and existing anode splice box supports are in the scope of work.

CHAN

1.7.3.8 CP electric cable and cable supports exist between anode splice boxes and the anode. Temporarily remove these cables and supports for blasting, coatings, curing, and inspection as needed. Replace these cables and cable supports on completion of the coating scope of work.

1.7.3.9 A number of the utility hangers and braces were welded to the piles with fillet welds on one side only of the member. All metal to metal connections shall be seal welded prior to coating. An estimated 100 feet of seal welding will be required, The Contractor or Applicator will seal weld prior to surface preparation as required in 3.2.1.2.

1.7.3.10 The Contractor or Applicator will temporaril[illegible] REWORD [illegible]r utilities as required to access all surfaces for blasting, coating, cu[illegible]

1.7.4 Restrict all operations to the areas assigned for st[illegible] [illegible]ssary operations, and do not permit the disturbance of any area [illegible] [illegible]perations, or shown as limits of construction under this Contract.

1.7.5 Employ all means necessary to avoid the accumulation of debris and construction residue, and avoid the spread of dust, overspray, blast media, blast debris, and noxious odors.

1.8 PRE-CONSTRUCTION COATING CONFERENCE

See attached

1.8.1 Prior to mobilization to the site and commencement of any fieldwork, a pre-construction coating conference shall be held.

1.8.2 Applicator personnel required to attend are as follows:

1.8.2.1 Applicator Foreman or Site Superintendent

1.8.2.2 Chief Blaster

1.8.2.3 Chief Paint Applicator

1.8.3 In addition, attendance by a technical representative of the coating manufacturer for the project is required.

IIC

1.8.4 The Contractor's Coating Inspector and the Contractor's representative shall also attend.

1.8.5 At the coating conference, the Applicator shall submit his work plans detailing traffic control and coordination, the typical sequence of work, coordination of CP work, abrasive blasting, blast damage protection, rigging, safety, lighting, containment, clean up, quality control, coating application, equipment used, curing, stripe coating, coating repairs, overspray protection, traffic plan, and blasting/coating project schedule. Submit certificates, resumes, and all other submittals not previously approved by the Engineer. The Applicator shall submit in writing and discuss how progress and quality control records will be kept for the documentation of all work performed, schedule in all sequences to include hours per shift, number of shifts, and all manpower. Plans for containment and rigging shall be presented and reviewed. List all equipment in detail, including compressor sizes, number of blast nozzles and length of blast hoses, coating equipment, and length of hoses. The Applicator shall present the surface

preparation and paint application written recommendations and instructions provided by the paint manufacturer for discussion. Permissible areas for the Applicators use during the project will be discussed and the lines of communication established between the parties. The Applicator will explain the intended method of surface preparation, waste entrapment, waste recovery, and waste disposal including attachments to the structures. The Applicator shall also submit the above in writing prior to start up.

1.8.6 The coating manufacturers representative shall provide any comments on the specification and the Applicators plans necessary for correct coating application and obtaining warranty by the manufacturer. In addition, the manufacturer will describe his plan for supporting the Applicator throughout the project.

SPC

1.9 SAFETY AND HEALTH PRECAUTIONS

1.9.1 Some materials listed in this Specification contain compounds that are toxic. Follow safety procedures as recommended by the manufacturer. Work in a well ventilated area. Provide, and require workers to use, impervious clothing, gloves, face shields, and other appropriate protective clothing necessary to prevent eye and skin contact with coating materials. Keep coatings away from heat, sparks and flame.

1.9.2 The work will occur over a waterway with marine traffic. Much of the work will be greater than 6 feet above the water. The applicator shall take precautions appropriate to these and other hazards associated with the work.

1.9.3 The Contractor and Applicator shall have the responsibility to follow all applicable OSHA, EPA and other state and local regulations concerning safety and environmental standards. In addition, abide by all safety precautions noted on the Manufacturer's product data sheets and MSDS.

1.9.4 The Applicator shall prepare a Site Specific Health and Safety Plan (SSHSP) covering on-site work to be performed under this contract. The Applicator's Safety and Health Manager shall be responsible for the development, implementation, and oversight of the SSHSP. The SSHSP shall establish, in detail, the protocols necessary for the recognition, evaluation, and control of all hazards associated with each task performed by the Applicator. The SSHSP shall address site-specific safety and health requirements and procedures based on site-specific conditions. The level of detail provided in the SSHSP shall be tailored to the type of work, complexity of operation to be performed, and anticipated hazards.




