```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF ALASKA

 3
      ABSOLUTE ENVIRONMENTAL
 4    SERVICES, INC., an Alaska Corporation.

 5        Plaintiff,

 6    -vs-

 7    FORREST J. MCKINLEY, an individual
      d/b/a "Imperial Industrial Coatings",
 8    EMERCO, INC., a California corporation,
      d/b/a Imperial Industrial Coatings;
 9    BRECHAN ENTERPRISES, INC., an
      Alaska corporation; and SAFECO
10    INSURANCE COMPANY OF AMERICA,
      a Washington corporation,
11
          Defendants.
12    _____/
      EMERCO, INC., a California corporation,
13    d/b/a Imperial Industrial Coatings, and
      the United States for the use and benefit
14    of EMERCO, INC.,

15        Counterclaimant/Third-Party Claimant,

16    -vs-

17    ABSOLUTE ENVIRONMENTAL
      SERVICES, INC., an Alaska corporation,
18    et al.,

19        Cross-defendants/Third-party Defendants,
      _____/
20

21

22

23

24

25
```

ORIGINAL

Exhibit 17

```
 1
     THE UNITED STATES OF AMERICA for
 2   the use and benefit of ABSOLUTE
     ENVIRONMENTAL SERVICES, INC., an
 3   Alaska corporation,

 4        Plaintiff,

 5   -vs-

 6   SAFECO INSURANCE COMPANY OF
     AMERICA, a Washington corporation,
 7
          Defendant,
 8   _____/
     BRECHAN ENTERPRISES, INC., an
 9   Alaska Corporation,

10        Counterclaim Plaintiff,

11   -vs-

12   ABSOLUTE ENVIRONMENTAL
     SERVICES, INC., an Alaska Corporation,
13
          Counterclaim Defendant,
14   _____/
     BRECHAN ENTERPRISES, INC., an
15   Alaska Corporation,

16        Third-Party Plaintiff,

17   -vs-

18   COFFMAN ENGINEERS, INC., a
     Washington corporation,
19
          Third-Party Defendant,
20   _____/

21

22

23

24

25
```

```
 1
     ABSOLUTE ENVIRONMENTAL
 2   SERVICES, INC., an Alaska corporation,

 3        Plaintiff/Cross-claimant

 4   -vs-

 5   COFFMAN ENGINEERS, INC., a
     Washington corporation,
 6
          Defendant/Cross-claim Respondent.
 7   _____/

 8   Case No. A03-0199 Civil (RRB)

 9

10                  DEPOSITION OF DANIEL YELL

11                  Pages 1  -  120 inclusive

12                  April 27, 2006, 9:00 p.m.

13                       Anchorage, Alaska

14

15   Taken on behalf of the Defendant pursuant to notice, at

16   the office of Perkins Coie, 1029 West Third Avenue, Suite

17   300, Anchorage, Alaska, before Britney Chonka, Court

18   Reporter for Alaska Stenotype Reporters and Notary Public

19   for the State of Alaska.

20

21

22

23

24

25
```

```
 1        Q.  Do you recall how much after Imperial had left?
 2        A.  I would say it had to be within, probably three
 3   to four weeks after we had started doing coatings.
 4   Imperial pretty much had left by the time we started
 5   doing coatings.
 6        Q.  What specific change do you recall as having
 7   been made or made the work go more smoothly?
 8        A.  The amount of times that you holiday detected
 9   the steel, that you run the holiday detector over the
10   coated surfaces.
11        Q.  It decreased?
12        A.  It decreased.
13        Q.  Was the concern that you were expressing to
14   Mr. Olson the amount of holiday detection or the specific
15   condition of the welds that you were encountering?
16        A.  The amount of holiday detection.
17        Q.  Not the condition of the welds that you
18   encountered?
19        A.  No.
20            MR. PARTNOW:  Give me just a second, I think I'm
21        just about done.
22   BY MR. PARTNOW:
23        Q.  Is your business still actively involved in
24   coating work?
25        A.  Yes.
```

```
 1
 2                    REPORTER'S CERTIFICATE
 3
 4
 5        I, Britney E. Chonka, Court Reporter, hereby
 6   certify:
 7        That I am a Court Reporter for Alaska Stenotype
 8   Reporters and Notary Public in and for the State of
 9   Alaska at large.  I certify Hereby that the forgoing
10   transcript is a true and correct transcript of said
11   proceedings taken before me at the time and place stated
12   in the caption therein.
13        I further certify that I am not of counsel to
14   either of the parties hereto or otherwise interested in
15   said cause.
16        In witness whereof, I hereunto set my hand and
17   affix my official seal this 8th day of May, 2006.
18
19
20                    [signature]
21                    BRITNEY E. CHONKA, REPORTER
22                    Notary Public - State of Alaska
23
24                    NOTARY PUBLIC
                      BRITNEY E. CHONKA
25                    STATE OF ALASKA
                      My Commission Expires Apr. 25, 2007
```