USCG ISC Kodiak Alaska
Cargo Wharf Maintenance
Design Build Project

# Proposed 2003 Pre-Job Conference Agenda
February 18, 2003

1. Introduction of Participants
   Matt Holmstrom          Brechan Construction      General Contractor
   Dan Stears              Coffman Engineers
   Jerry Hardenbergh       Coffman Engineers
   Lawrence Radcliffe      Coffman Engineers

2. Project Scope – Review the following:
   a. Coating & Demolition  *AESI*
   b. Electrical  } *Local Elec.*
   c. Cathodic Protection
   d. Dock Repairs — *BEI*

3. Schedule and Coordination of Work — *Blasting start 14th*
   a. Coating start date and schedule  *April 24th*
   b. Other work start date and schedule  *April 2*
   c. Define points of contact for each work activity.  *make contact list — All #'s, Emails Etc, Cell #*

4. Jerry Hardenbergh's role and authority.
   a. Which crafts/sub-contractors is Jerry coordinating?
   b. Who are Jerry's points of contact for each sub-contractor?
   c. Does Jerry have the authority to stop work?
   d. If so, who gets notified and in what way.

5. Access by other crafts to scaffold erected for coating?

6. Review Submittal Log.

7. Will the coating contractor have a NACE Certified coating inspector? Will coating contractor use their own coating inspection equipment?

8. USCG personnel.
   a. Who is the USCG Contracting Officer's Representative (COR)?  *John McIlee*
      • What is the COR's role and responsibilities?
      • How is he contacted?
      • When will he be on site?
      • Who fills his role when he is offsite?
   b. Who is the USCG contact for ship scheduling?  *Big thing is holding to the schedule*

9. Discuss coordination of USCG ship schedule

*Changes all the Time*

1

Ex. 24  Date 3-31-06
Witness *Peterson*
S. WARNICK  907-258-7100

Exhibit 20    AES001340

10. Review Coating Specification and specifically discuss the following:

| | |
|---|---|
| 1.1.3.1 | Discuss extent of coating at wharf access ramps. |
| 1.1.5 | Abrasive and dust on ships was a problem last year. How will we reduce the amount of dust landing on the ships? |
| 1.1.14.2 | Paint and thinner storage was an issue last year. Need better containment of coating materials. |
| 1.7.3.2 3.2.1.2 | Discuss CP grounding wire connections. |
| 1.7.3.6 | Discuss weld preparation. Structural members that need replacing? |
| 2.2.5 | Ensure adequate amount of coating materials on-site. Material logistic problems last year. Do not want to repeat. |
| 3.1.1 | Is there any question as to what is to be coated? |
| 3.1.2 | Remind care of anode lead wires. Do not drop in water. |
| 3.5 | Hold Points – Coffman would like to agree on specific inspection hold points, how they will be utilized, and when work will proceed. |
| 3.5.2 | Contractor coating inspector? If so, need inspection reports by noon the next day. Will he be provided a cell phone? |

Keep - outside area neat/clean and organized.

2

AES001341