USCG ISC Kodiak Alaska
Cargo Wharf Maintenance
Design Build Project

# Proposed 2003 Pre-Job Conference Agenda
February 18, 2003

X Introduction of Participants

| | | |
|---|---|---|
| Matt Holmstrom | Brechan Construction | General Contractor |
| Dan Stears | Coffman Engineers | |
| Jerry Hardenbergh | Coffman Engineers | |
| Lawrence Radcliffe | Coffman Engineers | |

*handwritten:* Tom PUETT/MAC (III), TODD ENMORE/JASON P/A, Tim LAWRENCE (PROJ SUPT)

X Project Scope – Review the following:
  a. Coating & Demolition
  b. Electrical → ⎫
  c. Cathodic Protection → ⎬ JERRY
  (d. Dock Repairs) ⎭

*handwritten notes circled:*
- CONTAINMENT?
- SEAL WELD
- WELD REPAIR
- "CAULK SEAL" PRI TO COATING
- REMOVE UNUSED APPURTENANCES

X Schedule and Coordination of Work
  a. Coating start date and schedule
  b. Other work start date and schedule
  c. Define points of contact for each work activity.

4. Jerry Hardenbergh's role and authority.
  a. Which crafts/sub-contractors is Jerry coordinating?
  b. Who are Jerry's points of contact for each sub-contractor?
  ✱→ c. Does Jerry have the authority to stop work?
  d. If so, who gets notified and in what way.

*handwritten:* USCG FACC COMMENTS

5. Scaffolding coordination between contractor, applicator and other crafts.

6. Review Submittal Log.

7. Will the coating contractor have a NACE Certified coating inspector? Will coating contractor use their own coating inspection equipment?

8. USCG personnel.
  a. Who is the USCG Contracting Officer's Representative (COR)? *John Miller*
    • What is the COR's role and responsibilities?
    • How is he contacted?
    • When will he be on site?
    • Who fills his role when he is offsite?
  b. Who is the USCG contact for ship scheduling? *PORT SERVICES*

*handwritten:* SCHEDULE ✓  MIN. SURPRISES ✓

9. Discuss coordination of USCG ship schedule

Exhibit 21

Ex. 25  Date 3·31·06
Witness Peterson
S. WARNICK 907-258-7100

BEI1129
38599-0012

1

10) Review Coating Specification and specifically discuss the following:

a) Discuss extent of coating at wharf access ramps.
b) Abrasive and dust on ships was a problem last year. How will we reduce the amount of dust landing on the ships?
c) Paint and thinner storage was an issue last year. Need better containment of coating materials.
d) Discuss CP grounding wire connections. *LOCAL*
e) Discuss weld preparation. Structural members that need replacing? *BEI*
f) Ensure adequate amount of coating materials on-site. Material logistic problems last year. Do not want to repeat.
g) Remind care of anode lead wires. Do not drop in water.
h) Is there any question as to what is to be coated?
   i) Pile Surfaces
   ii) Structural Supports
   iii) Areas near mudline
   iv) Near shoreline (Riprap against some piles)
   v) Edges
   vi) Cadwelds
i) Hold Points – Coffman would like to agree on specific inspection hold points, how they will be utilized, and when work will proceed.
j) Contractor coating inspector? If so, need inspection reports by noon the next day. Will he be provided a cell phone?
k) Quality Control & Workmanship
   i) Runs & Sags
   ii) Holidays
   iii) Tides
   iv) Repairs

*(handwritten notes: "LONNIE WHITE DIVER AS NEEDED"), ("CLEANUP"), ("ISCK ENVIRONMENT OVERSIGHT")*