Case 3:03-cv-00199-RRB   Document 214-25   Filed 08/03/2006   Page 1 of 8

Absolute Environmental Services, Inc. v. Forrest J. McKinley, et al.                                    A03-0199 CV

# Deposition of Chris Lynch

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings", EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>　　　　Defendants.<br><br>EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the use and benefit of EMERCO, Inc.,<br><br>　　　　Counter-Claimant/<br>　　　Third-Party Claimant,<br><br>　　v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.<br><br>　　　　Cross-defendants/<br>　　　Third-Party Defendants. | Case No. A03-0199 CV (RRB) |

Exhibit 22

Case 3:03-cv-00199-RRB   Document 214-25   Filed 08/03/2006   Page 2 of 8

Absolute Environmental Services, Inc. v. Forrest J. McKinley, et al.                    A03-0199 CV
Deposition of Chris Lynch

Page 2

```
 1                                          )
     THE UNITED STATES OF AMERICA            )
 2   for the use and benefit of              )
     ABSOLUTE ENVIRONMENTAL                  )
 3   SERVICES, INC., an Alaska               )
     corporation,                            )
 4                                           )
              Plaintiff,                     )
 5                                           )
         v.                                  )
 6                                           )
     SAFECO INSURANCE COMPANY OF             )
 7   AMERICA, a Washington                   )
     corporation,                            )
 8                                           )
              Defendant.                     )
 9                                           )
                                             )
10   BRECHAN ENTERPRISES, INC., an           )
     Alaska corporation,                     )
11                                           )
              Counterclaim Plaintiff,        )
12                                           )
         v.                                  )
13                                           )
     ABSOLUTE ENVIRONMENTAL                  )
14   SERVICES, INC., an Alaska               )
     corporation,                            )
15                                           )
              Counterclaim Defendant.        )
16                                           )
                                             )
17   BRECHAN ENTERPRISES, INC., an           )
     Alaska corporation,                     )
18                                           )
              Third-Party Plaintiff,         )
19                                           )
         v.                                  )
20                                           )
     COFFMAN ENGINEERS, INC., a              )
21   Washington corporation,                 )
                                             )
22            Third-Party Defendant.         )
                                             )
23
24
25
```

Case 3:03-cv-00199-RRB   Document 214-25   Filed 08/03/2006   Page 3 of 8

Absolute Environmental Services, Inc. v. Forrest J. McKinley, et al.                        A03-0199 CV

Deposition of Chris Lynch

Page 3

```
 1
    ABSOLUTE ENVIRONMENTAL              )
 2  SERVICES, INC., an Alaska           )
    corporation,                        )
 3                                      )
            Plaintiff/                  )
 4          Cross-Claimant,             )
                                        )
 5       v.                             )
                                        )
 6  COFFMAN ENGINEERS, INC., a          )
    Washington corporation,             )
 7                                      )
            Defendant/                  )
 8          Cross-Claim Respondent.     )
                                        )
 9
                  DEPOSITION OF CHRIS LYNCH
10                    June 26, 2006
11  APPEARANCES:
12    FOR THE PLAINTIFF:              JESSE P. ELISON, ESQ.
        ABSOLUTE ENVIRONMENTAL        Marston, Hefferman & Foreman
13      SERVICES, INC.                16880 NE 79th Street
        (Telephonically)              Redmond, WA 98052-4424
14                                    (425) 861-6969 Fax
15    FOR THE DEFENDANTS:             MICHAEL E. KREGER, ESQ.
        BRECHAN ENTERPRISES, INC.     Perkins Coie LLP
16      SAFECO INSURANCE COMPANY      1029 W 3rd Avenue, Ste 300
          OF AMERICA                  Anchorage, Alaska 99501
17                                    (907) 263-6916
18      COFFMAN ENGINEERS, INC.       PETER C. PARTNOW, ESQ.
                                      Lane Powell
19                                    301 W Northern Lights Blvd
                                      Suite 301
20                                    Anchorage, Alaska 99503
                                      (907) 277-9511
21
        COURT REPORTER/               JACQUELINE HERTER, CERT
22      TRANSCRIPTION SERVICE         Kodiak Reporting &
                                      Transcription
23                                    490 Shahafka Circle
                                      Kodiak, Alaska 99615
24                                    (907) 486-6221
25
```

Case 3:03-cv-00199-RRB   Document 214-25   Filed 08/03/2006   Page 4 of 8

Absolute Environmental Services, Inc. v. Forrest J. McKinley, et al.                    A03-0199 CV

## Deposition of Chris Lynch

Page 14

1  Q    Prior to 2000 did you work on marine projects, Ms. Lynch?
2  A    No.
3  Q    Did you have a role as an employee or an independent
4  contractor for the United States Coast Guard in connection with
5  the cargo wharf maintenance project in which Absolute
6  Environmental was a subcontractor to Brechan?
7  A    Yes.
8  Q    What was your role on that project?
9  A    I was the contracting officer's representative for the
10 Coast Guard.
11 Q    What were your duties and responsibilities as the
12 contracting representative for the Coast Guard on the
13 Brechan-Absolute project?
14 A    Ensuring that the contractor was building the project per
15 the plans and specifications.
16 Q    As part of your duties and responsibilities, did you come
17 out to the cargo wharf and observe the progress of the work?
18 A    Yes.
19 Q    How often did you appear at the cargo wharf to observe the
20 progress of the work?
21 A    Daily.
22 Q    Was there a fixed time when you would be at the cargo wharf
23 or was it -- well, strike that.  Was there a fixed time when you
24 would come out?
25 A    No.

