# ORDER FOR SUPPLIES AND SERVICES

| | PAGE | OF | PAGES |
|---|---|---|---|
| | 1 | | 2 |

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. *(If any)* | 6. SHIP TO: |
|---|---|---|
| 20 March 2001 | DTCG50-01-D-643XX0 | |

| 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. | **a. NAME OF CONSIGNEE** |
|---|---|---|
| 0007 | See Item 17 | Same as Block 5 |

**5. ISSUING OFFICE** *(Address correspondence to)*

Commanding Officer, US Coast Guard, FD&CCPAC
915 Second Ave, Rm 2664, Seattle, WA 87174

**b. STREET ADDRESS**

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|
| | | |

**f. SHIP VIA**

### 7. TO:

**a. NAME OF CONTRACTOR**

**8. TYPE OF ORDER**

**b. COMPANY NAME**

Brechan Enterprises, Inc

**c. STREET ADDRESS**

2705 Mill Bay Road

| d. CITY | e. STATE | f. ZIP CODE |
|---|---|---|
| Kodiak | AK | 99615 |

☐ **a. PURCHASE**

REFERENCE YOUR:
Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

☒ **b. DELIVERY** - Except for billing Instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**9. ACCOUNTING AND APPROPRIATION DATA**

See Block 17

**10. REQUISITIONING OFFICE**

USCG FD&CC (PAC) - Lt Paul Rendon

**11. BUSINESS CLASSIFICATION** *(Check appropriate box(es))*

☒ a. SMALL      ☐ b. OTHER THAN      ☐ c. DISADVANTAGED      ☐ d. WOMEN-OWNED

| 12. F.O.B. POINT | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)* | 16. DISCOUNT TERMS |
|---|---|---|---|
| ISC KODIAK | | Per SOS | N/A |

**13. PLACE OF**

| a. INSPECTION | b. ACCEPTANCE |
|---|---|
| ISC KODIAK | ISC KODIAK |

14. GOVERNMENT B/L NO.: N/A

### 17. SCHEDULE *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| 0001 | Perform design and construction for Cargo Wharf Maaintenance In accordance with attached Drawings and Specifications Dated March 2001 | | JB | $1,084,902.00 | | |

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | | **17(h) TOT.** *(Cont. pages)* |
|---|---|---|---|---|

**21. MAIL INVOICE TO:**

*SEE BILLING INSTRUCTIONS ON REVERSE*

| a. NAME | | |
|---|---|---|
| Same as Block 5 | | |

**b. STREET ADDRESS** *(or P.O. Box)*

$1,084,902.00 ◄

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|
| | | |

$1,084,902.00

**17(i) GRAND TOTAL**

| 22. UNITED STATES OF AMERICA BY *(Signature)* ► | *W. F. Denman* | 23. NAME *(Typed)* |
|---|---|---|
| | | WILLIAM F. DENMAN |
| | | TITLE: CONTRACTING/ORDERING OFFICER |

Previous edition not usable

OPTIONAL FORM 347 (Rev. 6-95)
Prescribed by GSA/FAR 48 CFR 53.213(e)



EXHIBIT 7

Exhibit 26

DTCG50-01-D-643XX0
Task Order 0007
Page 2 of 2

Block 17 Continued

| Requisition/Reference No. | Accounting and Appropriation Data | Amount |
|---|---|---|
| 24 01 501643XX0 008 | 2 6 101 133 43 0 13 46000 3227 | $ 971,145.00 |
| 24 01 501643XX0 009 | 2 6 101 133 43 0 13 46000 3227 | $ 43,638.00 |
| 24 01 501643XX0 010 | 2 6 101 133 43 0 13 46000 3227 | $ 70,119.00 |