1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF ALASKA

3

4    ABSOLUTE ENVIRONMENTAL
     SERVICES, INC., An Alaska
5    corporation,

6              Plaintiff,                    **ORIGINAL**

7         vs.

8    FORREST J. McKINLEY and "JANE
     DOE" McKinley, et al.,
9
               Defendants.
10   _____

11   Case No A03-0199 Civil (RRB)

12

13

14

15                DEPOSITION OF TODD ELMORE

16                 Taken March 29, 2006
                  Commencing at 9:00 a.m.
17

18        Volume II - Pages 118 - 238, inclusive

19

20                Taken by the Defendant
21                        at
                     PERKINS COIE
22            1029 W. Third Av., Suite 300
                 Anchorage, AK  99501
23

24

25   Reported by:
     Susan J. Warnick, RPR

                                          Exhibit 29
        Midnight Sun Court Reporters  (907) 258-7100

1    didn't go very well, so I wouldn't be satisfied.

2    BY MR. PARTNOW:

3    Q    Okay.  My question is in terms of it not going well,

4    in your opinion, was that because Imperial was not

5    carrying out its end of the bargain or was Imperial being

6    asked to do things that were unfair for it to be asked to

7    do?

8    A    I would believe they were not fulfilling their part

9    of the contract.

10    Q    Prior to your -- all my questions with regards to now

11    with Absolute will deal with the time when you were

12    permanently working with -- or full time, 2002-2004, not

13    going back to the college stuff.

14    A    Correct.

15    Q    Just to make sure.

16         Prior to your work with Absolute, did you know

17    Jerry Hardenbergh?

18    A    No.

19    Q    My understanding is that you had some involvement in

20    preparing the bid or the quote to do the work that

21    Absolute submitted to Brechan, but that that involvement

22    was basically taking numbers and information that was

23    given to you by others and putting it into the Means?

24    A    Compiling them and input, yes.

25    Q    That you weren't independently doing cost estimating

```
 1    or take-offs or whatever; you were just putting the

 2    information into the forms to get submitted to Brechan and

 3    ultimately to the Coast Guard?

 4    A    Yes.

 5    Q    So in terms of like doing the estimating, to actually

 6    perform the bid, to develop that price, that was not

 7    something that you did?

 8    A    No.

 9    Q    And your understanding is that was done primarily by

10    Jason Peterson and Tom Puett?

11    A    Correct.

12    Q    And again, I just want to make sure my understanding

13    is correct.  Your involvement -- you were aware of the

14    process and you were putting the information into the

15    Means sheets and spreadsheets and and so forth as those

16    numbers were being developed?

17    A    Yes.

18    Q    Am I correct in my understanding that Coffman

19    Engineers had no involvement during that point in time?

20                MR. ELISON:  Objection.  Foundation.

21                THE WITNESS:  To my knowledge.

22    BY MR. PARTNOW:

23    Q    To your knowledge.  You had no dealings with Coffman

24    at that time?

25    A    I had no dealings with Coffman.
```

REPORTER'S CERTIFICATE

1

2    I, SUSAN J. WARNICK, RPR, and Notary Public in

3    and for the State of Alaska do hereby certify:

4    That the witness in the foregoing proceedings was

5    duly sworn; that the proceedings were then taken before me

6    at the time and place herein set forth; that the testimony

7    and proceedings were reported stenographically by me and

8    later transcribed under my direction by computer

9    transcription; that the foregoing is a true record of the

10    testimony and proceedings taken at that time; and that I

11    am not a party to nor have I any interest in the outcome

12    of the action herein contained.

13    IN WITNESS WHEREOF, I have hereunto subscribed my

14    hand and affixed my seal this 17th day of April,

15    2006.

16

17

18    SUSAN J. WARNICK,
    Registered Professional Reporter

19    Notary Public for Alaska

20

My Commission Expires:  April 8, 2010

21

22

23

24

25