INTENTIONALLY LEFT BLANK

EX. 30