**SWALLING CONSTRUCTION COMPANY, INC.**
AN EQUAL OPPORTUNITY EMPLOYER
GENERAL CONTRACTOR #AA179



SERVING ALASKA SINCE 1947

www.swalling.com
P.O. Box 101039
ANCHORAGE, ALASKA 99510-1039
TELEPHONE (907) 272-3461
FACSIMILE (907) 274-6002
LOCATED AT 235 F ST.

Matt Holstrom
Brechan Enterprises
2705 Mill Bay Road
Via Fax 907-487-2587

September 12, 2001

Re:       Kodiak Coast Guard Cargo Dock Facility Coatings

Subject:  Welding or removal of brackets

Gentlemen;

Per specification Section 1.7.3.9 their were an estimated 100 feet of welding required for the Cargo dock project to seal weld a number of utility hangers and braces. To date Swalling Construction has either welded or remove by torching over 70 feet of braces or hangers on the pipe piling portion bents 1 trough 23.
During our stage set up on the H pile section it has come to our attention that the amount of welding or removal is far greater then estimated. Due to the poor quality of workmanship on the welding, areas not welded, scabbed together pieces, and steel not cut to fit. The first H pile bent has over 47 feet of welding, cutting or grinding, with the second and third bent having an estimated minimum of 30 feet.
This extra work is going drastically effect our schedule for the completion due to the fact that SCCI must now sand blast a given area, identify the areas in need of repair, do the repairs, which in the case of the first H pile bent will take a minimum of one full day for a 3 man crew. After the repairs have been accomplished SCCI must then re-blast the area and coat.

Sincerely,
SWALLING CONSTRUCTION CO., INC.

Andrew Romine
Operations Manager

Ex. 11  5-1-06
Witness Anderson
S. WARNICK 907-258-7100

Exhibit 31

SCC000002