Michael E. Kreger
Jacob Nist
James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc. and
Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings"; EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; Brechan ENTERPRISES, INC., an Alaska corporation; SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation; and COFFMAN ENGINEERS, INC., a Washington corporation,<br><br>    Defendants. | Case No. 3:03-cv-0199-RRB<br><br>**PROPOSED ORDER** |

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Absolute Environmental Services v. McKinley, et al.
Case No. 3:03-cv-0199-RRB                - 2 -                [38599-0012/AA062140.004]

The court having considered Brechan and Safeco's Motion for Summary Judgment—Nondisclosure, any opposition thereto, and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED.

Absolute's claim for relief for breach of contract based on a failure to disclose superior knowledge and its claim for relief in tort based on fraudulent nondisclosure are dismissed with prejudice.

DATED:_____.

_____
Ralph R. Beistline
District Court Judge

I hereby certify that on August 3, 2006, the foregoing has been served by electronic mail on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

  /s/ Michael E. Kreger
      Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Absolute Environmental Services v. McKinley, et al.
Case No. 3:03-cv-0199-RRB     - 3 -     [38599-0012/AA062140.004]