IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>　　Plaintiff,<br>v.<br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings"; EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRISES, INC., an Alaska corporation; SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, and COFFMAN ENGINEERS, INC., a Washington corporation,<br>　　Defendants. | Case No. A03-0199 Civil (RRB)<br><br>DECLARATION OF MATTHEW HOLMSTROM |

## DECLARATION OF MATTHEW HOLMSTROM

I, Matthew Holmstrom, hereby declare under penalty of perjury, that:

1. I am the former Project Manager for Brechan Enterprises, Inc. ("Brechan"). I have personal knowledge of the facts set out below.

2. As part of my responsibilities as a project manager, I was responsible for administering contracts between Brechan with the United States Coast Guard ("USCG"). In particular, I was responsible for administering Brechan's two Indefinite Delivery / Indefinite Quantity ("ID/IQ") contracts with the USCG. These contracts were commonly known as "Job Order Contracts" or "JOC" contracts.

3. Under the terms of the JOC contracts, the USCG requested proposals and prices from Brechan for specific construction projects that the USCG required.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

- 1 -

The USCG requested task proposals from the contractor and negotiated prices for each proposal. Accepted proposals generated task orders to proceed.

4. While employed at Brechan, Brechan had two JOC contracts. The first was entered into in the year 2000. This contract was known as DTCG50-01-D-643XXO. One of the USCG's requests for proposals under this contract included the removal and reapplication of coatings from the USCG's cargo wharf in Kodiak, Alaska. The USCG eventually issued "Task Order 7" to Brechan to perform this work. A true and correct copy of Task Order 7 and Modification 5 to that task order is attached as Exhibit A.

5. In 2002, Brechan Enterprises, Inc. entered into another multi-year, indefinite delivery, indefinite quantity contract, DECG50-02-D-643J55 with the USCG. Under this second JOC contract, the USCG requested that Brechan provide a proposal to perform removal and reapplication of coatings work on Bents 12-33 of the cargo wharf in Kodiak. A true and correct copy of the USCG's RFP is attached to this declaration as Exhibit B. Brechan responded to this and was issued a task order for this work. A true and correct copy of that task order is attached as Exhibit C.

6. Attached as Exhibit D is a true and correct copy of a memorandum dated February 26, 2002 from Coffman Engineers.

7. Attached as Exhibit 1 are 5 photographs on 4 pages. I have looked at the photographs and the conditions they depict. I did not take the photographs. There are thousands of photographs of various areas and at various conditions on the dock. These 5 photographs are fair and accurate representations of

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

conditions observed at various times at the cargo wharf.

DATED: August, __2__, 2006

_____
Matthew Holmstrom

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108