# EXHIBIT A

02/27/2002 13:25 FAX                                                                                    ☒002/009

# ORDER FOR SUPPLIES AND SERVICES

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

PAGE 1 OF 2 PAGES

| 1. DATE OF ORDER | 2. CONTRACT NO. (If any) | 6. SHIP TO: |
|---|---|---|
| 20 March 2001 | DTCG50-01-D-643XX0 | a. NAME OF CONSIGNEE |
| 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. | Same as Block 5 |
| 0007 | See Item 17 | b. STREET ADDRESS |

5. ISSUING OFFICE (Address correspondence to)
Commanding Officer, US Coast Guard, FD&CCPAC
915 Second Ave, Rm 2664, Seattle, WA 87174

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|

f. SHIP VIA

7. TO:
a. NAME OF CONTRACTOR

b. COMPANY NAME
Brechan Enterprises, Inc

c. STREET ADDRESS
2705 Mill Bay Road

| d. CITY | e. STATE | f. ZIP CODE |
|---|---|---|
| Kodiak | AK | 99615 |

8. TYPE OF ORDER

☐ a. PURCHASE
REFERENCE YOUR:
Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

☒ b. DELIVERY - Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATION DATA

See Block 17

10. REQUISITIONING OFFICE

USCG FD&CC (PAC) - Lt Paul Rendon

11. BUSINESS CLASSIFICATION (Check appropriate box(es))
☒ a. SMALL    ☐ b. OTHER THAN    ☐ c. DISADVANTAGED    ☐ d. WOMEN-OWNED

| 12. F.O.B. POINT | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE (Date) | 16. DISCOUNT TERMS |
|---|---|---|---|
| ISC KODIAK | N/A | Per SOS | N/A |

13. PLACE OF
a. INSPECTION: ISC KODIAK
b. ACCEPTANCE: ISC KODIAK

## 17. SCHEDULE (See reverse for Rejections)

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| 0001 | Perform design and construction for Cargo Wharf Maaintenance In accordance with attached Drawings and Specifications Dated March 2001 | | JB | $1,084,902.00 | | |

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | | |
|---|---|---|---|---|

SEE BILLING INSTRUCTIONS ON REVERSE

21. MAIL INVOICE TO:
a. NAME: Same as Block 5
b. STREET ADDRESS (or P.O. Box)

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|

$1,084,902.00 ◄ 17(h) TOT. (Cont. pages)

$1,084,902.00 ◄ 17(i) GRAND TOTAL

22. UNITED STATES OF AMERICA BY (Signature) ► *[signature]*

23. NAME (Typed)
WILLIAM F. DENMAN
TITLE: CONTRACTING/ORDERING OFFICER

Previous edition not usable

OPTIONAL FORM 347 (Rev. 6-95)
Prescribed by GSA/FAR 48 CFR 53.213(e)

BEI4974
38599-0012

DTCG50-01-D-643XX0  
Task Order 0007  
Page 2 of 2

**Block 17 Continued**

| Requisition/Reference No. | Accounting and Appropriation Data | Amount |
|---|---|---|
| 24 01 501643XX0 008 | 2 6 101 133 43 0 13 46000 3227 | $ 971,145.00 |
| 24 01 501643XX0 009 | 2 6 101 133 43 0 13 46000 3227 | $   43,638.00 |
| 24 01 501643XX0 010 | 2 6 101 133 43 0 13 46000 3227 | $   70,119.00 |

BEI4975  
38599-0012

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 2 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0005 | 23Apr02 | 2401501643XX0 010 | A33-S01047 |

| 6. ISSUED BY | CODE | | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|
| Commanding Officer<br>USCG FD&CC Pacific<br>915 Second Ave Room 2664<br>Seattle, WA 98174-1011 | | | SAME AS BLOCK 6 | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (✓) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| BRECHAN ENTERPRISES, INC<br>2705 MILL BAY ROAD<br>KODIAK, ALASKA 99615 | | | |
| | | | 9B. DATED (SEE ITEM 11) |
| | | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>DTCG50-01-D-643XX0<br>Task Order 0007 |
| | | | 10B. DATED (SEE ITEM 13)<br>20Mar01 |
| CODE | FACILITY CODE | | | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**
2 6 101 133 43 0 13 46000 3227        OBLIGATE: $90,000.00

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (✓) | | |
|---|---|---|
| | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>CHANGES AND MUTUAL AGREEMENT OF THE PARTIES |
| | D. | OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return __1__ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**
CARGO WHARF MAINTENANCE

THIS IS MODIFICATION 0005 TO TASK ORDER 0007

*******************************SEE PAGE 2 OF 2 *******************************

Ex. 82  Date 2·13·06
Witness Olson
S. WARNICK  907-258-7100

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| MATT HOMSTRAN  PROJECT MANAGER | ANITA B. REPANICH, CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR<br>[signature] | 16B. UNITED STATES OF AMERICA<br>BY [signature] Anita Repanich | 16C. DATE SIGNED<br>4/25/02 |
| 15C. DATE SIGNED  4/25/02 | | |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR

BEI3539
38599-0012

DTCG50-01-D-643XX0
Task Order 0007
Modification 0005
Page 2 of 2

A. This modification compensates the Contractor for the changes listed in item #1 below, and also clarifies the scope changes for this Task Order as listed in item #2 below:

1. Additional Surface Prep, up to and including Bent 12
   Additional QA
   Total = $90,000.00

2. Regarding Brechan letter dated March 15, 2002, to Ms. Anita Repanich, Contracting Officer:
   a) The following enclosures were provided for *informational purposes only* and are not to be construed as a part of their proposal:
      i) Letter from Swalling dated Dec. 21, 2001
      ii) Letter from Swalling dated Feb. 12, 2002
   b) Enclosure titled "Memorandum from Coffman dated Feb. 27, 2002" is a part of this modification with the following exceptions (Note: The Coast Guard's Construction Inspector (CI) and/or Brechan's Independent Quality Assurance (Q/A) representative shall determine and identify/mark which members are structural and which are non-structural or abandoned non-structural).
      i) Structural members with poor quality or defective welds shall be prepared (i.e. abrasive blast cleaned, seal welded, inspected, etc...), coated, tested, and warranted in accordance with the original contract specifications Section 09967 "Coating of Steel Waterfront Structures", dated March 2001.
      ii) Structural members with good quality or non-defective welds shall be prepared (i.e. abrasive blast cleaned, "stripe coated" or caulked, inspected, etc...), coated, tested, and warranted in accordance with the original contract specifications Section 09967 "Coating of Steel Waterfront Structures", dated March 2001.
      iii) Abandoned non-structural members such as utility supports and unused angle clips may be removed if determined to be cost effective and increase overall worker productivity.
      iv) Non-structural members such as utility supports with poor quality or defective welds shall be prepared (i.e. abrasive blast cleaned, "stripe coated" or caulked, inspected, etc...), coated, and tested in accordance with the original contract specifications Section 09967 "Coating of Steel Waterfront Structures", dated March 2001, but not warranted in accordance with the contract specifications.

B. There will be No Time and Materials (T&M) work for the remaining phase of this project, unless authorized by the Contracting Officer.

C. The remaining phase of this project will complete all coatings up to and including Bent 12.

D. Performance period is extended to 01 July 2002.

E. Total task value changed.   FROM:   $1,412,803.00
                               TO:     $1,502,803.00

F. This agreement constitutes full, complete and final settlement of any and all claims for equitable adjustment in the form of monetary and/or time relief which the contractor may have and which may arise in the future, either directly or indirectly, from this supplemental agreement.

BEI3540
38599-0012