# EXHIBIT C

| ORDER FOR SUPPLIES OR SERVICES | | PAGE 1 | OF PAGES 2 |
|---|---|---|---|

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. (if any) | 6. SHIP TO: |
|---|---|---|
| 12/12/2002 | DTCG50-02-D-643J55 | a. NAME OF CONSIGNEE |
| 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. | FD &#38; CC Pacific |
| DTCG50-03-F-643P92 | 2403503643P92 | |

| 5. ISSUING OFFICE (Address correspondence to) | b. STREET ADDRESS |
|---|---|
| FD & CC Pacific | 915 Second Ave, RM 2664 |
| 915 Second Ave, RM 2664 | 2664 |
| Seattle WA 981741011 | Attn: ANDY S. BROWN |

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|
| Seattle | WA | 981741011 |

7. TO: W. E. Oliver

a. NAME OF CONTRACTOR
Brechan Enterprises, Inc.

b. COMPANY NAME

c. STREET ADDRESS
2705 Mill Bay Road

| d. CITY | e. STATE | f. ZIP CODE |
|---|---|---|
| Kodiak | AK | 99615 |

8. TYPE OF ORDER
☐ a. PURCHASE
☑ b. DELIVERY

Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATIONS DATA
26301 13343013/46000/3227/33801171V/V

10. REQUISITIONING OFFICE
FD&CC Pacific

11. BUSINESS CLASSIFICATION (Check appropriate box(es))
☑ a. SMALL  ☐ b. OTHER THAN SMALL  ☐ c. DISADVANTAGED  ☐ d. WOMEN-OWNED

| 12. F.O.B. POINT | 14. GOVERNMENT BIL. NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE (Date) | 16. DISCOUNT TERMS |
|---|---|---|---|
| Destination | N/A | 12/29/2002 | Net 14 |

13. PLACE OF
a. INSPECTION: Destination
b. ACCEPTANCE: Destination

17. SCHEDULE (See reverse for Rejections)

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| 00001 | Provide labor, materials and equipment to provide steel waterfront coating services on the original Cargo Wharf, Bents 12-33 Continued ... | 1.00 | LS | 1,413,020.00 | 1,413,020.00 | |

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | | 17(h). TOT. (Cont. pages) 0.00 |
|---|---|---|---|---|

SEE BILLING INSTRUCTIONS ON REVERSE

21. MAIL INVOICE TO:
a. NAME: Commanding Officer USCG FDCC PAC
b. STREET ADDRESS (or P.O. Box): 915 Second Ave, RM 2664

| c. CITY | d. STATE | e. ZIP CODE | 17(i). GRAND TOTAL |
|---|---|---|---|
| Seattle | WA | 98174-1011 | 1,413,020.00 |

POSTED

22. UNITED STATES OF AMERICA
BY (Signature) *Margaret Wilson*

23. NAME (Typed): MARGARET WILSON
TITLE: CONTRACTING/ORDERING OFFICER

NSN 7540-01-152-8083
Previous edition not usable

OPTIONAL FORM 347 (Rev. 6/95)
Prescribed by GSA, FAR (48 CFR) 53.213(e)

EXHIBIT 44

BEI0133
38599-0012

| | ORDER FOR SUPPLIES OR SERVICES<br>SCHEDULE - CONTINUATION | | | | | PAGE<br>2 | OF<br>2 |

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | | | ORDER NO. | | |
|---|---|---|---|---|---|---|---|
| 12/12/2002 | DTCG50-02-D-643J55 | | | | DTCG50-03-P-643P92 | | |

| ITEM NO.<br>(a) | SUPPLIES OR SERVICES<br>(b) | QUANTITY ORDERED<br>(c) | UNIT<br>(d) | UNIT PRICE<br>(e) | AMOUNT<br>(f) | QUANTITY ACCEPTED<br>(g) |
|---|---|---|---|---|---|---|
| | including all access ramps in accordance with Scope of work, specifications and drawings.<br><br>Proj#33801171<br><br><br>Total amount of award: $1,413,020.00. The obligation for this award is shown in box 17(i). | | | | | |

TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H))

NSN 7540-01-152-8082   50348-101

BEI0134
38599-0012

OPTIONAL FORM 348 (REV. 6/95)
Prescribed by GSA
FAR (48 CFR) 53.213(c)