# EXHIBIT D

# MEMORANDUM

**COFFMAN ENGINEERS**

Job No. 2107

| | |
|---|---|
| To | Matt Holmstrom |
| Company | Brechan Enterprises |
| From | C. Dan Stears |
| Subject | Surface Preparation Technical Proposal |

| | |
|---|---|
| Date | February 26, 2002 |
| Project | Cargo Wharf Maintenance Project |
| Location | USCG ISC Kodiak, AK |
| Project No. | DTCG50-01-D-643XX0 Task 7 |

The original RFP for this project called for "Designs shall extend the life of the facility, be feasible and practical, and shall repair design deficiencies identified in the report. Determine practical elevations for extent of repairs. Determine practical construction techniques for coating removal and recoating of existing structures".

The project coating specification that we developed was intended to coat as much of the pile as feasibly possible (lowest practical elevation) and provide a finished product that had a minimal amount of defects (no such thing as a defect free coating). The specification provides an industrial grade coating system that will extend the life of the facility. A part of the specified coating system included the surface preparation requirements. The intent of the surface preparation requirements was to provide surface cleanliness and anchor profile conditions conducive to the specified coating, while minimizing imperfections related to prior construction techniques (slivers, scabs, weld splatter, etc.).

During the preliminary design phase of this project a number of different types of surface imperfections were noted. The contract specifications identified the known types of imperfections and in the case of seal welds, quantified the amount that was anticipated to be encountered. Quantification of the seal welding was performed so that the coating contractor could provide a reasonable cost for performing this work. The exact amount of seal welding could not be estimated without removing all of the existing coating or corrosion products and inspecting the entire project area. Therefore, the estimated amount of seal welding was based on the preliminary design information obtained and by keeping the scope of the surface preparation activity practical (the intent of this specification was to provide a coating system for the dock, not to structurally modify it).

In approximately October of last year, Swalling Construction started abrasive blasting the original wharf H-pile supports. During the surface preparation inspection, after abrasive blasting, a number of surface imperfections became apparent. The majority of these imperfections were almost impossible to see without removing the old coatings and/or corrosion products. Although the project specifications identified the types of defects that the coating contractor could expect to find, more surface imperfections were found than could have reasonably been anticipated. Most, but not all, of these areas are between elevations 116 and 119 (above the tidal zone).

The extent of the substandard quality of the original construction workmanship was concealed by the existing coatings and corrosion products and was more than could have been reasonably anticipated by any of the parties involved. Therefore, in keeping with the "spirit" of the original RFP (feasible and practical), Coffman recommends proceeding with modified surface preparation requirements.

USCG Kodiak Cargo Wharf Maintenance Project
Surface Preparation Technical Proposal

When substandard quality welds and surface imperfections are discovered, a standard industry approach to the problem would provide the following options:

Option 1 would be to follow the project specifications and correct the surface imperfections by grinding, seal welding, etc. Since the extent of the defects exceeds the amount that could reasonably be expected, a change of conditions would be warranted to follow the existing specification. If the Coast Guard wants to consider this option, the coating contractor has submitted a cost proposal to perform this work. From a practical and feasibility perspective, Coffman feels that this approach is not justifiable. The intent of the specification, to provide a coating system to extend the life of the facility, not to structurally modify it, should be kept in perspective.

Option 2 would be to modify the project specification requirements by requiring the contractor to improve, but not to modify, the surface imperfections. The standard industry approach to this would be to "stripe coat" or caulk the poor quality or nonexistent welds. This approach provides a cost effective method for minimizing the amount of coating defects that would result from the adverse surface conditions. Sharpe edges, slivers and weld splatter will continue to be ground smooth after sandblasting. Defective welds that compromise the integrity of the structure or that weeps water, could be repaired on a unit cost basis (the number of these type of welds is not known, but is anticipated to be minimal). Since the coating contractor would be requested to perform additional work and supply additional materials, a scope modification would be necessary. If the Coast Guard wants to consider this option, the coating contractor has submitted a cost proposal to perform this work. Coffman feels that this approach is practical and feasible. This approach is a compromise between doing no additional surface preparation (Option 3) and doing extensive modifications to the facility (Option 1). This approach would minimize the amount of coating defects and would extend the useful life of the facility an additional 25 years.

Option 3 would be to modify the project specification to eliminate the seal welding and the additional surface preparation work related to poor quality welds, crevices, etc. The contractor would continue to provide blasting, cleaning and minor grinding of small imperfections. This approach would result in a no cost modification to the existing contract, however the subject areas will experience small defects in the coating system. In the tidal zone, cathodic protection will be provided to the defects while submerged. In the atmospheric zone, some corrosion and rust streaking will occur. Coffman feels that this approach meets the intent of the RFP, to extend the useful life of the facility an additional 25 years, however it will obviously provide more coating defects than Option 2.

Regardless of the option selected, there will be some coating defects, corrosion at the defects and staining of the adjacent coating in the future. Future construction, maintenance, inspections, etc., are likely to reduce the effectiveness of the coating system more than the imperfections previously discussed.

Alternate coating systems were previously evaluated and the current contract specifications allow the contractor to use five different coating systems or provide an approved "equal" system. The contractor is presently considering an "equal" product that was test applied last year on the USCG Kodiak Fuel Pier. Coffman feels that the coating system being applied is a quality product, however we are receptive to alternate equal systems if the contractor

03/14/2002 17:54 FAX 9074864889   BRECHAN ENTERPRISES INC → IDIQ:Matt/George   ☒004
SENT BY: SWALLING CONSTRUCTION;   907 274 6002;   MAR-14-02  1:16PM;   PAGE 3/3

USCG Kodiak Cargo Wharf Maintenance Project
Surface Preparation Technical Proposal

chooses. The vast majority of a coating system cost is in the mobilization, staging and surface preparation; therefore it is not recommended to apply substandard coatings.

The surface preparation methods previously identified and the new coating system that is being applied is superior to the previous coating systems. The new coating has been achieving 2000-psi adhesion strengths and few quality control issues have been identified to date.

If you or the USCG has any questions regarding this technical proposal, please feel free to contact me at (907-276-6664).

Sincerely,

C. Dan Stears
Principal Corrosion Control Engineering

BEI4411
38599-0012