Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>                 Plaintiff,<br><br>  v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>                 Defendants.<br><br>EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>  Counterclaimant/Third-Party Claimant,<br><br>  v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>  Cross-defendants/Third-Party Defendants. | Case No. 3:03-cv-00199-RRB<br><br>**DECLARATION OF PETER C. PARTNOW IN SUPPORT OF COFFMAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE ABSOLUTES' BUSINESS DEVASTATION DAMAGE CLAIMS** |

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| |
|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br>                                  Plaintiff, <br><br> v. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. <br><br>                                  Defendants. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>                              Counterclaim Plaintiff, <br><br> v. <br><br> ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br>                              Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>                              Third-Party Plaintiff, <br><br> v. <br><br> COFFMAN ENGINEERS, INC, a Washington Corporation. <br><br>                              Third-Party Defendant. |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, <br><br>                              Plaintiff/Cross-Claimant, <br><br> v. <br><br> COFFMAN ENGINEERS, INC, a Washington Corporation. <br><br>                              Third-Party Defendant. |

I, Peter C. Partnow, hereby declare and state under oath as follows:

1. I am one of the counsel of record for Coffman Engineers, Inc. ("Coffman") in this lawsuit.

2. I have personal knowledge of the contents of this declaration. This declaration is filed in support of Third-Party Defendant Coffman Engineers, Inc.'s motion for partial summary judgment dismissing plaintiff/cross-claimant Absolute Environmental Services, Inc's claims for business devastation damages.

3. Attached as Exhibit 1 is a true and correct copy of Errata No. 2, revised May 16, 2006 to Exhibit D to the Expert Report of Absolute's retained damages expert Michael K. Lembke, which exhibit was offered by Mr. Lembke as constituting the amount and proposed allocation of damages sought by Absolute in this litigation.

4. Attached as Exhibit 2 is a true and correct copy of excerpts of the transcript of the May 17, 2006 deposition taken in this case of Michael K. Lembke, Absolute's retained damages expert.

5. Attached as Exhibit 3 is a true and correct copy of excerpts of the transcript of the June 27, 2006 deposition taken in this case of Donovan W. Rulien, Absolute's retained business valuation expert.

6. Attached as Exhibit 4 is a true and correct copy of excerpts of the transcript of the June 9, 2006 deposition taken in this case of Absolute's president Dave Olson, who was Absolute's Fed. R. Civ. P. 30(b)(6) designee as the person knowledgeable about Absolute's damages claimed in this litigation.

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

7. I am unaware of any qualified witness identified either in disclosures or other discovery, expert witness reports, or other documentary evidence disclosed in this case from which the jury would have a reasonable basis to determine an amount of Absolute's business devastation, if any.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Anchorage, Alaska this 3rd day of August, 2006.

s/ Peter C. Partnow
Peter C. Partnow, ASBA No. 7206029
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
Email: PartnowP@LanePowell.com

I certify that on August 3, 2006, a copy of the foregoing was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow
011680.0076/156075.2

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Declaration of Peter C. Partnow in Support of Coffman's Motion for Partial Summary Judgment Re Absolutes' Business Devastation Damages Claims**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. 3:03-cv-00199-RRB)   Page 4 of 4