Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>                       Plaintiff,<br><br>  v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>                       Defendants.<br><br>EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>    Counterclaimant/Third-Party Claimant,<br><br>  v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>  Cross-defendants/Third-Party Defendants. | Case No. 3:03-cv-00199-RRB<br><br>**PROPOSED ORDER GRANTING COFFMAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING THE BUSINESS DEVASTATION DAMAGE CLAIMS OF ABSOLUTE ENVIRONMENTAL SERVICES, INC.** |

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

| |
|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>          Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>          Defendants. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>         Counterclaim Plaintiff,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>         Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>         Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC, a Washington Corporation.<br><br>    Third-Party Defendant. |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation,<br><br>         Plaintiff/Cross-Claimant,<br><br>v.<br><br>COFFMAN ENGINEERS, INC, a Washington Corporation.<br><br>         Third-Party Defendant. |

THIS MATTER having come before the Court on the Motion of Cross-Claim Defendant Coffman Engineers, Inc. ("Coffman") for partial summary judgment dismissing claims by Plaintiff/Cross-Claimant Absolute Environmental Services, Inc. ("Absolute") for alleged business devastation, and the Court having reviewed Coffman's motion and supporting declaration and documentation and the memoranda, exhibits and declarations opposing said motion, the Court hereby GRANTS Coffman's motion based on finding that there are no disputes of material fact and that the undisputed facts, even when viewed most favorably to Absolute, reveal there is no evidence which would form a reasonable basis for the jury to determine the amount of the change in Absolute's value or worth since December 31, 2003. Any business devastation award therefore be wholly speculative and thus improper. *Geolar Inc. v. Gilbert/Commonwealth Inc. of Michigan,* 874 P.2d 937 (Alaska 1994).

IT IS THEREFORE ORDERED that Absolute's claims for business devastation are dismissed and may not be pursued or otherwise raised before the jury in this litigation.

SO ORDERED this ____ day of _____, 2006.

_____
The Honorable Ralph R. Beistline
United States District Court Judge

I certify that on August 3, 2006, a copy of the foregoing was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

s/Peter C. Partnow
_____

011680.0076/156076.1

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

**Proposed Order Granting Coffman's Motion for Partial Summary Judgment Dismissing the Business Devastation Damage Claims of Absolute Environmental Services, Inc.**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**    Page 3 of 3