Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>                      Plaintiff,<br><br>  v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>                      Defendants. | Case No. 3:03-cv-00199-RRB<br><br>**COFFMAN ENGINEERS, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO ISSUE REVISED PRETRIAL ORDER AND REQUEST TO ENTER REVISED STIPULATION FOR REVISED PRETRIAL SCHEDULE** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>  Counterclaimant/Third-Party Claimant,<br><br>  v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>  Cross-defendants/Third-Party Defendants. | |

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,

                              Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.

                              Defendants.

BRECHAN ENTERPRISES, INC., an Alaska corporation,

                              Counterclaim Plaintiff,

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,

                              Counterclaim Defendant.

BRECHAN ENTERPRISES, INC., an Alaska corporation,

                              Third-Party Plaintiff,

v.

COFFMAN ENGINEERS, INC, a Washington Corporation.

                              Third-Party Defendant.

ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation,

                              Plaintiff/Cross-Claimant,

v.

COFFMAN ENGINEERS, INC, a Washington Corporation.

                              Third-Party Defendant.

Third-Party Defendant Coffman Engineers, Inc. ("Coffman") recently moved pursuant to Fed. R. Civ. P. 37(a) for an order adopting a revised pretrial order. Subsequent to filing that motion, counsel for Absolute Environmental Services, Inc. ("Absolute"), the only party who had not previously taken a firm position on the proposed stipulation, indicated its willingness to enter the proposed stipulation with minor alterations as to the dates by which exhibits and exhibit lists would be exchanged, submitted to the court, and objected to. The dates pertaining to exhibits were revised and a revised stipulation was circulated to the parties, all of whom have agreed to the revised stipulation. (The sole exception was Robert Dickson, counsel for Specialty Polymer Coatings, USA, Inc. ("SPC"). Mr. Dickson is apparently out-of-state and not reachable until some time during the week of August 7, 2006. However, Mr. Dickson had previously agreed to the stipulation, and it seems highly unlikely that Mr. Dickson would have any objection to the modest alteration in the proposed dates for dealing with exhibits and exhibit lists.)

Based on these events, Coffman respectfully requests that its previously filed motion be withdrawn, and the court consider, and hopefully adopt, the revised stipulation for a revised pretrial schedule attached hereto, subject to any objection which might be raised by Mr. Dickson as to the exhibit dates upon his return to Anchorage next week.

Dated at Anchorage, Alaska this 3rd day of August, 2006.

        LANE POWELL LLC
        Attorneys for Coffman Engineers, Inc.

        By  s/ Peter C. Partnow
            James Stoetzer, ASBA No. 7911130
            Peter C. Partnow, ASBA No. 7206029
            301 W. Northern Lights Blvd., Suite 301
            Anchorage, Alaska 99503-2648
            Tel:  907-277-9511
            Fax:  907-276-2631
            Email:  StoetzerJ@LanePowell.com
            Email:  PartnowP@LanePowell.com

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

I certify that on August 3, 2006, a copy
of the foregoing was served electronically
on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow

011680.0076/156085.1

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Coffman Engineers, Inc.'s Notice of Withdrawal of Motion to Issue Revised Pretrial Order
and Request to Enter Revised Stipulation for Revised Pretrial Schedule**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**          **Page 4 of 4**