Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                        Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                        Defendants. | Case No. 3:03-cv-00199-RRB |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>   Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>   Cross-Defendants/Third-Party Defendants. | **REVISED STIPULATION<br>RE PRETRIAL SCHEDULE AND<br><u>IDENTIFICATION OF TRIAL EXHIBITS</u>** |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                            Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                            Defendant. | |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                           Counterclaim Plaintiff,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                           Counterclaim Defendant. | |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                           Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC., a Washington corporation,<br><br>                           Third-Party Defendant. | |

COME NOW the parties, by and through their counsel of record, and stipulate pursuant to the status conference of April 28, 2006, subject to approval by the court, to the attached pretrial schedule in light of the October 2, 2006 trial date.

| | |
|---|---|
| Expert Reports: | July 3, 2006 |
| Final Witness Lists, Including Experts: | September 1, 2006 |
| Objections to Expert Witnesses: | September 15, 2006 |
| Discovery Closes: | July 3, 2006 |

| | |
|---|---|
| Discovery Motions: | August 4, 2006 |
| Dispositive Motions: | August 4, 2006 |
| Motions in Limine: | September 8, 2006 |
| Designation of Deposition/Telephonic Testimony: | September 1, 2006 |
| Meeting of counsel to exchange exhibit lists and exhibits | September 8, 2006 |
| Objections to Deposition Testimony and Counter Designations: | September 15, 2006 |
| Meeting of counsel and deputy clerk to review trial exhibits | September 15, 2006 |
| Exhibit Lists filed and Exhibits lodged with the court: | September 21, 2006 |
| Objections to Exhibits: | September 25, 2006 |
| Counsel to meet and confer on instructions: | September 15, 2006 |
| Jury Instructions: | September 22, 2006 |
| Objections to Jury Instructions: | September 29, 2006 |
| Voir Dire: | September 27, 2006 |
| Trial Brief: | September 22, 2006 |

The parties further stipulate that for the purpose of identifying and marking trial exhibits, the parties will identify their proposed trial exhibits as follows:

| | |
|---|---|
| Absolute Environmental Services, Inc. | A1 through A? |
| Brechan Enterprises, Inc. | B1 through B? |
| Coffman Engineers, Inc. | C1 through C? |
| Forrest McKinley and Emerco, Inc. | I1 through I? |
| Specialty Polymer Coatings USA, Inc. | S1 through S? |

MARSTON HEFFERNAN FOREMAN, PLLC
Attorneys for Absolute Environmental Services, Inc.

By  s/ Terry R. Marston
Terry R. Marston, *pro hac vice*
16880 N.E. 79th Street
Redmond, Washington 98052
Tel:  425-861-5700
Fax:  425-861-6969
Email:  richr@mhf-law.com

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

LANE POWELL LLC
Attorneys for Coffman Engineers, Inc.

By  s/ Peter C. Partnow
    James B. Stoetzer, ASBA No. 7911130
    Peter C. Partnow, ASBA No. 7206029
    301 W. Northern Lights Blvd., Suite 301
    Anchorage, Alaska 99503-2648
    Tel:  907-277-9511
    Fax:  907-276-2631
    Email:  PartnowP@LanePowell.com


JERMAIN DUNNAGAN & OWENS, P.C.
Attorneys for Forrest McKinley and Emerco, Inc.

By  s/ Eric J. Brown (with consent)
    Eric J. Brown, ASBA No. 9011084
    3000 A Street, Suite 300
    Anchorage, Alaska 99503-4097
    Tel:  907-563-8844
    Fax:  907-563-7322
    Email:  ebrown@jdolaw.com


ATKINSON, CONWAY & GAGNON
Attorneys for Specialty Polymer Coatings USA, Inc.

By  s/ Robert J. Dickson (with consent)
    Robert J. Dickson, ASBA No. 7210044
    420 L Street, Suite 500
    Anchorage, Alaska 99501
    Tel:  907-276-1700
    Fax:  907-272-2082
    Email:  rjd@acglaw.com


PERKINS COIE LLP
Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

By  s/ Michael E. Kreger (with consent)
    Michael E. Kreger, ASBA No. 8311170
    1029 W. Third Avenue, Suite 300
    Anchorage, Alaska 99501
    Tel:  907-279-8561
    Fax:  907-276-3108
    Email:  mkreger@perkinscoie.com

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

I certify that on August 3, 2006, a copy
of the foregoing was served by ECF on:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:    Paul J. Nangle, Paul J. Nangle & Associates
                   101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow
011680.0076/156082.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

Revised Stipulation Re Pretrial Schedule and Identification of Trial Exhibits
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. 3:03-cv-00199-RRB)    Page 5 of 5