# INDEX OF EXHIBITS

Ex. 1   Lembke Ex. 17

Ex. 2   Lembke Deposition (2/17/2006)

Ex. 3   Lembke Ex. 2

Ex. 4   Lembke Deposition (2/11/2004)

Ex. 5   Lembke Report 11/12/2004 (Ex. 4)

Ex. 6   Anderson Deposition

Ex. 7   Dave Olson Deposition

Ex. 8   Yell Deposition

Ex. 9   Attachment 7 to Absolute/Imperial Subcontract

Ex. 10  Elmore Deposition

Ex. 11  Peterson Deposition

Ex. 12  Olson Ex. 89

Ex. 13  Vernon Report

Ex. 14  Vernon Deposition

Ex. 15  Absolute Environmental's Responses to Safeco Insurance Company's Discovery Requests

Ex. 16  Absolute Environmental's Responses to Coffman's Second Discovery Requests (7/7/2006)

Ex. 17  Anderson Exhibit 21