# EXHIBIT 1

## AESI DAMAGES

### Brechan Enterprises, Inc.

Revised 5-5-05
AESI actual cost records, with appropriate adjustments, have been used to calculate its damages.

### 1. As-Planned Costs

| | | | |
|---|---:|---|---|
| A. AESI scope direct costs | $141,742.00 | Note 5; *Exhibit 8* | |
| B. Phase I warranty work | 0.00 | Note 6; *Exhibit 9* | **Revision 1** |
| C. IIC subcontract | 772,123.00 | | **Revision 2** |
| **As-Planned Costs:** | **$913,865.00** | | |

### 2. Actual Costs Incurred

| | | | |
|---|---:|---|---|
| D. 2003 Vendors | $981,447.85 | Note 1; *Exhibit 3* | **Revisions 3, 4** |
| E. 2003 Labor | 694,977.24 | Note 2; *Exhibits 4 & 5* | |
| F. 2004 Vendors | 132,908.49 | Note 3; *Exhibit 6* | |
| G. 2004 Labor | 24,089.98 | Note 4; *Exhibit 4 & 7* | |
| **Actual costs to date:** | **$1,833,423.56** | | |

### 3. Adjustments to Costs

| | | | |
|---|---:|---|---|
| Less as-planned costs | (913,865.00) | | |
| Less 2003-2004 legal costs | (33,267.14) | | |
| Less AESI interference | (964.80) | Note 7 | |
| Less conduit removal | 0.00 | Note 11 | **Revision 5** |
| Less Accepted Backcharges | ($22,862.44) | | **Revision 6** |
| Less KTA-Tator Adjustment | ($48,818.70) | | **Revision 7** |
| **Total Adjustments:** | **($1,019,778.08)** | | |

### 4. Net Additional Costs           $813,645.48

### 5. Markups

| | | | |
|---|---:|---|---|
| 15.4% Overhead | 125,301.40 | Note 10; *Exhibit 11* | **Revision 8** |
| Subtotal | $938,946.88 | | |
| 10% Profit | 93,894.69 | | |
| Subtotal | $1,032,841.57 | | |
| **6. Unpaid Task Order Balances** | **$96,558.26** | | **Revision 9** |

### 7. Compensation due AESI     $1,129,399.83

Exhibit 17
Date 5-10-06
Wit Lembke
Valerie Seaton, RPR

# Revision Notes to AESI Damages

**Brechan Enterprises, Inc.**
Revised 5-5-05

**Revision 1:** Brechan owes AESI **$42,980.54**, plus markups, for work performed on Phase 1 warranty repairs. This work was ordered by Brechan and is not included in AESI's original work scope or subcontract. Reference Note 6 and Exhibit 9, attached.

**Revision 2:** Imperial Industrial Coatings subcontract with AESI.

**Revision 3:** The following 2003 invoices have been removed from Absolute's claim:

| | | | |
|---|---|---|---|
| Kodiak Rental Center | 7/21/03 | C172653-02 | $1,150.00 |
| Kodiak Rental Center | 8/12/03 | C173417-04 | 1,872.00 |
| Polar Supply Co. Inc. | 6/16/03 | 00087581 | 248.00 |
| Polar Supply Co. Inc. | 6/18/03 | 0087896 | 101.74 |
| Polar Supply Co. Inc. | 6/30/03 | 00089204 | 32,800.00 |
| Polar Supply Co. Inc. | 7/03/03 | 00089725 | 1,053.20 |
| Polar Supply Co. Inc. | 7/15/03 | 00090698 | 141.14 |
| Polar Supply Co. Inc. | 7/18/03 | 00089980 | 103.86 |
| Polar Supply Co. Inc. | 8/06/03 | 00093029 | 187.18 |
| Polar Supply Co. Inc. | 8/15/03 | 00094042 | 106.79 |
| | | Total | **$37,763.91** |

**Revision 4:** The following 2003 invoices have been removed from AESI's claim:

| | | |
|---|---|---|
| Coffman Engineers | 10/02/03 | $1,500.00 |
| Coffman Engineers | 11/10/03 | 1,500.00 |
| Coffman Engineers | 12/31/03 | 1,500.00 |
| Coffman Engineers | 12/31/03 | 750.00 |
| | Total | **$5,250.00** |

**Revision 5:** Removal of conduit ($850.00 additional) was excluded by AESI. No credit is due to Brechan for this scope of work.

**Revision 6:** The only backcharges AESI has accepted are Change Orders 1-3, totaling **$22,862.44.**

**Revision 7:** KTA-Tator, Inc. costs have been credited to include all costs from KTA Tator's mobilization on June 27, 2003, to August 30, 2003, the original project completion date. Total costs for 120 calendar days =$92,987.96, or $774.90/CD. 63 CD

1

@ $774.90= **$48,818.70.** Reference AES002567-AES002574. Reference AES002576-AES002584 and AES002556-AES002566.

**Revision 8:** AESI actual overhead of 15.4% has been applied to all net additional costs incurred by AESI. Reference Notes 9 and 10, and *Exhibit11*, attached.

**Revision 9:** Brechan owes AESI **$96,558.26** (net) in outstanding balances for work performed on the following task orders under the contract:
USCG Hangar II
Lake Louise Building
Sarichef Street Utilidor
Kodiak Barracks Rehab I
Kodiak USCG Bunkers
Kodiak Barracks II
Squad Bay

2

**Note 1.** The term *vendor* includes suppliers, retail outlets, subcontractors, misc. invoices, and per diem payments to employees. Reference *Exhibit 3, Job Cost Report, 2003.* Reference *AES002388-AES002929.*

**Note 2.** Reference AESI certified payrolls *AES-001762-AES-001875; AES002930-AES002962.* Reference *Exhibit 4, Labor and Vendor Cost Summary, 2003-2004.* Reference *Exhibit 5, Labor Summary, 2003.*

**Note 3.** The term *vendor* includes suppliers, retail outlets, subcontractors, misc. invoices, and per diem payments to employees. Reference *Exhibit 6, Job Cost Report, 2004.* Reference *AES002388-AES002929.*

**Note 4.** Reference AESI certified payrolls *AES-001762-AES-001875; AES002930-AES002962.* Reference *Exhibit 7, Labor Summary, 2004.*

**Note 5.** Reference *Exhibit 8, AESI Cost Calculation.* Reference *AES002388-AES002929.*

**Note 6.** AESI performed warranty work for Brechan on Phase I bents of the cargo wharf. Reference *Exhibit 9, Phase I Repairs.* Reference *AES002388-AES002929.*

**Note 7.** IIC daily reports list impacts to productivity due to AESI interference. Allowance has been made for 16 listed impact hours, without evaluation, at a composite overtime rate of $60.30.

**Note 10.** AESI actual overhead 15.4% on 2004 costs. Reference *Exhibit 11, Excerpts from AESI Financial Statements and Supplementary Information, 2002 and 2003.*

**Note 11.** Per IIC proposal dated 08/01/2003. Reference *AES-002138*