# EXHIBIT 3

# ERRATA NO. 2

Revised 5/16/06



Exhibit D to Report of Michael K. Lembke

## Opinion Regarding Proposed Allocation of Damages Among the Several Defendants

### Brechan/Safeco – Coffman Engineers – McKinley/Emerco (Imperial)

1. Coffman estimated 40,000 sf as the Total area of the Cargo Wharf (Original and Extension)
   a. CEI estimated 7,400 sf Wharf Extension
   b. CEI estimated 32,600 sf Original Wharf
2. Swalling completed 15,500 sf in Phase 1
   a. Wharf Extension at 7,400 sf
   b. 8,100 sf of Original Wharf
   c. Leaving 24,500 sf to be coated in Phase 2 (40,000 sf minus 15,500 sf)
3. Phase 2 was divided into five "Areas," A, B, C D, and E.
4. The "average" number of square feet per Area is 4,900 sf (24,500 sf divided by five).
5. IIC applied the initial coatings to all of Area A and approximately half of Area B for a total of 7,350 sf
6. IIC, therefore, applied approximately 30% of the square footage coated in Phase 2 (7,350 sf coated divided by 24,500 sf to be coated)
7. AESI applied the remaining approximately 70% of the square footage coated in Phase 2.
8. AESI Claim to Brechan/Coffman:      $1,129.399.83
   AESI Claim to IIC:                   $1,200,581.73
9. Brechan/Coffman: 70% of $1,129.399.83:   $ 790,579.86
10. IIC: 30% of $1,200,581.73:              $ 360,174.51
11. Split areas of A/B 50/50:
    Brechan/Coffman:    $ 169,409.97
    IIC:                $ 180,087.26
12. Brechan/Coffman Recap:
    70%:                        $ 790,579.86
    50% A/B:                    $ 169,409.97
    Subtotal                    $ 959,989.83
    Plus Business Devastation   $2,280,000.00
    Brechan/Coffman Total       $3,239,989.83
13. IIC Recap:
    50% A/B:                    $ 180,087.26