# EXHIBIT 6

Page 1

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                     FOR THE DISTRICT OF ALASKA
 3
 4   ABSOLUTE ENVIRONMENTAL
     SERVICES, INC., An Alaska
 5   corporation,
 6             Plaintiff,
 7        vs.
 8   FORREST J. McKINLEY and "JANE
     DOE" McKINLEY, et al.,
 9
               Defendants.
10   _____
11   Case No A03-0199 Civil (RRB)
```

COPY

                    DEPOSITION OF MICHAEL ANDERSEN

                           Taken May 1, 2006
                        Commencing at 9:00 a.m.
                   Volume I - Pages 1 - 161, inclusive


                         Taken by the Defendant
                                  at
                               LANE POWELL
                     301 W. Northern Lights Boulevard
                            Anchorage, AK  99503

    Reported by: Susan J. Warnick, RPR

Page 102

1  for counsel, so we will have to wait for a break and we
2  will copy them for you. Let's mark this as the next one.
3      (Exhibit 20 marked.)
4      MR. MARSTON: Mike, it would be helpful to me if
5  you would read out the Bates number on the document.
6      MR. KREGER: You bet. This is Swalling 1139
7  through 1143. This is SC Swalling as opposed to SCC.
8  BY MR. KREGER:
9  Q  So, Mike, I'm handing you what's been marked as next
10 exhibit in line. Take a look at that, if you would,
11 please. Do you recognize that as an estimate you prepared
12 to do the cargo wharf project in its entirety back in
13 2001?
14 A  Yes, I do.
15 Q  Is that an estimate that you prepared?
16 A  Yes, it is.
17 Q  Can I look at it?
18     The last page, the total estimate there is a
19 million 533,740, correct?
20 A  Correct.
21     (Exhibit 21 marked.)
22 BY MR. KREGER:
23 Q  Exhibit 21 is Swalling Construction SC 753 through
24 756. Showing you Exhibit 21, Mike. Could you take a look
25 at that for a, moment, please.

Page 103

1  A  Okay.
2  Q  Do you recognize that document?
3  A  Yes, I do.
4  Q  Can you tell what it is?
5  A  This is a budget with costs put to it. It's called a
6  rembud. It's a weekly cost of the job that gets put out
7  on a weekly basis.
8  Q  Is that something that you would have some
9  involvement in preparing?
10 A  No, this gets prepared by our accounting department.
11 Q  What is the data that they used to prepare that from?
12 A  All the labor is compiled, all the materials that are
13 bought for the job, the equipment charge of the job, the
14 equipment rented for the job. It's just a breakdown of
15 everything, all the charges to the project.
16 Q  And this is a rembud as of January 18, 2002?
17 A  Correct.
18 Q  Now, I want to ask you some questions about, let's
19 see, page three of the rembud. It's Swalling 755. And
20 I'm going to ask you some about the next page, too.
21 We're -- if you don't mind sharing with me?
22 A  Sure.
23 Q  At the top on the left side, it says H pile work; do
24 you see that?
25 A  Yes.

Page 104

1  Q  And underneath that there is four lines, and they
2  have some numbers in front of them, like the first line
3  says 30-005 prep and prime, and the next one says 30-010,
4  blast H piling; do you see that?
5  A  Yes.
6  Q  What do those numbers stand for?
7  A  They are phase codes. That is -- 30-005 is a phase
8  code that is put on the time card or the billing document
9  invoice, so the accounting department knows to charge it
10 to that phase number.
11 Q  And what is the point of charging various work to
12 various phase codes?
13 A  So you can track the production rates or lack of
14 production rates.
15 Q  Is that something that you typically do -- you being
16 Swalling -- typically do in your projects?
17 A  Yes.
18 Q  Would you consider that to be typical practice in the
19 industry?
20 A  Yes.
21 Q  Take a look at the second page, if you would please.
22 Now, here in the middle we have a category that says extra
23 work; do you see that?
24 A  Yes.
25 Q  And under that, it looks like there are about 15

Page 105

1  different numbers. They all start with 42. What is this
2  extra work category here?
3  A  That was all the extra work that we did on the weld
4  repair or scaffold work, whatever extra work we did on
5  that job that was to be charged as a change order.
6  Q  So how did this -- how did these extra work
7  categories get set up on this project?
8  A  Usually, if we're on a job site, and we determine
9  that something is extra, we start tracking it when it's
10 deemed that it's an extra work authorization or extra work
11 period, whether it's authorized or not.
12 Q  What is the point of tracking it?
13 A  So we can know what our costs are on it so we can
14 either bill the general contractor, bill the owner. And
15 we can go ask for extra costs, we can give them a printout
16 of it to show what we ended up spending on it.
17 Q  Did you set up a cost code for H pile welding,
18 cutting, and grinding?
19 A  Yes.
20 Q  What was that cost code number?
21 A  42070.
22 Q  And then did you track the number of hours that you
23 incurred in doing the work that was represented by this
24 item of extra work?
25 A  Yes.

Page 106

1  Q  And how many hours did you track in that cost code?
2  A  403 hours.
