# EXHIBIT 9

21813 Pico St. Unit D, Grand Tei.     CA 92313-5818     Phone: (909) 783-1284     Fax: (909) 779-2997

# IMPERIAL
## Industrial Coatings

License No. 784961

3-4-03

Absolute Environmental Services, Inc.
P.O. Box 112807
Anchorage, AK 99511-2807

Attn: Carolyn R. Cameron

Re: Subcontract – Cargo Wharf Pile Coating Phase II

Enclosed is the sign subcontract for the above referenced job. If you have any questions please contact Tom Puett.

Sincerely

Laura L Emery

Ex. 85   Date 2-13-06
Witness OLson
S. WARNICK   907-258-7100

AES000858

ic　‎ʾɔ.: 2003-04 _____          ACCOUNT CODE: _____

.ıc:　　1/31/03 _____

# SUBCONTRACT
## (SHORT FORM)

This agreement is made this __18__ day of __December_____ 20 __02__ , and effective the __18th_____ day of
__December_____ 20 __02__ , by and between __Absolute Environmental Services____ (Contractor) and
__Imperial Industrial Coating_____ (Subcontractor) to perform the Work identified in Article 2
in accordance with the Project's Contract Documents.

PROJECT:  IDIQ MultiTrade Construction Contract DTCG50-01-D-643J55
**Cargo Wharf Pile Coating Phase II**

OWNER:　　FD&CC (PAC)

ARCHITECT: Same

CONTRACTOR:　　Absolute Environmental Services, Inc.

SUBCONTRACTOR: **Imperial Industrial Coating**

## ARTICLE 1

**CONTRACT PAYMENT.**　　The Contractor agrees to pay Subcontractor for satisfactory performance of Subcontractor's
Work the sum of　　Seven Hundred Seventy-two Thousand One Hundred Twenty-three _____ Dollars ($ __772,123__ )

Progress payments, less retainage of _____ %, shall be made to Subcontractor for Work satisfactorily performed
no later than seven (7) days after receipt by Contractor of payment from Owner for Subcontractor's Work. Final Payment
of the balance due shall be made to Subcontractor no later than seven (7) days after receipt by Contractor of final payment
fr   ʾwner for Subcontractor's Work. These payments are subject to receipt of such lien waivers, affidavits, warranties
     arantees required by the Contract Documents or Contractor.

## ARTICLE 2

**SCOPE OF WORK.**　　Subcontractor agrees to commence Subcontractor's Work herein described upon notification
by Contractor, and to perform and complete such Work in accordance with Contract Documents and under the general
direction of Contractor in accord with Contractor's schedule. This shall include all work necessary or incidental to complete
the:
**Removal of existing pile coatings and application of new pile coatings**

Work for the Project as more particularly, though not exclusively specified in　　Scope of Work dated 9-16-02 and our

proposal dated 9-16-02.

## ARTICLE 3

**SCHEDULE OF WORK.**　　Time is of the essence. Subcontractor shall provide Contractor with any requested scheduling
information of Subcontractor's Work. The Schedule of Work, including that of this Subcontract shall be prepared by
Contractor and may be revised as the Work progresses.

Subcontractor shall coordinate its work with all other contractors, subcontractors, and suppliers on the project so as not
to delay or damage their performance, work, or the Project.

## ARTICLE 4

**CHANGES.**　　Contractor, without nullifying this Agreement, may direct Subcontractor in writing to make
changes to Subcontractor's Work. Adjustment, if any, in the contract price or contract time resulting from changes shall
ᵖ　 ᵗ forth in a Subcontract Change Order pursuant to the Contract Documents.

AES000859

## ARTICLE 5

**RE OF PERFORMANCE.**    Should Subcontractor fail to satisfy contractual deficiencies within three (3) working days .m receipt of Contractor's written notice, then the Contractor, without prejudice to any right or remedies, shall have the right to take whatever steps it deems necessary to correct said deficiencies and charge the cost thereof to Subcontractor, who shall be liable for payment of same, including reasonable overhead, profit, and attorneys fees.

## ARTICLE 6

**INSURANCE.**    Prior to the start of Subcontractor's Work, Subcontractor shall procure and maintain in force for the duration of the Work, Worker's Compensation Insurance, Employer's Liability Insurance, Comprehensive General Liability Insurance and all insurance required of Contractor under the Contract Documents. Contractor, Owner, and Architect shall be named as additional insured on each of these policies, except for Worker's Compensation.

