# EXHIBIT 12

907-346-4491 FAX

— JASON

PRICING FOR Kotzebue Cargo Wharf:

Pier 13, 14, 15   APPOX 4,500 Sq ft   $173,727 — AE

BID ITEM  2B   APPOX 20,000 Sq ft   $772,123 — IIC

BID ITEM  TD                          $ 50,000 —

TOTAL LUMP SUM  AE/IIC/TD      =      $995,850 —


EXCLUDES:  WATER
           ELECTRICAL
           Sanatary facilities
           Loading and Unloading of Equip, materials
           Electrical Hook-up

Ex. 89  Date 2-13-06
Witness Olsen
S. WARNICK  907-258-7100

IIC-002831

AES003458