# EXHIBIT 17

SC 00753

SWALLING CONSTRUCTION CO., INC.  
21-07 COAST GUARD DOCK PILING

REMBUD        01-18-02        Page 1

Original Contract Amount 850,000     Revised Amount 850,000

Approved C/Os

| Code | Description | Hours | Labor | Material | Equipment | Subs | Other | JTD | Estimate | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| | **UNNAMED** | | | | | | | | | |
| 4-100 | SCAFFOLD MATERIALS | | | | | | | | | |
| 4-105 | Scaffold Structure | | | | | | | | | |
| 4-110 | Galvanize Grating | | | | | | | | | |
| 4-115 | Fabricated Pipe Brackets | | | | | | | | | |
| 4-120 | Rigging Hardware/Rigging | | | | | | | | | |
| 4-125 | 40' Painter Scaffold | | | | | | | | | |
| 4-130 | 30' Painter Scaffold | | | | | | | | | |
| 4-135 | Flotation Materials | | | | | | | | | |
| 4-140 | Access Scaffold Materials | | | | | | | | | |
| 4-205 | SCCI Yard Mobilization | | | | | | | | | |
| 4-210 | Set/Remove Flexis | | | | | | | | | |
| 4-215 | Assemble Aluma Scaffold | | | | | | | | | |
| 4-220 | Dissassemble Aluma Scaffold | | | | | | | | | |
| 4-225 | Set/Remove Pier Pile Scaffold | | | | | | | | | |
| 4-230 | Set/Remove H-Pile Scaffold | | | | | | | | | |
| 4-235 | Fabricate Access Scaffold | | | | | | | | | |
| 4-305 | Flexi Float Sections | | | | | | | | | |
| 4-310 | Work Skiff | | | | | | | | | |
| 4-315 | Boom Truck | | | | | | | | | |
| 4-320 | Loader | | | | | | | | | |
| 4-405 | Flexis/Material Freight | | | | | | | | | |
| 4-410 | Work Skiff | | | | | | | | | |
| 4-415 | Boom Truck | | | | | | | | | |
| 4-420 | Z-90 | | | | | | | | | |
| | Cost Code Total | 0* | 0* | 0* | 0* | 0* | 0* | 0* | 0* | 0* |
| | **GENERAL CONDITIONS** | | | | | | | | | |
| 10-005 | SUNDRIES/SMALL TOOLS | | | 2,588 | | | 9,360 | 12,611 | 10,000 15,75 | (2,611) |
| 10-010 | Travel/Airfare (12) | | | | 662 | | 9,573 | 9,573 | 5,600 14,373 | (3,973) |
| 10-015 | Temp Facilities | | | | | | 194 | 194 | 300 | 106 |
| 10-020 | Cell Phone 2 month @ 1500 | 5 | 229 | 73 | | | 5,281 | 5,510 | 450 8510 | (5,060) |
| 10-025 | and Fuels 4500 | 4 | 260 | 4 | 8,242 | | 9,439 | 9,772 | 4,400 147 | (72) |
| 10-030 | PURCHASE | 8 | 298 | | | | 11,092 | 19,677 | 21,300 | 23 |

Ex. 21  Date 5.1.06  
Witness Anderson  
S. WARNICK  907-258-7100

SC 00754

SWALLING CONSTRUCTION CO., INC.       REMBUD                              Page 2

21-07 COAST GUARD DOCK PILING

Original Contract Amount       Revised Amount        Approved C/Os        01-18-02
850,000                        850,000

| | Hours | Labor | Material | Equipment | Subs | Other | JTD | Estimate | Variance |
|---|---|---|---|---|---|---|---|---|---|
| 10-035 Inspection Supplies | | | | | | 2,529 | 2,529 | 1,500 2,000 | (1,029) |
| 10-040 SCCI Field Accomodations | | | | | | 7,976 | 7,976 | 10,500 15,000 | 2,524 (10,386) |
| 10-045 Compressor Rental  2 mnth | | | 13,886 | | | 13,886 | 2,500 2,800 | (10,386) |
| 10-050 Room and Board  4/65 days | | | 106 | | 15,505 | 15,610 | 15,000 2,000 | (610) |
| 10-055 Pickup  0 | | | | | | 2,978 | 2,978 | 3,000 | 22 |
| 10-060 Equipment Freight  2500 | | | | | 22,523 | 22,523 | 9,000 30,000 | (13,523) |
| 10-065 Blasting Sundries | | | | 3,353 | 3,326 | 7,666 | 2,500 9,000 | (5,166) |
| 10-070 Supervision | 207 | 9,645 | | | | 9,645 | 16,000 | 6,355 |
| 10-072 P.M. | 262 | 12,827 | | | | 12,827 | 17,877 | (12,827) |
| 10-075 MOB/DEMOB Coatings | 379 | 16,085 | 987 | | 1,735 | 17,819 | 7,534 20,000 | (10,285) |
| 10-080 Purchase Power Washer | | | 9,654 | | | 9,654 | 5,700 9,054 | (3,954) |
| 10-085 Purchase Blast Media | | | 9,007 | | 10,214 | 19,222 | 13,000 2,000 | (6,222) |
| 10-090 Purchase Coating Material | | | 63,920 | | 86 | 64,005 | 30,400 100,000 8,00 | (33,605) 896 |
| 10-095 Purchase Scaffold Contain | | | 2,356 | | 2,248 | 4,604 | 5,500 | 896 |
| 10-099 Coating Inspection | | | | 24,415 | | 24,415 | 24,415 | (24,415) |
| 10-160 Freight Sand Pot | | | | | 1,035 | 1,035 | | (1,035) |
| 10-165 Vector Vac Rental | | | | | | | 15,000 missaosor | |
| Cost Code Total | | 39,342* | 80,968* | 33,538* | 27,768* | 112,113* | 293,729* | 165,184* 420,057 | (128,545)* 4(5,637) |

