Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., et al.<br>     Plaintiffs<br><br>v.<br><br>FORREST J. MCKINLEY, et al.,<br>     Defendants. | Case No. 3:03-cv-0199-rrb |

**PROPOSED ORDER**

Having considered Brechan Enterprises and Safeco Insurance Company's Motion to Exclude Damages Testimony by Michael Lembke and Motion for Summary Judgment, opposition thereto, and good cause appearing;

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

                                                          _____
                                                          Honorable Ralph Beistline
                                                          U.S. District Court Judge

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

PROPOSED ORDER
*Absolute Environmental Services, Inc. v. McKinley*
Case No. 3:03-cv-0199-rrb

- 1 -                                   [38599-0012/AA062160.002]

I hereby certify that on August 4, 2006, the foregoing has been served by electronic mail on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

  /s/ Michael E. Kreger
    Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

PROPOSED ORDER
*Absolute Environmental Services, Inc. v. McKinley*
Case No. 3:03-cv-0199-rrb
- 2 -
[38599-0012/AA062160.002]