Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., et al.<br>    Plaintiffs<br><br>v.<br><br>FORREST J. MCKINLEY, et al.,<br>    Defendants. | Case No. 3:03-cv-0199-rrb |

### PROPOSED ORDER

Having considered Brechan Enterprises and Safeco Insurance Company's Motion for Partial Summary Judgment to Dismiss Absolute's "Business Devastation" Claim and Motion in Limine to Exclude Testimony Concerning Alleged Business Devastation, opposition thereto, and good cause appearing;

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

                                                                   _____
                                                                   Honorable Ralph Beistline
                                                                    U.S. District Court Judge

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

PROPOSED ORDER
*Absolute Environmental Services, Inc. v. McKinley*
Case No. 3:03-cv-0199-rrb

- 1 -                                                [38599-0012/AA062160.001]

I hereby certify that on August 4, 2006, the foregoing has been served by electronic mail on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

  /s/ Michael E. Kreger
     Michael E. Kreger

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

PROPOSED ORDER
*Absolute Environmental Services, Inc. v. McKinley*
Case No. 3:03-cv-0199-rrb

- 2 -     [38599-0012/AA062160.001]