# EXHIBIT E

Dec 18 02 02:13p    ABSOLUTE ENVIRONMENTAL    19073464491    p.2

12/18/2002  13:15    9874    587    BRECHAN    PAGE  02

JOB NO.: 643P92                              ACCOUNT CODE:    41007

DATE: *12-18-02*

## SUBCONTRACT
### (SHORT FORM)

This agreement is made this 18 day of December  20 02 , and effective the 18th  day of
December   20 02 , by and between  Brechan Enterprises, Inc.  (Contractor) and
Absolute Environmental Services, Inc.  (Subcontractor) to perform the Work identified in Article 2
in accordance with the Project's Contract Documents.

PROJECT:  IDIQ MultiTrade Construction Contract  DTCG50-01-D-643J55
          Cargo Wharf Pile Coating Phase II
OWNER:    FD & CC (PAC)
ARCHITECT: Same
CONTRACTOR:    Brechan Enterprises, Inc.
SUBCONTRACTOR: Absolute Environmental Services, Inc.

### ARTICLE 1

**CONTRACT PAYMENT.**    The Contractor agrees to pay Subcontractor for satisfactory performance of Subcontractor's
Work the sum of    Nine Hundred Ninetyfive Thousand Eight Hundred fifty    Dollars ($ 995,850.00 )

Progress payments, less retainage of _____ %, shall be made to Subcontractor for Work satisfactorily performed
no later than seven (7) days after receipt by Contractor of payment from Owner for Subcontractor's Work. Final Payment
of the balance due shall be made to Subcontractor no later than seven (7) days after receipt by Contractor of final payment
from Owner for Subcontractor's Work. These payments are subject to receipt of such lien waivers, affidavits, warranties
and guarantees required by the Contract Documents or Contractor.

### ARTICLE 2

**SCOPE OF WORK.**    Subcontractor agrees to commence Subcontractor's Work herein described upon notification
by Contractor, and to perform and complete such Work in accordance with Contract Documents and under the general
direction of Contractor in accord with Contractor's schedule.  This shall include all work necessary or incidental to complete
the:
Removal of existing pile coatings and application of new pile coatings.

Work for the Project as more particularly, though not exclusively specified in    Scope of Work dated 11/27/02 and your

proposal dated 10/22/02.

### ARTICLE 3

**SCHEDULE OF WORK.**    Time is of the essence.  Subcontractor shall provide Contractor with any requested scheduling
information of Subcontractor's Work.  The Schedule of Work, including that of this Subcontract shall be prepared by
Contractor and may be revised as the Work progresses.

Subcontractor shall coordinate its work with all other contractors, subcontractors, and suppliers on the project so as not
to delay or damage their performance, work, or the Project.

### ARTICLE 4

**CHANGES.**    Contractor, without nullifying this Agreement, may direct Subcontractor in writing to make
changes to Subcontractor's Work. Adjustment, if any, in the contract price or contract time resulting from changes shall
be set forth in a Subcontract Change Order pursuant to the Contract Documents.

Ex. *87*  Date *2-13-06*
Witness *[signature]*
S. WARNICK  907-258-7100

BEI0165
38599-0012

Exhibit  E
Page  1  of  23

## ARTICLE 5

**FAILURE OF PERFORMANCE.**   Should Subcontractor fail to satisfy contractual deficiencies within three (3) working days from receipt of Contractor's written notice, then the Contractor, without prejudice to any right or remedies, shall have the right to take whatever steps it deems necessary to correct said deficiencies and charge the cost thereof to Subcontractor, who shall be liable for payment of same, including reasonable overhead, profit, and attorneys fees.

## ARTICLE 6

**INSURANCE.**          Prior to the start of Subcontractor's Work, Subcontractor shall procure and maintain in force for the duration of the Work, Worker's Compensation insurance, Employer's Liability Insurance, Comprehensive General Liability Insurance and all Insurance required of Contractor under the Contract Documents. Contractor, Owner, and Architect shall be named as additional insured on each of these policies, except for Worker's Compensation.

## ARTICLE 7

**INDEMNIFICATION.**         To the fullest extent permitted by law, Subcontractor shall indemnify and hold harmless Owner, Architect, Architect's consultants, and Contractor from all damages, losses, or expenses, including attorneys fees, from any claims or damages for bodily injury, sickness, disease, or death, or from claims for damage to tangible property, other than the Work itself. This indemnification shall extend to claims resulting from performance of this Subcontract and shall apply only to the extent that the claim or loss is caused in whole or in part by any negligent act or omission of Subcontractor or any of its agents, employees, or subcontractors. This indemnity shall be effective regardless of whether the claim or loss is caused in some part by a party to be indemnified. The obligation of Subcontractor under this Article shall not extend to claims or losses that primarily caused by the Architect, or Architect's consultant's performance or failure to perform professional responsibilities.

## ARTICLE 8

**WARRANTY.**          Subcontractor warrants its work against all deficiencies and defects in material and/or workmanship and agrees to satisfy same without cost to Owner or Contractor for a period of one (1) year from the date of Substantial Completion of the Project or per Contract Documents, whichever is longer.

## ARTICLE 9

**SPECIAL PROVISIONS.**      (Insert any special provisions required by this Subcontract).

In witness whereof, the parties have executed this Agreement under Seal, the day and year first written above.

Absolute Environmental Svcs Inc
_SUBCONTRACTOR'S FIRM NAME_

David E. Olson Pres
_BY (TYPE OR PRINT SIGNER'S NAME AND TITLE)_

**BRECHAN ENTERPRISES, INC.**
_CONTRACTOR'S FIRM NAME_

Neal Holmstrom    Project Manager
_BY (TYPE OR PRINT SIGNER'S NAME AND TITLE)_

Subcontractor's Federal Tax ID Number:    92-0148051

Exhibit    E
Page  2  of 23

BEI0166
38599-0012

# Absolute Environmental Services, Inc.

P.O. Box 112807 Anchorage, Alaska 99511-2807
(907) 346-4490 FAX (907) 346-4491

October 22, 2002

Brechan Enterprises. Inc.
Attn: Matt Holmstrom
2705 Mill Bay Road
Kodiak, Alaska 99615

RE:    ISC Kodiak Cargo Pier Kodiak Island

Subject:      Firm Cost Estimate for Removal and Application of Coatings

Dear Mr. Holmstrom:

Absolute Environmental Services, Inc. in conjunction with Imperial Industrial Coatings LLC has prepared the following cost estimate for the removal of the existing coatings and application of new coatings according to the project plans and specifications.

