# EXHIBIT I

**CERTIFIED COPY**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., AN ALASKAN CORPORATION, ) ) ) | |
| PLAINTIFF, ) ) | |
| VS. ) | NO. A-03-0199 |
| FORREST J. MC KINLEY, ET AL., ) ) | |
| DEFENDANTS. ) ) | |
| AND RELATED CROSS-ACTIONS. ) ) | |

DEPOSITION OF MARK S. SCHILLING

JUNE 5, 2006

REPORTED BY:
SHERYL WILLIAMS
CSR NO. 7453

*Seijas Court Reporters*

A Professional Corporation
1260 Huntington Drive, Suite 107, South Pasadena, California 91030
(626) 799-0810 ~ Fax (626) 799-5565

Exhibit 25



EXHIBIT I

1    Q.   I'M SAYING A WELD THAT IN YOUR EXPERIENCE WOULD
2    PRECLUDE COATING CONSISTENT WITH THE EXPECTATION THAT YOU
3    WOULD BE EXTENDING THE LIFE OF THE SUBJECT CARGO WHARF 25
4    YEARS.
5    A.   THE KEY WORD IN YOUR QUESTION IS PRECLUDE, AND
6    THE ANSWER IS NO.  THIS WAS A KIND OF COATING THAT CAN GO
7    ON VERY THICK.  YOU CAN ENTOMB ROUGH WELDS.  THAT'S WHY THE
8    WELD WOULD NOT BE DETECTIVE, AND THE ISSUE OF HOW MUCH
9    GRINDING IS ACTUALLY REQUIRED.  YOU CAN PUT THIS MATERIAL
10   ON AT A HALF-INCH THICK AND BURY ANYTHING.  THE PROBLEM
11   THAT YOU HAVE WITH THE SPECIFICATION IS THAT IT CALLS FOR
12   CERTAIN AESTHETICS.  IT NEEDS TO LOOK GOOD.  NO DRIPS, NO
13   RUNS, NO SAGS.  SO WHEN YOU ASK THE QUESTION ABOUT PRECLUDE
14   AND FROM A PERFORMANCE POINT OF VIEW FOR 25 YEARS, NO, YOU
15   CAN BURY THOSE WELDS.  THERE'S NO NEED TO GRIND THEM.
16   Q.   SO BASED ON YOUR OBSERVATIONS IN JULY OF 2003,
17   THERE WAS NOTHING ABOUT THE WELDS THEMSELVES THAT PRECLUDED
18   ORDERLY PREPARATION INCLUDING REMOVAL OF THE ORIGINAL
19   COATING, THAT GRAY COATING AREA ASIDE FOR THE MOMENT,
20   GRINDING AS NECESSARY AND OTHER STANDARD SURFACE
21   PREPARATION?
22   A.   YES.  AND THE THING THAT I WOULD ADD SUBSEQUENTLY
23   EVEN AFTER HAVING DONE THAT WOULD BE WELDS CAN BE
24   SUBSEQUENTLY CAULKED AFTER COATING.  THERE ARE MANY WAYS TO
25   APPROACH THE PERFORMANCE PROBLEM WHICH IS WHAT YOU SEEM TO

1  FOCUS ON WITH THE 25-YEAR POINT. BUT THE ISSUE IS THE
2  INTENT AND JUDGMENT FACTORING IN AESTHETICS. HOW IS IT
3  GOING TO LOOK WHEN I'M DONE? SO YOU HAVE PERFORMANCE AND
4  AESTHETICS.
5      Q. HAVE YOU EVER WORKED WITH OWNERS FOR WHOM
6  AESTHETICS WASN'T IMPORTANT?
7      A. THE ANSWER IS YES. I HAVE WORKED FOR OWNERS, AND
8  I HAVE BEEN AN OWNER WHERE APPEARANCE IS NOT THAT IMPORTANT
9  AS LONG AS THE CORROSION PROTECTION IS GOOD.
10     Q. LIKEWISE, HAVE YOU WORKED WITH OWNERS FOR WHOM
11 AESTHETICS WAS VERY IMPORTANT?
12     A. ABSOLUTELY.
13     Q. HAVE YOU WORKED WITH OWNERS THAT DIDN'T WANT
14 DRIPS, RUNS OR SAGS IN THEIR COATINGS?
15     A. ABSOLUTELY.
16     Q. JUST TO ROUND OUT THE OBSERVATIONS THAT YOU MADE
17 IN JULY 2003 AT THE KODIAK CARGO WHARF, THERE WAS NOTHING
18 ABOUT THE WELDS THAT PRECLUDED EFFECTIVE COATING OF THE
19 SURFACES THAT YOU OBSERVED?
20     A. AGAIN, I AGREE. THE EMPHASIS IS ON PRECLUDE.
21 THERE IS NOTHING THAT PRECLUDED GETTING GOOD PROTECTION.
22     Q. I'M GOING TO GO BACK BRIEFLY TO EXHIBIT 22 AND
23 THE PUBLICATIONS. I'M NOW ON THE LAST PAGE. THE TOP
24 ARTICLE IS "UNDERSTANDING PROTECTIVE COATINGS AND LININGS."
25 THIS APPARENTLY IS SOMETHING YOU WROTE BACK IN '99. DOES

<u>REPORTER'S CERTIFICATE</u>

I, SHERYL WILLIAMS, CSR NO. 7453, CERTIFIED SHORTHAND REPORTER IN AND FOR THE STATE OF CALIFORNIA DO HEREBY CERTIFY:

THAT PRIOR TO BEING EXAMINED THE WITNESS NAMED IN THE FOREGOING DEPOSITION WAS BY ME DULY SWORN TO TESTIFY THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT THE TRUTH;

THAT SAID DEPOSITION WAS TAKEN DOWN BY ME IN SHORTHAND AT THE TIME AND PLACE NAMED HEREIN AND WAS THEREAFTER REDUCED TO TYPEWRITING UNDER MY DIRECTION AND SUPERVISION;

THAT THE FOREGOING DEPOSITION IS A FULL, TRUE AND CORRECT TRANSCRIPTION OF MY ORIGINAL SHORTHAND NOTES.

I FURTHER CERTIFY THAT I HAVE NO INTEREST IN THE OUTCOME OF THE ACTION.

WITNESS MY HAND THIS __22ND__ DAY OF _____JUNE_____, __2006__.

*[signature: Sheryl Williams]*

SHERYL WILLIAMS, CSR NO. 7453
CERTIFIED SHORTHAND REPORTER IN
AND FOR THE STATE OF CALIFORNIA