Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., et al.<br>   Plaintiffs<br><br>v.<br><br>FORREST J. MCKINLEY, et al.,<br>   Defendants. | Case No. 3:03-cv-0199-rrb |

### PROPOSED ORDER

Having considered Brechan Enterprises, Inc. and Safeco Insurance Company of America, Inc.'s motion for partial summary judgment on Absolute Environmental's negligent design, differing site condition, constructive change, covenant of good faith and fair dealing, implied contract and equity claims, opposition thereto, and good cause appearing;

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

PROPOSED ORDER
*Absolute Environmental Services, Inc. v. McKinley*
Case No. 3:03-cv-0199-rrb
- 1 -
[38599-0012/AA062150.013]

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
Honorable Ralph Beistline
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on *Aug. 4, 2006,*, the foregoing has been served by electronic mail on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

  /s/ Michael E. Kreger  
     Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

PROPOSED ORDER
*Absolute Environmental Services, Inc. v. McKinley*
Case No. 3:03-cv-0199-rrb
- 2 -
[38599-0012/AA062150.013]