Michael E. Kreger
Jacob Nist
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL
SERVICES, INC., an Alaska corporation,
    Plaintiff,

v.

FORREST J. MCKINLEY, an individual,
d/b/a "Imperial Industrial Coatings";
EMERCO, INC., a California corporation,
d/b/a Imperial Industrial Coatings;
BRECHAN ENTERPRISES, INC., an
Alaska corporation; and SAFECO
INSURANCE COMPANY OF AMERICA,
a Washington corporation,
    Defendants.

EMERCO, INC., a California corporation
d/b/a Imperial Industrial Coatings, and the
United States for the use and benefit of
EMERCO, INC.,
  Counterclaimant/Third-Party Claimant,

v.

ABSOLUTE ENVIRONMENTAL
SERVICES, INC., an Alaska corporation,
et al.,
  Cross-defendants/Third-party Defendants.

Case No. A03-0199 Civil (RRB)

**BRECHAN ENTERPRISES'
RESPONSE AND OBJECTIONS
TO ABSOLUTE'S FIRST
REQUESTS FOR PRODUCTION**

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108



RESPONSE AND OBJECTIONS TO
FIRST REQUESTS FOR PRODUCTION    - 1 -    [38599-0012/AA060730.013]

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

THE UNITED STATES OF AMERICA for
the use and benefit of ABSOLUTE
ENVIRONMENTAL SERVICES, INC., an
Alaska corporation,
     Plaintiff,
v.
SAFECO INSURANCE COMPANY OF
AMERICA, a Washington corporation,
     Defendant.

BRECHAN ENTERPRISES, INC., an
Alaska corporation,
     Counterclaim Plaintiff,
v.
ABSOLUTE ENVIRONMENTAL
SERVICES, INC., an Alaska corporation,
     Counterclaim Defendant.

BRECHAN ENTERPRISES, INC., an
Alaska corporation,
     Third-Party Plaintiff,
v.
COFFMAN ENGINEERS, INC., a
Washington corporation,
     Third-Party Defendant.

ABSOLUTE ENVIRONMENTAL
SERVICES, INC., an Alaska corporation,
     Plaintiff/Cross-claimant,
v.
COFFMAN ENGINEERS, INC., a
Washington corporation,
     Defendant/Cross-claim Respondent.

## BRECHAN ENTERPRISES' RESPONSE AND OBJECTIONS TO ABSOLUTE'S FIRST REQUESTS FOR PRODUCTION

Brechan Enterprises, Inc. ("Brechan") responds to Absolute's First

Requests for Production as follows:

B p 2.17

**REQUEST FOR PRODUCTION NO. 1:** Produce the attachments to Delivery Order number 0007, the first phase of the Kodiak Cargo Wharf Maintenance project, which reads, "Perform design and construction or Cargo Wharf Maintenance in accordance with attached Drawings and Specifications dated March 2001."

**RESPONSE:** Deliver Order 007 has been previously produced.

**REQUEST FOR PRODUCTION NO. 2:** Produce documents that identify what portions of the Kodiak Cargo Wharf were within the scope of Delivery Order number 0007 at the time it was issued to Brechan.

**RESPONSE:** Objections: Vague; calls for work product. Without waiving these objections, documents from which this information may be obtained have previously been produced.

**REQUEST FOR PRODUCTION NO. 3:** Produce the documents that identify what portions of the Kodiak Cargo Wharf were within the scope of Delivery Order number 0007 at the time the work on Delivery Order number 0007 was completed.

**RESPONSE:** Objections: Vague; calls for work product. Without waiving these objections, documents from which this information may be obtained have previously been produced.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

B 3 of 7

**REQUEST FOR PRODUCTION NO. 4:** Produce Brechan's job cost reports (with full detail) for both phases of the Cargo Wharf Maintenance project.

**RESPONSE**: Documents responsive to this request have previously been produced. Additional documents responsive to this request are available for inspection and copying at 1029 West 3rd Avenue, Suite 300, Anchorage, AK 99501.

