Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRIESES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>Defendants. | Case No. 3:03-cv-00199-RRB |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>Cross-Defendants/Third-Party Defendants. | **DECLARATION OF PETER C. PARTNOW IN SUPPORT OF COFFMAN'S MOTIONS FOR SUMMARY JUDGMENT REGARDING ABSOLUTE'S NEGLIGENCE AND MISREPRESENTATION CLAIMS** |

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                            Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                            Defendant. | |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                          Counterclaim Plaintiff,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                          Counterclaim Defendant. | |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                          Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC., a Washington corporation,<br><br>                          Third-Party Defendant. | |

I, Peter C. Partnow, hereby declare and state under oath as follows:

1.     I am one of the counsel of record for Coffman Engineers, Inc. ("Coffman") in this lawsuit.

2.     I have personal knowledge of the contents of this declaration. This declaration is filed in support of Coffman's motion for summary judgment dismissal of Absolute's negligence claims

and Coffman's motion for summary judgment against Absolute regarding negligent and fraudulent misrepresentation claims.

3. Attached hereto as Exhibit A is a true and correct copy of Absolute Environmental Services' Cross-claims Against Coffman Engineers, Inc.

4. Attached hereto as Exhibit B is a true and correct copy of the report of Jeremy Hailey, PE, dated March 21, 2006.

5. Attached hereto as Exhibit C are true and correct copies of excerpts of the transcript of the May 16, 2006 deposition taken in this case of Jeremy Hailey, PE.

6. Attached hereto as Exhibit D is a true and correct copy of Absolute Environmental's Responses to Coffman's Second Discovery Requests.

7. Attached hereto as Exhibit E is a copy of portions of the December 18, 2002 subcontract between Absolute Environmental Services and Imperial Industrial Coating. This exhibit includes only the subcontract "short form" and Attachment V to that subcontract.

8. Attached hereto as Exhibit F is a true and correct copy of excerpts of the transcript of the June 5, 2006 deposition taken in this case of Imperial's retained liability expert, Mark S. Schilling.

9. Attached hereto as Exhibit G is a true and correct copy of the Written Response of Defendant Emerco, Inc. d/b/a/ Imperial Industrial Coatings to Plaintiff's First Set of Interrogatories to Defendant Emerco, Inc. d/b/a Imperial Industrial Coatings.

10. Attached hereto as Exhibit H is a true and correct copy of Absolute Environmental's Responses to Coffman's First Discovery Requests.

**Declaration of Peter C. Partnow in Support of Coffman's Motions for Summary Judgment Regarding Absolute's Negligence and Misrepresentation Claims**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. 3:03-cv-00199-RRB)    Page 3 of 4

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Anchorage, Alaska this 3rd day of August, 2006.

                                                s/ Peter C. Partnow
Peter C. Partnow, ASBA No. 7206029
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
Email: PartnowP@LanePowell.com

I certify that on August 4, 2006, a copy of the foregoing was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

s/Peter C. Partnow

011680.0076/156075.2

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Declaration of Peter C. Partnow in Support of Coffman's Motions for Summary Judgment Regarding Absolute's Negligence and Misrepresentation Claims**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. 3:03-cv-00199-RRB)

Page 4 of 4