B NO.: 2003-04 _____                          ACCOUNT CODE: _____

DATE: _____ 1/31/03 _____           **SUBCONTRACT**
                                      (SHORT FORM)

This agreement is made this 18 day of December _____ 20 02 , and effective the 18th day of December _____ 20 02 , by and between Absolute Environmental Services (Contractor) and Imperial Industrial Coating (Subcontractor) to perform the Work identified in Article 2 in accordance with the Project's Contract Documents.

PROJECT: IDIQ MultiTrade Construction Contract DTCG50-01-D-643J55
                Cargo Wharf Pile Coating Phase II

OWNER: FD&CC (PAC)

ARCHITECT: Same

CONTRACTOR: Absolute Environmental Services, Inc.

SUBCONTRACTOR: Imperial Industrial Coating

## ARTICLE 1

**CONTRACT PAYMENT.** The Contractor agrees to pay Subcontractor for satisfactory performance of Subcontractor's Work the sum of Seven Hundred Seventy-two Thousand One Hundred Twenty-three Dollars ($ 772,123 )

Progress payments, less retainage of _____ %, shall be made to Subcontractor for Work satisfactorily performed no later than seven (7) days after receipt by Contractor of payment from Owner for Subcontractor's Work. Final Payment of the balance due shall be made to Subcontractor no later than seven (7) days after receipt by Contractor of final payment from Owner for Subcontractor's Work. These payments are subject to receipt of such lien waivers, affidavits, warranties and guarantees required by the Contract Documents or Contractor.

## ARTICLE 2

**SCOPE OF WORK.** Subcontractor agrees to commence Subcontractor's Work herein described upon notification by Contractor, and to perform and complete such Work in accordance with Contract Documents and under the general direction of Contractor in accord with Contractor's schedule. This shall include all work necessary or incidental to complete the:

Removal of existing pile coatings and application of new pile coatings

Work for the Project as more particularly, though not exclusively specified in __ Scope of Work dated 9-18-02 and our proposal dated 9-16-02. __

## ARTICLE 3

**SCHEDULE OF WORK.** Time is of the essence. Subcontractor shall provide Contractor with any requested scheduling information of Subcontractor's Work. The Schedule of Work, including that of this Subcontract shall be prepared by Contractor and may be revised as the Work progresses.

Subcontractor shall coordinate its work with all other contractors, subcontractors, and suppliers on the project so as not to delay or damage their performance, work, or the Project.

## ARTICLE 4

**CHANGES.** Contractor, without nullifying this Agreement, may direct Subcontractor in writing to make changes to Subcontractor's Work. Adjustment, if any, in the contract price or contract time resulting from changes shall set forth in a Subcontract Change Order pursuant to the Contract Documents.

**EXHIBIT** _E_
**PAGE** _1_ OF _20_

IIC-000001

Ex. _2_ Date _11·1·04_
Witness _Pueh_
S. WARNICK  907-258-7100

Ex. _3_ Date _3·16·06_
Witness _Elmore_
S. WARNICK  907-258-7100

## ARTICLE 5

FAILURE OF PERFORMANCE.    Should Subcontractor fail to satisfy contractual deficiencies within three (3) working days from receipt of Contractor's written notice, then the Contractor, without prejudice to any right or remedies, shall have the right to take whatever steps it deems necessary to correct said deficiencies and charge the cost thereof to Subcontractor, who shall be liable for payment of same, including reasonable overhead, profit, and attorneys fees.

## ARTICLE 6

INSURANCE.    Prior to the start of Subcontractor's Work, Subcontractor shall procure and maintain in force for the duration of the Work, Worker's Compensation Insurance, Employer's Liability Insurance, Comprehensive General Liability Insurance and all insurance required of Contractor under the Contract Documents.  Contractor, Owner, and Architect shall be named as additional insured on each of these policies, except for Worker's Compensation.

## ARTICLE 7

INDEMNIFICATION.    To the fullest extent permitted by law, Subcontractor shall indemnify and hold harmless Owner, Architect, Architect's consultants, and Contractor from all damages, losses, or expenses, including attorneys fees, from any claims or damages for bodily injury, sickness, disease, or death, or from claims for damage to tangible property, other than the Work itself. This indemnification shall extend to claims resulting from performance of this Subcontract and shall apply only to the extent that the claim or loss is caused in whole or in part by any negligent act or omission of Subcontractor or any of its agents, employees, or subcontractors.  This indemnity shall be effective regardless of whether the claim or loss is caused in some part by a party to be indemnified.  The obligation of Subcontractor under this Article shall not extend to claims or losses that primarily caused by the Architect, or Architect's consultant's performance or failure to perform professional responsibilities.

## ARTICLE 8

WARRANTY.    Subcontractor warrants its work against all deficiencies and defects in material and/or workmanship and agrees to satisfy same without cost to Owner or Contractor for a period of one (1) year from the date of Substantial Completion of the Project or per Contract Documents, whichever is longer.

## ARTICLE 9

SPECIAL PROVISIONS.    (Insert any special provisions required by this Subcontract).

ATTACHMENTS I THROUGH VII

In witness whereof, the parties have executed this Agreement under Seal, the day and year first written above.

_Imperial Industrial Coatings_
SUBCONTRACTOR FIRM NAME

_Forrest J McKinley_        President
BY (TYPE OR PRINT SIGNER'S NAME AND TITLE)

Subcontractor's Federal Tax ID Number:    33-0918232

Absolute Environmental Services, Inc.
CONTRACTOR FIRM NAME

David Olson        Owner/President
BY (TYPE OR PRINT SIGNER'S NAME AND TITLE)

IIC-000002

EXHIBIT    E
PAGE    2    OF    26

# Attachment V

Kodiak 2002 Coating Specification

(See Attached)

IIC-000045

EXHIBIT _E_
PAGE _3_ OF _20_

RE: ...diak 2002 Coating Specification

Pag... of 3

## Jason Peterson

| | |
|---|---|
| **From:** | Matt Holmstrom [mholmstrom-bel@gci.net] |
| **Sent:** | Wednesday, November 27, 2002 10:19 AM |
| **To:** | Jason Peterson |
| **Cc:** | Tom Puett |
| **Subject:** | RE: Kodiak 2002 Coating Specification |

nothing changed that impacts coating work from the 11/25 version. matt

-----Original Message-----
**From:** Jason Peterson [mailto:jasonp@absoluteenv.com]
**Sent:** Wednesday, November 27, 2002 9:58 AM
**To:** 'Matt Holmstrom'
**Subject:** RE: Kodiak 2002 Coating Specification

Matt, did this final spec change from the one dated Nov. 25, 2002 you sent a couple of days ago? Notice on the spread sheet for the wet well, that the Mortor coat application numbers don't jive, don't know how that happened, other than I didn't change those numbers because that work didn't change in this revised scope.

