**CERTIFIED COPY**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
JUN 2 6 2006
LANE POWELL PC

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., AN ALASKAN CORPORATION, )<br>)<br>PLAINTIFF, )<br>)<br>VS. )<br>)<br>FORREST J. MC KINLEY, ET AL., )<br>)<br>DEFENDANTS. )<br>)<br>AND RELATED CROSS-ACTIONS. ) | NO. A-03-0199 |

DEPOSITION OF MARK S. SCHILLING

JUNE 5, 2006

REPORTED BY:
SHERYL WILLIAMS
CSR NO. 7453

EXHIBIT F
PAGE 1 OF 3



*Seijas Court Reporters*
*A Professional Corporation*
*1260 Huntington Drive, Suite 107, South Pasadena, California 91030*
*(626) 799-0810 ~ Fax (626) 799-5565*

```
 1                UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF ALASKA
 3
 4   ABSOLUTE ENVIRONMENTAL      )
     SERVICES, INC., AN ALASKAN  )
 5   CORPORATION,                )
                                 )
 6              PLAINTIFF,       )
                                 )
 7        VS.                    )   NO. A-03-0199
                                 )
 8   FORREST J. MCKINLEY AND     )
     "JANE DOE" MCKINLEY, ETC.,  )
 9   ET AL.,                     )
                                 )
10              DEFENDANTS.      )
                                 )
11   _____)
                                 )
     AND RELATED CROSS-ACTIONS.  )
12   _____)
13
14
15           THE DEPOSITION OF MARK S. SCHILLING, TAKEN ON
16   BEHALF OF THE DEFENDANTS, AT 725 SOUTH FIGUEROA
17   STREET, SUITE 3200, LOS ANGELES, CALIFORNIA, AT 9:05
18   A.M., MONDAY, JUNE 5, 2006, BEFORE SHERYL WILLIAMS,
19   CERTIFIED SHORTHAND REPORTER NO. 7453, PURSUANT TO
20   NOTICE.
21
22
23
24
25
```

1

```
 1      A.   I BELIEVE IT WAS TOM PUETT.
 2      Q.   WHAT DID HE ASK YOU TO LOOK AT?
 3      A.   WE JUST LOOKED TO SEE WHAT HE WAS DOING.  AS I
 4 TESTIFIED EARLIER, I WAS THERE TO OBSERVE THE WORK IN
 5 PROGRESS.  WE LOOKED AT THE CONDITION OF THE STRUCTURE THAT
 6 HE WAS CLEANING.
 7      Q.   WHAT DID YOU OBSERVE IN CONNECTION WITH MR.
 8 PUETT'S REQUEST?
 9      A.   THAT'S A GOOD QUESTION, AND THE ANSWER IS NOTHING
10 TERRIBLY UNUSUAL FOR THIS KIND OF STRUCTURE IN THIS KIND OF
11 AN ENVIRONMENT.  I ADVISED TOM PUETT THAT THIS WAS NOT AN
12 INORDINATE AMOUNT OF PITTING, AND THAT THESE WELDS WERE NOT
13 ATYPICAL.  THAT I DIDN'T SEE THAT THIS WAS ANYTHING OUT OF
14 THE ORDINARY.
15      Q.   I SAW IN YOUR DEPOSITION EARLIER LAST YEAR THAT
16 YOU HAD RETAINED A SAMPLE OF COATING MATERIAL, AND YOU WERE
17 HOLDING IT -- I'M GOING TO GET THIS PROBABLY WRONG.  A
18 QUESTION CAME UP AS TO WHETHER YOU SHOULD SUBMIT THAT
19 ADDITIONAL AMOUNT OF COATING MATERIAL FOR FURTHER
20 LABORATORY TESTING.  DO YOU REMEMBER THAT?
21      A.   YES.  ABSOLUTELY.
22      Q.   AND AS I UNDERSTAND IT FROM YOUR DEPOSITION, YOU
23 NO LONGER HAVE THAT PARTICULAR SAMPLE OF MATERIAL; IS THAT
24 CORRECT?
25      A.   THAT IS INCORRECT.
```

168

SEIJAS COURT REPORTERS



EXHIBIT F
PAGE 3 OF 3