To; Tom Puet, Imperial Industrial Coatings

From, Charlie Mathias, SPC

August 05 2003

This letter is to decertify Imperial Industrial Coatings as an Applicator for SPC, products As of August 05 2003.

This action has been taken after an inspection of the work being done on the Cargo Wharf Pile Coating, Phase 2, ISC Kodiak, AK conducted August 04 2003 where areas showed repairs being made with out any surface prep over bare steel or over coating resulting in an onion skin condition.

Another area was found where good coating was applied over unactivated base material. These actions are in contradiction to Spec's application specifications.

A formal letter to follow.

Specialty Polymer Coatings,

Charlie Mathias

*[signature]* Aug 04 2003

IIC-000418

Exhibit 3 p 1/1