

STEPHEN MONTELEONE
(1886-1962)

## MONTELEONE & McCRORY, LLP
### LAWYERS

A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

725 SOUTH FIGUEROA STREET, SUITE 3750
LOS ANGELES, CALIFORNIA 90017-5402
TELEPHONE (213) 612-9900
FACSIMILE (213) 612-9930

ORANGE COUNTY OFFICE
450 WEST FOURTH STREET, SUITE 130
SANTA ANA, CALIFORNIA 92701

TELEPHONE
(714) 565-3170

FACSIMILE
(714) 565-3184

August 7, 2003

OUR FILE NUMBER
3970-14778

**VIA CERTIFIED U.S. MAIL (RETURN RECEIPT REQUESTED)**

David E. Olson
President, Absolute Environmental Services, Inc.
300 La Touch Drive
Anchorage, AK 99501

David E. Olson
President,
Absolute Environmental Services, Inc.
12510 Brandon Street
Anchorage, AK 99515

David E. Olson
President
Absolute Environmental Services, Inc.
P.O. Box 112807
Anchorage, AK 99511

### NOTICE OF TERMINATION AND DEFAULT

Dear Mr. Olson:

This office represents your subcontractor, Imperial Industrial Coatings, Inc., ("Imperial") in connection with the Cargo Wharf Pile Coating Phase II project ("Project").

As a result of Absolute Environmental Services, Inc.'s ("Absolute") numerous, and repeated material breaches of its subcontract with Imperial, including barring Imperial from the construction site and seizing Imperial's property, Imperial hereby terminates the subcontract agreement as a consequence of Absolute's default of its subcontract obligations.

Very truly yours,

MONTELEONE & McCRORY, LLP

By _____
WILLIAM R. BAERG

IIC-002669

Exhibit 5   1/1