# Absolute Environmental Services, Inc.

P.O. Box 112807 • Anchorage, AK 99511-2807 • Phone (907) 346-1490 • Fax (907) 346-1491

August 8, 2003

Imperial Industrial Coatings
Forest (Mack) McKinley
128813 Pico Street, Unit D
Grande Terrace, CA 92313

RE:  Cargo Wharf Pile Coating Phase II, ISC Kodiak, Alaska
     33-S01171 Task 643P92

Subject:    Conversion Response

Mr. McKinley:

I have heard nothing from you regarding how you intend to complete your contract without the certifications necessary to apply the coatings. Instead, we were served with your California lawsuit last night. I take it you have no intention of completing your work.

As you know, the coatings must be applied to the pilings immediately after blasting away the old finishes. Therefore, without your coating certification, you can't do either part of your work. When and if you get recertified and are once again willing and able to perform, let us know and we will make arrangements for your resumption of work. In the meantime, we will continue to carry on your work with our own forces in your absence and backcharge the expense incurred to your contract.

Please note that Jason Peterson's, instructions to your crew to leave the project on the 7th was based on security concerns expressed by the Contracting Officer's Representative for the U.S. Coast Guard. The Coast Guard is aware that your certification to apply the coatings was rescinded by the manufacturer. They were concerned that your personnel, without any meaningful work to perform, might cause some mischief on site. With three Coast Guard Cutters moored to the wharf you were contracted to work on, they expressed concern over the wisdom of allowing your idle crews to be in the vicinity.

I also received a letter from your attorney claiming that we have "converted" your supplies. We have no such intention. I can't verify that the materials he listed in his letter are actually on site, but I certainly do dispute the values he claims for them. The prices he lists are grossly overstated. We will be taking steps to complete a documented inventory of all materials and supplies you have on site and, when that is completed, we will provide you with a copy. At that time, we will contact you to make arrangements for your picking up those materials that are not needed by us to complete your work.

If you have any questions, feel free to get in touch with me.

IIC-000569

Exhibit __7__ p. 1/2

Sincerely,

David F. Olson
President
Absolute Environmental Services, Inc.

Cc:   Brechan Enterprises, Inc.

     Marston & Heffernan
     Anderson Park Building
     16880 N.E. 79th Street
     Redmond, WA 98052-4424

IIC-000570

Exhibit 7

p 2/2