# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
22813 PICO ST #D
GRAND TERRACE CA 92313

(909) 783-1284   Fax (909) 279-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | 1 | 1300 SULLAIR COMPRES #B 398 | | 43,000 — |
| | 1 | 1550 HANKENSON AIR DRYER #D 249 | | 22,000 |
| | 1 | 500 GAL DOUBLE WALL FUEL TANK + 12V PUMP #DO 465 | | 6,000 |
| | 1 | 6 BAG 2 STAGE BLAST POT CLEMCO | | 12,000 — |
| | | | | 83,000 — |

IIC-000225

Exhibit 5
Witness McKINLEY
Date 3-9-05
Buell Realtime Reporting
(206) 287-9066

Exhibit 9 p.1/1