```
1              UNITED STATES DISTRICT COURT
2                  DISTRICT OF ALASKA
3
4  ABSOLUTE ENVIRONMENTAL        )
   SERVICES, INC., AN ALASKA     )
5  CORPORATION,                  )
                                 )
6            PLAINTIFFS,         )
                                 )
7     VS.                        )   NO. A03-0199CV (RRB)
                                 )
8  FORREST J. MCKINLEY, ET AL.,  )
                                 )
9            DEFENDANTS.         )
   _____)
10
11
12
13         THE DEPOSITION OF FORREST J. MCKINLEY, TAKEN
14  ON BEHALF OF THE PLAINTIFF, AT 725 SOUTH FIGUEROA STREET,
15  SUITE 3200, LOS ANGELES, CALIFORNIA, AT 9:08 A.M.,
16  WEDNESDAY, FEBRUARY 9, 2005, BEFORE SHERYL WILLIAMS,
17  CERTIFIED SHORTHAND REPORTER NO. 7453, PURSUANT TO
18  SUBPOENA.
19
20
21
22
23
24
25
```

Exhibit 12

Page 1

1  FOUND THAT WAS PREVIOUSLY UNKNOWN?

2       A.   I CAN'T RECOLLECT A CONVERSATION ON THAT.

3       Q.   ALL YOU RECALL IS THE GRAY COATING PROBLEM; IS
4  THAT IT?

5       A.   GRAY COATING PROBLEMS AND PROBLEMS WITH REMOVING
6  STEEL ELECTRODES IN THE WAY.  JUST SCHEDULING PROBLEMS.

7       Q.   DO YOU RECALL HIM TELLING YOU ABOUT ANY CAUSES
8  FOR BEING OVER BUDGET OTHER THAN THE GRAY COATING THAT HAD
9  PREVIOUSLY BEEN UNKNOWN AND REMOVING ELECTRODES FROM STEEL?

10      A.   FAILURE OF THE OTHER CONTRACTORS TO PERFORM THEIR
11 WORK.

12      Q.   WHAT WAS YOUR UNDERSTANDING ABOUT THAT FAILURE?
13 WHAT WAS THE FAILURE AS YOU UNDERSTOOD IT?

14      A.   THE FAILURE OF ABSOLUTE TO PERFORM THE WORK THAT
15 THEY WERE SUPPOSED TO PERFORM TO GET THE STEEL REMOVED AND
16 THE SCAFFOLDING ERECTED.

17      Q.   ANYTHING ELSE HE TOLD YOU FOR THE CAUSE OF BEING
18 OVER BUDGET?

19      A.   I DON'T RECALL.

20      Q.   THE DISCUSSIONS THAT MR. PUETT HAD WITH YOU ABOUT
21 THESE BEING THE CAUSES FOR BEING OVER BUDGET, DID THOSE
22 DISCUSSIONS OCCUR DURING THE SUMMER OF 2003 OR AFTER THE
23 PROJECT WAS -- AFTER IIC WAS OFF THE PROJECT?

24      A.   THEY WERE BEING DISCUSSED WHILE WE WERE ON THE
25 PROJECT.

Page 29

1  Q. DURING THE DISCUSSIONS WITH MR. PUETT WHILE THE
2  PROJECT WAS ONGOING, DID HE EVER DISCUSS WITH YOU THE
3  MIXING OF THINNER IN THE COATING REPAIR KITS?
4  A. NO.
5  Q. WERE YOU EVER AWARE THAT THAT WAS DONE?
6  A. NO.
7  Q. THAT WOULD BE EVEN TODAY THAT YOU'RE NOT AWARE
8  THAT THAT WAS DONE?
9  A. I'M NOT AWARE OF IT. ONLY IN REPORTS THAT I
10 RECEIVED LATER.
11 Q. DID YOU DISCUSS THOSE REPORTS WITH MR. PUETT WHEN
12 THEY CAME IN LATER ABOUT THINNER BEING MIXED WITH THE
13 REPAIR KITS?
14 MR. BAERG: OBJECTION. VAGUE.
15 Q. BY MR. DICKSON: DID YOU UNDERSTAND THE QUESTION,
16 MR. MCKINLEY?
17 A. NO. REPEAT THE QUESTION.
18 Q. I'M SORRY. WHEN YOU LATER GOT REPORTS OF THINNER
19 BEING MIXED WITH REPAIR KITS, YOU DISCUSSED THOSE REPORTS
20 WITH MR. PUETT?
21 MR. BAERG: OBJECTION. VAGUE AS TO TIME. ASSUMES
22 FACTS.
23 MR. DICKSON: ANY TIME.
24 THE WITNESS: I RECEIVED REPORTS AT A LATER DATE, AND
25 WE DID DISCUSS THEM.

