1  ERIC J. BROWN, ESQ.
   JERMAIN DUNNAGAN & OWENS, P.C.
2  3000 A. Street, Suite 300
   Anchorage, Alaska 99503-4097
3  Telephone: (907) 563-8844
   Facsimile: (907) 563-7322
4
   PATRICK J. DUFFY, III, ESQ.
5  WILLIAM R. BAERG, ESQ.
   MONTELEONE & McCRORY, LLP
6  725 S. Figueroa Street, Suite 3200
   Los Angeles, California 90017-5446
7  Telephone: (213) 612-9900
   Facsimile: (213) 612-9930
8
   Attorneys for Defendant and
9  Cross-Complainant EMERCO, INC.



RECEIVED
AUG - 5 2006
MARSTON HEFFERNAN FOREMAN

10         **IN THE UNITED STATES DISTRICT COURT**

11           **FOR THE DISTRICT OF ALASKA**

12  ABSOLUTE ENVIRONMENTAL SERVICES,         )
    INC., an Alaskan Corporation,            )
13                                           )
    Plaintiff,                               )
14                                           )
       v.                                    )
15                                           )
    FORREST J. McKINLEY and "JANE DOE"       )
16  McKINLEY, and the marital community      )
    property composed thereof d/b/a/ "Imperial )
17  Industrial Coatings" and EMERCO, INC., a )
    California Corporation d/b/a/ Imperial    )
18  Industrial Coatings,                     )
                                             )
19  Defendants.                              )   **WRITTEN RESPONSE OF**
    _____ )   **DEFENDANT FORREST J.**
20  EMERCO, INC., a California Corporation    )   **MCKINLEY TO PLAINTIFF'S FIRST**
    d/b/a Imperial Industrial Coatings, and the )  **SET OF INTERROGATORIES TO**
21  United States for the Use and Benefit of  )   **DEFENDANT FORREST J.**
    EMERCO, Inc.,                            )   **MCKINLEY AND "JANE DOE"**
22                                           )   **MCKINLEY, D/B/A IMPERIAL**
    Counter-Claimant/Third Party Claimant,   )   **INDUSTRIAL COATINGS**
23                                           )
       v.                                    )
24                                           )   CASE NO. A-03-0199
    ABSOLUTE ENVIRONMENTAL SERVICES,         )   Civil (RRB)
25  INC., an Alaskan Corporation, et al.,    )
                                             )
26  Cross-Defendants/Third Party Defendants. )
    _____ )

27                                           FILE COPY
28

PROPOUNDING PARTY:      ABSOLUTE ENVIRONMENTAL SERVICES, INC.

RESPONDING PARTY   :    FORREST J. MCKINLEY

SET NUMBER              :    ONE


**INTERROGATORY NO. 1**

Identify each entitlement theory you are relying upon as a basis for your damage

claim(s) in this action (e.g., non-payment; changes in the work; differing site

conditions; interference; delay; conversion; goods bought and sold;

misrepresentation; etc.)

**ANSWER:**

Defendant Forrest J. McKinley does not personally assert a claim in this action.  He

is the president of defendant Emerco, Inc., dba Imperial Industrial Coatings.

Moreover, to the best of the responding party's knowledge, there is no such person

known as "Jane Doe" McKinley.  Responding party is not married, nor was he

married during the time the events giving rise to the within lawsuit transpired.


**INTERROGATORY NO. 2**

For each entitlement theory identified in response to the proceeding interrogatory,

provide the following information:

        (a)     The material events upon which the claim is based;

        (b)     The dates of the identified events;

        (c)     Each person with knowledge of the material events;

        (d)     Each document pertaining to the event;

        (e)     The portion of your total damages (in dollars) attributable to this claim

item;

        (f)     The identity of the individual(s) who calculated this aspect of your

damages; and

1     (g)    The method used to quantify the damages..

2 **ANSWER:**

3 For the reasons stated in response to the preceding interrogatory, this interrogatory

4 is not applicable.

5

6 DATED: July 30, 2004          MONTELEONE & McCRORY LLP

7                               Attorneys for Forrest J. McKinley

8

9                             By

10                                 WILLIAM R. BAERG, ESQ.

                                CSBN 167399

11                                 WSBN 23052

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## V E R I F I C A T I O N

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF RIVERSIDE        )

I have read the foregoing **WRITTEN RESPONSE OF
FORREST J. McKINLEY TO PLAINTIFF'S FIRST SET OF INTERROGATORIES
TO DEFENDANT FORREST J. MCKINLEY AND "JANE DOE" MCKINLEY, D/B/A
IMPERIAL INDUSTRIAL COATINGS** and know its contents.

I am a party to this action and I make this
verification for that reason.

The matters stated in the foregoing document are true
of my own knowledge except as to those matters which are stated
on information and belief, and as to those matters I believe them
to be true.

Executed on _____7-30-04_____, 2004, at Riverside,
California.  I declare under penalty of perjury under the laws of
the United States that the foregoing is true and correct.

FORREST J. McKINLEY
Type/Print Name

_Forrest J. McKinley_
Signature

13   p 4/5

1  **CERTIFICATE OF SERVICE**

2  STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3      I am employed in the County of Los Angeles, State of California.  I am over the age of 18
and not a party to the within action; my business address is 725 South Figueroa Street, Suite 3200,
4  Los Angeles, California 90017-5446.

5      On this date, I served the foregoing document(s) described as **WRITTEN RESPONSE OF
FORREST J. MCKINLEY TO PLAINTIFF'S FIRST SET OF INTERROGATORIES TO**
6  **DEFENDANT FORREST J. MCKINLEY AND "JANE DOE" MCKINLEY, D/B/A
IMPERIAL INDUSTRIAL COATINGS** on the interested parties in this action by First Class U.S.
7  Mail by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

8  SEE ATTACHED SERVICE LIST

9      I declare under penalty of perjury under the laws of the United States that the above is true
and correct.  Executed on August 2, 2004, at Los Angeles, California.

10

11

12  SALLIE RASPA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28