In the District Court at Anchorage, Alaska

|  |  |  |  |
|---|---|---|---|
| **Media No:** | 3AN2206-31 | **Judge:** | Swiderski |
| **Date:** | Tuesday, February 28, 2006 | **Clerk:** | Wallack |
| **Case No:** | 3AN-04-12232 CI | | |
| **Case Title:** | Absolute Environmental Services, Inc   Vs. | | Thomas Puett |
| **Type of Proceeding:** | Non-jury Trial | | |

**Counsel Present:**

**Plaintiff:** Paul Nangle
**Defendant:** Eric Brown

**Court Orders:** Trial to continue Wednesday, March 1, 2006 @ 8:30

---

**Summary of Proceedings:**

| | |
|---|---|
| 8:31:08 AM | On record<br>Court<br>- case called<br>- I reviewed trial brief by defendant; none filed by Plaintiff<br>- |
| 8:31:59 AM | Nangle opening<br>- simple case<br>- loan of $6,500<br>- 3 witnesses<br>- Mr Puett was working for a coating subcontractor<br>- Absolute was a general contractor<br>- he was always and employee of subcontractor, never and independent contractor<br>- he borrowed funds and never repaid<br>- Absolute Environmental got a job<br>- Puett worked for Imperial Industrial Coatings as subcontractor |
| 8:34:06 AM | - problems with their work on job<br>- several notices to cure<br>- certification rescinded<br>- subcontractor walked off job<br>- they left the job<br>- issue over ownership<br>- coating - specialized area of con tractor<br>- they were coating the dock |
| 8:36:11 AM | - Coast Guard wanted dock cleaned and coated<br>- below water line<br>- |
| 8:36:32 AM | Brown opening<br>- need to distinguish Phase 2 of Cargo Warf is what is in Federal Court<br>- Spring of 2003<br>- Mr Puett was employed by them<br>- work that Puett did as independent contractor was bidding services by Mr Puett's employee<br>- Jason Peterson was<br>- Absolute was tier one subcontractor, and Imperial was tier two subcontractor |

| Time | |
|---|---|
| 8:40:43 AM | - by the time Phase Two came along Puett was working for Imperial
- Puett provided estimating services on his own under an oral contract with Mr Olson
- if Puett was doing work as an employee, those (employer) companies would have invoiced Absolute
- no correspondence between Absolute or Olson with any of those companies
- all correspondence except one went to Puett's home
- no invoices between Puett and Olson or Absolute
- strictly oral contract
- Mr Olson flew Mr Puett up to Alaska to view project locations
- paid on a visa card, not mileage
- part was paid
- no evidence of a loan
- no promissory note, no interest, no demand letters
- nothing until after Federal Court action filed
- Absolute sued Imperial and its principal Mr McKinley in Federal Court
- Absolute also sued Imperial and McKinley in state court |
| 8:46:29 AM | - Puett worked an expected to be paid
- he was paid $6,500, and no evidence of loan
- (re profit dividend)
- Olson took money from corporation and put into personal account which was paid to Puett
- they admitted converting property owned by Puett and Imperial Industrial
- 3 items were Puett's personal property |
| 8:48:12 AM | - evidence show $3,500 owing on services and $7,___ for conversion |
| 8:48:36 AM | **Witness Sworn/Affirmed:**
    David Olson
Direct inquiry by Nangle
- 39 year Alaska resident
- contractor
- own Absolute Environmental Services, Inc.
- do 30-50 jobs per year
- 2.5-6 million per year
- been successful
- met Puett November 1999 at convention in Houston on de-leading
- we do not do coating
- went to learn about removing lead based paints from structures |
| 8:51:45 AM | - exchanged cards and kept in contact
- his company was interested in working in Alaska and we were looking at getting into coatings
- brought him to Alaska re asbestos removal for Brechan Enterprises in Kodiak
- they were having problems with Swalling Construction and asked us if we were interested
- we had bid on Phase One
- we forwarded plans to Puett who submitted a bid for Techno-Coatings which we used in our bid
- we are a general contractor but often are employed as a subcontractor
- often use subcontractors for trucking or coatings
- we were low bidder but did not get contract
- Puett named a coating which was a slower setting coating and they deemed us not qualified |
| 8:56:55 AM | - Swalling had problems and Brechan approached Absolute
- We bid that May 2001 and Puett called in 'August of 2002 to borrow money
- he said he was in a pinch and needed $6,500
- Waives attorney to be repaid in 2003 |

