

# ALASKA EQUIPMENT APPRAISERS



## ALASKA EQUIPMENT APPRAISERS

13000 Patrick Road ~ Anchorage, Alaska 99516
Office 345-0087 ~ Cell 250-9083 ~ Fax 345-7806 ~ e-mail mrtope@yahoo.com
MIKE TOPE, CEA
Association of Machinery and Equipment Appraisers - Certified Equipment Appraiser
Equipment Appraisers Association of North America - Associate Member
Better Business Bureau of Alaska, Inc. - Member

11/24/2004

Marston Heffernan Foreman, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052-4424

Attn: Richard R. Roland

RE:   Machinery & Equipment Appraisal - Absolute Environmental Services

Mr. Roland,

In accordance with your request, I have prepared a self-contained appraisal report of the subject assets for the purpose of arriving at an opinion of "Fair Market Value". The market & cost approaches were used in determining the value of the equipment. I physically inspected the equipment on November 5th, 2004 at Absolute Environmental Service's yard in south anchorage. The intended use of this report is for establishing market value to assist Marston Heffernan Foreman, PLLC (Richard R. Roland) in resolving a dispute between Absolute Environmental Services and a subcontractor. The intended user of this report is Marston Heffernan Foreman PLLC.

Based on my research, analysis, and conclusions which follows, my opinion of the appraised items as of the effective date of November 24th, 2004, is as follows: **$ 78,959.50**

In this report I have not verified the equipment / property ownership, nor have I taken into consideration any encumbrances which may be against it. My work has only to do with the estimate of value. The values were arrived at in good faith using information and specifications provided by Absolute Environmental Services.

Regards,

*[signature]*
Michael R. Tope, CEA
Alaska Equipment Appraisers

[SEAL]

Exhibit 16  2 of 7

**DESCRIPTION OF PROPERTY**
**2 ½ drums of 1864 Activator & 7 drums of 1864 base – could not locate**
2003 Graco extreme pump-in report
2003 KTA Inspection guages-in report
**Ulmer stuff-could not locate**
Tarps – in report

Come-a-longs – in report
Crane – in report
**2 boats – in Kodiak, 1 sold, uncertain of status of other boat**
**30 drums, could not locate, if found maximum value of $ 20.00 per drum**
25 Coffer Dam floats-in report
**Float barges-could not locate**
**3 drums of thinner-could not locate**
550' blast hose-in report
2 x 35' whips-in report
5 x 25' bull line-in report
2 x 6 bag pot-in report
5 nozzles-in report
**1 bag ¾" air line gaskets-could not locate**
4 faceshield frames-in report
7 facehield lenses-in report
**48 boxes shep shot 20/50 sand-could not locate**
**2 containers ear plugs-could not locate**
3 40' conex containers & 1 20' containers-in report
**35 scaffold planks-could not locate**
**25 sheets of 80 grit sandpaper-could not locate**
**6 faceshields-could not locate**
**6 faceshield frames-could not locate**
**2 boxes razor blades-could not locate**
3 stacks, 7 small stacks wire brushes-in report
1 Hankinson DH1550 dryer-in report
1 1300 CFM Sullair air compressor-in report
1 500 gallon fuel tank-in report
2 portable toilets-in report
**6 pairs of knee pads-could not locate**
1 case of rain gear-in report
12 pairs of rain boots-in report
**30 pairs of gloves-could not locate**
**7 sawsall-could not locate**
1 skillsaw-in report
2 electric drills-in report
1 air die grinder w/accessories-in report
2 cordless Makita drills-in report
1 Black & Decker cordless drill-in report
1 heavy duty welding kit-in report

3 cases of 4 ½" grinding wheels-in report
3 x 29 piece drill bit set-in report
4 microwave ovens-in report
50 x 24" bunji cords-in report
5 x 1" bracket straps-in report
200" of 3" air line-in report
2 Mr. Coffee machines-in report
**10 Portable band saw blades-could not locate**
600' of ¼" air supply line-in report
600' of ¾" air line-in report
**1 portable band saw-could not locate**
1 box of Aerolock 1" straps-in report
1 heat gun-in report
5 rolls of yellow caution tape-in report
**2 x 115 piece drill bit sets-could not locate**
15 tires (inflated)-could not locate, found 15" truck tire inner tubes
166' tape measure-in report
**20 spray socks-could not locate**
5 boxes of hammer/tacker staples, 3/8" arrow T-50 compatible-in report
**3 packs of paint strainer bags-could not locate**
10 grinders-in report
4 blast hoods-in report, found one new unused
**2 hood glass-1000 sheets, could not locate**
20 electrical cords-in report

Exhibit 16 4 of 7

## NON-PICTURED ITEMS

2003 Graco Extreme sprayer with all accessories, 4100 PSI
**$ 10,000.00**

2003 KTA Inspection guages for checking paint surfaces/thickness,
**$ 5,000.00**

600' of ¾" sandblast hose ( item 585 )
$ 2.00 per foot, **$ 1,200.00 total**

(4) Aerolock 1" ATV type ratchet straps ( item 2799 )
$ 10.00 each, **$ 40.00 total**

(1) 40' Conex Container, located in Kodiak, Alaska
**$ 2,500.00**

**PAGE TOTAL $ 18,740.00**

# ALASKA EQUIPMENT APPRAISERS

13000 Patrick Road ~ Anchorage, Alaska 99516
Office 345-0087 ~ Cell 250-9083 ~ Fax 345-7806 ~ e-mail mrtope@yahoo.com
MIKE TOPE, CEA
Association of Machinery and Equipment Appraisers - Certified Equipment Appraiser
Equipment Appraisers Association of North America - Associate Member
Better Business Bureau of Alaska, Inc. - Member

## CERTIFICATION

I certify that to the best of my knowledge and belief:

1. The statements of fact contained in this report are true and accurate.

2. The reported analysis, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, unbiased professional analyses, opinions, and conclusions.

3. I have no present or prospective interest in the equipment that is the subject of this report, and I have no personal interest with respect to the parties involved.

4. I have no bias with respect to the equipment that is the subject of this report or to the parties involved with this assignment.

5. My compensation is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of, the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

6. My analysis, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice ( standards 7 & 8 personal property ) to the best of my ability.

7. I have made a personal inspection of the equipment that is the subject of this report.

8. No one provided significant professional assistance to the signing of this report.

_____
MICHAEL R. TOPE, CEA

d:/certification

Exhibit 16  6 of 7

The remainder of this report is too voluminous to file electronically, so a printed copy of the report in its entirety will be provided to this Court and counsel under separate cover. Counsel for Emerco, Inc. and McKinley have had the report in their possession for many months now.