# Absolute Environmental Services, Inc.

P.O. Box 112807 • Anchorage, AK 99511-2807 • Phone (907) 346-4490 • Fax (907) 346-4491

August 6, 2003

Imperial Industrial Coatings
Forest (Mack) McKinley
128813 Pico Street, Unit D
Grande Terrace, CA 92313

RE:   Cargo Wharf Pile Coating Phase II, ISC Kodiak, Alaska
      33-S01171 Task 643P92

Subject:   Notice to Cure - Certification

Mr. McKinley;

Yesterday, your coatings supplier revoked Tom Puett's and, therefore, IIC's certification to apply the coatings specified on the project. It is our understanding that without the certification you are incapable of performing your work.

This is obviously an extremely serious situation and, unless corrected immediately, would constitute a material breach of your contract with us. At present, we will be attempting to maintain progress on your work scope with forces of our own and offsetting your contract price for the cost we incur in the process.

You are hereby directed to contact the undersigned within twenty –four hours and provide us with your immediate advice as to whether and how you intend to cure this breach. Should you fail to do so or fail to provide us with reasonable and realistic assurances of your ability to perform, we will be required to take over the balance of your work and pursue you for reimbursement of any excess costs we incur in completing the work on your behalf.

Finally, because, at present, you lack the necessary certifications to permit you to perform, your personnel are not authorized to continue work. Until such time as you have cured this breach by producing necessary certifications enabling you to perform your work, your personnel will not be allowed access onto the Coast Guard facility.

I MUST HEAR FORM YOU IMMEDIATELY.

Sincerely,

*[signature]*

David E. Olson
President
Absolute Environmental Services, Inc.

Cc:   Brechan Enterprises, Inc.

Exhibit __4__ p. 1/1

AES000710