```
95:23 Q    All right.  Mr. Puett, you've been handed Exhibit 14.
   24 Do you recognize that document?
   25 A    Yes.
96: 1 Q    And are you the author of that document?
    2 A    Yes.
    3 Q    What is Exhibit 14?
    4 A    It's a calculation of time to remove gray coatings
    5 from a single pile.
    6 Q    And there's a reference to a wage rate, 24.28.
    7 What's that?
    8 A    That was the wage of the person that was working on
    9 that pile when the work was being done.
   10 Q    Do you recall who that was?
   11 A    Don't recall.
   12 Q    And benefits, 11.19?
   13 A    Yes.
   14 Q    So it looks as though you're preparing a wage -- what
   15 I'm trying to think of here -- a burdened wage rate of
   16 $35.47; is that right?
   17 A    Yes.
   18 Q    And then you multiply that by .55 which equates to 33
   19 minutes out of an hour?
   20 A    Yes.
   21 Q    So that's .55 hours?
   22 A    Yes.
   23 Q    And so it's -- you get $19.50 to remove the gray coat
   24 on one pile?
   25 A    Yes.
97: 1 Q    And is that accurate information that you conveyed
    2 here?
    3 A    As it relates to --
    4 Q    Well, 33 minutes is an accurate representation of
    5 what it costs to remove two feet of gray coating; is that
    6 right?
    7 A    Not two feet; there's more than two feet.
    8 Q    How much is it?
    9 A    I don't remember that calculation.  It's more than
   10 two feet.
   11 Q    As best you recall, what was the size of the area
   12 involved?
   13 A    Something greater than 20 square feet.
   14 Q    And converting that to elevations, what does that
   15 come to?  When I say two feet, I'm talking about an
   16 elevation.  Are we talking about the same thing?  You're
   17 talking area and I'm talking distance in elevation?
   18 A    Well, as I told you earlier in my testimony, the area
   19 involved the gray coating was at elevation 19 down
   20 to elevation -- 119 to 117.
   21 Q    Which is a two-foot difference in my mind.
   22 A    And then also from 109 to 111, which is where the
   23 connectors are for the horizontals, the verticals, and the
   24 diagonals.
   25 Q    So that's two feet at one location and two feet at
98: 1 another location, correct?
```

```
 2 A    Lineal feet.
 3 Q    Lineal feet, right.  So how long did it take to
 4 remove that four lineal feet of gray coating?
 5 A    33 minutes.
 6 Q    So then if that indicative of what you experienced
 7 with each pile, then it was 33 minutes per pile; is that
 8 right?
 9 A    Yes.
10 Q    So if you had 118 piles that you encountered that had
11 that problem, then in terms of labor you're talking about
12 $19.50 times 118 piles, correct?
13 A    Well, that's the labor just to do the work.
```

## Puett, Ralph Thomas - Vol. 1
Issues:    10 Gray Coating

```
98:14 Q    Right.  What else is there?
   15 A    Well, you have a pot tender.
   16 Q    A what?
   17 A    A pot tender for the blast unit.
   18 Q    Is that an Imperial employee or an Absolute employee?
   19 A    Could have been either one.
   20 Q    Was that part of Absolute's scope or Imperial's
   21 scope?
   22 A    It was part of Absolute's scope.
```

## Puett, Ralph Thomas - Vol. 1
Issues:    10 Gray Coating

```
98:23 Q    How many other people did you have in addition to the
   24 person handling the nozzle and the pot tender?
   25 A    Well, there were people to clean up afterwards.  What
99: 1 I'm telling you is that this is just the actual nozzle
    2 time of a guy to remove the coating.  There are a lot of
    3 other related things, such as your pot tender, such as
    4 clean-up, such as disposal, those types of things.
```

## Puett, Ralph Thomas - Vol. 1
Issues:    10 Gray Coating