| | |
|---|---|
| 1 | Terry R. Marston, *pro hac vice,* terry@mhf-law.com |
| | Jami K. Elison, *pro hac vice,* jamie@mhf-law.com |
| 2 | Jesse P. Elison, *pro hac vice,* jessee@mhf-law.com |
| | MARSTON HEFFERNAN FOREMAN, PLLC |
| 3 | 16880 N.E. 79th Street |
| | Redmond, Washington 98052 |
| 4 | (425) 861-5700 |
| 5 | PAUL J. NANGLE & ASSOCIATES |
| | Kerry Building |
| 6 | 101 Christensen Drive |
| | Anchorage, Alaska 99501 |
| 7 | Telephone: (907) 274-8866 |
| 8 | Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC. |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL )
SERVICES, INC., an Alaska Corporation, )   Case No.: A03-0199CV (RRB)
)
        Plaintiff, )
    vs. )
)   **ORDER GRANTING PLAINTIFF**
FORREST J. MCKINLEY, an individual, )   **ABSOLUTE'S MOTION TO COMPEL**
d/b/a "Imperial Industrial Coatings" and )   **DEFENDANT BRECHAN ENTERPRISES,**
EMERCO, INC., a California Corporation, )   **INC. TO RESPOND TO DISCOVERY**
d/b/a Imperial Industrial Coatings, BRECHAN )   **REQUESTS**
ENTERPRISES, INC., an Alaska corporation; )
and SAFECO INSURANCE COMPANY OF )   **[PROPOSED]**
AMERICA, a Washington Corporation. )
)
        Defendants. )
EMERCO, INC., a California corporation d/b/a )
Imperial Industrial Coatings, and the States for )
Use and Benefit of EMERCO, INC., )
)
Counterclaimant/Third-party Claimant, )
)
v. )
)
ABSOLUTE ENVIRONMENTAL SERVICES )
INC., an Alaska corporation, et al., )
)
Cross-defendants/Third-party Defendants. )
)
)

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, )<br>)<br>)<br>)<br>) |
| 2 | |
| 3 | |
| 4 | Plaintiff,<br>vs. )<br>)<br>) |
| 5 | |
| 6 | SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. )<br>)<br>) |
| 7 | Defendants. )<br>) |
| 8 | |
| 9 | BRECHAN ENTERPRISES, INC., an Alaska corporation, )<br>)<br>) |
| 10 | Counterclaim Plaintiff, )<br>) |
| 11 | vs. )<br>) |
| 12 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, )<br>)<br>) |
| 13 | Counterclaim Defendant. ) |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska corporation, )<br>) |
| 15 | |
| 16 | Third-Party Plaintiff,<br>vs. )<br>)<br>) |
| 17 | COFFMAN ENGINEERS, INC, a Washington Corporation. )<br>)<br>) |
| 18 | Third-Party Defendant. )<br>) |
| 19 | ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, )<br>)<br>) |
| 20 | |
| 21 | Plaintiff/Cross-claimant,<br>vs. )<br>)<br>) |
| 22 | COFFMAN ENGINEERS, INC, a Washington Corporation. )<br>)<br>) |
| 23 | |
| 24 | Third-Party Defendant. )<br>) |
| 25 | |
| 26 | |

[PROPOSED] ORDER GRANTING PLAINTIFF ABSOLUTE'S MOTION TO COMPEL DEFENDANT
BRECHAN ENTERPRISES, INC. TO RESPOND TO DISCOVERY REQUESTS
Case No. A03-0199CV (RRB)-- 2

THIS MATTER came before the Court on Absolute's Motion for Compel Defendant Brechan Enterprises, Inc. to Respond to Discovery Requests. Having entertained the memoranda, exhibits and declarations supporting and opposition to the motion, the Court GRANTED.

IT IS ORDERED that on or before _____ \_\_\_, 2006, Brechan Enterprises, Inc. shall produce to Absolute all documents requested in Absolute's Requests for Production Nos. 6 and 7.

IT IS ORDERD that on or before _____, 2006 Brechan Enterprises, Inc. shall produce to Absolute all surety bonds or supplemental riders or accounting that demonstrates any adjustments to the penal sum of the bond issued to Brechan for phase II of the Cargo Wharf project pursuant to FRCP 26(a).

IT IS FURTHER ORDERED that defendants shall pay plaintiff $_____ for reasonable costs and fees related to plaintiff's motion to compel, said payment to be made within five (5) days of the date of this order..

Dated this _____ day of _____, 2006.

_____
The Honorable Ralph R. Beistline
United States District Court Judge