Robert J. Dickson, Esq., ABA #7210044
ATKINSON, CONWAY & GAGNON
Attorneys for Third Party Defendant
Specialty Polymer Coating USA, Inc.
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
rjd@acglaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>              Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community composed thereof d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corp. d/b/a Imperial Industrial Coatings,<br><br>              Defendants. | |
| EMERCO, INC., a California corp. d/b/a Imperial Industrial Coatings, and the States for the Use and Benefit of EMERCO, Inc.<br><br>Counter-Claimant/Third Party Plaintiff<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corp., SPECIALTY POLYMER COATINGS USA, INC., a Canadian Corp.;<br><br>Cross-Defendants/Third Party Defendants. | **NONOBJECTION OF SPECIALTY POLYMER COATINGS USA, INC.**<br><br><br>Case No. A-03-0199 Civ. (RRB) |

Third Party Defendant, SPECIALTY POLYMER COATINGS USA, INC. (Specialty Polymer), by and through its attorneys, Atkinson, Conway & Gagnon, hereby submits its nonobjection to Coffman's proposed stipulation, the subject of its notice of withdrawal of motion, docket no. 217, (August 3, 2006).

DATED this 7^(TH) day of August, 2006.

        ATKINSON, CONWAY & GAGNON
        Attorneys for Specialty Polymer Coatings USA, Inc.
        By  *s/ Robert J. Dickson*
        Robert J. Dickson
        ABA #7210044
        ATKINSON, CONWAY & GAGNON
        420 L Street, Suite 500
        Anchorage, Alaska 99501-1989
        (907) 276-1700
        Fax: (907) 272-9272
        rjd@acglaw.com

I certify that on August 7, 2006, a copy a copy of the foregoing was served electronically on the following attorneys or parties of record:

| | |
|---|---|
| Eric J. Brown, Esq.   (Emerco)<br>Jermain, Dunnagan & Owens, PC | Terry R. Marston II, Jami K. Elison, Esq.  (Absolute)<br>Marston, Heffernan Foreman, PLLC |
| Michael E. Kreger, Esq.<br>Perkins Coie, LLP | Peter C. Partnow, Esq. , J. Stoetzer, Esq.()<br>Lane, Powell, LLC |
| William Baerg, Esq., P. Duffy, Esq.  (Emerco)<br>Monteleone & McCrory, LLP | |

AND WAS SERVED BY FIRST CLASS MAIL ON:

Paul J. Nangle, Esq.       (Absolute)
Paul J. Nangle & Associates
101 Christensen Drive
Anchorage  AK  99501

 *s/Robert J. Dickson*
       Robert J. Dickson

Nonobjection to Coffman's Proposed Stipulation
<u>Absolute v. McKinley, et al.</u>  Case No.:  3:03-cv-00199 RRB
Page 2 of 2
85946/7413.1