Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>    Defendants. | Case No. 3:03-cv-00199-RRB |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>  Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>  Cross-Defendants/Third-Party Defendants. | ~~PROPOSED~~ ORDER<br>RE PRETRIAL SCHEDULE AND<br><u>IDENTIFICATION OF TRIAL EXHIBITS</u> |

| |
|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>         Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>         Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>         Counterclaim Plaintiff,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>         Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>         Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC., a Washington corporation,<br><br>         Third-Party Defendant. |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

  Based upon the Revised Stipulation re Pretrial Schedule and Identification of Trial Exhibits, executed by the parties, IT IS HEREBY ORDERED that the attached pretrial schedule be followed in light of the October 2, 2006 trial date.

| | |
|---|---|
| Expert Reports: | July 3, 2006 |
| Final Witness Lists, Including Experts: | September 1, 2006 |
| Objections to Expert Witnesses: | September 15, 2006 |
| Discovery Closes: | July 3, 2006 |
| Discovery Motions: | August 4, 2006 |

Order Re Pretrial Schedule and Identification of Trial Exhibits
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. 3:03-cv-00199-RRB)    Page 2 of 3

| | |
|---|---|
| Dispositive Motions: | August 4, 2006 |
| Motions in Limine: | September 8, 2006 |
| Designation of Deposition/Telephonic Testimony: | September 1, 2006 |
| Meeting of counsel to exchange exhibit lists and exhibits | September 8, 2006 |
| Objections to Deposition Testimony and Counter Designations: | September 15, 2006 |
| Meeting of counsel and deputy clerk to review trial exhibits | September 15, 2006 |
| Exhibit Lists filed and Exhibits lodged with the court: | September 21, 2006 |
| Objections to Exhibits: | September 25, 2006 |
| Counsel to meet and confer on instructions: | September 15, 2006 |
| Jury Instructions: | September 22, 2006 |
| Objections to Jury Instructions: | September 29, 2006 |
| Voir Dire: | September 27, 2006 |
| Trial Brief: | September 22, 2006 |

IT IS FURTHER ORDERED that for the purpose of identifying and marking trial exhibits, the parties will identify their proposed trial exhibits as follows:

| | |
|---|---|
| Absolute Environmental Services, Inc. | A1 through A? |
| Brechan Enterprises, Inc. | B1 through B? |
| Coffman Engineers, Inc. | C1 through C? |
| Forrest McKinley and Emerco, Inc. | I1 through I? |
| Specialty Polymer Coatings USA, Inc. | S1 through S? |

ORDERED this ___7___ day of August, 2006.

The Honorable Ralph R. Beistline
United States District Court Judge

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631