Michael E. Kreger
James N. Leik
Melissa A. Bast
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>    Plaintiff,<br>v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>    Defendants. | Case No. 3:03-cv-0199-RRB |

### ERRATA TO
### BRECHAN ENTERPRISES' AND SAFECO'S
### MOTION TO EXCLUDE DAMAGES TESTIMONY
### BY MICHAEL LEMBKE
### AND MOTION FOR SUMMARY JUDGMENT

On August 4, 2006, at Docket 218, Brechan and Safeco filed their Motion to Exclude Damages Testimony by Michael Lembke and Motion for Summary Judgment. Page 14 of the Motion, second paragraph from the bottom of the page,

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB    - 1 -    [38599-0012/AA062190.002]

refers to "part II B." This reference is incorrect. The correct reference is "part II C."

DATED: August 7, 2006.

**PERKINS COIE LLP**
Attorneys for Defendant
Brechan Enterprises, Inc.

By   /s/ Michael E. Kreger
   Michael E. Kreger
   Alaska Bar No. 8311170
   James N. Leik
   Alaska Bar No. 8111109
   Perkins Coie LLP
   1029 W. Third Avenue, Suite 300
   Anchorage, Alaska 99501
   (907) 279-8561
   (907) 276-3108 (Facsimile)
   Email: mkreger@perkinscoie.com

I hereby certify that on August 7, 2006, the foregoing has been served by electronic mail on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

  /s/ Michael E. Kreger
    Michael E. Kreger

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB      - 2 -      [38599-0012/AA062190.002]