Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>    Plaintiff,<br>v.<br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings"; EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br>    Defendants. | Case No. 3:03-cv-0199-rrb<br><br>**BRECHAN ENTERPRISES, INC.'S REPLY TO COFFMAN ENGINEERS, INC.'S COUNTERCLAIM** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the use and benefit of EMERCO, INC.,<br>  Counterclaimant/Third-Party Claimant,<br>v.<br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br>  Cross-defendants/Third-party Defendants. | |

| |
|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>    Plaintiff,<br>v.<br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br>    Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br>    Counterclaim Plaintiff,<br>v.<br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>    Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br>    Third-Party Plaintiff,<br>v.<br>COFFMAN ENGINEERS, INC., a Washington corporation,<br>    Third-Party Defendant. |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>    Plaintiff/Cross-claimant,<br>v.<br>COFFMAN ENGINEERS, INC., a Washington corporation,<br>    Defendant/Cross-claim Respondent. |

**BRECHAN ENTERPRISES, INC.'S REPLY TO COFFMAN ENGINEERS, INC.'S COUNTERCLAIM**

Brechan Enterprises, Inc. ("Brechan") answers the counterclaim of Coffman Engineers Inc. ("Coffman") as follows:

1.    Brechan admits the allegation of paragraph 1.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

2. Brechan admits the allegation of paragraph 2.

3. Brechan admits the allegation of paragraph 3.

4. Brechan admits the allegation of paragraph 4.

5. Brechan denies the allegation of paragraph 5.

6. Brechan denies the allegation of paragraph 6.

7. Brechan denies the allegation of paragraph 7.

8. Brechan denies the allegation of paragraph 8.

Answering Coffman's Prayer for Relief, Brechan denies that Coffman is entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

1. Coffman's counterclaim fails to state a cause of action upon which relief may be granted.

2. Coffman's injuries, if any, were caused, in whole or in part, by its own negligence or breaches of contract.

3. Coffman's injuries, if any, were caused, in whole or in part, by third parties over whom Brechan has no control and for whom Brechan is not responsible.

4. Coffman has failed to mitigate its damages, if any.

5. Coffman's counterclaim is untimely.

6. Coffman is obligated to defend and indemnify Brechan for the matters asserted against Brechan.

7. Coffman's counterclaim is barred by the doctrines of waiver, estoppel, unclean hands, and laches.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

BRECHAN'S REPLY TO COUNTERCLAIM
3:03-cv-0199-rrb                    - 3 -                    [38599-0012/AA062200.010]

8. Brechan reserves the right to add additional affirmative defenses as may be discovered through future investigation or discovery.

DATED at Anchorage, Alaska, this 8th day of August, 2006.

By   /s/ Michael E. Kreger
Michael E. Kreger
Alaska Bar No. 8311170
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
Email: mkreger@perkinscoie.com

I hereby certify that on August 8, 2006, the foregoing has been served by electronic mail on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

  /s/ Michael E. Kreger
    Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

BRECHAN'S REPLY TO COUNTERCLAIM
3:03-cv-0199-rrb      - 4 -      [38599-0012/AA062200.010]