Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRIESES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                    Defendants. | Case No. 3:03-cv-00199-RRB |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>    Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>   Cross-Defendants/Third-Party Defendants. | **PROPOSED ORDER ON COFFMAN'S REQUEST FOR ORAL ARGUMENT** |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone  907.277.9511  Facsimile  907.276.2631

|  |
|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                                    Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                                    Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                                    Counterclaim Plaintiff,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                                    Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                                    Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC., a Washington corporation,<br><br>                                    Third-Party Defendant. |

Defendant Coffman Engineers, Inc. ("Coffman") having requested oral argument on the following motions:

1. Coffman Engineers, Inc.'s Motion and Memorandum in Support of Motion for Partial Summary Judgment Dismissing Claim by Plaintiff Absolute Environmental Services, Inc. for Business Devastation Damages [Docket 215];

2. Brechan Enterprises' and Safeco's Motion to Exclude Damages Testimony by Michael Lembke and Motion for Summary Judgment [Docket 218];

3. Brechan Enterprises' and Safeco's Motion for Partial Summary Judgment to Dismiss Absolute's "Business Devastation" Claim and Motion in Limine to Exclude Testimony Concerning Alleged Business Devastation [Docket 219];

4. Coffman's Motion for Summary Judgment Dismissal of Absolute's Negligence Claims [Docket 222];

5. Coffman's Motion for Summary Judgment Against Absolute Regarding Negligent and Fraudulent Misrepresentation Claims [Docket 224]; and

6. Brechan Enterprises' Motion for Summary Judgment on Absolute Environmental Services' Negligent Design, Differing Site Condition, Constructive Change, Covenant of Good Faith and Fair Dealing, Implied Contract and Equity Claims [Docket 225].

7. Brechan Enterprises' and Safeco's Motion for Summary Judgment – Nondisclosure [Docket 214].

The Court hereby GRANTS Coffman's request and sets oral argument for September ____, 2006 at _____ am/pm in Courtroom 2.

SO ORDERED this ____ day of _____, 2006.

_____
The Honorable Ralph R. Beistline
United States District Court Judge

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

I certify that on August __, 2006, a copy of the foregoing was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow
011680.0076/156110.1