Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>　　　　Plaintiff,<br>v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>　　　　Defendants. | Case No. 3:03-cv-0199-RRB |

**DECLARATION OF MICHAEL E. KREGER**

I, Michael E. Kreger, hereby declare under penalty of perjury, that:

1. I am an attorney representing Brechan Enterprises, Inc. and Safeco Insurance Company of America in this matter.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of a letter and attachments which I emailed to counsel for Absolute on Thursday, August 10, 2006. The attachments are Bates-stamped BEI 20716-BEI 20734.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB　　　　- 1 -　　　　[38599-0012/AA062270.004]

DATED: August 15, 2006.

> PERKINS COIE LLP
> Attorneys for Defendant
> Brechan Enterprises, Inc.
>
> By  /s/ Michael E. Kreger
>   Michael E. Kreger
>   Alaska Bar No. 8311170
>   Perkins Coie LLP
>   1029 W. Third Avenue, Suite 300
>   Anchorage, Alaska 99501
>   (907) 279-8561
>   (907) 276-3108 (Facsimile)
>   Email: mkreger@perkinscoie.com

I hereby certify that on August 15, 2006, the foregoing has been served by electronic mail on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

 /s/ Michael E. Kreger
   Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB            - 2 -            [38599-0012/AA062270.004]