

Michael E. Kreger
PHONE 907.263.6916
EMAIL: mkreger@perkinscoie.com

1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
PHONE: 907.279.8561
FAX: 907.276.3108
www.perkinscoie.com

August 10, 2006


**VIA ELECTRONIC MAIL**


Terry Marston
Marston & Heffernan
16880 NE 79th Street
Redmond, WA  98052-4424

**Re:    Absolute v. McKinley et al**
**Payment Bonds 6165609 and 6165609-0001**

Dear Terry:

Pursuant to your inquiry and request last Friday, enclosed please find:

1.     Payment Bond No. 6165609, dated August 6, 2002, for Contract DTCG50-02-D-643J55 (Bates numbers BEI20716 to BEI20718.)

2.     Print outs of Safeco computer records concerning Payment Bond No. 6165609 and Payment Bond No. 6165609-0001. (BEI 20719 to 20734.)

Delivery Order DTCG50-03-F-643P92 for the cargo wharf recoating project was issued on December 12, 2002, during the initial term of the JOC contract J55.  Bond No. 6165609 is the bond applicable to this delivery order and to the Absolute subcontract.  A second bond, Payment Bond No. 6165609-0001, which Absolute attached to its complaint as Exhibit A, was issued May 1, 2003 for Option Year 1 of DTCG50-02-D-643J55.  It appears both Absolute and Brechan were mistaken as to the applicability of that bond (6165609-0001) to Absolute's subcontract.

For purposes of any contract terms inconsistent (i.e., longer) with the statutory one year period for notice, you may note that the terms of the two bonds are identical.

[38599-0012/AA062210.013]

Exhibit 1 - Page 1 of 21

Terry Marston
August 10, 2006
Page 2

I have been advised by my clients that that these two bonds are the only bonds that have been issued under Contract DTCG50-02-D-643J55 and that no riders were issued for either the applicable bond, Payment Bond No. 6165609, or for Payment Bond No. 6165609-0001.[1]

Sincerely,

*Milu Kreger*

Michael E. Kreger

Enclosures -- Bates Nos. BEI20716-BEI207334

---

[1] You will note that the final billing entry transaction report for Bond 6165609-0001 on April 10, 2006 makes a reference to an entry for a "Bond 6165609-0002, and that Bates BEI 20733 indicates a premium charged against such a bond number. Again, I'm advised that, notwithstanding the billing entry, no bond was ever issued with bond number 6165609-0002.

[38599-0012/AA062210.013]                                                  08/10/06

**Exhibit 1 -- Page 2 of 21**

| PAYMENT BOND<br>(See instructions on Page 2)<br>Bond No. 6165609 | DATE BOND EXECUTED (Must be same or later than date of contract)<br><br>August 6, 2002 | FORM APPROVED OMB NO.<br><br>**9000-0045** |

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0045), Washington, D.C. 20503.

**PRINCIPAL** (Legal name and business address)

Brechan Enterprises, Inc.
2705 Mill Bay Road
Kodiak, AK 99615

**TYPE OF ORGANIZATION** ("X" ONE)

☐ INDIVIDUAL          ☐ PARTNERSHIP

☐ JOINT VENTURE     ☒ CORPORATION

STATE OF INCORPORATION

Alaska

**SURETY(IES)** (Name(s) and business(es) address)

Safeco Insurance Company of America
Safeco Plaza
Seattle, WA 98185

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| | 100 | 000 | 00 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| July 18, 2002 | DTCG50-02-D-643J55 |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**PRINCIPAL**

Brechan Enterprises, Inc.

| Signature(s) | 1. (Seal) | 2. (Seal) | 3. (Seal) | CORPORATE SEAL |
|---|---|---|---|---|
| Name(s) & Title(s) (Typed) | 1. W. E. Oliver<br>Vice President | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| Signature(s) | 1. (Seal) | 2. (Seal) |
|---|---|---|
| Name(s) (Typed) | 1. | 2. |

**CORPORATE SURETY(IES)**

| S U R E T Y A | Name & Address | Safeco Insurance Company of America<br>Safeco Plaza, Seattle, WA 98185 | STATE OF INC.<br>WA | LIABILITY LIMIT<br>$ 100% | CORPORATE SEAL |
|---|---|---|---|---|---|
| | Signature(s) | 1. Christin M. Sweet | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. Christin M. Sweet<br>Attorney-in-Fact | 2. | | |

NSN 7540-01-152-8081
PREVIOUS EDITION IS USABLE
S-1817/GEEF 7/99

25-205
Page 1 of 2

**STANDARD FORM 25-A** (REV.10-98)
Prescribed by GSA
FAR (48 CFR) 53.228(c)

Exhibit 1 -- Page 3 of 21

BEI20716
38599-0012

**CORPORATE SURETY(IES) (Cont'd)**

| | | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| **S U R E T Y B** | Name & Address | | | | CORPORATE SEAL |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| | | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| **S U R E T Y C** | Name & Address | | | | CORPORATE SEAL |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| | | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| **S U R E T Y D** | Name & Address | | | | CORPORATE SEAL |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| | | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| **S U R E T Y E** | Name & Address | | | | CORPORATE SEAL |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| | | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| **S U R E T Y F** | Name & Address | | | | CORPORATE SEAL |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| | | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| **S U R E T Y G** | Name & Address | | | | CORPORATE SEAL |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated

"SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seals," and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

Exhibit 1 -- Page 4 of 21

BEI20717
38599-0012

 **S A F E C O**  POWER OF ATTORNEY

SAFECO INSURANCE COMPANY OF AMERICA
GENERAL INSURANCE COMPANY OF AMERICA
HOME OFFICE: SAFECO PLAZA
SEATTLE, WASHINGTON 98185

No. 4153

**KNOW ALL BY THESE PRESENTS:**

That SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA, each a Washington corporation, does each hereby appoint

**************************JAMES L. FERGUSON; KURT IMIG; CHRISTIN M. SWEET; LISA M. BATTISTA; Anchorage, Alaska************************

its true and lawful attorney(s)-in-fact, with full authority to execute on its behalf fidelity and surety bonds or undertakings and other documents of a similar character issued in the course of its business, and to bind the respective company thereby.

IN WITNESS WHEREOF, SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA have each executed and attested these presents

this 31st day of January , 2000

*R. A. Pierson*
**R.A. PIERSON, SECRETARY**

*W. Randall Stoddard*
**W. RANDALL STODDARD, PRESIDENT**

**CERTIFICATE**

Extract from the By-Laws of **SAFECO INSURANCE COMPANY OF AMERICA**
and of **GENERAL INSURANCE COMPANY OF AMERICA:**

"Article V, Section 13. - FIDELITY AND SURETY BONDS ... the President, any Vice President, the Secretary, and any Assistant Vice President appointed for that purpose by the officer in charge of surety operations, shall each have authority to appoint individuals as attorneys-in-fact or under other appropriate titles with authority to execute on behalf of the company fidelity and surety bonds and other documents of similar character issued by the company in the course of its business... On any instrument making or evidencing such appointment, the signatures may be affixed by facsimile. On any instrument conferring such authority or on any bond or undertaking of the company, the seal, or a facsimile thereof, may be impressed or affixed or in any manner reproduced; provided, however, that the seal shall not be necessary to the validity of any such instrument or undertaking."

Extract from a Resolution of the Board of Directors of **SAFECO INSURANCE COMPANY OF AMERICA**
and of **GENERAL INSURANCE COMPANY OF AMERICA** adopted July 28, 1970.

"On any certificate executed by the Secretary or an assistant secretary of the Company setting out,

  (i)  The provisions of Article V, Section 13 of the By-Laws, and
  (ii)  A copy of the power-of-attorney appointment, executed pursuant thereto, and
  (iii)  Certifying that said power-of-attorney appointment is in full force and effect,
the signature of the certifying officer may be by facsimile, and the seal of the Company may be a facsimile thereof."

I, R.A. Pierson, Secretary of **SAFECO INSURANCE COMPANY OF AMERICA** and of **GENERAL INSURANCE COMPANY OF AMERICA**, do hereby certify that the foregoing extracts of the By-Laws and of a Resolution of the Board of Directors of these corporations, and of a Power of Attorney issued pursuant thereto, are true and correct, and that both the By-Laws, the Resolution and the Power of Attorney are still in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the facsimile seal of said corporation

this 6th day of August , 2002

 

