## Jarrell, Amy (Perkins Coie)

**From:** Bonney, Scott [RBonney@CGAlaska.uscg.mil]
**Sent:** Monday, July 16, 2001 10:21 AM
**To:** Matt Holmstrom
**Subject:** RE: cargo pier update

Matt,
 What is Jerry's status for arrival? I told George to select a unit to be demolished (PH 1), preferable off the main road in, such as 755 or 756, and preferably a unit or two away from an occupied, checking power, utilities, etc and make it home. We need to let Jim Brown know so we can have cores put in to provide better security. Presently all units unoccupied have x-18 cores and George has a key, good enough for a few days. Please have someone work with Marty to secure furniture at self help and move it.

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Monday, July 16, 2001 9:32 AM
To: Dan Faivre
Cc: Scott Bonney
Subject: cargo pier update


Dan - Swalling will not need access to the pier until tomorrow, Tuesday, 7/17, at the earliest. Our Qa, Jerry Hardenbergh, will be on site tomorrow at 0800. I will update you this afternoon. Matt

Exhibit A
Page 1 of 1

16

BEI20058
38599-0012