

WEEKLY SUMMARY REPORT

| BRECHAN ENTERPRISES | CONTRACT NO: | 32010 CG Task 007 |
|---|---|---|
| LOCATION: U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | PROJECT TITLE: | CARGO WHARF MAINTENANCE |
| INSPECTOR: Jerry R. Hardenbergh | DATES: | 05 November 2001 |

### General:

**Total estimated project completion for 2001: 68%**

Sub-contractors on site:
- Swalling Construction; Coating contractor.
- Local Electric; Electrical and "Dry" Cathodic Protection contractor.

### Safety

- No lost time accidents to date.☺

### Coatings (wharf extension):

- Completed production coating on wharf extension. Only outstanding items and NCR remain to be completed.
- Swalling construction has demobed all coating equipment and has shutdown coating activities for remainder of this year. Coating personnel have demobed and returned to Anchorage.
- Swalling has left a partial scaffolding crew on-site to support the electricians, insulators and finish non-coating related outstanding items.
- All outstanding items should be completed by next week with the exception of NCR 01. NCR 01 coating repair was not completed for reasons unknown.

| | | |
|---|---|---|
| Square feet coated this week: | 1775 | |
| Total square feet coated: | 7800 | |
| **Estimated percent complete:** | **99%** | on wharf extension only. |

### Coatings (original wharf):

- All production coating on original wharf has been stopped. Again, all coating equipment and personnel have demobed.
- Bents 1 and 2 have been completely coated, however outstanding items do exist in this area. Bents 3, 4 and 5 have not been completely coated, and outstanding items exist there also.

Weekly Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
05 November 2001

### Cathodic Protection:

- Installation of the CP positive circuit and additional test point locations is approximately 90% complete. CP System commissioning to follow, possibly to start next weekend. Work is progressing satisfactorily in accordance with project specifications.

Total number of anodes installed:   12
**Estimated percent complete:**     **72%**

### Expansion Joint Repair:

- Expansion joint repair has been completed and appears acceptable in accordance with project specifications.

### Under Pier Utilities:

- Abandoned electrical conduit has been identified and is currently being removed in conjunction with rectifier new positive circuit install. This work should be completed with the completion of the CP system install.

### Fender Pile & Related Work:

- All fender piles and pile framing is 100% complete on the west side of wharf extension. 2 pile framing locations are not complete on the east side of wharf due to lack of materials.

### Sewer Pipe Insulation Jacket Repair:

- Location "F" on project drawing C1 has been repaired. Awaiting scaffolding installation on the other locations before insulator returns to complete remaining repairs. Scaffolding should be installed this week and insulator to arrive by weekend.

### Non-Conformance Items:

- NCR #01, Condition of coating not in compliance with paragraph 3.5.8.11 of the project specifications. NCR 01 was not completed and appears that it will not be completed this year.

Exhibit B
Page 2 of 3
BEI5951
38599-0012

Weekly Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
05 November 2001

### Miscellaneous:

- Coffman Engineers has written a memo regarding the coating surface preparation issue on the original wharf. The memo has not been distributed as Coffman Engineers is waiting on Swalling construction to estimate a cost for the recommended surface preparation.

### Action Items and One-Week Look Ahead:

- Complete CP system install and commission system.
- Complete outstanding items as defined in the daily reports.
- Submit coating surface preparation recommendations to CG.
- Complete sewer jacket insulation repair.
- Provide a basic "how to" instructions for taking rectifier readings.
- Demob J. Hardenbergh and equipment provided by Coffman Engineers.

Signature: _____
          J.R. Hardenbergh

Exhibit B
Page 3 of 3

BEI5952
38599-0012