DAILY SUMMARY REPORT



| BRECHAN ENTERPRISES | CONTRACT NO: | 32010 CG Task 007 |
|---|---|---|
| LOCATION: U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | PROJECT TITLE: | CARGO WHARF MAINTENANCE |
| INSPECTOR: Jerry R. Hardenbergh | DATE: | 01 May 2002 |

### General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- 

Weather Conditions
N/A

### Coatings (Wharf Extension):

- All outstanding items listed below are carried over from last years construction season. All piles have been coated.

*2001 Outstanding Item(s):*
- NCR 01.
- Repair coating damage on piles 21B, 20A, 19A, 19B, 9C, 5B, 1A, 1B and 1C.
- Anode channel guard is not clamped tight to pile 2D. Rubber spacer is needed.
- New anode channel guard is required at pile 14D.
- Anode channel guard 22C requires new-galvanized nuts and bolts; also connect both upper and lower channels together.
- Anode lead wires to be remounted properly. Anode lead wires on the wharf extension and at column 1C on the original wharf, have not been properly reattached. Loose wire at the bottom of the concrete deck needs to be fastened tightly against the concrete. Also, reinstall all galvanized wire clips along the anode wire channel guard (some are missing).

### Coatings (Original Wharf):

- All outstanding items listed below are carried over from last years construction season.
- Started abrasive blast cleaning today on bents 6 and 7 upper elevations.
- Crews repairing containment on bents 2 and 3 from high winds experienced yesterday. Also installing scaffolding on bent 12.

*2001 Outstanding Item(s):*
- Cut off pipe support angle at bent 4, install new galvanized angle support and coat weld areas with SPC 1864 SG. Existing pipe support angle is severely corroded and is not completely coated with new coating system.
- Re-attach anode conductor wire at pile 1C using new galvanized wire clamps and bolts.
- Properly abrasive blast and coat the backside of pipe support angle at bent 2 or install galvanized pipe support angle.
- Bent 3, 4 and 5, elevation 107' to 113' is not blasted and coated, holidays to repair at elevation 113' to 119'.

Exhibit C
Page 1 of 3

USCG-202227

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
01 May 2002

**Cathodic Protection:**

- All outstanding items listed below are carried over from last years construction season.

*2001 Outstanding Item(s):*
- Wharf Extension; Pile 22C, underwater portion of anode channel guard is not clamped to the pile. The anode support brackets need to be installed correctly by the contractor.
- Rectifier 5 shunt box door is damaged and needs replacement. It appears that the spot welds holding the door onto the hinge were broken. The electrical contractor was made aware of this issue and stated that the box would be repaired.
- Identify and label all anode lead wires contained within the anode shunt boxes.
- Complete repairs to the negative circuit splice connections (replace split bolt connections with Burndy crimpets or exothermically weld). Seal connection with Raychem shrink sleeves (material is on site).
- Procure a new "spare" anode. The new anode at column 6D on the wharf extension was replaced due to mishandling of the anode lead wire during coating operations. The lead wire was dropped into the seawater and damaged the conductor. This anode was replaced using one of the "spare" anodes that was to be left as part of the spare replacement anodes.
- Commissioning data indicates that three of the newly installed anodes (NMD, 1C and 6D) are not functioning properly. A test anode was introduced into the circuit at the NMD location to confirm this finding. The test anode functioned properly. At the time of commissioning there was not access to the other anode splice box locations, located under the dock, to connect a test anode for verification of these results. The newly installed anodes that are not functioning properly, need to be replaced by the contractor/manufacturer.
- Commissioning data also indicates that six existing anodes (31A, 15K, 9A, 3A, 10D and 14D) may have failed. Additionally, two other anodes (25H and 33E) have low current outputs. At the time of commissioning there was not access to the anode splice box locations, located under the dock, to connect a test anode for verification of these results. It is recommended to have the necessary anodes onsite for installation next year. As previously stated, the remainder of the existing anodes may be nearing the end of their design life and additional failures may soon occur.
    - Rectifier 1 system: Anode 31A (existing) and NMD (new). (25H & 33E Low Output)
    - Rectifier 4 system: Anode 15K (existing).
    - Rectifier 5 system: Anode 9A (existing), 3A (existing) and 1C (new).
    - Rectifier 6 system: Anode 6D (new), 10D (existing) and 14D (existing).

**Under Pier Utilities:**

- Not completed last year. Scheduled to resume.

**Non-Conformance Item(s):**

- NCR #01, Condition of coating not in compliance with paragraph 3.5.8.11 of the project specifications.


Exhibit C
Page 2 of 3

USCG-202228

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
01 May 2002

**Miscellaneous:**

- Work appears to be progressing satisfactorily in accordance with project specifications.
- Follow-up and coordination to complete outstanding items will commence ASAP.
- Additional testing on the CP system will also be conducted ASAP to verify system status and any non-functioning anodes.

Signature: _____
          J.R. Hardenbergh

Exhibit C
Page 3 of 3

USCG-202229