DAILY SUMMARY REPORT



| | | |
|---|---|---|
| **BRECHAN ENTERPRISES** | **CONTRACT NO:** | 32010 CG Task 007 |
| **LOCATION:** U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** Jerry R. Hardenbergh | **DATE:** | 15 June 2002 |

### General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.

Weather Conditions
N/A

### Cargo Wharf Extension:

*Coatings*

- No work performed today.

*Cathodic Protection*

- No work performed today.

### Original Cargo Wharf:

*Coatings*

- Contractor is preparing all equipment for demobilization. All contractor equipment and scaffolding has been removed from the cargo wharf as of today.
- All coating work is complete through bent 12 and is acceptable in accordance with project specifications.

*Cathodic Protection*

- No work performed today.

### Outstanding Items(s):

*Coatings*

2002 Outstanding Item(s):
- None

Exhibit D
Page 1 of 2

USCG-202106

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
15 June 2002

*Cathodic Protection*

**2002 Outstanding Item(s):**

- Rectifier/Anode testing indicates that two additional anodes may have failed. Anode 23H on the original wharf and anode 18C on the wharf extension have no current output.

**2001 Outstanding Item(s):**

- Complete repairs to the negative circuit splice connections (replace split bolt connections with Burndy crimpets or exothermically weld). Seal connection with Raychem shrink sleeves (material is on site). Not part of original scope.
- Procure a new "spare" anode. The new anode at column 6D on the wharf extension was replaced due to mishandling of the anode lead wire during coating operations. The lead wire was dropped into the seawater and damaged the conductor. This anode was replaced using one of the "spare" anodes that were to be left as part of the spare replacement anodes.
- Commissioning data indicates that three of the newly installed anodes (NMD, 1C and 6D) are not functioning properly. A test anode was introduced into the circuit at the NMD location to confirm this finding. The test anode functioned properly. At the time of commissioning there was not access to the other anode splice box locations, located under the dock, to connect a test anode for verification of these results. The newly installed anodes that are not functioning properly need to be replaced by the contractor/manufacturer.
- Commissioning data also indicates that six existing anodes (31A, 15K, 9A, 3A, 10D and 14D) may have failed. Additionally, two other anodes (25H and 33E) have low current outputs. At the time of commissioning there was not access to the anode splice box locations, located under the dock, to connect a test anode for verification of these results. The remainder of the existing anodes may be nearing the end of their design life and additional failures may soon occur.
  - Rectifier 1 system: Anode 31A (existing) and NMD (new). (25H & 33E Low Output)
  - Rectifier 4 system: Anode 15K (existing).
  - Rectifier 5 system: Anode 9A (existing), 3A (existing) and 1C (new).
  - Rectifier 6 system: Anode 6D (new), 10D (existing) and 14D (existing).

## Under Pier Utilities:

- Local electrical has started shore tie project and will removed abandoned conduit in conjunction with shore tie project.

## Miscellaneous:

- No lost time accidents to date. ☺

Signature: _____
J.R. Hardenbergh

Exhibit D
Page 2 of 2

USCG-202107