# Preconstruction Conference
## Cargo Wharf 2003 Coating Project
### April 2, 2003

- ✗ Introductions/POC's
    Phone Numbers

- ✗ Dock Access/Layouts
    Fire Lane

- ✗ Ship Schedules/Port Services

- ✗ Burn Permits

- ✗ Work will be tidal so work hours will vary.

- ✗ Extent of Coating

- ✗ QC – Hold Points

- ✗ Cathodic Protection
    CAD Welds

- ✗ Weather restrictions

- ✗ MSDS's
    Environmental

- ✗ Safety

- ✗ Firebush Decommissioning – May 29



Exhibit
Page 1 of 2
BEI2433
38599-0012



Submittal of Proposed Staging Area
Cargo Wharf Pile Coating Phase II

Area 1  20' Staging Area (June)
Area 2  20' Staging Area (July to End of Project)
Area 3  Staging for duration of project