## Absolute Environmental Services, Inc.
Post Office Box 112807, 12510 Brandon Street, Anchorage, Alaska 99511-2807
Phone: (907) 346-4490    FAX: (907) 346-4491

Daily Construction Report No.                          Date: 11-20-03
Project Location: Kodiak Alaska
Project Number: 33 50 1171
Project Name: Cargo wharf

READ THIS

Blast Work          ☐ Lead Work ☐  Coat Work ☐

Load Equipment on the Ferry From Kodiak To
Bellevue
Move Some Equipment and Demobe
Fly out 10:0 0pm

2. INSPECTION/TESTS PERFORMED:

Exhibit    G
Page   1   of   1

AES000026