

# Job Hours

## Absolute Enviro. Services, Inc

Check Date 01/01/2004 to 12/31/2004, Job 200304 to 200304, Status <= 3, Job <> 0

5-1-10-41
08/03/06
07:51 AM
supervisor
Page # 1 of 1

| Employee | Regular | Overtime | Premium | Total Worked | Gross Wage |
|---|---|---|---|---|---|
| 200304  USCG Cargo Wharf Pile Coating | | | | | |
| 6   Shane A. Donahue | 136.00 | 79.50 | | 215.50 | 6,365.94 |
| 39  Gerardo Del Toro | | 18.50 | | 18.50 | 692.09 |
| 51  Gilbert T. Paulson | 14.50 | 6.50 | | 21.00 | 604.80 |
| 73  Gerald C Strachan | 5.00 | | | 5.00 | 124.70 |
| 112 Paul D Crane, Jr. | 5.00 | | | 5.00 | 124.70 |
| 117 Peter W Jackson | 24.00 | 35.50 | | 59.50 | 1,926.62 |
| 125 Kenneth W Anderson | 161.75 | 65.75 | | 227.50 | 6,493.75 |
| 126 Eric N Wood | 48.00 | 34.00 | | 82.00 | 2,469.06 |
| Job Totals: | 394.25 | 239.75 | | 634.00 | 18,801.64 |

Gra

Exhibit I
Page 1 of 7



# Job Hours

## Absolute Enviro. Services, Inc

Check Date 07/01/2004 to 07/31/2004, Job 200304 to 200304, Status <= 3, Job <> 0

5-1-10-41
08/08/06
07:55 AM
supervisor
Page #  1 of 1

| Employee | Regular | Overtime | Premium | Total Worked | Gross Wage |
|---|---|---|---|---|---|
| 200304  USCG Cargo Wharf Pile Coating | | | | | |
| 51  Gilbert T. Paulson | 7.00 | 4.00 | | 11.00 | 324.22 |
| 125  Kenneth W Anderson | 3.00 | 1.00 | | 4.00 | 112.23 |
| 126  Eric N Wood | 3.00 | 1.00 | | 4.00 | 112.23 |
| Job Totals: | 13.00 | 6.00 | | 19.00 | 548.68 |
| Grand Totals: | 13.00 | 6.00 | | 19.00 | 548.68 |

*No work*
*Jan – June 30, 2004*

Exhibit 1
Page 2 of 7



# Job Hours

## Absolute Enviro. Services, Inc

Check Date 08/01/2004 to 08/31/2004, Job 200304 to 200304, Status <= 3, Job <> 0

5-1-10-41
08/08/06
07:56 AM
supervisor
Page #  1 of 1

| Employee | | Regular | Overtime | Premium | Total Worked | Gross Wage |
|---|---|---:|---:|---:|---:|---:|
| 200304 | USCG Cargo Wharf Pile Coating | | | | | |
| 6 | Shane A. Donahue | 3.50 | 23.00 | | 26.50 | 947.72 |
| 39 | Gerardo Del Toro | | 18.50 | | 18.50 | 692.09 |
| 117 | Peter W Jackson | | 21.50 | | 21.50 | 804.32 |
| 125 | Kenneth W Anderson | 20.50 | 7.50 | | 28.00 | 791.85 |
| 126 | Eric N Wood | 10.00 | 18.00 | | 28.00 | 922.78 |
| | Job Totals: | 34.00 | 88.50 | | 122.50 | 4,158.75 |
| | Grand Totals: | 34.00 | 88.50 | | 122.50 | 4,158.75 |

