

INSPECTION REPORT

| | | | |
|---|---|---|---|
| **BRECHAN ENTERPRISES** | | **DATE:** | December 17, 2004 |
| **LOCATION:** U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | | **PROJECT TITLE:** | CARGO WHARF PILE COATING **PHASE II** |
| **INSPECTOR:** *Jerry R. Hardenbergh* | | **PROJECT NO:** | 33-S01171 Task 643P92 |

A final one-year warranty inspection was performed in October 2004 on the USCG Kodiak Cargo Wharf pile coating system that was applied during the 2003 construction season. The coating system (SP-1864) is a 100% solids, polyurethane manufactured by Specialty Polymer Coatings, Inc. (SPC).

The scope of work for phase II of the cargo wharf coating project consisted of coating all structural steel from column lines 12.5 through 33.

During the April 2003 phase I warranty inspection, it was evident that rust streaking was occurring at some of the splice areas, steel pile to concrete interfaces and from the concrete form support angles welded only on three sides. The rust streaking was previously identified as likely to occur. It should be noted that the phase II contractor removed a large number of the concrete form support brackets, eliminating the possibility of rust streaking from crevice corrosion at these locations. However, rust streaking from the steel pile to concrete pile-cap interface is also likely to occur throughout the phase II areas.

During the October 2004 final inspection, a warranty inspection list was generated with 143 individual items. See the attached list for specific descriptions and locations. One hundred forty two (142) items were coatings related and one (1) was electrical. The 142 coating related areas observed were coating repair areas not adequately repaired, areas missed during previous repair, areas of coating damage from boats, etc. and small areas of thru-rusting.

After all coating repairs were completed in accordance with the project specifications; a follow-up inspection was performed in December 2004. After a through visual inspection and holiday testing of all 142 coating repair areas in accordance with the project specifications, the coating system appears acceptable and is providing adequate corrosion protection. As identified in the phase I inspection, some areas of the coating system surface appears non-uniform. The non-uniform surface appearance reportedly does not compromise the properties of the coating system and is cosmetic in nature.

<u>RECOMMENDATIONS:</u>

A basic maintenance coating repair program should be implemented to make minor repairs on an annual basis. A simple procedure for coating repair would consist of the following:
1) Wiping the area clean with xylene
2) Grind or sandpaper to roughen the surface and remove rust material
3) Wipe down with xylene again
4) Apply a compatible 2-part patch kit as manufactured by Specialty Polymer Coatings, Inc.

Jerry Hardenbergh
NACE Certified Coating Inspector #1750

Attachments: Warranty Inspection List

Exhibit J
Page 1 of 6

COFFMAN05212

# WARRANTY INSPECTION LIST



| Project | USCG ISC Kodiak Cargo Wharf Phase II Coating | Date | October 2-3, 2004 |
|---|---|---|---|
| From | Jerry Hardenbergh | Job Number CEI # 03078 | Page 1 of 3 |

The following comments pertain to the work observed and shall not be construed as authorizing extra charges unless specifically so stated. The contractor shall provide a signed copy of this report with each item noted as being corrected or an explanation as to why an item is not correct.

