**REQUEST FOR PAYMENT**
**JOB ORDER CONTRACT**


ENTERED

FROM:

Brechan Enterprises Inc.
2705 Mill Bay Rd
Kodiak, AK 99615

Contract Number: DTCG50-02-D-643J55
Task Order #: DTCG50-03-F-643P92
Payment Request # 1046039  Date: 09/30/2004

Tax ID #: 92-0030431

Project #: 41007
Project Title: Cargo Wharf Pile Coating Phase II

Prompt Payment Discount:                 0% 0 Days

I hereby certify, to the best of my knowledge and belief, that (1) The amounts requested are only for performance in accordance with the specifications, terms and conditions of the contract; (2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of Title 31, United States Codes; and (3) This request for progress payment does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

| | |
|---|---|
| Original Task Order Amount | $1,413,020.00 |
| Changes Through Mod No.____ | $0.00 |
| Total Value of Task Order | $1,413,020.00 |
| Total Amount of Previous Payments | $1,382,423.36 |
| Amount of this Request | $23,486.44 |

Contractor's Signature     Date 10/1/04

To be completed by COR/CI before submitting to Contracting Officer.

COR/CI's Signature     Date 10-4-04

Accounting _____

Accounting _____

KO 2C revised 7 Aug 2002

[Stamp: OCT 2004 RECEIVED USCG FD&CC (PAC)]

Exhibit K
Page 1 of 12

USCG-200613

**BRECHAN ENTERPRISES, INC.**
**PRICE SCHEDULE**

Contract No.: **DTCG-50-02-D-643J55**   Invoice No: 1046039
TASK ORDER #: **DTCG50-03-F-643P92**
Contractor: BRECHAN ENTERPRISES, INC.   Date: 09/30/04
IDIQ Project #: 41007 - Cargo Wharf Pile Coating Phase II

