35,436.75

12/2/2004

35,436.75

01        $35,436.75

# Deposit Summary

8/16/2006

Summary of Deposits to 15135577 FNBA on 12/02/2004

| Chk No. | PmtMethod | Rcd From | Memo | Amount |
|---|---|---|---|---|
|  | Check | Brechan Enterprises, Inc. |  | 35,436.75 |
|  |  |  | Deposit Subtotal: | 35,436.75 |
|  |  |  | Less Cash Back: |  |
|  |  |  | Deposit Total: | 35,436.75 |

Exhibit L
Page 1 of 1