instructions can be found on the FD&CC Pacific Web site.

3.06.2.3   Sheet Naming: Use only the single character discipline designator as shown on page 21 of the CE-CADD Manual. Do not use dashes between the discipline identifier and the sheet number.

A5    

3.06.2.4   Submission Format for Electronic Files: At the conclusion of each task order the Contractor shall submit electronic documentation, with transmittal, in one single three ring binder to the Contracting Officer, as follows:

3.06.2.4.1   All drawing files as they appear in the submitted printed form on CD-ROM disk in a plastic sleeve. External references, if used, must be bound to the parent file before submittal. Each drawing file will be organized so that the entire sheet can be plotted in one operation. The CD disk shall be labeled with "Project Number - Project Name", Contract # - Task Order #", design status (i.e. record) and submittal date. "Zip" tapes will not be accepted.

3.06.2.4.2   8 1/2" x 11" sheet(s) index indicating drawing list and file names.

3.06.2.4.3   8 1/2" x 11" print of each drawing in the submittal.

3.06.2.4.4   Clearly mark the binder on its front panel with "Project Number - Project Name", "Contract # - Task Order #", design status (i.e. Record...), and submittal date. An 8 1/2" x 11" print of the title sheet is acceptable. Mark the binder side panel with "Project Number - Project Name", "Contract # - Task Order #", only.

3.06.2.4.5   For Record (as-built) drawing submittals, two sets of documentation are required.

3.07   NOTIFICATION OF START AND COMPLETION OF WORK:

3.07.1   The Contractor shall notify the Contracting Officer's Representative in writing seven (7) calendar days prior to construction start of each individual task order to allow the Government sufficient time to notify the applicable using organization, customer or residents.

3.07.2   Pre-Final Inspection: Prior to requesting a Final Inspection, the Contractor shall request a Pre-Final Inspection. The request shall be made in writing, electronic mail requests are authorized, 10 calendar days prior to the anticipated date of the Pre-Final Inspection. The Pre-final Inspection will be conducted at least seven (7) calendar days prior to the final inspection date with the Government inspector, the contractor's quality control representative, the contractor's project manager, and any technical experts or other parties as deemed necessary by the Government. Any discrepancies noted during the pre-final

30

Exhibit ___M___
Page __1__ of __1__