### E.4 FINAL INSPECTION

Final inspection, punch list, acceptance and cleanup of the project site will be completed before the delivery order due date.

Final inspection and acceptance of the work will be by the Contracting Officer or his authorized representative.

### E.5 WARRANTY OF CONSTRUCTION - ADDITIONAL REQUIREMENTS

If an extended warranty is required on a specific delivery order, this requirement and the extent of the warranty will be addressed in the scope of work issued to the Contractor for that specific delivery order.

Cost for the extended warranty will be included in the Contractor's cost proposal as a non-pre-price item, unless the warranty is a flow down type from a specific manufacturer.

**End of Section**

Exhibit N
Page 1 of 1
USCG-203477