Terry R. Marston, *pro hac vice*, terry@mhf-law.com
Jami K. Elison, *pro hac vice*, jamie@mhf-law.com
Jesse P. Elison, *pro hac vice*, jessee@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants. | Case No.: A03-0199CV (RRB)<br><br>**ORDER DENYING SAFECO'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[PROPOSED]** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | |

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) ) ) ) |
| 2 | |
| 3 | ) |
| 4 | Plaintiff, ) vs. ) |
| 5 | ) |
| 6 | SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. ) ) |
| 7 | ) Defendants. ) ) |
| 8 | |
| 9 | BRECHAN ENTERPRISES, INC., an Alaska corporation, ) ) |
| 10 | ) Counterclaim Plaintiff, ) |
| 11 | vs. ) ) |
| 12 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) ) |
| 13 | ) Counterclaim Defendant. ) |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska corporation, ) ) |
| 15 | ) |
| 16 | Third-Party Plaintiff, ) vs. ) |
| 17 | ) COFFMAN ENGINEERS, INC, a Washington Corporation. ) ) |
| 18 | ) Third-Party Defendant. ) |
| 19 | ) |
| 20 | ABSOLUTE ENVIRONMENTAL SERVICES) INC., an Alaska Corporation, ) |
| 21 | ) Plaintiff/Cross-claimant, ) |
| 22 | vs. ) ) |
| 23 | COFFMAN ENGINEERS, INC, a Washington Corporation. ) ) |
| 24 | ) Third-Party Defendant. ) ) |
| 25 | |
| 26 | |

ORDER DENYING SAFECO'S MOTION FOR SUMMARY JUDGMENT
Case No. A03-0199CV (RRB)-- 2

THIS MATTER came before the Court on Safeco's Motion for Summary Judgment. Having entertained the memoranda, exhibits and declarations supporting and in opposition to the motion, the Court ORDERS that Safeco's motion is DENIED.

IT IS ALSO ORDERED that Plaintiff is awarded terms in the amount of $_____$.

Dated this \_\_\_\_\_ day of _____, 2006.

_____
The Honorable Ralph R. Beistline
United States District Court Judge