UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ABSOLUTE   v.   McKINLEY

DATE:   August 17, 2006        CASE NO.   3:03-cv-0199-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
SCHEDULING ORAL ARGUMENT**

---

Oral argument (2 hours) will be held on the dispositive motions, filed at Dockets 213, 214, 216, 218, 219, 222, 224, 225, 227, and 229, on **Thursday, September 14, 2006, at 10:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.  Counsel or parties needing to attend telephonically are to contact Carolyn Bollman, at least five working days prior to the hearing, at 907-451-5791 to make appropriate arrangements.

M.O. SCHEDULING ORAL ARGUMENT