ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930 (baerg@mmlawyers.com)

Attorneys for Defendant Forrest J. McKinley and
Defendant and Counter-Claimant EMERCO, INC.,
dba Imperial Industrial Coatings

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>*Defendants.* | CASE NO. A-03-0199 Civil (RRB)<br><br>**[PROPOSED] ORDER DENYING MOTION TO DISMISS OR CAP CERTAIN CLAIMS** |
| EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,<br><br>*Counter-Claimant/Third Party Claimant,*<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al.,<br><br>*Cross-Defendants/Third Party Defendants.* | |

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL |
| 2 | SERVICES, INC., and Alaska corporation, |
| 3 | *Plaintiff,* |
| 4 | v. |
| 5 | SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, |
| 6 | |
| 7 | Defendant. |
| 8 | BRECHAN ENTERPRISES, INC., an Alaska corporation, |
| 9 | Counterclaim Plaintiff, |
| 10 | v. |
| 11 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, |
| 12 | |
| 13 | Counterclaim Defendant. |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska corporation, |
| 15 | Third-Party Plaintiff, |
| 16 | v. |
| 17 | COFFMAN ENGINEERS, INC., a Washington corporation, |
| 18 | |
| 19 | Third-Party Defendant. |

## **O R D E R**

The Motion of plaintiff and counter-defendant Absolute Environmental Services, Inc.., (hereinafter "Absolute") for an order to dismiss or cap certain claims of defendant and counter-claimant Emerco, Inc., dba's Imperial Industrial Coatings' ("Emerco"), having come regularly before the Court, and the Court having considered Absolute's memorandum of points and authorities in support of said Motion, the memorandum of points and authorities of Emerco in opposition to said Motion, and Absolute's reply in support of the Motion, as well as the

1 | declarations and exhibits contained therein, the court hereby DENIES the Motion.

3 |      IT IS SO ORDERED.

6 | DATED: _____
                       THE HONORABLE RALPH R. BEISTLINE
                       JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE
                       DISTRICT OF ALASKA