ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930 (baerg@mmlawyers.com)

Attorneys for Defendant Forrest J. McKinley and
Defendant and Counter-Claimant EMERCO, INC.,
dba Imperial Industrial Coatings

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>*Defendants.* | CASE NO. A-03-0199<br>Civil (RRB)<br><br>**EVIDENTIARY OBJECTIONS OF CROSS-CLAIMANT EMERCO, INC., DBA IMPERIAL INDUSTRIAL COATINGS' TO DECLARATION OF DAVE OLSON SUBMITTED WITH PLAINTIFF'S MOTION TO DISMISS CLAIM FOR GOODS SOLD AND DELIVERED** |
| EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,<br><br>*Counter-Claimant/Third Party Claimant,*<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al.,<br><br>*Cross-Defendants/Third Party Defendants.* | |

| | |
|---|---|
| 1<br>2 | THE UNITED STATES OF AMERICA for the use )<br>and benefit of ABSOLUTE ENVIRONMENTAL )<br>SERVICES, INC., and Alaska corporation, ) |
| 3 | *Plaintiff,* ) |
| 4 | v. ) |
| 5<br>6 | SAFECO INSURANCE COMPANY OF )<br>AMERICA, a Washington corporation, ) |
| 7 | Defendant. ) |
| 8 | BRECHAN ENTERPRISES, INC., an Alaska )<br>corporation, ) |
| 9 | Counterclaim Plaintiff, ) |
| 10 | v. ) |
| 11<br>12 | ABSOLUTE ENVIRONMENTAL SERVICES, )<br>INC., an Alaska corporation, ) |
| 13 | Counterclaim Defendant. ) |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska )<br>corporation, ) |
| 15 | Third-Party Plaintiff, ) |
| 16 | v. ) |
| 17<br>18 | COFFMAN ENGINEERS, INC., a Washington )<br>corporation, ) |
| 19 | Third-Party Defendant. ) |

Cross-Complainant and Defendant Emerco, Inc., dba Imperial Industrial Coatings, hereby submits the following evidentiary objections to the Declaration of Dave Olson filed in support of Absolute's motion for summary judgment to dismiss claims of goods sold and delivered and/or the exhibits thereto:

    A.    Object to paragraph 20 in its entirety: Hearsay.

    B.    Object to paragraph 21 in its entirety: Hearsay.

    C.    Object to paragraph 24 in its entirety: Hearsay.

D. Object to Exhibit 14 (summary of proceedings): Hearsay; Relevance (there is nothing linking this testimony to the equipment at issue in the present lawsuit).

E. Object to Exhibit 15 (findings of fact, conclusions of law, judgment): Relevance (there is nothing linking this testimony to the equipment at issue in the present lawsuit).

F. Object to Exhibit 16 (Absolute's expert report): Hearsay; Foundation; No Expert Qualifications.

G. Object to Exhibit 14 (summary of proceedings): Hearsay; Relevance (there is nothing linking this testimony to the equipment at issue in the present lawsuit).

DATED: August 19, 2006

MONTELEONE & McCRORY LLP

Attorneys for Emerco, Inc., dba Imperial Industrial Coatings

By _____
WILLIAM R. BAERG, ESQ.
CSBN 167399
WSBN 23052