1  ERIC J. BROWN, ESQ.
   JERMAIN DUNNAGAN & OWENS, P.C.
2  3000 A. Street, Suite 300
   Anchorage, Alaska 99503-4097
3  Telephone: (907) 563-8844
   Facsimile: (907) 563-7322 (ebrown@jdolaw.com)
4
   PATRICK J. DUFFY, III, ESQ.
5  WILLIAM R. BAERG, ESQ.
   MONTELEONE & McCRORY, LLP
6  725 S. Figueroa Street, Suite 3200
   Los Angeles, California 90017-5446
7  Telephone: (213) 612-9900
   Facsimile: (213) 612-9930 (baerg@mmlawyers.com)
8
   Attorneys for Defendant Forrest J. McKinley and
9  Defendant and Counter-Claimant EMERCO, INC.,
   dba Imperial Industrial Coatings

10

11                     IN THE UNITED STATES DISTRICT COURT

12                           FOR THE DISTRICT OF ALASKA

13

14  ABSOLUTE ENVIRONMENTAL SERVICES,   )   CASE NO. A-03-0199
    INC., an Alaskan Corporation,       )   Civil (RRB)
15                                      )
        Plaintiff,                      )
16                                      )   **[PROPOSED] ORDER DENYING**
                                        )   **ABSOLUTE ENVIRONMENTAL**
17      v.                              )   **SERVICES, INC.'S MOTION TO**
                                        )   **DISMISS CLAIM FOR GOODS**
18  FORREST J. McKINLEY and "JANE DOE"  )   **SOLD AND DELIVERED**
    McKINLEY, and the marital community property )
19  composed thereof d/b/a/ "Imperial Industrial )
    Coatings" and EMERCO, INC., a California )
20  Corporation d/b/a/ Imperial Industrial Coatings, )
                                        )
21      Defendants.                     )
                                        )
22  EMERCO, INC., a California Corporation d/b/a )
    Imperial Industrial Coatings, and the United States )
23  for the Use and Benefit of EMERCO, Inc., )
                                        )
24      Counter-Claimant/Third Party Claimant, )
                                        )
25      v.                              )
                                        )
26  ABSOLUTE ENVIRONMENTAL SERVICES, )
    INC., an Alaskan Corporation, et al., )
27                                      )
        Cross-Defendants/Third Party Defendants. )
28                                      )

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA for the use ) |
|  | and benefit of ABSOLUTE ENVIRONMENTAL ) |
| 2 | SERVICES, INC., and Alaska corporation, ) |
|  | ) |
| 3 | *Plaintiff,* ) |
|  | ) |
| 4 | v. ) |
|  | ) |
| 5 | SAFECO INSURANCE COMPANY OF ) |
|  | AMERICA, a Washington corporation, ) |
| 6 | ) |
|  | Defendant. ) |
| 7 | ) |
|  | BRECHAN ENTERPRISES, INC., an Alaska ) |
| 8 | corporation, ) |
|  | ) |
| 9 | Counterclaim Plaintiff, ) |
|  | ) |
| 10 | v. ) |
|  | ) |
| 11 | ABSOLUTE ENVIRONMENTAL SERVICES, ) |
|  | INC., an Alaska corporation, ) |
| 12 | ) |
|  | Counterclaim Defendant. ) |
| 13 | ) |
|  | BRECHAN ENTERPRISES, INC., an Alaska ) |
| 14 | corporation, ) |
|  | ) |
| 15 | Third-Party Plaintiff, ) |
|  | ) |
| 16 | v. ) |
|  | ) |
| 17 | COFFMAN ENGINEERS, INC., a Washington ) |
|  | corporation, ) |
| 18 | ) |
|  | Third-Party Defendant. ) |
| 19 | ) |

## **O R D E R**

The Motion of plaintiff and counter-defendant Absolute Environmental Services, Inc.., (hereinafter "Absolute") for an order dismissing defendant and counter-claimant Emerco, Inc., dba's Imperial Industrial Coatings' ("Emerco") claim of goods sold and delivered, having come regularly before the Court, and the Court having considered Absolute's memorandum of points and authorities in support of said Motion, the memorandum of points and authorities of Emerco

1  in opposition to said Motion, and Absolute's reply in support of the Motion, as well as the
2  declarations and exhibits contained therein, the court hereby DENIES the Motion.

4        IT IS SO ORDERED.

7  DATED: _____

   THE HONORABLE RALPH R. BEISTLINE
8  JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE
   DISTRICT OF ALASKA