ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930 (baerg@mmlawyers.com)

Attorneys for Defendant Forrest J. McKinley and
Defendant and Counter-Claimant EMERCO, INC.,
dba Imperial Industrial Coatings

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>*Defendants*.<br><br>EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,<br><br>*Counter-Claimant/Third Party Claimant*,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al.,<br><br>*Cross-Defendants/Third Party Defendants*. | CASE NO. A-03-0199 Civil (RRB)<br><br>**DECLARATION OF RALPH THOMAS PUETT IN SUPPORT OF CROSS-CLAIMANT EMERCO, INC., DBA IMPERIAL INDUSTRIAL COATINGS' OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS CLAIM FOR GOODS SOLD AND DELIVERED** |

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., and Alaska corporation, | ) ) ) ) |
| *Plaintiff,* | ) |
| v. | ) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, | ) ) |
| Defendant. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) |
| Counterclaim Plaintiff, | ) |
| v. | ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, | ) ) |
| Counterclaim Defendant. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| COFFMAN ENGINEERS, INC., a Washington corporation, | ) ) |
| Third-Party Defendant. | ) |

I, Ralph Thomas Puett (also known as Tom Puett), declare:

1.  I am an employee of Imperial Industrial Coatings ("Imperial"), and worked on the United States Coast Guard Cargo Wharf Phase II project that is the subject matter of this litigation as an employee of Imperial from start to finish. I was, at all relevant times, the project manager and director of quality control. Among my responsibilities on the project was to purchase equipment, and review pricing and purchase orders. I have personal knowledge of the matters set forth herein and could competently testify hereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of some of the purchase orders that were shown to me at my deposition on November 1, 2004, which were used by Imperial to calculate the value of Imperial's materials and equipment retained by Absolute at the job site. These are documents identified as IIC-000116 to IIC-000225. As stated in my November 1, 2004, deposition session, the value of the materials and equipment is something I independently calculated based on, among other things, Imperial's actual purchase orders of the materials and equipment. The value of the equipment, as stated in Imperial's interrogatory responses, is $518,320. The actual, verifiable price of the materials and equipment as set forth in the purchase orders is much greater than what Absolute's paid expert witness claims.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 19th day of August, 2006, in Grand Terrace, California.

_____
RALPH THOMAS PUETT