# PURCHASE ORDER

IMPERIAL INDUSTRIAL COATINGS
STATE. LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1276**

TO: Swift Transportation

DATE: 3-3-03

REQUISITION NO.

SHIP TO: # 130 Cargo Wharf

1-800-800-2350
Jim Jennings ext 4350

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | 1 | 3 x 30 Carbon 100 WR Flat Shipped 3-3-03 | | |
| | 1 | RIVERSIDE TO LANGLEY | | 1674 24 |
| 5293433 | 1 | LANGLEY TO SEATTLE PD CHK 1901 11-14-03 | | 396 87 |
| | | | | 2071 11 |

EXH. 1    1/109

IIC-000116

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

To Reorder:
800-225-6380 or nebs.com

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784061
22825 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284  Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1287**

TO: Sunset Ladder
800-660-1311
626-575-0758

DATE: 3-4-03
REQUISITION NO.: Job 130
SHIP TO: 1186 Center St. Ste A
Riverside CA 92507

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 8 16 | | 21420  20'x14" 2 Man Stg | 343.50 | 5496 — |
| 4 6 | | 22020  20'x20" 2 " " | 433.00 | 2598 — |
| | | FOR ALASKA COAST GUARD | | |
| | | NO SALES TAX. | | |
| 4 | | 22028  28'x20" 2 man Stage Platform | 693 — | 2772 — |
| 2 | | AE1A16  Type 1A 300LB Alum D Rung Ext. | 112.25 | 225 — |
| 2 | | AE1A32  32' Type 1A Alum 300 LB Ext. Ladder | 208.50 | 417 — |
| 2 | | AE1A40  40' Type 1A Alum Ext Ladder | 275.50 | 551 — |
| | | | | 12059.00 |

NO TAX

Absolute Pd. to Sunset Ladder $12059.00 AES K#
15345

2-1/09    12059.00

IIC-000117

**EXH. 1**

# PURCHASE ORDER

IMPERIAL INDUSTRIAL COATINGS
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997   PH

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1278**

TO: Blanchar Signs – 354-5050
Fax 354-5312

DATE: 2-3-05
REQUISITION NO.: #130
SHIP TO: Containers – Cargo West

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Pd out of petty ck Book 16 | #1553 IIC | 11" x 17" Decals | 16 00 | 256 — |
| 1 | | Disc with IIC Logo | 60 00 | 60 — |
| Inv 14 (out Electric ck Book) | #4141 $241 36 | 11" x 17" Decal | 16 00 | 224 — |
| | | | | 540 — |
| | | TAX | | 41 85 |
| | | | | 581 85 |
| #1607 IIC | 15 | 2" x 3" Decals | 3 00 | |

EXH. 1

IIC-000118

3-1109

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

NEBS To Reorder:
800-225-6380 or nebs.com

IMPERIAL INDUSTRIAL COATINGS
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284  Fax (909) 779-2997

**PURCHASE ORDER**

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1280**

FAX # 762-1202

| TO | DATE | REQUISITION NO. |
|---|---|---|
| IMPERIAL PAINT | 3-1-03 | JOB 130 |
| 800-431-1755 | SHIP TO | 11186 CENTER ST. STE A |
| UPS - 2 DAY | | RIVERSIDE, CA. |
| UPS NO. 5Y9583 | | 92507 |
| | | 909-883-1284 |

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| | | | | |

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 24 | P-15A | 6X1 SCRAPER 456R | | |
| 36 | 1A | 2" BRUSH | | |
| 36 | 3A | 4" PINK COVERS 4RF9 | | |
| 12 | 3A | FRAMES 45WAP 24" | | |
| 24 | 10A | COMBO PACK UTILITY KNIFE | | |
| 3 | 11A | POLE SANDER | | |
| 144 | P-21 | SPRAY SOCK SPR-SOX 551 | | |
| 6 BOX | P-23 | 3M DUCT 6500 | | |
| 4 BOX | P-23 | " " 8710 | | |
| 4 BOX 100 | P-26 | RAZOR BLADES 100/BOX | | |
| 36 | P-33 | WIRE BRUSH 11350 | | |
| 24 | P-47 | ROLLER GRIDS 2 GAL | | |
| 6 | P-50 | EXTEN POLE 4'-8' | | |
| 20 CARTN | P-51 | POT HOOK | | |
| 6 BOX | P-70 | TYVEK 25/BOX | | |
| Pd 5-5-03 | | | MAT | 1255 72 |
| # 1625 | | | TAX | 97 32 |
| $2746.67 | | | TOTAL | 1353 04 |
| IICCK | | | | |

EXH. 1

IIC-000119

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

NEBS To Reorder: 800-225-6380 or nebs.com

AUTHORIZED BY

4 of 109

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1282**

TO: RSC RENTAL
276-9000

DATE: 3-4-2003
REQUISITION NO. 130
SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | FILTERS FOR 1998 1300 | | |
| | 6 | DISEL FUEL | 12 91 | 77 46 |
| | 2 | COLANT | 17 97 | 35 95 |
| | 6 | LUB | 17 33 | 104 03 |
| | 2 | AIR | 128 66 | 257 32 |
| | 2 | AIR | | 119 32 |
| | | FRT | | 65 — |
| > | 1 | MANUAL + PARTS BOOK | | 35 — |
| | 3 | 5 GAL CANS DA TORQUE | 60 — | 180 — |
| | | | | 847 08 |
| | | | TAX | 62 73 |
| | | | TOTAL | 936 81 |

