# PURCHASE ORDER

**IMPERIAL INDUSTRIES**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284  Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1256**

TO: BNI
831-274-2665
SANDRA

DATE: 2-6-03
REQUISITION NO.:
SHIP TO: JOB NO. 130

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | Means Book | | 253.95 |
| | | TAX | | 18.41 |
| | | | | 272.36 |
| | | SHIPING | | 28.00 |
| | | | | 300.36 |

EXH. 1

IIC-000126

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

To Reorder: 800-225-6380 or nebs.com

AUTHORIZED BY

58
11 of 109

IMPERIAL INDUSTRIAL COATINGS
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

**PURCHASE ORDER**

**1257**

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

TO: Misc - Mat

DATE: 2-10-05    REQUISITION NO. #130
SHIP TO:

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS | |
|---|---|---|---|---|---|
| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | | UNIT PRICE | TOTAL |
| Ken Tool (Pd. Cash - Coatings) | | | | 2 75 | 8 25 |
| | 3 | Type 27 Whl 4. 12x1/16x7/8 | | | |
| | | | Total | | 8 89 |
| K-H Metals Supply | 20 | 1 x 1/2 x 043 Tube | | 48 | 9 60 |
| | | Cut | | 3 50 | 3 50 |
| | | | Tax | | 1 02 |
| | | | Total | | 14 12 |
| Office Max - IIC Aircraft Supplies | | | | | 81 60 |
| | | | TOTAL | | 104 61 |

EXH. 1

IIC-000127

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

NEBS To Reorder: 800-225-6380 or nebs.com

AUTHORIZED BY
12 0/109

# PURCHASE ORDER

~~IMPERIAL INDUSTRIAL CO INC~~
~~STATE DC 78~~
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1260**

TO: MALCOLM CAMPBELL
800-563-1248
DARRYL Mc DOWL

DATE: 2-24-03
SHIP TO: Job 130

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | GRIND EXTREME (SEE ATTACHED) | | 16,500 — |
| | | NO SOFTWARE | | |
| | | OPTIONAL EXTRAS | | 18,690 — |
| | | SPARE PARTS | | 5,731 59 |
| | | TOTAL | | 40,921 59 |
| > | | Security deposit | | 3,719 88 |
| | | Lease  39,700 00 — add | | 41,222 00 |
| | | 24 mos | 1859 94 | 44,638 56 |
| | | 10% buyout | | 3,970 00 |
| | | Postage | | 100 00 |
| | | phone | | 50 00 |

EXH. 1                    IIC-000128

44,788 56

139/09   53,700.44

# PURCHASE ORDER

IMPERIAL INDUSTRIAL COATINGS
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1270**

TO: K.T.A.   800-245-6379
FAX   412-788-0109
UPS   5Y 9583

DATE: 2-25-03
REQUISITION NO.: JOB NO. 130
SHIP TO: 1186 CENTER ST. STE A
RIVERSIDE, CA 92501
TOM PUETT

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | | POSITECTOR 6000 0-60 MILS | 595 — | 595 — |
| 1 | | KTA-GREASE-SPOT KIT II | 575 — | 575 — |
| 1 | | SSPC-VIS-1 | 165 — | 165 — |
| 4 ROLLS | | TESTEX PRESS-O-FILM REPLICA TAPE XCOARSE 1.5-4.5 | 30 | 120 — |
| 1 | | SPRING MICROMETER | 190 | 190 — |
| 1 | | POSITECTOR DEW POINT METER | 595 — | 595 — |
| 1 | PRINTER INFRARED | FOR " " " " | 175 | 175 — |
| 10 | | KTA WET MIL GAGES 1-80 MILS | .95 | 9 50 |
| 15 | | PULL OFF GAGES 20MM | 20 — | 300 — |
| 1 | | SRM/1364 MIST PLATES | 500 | 500 — |
| | | Murray 11.09 Ballast Ground FRT | 20 | 88 |
| Pd-5-6-03 | | yr. billing a storage bill | | 11 25 |
| #1632 | | and follow-ahead account | | |
| $3,517.28 | | NO TAX | | |
| | | TOTAL | | 3257 13 |

IIC-000129

EXH. 1

AUTHORIZED BY: 14 0109

1. Please send ____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1288**

TO: TINKER RASOR
626-287-5259

DATE: 3-4-03
REQUISITION NO.: JOB 130
SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Tom JC C.C. | | REPAIR + CALIBRATION | Total Price | 972 30 |
| | 1 | Module Sensitivity Switch AP/W 109-034 | | 124 50 |
| | 1 | Module Signal AP AP/W 109-010 | | 138 00 |
| | 1 | Battery 9.6 Volt AP/W 010-001 | | 157 80 |
| | 1 | Charger Battery 110V AP AP/W 031-005 | | 107 53 |
| | 1 | Wand Handle w/005-1155 177-051  Complex Connector | | 99 88 |
| | 1 | Wand Handle Extension 177-052 | | 57 20 |
| | 1 | Assembly Wand To Coupling 005-1155 | | 53 35 |
| | 2 | Cable Ground 20' 026-001 | | 63 25 |
| | | Latch #K3-1625-07 Kager 030-001  K3-0534/07 | 5 50 | 11 00 |

