# Absolute Environmental Services, Inc.
## Balance Sheet
### As of July 31, 2006

|  | Jul 31, 06 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 107019887 Northrim (AESI CHECK REGISTER) | 7.81 |
| 15135577 FNBA (Checking Acct. 6/26/96) | 82.23 |
| **Total Checking/Savings** | 90.04 |
| | |
| **Other Current Assets** | |
| 1050.00 · Employee Advance (Employee Advance) | 500.00 |
| 1200.00 · Prepaid Insurance (Prepaid Insurance) | 53,785.00 |
| 1210.00 · Deposits - Telephone | 840.00 |
| 1258.00 · Payroll Advance (Payroll Advance) | 180,964.19 |
| **Total Other Current Assets** | 236,089.19 |
| **Total Current Assets** | 236,179.23 |
| | |
| **Fixed Assets** | |
| 1256.00 · L/H Improvements (L/H Improvements) | 49,165.63 |
| 1430.00 · Office Equipment Purchase (Office Equipment Purchase) | 57,407.00 |
| 1450.00 · Equipment (Equipment) | 624,867.51 |
| 1460.00 · Accumulated Depreciation Other (Accum. Depr. Other) | -506,474.00 |
| 1500.00 · Vehicles (Vehicles) | 194,017.00 |
| **Total Fixed Assets** | 418,983.14 |
| | |
| **Other Assets** | |
| 1212 · Deposit - Center Capital | 2,684.52 |
| **Total Other Assets** | 2,684.52 |
| | |
| **TOTAL ASSETS** | **657,846.89** |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 738,902.85 |
| **Total Accounts Payable** | 738,902.85 |
| | |
| **Other Current Liabilities** | |
| 1355 · Due to/from SAD Leasing | 67,195.44 |
| 2060 · Accrued Losses on Contract | 2,600.00 |
| 2100 · Payroll Liabilities | 526,804.98 |
| 2200.00 · Loan - FNB | 54,934.99 |
| 2251 · Loan - Jan Olson | 10,000.00 |
| 2252 · Loan - Warren Olson | 15,000.00 |
| 2310.00 · Loan to Shareholder(Dave Olson) | 875,267.93 |
| **Total Other Current Liabilities** | 1,551,803.34 |
| | |
| **Total Current Liabilities** | 2,290,706.19 |
| | |
| **Long Term Liabilities** | |

Exhibit A
Page 1 of 2

# Absolute Environmental Services, Inc.
## Balance Sheet
### As of July 31, 2006

|  | Jul 31, 06 |
|---|---:|
| 1455.00 · NP - Platt Environmental | 36,000.00 |
| 2104 · Note Payable - NLB (Center Capi) | 42,274.94 |
| 2201 · Notes Payable - FMCC (2003 Truck Loans) | 35,976.90 |
| 2202 · Note Payable CIT 90093187 | 24,431.02 |
| 2203 · Note Payable - CIT 90090616 | 1,779.24 |
| 2204 · NP - Citi Capital | 47,822.21 |
| **Total Long Term Liabilities** | 188,284.31 |
| **Total Liabilities** | 2,478,990.50 |
| **Equity** | |
| Retained Earnings | -2,429,469.86 |
| 2500.00 · Additional Paid in Capital (Notes Payable D Olson) | 979,079.52 |
| 3000.00 · Draws David Olson (Draws David Olson) | -77,050.22 |
| 3010.00 · Treasury Stock | -700.00 |
| 3100.00 · Common Stock (Common Stock) | 500.00 |
| Net Income | -293,503.05 |
| **Total Equity** | -1,821,143.61 |
| **TOTAL LIABILITIES & EQUITY** | 657,846.89 |

Exhibit A
Page 2 of 2