# Absolute Environmental Services, Inc.
## Profit & Loss
### January through July 2006

|  | Jan - Jul 06 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000.00 · Job Revenue (Job Revenue) | 987,370.02 |
| 4005 · Income from Equipment Rental | 5,000.00 |
| 4999.00 · Other Income | 6.35 |
| 9999.00 · Misc Revenue (Misc. Revenue) | 10.00 |
| **Total Income** | 992,386.37 |
| | |
| **Expense** | |
| 5000.00 · Payroll Expenses | 377,442.84 |
| 5001 · Job Materials | 97,174.09 |
| 5002 · Job Travel | 12,861.00 |
| 5003 · Job Equipment Expense | 1,600.00 |
| 5004 · Subcontract | 81,893.55 |
| 5005 · Other Job Expense | 28,356.46 |
| 5100.00 · Job Cost Equip Rental (J/C EQUIP RENTAL) | 164.93 |
| 5300.00 · Job Cost - Materials (J/C Materials) | 54,469.27 |
| 5350.00 · Job Cost Disposal of Materials (J/C Disposal Materials) | 6,972.25 |
| 5375.00 · Job Cost Freight Expense (J/C Freight Expense) | 1,790.70 |
| 5400.00 · Job Cost Prof Svcs - Air Monito (J/C Prof Svc - Air Monito) | 397.25 |
| 5515.00 · Job Cost Lodging - Employees (J/C Lodging) | 4,546.07 |
| 5530.55 · Job Cost Insur - Gen Liability (J/C Insurance - Liability) | 12,813.18 |
| 5530.56 · Job Cost Insurance - Work Comp (J/C Insurance - W/C) | 26,404.71 |
| 5530.57 · Job Cost Insurance - Bonding (J/C Insurance - Bonding) | 9,020.00 |
| 5550.00 · Job Costs Permits & Fees (J/C Permits/Fees) | 0.00 |
| 5560.00 · Job Cost Per Diem - Employees (J/C Per Diem - Employees) | 3,280.00 |
| 6150.00 · Payroll Tax Expense (Payroll Tax Expense) | 49,256.30 |
| 6250.00 · Freight (Freight) | 6,598.00 |
| 6300.00 · Professional Services (Professional Services) | 436,347.37 |
| 6308.55 · Overhead Insurance - Liability (O/H Insurance - Liability) | -1,875.47 |
| 6308.56 · Overhead Insurance - Work Comp (O/H Insurance - W/C) | 0.00 |
| 6308.61 · O/H Ins - Health | 14,601.46 |
| 6610.00 · Maintenance/Parts Auto (Maint/Parts Auto) | 497.44 |
| 6620.00 · Maintenance & Parts Non-Auto (Maint/Parts Non-Auto) | 606.50 |
| 6675.00 · Taxes/Licenses (Taxes/Licenses) | 28.08 |
| 6680.00 · Permits/Fees (Permits / Fees) | 1,282.00 |
| 6710.00 · Phone/Local Charges (Phone/Local Charges) | 688.52 |
| 6720.00 · Phone/Cellular (Phone/Cellular) | 1,067.12 |
| 6730.00 · Phone/Long Distance (Phone/Long Distance) | 1,200.00 |
| 6760.00 · Refuse (Refuse) | 1,548.36 |
| 6800 · Life Insurance - Officer | 732.50 |
| 6810.00 · Office Expense (Office Expense) | 5,074.11 |
| 6870.00 · Bank Fees (Bank Fees) | 1,562.13 |
| 6875.00 · Employee Physicals (Employee Physicals) | 1,683.44 |
| 6876.00 · Training (Training) | 240.00 |
| 6900.00 · Misc. (Misc.) | 63.71 |
| 6905.00 · Nondeductible Penalties | 45,501.55 |
| **Total Expense** | 1,285,889.42 |
| | |
| **Net Ordinary Income** | -293,503.05 |

Exhibit B
Page 1 of 2

# Absolute Environmental Services, Inc.
## Profit & Loss
### January through July 2006

|  | Jan - Jul 06 |
|---|---|
| Net Income | -293,503.05 |

Exhibit B
Page 2 of 2