## PROMISSORY NOTE

$ 56,100.00

Anchorage, Alaska, January 12, 2005

In consideration of prepaying 22 months of rent at 300 LaTouche Street, Anchorage and within 21 months after date, without grace, Absolute Environmental Services, Inc. promises to pay to the order of David Olson the sum of Fifty-six Thousand One Hundred and 00/100s dollars for value received, with interest at the rate of 6% percent per annum from date until maturity, interest payable by December 1, 2006, and if not so paid, the whole of this note, both principal and interest, shall forthwith become due and payable without demand at the option of the holder. After maturity, or on default, this note bears interest at the rate of 6% percent per annum until paid. Principal and interest payable in lawful money of the United States. In case suit or action is commenced to collect this note or any portion thereof Absolute Environmental Services, Inc. promises to pay, in addition to the costs provided by statute, such sum as the court may adjudge reasonable as attorney's fees therein, and any judgment entered hereon shall bear interest at the rate of 6% percent per annum.

Due: December 1, 2006

Absolute Environmental Services, Inc.
*Maker*

P.O. Box 112807
Anchorage, Alaska 99511-2807
*Address*

Signature: *David E. Olson, President*

David E. Olson, President
*Maker*

Signature: *David E. Olson, Lender*

David E. Olson, Lender
*Lender*

No. 1/12/05

Exhibit D
Page 1 of 3

Rent Highlander

Last payment 1/12/05 for Dec '04,

$2550 × 12 mos (2005) = $30,600.00

$2550 × 10 mos (2006) = $25,500.00
                        _____
                        $56,100.00

Exhibit D
Page 2 of 3

# PROMISSORY NOTE

**$ 130,00.00**

Anchorage, Alaska, **January 30, 2005**

24 months after date, without grace, Absolute Environmental Services, Inc. promises to pay to the order of David Olson the sum of **One Hundred Thirty Thousand Dollars and no/100s dollars** for value received, with interest at the rate of 6% percent per annum from date until maturity, interest payable within 24 months, and if not so paid, the whole of this note, both principal and interest, shall forthwith become due and payable without demand at the option of the holder.  After maturity, or on default, this note bears interest at the rate of 6% percent per annum until paid.  Principal and interest payable in lawful money of the United States.  In case suit or action is commenced to collect this note or any portion thereof Absolute Environmental Services, Inc. promises to pay, in addition to the costs provided by statute, such sum as the court may adjudge reasonable as attorney's fees therein, and any judgment entered hereon shall bear interest at the rate of 6% percent per annum.

Due: **January 30, 2007**

Absolute Environmental Services, Inc.
*Maker*

P.O. Box 112807
Anchorage, Alaska 99511-2807
*Address*

*Signature: David E. Olson, President*

David E. Olson, President
*Maker*

*Signature: David E. Olson, Lender*

David E. Olson, Lender
*Lender*

No. **2005-01**

Exhibit D
Page 3 of 3