
DDA Debits - 01/12/2005


DDA Debits - 01/13/2005


DDA Debits - 01/12/2005


DDA Debits - 01/12/2005


DDA Debits - 01/06/2005


DDA Debits - 01/06/2005


DDA Debits - 01/04/2005


DDA Debits - 01/04/2005


DDA Debits - 01/03/2005



Exhibit E
Page 1 of 3

```
                                                            PAGE:          1
                                                            ACCOUNT: 15242720
                                                            DATE: 01/19/05       01/19/2005
                                                            000 15 00

                                    8 00000536
                                                                      43
                                                                       4
                                                                      21

DAVID E OLSON
RAMONA JEAN OLSON
10325 MAIN TREE DR
ANCHORAGE AK  99507-6950


SOUTH CENTER BRANCH                 FIRST NATIONAL BANK ALASKA
PO BOX 200628
ANCHORAGE AK  99520-0628                                    TELEPHONE:907-777-4362
==========================================================================================

         Use your First National Bank MasterMoney(TM) debit card to
         shop online and enjoy added security, when you enroll in
                      MasterCard(R) SecureCode(TM).
         Visit www.FNBAlaska.com/mastermoney to learn more.

==========================================================================================
                          PERSONAL ACCOUNT 15242720
==========================================================================================

                                       LAST STATEMENT 12/17/04       6,125.02
                                                 4 CREDITS         152,410.23
                                                23 DEBITS          155,891.26
                                       THIS STATEMENT 01/19/05       2,643.99

MINIMUM BALANCE      364.29
AVERAGE BALANCE    2,154.37

- - - - - - - - - - - - - - - - - - - DEPOSITS - - - - - - - - - - - - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
         12/24      300.00          01/12   141,860.23
         12/29    9,900.00     9980 01/18       350.00

- - - - - - - - - - - - - - - - - - - CHECKS - - - - - - - - - - - - - - - - - - -
CHECK #..DATE......AMOUNT CHECK #..DATE......AMOUNT CHECK #..DATE......AMOUNT
3196*12/20    30.00       3393 01/04    57.19       3400*01/13     499.99
3387 12/21   105.88       3394 12/31    62.94       3431 01/12 130,000.00
3388 12/22   409.00       3395 12/31    43.50       3432 01/14     184.46
3389 12/20   100.00       3396 12/29 7,805.00       3433 01/13   8,000.00
3390 12/20   100.00       3397 12/30 1,900.00       3434 01/13   1,200.00
3391 01/03   132.30       3398 12/31    75.40       3435*01/18      41.88
3392 12/28    99.00       3399 01/06    40.52       3841 12/23   5,000.00

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
              **** CONTINUED ****
```

Exhibit E
Page 2 of 3

```
                                                PAGE:        2
                                                ACCOUNT:     15242720
                                                DATE:        01/19/05
                                                000 15 00

DAVID E OLSON
RAMONA JEAN OLSON
```

======================================= PERSONAL ACCOUNT ============================================

- - - - - - - - - - - - - - - - - - - - - OTHER DEBITS - - - - - - - - - - - - - - - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| IMAGE STATEMENT CHARGE | 01/19 | 1.00 |
| SERVICE CHARGE | 01/19 | 3.20 |

- - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

TOTAL CHARGE FOR STATEMENT FEE:      3.00
TOTAL CHARGE FOR CHECKS:              .20
                                    -----
TOTAL SERVICE CHARGE PAID:           3.20

- - - - - - - - - - - - - - - - - - DAILY BALANCE - - - - - - - - - - - - - - - - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 12/20 | 5,895.02 | 12/29 | 2,676.14 | 01/12 | 12,224.52 |
| 12/21 | 5,789.14 | 12/30 | 776.14 | 01/13 | 2,524.53 |
| 12/22 | 5,380.14 | 12/31 | 594.30 | 01/14 | 2,340.07 |
| 12/23 | 380.14 | 01/03 | 462.00 | 01/18 | 2,648.19 |
| 12/24 | 680.14 | 01/04 | 404.81 | 01/19 | 2,643.99 |
| 12/28 | 581.14 | 01/06 | 364.29 | | |

- END OF STATEMENT -

01/19/2005

Exhibit 6
Page 3 of 3