**DEPARTMENT OF TRANSPORTATION**
**UNITED STATES COAST GUARD**
**FACILITIES DESIGN AND CONSTRUCTION CENTER - PACIFIC**



# UNITED STATES COAST GUARD
# CARGO WHARF AND FUEL PIER INSPECTION
# KODIAK, ALASKA

**SEPTEMBER 21 – OCTOBER 2, 2000**

PREPARED BY:



**TRYCK NYMAN HAYES, INC.**
26088 IOWA AVENUE NE
KINGSTON, WA 98346
TEL: (360) 297-5210 · FAX: (360) 297-5212

IN ASSOCIATION WITH

American Marine
6000 A Street
Anchorage, AK
99518-1815

# US COAST GUARD
# CARGO WHARF AND FUEL PIER
# INSPECTION
# KODIAK, ALASKA

September 21 - October 2, 2000

*Prepared by:*

## TRYCK NYMAN HAYES, INC.
911 West Eighth Avenue
Anchorage, Alaska 99501

*In Association with:*

AMERICAN MARINE

# US COAST GUARD CARGO WHARF AND FUEL PIER INSPECTION KODIAK, ALASKA

# <u>Table of Contents</u>

Page

EXECUTIVE SUMMARY....................................................................................... I
    Original Cargo Wharf ........................................................................................ i
    The Cargo Wharf Extension ............................................................................. i
    The Fuel Pier.................................................................................................... ii

1. INTRODUCTION............................................................................................ 1

2. METHODOLOGY............................................................................................ 2
   2.1      General........................................................................................................ 2
   2.2      Visual Inspection........................................................................................ 2
   2.3      Diving Operations...................................................................................... 3
   2.4      Ultrasonic Thickness Testing.................................................................... 4
   2.5      Cathodic Protection ½ Cell Readings and Cathodic Protection Elements....... 5
   2.6      Timber Inspection / Increment Boring....................................................... 9
   2.7      Chain Dragging......................................................................................... 10
   2.8      Coating Inspection ................................................................................... 10

3. RESULTS ....................................................................................................... 12
   3.1      Original Cargo Wharf ............................................................................... 12
         3.1.1   General................................................................................................ 12
         3.1.2   Visual ................................................................................................. 12
         3.1.3   Substructure Framing and Ultrasonic Thickness Readings .............. 13
         3.1.4   CP Half Cell Readings and Cathodic Protection Elements .............. 15
         3.1.5   Coatings and Marine Growth.............................................................. 17
         3.1.6   Deck and Bullrails.............................................................................. 19
         3.1.7   Fender System .................................................................................... 20
         3.1.8   Ladders............................................................................................... 21
         3.1.9   Bollards and Cleats ............................................................................ 21
         3.1.10  Mooring Dolphins and Catwalks ....................................................... 21
         3.1.11  Utilities............................................................................................... 21
         3.1.12  Floats and Gangway........................................................................... 23
   3.2      Cargo Wharf Extension............................................................................ 23
         3.2.1   General................................................................................................ 23
         3.2.2   Visual ................................................................................................. 24
         3.2.3   Substructure Framing and Ultrasonic Thickness Readings .............. 24
         3.2.4   CP Half Cell Readings and Cathodic Protection Elements .............. 25
         3.2.5   Coatings and Marine Growth.............................................................. 28
         3.2.6   Deck and Bullrails.............................................................................. 29

|  | 3.2.7 | Fender System | 30 |
|  | 3.2.8 | Ladders | 30 |
|  | 3.2.9 | Bollards and Cleats | 30 |
|  | 3.2.10 | Dolphins | 31 |
|  | 3.2.11 | Utilities | 31 |
| 3.3. | | Fuel Pier | 32 |
|  | 3.3.1 | General | 32 |
|  | 3.3.2 | Visual | 32 |
|  | 3.3.3 | Substructure Framing and Ultrasonic Thickness Readings | 32 |
|  | 3.3.4 | CP Half Cell Readings and Cathodic Protection Elements | 35 |
|  | 3.3.5 | Coatings and Marine Growth | 37 |
|  | 3.3.6 | Deck and Bullrails | 38 |
|  | 3.3.7 | Fender System | 39 |
|  | 3.3.8 | Ladders | 40 |
|  | 3.3.9 | Bollards and Cleats | 40 |
|  | 3.3.10 | Mooring Dolphins and Catwalks | 40 |
|  | 3.3.11 | Utilities | 41 |

4. CONCLUSIONS ............................................................................................42
4.1.    Service Life ......................................................................................42
4.2.    Original Cargo Wharf ......................................................................44
4.3.    Cargo Wharf Extension ....................................................................44
4.4.    Fuel Pier ...........................................................................................45

REFERENCES ....................................................................................................46

## Tables

Table 3-1—Ultrasonic Thickness Readings Original Cargo Wharf ........................................13
Table 3-2—Cathodic Protection ½ Cell Readings, Original Cargo Wharf............................16
Table 3-3—Ladder Inspection ...............................................................................................21
Table 3-4—Ultrasonic Thickness Readings Original Cargo Wharf ........................................24
Table 3-4—Cathodic Protection ½ Cell Readings, Cargo Wharf Extension.........................26
Table 3-5—Above Water Galvanic Anode Inspection, Cargo Wharf Extension ..................27
Table 3-6—Cargo Wharf Extension Ladder Inspection ........................................................30
Table 3-7—Ultrasonic Thickness Readings, Fuel Pier..........................................................34
Table 3-8—CP Half Cell Readings, Fuel Pier ......................................................................36
Table 3-9—Ladder Inspection, Fuel Pier..............................................................................40

## Figures

Figure 1—Location Map......................................................................................................iv

# Appendices

Appendix A   Original Cargo Wharf Selected Photos
Appendix B   Cargo Wharf Extension Selected Photos
Appendix C   Fuel Pier Selected Photos
Appendix D   Drawings

# EXECUTIVE SUMMARY

This report outlines the results of an inspection of the US Coast Guard (USCG) Cargo Wharf and Fuel Pier in Kodiak, Alaska. The inspection took place in two phases. Phase I was an above water walk through inspection on the 21 and 22 of September 2000. The second phase consisted of a more detailed inspection and included an underwater inspection. This took place September 27 through October 2, 2000. The inspection's goal was 10 percent "representative" inspection. Three distinct structures were inspected: the original Cargo Wharf, the Cargo Wharf Extension, and the Fuel Pier.

The original Cargo Wharf was constructed in 1965 and retrofitted in 1989. The Cargo Wharf extension was construction in 1985. Originally constructed in the 1940s, the Fuel Pier was modified in 1965 following the 1964 Great Alaska Earthquake. In 1988, the Fuel Pier was extensively retrofitted.

## Original Cargo Wharf

The original Cargo Wharf was found to be in generally good condition. This portion of the wharf underwent a major renovation in 1989, which included cutting out and replacing the mid sections of most of the original H piles. The spliced pile sections were found to be in good condition, the bolts were tight, and there was no appreciable metal loss due to corrosion on the new members. Several of the impressed current anodes on this section of the dock were found to be non-functional. The coating system above the low tide level, and particularly in the intertidal zone, was found to be in poor condition with approximately 20 percent failure. The coating is failing in large flakes, resulting from poor edge retention, which would peel readily from small breaks. Areas that were field coated are also performing poorly with about 80 percent failure near weld welds. These failures may be aggravated by ice in the winter. The intertidal zone is subjected to corrosion concerns because the electrolyte is discontinuous for part of the day and the area is then beyond the reach of the cathodic protection system.

In general, the concrete elements were in good condition, including the cast-in-place pile caps and the precast haunched deck panels. The steel plate anchorage, in the expansion joint between the original Cargo Wharf and the Cargo Wharf Extension, was found to be failing at the cast-in-place concrete pile cap at bent #1. The pile cap is cracked and the anchorage is loose. The bullrails were found to have some localized spalling with rebar exposed in a few areas. The concrete overlay decking was found to be delaminating in about 10 percent of the dock, particularly along joints. This overlay is still functioning well; and although it was cracked in places, there was no evidence of pieces breaking off.

## The Cargo Wharf Extension

The Cargo Wharf extension was found to be in good condition. The coating on many of the pipe piles was failing just below the pile caps. Generally, the failures were large

patches—about 3 feet in diameter in places. This may be the result of some stress applied during construction as from formwork for the cast in place pile caps, driving leads, etc.

Originally, hanging galvanic anodes protected this portion of the dock. The dock extension is currently protected by impressed current anodes spaced every fourth bent with the original galvanic anodes abandoned in place. The impressed current anodes on this section of the dock were found to be functioning well. The anode on bent #10 was found to have slipped down the pile to the point where tension is now being placed on the anode wire.

There was some damage to several of the timber whaler framing members associated with the top of the fender system. The concrete overlay was found to be in the same condition as on the original Cargo Wharf.

## The Fuel Pier

The Fuel Pier is composed of several generations of framing members consisting of the 1940s original construction, post earthquake construction in 1965, and a retrofit construction in 1988.

