Table 3-5—Above Water Galvanic Anode Inspection, Cargo Wharf Extension

Above Water Galvanic Anode Inspection
Cargo Wharf Extension (Note bad wire refers to broken cad weld at anode bar.)

| Bent | Pile | Type | Condition / Comments |
|---|---|---|---|
| 1 | A-B | Galvanic | Ok |
| 1 | B-C | Galvanic | Bad Wire |
| 1 | C-D | Galvanic | Bad Wire |
| 2 | A-B | Galvanic | Bad Wire |
| 2 | B-C | Galvanic | Ok |
| 2 | C-D | Galvanic | Ok |
| 2 | D | I.C. | Ok |
| 3 | A-B | Galvanic | Bad Wire |
| 3 | B-C | Galvanic | Ok |
| 3 | C-D | Galvanic | Ok |
| 4 | A-B | Galvanic | Bad Wire |
| 4 | B-C | Galvanic | Ok |
| 4 | C-D | Galvanic | Ok |
| 5 | A-B | Galvanic | Ok |
| 5 | B-C | Galvanic | Ok |
| 5 | C-D | Galvanic | Bad Wire |
| 6 | A-B | Galvanic | Ok |
| 6 | B-C | Galvanic | Ok |
| 6 | C-D | Galvanic | Bad Wire |
| 6 | D | I.C. | Ok |
| 7 | A-B | Galvanic | Ok |
| 7 | B-C | Galvanic | Bad Wire |
| 7 | C-D | Galvanic | Ok |
| 8 | A-B | Galvanic | Bad Wire |
| 8 | B-C | Galvanic | Ok |
| 8 | C-D | Galvanic | Ok |
| 9 | A-B | Galvanic | Ok |
| 9 | B-C | Galvanic | Ok |
| 9 | C-D | Galvanic | Ok |
| 10 | A-B | Galvanic | Ok |
| 10 | B-C | Galvanic | Ok |
| 10 | C-D | Galvanic | Ok |
| 10 | D | I.C. | Ok, Tight Wire |
| 11 | A-B | Galvanic | Ok |
| 11 | B-C | Galvanic | Ok |
| 11 | C-D | Galvanic | Ok |
| 12 | A-B | Galvanic | Ok |
| 12 | B-C | Galvanic | Ok |
| 12 | C-D | Galvanic | Ok |
| 13 | A-B | Galvanic | Ok |
| 13 | B-C | Galvanic | 50% Bad Wire (poor connection) |
| 13 | C-D | Galvanic | Ok |

| Above Water Galvanic Anode Inspection |||||
|---|---|---|---|
| Cargo Wharf Extension (Note bad wire refers to broken cad weld at anode bar.) ||||
| Bent | Pile | Type | Condition / Comments |
| 14 | A-B | Galvanic | Missing Anode |
| 14 | B-C | Galvanic | Ok |
| 14 | C-D | Galvanic | Ok |
| 14 | D | I.C. | Ok |
| 15 | A-B | Galvanic | 50% Bad Wire (poor connection) |
| 15 | B-C | Galvanic | Ok |
| 16 | A-B | Galvanic | Ok |
| 16 | B-C | Galvanic | Bad Wire |
| 17 | A-B | Galvanic | Ok |
| 17 | B-C | Galvanic | Bad Wire |
| 18 | A-B | Galvanic | Ok |
| 18 | B-C | Galvanic | Bad Wire |
| 18 | D | I.C. | Ok |
| 19 | A-B | Galvanic | Ok |
| 19 | B-C | Galvanic | Bad Wire |
| 20 | A-B | Galvanic | Ok |
| 20 | B-C | Galvanic | Ok |
| 21 | A-B | Galvanic | Ok |
| 21 | B-C | Galvanic | Bad Wire |
| 22 | A-B | Galvanic | Ok |
| 22 | B-C | Galvanic | Bad Wire |
| 22 | C | I.C. | Ok |
| 23 | A-B | Galvanic | Ok |
| 23 | B-C | Galvanic | Ok |

### *3.2.5  Coatings and Marine Growth*

As outlined in the section on the original Cargo Wharf, the coatings and marine growth can be described by region. Again, the structures can be broken up into three distinct regions: the splash zone, the intertidal zone, and the submerged zone.

### **Coatings in the Splash Zone**

The coatings in the splash zone were found to be in fair condition with the exception of a few areas near the tops of the piles, which had large patches of failed coating. It is possible that the coating was stressed and damaged during construction. This could have happened with scaffolding or formwork for the cast-in-place pile caps or driving leads. The damaged areas appear near the tops of many (the majority) of the piles. The damage ranges from areas several inches to several feet in diameter. Rust in the form of uniform corrosion is showing beneath the failed coating. Twenty to thirty percent of the coatings in this zone appear to be failing. (See photos NCW-33 thru 38.)

### Coatings in the Intertidal Zone

The coatings in the intertidal zone were found to be in very good condition. There was less than 5 percent coating failure in this zone.

### Coating in the Submerged Zone

The coating in the submerged zone (below the intertidal zone) was found to be in excellent condition with less than 5 percent coating failure in this zone. (See photo NCW-42.)

### Marine Growth in the Splash Zone

There was no appreciable marine growth in the splash zone.

### Marine Growth in the Intertidal Zone

Marine growth varied vertically across the intertidal zone. The upper areas near high tide had little marine growth. Immediately below the high tide level, a thin layer of barnacles was found. This layer started at about elevation 110. The layer at this elevation covered about 70 percent of the piles. The barnacles increased in size and thickness as the low tide area was approached. At the low tide area, the thickness was about 1 inch and about 90 percent of the pile was covered. (See photos NCW-37 and 38.)

### Marine Growth in the Submerged Zone

About 5 feet beneath the low tide level, tubeworms started to appear. Tubeworms and barnacles more or less shared this area on the piles. The layer varied in thickness but averaged about ½ to 1 inch. Coverage was generally about 50 percent in this zone. There was generally less marine growth near the impressed current anodes with about 10 percent coverage in the area immediately adjacent to these anodes. (See photo NCW-42.)

