## Jarrell, Amy (Perkins Coie)

| | |
|---|---|
| **From:** | Stears, Dan [Stears@alaska.coffman.com] |
| **Sent:** | Wednesday, February 28, 2001 12:45 AM |
| **To:** | Radcliffe, Lawrence; 'Matt Holmstrom - Brechan' |
| **Cc:** | 'John Daley' |
| **Subject:** | RE: Preliminary Coating Specification |

Matt,

In reference to the specification that Lawrence sent to you for acquiring budgetary quotes, I want to reemphasize that the specification is in preliminary draft form! The spec. will be modified to address the various requirements of the project and to ensure proper application of the product. These changes may have an effect on the cost to apply the coatings.

A couple of important points that are currently not clear or have not been identified in the specification are as follows:

1. The coating inspection will be done by the Owners Representative. The applicator does not need to supply an independent coating inspector.

2. The coating applicators need to know approximately how many sq. feet is being coated and where (extension or main dock). The amount of sq. feet and the difficulty to coat the area are significant items when determining costs for the project! They should also be told what elevation MLLW and EHW are at.

3. The coating applicators MUST have previous experience in the application of Polyurethane's and MUST also have marine coating experience. Getting budgetary numbers from, or using applicators without the proper experience will likely result in cost overruns and failure of the coating system. The best coating systems available will catastrophically fail if not applied correctly. The contractor must be thoroughly familiar with the application of these products and the environment they will be applying them at. Carefully analyze the budgetary numbers you receive.

4. Cathodic protection cables, clips and some anodes will need to be removed and replaced to accomplish the coating work. This work needs to be closely coordinated with the other CP work and testing.


Dan

> -----Original Message-----
> From:        Radcliffe, Lawrence
> Sent: Tuesday, February 27, 2001 9:40 PM
> To:     'Matt Holmstrom - Brechan'
> Cc:    Stears, Dan; 'John Daley'
> Subject:        Preliminary Coating Specification
>
> The attached coating spec is a good place to start for acquiring the
> budgetary quotations. We are leaving the square feet and specific scope
> description to Brechan/TNH to determine.
> Please contact me if you have any questions. I will be out all day
> Wednesday and return Thursday. I can be reached at 360-2315 at least part
> of the day on Wednesday.
> << File: 01111Coating Spec 2-27-01 .doc >>
> Lawrence J. Radcliffe
> Coffman Engineers, Inc.

1

BEI19713
38599-0012

> 800 F Street
> Anchorage, AK 99501
> Ph. (907) 276-6664
> Fx. (907) 276-5042
> radcliffe@alaska.coffman.com
> Visit our web site at:
> http://www.coffman.com
>

**BEI19714**
38599-0012

March 8, 2001

Steve Locher, P.E.
USCG FD&CC PAC
915 Second Ave., Room 2664
Seattle, WA 98174-1011

Subject: Task order # 010; DTCG50-01-D-643XXO
         Cargo Wharf Maintenance Design-Build Project

Dear Steve:

Please consider this our cost proposal for the subject task order.

COST: We propose to accomplish the required work for **$1,184,295.00**. Our proposal is detailed on the attached spreadsheets and Project Scope. **Please note that this cost has a construction component of $997,227.00, and an engineering services component of $184,295.00.**

SCOPE CHANGES: The amount of piling to be recoated this year is 15860 square feet. Our understanding is that the remaining piling will be recoated next year.

COMMENTS:

1. The exact location of the piling to be recoated is undecided at this time.
2. The construction cost is based on that work scheduled for this year.
3. The engineering fees are based on the total project.

SCHEDULE: Upon your notification to proceed we will finalize design. Construction is tentatively scheduled for this coming Spring/Summer.

Sincerely,

**BRECHAN ENTERPRISES, INC.**

Matt Holmstrom, P.E.
Project Manager

Enclosures

## Jarrell, Amy (Perkins Coie)

**From:**   Locher, Steven [SLocher@pacnorwest.uscg.mil]
**Sent:**   Tuesday, March 06, 2001 10:31 AM
**To:**     Matt Holmstrom
**Subject:** RE: cargo pier

Matt,
What about the numbers you came down here with?  Where exactly are you with your quotes/proposal? Thanks.
SL

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Monday, March 05, 2001 5:38 PM
To: Locher, Steven
Subject: cargo pier


Steve - I'm not sure if I told you earlier.  I have not received prices from
coating subs.  This is the largest missing piece of the puzzle.  The
"$35/sf" in the spreadsheet is only an estimate at this time.  Matt

**BEI19745**
38599-0012

1. Why did the anode cost go from $7K to $10K? The $10k is based on a quote from the anode sub.
2. Why did the anode circuitry go from $44K to 75K? We received a quote from a sub.
3. Why did the coating cost go up to $44/sf? We received 3 budget quotes from coating subs...$35, 40 & 49 per sf. I chose the $44 as safe mainly since I was concerned that after final prices were obtained.
4. What did you tell me the coating cost would be when you visited us here in Seattle? $30-40 for the conventional spray type. I also gave you a price of $25.70/sf for a Denso, or tape wrap system. These costs were given to me by a coating sub.
5. Why are the coating costs the same on the original wharf and the extension? The extension should be much easier to stage the work. I would think the coating SF costs would be significantly less.
6. John Daley sent me a revised spreadsheet similar to the ones sent previously, with the updated costs. It pretty much matches yours except the scoping and design hours are lumped together. Is this correct? I'll check with John Daley, we made revisions late this am.

Steve – In a nutshell re: the coating cost. After the teleconference I understood that we would be held to the square footage of coating in our proposal whether or not the unit prices changed. We asked coating subs for a "budget" unit price based on a 95% design. If there is flexibility to adjust square footage based on final sub prices I can lower the $44/sf. Regarding the original cargo pier vs extension. The 3 subs didn't separate costs – however I didn't ask them to. That's my fault. Matt

**BEI19746**
38599-0012

**From:** Locher, Steven [mailto:SLocher@pacnorwest.uscg.mil]
**Sent:** Friday, March 09, 2001 3:03 PM
**To:** Matt Holmstrom
**Subject:** Kodiak Cargo Wharf Maintenance

Matt,
1. Things are progressing well on this side. We had a meeting today with Jerry, Anita and Paul Rendon. I explained the design-build issues, and we have pretty much bought into being somewhat flexible, in an effort to better our cause, and to reduce your risks. The main issue being a deviation in quote once the plans and specifications are finalized.

We would agree not to make your company bear all cost overruns or mistake in bids, if you would share with us the benefits of getting reduced prices, which in-turn would expand or improve the final product.

Having said that, we will probably shoot for a negotiated amount of $40/SF coating cost, and expect some economy of scale in the extension (newer) wharf, built-in at final design.

2. We have taken a closer look at the design costs and have some concerns. Part of this is my error in misreading the spreadsheet. I know I said the design costs look good, but I was looking at design costs inclusive in the $113K. What we are concerned about at this point is the high percent of design to construction cost. Additionally, allot of the work is repetitive, and we are not clear on just why the design costs would be so high. There does not seem to be much analysis involved.

3. We will probably forgo most of the field inspection. We are considering using Scott or other on-site inspectors. We would need to use your inspector however to train ours so some site inspection will still be required.

4. Can we finalize the numbers on Monday? My calendar is clear.

Thanks Matt.

