## Jarrell, Amy (Perkins Coie)

| | |
|---|---|
| **From:** | Locher, Steven [SLocher@pacnorwest.uscg.mil] |
| **Sent:** | Friday, April 27, 2001 10:09 AM |
| **To:** | Matt Holmstrom; Rory (call me Scott) Bonney; Paul Rendon |
| **Subject:** | FW: Kodiak Cargo Wharf |

1. Scott and Paul: I am forwarding a copy of the specification for your review, also attached are our comments to date. You also got a sense of my concerns at the teleconference.

2. I have noted the following items of our discussion:
   -65% drawings and 100% spec by 8 May. At that point, coating contractors will be approached. Design team should develop a sequencing plan by this time. Would like to get extension first.

   -Lawrence will draft responses to our coating spec comments.
   -The spec will be changed so the CG is not a party to the subcontract.
   -The design design life will be noted. The coating should last 25 years with reasonable touch-up type repairs.
   -Design team needs to figure out how much coating can be done in a day so the performance period can be determined. This ties into the water and air temperature.

   -Once the performance period is determined, coordination with the vessel schedule will be required. Also, the replacement of the fender piles will be performed which will require coordination with the vessels. ISC has the fender piles. See email message below. Camel removal is requested by BCI for the painters. This will also require coordination with the vessels.

   -An electrical contractor will do the anode work. Existing anodes are below the coating elevation (?). Moving the anode wires will be required. Failures have occured in the past at the anode and wire connection. Coffman is testing system (?).

   -We need to figure out how to stage the project (15'x80').
SL

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Thursday, April 12, 2001 6:06 PM
To: Locher, Steven
Subject: FW: Kodiak Cargo Wharf


Steve - In an effort to keep moving forward I'm sending this on to you
without normal review. Matt

-----Original Message-----
From: John Daley [mailto:JohnD@tnh-inc.com]
Sent: Wednesday, April 11, 2001 5:52 PM
To: Matt Holmstrom; Mike Shoemaker
Subject: Kodiak Cargo Wharf


Matt,

**BEI19911**
38599-0012

Attached is the 65% coating submittal.

Regards,

John Daley

BEI19912
38599-0012

**Jarrell, Amy (Perkins Coie)**

| | |
|---|---|
| **From:** | Radcliffe, Lawrence [radcliffe@alaska.coffman.com] |
| **Sent:** | Friday, May 18, 2001 3:31 PM |
| **To:** | 'John Daley'; 'Matt Holmstrom - Brechan' |
| **Cc:** | Stears, Dan |
| **Subject:** | 09967 |



00967 01111 - 100
percent Adde...

        Coating Addendum

Matt,
A copy is coming on the fax. I have not sent this to Locher, USCG.

Lawrence J. Radcliffe
Coffman Engineers, Inc.
800 F Street
Anchorage, AK 99501
Ph. (907) 276-6664
Fx. (907) 276-5042
radcliffe@alaska.coffman.com
Visit our web site at:
http://www.coffman.com
 <<00967 01111 - 100 percent Addendum 1.doc>>

**BEI19969**
38599-0012

SECTION 09967
COATING OF STEEL WATERFRONT STRUCTURES

ADDENDUM 1

PART 1    GENERAL

1.1    GENERAL REQUIREMENTS
Add the following sentence prior to Section 1.1.1.

All work in this section shall be performed by the Applicator unless specifically indicated otherwise.

Replace sections 1.1.3,1.1.4, 1.1.5, 1.1.9, 1.2.1, 1.2.2, 1.5.9.1, and 1.8.2 with the following.

1.1.3    The Applicator shall inspect the wharf prior to bid to determine existing conditions and quantities of surfaces to be recoated prior to bid. The existing coatings on the original wharf and wharf extension are coal tar epoxies from different manufacturers. The following descriptions are provided as information only and shall not be utilized as basis for bid.

1.1.4    The Applicator is responsible for repair of holidays, coating damage, and repairs due to project work including, but not limited to, welding, handling, rigging, structural repairs, or any other reason. The Contractor and Applicator shall inspect piles and attachments throughout the blasting and coating replacement process. Any coating damage that occurs during the course of the project shall be repaired.

1.1.5    The Coast guard has not obtained any permits allowing discharge of materials to the waters of Women's Bay in Kodiak, AK. The Applicator is responsible for containment of all materials such as spent abrasives, removed existing coatings, and over spray so they do not reach the water.