1.9.5 The existing coating on the structures is anticipated to contain polycyclic aromatic hydrocarbons (PAH) and lead. The Contractor shall test existing coatings for PAH's, 8 RCRA metals, and lead. The original dock and dock extension were coated at different times with different products.

1.10 SEQUENCE OF WORK

1.10.1 The intent is to recoat the Cargo Wharf Extension (Drawing C0-1) first and this construction season; Bents 1 through 15 of the Original Cargo Wharf (Section 2A, Drawing CO-

## 1.5 SUBMITTALS

1.5.1 Submit items 1.5.2. through 1.5.8 and 1.5.11 for Engineer's approval prior to initiating work. Items 1.5.9 and 1.5.10 shall be submitted as specified.

1.5.2 Product Data

1.5.2.1 The Applicator shall submit coating manufacturer's product data sheet and MSDS's for all coatings, thinners, cleaning solvents, and blasting abrasives.

1.5.2.2 With the bid, the Applicator shall submit coating product test data. Provide independent test results for the following tests, at the specified DFT. Submit date of testing, name of test facility, and written certification that the formula of the product tested is the same as the product submitted for the project. If the test data is submitted for other than the specified DFT, for application with a primer, or otherwise differs from the specified application submit a detailed written explanation of the submitted data's applicability and reliability with the bid. See Section 2.1.4 for test result criteria.

a. B117-97 "Standard Practice for Operating Salt Spray (Fog) Apparatus "

b. D4060-95 "Standard Test Method for Abrasion Resistance of Organic Coatings by the Taber Abraser"

c. D4541-95e1 "Standard Test Method for Pull-Off Strength of Coatings Using Portable Adhesion Testers"

d. G8-96, "Standard Test Methods for Cathodic Disbonding of Pipeline Coatings"

e. G14-88 (1996) e1, "Standard Test Method for Impact Resistance of Pipeline Coatings (Falling Weight Test)"

1.5.2.3 Curing temperature-time schedules for all products.

a. The Applicator shall submit Specified minimum substrate temperature approved by the manufacturer for coating application.

b. The Applicator shall submit specified minimum cure times, at the range of anticipated substrate temperatures, approved by the manufacturer for immersion of the coated pile. Water temperature will have a strong influence on substrate temperature on this project.

c. The Applicator shall submit specified qualitative tests methods and acceptance criteria that can be done in the field to assure the coating is cured to manufacturers requirements prior to immersion.

1.5.2.4 The Applicator shall submit surface soluble chloride, cleanliness, profile requirements along with test methods and acceptance criteria for all products and applications.



1.5.2.5 The Applicator shall submit compatible field application and repair coating system and procedures.

1.5.2.6 Samples and Colors: Finish color shall be as stated in Tables 2.1.5.1 through 2.1.5.5. The Applicator shall submit color samples with the proposal, prior to the pre-construction coating conference. Submit two (2) sets of steel samples plates, 8 1/2 x 11 x 1/8 inches, and illustrating surface preparation and finish coat. The Engineer shall approve the surface preparation and finish color.

1.5.2.7 The Applicator shall submit project case histories describing the service life of the product in a similar application and environment.

1.5.2.8 The Applicator shall submit a product warranty and an application warranty.

1.5.3 Holidays Test Procedure complying with NACE International RP0188 (Latest Revision), "Discontinuity (Holiday) Testing of Protective Coatings".

1.5.3.1 The Applicator shall submit manufacturers approved holiday test procedure and equipment with voltage parameters. The entire coated surface of each pile shall be holiday tested by the Applicator's inspector.

1.5.4 Equipment Data

1.5.4.1 The Applicator shall submit equipment specifications and performance data for water blasting, abrasive blasting, solvent cleaning, air and substrate heating (if needed), coating heaters, and coating application equipment.