Case 3:03-cv-00199-RRB   Document 214-25   Filed 08/03/2006   Page 5 of 8

Absolute Environmental Services, Inc. v. Forrest J. McKinley, et al.                                      A03-0199 CV

Deposition of Chris Lynch

Page 26

1  Q    And who would be "they," if you know?
2  A    I believe Jerry Hardenbergh.
3  Q    And what happened to the sample, if you know?
4  A    I don't know.
5  Q    Okay. Do you know or did you learn from anyone what the
6  intent of taking the sample was?
7  A    Not an intent.
8  Q    Pardon me?
9  A    I never -- I mean, I don't understand an "intent."
10 Q    Okay. Did anybody tell you why they were taking the
11 sample?
12 A    Just to determine what it was.
13 Q    Okay. And did anybody tell you what was found? I may have
14 already asked this question, but if I did forgive me. Did
15 anybody tell you what the results of the testing was of this
16 sample?
17 A    The results were on a daily report of Jerry's, but I don't
18 recall what it was.
19 Q    Other than this meeting at which Mr. Puett brought up the
20 topic of potential additional coating that was found, did you
21 ever become aware of anyone from Imperial bringing to your
22 attention any other unexpected site conditions?
23 A    No.
24 Q    Did you ever become aware of anyone from Absolute bringing
25 to your attention any unexpected site conditions?

Case 3:03-cv-00199-RRB    Document 214-25    Filed 08/03/2006    Page 6 of 8

Absolute Environmental Services, Inc. v. Forrest J. McKinley, et al.                              A03-0199 CV

Deposition of Chris Lynch

Page 27

1   A   No.

2          MR. DICKSON:  What was the answer to the previous
3   question?

4          MR. KREGER:  The last question -- answers to the last
5   two questions have been no.

6   BY MR. KREGER:

7   Q   During the time that you were the contracting officer's
8   representative, did anyone from Imperial tell you that they had
9   encountered poor weld workmanship on the portions of the cargo
10  wharf that they were working on?

11  A   No.

12  Q   Did anyone from Imperial tell you that they were finding
13  "ugly welds" or anything to that effect?

14  A   No.

15  Q   Same two questions with respect to Absolute.  Did anyone
16  from Absolute tell you that they had encountered poor weld
17  workmanship on the portion of the cargo wharf that they were
18  working on?

19  A   No.

20  Q   Did anyone from Absolute tell you that they were finding
21  ugly welds?

22  A   No.

23  Q   Did anyone from Absolute tell you that they were doing
24  extra work on account of the condition of the welds?

25  A   No.

Deposition of Chris Lynch

Page 29

```
 1   white metal or white metal, did you have occasion to observe the
 2   H piles after the old coating was taken off but before the new
 3   coating was put on?
 4   A    Yes.
 5   Q    Did you observe anything that you thought was unusual about
 6   the condition of the welds after the old coating had been taken
 7   off and those welds were exposed, so to speak, for observation?
 8   A    No.
 9   Q    Did you monitor the progress of the work against a schedule
10   of performance?
11   A    Yes.
12   Q    What was the, if you recall, the United States Coast
13   Guard's expectation for the substantial completion date for the
14   Phase 2 project?
15           CDR TYLER:  Objection.  She can't testify to what the
16   Coast Guard knows, but you can ask her factually what she knows.
17           MR. DICKSON:  And what was the ans --
18           MR. KREGER:  Thank you.
19   BY MR. KREGER:
20   Q    What was your understanding of the time for completion of
21   the work on the project?
22   A    It was to occur in one season.  I don't recall specific
23   dates.
24           MR. KREGER:  Bob, did you have an objection or a
25   question?
```

C E R T I F I C A T E

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

    I, Jacqueline K. Herter hereby certify:

    That the foregoing proceedings were audio-recorded by me, Notary Public for the State of Alaska, with stenographic log notes, and was thereafter transcribed into typewritten form by me.

    That the witness before examination was first duly sworn to testify truthfully; that the transcript of the proceedings is a full, true, and correct transcript of the testimony; that the exhibits introduced during testimony will be enclosed with the sealed transcript.

    That the transcript was prepared in accordance with federal district court format as outlined the American Association of Electronic Reporter & Transcribers study guide.

    That I am not related to or otherwise associated with any party or counsel to this proceeding, unless revealed to the parties, or have any financial interest in the outcome of this action.

    DATED at Kodiak, Alaska, this 11th day of July, 2006.

SIGNED AND CERTIFIED TO BY:

*Jacqueline K Herter*
Jacqueline K. Herter, CERT**00158
My commission expires: 06-09-2010

Absolute Environmental Services, Inc.
v. Forrest J. McKinley, et al.

A03-0199 CV - 70