3  Q  And were there other costs that you tracked in that
4  category as well?
5  A  Yes.
6  Q  And what were they?
7  A  H pile, R&R, CP, electrical scaffolding, scaffold for
8  the insulators, skiff tender for Coffman, welding ladders,
9  cutting up all anodes. That's pretty much it.
10 Q  And how did the information get to the foreman or the
11 superintendent in the field so that they would be able to
12 correlate the cost incurred to the cause that led to that
13 cost being incurred?
14 A  Well, that is something that we did when I was on
15 site. If something -- our foremen were well versed on
16 what our scope of work was, and if, when all the welding
17 issues and everything, everything that we felt that was a
18 change order or not in our scope of work, I assigned extra
19 phase numbers to and they tracked it on their time card.
20 Q  Is this some -- this would be typical practice in the
21 construction contracting industry to track your costs for
22 extra work in this way; would it not?
23    MR. MARSTON:  Objection, lack of foundation.
24    MR. KREGER:  You can answer.
25    THE WITNESS:  Correct.

Page 107

1  BY MR. KREGER:
2  Q  And how many years have you been involved in the
3  construction contracting industry?
4  A  30.
5  Q  And have you worked in the AGC?
6  A  Yes.
7  Q  Been a member of ACG?
8  A  Since I have been Swalling.
9  Q  Been on committees in AGC?
10 A  Yes.
11 Q  Now, another question on the H pile, welding, cutting
12 and grinding cost code. You have a labor value there of
13 $18,496; is that right?
14 A  Yes, that is the cost.
15 Q  That is the labor cost of the 403 hours?
16 A  Correct.
17 Q  But it's not an average hour; actually, you're taking
18 the Davis/Bacon rate for each particular category of
19 labor, whether it's painter or pilebuck or whatever?
20 A  Correct.
21 Q  In your certified payrolls, I noticed you had an
22 entry there for your own pay rate. Do you recall, was it
23 $28.95 an hour?
24 A  I don't recall.
25 Q  Could you take a look at your pay rate there.

Page 108

1  Straight time.
2  A  Yeah, I'm looking at it here. That is the overtime
3  rate there. 28.50.
4  Q  So your wage rate, when you were working on this
5  project in the field, was $28.50?
6  A  Correct.
7  Q  That is based on the prevailing wage that is
8  established by the feds for this area, correct?
9  A  Actually, it was a higher rate than that.
10 Q  The prevailing rate was higher than that?
11 A  My rate was higher than that.
12 Q  Was there anybody else on the project who actually
13 did work on the job who kept a Davis/Bacon payroll that
14 had a higher wage rate than yours?
15 A  Probably, yes.
16 Q  Who would that be?
17 A  Probably Bill Nesheim.
18 Q  What was his hourly rate for straight time?
19 A  $34 an hour.
20 Q  Was that the highest rate that anybody was paid who
21 worked on the project?
22 A  Yes.
23 Q  Why was your rate lower than Mr. Nesheim, if he was
24 reporting to you?
25 A  Bill Nesheim, his craft is a crane operator. He is

Page 109

1  in the operators union, and that is his Davis/Bacon pay
2  rate.
3  Q  As far as painters, is $28 -- was it, at the time,
4  the highest rate?
5  A  Yes.
6  Q  You're a NACE level III certified?
7  A  Correct.
8  Q  That means you had your peer review?
9  A  Correct.
10 Q  What was the nature of your coating claim against the
11 DOT?
12 A  It was for a bridge in Ketchikan, and it was
13 additional blasting due to pack rust, and DOT making us
14 blast in inaccessible areas. It was above ground -- or
15 above-truss bridge that had lattice work in the trusses,
16 and we told them it was inaccessible, and they made us
17 blast it, anyway. Took us a lot longer to do it.
18 Q  Now, earlier in the morning you were looking through
19 these photographs. I don't know whether you had an
20 opportunity to finish. I think we were as far as number
21 125 or 1125, and you said that you saw a lot of
22 attachments.
23     Now, I have opened the exhibit back up to the
24 photographs on SC 1125, and I want you to describe for me,
25 if you will, the photograph on the bottom. There is two

159

```
 1                    REPORTER'S CERTIFICATE

 2            I, SUSAN J. WARNICK, RPR, and Notary Public in

 3    and for the State of Alaska do hereby certify:

 4            That the witness in the foregoing proceedings was

 5    duly sworn; that the proceedings were then taken before me

 6    at the time and place herein set forth; that the testimony

 7    and proceedings were reported stenographically by me and

 8    later transcribed under my direction by computer

 9    transcription; that the foregoing is a true record of the

10    testimony and proceedings taken at that time; and that I

11    am not a party to nor have I any interest in the outcome

12    of the action herein contained.

13            IN WITNESS WHEREOF, I have hereunto subscribed my

14    hand and affixed my seal this 16th day of May,

15    2006.

16

17

18                              SUSAN J. WARNICK,
                                Registered Professional Reporter
19                              Notary Public for Alaska

20    My Commission Expires: April 8, 2010

21

22

23

24

25
```