## ARTICLE 7

**INDEMNIFICATION.**    To the fullest extent permitted by law, Subcontractor shall indemnify and hold harmless Owner, Architect, Architect's consultants, and Contractor from all damages, losses, or expenses, including attorneys fees, from any claims or damages for bodily injury, sickness, disease, or death, or from claims for damage to tangible property, other than the Work itself. This indemnification shall extend to claims resulting from performance of this Subcontract and shall apply only to the extent that the claim or loss is caused in whole or in part by any negligent act or omission of Subcontractor or any of its agents, employees, or subcontractors. This indemnity shall be effective regardless of whether the claim or loss is caused in some part by a party to be indemnified. The obligation of Subcontractor under this Article shall not extend to claims or losses that primarily caused by the Architect, or Architect's consultant's performance or failure to perform professional responsibilities.

## ARTICLE 8

**WARRANTY.**    Subcontractor warrants its work against all deficiencies and defects in material and/or
v    anship and agrees to satisfy same without cost to Owner or Contractor for a period of one (1) year from the date of .ntial Completion of the Project or per Contract Documents, whichever is longer.

## ARTICLE 9

**SPECIAL PROVISIONS.**    (Insert any special provisions required by this Subcontract).

### ATTACHMENTS I THROUGH VII

In witness whereof, the parties have executed this Agreement under Seal, the day and year first written above.

| Imperial Industrial Coatings | Absolute Environmental Services, Inc. |
|---|---|
| SUBCONTRACTOR FIRM NAME | CONTRACTOR FIRM NAME |
| Forrest J McKinley    President | David Olson    Owner/President |
| BY (TYPE OR PRINT SIGNER'S NAME AND TITLE) | BY (TYPE OR PRINT SIGNER'S NAME AND TITLE) |

Subcontractor's Federal Tax ID Number:    33-0918232

AES000860

# Attachment VII

Absolutes Environmental Services (AESI) support to Imperial Industrial Coatings (IIC) for work to be performed in Kodiak, Alaska on the U.S.C.G. Cargo Wharf Project are as follows:

- AESI to furnish IIC with two pickup trucks (dry and maintained by AESI) for this project without charge.
- AESI to provide one NLB Water Blasting Machine to IIC with accessories and parts (list attached). Machine to be dry and maintained by AESI. Lump Sum Charge to IIC of $36,000 and invoiced progressively for this project.
- AESI to provide Sponge Blast units to IIC dry and maintained, no charge.
- IIC to purchase media from AESI if desired for a TBD amount.
- AESI to provide all mechanic support for stated blast units and two trucks.
- AESI to provide support when needed, for rigging and movement from one stage to next stage during and for this project.
- Room and board for person(s) assisting IIC in AESI's behalf shall be paid directly by AESI.
- On-Site Supervision covered by AESI
- Dump and Tipping Fees are IIC's direct cost for payment to the Kodiak Borough
- Two VECTOR Vacuums (only one to be used and the other to be backup) and accessories to be provided to IIC (dry and maintained by AESI), no charge.

AES000928

SALES ORDER

NLB CORP.
29830 BECK ROAD
WIXOM, MICHIGAN 48393
PH (248)624-5555 FAX (248)624-0903

INVOICE TO:6197
Absolute Environmental Solutions
P.O. Box 112807
Anchorage, Alaska
99511-2807

ORDER DATE_____          2/4/03
CUSTOMER P.O. NO._____ Verbal Todd Elmore
NLB JOB NO._____
SCHEDULED SHIP DATE _____     2/26/03
METHOD OF SHIPMENT _____  Ground
F.O.B. _____ Wixom
SHIP TO _____

TERMS __ RP with Gurantee buyout end of August
REF. NLB QUOTE NO. _____ . 25631

ATTN: ___ Tom Puett
PHONE: (_909) 322-4859

| QUANTITY | MODEL OR PART NO. | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | BP13901-05 | Spare Parts Ultra-Clean 40 Unit | | |
| 8 | CM3679 | Hose to Hose Adapter | | |
| 2 | CM3680 | Hose to Port Adapter | | |
| 1 | CM13027 | 3 Way Adapter | | |
| 2 | 8400A-3RBKT | Rotating Lance Rebuild | | |
| 2 | 8466-1RBKT | Bi-Mode Rebuild | | |
| 40 | BS8809 | Seal Shaft | | |
| 20 | BS8810 | Ring, Back Up | | |
| 1 | LP-18 | Laping Plate | | |
| 4 | PM6874 | Coupler Quick | | |
| 4 | PM9991 | Coupler Quick | | |
| 4 | 141-15321-100 | Air hose | | |
| 40 | BN3539-018 | Jeweled Insert | | |
| 20 | BN3539-025 | Jeweled Insert | | |
| 20 | PM3801 | Filter Element | | |
| 6 | PM10511 | Cartridge | | |
| 1 | LPF-1X100 | Hose, 1", 150 psi, 100' | | |
| 1 | Trans | Trans to Minnesota | | |
| | | | | $        - |
| | | | | $        - |
| | | | | $        - |
| | | | | $        - |
| TOTAL | | | | $        - |

SALESMAN _____ Troy Holm

ORDER APPROVED _____

ENGINEER _____

1 Of 1

AES000929