PIPE PILE WORK

| | Hours | Labor | Material | Equipment | Subs | Other | JTD | Estimate | Variance |
|---|---|---|---|---|---|---|---|---|---|
| 20-005 Power Wash | 150 | 6,052 | | | | | 6,052 | 2,893 | (3,159) |
| 20-010 Blast Piling | 381 | 15,675 | | | | | 15,675 | 28,926 | 13,251 |
| 20-015 Coat Piling | 263 | 11,923 | | | | | 11,923 | 14,463 | 2,540 |
| 20-017 Touch up Damaged Coating | 24 | 1,097 | | | | | 1,097 | | (1,097) |
| 20-020 Supervision | 326 | 14,711 | | | | | 14,711 | 2,500 | (12,211) |
| 20-025 Containment | 422 | 17,485 | | | | | 17,485 | | (17,485) |
| 20-030 Rain Days | 26 | 670 | | | | | 670 | | (670) |
| 20-035 Sand Removal | 25 | 1,134 | | | | | 1,134 | | (1,134) |
| 20-040 Welding | 72 | 3,364 | 549 | | | | 3,913 | | (3,913) |
| 20-050 Welding Ladders | 53 | 2,458 | | | | | 2,458 | | (2,458) |
| ode Total | | 74,570* | 54. | 0* | 0* | 0* | 75,119* | 48.782* | (37)* |

SC 00755

**SWALLING CONSTRUCTION CO., INC.**

**21-07 COAST GUARD DOCK PILING**

REMBUD   01-18-02   Page 3

Original Contract Amount 850,000    Revised Amount 850,000

Approved C/Os

| Code | Description | Hours | Labor | Material | Equipment | Subs | Other | JTD | Estimate | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| | **H-PILE WORK** | | | | | | | | | |
| 30-005 | Prep and Prime | 7 | 263 | | | | | 263 | 9,642 | 9,379 |
| 30-010 | Blast H Piling | 75 | 2,795 | | | | | 2,795 | 79,064 | 76,269 |
| 30-015 | Coat H Piling | 49 | 1,877 | | | | | 1,877 | 24,587 | 22,710 |
| 30-020 | Contain H Piling | 68 | 2,597 | 524 | | | | 3,121 | 9,642 | 6,521 |
| | Cost Code Total | | 7,532* | 524* | 0* | 0* | 0* | 8,056* | 122,935* | 114,879* |
| | **SCAFFOLD/RIGGING** | | | | | | | | | |
| 40-005 | Mobe | | | | | | | | | |
| 40-015 | NEED NAME | | | | | | | | | |
| 40-025 | Move Scaffolding | | | | | | | | | |
| 40-035 | R & R Bottom | 1 | | | | | | | | |
| 40-040 | SCCI Field Accomodations | | | | | | | | | |
| 40-100 | Scaffold Materials | | | 7,127 | | | 4,652 | 11,779 27,840 | 27,840 | 16,061 |
| 40-105 | Scaffold Structure | | | 7,566 | | | 1,759 | 9,325 | 11,240 | 1,915 |
| 40-110 | Galvanize Grating | 445 | 18,211 | 1,872 | | | 1,550 | 23,524 | 19,500 | (4,024) |
| 40-115 | Fabricated Pipe Brackets | 66 | 2,965 | (546) | 1,890 | | 6,542 | 10,355 | 12,000 | 1,645 |
| 40-120 | Rigging Hardware/Rigging | 177 | 8,004 | | 1,395 | | 917 | 8,922 | 22,500 | 13,578 |
| 40-125 | Build New Scaffold | | | | | | | 7,900 | 15,300 | 7,400 |
| 40-130 | 30' Painter Scaffold | | | 6,040 | | | 1,860 | 1,323 | 3,090 | 1,767 |
| 40-135 | Flotation Materials | | | 1,323 | | | | 2,100 | 1,250 | (850) |
| 40-140 | Access Scaffold Materials | | | 2,100 | | | | | | |
| 40-205 | MOB/DEMOB Scaffold | 415 | 17,900 | | | | 25 | 17,924 | 4,000 | (13,924) |
| 40-210 | Set/Remove Flexis | | | | | | 60 | 60 | 6,000 | 5,940 |
| 40-215 | Assemble Aluma Scaffold | 415 | 18,654 | | | | 153 | 18,806 | 18,000 | (806) |
| 40-220 | Dissassemble Aluma Scaffold | | | | | | | | 14,400 | 14,400 |
| 40-225 | Set/Remove Pier Pile Scaffold | 990 | 45,058 | 116 | | | | 45,173 | 46,000 | 827 |
| 40-230 | Set/Remove H-Pile Scaffold | 620 | 26,982 | | | | | 26,982 | 78,000 | 51,018 |
| 40-235 | Fabricate Access Scaffold | 57 | 2,534 | 3,249 | | | 94 | 5,878 | 6,000 | 122 |
| 40-305 | Flexi-Float Sections | | | | | | | 2,795 2625 | 5,250 2625 | 5,250 2625 |
| 40-310 | Work Skiff | | | | 2,795 | | | 2,795 | 3,000 | 205 |
| 40-315 | Boom Truck | | | | 3,950 | | | 3,950 8500 | 17,000 | 8500 |
| 40-320 | | | | | 5,162 | | | 5,162 6000 | 12,000 | 6000 |
| 40-405 | Material Freight | | | | | | 11,239 | 11,239 | 15,000 | |