Absolute Environmental Services, Inc. intends to team with Imperial Industrial Coating (LLC) of Grand Terrace, California for this project.  IIC will provide all technical expertise and qualified supervision for the removal of the existing coatings and the application of the new coatings. Absolute Environmental Services, Inc. owns the specific equipment that will be utilized for the project.  In addition, Absolute Environmental personnel will work with IIC personnel in operating the equipment and performing the work.  All work will be performed under the direct supervision of IIC.

The plans and specifications and work have been thoroughly reviewed including a jobsite visit by Tom Puett and David Olson.  Imperial Industrial Coating (ILC) safety and quality control programs under the direction of Tom Puett, meet all the requirements as rated in 55 SSPC QP1, QP2, &QP3.

Procedures:

1.  Filter tarps 1 micron will be attached to the steel structure to catch all grindings, abrasive, old paint and water.
2.  Side tarps (solid) will be attached to stop fling debris and help maintain climate control during bad weather.
3.  Placement of electrical heater to work during inclement weather.
4.  Side tarps will be placed on cables so they can be opened or closed.  During inclement weather the tarps will be secured to the piles.
5.  Grinding of structural edges will be the first order of production work.(off shift/bad weather)
6.  Removal of existing coating s will be accomplished using ultra high pressure water 30,000-

Exhibit  E
Page  3  of 23

BEI0167
38599-0012

40,000 PSI (off shift/ bad weather)

7. Placement of cofferdams on piles will be done after the removal of existing coating. (off shift/ bad weather)
8. On good weather days the surfaces to be coated will be sweep blasted SSPC-10 to remove flash rust and then coated. Wet areas will be dried using weed burners to remove surfaces and steel moisture.
9. The stitch welds will be caulked as needed.

Inclusions

1. Removal and application of coatings per the scope of work
2. Transportation, Room & Board
3. One mobilization to and from Kodiak
4. Insurance

**Proposal**            **$995,850.00**
**Nine Hundred Ninety-five Thousand Eight Hundred Ninety-five Dollars and No/100's**

Exclusions:

1. Temporary water, power and sanitation facilities
2. Forklift for loading and unloading of equipment
3. Electrical hookups
4. Welding structural repairs
5. Removal of termite grounds
6. Removal of CP circuit headers
7. Removal of rectifier cable bonds
8. Removal of 1.7- 1.7.6
9. Bond (2.5%)

Should you have any questions or require additional information, please contact me at (907) 346-4490.

Sincerely,

David E. Olson
Absolute Environmental Services, Inc.

Exhibit   E
Page   4   of 23

BEI0168
38599-0012

41007

## Cargo Wharf Maintenance Phase 2 Coating SOW
## 11/27/02

Provide labor, materials and equipment for steel waterfront coating services on the Original Cargo Wharf, bents 12-33 including all access ramps IAW attached specifications and drawings.

The contractor shall also provide a full time quality assurance inspector for the duration of this task.

Performance period of the task is 120 days from scheduled start date.

Please include the following in your cost proposal package:
1.   A cost breakdown for mobilization, demobilization, scaffolding, coating work and QA services.
2.   Baseline schedule for task.
3.   Proposed work plan to minimize impact on CG operations (vessels).
4.   Proposed submittal log.

Exhibit   E
Page   5   of   23

BEI0171
38599-0012

SECTION 09967
COATING OF STEEL WATERFRONT STRUCTURES

PART 1 - GENERAL

1.1    GENERAL REQUIREMENTS

All work in this section shall be performed by the Applicator unless specifically indicated otherwise.

1.1.1    Provide all labor, material, equipment, and testing services requested to construct the project as indicated in the project plans and specifications.

1.1.2    The intent of this coating replacement project is to provide corrosion prevention that in conjunction with coating maintenance and the impressed current cathodic protection system will provide the dock pile structure an additional 25 years of useful life.

1.1.3    The Applicator shall inspect the wharf prior to bid to determine existing conditions and quantities of surfaces to be recoated. The existing coating is a coal tar epoxy.

1.1.3.1    The original dock coating, applied in 1989, is in relatively poor condition. The following descriptions are provided as information only and shall not be utilized as basis for bid. It is the Applicators responsibility to inspect and determine the actual conditions that is present, prior to bid.

    a.    Splash zone, between elevations 114' and 119': The degree of rusting of structure is Rust Grade 4 (approximately 10% of the surface is rusted) to Rust Grade 2 (approximately 33% of the surface is rusted), per SSPC-VIS-2. Rust occurs primarily near edges, welds, or corners. Field applied coatings are in generally worse condition than shop-applied coatings with a Rust Grade of 1 (approximately 50% of the surface is rusted). The adhesion of coatings still on the structure is estimated to be low to moderate. Some rust and pitting is anticipated beneath the coating. The visible rusted surfaces are completely covered with rust (SSPC-VIS-1, Rust Grade C) with up to 30% of the rusted areas having visible pitting (SSPC-VIS-1, Rust Grade D). Rust adhesion at the upper most elevations is estimated as low to medium. Rust adhesion generally decreases at the lower elevations.

    b.    Intertidal zone, between elevations 107' and 114': The degree of rusting of structure is Rust Grade 2 (approximately 33% of the surface is rusted), per SSPC-VIS-2. Again, rust is more prevalent near edges, welds, and corners. Field applied coatings are in generally worse condition than shop applied coatings with a Rust Grade of 1 (approximately 50% of the surface is rusted) to Rust Grade 0 (approximately 100% of the surface is rusted). A common condition is a large flake of coating attached at one edge with little adhesion to the substrate under the flake. The adhesion of coating in the intertidal zone is estimated to be low to moderate. Rust and pitting is anticipated beneath the coating. The visible rusted



Exhibit E
Page 6 of 23

BEI0172
38599-0012

surfaces are completely covered with rust (SSPC-VIS–1, Rust Grade C) with up to 80% of the rusted areas having visible pitting (SSPC-VIS–1, Rust Grade D).

c.    Surfaces between elevations 110' and 119' have little or no marine growth.

d.    Up to 70% of the surfaces between elevations 107' and 110' have substantial marine growth. The thickness of marine growth, barnacles and tubeworms, may exceed 1" at the lower elevations to be coated.