**REQUEST FOR PRODUCTION NO. 5:** Produce copies of all payments received from the USCG for both phases of the Cargo Wharf Maintenance project.

**RESPONSE**: Objection: vague. Without waiving that objection, documents responsive to this request have previously been produced. Additional documents responsive to this request are available for inspection and copying at 1029 West 3rd Avenue, Suite 300, Anchorage, AK 99501.

**REQUEST FOR PRODUCTION NO. 6:** Produce Brechan's financial statements for 2002, 2003, and 2004.

**RESPONSE**: Brechan objects to this request as irrelevant, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

RESPONSE AND OBJECTIONS TO
FIRST REQUESTS FOR PRODUCTION        - 4 -        [38599-0012/AA060730.013]

B 4 of 7

**REQUEST FOR PRODUCTION NO. 7:** Produce Brechan's tax returns for 2002, 2003 and 2004.

**RESPONSE**: Brechan objects to this request as irrelevant, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR PRODUCTION NO. 8:** Produce Brechan's proposal for its Building 25 project.

**RESPONSE**: Brechan objects to this request as irrelevant, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR PRODUCTION NO. 9:** Produce the delivery order for Brechan's Building 25 project.

**RESPONSE**: Brechan objects to this request as irrelevant, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR PRODUCTION NO. 10:** Produce all modifications to deliver order for Brechan's Building 25 project.

**RESPONSE**: Brechan objects to this request as irrelevant, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

RESPONSE AND OBJECTIONS TO
FIRST REQUESTS FOR PRODUCTION          - 5 -          [38599-0012/AA060730.013]

B 5 of 7

**REQUEST FOR PRODUCTION NO. 11:** Produce all job cost reports for Brechan's Building 25 project.

**RESPONSE:** Brechan objects to this request as irrelevant, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

DATED at Anchorage, Alaska, this _10th_ day of April, 2006.

**PERKINS COIE LLP**
Attorneys for Brechan Enterprises, Inc. and
Safeco Insurance Company of America.

By ___Michal E. Kugr___

Michael E. Kreger,  Alaska Bar # 8311170
Jacob Nist, Alaska Bar # 0211051
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

## CERTIFICATE OF SERVICE

*email*

I hereby certify that I have served by ~~mail/fax/hand~~ a true and correct copy of the

foregoing on:

**Counsel for Absolute Environmental Services, Inc.**
Paul Nangle
Paul J. Nangle & Associates
101 Christensen Drive
Anchorage, Alaska 99501
(Fax: 907-274-8866)

**Counsel for Coffman Engineers, Inc.**
Peter C. Partnow
Lane Powell PC
301 West Northern Lts Blvd., Suite 301
Anchorage, Alaska 99503
(Fax: 907-276-2631)
(Phone: 907-264-3317)

**Co-Counsel for Coffman Engineers, Inc.**
James B. Stoetzer
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101
(Fax: 206-223-7107)
(Phone: 206-223-7109)

**Counsel for Absolute Environmental Services, Inc.**
Terry R. Marston II
Marston, Heffernan & Foreman
Anderson Park Building
16880 NE 79th Street
Redmond, WA 98052-4424
(Fax: 425-861-6969)

**Counsel for Specialty Polymer Coating USA, Inc.**
Robert J. Dickson
Atkinson Conway & Gagnon
410 L Street, Suite 500
Anchorage, Alaska 99501
(Fax: 907-272-2082)

**Co-Counsel for Forrest J. McKinley and Emerco, Inc., d/b/a Imperial Industrial Coatings**
William R. Baerg
Monteleone & McCrory
725 South Figueroa Street, Suite 3750
Los Angeles, California 90017-5402
(Fax: 213-612-9930)

**Counsel for Forrest J. McKinley and Emerco, Inc., d/b/a Imperial Industrial Coatings**
Eric J. Brown
Jermain Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, Alaska 99503
(Fax: 907-563-7322)

this 10th day of April, 2006.

Joanne Kearse

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

RESPONSE AND OBJECTIONS TO
FIRST REQUESTS FOR PRODUCTION                - 7 -                [38599-0012/AA060730.013]

B 7 of 7