Jason

-----Original Message-----
**From:** Matt Holmstrom [mailto:mholmstrom-bel@gci.net]
**Sent:** Wednesday, November 27, 2002 9:24 AM
**To:** Tom Puett; Jason Peterson
**Subject:** FW: Kodiak 2002 Coating Specification

final coating spec is attached. The game is officially on. Once Jason forwards the means spreadsheet we'll forward our proposal. stay tuned. thanks. Matt

-----Original Message-----
**From:** Stears, Dan [mailto:Stears@alaska.coffman.com]
**Sent:** Tuesday, November 26, 2002 11:08 PM
**To:** 'Matt Holmstrom'; 'Andy Brown'
**Cc:** Hardenbergh, Jerry
**Subject:** RE: Kodiak 2002 Coating Specification

Andy/Matt,

I have attached the latest revised specification. The following are responses to Andy's comments:

IIC-000046

EXHIBIT _E_
PAGE _4_ OF _26_

R1          diak 2002 Coating Specification                                                    Pag. 2 of 3

    1. The correct dimension is one inch thickness.

    2. Accepted.

    3. Typically boulders/large rocks are not removed. It is often very difficult and expensive to remove the boulders. I am not aware of any that
    may be encountered, except as you approach shoreline where the riprap is. Shoreline is a good example of encountering boulders and not
    being able to coat down to 10" or mudline (obviously would not remove the riprap to coat the pile).

    4. I added the verbiage 'Turning the cathodic protection systems on/off shall be coordinated with the Contractor's Representative
    and COR". I agree, you don't want painter's turning on/off cathodic protection systems. The commissioning report should be
    part of the annual survey (both would typically be done at the same time). Jerry has done the commissioning report/annual
    survey and the POL pipelines annual survey the last couple of years.

    5. I put in both the COR and Contractor's Representative. Inspections are done multiple times a day, therefore the COR only
    oversees a few of them, whereas the Contractor's Representative (Jerry previously), oversees many of the inspections.

    Feel free to give me a call or email me if there are other questions or revisions,

    Dan
    907-441-7999 (cell)
    907-276-6664 (office)

    -----Original Message-----
    From: Matt Holmstrom [mailto:mholmstrom-bel@gci.net]
    Sent: Tuesday, November 26, 2002 3:49 PM
    To: Dan Stears
    Subject: FW: Kodiak 2002 Coating Specification
    Importance: High

    Dan - please see comments below from Andy Brown.  The biggest question is what to do with the boulders.  Please give your
    recommendation.  I don't see the value in removing, but the CG is looking for your expertise.  thanks.  matt
    -----Original Message-----
    From: Brown, Andrew LT [mailto:ABrown@pacnorwest.uscg.mil]
    Sent: Tuesday, November 26, 2002 8:44 AM
    To: 'Matt Holmstrom'
    Cc: Brown, Andrew LT
    Subject: RE: Kodiak 2002 Coating Specification
    Importance: High

    Matt,

    • A couple of comments.  Just sent to you, I will let you forward on to Dan, some are just minor changes.  Thanks for keeping this moving.

                                                    IIC-000047

02/18/2003

EXHIBIT  E

PAGE  5  OF  26

RE: Kodiak 2002 Coating Specification

Andy

1. Paragraph 1.1.3.1.d, last sentence. Should it be 1" or 1?

2. Paragraph 2.2.2, replace "Engineer" with "Contracting Officer's Representative (COR).

3. Paragraph 3.1.1, why not remove rocks/boulders that are lodged next to piling?

4. Paragraph 3.2.1.4, if the CP system is de-energized for the duration of the coating project, we would like it re-energized with a commissioning report.

5. Paragraph 3.5.9, replace "Contractor's Representative" with "Contracting Officer's Representative."

---Original Message---
From: Stears, Dan [mailto:Stears@alaska.coffman.com]
Sent: Tuesday, November 26, 2002 3:37 AM
To: 'Matt Holmstrom'; 'Andy Brown'
Cc: Hardenbergh, Jerry
Subject: Kodiak 2002 Coating Specification

Matt/Andy.

Attached is the revised coating specification. I made minor changes throughout the document to get rid of extraneous information and to incorporate "lessons learned". I suggest you look at Sections 1.7.3.6 and 3.1.1 in particular. I believe these modifications adequately incorporate what has been previously discussed.

If you have any questions, please call my cell phone 907-441-7999 as I will be out of the office for most of the day.

Thanks,

Dan

<<2002 Coating Spec.doc>>

Page 2 of 3

IIC-000048

02/18/2003

EXHIBIT _E_

PAGE _6_ OF _26_

Pag- - of 3

RE: ...iak 2002 Coating Specification

Todd Elmore

From:    Jason Peterson
Sent:    Tuesday, February 18, 2003 2:59 PM
To:      Todd Elmore
Subject: FW: Kodiak 2002 Coating Specification

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-hel@gci.net]
Sent: Wednesday, November 27, 2002 9:24 AM
To: Tom Poetz; Jason Peterson
Subject: FW: Kodiak 2002 Coating Specification

final coating spec is attached. The game is officially on. Once Jason forwards the means spreadsheet we'll forward our proposal. stay tuned. thanks.
Matt

-----Original Message-----
From: Stears, Dan [mailto:Stears@alaska.coffman.com]
Sent: Tuesday, November 26, 2002, 11:08 PM
To: Matt Holmstrom'; Andy Brown'
Cc: Hardenbergh, Jerry
Subject: RE: Kodiak 2002 Coating Specification

Andy/Matt,

I have attached the latest revised specification. The following are responses to Andy's comments:

1. The correct dimension is one inch thickness.

2. Accepted.

3. Typically boulders/large rocks are not removed. It is often very difficult and expensive to remove the boulders. I am not aware of any that may be encountered, except as you approach shoreline where the riprap is. Shoreline is a good example of encountering boulders and not being able to coat down to 107' or mudline (obviously would not remove the riprap to coat the pile).

4. I added the verbiage "Turning the cathodic protection systems on/off shall be coordinated with the Contractor's Representative and COR". I agree, you don't want painter's turning on/off cathodic protection systems. The commissioning report should be part of the annual survey (both would typically be done at the same time). Jerry has done the commissioning report/annual survey and the POL pipelines annual survey.

IIC-000049

2/18/03

EXHIBIT _____E_____

PAGE _____7_____ OF _26_

Pag. of 3

RE: iak 2002 Coating Specification

the last couple of years.

5. I put in both the COR and Contractor's Representative. Inspections are done multiple times a day, therefore the COR only oversees a few of them, whereas the Contractor's Representative (Jerry previously), oversees many of the inspections.