Exhibit 12

Page 30

SEIJAS COURT REPORTERS
P 3/6

```
 1        Q.    BY MR. DICKSON:  WHEN WAS A LATER DATE THAT YOU
 2   RECEIVED THOSE REPORTS?
 3        A.    AFTER WE WERE REMOVED FROM THE PROJECT.
 4        Q.    AND WHEN YOU --
 5        A.    AND ESCORTED OFF THE BASE.
 6        Q.    TELL ME WHAT YOU AND MR. PUETT SAID, MR. PUETT
 7   SAID TO YOU WHEN YOU GOT THIS REPORT ABOUT MIXING THINNER
 8   WITH REPAIR KITS.
 9        A.    HE SAID HE HAD NO KNOWLEDGE OF IT.
10        Q.    DID MR. PUETT DURING THE PROJECT EVER DISCUSS
11   WITH YOU THE PROBLEMS WITH THE SPRAY EQUIPMENT THAT THEY
12   KEPT SHUTTING OFF?
13        A.    YES.
14        Q.    WHAT DID HE TELL YOU IN THAT REGARD?
15        A.    HE SAID HE WAS HAVING PROBLEMS WITH IT.  WE HAD
16   PROBLEMS WITH IT FROM THE BEGINNING.  WE HAD NO MANUALS TO
17   GO BY.  THEY SOLD US A PUMP THAT NO ONE SEEMED TO BE
18   ABLE -- SURE HOW TO OPERATE AND NO MANUALS.
19        Q.    WERE YOU AWARE THAT IT WAS OPERATED IN APRIL WHEN
20   THE CREW WAS CERTIFIED?
21        A.    IT WAS OPERATED ON THE JOB.  THAT'S THE FIRST
22   TIME IT WAS OPERATED.
23        Q.    SO YOU'RE AWARE IT WAS BEING OPERATED THEN?
24        A.    IT WAS BEING OPERATED THEN.
25        Q.    IS IT YOUR UNDERSTANDING IT WAS BEING OPERATED
```



Page 31

1  STATE OF CALIFORNIA   )
                         ) SS.
2  COUNTY OF LOS ANGELES )

3

4           I, THE UNDERSIGNED, HEREBY DECLARE THAT I AM
5  THE WITNESS IN THE WITHIN MATTER; THAT I HAVE READ THE
6  FOREGOING DEPOSITION AND KNOW THE CONTENTS THEREOF, AND I
7  DECLARE THAT THE SAME IS TRUE OF MY OWN KNOWLEDGE EXCEPT AS
8  TO THOSE MATTERS WHICH ARE THEREIN STATED UPON MY
9  INFORMATION AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE
10 IT TO BE TRUE.
11          I DECLARE UNDER PENALTY OF PERJURY, UNDER
12 THE LAWS OF THE STATE OF CALIFORNIA, THAT THE FOREGOING IS
13 TRUE AND CORRECT.
14          EXECUTED ON THE _____ DAY OF _____,
15 2005, AT _____, CALIFORNIA.
16
17
18
19                              _____
                                FORREST J. MCKINLEY
20
21
22
23
24
25

Exhibit 12

Page 230

```
1   STATE OF CALIFORNIA    )
                           ) SS
2   COUNTY OF LOS ANGELES  )
3
4              I, SHERYL WILLIAMS, CERTIFIED SHORTHAND
5   REPORTER NO. 7453, DO HEREBY CERTIFY:
6              THAT PRIOR TO BEING EXAMINED, THE WITNESS
7   NAMED IN THE FOREGOING DEPOSITION, FORREST J. MCKINLEY, WAS
8   BY ME DULY SWORN TO TESTIFY THE TRUTH, THE WHOLE TRUTH, AND
9   NOTHING BUT THE TRUTH;
10             THAT SAID DEPOSITION WAS TAKEN BEFORE ME AT
11  THE TIME AND PLACE THEREIN SET FORTH AND WAS TAKEN DOWN BY
12  ME IN SHORTHAND AND THEREAFTER REDUCED TO COMPUTERIZED
13  TRANSCRIPTION UNDER MY DIRECTION AND SUPERVISION, AND I
14  HEREBY CERTIFY THE FOREGOING DEPOSITION IS A FULL, TRUE,
15  AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN.
16             I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR
17  NOR RELATED TO ANY PARTY TO SAID ACTION NOR IN ANY WAY
18  INTERESTED IN THE OUTCOME THEREOF.
19             IN WITNESS WHEREOF, I HAVE HEREUNTO
20  SUBSCRIBED MY NAME THIS 26TH DAY OF FEBRUARY, 2005, AT
21  PASADENA, CALIFORNIA.
22
23                              _____
                                SHERYL WILLIAMS
24
25
```

Exhibit 12