**Exhibit(s) Identified**                                                                                   1
- Cashier check I purchased and fed ex'd

| Time | Content |
|---|---|
| 8:58:51 AM | - **Admitted Exhibit(s)** ............................................................ 1 <br> - **Exhibit(s) Identified** ........................................................... 2 <br> - **Admitted Exhibit(s)** ............................................................ 2 |
| 8:59:21 AM | Objection; relevance; under advisement <br> - Phase Two; Imperial Industrial gave us a bid which we incorporated into our bid which Brechan submitted to Coast Guard <br> - have a chart <br> - US Coast Guard was owner, Brechan was general contractor, Absolute was subcontractor, and Imperial was a subcontractor to us. <br> - Specialty Polymer Coatings provided the coating and required that it be applied by one certified by Specialty <br><br> Objection relevance - overruled |
| 9:03:46 AM | - Specialty Polymer took away Imperial's certification |
| 9:04:10 AM | - **Exhibit(s) Identified** ........................................................... 3 <br> - demand letter |
| 9:04:57 AM | - **Admitted Exhibit(s)** ............................................................ 3 |
| 9:05:10 AM | - **Exhibit(s) Identified** ........................................................... 4 <br> - series of purchase orders from Imperial Industrial Coatings supporting their conversion claim <br> - **Admitted Exhibit(s)** ............................................................ 4 |
| 9:06:06 AM | - **Exhibit(s) Identified** ........................................................... 5 <br> - purchase order from Imperial to Puett <br> - **Exhibit(s) Identified** ........................................................... 7 <br> - purchase order <br> - **Exhibit(s) Identified** ........................................................... 6 <br> - (purchase orders scaffolding) <br> - (Imperial's evidence of ownership) |
| 9:08:28 AM | - never received invoice from Puett <br> - we put out 2-300 bids per year <br> - you prepare estimates and do not get reimbursed under industry practices <br> - did not return items since we believe it is owned (by Imperial) |
| 9:10:06 AM | - (chart of contacts with Puett) <br> - first met he was working for Murphy Industrial <br> - then worked for Techno Coatings <br> - then worked for Longs Services <br> - the Imperial Industrial Coatings, owned by Forrest McKinley for whom I believe Mr Puett is still employed <br> - lent him $6,500 <br> - mentioned it to Tom Elmore in my office <br> - absolutely still owed $6,500 <br> - should have gotten note but he was a friend of mine then <br> - want a judgment |
| 9:13:05 AM | Cross-exam by Brown <br> - sent a number of solicitations and information about jobs to Puett <br> - sent directly to his home per his instructions <br> - not sure if anything was bid while he was with Murphy |
| 9:16:18 AM | - no one in Alaska has certification ratings needed <br> - Techno-Coatings had them |