*R. A. Pierson*
**R.A. PIERSON, SECRETARY**

S-0974/SAEF 7/98

® Registered trademark of SAFECO Corporation
1/31/00 PDF

**Exhibit 1 -- Page 5 of 21**

BEI20718
38599-0012

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0000 NB      3020 ENTRY DATE 08-26-02  CHG DATE 08-21-02
                                  3015 BILL AMT    1,265.00         STATUS V
Bond No 6165609 -       Trans NB  Chg Date    -    -    Serv Cntr SEA
Prin     BRECHAN ENTERPRISES, INC.
Street   2705 MILL BAY ROAD
City     KODIAK          State AK  Zip 99615                    UPLOAD
Obligee  U.S. DEPT OF TRANSPORATION, UNITED STATES COAST GUARD
Street   915 SECOND AVENUE, ROOM 2664
City     SEATTLE         State WA  Zip 981741011
Desc     IDIQ - MULTI TRADE CONSTRUCTION CONTRACT
         CONTRACT NO. DTCG50-02-D-643J55
DATES: Eff  8 - 21 - 02 Exp  8 - 21 - 2003 Trm  8 - 21 - 2003 Inc  8 - 21 - 02
AMNTS: Bond      100,000 Cont      100,000  Perf      100,000 Pymt      100,000
RATES: Company S  Bond Type C    Rating State AK  Class Code 619  TOC 6
       E&O _      PLAN Type __    Yrs in Bus       R/E Equity
OTHER: Div SEA    Agent 12 - 110  Renl Meth 5      Cancel Days  _  DB _
       Acct S180  Prod Line CON   Claim? _         Stmt Code
       Form # O - S1816           Tax Auth _____   Coll _____
       Reinsurance A - _          Prem Waiver _    JV% ____      Schedule? N
Attorney _____
Remark _____
Tran Note _____
Next:  1820 PAGING PAST EARLIEST TRANSACTION NOT ALLOWED
Screen _ Bond _____ - ____    Acct _____ I/X _ S/M _      Switch to _____
```

Exhibit 1 -- Page 6 of 21          BEI20719
38599-0012

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0000 EN      3020 ENTRY DATE 04-10-03   CHG DATE 08-21-02
                                  3015 BILL AMT    44,677.00          STATUS V
Bond No 6165609 -        Trans EN  Chg Date  8 - 21 - 02  Serv Cntr SEA
Prin    BRECHAN ENTERPRISES, INC.
Street  2705 MILL BAY ROAD
City    KODIAK           State AK  Zip 99615
Obligee U.S. DEPT OF TRANSPORATION, UNITED STATES COAST GUARD
Street  915 SECOND AVENUE, ROOM 2664
City    SEATTLE          State WA  Zip 981741011
Desc    IDIQ - MULTI TRADE CONSTRUCTION CONTRACT
        CONTRACT NO. DTCG50-02-D-643J55
DATES:  Eff  8 - 21 - 02 Exp  8 - 21 - 2003 Trm  8 - 21 - 2003 Inc  8 - 21 - 02
AMNTS:  Bond  5,627,594 Cont  5,627,594  Perf  5,627,594 Pymt  5,627,594
RATES:  Company S  Bond Type C      Rating State AK  Class Code 619  TOC 6
        E&O ___   Plan Type __       Yrs in Bus       R/E Equity _____
OTHER:  Div SEA   Agent 12 - 110    Renl Meth 5      Cancel Days ____ DB _
        Acct S180  Prod Line CON     Claim? ____     Stmt Code _____
        Form # O - S1816             Tax Auth ____   Coll _____
        Reinsurance A - ___          Prem Waiver N   JV% _____    Schedule? N
Attorney _____    _____
Remark   _____    _____
Tran Note CHANGE CONTRACT AMT PER AGENT: OK PER REP: JAG
Next: Men(U);(E)xec;(M)ods;(R)ate;(D)ir Bill;(T)ran;(A)cct
Screen _ Bond _____ - ____   Acct ____ I/X _ S/M _      Switch to _____
```

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0000 EN     3020 ENTRY DATE 07-15-03  CHG DATE 08-21-02
                                 3015 BILL AMT   27,483.00          STATUS V
Bond No 6165609 -        Trans EN  Chg Date  8 - 21 - 02  Serv Cntr SEA
Prin     BRECHAN ENTERPRISES, INC.
Street   2705 MILL BAY ROAD
City     KODIAK          State AK  Zip 99615
Obligee  U.S. DEPT OF TRANSPORATION, UNITED STATES COAST GUARD
Street   915 SECOND AVENUE, ROOM 2664
City     SEATTLE         State WA  Zip 981741011
Desc     IDIQ - MULTI TRADE CONSTRUCTION CONTRACT
         CONTRACT NO. DTCG50-02-D-643J55
DATES: Eff  8 - 21 - 02 Exp  8 - 21 - 2003 Trm  8 - 21 - 2003 Inc  8 - 21 - 02
AMNTS: Bond  10,000,000 Cont  10,000,000   Perf  10,000,000  Pymt  10,000,000
RATES: Company S  Bond Type C      Rating State AK  Class Code 619  TOC 6
       E&O _       Plan Type __     Yrs in Bus ___  R/E Equity _____
OTHER: Div SEA     Agent 12 - 110   Renl Meth 5     Cancel Days ___  DB _
       Acct S180   Prod Line CON    Claim? ___      Stmt Code _____
       Form # O - S1816            Tax Auth ____   Coll _____
       Reinsurance A - ___         Prem Waiver N   JV% _____     Schedule? N
Attorney _____
Remark SEE ALSO BOND #6165609-0001
Tran Note FCP $10,000,000 PER AGENT: OK PER REP: JAG
Next: Men(U);(E)xec;(M)ods;(R)ate;(D)ir Bill;(T)ran;(A)cct
Screen _  Bond _____ - ____   Acct ____ I/X _ S/M _      Switch to _____
```

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0000 EN       3020 ENTRY DATE 09-08-05   CHG DATE 08-21-02
                                   3015 BILL AMT        .00        STATUS V
Bond No 6165609 -        Trans EN  Chg Date 8 - 21 - 02  Serv Cntr SEA
Prin    BRECHAN ENTERPRISES, INC.
Street  2705 MILL BAY ROAD
City    KODIAK            State AK  Zip 99615
Obligee U.S. DEPT OF TRANSPORATION, UNITED STATES COAST GUARD
Street  915 SECOND AVENUE, ROOM 2664
City    SEATTLE           State WA  Zip 981741011
Desc    IDIQ - MULTI TRADE CONSTRUCTION CONTRACT
        CONTRACT NO. DTCG50-02-D-643J55
DATES:  Eff  8 - 21 - 02 Exp  8 - 21 - 2003 Trm  8 - 21 - 2003 Inc  8 - 21 - 02
AMNTS:  Bond  10,000,000 Cont  10,000,000   Perf  10,000,000  Pymt  10,000,000
RATES:  Company S  Bond Type C      Rating State AK  Class Code 619   TOC 6
        E&O          Plan Type 00    Yrs in Bus ____  R/E Equity _____
OTHER:  Div SEA    Agent 12 - 110   Renl Meth 6      Cancel Days ____  DB _
        Acct S180  Prod Line CON    Claim? _         Stmt Code _____
        Form # O - S1816            Tax Auth ____    Coll _____
        Reinsurance A - ___         Prem Waiver N    JV% _____      Schedule? N
Attorney _____
Remark SEE ALSO BOND #6165609-0001
Tran Note EN TO CHANGE RM. TL
Next:   Men(U);(E)xec;(M)ods;(R)ate;(D)ir Bill;(T)ran;(A)cct
Screen  _  Bond _____ - ____    Acct ____ I/X _ S/M _       Switch to _____
```