Exhibit I
Page 3 of 7



# Job Hours

## Absolute Enviro. Services, Inc

Check Date 09/01/2004 to 09/30/2004, Job 200304 to 200304, Status <= 3, Job <> 0

5-1-10-41
08/08/06
07:56 AM
supervisor
Page #  1 of 1

| Employee | | Regular | Overtime | Premium | Total Worked | Gross Wage |
|---|---|---:|---:|---:|---:|---:|
| 200304 | USCG Cargo Wharf Pile Coating | | | | | |
| 6 | Shane A. Donahue | 77.00 | 42.50 | | 119.50 | 3,510.31 |
| 51 | Gilbert T. Paulson | 7.50 | 2.50 | | 10.00 | 280.58 |
| 73 | Gerald C Strachan | 5.00 | | | 5.00 | 124.70 |
| 112 | Paul D Crane, Jr. | 5.00 | | | 5.00 | 124.70 |
| 117 | Peter W Jackson | 24.00 | 14.00 | | 38.00 | 1,122.30 |
| 125 | Kenneth W Anderson | 83.00 | 49.50 | | 132.50 | 3,921.82 |
| 126 | Eric N Wood | 35.00 | 15.00 | | 50.00 | 1,434.05 |
| | Job Totals: | 236.50 | 123.50 | | 360.00 | 10,518.45 |
| | Grand Totals: | 236.50 | 123.50 | | 360.00 | 10,518.45 |

Exhibit I
Page 4 of 7

Case 3:03-cv-00199-RRB    Document 246-10    Filed 08/16/2006    Page 5 of 7



# Job Hours

## Absolute Enviro. Services, Inc

Check Date 10/01/2004 to 10/31/2004, Job 200304 to 200304, Status <= 3, Job <> 0

5-1-10-41
08/08/06
07:56 AM
supervisor
Page # 1 of 1

| Employee | | Regular | Overtime | Premium | Total Worked | Gross Wage |
|---|---|---:|---:|---:|---:|---:|
| 200304 | USCG Cargo Wharf Pile Coating | | | | | |
| 6 | Shane A. Donahue | 30.50 | 3.00 | | 33.50 | 872.90 |
| 125 | Kenneth W Anderson | 30.50 | 3.00 | | 33.50 | 872.90 |
| | Job Totals: | 61.00 | 6.00 | | 67.00 | 1,745.80 |
| | Grand Totals: | 61.00 | 6.00 | | 67.00 | 1,745.80 |

Exhibit E
Page 5 of 7



# Job Hours

## Absolute Enviro. Services, Inc

Check Date 11/01/2004 to 11/30/2004, Job 200304 to 200304, Status <= 3, Job <> 0

5-1-10-41
08/08/06
07:57 AM
supervisor
Page #  1 of 1

| Employee | Regular | Overtime | Premium | Total Worked | Gross Wage |
|---|---|---|---|---|---|
| 200304  USCG Cargo Wharf Pile Coating | | | | | |
| 6   Shane A. Donahue | 4.00 | 2.00 | | 6.00 | 174.58 |
| 125  Kenneth W Anderson | 4.25 | 1.75 | | 6.00 | 171.46 |
| Job Totals: | 8.25 | 3.75 | | 12.00 | 346.04 |
| Grand Totals: | 8.25 | 3.75 | | 12.00 | 346.04 |

Exhibit  I
Page  6  of  7



# Job Hours

## Absolute Enviro. Services, Inc

Check Date 12/01/2004 to 12/31/2004, Job 200304 to 200304, Status <= 3, Job <> 0

5-1-10-41
08/08/06
07:57 AM
supervisor
Page #  1 of 1

| Employee | Regular | Overtime | Premium | Total Worked | Gross Wage |
|---|---|---|---|---|---|
| 200304  USCG Cargo Wharf Pile Coating | | | | | |
| 6   Shane A. Donahue | 21.00 | 9.00 | | 30.00 | 860.43 |
| 125  Kenneth W Anderson | 20.50 | 3.00 | | 23.50 | 623.50 |
| Job Totals: | 41.50 | 12.00 | | 53.50 | 1,483.93 |
| Grand Totals: | 41.50 | 12.00 | | 53.50 | 1,483.93 |

Exhibit I
Page 7 of 7