| Item | Location / Pile (Upper Elevation) | Comment/Description | Contractor Response | Owner/Engineer Approval |
|---|---|---|---|---|
| 1 | 13A | Pinhole rusting | Fixed | Approved-12/12/04 |
| 2 | 13A | Edge of flange ground but not coated | Fixed | Approved-12/12/04 |
| 3 | Diagonal tube between 12C and 13C | Blistered coating repair. | Fixed | Approved-12/12/04 |
| 4 | 13E | Ground spot on edge of flange not coated | Fixed | Approved-12/12/04 |
| 5 | 13F | Repair areas ground but not coated. | Fixed | Approved-12/12/04 |
| 6 | 13I | Padeye rusting | Fixed | Approved-12/12/04 |
| 7 | 13J | Pinhole rusting | Fixed | Approved-12/12/04 |
| 8 | 13K | Rusting areas | Fixed | Approved-12/12/04 |
| 9 | 13L | Rusting inside flange | Fixed | Approved-12/12/04 |
| 10 | 14A Batter | Rusting at CP cadweld | Fixed | Approved-12/12/04 |
| 11 | Diagonal tube between 13K and 14K | Rusting spot | Fixed | Approved-12/12/04 |
| 12 | 14N | Pinhole rusting on south side of flange and at CP cadweld location | Fixed | Approved-12/12/04 |
| 13 | 13-14L Diagonal tube | Pinhole rust | Fixed | Approved-12/12/04 |
| 14 | 14O | Rusting at CP cadweld | Fixed | Approved-12/12/04 |
| 15 | 14M | Rusting at CP cadweld | Fixed | Approved-12/12/04 |
| 16 | 15K | Pinhole rust on south side of flange | Fixed | Approved-12/12/04 |
| 17 | 15C | Rusting on form support | Fixed | Approved-12/12/04 |
| 18 | 15A batter | Blistered coating repair on inside web | Fixed | Approved-12/12/04 |
| 19 | 15A | Rust under form support | Fixed | Approved-12/12/04 |
| 20 | 15C | Rusting near top of pile | Fixed | Approved-12/12/04 |
| 21 | 15G | Rusting at CP cadweld and Ground spot not coated | Fixed | Approved-12/12/04 |
| 22 | 15F | Rusting near top of pile | Fixed | Approved-12/12/04 |
| 23 | 15H | Rust at CP cadweld and area ground but not coated | Fixed | Approved-12/12/04 |
| 24 | 15M | Rusting near top of pile | Fixed | Approved-12/12/04 |

Exhibit J
Page 2 of 6

COFFMAN05213

## Warranty Inspection List
*USCG Kodiak Cargo Wharf Coating Project Phase II*

| Item | Location / Pile (Upper Elevation) | Comment/Description | Contractor Response | Owner/Engineer Approval |
|---|---|---|---|---|
| 25 | 15N | Repair area ground but not coated. | Fixed | Approved-12/12/04 |
| 26 | 16-17B diagonal tube | Pinhole near pile 17 | Fixed | Approved-12/12/04 |
| 27 | 17A | Areas of rusting and lifting eye | Fixed | Approved-12/12/04 |
| 28 | 18G | Rusting at CP cadweld | Fixed | Approved-12/12/04 |
| 29 | 18C | Pinhole rust near top of pile | Fixed | Approved-12/12/04 |
| 30 | 18B | Rusting on flange | Fixed | Approved-12/12/04 |
| 31 | 19G | Rusting at CP cadweld | Fixed | Approved-12/12/04 |
| 32 | 19H | Spot rusting | Fixed | Approved-12/12/04 |
| 33 | 18-19E diagonal tube | Rust spot on topside of tube near 19E | Fixed | Approved-12/12/04 |
| 34 | 18-19B diagonal tube | Rust spot underside of tube near 19B | Fixed | Approved-12/12/04 |
| 35 | 19A batter | Rusting at CP cadweld | Fixed | Approved-12/12/04 |
| 36 | 21K | Rust at diagonal to pile connection | Fixed | Approved-12/12/04 |
| 37 | 21N | Rust spot on inside web | Fixed | Approved-12/12/04 |
| 38 | 21D | Rust spot on diagonal at pile | Fixed | Approved-12/12/04 |
| 39 | 21B | Pinhole rust near top of pile | Fixed | Approved-12/12/04 |
| 40 | 22I | Rusting lifting eye | Fixed | Approved-12/12/04 |
| 41 | 22H | Rust on edge near top of pile | Fixed | Approved-12/12/04 |
| 42 | 23I | Rust on edge near top of pile | Fixed | Approved-12/12/04 |
| 43 | 23K | Rusting at CP cadweld | Fixed | Approved-12/12/04 |
| 44 | 22N | Rust on edge near top of pile | Fixed | Approved-12/12/04 |
| 45 | 22L | Rust on edge near top of pile | Fixed | Approved-12/12/04 |
| 46 | 21N | Rust on edge near top of pile | Fixed | Approved-12/12/04 |
| 47 | 21M | Rust in hole in flange | Fixed | Approved-12/12/04 |
| 48 | 21H | Rust spots near top of pile | Fixed | Approved-12/12/04 |
| 49 | 22G | Rusting at CP cadweld | Fixed | Approved-12/12/04 |
| 50 | 22A | Rust spots | Fixed | Approved-12/12/04 |
| 51 | 22E | Rust on edge of flange near top of pile | Fixed | Approved-12/12/04 |
| 52 | 23E | Rusting at CP cadweld | Fixed | Approved-12/12/04 |
| 53 | 23A | Rust spot | Fixed | Approved-12/12/04 |
| 54 | 23M | Rust spot on flange | Fixed | Approved-12/12/04 |
| 55 | 23I | Rust on edge of flange | Fixed | Approved-12/12/04 |
| 56 | 23H | Rusting at CP cadweld | Fixed | Approved-12/12/04 |
| 57 | 24E | Rusting on edge of flange | Fixed | Approved-12/12/04 |
| 58 | 25E | Rusting near lifting eye | Fixed | Approved-12/12/04 |