| Item # Activity | Total | % to Date | Allowed to Date | Previous Billings | % This Period | Billed This Period | Balance Remaining |
|---|---|---|---|---|---|---|---|
| Mobilization | 228,100.00 | 100.00% | 228,100.00 | 228,100.00 | 0.00% | 0.00 | 0.00 |
| **Area A: Pile Prep & Coating** | | | | | | | |
| Install Micron Filters | 14,100.00 | 100.00% | 14,100.00 | 14,100.00 | 0.00% | 0.00 | 0.00 |
| Install Side Tarps | 7,200.00 | 100.00% | 7,200.00 | 7,200.00 | 0.00% | 0.00 | 0.00 |
| Place Heaters & Dryers | 8,800.00 | 100.00% | 8,800.00 | 8,800.00 | 0.00% | 0.00 | 0.00 |
| Grind H-Pile Edge | 19,200.00 | 100.00% | 19,200.00 | 19,200.00 | 0.00% | 0.00 | 0.00 |
| Remove Existing Coating | 84,100.00 | 100.00% | 84,100.00 | 84,100.00 | 0.00% | 0.00 | 0.00 |
| Sponge Blast for Profile | 32,400.00 | 100.00% | 32,400.00 | 32,400.00 | 0.00% | 0.00 | 0.00 |
| Caulk | 8,700.00 | 100.00% | 8,700.00 | 8,700.00 | 0.00% | 0.00 | 0.00 |
| Inspection | 16,400.00 | 98.00% | 16,072.00 | 14,760.00 | 8.00% | 1,312.00 | 328.00 |
| Apply SPC 1864 | 35,800.00 | 100.00% | 35,800.00 | 35,800.00 | 0.00% | 0.00 | 0.00 |
| **Area B: Pile Prep & Coating** | | | | | | | |
| Install Micron Filters | 9,800.00 | 100.00% | 9,800.00 | 9,604.00 | 2.00% | 196.00 | 0.00 |
| Install Side Tarps | 4,100.00 | 100.00% | 4,100.00 | 4,100.00 | 0.00% | 0.00 | 0.00 |
| Place Heaters & Dryers | 5,700.00 | 100.00% | 5,700.00 | 5,700.00 | 0.00% | 0.00 | 0.00 |
| Grind H-Pile Edge | 13,000.00 | 100.00% | 13,000.00 | 13,000.00 | 0.00% | 0.00 | 0.00 |
| Remove Existing Coating | 57,000.00 | 100.00% | 57,000.00 | 55,860.00 | 2.00% | 1,140.00 | 0.00 |
| Sponge Blast for Profile | 21,000.00 | 100.00% | 21,000.00 | 20,580.00 | 2.00% | 420.00 | 0.00 |
| Caulk | 5,300.00 | 100.00% | 5,300.00 | 5,300.00 | 0.00% | 0.00 | 0.00 |
| Inspection | 10,200.00 | 98.00% | 9,996.00 | 9,996.00 | 0.00% | 0.00 | 204.00 |
| Apply SPC 1864 | 21,900.00 | 100.00% | 21,900.00 | 21,462.00 | 2.00% | 438.00 | 0.00 |
| **Area C: Pile Prep & Coating** | | | | | | | |
| Install Micron Filters | 12,200.00 | 98.00% | 11,956.00 | 11,956.00 | 0.00% | 0.00 | 244.00 |
| Install Side Tarps | 5,900.00 | 100.00% | 5,900.00 | 5,900.00 | 0.00% | 0.00 | 0.00 |
| Place Heaters & Dryers | 7,500.00 | 100.00% | 7,500.00 | 7,500.00 | 0.00% | 0.00 | 0.00 |
| Grind H-Pile Edge | 16,600.00 | 100.00% | 16,600.00 | 16,600.00 | 0.00% | 0.00 | 0.00 |
| Remove Existing Coating | 72,500.00 | 100.00% | 72,500.00 | 72,500.00 | 0.00% | 0.00 | 0.00 |
| Sponge Blast for Profile | 27,500.00 | 100.00% | 27,500.00 | 26,950.00 | 2.00% | 550.00 | 0.00 |
| Caulk | 7,300.00 | 100.00% | 7,300.00 | 7,154.00 | 2.00% | 146.00 | 0.00 |
| Inspection | 13,700.00 | 98.00% | 13,426.00 | 13,426.00 | 0.00% | 0.00 | 274.00 |
| Apply SPC 1864 | 29,800.00 | 100.00% | 29,800.00 | 29,204.00 | 2.00% | 596.00 | 0.00 |
| **Area D: Pile Prep & Coating** | | | | | | | |
| Install Micron Filters | 9,800.00 | 100.00% | 9,800.00 | 9,800.00 | 0.00% | 0.00 | 0.00 |
| Install Side Tarps | 4,100.00 | 100.00% | 4,100.00 | 4,100.00 | 0.00% | 0.00 | 0.00 |
| Place Heaters & Dryers | 5,700.00 | 100.00% | 5,700.00 | 5,700.00 | 0.00% | 0.00 | 0.00 |
| Grind H-Pile Edge | 13,000.00 | 100.00% | 13,000.00 | 13,000.00 | 0.00% | 0.00 | 0.00 |
| Remove Existing Coating | 57,000.00 | 100.00% | 57,000.00 | 57,000.00 | 0.00% | 0.00 | 0.00 |
| Sponge Blast for Profile | 21,000.00 | 100.00% | 21,000.00 | 21,000.00 | 0.00% | 0.00 | 0.00 |
| Caulk | 5,300.00 | 100.00% | 5,300.00 | 5,300.00 | 0.00% | 0.00 | 0.00 |
| Inspection | 10,200.00 | 100.00% | 10,200.00 | 10,200.00 | 0.00% | 0.00 | 0.00 |
| Apply SPC 1864 | 21,900.00 | 100.00% | 21,900.00 | 21,900.00 | 0.00% | 0.00 | 0.00 |
| **Area E: Pile Prep & Coating** | | | | | | | |
| Install Micron Filters | 15,300.00 | 100.00% | 15,300.00 | 14,994.00 | 2.00% | 306.00 | 0.00 |
| Install Side Tarps | 8,100.00 | 100.00% | 8,100.00 | 7,938.00 | 2.00% | 162.00 | 0.00 |
| Place Heaters & Dryers | 9,700.00 | 100.00% | 9,700.00 | 9,700.00 | 0.00% | 0.00 | 0.00 |
| Grind H-Pile Edge | 21,000.00 | 100.00% | 21,000.00 | 20,580.00 | 2.00% | 420.00 | 0.00 |
| Remove Existing Coating | 91,900.00 | 100.00% | 91,900.00 | 90,062.00 | 2.00% | 1,838.00 | 0.00 |
| Sponge Blast for Profile | 35,600.00 | 100.00% | 35,600.00 | 34,888.00 | 2.00% | 712.00 | 0.00 |
| Caulk | 9,700.00 | 100.00% | 9,700.00 | 9,506.00 | 2.00% | 194.00 | 0.00 |
| Inspection | 18,100.00 | 98.00% | 17,738.00 | 17,738.00 | 0.00% | 0.00 | 362.00 |
| Apply SPC 1864 | 39,800.00 | 100.00% | 39,800.00 | 39,004.00 | 2.00% | 796.00 | 0.00 |
| Demobilization | 56,982.00 | 90.00% | 51,283.80 | 37,608.12 | 24.00% | 13,675.68 | 5,698.20 |
| Remove & Reinstall Cathodic Protecti | 14,138.00 | 100.00% | 14,138.00 | 13,855.24 | 2.00% | 282.76 | 0.00 |
| Remove Underpier Utilities | 7,800.00 | 100.00% | 7,800.00 | 7,800.00 | 0.00% | 0.00 | 0.00 |
| Repair Defective Structural Welds | 11,200.00 | 100.00% | 11,200.00 | 10,976.00 | 2.00% | 224.00 | 0.00 |
| CP Commissioning Report | 3,900.00 | 100.00% | 3,900.00 | 3,822.00 | 2.00% | 78.00 | 0.00 |