Pd. 5-5-03
#16615
$1954.72
II C-CK

EXH. 1

IIC-000120

54/109

1. Please send ____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

**IMPERIAL INDUSTRIES**
STATE LIC. 784961
21815 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

**PURCHASE ORDER**

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1281**

TO: AirLines

DATE: 2-17-03   REQUISITION NO. #130
SHIP TO: Cargo Warf

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 2-19-03 | | Alaska Air - Tom & Mac | 307 00 | 614 00 |
| 2-17-03 | | Delta Air - " " | 453 40 | 906 80 |
| 1-27-03 | | Alaska Air - Tom | 468 50 | 468 50 |
| 3-28-03 | | Delta | | |
| | | Tom | 655 98 | 655 98 |
| Refer to → | | Steve + Josh | 883 60 | 1767 20 |
| P.O. # 1381 | | Alaska | | |
| | | Tom, Steve + Josh | 268 00 | 804 00 |
| | | TOTAL | | 5,216 48 |

IIC-000121

EXH. 1

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

6 of 109

**PURCHASE ORDER**

IMPERIAL INDUSTRIAL COATINGS
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1283**

TO: MISC PURCHASES

DATE: 3 4 2003
REQUISITION NO.: 130
SHIP TO: CONTAINERS

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | P.I | RAINBOW PAINT | | 78 |
| | | ~~scribbled out~~ | | |
| | | RAINBOW PAINT | | 15 |
| | | " | | 20 |
| | | " | | 61 |
| | | " | | 26 66 |
| | | DTM DRUM | | 400 |
| | | AUTO PAINT STORE | 2.50 | |
| | | HOME DEPOT | 2.58 | |
| | | ROTO ZIP FROM BILL | | |
| | | total | | 707 62 |

EXH. 1

IIC-000122

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

NEBS To Reorder: 800-225-6380 or nebs.com

AUTHORIZED BY

7 of 109

# PURCHASE ORDER

IMPERIAL
STATE NO. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

TO Related Products

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1268**

DATE 2-28-03   REQUISITION NO. 130

SHIP TO

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 7 | | Two Row Dust Tape | 4 90 | 823 20 |
| | | FRT | 29 28 | 29 28 |
| | | TAX | | 63 80 |
| | | TOTAL | | 916 28 |
| 1 | | CASE NFD | 4 90 | 117 60 |
| | | | | 9 14 |
| | | FRT | | 19 69 |
| | | | | 146 68 |
| | | Pd ck# 1612 IIC   TOTAL | | 1062 96 |
| | | 5-2-03   1062 96 | | |

**EXH. 1**

**IIC-000123**

Please send _____ copies of your invoice.
Order is to be entered in accordance with prices, delivery and specifications shown above.
Notify us immediately if you are unable to ship as specified.

NEBS To Reorder: 800-225-6380 or nebs.com

AUTHORIZED BY
8 of 109

# PURCHASE ORDER

STATE LIC 784981
21513 PICO ST. #0
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

**1250**

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

TO: Misc - Mat - Labor

DATE: 1-31-03
REQUISITION NO.: # 130
SHIP TO: Cargo Worth Container

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | | | |
| | | Labor Metal | 100.00 | |
| 2-12-03 | | Rick Ashurst (V#4076 etc.) | 600.00 | |
| 2-20-03 | | Rick Ashurst (V#4118 etc.) | 300.00 | |
| 3-3-03 | | Rick Ashurst (V#4131 etc.) | 470.00 | 2470.00 PLT N Fill |
| 3-13-03 | | Extras - Rick Ashurst (#4150) Electric | 650.00 | |
| | | Total | | 3,120.00 |

EXH. 1

IIC-000124

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

(NEBS) To Reorder: 800-225-6380 or nebs.com

AUTHORIZED BY

9 of 109

# PURCHASE ORDER

[letterhead illegible]
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

**No. 1251**

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

TO: Misc – Labor

DATE: 1-26-03   REQUISITION NO. #130
SHIP TO: Cargo Warf

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 1/26/03 | 37 hrs | Steve | Auto | 10 59 | 391 00 |
| 2-2-03 | 12 hrs | Steve | Auto | 10 59 | 127 00 |
| 2-9-03 | 40 hrs | Steve | Elec #4075 | 10 63 | 425 00 |
| 2-16-03 | 32 | Steve | Elec #4116 | | 350 00 |
| " " | | Steve | Crim | | 190 00 |
| 2-25-03 | 4 hrs | Jack | Crim | | 43 00 |
| 2-12-03 | | Bill Hill | Auto 3723 | 60 00 | 60 00 |
| 2-12-03 Refer P.O. 1334 Jims Labor | | Jim Exchange for Payment towards Can and Water Bill center #180 | | 500 00 | 500 00 |
| 2-9-03 | 16 hrs | Kyle | Auto | 10 00 | 160 00 |
| 2-16-03 | 30 | Kyle | Auto Electric | 10 00 | 425 00 |
| 3-2-03 | 30 | Richard | Auto | 16 00 | 480 00 |
| 3-2-03 | 21 | Kyle | Macs Personal 7217 | 10 00 | 210 00 |
| 3-2-03 | 27 | Steve | Macs " #7216 | 10 67 | 288 10 |
| 3-9-03 | 69½ | Kyle | Macs " #7217 | 15 00 | |
| 3-7-03 | 28 | Richard | Auto #3741 | 16 00 | 448 00 |
| 3-9-03 | 56½ | Dave Pennas | Auto #3758 | 10 00 | 565 00 |
| 3-7-03 | 36 | Steve | Macs #7220 | 10 61 | 382 00 |
| 3-9-03 | 7 | Esera Rodrigos – Pd Cash (Petty Cash III) | | 8 00 | 56 00 |

Total 4899 00

1. Please send ___ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

EXH. 1   To Reorder: 800-225-6380 or nebs.com



10 of 109   IIC-000125