IIC-000130

1. Please send ____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

EXH. 1

972 30

AUTHORIZED BY
15 of 109



# IMPERIAL INDUSTRIAL COATINGS
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

## PURCHASE ORDER

**1289**

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

TO: NACE

DATE: 3-2-03

REQUISITION NO: JOB 130

SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 2 | | NACE INSPECTION SCHOOL March 14-16 San Diego Marine Inspection Class, Josh + Tom. For Kodiak | | 1650 — |
| | | Parking + Taxi | | 49 00 |
| | | Food | | 212 81 |
| | | Hotel | | 218 80 |
| | | Total | | 2130 61 |

EXH. 1

IIC-000131

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

16 of 109

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

# PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages. **1291**

TO: Misc Exp

DATE: 2-28-03
REQUISITION NO. 130
SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 2-20-03 | Tom's C.C. | Motel - Buskin River | | 115 09 |
| | | Food  " " | | 104 10 |
| 2-21-03 | Tom's C.C. | Motel Anchorage | | 288 36 |
| | | Food  " | | 112 75 |
| 2-21-03 | | Air Port Park Mc Cash | | 30 — |
| Paid | | TOTAL | | 650 30 |

EXH. 1

IIC-000132

AUTHORIZED BY  17-1/09

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

# PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1297**

TO: INTERNATIONAL RUBBER
909-825-1330

DATE: 3-7-3
REQUISITION NO.: JOB 130
SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Toms IIC 22 | 12 | 3/8 CC Sponge | .41 | 178 00 |
| C.S. 8 | | QrC-836 STADEND | 22 00 | 176 00 |
| 3-14-03 Electric at 4154 | 60 | 4" Thick #3120 x 6" WD x 12" LG Glued 1" Thick together | 20 60 | 1,236 00 |
| | 25 | 1/2" #3210 x 1-1/2" WD x 8' | 5 20 | 130 00 |
| | 25 | 1/2" #3120 x 3" WD x 5 Ft | 6 50 | 162 50 |
| | 200 | 1/2" #3120 x 1-1/2" WD x 30 Ft Length | 65 | 130 00 |
| | 5 | C836 stabord - Viton Galla | 67 50 | 337 50 |
| | | | | 2,350 00 |
| | | TAX | | 182 13 |
| | | TOTAL | | 2,532 13 |

EXH. 1

IIC-000133

AUTHORIZED BY
18 1109

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

NEBS To Reorder:
800-225-6380 or nebs.com

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

**No. 1298**

TO: CALOYMPIC
620-421-6630
Jean

DATE: 3-9-03
REQUISITION NO.: Job-130

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | 230 | 3M 6900 L Full Face EAR PLUG | 19 86 | 19 86 |
| 2 | 230 | 2-100 Pocket Shield covers (6885) | 23 04 | 46 08 |
| 12 (2 box) | 228 | FILTERS 6001 | 7 10 | 85 20 |
| 13 (10 pk) | 228 | PRE-FILTERS 5010 | 10 30 | 30 90 |
| 8 | 228 | Life Jackets | 54 82 | 438 56 |
| 2 Box | 268 | fit check Kit 0201 | 4 76 | 9 52 |
| 3 Box | 341 | UN 1719 absorbent pads | 55 00 | 165 00 |
| 2 | 228 | Retainer for hood (5009) | 2 37 | 4 74 |
| 2 | | CO2 MONITOR | 57 14 | 114 28 |
| | | DELIVERY | | 70 63 |
| | | | | 934 77 |
| | | TAX | | 70 85 |
| | | TOTAL | | 1005 62 |

PO-5-6-03
#1638
$1083.61
IIC-CK

EXH. 1

IIC-000134

AUTHORIZED BY: 19 01/09

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

# PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1299**

TO: Magnet Sales
310-391-7213
Jennifer/Brian

DATE: 3-10-03
REQUISITION NO.: Job 130
SHIP TO: 1186 Center St #Ste A.
Riverside, Ca. 92507
909-783-1284

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 40 | | RB-90 magnetic cups assembly 130LBS | | 402.00 372.00 |
| | | TAX | | 27.90 30. |
| | | TOTAL | | 399.90 |
| Paid | | TOMS CREDIT CARD SHIPING | | 51.07 |
| | | | | 450.97 |

EXH. 1

IIC-000135

AUTHORIZED BY: ZO 1109

1. Please send ____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

NEBS To Reorder: 800-225-6380 or nebs.com