The 1940s components are in very poor condition. There is significant metal loss including some perforations in these members, particularly in the intertidal zone. Although not structural, these members are still connected to the structure through "isolation joints." These joints consist of plastic sleeves and washers designed to break the electrical contact between connected members. Three out of four of the isolation joints tested for electrical continuity were found to be failing. This means that there is a metallic electrical path between them and the new members and they contribute to the load on the galvanic cathodic protection system.

The 1965 construction was found to be in marginal condition. The coating was largely failing in the intertidal zone with nearly 100 percent failure on the flanges of the H beams. Above the tidal zone, there was about 50 percent failure of the coating, with most of the remaining paint in the webs of the H beams. In many places, there were thick flaky rust deposits, often built up under failing coating. Although these deposits sometimes measured up to ¼-inches or more in thickness, significant metal loss or perforations were not evident.

The 1988 construction was found to be in good condition. There was about 80 percent coating failure in areas where the coating was field applied near welds, etc. Some of this coating failure was trapping moisture in the intertidal zone. This results in a layered build up of corrosion products under the disbonded coating. Even though this deposit appears significant, little appreciable metal loss was evident. This includes the welds. Below the low tide level, the coating was 100 percent intact on the pipe piles. In the intertidal zone, there was about 20 percent failure of the coating. No significant metal loss or weld loss was detected on the 1988 construction.

There are several generations and types of hanging galvanic anodes on the Fuel Pier. One consisted of rectangular anodes cast around a ¾-inch diameter bar. This bar held the weight of the anode while a separate wire connected it electrically to the structure. These anodes were found to be near the end or at the end of their useful life. Most had less then 20 percent

remaining material. Several were nearly 100 percent consumed. The other type of anode was cast around a 3-inch diameter pipe. These had anode material about 2 feet 6 inches long by 1 foot square. Generally, they were in good condition and active. Several areas of the dock were found to have ½ cell readings less than -0.85 volts, indicating inadequate protection.

The first section of the dock from bent A7 to A11 had very little evidence of 1988 construction below the deck level. From A5 to A10 the dock is supported by a combination of the original 1940s timber piles and the 1965 timber repair members. (See section D on sheet 4 of the 1988 plan set.) Metal framing brackets were not evident and the lateral load capacity of these members is suspect. Core samples taken with an increment borer on the 1965 piles and pile cap showed sound wood with creosote in the outer layer. From bents A1 through A4, the dock is supported by a combination of the 1940s H piles and the 1965 steel repair members. There is little evidence of coating in this section of the dock and it does not have the benefit of the pipe piles and related truss system.

The timber deck elements were found to be weathered but functional. There is some grass growing at the end of the dock between bents 33 and about 26. This is probably due to the large amount of bird waste at this end of the dock. The ladders on the dock are too short. They are all about 10 feet long and will reach the water level only at the highest of tides. Several of the log camels on this section of the dock were found to be nearly water logged and/or sawn through by the guide wires.



LOCATION MAP
U.S. COAST GUARD FACILITY
KODIAK, ALASKA

FIGURE NO.
1

DATE:
10/30/00

# 1. INTRODUCTION

This report outlines the results of an inspection of the US Coast Guard (USCG) Cargo Wharf and Fuel Pier in Kodiak, Alaska. The USCG facility is in the northeast corner of Women's Bay, a few miles south of the City of Kodiak. This project involved an inspection of various elements of the structures, including the piling, structural cross bracing, a representative sample of the anodes (approximately 33 percent), the pile caps, the decking, and other structures and appurtenances.

The Cargo Wharf consists of two sections: the original Cargo Wharf and the Cargo Wharf addition. Currently, several vessels use the cargo wharf including the Ironwood and the Firebush (180 foot buoy tenders), the Alex Haley (a 283 foot cutter), and the Storis (a 230 foot cutter). The dock supports these vessels in their mission, including installing and maintaining buoys and patrolling the Alaska coastal waters. Typical loads on the dock include the loading of buoys, chain, and anchors onto the buoy tender vessels often with the use of mobile crane units and fork lifts. Utilities on the dock are configured to supply electricity, water, sewer, and steam heat, such that the vessels can maintain full service accommodations to crewmembers while berthed.

The original Cargo Wharf is about 642.5 feet long. It has three access ramps, each about 40 feet wide and 70 feet long, connecting it to the shore. The wharf varies in width from about 60 feet at the north end to 30 feet at the south end. The original facility was built in 1965 and was constructed using H pile supports (bents 20 feet on center rows, 8 feet on center, typical) with cast-in-place concrete pile caps and precast "haunched" deck panels. In 1989, the original Cargo Wharf underwent a major retrofit. Most of the H piles were repaired by cutting out badly corroded sections in the intertidal and splash zone and installing new sections of H pile. These new sections were welded at the top (near the pile caps above the water) and bolted at the bottom (beneath the water line). In an attempt to meet seismic requirements, lateral bracing, consisting of horizontal and diagonal members, were also installed at this time. The dock has an impressed current CP system and a concrete overlay wear surface on the deck.

The Cargo Wharf addition was constructed in 1985 and consists of 24-inch diameter pipe piles (bents 20 feet on center rows 10 feet on center, typical) with concrete pile caps and precast deck panels. The deck panels are not haunched as they were in the original cargo wharf. The wharf has a continuous straight-line segment of face (about 401 feet long) and a short dogleg section (about 46 feet long) connecting it to the original wharf. The majority of the Cargo Wharf addition is at a slight angle to the original wharf. Hanging sacrificial anodes were installed on the Cargo Wharf addition. An impressed current system was added later and is now the primary means of cathodic protection.

The Fuel Pier was originally constructed in 1940 and was built on a steel H pile foundation with timber decking. During the 1964 Great Alaskan Earthquake, the Island of Kodiak and consequently the Fuel Pier sank about 6 feet. In 1965, the pier was repaired by cutting the deck free, jacking it up, and installing new bracing and pile sections such that the deck

elevation was restored. In 1988, the Fuel Pier underwent a major renovation, which consisted of installing an external structural skeleton around the existing dock. Twenty-four inch diameter pipe piles were driven along the perimeter of the dock and a system of horizontal and diagonal bracing was added to form a three-dimensional space truss. The Fuel Pier has a galvanic anode system consisting of a combination of hanging and welded on anodes.

Kodiak Island is in an area of southwestern Alaska that is still experiencing the effects of the 1964 Great Alaskan Earthquake. The island subsided about 6 feet during that event and is now slowly rebounding. This necessitates the use of caution concerning all elevation data. There is an active NOAA tidal station on the original Cargo Wharf. The following tidal statistics are from the current NOAA government benchmark sheets:

| | | |
|---|---|---|
| Highest Observed Tide | 3.990 meters | 13.090 feet |
| MHHW | 2.670 meters | 8.759 feet |
| MHW | 2.399 meters | 7.871 feet |
| MSL | 1.371 meters | 4.498 feet |
| MTL | 1.366 meters | 4.482 feet |
| MLW | 0.332 meters | 1.089 feet |
| MLLW | 0.000 meters | 0.000 feet |
| Lowest Observed Tide | -1.012 meters | -3.320 feet |

For this report, the piles have been numbered using a row column system. Wherever possible, the numbering system from the design drawings was used. This generally applied to the bent numbers (columns) on the original plans. Letters were used on the rows starting with "A" on the face of the Cargo Wharf and on the north face of the Fuel Pier. This is shown in the drawing in Appendix D.

# 2. METHODOLOGY

## 2.1 General

The inspections were carried out in two separate trips to the site. The first trip, from September 21 and 22, 2000, consisted of a general walk through inspection. The inspectors toured the Cargo Wharfs and Fuel Pier from the deck and from the water. A skiff was used to gain access to the substructure. The second phase consisted of a more detailed inspection and included an underwater inspection, which occurred September 27 through October 2, 2000. Overall, the inspection was meant to be a 10 percent "representative" inspection.

## 2.2 Visual Inspection

Much of the inspection was done visually. The structures were visually inspected from the deck, from a skiff at various tide levels, and through the use of a diver. The inspectors looked for any evidence of obvious failure, buckling, spalling, rot or corrosion. The visual inspection also included the identification of various components and generations of construction. For example, the three generations of structural elements of the Fuel Pier were identified and examined during the visual inspection. The cathodic protection elements, including

impressed current and galvanic anodes and related cabling and bonding wires, were visually inspected. The fender system and camels were visually inspected. The concrete elements, including deck panels, bullrails, wing walls and pile caps, were visually inspected.

An aluminum "John boat" skiff was procured for the project. This skiff was used to travel under and around the dock for close-up visual inspection of the substructure. The skiff was narrow enough to gain access to many of the pile rows and bents. In areas where there was cross bracing, the inspectors were able to climb on some of the bracing for access to the higher levels of the substructure.