#### *3.2.6 Deck and Bullrails*

The concrete deck panels and bullrails are in very good condition on this section of the dock. Several previously repaired bullrail sections are in good conditions. The repairs seem to be working well. There is a small amount of efflorescence that is confined to the joints between deck panels. As stated in the previous section on the original Cargo Wharf, this points to the fact that moisture is making its way under the concrete overlay. There is a damaged concrete curb surrounding a fire equipment storage box near bent 14. This appears to have been caused by impact damage to the bollard that is embedded in the curb. (See photo NCW-26.)

As outlined in the section on the original Cargo Wharf, the concrete deck overlay or wear surface was checked for delaminations by chain dragging and by sounding with a hammer. This overlay was found to be disbonded in several areas. Most of the areas were near control joints. Generally about 5 to 10 percent of the deck area was affected and these areas were found to be still cohesive slabs. There was little evidence of pieces being broken off or missing. (See the drawing in Appendix D of this report.)

### *3.2.7 Fender System*

The Cargo Wharf extension has creosote treated fender piles. These piles are attached to cylindrical rubber energy absorbers at their top ends. All of the fender piles appeared to be in good condition. No broken or split piles were noted.

Several fender units had damage to the top sections near the energy absorbers. This damage appeared to the result of ship impact. Four damaged areas were noted near bents 2, 4, and 16. All the damage was on the west (main) face of the dock. In several places the timber whaler framework adjacent to the fender pile energy absorbers were sheared and broken. The fender system was designed such that a metal cradle/frame transfers the load from the pile to the absorber by bearing on the absorber. This framework is attached to the pile but not to the absorber. The pile is held in position by the timber whales on each side and by a long U bolt. The shearing off of the timber whalers adjacent to the piles has resulted in several of the fender pile metal frames slipping off of the rubber donuts. The stainless steel bolts that used to hold the whalers in place are still embedded in the side of the dock. These bolts are generally bent but may be reusable, as it did not appear that the concrete was damaged. (See photos NCW-15 thru 19.)

The log camels are in generally good condition on this section of the dock. They are held in place with weighted guide wires that are passed through holes drilled in the logs. The wires are typically passed through a plastic guide plate that keeps it from sawing into the log under the action of the tides and waves.

### *3.2.8 Ladders*

All of the ladders on the Cargo Wharf extension were found to be in good condition.

**Table 3-6—Cargo Wharf Extension Ladder Inspection**

| Ladder Inspection Cargo Wharf Extension | | |
|---|---|---|
| Bent | Pile | Condition / Comments |
| 6 | A | OK |
| 6 | D | OK |
| 12 | A | OK |
| 12 | D | OK |
| 18 | A | OK |
| 18 | D | OK |

### *3.2.9 Bollards and Cleats*

The bollards and cleats on the Cargo Wharf extension were found to be in good condition. Unlike the adjacent original cargo wharf, these units had the attachment bolt recesses filled with an epoxy grout material. The concrete areas surrounding several of the cleats and

bollards have been repaired with an epoxy grout. These repairs are in good condition. (See photo NCW-25.)

### 3.2.10 Dolphins

There are two fender-type dolphins on the south end of this dock. These dolphins consist of 24-inch diameter pipe piles with a 35-inch diameter cylindrical rubber bumper over the outside. The dolphin on the southwest end of the dock is a 3-pile unit. The dolphin on the southeast end of the dock is a single pile unit. These fenders are in very good condition. The rubber bumper material extends from the top to about the low tide level. Below the rubber covered area the pile has an intact coating system. The fenders seem to be receiving adequate cathodic protection from the CP system on the main dock. There is a covering of marine growth similar to the other piles on this dock starting at about the low tide level near the bottom of the rubber bumper section. (See photos NCW-9 and 10.)

### 3.2.11 Utilities

There are a number of utilities associated with the Cargo Wharf extension including insulated water, sewer and steam lines, as well as various electric and communications conduits.

**Attachments**—As in the original Cargo Wharf, the attachments that are hot dip galvanized are fairing very well and the coated or zinc plated attachments are fairing poorly. Many of the field-welded utility hangers have poor quality welds and the field-applied coatings are failing. There were no places that alarming corrosion or support problems were noted.

**Sewer System**—The sewer line is a 6-inch diameter HDPE main with insulation and a white outer jacket. It is in good condition with the exceptions that the pipe roller and associated pipe clamp attachments are corroding. As in the original Cargo Wharf, these parts of the structure were originally coated as opposed to galvanized. It is likely that the rollers will no longer turn freely because of the build up of corrosion products. It is unlikely that this will cause a serious problem. It is also unlikely there is any section loss that is serious enough to threaten the structural integrity of the clamps and rollers. However, the rusting is unsightly. The field welded brackets and braces are of generally poor workmanship. The slope of the sewer was set with various mild steel shims on field-welded supports. Although this system appears to be working, it is unsightly and there is corrosion on the mild steel elements. There is also damage to some of the insulation field joint on this section of sewer line. (See photo NCW-14.)

**Water System**—The water line consists of a 6-inch diameter HDPE main with insulation and a black outer jacket. The water line is primarily supported on trapeze type hangers fastened to the underside of the concrete deck panels. These hangers are galvanized and appear to be in good condition. As in the sewer line, pipe rollers are corroding and are unlikely to turn freely because of the buildup of corrosion products.

**Steam Lines**—The steam line consists of a 3-inch diameter steel carrier line with insulation and a silver colored aluminum outer jacket. The steam line generally follows the water line in its routing. It is supported primarily on the same trapeze type hangers that support the water

line. These are fastened to the underside of the concrete deck panels and are in good condition. As in the water and sewer lines, pipe rollers are corroding and are unlikely to turn freely because of the buildup of corrosion products.