**BEI19755**
38599-0012

5/30/2005

| Item | Task | Design Firm | Quantity | Unit | Senior Design Hours 100 | Staff Design Hours 85 | Drafting Hours 50 | Spec Writing Hours 40 | Design Fee | Construction Firm | Construction Unit Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.0 | Project Scoping and Development | | | | | | | | | | |
| 0.1 | Civil / Structural Scoping | TNH | | | 4 | 4 | | | $740.00 | | NA |
| 0.2 | CP Scoping | Coffman | | | 6 | | | | $600.00 | | NA |
| 0.3 | Coating Scoping | Coffman | | | 10 | 40 | | | $3,000.00 | | NA |
| 0.4 | Electrical Scoping | Coffman | | | | 8 | | | $960.00 | | NA |
| 0.5 | Project Management | TNH | | | 40 | 0 | | | $4,000.00 | | NA |
| 1.0 | Cathodic Protection Work | | | | | | | | | | |
| 1.1 | Demolish existing abandoned galvanic anodes | Coffman | 80 | Each | 2 | 16 | 2 | 2 | $350.00 | Lash | $150.00 |
| 1.2a | Replace failed impressed current anodes (Modify current design) | Coffman | 8 | Each | 64 | | 40 | 8 | $10,060.00 | Lash/Diving | $7,000.00 |
| 1.2c | Electrical work associated with anode installation | Coffman | | Lump Sum | | | 0 | 0 | $0.00 | Electrical | $50,000.00 |
| 1.2d | Supply spare anodes to meet warranties requirements | Coffman | 4 | Each | | 0 | 0 | | $0.00 | Lash/Diving | $4,000.00 |
| 1.3 | Repair existing impressed current anode | Coffman | | Each | 2 | 4 | 2 | | $640.00 | Diving | $2,500.00 |
| 1.4 | Remove abandoned anode cables and hangers | Coffman | 50 | Each | 2 | 4 | 2 | | $640.00 | Lash | $50.00 |
| 2.0 | Pile and Related Work | | | | | | | | | | |
| 2.1 | Repair failed coating on original cargo wharf, and cargo wharf extension | Coffman | | | | | | | | | |
| 2.1a | Original Cargo Wharf | Coffman | 11,300 | Square Foot | 8 | 54 | 4 | 4 | $8,800.00 | Coating | $40.00 |
| 2.1b | Cargo Wharf Extension | Coffman | 6000 | Square Foot | 8 | 40 | 4 | 4 | $4,560.00 | Coating | $40.00 |
| 2.2 | Repair damaged timber whaler | TNH | 4 | Each | 2 | 4 | 8 | 4 | $1,100.00 | Lash | $600.00 |
| 2.3 | | | | | | | | | | | |
| 3.0 | Under Pier Utilities | | | | | | | | | | |
| 3.1 | Remove abandoned electrical conduits | Coffman | 1 | Lump Sum | 2 | 2 | 2 | 2 | $550.00 | Electrical | $3,500.00 |
| 3.5 | Repair damaged PVC sewer jacket | TNH | 1 | Each | 2 | 2 | 2 | 2 | $550.00 | Utility / Plumbing | $600.00 |
| 4.0 | Metal Work | | | | | | | | | | |
| 4.6 | | | | | | | | | | | |
| 5.0 | Concrete Work | | | | | | | | | | |
| 5.2 | Elevate building 7 switchgear | Coffman | 1 | Lump Sum | 8 | 16 | 8 | 4 | $2,720.00 | Brechan / Electrical | $4,000.00 |
| 5.3 | Repair building 7 slab | TNH | 1 | Lump Sum | 4 | 12 | 4 | 4 | $1,760.00 | Brechan | $3,500.00 |
| 5.7 | Repair damaged pile cap at isolation joint | TNH | 1 | Lump Sum | 6 | 8 | 12 | 8 | $2,200.00 | Brechan | $11,000.00 |
| | Total | | | | 196 | 250 | 118 | 53 | $49,570.00 | | |

| Item | Task | Design Firm | Senior Hours 100 | Staff Hours 85 | Fee | Air fare | Per diem | Design Fee |
|---|---|---|---|---|---|---|---|---|
| 6.0 | Design Field Services | | | | | | | |
| 6.1 | Coatings and CP field trip | Coffman | 12 | 12 | $2,220.00 | $1,000.00 | $240.00 | $2,720.00 |
| 6.2 | Electrical field trip | Coffman | 16 | 16 | $1,600.00 | $500.00 | $150.00 | $1,760.00 |
| 6.3 | Civil field trip | TNH | 16 | 16 | $1,360.00 | $500.00 | $120.00 | $2,200.00 |
| 7.0 | Construction Field Services | | | | | | | |
| 7.1 | Coating Inspector (Based on 14 weeks, 10 hrs/day, 6 days/week, $60/hr) | Coffman | 72 | 80 | $4,800.00 | $1,500.00 | $2,730.00 | |
| 7.2 | CP Testing & Balancing (2 trips required) | Coffman | | 72 | $13,320.00 | $2,000.00 | $1,960.00 | |
| 7.3 | Civil Inspection | TNH | 32 | 10 | $350.00 | $500.00 | $120.00 | |
| 7.4 | Construction Services Reports | TNH/Coffman | 40 | 20 | $4,000.00 | | | |
| 7.5 | Construction Questions and Support | TNH/Coffman | 20 | 20 | $5,700.00 | | | |
| | Totals | | 100 | 190 | $34,750.00 | $8,000.00 | $5,190.00 | $43,940.00 |
| | Total Field Services | | | | | | | $43,940.00 |

BEI19756
38599-0012

| Construction Fee |
| --- |
| NA |
| NA |
| NA |
| $5,000.00 |
| $50,000.00 |
| $60,000.00 |
| $15,000.00 |
| $2,500.00 |
| $3,000.00 |
| $452,000.00 |
| $280,000.00 |
| $3,200.00 |
| $3,500.00 |
| $500.00 |
| $4,000.00 |
| $3,000.00 |
| $10,000.00 |
| $824,800.00 |

BEI19757
38599-0012

CONTRACTING ACTIVITY: USCG FD&CC PACIFIC

DATE: 12-Feb-01

CONTRACT NUMBER: DTCG50-01-D-643XX0

PROJECT NUMBER: 33-J00042

PROCUREMENT DESCRIPTION: Cargo pier upgrades

CONTRACTOR: Brechan Enterprises

| NON PRE PRICED WORK Item | Contractor's Proposal | | Government Estimate | | Revised Scope GE | | Negotiated Amount | |
|---|---|---|---|---|---|---|---|---|
| Proj Scope and Design | 65140 | | 40970 | | 51313 | | 56889 | |
| Cathodic Protection Work | 197300 | | 93015 | | 166215 | | 166215 | |
| Pile and Related Work | 720240 | | 622557 | | 821520 | | 771120 | |
| coating area | | 15860 SF | | 9444 SF | | 19000 SF | | 17800 SF |
| coating cost | | $44/SF | | $36/SF | | $40/SF | | $40/SF |
| Under Pier Utilities | 4300 | | 126360 | | 4515 | | 4515 | |
| Metal Work | 10400 | | 44619 | | 10920 | | 10920 | |
| Concrete Work | 17500 | | 66982 | | 18375 | | 18375 | |
| Design Field Services | 7660 | | 29241 | | 31468 | | 11319 | |
| Construction Field Services | 105360 | | 29102 | | 31468 | | 45549 | |
| | 1127900 | | 1052846 | | 1135794 | | $ 1,084,902.00 | |

| | | |
|---|---|---|
| Construction Fee | $ | 971,145.00 |
| Design Fee | $ | 43,638.00 |
| Engineering/CCSS FSS | $ | 70,119.00 |
| | $ | 1,084,902.00 |

READ INSTRUCTIONS ON PAGE 2                                    PAGE 1 OF 1    PAGES

| DEPARTMENT OF TRANSPORTATION | PROCUREMENT REQUEST NO. |
|---|---|
| **P**ROCUREMENT **R**EQUEST **P**ROCESS **R**APIDLY | DATE RECEIVED |

| 1 NAME, PHONE NUMBER, AND ROUTING SYMBOL OF PERSON TO CONTACT | 2. TYPE OF REQUEST (Check one) |
|---|---|
| S. LOCHER   220-7382 | A ☒ NEW REQUEST |
| 3. ORIGINATING OFFICE DATA | |
| Kodiak, Cargo Wharf Maintenance Project 33J7311 | B ☐ CHANGE TO PENDING PR NO. |
| 4. ADDITIONAL INFORMATION (Suggested supply sources, security data, etc.) | |
| BEI | C ☐ MODIFICATION TO CONTRACT OR ORDER NO. |
| 2705 Mill Bay Road | |
| Kodiak, AK 99615 | |

| 5. APPROVALS | | | | | | 6. CONSIGNEE AND DESTINATION |
|---|---|---|---|---|---|---|

| APPROVING OFFICIALS (A) | ROUTING SYMBOL (B) | DATE (C) | INTERNAL ROUTING | | 6. CONSIGNEE AND DESTINATION |
|---|---|---|---|---|---|
| | | | INITIALS (D) | ROUTING SYMBOL (E) | USCOAST GUARD FD&CC PACIFIC 915 2ND AVE #2664 SEATTLE, WA 98174-1011 |
| (1) AUTHORIZED REQUISITIONER ALPHA TEAM LEADER | | 1/22/01 | | | |
| (2) ACCOUNTING CERTIFICATION OFFICER CHIEF P&M DIVISION | | 3/19 | | | |
| (3) | | | | | 7. DATE(S) REQUIRED February 18, 2001 |
| (4) | | | | | 8. GOVERNMENT FURNISHED PROPERTY ☐ YES ☒ NO (If "YES" see par. 8 of Instructions on page 2.) |

**9. DESCRIPTION OF ITEMS OR SERVICES**

| ITEM NO. (A) | ITEM OR SERVICE (Include Specifications and Special Instructions) (B) | QTY (C) | UNIT (D) | ESTIMATED COST | |
|---|---|---|---|---|---|
| | | | | UNIT (E) | AMOUNT (F) |
| | Perform design and construction work for pier maintenance: Design Build contract | | | $0.00 $0.00 $0.00 | $0.00 $0.00 $0.00 |
| 1. | Construction Work | 1 | | $960,000.00 | $960,000.00 $0.00 |
| 2. | Design | 1 | | $41,000.00 | $41,000.00 $0.00 |
| 3. | Engineering Services in support of Design | 1 | | $29,250.00 | $29,250.00 $0.00 |
| 4. | Engineering Services in support of Construction | 1 | | $29,100.00 | $29,100.00 $0.00 |
| | GOV'T EST. | | | | $0.00 $0.00 $0.00 $0.00 $0.00 $0.00 $0.00 $0.00 |

| 10. ACCOUNTING DATA | | | | |
|---|---|---|---|---|
| SYSTEMS DATA | CHECK APPLICABLE QUARTER DATES 3/19/01 ☐ 1ST ☒ 2ND ☐ 3RD ☐ 4TH | TOTAL | $94,902.00 $1,059,350.00 |

| AGCY | D ST | S Y | APPN CODE | LIM CODE | AFC CODE | A L C | PROGRAM ELEMENT | COST CENTER | OBJECT CLASS | TYPE | FY | P.R. NUMBER | SUFFIX | PROJECT | ACCOUNTING AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 6 | | 101 | 133 | 43 | 0 | 13 | 46000 | 3227 | 24 | 01 | 501643XX0 | 008 | 33S01047 V | 960,000 - 901,145 |
| 2 | | | | | 0 | | | | | 24 | | | 009 | DF | 41,000 - 43,638 |
| 2 | 2 | | | | 0 | | | | | 24 | | | 010 | CD | 58,350 70,119 |