1.1.9    The Owner, Contractor, Engineer and Contractor's Inspector shall have access to all stages of the work with the right to inspect such work and material for compliance to these specifications. All such work shall be subject to the approval of the Contractor, Contractor's Inspector, and Engineer. Failure of the Owner, Contractor, or Engineer to discover or reject defective work or materials shall not be construed as an acceptance of such work or material.

1.2.1    Material and workmanship shall be warranted by the Applicator for a minimum of one year.

1.2.2    The Owner, Contractor, and Applicator shall perform an inspection one year after completion of the project. The Applicator shall correct all failed coatings to project specifications at no expense to the Owner or Contractor.

1.5.9.1 The Applicator shall submit completed "Coating Inspection Forms," (Section 1.5.5.2) daily to the Contractor's designated representative.

1.8.2    Applicator personnel required to attend are as follows:

SECTION 09967                                    **BEI19970**              PAGE 1
                                                  38599-0012

PART 2     PRODUCTS

Replace the sections 2.1.5.1 and 2.1.5.2 with the following.

2.1.5.1

| Coating System No. 1 | | | | |
|---|---|---|---|---|
| PRODUCT & NUMBER OF COATS | *Color* | Coating Thickness (DFT Mils) | | |
| | | Minimum | Maximum | Average Total |
| Product 1 Specialty Polymer Coatings, SP-1864 spray grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |
| Repair Product 1A Specialty Polymer Coatings, SP-1864 spray or brush grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |
| Repair Product 1B Specialty Polymer Coatings, SP-1842 brush grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |

2.1.5.2

| Coating System No. 2 | | | | |
|---|---|---|---|---|
| PRODUCT & NUMBER OF COATS | *Color* | Coating Thickness (DFT Mils) | | |
| | | Minimum | Maximum | Average Total |
| Product 2 Specialty Polymer Coatings, SP-1386 spray grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |
| Repair Product 2A Specialty Polymer Coatings, SP-1386 spray or brush grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |
| Repair Product 2B Specialty Polymer Coatings, SP-1842 brush grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |

**BEI19971**
38599-0012
PAGE 2

SECTION 09967

PART 3    EXECUTION
Replace sections 3.1.4 and 3.8.5.12 with the following.

3.1.4    The Contract Drawings and Specifications do not purport to describe construction information in absolute detail.  An Applicator site visit is required prior to bidding and starting work.

3.5.8.12        Holiday test fully cured coatings on the entire structure using methods and voltages in NACE RP0188 (Latest Revision), "Discontinuity (Holiday) Testing of Protective Coatings" and the manufacturers approved holiday test procedure.  The voltage setting shall be set for the actual thickness of the coating being tested.  All holidays shall be marked.  Pile and attachments not meeting the holiday requirements shall have the holidays repaired as specified in Section 3.7.

END OF ADDENDUM 1

**BEI19972**
38599-0012

## SECTION 09967
## COATING OF STEEL WATERFRONT STRUCTURES

### ADDENDUM 1

PART 1      GENERAL

1.1     GENERAL REQUIREMENTS
Add the following sentence prior to Section 1.1.1.

All work in this section shall be performed by the Applicator unless specifically indicated otherwise.

Replace sections 1.1.3,1.1.4, 1.1.5, 1.1.9, 1.2.1, 1.2.2, 1.5.9.1, and 1.8.2 with the following.

1.1.3    The Applicator shall inspect the wharf prior to bid to determine existing conditions and quantities of surfaces to be recoated prior to bid. The existing coatings on the original wharf and wharf extension are coal tar epoxies from different manufacturers. The following descriptions are provided as information only and shall not be utilized as basis for bid.

1.1.4    The Applicator is responsible for repair of holidays, coating damage, and repairs due to project work including, but not limited to, welding, handling, rigging, structural repairs, or any other reason. The Contractor and Applicator shall inspect piles and attachments throughout the blasting and coating replacement process. Any coating damage that occurs during the course of the project shall be repaired.

1.1.5    The Coast guard has not obtained any permits allowing discharge of materials to the waters of Women's Bay in Kodiak, AK. The Applicator is responsible for containment of all materials such as spent abrasives, removed existing coatings, and over spray so they do not reach the water.

1.1.9    The Owner, Contractor, Engineer and Contractor's Inspector shall have access to all stages of the work with the right to inspect such work and material for compliance to these specifications. All such work shall be subject to the approval of the Contractor, Contractor's Inspector, and Engineer. Failure of the Owner, Contractor, or Engineer to discover or reject defective work or materials shall not be construed as an acceptance of such work or material.