1.5.5 Plans

1.5.5.1 The Applicator shall submit a field application and repair coating plan. Include detailed description of the product and blasting media storage, equipment, shelters, scaffolding, air heaters (if needed), substrate heaters (if needed), coating heaters, procedures and capacity to provide specified pile cleaning, abrasive blasting, humidity control (if needed), temperature control (if needed), coating application, and repairs. Provide a plan for repairing piles not meeting DFT, holiday, adhesion, appearance, and all other requirements. Environmental and substrate conditions for field coating application and repairs must be accomplished and maintained throughout the coating process, and cure.

1.5.5.2 The Applicator shall submit a quality control plan and coating inspection forms for all surface preparation, coating application, and repair work is required. Provide an Applicator quality control and inspection plan for all work. At a minimum, include test method, frequency, and acceptance thresholds and tolerances of tests for substrate contamination, abrasive cleanliness and moisture content, air cleanliness and moisture content, substrate temperature, substrate cleanliness, blast profile, humidity, dew point, ambient temperature, wet and dry film thickness, holidays, and visual inspection.

IA

1.5.5.3 If Global Eco Technologies, Inc., Endura Flex 1988 expanded is applied submit a written procedure, test instrument manufacturer and model for determining the DFT of both the expanded and unexpanded layers.

IIC +ME KS 1.5.5.1

1.5.5.4 The Applicator shall submit a plan for containment and disposal of spent abrasives, removed existing coatings, and over spray shall be submitted to the Owner's Contracting Officer for review. Approval of the plan does not relieve the Contractor of the requirement to prevent discharges of pollutants to navigable waters. The plan shall comply with current applicable State of Alaska regulations and Federal regulations. Detail containment equipment to be utilized, containment procedures, and disposal of contained material. If discharges are observed, work shall cease until the Contractor submits an amended plan, and receives approval form the Contracting Officer to recommence the work in accordance with the said amended plan.

SPC

1.5.6 Applicator shall provide manufacturer's written approval of coating application plans, quality control plans, and procedures including shipping, storage, cleaning, surface preparation, application, repairs, Applicator inspection, Contractor's inspection, and force curing, if used:

1.5.7 Qualifications

SPC

1.5.7.1 Coating Manufacturer: Company specializing in manufacturing the products specified in this Specification with a minimum of 5 years documented experience. The Applicator shall submit documentation of manufacturers' qualifications and successful use of the product on similar marine dock projects.

SPC

1.5.7.2 With the bid, the Applicator shall submit a summary of the coating manufacturers on site support.

IIC

1.5.7.3 Applicator: Company specializing in performing the work of this Specification with a minimum of 5 years documented experience in blasting and coating marine or industrial structures similar in size to the Kodiak Dock, containment over water, and applying 100% Polyurethane coatings (or submitted product). Provide documentation of Applicators' qualifications, manufacturers certification to apply the product, and successful application of the product on similar projects.

IIC

1.5.7.4 Painters and supervisors: individuals specializing in performing work of this Specification with a minimum of 1 year documented experience in applying 100% Polyurethane coatings (or submitted product). Submittal of a current certification in accordance with State of Alaska statute AS 18.63 is required for each worker.

SPC

1.5.7.5 Manufacturers Certification: Each coating applicator shall be certified by the manufacturer for application of the specific product used on the project.

IIC

1.5.8 The Applicator shall submit a letter of Specification compliance from the blast media supplier.

IIC

1.5.9 Applicators Inspection Report

C 1.5.9.1 The Applicator shall submit completed "Coating Inspection Forms," (Section 1.5.5.2) daily to the Contractor's designated representative.

IIC 1.5.10 Contractors Inspection Reports

1.5.10.1 The Contractor's inspector shall submit completed Coating Inspection Reports daily to the Contractor.

IIC 1.5.11 The Applicator shall submit a Site Specific Health and Safety Plan.

1.6 ENVIRONMENTAL CONDITIONS

1.6.1 Start work only when ambient and curing temperatures are within limits of coating manufacturer's recommendations and the substrate temperature is at least 5 degrees F above dew point.

1.6.2 The field coating site conditions are sub-arctic marine. All coating preparation, coating application and other coating repairs shall be completed insitu over water. Average site ambient temperatures are: 38°F to 42°F in May; 44°F to 54°F in June; 48°F to 59°F in July; 49°F to 60°F in August' 45°F to 55°F in September; and 36°F to 46°F in October. Water temperatures average: 41°F to 44°F from May 15 to May 31, 44°F to 47°F in June; 46°F to 56°F in July; 50°F to 56°F in August; 48°F to 53°F in September; and 40°F to 48°F in October. May through October shall be known as the construction season. These average temperatures are for informational purposes only and it is recognized that large variations in temperatures outside of these values may occur.