*change to Alumn systems* (handwritten annotation)

SC 00756

SWALLING CONSTRUCTION CO., INC.  
21-07 COAST GUARD DOCK PILING  REMBUD  01-18-02  Page 4

Original Contract Amount 850,000  
Revised Amount 850,000  
Approved C/Os

| | Hours | Labor | Material | Equipment | Subs | Other | JTD | Estimate | Variance |
|---|---|---|---|---|---|---|---|---|---|
| 40-410 Work Skiff | 28 | 1,376 | 173 | 477 | | 2,026 | 4,052 | 11,100 | 7,048 |
| 40-415 Boom Truck Freight | | | | | | 4,216 | 4,216 | 3,700 | (516) |
| 40-420 Z-90 Freight | | | | | | | | 3,700 | 3,700 |
| 40-421 On Island Storage | | | | | | 480 | 480 | | (480) |
| Cost Code Total | | 141,684* | 29,020* | 15,669* | 0* | 35,571* | 221,944* | 355,870* | 133,926* |
| **EXTRA WORK** | | | | | | | | | |
| 42-005 Mobe | | | | | | | | | |
| 42-025 Set/Remove Pier Pile Scaffold | | | | | | | | | |
| 42-030 Welding | | | | | | | | | |
| 42-035 H-Piles - R&R CP | 80 | 3,905 | 621 | | | | 4,526 | | (4,526) |
| 42-040 Electrical Scaffold | 405 | 17,669 | | | | 56 | 17,725 | | (17,725) |
| 42-041 Scaffold for Insulator | 41 | 1,776 | | | | | 1,776 | | (1,776) |
| 42-042 Working with Insulator | 43 | 1,741 | | | | | 1,741 | | (1,741) |
| 42-045 Skiff Tender for Coffman | 46 | 2,040 | | | | | 2,040 | | (2,040) |
| 42-050 P.M. | (1) | | | | | | | | |
| 42-055 Yard Clean Up | 8 | 289 | | | | | 289 | | (289) |
| 42-060 Welding Ladders | | | | | | | | | |
| 42-065 Cut Up Old Anodes | 17 | 737 | | | | | 737 | | (737) |
| 42-070 H Pile Welding, Cutting & Grin | 403 | 18,496 | 1,735 | | | 1,734 | 21,965 | | (21,965) |
| 42-075 Skiff and Motor Maintenance | 1 | 20 | | | | | 20 | | (20) |
| 42-090 Touch Up Damaged Coating | | | | | | 12 | 12 | | (12) |
| 42-091 Storage Fees | | | | | | 125 | 125 | | (125) |
| Cost Code Total | | 46,673* | 2,357* | 0* | 0* | 1,926* | 50,956* | 0* | (50,956)* |
| **NEW SCAFFOLD** | | | | | | | | | |
| 43-005 Fuel Pier Test Mob | 143 | 6,246 | | | | | 6,246 | | (6,246) |
| Job Cost Total | 7198 | 316,048* | 113,417* | 49,207* | 27,768* | 149,611* | 656,050* | 692,771* | 36,721* |
| ate Total | 7,428 | 363,151 | 140,676 | 91,250 | 0 | 97,700 | 692,771 | | |

Handwritten annotations near row 42-005 / Cost Code Total: "Change Equip", "2,107 4", "246,018", "cost to comp 109,852"