1.1.4    The Applicator is responsible for repair of holidays, coating damage, and repairs due to project work including, but not limited to, welding, handling, rigging, scaffolding, structural repairs, or any other reason. The Contractor and Applicator shall inspect piles and attachments throughout the blasting and coating process. Any coating damage that occurs during the course of the project shall be repaired.

1.1.5    The Coast guard has not obtained any permits allowing discharge of materials to the waters of Women's Bay in Kodiak, AK. The Applicator is responsible for containment of all materials such as spent abrasives, removed existing coatings, and over spray so they do not reach the water.

1.1.6    The Applicator shall use the best practices of the trade, and when not in conflict with these specifications use the applicable portions of SSPC-PA Volume 1, Shop, Field and Maintenance Painting.

1.1.7    Where a conflict exists between this Specification, the referenced standards, and the Manufacturers' product data sheets, promptly notify the Contractor's Representative in writing and the Engineer shall make a determination on which applies.

1.1.8    The Applicator shall perform Quality Control in accordance with an approved Quality Control plan and Section 3.5 APPLICATOR QUALITY CONTROL.

1.1.9    The Owner, Contractor and contractor's representative, Engineer and Coating Inspector shall have access to all stages of the work with the right to inspect such work and material for compliance to these specifications. All such work shall be subject to the approval of the Contractor, Owner and Engineer. Failure to discover or reject defective work or materials shall not be construed as an acceptance of such work or material.

1.1.10    The Applicator shall assume responsibility for all work performed without proper notice to the Contractor's Representative, when such work was known by the Applicator to be contrary to such requirements.

1.1.11    The Applicator shall call for and obtain all required Municipal, State, and Federal agency permits, including plan review, building, and containment permits. The permit fees shall be paid for by the Applicator.

1.1.12    The Applicator shall comply with codes ordinances, rules, regulations, and other legal requirements of public authorities that bear on the performance on the work.

Exhibit    E
Page    7 of 23

BEI0173
38599-0012

1.1.13  In the event of any observed variation between the Contract Documents and the legal requirements, promptly notify the Contractor's Representative in writing, in which appropriate changes and modifications to the Contract Documents will be initiated by the Contractor's Representative and furnished to the Applicator.

1.1.14  The Owner will make available space, as reasonable, for storage and staging of the Contractor's materials and equipment, subject to the following controls:

1.1.14.1  Use of such areas shall be covered by the Applicator's insurance.

1.1.14.2  Storage shall be maintained in a neat and orderly condition at all times, conforming to the fire and safety regulations.

1.1.14.3  Fire lanes and required exit pathways shall be kept free and unobstructed at all times.

1.1.14.4  Do not impose loads that might impair the structural integrity of any existing structures.

1.1.14.5  Do not unreasonably encumber the site with equipment and materials.

1.1.14.6  The cargo wharf and extension will be used by the USCG 24 hours per day, 7 days per week. The Applicator and Contractor must coordinate their activities so as not to hinder the USCG mission.

1.2      WARRANTY AND ONE YEAR INSPECTION

1.2.1  Material and workmanship shall be warranted by the Applicator for a minimum of one year.

1.2.2  The Owner, Contractor, and Applicator shall perform an inspection one year after completion of the project. The Applicator shall correct all failed coatings to project specifications at no expense to the Owner or Contractor.

1.3      APPLICABLE STANDARDS

1.3.1  This section is a listing of references used in this Specification. Comply with the latest revision of the references at the time of bid.

Alaska Statute (AS)

18.63                          "Hazardous Painting Certification"

American Society for Testing and Materials (ASTM)

B1212                         "Method of Measurement of Wet Film Thickness of Organic Coatings"

D4285                         "Standard Test Method for Indicating Oil or Water in Compressed Air"


Exhibit ___E___
Page __8__ of _23_

BEI0174
38599-0012

| | |
|---|---|
| D4541-95e1 | "Standard Test Method for Pull-Off Strength of Coatings Using Portable Adhesion Testers" |
| E337 | "Standard Test Method for Measuring Humidity with a Psychrometer (the Measurement of Wet-and Dry-Bulb Temperatures)" |

NACE International

| | |
|---|---|
| RP0188 | "Discontinuity (Holiday) Testing of Protective Coatings" |
| RP0287 | "Field Measurement of Surface Profile of Abrasive Blast Cleaned Steel Surfaces Using a Replica Tape" |
| RP0288 | "Inspection of Linings on Steel and Concrete" |
| NACE No. 2/SSPC-SP 10 | "Surface Preparation Specification No. 10 Near-White Blast Cleaning" |
| NACE No. 2/SSPC-SP 10 | "Near-White Metal Blast Cleaning" |

National Institute of Standards and Technology (NIST)

Certified Coating Thickness Standards for Nonmagnetic Coating on Steel

Steel Structures Painting Council (SSPC)

| | |
|---|---|
| SSPC-PA 1 | "Paint Application Specification No. 1 Shop, Field, and Maintenance Painting" |
| SSPC-PA 2 | "Paint Application Specification No. 2 Measurement of Dry Paint Thickness With Magnetic Gages" |
| SSPC-SP 1 | "Surface Preparation Specification No. 1 Solvent Cleaning" |
| SSPC-VIS 1 | "Visual Standard for Abrasive Blast Cleaned Steel (Standard Reference Photographs)" |
| SSPC-VIS 2 | Standard Method of Evaluating Degree of Rusting on Painted Steel Surfaces |

## 1.4    DEFINITIONS

| | |
|---|---|
| DFT | Dry film thickness |
| MSDS | Material Safety Data Sheet |
| OSHA | Occupational Safety and Health Administration |
| WFT | Wet film thickness |
| Pile | All sections of a pile, connected steel structure, and non-galvanized utility supports |
| Owner | United States Coast Guard |
| Contractor | Brechan Enterprises, General Contractor |
| Contractor's Representative | Brechan's On-site Construction Representative |
| Engineer | Coffman Engineers |
| Applicator | Coating Sub-Contractor |
| COR | Contracting Officers Representative |



Exhibit   E
Page 9 of 23

BEI0175
38599-0012

1.5    SUBMITTALS

1.5.1    Submit item 1.5.2 if a coating other than the specified coating system is purposed to be used. Submit items 1.5.3 through 1.5.11 for Engineer's approval prior to initiating work. Items 1.5.12 and 1.5.13 shall be submitted as specified.