Feel free to give me a call or email me if there are other questions or revisions,

Dan
907-441-7999 (cell)
907-276-6664 (office)

-----Original Message-----
From: Matt Holmstrom [mailto:zmholmstrom-bel@gci.net]
Sent: Tuesday, November 26, 2002 3:49 PM
To: Dan Stearns
Subject: FW: Kodiak 2002 Coating Specification
Importance: High

Dan - please see comments below from Andy Brown. The biggest question is what to do with the boulders. Please give your recommendation. I don't see the value in removing, but the CG is looking for your expertise. thanks. matt

-----Original Message-----
From: Brown, Andrew LT [mailto:ABrown@pacnorwest.uscg.mil]
Sent: Tuesday, November 26, 2002 8:44 AM
To: Matt Holmstrom
Cc: Brown, Andrew LT
Subject: RE: Kodiak 2002 Coating Specification
Importance: High

Matt,

A couple of comments. Just sent to you, I will let you forward on to Dan, some are just minor changes. .Thanks for keeping this moving.

Andy

1. Paragraph 1.1.3.1.d, last sentence. Should it be 1" or 1?

2. Paragraph 2.2.2, replace "Engineer" with "Contracting Officer's Representative (COR).

3. Paragraph 3.1.1, why not remove rocks/boulders that are lodged next to piling?

IIC-000050

EXHIBIT _E_
PAGE _8_ OF _26_

2/18/03

RE: __diak 2002 Coating Specification                                          Pag__ of 3

4. Paragraph 3.2.1.4, if the CP system is de-energized for the duration of the coating project, we would like it re-energized with a commissioning report.

5. Paragraph 3.5.9, replace "Contractor's Representative" with "Contracting Officer's Representative."

-----Original Message-----
From: Stearn, Dan [mailto:DStearn@alaska.coffman.com]
Sent: Tuesday, November 26, 2002 3:37 AM
To: 'Matt Holmstrom'; 'Andy Brown'
Cc: Hardenbergh, Jerry
Subject: Kodiak 2002 Coating Specification

Matt/Andy,

Attached is the revised coating specification. I made minor changes throughout the document to get rid of extraneous information and to incorporate "lessons learned". I suggest you look at Sections 1.7.3.6 and 3.1.1 in particular. I believe these modifications adequately incorporates what has been previously discussed.

If you have any questions, please call my cell phone 907-441-7999 as I will be out of the office for most of the day.

Thanks,

Dan

<<2002 Coating Spec.doc>>

IIC-000051

EXHIBIT   E
PAGE   9   OF 26

2/18/03

SECTION 09967
COATING OF STEEL WATERFRONT STRUCTURES

PART 1 - GENERAL

1.1    GENERAL REQUIREMENTS

All work in this section shall be performed by the Applicator unless specifically indicated otherwise.

1.1.1    Provide all labor, material, equipment, and testing services requested to construct the project as indicated in the project plans and specifications.

1.1.2    The intent of this coating replacement project is to provide corrosion prevention that in conjunction with coating maintenance and the impressed current cathodic protection system will provide the dock pile structure an additional 25 years of useful life.

1.1.3    The Applicator shall inspect the wharf prior to bid to determine existing conditions and quantities of surfaces to be recoated. The existing coating is a coal tar epoxy.

1.1.3.1    The original dock coating, applied in 1989, is in relatively poor condition. The following descriptions are provided as information only and shall not be utilized as basis for bid. It is the Applicators responsibility to inspect and determine the actual conditions that is present, prior to bid.

    a.    Splash zone, between elevations 114' and 119': The degree of rusting of structure is Rust Grade 4 (approximately 10% of the surface is rusted) to Rust Grade 2 (approximately 33% of the surface is rusted), per SSPC-VIS-2. Rust occurs primarily near edges, welds, or corners. Field applied coatings are in generally worse condition than shop-applied coatings with a Rust Grade of 1 (approximately 50% of the surface is rusted). The adhesion of coatings still on the structure is estimated to be low to moderate. Some rust and pitting is anticipated beneath the coating. The visible rusted surfaces are completely covered with rust (SSPC-VIS –1, Rust Grade C) with up to 30% of the rusted areas having visible pitting (SSPC-VIS –1, Rust Grade D). Rust adhesion at the upper most elevations is estimated as low to medium. Rust adhesion generally decreases at the lower elevations.

    b.    Intertidal zone, between elevations 107' and 114': The degree of rusting of structure is Rust Grade 2 (approximately 33% of the surface is rusted), per SSPC-VIS-2. Again, rust is more prevalent near edges, welds, and corners. Field applied coatings are in generally worse condition than shop applied coatings with a Rust Grade of 1 (approximately 50% of the surface is rusted) to Rust Grade 0 (approximately 100% of the surface is rusted). A common condition is a large flake of coating attached at one edge with little adhesion to the substrate under the flake. The adhesion of coating in the intertidal zone is estimated to be low to moderate. Rust and pitting is anticipated beneath the coating. The visible rusted

IIC-000052

EXHIBIT  E
PAGE  10  OF 26

surfaces are completely covered with rust (SSPC-VIS –1, Rust Grade C) with up to 80% of the rusted areas having visible pitting (SSPC-VIS –1, Rust Grade D).

c.    Surfaces between elevations 110' and 119' have little or no marine growth.

d.    Up to 70% of the surfaces between elevations 107' and 110' have substantial marine growth. The thickness of marine growth, barnacles and tubeworms, may exceed 1" at the lower elevations to be coated.

1.1.4   The Applicator is responsible for repair of holidays, coating damage, and repairs due to project work including, but not limited to, welding, handling, rigging, scaffolding, structural repairs, or any other reason. The Contractor and Applicator shall inspect piles and attachments throughout the blasting and coating process. Any coating damage that occurs during the course of the project shall be repaired.

1.1.5   The Coast guard has not obtained any permits allowing discharge of materials to the waters of Women's Bay in Kodiak, AK. The Applicator is responsible for containment of all materials such as spent abrasives, removed existing coatings, and over spray so they do not reach the water.

1.1.6   The Applicator shall use the best practices of the trade, and when not in conflict with these specifications use the applicable portions of SSPC-PA Volume 1, Shop, Field and Maintenance Painting.

1.1.7   Where a conflict exists between this Specification, the referenced standards, and the Manufacturers' product data sheets, promptly notify the Contractor's Representative in writing and the Engineer shall make a determination on which applies.

1.1.8   The Applicator shall perform Quality Control in accordance with an approved Quality Control plan and Section 3.5 APPLICATOR QUALITY CONTROL.

1.1.9   The Owner, Contractor and contractor's representative, Engineer and Coating Inspector shall have access to all stages of the work with the right to inspect such work and material for compliance to these specifications. All such work shall be subject to the approval of the Contractor, Owner and Engineer. Failure to discover or reject defective work or materials shall not be construed as an acceptance of such work or material.