| | |
|---|---|
| | - we have copies of their certifications for QP-1, QP-2, QP-3 |
| | - did not fly Puett up prior to bidding Phase One |
| | - up from California to Kodiak and Cordova |
| | - flew him up in his capacity as an employee for whoever he was working for at the particular time |
| 9:19:13 AM | - we have no expertise or equipment for coatings |
| | - in Alaska you do not get reimbursed for time for estimates |
| | - you either get the job or you do not |
| | - I have never been reimbursed for estimates |
| | - did not speak to anyone other than Puett |
| | - Phase One had qualifications (listed by witness) which Absolute did not have |
| | - I was told by Brechan that if there were any problems I would have to be there personally |
| | - (schedule would not allow that) |
| 9:22:17 AM | - this project was not low bid, but was best project for government basis |
| | - Swalling had a lot of over water experience |
| | - I took personal profit distribution and placed it my personal account to make loan |
| | - did not have 6,500 in my account that day |
| | - (re paid in capital to corporation and draws) |
| | - (re accounting procedures on draws) |
| 9:25:37 AM | - (re if this profit distribution appears on personal taxes) |
| | - Mr Olson showed copies of his personal income tax returns for 2001 and 2002 |
| | - it may be part of the wages figures |
| | - demand letter sent after federal case filed |
| | - loan made 9-27-02 |
| | - demand in 2004 |
| 9:28:36 AM | Motion to strike; granted |
| | - felt confident we would get the Phase Two contract |
| | - 15 months after bowing out of Phase One |
| | - assume I used air miles for his ticket |
| | - it could have been on a Visa card |
| | - originally sued as Absolute then amended to name self as party in interest |
| | - I saws that Absolute did not send him the money, I did |
| 9:32:22 AM | - re Exhibit 3 demand letter from Imperial's attorneys for equipment on the pier |
| | - third listing re inspection gauges are generic, not specific |
| | - did not attempt to send them back to Puett |
| | - we have him an opportunity to get his personal items |
| | - he gave us a list and we gave them to him |
| | - the gauges were not on the list |
| | - Mr Peterson handled the transaction |
| | - an inventory was developed and he signed for them |
| | - contract had been cancelled |
| 9:36:23 AM | - **Exhibit(s) Identified**                                                      D |
| | - paint and coatings specifications re Phase One |
| | - Puett participated in coating estimate as an employee of someone |
| | - need to know when to know which employer |
| | - over the period he was working for those 4 companies, he did estimate works |
| | - worked with Puett as representative of hose companies |
| | - did not speak to anyone else |
| | - he was their estimator an project manager |
| | - got his card from Murphy |
| 9:40:01 AM | - **Admitted Exhibit(s)**                                                         D |
| | - proposal for phase One was prepared by Puett |
| | - (re Exhibit 5-7) there were checks to Puett, but cannot say what they were for |

| | |
|---|---|
| | - paychecks and reimbursement<br>- cannot recall specific checks for these purchase orders |
| 9:43:55 AM | - motion to strike granted<br><br>objection, asked and answered; overruled<br>- sent correspondence to his house<br>- assume for his convenience<br>- he asked for it that way and did not ask him why |
| 9:45:57 AM | Re-direct by Nangle<br>- 12 years as contractor<br>- Absolute incorporated twice<br>- in 1993 and in 1999<br>- it is an S Corporation<br>- small closely held corporation<br>- income reported as a pass through to shareholders<br>- 2001 Schedule 1040 shows 24,000 pass through income<br>- 2002 schedule 1040 loss pass through due to equipment purchase used for job in 2003 |
| 9:49:37 AM | Brown<br>- move to admit 2 tax returns<br>- **Admitted Exhibit(s)** _____ AAB, AAC |
| 9:51:48 AM | Re-cross by Brown<br>Objection beyond scope; |
| 9:52:29 AM | Off record for recess |
| 10:07:56 AM | On record |
| 10:07:59 AM | Nangle<br>- w marked as Exhibit 8 chart of contract and Exhibit 9 chart of employment<br>- Defendant exercises right of allocution move to admit Exhibit 5,6,7 |
| 10:08:49 AM | **Admitted Exhibit(s)** _____ 5,6,7,8,9, |
| 10:08:59 AM | **Court**<br>- need to adjourn today at noon<br>- I am available tomorrow morning |
| 10:09:29 AM | **Witness Sworn/Affirmed:**<br>    **Ralph Thomas Puett**<br>Direct exam by Nangle<br>- not licensed to do business in 2001-2003<br>- did not declare 6,500 as income on taxes<br>- did not try to hire Jason Peterson<br>- direct exam ends<br><br>Nangle<br>- will see if Mr Peterson has arrived |
| 10:12:29 AM | Off record |
| 10:13:02 AM | On record |