Exhibit 1 -- Page 9 of 21

BEI20722
38599-0012

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0000 CA     3020 ENTRY DATE 09-08-05  CHG DATE 08-21-02
                                 3015 BILL AMT     1,459.00      STATUS V
Bond No 6165609 -        Trans CA  Chg Date    -    -    Serv Cntr SEA
Prin    BRECHAN ENTERPRISES, INC.
Street  2705 MILL BAY ROAD
City    KODIAK          State AK  Zip 99615
Obligee U.S. DEPT OF TRANSPORATION, UNITED STATES COAST GUARD
Street  915 SECOND AVENUE, ROOM 2664
City    SEATTLE         State WA  Zip 981741011
Desc    IDIQ - MULTI TRADE CONSTRUCTION CONTRACT
        CONTRACT NO. DTCG50-02-D-643J55
DATES: Eff  8 - 21 - 02 Exp 8 - 21 - 2003 Trm 8 - 21 - 2003 Inc  8 - 21 - 02
AMNTS: Bond 10,000,000 Cont 10,241,119  Perf 10,000,000 Pymt  10,000,000
RATES: Company S  Bond Type C    Rating State AK  Class Code 619  TOC 6
       E&O _      Plan Type 00   Yrs in Bus ___   R/E Equity
OTHER: Div SEA    Agent 12 - 110 Renl Meth 6     Cancel Days      DB
       Acct S180  Prod Line CON  Claim? _        Stmt Code
       Form # O - S1816          Tax Auth        Coll
       Reinsurance A - ___       Prem Waiver N   JV% ......  ....  Schedule? N
Attorney
Remark SEE ALSO BOND #6165609-0001
Tran Note CLOSE OUT PER AGT OK BY REP. TL
Next:  Men(U);(E)xec;(M)ods;(R)ate;(D)ir Bill;(T)ran;(A)cct
Screen _  Bond _____ - ____   Acct ____ I/X _ S/M _     Switch to _____
```

Date: 08/07/2006 Time: 8:16:45 AM

Exhibit 1 -- Page 10 of 21

BEI20723
38599-0012

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0000 RS      3020 ENTRY DATE 09-19-05   CHG DATE 08-21-02
                                  3015 BILL AMT      1,459.00-          STATUS V
Bond No 6165609 -        Trans RS  Chg Date    -    -    Serv Cntr SEA
Prin    BRECHAN ENTERPRISES, INC.
Street  2705 MILL BAY ROAD
City    KODIAK              State AK  Zip 99615
Obligee U.S. DEPT OF TRANSPORTATION, UNITED STATES COAST GUARD
Street  915 SECOND AVENUE, ROOM 2664
City    SEATTLE             State WA  Zip 981741011
Desc    IDIQ - MULTI TRADE CONSTRUCTION CONTRACT
        CONTRACT NO. DTCG50-02-D-643J55
DATES:  Eff  8 - 21 - 02 Exp  8 - 21 - 2003 Trm  8 - 21 - 2003 Inc  8 - 21 - 02
AMNTS:  Bond  10,000,000 Cont  10,241,119   Perf  10,000,000  Pymt  10,000,000
RATES:  Company S  Bond Type C      Rating State AK  Class Code 619   TOC 6
        E&O _       Plan Type 00     Yrs in Bus ___   R/E Equity _____
OTHER:  Div SEA     Agent 12 - 110   Renl Meth 6      Cancel Days ___ DB _
        Acct S180   Prod Line CON    Claim? _         Stmt Code _____
        Form # O - S1816             Tax Auth ____    Coll _____
        Reinsurance A - ____         Prem Waiver N    JV% _____      Schedule? N
Attorney _____
Remark SEE ALSO BOND #6165609-0001
Tran Note RE-INSTATE TO CORRECT CONTRACT PRICE. TL
Next: Men(U);(E)xec;(M)ods;(R)ate;(D)ir Bill;(T)ran;(A)cct
Screen _ Bond _____ - ____    Acct ____ I/X _ S/M _    Switch to _____
```