Exhibit J
Page 3 of 6

COFFMAN05214

**Warranty Inspection List**
*USCG Kodiak Cargo Wharf Coating Project Phase II*

| Item | Location / Pile (Upper Elevation) | Comment/Description | Contractor Response | Owner/Engineer Approval |
|---|---|---|---|---|
| 59 | 24A | Areas marked for repair and not repaired | Fixed | Approved-12/12/04 |
| 60 | 24B | Rusting at CP cadweld | Fixed | Approved-12/12/04 |
| 61 | 24C | Rusting on edge of flange | Fixed | Approved-12/12/04 |
| 62 | 25A batter | Areas marked for repair and not repaired | Fixed | Approved-12/12/04 |
| 63 | 25A | Rusting at CP cadweld | Fixed | Approved-12/12/04 |
| 64 | 26G | Rusting at CP cadweld | Fixed | Approved-12/12/04 |
| 65 | 26D | Bad coating repair near top of pile | Fixed | Approved-12/12/04 |
| 66 | 26-27D diagonal tube | Bad coating repair on topside of tube near pile 26C | Fixed | Approved-12/12/04 |
| 67 | 26C | Bad coating repair on edge of pile | Fixed | Approved-12/12/04 |
| 68 | 26B | Bad coating repair on inside pile web | Fixed | Approved-12/12/04 |
| 69 | 26A-26B diagonal tube | Bad coating repair underside of tube | Fixed | Approved-12/12/04 |
| 70 | 26A | Areas marked for repair and not repaired | Fixed | Approved-12/12/04 |
| 71 | 26A batter | Rusting at CP cadweld | Fixed | Approved-12/12/04 |
| 72 | 26-27B diagonal tube | Rust spots at repair location | Fixed | Approved-12/12/04 |
| 73 | 27A | Rusting at CP cadweld | Fixed | Approved-12/12/04 |
| 74 | 27C | Rusting at CP cadweld | Fixed | Approved-12/12/04 |
| 75 | 27G | Rusting at CP cadweld & bad repair coating near cadweld | Fixed | Approved-12/12/04 |
| 76 | 28E | Rusting at CP cadweld | Fixed | Approved-12/12/04 |
| 77 | 28C | Rusting at CP cadweld | Fixed | Approved-12/12/04 |
| 78 | 28B | Rusting at CP cadweld | Fixed | Approved-12/12/04 |
| 79 | 31A batter | Rusting at top of pile | Fixed | Approved-12/12/04 |
| 80 | 31D | Rust on edge of flange near top of pile | Fixed | Approved-12/12/04 |
| 81 | 31K | Rust near top of diagonal tube | Fixed | Approved-12/12/04 |
| 82 | 31J | Rust on edge of flange near top of pile | Fixed | Approved-12/12/04 |
| 83 | 31M | Rust on edge of flange near top of pile | Fixed | Approved-12/12/04 |
| 84 | 30-31M diagonal tube | Coating damaged | Fixed | Approved-12/12/04 |
| 85 | 29O | Rust spots | Fixed | Approved-12/12/04 |
| 86 | 29M-29N diagonal tube | Rust spots | Fixed | Approved-12/12/04 |