Exhibit K
Page 2 of 12

USCG-200614

**BRECHAN ENTERPRISES, INC.**
**PRICE SCHEDULE**

Contract No.: **DTCG-50-02-D-643J55**         Invoice No:   1046039
TASK ORDER #: **DTCG50-03-F-643P92**
Contractor:   BRECHAN ENTERPRISES, INC.       Date:         09/30/04
IDIQ Project #: 41007 - Cargo Wharf Pile Coating Phase II

| Item # | Activity    | Total        | % to Date | Allowed to Date | Previous Billings | % This Period | Billed This Period | Balance Remaining |
|--------|-------------|--------------|-----------|-----------------|-------------------|---------------|--------------------|-------------------|
|        | QA Services | 126,000.00   | 100.00%   | 126,000.00      | 126,000.00        | 0.00%         | 0.00               | 0.00              |
|        |             | 1,413,020.00 |           | 1,405,909.80    | 1,382,423.36      |               | 23,486.44          | 7,110.20          |

Exhibit  K
Page  3 of 12

USCG-200615

**ENTERED** 11/3/04

# REQUEST FOR PAYMENT
## JOB ORDER CONTRACT

**FROM:**

Brechan Enterprises Inc.
2705 Mill Bay Rd
Kodiak, AK 99615

Tax ID #: 92-0030431

Prompt Payment Discount

Contract Number: **DTCG50-02-D-643J55**
Task Order #: **DTCG50-03-F-643P92**
Payment Request # 1146153   Date: 10/31/2004

**FINAL**

Project #: 41007
Project Title: Cargo Wharf Pile Coating Phase II

0% 0 Days

I hereby certify, to the best of my knowledge and belief, that (1) The amounts requested are only for performance in accordance with the specifications, terms and conditions of the contract; (2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of Title 31, United States Codes; and (3) This request for progress payment does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

| | |
|---|---|
| Original Task Order Amount | $1,413,020.00 |
| Changes Through Mod No. ___ | (-2045.00) $0.00 |
| Total Value of Task Order | 1,410,975.00 $1,413,020.00 |
| Total Amount of Previous Payments | $1,405,909.80 |
| Amount of this Request | $7,110.20  5065.20 |

Contractor's Signature   Date 11/2/04

To be completed by COR/CI before submitting to Contracting Officer.

COR/CI's Signature   Date 11/4

Accounting

Accounting

RD 2C revised 7 Aug 2002

NOV 2004 RECEIVED USCG FD&CC (PAC)

## DEPARTMENT OF TRANSPORTATION

OMB Control No. 2105-0517

This collection of information is mandatory and will be used to fulfill the requirements of the Transportation Acquisition Regulation (TAR). Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition and Regulatory Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Information and Regulatory Offices, 725 17th Street NW, Washington, D.C. 20503. Please note that an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The OMB control number for this collection is 2105-0517.

CONTRACTOR (Name and Address)
Brechan Enterprises, Inc.
2705 Mill Bay Road
Kodiak, Alaska 99615

41007
CONTRACT NO. DTCG50-02-D-643J55   D.O.# 643P92

ENTER SUM OF TOTAL AMOUNTS PAID AND PAYABLE

$ 1,413,020.00

Pursuant to the terms of the above numbered contract and in consideration of the sum stated above, which has been paid or is to be paid to the Contractor, or it assignees, the Contractor, upon payment of the said sum by the UNITED STATES OF AMERICA (hereinafter called the Government), does release, and discharge the Government, it officers, agents, and employees, of and from all liabilities, obligations, claims, and demands whatsoever under or arising from the said contract, except:

1. Specified claims in stated amounts or in estimated amounts where the amounts are not susceptible of exact statement by the Contractor, as follows: (or state "None")

2. Claims, together with reasonable expenses incidental thereto, based upon the liabilities of the Contractor to third parties arising out of the performance of this contract, which are not known to the Contractor on the date of the execution of this release and of which the Contractor gives notice in writing to the Contracting Officer within the period specified in the said contract, and

3. Claims for reimbursement of costs (other than expenses of the contractor by reason of his indemnification of the Government against patent liability), including reasonable expenses incidental thereto, incurred by the Contractor under any provisions of the said contract relating to patents.