The structures are broken up into three distinct regions, the splash zone, the intertidal zone, and the submerged zone. The splash zone is the area above high tide, which includes the pile caps and deck. The intertidal zone is the area of the structure subjected to the wetting and drying of the tide, which is from low tide to high tide. In the case of the structures in Kodiak, it is also the area subjected to the forces and abrasion of ice. The submerged zone is the area below low tide that is continuously submerged.

At low tide a significant portion of the substructure could be accessed. This included being able to walk along the beach under the cargo wharf access ramps, as well as the first section of timber piles on the fuel pier. At this time, many of the lower horizontal framing members were accessible. At high tide the concrete pile caps and underside of the deck panels were accessible for visual inspection. Photographs were taken and an underwater video was produced.

## 2.3   Diving Operations

A diver was used to inspect a representative sampling of the piles below the intertidal zone. Diving operations were carried out using surface supplied air or "hard hat" techniques. Two-way communications combined with underwater video allowed for a data logging and a dialog between the diver and the surface inspection technicians. The diver had a silver/silver chloride half-cell with the wire taped to his diving umbilical. There was a video camera mounted on the diver's helmet so that surface personnel could monitor the dive. The divers also used underwater still camera equipment and underwater ultrasonic testing equipment.

Generally, the dive inspection followed a three level approach as outlined in the ASCE Diving Inspection manual. The three levels are as follows:

1.    Level I – "Swim-By" inspection of all underwater components

2.    Level II – Partial marine growth removal of a statistically representative sample, typically 10 percent of all components

3.    Level III – Non-destructive testing (NDT) or partially destructive testing (PDT) of a statistically representative sample, typically 5 percent of all components.

## 2.4   Ultrasonic Thickness Testing

Ultrasonic testing is based on the fact that sound will travel through materials at a known fixed speed. Sound is transmitted into the unit by a pezo electric transducer. This is a crystal that changes electricity into sound and vice versa. An electric pulse is sent to the transducer, which turns this pulse into high frequency sound and transmits it into the test piece. The sound wave will travel through the piece bounce off of the back wall and return to the transducer where it is turned back into electrical energy. The unit is calibrated to read the time delay between transmission and reception as a distance.

A dual element transducer is often used in thickness readings for relatively thin members. It is also routinely used for thickness readings on rough or corroded material. In a dual element transducer, one element is used to transmit the sound pulse and the other element is used to receive it. This allows for more accuracy in thin members than a single element unit because the time between transmission and reception is so small that the single element units can still be under the effects of the initial pulse when the return echo is received. Often an internal microprocessor will average many readings in order to provide a higher level of accuracy.

For this project, the inspectors were directed to perform a level three ultrasonic thickness testing on a number of steel elements that were selected in a pre-inspection meeting. These included the following piles:

Original Cargo Wharf piles   5-A, 5-D, 7-B, 9-A, 14-A, 14-E, 14-I, 14-M, 21-H, 22-I

Cargo Wharf Extension piles 3-A, 13-C, 21-B

Fuel Pier piles                 133-A, 120-F, 105-A



Underwater Ultrasonic Thickness Meter



Above Water Ultrasonic Thickness Meter

Two types of ultrasonic testing equipment were used during the inspection. For areas above the waterline, an Electromatic Equipment TI-14 ultrasonic thickness meter was used. This unit is relatively simple and relies on a dual element transducer. The inspector cleaned the area to be inspected, applied couplant and took the thickness reading. Below the water readings were taken with a Cygnus 1 ultrasonic thickness meter. This unit is specifically designed for use underwater and relies on a single element transducer and an internal microprocessor that averages the readings.


## 2.5    Cathodic Protection ½ Cell Readings and Cathodic Protection Elements

Since the docks are supported by steel piling, corrosion was a primary concern during inspection. Corrosion is a natural electrochemical process involving an anode, a cathode, a metallic pathway, and an electrolyte. In steel, the anode and cathode can be areas within the same member with different coatings or with slightly different crystalline structure or alloying; for example, the heat effected zone around a weld.

As stated above, corrosion is an electrochemical process; that is, there is an electric current associated with it. During active corrosion, electric current leaves the structure from the anode and returns at the cathode. As the current leaves the structure, it strips positively charged ions from the surface of the anode. These ions are in effect tiny particles of metal. It is important to note that the structure may contain many localized corrosion cells.

Rust is actually various forms of iron oxides. Usually rust forms in layers. The layer closest to the steel is often wusite or magnetite (FeO or $Fe_3O_4$). This material is black in color and has less oxygen then the outer layer. The outer layer is often red in color and is hematite ($Fe_2O_3$). It is interesting to note that when iron is originally mined, it is in the form of iron oxide. A key step this iron under goes to produce steel involves deoxidizing the ore. This

deoxidizing involves very high temperatures and large amounts of energy. Rusting then can be seen as an attempt to return steel to a natural state of iron oxide.

Corrosion can be broken into two broad groups—general and localized. General corrosion is corrosion in a uniform manner resulting in an even distribution of the corrosion over a wide area of the structure. This means that the section loss and corrosion products are spread over a wide area. Localized corrosion, on the other hand, results in concentrated areas of corrosion. There are various specific types of localized corrosion including crevice corrosion, pitting, heat-effected zone corrosion, local oxygen concentration cells, and others. Generally, these types of attack are much more serious then the general form of corrosion. Because of the concentrated nature of the attack, rate of section loss can be much greater in localized corrosion.

A good coating is often the first line of defense against corrosion. The coating simply isolates the structure from the electrolyte. It is well known that surface preparation and controlled application are keys to the success or failure of a coating. A recent examination of the coatings on several oil platforms in Cook Inlet, Alaska, revealed widely varying performance of the same type of coating on different structures. The difference in performance was directly related to the care with which it was applied.

Another way of providing protection is through galvanizing—applying a sacrificial coating of zinc to the structure. It is important to note that hot dip galvanizing is very different from zinc plating. The resulting thickness of the zinc coating is generally much greater in the hot dip process than in the plating process. The problem with galvanizing is that it has a finite life. Depending on the environment, galvanizing can generally be expected to last between 10 to 15 years submerged in seawater. When the galvanizing is consumed, the owner is left with a bare steel structure. For this reason, galvanizing is somewhat controversial for use in submerged applications. Galvanizing is more commonly accepted for use in the marine atmospheric, and splash zone regions. These areas are beyond the reach of cathodic protection system because of the discontinuous electrolyte. Because these regions generally have a lower corrosion rate then the submerged region, galvanized steel has a much better chance of attaining a true 20 year life in these areas.

The next level of protection involves a specially designed cathodic protection system. This usually involves either impressed current or galvanic anodes. Galvanic anodes for use in seawater are generally made of zinc or aluminum (magnesium also has some specialized uses). These materials are higher on the galvanic series then steel (more negative) so that they tend to corrode preferentially to the steel. As the name implies, galvanic anodes in effect sacrifice themselves to protect the steel. The problem with galvanic anodes is that they have a limited current output and a finite life. Both zinc and aluminum have typical potentials (voltages) of just over 1.0 volt in seawater. Generally galvanic anodes are well suited to protecting small amounts of bare steel such as what might be found in a well-coated structure.

Impressed current anodes are designed to be used in conjunction with an electrical power supply. DC power is supplied to the anode through a rectifier. The anodes are capable of

producing considerably more current then a typical galvanic anode and, thus, are able to protect larger areas of steel. Typical anode material is high silicon cast iron, platinum coated niobium and titanium, and metal oxide coated metals. Driving potentials of several volts are common. Problems with impressed current system include the fact that they are generally more complex then galvanic systems, and often have problems with the rectifiers and cabling. Impressed current systems require routine maintenance. In areas where there is ice or high wave energy, the power supply cables are subject to possible damage and need to be routinely inspected.

It is also possible to over drive the anode electrically by supplying too much voltage. This can lead to "cathodic disbondment" or lifting of the coating near the anode. This can be caused by the formation of hydrogen gas on the cathode areas under high voltage conditions. For this reason most impressed current anodes are supplied with a plastic dielectric shield that effectively protects the area immediately adjacent to the anode from over potential cathodic disbondment. High potentials can also cause "calcareous deposits" to build up on the cathodes (structure), especially near the anodes. This is, in effect, an electroplated coating of calcareous mineral materials from the seawater. The deposits generally build up on bare steel areas as opposed to coated areas. Areas close to the anodes such as bare steel anode attachment hardware are most likely to have these types of deposits. Chemically it is equivalent to limestone ($CaCO_3$), which has a white appearance and is often soft on the outside and hard and rock like on the inside. Generally these deposits are an indication that the system is functioning correctly. A moderate amount of calcareous deposit is a good sign. They can even act as a kind of coating. The down side is that deposits can build up to the point where they short the anode to the structure effectively ending the useful life of the anode. They can also add to the dead weight of the structure. In extreme cases these deposits have been known to grow to several feet in thickness.