**Electrical**—The electrical conduits are in generally good condition. They are supported on trapeze type hangers fastened to the underside of the concrete deck panels. The hangers are galvanized and appear to be in good condition. There is some evidence of corrosion on the couplings between conduit sections. (See photo NCW-24.)

## 3.3. Fuel Pier

### 3.3.1 General

As stated in the introduction, the Fuel Pier was originally constructed in 1940 and built on a steel H pile foundation with timber decking. During the 1964 Great Alaskan Earthquake, the Island of Kodiak and consequently the Fuel Pier sank about 6 feet. In 1965, the pier was repaired by cutting the deck free, jacking it up, and installing new bracing and pile sections such that the deck elevation was restored. In 1988, the Fuel Pier underwent a major renovation consisting of installing an external structural skeleton around the existing dock. Twenty-four inch diameter pipe piles were driven along the perimeter of the dock and a system of horizontal and diagonal bracing was added to form support trusses. The Fuel Pier has a galvanic anode system consisting of a combination of hanging and welded anodes.

The result of all these various generations of projects is a complex structure that has many members in various conditions. Of the three structures inspected, the Fuel Pier is by far the most complex. There are a number of repaired sections, new sections, and original sections still in service on the dock. It is difficult in places to determine the original construction from the various renovations. Certain new sections have been designed to take the entire load of the dock thereby reliving certain portions of the original sections of any structural purpose. Many of the original members are still in place, however, and despite an attempt at electrical isolation, they continue to add load to the cathodic protection system.

### 3.3.2 Visual

Numerous photos of the Fuel Pier were taken both above and below the water line. Video was also recorded during the diving inspection. The photos are included in Appendix C of this report and the video is included as a separate submittal. Both the photos and video are generally self-explanatory.

### 3.3.3 Substructure Framing and Ultrasonic Thickness Readings

As stated above, the Fuel Pier is composed of several generations of construction, which can be generally grouped into the original 1940s components, the 1965 section, and the 1988 construction.

### 1940s Components

The 1940s components are still evident throughout the structure. The 1988 retrofit project was an attempt to remove the majority of these members from primary load carrying tasks. The original H piles from bents 1 thru 33 have essentially been abandoned in place. However, they are still connected to the structure through bolted electrical isolation joints. Three out of four of these joints tested positive for electrical continuity and are, therefore, failing to isolate the original piles from the rest of the structure. (See photos FP-33 and 34.)

The 1940s steel components are in very poor condition in the intertidal zone. There are places where section loss is to the point of perforating the base metal. This statement applies to both the piles and to some of the remaining diagonal bracing.

In the submerged zone, below the intertidal zone, the 1940s piles are in better but still poor condition. There is a layer of marine growth that essentially covers the piles in this zone. This layer, combined with a thick layer of corrosion deposit, is acting like a de facto coating. Although the corrosion deposit is over ¼-inch thick, the corrosion is uniform and section loss is a not approaching the point of perforation.

The 1940s H piles in bents A1 thru A4 are still providing the primary structural support for the pier. In this section, the webs of the original piles have been stiffened with bolted (coated) channel sections. These H piles are not electrically isolated from the rest of the structure. Anodes welded to each pile in this area appear to be protecting these piles from serious corrosion. These piles are in fair condition. (See photos FP-29 and 30.)

Bents A5 thru A10 are composed of timber framing members. The 1940s round timber piles extend from the ground to a timber pile cap assumed to be 1940s construction. (Note that the plans show footings that were not found.) These piles also have diagonal braces. On top of this pile cap, 1965 timber-framing members extend to the deck. Increment borings on several of the original timber piles and pile cap revealed that they are in good condition. There was evidence of the original creosote treatment. All primary load-carrying members appeared to be in good condition. Several diagonal braces were in poor or marginal condition. Several of these were loose or missing. There is some abandoned decking in this section of the dock that is suffering from dry rot. (See photos FP-22 thru 27.)

There was a general lack of metal framing brackets in the timber section of the dock. It is assumed that there are some types of metal pins extending from the top of the original timber piles into the timber pile cap. However, the presence of these could not be verified. Diagonal bracing appeared to be fastened with single bolt connections.

### 1965 Components

As outlined previously, the Fuel Pier underwent a major retrofit after the 1964 earthquake. This was likely an expedited project in the post earthquake construction boom. The majority of the interior, upper 6 feet of the Fuel Pier is from this era. This includes steel H pile sections and steel wide flange pile caps. These members are generally located in the splash zone.

As stated above, bents A5 thru A10 consist of timber framing members. In this area, the 1965 members are in generally fair condition with the aforementioned lack of metal framing brackets.

The 1965 steel components are in generally fair condition. There was no evidence of corrosion to the point of imminent failure. The welds were in fair condition.

### 1988 Components

The 1988 components form an exoskeleton around the Fuel Pier. The primary support comes from 24-inch diameter pipe piles and related truss system that extends both longitudinally down each side of the dock, and in the transverse direction. There are also two horizontal truss sections under the deck of the dock. (See photos FP-35 thru 38.)

The pipe piles are in very good condition. The original wall thickness is 5/8-inch or 0.625-inches. Any thickness readings that are slightly below this level are likely due to minor variations in wall thickness from the factory and are not likely due to section loss because of corrosion.

The wide flange truss members are in good condition. There is evidence of coating failure near the welds that has resulted in generalized corrosion in these areas.

In 1988 diagonal bracing was replaced on some sections of the 1965 transverse bracing system. This bracing is in fair condition. The weld zones on these members are showing coating failure accompanied by some localized corrosion. (See photos FP-43 and 44.)

A section of the deck of the dock was strengthened to a 600 PSF load rating in 1988. This involved installing four longitudinal wide flange beams down the length of the dock. These beams were topped with a timber nailer. Decking was placed transverse to the longitudinal beams and nailers. This section of the dock was found to be in good condition. There was no evidence of rot in the timber nailers. The wide flange beams appeared to be in good condition and the fasteners appeared to be in place and functioning. One question with regards to the strengthened deck section is the effect that this may have on the diaphragm action of the overall deck. It is possible that this strengthened section effectively decreases the diaphragm action of the original deck by introducing shear planes on each side of it.