FORM DOT F 4200.1.2CG (Rev. 2-94)
PREVIOUS EDITIONS ARE OBSOLETE

# ORDER FOR SUPPLIES AND SERVICES

| | PAGE | OF | PAGES |
|---|---|---|---|
| | 1 | | 2 |

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. (If any) | 6. SHIP TO: |
|---|---|---|
| 20 March 2001 | DTCG50-01-D-643XX0 | |

**6. SHIP TO:**

**a. NAME OF CONSIGNEE**
Same as Block 5

| 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. |
|---|---|
| 0007 | See Item 17 |

**b. STREET ADDRESS**

**5. ISSUING OFFICE** (Address correspondence to)
Commanding Officer, US Coast Guard, FD&CCPAC
915 Second Ave, Rm 2664, Seattle, WA 87174

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|
| | | |

**f. SHIP VIA**

**7. TO:**

**a. NAME OF CONTRACTOR**

**8. TYPE OF ORDER**

**b. COMPANY NAME**
Brechan Enterprises, Inc

| ☐ a. PURCHASE | ☒ b. DELIVERY - Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract. |
|---|---|

**c. STREET ADDRESS**
2705 Mill Bay Road

REFERENCE YOUR:
Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

| d. CITY | e. STATE | f. ZIP CODE |
|---|---|---|
| Kodiak | AK | 99615 |

**9. ACCOUNTING AND APPROPRIATION DATA**

See Block 17

**10. REQUISITIONING OFFICE**

USCG FD&CC (PAC) - Lt Paul Rendon

**11. BUSINESS CLASSIFICATION** (Check appropriate box(es))

| ☒ a. SMALL | ☐ b. OTHER THAN | ☐ c. DISADVANTAGED | ☐ d. WOMEN-OWNED |
|---|---|---|---|

| 12. F.O.B. POINT | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE (Date) | 16. DISCOUNT TERMS |
|---|---|---|---|
| ISC KODIAK | N/A | Per SOS | N/A |

**13. PLACE OF**

| a. INSPECTION | b. ACCEPTANCE |
|---|---|
| ISC KODIAK | ISC KODIAK |

**17. SCHEDULE** (See reverse for Rejections)

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| 0001 | Perform design and construction for Cargo Wharf Maaintenance In accordance with attached Drawings and Specifications Dated March 2001 | | JB | $1,084,902.00 | | |

| | 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | | |
|---|---|---|---|---|---|
| SEE BILLING INSTRUCTIONS ON REVERSE | | | | $1,084,902.00 | 17(h) TOT. (Cont. pages) ◄ |
| | 21. MAIL INVOICE TO: | | | | |
| | a. NAME Same as Block 5 | | | | |
| | b. STREET ADDRESS (or P.O. Box) | | | | |
| | c. CITY | d. STATE | e. ZIP CODE | $1,084,902.00 | 17(i) GRAND TOTAL ◄ |

| 22. UNITED STATES OF AMERICA BY (Signature) ► *W. L. Denman* | 23. NAME (Typed) WILLIAM F. DENMAN |
|---|---|
| | TITLE: CONTRACTING/ORDERING OFFICER |

Previous edition not usable

OPTIONAL FORM 347 (Rev. 6-95)
Prescribed by GSA/FAR 48 CFR 53.213(e)

DTCG50-01-D-643XX0
Task Order 0007
Page 2 of 2

Block 17 Continued

| Requisition/Reference No. | Accounting and Appropriation Data | Amount |
|---|---|---|
| 24 01 501643XX0 008 | 2 6 101 133 43 0 13 46000 3227 | $ 971,145.00 |
| 24 01 501643XX0 009 | 2 6 101 133 43 0 13 46000 3227 | $ 43,638.00 |
| 24 01 501643XX0 010 | 2 6 101 133 43 0 13 46000 3227 | $ 70,119.00 |



Structural

Mechanical

Electrical

Civil

Corrosion

Project and

Construction

Management

April 10, 2001

Steve Locher P.E.
U.S. Department of Transportation
United States Coast Guard
Facilities Design and Construction Center (Pac)
915 Second Ave, Room 2664
Seattle, WA 98174-1011

Attention:    Mr. Steve Locher

Reference:    KODIAK CARGO DOCK RECOATING PROJECT

Dear Mr. Locher:

We are writing, at the request of John Daley, Tryck Nyman Hayes, to clarify our position on specifying coating products and "test piles" for the upcoming recoat project.

We have looked at several types of products for use on the project including coal tar epoxy, co-reactive (chemically polymerized) two part epoxies, and co-reactive (chemically polymerized) two part 100% urethanes. We have eliminated coal tars and two part epoxies primarily due to cure time limitations and the need for multiple applications to achieve desired dry film thickness (DFT). Neither cure quickly nor would be fully cured prior to submersion by rising tides. We predict submersion prior to full cure will shorten the service life of the coating. Multiple applications require more labor than single coat products. In addition, coal tars and two-part epoxy test results are generally lower than criteria we are confident in specifying. The specified 100% polyurethanes can be fully cured in a short time and prior to submersion. Testing and assurance of full cure prior to submersion will required in the final specification.

The coating tests and acceptance criteria we specified in the preliminary specification were selected as measurements of performance and coating longevity in the conditions present at Women's Bay. This criterion is listed below and will remain in the final specification.

❑  Abrasion Resistance per D4060-95, less than 55 mg loss/1000 cycles with CS-22 or CS 17 wheel at applied DFT.

❑  Impact resistance per ASTM G-14, greater than 100 in-lbs @ 75°F at applied DFT.

❑  Cathodic Disbondment per ASTM G-8, less than 12mm @ 28 days (1.5 V @ 3% NaCl) at applied DFT.

❑  Adhesion per ASTM D-4541, greater than 1,000 psig at applied DFT.

Coffman Engineers, Inc.
800 F Street
Anchorage, Alaska 99501
907 276 6664 Fax 907 276 5042

**BEI19824**

38599-0012

[Name of Recipient Firm]
[Date]
Page 2

❑   Salt Spray Resistance per ASTM B-117, 1,000 hours with no blisters at applied DFT.

Experience and research indicate that coatings with the above properties will provide acceptable coating life. The test results, single application, and ability to cure prior to immersion standards were selected and then we contacted several manufacturers to identify products that met the standards. Three products,

- Global Eco Technologies, Inc. Endura Flex 1988
- Carboline, Inc. Polybrid 705
- Specialty Polymer Coatings, SP-1864

meet the standard, were in the preliminary specification, and will remain in the final. SPC also manufactures SP-1386 that meets the specified criteria with lower values than SP-1864. It has been successfully applied on existing sheet pile in conditions similar to those at Kodiak. The cost of applying SP-1386 is less than applying SP-1864.

Surface preparation is a critical component of the coating application process. NACE 2/SSPC-SP 10 is typically the minimum standard for immersion. Years of testing and experience support this standard for immersion service. The primary reason is to reduction the amount of underfilm compounds that accelerate corrosion.  All coatings have a degree of water and oxygen permeability and therefore some of each is always present on the dock pile surface. High surface cleanliness limits the compounds available for reaction with the water and oxygen, thus reducing the underfilm corrosion rate. If the surface cleanliness standard is reduced underfilm corrosion will likely increase, shortening the life of the coating and structure.

We have been asked to evaluate a "Thermo-Cote" product that is a single application, flame spray applied, 100% polyethylene product.  We contacted the supplier, John Neukirchen, approximately 2 weeks ago and have received no product data, although it was promised.  While meeting with you I was able to handle two samples of the Thermo-Cote product applied to 1 ½" x 3" steel plates.  The product seemed very soft.  I doubt abrasion test results will meet our specified parameters.  We were able to remove some of the sample from the substrate by prying with another steel plate. This indicates fairly low adhesion properties although Mr. Neukirchen stated the adhesion over a power tool prepared surface (SSPC-SP 3) is above 1500 psig.  I have called Mr. Neukirchen again, will evaluate test results on his product and send you my evaluation. Along with the physical characteristics, I have serious reservations on the proposed surface preparation method, Power Tool Cleaning, SSPC-SP 3.  Containment will still be required.  Power tool cleaning is very labor intensive.  I would want a contractor to provide an estimate but do not see a huge savings in surface preparation costs over NACE 2, abrasive blasting.  I have no idea what the product purchase and application costs will be.