1.2.1    Material and workmanship shall be warranted by the Applicator for a minimum of one year.

1.2.2    The Owner, Contractor, and Applicator shall perform an inspection one year after completion of the project. The Applicator shall correct all failed coatings to project specifications at no expense to the Owner or Contractor.

1.5.9.1 The Applicator shall submit completed "Coating Inspection Forms," (Section 1.5.5.2) daily to the Contractor's designated representative.

1.8.2    Applicator personnel required to attend are as follows:

PART 2     PRODUCTS
Replace the sections 2.1.5.1 and 2.1.5.2 with the following.

2.1.5.1

| Coating System No. 1 | | | | |
|---|---|---|---|---|
| PRODUCT & NUMBER OF COATS | Color | Coating Thickness (DFT Mils) | | |
| | | Minimum | Maximum | Average Total |
| Product 1 Specialty Polymer Coatings, SP-1864 spray grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |
| Repair Product 1A Specialty Polymer Coatings, SP-1864 spray or brush grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |
| Repair Product 1B Specialty Polymer Coatings, SP-1842 brush grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |

2.1.5.2

| Coating System No. 2 | | | | |
|---|---|---|---|---|
| PRODUCT & NUMBER OF COATS | Color | Coating Thickness (DFT Mils) | | |
| | | Minimum | Maximum | Average Total |
| Product 2 Specialty Polymer Coatings, SP-1386 spray grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |
| Repair Product 2A Specialty Polymer Coatings, SP-1386 spray or brush grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |
| Repair Product 2B Specialty Polymer Coatings, SP-1842 brush grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |

BEI4331
38599-0012

PART 3    EXECUTION
Replace sections 3.1.4 and 3.8.5.12 with the following.

3.1.4   The Contract Drawings and Specifications do not purport to describe construction
information in absolute detail. An Applicator site visit is required prior to bidding and starting
work.

3.5.8.12        Holiday test fully cured coatings on the entire structure using methods and
voltages in NACE RP0188 (Latest Revision), "Discontinuity (Holiday) Testing of Protective
Coatings" and the manufacturers approved holiday test procedure. The voltage setting shall be
set for the actual thickness of the coating being tested. All holidays shall be marked. Pile and
attachments not meeting the holiday requirements shall have the holidays repaired as specified in
Section 3.7.

END OF ADDENDUM 1

**SWALLING CONSTRUCTION COMPANY, INC.**
AN EQUAL OPPORTUNITY EMPLOYER
GENERAL CONTRACTOR #AA179



SERVING ALASKA SINCE 1947

www.swalling.com
P.O. Box 101039
ANCHORAGE, ALASKA 99510-1039
TELEPHONE (907) 272-3461
FACSIMILE (907) 274-6002
LOCATED AT 235 F ST.

Brechan Enterprises, Inc.
2705 Mill Bay Road
Kodiak, Alaska 99615

May 23, 2001

Attention: Matt Holmstrom

Reference: Kodiak Coast Guard dock facility.

Gentlemen,

Swalling Construction Co, Inc. (SCCI) is pleased to provide you with a proposal for the coating rehabilitation for the above referenced project. Our proposal includes all supervision, labor, material, equipment and room and board for the following line items of work per the specifications.

- Provide all access and containment structures for the blasting and coating and removal and reinstall of the cathodic protection on pipe piling. SCCI plans to always be blasting and or coating while a separate crew continues to move staging and containment.
- All structure will be power washed per specification.
- All structures will be blasted to cleanliness standard SSPC-SP10 near white Per specification.
- All structures will be cleaned free of all dust and foreign material prior to coating.
- Coating applied will be a 100% solids polyurethane coating supplied by Polar Supply and Manufactured by Specialty Polymer Coatings Inc. Applied at an average D.F.T of 40 mils. Per spec section 2.1.5.1..
- SCCI will provide CQC during the blasting and coating portion of this contract per spec section 3.5.2. This person will be a non-working foreman and will have other duties except during coating and blasting operations.

**EXCLUSIONS**

Third party inspection, CQC manager, bond, lay down area for equipment, off season storage area for equipment, permits and fresh water supply for power washing.

This proposal is based on a mutually agreeable contract and schedule and payment terms.

**Our cost for the above mentioned work based on the plans and specifications.**      $1,493,000.00

This quote is good for fifteen days unless extended by mutual agreement.