1.6.3 The Applicator should expect precipitation in the form of rain and blowing rain throughout the construction season. Precipitation in the form of snow is anticipated October through April.

1.6.4 The Applicator should expect winds in up to 116 miles per hour and associated waves at the site.

1.6.5 The Applicator should expect 3-foot waves generated by weather and ships at the site.

1.6.6 Tide changes up to 15 feet in six hours occur and shall be considered when planning the work.

1.7 COORDINATION REQUIREMENTS

1.7.1 The Contractor shall coordinate all aspects of the project with the Owner including but not limited to vessel berthing, vessel traffic, vehicle traffic, vehicle access at the facility, and use of dock utilities.

1.7.2 The Applicator shall coordinate all coating related work with the Contractor and all other crafts.

1.7.3 The Contractor and Applicator shall coordinate the following operations for field application or repair of coatings:

1.7.3.1 Temporary removal and subsequent re-installation of cathodic protection (CP) impressed current anodes as required to access piles for coating. The electrical connection to the CP impressed current anodes can remain intact while the anode is temporarily moved. The anode assembly is six feet long and weighs approximately 200 pounds. A vessel or float will be required to access some anodes that are removed or demolished prior to coating.

1.7.3.2 Removal of thermite welds attaching #8 grounding wires connecting armor shielding on #4 AWG Armored HMW/PE CP current supply cables at anode distribution boxes to the pile structure. The Contractor shall determine the actual number. These cables can be removed from the structure prior to coating then reinstalled after blasting or repaired after blasting if damaged. See 3.2.1.2 for removal, reinstallation, and repair procedures. These connections are located above Elevation 114'.

1.7.3.3 There are thermite welds attaching #8 insulated jumper cables to the pile structure from the negative CP circuit header. The Contractor shall determine the actual number. These #8 jumper cables can be removed from the structure prior to coating then reinstalled after blasting or repaired after blasting if damaged. See 3.2.1.2 for removal, reinstallation, and repair procedures.

1.7.3.4 There are six (6) thermite welds attaching #4/0 insulated cables to the pile structure from the negative connection on the rectifier. The #4/0 rectifier negative bond cables can be removed from the structure by the Applicator prior to coating then reinstalled after blasting or repaired after blasting if damaged. See 3.2.1.2 for removal, reinstallation, and repair procedures.

1.7.3.5 There are several cable to pile structure connections where the thermite weld is made to a steel plate and the plate is welded to the structure with skip welds. At these locations remove the cable from the plate, eliminate the steel plate, grind the welds flush prior to coating and connect the cable directly to the structure with a thermite weld. See Section 3.2.1.2 for procedures.

1.7.3.6 CP electric cable from the rectifiers to rectifier distribution boxes, from rectifier distribution boxes to anode distribution boxes, and from anode distribution boxes to anode splice boxes will be removed as part of the project scope. Anode distribution boxes and rectifier distribution boxes will be removed as part of the project scope. Supports for the above cable and boxes will be removed as part of the project scope. Surface preparation and coating at removed cable and box locations is in the scope of work.

1.7.3.7 New CP electric cable and supports will be installed from existing rectifiers to new anode shunt boxes and from new anode shunt boxes to each existing anode splice boxes. The location of the new anode shunt boxes is above the 119' elevation and not in the coating scope of work. Surface preparation and coating at new cable support locations below the 119' elevation and existing anode splice box supports are in the scope of work.



AES001532

-CHAN

1.7.3.8 CP electric cable and cable supports exist between anode splice boxes and the anode. Temporarily remove these cables and supports for blasting, coatings, curing, and inspection as needed. Replace these cables and cable supports on completion of the coating scope of work.

1.7.3.9 A number of the utility hangers and braces were welded to the piles with fillet welds on one side only of the member. All metal to metal connections shall be seal welded prior to coating. An estimated 100 feet of seal welding will be required, The Contractor or Applicator will seal weld prior to surface preparation as required in 3.2.1.2.