1.5.2    Equal Product Data

1.5.2.1    With the bid, the Applicator shall submit coating product test data. Provide independent test results for the following tests, at the specified DFT. Submit date of testing, name of test facility, and written certification that the formula of the product tested is the same as the product submitted for the project. If the test data is submitted for other than the specified DFT, for application with a primer, or otherwise differs from the specified application submit a detailed written explanation of the submitted data's applicability and reliability with the bid. See Section 2.1 for test result criteria.

   a.    B117-97 "Standard Practice for Operating Salt Spray (Fog) Apparatus "

   b.    D4060-95 "Standard Test Method for Abrasion Resistance of Organic Coatings by the Taber Abraser"

   c.    D4541-95e1 "Standard Test Method for Pull-Off Strength of Coatings Using Portable Adhesion Testers"

   d.    G8-96, "Standard Test Methods for Cathodic Disbonding of Pipeline Coatings"

   e.    G14-88 (1996) e1, "Standard Test Method for Impact Resistance of Pipeline Coatings (Falling Weight Test)"

1.5.2.2    Curing temperature-time schedules for all products.

   a.    The Applicator shall submit Specified minimum substrate temperature approved by the manufacturer for coating application.

   b.    The Applicator shall submit specified minimum cure times, at the range of anticipated substrate temperatures, approved by the manufacturer for immersion of the coated pile. Water temperature will have a strong influence on substrate temperature on this project.

   c.    The Applicator shall submit specified qualitative tests methods and acceptance criteria that can be done in the field to assure the coating is cured to manufacturers requirements prior to immersion.

1.5.2.3    The Applicator shall submit surface soluble chloride, cleanliness, profile requirements along with test methods, and acceptance criteria for all products and applications.

1.5.2.4    The Applicator shall submit project case histories describing the service life of the product in a similar application and environment.

Exhibit    E
Page  10  of 23

BEI0176
38599-0012

1.5.3    The Applicator shall submit a product warranty and an application warranty.

1.5.4    The Applicator shall submit coating manufacturer's product data sheet and MSDS's for all coatings, thinners, cleaning solvents, and blasting abrasives

1.5.5    The Applicator shall submit compatible field application and repair coating system and procedures.

1.5.6    Samples and Colors:  Finish color shall be as stated in Section 2.  The Applicator shall submit color samples with the proposal, prior to the pre-construction coating conference. Submit two (2) sets of steel samples plates, 4 x 5 x 1/8 inches, and illustrating surface preparation and finish coat.  The Engineer shall approve the surface preparation and finish color.

1.5.7    Holidays Test Procedure complying with NACE International RP0188 (Latest Revision), "Discontinuity (Holiday) Testing of Protective Coatings".

1.5.7.1    The Applicator shall submit manufacturers approved holiday test procedure and equipment with voltage parameters.  The entire coated surface of each pile shall be holiday tested by the Applicator's inspector.

1.5.8    Plans

1.5.8.1    The Applicator shall submit a Site Specific Health and Safety Plan.

1.5.8.2    The Applicator shall submit a field application and repair coating plan. Provide a plan for repairing piles not meeting DFT, holiday, adhesion, appearance (runs and sags), and all other requirements. Environmental and substrate conditions for field coating application and repairs must be accomplished and maintained throughout the coating process, and cure.

1.5.8.3    The Applicator shall submit a quality control plan and coating inspection forms for all surface preparation, coating application, and repair work required.  Provide an Applicator quality control and inspection plan for all work.  At a minimum, include test method, frequency, and acceptance thresholds and tolerances of tests for substrate contamination, abrasive cleanliness and moisture content, air cleanliness and moisture content, substrate temperature, substrate cleanliness, blast profile, humidity, dew point, ambient temperature, wet and dry film thickness, holidays, and visual inspection.

1.5.8.4    The Applicator shall submit a plan for containment and disposal of spent abrasives, removed existing coatings, and over spray shall be submitted to the Owner's Contracting Officer for review.  Approval of the plan does not relieve the Contractor of the requirement to prevent discharges of pollutants to navigable waters.  The plan shall comply with current applicable State of Alaska regulations and Federal regulations.  Detail containment equipment to be utilized, containment procedures, and disposal of contained material.  If discharges are observed, work shall cease until the Contractor submits an amended plan, and receives approval form the Contracting Officer to recommence the work in accordance with the said amended plan.

Exhibit  E
Page  11  of  23

BEI0177
38599-0012

1.5.9   Applicator shall provide manufacturer's written approval of coating application plans, quality control plans, and procedures including shipping, storage, cleaning, surface preparation, application, repairs, Applicator inspection, Contractor's inspection, and force curing, if used.

1.5.10  Qualifications

1.5.10.1   Coating Manufacturer:  Company specializing in manufacturing the products specified in this Specification with a minimum of 5 years documented experience.  The Applicator shall submit documentation of manufacturers' qualifications and successful use of the product on similar marine dock projects.

1.5.10.2   The Applicator shall submit a summary of the coating manufacturers on site support.

1.5.10.3   Applicator:  Company specializing in performing the work of this Specification with a minimum of 5 years documented experience in blasting and coating marine or industrial structures similar in size to the Kodiak Dock, containment over water, and applying 100% Polyurethane coatings (or submitted product).  Provide documentation of Applicators' qualifications, manufacturers certification to apply the product, and successful application of the product on similar projects.

1.5.10.4   Painters and supervisors:  individuals specializing in performing work of this Specification with a minimum of 1 year documented experience in applying 100% Polyurethane coatings (or submitted product).  Submittal of a current certification in accordance with State of Alaska statute AS 18.63 is required for each worker.