1.1.10  The Applicator shall assume responsibility for all work performed without proper notice to the Contractor's Representative, when such work was known by the Applicator to be contrary to such requirements.

1.1.11  The Applicator shall call for and obtain all required Municipal, State, and Federal agency permits, including plan review, building, and containment permits. The permit fees shall be paid for by the Applicator.

1.1.12  The Applicator shall comply with codes ordinances, rules, regulations, and other legal requirements of public authorities that bear on the performance on the work.

IIC-000053

EXHIBIT _E_

PAGE _11_ OF _26_

1.1.13  In the event of any observed variation between the Contract Documents and the legal requirements, promptly notify the Contractor's Representative in writing, in which appropriate changes and modifications to the Contract Documents will be initiated by the Contractor's Representative and furnished to the Applicator.

1.1.14  The Owner will make available space, as reasonable, for storage and staging of the Contractor's materials and equipment, subject to the following controls:

1.1.14.1   Use of such areas shall be covered by the Applicator's insurance.

1.1.14.2   Storage shall be maintained in a neat and orderly condition at all times, conforming to the fire and safety regulations.

1.1.14.3   Fire lanes and required exit pathways shall be kept free and unobstructed at all times.

1.1.14.4   Do not impose loads that might impair the structural integrity of any existing structures.

1.1.14.5   Do not unreasonably encumber the site with equipment and materials.

1.1.14.6   The cargo wharf and extension will be used by the USCG 24 hours per day, 7 days per week.  The Applicator and Contractor must coordinate their activities so as not to hinder the USCG mission.

1.2    WARRANTY AND ONE YEAR INSPECTION

1.2.1  Material and workmanship shall be warranted by the Applicator for a minimum of one year.

1.2.2  The Owner, Contractor, and Applicator shall perform an inspection one year after completion of the project.  The Applicator shall correct all failed coatings to project specifications at no expense to the Owner or Contractor.

1.3    APPLICABLE STANDARDS

1.3.1  This section is a listing of references used in this Specification.  Comply with the latest revision of the references at the time of bid.

Alaska Statute (AS)

18.63                          "Hazardous Painting Certification"

American Society for Testing and Materials (ASTM)

B1212                         "Method of Measurement of Wet Film Thickness of Organic Coatings"

D4285                         "Standard Test Method for Indicating Oil or Water in Compressed Air"

IIC-000054

EXHIBIT  E
PAGE  12  OF  26

| D4541-95e1 | "Standard Test Method for Pull-Off Strength of Coatings Using Portable Adhesion Testers" |
| E337 | "Standard Test Method for Measuring Humidity with a Psychrometer (the Measurement of Wet-and Dry-Bulb Temperatures)" |

NACE International

| RP0188 | "Discontinuity (Holiday) Testing of Protective Coatings" |
| RP0287 | "Field Measurement of Surface Profile of Abrasive Blast Cleaned Steel Surfaces Using a Replica Tape" |
| RP0288 | "Inspection of Linings on Steel and Concrete" |
| NACE No. 2/SSPC-SP 10 | "Surface Preparation Specification No. 10 Near-White Blast Cleaning" |
| NACE No. 2/SSPC-SP 10 | "Near-White Metal Blast Cleaning" |

National Institute of Standards and Technology (NIST)

Certified Coating Thickness Standards for Nonmagnetic Coating on Steel

Steel Structures Painting Council (SSPC)

| SSPC-PA 1 | "Paint Application Specification No. 1 Shop, Field, and Maintenance Painting" |
| SSPC-PA 2 | "Paint Application Specification No. 2 Measurement of Dry Paint Thickness With Magnetic Gages" |
| SSPC-SP 1 | "Surface Preparation Specification No. 1 Solvent Cleaning" |
| SSPC-VIS 1 | "Visual Standard for Abrasive Blast Cleaned Steel (Standard Reference Photographs)" |
| SSPC-VIS 2 | Standard Method of Evaluating Degree of Rusting on Painted Steel Surfaces |

1.4    DEFINITIONS

| DFT | Dry film thickness |
| MSDS | Material Safety Data Sheet |
| OSHA | Occupational Safety and Health Administration |
| WFT | Wet film thickness |
| Pile | All sections of a pile, connected steel structure, and non-galvanized utility supports |
| Owner | United States Coast Guard |
| Contractor | Brechan Enterprises, General Contractor |
| Contractor's Representative | Brechan's On-site Construction Representative |
| Engineer | Coffman Engineers |
| Applicator | Coating Sub-Contractor |
| COR | Contracting Officers Representative |

IIC-000055

EXHIBIT E
PAGE 13 OF 20

1.5    SUBMITTALS

1.5.1    Submit item 1.5.2 if a coating other than the specified coating system is purposed to be used. Submit items 1.5.3 through 1.5.11 for Engineer's approval prior to initiating work. Items 1.5.12 and 1.5.13 shall be submitted as specified.

1.5.2    Equal Product Data

1.5.2.1    With the bid, the Applicator shall submit coating product test data. Provide independent test results for the following tests, at the specified DFT. Submit date of testing, name of test facility, and written certification that the formula of the product tested is the same as the product submitted for the project. If the test data is submitted for other than the specified DFT, for application with a primer, or otherwise differs from the specified application submit a detailed written explanation of the submitted data's applicability and reliability with the bid. See Section 2.1 for test result criteria.

    a.    B117-97 "Standard Practice for Operating Salt Spray (Fog) Apparatus "

    b.    D4060-95 "Standard Test Method for Abrasion Resistance of Organic Coatings by the Taber Abraser".

    c.    D4541-95e1 "Standard Test Method for Pull-Off Strength of Coatings Using Portable Adhesion Testers"

    d.    G8-96, "Standard Test Methods for Cathodic Disbonding of Pipeline Coatings"

    e.    G14-88 (1996) e1, "Standard Test Method for Impact Resistance of Pipeline Coatings (Falling Weight Test)"

1.5.2.2    Curing temperature-time schedules for all products.

    a.    The Applicator shall submit Specified minimum substrate temperature approved by the manufacturer for coating application.

    b.    The Applicator shall submit specified minimum cure times, at the range of anticipated substrate temperatures, approved by the manufacturer for immersion of the coated pile. Water temperature will have a strong influence on substrate temperature on this project.

    c.    The Applicator shall submit specified qualitative tests methods and acceptance criteria that can be done in the field to assure the coating is cured to manufacturers requirements prior to immersion.

1.5.2.3    The Applicator shall submit surface soluble chloride, cleanliness, profile requirements along with test methods, and acceptance criteria for all products and applications.