|            |                                                                                         |
|------------|-----------------------------------------------------------------------------------------|
|            | Court<br>- Mr Brown, please step out, if his witness is not here we can take a break<br><br>Brown<br>- he is here<br> |
| 10:13:51 AM | Mr Puett steps down |
| 10:13:58 AM | **Witness Sworn/Affirmed:**<br>    Jason Peterson<br>Direct inquiry by Nangle<br>- VP project manager for Absolute since 1994<br>- (describes job duties)<br>- if I need subcontractor, I call them, provide copy of plans and ask them to submit a number<br>- I take that number and add it to my number and bid<br>- subcontractors never get paid for preparing a bid<br>- met Mr Puett in Houston at class for de-leading structures<br>- Coast Guard Cargo pier job, sent him materials for bid |
| 10:17:15 AM | - was working for Murphy at that time<br>- 2 phases<br>- he changed companies between first and second phases<br>- used him number for first bud; not successful<br>- asked Tom for bid on second phase and used number for bid<br>- we had to submit a number, but it was a job order number job<br>- Tom worked for IIC, Imperial Industrial Coatings<br>- our contract was with Brechan<br>- one time he offered me to work with him in California<br>- it was a casual conversation<br>- never received a bill from Tom for consulting services<br>- found out about a loan 5-6 weeks after loan when Dave mentioned it |
| 10:20:21 AM | - being sued for return of personal property<br>- I am VP, not a shareholder or principal<br>- all I did was as employee<br>- Tom asked me to get certain items from job site<br>- when Tom and crew no longer allowed on site, he asked me to get items from office<br>- miscellaneous personal items<br>- do not remember asking him to giving him testing equipment<br>- he gave me a list<br>- do not recall if I got a receipt from Tom<br> |
| 10:22:49 AM | Cross-exam by Brown<br>- Swalling got Phase One<br>- Phase Two was Spring of 2003<br>- sent him other bid solicitations (described)<br>- bride in southeast<br>- 3 or 4<br>- sent to his home because he asked me to<br>- Tom was our contact<br>- at some point I called his employers to get a hold of him<br>- lot of time he was on projects<br>- do not recall why it went to his home<br>- did not think about it other than it was easier for him |
| 10:26:12 AM | - quite sure he had some personal items on project, but not sure if there was testing equipment |



| | |
|---|---|
| | - I was involved in gathering items<br>- couple of containers full<br>- used video camera when we opened containers<br>- most were video taped and locked up w./o list<br>- Imperial crew and Tom was barred from site<br>- up to us |
| 10:28:23 AM | Re-direct<br>- Absolute Environmental, not me personally decided what items |
| 10:28:52 AM | Re-cross<br>- other than personal items, no testing equipment returned |
| 10:29:14 AM | Re-re-direct<br>- IC terminated contract by walking off |
| 10:29:31 AM | Re-re-cross<br>- they terminate first before being de-certified<br>- do not know exact timeline<br>- they were de-certified, but cannot say what order |
| 10:30:29 AM | Re-re-re-direct by Nangle<br><br>Re-re-re-cross by Brown<br>- Puett not allowed on base |
| 10:30:59 AM | Court inquires<br>- 2 containers of IIC's items<br>- gave him personal items, clothing, notebooks<br>- no planks or instruments<br>- he did not ask for them |
| 10:31:52 AM | Witness excused<br>Plaintiff rests |
| 10:32:20 AM | **Witness Previously Sworn/Affirmed:**<br>    Ralph Thomas Puett<br>- (re education and experience)<br>- (re professional associations and certifications)<br>- a licensed contractor in California<br>- me Olson at Houston convention in late 1999<br>- was working for Techno-Coatings<br>- (re how relationship began at convention)<br>- he was interested in a relationship with me as an individual<br>- Techno was not interested in Alaska |
| 10:36:08 AM | - no longer working for Murphy when I began working for Absolute<br>- did not estimates while I worked for Long<br>- all estimates while I was employed at Techno, but as an individual<br>- that is why it went to my home<br>- one fax to Techno; did not want conflict of interest<br>- (Olson asked me what I made and what it would cost per hour to estimate a job)<br>- he wanted to get into lead abatement and get into coatings<br>- to diversify<br>- 4 projects an estimate made on<br>- some others I advised them not to bid on |
| 10:39:57 AM | - expected to be paid for the jobs I actually estimated<br>- **Exhibit(s) Identified** |