Exhibit 1 -- Page 11 of 21

BEI20724
38599-0012

Page: 1 Document Name: untitled

BONDINQ EXEC 6165609-0000 CA        3020 ENTRY DATE 10-03-05  CHG DATE 08-21-02
                                    3015 BILL AMT    28,798.00            STATUS
Bond No 6165609 -       Trans CA  Chg Date    -    -     Serv Cntr SEA
Prin    BRECHAN ENTERPRISES, INC.
Street  2705 MILL BAY ROAD
City    KODIAK        State AK  Zip 99615
Obligee U.S. DEPT OF TRANSPORATION, UNITED STATES COAST GUARD
Street  915 SECOND AVENUE, ROOM 2664
City    SEATTLE       State WA  Zip 981741011
Desc    IDIQ - MULTI TRADE CONSTRUCTION CONTRACT
        CONTRACT NO. DTCG50-02-D-643J55
DATES: Eff 8 - 21 - 02 Exp 8 - 21 - 2003 Trm 8 - 21 - 2003 Inc 8 - 21 - 02
AMNTS: Bond 10,000,000 Cont 14,759,935   Perf 10,000,000 Pymt 10,000,000
RATES: Company S  Bond Type C    Rating State AK  Class Code 619  TOC 6
       E&O _      Plan Type 00   Yrs in Bus ___   R/E Equity
OTHER: Div SEA    Agent 12 - 110 Renl Meth 6     Cancel Days    DB __
       Acct S180  Prod Line CON  Claim? _        Stmt Code    _____
       Form # O - S1816          Tax Auth ____   Coll ___
       Reinsurance A - ___       Prem Waiver N   JV%              Schedule? N
Attorney _____
Remark SEE ALSO BOND #6165609-0001
Tran Note CA PER AGT. OK PER REP. BILL AP. TL
Next:  Men(U);(E)xec;(M)ods;(R)ate;(D)ir Bill;(T)ran;(A)cct
Screen _ Bond _____ - ____  Acct ____ I/X _ S/M _      Switch to _____

Date: 08/07/2006 Time: 8:16:49 AM                          BEI20725
            Exhibit 1 -- Page 12 of 21                      38599-0012

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0001 NB      3020 ENTRY DATE 07-08-03   CHG DATE 06-30-03
                                  3015 BILL AMT     1,265.00          STATUS V
Bond No 6165609 -    1   Trans NB  Chg Date    -    -    Serv Cntr SEA
Prin    BRECHAN ENTERPRISES, INC.
Street  2705 MILL BAY ROAD
City    KODIAK          State AK  Zip 99615                      UPLOAD
Obligee US COAST GUARD FD & CC PACIFIC
Street  915 SECOND AVENUE, ROOM 2664
City    SEATTLE         State WA  Zip 981741011
Desc    2003-2004 IDIQ CONTRACT INDEFINITE DELIVERY, QUANTITY MULTI
        TRADE CONSTRUCTION CONTRACT NO. DTCG50-02-D-643J55
DATES: Eff  6 - 30 - 03  Exp  6 - 30 - 2004 Trm  6 - 30 - 2004 Inc  6 - 30 - 03
AMNTS: Bond    100,000 Cont    100,000  Perf    100,000 Pymt    100,000
RATES: Company S  Bond Type C    Rating State AK  Class Code 619  TOC 6
       E&O _      PLAN Type ___   Yrs in Bus      R/E Equity
OTHER: Div SEA    Agent  1 - 5250 Renl Meth 5     Cancel Days ___ DB _
       Acct S180  Prod Line CON   Claim? _        Stmt Code _____
       Form # O - _____        Tax Auth ____   Coll _____
       Reinsurance A - ____       Prem Waiver _   JV% _____   Schedule? N
Attorney  ANDY LEE WADKINS,
Remark XREF: 6165609
Tran Note _____
Next:  1820 PAGING PAST EARLIEST TRANSACTION NOT ALLOWED
Screen  _  Bond _____ - ____   Acct ____ I/X _ S/M _    Switch to _____
```

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0001 EN      3020 ENTRY DATE 07-15-03   CHG DATE 06-30-03
                                  3015 BILL AMT    10,172.00          STATUS V
Bond No 6165609 -   1  Trans EN  Chg Date  6 - 30 - 03  Serv Cntr SEA
Prin     BRECHAN ENTERPRISES, INC.
Street   2705 MILL BAY ROAD
City     KODIAK              State AK  Zip 99615
Obligee  US COAST GUARD FD & CC PACIFIC
Street   915 SECOND AVENUE, ROOM 2664
City     SEATTLE             State WA  Zip 981741011
Desc     2003-2004 IDIQ CONTRACT INDEFINITE DELIVERY, QUANTITY MULTI
         TRADE CONSTRUCTION CONTRACT NO. DTCG50-02-D-643J55
DATES: Eff  6 - 30 - 03 Exp  6 - 30 - 2004 Trm  6 - 30 - 2004 Inc  6 - 30 - 03
AMNTS: Bond  1,080,947 Cont  1,080,947  Perf  1,080,947 Pymt  1,080,947
RATES: Company S  Bond Type C      Rating State AK  Class Code 619  TOC 6
       E&O _      Plan Type __      Yrs in Bus ___   R/E Equity _____
OTHER: Div SEA   Agent 1 - 5250    Renl Meth 5      Cancel Days ___  DB _
       Acct S180  Prod Line CON    Claim? _         Stmt Code _____
       Form # O - _____          Tax Auth ____    Coll _____
       Reinsurance A - ___         Prem Waiver N    JV% _____       Schedule? N
Attorney  ANDY LEE WADKINS,
Remark XREF: 6165609
Tran Note INCREASE PER AGENT: OK PER REP: JAG
Next:  Men(U);(E)xec;(M)ods;(R)ate;(D)ir Bill;(T)ran;(A)cct
Screen _  Bond _____ - ____     Acct ____ I/X _ S/M _      Switch to _____
```