Exhibit J
Page 4 of 6

COFFMAN05215

*Warranty Inspection List*
*USCG Kodiak Cargo Wharf Coating Project Phase II*

| Item | Location / Pile (Lower Elevation) | Comment/Description | Contractor Response | Owner/Engineer Approval |
|---|---|---|---|---|
| 87 | 15J | Coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 88 | 15F | Bad coating repair on edge of flange | Fixed | Approved-12/12/04 |
| 89 | 12-13G Horizontal tube | Bad coating repair near 13G | Fixed | Approved-12/12/04 |
| 90 | 13F | Bad coating repair near horizontal angle | Fixed | Approved-12/12/04 |
| 91 | 14O | Rust spot on end of horizontal angle | Fixed | Approved-12/12/04 |
| 92 | 16F | Coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 93 | 17E | Coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 94 | 18E | Coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 95 | 19A batter | Coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 96 | 19B | Coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 97 | 19C | Coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 98 | 19E | Coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 99 | 20E | Bad coating repair under horizontal angle | Fixed | Approved-12/12/04 |
| 100 | 20B | Ground spot not coated & coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 101 | 20C | Coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 102 | 21K-21L horizontal angle | Coating chipped on edge of angle | Fixed | Approved-12/12/04 |
| 103 | 21I | Coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 104 | 21G | Pinhole rusting | Fixed | Approved-12/12/04 |
| 105 | 20A batter | Bad coating repair inside web | Fixed | Approved-12/12/04 |
| 106 | 22I | Coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 107 | 22J | Coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 108 | 22F | Coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 109 | 22C | Coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 110 | 22L | Rusting on underside of diagonal tube | Fixed | Approved-12/12/04 |
| 111 | 23I | Coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 112 | 23L | Coating chipped on edge of horizontal angle | Fixed | Approved-12/12/04 |
| 113 | 24H | Coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 114 | 24G | Coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 115 | 24E-24F Horizontal angle | Bad coating repair | Fixed | Approved-12/12/04 |
| 116 | 24B | Rusting under horizontal channel | Fixed | Approved-12/12/04 |
| 117 | 24C | Bad coating repair on horizontal tube | Fixed | Approved-12/12/04 |
| 118 | 25C | Coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 119 | 25E-25F Horizontal angle | Bad coating repair on angle | Fixed | Approved-12/12/04 |
| 120 | 26G-26H Horizontal angle | Bad coating repair on angle | Fixed | Approved-12/12/04 |



Exhibit J
Page 5 of 6

COFFMAN05216

*Warranty Inspection List*
*USCG Kodiak Cargo Wharf Coating Project Phase II*

| Item | Location / Pile (Lower Elevation) | Comment/Description | Contractor Response | Owner/Engineer Approval |
|---|---|---|---|---|
| 121 | 26F | Bad coating repair on horizontal angle | Fixed | Approved-12/12/04 |
| 122 | 26B-27B Horizontal tube | Bad coating repair on side of tube | Fixed | Approved-12/12/04 |
| 123 | 26D-27D Horizontal tube | Bad coating repair on side of tube | Fixed | Approved-12/12/04 |
| 124 | 27H | Bad coating repair on edge of flange | Fixed | Approved-12/12/04 |
| 125 | 27A | Area not completely repaired inside web | Fixed | Approved-12/12/04 |
| 126 | 27F | Coating chipped on angle | Fixed | Approved-12/12/04 |
| 127 | 27G | Coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 128 | 28F | Bad coating repair on edge of flange | Fixed | Approved-12/12/04 |
| 129 | 28-29F Horizontal tube | Bad coating repair on side of tube | Fixed | Approved-12/12/04 |
| 130 | 29G-H Horizontal angle | Bad coating repair | Fixed | Approved-12/12/04 |
| 131 | 30I | Coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 132 | 30C | Bad coating repair on edge of flange | Fixed | Approved-12/12/04 |
| 133 | 30G | Bad coating repair | Fixed | Approved-12/12/04 |
| 134 | 30J Horizontal tube | Bad coating repair on side of tube | Fixed | Approved-12/12/04 |
| 135 | 31G-31H Horizontal angle | Bad coating repair | Fixed | Approved-12/12/04 |
| 136 | 31E | Coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 137 | 31J | Bad coating repair | Fixed | Approved-12/12/04 |
| 138 | 32H | Refasten anode lead wire inside web | Fixed | Approved-12/12/04 |
| 139 | 32G | Coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 140 | 32A | Coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 141 | 33B | Coating chipped on edge of flange | Fixed | Approved-12/12/04 |
| 142 | 33A-33B Horizontal angle | Bad coating repair | Fixed | Approved-12/12/04 |
| 143 | 33G | Bad coating repairs on edge of flange | Fixed | Approved-12/12/04 |

*[signature]*
NACE Certified Coatings
Inspector #1750