The Contractor agrees, in connection with patent matters and with claims which are not released as set forth above, that it will comply with all provisions of the said contract, including without limitation those provisions relating to notification to the Contracting Officer and relating to the defense or prosecution of litigation.

IN WITNESS WHEREOF, this release has been executed this   3rd   day of   November   , 20 04

WITNESSES

Brechan Enterprises, Inc.
(Contractor)

BY _____

TITLE Matt Holmstrom, Project Manager

NOTE: In case of a corporation, witnesses are not required but the below statement must be completed.

### CERTIFICATE

I, CARLA SIMPSON , am the _____ secretary of the corporation named as Contrctor in the foregoing release: that MATT HOLMSTROM who signed said release on behalf of the Contractor was then PROJECT MANAGER of said corporation; release was duly signed said release on behalf of said corporation by authority of its governing body and is within the scope of its corporate powers.

(CORPORATE SEAL)   Carla Simpson

Form DOT F 4220.4 (Rev. 6/97)(EXCEL)   PREVIOUS EDITION OBSOLETE   AUTHORIZED FOR LOCAL REPRODUCTION

Exhibit K
Page 5 of 12

USCG-200609

350-02-D-643J55    D.O. # 643P92    Project: Cargo Wharf Pile Coating Ph. II    BEI#    41007

I hereby certify, to the best of my knowledge and belief, that (1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract; (2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of Title 31, United States Codes; and (3) This request for progress payment does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

Contractor's Signature                                    Date:    11/3/04

| Contractor Name | Total Contract Amt | Cumulative Completed | Cumulative Retainage | Previous Payments | Payments Due This Invoice |
|---|---|---|---|---|---|
| ...ule Environmental Services | $ 931,438.96 | $ 931,438.96 | $ - | $ 931,438.96 | $ - |
| ... Electric | $ 53,070.87 | $ 53,070.87 | $ - | $ 53,070.87 | $ - |
| ...han Engineers | $ 112,500.00 | $ 112,500.00 | $ - | $ 112,500.00 | $ - |
| | $ 1,097,009.83 | $ 1,097,009.83 | | $ 1,097,009.83 | $ - |

Exhibit K
Page 6 of 12

USCG-200610

BRECHAN ENTERPRISES, INC.
PRICE SCHEDULE

Contract No.: **DTCG-50-02-D-643J55**          Invoice No: 1146153
TASK ORDER #: **DTCG50-03-F-643P92**
Contractor: BRECHAN ENTERPRISES, INC.          Date: 10/31/04
IDIQ Project #: 41007 - Cargo Wharf Pile Coating Phase II