A large number of the steel support piles for all three structures were inspected for adequate cathodic protection (CP) using a MC Miller silver/silver chloride ½ cell and a Fluke multi-meter. The term "½ cell" comes from the fact that the silver/silver chloride half-cell is in effect half of an electrochemical circuit that includes the steel piles and the seawater. An analogy can be made to a typical car battery where the ½ cell would represent one terminal, the steel structure would represent the other terminal, and the seawater would represent the electrolyte. The CP half-cell test measures the potential or voltage of the structure and gives an indication of what is going on with regards to corrosion.

When taking ½ cell readings, it is important to differentiate between the potential of the structure and the potential in the water or the "IR drop." This can be done by temporarily shutting off the power to the anodes or by holding the ½ cell right next to the structure. When a ½ cell reading is taken from the surface, the inspector generally lowers the ½ cell on a wire to the area in question. This technique does not allow for exact placement of the ½ cell and it is possible that tidal currents etc will move the ½ cell several feet from the structure. This would result in the reading measuring the potential of the structure and the potential due to the electrical current moving through the resistance of the water between the ½ cell and the structure (IR drop). For this reason ½ readings taken from the surface required that the electric power be temporarily turned off to the CP system. With no current flowing the

inspector will be measuring only the polarized potential of the structure and IR drop will not be present. Often a timed interrupter is used for this purpose. This device turns the power on and off at preset intervals. The power will be on for a few seconds, then off for a few seconds. The inspector can then record the on and off potentials.



Silver / Silver Chloride ½ Cell

For this project the use of a diver allowed the precise placement of the ½ cell right next to the structure. This method effectively eliminates IR drop from the readings. It also allows the inspector to search for CP "shadow areas". These are areas where insufficient current is being distributed. Typical shadow areas are found in node areas where several members come together and at the mudline around the base of piles.

The National Association of Corrosion Engineers (NACE) has published standards that give various guidelines for testing and protection. One widely accepted criteria is to maintain the cathode (structure) at -0.85 volts with respect to a copper sulfate electrode. Because the copper sulfate electrode is not suitable for use in the marine environment, we use the silver/silver chloride electrode (half cell). The correction from a silver/silver chloride half-cell to a copper sulfate electrode is to add -0.028 volts. Values less than -0.85 volts tend to indicate inadequate protection and possible active corrosion at the cathode (structure).

## 2.6    Timber Inspection / Increment Boring

There are timber elements in each of the structures inspected. The new and original Cargo Wharf contains a limited amount of timber generally confined to the fender piles and timber whalers along the area outside of the bullrail near the deck. The main threat to these elements is impact loading from the berthing ships. The Fuel Pier has a timber deck, timber fenders, and some timber piles and substructure framing elements. Portions of the timber substructure appear to be from the original 1940s construction.

One type of threat to marine timber structures is from fungi. Fungi generally thrive in warm moist areas where there is an adequate supply of food and oxygen. Types of fungi include molds, stains, soft rot, brown rot, and white rot. Of these, brown rot and white rot are the most troublesome as they feed on the cellulose and lignin of the timber and directly effect the structural capacity of the members. Another type of threat is from heavy accumulations of bird waste or soils. These materials may contain organic mater and often seeds from various plants and grasses. The root systems of plants can penetrate into the fiber of the timber causing deterioration. Another possibility is an attack by marine borers such as Teredo, a Mollusk (shipworm), and Limnoria, a Crustacean (wood louse). Although these marine borers are generally associated with warmer waters, there is documented evidence of both Bankia, a type of shipworm, and Limnoria in Alaskan waters.



Timber Increment Borer

Exterior visual inspection will often reveal if there is rot or fungus. Suspected areas can be probed with an awl or pocketknife. To determine the interior condition of a timber member, increment borings can be used. Taking an increment boring is in effect taking a small core sample of the member. The samples are generally about 4 inches long. They can reveal the depth of preservative treatment penetration, and the condition of the interior wood of the member.

## 2.7    Chain Dragging

Chain dragging is used to determine if there are delaminations in concrete decking. This method relies on an audible difference in the sound of the chain between sound decking and a section that has been delaminated. A bar with several 3/8-inch chain sections about 3 feet long is pulled across the deck. The chain makes a distinctly different tone as it is pulled across different section of concrete. The inspector verifies the suspected delaminated section with the aid of a hand-held hammer. With experience, the chain drag can be an efficient means of testing a large surface area for damage.



Chain Drag

## 2.8    Coating Inspection

As stated above in the cathodic protection section, coatings are often the first line of defense to protect a structure from corrosion. In order to provide corrosion protection, a coating must provide a dielectric shield to the structure, resist the transfer or penetration of ions from salts, be resistant to osmosis, have good mechanical adhesion and abrasion resistance, be resistant to biofouling damage, be able to flex, expand and contract with the structure, and maintain a good appearance under extreme weather conditions.

The primary way that a coating provides cathodic protection is to electrically isolate the structure from the seawater or salt spray. This is done by providing a dielectric shielding effect. The term dielectric means " a nonconductor of electricity." Because corrosion is an electrochemical process, if the electrical circuit is broken the corrosion will stop.

Being very small particles, ions can penetrate many materials and can be driven by small electromotive forces. Concrete decking, for example, can often become contaminated to a depth of several inches by salt ions from deicing compounds. A good coating will be very resistant to ionic transfer including chlorides, sulfates, and other ions.

Osmosis is the passage of water through a semi-permeable membrane from an area of less solution concentration to an area of greater solution concentration. This can be a real problem if chloride ion contamination (such as dried salt spray) exists under the coating. This will result in a chemical driving force trying to dilute the salt to the same concentration as the surrounding seawater. Of course if this occurs, the coating will be lifted in a large bubble. Organic coatings are generally susceptible to this kind of transfer. Note that a kind of electrically driven osmosis can occur in the areas of a break in the coating. This happens when the break in the coating exposes a negatively charged section of steel. The seawater is forced through the edge of the coating toward the cathode effectively lifting the coating. This is generally only a problem in areas of very high potentials, such as near an impressed current anode.

Mechanical adhesion and abrasion resistance are extremely important factors for coatings. This is especially true for coatings that are subject to external forces such as ice. Adhesion is a subject that has been studied very intently by coating manufacturers. Besides the various chemical factors that are beyond the scope of this report, adhesion is directly related to the surface preparation of the substrate. The coating needs to be applied to a clean surface with adequate roughness or "tooth." A properly sandblasted surface will have significantly more surface area on which to adhere than a cold rolled surface. There are a number of standard measures of sandblast quality. NACE 2 or SSPC-SP-10 near white blast is a very high quality sandblast standard that is often specified. Of course, the mill scale that is on unprepared rolled surface from the steel mill is not an acceptable surface for coating. Any coating applied to mill scale will absolutely fail in short order. Adhesion is especially important in the edge regions of structures. An example of this includes the outer edges of a channel or angle section. Here the stress on the coating is greater as it wraps around the small radius of the edge of the piece. This is also the area most likely to receive a direct impact from ice or floating debris.

Several coating systems are known for their resistance to abrasion. These include various polyurethanes. Inorganic zinc coatings also have a good reputation for abrasion resistance primarily because of their excellent adhesion characteristics.

Coatings can be subjected to biofouling damage. One of the principal ways that coatings can fail by this method is by attack in the "hold fast" region of marine organisms such as barnacles and tubeworms. These organisms secrete a calcareous material at their base that can penetrate the coating. If the organism is removed or if it dies, bare steel can often be found under the hold fast. Another potential problem is from some types of funguses or bacteria. Certain types of coatings contain pigments, resign, plasticizers, etc. that may be used by certain organisms as food. Certain types of epoxies and coatings with organic sulfides are most susceptible to this kind of problem.

Any coating must be able to expand and contract with the structure. Many marine structures are subjected to numerous thermal cycles related to both the wetting and drying of the tide, and to the local marine weather cycles. Certain types of epoxies are known to become brittle with aging. This coupled with different coefficients of thermal expansion between the coating and the steel can lead to problems. Cracking and spalling of the coating is often associated with this problem. Thicker sections of coating are more susceptible to this kind of failure then thinner sections. Thermoplastic coatings remain flexible at higher temperatures and will often behave well with regards to expanding and contracting. Thermosetting coatings, such as some epoxies, are more susceptible to this problem.

In addition to the above items, a good coating system should also be visually appealing. It should be resistant to chalking or UV deterioration.

# 3. RESULTS

## 3.1   Original Cargo Wharf

### 3.1.1   General

As stated in the introduction, the original Cargo Wharf is about 642.5 feet long. It has three approach trestles/access ramps, each about 40 feet wide and 70 feet long, connecting it to the shore. The wharf varies in width from about 60 feet at the north end to 30 feet at the south end. The original facility was built in 1965 and was constructed using H pile supports (bents 20 feet on center rows 8 feet on center, typical) with cast-in-place concrete pile caps and precast "haunched" deck panels. In 1989 the original Cargo Wharf underwent a major retrofit. Most of the H piles were repaired by cutting out badly corroded sections in the splash zone and installing new sections of H pile. These new sections were welded at the top (near the pile caps above the water) and bolted at the bottom (beneath the water line). (See photos OCW-21 and OCW-26 appendix A.) Lateral bracing, consisting of horizontal and diagonal members, also were installed at this time in an attempt to meet seismic requirements. (See photo OCW-54.) The dock has an impressed current CP system and a concrete overlay wear surface on the deck.