**Table 3-7—Ultrasonic Thickness Readings, Fuel Pier**

| Ultrasonic Thickness Pile Inspection | | | | |
|---|---|---|---|---|
| Fuel Pier (Note elevations based on 1988 plan set.) | | | | |
| Bent | Pile | Elevation | UT Reading | Comments |
| 133 | A | -35 | 0.670 | Pile at Mud Line |
| 133 | A | -20 | 0.630 | |
| 133 | A | 0 | 0.697 | Pile Near Lower Horizontal Brace |
| 120 | F | 0 | 0.714 | Pile Near Lower Horizontal Brace |
| 120 | F | -20 | 0.680 | |
| 120 | F | -35 | 0.660 | Pile at Mud Line |
| 105 | A | 6 | 0.866 | |
| 105 | A | 0 | 0.742 | Pile Near Lower Horizontal Brace |

**Ultrasonic Thickness Pile Inspection**
**Fuel Pier (Note elevations based on 1988 plan set.)**

| Bent | Pile | Elevation | UT Reading | Comments |
|---|---|---|---|---|
| 105 | A | -20 | 0.615 | |
| 105 | A | -35 | 0.612 | Pile at Mud Line |
| 29 | B | -35 | 0.490 | H Pile at Mud Line |

### 3.3.4 CP Half Cell Readings and Cathodic Protection Elements

Cathodic protection half-cell readings were taken at throughout the Fuel Pier. Readings were taken at various levels on the piles to verify protection. They were also taken on the anodes to verify that they were working.

In general, the substructure appears to be receiving marginal to substandard protection. There are generally three different types of galvanic anodes on the Fuel Pier, which include the "bar type," "pipe type" and "welded type." (See photos FP-29, and FP-69 thru 76.)

The bar type anode is cast around a steel hanging bar about ¾-inch in diameter. The original anode size is difficult to determine because they are mostly consumed. It is estimated that they were about 4 feet long and 6 inches by 4 inches in cross section when new. They are generally bonded to the dock by an electrical wire that is cad welded to the bar and to the dock. It is unknown when these anodes were originally installed. They are located throughout the interior regions of the dock, and in many cases, are nearly 100 percent consumed.

The pipe type anode appears to be a relatively recent installation. These anodes are about 12 inches square, cast around a 3-inch diameter pipe, and are about 2-1/2 feet long. The pipe is suspended from the dock by a combination of wire ropes and bars. An electrical wire is cad welded to the pipe and to the steel structure of the dock. The wires are generally tie wrapped to the hanging system. The pipe type anodes are installed near the perimeter of the dock. They are generally about 80 percent remaining and appear to be very active. There is generally a ½ inch layer of white flaky partially consumed anode material covering these anodes.

The weld-on type of anodes is on the original H pile sections in bents A1 thru A4. They are welded directly to the channel section stiffeners that are bolted in the webs of these piles. The weld provides the electrical connection and no wires are required. These anodes are cast around a 2-inch pipe. They are about 4-inches by 4-inches in cross-section, and about 3 feet long. The weld-on anodes are in the intertidal zone and appear to have about 80 percent remaining material.

Several places on this dock had readings below the NACE recommended –0.85 volt level. This indicates marginal or substandard protection. In general this is not surprising because of the shear amount of steel in the water in this structure. It would be difficult at best to provide protection to this structure under any circumstance with galvanic anodes only. Generally speaking, galvanic anodes simply do not have enough "horse power" for this type of

structure. Note that several of the substandard readings were taken near the mud line on the new pipe piles. It would seem that these maybe the most important structures to protect.

Table 3-8—CP Half Cell Readings, Fuel Pier

| Bent | Pile | Elevation | CP Reading | Comments |
|---|---|---|---|---|
| CP 1/2 Cell Pile Inspection | | | | |
| Fuel Pier (Note elevations based on 1988 plan set. Anodes are located by closest pile.) | | | | |
| Mooring Dolphin | | -25 | -0.88 | King Pile |
| Mooring Dolphin | | -25 | -0.87 | Batter Pile |
| Mooring Dolphin | | -20 | -0.91 | Galvanic Anode, Working |
| 133 | A | -35 | -0.89 | Pile at Mud Line |
| 133 | A | -25 | -0.90 | |
| 30 | B | -25 | -1.02 | Galvanic Anode, Pipe Type, 80% remaining |
| 29 | B | -25 | -0.89 | H Pile |
| 128 | A | -25 | -0.92 | Galvanic Anode, Pipe Type, 80% remaining |
| 128 | A | -25 | -0.86 | Galvanic Anode, Bar Type, 50% remaining |
| 127 | A | -25 | -0.86 | Galvanic Anode, Bar Type, 40% remaining |
| 127 | A | -35 | -0.82 | Pile at Mud Line |
| 126 | A | -25 | -0.83 | Galvanic Anode, Bar Type, 40% remaining |
| 126 | A | -35 | -0.79 | Pile at Mud Line |
| 26 | B | -25 | -0.87 | Galvanic Anode, Bar Type, 10% remaining |
| 124 | A | -25 | -0.78 | Galvanic Anode, Bar Type, Broken Wire |
| 124 | A | -35 | -0.78 | Pile at Mud Line |
| 122 | F | -25 | -0.85 | Galvanic Anode, Bar Type, 10% remaining |
| 122 | F | -30 | -0.84 | H Pile |
| 122 | A | -25 | -0.80 | Galvanic Anode, Bar Type, 40% remaining |
| 122 | A | -35 | -0.77 | Pile at Mud Line |
| 120 | A | -25 | -0.80 | Galvanic Anode, Bar Type, 40% remaining |
| 120 | A | -35 | -0.78 | Pile at Mud Line |
| 120 | F | -35 | -0.78 | Pile at Mud Line |
| 120 | F | -25 | -0.79 | |
| 118 | A | -25 | -0.82 | Galvanic Anode, Pipe Type, 80% remaining |
| 118 | A | -35 | -0.79 | Pile at Mud Line |
| 17 | B | -35 | -0.83 | H Pile |
| 116 | A | -25 | -0.85 | Galvanic Anode, Bar Type, 20% remaining |
| 116 | A | -35 | -0.85 | Pile at Mud Line |
| 116 | F | -25 | -0.87 | Galvanic Anode, Bar Type, 10% remaining |
| 116 | F | -35 | -0.87 | Pile at Mud Line |
| 15 | B | -35 | -0.85 | H Pile |
| 114 | A | -35 | -0.80 | Pile at Mud Line |
| 114 | A | -25 | -0.87 | |
| 114 | A | -25 | -0.86 | Galvanic Anode, Bar Type, 10% remaining |
| 112 | A | -35 | -0.88 | Pile at Mud Line |
| 112 | A | -25 | -0.89 | Galvanic Anode, Pipe Type, 80% remaining |
| 112 | F | -35 | -0.91 | Pile at Mud Line |
| 112 | F | -25 | -1.02 | Galvanic Anode, Pipe Type, 80% remaining |