We are specifying Applicator's with 5 years experience in this type of work: containment over water, marine dock/industrial coatings, etc.  The applicators must be certified by the manufacturer to apply any of the specified products.  This is a requirement of the coating manufacturers that we wholly support.  We are specifying that products have been successfully used in this type application. These points are important to assure a successful project. If either an inexperienced Applicator or untested product is used, the results will be less than anticipated.

[Name of Recipient Firm]
[Date]
Page 3

Has the Thermo-Cote been used successfully on any dock? In immersion service with only power tool surface preparation? On a dock with ice present? I do not have any information either way.

Coating of one or a number of test piles can be accomplished. The coordination and cost of coating test piles will increase the overall project price. The 100% polyurethane products will require similar surface preparation and environmental conditions. The application equipment will be similar. Some equipment modifications and thorough equipment cleaning will be needed if the coating product is changed. Manufacturer certification is not free. It can entail 5 days of training for **each** painter in the lower 48. Coordination of this equipment, applicator certification, and other requirements between Brechan, the applicator, and the coating manufacturer(s) will require time and effort.

The Thermo-Cote product requires a different type of application equipment, thus, the level of coordination will increase.

We encourage the test pile program be carefully thought out to limit financial pitfalls, that it not incorporated into the project coating specifications, and undertaken between Brechan and the USCG as a "sub-project". We are happy to provide input to this effort as requested by Tryck Nyman Hayes, Brechan, and the Coast Guard. The use of test piles can supply excellent information to the Coast Guard. If it is accomplished, we would appreciate the opportunity to review or participate in the test evaluations. We suggest that test pile locations be selected for ease of access in the event coating replacement is desired in the future.

We have no interest in the contractor selecting any of the above products. Our sole interest is providing a specification that will ensure a dock coated to the Coast Guards satisfaction.

Sincerely,

COFFMAN ENGINEERS, INC.

Lawrence Radcliffe
Corrosion Engineering

cc: Dan Stears, John Daley

**Jarrell, Amy (Perkins Coie)**

| | |
|---|---|
| **From:** | John Daley [JohnD@tnh-inc.com] |
| **Sent:** | Wednesday, April 11, 2001 5:52 PM |
| **To:** | Matt Holmstrom; Mike Shoemaker |
| **Subject:** | Kodiak Cargo Wharf |



Attachment          00967 01111.doc
information..txt (5...    (100 KB)

Matt,

Attached is the 65% coating submittal.

Regards,

John Daley

BEI19829
38599-0012

1

Attachment information.1.txt
The following section of this message contains a file attachment
prepared for transmission using the Internet MIME message format.
If you are using Pegasus Mail, or any another MIME-compliant system,
you should be able to save it or view it from within your mailer.
If you cannot, please ask your system administrator for assistance.

     ---- File information ----------
       File:  00967 01111.doc
       Date:  11 Apr 2001, 16:46
       Size:  102912 bytes.
       Type:  Unknown

BEI19830
38599-0012

SECTION 09967
COATING OF STEEL WATERFRONT STRUCTURES

PART 1 - GENERAL

1.1    GENERAL REQUIREMENTS

1.1.1    This Specification defines the requirements for surface preparation, containment, disposal, materials, application of protective coatings, Owners coating inspection, and Applicators coating inspection for dock pile and attachments coated in the field environment at Kodiak, Alaska.

1.1.2    The Work consists of providing all plant, labor, equipment, supplies, material, transportation, containment, permits, overspray protection, blasting protection, handling, storage, and performing all operations required for field application and field repair of coatings on existing, previously coated pile foundations, pile bracing, non-galvanized pipe supports and non-galvanized conduit supports in accordance with the Specifications.

1.1.3    The existing coatings are coal tar epoxies from different manufacturers.

1.1.3.1    The original dock coating is in generally poor condition.

  a.  Approximately 90% of the coating remains in the splash zone between elevations 114' and 119'.

  b.  Approximately 75% of the coating remains in the intertidal zone between elevations 107' and 114'.

  c.  Edge failure and poor adhesion are pervasive.

  d.  Both loose and tight rust cover the uncoated areas.

  e.  Surfaces between elevations 110' and 119' have little or no marine growth.

  f.  Up to 70% of the surfaces between elevations 107' and 110' have substantial marine growth. The thickness of marine growth, barnacles and tubeworms, will approach 1" at the lowest elevations to be coated.

1.1.3.2    The dock extension coating is in generally fair condition.

  a.  Approximately 75% of the coating remains in the splash zone between elevations 114' and 119'.

  b.  Approximately 95% of the coating remains in the intertidal zone between elevations 107' and 114'.

  c.  Failures generally occur in distinctly separate locations.

  d.  Both loose and tight rust cover the uncoated areas.

**BEI19831**

38599-0012

    e.    Surfaces between elevations 110' and 119' have little or no marine growth.

    f.    Up to 70% of the surfaces between elevations 107' and 110' have substantial marine growth. The thickness of marine growth, barnacles and tubeworms, will approach 1" at the lowest elevations to be coated.

1.1.4   No Drawings are provided specifically for coatings work. See project drawings for dock details.

1.1.5   The applied coatings shall be compatible with each other as a coating system. The coating product submittals and other submittals listed in Section 1.4 SUBMITTALS shall be reviewed and approved by the Engineer prior to starting any work.

1.1.6   The Contractor is responsible for repair of holidays, coating damage and repairs due to project work including, but not limited to, welding, handling, rigging, structural repairs, or any other reason. The Contractor, Applicator and Owner's inspector shall inspect piles and attachments throughout the blasting and coating replacement process. Any coating damage that occurs during the course of the project shall be repaired.

1.1.7   The Contractor is responsible for containment of spent abrasives, removed existing coatings, and over spray so they do not reach the water in a manner complying with current applicable State of Alaska regulations, Federal regulations, and the Applicators approved containment plan.

1.1.8   The Applicator shall use the best practices of the trade, and when not in conflict with these specifications use the applicable portions of SSPC-PA Volume 1, Shop, Field and Maintenance Painting.

1.1.9   Where a conflict exists between this Specification, the referenced standards, and the Manufacturers' product data sheets, this Specification applies.

1.1.10  The Applicator shall perform Quality Control in accordance with an approved Quality Control plan and Section 3.5 APPLICATION QUALITY CONTROL.

1.1.11  The Owner, Contractor, Engineer and Owner's Inspector shall have access to all stages of the work with the right to inspect such work and material for compliance to these specifications. All such work shall be subject to the approval of the Contractor, Owner, and Engineer. Failure of the Owner, Contractor, or Engineer to discover or reject defective work or materials shall not be construed as an acceptance of such or material.

1.1.12  The Applicator shall assume responsibility for all work performed without proper notice to the Owner's Representative, when such work was known by the Applicator to be contrary to such requirements.

1.1.13  The Applicator shall call for and obtain all required U.S. Coast Guard, Municipal, State, and Federal agency permits, including plan review, building, and containment permits. The permit fees shall be paid for by the Applicator.

1.1.14  The Applicator shall comply with codes ordinances, rules, regulations, and other legal requirements of public authorities that bear on the performance on the work.

1.1.15  In the event of any observed variation between the Contract Documents and the legal requirements, promptly notify the Owner's Representative in writing, in which eventuality appropriate changes and modifications to the Contract Documents will be initiated by the Owner's Representative and furnished to the Applicator.

1.1.16  The Owner will make available space, as reasonable, for storage and staging of the Contractor's materials and equipment, subject to the following controls.

1.1.16.1    Use of such areas shall be covered by the Applicator's insurance.

1.1.16.2    Storage shall be maintained in a neat and orderly condition at all times, conforming to the fire and safety regulations.

1.1.16.3    Fire lanes and required exit pathways shall be kept free and unobstructed at all times.

1.1.16.4    Do not impose loads that might impair the structural integrity of any existing structures.

1.1.16.5    Do not unreasonably encumber the site with equipment and materials.

1.2     APPLICABLE STANDARDS

1.2.1    This section is a listing of references used in this Specification.  Comply with the latest revision of the references at the time of bid.