Respectfully Submitted
Swalling Construction co., Inc.

Mike Andersen
Project Manager

BEI5088
38599-0012

## Jarrell, Amy (Perkins Coie)

**From:**       Tom Spencer [tspencer@blaylock.net]
**Sent:**       Monday, June 25, 2001 7:22 AM
**To:**         'Matt Holmstrom'
**Subject:**    RE: USCG cargo pier Kodiak, Alaska

Hello Matt,
This is a lot late, I apologize.
If you do not have anyone yet, I would contact Corrpro
in Anchorage. 907-762-1572
Tom

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Wednesday, May 23, 2001 6:23 PM
To: tspencer@blaylock.net
Subject: USCG cargo pier Kodiak, Alaska


My name is Matt Holmstrom, Project Manager for Brechan Enterprises, a
general contractor here in Kodiak.  We are responsible for coating
approximately 40,000 sf of steel piling starting around July 1st of this
year.  20,000 sf this year and the balance next year.  Additionally the
existing cathodic protection system is going to be rehabilitated.

I'm looking for an independent combination QA/superintendent to oversee the
project for us.  Mike Brown, Chief Engineer here on the Coast Guard base,
gave me your name as a resource.  Are you interested or could you refer
anyone to me?

I look forward to hearing from you.  Thanks.  Matt

4

**BEI20036**
38599-0012

**Matt Holmstrom**

From:       Radcliffe, Lawrence [radcliffe@alaska.coffman.com]
Sent:       Tuesday, May 29, 2001 10:08 AM
To:         Stears, Dan; 'John Daley'; 'Matt Holmstrom - Brechan'
Subject:    Kodiak Dock Coating Submittal Review

Matt, These are the questions and comments I have after review of the bids.

I.   Questions not answered by any of the companies submitting quotes, except partially by Robison Presioso.
A.   Experience on projects with containment over water. To be fair, I suggest asking contractors for:    *SPEC. 1.5.7.3*
1.   A listing of projects relevant to this contract with containment over water including square footage of containment.
2.   List personnel that will be utilized with containment and coating over water.
experience with containment and coating over water.
B.   Schedule related questions:
1.   When can they start? Does their response fulfill your contractual requirements?
2.   When do they plan to complete this years work? Does their response fulfill your contractual requirements?
3.   How many days per week do they plan to work?
4.   How many hours and shifts per day?
C.   Coordination:
1.   Do you have any questions for the contractors concerning coordination that you want to ask prior to award?

II.  (Swalling) Review - $1.49 Million
A.   Look at their exclusions and how they may effect your overall cost.
1.   Third Party Inspection - This is not part of their specified scope so there should be no cost effect to Brechan.
2.   CQC Manager: I am a little unclear on what Swalling means by excluding this. The say in the quote that they will provide CQC (Contractor Quality Control) during blasting and coating so why are they excluding the cost of a CQC manager?
3.   Bond: Looks like everyone excluded bonding.     *→ BOND BACK LIKELY*
4.   Lay down area. We have given them laydown area so they are excluding cost for this item. Will the provided area meet their needs?
5.   Off season Storage. Looks like they are hoping to get low cost of free storage over the winter for some equipment. You may want to investigate this item.     *SWALLING KE*
6.   Permits. Looks like they are looking for Brechan or USCG to pick up    *PEOPLE*
the cost of any required permits.
7.   Fresh water. Looks like they expect free fresh water from USCG. Is this acceptable to Brechan?
8.   Power. Looks like they expect free power from Brechan or USCG. Is this acceptable to Brechan and/or USCG?
B.   They are submitting to use SPC 1864, which is the highest performance product specified by this manufacturer. It meets the specs. Further info will be required at a pre-job meeting concerning curing prior to immersion and application plans.
C.   Swalling is including cost for access for removal and re-installation of the CP system.
1.   They do not mention inclusion of the demolition work listed in the    *Af. 1.7.3*
coating specification. Suggest Brechan clarify demolition costs with Swalling.
D.   Price: Look at the over all costs after answering above questions. The price seems reasonable based on our estimates.