1.7.3.10 The Contractor or Applicator will temporaril[illegible] NEW ADD [illegible]er utilities as required to access all surfaces for blasting, coating, cr[illegible]

1.7.4 Restrict all operations to the areas assigned for st[illegible] [illegible]ssary operations, and do not permit the disturbance of any area [illegible] [illegible]perations, or shown as limits of construction under this Contract.

1.7.5 Employ all means necessary to avoid the accumulation of debris and construction residue, and avoid the spread of dust, overspray, blast media, blast debris, and noxious odors.

1.8 PRE-CONSTRUCTION COATING CONFERENCE

See attached

1.8.1 Prior to mobilization to the site and commencement of any fieldwork, a pre-construction coating conference shall be held.

1.8.2 Applicator personnel required to attend are as follows:

1.8.2.1 Applicator Foreman or Site Superintendent

1.8.2.2 Chief Blaster

1.8.2.3 Chief Paint Applicator

1.8.3 In addition, attendance by a technical representative of the coating manufacturer for the project is required.

IIC

1.8.4 The Contractor's Coating Inspector and the Contractor's representative shall also attend.

1.8.5 At the coating conference, the Applicator shall submit his work plans detailing traffic control and coordination, the typical sequence of work, coordination of CP work, abrasive blasting, blast damage protection, rigging, safety, lighting, containment, clean up, quality control, coating application, equipment used, curing, stripe coating, coating repairs, overspray protection, traffic plan, and blasting/coating project schedule. Submit certificates, resumes, and all other submittals not previously approved by the Engineer. The Applicator shall submit in writing and discuss how progress and quality control records will be kept for the documentation of all work performed, schedule in all sequences to include hours per shift, number of shifts, and all manpower. Plans for containment and rigging shall be presented and reviewed. List all equipment in detail, including compressor sizes, number of blast nozzles and length of blast hoses, coating equipment, and length of hoses. The Applicator shall present the surface

preparation and paint application written recommendations and instructions provided by the paint manufacturer for discussion. Permissible areas for the Applicators use during the project will be discussed and the lines of communication established between the parties. The Applicator will explain the intended method of surface preparation, waste entrapment, waste recovery, and waste disposal including attachments to the structures. The Applicator shall also submit the above in writing prior to start up.



1.8.6 The coating manufacturers representative shall provide any comments on the specification and the Applicators plans necessary for correct coating application and obtaining warranty by the manufacturer. In addition, the manufacturer will describe his plan for supporting the Applicator throughout the project.

1.9 SAFETY AND HEALTH PRECAUTIONS

1.9.1 Some materials listed in this Specification contain compounds that are toxic. Follow safety procedures as recommended by the manufacturer. Work in a well ventilated area. Provide, and require workers to use, impervious clothing, gloves, face shields, and other appropriate protective clothing necessary to prevent eye and skin contact with coating materials. Keep coatings away from heat, sparks and flame.

1.9.2 The work will occur over a waterway with marine traffic. Much of the work will be greater than 6 feet above the water. The applicator shall take precautions appropriate to these and other hazards associated with the work.

1.9.3 The Contractor and Applicator shall have the responsibility to follow all applicable OSHA, EPA and other state and local regulations concerning safety and environmental standards. In addition, abide by all safety precautions noted on the Manufacturer's product data sheets and MSDS.

1.9.4 The Applicator shall prepare a Site Specific Health and Safety Plan (SSHSP) covering on-site work to be performed under this contract. The Applicator's Safety and Health Manager shall be responsible for the development, implementation, and oversight of the SSHSP. The SSHSP shall establish, in detail, the protocols necessary for the recognition, evaluation, and control of all hazards associated with each task performed by the Applicator. The SSHSP shall address site-specific safety and health requirements and procedures based on site-specific conditions. The level of detail provided in the SSHSP shall be tailored to the type of work, complexity of operation to be performed, and anticipated hazards.



1.9.5 The existing coating on the structures is anticipated to contain polycyclic aromatic hydrocarbons (PAH) and lead. The Contractor shall test existing coatings for PAH's, 8 RCRA metals, and lead. The original dock and dock extension were coated at different times with different products.

1.10 SEQUENCE OF WORK

1.10.1 The intent is to recoat the Cargo Wharf Extension (Drawing C0-1) first and this construction season; Bents 1 through 15 of the Original Cargo Wharf (Section 2A, Drawing CO-