1.5.10.5   Manufacturers Certification:  Each coating applicator shall be certified by the manufacturer for application of the specific product used on the project.

1.5.11  The Applicator shall submit a letter of Specification compliance from the blast media supplier.

1.5.12  Applicators Inspection Report

1.5.12.1   The Applicator shall submit completed "Coating Inspection Forms," daily to the Contractor's designated representative.

1.5.13  Contractors Daily Reports

1.5.13.1   The Contractor's Representative shall submit completed Daily Reports daily to the Contractor.

1.6   ENVIRONMENTAL CONDITIONS

1.6.1   Start work only when ambient and curing temperatures are within limits of coating manufacturer's recommendations and the substrate temperature is at least 5 degrees F above dew point.

BEI0178
38599-0012

Exhibit     E
Page  12  of  23

1.6.2    The field coating site conditions are sub-arctic marine. All coating preparation, coating application and other coating repairs shall be completed insitu over water.

1.6.3    The Applicator should expect precipitation in the form of rain, blowing rain or snow throughout the construction season.

1.6.4    The Applicator should expect winds in up to 116 miles per hour and associated waves at the site.

1.6.5    The Applicator should expect 3-foot waves generated by weather and ships at the site.

1.6.6    Tide changes up to 15 feet in six hours occur and shall be considered when planning the work.

## 1.7    COORDINATION REQUIREMENTS

1.7.1    The Contractor shall coordinate all aspects of the project with the Owner including but not limited to vessel berthing, vessel traffic, vehicle traffic, vehicle access at the facility, and use of dock utilities.

1.7.2    The Applicator shall coordinate all coating related work with the Contractor and all other crafts.

1.7.3    The Contractor and Applicator shall coordinate the following operations for field application or repair of coatings:

1.7.3.1    Temporary removal and subsequent re-installation of cathodic protection (CP) impressed current anodes as required to access piles for coating. The anode assemblies may be long and heavy. A vessel or float may be required to access some anodes that are to be removed/reinstalled or demolished prior to coating. All abandoned anodes encountered shall be permanently removed.

1.7.3.2    Removal of thermite welds attaching #8 grounding wires connecting armor shielding on #4 AWG Armored HMW/PE CP current supply cables at anode distribution boxes to the pile structure. The Contractor shall determine the actual number. These cables can be removed from the structure prior to coating then reinstalled after blasting or repaired after blasting if damaged. These connections are typically located above Elevation 114'.

1.7.3.3    There are thermite welds attaching #8 insulated jumper cables to the pile structure from the negative CP circuit header. The Contractor shall determine the actual number. These #8 jumper cables can be removed from the structure prior to coating then reinstalled after blasting or repaired after blasting if damaged.

1.7.3.4    There are several cable to pile structure connections where the thermite weld is made to a steel plate and the plate is welded to the structure with skip welds. At these locations remove the cable from the plate, eliminate the steel plate, grind the welds flush prior to coating and connect the cable directly to the structure with a thermite weld.

BEI0179
38599-0012

Exhibit    E
Page  13  of  23

1.7.3.5     CP electric cable and cable supports exist between anode splice boxes and the anode. Temporarily remove these cables and supports for blasting, coatings, curing, and inspection as needed. Replace these cables and cable supports on completion of the coating scope of work.

1.7.3.6     Structural members with poor quality, defective or water weeping welds shall be cleaned and seal welded prior to coating. Structural members with good quality or non-defective welds shall be cleaned and stripe coated prior to final coating. Nonstructural members with poor quality or defective welds shall be cleaned and stripe coated prior to coating. Nonstructural members with water weeping welds shall be cleaned and seal welded prior to coating. Nonstructural members with good quality or non-defective welds shall be cleaned and stripe coated prior to final coating. Abandoned nonstructural members may be removed to increase productivity. The Owner's representative shall have final say as to the level of surface preparation required in cases in question or dispute.

1.7.3.7     The Contractor or Applicator will temporarily move conduit, pipe, and other utilities as required to access all surfaces for blasting, coating, curing, and inspection.

1.7.4   Restrict all operations to the areas assigned for storage, staffing, and other necessary operations, and do not permit the disturbance of any areas not assigned for approved operations, or shown as limits of construction under this Contract.

1.7.5   Employ all means necessary to avoid the accumulation of debris and construction residue, and avoid the spread of dust, overspray, blast media, blast debris, and noxious odors.

1.8       PRE-CONSTRUCTION COATING CONFERENCE

1.8.1   Prior to mobilization to the site and commencement of any fieldwork, a pre-construction coating conference shall be held.

1.8.2   Applicator personnel required to attend are as follows:

1.8.2.1     Applicator Foreman or Site Superintendent

1.8.2.2     Chief Blaster

1.8.2.3     Chief Paint Applicator

1.8.3   The Coating Inspector and the Contractor's representative shall also attend.

1.8.4   At the coating conference, the Applicator shall submit his work plans detailing traffic control and coordination, the typical sequence of work, coordination of CP work, abrasive blasting, blast damage protection, rigging, safety, lighting, containment, clean up, quality control, coating application, equipment used, curing, stripe coating, coating repairs, overspray protection, traffic plan, and blasting/coating project schedule. Submit certificates, resumes, and all other submittals not previously approved by the Engineer. The Applicator shall submit in writing and discuss how progress and quality control records will be kept for the documentation of all work performed. Plans for containment and rigging shall be presented and reviewed. The Applicator shall present the surface preparation and paint application written recommendations

Exhibit E
Page 14 of 23

BEI0180
38599-0012

and instructions provided by the paint manufacturer for discussion. Permissible areas for the Applicators use during the project will be discussed and the lines of communication established between the parties. The Applicator will explain the intended method of surface preparation, waste entrapment, waste recovery, and waste disposal including attachments to the structures.

## 1.9    SAFETY AND HEALTH PRECAUTIONS

1.9.1    Some materials listed in this Specification contain compounds that are toxic. Follow safety procedures as recommended by the manufacturer. Work in a well ventilated area. Provide, and require workers to use, impervious clothing, gloves, face shields, and other appropriate protective clothing necessary to prevent eye and skin contact with coating materials. Keep coatings away from heat, sparks and flame.