1.5.2.4    The Applicator shall submit project case histories describing the service life of the product in a similar application and environment.

IIC-000056

EXHIBIT _E_

PAGE _14_ OF _20_


1.5.3  The Applicator shall submit a product warranty and an application warranty.

1.5.4  The Applicator shall submit coating manufacturer's product data sheet and MSDS's for all coatings, thinners, cleaning solvents, and blasting abrasives

1.5.5  The Applicator shall submit compatible field application and repair coating system and procedures.

1.5.6  Samples and Colors:  Finish color shall be as stated in Section 2.  The Applicator shall submit color samples with the proposal, prior to the pre-construction coating conference.  Submit two (2) sets of steel samples plates, 4 x 5 x 1/8 inches, and illustrating surface preparation and finish coat.  The Engineer shall approve the surface preparation and finish color.

1.5.7  Holidays Test Procedure complying with NACE International RP0188 (Latest Revision), "Discontinuity (Holiday) Testing of Protective Coatings".

1.5.7.1     The Applicator shall submit manufacturers approved holiday test procedure and equipment with voltage parameters.  The entire coated surface of each pile shall be holiday tested by the Applicator's inspector.

1.5.8  Plans

1.5.8.1     The Applicator shall submit a Site Specific Health and Safety Plan.

1.5.8.2     The Applicator shall submit a field application and repair coating plan. Provide a plan for repairing piles not meeting DFT, holiday, adhesion, appearance (runs and sags), and all other requirements.  Environmental and substrate conditions for field coating application and repairs must be accomplished and maintained throughout the coating process, and cure.

1.5.8.3     The Applicator shall submit a quality control plan and coating inspection forms for all surface preparation, coating application, and repair work required.  Provide an Applicator quality control and inspection plan for all work.  At a minimum, include test method, frequency, and acceptance thresholds and tolerances of tests for substrate contamination, abrasive cleanliness and moisture content, air cleanliness and moisture content, substrate temperature, substrate cleanliness, blast profile, humidity, dew point, ambient temperature, wet and dry film thickness, holidays, and visual inspection.

1.5.8.4     The Applicator shall submit a plan for containment and disposal of spent abrasives, removed existing coatings, and over spray shall be submitted to the Owner's Contracting Officer for review.  Approval of the plan does not relieve the Contractor of the requirement to prevent discharges of pollutants to navigable waters.  The plan shall comply with current applicable State of Alaska regulations and Federal regulations.  Detail containment equipment to be utilized, containment procedures, and disposal of contained material.  If discharges are observed, work shall cease until the Contractor submits an amended plan, and receives approval form the Contracting Officer to recommence the work in accordance with the said amended plan.

IIC-000057

EXHIBIT _____E_____
PAGE _15_ OF _20_

1.5.9   Applicator shall provide manufacturer's written approval of coating application plans, quality control plans, and procedures including shipping, storage, cleaning, surface preparation, application, repairs, Applicator inspection, Contractor's inspection, and force curing, if used.

1.5.10   Qualifications

1.5.10.1   Coating Manufacturer:  Company specializing in manufacturing the products specified in this Specification with a minimum of 5 years documented experience.  The Applicator shall submit documentation of manufacturers' qualifications and successful use of the product on similar marine dock projects.

1.5.10.2   The Applicator shall submit a summary of the coating manufacturers on site support.

1.5.10.3   Applicator:  Company specializing in performing the work of this Specification with a minimum of 5 years documented experience in blasting and coating marine or industrial structures similar in size to the Kodiak Dock, containment over water, and applying 100% Polyurethane coatings (or submitted product).  Provide documentation of Applicators' qualifications, manufacturers certification to apply the product, and successful application of the product on similar projects.

1.5.10.4   Painters and supervisors:  individuals specializing in performing work of this Specification with a minimum of 1 year documented experience in applying 100% Polyurethane coatings (or submitted product).  Submittal of a current certification in accordance with State of Alaska statute AS 18.63 is required for each worker.

1.5.10.5   Manufacturers Certification:  Each coating applicator shall be certified by the manufacturer for application of the specific product used on the project.

1.5.11  The Applicator shall submit a letter of Specification compliance from the blast media supplier.

1.5.12  Applicators Inspection Report

1.5.12.1   The Applicator shall submit completed "Coating Inspection Forms," daily to the Contractor's designated representative.

1.5.13  Contractors Daily Reports

1.5.13.1   The Contractor's Representative shall submit completed Daily Reports daily to the Contractor.

1.6   ENVIRONMENTAL CONDITIONS

1.6.1   Start work only when ambient and curing temperatures are within limits of coating manufacturer's recommendations and the substrate temperature is at least 5 degrees F above dew point.

IIC-000058

EXHIBIT     E
PAGE  16  OF  26

1.6.2    The field coating site conditions are sub-arctic marine. All coating preparation, coating application and other coating repairs shall be completed insitu over water.

1.6.3    The Applicator should expect precipitation in the form of rain, blowing rain or snow throughout the construction season.

1.6.4    The Applicator should expect winds in up to 116 miles per hour and associated waves at the site.

1.6.5    The Applicator should expect 3-foot waves generated by weather and ships at the site.

1.6.6    Tide changes up to 15 feet in six hours occur and shall be considered when planning the work.

1.7    COORDINATION REQUIREMENTS

1.7.1    The Contractor shall coordinate all aspects of the project with the Owner including but not limited to vessel berthing, vessel traffic, vehicle traffic, vehicle access at the facility, and use of dock utilities.

1.7.2    The Applicator shall coordinate all coating related work with the Contractor and all other crafts.

1.7.3    The Contractor and Applicator shall coordinate the following operations for field application or repair of coatings:

1.7.3.1    Temporary removal and subsequent re-installation of cathodic protection (CP) impressed current anodes as required to access piles for coating. The anode assemblies may be long and heavy. A vessel or float may be required to access some anodes that are to be removed/reinstalled or demolished prior to coating. All abandoned anodes encountered shall be permanently removed.

1.7.3.2    Removal of thermite welds attaching #8 grounding wires connecting armor shielding on #4 AWG Armored HMW/PE CP current supply cables at anode distribution boxes to the pile structure. The Contractor shall determine the actual number. These cables can be removed from the structure prior to coating then reinstalled after blasting or repaired after blasting if damaged. These connections are typically located above Elevation 114'.

1.7.3.3    There are thermite welds attaching #8 insulated jumper cables to the pile structure from the negative CP circuit header. The Contractor shall determine the actual number. These #8 jumper cables can be removed from the structure prior to coating then reinstalled after blasting or repaired after blasting if damaged.