| | |
|---|---|
| 10:44:12 AM | - coating specification for Buskam River Bridge<br>- everything I got I got from Jason<br>- I advised them against bidding this; could not qualify unless QP 1,2,3 certified<br>- 4 projects bid was the Cargo Warf phase One, a Pouring Tank, and Steam pipe, and Cargo Warf repair<br>- 2500 each total of $10,000<br>- worked as independent contractor after hours<br>- 9-27-02 he sent me check for $6,500<br>- I asked hum several times<br>- he told me he would pay me when he could<br>- said he would pay rest later |
| 10:46:51 AM | - never asked for loan<br>- never had credit card or car problems<br>- did estimate for (Phase One)<br>- Techno's name was on it<br>- told by Mr Olson after I did the job that he was low bidder, but he was not qualified<br>- I hooked him up with Techno as QP 1,2,3 qualified<br>- Dave refused to do the job<br>- he was booked full and decided to pass on the job |
| 10:49:26 AM | - I did not declare income because my accountant said I should not unless I received a 1099<br>- I did not receive a 1099<br>- there was a problem with the inspection by Coffman Engineers<br>- testing was improper<br>- I and Imperial got de-certified<br>- we got barred from the base<br>- our employees were certified, but we got barred because Absolute told Brechan<br>- I had personal testing equipment<br>- Tinker Raiser (explained)<br>- adhesion tester (explained)<br>- 5 personal scaffold planks 24 inches wide 28 feet long |
| 10:53:30 AM | - I went home (deaths in family)<br>- while away was barred from base |
| 10:54:04 AM | - **Exhibit(s) Identified**                                           AAA<br>- bill of sale for adhesion tester $1495<br>- I did not sell items to Imperial<br>- items were put on (purchase orders) for tracking purposes only<br>- was a (purchase order) for everything that went to job for tracking purposes<br>- instruments not returned |
| 10:56:53 AM | - **Exhibit(s) Identified**                                           U<br>- pricing schedule for Tinker Raiser $3,050<br>- what I paid for it<br>- never sold to Imperial |
| 10:59:25 AM | - Olson paid for February 2002 trip to Alaska (Kodiak Coast Guard job and a post office job outside of Valdez)<br>- $3,500 owed (i.e. 10,000 less 6,500)<br>- Absolute never dealt with Techno or Long<br>- no letterhead from Murphy or Long, etc. |
| 11:01:57 AM | - **Exhibit(s) Identified**                                           E<br>- **Admitted Exhibit(s)**                                          A, U, AAA<br>- (Exhibit E described)<br>- third item were the scaffold planks<br>- sent to Kodiak and tracked by a PO<br>- no payment for these items |