Date: 08/07/2006 Time: 8:17:17 AM

Exhibit 1 -- Page 14 of 21

BEI20727

38599-0012

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0001 EN      3020 ENTRY DATE 10-30-03   CHG DATE 06-30-03
                                  3015 BILL AMT    23,535.00          STATUS V
Bond No 6165609 -    1   Trans EN  Chg Date  6 - 30 - 03  Serv Cntr SEA
Prin      BRECHAN ENTERPRISES, INC.
Street    2705 MILL BAY ROAD
City      KODIAK            State AK  Zip 99615
Obligee   US COAST GUARD FD & CC PACIFIC
Street    915 SECOND AVENUE, ROOM 2664
City      SEATTLE           State WA  Zip 981741011
Desc      2003-2004 IDIQ CONTRACT INDEFINITE DELIVERY, QUANTITY MULTI
          TRADE CONSTRUCTION CONTRACT NO. DTCG50-02-D-643J55
DATES: Eff  6 - 30 - 03 Exp  6 - 30 - 2004 Trm  6 - 30 - 2004 Inc  6 - 30 - 03
AMNTS: Bond  1,080,947 Cont  4,044,964   Perf  1,080,947 Pymt   1,080,947
RATES: Company S  Bond Type C      Rating State AK  Class Code 619   TOC 6
       E&O         Plan Type __     Yrs in Bus ____  R/E Equity
OTHER: Div SEA     Agent  1 - 5250  Renl Meth 5      Cancel Days      DB _
       Acct S180   Prod Line CON    Claim? _         Stmt Code     _____
       Form # O - _____          Tax Auth ____    Coll           _____
       Reinsurance A - ____         Prem Waiver N    JV% _____        Schedule? N
Attorney  ANDY LEE WADKINS,
Remark XREF: 6165609
Tran Note CONTRACT INCREASE PER AGENT: OK PER REP: JAG
Next:  Men(U);(E)xec;(M)ods;(R)ate;(D)ir Bill;(T)ran;(A)cct
Screen  _  Bond _____ - ____    Acct ____ I/X _ S/M _        Switch to _____
```

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0001 EN      3020 ENTRY DATE 09-08-05  CHG DATE 06-30-03
                                  3015 BILL AMT    19,075.00       STATUS V
Bond No 6165609 -    1   Trans EN  Chg Date 6 - 30 - 03  Serv Cntr SEA
Prin     BRECHAN ENTERPRISES, INC.
Street   2705 MILL BAY ROAD
City     KODIAK            State AK  Zip 99615
Obligee  US COAST GUARD FD & CC PACIFIC
Street   915 SECOND AVENUE, ROOM 2664
City     SEATTLE           State WA  Zip 981741011
Desc     2003-2004 IDIQ CONTRACT INDEFINITE DELIVERY, QUANTITY MULTI
         TRADE CONSTRUCTION CONTRACT NO. DTCG50-02-D-643J55
DATES: Eff  6 - 30 - 03 Exp  6 - 30 - 2004 Trm  6 - 30 - 2004 Inc  6 - 30 - 03
AMNTS: Bond  1,080,947 Cont 14,286,083   Perf  1,080,947 Pymt  1,080,947
RATES: Company S  Bond Type C     Rating State AK  Class Code 619  TOC 6
       E&O _       Plan Type 00    Yrs in Bus ___   R/E Equity _____
OTHER: Div SEA     Agent  1 - 5250 Renl Meth 6     Cancel Days ___  DB _
       Acct S180  Prod Line CON   Claim? _         Stmt Code _____
       Form # O - _____       Tax Auth ____    Coll _____
       Reinsurance A - ___        Prem Waiver N    JV% _____     Schedule? N
Attorney  ANDY LEE WADKINS,
Remark XREF: 6165609
Tran Note REC AGT RIDER INC BOND FROM 4,044,964 OK PER REP. AMEND RM. TL
Next:  Men(U);(E)xec;(M)ods;(R)ate;(D)ir Bill;(T)ran;(A)cct
Screen _ Bond _____ - ____   Acct ____ I/X _  S/M _        Switch to _____
```