| Item # Activity | Total | % to Date | Allowed to Date | Previous Billings | % This Period | Billed This Period | Balance Remaining |
|---|---|---|---|---|---|---|---|
| Mobilization | 228,100.00 | 100.00% | 228,100.00 | 228,100.00 | 0.00% | 0.00 | 0.00 |
| **Area A: Pile Prep & Coating** | | | | | | | |
| Install Micron Filters | 14,100.00 | 100.00% | 14,100.00 | 14,100.00 | 0.00% | 0.00 | 0.00 |
| Install Side Tarps | 7,200.00 | 100.00% | 7,200.00 | 7,200.00 | 0.00% | 0.00 | 0.00 |
| Place Heaters & Dryers | 8,800.00 | 100.00% | 8,800.00 | 8,800.00 | 0.00% | 0.00 | 0.00 |
| Grind H-Pile Edge | 19,200.00 | 100.00% | 19,200.00 | 19,200.00 | 0.00% | 0.00 | 0.00 |
| Remove Existing Coating | 84,100.00 | 100.00% | 84,100.00 | 84,100.00 | 0.00% | 0.00 | 0.00 |
| Sponge Blast for Profile | 32,400.00 | 100.00% | 32,400.00 | 32,400.00 | 0.00% | 0.00 | 0.00 |
| Caulk | 8,700.00 | 100.00% | 8,700.00 | 8,700.00 | 0.00% | 0.00 | 0.00 |
| Inspection | 16,400.00 | 100.00% | 16,400.00 | 16,072.00 | 2.00% | 328.00 | 0.00 |
| Apply SPC 1864 | 35,800.00 | 100.00% | 35,800.00 | 35,800.00 | 0.00% | 0.00 | 0.00 |
| **Area B: Pile Prep & Coating** | | | | | | | |
| Install Micron Filters | 9,800.00 | 100.00% | 9,800.00 | 9,800.00 | 0.00% | 0.00 | 0.00 |
| Install Side Tarps | 4,100.00 | 100.00% | 4,100.00 | 4,100.00 | 0.00% | 0.00 | 0.00 |
| Place Heaters & Dryers | 5,700.00 | 100.00% | 5,700.00 | 5,700.00 | 0.00% | 0.00 | 0.00 |
| Grind H-Pile Edge | 13,000.00 | 100.00% | 13,000.00 | 13,000.00 | 0.00% | 0.00 | 0.00 |
| Remove Existing Coating | 57,000.00 | 100.00% | 57,000.00 | 57,000.00 | 0.00% | 0.00 | 0.00 |
| Sponge Blast for Profile | 21,000.00 | 100.00% | 21,000.00 | 21,000.00 | 0.00% | 0.00 | 0.00 |
| Caulk | 5,300.00 | 100.00% | 5,300.00 | 5,300.00 | 0.00% | 0.00 | 0.00 |
| Inspection | 10,200.00 | 100.00% | 10,200.00 | 9,996.00 | 2.00% | 204.00 | 0.00 |
| Apply SPC 1864 | 21,900.00 | 100.00% | 21,900.00 | 21,900.00 | 0.00% | 0.00 | 0.00 |
| **Area C: Pile Prep & Coating** | | | | | | | |
| Install Micron Filters | 12,200.00 | 100.00% | 12,200.00 | 11,956.00 | 2.00% | 244.00 | 0.00 |
| Install Side Tarps | 5,900.00 | 100.00% | 5,900.00 | 5,900.00 | 0.00% | 0.00 | 0.00 |
| Place Heaters & Dryers | 7,500.00 | 100.00% | 7,500.00 | 7,500.00 | 0.00% | 0.00 | 0.00 |
| Grind H-Pile Edge | 16,600.00 | 100.00% | 16,600.00 | 16,600.00 | 0.00% | 0.00 | 0.00 |
| Remove Existing Coating | 72,500.00 | 100.00% | 72,500.00 | 72,500.00 | 0.00% | 0.00 | 0.00 |
| Sponge Blast for Profile | 27,500.00 | 100.00% | 27,500.00 | 27,500.00 | 0.00% | 0.00 | 0.00 |
| Caulk | 7,300.00 | 100.00% | 7,300.00 | 7,300.00 | 0.00% | 0.00 | 0.00 |
| Inspection | 13,700.00 | 100.00% | 13,700.00 | 13,426.00 | 2.00% | 274.00 | 0.00 |
| Apply SPC 1864 | 29,800.00 | 100.00% | 29,800.00 | 29,800.00 | 0.00% | 0.00 | 0.00 |
| **Area D: Pile Prep & Coating** | | | | | | | |
| Install Micron Filters | 9,800.00 | 100.00% | 9,800.00 | 9,800.00 | 0.00% | 0.00 | 0.00 |
| Install Side Tarps | 4,100.00 | 100.00% | 4,100.00 | 4,100.00 | 0.00% | 0.00 | 0.00 |
| Place Heaters & Dryers | 5,700.00 | 100.00% | 5,700.00 | 5,700.00 | 0.00% | 0.00 | 0.00 |
| Grind H-Pile Edge | 13,000.00 | 100.00% | 13,000.00 | 13,000.00 | 0.00% | 0.00 | 0.00 |
| Remove Existing Coating | 57,000.00 | 100.00% | 57,000.00 | 57,000.00 | 0.00% | 0.00 | 0.00 |
| Sponge Blast for Profile | 21,000.00 | 100.00% | 21,000.00 | 21,000.00 | 0.00% | 0.00 | 0.00 |
| Caulk | 5,300.00 | 100.00% | 5,300.00 | 5,300.00 | 0.00% | 0.00 | 0.00 |
| Inspection | 10,200.00 | 100.00% | 10,200.00 | 10,200.00 | 0.00% | 0.00 | 0.00 |
| Apply SPC 1864 | 21,900.00 | 100.00% | 21,900.00 | 21,900.00 | 0.00% | 0.00 | 0.00 |
| **Area E: Pile Prep & Coating** | | | | | | | |
| Install Micron Filters | 15,300.00 | 100.00% | 15,300.00 | 15,300.00 | 0.00% | 0.00 | 0.00 |
| Install Side Tarps | 8,100.00 | 100.00% | 8,100.00 | 8,100.00 | 0.00% | 0.00 | 0.00 |
| Place Heaters & Dryers | 9,700.00 | 100.00% | 9,700.00 | 9,700.00 | 0.00% | 0.00 | 0.00 |
| Grind H-Pile Edge | 21,000.00 | 100.00% | 21,000.00 | 21,000.00 | 0.00% | 0.00 | 0.00 |
| Remove Existing Coating | 91,900.00 | 100.00% | 91,900.00 | 91,900.00 | 0.00% | 0.00 | 0.00 |
| Sponge Blast for Profile | 35,600.00 | 100.00% | 35,600.00 | 35,600.00 | 0.00% | 0.00 | 0.00 |
| Caulk | 9,700.00 | 100.00% | 9,700.00 | 9,700.00 | 0.00% | 0.00 | 0.00 |
| Inspection | 18,100.00 | 100.00% | 18,100.00 | 17,738.00 | 2.00% | 362.00 | 0.00 |
| Apply SPC 1864 | 39,800.00 | 100.00% | 39,800.00 | 39,800.00 | 0.00% | 0.00 | 0.00 |
| Demobilization | 56,982.00 | 100.00% | 56,982.00 | 51,283.80 | 10.00% | 5,698.20 | 0.00 |
| Remove & Reinstall Cathodic Protecti | 14,138.00 | 100.00% | 14,138.00 | 14,138.00 | 0.00% | 0.00 | 0.00 |
| Remove Underpier Utilities | 7,800.00 | 100.00% | 7,800.00 | 7,800.00 | 0.00% | 0.00 | 0.00 |
| Repair Defective Structural Welds | 11,200.00 | 100.00% | 11,200.00 | 11,200.00 | 0.00% | 0.00 | 0.00 |
| CP Commissioning Report | 3,900.00 | 100.00% | 3,900.00 | 3,900.00 | 0.00% | 0.00 | 0.00 |