The 1989 pile repair work resulted in a dock that is now fully functional but perhaps slightly more complex then the original structure. The spliced sections, combined with the horizontal bracing, have added both additional steel and connections into the structural system. Several inspection and verification projects have been undertaken in the years following the retrofit project. This includes a project about one year after construction to recheck the tightness of all the bolts. Most of the additional horizontal and diagonal bracing members are in the intertidal area and are, therefore, subjected to one of the most corrosive zones.

### 3.1.2   Visual

Numerous photos of the original Cargo Wharf were taken both above and below the water line. Video was also recorded during the diving inspection. The photos are included in

Appendix A of this report. The video is included as a separate submittal. Both the photos and video are generally self-explanatory.

The visual inspection revealed that Building N-7 had minor metal siding damage on the northwest corner of the building. (See photo OCW-13.) This damage was most likely caused by minor impact from a vehicle or from cargo. A metal frame or post could provide protection.

### 3.1.3 Substructure Framing and Ultrasonic Thickness Readings

Steel H piles support the original Cargo Wharf. As stated above, most of these piles were repaired with splice sections in 1989. The new HP 12 by 53 sections have the following published wall thickness (new condition):

HP      12 x 53 pile
Web    0.435 or 7/16 of an inch
Flange 0.435 or 7/16 of an inch

The plans state that the original bearing piles were BP sections, which are no longer a standard section. Based on an older AISC manual, the following wall thickness (new condition) are published:

BP      12 pile
Web    0.625 or 5/8 of an inch
Flange 0.625 or 5/8 of an inch

Table 3.1.1 outlines the results of the ultrasonic thickness readings taken on selected piles. Note that the reference to "new" H pile refers to the 1989 repair section.

**Table 3-1—Ultrasonic Thickness Readings Original Cargo Wharf**

| | | | Ultrasonic Thickness Pile Inspection | | |
|---|---|---|---|---|---|
| | | | Original Cargo Wharf (Note elevations based on 1989 plan set.) | | |
| Bent | Pile | Elevation | UT Reading Flange | UT Reading Web | Comments |
| 5 | A | 110 | 0.490 | 0.506 | Repair Section (New H Pile) |
| 5 | A | 80 | 0.410 | 0.390 | Repair Section (New H Pile) |
| 5 | A | 70 | 0.390 | 0.390 | Mud Line, Original H Pile |
| 5 | D | 110 | 0.510 | 0.490 | Repair Section (New H Pile) |
| 5 | D | 75 | 0.418 | 0.420 | Repair Section (New H Pile) |
| 5 | D | 70 | 0.320 | 0.380 | Mud Line, Original H Pile |
| 7 | B | 110 | 0.510 | 0.498 | Repair Section (New H Pile) |
| 7 | B | 75 | 0.428 | 0.426 | Repair Section (New H Pile) |
| 7 | B | 70 | 0.365 | 0.400 | Mud Line, Original H Pile |
| 9 | A | 110 | 0.530 | 0.494 | Repair Section (New H Pile) |
| 9 | A | 75 | 0.510 | 0.493 | Repair Section (New H Pile) |
| 9 | A | 70 | 0.390 | 0.290 | Mud Line, Original H Pile |
| 14 | A | 110 | 0.502 | 0.484 | Repair Section (New H Pile) |
| 14 | A | 65 | 0.411 | 0.411 | Mud Line, Original H Pile |
| 14 | E | 110 | 0.522 | 0.510 | Repair Section (New H Pile) |

| | | | Ultrasonic Thickness Pile Inspection | | |
| | | | Original Cargo Wharf (Note elevations based on 1989 plan set.) | | |
| Bent | Pile | Elevation | UT Reading Flange | UT Reading Web | Comments |
|------|------|-----------|-------------------|----------------|----------|
| 14 | E | 95 | 0.414 | 0.420 | Repair Section (New H Pile) |
| 14 | E | 90 | 0.428 | 0.420 | Mud Line, Original H Pile |
| 14 | I | 110 | 0.473 | 0.490 | Repair Section (New H Pile) |
| 14 | I | 95 | 0.510 | 0.502 | Repair Section (New H Pile) |
| 14 | I | 90 | 0.482 | 0.529 | Mud Line, Original H Pile |
| 14 | M | 110 | 0.522 | 0.445 | Repair Section (New H Pile) |
| 14 | M | 100 | 0.596 | No reading | Repair Section (New H Pile) |
| 14 | M | 95 | 0.494 | 0.506 | Repair Section (New H Pile) |
| 21 | H | 110 | 0.547 | 0.514 | Repair Section (New H Pile) |
| 21 | H | 100 | 0.494 | 0.449 | Repair Section (New H Pile) |
| 22 | I | 110 | 0.470 | 0.486 | Repair Section (New H Pile) |
| 22 | I | 100 | 0.441 | 0.486 | Repair Section (New H Pile) |
| 33 | E | 75 | 0.405 | 0.450 | Repair Section (New H Pile) |
| 33 | E | 70 | 0.360 | 0.380 | Original H Pile |

There appears to be little if any section loss in the 1989 repair sections. Readings slightly below the published thickness are most likely the result of minor variations in original thickness because of rolling procedures at the mill and are not likely due to corrosion. This is based on the observation that most of the coating below the intertidal zone is intact and the CP system seems to be functioning well.

The remaining original H pile sections have suffered various degrees of section loss. Based on an original wall thickness of 0.625 inches, some areas appear to have lost a significant amount of their original wall thickness. The most extreme area tested lost about 40% of its original section. In most areas it was about 20% or less. It is unclear as to when this section loss has occurred. Visual inspection revealed that most of the remaining original pile sections are without coating. They are generally short sections because the spliced in new sections extend nearly to the mud line in many cases. Generally, these relatively short uncoated sections of pile were found to be covered with calcareous deposit from the impressed current CP system. This would seem to indicate that they are receiving adequate protection and are currently not corroding.

The diver checked a number of the bolts on the bolted connections below the water line for tightness and all bolts appeared to be tight. (See photo OCW-60.) In addition, no areas were found to have missing bolts. Visual inspection of the welds at the top of the repair section indicated that they are in good condition. (See photo OCW-26.) There was some evidence of rusting around the perimeter of the splice plates, which appeared to be superficial and without any measurable section loss. The rusting seems to have started with coating failure near the sharp edges of the splice plates. In general, splice plates can be problematic with regards to corrosion in that they can trap moisture or corrosion products beneath them. They also make it impossible to examine the section of the weld that they cover. (It is important to note that a properly designed weld should be as strong or stronger than the base metal and these types of splice plates should not be required for strength.)

A review of the notes and the videotapes indicated that no original welds or pile splices from the 1965 construction were located. It is probable that most of the sections with pile weld splices were removed during the 1989 retrofit project. A review of the 1989 J Agi report indicates that all of the pile splice welds examined (before the retrofit project) had plate stiffeners attached to them. None of them were found. Note that the repair drawing set shows the bolted connections all located at the same elevation. This was not found to be the case in the field. It is likely that the repair sections were lengthened in some cases to include replacement to and beyond the original field weld splices.

In addition to the piles, there are a number of horizontal and diagonal bracing elements on the original Cargo Wharf. This bracing consists of TS 6x6x3/8 and L 4x4x3/8 and appears to be in good condition with the exception of the coating, which is failing in many places. (See coating inspection section of this report. Also see photo OCW-54.) The welds also appear to be in good condition with the exception of the coating. The coating is failing in such a way as to trap moisture and light scale beneath large flakes of paint. If this situation is allowed to continue, significant localized corrosion could occur.

There are a number of non-structural steel elements below the deck that are associated with various utility supports, etc. In general, these were not attached with the same care as the primary structural elements. For example, in places the bracing was only welded on one side, not 100 percent. This results in a small gap on one side of the connection into which moisture can penetrate. These areas are quick to rust and the weld can be attacked from the back (non-welded) side of the member. Although this is primarily a problem to the utility support system, it can affect the primary structural element to which it is attached. Localized corrosion in these areas could penetrate into the primary structural member.(See photo OCW-29.)

### 3.1.4  CP Half Cell Readings and Cathodic Protection Elements

Cathodic protection half-cell readings were taken at locations throughout the original Cargo Wharf. Readings were taken at various levels on the piles to verify protection and were also taken on the anodes to verify that they were working.

In general, the substructure appears to be receiving adequate protection. However, a number of impressed current anodes were found not to be working. Specifically, six of the inspected anodes including 27A, 27D, 27H, 29E, 31K, and 32G were found not to be working. There was no obvious reason found (such as broken wires) for these failures. It is important to remember that not every anode was inspected in this survey. It is also important to note that the recent Norton Corrosion inspection uncovered eight anodes not working. The Norton Corrosion results generally correlated with this inspection with the following exceptions:

1.  Norton Corrosion used the same bent numbers but used a different lettering system for the pile rows.

2.  Our inspection reveled that anode 31 K was not working by visual inspection only. This anode did not appear to have any calcareous deposit around the bands and was, therefore, suspected as not working.