| CP 1/2 Cell Pile Inspection | | | | |
|---|---|---|---|---|
| Fuel Pier (Note elevations based on 1988 plan set. Anodes are located by closest pile.) | | | | |
| Bent | Pile | Elevation | CP Reading | Comments |
| 12 | B | -25 | -1.03 | Galvanic Anode, Pipe Type, 80% remaining |
| 12 | B | -35 | -0.90 | H Pile |
| 110 | A | -35 | -0.87 | Pile at Mud Line |
| 110 | A | -25 | -0.87 | Galvanic Anode, Bar Type, 10% remaining |
| 110 | A | -25 | -1.02 | Galvanic Anode, Pipe Type, 80% remaining |
| 108 | A | -25 | -0.82 | Galvanic Anode, Bar Type, 5% remaining |
| 108 | A | -35 | -0.83 | Pile at Mud Line |
| 108 | A | -25 | -0.84 | |
| 108 | F | -35 | -0.81 | Pile at Mud Line |
| 108 | F | -25 | -0.80 | Galvanic Anode, Bar Type, 5% remaining |
| 105 | A | -35 | -0.82 | Pile at Mud Line |
| 105 | A | -25 | -0.87 | Galvanic Anode, Bar Type, 50% remaining |
| 105 | A | -25 | -1.00 | Galvanic Anode, Pipe Type, 80% remaining |
| 105 | F | -35 | -0.82 | Pile at Mud Line |
| 105 | F | -25 | -0.83 | Galvanic Anode, Bar Type, 5% remaining |
| 103 | A | -25 | -0.85 | Pile |
| 103 | A | -25 | -1.00 | Galvanic Anode, Pipe Type, 80% remaining |

### *3.3.5 Coatings and Marine Growth*

#### **1940s Coatings**

There was little evidence of any remaining coating on the 1940s components. In the submerged zone, the marine growth and corrosion products were found to act as a de facto coating.

#### **1965s Coatings**

The coating on the 1965 components is in poor condition. It is unlikely that the remaining coating is original from 1965. However, we have no information about a past coating program. There is near 100 percent coating failure of these members in the lower splash zone, near the intertidal zone. The remaining coatings come off very easily with a brush and are not providing protection. In the upper sections of the splash zone, the coatings have failed over about 70 percent of the 1965 era members. The remaining coating is in poor shape.

#### **1988s Coatings**

The 1988 coating in the splash zone is in fair to poor condition. The shop-applied coatings have failed over about 20 percent of the surface area on these members in this zone. This failure is primarily along the edges of the flanges and angle members. In the interior section of the web, the coating is in generally good condition. This applies to the upper horizontal truss members, which also seem to have about 20 percent coating failure, primarily near the edges of the flanges. The field-applied coatings around the welds are in poor condition.

About 90 percent of these coatings are failing. In many places these coatings are flaking off in large flaps that are trapping moisture and contributing to localized corrosion.

The coating on the pipe piles is in fair condition in the splash zone. The primary damage to the coatings in this region is in the weld areas near the truss member attachment points. The pipe piles on the mooring dolphin have significant coating failure in the splash zone near the tops of the piles. About 70 percent of the coating has failed on these piles in this zone. This may be due to stress during construction and forming of the mooring dolphin pile cap. (See photo FP-35.)

In the intertidal zone, there is significant damage to the coatings on the pipe piles, which could be the result of ice. The Fuel Pier is located so as to extend into the bay at a right angle to the long axis of the bay, which could result in greater wind driven ice forces impacting the Fuel Pier as compared to the Cargo Wharf. At any rate, there is about a 20 percent coating failure on the pipe piles in this zone.

The coating on the piles in the submerged zone is in generally good condition. There was less than a 5 percent coating failure in this zone. (See photos FP-65 thru 68.)

### 1940s Marine Growth

In the lower intertidal zone, there is a layer of barnacles from ½- to 1-inch thick covering the original steel members.

In the submerged zone, there is a thick uniform layer of marine growth on the 1940s era components consisting of barnacles and tubeworms about 2 inches thick.

### 1965s Marine Growth

Because the 1965 components are generally at the top of or above the intertidal zone, there is little marine growth on these structures.

### 1988s Marine Growth

There is a layer of barnacles that starts at about the level of the lower horizontal brace on the 1988 construction. These barnacles cover about 50 percent of the surface area of the members, and are about ½-inch thick. The barnacle layer extends from this level to about 5 feet below the low tide level. At this point, tubeworms start to show up on the piles. Near the mud line the piles have about 80 percent coverage of marine growth consisting of barnacles and tubeworms about 1 inch thick.