Alaska Statute (AS)

18.63                              "Hazardous Painting Certification"

Alaska Administrative Code (AAC)

18 AAC 70.010                   "

American Society for Testing and Materials (ASTM)

| B117 | "Standard Practice for Operating Salt Spray (Fog) Apparatus" |
| B1212 | "Method of Measurement of Wet Film Thickness of Organic Coatings" |
| D4060 | "Standard Test Method for Abrasion Resistance of Organic Coatings by the Taber Abraser" |
| D4285 | "Standard Test Method for Indicating Oil or Water in Compressed Air" |
| D4541-95e1 | "Standard Test Method for Pull-Off Strength of Coatings Using Portable Adhesion Testers" |

**BEI19833**
                                  38599-0012

| E337 | "Standard Test Method for Measuring Humidity with a Psychrometer (the Measurement of Wet-and Dry-Bulb Temperatures)" |
| G8 | "Standard Test Methods for Cathodic Disbonding of Pipeline Coatings" |
| G14-88 (1996) e1 | "Standard Test Method for Impact Resistance of Pipeline Coatings (Falling Weight Test)" |

NACE International

| RP0188 | "Discontinuity (Holiday) Testing of Protective Coatings" |
| RP0287 | "Field Measurement of Surface Profile of Abrasive Blast Cleaned Steel Surfaces Using a Replica Tape" |
| RP0288 | "Inspection of Linings on Steel and Concrete" |
| NACE No. 2/SSPC-SP 10 | "Surface Preparation Specification No. 10 Near-White Blast Cleaning" |
| TM0175-75 | "Visual Standard for Surface of New Steel Centrifugally Blast Cleaned with Steel Grit and Shot" |
| RP0172 | "Surface Preparation of Steel and Other Hard Materials by Water Blasting Prior to Coating or Recoating" |
| NACE No. 2/SSPC-SP 10 | "Near-White Metal Blast Cleaning" |
| NACE No. 5/SSPC-SP 12 | "Surface Preparation and Cleaning of Steel and Other Hard Materials by High and Ultra-High Pressure Jetting Prior to Recoating" |

National Institute of Standards and Technology (NIST)

Certified Coating Thickness Standards for Nonmagnetic Coating on Steel

Steel Structures Painting Council (SSPC)

| PA 1 | "Paint Application Specification No. 1 Shop, Field, and Maintenance Painting" |
| PA 2 | "Paint Application Specification No. 2 Measurement of Dry Paint Thickness With Magnetic Gages" |
| VIS 1 | "Visual Standard for Abrasive Blast Cleaned Steel (Standard Reference Photographs)" |
| SSPC-SP 1 | "Surface Preparation Specification No. 1 Solvent Cleaning" |

**BEI19834**
38599-0012

1.3    DEFINITIONS

| | |
|---|---|
| DFT | Dry film thickness |
| MSDS | Material Safety Data Sheet |
| OSHA | Occupational Safety and Health Administration |
| WFT | Wet film thickness |
| Owner | United States Coast Guard |
| Applicator | Coating Contractor |
| Contractor | Project General Contractor |
| Engineer | Project Engineer |
| Pile | All sections of a pile and connected structure. |

1.4    SUBMITTALS

1.4.1    Submit items 1.4.2. through 1.4.8 for Engineer's approval prior to initiating work. Items 1.4.9 and 1.4.10 shall be submitted as specified.

1.4.2    Product Data

1.4.2.1    Manufacturer's product data sheet and MSDS's for all coatings, thinners, cleaning solvents, and blasting abrasives.

1.4.2.2    With the bid, submit coating product test data. Provide independent test results for the following tests, at the specified DFT. Submit date of testing, name of test facility, and written certification that the formula of the product tested is the same as the product submitted for the project. If the test data is submitted for other than the specified DFT, for application with a primer, or otherwise differs from the specified application submit a detailed written explanation of the submitted data's applicability and reliability with the bid. See Section 2.1.1.3 for test result criteria.

   a.    B117-97 "Standard Practice for Operating Salt Spray (Fog) Apparatus "

   b.    D4060-95 "Standard Test Method for Abrasion Resistance of Organic Coatings by the Taber Abraser"

   c.    D4541-95e1 "Standard Test Method for Pull-Off Strength of Coatings Using Portable Adhesion Testers"

   d.    G8-96,  "Standard Test Methods for Cathodic Disbonding of Pipeline Coatings"

   e.    G14-88 (1996) e1, "Standard Test Method for Impact Resistance of Pipeline Coatings (Falling Weight Test)"

1.4.2.3    Curing temperature-time schedules for all products.

   a.    Specify minimum substrate temperature approved by the manufacturer for coating application.

BEI19835
38599-0012

b.    Specify minimum cure times, at the range of anticipated substrate temperatures, approved by the manufacturer for immersion of the coated pile. Water temperature will have a strong influence on substrate temperature on this project.

c.    Specify qualitative tests methods and acceptance criteria that can be done in the field to assure the coating is cured to manufacturers requirements prior to immersion.

1.4.2.4    Surface soluble chloride, cleanliness, profile requirements along with test methods, and acceptance criteria for all products and applications.

1.4.2.5    Submit compatible field application and repair coating system and procedures.

1.4.2.6    Samples and Colors: Finish color shall be as stated in Tables 2.1.1.4.a, b, c, d, and e. Submit color samples with the proposal, prior to the pre-construction coating conference. Submit two (2) sets of steel samples plates, 8 1/2 x 11 x 1/8 inches, and illustrating surface preparation and finish coat. The Engineer shall approve the surface preparation and finish color.

1.4.3    Holidays Test Procedure complying with NACE International RP0188 (Latest Revision), "Discontinuity (Holiday) Testing of Protective Coatings".

1.4.3.1    Manufacturers approved holiday test procedure and equipment with voltage parameters. The entire coated surface of each pile shall be holiday tested by the Owner's inspector.

1.4.4    Equipment Data

1.4.4.1    Equipment specifications and performance data for water blasting, abrasive blasting, solvent cleaning, air and substrate heating (if needed), coating heaters, and coating application equipment.

1.4.5    Plans

1.4.5.1    A field application and repair coating plan. Include detailed description of the product and blasting media storage, equipment, shelters, scaffolding, air heaters (if needed), substrate heaters (if needed), coating heaters, procedures and capacity to provide specified pile cleaning, abrasive blasting, humidity control (if needed), temperature control (if needed), coating application, and repairs. Provide a plan for repairing piles not meeting DFT, holiday, adhesion, appearance, and all other requirements. Environmental and substrate conditions for field coating application and repairs must be accomplished and maintained throughout the coating process, and cure.

1.4.5.2    A quality control plan and coating inspection forms for all surface preparation, coating application, and repair work is required. Provide an Applicator quality control and inspection plan for all work. At a minimum, include test method, frequency, and acceptance thresholds and tolerances of tests for substrate contamination, abrasive cleanliness and moisture content, air cleanliness and moisture content, substrate temperature, substrate cleanliness, blast

profile, humidity, dew point, ambient temperature, wet and dry film thickness, holidays, and visual inspection.

1.4.5.3    If Global Eco Technologies, Inc., Endura Flex 1988 expanded is applied submit a written procedure, test instrument manufacturer and model for determining the DFT of both the expanded and unexpanded layers.

1.4.5.4    A plan, approved by the Alaska Department of Environmental Conservation, for containment and disposal of spent abrasives, removed existing coatings, and over spray so they do not reach the water, in a manner complying with current applicable State of Alaska regulations and Federal regulations. Detail containment equipment to be utilized, containment procedures, and disposal of contained material.

1.4.6    Applicator shall provide manufacturer's written approval of coating application plans, quality control plans, and procedures including shipping, storage, cleaning, surface preparation, application, repairs, Applicator inspection, Owner's inspection, and force curing, if used.

1.4.7    Qualifications

1.4.7.1    Coating Manufacturer: Company specializing in manufacturing the products specified in this Specification with a minimum of 5 years documented experience. Provide documentation of manufacturers' qualifications and successful use of the product on similar marine dock projects.

1.4.7.2    With the bid, submit a summary of the coating manufacturers on site support.

1.4.7.3    Applicator: Company specializing in performing the work of this Specification with a minimum of 5 years documented experience in blasting and coating marine or industrial structures similar in size to the Kodiak Dock, containment over water, and applying 100% Polyurethane coatings (or submitted product). Provide documentation of Applicators' qualifications, manufacturers certification to apply the product, and successful application of the product on similar projects.

1.4.7.4    Painters and supervisors: individuals specializing in performing work of this Specification with a minimum of 1 year documented experience in applying 100% Polyurethane coatings (or submitted product). Submittal of a current certification in accordance with State of Alaska statute AS 18.63 is required for each worker.

1.4.7.5    Manufacturers Certification: Each coating applicator shall be certified by the manufacturer for application of the specific product used on the project.

1.4.8    Letter of Specification compliance from the blast media supplier.

1.4.9    Applicators Inspection Report

1.4.9.1    Submit completed "Coating Inspection Form," (Section 1.4.5.2) daily to the Owner's designated representative.

1.4.10  Owners Inspection Report

1.4.10.1    The Owners inspector shall submit completed Coating Inspection Reports daily to the Owner.

1.5    ENVIRONMENTAL CONDITIONS

1.5.1    Start work only when ambient and curing temperatures are within limits of coating manufacturer's recommendations and the substrate temperature is at least 5 degrees F above dew point.

1.5.2    The field coating site conditions are sub-arctic marine.  All coating preparation, coating application and other coating repairs shall be completed insitu over water.  Average site ambient temperatures are: 38°F to 42°F in May; 44°F to 54°F in June; 48°F to 59°F in July; 49°F to 60°F in August' 45°F to 55°F in September; and 36°F to 46°F in October.  Water temperatures average: 41°F to 44°F from May 15 to May 31, 44°F to 47°F in June; 46°F to 56°F in July; 50°F to 56°F in August; 48°F to 53°F in September; and 40°F to 48°F in October.  These average temperatures are for informational purposes only and it is recognized that large variations in temperatures outside of these values may occur.