III. Alaska Blasting and Coating (ABC) Review - $1.47 Million
A.   Look at their exclusions and how they may effect your overall cost:
1.   Third Party Inspection - None mentioned by ABC. This is not part of

1

BEI4781
38599-0012

their specified scope so there should be no cost effect to Brechan.
2.     CQC Manager: None mentioned by ABC. Should not be an issue since
Applicator QC is clearly specified.
3.     Bond: Looks like everyone excluded bonding.
4.     Lay down area. Not mentioned by ABC. Will the provided area meet
their needs?
5.     Off season Storage. Not mentioned by ABC. You may want to
investigate this item with ABC.
6.     Permits. Not mentioned by ABC.
7.     Fresh water. Not mentioned by ABC. I assume ABC wants Brechan or
USCG to provide water.
8.     Power. Not mentioned by ABC. I assume ABC wants Brechan or USCG to
provide power.
B.     They are submitting to use SPC 1864, which is the highest
performance product specified by this manufacturer. It meets the specs.
Further info will be required at a pre-job meeting concerning curing prior
to immersion and application plans.
C.     ABC is excluding the cost of all demolition listed in Sections  ← T#M
1.7.3.1 through 1.7.3.10.
1.     Compare this with the answer you get from other contractors on
demolition.
D.     Price: Look at the over all costs after answering above questions.
The price seems reasonable based on our estimates.

IV.   Absolute Environmental Review - $1.25 Million
A.     They are submitting to use a DeVoe product. They have submitted
data on DeVoe 236 (9 hours to recoat & 17 hours to dry hard at 40° F; 26
hours to recoat & 53 hours to dry hard at 20° F), DeVoe 239 (35 hours to
recoat & 42 hours to dry hard at 50° F; no cure times listed under 50° F),
DeVoe 238 (18 hours to recoat & 26 hours to dry hard at 40° F; no cure times
listed under 40° F). These products do not meet the specifications. They
will not cure prior to immersion. The performance characteristics of the
submitted DeVoe products do not compare favorably with the specified
coatings. Absolute may come back and say that the DeVoe products were used
on the Valdez Alyeska Terminal 10 years ago and that the coating was
submerged prior to cure and that it came out just fine. Well, the terminal
is up for recoating now, only 10 years later. Do we want to recoat in 10
years? Also, the DeVoe coating used 10 years ago is not the same chemical
formula sold under the same name today. We have some indications from
recent work that the current coating does not perform as well as the same
coating did 10 years prior. SUGGEST REJECTING BID BASED ON SUBMITTED
COATING. The reasons we specified the quick cure coatings is they perform
well and cure fast. The quick cure coatings were not available 10 years
ago.
B.     Look at their exclusions and how they may effect your overall cost:
1.     Third Party Inspection - Not mentioned by Absolute. This is not
part of their specified scope so there should be no cost effect to Brechan.
2.     CQC Manager None mentioned by Absolute. Should not be an issue
since Applicator QC is clearly specified.
3.     Bond: Looks like everyone excluded bonding.
4.     Lay down area. Not mentioned by Absolute. Will the provided area
meet their needs?
5.     Off season Storage. Not mentioned by Absolute. You may want to
investigate this item with Absolute.
6.     Permits Not mentioned by Absolute.
7.     Fresh water. Looks like they expect free fresh water from USCG. Is
this acceptable to Brechan?
8.     Power. Looks like they expect free power from Brechan or USCG. Is
this acceptable to Brechan and/or USCG?
C.     Does Absolute include the demolition and CP work specified in
Sections 1.7.3.1 through 1.7.3.10?
1.     They do not mention inclusion of the demolition work listed in the
coating specification. Suggest Brechan clarify demolition costs with
Absolute if they are to be seriously considered.
D.     Price: Look at the over all costs after answering above questions.
The price seems reasonable based on our estimates. Absolute may be lower
than ABC and Swalling due to reduced coating material costs for an

2

BEI4782
38599-0012

unspecified coating and possibly due to lack of familiarity with the site.
Have they made a site visit? ⟶ _VERY FAMILIAR_

V.     Robison Presioso Review - $4.49 million
A.     They have not submitted a product.
B.     The quoted price is $4.49 million.   This is far more than estimated
and far higher than ABC and Swalling.
VI.    After clarifying the questions above, particularly the contractor
experience and qualifications, you will be better able to evaluate the bids
of the contractors that submitted specified products and have reasonable
price quotes.   Call me if you have any questions.