1.9.2    The work will occur over a waterway with marine traffic. Much of the work will be greater than 6 feet above the water. The applicator shall take precautions appropriate to these and other hazards associated with the work.

1.9.3    The Contractor and Applicator shall have the responsibility to follow all applicable OSHA, EPA and other state and local regulations concerning safety and environmental standards. In addition, abide by all safety precautions noted on the Manufacturer's product data sheets and MSDS.

1.9.4    The Applicator shall prepare a Site Specific Health and Safety Plan (SSHSP) covering on-site work to be performed under this contract. The SSHSP shall address site-specific safety and health requirements and procedures based on site-specific conditions. The level of detail provided in the SSHSP shall be tailored to the type of work, complexity of operation to be performed, and anticipated hazards.

## PART 2 -  PRODUCTS

## 2.1    COATING SYSTEMS

2.1.1    The applied coatings shall be compatible. The coating manufacturer shall approve the products to be applied as a coating system. The properties of the coating products and coating system shall meet specified test data requirements.

2.1.2    Service temperature requirements are -20°F to 100°F. Service conditions also include impressed current cathodic protection, extreme tides, and seawater with silt content, sea ice, high wind, waves, and impact by marine vessels and floating debris.

2.1.3    Do not tint, shade, or modify the coating formulation at the job site.

2.1.4 - Minimum coating performance test values for coatings submitted for engineering approval are:

2.1.4.1    Abrasion Resistance per D4060-95, less than 55 mg loss/1000 cycles with CS-22 or CS 17 wheel at applied DFT.

BEI0181
38599-0012

Exhibit    E
Page 15 of 23

2.1.4.2    Impact resistance per ASTM G-14, greater than 100 in-lbs @ 75°F at applied DFT.

2.1.4.3    Cathodic Disbondment per ASTM G-8, less than 12mm @ 28 days (1.5 V @ 3% NaCl) at applied DFT.

2.1.4.4    Adhesion per ASTM D-4541, greater than 1,000 psig at applied DFT.

2.1.4.5    Salt Spray Resistance per ASTM B-117, 1,000 hours with no blisters at applied DFT.

2.1.5    Use the acceptable coating system and DFT's listed in the table below or Engineer approved equal.

2.1.5.1

| PRODUCT & NUMBER OF COATS | Color | Coating Thickness (DFT Mils) | | |
|---|---|---|---|---|
| | | Minimum | Maximum | Average Total |
| Product 1 Specialty Polymer Coatings, SP-1864 spray grade, single coat | SPC's Standard Med. Gray | 40.0 | 50.0 | 45.0 |
| Repair Product 1A Specialty Polymer Coatings, SP-1864 spray or brush grade, single coat | SPC's Standard Med. Gray | 40.0 | 50.0 | 45.0 |
| Repair Product 1B Specialty Polymer Coatings, SP-1842 brush grade, single coat | SPC's Standard Med. Gray | 40.0 | 50.0 | 45.0 |

## 2.2    COATING MATERIALS HANDLING

2.2.1    Deliver all coating materials to the project in the original unopened containers with plainly marked packaging identifying the name of the Manufacturer, product, date of manufacture, shelf life, batch number, and destination.

2.2.2    Time, temperature, and humidity limitations for each of the coating system components shall be maintained in strict accordance with coating manufacturer's recommendations during shipping and storage. If the coating materials freeze or are overheated, reject the coating materials and immediately notify the COR.

2.2.3    Only new materials shall be used. Stocks of materials whose shelf life has expired shall not be used.

2.2.4    Paint or blast media that is not in compliance with these specifications or any manufacturers recommendations shall not be used, shall be immediately marked, and immediately removed from the job site.

2.2.5    Adequate quantities of materials shall be on the job site to satisfy the recoating and coating repair circumstances of the project.

BEI0182
38599-0012

E
16 of 23

2.3    ABRASIVE BLASTING MEDIA

2.3.1    Abrasives shall be either sharp grit, garnet, nickel slag, or aluminum oxide and meet the following requirements:

2.3.1.1    Contain less than 1% free silica.

2.3.1.2    Be free of harmful quantities of toxic metals.

2.3.1.3    Contain less than 20-ppm water-soluble chlorides.

2.3.1.4    Contain less than 200-ppm water-soluble sulfates.

2.3.1.5    Be free of clay, limestone, shells, undersize and oversize particles, organic material and other detrimental foreign material.

2.3.1.6    Be of the proper size and material to provide the coating manufacturers required surface profile.

2.3.1.7    Applicator must obtain and submit certification from the abrasive supplier that the abrasive meets the above requirements.

PART 3 - EXECUTION

3.1    SURFACES TO BE COATED

3.1.1    New coatings shall be applied to all dock piles and non-galvanized metal dock structure between the lower elevation of 107' and the upper elevation of 119', which is the underside of the dock. In pile areas where the mudline is exposed during low tide conditions, the entire pile surface down to the mudline shall be coated. If large rocks or boulders have lodged next to a pile, the large rocks or boulders do not require removal for coating activities. The scope also includes all conduit supports, pipe supports, and all other metal between elevations 107' and 119' that are not galvanized. Pipe shall be temporarily lifted as required to provide access for coating all support surfaces. In general, the word "pile" in the specification refers to all surfaces to be coated as described above.

3.1.2    Coating of conduit, pipe, pipe rollers and pipe slide shoes are not included in the scope of work.

3.1.3    Care must be taken to prevent damage to other dock features, which include pipe insulation, conduit, cathodic protection cables, impressed current cathodic protection anodes, pipe, valves, steam taps, and other utility equipment. The cost of repair of all damage caused by blasting and coating activities shall be paid by the Applicator.

3.1.4    The Contract Drawings and Specifications do not purport to describe construction information in absolute detail. An Applicator site visit is required prior to bidding and starting work.

E

17 of 23

BEI0183
38599-0012

3.2    NON-COATING WORK TO BE PERFORMED BY THE COATING APPLICATOR

3.2.1.1    There will be some non-coating work that will be performed by the Applicator. The Applicator and Contractor will coordinate all non-coating work, including items in Section 1.7.