1.7.3.4    There are several cable to pile structure connections where the thermite weld is made to a steel plate and the plate is welded to the structure with skip welds. At these locations remove the cable from the plate, eliminate the steel plate, grind the welds flush prior to coating and connect the cable directly to the structure with a thermite weld.

IIC-000059


EXHIBIT ____E____
PAGE __17__ OF __26__

1.7.3.5    CP electric cable and cable supports exist between anode splice boxes and the anode. Temporarily remove these cables and supports for blasting, coatings, curing, and inspection as needed. Replace these cables and cable supports on completion of the coating scope of work.

1.7.3.6    Structural members with poor quality, defective or water weeping welds shall be cleaned and seal welded prior to coating. Structural members with good quality or non-defective welds shall be cleaned and stripe coated prior to final coating. Nonstructural members with poor quality or defective welds shall be cleaned and stripe coated prior to coating. Nonstructural members with water weeping welds shall be cleaned and seal welded prior to coating. Nonstructural members with good quality or non-defective welds shall be cleaned and stripe coated prior to final coating. Abandoned nonstructural members may be removed to increase productivity. The Owner's representative shall have final say as to the level of surface preparation required in cases in question or dispute.

1.7.3.7    The Contractor or Applicator will temporarily move conduit, pipe, and other utilities as required to access all surfaces for blasting, coating, curing, and inspection.

1.7.4    Restrict all operations to the areas assigned for storage, staffing, and other necessary operations, and do not permit the disturbance of any areas not assigned for approved operations, or shown as limits of construction under this Contract.

1.7.5    Employ all means necessary to avoid the accumulation of debris and construction residue, and avoid the spread of dust, overspray, blast media, blast debris, and noxious odors.

1.8    PRE-CONSTRUCTION COATING CONFERENCE

1.8.1    Prior to mobilization to the site and commencement of any fieldwork, a pre-construction coating conference shall be held.

1.8.2    Applicator personnel required to attend are as follows:

1.8.2.1    Applicator Foreman or Site Superintendent

1.8.2.2    Chief Blaster

1.8.2.3    Chief Paint Applicator

1.8.3    The Coating Inspector and the Contractor's representative shall also attend.

1.8.4    At the coating conference, the Applicator shall submit his work plans detailing traffic control and coordination, the typical sequence of work, coordination of CP work, abrasive blasting, blast damage protection, rigging, safety, lighting, containment, clean up, quality control, coating application, equipment used, curing, stripe coating, coating repairs, overspray protection, traffic plan, and blasting/coating project schedule. Submit certificates, resumes, and all other submittals not previously approved by the Engineer. The Applicator shall submit in writing and discuss how progress and quality control records will be kept for the documentation of all work performed. Plans for containment and rigging shall be presented and reviewed. The Applicator shall present the surface preparation and paint application written recommendations

IIC-000060



EXHIBIT _E_
PAGE _18_ OF _26_

and instructions provided by the paint manufacturer for discussion. Permissible areas for the Applicators use during the project will be discussed and the lines of communication established between the parties. The Applicator will explain the intended method of surface preparation, waste entrapment, waste recovery, and waste disposal including attachments to the structures.

1.9    SAFETY AND HEALTH PRECAUTIONS

1.9.1    Some materials listed in this Specification contain compounds that are toxic. Follow safety procedures as recommended by the manufacturer. Work in a well ventilated area. Provide, and require workers to use, impervious clothing, gloves, face shields, and other appropriate protective clothing necessary to prevent eye and skin contact with coating materials. Keep coatings away from heat, sparks and flame.

1.9.2    The work will occur over a waterway with marine traffic. Much of the work will be greater than 6 feet above the water. The applicator shall take precautions appropriate to these and other hazards associated with the work.

1.9.3    The Contractor and Applicator shall have the responsibility to follow all applicable OSHA, EPA and other state and local regulations concerning safety and environmental standards. In addition, abide by all safety precautions noted on the Manufacturer's product data sheets and MSDS.

1.9.4    The Applicator shall prepare a Site Specific Health and Safety Plan (SSHSP) covering on-site work to be performed under this contract. The SSHSP shall address site-specific safety and health requirements and procedures based on site-specific conditions. The level of detail provided in the SSHSP shall be tailored to the type of work, complexity of operation to be performed, and anticipated hazards.

PART 2 –  PRODUCTS

2.1    COATING SYSTEMS

2.1.1    The applied coatings shall be compatible. The coating manufacturer shall approve the products to be applied as a coating system. The properties of the coating products and coating system shall meet specified test data requirements.

2.1.2    Service temperature requirements are -20°F to 100°F. Service conditions also include impressed current cathodic protection, extreme tides, and seawater with silt content, sea ice, high wind, waves, and impact by marine vessels and floating debris.

2.1.3    Do not tint, shade, or modify the coating formulation at the job site.

2.1.4    Minimum coating performance test values for coatings submitted for engineering approval are:

2.1.4.1    Abrasion Resistance per D4060-95, less than 55 mg loss/1000 cycles with CS-22 or CS 17 wheel at applied DFT.

IIC-000061



EXHIBIT E
PAGE 19 OF 26

2.1.4.2    Impact resistance per ASTM G-14, greater than 100 in-lbs @ 75°F at applied DFT.

2.1.4.3    Cathodic Disbondment per ASTM G-8, less than 12mm @ 28 days (1.5 V @ 3% NaCl) at applied DFT.

2.1.4.4    Adhesion per ASTM D-4541, greater than 1,000 psig at applied DFT.

2.1.4.5    Salt Spray Resistance per ASTM B-117, 1,000 hours with no blisters at applied DFT.

2.1.5    Use the acceptable coating system and DFT's listed in the table below or Engineer approved equal.

2.1.5.1

| PRODUCT & NUMBER OF COATS | Color | Coating Thickness (DFT Mils) | | |
|---|---|---|---|---|
| | | Minimum | Maximum | Average Total |
| Product 1 Specialty Polymer Coatings, SP-1864 spray grade, single coat | SPC's Standard Med. Gray | 40.0 | 50.0 | 45.0 |
| Repair Product 1A Specialty Polymer Coatings, SP-1864 spray or brush grade, single coat | SPC's Standard Med. Gray | 40.0 | 50.0 | 45.0 |
| Repair Product 1B Specialty Polymer Coatings, SP-1842 brush grade, single coat | SPC's Standard Med. Gray | 40.0 | 50.0 | 45.0 |

2.2    COATING MATERIALS HANDLING

2.2.1    Deliver all coating materials to the project in the original unopened containers with plainly marked packaging identifying the name of the Manufacturer, product, date of manufacture, shelf life, batch number, and destination.

2.2.2    Time, temperature, and humidity limitations for each of the coating system components shall be maintained in strict accordance with coating manufacturer's recommendations during shipping and storage. If the coating materials freeze or are overheated, reject the coating materials and immediately notify the COR.