| Time | Content | Exhibit |
|---|---|---|
| 11:05:39 AM | - besides the 4 projects estimated, they sent me solicitations about jobs they might want to look at<br>- 2 list, one had Sitka Bridge on it<br>- **Admitted Exhibit(s)** | E |
| 11:06:46 AM | - **Exhibit(s) Identified**<br>- airline ticket purchased by Mr Olson for me<br>- says (Alaska Visa Card)<br>- **Admitted Exhibit(s)** | I<br><br><br>I |
| 11:08:57 AM | - **Exhibit(s) Identified**<br>- estimate for wharf repair<br>- one of the four jobs<br>- I prepared a mission statement for Dave | L |
| 11:11:02 AM | Off record for recess | |
| 11:21:34 AM | On record<br>- **Exhibit(s) Identified**<br>- sent by Jason | AE |
| 11:22:30 AM | **Admitted Exhibit(s)**<br>**Exhibit(s) Identified**<br>- Construction listing of jobs in Alaska<br>- I went through list to look for jobs for Absolute to bid on<br>- nothing interesting<br>- as an independent contractor<br>- **Admitted Exhibit(s)**<br>- **Exhibit(s) Identified**<br>- letter from attorney to Olson's attorney (portion read by witness)<br>- **Admitted Exhibit(s)** | AE<br>AD<br><br><br><br><br>AD<br>Z<br><br>Z |
| 11:26:03 AM | **Exhibit(s) Identified**<br>- other letter asking for return of instruments<br>- Pederson never responded to the letters<br>- **Admitted Exhibit(s)**<br>- **Exhibit(s) Identified**<br>- mission statement I sent to Dave Olson<br>- in anticipation of getting/bidding jobs<br>- what I wrote was union, not vision<br>- I was elected resident of the union again<br>- prepared at Olson's request<br>- **Exhibit(s) Offered**<br><br>objection by Nangle<br>- - not the complete document<br>- I have marked the entire document As Exhibit 10<br><br>Overruled<br>**Admitted Exhibit(s)** | X<br><br><br>X<br>N<br><br><br><br><br><br>N<br><br><br><br><br><br>N |
| 11:33:21 AM | **Exhibit(s) Identified**<br>- the purchase orders for the items comprising the counterclaim<br>- used for tracking<br>- **Admitted Exhibit(s)**<br>- **Exhibit(s) Identified**<br>- fed ex air bill addressed to home address<br>- **Admitted Exhibit(s)** | V<br><br><br>V<br>R<br><br>R |

|  |  |
|---|---|
|  | - **Exhibit(s) Identified**            S |
|  | - cahiers check $6500 paid for estimating services |
|  | - nothing which says loan |
|  | - I did not insist of employment contract for estimating services |
|  | - we were friends |
|  | - stayed at his house, he bought me books |
| 11:37:17 AM | - first time heard of loan in a letter in 2004 |
|  | - this was after federal lawsuit filed |
|  |  |
| 11:38:10 AM | Cross exam of Puett by Nangle |
|  | - RTP is name of my contracting company |
|  | - C33 painting contractor |
|  | - a specialized contractor |
|  | - operated out of my home |
|  | - do not know license number, can check on internet |
|  | - no workers comp since a sole proprietor |
|  | - **Exhibit(s) Identified**            10 |
|  | - (lists employer as Techno Coatings) |
|  | - did bid estimates as employee of Techno Coatings |
|  | - did not work for Murphy between 1990-2000 |
|  | - (re reference to Murphy Industrial Coatings on resume) |
|  | - then went to work for Techno |
|  | - (re Mike Birney letter) |
|  | - I did not author the letter or include it on resume |
| 11:45:22 AM | - accountant said if I did not get 1099, should not declare the 6500 |
|  | - signed my tax return |
|  | - (re Exhibit 3) |
|  | - material and equipment they wanted back |
|  | - says notice of conversion, not that they wanted it back |
|  | - on purchase order, but not purchased |
|  | - McKinley produced checks, I never got a check |
|  | - when I got my personal items I did not ask for testing equipment |
|  | - I sued Jason Peterson on advice of my attorney |
| 11:49:21 AM | - I wanted to go on base and get personal items |
|  | - I got only items from office |
|  | - I wanted to go through containers and inventory what was mine |
|  | - Jason Peterson refused to allow me on base |
|  | - inspection equipment retains its value, not depreciated |
| 11:51:28 AM | - it did not make sense for me to have sued my employer (Imperial Industrial Coatings) |
|  | - I used this money (Exhibit S) to pay my American Express bill |
|  | - helped Absolute bid on Phase One |
|  | - I suggested that Techno could be used as a subcontractor on the job |
|  | - Techno never agreed to be a subcontractor since Dave decided not to go forward |
|  | - Phase Two was different job than Phase One |
| 11:57:31 AM | - Did not invoice Absolute for work in 2000, 2001, 2002, 2003. |
|  |  |
|  | Nangle |
|  | - this a good time to break |
|  |  |
|  | Court |
|  | - resume 8:30 tomorrow |
|  | - |
| 11:58:31 AM | Off record |