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0001 EN        3020 ENTRY DATE 09-19-05   CHG DATE 06-30-03
                                    3015 BILL AMT    19,075.00-        STATUS V
Bond No 6165609 -    1  Trans EN  Chg Date 6 - 30 - 03  Serv Cntr SEA
Prin      BRECHAN ENTERPRISES, INC.
Street    2705 MILL BAY ROAD
City      KODIAK           State AK  Zip 99615
Obligee US COAST GUARD FD & CC PACIFIC
Street    915 SECOND AVENUE, ROOM 2664
City      SEATTLE          State WA  Zip 981741011
Desc      2003-2004 IDIQ CONTRACT INDEFINITE DELIVERY, QUANTITY MULTI
          TRADE CONSTRUCTION CONTRACT NO. DTCG50-02-D-643J55
DATES: Eff  6 - 30 - 03  Exp  6 - 30 - 2004 Trm  6 - 30 - 2004 Inc  6 - 30 - 03
AMNTS: Bond  1,080,947  Cont  4,044,964   Perf  1,080,947  Pymt   1,080,947
RATES: Company S  Bond Type C      Rating State AK  Class Code 619  TOC 6
       E&O _      Plan Type 00     Yrs in Bus ___   R/E Equity _____
OTHER: Div SEA   Agent  1 - 5250  Renl Meth 6      Cancel Days ___ DB _
       Acct S180  Prod Line CON    Claim? _         Stmt Code _____
       Form # O - _____        Tax Auth ____     Coll _____
       Reinsurance A - ___        Prem Waiver N     JV% _____      Schedule? N
Attorney  ANDY LEE WADKINS,
Remark XREF: 6165609
Tran Note REV PREV EN DONE IN ERROR. TL
Next:  Men(U);(E)xec;(M)ods;(R)ate;(D)ir Bill;(T)ran;(A)cct
Screen _  Bond _____ - ____    Acct ____ I/X _ S/M _      Switch to _____
```

BEI20730
38599-0012

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0001 EN      3020 ENTRY DATE 09-19-05   CHG DATE 06-30-03
                                  3015 BILL AMT    39,912.00        STATUS V
Bond No 6165609 -   1  Trans EN  Chg Date 6 - 30 - 03  Serv Cntr SEA
Prin    BRECHAN ENTERPRISES, INC.
Street  2705 MILL BAY ROAD
City    KODIAK          State AK  Zip 99615
Obligee US COAST GUARD FD & CC PACIFIC
Street  915 SECOND AVENUE, ROOM 2664
City    SEATTLE         State WA  Zip 981741011
Desc    2003-2004 IDIQ CONTRACT INDEFINITE DELIVERY, QUANTITY MULTI
        TRADE CONSTRUCTION CONTRACT NO. DTCG50-02-D-643J55
DATES:  Eff  6 - 30 - 03 Exp  6 - 30 - 2004 Trm  6 - 30 - 2006 Inc  6 - 30 - 03
AMNTS:  Bond  10,241,119 Cont  10,241,119   Perf  10,241,119 Pymt  10,241,119
RATES:  Company S  Bond Type C     Rating State AK  Class Code 619  TOC 6
        E&O _       Plan Type 00    Yrs in Bus ___  R/E Equity _____
OTHER:  Div SEA     Agent  1 - 5250 Renl Meth 6     Cancel Days ___ DB _
        Acct S180   Prod Line CON   Claim? _         Stmt Code _____
        Form # O - _____       Tax Auth ____     Coll _____
        Reinsurance A - ___        Prem Waiver N     JV% _____      Schedule? N
Attorney ANDY LEE WADKINS,
Remark XREF: 6165609
Tran Note REC AGT RIDER INC BOND FROM 4,044,964 OK PER REP. TL
Next:  Men(U);(E)xec;(M)ods;(R)ate;(D)ir Bill;(T)ran;(A)cct
Screen _  Bond _____ - _____    Acct ____ I/X _ S/M _       Switch to _____
```