Exhibit K
Page 7 of 12

USCG-200611

**BRECHAN ENTERPRISES, INC.**
**PRICE SCHEDULE**

| | | |
|---|---|---|
| Contract No.: | DTCG-50-02-D-643J55 | Invoice No: 1146153 |
| TASK ORDER #: | DTCG50-03-F-643P92 | |
| Contractor: | BRECHAN ENTERPRISES, INC. | Date: 10/31/04 |
| IDIQ Project #: | 41007 - Cargo Wharf Pile Coating Phase II | |

| Item # Activity | Total | % to Date | Allowed to Date | Previous Billings | % This Period | Billed This Period | Balance Remaining |
|---|---|---|---|---|---|---|---|
| QA Services | 126,000.00 | 100.00% | 126,000.00 | 126,000.00 | 0.00% | 0.00 | 0.00 |
| | 1,413,020.00 | | 1,413,020.00 | 1,405,909.80 | | 7,110.20 | 0.00 |

Exhibit K
Page 8 of 12

USCG-200612

01-07-2005 12:28 From-BRECHAN ENT +19074864889 T-821 P.001/001 F-807

**REQUEST FOR PAYMENT**
**JOB ORDER CONTRACT**

ENTERED 1/10/05

FROM:

Brechan Enterprises Inc.
2705 Mill Bay Rd
Kodiak, AK 99615

Tax ID #: 92-0030431

Prompt Payment Discount:

Contract Number: DTCG50-02-D-643J55
Task Order #: DTCG50-03-F-643P92
Payment Request # 1146153 Date: 12/31/2004

Project #: 41007
Project Title: Cargo Wharf Pile Coating Phase II

0% 0 Days

I hereby certify, to the best of my knowledge and belief, that (1) The amounts requested are only for performance in accordance with the specifications, terms and conditions of the contract; (2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of Title 31, United States Codes; and (3) This request for progress payment does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

| | |
|---|---|
| Original Task Order Amount | $1,413,020.00 |
| Changes Through Mod No. ____ | ($2,045.00) |
| Total Value of Task Order | $1,410,975.00 |
| Total Amount of Previous Payments | $1,405,909.80 |
| Amount of this Request | **$5,065.20** |

Contractor's Signature    Date 1/7/05

JAN 2005 RECEIVED USCG FD&CC (PAC)

To be completed by COR/CI before submitting to Contracting Officer.

COR/CI's Signature    Date 1-7-05

Accounting

Accounting

KO 2C revised 7 Aug 2002

Exhibit K
Page 9 of 12

USCG-200604

BRECHAN ENTERPRISES, INC.
PRICE SCHEDULE

| | | |
|---|---|---|
| Contract No.: | **DTCG-50-02-D-643J55** | Invoice No: 1146153 |
| TASK ORDER #: | **DTCG50-03-F-643P92** | |
| Contractor: | BRECHAN ENTERPRISES, INC. | Date: 10/31/04 |
| IDIQ Project #: | 41007 - Cargo Wharf Pile Coating Phase II | |