3.    Norton Corrosion identified that anodes 11K and 24H (their lettering system) were
not working. We did not inspect these anodes.

Table 3-2—Cathodic Protection ½ Cell Readings, Original Cargo Wharf

| | | | CP ½ Cell Pile Inspection | |
|---|---|---|---|---|
| | | | Original Cargo Wharf (Note elevations based on 1989 plan set.) | |
| Bent | Pile | Elevation | CP Reading | Comments |
| 1 | C | 70 | -1.13 | I.C. Anode, Working |
| 1 | D | 70 | -1.00 | |
| 1 | D | 90 | -0.95 | |
| 3 | A | 70 | -1.80 | I.C. Anode, Working |
| 3 | D | 105 | -0.87 | |
| 3 | D | 85 | -0.97 | |
| 3 | D | 75 | -0.94 | |
| 5 | A | 70 | -0.93 | |
| 5 | A | 60 | -0.93 | |
| 5 | C | 75 | -0.97 | |
| 5 | D | 70 | -1.17 | I.C. Anode, Working |
| 7 | B | 70 | -0.91 | |
| 7 | D | 70 | -1.10 | I.C. Anode, Working |
| 9 | A | 70 | -1.10 | I.C. Anode, Working |
| 11 | A | | | I.C. Anode, Not Inspected |
| 11 | H | | | I.C. Anode, Not Inspected |
| 12 | F | | | I.C. Anode, Not Inspected |
| 13 | A | 70 | -3.43 | I.C. Anode, Working |
| 13 | D | 70 | -3.42 | I.C. Anode, Working |
| 13 | K | | | I.C. Anode, Not Inspected |
| 14 | A | 70 | -0.95 | |
| 14 | E | 90 | -0.88 | |
| 15 | A | | | I.C. Anode, Not Inspected |
| 15 | K | | | I.C. Anode, Not Inspected |
| 16 | H | 80 | -3.50 | I.C. Anode, Working |
| 16 | H | 75 | -1.09 | Abandoned I.C. Anode |
| 16 | E | 70 | -3.29 | I.C. Anode, Working |
| 17 | A | 70 | -3.25 | I.C. Anode, Working |
| 18 | D | 70 | -3.41 | I.C. Anode, Working |
| 18 | H | 80 | -3.16 | I.C. Anode, Working |
| 19 | A | 70 | -3.63 | I.C. Anode, Working |
| 20 | D | 70 | -3.40 | I.C. Anode, Working |
| 20 | H | 80 | -3.41 | I.C. Anode, Working |
| 21 | A | | | I.C. Anode, Not Inspected |
| 21 | K | | | I.C. Anode, Not Inspected |
| 23 | A | | | I.C. Anode, Not Inspected |
| 23 | H | | | I.C. Anode, Not Inspected |
| 23 | K | | | I.C. Anode, Not Inspected |
| 24 | E | | | I.C. Anode, Not Inspected |
| 25 | A | | | I.C. Anode, Not Inspected |

CP ½ Cell Pile Inspection

Original Cargo Wharf (Note elevations based on 1989 plan set.)

| Bent | Pile | Elevation | CP Reading | Comments |
|------|------|-----------|-----------|----------|
|      | 25   | H         |           | I.C. Anode, Not Inspected |
| 27A  | 27   | A         | 70        | -0.86 | I.C. Anode, Not Working |
| 27F  | 27   | D         | 70        | -0.83 | I.C. Anode, Not Working |
| 27L  | 27   | H         | 80        | -0.83 | I.C. Anode, Not Working |
|      | 29   | A         | 70        | -4.22 | I.C. Anode, Working |
| 29 H | 29   | E         | 70        | -0.88 | I.C. Anode, Not Working |
|      | 29   | K         |           | I.C. Anode, Not Inspected |
|      | 30   | C         | 70        | -4.17 | I.C. Anode, Working |
|      | 31   | A         | 70        | -2.60 | I.C. Anode, Working |
| 31P  | 31   | K         | 80        | No Reading | I.C. Anode, Not Working, Visual Inspection |
| 32L  | 32   | H         | 80        | -0.86 | I.C. Anode, Not Working |
|      | 33   | E         | 70        | -1.21 | I.C. Anode, Not Working |
|      | King Pile |      | 90        | -0.82 | North Mooring Dolphin King Pile |
|      | King Pile |      | 70        | -0.82 | North Mooring Dolphin King Pile |

The working anodes were all found to have 2 to 4 inches of calcareous deposits on the metal clamps holding the anode to the pile. They had little or no marine growth on the plastic shield to which they were attached. (See photo OCW-15)

All of the bonding wires between the piles were visually inspected and appeared to be in good condition. All of the CP distribution boxes, rectifiers, and cabling systems were visually inspected and found to be free from any obvious mechanical problems.

The north-mooring dolphin is a galvanized structure and was found to have marginal CP half-cell readings. It is unclear as to when this structure was built, but appears to have been in place before the 1989 retrofit project. The galvanizing is still intact but is beginning to show signs of being used up. This is evident by the marine growth that is starting to attach below the water line. This marine growth includes barnacles and muscles. As stated in the previously in this report, galvanizing can be expected to have a 10 to 15 year life in the submerged or intertidal areas. Consideration should be given to extending the impressed current system out to this dolphin or to installing sacrificial galvanic anodes in the future. (See photos OCW-2 thru OCW-4.)

### 3.1.5 Coatings and Marine Growth

The coatings and marine growth can be described by region. Again, the structures can be broken up into three distinct regions: the splash zone, the intertidal zone, and the submerged zone.

### Coatings in the Splash Zone

The coatings in the splash zone were found to be in marginal condition, with a 5 to 15 percent coating failure in this zone. Generally, the failure was found to be near edges, welds, or corners. Field applied coatings (as in over field welds) were found to be in worse condition than shop applied coatings with about 50 percent failure in these areas. The edges of the

flanges on the H beams also were found to have generally more coating failure then the interior areas of the web. (See photos OCW 18 and 19.)

### Coatings in the Intertidal Zone

The coatings in the intertidal zone were found to be in poor condition with a 20 to 30 percent coating failure in this zone. The intertidal zone is subjected to the stress of both the numerous wetting and drying cycles and to ice in the winter. There are many areas where the coating is coming off in large flakes. This appears to be a generalized bonding failure, possibly related to substandard surface preparation. In places the flakes are still attached at one end resulting in a large flap of failed coating that effectively traps moisture, possibly forming a local corrosion cell. As in the splash zone, the failures were most often found on the edges, welds, or corners. Also as in the splash zone, field applied coatings were generally found to be in worse condition than shop applied coatings with about 80 percent failure in these areas.

### Coating in the Submerged Zone

The coating in the submerged zone (below the intertidal zone) can be broken into two categories—the new or post 1989 structures, and the original structures. The coating of the new structures appears to be in good condition. There is generally less then 5 percent coating failure on members in this zone. The original piles appear to have little if any remaining coating and were found to be covered with a layer of calcareous deposit. This varied in thickness but averaged a ¼ to ½ inch, with thicker sections nearer the active anodes. Note that the calcareous deposit will concentrate on the uncoated sections of the piles only. This deposit acts like a de facto coating.

### Marine Growth in the Splash Zone

There was no appreciable marine growth in the splash zone.

### Marine Growth in the Intertidal Zone

Marine growth varied vertically across the intertidal zone. The upper areas near high tide had little marine growth. Immediately below the high tide level a thin layer of barnacles was found. This layer started just below the horizontal-framing members at about elevation 110. The layer at this elevation covered about 70 percent of the piles. The barnacles increased in size and thickness as the low tide area was approached. At the low tide area, the thickness was about 1 inch and about 90 percent of the pile was covered. (See photo OCW-21.)

### Marine Growth in the Submerged Zone

**New Pile Sections**—About 5 feet beneath the low tide level, tubeworms started to appear. Tubeworms and barnacles shared this area on the piles. The layer varied in thickness but averaged about ½ to 1 inch. Coverage was generally less than 30 percent. This is due in part to the better condition of the coating in this area. (See photo OCW-60.)

**Bolted Connection**—The bolted connections provided a greater "tooth" for the marine growth and, therefore, had slightly greater concentrations of organisms. There was generally

about 40 percent coverage of barnacles and tubeworms in this area. There was also evidence of calcareous deposits in this area.

**Original Pile Sections**—The original pile sections had about 80 percent coverage of marine growth consisting of barnacles and tubeworms. This layer was between about ½ and 1 inches thick. As stated above, this area also had evidence of calcareous deposits.