### *3.3.6 Deck and Bullrails*

The deck consists of three primary regions: the 300 PSF region, the 600 PSF region, and the POL region. (See photo FP-8.)

The 300 PSF region runs longitudinally down the south face of the dock and is about 13 feet wide, counting the bullrail. It consists of longitudinally placed timber decking, which is in generally weathered but good condition. The end of the dock, between about bents 29 and 33, has significant amounts of seagull waste on it resulting in a small amount of grass beginning

to grow on this section of the dock. The root system from the grass has the potential to damage the decking; therefore, the grass and bird waste should be periodically removed from the deck, perhaps by pressure washing. (See photo FP-10.)

The 600 PSF section of the deck is in about the center of the deck and is about 10 feet 10 inches wide. It is in generally good condition with the same situation of bird waste and grass existing on the end that was previously discussed.

The POL region consists of an above deck POL utilidor with containment and the north face of the dock. The POL utilidor is about 8 feet wide and is set about 4 feet back from the north face of the dock. This section of the dock is in weathered but good condition. There is a timber patch near bent 32 on this section of the dock. This is evidentially covering a small, localized problem with the deck. The previously discussed bird waste problem also applies to this section of the dock between about bents 29 thru 33.

The utilidor has timber sides with a containment liner inside. It is topped with fiberglass grating that is held up by galvanized angle iron bracing. This structure appears to be in good condition.

The bullrail on the south side of the dock is in fair condition and consists of a 10-inch by 10-inch timber section that is dap spliced together to form a continuous unit. The bullrail is weathered and worn in places. There are several grooves worn into the bullrail from mooring lines near bent 124 on the south side. The south side bullrail also reveals a general misalignment on this side of the dock. It is visibly crooked when viewed down the long axis of the dock. (See photo FP-11 and 13.)

The north side bullrail is in good condition. It is also weathered, but is generally straight and has no large grooves in it. (See photo FP-12.)

### 3.3.7 Fender System

The fender system on the Fuel Pier consists of treated timber fender piles that are directly attached to the dock on a timber whaler near the bullrail. There is no energy system on the Fuel Pier. (See photos FP-1 thru 4.)

The fender piles are in fair condition. There are two broken off piles at the southwest corner of the dock. These appear to have been from a previous generation on fender piles. There are several fender piles on the north side that show signs of abrasion a surface splitting. The piles on the south side of the dock are in slightly worse condition than the piles on the north side. This may be due to the prevailing wind/larger fetch area that these piles are subjected to. There are areas on piles from both sides of the dock that show wear and abrasion from the action of the log camel acting against them in the waves and tides.

The piles have rub strips attached to their sides. These strips are intended protect the piles from the floating log camel system. In general, the rub strips are in poor condition. There are many areas where they are broken, missing or loose. (See photo FP-52 and 57.)

The log camels are held in place by weighted guide wires. These wires are routed through holes in the logs. In many places the wires have nearly sawn through the log camels. This problem was avoided on the Cargo Wharf by the installation of plastic wire plates on the camels. Five camels were identified as being very water logged: two of these were on the northwest corner of the dock, two were on the southwest corner of the dock, one was on the south face of the dock near bents 19 and 20, and one camel near bent 14 on the south face appeared to have a broken guide wire. One end of this camel has swung slightly away from the dock. (See photo FP-53.)

### 3.3.8 Ladders

There are four ladders on the Fuel Pier. All of these are too short to reach the water line in all but the highest tides. The ladder at pile 130 F on the south side of the dock is twisted and bent as if from some kind of impact damage. (See photo FP-55.)

Table 3-9—Ladder Inspection, Fuel Pier

| Ladder Inspection Fuel Pier | | |
|---|---|---|
| Bent | Pile | Condition / Comments |
| 104 | A | OK, but short |
| 120 | A | OK, but short |
| 130 | F | Bent and twisted |
| 105 | F | OK, but short |

Note: Bottom rung at approximately Elevation 7.5' Typical

### 3.3.9 Bollards and Cleats

The Fuel Pier has two types of bollards: large bollards and small bollards.

The large bollards are of the same diameter as the pipe piles (24 inches), which are spliced directly to the pipe piles. In addition, there is a large bollard on the shore near the access road, and one on the mooring dolphin. All of these bollards are in good condition with no damage or corrosion noted. The coatings are all in excellent condition. The mooring dolphin bollard is covered with a layer of bird waste that could cause problems if not periodically removed. (See photo FP-16.)

The small bollards are welded to the top of a plate that is welded to the top of the pipe piles. The plate is about one foot above the deck. All of the small bollards are in excellent condition. The welds on the bollards and plates appear to be in excellent condition. The coating also appears to be in excellent condition. (See photo FP-14 and 15.)

### 3.3.10 Mooring Dolphins and Catwalks

There is a circular mooring dolphin off the east end of the dock, which is attached to the dock with a triangular truss catwalk. The mooring dolphin consists of a king pile and seven batter piles. The piles are imbedded in a hexagon shaped pile cap that has a metal exterior and a concrete interior. There is a large mooring bollard in the middle of this pile cap. A circular

framework of curved W beams and pipe members is attached to the pile cap. Timber fender piles and a timber whale system form the perimeter of the mooring dolphin. (See photos FP-3 thru 7, and FP-20 and 21, and FP-60 and 61.)

The mooring dolphin is in fair condition. As discussed previously, there is a significant amount of coating failure in the intertidal and splash zones on this structure. There is about a 70 percent coating failure on these piles near the pile caps and about a 20 percent coating failure in the intertidal zone. Four pipe type galvanic anodes appear to be providing adequate cathodic protection to this structure. There is a significant amount of bird waste on this structure that could cause problems with the coatings if not periodically removed.

The catwalk is a triangular truss structure with a fiberglass grate deck and steel handrails. The metal components are galvanized and in good condition. The only problem noted with this structure is some minor rusting of the field-welded area on the truss located at about 1/3 points on the span. This appeared to be generalized minor surface rusting and did not appear to be seriously affecting the section of the material.