1.5.3    Precipitation in the form of rain is anticipated May through October.  Precipitation in the form of snow is anticipated October through April.

1.5.4    Winds in excess of 40 miles per hour are encountered at the site.

1.5.5    Tide changes up to 15 feet in six hours occur and shall be considered when planning the work.

1.6    COORDINATION REQUIREMENTS

1.6.1    Coordinate with the Owner all aspects of the project including but not limited to vessel berthing, vessel traffic, vehicle traffic, vehicle access at the facility, and use of dock utilities.

1.6.2    Coordinate all coating related work with the Contractor, Owner, and all other crafts.

1.6.3    The Contractor and Applicator shall coordinate the following operations for field application or repair of coatings:

1.6.3.1    Temporary removal and subsequent re-installation of cathodic protection (CP) impressed current anodes as required to access piles for coating.  The electrical connection to the CP impressed current anodes can remain intact while the anode is temporarily moved.  The anode assembly is six feet long and weighs approximately 200 pounds.  Access is from shore at mean low water.

1.6.3.2    Removal of thermite welds attaching #8 grounding wires connecting armor shielding on #4 AWG Armored HMW/PE CP current supply cables at anode distribution boxes to the pile structure.  The Contractor shall determine the actual number.  Grind the thermite welds flush prior to surface preparation.  These connections are located above Elevation 114'.

1.6.3.3    There are thermite welds attaching #8 insulated jumper cables to the pile structure from the negative CP circuit header. The Contractor shall determine the actual number. These #8 jumper cables can be removed from the structure prior to coating then reinstalled after blasting or repaired after blasting if damaged. See 3.2.1.2 for removal, reinstallation, and repair procedures.

1.6.3.4    There are six (6) thermite welds attaching #4/0 insulated cables to the pile structure from the negative connection on the rectifier. The #4/0 rectifier negative bond cables can be removed from the structure by the Applicator prior to coating then reinstalled after blasting or repaired after blasting if damaged. See 3.1.2.3 for removal, reinstallation, and repair procedures.

1.6.3.5    There are several cable to pile structure connections as detailed in 1.6.3.2, 1.6.3.3, or 1.6.3.4, above, where the thermite weld is made to a steel plate and the plate is welded to the structure with skip welds. At these locations the Contractor will remove the cable from the plate, eliminate the steel plate, grind the welds flush prior to coating and connect the cable directly to the structure with a thermite weld. See Section 3.2.1.2 for procedures.

1.6.3.6    CP electric cable from the rectifiers to rectifier distribution boxes, from rectifier distribution boxes to anode distribution boxes, and from anode distribution boxes to anode splice boxes will be removed as part of the project scope. Anode distribution boxes and rectifier distribution boxes will be removed as part of the project scope. Supports for the above cable and boxes will be removed as part of the project scope. Surface preparation and coating at removed cable and box locations is in the scope of work.

1.6.3.7    New CP electric cable and supports will be installed from existing rectifiers to new anode shunt boxes and from new anode shunt boxes to each existing anode splice boxes. The location of the new anode shunt boxes is above the 119' elevation and not in the coating scope of work. Surface preparation and coating at new cable support locations below the 119' elevation and existing anode splice box supports are in the scope of work.

1.6.3.8    CP electric cable and cable supports exist between anode splice boxes and the anode. Temporarily remove these cables and supports for blasting, coatings, curing, and inspection as needed. Replace these cables and cable supports on completion of the coating scope of work.

1.6.3.9    A number of the utility hangers and braces were welded to the piles with fillet welds on one side only of the member. All metal to metal connections shall be seal welded prior to coating. An estimated 100 feet of seal welding will be required, The Contractor or Applicator will seal weld prior to surface preparation as required in 3.2.1.2.

1.6.3.10    The Contractor or Applicator will temporarily move conduit, pipe, and other utilities as required to access all surfaces for blasting, coating, curing, and inspection.

1.6.4

1.6.5    Restrict all operations to the areas assigned for storage, staffing, and other necessary operations, and do not permit the disturbance of any areas not assigned for approved operations, or shown as limits of construction under this Contract.

1.6.6   Employ all means necessary to avoid the accumulation of debris and construction residue, and avoid the spread of dust, overspray, blast media, blast debris, and noxious odors.

## 1.7   PRE-CONSTRUCTION COATING CONFERENCE

1.7.1   Prior to mobilization to the site and commencement of any fieldwork, a pre-construction coating conference shall be held.

1.7.2   Contractor personnel required to attend are as follows:

1.7.2.1   Applicator Foreman or Site Superintendent

1.7.2.2   Chief Blaster

1.7.2.3   Chief Paint Applicator

1.7.3   In addition, attendance by a technical representative of the coating manufacturer for the project is required.

1.7.4   The Owner's Coating Inspector and the Contractor's representative shall also attend.

1.7.5   At the coating conference, the Applicator shall submit his work plans detailing traffic control and coordination, the typical sequence of work, coordination of CP work, abrasive blasting, blast damage protection, rigging, safety, lighting, containment, clean up, quality control, coating application, equipment used, curing, stripe coating, coating repairs, overspray protection, traffic plan, and blasting/coating project schedule. Submit certificates, resumes, and all other submittals not previously approved by the Engineer. The Applicator shall submit in writing and discuss how progress and quality control records will be kept for the documentation of all work performed, schedule in all sequences to include hours per shift, number of shifts, and all manpower. Plans for containment and rigging shall be presented and reviewed. List all equipment in detail, including compressor sizes, number of blast nozzles and length of blast hoses, coating equipment, and length of hoses. The Applicator shall present the surface preparation and paint application written recommendations and instructions provided by the paint manufacturer for discussion. Permissible areas for the Applicators use during the project will be discussed and the lines of communication established between the parties. The Applicator will explain the intended method of surface preparation, waste entrapment, waste recovery, and waste disposal including attachments to the structures. The Applicator shall also submit the above in writing prior to start up.

1.7.6   The coating manufacturers representative shall provide any comments on the specification and the Applicators plans necessary for correct coating application and obtaining warranty by the manufacturer. In addition, the manufacturer will describe his plan for supporting the Applicator throughout the project including:

## 1.8   SAFETY AND HEALTH PRECAUTIONS

1.8.1   Some materials listed in this Specification contain compounds that are toxic. Follow safety procedures as recommended by the manufacturer. Work in a well ventilated area.

Provide, and require workers to use, impervious clothing, gloves, face shields (200 mm minimum), and other appropriate protective clothing necessary to prevent eye and skin contact with coating materials. Keep coatings away from heat, sparks and flame.

1.8.2   The Contractor and Applicator shall have the responsibility to follow all applicable OSHA, EPA and other state and local regulations concerning safety and environmental standards. Adhere to all pertinent safety regulations. In addition, abide by all safety precautions noted on the Manufacturer's product data sheets and MSDS.

1.8.3   The Contractor shall test existing coatings for lead, heavy metals, and PCB's in accordance with current state and federal regulations. The original dock and dock extension were coated at different times with different products.

1.8.3.1   The Applicator shall submit blasting, coating, containment, disposal plans, and proposal costs based on test results provided with the request for proposal.

PART 2 -  PRODUCTS

2.1   COATING SYSTEMS

2.1.1   Coating

2.1.1.1   Service temperature requirements are -20°F to 100°F. Service conditions also include impressed current cathodic protection, extreme tides, and seawater with silt content, sea ice, and impact by marine vessels and floating debris.

2.1.1.2   Do not tint, shade, or modify the coating formulation at the job site.

2.1.1.3   Minimum coating performance test values for coatings submitted for engineering approval are:

    a.    Abrasion Resistance per D4060-95, less than 55 mg loss/1000 cycles with CS-22 or CS 17 wheel at applied DFT.

    b.    Impact resistance per ASTM G-14, greater than 100 in-lbs @ 75°F at applied DFT.

    c.    Cathodic Disbondment per ASTM G-8, less than 12mm @ 28 days (1.5 V @ 3% NaCl) at applied DFT.

    d.    Adhesion per ASTM D-4541, greater than 1,000 psig at applied DFT.

    e.    Salt Spray Resistance per ASTM B-117, 1,000 hours with no blisters at applied DFT.

**BEI19841**
38599-0012

2.1.1.4    Use the acceptable coating systems and DFT's listed in the table below or engineer approved equal.

a.

Coating System No. 1

| PRODUCT & NUMBER OF COATS | Color | Coating Thickness (DFT Mils) | | |
|---|---|---|---|---|
| | | Minimum | Maximum | Average Total |
| Product 1 Specialty Polymer Coatings, SP-1864 spray grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |
| Repair Product 1A Specialty Polymer Coatings, SP-1864 spray or brush grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |

b.