Lawrence J. Radcliffe
Coffman Engineers, Inc.
800 F Street
Anchorage, AK 99501
Ph. (907) 276-6664
Fx. (907) 276-5042
radcliffe@alaska.coffman.com
Visit our web site at:
http://www.coffman.com

BEI4783
38599-0012

3

## Jarrell, Amy (Perkins Coie)

| | |
|---|---|
| **From:** | Radcliffe, Lawrence [radcliffe@alaska.coffman.com] |
| **Sent:** | Friday, June 01, 2001 2:31 PM |
| **To:** | 'Matt Holmstrom - Brechan' |
| **Cc:** | Stears, Dan; 'John Daley' |
| **Subject:** | Kodiak Coating Applicator |

Matt,
We have received the additional submittals from Swalling and Alaska Blasting
and Coating (ABC).
Swallings submittal contained ample experience for projects with containment
over water, and a descriptive plan to accomplish the work. I understand
from you that their bid includes the demolition portion of the job, as
described in the specification.

ABC's submittal listed work with full containment over water, although the
projects were not as large some of the work Swalling has done. ABC's
submitted price precluded the demolition work. ABC did not include any
narrative on how they plan to accomplish the work.

Our past interaction on projects with Swalling has been rewarding for
everyone including the owner, general contractor, and the engineer. They
have been prompt, reliable, and cooperative.

We have worked with ABC on only one project. The level of planning and
cooperation was less than experienced with Swalling.

If you have any questions, give me a call.
Lawrence J. Radcliffe
Coffman Engineers, Inc.
800 F Street
Anchorage, AK 99501
Ph. (907) 276-6664
Fx. (907) 276-5042
radcliffe@alaska.coffman.com
Visit our web site at:
http://www.coffman.com

**BEI19994**
38599-0012

#4

6  10's — BASIS OF COST

( SPLIT STAFFS WORKING TIDE )

EMAIL ⟹   AL BOUDREAU  PAPER COMMENTS

( ABSOLUTE )  CALLED DAVE OLSON   830-9113 (CELL)   LEFT MSG

6/1/01  SPOKE W/ LAWRENCE RADCLIFFE
        ROBISON  PRESIO                          4.5M ±
        SWALLING  A  KNOWN ⟹ FAVORABLE    $1,493,000
        ABC       "   " ⟹ NOT AS FAVORABLE   1,466,425
        ALSOLUTE   UNKNOWN                     1,249,136

6/2/01  FROM DAVE OLSON ...) NO "OVERWATER" EXPERIENCE
                          2) NO HEARTBURN IF NOT SELECTED

7/25/01  CALLED ALASKA INSULATION ( TERRY — (563-4125) ext. ★25 )
         RE: S/S JACKET REPAIR

8/1/01                        TERRY INSPECTION

#4

BEI4666
38599-0012

**Jarrell, Amy (Perkins Coie)**

| | |
|---|---|
| **From:** | Rendon, Paul LT [PRendon@pacnorwest.uscg.mil] |
| **Sent:** | Monday, June 04, 2001 6:52 AM |
| **To:** | 'Matt Holmstrom' |
| **Subject:** | RE: cargo pier coating sub decision |

That's great news Matt.....

thx,

LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone:  (206) 220-7437
Fax:     (206) 220-7391


-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Monday, June 04, 2001 7:29 AM
To: Locher, Steven; Rendon, Paul LT
Cc: Bonney, Scott
Subject: cargo pier coating sub decision


Steve & Paul - We received 4 price proposals to coat the entire cargo wharf
(original and extension) over this year and next year as follows:

| | |
|---|---|
| Absolute Environmental: | $1,249,136 |
| Alaska Blasting & Coating: | $1,466,425 |
| Swalling Construction: | $1,493,000 |
| Robison Presioso: | $4,500,000 (I'll forward exact figure) |

Lawrence Radcliffe, Coffman engineers, and I reviewed the proposals.
Lawrence's comments and questions are attached. I followed up with phone
calls to all 4 subs. RPI never made a site visit prior to submitting their
bid. Both Lawrence and I believe their price to be way out of line.
Absolute has no previous over water experience. They were proposing to team
with Techno Coatings, Inc. out of California. Absolute was to accomplish
the sand blast with Techno applying the coating. Techno Coating never made
a site visit. Additionally, the coating system proposed by Absolute was not
one of the systems specified. Although Absolute's price is below Alaska
Blast and Swalling, Lawrence and I don't believe their price is a reflection
of the true cost of the work.

The selection comes down to Alaska Blast and Swalling. Lawrence's second
attachment summarizes Coffman's position.

I intend to proceed with Swalling Construction.

If you need additional information or have questions please let me know.