3.2.1.2    Utilize the following procedure where CP cables will be reconnected to the structure.

    a.    Cut the existing wire as close to the thermite weld as possible.

    b.    Secure the wire out of harms way to prevent damage when blasting.

    c.    Grind off the weld on the structure.

    d.    Blast the structure.

    e.    Reconnect the wire to the structure with a new thermite weld. A vertical weld mold is required for vertical pile surfaces.

    f.    Clean the weld area to coating standards.

    g.    Coat the pile and weld area with the pile coating.

3.2.1.3    Seal welding, were required, with a minimum fillet weld size of 3/16" shall be performed prior to coating.

3.2.1.4    All impressed current anodes and associated hardware and cables between elevation 107' and 119' shall be removed prior to blasting and reinstalled on completion of coating inspection. The cathodic protection systems, in the areas where the anodes are being removed, shall be turned off prior to removing the anodes. Turning the cathodic protection systems on/off shall be coordinated with the Contractor's Representative and COR.

3.3    SURFACE PREPARATION

3.3.1    The Applicator shall take steps necessary to meet all surface preparation criteria prior to coating application.

3.3.1.1    Remove all loose rust, loose mill scale, loose marine growth, and loose coatings to NACE No. 5/SSPC-SP12, condition WJ-4.

3.3.2    All cleaned surfaces to be coated shall be visually checked by the Applicator for surface imperfections, including slivers, scabs, weld spatter, and gouges. Edges, including welds, shall be rounded to 1/8" radius, minimum, and prior to abrasive blasting. Remove all slivers, scale, weld splatter, and other imperfections by filing, grinding or other suitable means prior to abrasive blasting. If the surface to be coated is polished or burnished in any of the above processes after abrasive blasting, restore the anchor pattern by re-blasting the repaired area prior to coating application. See Section 1.7 for other additional requirements.

3.3.3    The surfaces to be coated shall be abrasive blast cleaned as specified by the manufacturer to achieve the surface cleanliness and anchor profile specified by the manufacturer with a

BEI0184
38599-0012

E

Page 18 of 23

minimum cleanliness standard of NACE No. 2/SSPC-SP 10. An angular tooth profile of the depth recommended by the manufacturer is required.

3.3.4    Following the blast cleaning, abrasives remaining shall be removed by air blast, vacuum, or other suitable methods.

3.3.5    All surfaces shall be inspected by the Applicator for surface cleanliness, contamination, and anchor profile prior to coating.

3.3.6    All surfaces to be coated not meeting the degree of surface cleanliness and specified anchor profile shall be rejected and recleaned at the Applicator's expense.

3.3.7    All surfaces to be coated accepted as meeting the surface cleanliness and anchor profile requirements shall be coated before any flash rusting or surface contamination occurs.

3.4      COATING APPLICATION

3.4.1    Only the coating material specified shall be applied to the pile or attachments in accordance with the approved coating application plan.

3.4.2    At a minimum before initial start-up, all application equipment including pots, hoses, and guns shall be thoroughly cleaned to remove all residual product and contaminants. The coating manufacturer shall approve all application equipment and new equipment shall be used if required by the manufacturer.

3.4.3    All application equipment including pots, hoses, and guns shall be cleaned and maintained daily.

3.4.4    For application of the coating, the pile temperature shall be within the tolerances of the manufacturer. The surface temperature range shall be maintained in accordance manufacturers requirements throughout the coating and curing process.

3.4.5    The pile shall be continually checked for proper temperature by the Applicator prior to coating with a surface thermometer or an optical pyrometer, which must be calibrated once each day.

3.4.6    Coating material shall be applied uniformly to the pile to the thickness specified using good commercial practice and adhering to the manufacturer's requirements. Apply coatings so that finished surfaces are free from runs, sags, brush marks and variations in color.

3.4.7    Apply coating to dry surfaces less than 4 hours after near-white blast cleaning and prior to contact with rain, seawater, and any other contamination.

3.4.8    Dry Film Thickness:

3.4.8.1    Provide a total system dry film thickness as specified. Measure using a magnetic or other approved gage.

E
19 of 23

BEI0185
38599-0012

3.4.9   The coating shall be cured according to the approved temperature-time schedule and cure test method submitted by the manufacturer.  The cure shall be completed prior to contact with rain, ocean water, and other contaminants.

3.4.10  Pile with coating that is not satisfactorily cured shall be completely cleaned, re-blasted and re-coated at the Applicator's expense.

## 3.5    APPLICATOR QUALITY CONTROL

3.5.1   The Applicator shall perform quality control procedures as described in the approved Quality Control Plan throughout the coating process to assure that the piles are being coated to these specifications.  All pile with non-conforming coating shall be repaired or recleaned and recoated at Applicator's expense.  Applicator's inspection reports shall be submitted daily and at the completion of the project.

3.5.2   The Applicator shall have a person designated as their inspector on site 100% of the time while coating preparation or application work is being performed.  The inspector shall audit the work at each stage of the coating process, shall perform inspections listed below at each stage of the coating process, and inspect the finished coated pile.

3.5.3   At any time during the project, if a coated pile or attachment is found which does not meet the specifications or exhibits poor adhesion, the Applicator shall immediately take steps to correct the problem.

3.5.4   All pile or attachments coated before and after a pile not meeting specifications shall be inspected until the beginning and end of the problem is established.

3.5.5   Each pile shall be uniquely and consecutively numbered by the Applicator with a permanent marking material near both ends prior to initial inspection.

3.5.6   The Applicator shall inspect application equipment and coating products for conformance to the Specification and the manufacturers recommendations prior to and during each coating application.

3.5.7   Record and report the following daily and by shift:

3.5.7.1    Type and quantity of blast media used.

3.5.7.2    Type and batch number of coatings used.

3.5.7.3    Location, quantity, and quality of surface preparation.

3.5.7.4    Location and quantity of coating applied.

3.5.7.5    Details of coating applications/mixing including coating material and substrate temperature.

3.5.7.6    Location and quantity of coatings repairs.

E
20    23

BEI0186
38599-0012

3.5.7.7    The Applicator shall perform daily inspection of all cleaning, surface preparation, coating, and air supply equipment for the presence of oil and other contaminants is required of the Applicator. D4285, "Standard Test Method for Indicating Oil or Water in Compressed Air" shall be performed daily by the Applicator, at a minimum, on all equipment supplying air to the coating process.