2.2.3    Only new materials shall be used. Stocks of materials whose shelf life has expired shall not be used.

2.2.4    Paint or blast media that is not in compliance with these specifications or any manufacturers recommendations shall not be used, shall be immediately marked, and immediately removed from the job site.

2.2.5    Adequate quantities of materials shall be on the job site to satisfy the recoating and coating repair circumstances of the project.

IIC-000062


EXHIBIT E
PAGE 20 OF 26

## 2.3    ABRASIVE BLASTING MEDIA

2.3.1    Abrasives shall be either sharp grit, garnet, nickel slag, or aluminum oxide and meet the following requirements:

2.3.1.1    Contain less than 1% free silica.

2.3.1.2    Be free of harmful quantities of toxic metals.

2.3.1.3    Contain less than 20-ppm water-soluble chlorides.

2.3.1.4    Contain less than 200-ppm water-soluble sulfates.

2.3.1.5    Be free of clay, limestone, shells, undersize and oversize particles, organic material and other detrimental foreign material.

2.3.1.6    Be of the proper size and material to provide the coating manufacturers required surface profile.

2.3.1.7    Applicator must obtain and submit certification from the abrasive supplier that the abrasive meets the above requirements.

## PART 3 – EXECUTION

## 3.1    SURFACES TO BE COATED

3.1.1    New coatings shall be applied to all dock piles and non-galvanized metal dock structure between the lower elevation of 107' and the upper elevation of 119', which is the underside of the dock. In pile areas where the mudline is exposed during low tide conditions, the entire pile surface down to the mudline shall be coated. If large rocks or boulders have lodged next to a pile, the large rocks or boulders do not require removal for coating activities. The scope also includes all conduit supports, pipe supports, and all other metal between elevations 107' and 119' that are not galvanized. Pipe shall be temporarily lifted as required to provide access for coating all support surfaces. In general, the word "pile" in the specification refers to all surfaces to be coated as described above.

3.1.2    Coating of conduit, pipe, pipe rollers and pipe slide shoes are not included in the scope of work.

3.1.3    Care must be taken to prevent damage to other dock features, which include pipe insulation, conduit, cathodic protection cables, impressed current cathodic protection anodes, pipe, valves, steam taps, and other utility equipment. The cost of repair of all damage caused by blasting and coating activities shall be paid by the Applicator.

3.1.4    The Contract Drawings and Specifications do not purport to describe construction information in absolute detail. An Applicator site visit is required prior to bidding and starting work.

IIC-000063

EXHIBIT   E
PAGE   21   OF   26

3.2     NON-COATING WORK TO BE PERFORMED BY THE COATING APPLICATOR

3.2.1.1     There will be some non-coating work that will be performed by the Applicator. The Applicator and Contractor will coordinate all non-coating work, including items in Section 1.7.

3.2.1.2     Utilize the following procedure where CP cables will be reconnected to the structure.

    a.     Cut the existing wire as close to the thermite weld as possible.

    b.     Secure the wire out of harms way to prevent damage when blasting.

    c.     Grind off the weld on the structure.

    d.     Blast the structure.

    e.     Reconnect the wire to the structure with a new thermite weld. A vertical weld mold is required for vertical pile surfaces.

    f.     Clean the weld area to coating standards.

    g.     Coat the pile and weld area with the pile coating.

3.2.1.3     Seal welding, were required, with a minimum fillet weld size of 3/16" shall be performed prior to coating.

3.2.1.4     All impressed current anodes and associated hardware and cables between elevation 107' and 119' shall be removed prior to blasting and reinstalled on completion of coating inspection. The cathodic protection systems, in the areas where the anodes are being removed, shall be turned off prior to removing the anodes. Turning the cathodic protection systems on/off shall be coordinated with the Contractor's Representative and COR.

3.3     SURFACE PREPARATION

3.3.1     The Applicator shall take steps necessary to meet all surface preparation criteria prior to coating application.

3.3.1.1     Remove all loose rust, loose mill scale, loose marine growth, and loose coatings to NACE No. 5/SSPC-SP12, condition WJ-4.

3.3.2     All cleaned surfaces to be coated shall be visually checked by the Applicator for surface imperfections, including slivers, scabs, weld spatter, and gouges. Edges, including welds, shall be rounded to 1/8" radius, minimum, and prior to abrasive blasting. Remove all slivers, scale, weld splatter, and other imperfections by filing, grinding or other suitable means prior to abrasive blasting. If the surface to be coated is polished or burnished in any of the above processes after abrasive blasting, restore the anchor pattern by re-blasting the repaired area prior to coating application. See Section 1.7 for other additional requirements.

3.3.3     The surfaces to be coated shall be abrasive blast cleaned as specified by the manufacturer to achieve the surface cleanliness and anchor profile specified by the manufacturer with a

IIC-000064


EXHIBIT _E_
PAGE _22_ OF _26_

minimum cleanliness standard of NACE No. 2/SSPC-SP 10. An angular tooth profile of the depth recommended by the manufacturer is required.

3.3.4   Following the blast cleaning, abrasives remaining shall be removed by air blast, vacuum, or other suitable methods.

3.3.5   All surfaces shall be inspected by the Applicator for surface cleanliness, contamination, and anchor profile prior to coating.

3.3.6   All surfaces to be coated not meeting the degree of surface cleanliness and specified anchor profile shall be rejected and recleaned at the Applicator's expense.

3.3.7   All surfaces to be coated accepted as meeting the surface cleanliness and anchor profile requirements shall be coated before any flash rusting or surface contamination occurs.

3.4      COATING APPLICATION

3.4.1   Only the coating material specified shall be applied to the pile or attachments in accordance with the approved coating application plan.

3.4.2   At a minimum before initial start-up, all application equipment including pots, hoses, and guns shall be thoroughly cleaned to remove all residual product and contaminants.  The coating manufacturer shall approve all application equipment and new equipment shall be used if required by the manufacturer.

3.4.3   All application equipment including pots, hoses, and guns shall be cleaned and maintained daily.

3.4.4   For application of the coating, the pile temperature shall be within the tolerances of the manufacturer.  The surface temperature range shall be maintained in accordance manufacturers requirements throughout the coating and curing process.

3.4.5   The pile shall be continually checked for proper temperature by the Applicator prior to coating with a surface thermometer or an optical pyrometer, which must be calibrated once each day.

3.4.6   Coating material shall be applied uniformly to the pile to the thickness specified using good commercial practice and adhering to the manufacturer's requirements.  Apply coatings so that finished surfaces are free from runs, sags, brush marks and variations in color.

3.4.7   Apply coating to dry surfaces less than 4 hours after near-white blast cleaning and prior to contact with rain, seawater, and any other contamination.