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0001 EN        3020 ENTRY DATE 04-10-06   CHG DATE 06-30-03
                                    3015 BILL AMT           .00        STATUS
Bond No 6165609 -    1    Trans EN  Chg Date 6 - 30 - 03  Serv Cntr SEA
Prin     BRECHAN ENTERPRISES, INC.
Street   2705 MILL BAY ROAD
City     KODIAK         State AK  Zip 99615
Obligee  US COAST GUARD FD & CC PACIFIC
Street   915 SECOND AVENUE, ROOM 2664
City     SEATTLE        State WA  Zip 981741011
Desc     2003-2004 IDIQ CONTRACT INDEFINITE DELIVERY, QUANTITY MULTI
         TRADE CONSTRUCTION CONTRACT NO. DTCG50-02-D-643J55
DATES: Eff  6 - 30 - 03 Exp  6 - 30 - 2004 Trm  6 - 30 - 2006 Inc  6 - 30 - 03
AMNTS: Bond  10,241,119 Cont  10,241,119   Perf  10,241,119 Pymt  10,241,119
RATES: Company S  Bond Type C     Rating State AK  Class Code 619  TOC 6
       E&O _       Plan Type 00    Yrs in Bus ___   R/E Equity _____
OTHER: Div SEA     Agent  1 - 5250 Renl Meth 6      Cancel Days ___ DB _
       Acct S180   Prod Line CON   Claim? _         Stmt Code _____
       Form # O - _____          Tax Auth _____   Coll _____
       Reinsurance A - _____       Prem Waiver N    JV% _____     Schedule? N
Attorney  ANDY LEE WADKINS
Remark XREF: 6165609, 6165609-0002
Tran Note AGT INC RIDER PROCESSED ON BOND 6165609-0002. LJ
Next:  Men(U);(E)xec;(M)ods;(R)ate;(D)ir Bill;(T)ran;(A)cct
Screen _ Bond _____ - ____    Acct ____ I/X _ S/M _      Switch to _____
```

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0002 NB      3020 ENTRY DATE 04-10-06  CHG DATE 06-30-03
                                  3015 BILL AMT    62,027.00         STATUS
Bond No 6165609 -  2  Trans NB  Chg Date   -    -    Serv Cntr SEA
Prin     BRECHAN ENTERPRISES, INC.
Street   2705 MILL BAY ROAD
City     KODIAK             State AK  Zip 99615
Obligee US COAST GUARD FD & CC PACIFIC
Street   915 SECOND AVENUE, ROOM 2664
City     SEATTLE            State WA  Zip 981741011
Desc     2003-2004 IDIQ CONTRACT INDEFINITE DELIVERY, QUANTITY MULTI
         TRADE CONSTRUCTION CONTRACT NO. DTCG50-02-D-643J55
DATES: Eff  6 - 30 - 03  Exp  6 - 30 - 2004 Trm  6 - 30 - 2004 Inc  6 - 30 - 03
AMNTS: Bond 10,252,413  Cont 10,252,413  Perf 10,252,413  Pymt 10,252,413
RATES: Company S  Bond Type C      Rating State WA  Class Code 619  TOC 6
       E&O _       PLAN Type 00     Yrs in Bus       R/E Equity
OTHER: Div SEA     Agent  1 - 5250  Renl Meth 6      Cancel Days     DB _
       Acct S180   Prod Line CON    Claim? _         Stmt Code
       Form # O -  _____          Tax Auth ____    Coll _____
       Reinsurance A - ____         Prem Waiver _    JV% _____        Schedule? N
Attorney __ _____
Remark X-REF 6165609 & 6165609-0001
Tran Note LJ
Next:  1820 PAGING PAST EARLIEST TRANSACTION NOT ALLOWED
Screen  _  Bond _____ - ____   Acct ____ I/X _ S/M _      Switch to _____
```

BEI20733
38599-0012

```
Page: 1 Document Name: untitled

BONDINQ EXEC 6165609-0002 NB    3020 ENTRY DATE 04-10-06  CHG DATE 06-30-03
                                3015 BILL AMT    62,027.00          STATUS
Bond No 6165609 -   2   Trans NB  Chg Date    -    -    Serv Cntr SEA
Prin    BRECHAN ENTERPRISES, INC.
Street  2705 MILL BAY ROAD
City    KODIAK          State AK  Zip 99615
Obligee US COAST GUARD FD & CC PACIFIC
Street  915 SECOND AVENUE, ROOM 2664
City    SEATTLE         State WA  Zip 981741011
Desc    2003-2004 IDIQ CONTRACT INDEFINITE DELIVERY, QUANTITY MULTI
        TRADE CONSTRUCTION CONTRACT NO. DTCG50-02-D-643J55
DATES: Eff  6 - 30 - 03  Exp  6 - 30 - 2004  Trm  6 - 30 - 2004  Inc  6 - 30 - 03
AMNTS: Bond 10,252,413 Cont  10,252,413   Perf 10,252,413  Pymt 10,252,413
RATES: Company S  Bond Type C   Rating State WA  Class Code 619  TOC 6
       E&O _       Plan Type 00    Yrs in Bus ___    R/E Equity _____
OTHER: Div SEA     Agent  1 - 5250   Renl Meth 6     Cancel Days ___ DB _
       Acct S180  Prod Line CON   Claim?          Stmt Code _____
       Form # O - _____      Tax Auth        Coll _____
       Reinsurance A - ___      Prem Waiver     JV% _____       Schedule? N
Attorney _____
Remark X-REF 6165609 & 6165609-0001
Tran Note LJ
Next:  1821 PAGING PAST LATEST TRANSACTION NOT ALLOWED
Screen _  Bond _____ - ____   Acct ____ I/X _ S/M _    Switch to _____
```