| Item # Activity | Total | % to Date | Allowed to Date | Previous Billings | % This Period | Billed This Period | Balance Remaining |
|---|---|---|---|---|---|---|---|
| Mobilization | 228,100.00 | 100.00% | 228,100.00 | 228,100.00 | 0.00% | 0.00 | 0.00 |
| **Area A: Pile Prep & Coating** | | | | | | | |
| Install Micron Filters | 14,100.00 | 100.00% | 14,100.00 | 14,100.00 | 0.00% | 0.00 | 0.00 |
| Install Side Tarps | 7,200.00 | 100.00% | 7,200.00 | 7,200.00 | 0.00% | 0.00 | 0.00 |
| Place Heaters & Dryers | 8,800.00 | 100.00% | 8,800.00 | 8,800.00 | 0.00% | 0.00 | 0.00 |
| Grind H-Pile Edge | 19,200.00 | 100.00% | 19,200.00 | 19,200.00 | 0.00% | 0.00 | 0.00 |
| Remove Existing Coating | 84,100.00 | 100.00% | 84,100.00 | 84,100.00 | 0.00% | 0.00 | 0.00 |
| Sponge Blast for Profile | 32,400.00 | 100.00% | 32,400.00 | 32,400.00 | 0.00% | 0.00 | 0.00 |
| Caulk | 8,700.00 | 100.00% | 8,700.00 | 8,700.00 | 0.00% | 0.00 | 0.00 |
| Inspection | 16,400.00 | 100.00% | 16,400.00 | 16,072.00 | 2.00% | 328.00 | 0.00 |
| Apply SPC 1864 | 35,800.00 | 100.00% | 35,800.00 | 35,800.00 | 0.00% | 0.00 | 0.00 |
| **Area B: Pile Prep & Coating** | | | | | | | |
| Install Micron Filters | 9,800.00 | 100.00% | 9,800.00 | 9,800.00 | 0.00% | 0.00 | 0.00 |
| Install Side Tarps | 4,100.00 | 100.00% | 4,100.00 | 4,100.00 | 0.00% | 0.00 | 0.00 |
| Place Heaters & Dryers | 5,700.00 | 100.00% | 5,700.00 | 5,700.00 | 0.00% | 0.00 | 0.00 |
| Grind H-Pile Edge | 13,000.00 | 100.00% | 13,000.00 | 13,000.00 | 0.00% | 0.00 | 0.00 |
| Remove Existing Coating | 57,000.00 | 100.00% | 57,000.00 | 57,000.00 | 0.00% | 0.00 | 0.00 |
| Sponge Blast for Profile | 21,000.00 | 100.00% | 21,000.00 | 21,000.00 | 0.00% | 0.00 | 0.00 |
| Caulk | 5,300.00 | 100.00% | 5,300.00 | 5,300.00 | 0.00% | 0.00 | 0.00 |
| Inspection | 10,200.00 | 100.00% | 10,200.00 | 9,996.00 | 2.00% | 204.00 | 0.00 |
| Apply SPC 1864 | 21,900.00 | 100.00% | 21,900.00 | 21,900.00 | 0.00% | 0.00 | 0.00 |
| **Area C: Pile Prep & Coating** | | | | | | | |
| Install Micron Filters | 12,200.00 | 100.00% | 12,200.00 | 11,956.00 | 2.00% | 244.00 | 0.00 |
| Install Side Tarps | 5,900.00 | 100.00% | 5,900.00 | 5,900.00 | 0.00% | 0.00 | 0.00 |
| Place Heaters & Dryers | 7,500.00 | 100.00% | 7,500.00 | 7,500.00 | 0.00% | 0.00 | 0.00 |
| Grind H-Pile Edge | 16,600.00 | 100.00% | 16,600.00 | 16,600.00 | 0.00% | 0.00 | 0.00 |
| Remove Existing Coating | 72,500.00 | 100.00% | 72,500.00 | 72,500.00 | 0.00% | 0.00 | 0.00 |
| Sponge Blast for Profile | 27,500.00 | 100.00% | 27,500.00 | 27,500.00 | 0.00% | 0.00 | 0.00 |
| Caulk | 7,300.00 | 100.00% | 7,300.00 | 7,300.00 | 0.00% | 0.00 | 0.00 |
| Inspection | 13,700.00 | 100.00% | 13,700.00 | 13,426.00 | 2.00% | 274.00 | 0.00 |
| Apply SPC 1864 | 29,800.00 | 100.00% | 29,800.00 | 29,800.00 | 0.00% | 0.00 | 0.00 |
| **Area D: Pile Prep & Coating** | | | | | | | |
| Install Micron Filters | 9,800.00 | 100.00% | 9,800.00 | 9,800.00 | 0.00% | 0.00 | 0.00 |
| Install Side Tarps | 4,100.00 | 100.00% | 4,100.00 | 4,100.00 | 0.00% | 0.00 | 0.00 |
| Place Heaters & Dryers | 5,700.00 | 100.00% | 5,700.00 | 5,700.00 | 0.00% | 0.00 | 0.00 |
| Grind H-Pile Edge | 13,000.00 | 100.00% | 13,000.00 | 13,000.00 | 0.00% | 0.00 | 0.00 |
| Remove Existing Coating | 57,000.00 | 100.00% | 57,000.00 | 57,000.00 | 0.00% | 0.00 | 0.00 |
| Sponge Blast for Profile | 21,000.00 | 100.00% | 21,000.00 | 21,000.00 | 0.00% | 0.00 | 0.00 |
| Caulk | 5,300.00 | 100.00% | 5,300.00 | 5,300.00 | 0.00% | 0.00 | 0.00 |
| Inspection | 10,200.00 | 100.00% | 10,200.00 | 10,200.00 | 0.00% | 0.00 | 0.00 |
| Apply SPC 1864 | 21,900.00 | 100.00% | 21,900.00 | 21,900.00 | 0.00% | 0.00 | 0.00 |
| **Area E: Pile Prep & Coating** | | | | | | | |
| Install Micron Filters | 15,300.00 | 100.00% | 15,300.00 | 15,300.00 | 0.00% | 0.00 | 0.00 |
| Install Side Tarps | 8,100.00 | 100.00% | 8,100.00 | 8,100.00 | 0.00% | 0.00 | 0.00 |
| Place Heaters & Dryers | 9,700.00 | 100.00% | 9,700.00 | 9,700.00 | 0.00% | 0.00 | 0.00 |
| Grind H-Pile Edge | 21,000.00 | 100.00% | 21,000.00 | 21,000.00 | 0.00% | 0.00 | 0.00 |
| Remove Existing Coating | 91,900.00 | 100.00% | 91,900.00 | 91,900.00 | 0.00% | 0.00 | 0.00 |
| Sponge Blast for Profile | 35,600.00 | 100.00% | 35,600.00 | 35,600.00 | 0.00% | 0.00 | 0.00 |
| Caulk | 9,700.00 | 100.00% | 9,700.00 | 9,700.00 | 0.00% | 0.00 | 0.00 |
| Inspection | 18,100.00 | 100.00% | 18,100.00 | 17,738.00 | 2.00% | 362.00 | 0.00 |
| Apply SPC 1864 | 39,800.00 | 100.00% | 39,800.00 | 39,800.00 | 0.00% | 0.00 | 0.00 |
| Demobilization | 56,982.00 | 100.00% | 56,982.00 | 51,283.80 | 10.00% | 5,698.20 | 0.00 |
| Remove & Reinstall Cathodic Protecti | 14,138.00 | 100.00% | 14,138.00 | 14,138.00 | 0.00% | 0.00 | 0.00 |
| Remove Underpier Utilities | 7,800.00 | 100.00% | 7,800.00 | 7,800.00 | 0.00% | 0.00 | 0.00 |
| Repair Defective Structural Welds | 11,200.00 | 100.00% | 11,200.00 | 11,200.00 | 0.00% | 0.00 | 0.00 |
| CP Commissioning Report | 3,900.00 | 100.00% | 3,900.00 | 3,900.00 | 0.00% | 0.00 | 0.00 |