### 3.1.6 Deck and Bullrails

The concrete deck overlay or wear surface was checked for delaminations by chain dragging and by sounding with a hammer. This overlay was found to be delaminated in several areas with most of the areas were near control joints. Generally, about 5 to 10 percent of the deck area was affected. These areas were generally found to still be cohesive slabs. There was little evidence of pieces being broken off or missing. (See the drawing in the Appendix D of this report. Also see photo OCW-1.)

The original deck panels were inspected from beneath and were in generally excellent condition. Efflorescence was found in the joints between the panels. Efflorescence is a stalactite like deposit of calcium chloride caused by the crystallizing of soluble salts transported by moisture flow. These salts may originate from deicing compounds. The majority of the efflorescence was found in the joint between the deck panels, generally pointing to the soundness of the deck panels. It also points to the fact that moisture is making its way under the concrete overlay. (See photo OCW-25.)

Several areas of previous concrete damage that have been repaired with an epoxy grout were inspected including sections of the bullrail, an area on row H bents 13 to 14 on the haunch panel seam under the deck, and a section of the concrete edge beam near 14 H. The repairs appear to be working well. (See photo OCW-45.)

Several sections of concrete damage were found in this inspection. Some of these sections had previous repairs but are listed below as warranting continued monitoring or further repair. These include the following.

1.   The pile cap near the expansion joint between the original Cargo Wharf and the Cargo Wharf extension. In this area the embedded steel expansion plate anchorages have broken free from the pile cap along bent #1. There is a large visible crack about 6 inches below the deck level on the south face of the pile cap. The embedded bolts have been sheared off at the deck level. Sounding of the concrete through the deck at this area revels a large continuous area of unsound concrete extending from one edge of the dock to the other. This area is estimated to be about 16 inches wide, 6 inches deep and extending from one face of the dock to the other. (See photo NCW-11)

     It is possible the flexure of the 1" plate across the joint has caused high local stress in the attachment bolts. This area should be scheduled for repair. It does not seem that the 1" plate across the joint is in immediate danger of falling out. However, it will likely continue to get worse and will become looser with continued use. It is also likely that at some point the dock users will start to complain and loose confidence in

the area.

2.  The edge of the pile cap under pile 33E. In this area there is a spalled area about 24 inches long 8 inches wide and 4 inches deep. This area is approximately centered on the top of the pile and has exposed and reduced the bearing area at the top of the pile. (See photo OCW-57.)

3.  The general area on the east edge of the dock between piles 11H and 13H. As reported above, this area was previously repaired and the repair is in generally good condition. However, the entire area shows numerous micro cracks and there is evidence of efflorescence forming in many of these micro cracks. (See photo OCW-45.)

4.  The exterior sections of the edge beam and the bullrails of the access ramps. These are generally in marginal condition with numerous micro cracks and efflorescence forming. This includes bents 13, 15, 21, 23, 29, and 31 between rows H and Q. (See photo OCW-51 and 52.)

5.  The bullrail near pile 30A. This area is spalling. (See photo OCW-9.)

6.  An area of the floor in building N7. This area is under the footing of the metal electrical panel in this building. There is an area on the floor that is undergoing significant spalling. It appears that the material that is spalling is not the original concrete decking. There is no aggregate in the material. Also, in spite of the fact that several inches of material has spalled, no rebar has been exposed. The material has the appearance and consistency of gypsum. It is possible that the material is some kind of grout that is reacting with moisture. It could have been placed when the cabinet was installed to level the floor or to repair the area of the floor that was removed for the passage of the thru deck electrical conduits. The deck of this building is slightly lower then the deck of the surrounding dock because the wear surface overlay does not extend into the building area. This may result in some moisture entering the building from the slightly higher perimeter. One simple solution is to jack up or otherwise support the cabinet and remove and replace the suspect material. It may also be a good idea to see if there is a moisture problem in the floor area during a heavy rain or snowmelt period. (See photo OCW-14.)

### 3.1.7 Fender System

The fenders on the original cargo system are in very good condition. It appears the original fender piles have all been replaced at some point. The timber fenders are reported to be Guyana Greenheart timber material. Evidentially this is a naturally rot resistant material that also naturally repels marine borers. The fender piles do not have visible evidence of creosote or other preservative.

One slight problem with these piles is that they are not 100 percent straight resulting in minor alignment problems. The energy-absorbing portion of the fender system consists of a steel frame that cradles two piles and attaches to the cylindrical rubber energy absorber, which bears on the edge of the dock. Because the piles are not completely straight, several of the

steel frames are slightly cocked out of alignment. This does not appear to be a significant problem. It could, however, result in the piles twisting slightly and bearing on the treated timber whales that run along the face of the dock. (See photo OCW-23.)

The log camels are in good condition on this section of the dock. They are typically held in place with weighted guide chains that are passed through holes in the logs.

### 3.1.8  Ladders

The ladders on the original Cargo Wharf were all inspected and found to be in good condition. It should be noted that there are only three ladders on this section of the dock.

Table 3-3—Ladder Inspection

| Ladder Inspection Original Cargo Wharf | | |
|---|---|---|
| Bent | Pile | Condition / Comments |
| 5 | D | OK |
| 9 | A | OK |
| 25 | A | OK |

### 3.1.9  Bollards and Cleats

The original cargo wharf has both bollards and cleats connected to the bullrails. The bollards are hollow and the interior was never grouted during installation. There is a round hole about 3-1/2 inches in diameter in the top of each bollard. Because these were never grouted, they have been used as trash receptacles for pop cans, etc. Both the bollards and the cleats are attached to the bullrails with embedded bolts. The bolt recesses in the castings were never filled with lead, Babbitt or grout. The result is a cup like recess that holds water and results in a rusting of the bolts. It is unlikely that this is a significant structural problem; however, it is unsightly. (See photos OCW-5 thru 8.)

### 3.1.10  Mooring Dolphins and Catwalks

There is a mooring dolphin on the north end of the wharf consisting of a king pile and 4 batter piles. There is a horizontal brace system connecting the piles together at about low tide level. The gangway railing and grating are galvanized steel. The entire structure appears to be in good condition. As noted in the CP section, there is evidence that the galvanizing below the intertidal zone is nearing the end of its useful life. There is also some minor rusting on the field weld area at about mid span on the gangway.

### 3.1.11  Utilities

There are a number of utilities associated with the original Cargo Wharf. These include insulated water, sewer and steam lines, as well as various electric and communications conduits. Over the years, these utilities have been installed and modified in various projects resulting in several "generations" of construction and varied methods of attachment.

**Attachments**—In general, the attachments that are hot dip galvanized are fairing very well. Coated or zinc plated attachments are fairing poorly. Many of the field welded utility hangers have poor quality welds and the field-applied coatings are failing. No places were noted with alarming corrosion or support problems. (See photos OCW-29 thru 32.)

**Sewer System**—The sewer line is routed along access ramp #1, bent 13 to the face of the dock. This line is an 8 and 6-inch diameter HDPE main with insulation and a white outer jacket. The support along bent 13 is via a dedicated galvanized truss system. This structure appears to be in very good condition with the exceptions that the pipe roller and associated pipe clamp attachments are corroding. Apparently, these parts of the structure were originally coated as opposed to galvanized. It is likely that the rollers will no longer turn freely because of the build up of corrosion products. (See photo OCW-30 and 31.) It is unlikely that this will cause a serious problem. It is also unlikely there is any section loss that is serious enough to threaten the structural integrity of the clamps and rollers. However, the rusting is unsightly. Maintenance personnel report that there is a problem with the lines freezing in the winter because of inadequate slope between the service riser and the associated check valve. Evidentially this results in liquid being trapped in the service connection section of the pipe and freezing. Reworking the slope on this section of the pipe may alleviate this problem.

**Water System**—The water line is routed along access ramp #3, bent 31 to near the face of the dock. It consists of a 6-inch diameter HDPE main with insulation and a black outer jacket. The water line is supported on a combination of triangular angle iron hangers welded to the piles and trapeze type hangers fastened to the underside of the concrete deck panels. The field welded angle iron hangers are corroding. (See photo OCW-30.) Generally, the coating is failing on these hangers. As stated above, the welds are of generally poor quality. The triangle braces were constructed with angle iron using lap joints instead of butt joints. Field welds were not 100 percent around the perimeter of the joint resulting in crevices left between the angle iron and the base metal. As in the sewer line, pipe rollers are corroding and are unlikely to turn freely because of the buildup of corrosion products.

**Steam Lines**—The steam line is routed along access ramp #3, bent 31 to near the face of the dock. It consists of a 3-inch diameter steel carrier line with insulation and a silver colored aluminum outer jacket. The steam line generally follows the water line in its routing. It is supported on a combination of triangular angle iron hangers welded to the piles and trapeze type hangers fastened to the underside of the concrete deck panels. As in the water and sewer lines, pipe rollers are corroding and are unlikely to turn freely because of the buildup of corrosion products.