### 3.3.11 Utilities

There are containment water and sewer lines under the deck on the fuel pier. There is also a fire suppression sprinkler system and various electrical conduits under this dock. These are also generally located below the deck on this dock. In addition there are several POL-related lines in the above deck utilidor.

**Water and Sewer System**—The containment water and sewer lines are routed along the north face of the dock. The lines are insulated with a white plastic jacket containing the insulation. They are supported by a galvanized truss system. This truss maintains precise proper slope for drainage and is in good condition. The pipe clamps that hold the pipes to the rollers and support system are rusting. These appear to have been originally coated as opposed to galvanized. It is unlikely that there is serious section loss in these clamps and supports. However, the rusting is unsightly. (See photos FP-41, FP-46 and 47, and FP-63 and 64.)

**Fire Suppression System**—The fire suppression sprinkler system appears to be not insulated. It is likely that this is a dry standpipe system. The sprinkler piping is galvanized steel and appears to be in fair condition. The piping is supported below the deck by various types of pipe hangers. The electrical conduits were generally run down the underside of the south face of the dock. These were supported on coated trapeze type hangers. The trapeze bars were generally hung on "all-thread" bars fastened to the underside of the deck. (See photo FP-45.)

**Attachments**—There are generally of two varieties of utility hangers: coated and galvanized. In general, the coated hangers are providing fair to marginal service. The coatings are generally failing and corrosion is appearing on virtually all of the coating hangers. The hot dip galvanize hangers are providing good service with little evidence of corrosion. (See photos FP-39 and 40.)

There were no places where the corrosion appeared to be threatening the structural integrity of the hangers or utilities.

# 4. CONCLUSIONS

This inspection conformed to an ASCE Level III 10 percent "representative" inspection. As such, it could be inferred that there is additional damage that was not detected in this inspection. This report is meant to provide a general condition assessment of the structures. It is not intended as a design survey. Before any repair program is undertaken, a "project specific" design should be developed.

In general, the structures were found to be in a condition normally expected with respect to their age and type of construction. Obviously, the older structures were in poorer conditions than the newer structures. What follows is a summary of items that may need repair or further inspection.

## 4.1. Service Life

**Expected Steel Pile Service Life**— Typical corrosion rates for bare steel in saltwater range from about 2 to 20 mils per year, depending on the environment. The splash zone is typically the highest corrosion rate area. The higher rates work out to about ¼" metal loss in 12 years. Obviously, the CP system is designed to reduce the corrosion rate to an acceptable level.

In theory, corrosion can be effectively halted with the proper control measures. In reality, this would be an unlikely event and some amount of corrosion would be expected. There are numerous examples of steel marine structures that have over 30 years of in service use and are still functioning safely and efficiently. For example some of the oil platforms in the Cook Inlet, Alaska were placed in the late 1960's and are still functioning today. The Alyeska Pipeline marine terminal, built in the mid 1970's, in Valdez, Alaska is another example of a well functioning facility. In the case of the Cook Inlet oil platforms, the corrosion is retarded with massive amounts of continuously applied CP current via impressed current anode sleds positioned on the seafloor around the platforms. The Alyeska marine terminal is protected from a combination of an excellent coating system and impressed current anodes attached to the structure.

It is difficult to pin point an exact, generic, number for an expected service life for steel structures in the marine environment. It would seem from the above discussion that 50 years is attainable with the proper CP system.

**Expected Anode Service Life**— Typically impressed current anodes have about a 20-year service life. It is possible to design the anodes with specific longer or shorter lives as required. This is done by calculating the corrosion rate of the anode plating material (platinum etc.) and supplying the proper thickness of material for the intended life. This approach assumes that anode failure will be by consumption of the impressed current anode material and subsequent breaking of the electrical circuit. In reality, other forces come into play. In particular, the cables and connections often fail prior to the anode itself. For this

reason, the 20-year life mentioned above is probably near the maximum that can reasonably be expected.

Galvanic anode service life is a direct function of the demand placed on them by the structure that they are protecting. Typical aluminum alloy marine anodes have a rating of about 7.6 lb/amp-year. The current required to provide the proper level of protection varies from about 2 to 10 milliamps per square foot of bare steel in seawater. Using these numbers and estimating the amount of bare steel on the structure, the expected service life of a galvanic anode can be calculated. It is also possible to calculate the expected service life from observation of the performance of the existing anode system over time.

**Expected Concrete Element Service Life**—The concrete elements on these docks can be broken into three categories; precast, cast in place, and overlay. As in steel, it is difficult to estimate an overall expected service life for concrete elements in the marine environment. It depends on the use and the environment. High wear areas that are subjected to deicing salts and freeze thaw will certainly have a shorter useful life then areas subjected to a less severe environment and conditions. In general the precast concrete deck panels can be expected to have a 50-year or greater service life, depending on use. There are numerous precast deck panel systems that were built in the late 1960s and early 1970s that are still functioning well today. The cast in place elements can be expected to have a 25-year service life, again, depending on use. Areas subjected to mechanical wear and abrasion such as bullrails could have a shorter expected life. The concrete deck overlay can be expected to have a 15 to 20 year service life.

**Expected Timber Element Service Life**— Durability and life expectancy of timber elements including piles is a function of site conditions. U.S. D.O.T. Federal Highway Administration guidelines offers the following guidelines for the life expectancy of timber piles under various conditions:

| | |
|---|---|
| Treated trestle piles over land areas | 75 years in northern areas/40 years in southern |
| Fully embedded treated foundation piles | 100 years |
| Treated marine piles areas | 50 years in northern areas/25 years in southern |

Alternate wetting and drying of the timber can have an adverse effect on life expectancy. This phenomenon may explain the perimeter location of the piles found to have discrepancies. Perimeter piles are more exposed to solar radiation and subject to more severe wetting and drying action.