Coating System No. 2

| PRODUCT & NUMBER OF COATS | Color | Coating Thickness (DFT Mils) | | |
|---|---|---|---|---|
| | | Minimum | Maximum | Average Total |
| Product 2 Specialty Polymer Coatings, SP-2888 spray grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |
| Repair Product 2A Specialty Polymer Coatings, SP-2888 spray or brush grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |

c.

| Coating System No. 3 | | | | |
|---|---|---|---|---|
| PRODUCT & NUMBER OF COATS | *Color* | Coating Thickness (DFT Mils) | | |
| | | Minimum | Maximum | Average Total |
| Product 3 *Global Eco Technologies, Inc.* Endura Flex 1988 Elastomeric Polyurethane spray grade, single coat. The expanded EF-1988 is applied to the substrate followed by a layer of un-expanded EF-1988 in a single application. | EF-1988 Standard Off-White | 56 Expanded and 18 Un-Expanded | 64 Expanded and 22 Un-Expanded | 60 Expanded and 20 Un-Expanded |
| Repair Product 3A *Global Eco Technologies, Inc.* Endura Flex 1988 Elastomeric Polyurethane spray grade, single coat. The expanded EF-1988 is applied to the substrate followed by a layer of un-expanded EF-1988 in a single application. | EF-1988 Standard Off-White | 56 Expanded and 18 Un-Expanded | 64 Expanded and 22 Un-Expanded | 60 Expanded and 20 Un-Expanded |

d.

| Coating System No. 4 | | | | |
|---|---|---|---|---|
| PRODUCT & NUMBER OF COATS | *Color* | Coating Thickness (DFT Mils) | | |
| | | Minimum | Maximum | Average Total |
| Product 4 *Global Eco Technologies, Inc.* Endura Flex 1988 Elastomeric Polyurethane spray grade, single coat unexpanded. | EF-1988 Standard Off-White | 56 Un-Expanded | 64 Un-Expanded | 60 Un-Expanded |
| Repair Product 4A *Global Eco Technologies, Inc.* Endura Flex 1988 Elastomeric Polyurethane spray grade, single coat unexpanded. | EF-1988 Standard Off-White | 56 Un-Expanded | 64 Un-Expanded | 60 Un-Expanded |

e.

| Coating System No. 5 | | | | |
| PRODUCT & NUMBER OF COATS | *Color* | Coating Thickness (DFT Mils) | | |
| | | Minimum | Maximum | Average Total |
| Product 5<br>*Carboline, Inc.*<br>Polybrid 705 Polyurethane spray grade, single coat | Carboline Polybrid 705 Standard Tan | 36.0 | 44.0 | 40.0 |
| Repair Product 5A<br>*Carboline, Inc.*<br>Polybrid 705 Polyurethane spray grade, single coat | Carboline Polybrid 705 Standard Tan | 36.0 | 44.0 | 40.0 |

## 2.2    COATING MATERIALS HANDLING

2.2.1    Deliver all coating materials to the project in the original unopened containers with plainly marked packaging identifying the name of the Manufacturer, product, date of manufacture, shelf life, batch number, and destination.

2.2.2    Time, temperature, and humidity limitations for each of the coating system components shall be maintained in strict accordance with coating manufacturer's recommendations during shipping and storage.  If the coating materials freeze or are overheated, reject the coating materials and immediately notify the Engineer.

2.2.3    Only new materials shall be used.  Stocks of materials whose shelf life has expired shall not be used.

2.2.4    Paint or blast media that is not in compliance with these specifications or any manufacturers recommendations shall not be used, shall be immediately marked, and immediately removed from the job site.

2.2.5    Adequate quantities of materials shall be on the job site to satisfy the recoating and coating repair circumstances of the project

## 2.3    ABRASIVE BLASTING MEDIA

2.3.1    Abrasives shall be either sharp grit, garnet, nickel slag, or aluminum oxide and meet the following requirements:

2.3.1.1    Contain less than 1% free silica.

2.3.1.2    Be free of harmful quantities of toxic metals.

2.3.1.3    Contain less than 20-ppm water-soluble chlorides.

2.3.1.4    Contain less than 200-ppm water-soluble sulfates

2.3.1.5    Be free of clay, limestone, shells, undersize and oversize particles, organic material and other detrimental foreign material.

2.3.1.6    Be of the proper size and material to provide the coating manufacturers required surface profile.

2.3.1.7    Applicator must obtain certification from the abrasive supplier that the abrasive meets the above requirements.

PART 3 - EXECUTION

3.1    SURFACES TO BE COATED

3.1.1    New coatings shall be applied to dock piles and dock structure between the lower elevation of 107' and the upper elevation of 119', which is the underside of the dock. The scope also includes all conduit supports, pipe supports, and all other metal between elevations 107' and 119' that are not galvanized. Pipe shall be temporarily lifted as required to provide access for coating all support surfaces. In general, the word "pile" in the specification refers to all surfaces to be coated as described above.

3.1.2    Coating of pipe, pipe rollers and pipe slide shoes are not included in the scope of work.

3.1.3    Care must be taken to prevent damage to other dock features, which include pipe insulation, conduit, cathodic protection cables, impressed current cathodic protection anodes, pipe, valves, steam taps, and other utility equipment. The cost of repair of all damage caused by blasting and coating activities shall be paid by the Applicator.

3.1.4    The Contract Drawings and Specifications do not purport to describe construction information in absolute detail. A site visit is advised prior to bidding and starting work.

3.2    NON-COATING WORK TO BE PERFORMED BY THE COATING APPLICATOR

3.2.1.1    There may be some non-coating work that will most economically performed by the Applicator due to access and coordination issues. The Applicator and Contractor will coordinate all non-coating work, including items in Section 1.3.

3.2.1.2    Utilize the following procedure where CP cables will be reconnected to the structure.

    a.    Cut the existing wire as close to the Thermite weld as possible.

    b.    Secure the wire out of harms way to prevent damage when blasting.

    c.    Grind off the weld on the structure.

    d.    Blast the structure.

e.    Reconnect the wire to the structure with a new Thermite weld. A vertical weld mold is required for vertical pile surfaces.

f.    Clean the weld area to coating standards.

g.    Coat the pile and weld area with the pile coating.

3.2.1.3    Seal welding with a minimum fillet weld size of 3/16" shall be performed prior to blasting.

3.2.1.4    All impressed current anodes between Elevation 107' and 119' shall be removed prior to blasting and reinstalled on completion of coating inspection. A number of impressed current anodes will be removed, relocated, or replaced as part of the project.

3.3    SURFACE PREPARATION

3.3.1    The Applicator shall take steps necessary to meet all surface preparation criteria prior to coating application.

3.3.2    Water Jet Cleaning

3.3.2.1    Remove all loose rust, loose mill scale, loose marine growth, and loose coatings to NACE No. 5/SSPC-SP12, condition WJ-4 per Table 1"Visual Surface Preparations Definitions".

3.3.3    All cleaned surfaces to be coated shall be visually checked by the Applicator for surface imperfections, including slivers, scabs, weld spatter, and gouges. All edges, including welds, shall be rounded to 1/8" radius, minimum, and prior to abrasive blasting. Remove all slivers, scale, weld splatter, and other imperfections by filing, grinding or other suitable means prior to abrasive blasting. If the surface to be coated is polished or burnished in any of the above processes after abrasive blasting, restore the anchor pattern by re-blasting the repaired area prior to coating application.

3.3.4    The surfaces to be coated shall be abrasive blast cleaned as specified by the manufacturer to achieve the surface cleanliness and anchor profile specified by the manufacturer with a minimum cleanliness standard of NACE No. 2/SSPC-SP 10. An angular tooth profile of the depth recommended by the manufacturer is required.

3.3.5    Following blast cleaning and prior to heating the surfaces to be coated (if required), abrasives remaining shall be removed by air blast, vacuum, or other suitable method as recommended by the manufacturer.

3.3.6    All surfaces shall be inspected by the Applicator for surface cleanliness, contamination, and anchor profile prior to coating.

3.3.7    All surfaces to be coated not meeting the degree of surface cleanliness and specified anchor profile shall be rejected and recleaned at the Applicator's expense.

BEI19846
38599-0012

3.3.8   All surfaces to be coated accepted as meeting the surface cleanliness and anchor profile requirements shall be coated before any flash rusting or surface contamination occurs.

3.4     COATING APPLICATION

3.4.1   Only the coating material specified shall be applied to the pile or attachments in accordance with the approved coating application plan.

3.4.2   At a minimum before initial start-up, all application equipment including pots, hoses, and guns shall be thoroughly cleaned to remove all residual product and contaminants.  The coating manufacturer shall approve all application equipment and new equipment shall be used if required by the manufacturer.

3.4.3   All application equipment including pots, hoses, and guns shall be cleaned and maintained daily.

3.4.4   For application of the coating, the pile temperature shall be within the tolerances of the manufacturer.  The surface temperature range shall be maintained in accordance manufacturers specifications throughout the coating and curing process.

3.4.5   The pile shall be continually checked for proper temperature by the Applicator prior to coating with a surface thermometer or an optical pyrometer, which must be calibrated once each day.

3.4.6   Coating material shall be applied uniformly to the pile to the thickness specified using good commercial practice and adhering to the manufacturer's requirements.

3.4.7   Apply coating to dry surfaces not more than 4 hours after near-white blast cleaning.  Apply coats of each system so that finished surfaces are free from runs, sags, brush marks and variations in color.

3.4.8   Dry Film Thickness

3.4.8.1     Provide total system minimum dry film thickness specified in Tables 2.1.1.4.a, b, c, d, and e.  Measure using a magnetic or other approved gage.