BEI19995
38599-0012

## Jarrell, Amy (Perkins Coie)

**From:** Rendon, Paul LT [PRendon@pacnorwest.uscg.mil]
**Sent:** Tuesday, June 05, 2001 3:58 PM
**To:** 'mholmstrom-bei@gci.net'
**Cc:** Bonney, Scott
**Subject:** FW: 65% Comments

Matt,
review comments from Steve Locher attached. I'm faxing Bob Mallahan's responses.

Please review and discuss with Design team as necessary. You may want to incorporate some of the comments, or none at all....your call.

thx,

LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone: (206) 220-7437
Fax:     (206) 220-7391

-----Original Message-----
From: Locher, Steven
Sent: Tuesday, June 05, 2001 2:51 PM
To: Paul Rendon
Subject: FW: 65% Comments

Paul,
I highlighted the 65% responses below. I would request that Lawrence and Matt discuss with Scott, and with the coating sub if applicable. I have summarized a list of other issues we discussed today below:

1. Telcon with Mike S. 6/5/01.
2. Fuel pier work is now removed from scope.
3. Lawrence's comments on Swalling.
4. Access for anode removal and placement - part of Swalling's cost?
5. Add demo work to Swalling's contract?
6. Need location of samples.
7. Al Boudreau to be on site during N7 work. Al's other comments.
8. Work to continue to at least 9/15. Inspection work covered. Paul to issue mod for inspector/super.
9. Possible additional work to expend supplemental funds.
Please forward to Matt and Scott for their consideration. Thanks.
SL

-----Original Message-----
From: John Daley [mailto:JohnD@tnh-inc.com]
Sent: Tuesday, June 05, 2001 3:08 PM

BEI20012
38599-0012

5/30/2006

To: Locher, Steven
Subject: 65% Comments


Steve,

Attached are the responses to the 65% comments.

Regards,

John Daley

BEI20013
38599-0012

**Jarrell, Amy (Perkins Coie)**

| | |
|---|---|
| **From:** | Stears, Dan [Stears@alaska.coffman.com] |
| **Sent:** | Tuesday, June 05, 2001 3:21 PM |
| **To:** | 'Matt Holmstrom' |
| **Cc:** | 'John Daley'; Radcliffe, Lawrence; Clark, Evie; 'Jerry Hardenbergh' |
| **Subject:** | Coating Inspector Resume |



Hardenbergh USCG
Brechan.doc (...

Matt,

Attached is the resume for Jerry Hardenbergh. Please let us know as soon as possible if you want to use him for this project as summer is the busy season for inspectors and he is presently available to do this work. As we discussed, his rate will be $60/hour for straight time hours and $75/hour for overtime hours. His typical schedule is anticipated to be six 10 or 12 hour days. Lodging and a vehicle will need to be provided by you or the USCG. Meal costs are anticipated to be $50/day. Two round trip airfares from Anchorage are also anticipated. He is presently available for work from July 9 until August 31. Minor adjustments to his schedule can be accommodated. All work and expenses will be billed on a time and material basis.

Dan

<<Hardenbergh USCG Brechan.doc>>

BEI20003
38599-0012

**corrosion technologist**                                     

## JERRY R. HARDENBERGH, NACE

### EDUCATION
- Santa Fe Community College, 1984
- University of Alaska, Anchorage, 1992

### CERTIFICATIONS
- AWS Senior Welding Inspector - No. 99020048
- Commercial NDT Diver - The Ocean Corporation - No. 1184D148-13
- Master Diver w/Advanced Rescue  - NAUI - No. A34949-1984
- NACE Cathodic Protection Tester - No. 710
- NACE Corrosion Technologist - No. 5324
- NACE Coating Inspection Technician  - No. 1750 (CIP sessions I & II)
- IFCI Underground Storage Tank Cathodic Protection - No. 0257830-28
- State of Alaska UST CP Testing - No. 554
- NDT Inspector, ASNT SNT-TC-1A:
  Level II - Ultrasonic Inspection          Level II - Magnetic Particle Inspection
  Level II - Radiographic Inspection        Level II - Liquid Penetrant Inspection

### PROFESSIONAL AFFILIATIONS
- American Society for Non-Destructive Testing (ASNT)
- NACE International (NACE)
- American Welding Society (AWS)
- Society for Protective Coatings (SSPC)

### EXPERIENCE
Jerry is qualified to perform corrosion investigations including pipe coating evaluation, corrosion evaluation, biological sampling, soil sampling, pit depth measurement, non-destructive testing, field processing of investigation data, documenting results and compiling a final written report. He has performed computer assisted over-the-line (OTL) potential surveys with and without telluric nulling equipment. He has also performed current requirement tests and soil resistivity tests. His experience includes extensive work conducted with new technology CP monitoring coupons. Jerry has performed annual potential surveys on coupons which include gathering and analyzing instant-off, instant-on, current, depolarization data and trouble shooting.