3.5.8    The Applicator shall inspect every pile for conformance to the specifications for surface imperfections, surface cleanliness, anchor profile, ambient air temperature, substrate temperature, humidity, dew point, substrate soluble salt contamination, wet film thickness (WFT), dry film thickness (DFT), appearance, cure prior to immersion, adhesion, holidays, and other criteria in this specification. The applicator shall record and submit daily reports for the tests listed below.

3.5.8.1    Surface cleanliness acceptance criteria is NACE No. 2/SSPC-SP 10 and shall determined by comparison with SSPC-VIS 1-89. Additionally, dust, abrasives, and other loose contaminants shall be completely removed.

3.5.8.2    The anchor profile shall be measured with Testex Press-O-Film per NACE RP-0287. Measure the anchor profile at the start of each shift, at one representative location on each pile (minimum), and whenever the profile is suspected of not complying with the specifications.

3.5.8.3    Record the ambient air temperature, substrate temperature, humidity, and dew point four times each shift worked. Substrate temperature shall fall within the manufacturers approved parameters and be at least 5° F above the dew point.

3.5.8.4    Substrate soluble salt contamination shall be quantitatively tested with Bresel Cell Chloride test kit (ISO 8502-6), or equal. Testing shall be done immediately prior to coating application. If test results are greater than 8 µg/cm$^2$, then testing shall be performed to identify the extent of contamination. All contaminated surfaces shall be properly cleaned.

3.5.8.5    Coating material temperature shall be within the manufacturers approved parameters.

3.5.8.6    The wet film thickness (WFT) shall be checked by the Applicator to assure adequate coatings are being applied. If the WFT testing process adversely effects the coating thickness or quality, the Applicators shall take appropriate corrective measures.

3.5.8.7    The DFT shall be measured on fully cured coatings. The coating thickness shall be checked with an SSPC-PA 2, Type I or Type II gauge, calibrated to SSPC-PA 2 requirements. Each pile and attachment shall be inspected for DFT per SSPC-PA-2 with a minimum, 3 groups of 5 measurements on each pile.

3.5.8.8    The coating shall be free of foreign matter, blisters, runs, sags, pinholes, skips, barber poling, dry spray, orange peel, and other irregularities.

3.5.8.9    Use the approved manufacturers qualitative test method and test acceptance criteria to determine if the coating is cured prior to immersion. Each pile shall be tested for cure prior to immersion. If a coating is immersed before it is adequately cured it shall be re-blasted and recoated.

E
21 of 23
BEI0187-
38599-0012

3.5.8.10    Holiday test fully cured coatings on the entire structure using methods and voltages in NACE RP0188 (Latest Revision), "Discontinuity (Holiday) Testing of Protective Coatings" and the manufacturers approved holiday test procedure. The voltage setting shall be set for the actual thickness of the coating being tested. All holidays shall be marked. Pile and attachments not meeting the holiday requirements shall have the holidays repaired.

3.5.8.11    Using D4541-95e1 "Standard Test Method for Pull-Off Strength of Coatings using D4541-95e1, the Applicator's Inspector shall test once daily, a minimum of one test per 1,000 square feet of coating applications, and a minimum of one test per 100 square feet of repairs. Locations where coatings are added to meet DFT requirements are considered repairs. Test to 100 psig less than the manufacturers submitted performance data. The cost of repairs from this test shall be bourn by the Applicator.

3.5.9    The Contractor's Representative and COR shall be notified prior to and provided access and opportunity to witness Applicator inspections.

3.5.10    Upon completion of coating and prior to removal of access, each coated pile and attachment shall be given a final inspection by the COR, Applicator's and Contactor's Representative. All deficiencies shall be corrected at this time. Any portions of the coating not documented for coating thickness, adhesion, cure, holidays, and visible defects shall be inspected, documented, and corrected.

3.6    CONTRACTORS QUALITY ASSURANCE

3.6.1    The Contractor shall provide a designated Representative on site 100% of the time while coating preparation or application work is being performed. The Contractor's Representative shall audit the work, witness Applicator inspections, perform inspections listed below at each stage of the coating process, and shall inspect the finished coated pile.

3.6.2    The Contractor's Representative shall inspect pile for conformance to the specifications for surface imperfections, surface cleanliness, anchor profile, coating thickness (DFT), appearance, and cure prior to immersion. The Contractor's Representative shall report results for the tests listed below.

3.6.2.1    Surface cleanliness shall be NACE No. 2/SSPC-SP 10 and determined by comparison with SSPC-VIS 1-89. Additionally, dust, abrasives, and other loose contaminants shall be completely removed.

3.6.2.2    The anchor profile shall be measured with Testex Press-O-Film per NACE RP-0287.

3.6.2.3    The DFT shall be measured on fully cured coatings.

3.6.2.4    The coating shall be free of foreign matter, blisters, runs, sags, pinholes, skips, barber poling, dry spray, orange peel, and other irregularities.

3.6.2.5    Use the approved manufacturers qualitative test method and test acceptance criteria to determine if the coating is cured prior to immersion. If a coating is immersed before it is adequately cured it shall be re-blasted and recoated.

BEI0188
38599-0012

E
22    23

3.6.3  Upon completion of coating and prior to removal of access, each coated pile and attachments shall be given a final inspection by the Applicator's Inspector and Contactor's Representative.  Any portions of the coating not documented for coating thickness, adhesion, cure, holidays, and visible defects shall be inspected and documented.

3.6.4  The Applicator's inspector shall be notified prior to and provided access and opportunity to witness Contractor's inspections.

3.7    COATING REPAIRS

3.7.1  All repairable defects disclosed by the holiday detector, DFT measurements, adhesion tests, and visual inspection shall be repaired by the Applicator in a manner complying with the approved coating plan.

3.7.2  Coating Repairs Products

3.7.3  Repairs shall be made with originally applied product or as listed in the approved product system.  The manufacturer and the Engineer shall approve any substitutions in writing.


END OF SECTION

E
23 of 23

BEI0189
38599-0012