3.4.8   Dry Film Thickness:

3.4.8.1   Provide a total system dry film thickness as specified.  Measure using a magnetic or other approved gage.

SECTION 09967                           PAGE 14

EXHIBIT ___E___
PAGE _23_ OF _26_

3.5.7.7    The Applicator shall perform daily inspection of all cleaning, surface preparation, coating, and air supply equipment for the presence of oil and other contaminants is required of the Applicator. D4285, "Standard Test Method for Indicating Oil or Water in Compressed Air" shall be performed daily by the Applicator, at a minimum, on all equipment supplying air to the coating process.

3.5.8    The Applicator shall inspect every pile for conformance to the specifications for surface imperfections, surface cleanliness, anchor profile, ambient air temperature, substrate temperature, humidity, dew point, substrate soluble salt contamination, wet film thickness (WFT), dry film thickness (DFT), appearance, cure prior to immersion, adhesion, holidays, and other criteria in this specification. The applicator shall record and submit daily reports for the tests listed below.

3.5.8.1    Surface cleanliness acceptance criteria is NACE No. 2/SSPC-SP 10 and shall determined by comparison with SSPC-VIS 1-89. Additionally, dust, abrasives, and other loose contaminants shall be completely removed.

3.5.8.2    The anchor profile shall be measured with Testex Press-O-Film per NACE RP-0287. Measure the anchor profile at the start of each shift, at one representative location on each pile (minimum), and whenever the profile is suspected of not complying with the specifications.

3.5.8.3    Record the ambient air temperature, substrate temperature, humidity, and dew point four times each shift worked. Substrate temperature shall fall within the manufacturers approved parameters and be at least 5° F above the dew point.

3.5.8.4    Substrate soluble salt contamination shall be quantitatively tested with Bresel Cell Chloride test kit (ISO 8502-6), or equal. Testing shall be done immediately prior to coating application. If test results are greater than 8 µg/cm$^2$, then testing shall be performed to identify the extent of contamination. All contaminated surfaces shall be properly cleaned.

3.5.8.5    Coating material temperature shall be within the manufacturers approved parameters.

3.5.8.6    The wet film thickness (WFT) shall be checked by the Applicator to assure adequate coatings are being applied. If the WFT testing process adversely effects the coating thickness or quality, the Applicators shall take appropriate corrective measures.

3.5.8.7    The DFT shall be measured on fully cured coatings. The coating thickness shall be checked with an SSPC-PA 2, Type I or Type II gauge, calibrated to SSPC-PA 2 requirements. Each pile and attachment shall be inspected for DFT per SSPC-PA-2 with a minimum, 3 groups of 5 measurements on each pile.

3.5.8.8    The coating shall be free of foreign matter, blisters, runs, sags, pinholes, skips, barber poling, dry spray, orange peel, and other irregularities.

3.5.8.9    Use the approved manufacturers qualitative test method and test acceptance criteria to determine if the coating is cured prior to immersion. Each pile shall be tested for cure prior to immersion. If a coating is immersed before it is adequately cured it shall be re-blasted and recoated.

IIC-000066



EXHIBIT _____
PAGE 24 OF 26

3.5.8.10    Holiday test fully cured coatings on the entire structure using methods and voltages in NACE RP0188 (Latest Revision), "Discontinuity (Holiday) Testing of Protective Coatings" and the manufacturers approved holiday test procedure. The voltage setting shall be set for the actual thickness of the coating being tested. All holidays shall be marked. Pile and attachments not meeting the holiday requirements shall have the holidays repaired.

3.5.8.11    Using D4541-95e1 "Standard Test Method for Pull-Off Strength of Coatings using D4541-95e1, the Applicator's Inspector shall test once daily, a minimum of one test per 1,000 square feet of coating applications, and a minimum of one test per 100 square feet of repairs. Locations where coatings are added to meet DFT requirements are considered repairs. Test to 100 psig less than the manufacturers submitted performance data. The cost of repairs from this test shall be bourn by the Applicator.

3.5.9    The Contractor's Representative and COR shall be notified prior to and provided access and opportunity to witness Applicator inspections.

3.5.10    Upon completion of coating and prior to removal of access, each coated pile and attachment shall be given a final inspection by the COR, Applicator's and Contactor's Representative. All deficiencies shall be corrected at this time. Any portions of the coating not documented for coating thickness, adhesion, cure, holidays, and visible defects shall be inspected, documented, and corrected.

## 3.6    CONTRACTORS QUALITY ASSURANCE

.3.6.1    The Contractor shall provide a designated Representative on site 100% of the time while coating preparation or application work is being performed. The Contractor's Representative shall audit the work, witness Applicator inspections, perform inspections listed below at each stage of the coating process, and shall inspect the finished coated pile.

3.6.2    The Contractor's Representative shall inspect pile for conformance to the specifications for surface imperfections, surface cleanliness, anchor profile, coating thickness (DFT), appearance, and cure prior to immersion. The Contractor's Representative shall report results for the tests listed below.

3.6.2.1    Surface cleanliness shall be NACE No. 2/SSPC-SP 10 and determined by comparison with SSPC-VIS 1-89. Additionally, dust, abrasives, and other loose contaminants shall be completely removed.

3.6.2.2    The anchor profile shall be measured with Testex Press-O-Film per NACE RP-0287.

3.6.2.3    The DFT shall be measured on fully cured coatings.

3.6.2.4    The coating shall be free of foreign matter, blisters, runs, sags, pinholes, skips, barber poling, dry spray, orange peel, and other irregularities.

3.6.2.5    Use the approved manufacturers qualitative test method and test acceptance criteria to determine if the coating is cured prior to immersion. If a coating is immersed before it is adequately cured it shall be re-blasted and recoated.

IIC-000067

NOVEMBER 26, 2002



EXHIBIT ___E___
PAGE _25_ OF _26_

3.6.3   Upon completion of coating and prior to removal of access, each coated pile and attachments shall be given a final inspection by the Applicator's Inspector and Contactor's Representative.  Any portions of the coating not documented for coating thickness, adhesion, cure, holidays, and visible defects shall be inspected and documented.

3.6.4   The Applicator's inspector shall be notified prior to and provided access and opportunity to witness Contractor's inspections.

3.7    COATING REPAIRS

3.7.1   All repairable defects disclosed by the holiday detector, DFT measurements, adhesion tests, and visual inspection shall be repaired by the Applicator in a manner complying with the approved coating plan.

3.7.2   Coating Repairs Products

3.7.3   Repairs shall be made with originally applied product or as listed in the approved product system.  The manufacturer and the Engineer shall approve any substitutions in writing.

END OF SECTION

IIC-000068

NOVEMBER 26, 2002

EXHIBIT  _E_
PAGE _26_ OF _26_