Exhibit K
Page 10 of 12

USCG-200605

BRECHAN ENTERPRISES, INC.
PRICE SCHEDULE

| | |
|---|---|
| Contract No.: | **DTCG-50-02-D-643J55** |
| TASK ORDER #: | **DTCG50-03-F-643P92** |
| Contractor: | BRECHAN ENTERPRISES, INC. |
| IDIQ Project #: | 41007 - Cargo Wharf Pile Coating Phase II |

Invoice No: 1146153
Date: 10/31/04

| Item # | Activity | Total | % to Date | Allowed to Date | Previous Billings | % This Period | Billed This Period | Balance Remaining |
|---|---|---|---|---|---|---|---|---|
| | QA Services | 126,000.00 | 100.00% | 126,000.00 | 126,000.00 | 0.00% | 0.00 | 0.00 |
| Mod#1 | Waste disposal by USCG | (2,045.00) | 100.00% | (2,045.00) | 0.00 | 100.00% | (2,045.00) | 0.00 |
| | | 1,410,975.00 | | 1,410,975.00 | 1,405,909.80 | | 5,065.20 | 0.00 |

Exhibit K
Page 11 of 12

USCG-200606



# BRECHAN ENTERPRISES, INC. / GENERAL CONTRACTORS
2705 Mill Bay Road • Kodiak, AK 99615
(907) 486-3215 • Fax: (907) 486-4889

**To:** FDCC PAC             **From:** Carla Simpson
**Attn:** Maggie             **Pages:** 3
**Phone:**                   **Date:** 01/08/05
**Fax:**
**Re:** Pay Requests

Maggie,

I have the following pay requests for your consideration:

| TO# | BEI Job # | Job Description | Request # | Amount |
|---|---|---|---|---|
| 643P92 | 41007 | Cargo Wharf Pile Coating Phase II | 1146153 | $5,065.20 |

This request is revised from the original final submitted in October. Please contact me if you need further documents to process this request.

Thank you,

Carla

Exhibit K
Page 12 of 12

USCG-200607