**Electrical**—There are a number of apparently abandoned electrical conduits under the dock. In particular the conduits under access ramp #2 between bents 22 and 23 appear to be abandoned and are in very poor shape. Many of the couplers between conduit sections are corroding around the thread area. Maintenance personnel report the current conduit system is set up such that there is currently no way access the under deck conduits with unions, etc., for pulling additional wires or replacing existing wires. (See photo OCW-32.)

### 3.1.12   Floats and Gangway

There is a three section small craft float system on the east side of the dock between approximately bents 6 and 11. These floats are of timber construction and are attached with pile guides to several of the timber fender piles. (See photos OCW-33 thru 38.)

The southern most float is about 6 feet 6 inches wide and 30 feet long and is in generally good condition. Polyurethane floatation tubs supply floatation. There are three each pile guides that are bolted to the side of the float. These are cantilevered out from the side of the float and the weight is creating a slight list to the float. The pile guides are roller type and are held in place with steel clevis pins. The pins are corroding and should be replaced with stainless steel clevis pins.

The middle and northern most floats are about 9 feet wide and 32 feet long and are also in generally good condition. They are buoyed up by polystyrene floatation billets, which are a mix of both coated and uncoated types. Uncoated polystyrene is susceptible to damage from chemical attack and will eventually degrade and begin to absorb water. Both types of floatation units appear to be in good condition. The floats are joined to each other with a stainless steel chain that is in good condition. A rounded metal transition plate spans the short gap between each unit. These plates are in good condition. They are fastened to the deck of one side of the floats (the other side is free to slide with differential movement). The fasteners appear to be modified door hinges that were probably originally zinc plated. This type of galvanizing is not sufficiently thick to hold up in the marine environment and these hinges are consequently rusting. This does not appear to be a serious problem other then the fact that they are unsightly. The pile guides for this section of the dock are stainless steel and are in good condition.

There is a gangway extending from the south side of bent 11 to the float system. This gangway has a fixed section leading to a mid point landing set just above the high tide level. This section of the gangway is attached to the bullrail of the dock at the top and is cantilevered off the side of the H piles and related under deck bracing on the bottom. The bottom section of the gangway is attached with a hinge to this intermediate landing at the top. It is free to travel with the tide-induced movement at the bottom. The bottom of the gangway rests via rollers on a steel plate attached to the float. The gangway is in very good condition. It is a coated steel structure. The coating is holding up very well and no significant corrosion was noted. (See phots OCW-39 thru 42.)

## 3.2   Cargo Wharf Extension

### 3.2.1   General

As stated in the introduction, the Cargo Wharf extension was constructed in 1985 and consists of 24-inch diameter pipe piles (bents 20 feet on center rows 10 feet on center, typical) with concrete pile caps and precast deck panels. The deck panels are not haunched as they were in the original cargo wharf. They are flat panels. The wharf has a continuous straight-line segment of face, about 401 feet long, and a short dogleg section, about 46 feet long, connecting it to the original wharf. The majority of the Cargo Wharf extension is at a

slight angle to the original wharf. Hanging sacrificial anodes were originally installed on the Cargo Wharf extension. An impressed current system was added later and is now the primary means of cathodic protection.

Of the three structures inspected, the Cargo Wharf extension was by far the "cleanest" structure. The 24-inch diameter pipe piles combined with precast concrete deck panels provide for a relatively simple and uniform structure. There are few if any lap joints, recesses, or corners of structural members above or below the water line.

### 3.2.2 Visual

Numerous photos of the Cargo Wharf extension were taken both above and below the water line. Video was also recorded during the diving inspection. The photos are included in Appendix B of this report and the video is included as a separate submittal. Both the photos and video are generally self-explanatory.

### 3.2.3 Substructure Framing and Ultrasonic Thickness Readings

The Cargo Wharf extension is supported by 24-inch diameter steel pipe piles, which appear to be in excellent condition. (See photo NCW-1.) The piles have a listed wall thickness of ½ inch. Thickness readings below the published ½ inch thickness are likely to be due to minor variations in thickness of the original pile from the mill and are not likely caused by corrosion. This is based on the generally good condition of the coating below the water line and to the fact that the CP system is working well.

**Table 3-4—Ultrasonic Thickness Readings Cargo Wharf Extension**

| Ultrasonic Thickness Pile Inspection | | | | |
|---|---|---|---|---|
| Cargo Wharf Extension (Note elevations based on 1985 plan set.) | | | | |
| Bent | Pile | Elevation | UT Reading | Comments |
| 3 | A | 110 | 0.612 | |
| 3 | A | 80 | 0.472 | |
| 3 | A | 70 | 0.475 | Mud Line |
| 13 | C | 110 | 0.585 | |
| 13 | C | 100 | 0.485 | |
| 13 | C | 85 | 0.475 | |
| 13 | C | 70 | 0.465 | Mud Line |
| 16 | B | 100 | 0.475 | |
| 20 | B | 100 | 0.475 | |
| 20 | B | 85 | 0.475 | |
| 20 | B | 70 | 0.470 | Mud Line |
| 21 | B | 110 | 0.592 | |
| 21 | B | 100 | 0.470 | |
| 21 | B | 85 | 0.468 | |
| 21 | B | 70 | 0.468 | Mud Line |

### 3.2.4  CP Half Cell Readings and Cathodic Protection Elements

Cathodic protection half-cell readings were taken throughout the Cargo Wharf extension. Readings were taken at various levels on the piles to verify protection, and were also taken on the anodes to verify that they were working. In general, the substructure appears to be receiving adequate protection. There are two different types of CP systems on the Cargo Wharf extension. The piles on the Cargo Wharf extension are bonded together by a system of welded 4-inch diameter pipes that double as attachment points for the anodes and supports for the under deck utilities.

Currently, the Cargo Wharf extension is being protected by an impressed current anode system consisting of an anode typically located every 4 bents. The impressed current anodes are attached to the following piles: 2D, 6D, 10D, 14D, 18C, and 22C. (See photo NCW-2 and NCW-41.)

The impressed current system was found to be in good condition. The clamps wires and junctions boxes were all visually inspected and found to be in good condition. Generally, the system is overpowering the remaining galvanic anodes. There is a tight wire on the anode on pile 10D. The Norton Corrosion report indicated that this anode may have slid down the pile. The bands on this anode were found to be tight and no evidence of slipping was noted.

The hanging galvanic anode system is appears to be the original anode system. It consists of galvanic anodes attached to suspension bars, which are in turn attached to the horizontal pipes between the piles in each bent. There is typically an anode suspended between each pile in every bent. These bars are electrically bonded to the piles by a cad-welded bonding wire from the bar to the horizontal pipes. There are numerous places where these electrical bonds have failed. As stated above, the impressed current system is generally overpowering the galvanic system. Many of the galvanic anodes have significant marine growth on them indicating that they are basically passive. It is likely that they are now acting as cathodes because of the higher potential of the impressed current system. This means that they are now not helping the system, but are, in fact, adding load to it by acting as a structure that receives protection. (See photos NCW-20 and 21.)

Table 3-4—Cathodic Protection ½ Cell Readings, Cargo Wharf Extension

| | | | CP 1/2 Cell Pile Inspection | |
|---|---|---|---|---|
| | | | Cargo Wharf Extension (Note elevations based on 1985 plan set.) | |
| **Bent** | **Pile** | **Elevation** | **CP Reading** | **Comments** |
| S.E. Fender | | 85 | -1.200 | S.E. Fender Pile |
| S.E. Fender | | 70 | -1.200 | S.E. Fender Pile Mud Line |
| 2 | D | 70 | -1.22 | Mud Line |
| 2 | D | 75 | -1.98 | I.C. Anode, Working |
| 3 | A | 85 | -1.21 | |
| 3 | A | 70 | -1.21 | Mud Line |
| 4 | B | 70 | -1.22 | Mud Line |
| 6 | A | 70 | -1.22 | Mud Line |
| 6 | D | 70 | -1.24 | Mud Line |
| 6 | D | 85 | -2.00 | I.C. Anode, Working |
| 8 | B | 100 | -1.17 | |
| 8 | B | 90 | -1.17 | |
| 10 | D | 85 | -1.85 | I.C. Anode, Working, Wire Tight |
| 11 | D | 70 | -1.16 | Mud Line |
| 13 | C | 85 | -1.14 | |
| 13 | C | 70 | -1.15 | Mud Line |
| 16 | B | 100 | -1.15 | |
| 16 | B | 85 | -1.15 | |
| 16 | B | 70 | -1.15 | Mud Line |
| 18 | C | 85 | -1.85 | I.C. Anode, Working |
| 20 | B | 90 | -1.00 | |
| 20 | B | 75 | -1.00 | |
| 20 | B | 65 | -1.00 | Mud Line |
| 21 | B | 85 | -1.01 | |
| 21 | B | 75 | -1.04 | |
| 21 | B | 65 | -1.00 | Mud Line |
| 22 | C | 85 | -1.75 | I.C. Anode, Working |
| 22 | C | 90 | -1.02 | Galvanic Anode Near Pile |
| 23 | B | 65 | -0.98 | Galvanic Anode Near Pile |