Obviously, attack by marine borers can also decrease life expectancy. In areas where Limnoria attack is expected, the American Wood Preservers Association (AWPA) Standard C18-95 recommends using a dual treatment (creosote / CCA) or high retention ACA, ACZA, or CAA preservative treatment. This would indicate that creosote alone may not be enough to repel Limnoria.

## 4.2. Original Cargo Wharf

There are several areas of the original Cargo Wharf that merit repair or further inspection. The most immediate problems seem to be the following:

1. The coating system in the intertidal and splash zones is in poor condition. These areas should be recoated and is likely to be a significant project. Coating selection, surface preparation, and quality control will be key elements in project success.

2. The damaged concrete elements, including the expansion joint between the original and new sections of the Cargo Wharf, the floor near the electric panel in Building N7, and the pile cap area near pile 33E, should be repaired. Also, there are several bullrail areas that are spalling and cracked that should be repaired.

3. There are several impressed current anodes that have failed and should be repaired or replaced. The mooring dolphin appears to be receiving substandard cathodic protection. This area should either be connected to the impressed current system and have an anode installed, or galvanic anodes should be installed.

4. The original pile sections below the bolted connections are in generally unknown or questionable condition. This area could be a candidate for routine future inspection, perhaps as part of a specifically "targeted" inspection program.

**Expected Service Life**—The precast concrete elements for this dock are now about 36 years old. In 2015 they will be 50 years old. Based on the present condition of the panels it would seem that they will have no trouble achieving that life and could easily exceed it. The repaired sections of steel pile and related bracing are now about 12 years old. If the CP system is maintained and the coatings in the intertidal and splash zones are repaired, this part of the structure should be able to last for another 40 years. Portions of the cast in place concrete elements are starting to show signs of wear and deterioration. This includes sections of the bullrails that are currently in need of some repair. It is likely that these elements will require more frequent repairs and attention. The concrete deck overlay can be expected to start having problems with freeze thaw starting to exacerbate the delamination problem. It is estimated that this overlay will need to be replaced within the next 10 years.

## 4.3. Cargo Wharf Extension

As in the original Cargo Wharf, there are several areas of the Cargo Wharf extension that merit repair or further inspection. The most immediate problems seem to be the following:

1. The coating system in the splash zone near the pile caps should be repaired.

2. The damaged fender system and timber whales should be repaired.

3. The galvanic anodes are being overpowered by the impressed current system, which means that they are no longer helping the CP system. It may be wise to remove them. Removing these anodes would clean up the substructure area and would probably remove some load to the impressed current system. The removed anodes could be reused, perhaps at the Fuel Pier or north mooring dolphin

**Expected Service Life**—This part of the dock is now about 16 years old. Based on the present condition of the panels and piles it would seem that they will have no trouble achieving a 50 year life and could exceed it. A key to achieving a long life will be to maintain the CP system and to repair the coatings in the splash zone. The cast in place elements can be expected to start showing signs of wear and deterioration in the next 10 years or so. After this point, they will require increasing maintenance. As explained in the original cargo wharf section, the concrete deck overlay can be expected to start having problems with freeze thaw starting to exacerbate the delamination problem. It is estimated that this overlay will need to be replaced within the next 10 years

### 4.4. Fuel Pier

The Fuel Pier is a complex structure. Because of its age and complexity, a large amount of effort and cost could be expended in repair and retrofit on this structure. It is, therefore, difficult to make recommendations. Perhaps the first level of effort for this structure should be a master-planning project. This could help to identify the long-term goals; i.e., possible future replacement. Then the appropriate level of maintenance and repair could be planned.

It would seem that the main focus should be on the preservation of the current primary structural system. This would include the 1988 pipe piles and truss system. With this in mind, the following recommendations are made:

1. The coating system on the pipe piles in the splash and intertidal zone near the pile caps should be repaired.

2. Additional cathodic protection should be applied to the perimeter area of the dock. This could be in the form of an impressed current system, or from salvaged galvanic anodes from the Cargo Wharf.

3. Metal framing brackets should be installed on the connections on the timber substructure portion of the dock (bents A5 thru A10).

4. The ladders should be replaced with longer versions capable of reaching the water line in all tide levels.

5. Disconnect the nonfunctional piles on the Fuel Pier from the current structural system.

**Expected Service Life**—The original portion of the fuel pier is now over 60 years old. This section of the dock has exceeded its intended service life. The 1965 section of the pier is now 36 years old. Due to the poor coatings and marginal CP system, the 1965 steel components on this part of the dock are nearing the end of their useful life. In 2015, 14 years from now, these components will be 50 years old. Based on the poor condition of the coatings and marginal CP system, it seems that these components will probably show increasing and accelerating signs of corrosion. It is estimated that these components will have exceeded their useful service life within the next 10 years. The 1988 components are now 13 years old. The coatings are in generally fair to good condition. It seems reasonable, with proper maintenance, for these components to last another 35 years. The timber decking elements on

this pier are weathered and showing signs of wear. It is unclear as to the exact age of the original decking. It seems that most of the material dates to at least 1965. This means that most of the timber decking is now 36 years old. It would seem reasonable to expect a 50 year service life out this material. This means that there is about 14 years of remaining service life in these elements.

# REFERENCES

American Association of State Highway and Transportation Officials (AASHTO), 1983, "Manual for Maintenance Inspection of Bridges"

J Agi and Associates, 1989, "Dock and Piling Inspection Services, Cargo Pier, U.S.C.G. Base, Kodiak, Alaska"

Munger, Charles G., 1984, "Corrosion Prevention by Protective Coatings"

National Association of Corrosion Engineers (NACE), 1976, "Recommended Practice for the Corrosion Control on Steel, Fixed Offshore Platforms Associated with Petroleum Production, NACE Standard RP-OL-76"

Norton Corrosion Limited, 2000, " USCG Support Center, Cargo Pier and Fuel Pier, Cathodic Protection System Inspection"

US Department of Transportation, FHWA, 1991, "Bridge Inspectors Training Manual"