3.4.9   The coating shall be cured according to the approved temperature-time schedule and cure test method submitted by the manufacturer prior to immersion.

3.4.10  Pile with coating that is not satisfactorily cured shall be completely cleaned, re-blasted and re-coated at the Applicator's expense.

3.5     APPLICATION QUALITY CONTROL

3.5.1   The Applicator shall perform quality control procedures as described in the approved Quality Control Plan throughout the coating process to assure that the piles are being coated to these specifications.  All pile with non-conforming coating shall be repaired or recleaned and

recoated at Applicator's expense. Applicator's inspection reports shall be submitted daily and at the completion of the project.

3.5.2    The Applicator shall have a person designated as their inspector on site 100% of the time while coating preparation or application work is being performed. The inspector shall audit the work at each stage of the coating process and shall inspect the finished coated pile.

3.5.3    At any time during the project a coated pile or attachment is found which does not meet the specifications or exhibits poor adhesion the Applicator shall immediately take steps to correct the problem.

3.5.4    All pile or attachments coated before and after a pile not meeting specifications shall be inspected until the beginning and end of the problem is established.

3.5.5    All piles shall be uniquely and consecutively numbered by the Applicator with a permanent marking material near both ends prior to initial inspection.

3.5.6    The Applicator shall inspect application equipment and coating products for conformance to the Specification and the manufacturers recommendations prior to and during each coating application.

3.5.7    The Applicator shall inspect every pile for conformance to the specifications for surface imperfections, edge radius, surface cleanliness, anchor profile, substrate temperature, coating thickness (DFT), appearance, cure prior to immersion, and other criteria in this specification. The applicator shall record and report results for the tests listed below.

3.5.7.1    Daily inspection of all cleaning, surface preparation, coating, and air supply equipment for the presence of oil and other contaminants is required of the Applicator. D4285, "Standard Test Method for Indicating Oil or Water in Compressed Air" shall be performed daily by the Applicator, at a minimum, on all equipment supplying air to the coating process.

3.5.7.2    See 3.2.2 for surface imperfections and edge radius criteria.

3.5.7.3    Surface cleanliness shall be NACE No. 2/SSPC-SP 10 and determined by comparison with SSPC-VIS 1-89. Additionally, dust, abrasives, and other loose contaminants shall be completely removed.

3.5.7.4    The anchor profile shall be measured with Testex Press-O-Film per NACE RP-0287. Measure the anchor profile at the start of each shift, at one representative location on each pile (minimum), and whenever the profile is suspected of not complying with the specifications.

3.5.7.5    Substrate temperature shall fall within the manufacturers approved parameters and be at least 5° F above the dew point.

3.5.7.6    The coating shall be free of foreign matter, blisters, runs, sags, pinholes, skips, barber poling, dry spray, orange peel, and other irregularities.

BEI19848
38599-0012

3.5.7.7    The wet film thickness (WFT) shall be checked by the Applicator to assure adequate coatings are being applied.  If the WFT testing process adversely effects the coating thickness or quality, the Applicators shall take appropriate corrective measures.

3.5.8    The Owner's Inspector shall be notified prior to and provided access and opportunity to witness Applicator inspections.

3.5.9    Upon completion of the coating application, all coated pile and attachments shall be given a final inspection by the Applicator and the Owner's Inspector.  Any portions of the coating not documented for coating thickness, adhesion, cure, holidays, and visible defects shall be tested and documented.

3.6    OWNER'S QUALITY ASSURANCE

3.6.1    The Owner shall have a third party Coating Inspector on site 100% of the time while coating preparation or application work is being performed.  The Owner's inspector shall audit the work, witness all Applicator inspections, perform inspections listed below at each stage of the coating process, and shall inspect the finished coated pile.

3.6.2    Record and report the following daily and by shift:

3.6.2.1    Hours worked, number and type of workers

3.6.2.2    Type and quantity of blast media used

3.6.2.3    Type and batch number of coatings used

3.6.2.4    Location and quantity of surface preparation

3.6.2.5    Location and quantity of coating applied

3.6.2.6    Details of coating applications/mixing including coating temperature

3.6.2.7    Location and quantity of coatings repairs

3.6.2.8    Environmental conditions including ambient air temperature, substrate temperature, relative humidity, and dew point.  Record environmental conditions continually or every three hours worked and when there is a significant change in environmental conditions.

3.6.3    The Owner's inspector shall inspect every pile for conformance to the specifications for surface imperfections, edge radius, surface cleanliness, anchor profile, substrate temperature, coating thickness (DFT), appearance, cure prior to immersion, holidays, adhesion, and other criteria in this specification.  The Owner's inspector shall record and report results for the tests listed below.

3.6.3.1    See 3.2.2 for surface imperfections and edge radius criteria.

3.6.3.2    Surface cleanliness shall be NACE No. 2/SSPC-SP 10 and determined by comparison with SSPC-VIS 1-89. Additionally, dust, abrasives, and other loose contaminants shall be completely removed.

3.6.3.3    Substrate soluble salt contamination shall be quantitatively tested with an upper limit of 20 parts per million. Testing shall be done twice daily at locations representative of the days work. If test results higher than 20 ppm are found then testing shall be performed to identify the extent of contamination. A suggested method using "Quantab Test Strops" is described in NACE Publication 6G186, Item No. 54257, "Surface Preparation of Contaminated Surfaces".

3.6.3.4    The anchor profile shall be measured with Testex Press-O-Film per NACE RP-0287. Measure the anchor profile at the start of each shift, at one representative location on each pile (minimum), and whenever the profile is suspected of not complying with the specifications.

3.6.3.5    Record the ambient air temperature, substrate temperature, humidity, and dew point four times each shift worked. Substrate temperature shall fall within the manufacturers approved parameters and be at least 5° F above the dew point.

3.6.3.6    Use the approved manufacturers qualitative test method and test acceptance criteria to determine if the coating is cured prior to immersion. Each pile shall be tested for cure prior to immersion. If a coating is immersed before it is adequately cured it shall be re-blasted and recoated.

3.6.3.7    The coating shall be free of foreign matter, blisters, runs, sags, pinholes, skips, barber poling, dry spray, orange peel, and other irregularities.

3.6.3.8    The DFT shall be measured on fully cured coatings. DFT parameters listed in Tables 2.1.1.4.a, b, c, d, and e shall be maintained. The coating thickness shall be checked with an SSPC-PA 2, Type I or Type II gauge, calibrated to SSPC-PA 2 requirements. Each pile and attachment shall be inspected for DFT per SSPC-PA-2 or, at a minimum, 3 groups of 5 measurements on each pile.

3.6.3.9    If Global Eco Technologies, Inc., Endura Flex 1988 expanded is applied the DFT of the expanded and unexpanded portions of the coating shall be measured with an instrument capable of differentiating the two layers. The instrument shall be approved by the engineer and supplied by the Applicator.

3.6.3.10    Holiday test fully cured coatings on the entire structure using methods and voltages in NACE RP0188 (Latest Revision), "Discontinuity (Holiday) Testing of Protective Coatings" and the manufacturers approved holiday test procedure. The voltage setting shall be set for the actual thickness of the coating being tested. All holidays shall be marked. Pile and attachments with more than one holiday per ten square feet or with holidays greater than 1/16 inch in diameter shall be rejected. Pile and attachments not meeting the holiday requirements shall have the holidays repaired as specified in Section 3.7.

3.6.4    The Owner's Inspector shall check coating adhesion on the first pile and one pile in every five using the method herein described. Using a utility knife, cut through the coating to the substrate, creating an "X" pattern. At the intersection of the "X", insert the tip of the blade under

the coating. Using a levering action, the coating should demonstrate a definite resistance. For proper adhesion, the coating shall not strip or peel when the knife is moved in a "whittling" motion against the pile surface. The test shall be conducted within 3" of the lower end of the pile.

3.6.5   Using D4541-95e1 "Standard Test Method for Pull-Off Strength of Coatings using D4541-95e1, the Owner's Inspector shall test once daily, a minimum of one test per 1,000 square feet of coating applications, and a minimum of one test per 100 square feet of repairs. Locations where coatings are added to meet DFT requirements are considered repairs. Test to 100 psig less than the manufacturers submitted performance data. The cost of repairs from this test shall be bourn by the Applicator.

3.6.6   Upon completion of the coating application, all coated pile and attachments shall be given a final inspection by the Applicator and the Owner's Inspector. Any portions of the coating not documented for coating thickness, adhesion, cure, holidays, and visible defects shall be tested and documented.

3.6.7   The Applicator's inspector shall be notified prior to and provided access and opportunity to witness Owner's inspections.

3.7     COATING REPAIRS

3.7.1   All repairable defects disclosed by the holiday detector, DFT measurements, adhesion tests, and visual inspection shall be repaired by the Applicator in a manner complying with the approved coating plan.

3.7.2   Coating Repairs Products

3.7.3   Repairs shall be made with originally applied product or as listed in the product system Tables 2.1.1.4.a, b, c, d, and e. The manufacturer and the Engineer shall approve any substitutions in writing.

END OF SECTION