- CP System Testing for DF-2 & JP-5 Pipelines, Kodiak ISC, AK: Senior technician responsible for the commissioning and testing of the galvanic anode cathodic protection system installed to protect two pipelines from pit #1 near the Dock, to Buildings N24 and N11.

- Alyeska Pipeline Berth 3 Recoating, Valdez, AK: Lead inspector responsible for supervising a staff of fourteen multidiscipline inspectors. The project included blasting and coating a crude oil loading berth in an aggressive marine environment.



**corrosion technologist**
## JERRY R. HARDENBERGH, NACE

- Senior Quality Control Inspector, OceanTech, Arctic Slope Consulting Group, Inc. Anchorage, AK: Represented Alyeska Pipeline Service Co. and served as Lead Inspector on the 1991 Valdez Marine Terminal Projects. Supervised welding, coating, mechanical, electrical, civil and NDE staff consisting of up to 14 inspectors. Established and maintained comprehensive documentation packages on 19 projects, including Berth #3 recoating and Tank #5 repair and coating. Other assignments included pressure relief valve inspection, pressure vessel inspection and bulk storage tank inspections.

- QC Inspector / Field Engineer, Veco Operations, Inc., Anchorage, AK: Performed QC inspections on cross country pipelines and module piping systems for oil and gas production. Tested welders, performed visual weld inspections, monitored hydrostatic testing procedures, coordinated inspections or tests with Quality Assurance personnel. Performed coating, corrosion and bulk storage tank inspections. Established and maintained a QC documentation package on each project.

- NAVSEA Paint Preservation Project, Naval Air Station, Mayport, FL: Quality assurance manager for preservation of ship surfaces. Duties included assessing current coating condition, estimating man-hours and material quantities, choosing correct coating system for area, coating inspection, and maintaining detailed inspection documents.

- JP-5 Fuel Storage and Distribution Facility Naval Air Station, Jacksonville, FL: CQC manager and NACE coating inspector on project consisting of all SS piping, pumping facility, operations facility and three 400,000 gal AST's.

- Senior Engineering Tech./QA Representative, Law Engineering, Inc. Jacksonville, FL: Structural steel fabrication inspection (buildings and bridges), underwater inspections and structural steel erection inspection utilizing visual, PT, MT, UT, and RT techniques. Piping, pressure vessel and bulk storage tank inspections performed in power plants, refineries and pulp & paper mills. Welder and weld procedure qualifications, destructive testing of weld specimens (i.e., bend test, tensile test, etc.), corrosion & coating inspections, weld failure evaluations. Quality Assurance auditing for the Florida Dept. of Transportation in bridge construction, (i.e., material control, welder/welding procedure verification, monitor contractor QC personnel, reviewing QC records and maintaining QA documentation).

- Chevron Offshore Platform Quality Control Services, Lagos, Nigeria: Project QC Manager on the construction of the EWAN Offshore Riser Platform built for Chevron Nigeria Ltd. Supervised a welding, coating, mechanical and NDE inspection staff of up to 12 inspectors. Established a project-specific Quality Control Plan, and maintained a comprehensive Quality Documentation Package.

_____ W/ PHASE
_____

A___
1) MAKE  SCHEDULE  AVAILABLE TO  SUBS

2) NO  CHANGE  ORDERS  UNLESS  AUTH.  BY  DESIGN
TEAM  &  BEI

3) AGREE  TO   1,493,000        LS  NO  NEGOTIATING
                + 40,000                NEXT YEAR
              _____
              (1,533,000)  = $38.325/∅
              40,000 ∅


              1,493,000
              + 80,000
              _____
              1,573,000 / 40k∅ = $39.33/∅

              -

4) USE  "SPC"  SYSTEM NO. 1  SPECIFIED

5) AGREE  TO  A  SUBCONTRACT  THIS YEAR  FOR
APPROX.  1/2  OF  PILING  OR  $766,500


LOOK  @  FIRST _____ OF _____ _____ _____ _____ _____

AND  I'M  LEARY OF  SWAPPING  MISCELLANEOUS

BEI4615
38599-0012