**SWALLING
CONSTRUCTION
COMPANY, INC.**
AN EQUAL OPPORTUNITY EMPLOYER
GENERAL CONTRACTOR #AA179



SERVING ALASKA SINCE 1947

www.swalling.com
P.O. Box 101039
ANCHORAGE, ALASKA 99510-1039
TELEPHONE (907) 272-3461
FACSIMILE (907) 274-6002
LOCATED AT 235 F ST.

Matt Holstrom
Brechan Enterprises
2705 Mill Bay Road
Via Fax 907-487-2587

June 7, 2001

Re:    Kodiak Coast Guard Dock Facility Coatings

Gentlemen:

As Mike Anderson discussed with you this morning there is a considerable amount of
effort and expense required to mobilize this project. This includes specialty equipment
for blasting and painting, scaffold materials, scaffold fabrication, and moving materials
and equipment to and from site. These costs have to be included in the first year of work
if the Coast Guard is unable to award the second season of work. Following is a
breakdown of our proposal based on a mobilization cost, and a scaffold and coatings cost
for each of the work areas.

| | |
|---|---|
| Mobilization (As described above) | $270,000 |
| Year 1 Pipe Pile Scaffold and Coatings Work | $207,250 |
| Year 1 H-Pile and Bracing Scaffold and Coatings Work | $395,750 |
| | $873,000 |
| Year 2 H-Pile and Bracing Scaffold and Coatings Work | $660,000 |
| TOTAL PROPOSAL COST | $1,533,000 |

If you have any questions or need further a further breakdown of our proposal please call
Mike Anderson or me.

Sincerely,
SWALLING CONSTRUCTION CO., INC.

Andrew Romine
Operations Manager

BEI4545
38599-0012

## Jarrell, Amy (Perkins Coie)

| | |
|---|---|
| **From:** | Stears, Dan [Stears@alaska.coffman.com] |
| **Sent:** | Thursday, June 07, 2001 11:59 AM |
| **To:** | Radcliffe, Lawrence; 'Matt Holmstrom - Brechan' |
| **Cc:** | 'John Daley'; Hardenbergh, Jerry |
| **Subject:** | RE: Kodiak drawings bid set |

It is standard practice to issue review drawings (anything less than final)
as 1/2 size drawings. The drawings are not typically stamped as 1/2 size.
Typical full size drawings are 24x36 or 30x42.

The scales that are on the drawings came from existing drawings and details.
The as-built dimensions may vary from what is shown on the drawings. All
plans, details, sections may not be scaled if adequate information is not
readily available. The importance of the bidders being familiar with the
job site can not be over emphasized.

I must again emphasize, when review drawings are used for purposes other
than reviews (obtaining bids, etc.) there is risk in things changing, being
added or modified, or depicted incorrectly. The contractor should use
extreme caution and realize the risks associated with putting the cart
before the horse!

Dan

> -----Original Message-----
> From:        Radcliffe, Lawrence
> Sent: Thursday, June 07, 2001 9:17 AM
> To:    'Matt Holmstrom - Brechan'
> Cc:    Stears, Dan; 'John Daley'; Hardenbergh, Jerry
> Subject:      Kodiak drawings bid set
>
> Matt,
> I have gone over the scale of the CP and coating drawings. The bid set is
> half size, per USCG specifications for review drawings. The scale of
> plans and details is very close on all the items I checked.
> To get accurate sizing of the dock area for scaffolding:
> CO1 and CO2 plan views use a 1" = 40'-0" scale.
> CO1 Section views A and B use 1/8" = 1'-0"
> CP2 Section A use a 1/16" = 1'-0"scale.
>
> If the scaffolding company estimated using the scales shown on the
> drawings then they estimated approximately 25% of the amount required.
>
> We will add graphic scales for each plan and detail or section to the
> drawing sheets.
>
> John, can we make sure future ½ size submittals are stamped as such?
> Lawrence J. Radcliffe
> Coffman Engineers, Inc.
> 800 F Street
> Anchorage, AK 99501
> Ph. (907) 276-6664
> Fx. (907) 276-5042
> radcliffe@alaska.coffman.com
> Visit our web site at:
> http://www.coffman.com
>

1

BEI20014
38599-0012

SENT BY: SWALLING CONSTRUCTOR RB    Doc 07-74-8047    Filed 08/18/2006;    Page A of 27
RECEIVED:   8/12/01   2:18PM;  ->SWALLING CONSTRUCTION;  #525; PAGE 2

06/12/2001   01:16   9074872587                    BRECHAN                    PAGE  82





## BRECHAN ENTERPRISES, INC. / GENERAL CONTRACTORS
### 2705 MILL BAY ROAD • KODIAK, ALASKA 99615

June 12, 2001

Mike Andersen, Project Manager
Swalling Construction Co., Inc.
P.O. Box 101039
Anchorage, AK 99510-1039

Subject  USCG Cargo Wharf Maintenance Project

Dear Mike:

This is in response to your proposal dated May 23, 2001, and follow up discussions regarding the basis of the proposal. We intend to offer Swalling the project with the following conditions:

1. Your scaffolding will be made available to C/P and electrical subs as you and I discussed.
2. The price of your proposal will be increased by $40,000 to $1,533,000. This price will be a lump sum price for the entire project, based on an estimated 40,000 sf of coating, and will not be negotiable.
3. Swalling will enter in to a subcontract this year for the amount of $850,000 to accomplish that work described in your letter dated June 7, 2001. Although the Coast Guard fully intends to accomplish the balance of the coating next year this is dependent on funding. We will enter into a subcontract next year for the balance of the contract, or $683,000, once funding is secured.
4. You will use the SPC coating spelled out in your proposal letter – NO EXCEPTIONS.
5. There will be no change orders unless mutually agreed upon by the design team and Brechan Enterprises.

If you have questions or require additional information please call me at 487-2223. Otherwise please sign below.

_Swalling Co. agrees to the above conditions._        Pres



Sincerely,

**BRECHAN ENTERPRISES, INC.**

Matt Holmstrom, P.E.
Project Manager

BRECHAN ENTERPRISES, INC. / GENERAL CONTRACTORS • 2705 Mill Bay Road • Kodiak, Alaska 99615
(907) 486-3215 • Fax (907) 486-4889
Alaska Business License #001858 • Alaska Contractors License #AA441
—— We Are An Equal Opportunity Employer ——

BEI4562
38599-0012

## Jarrell, Amy (Perkins Coie)

| | |
|---|---|
| **From:** | Locher, Steven [SLocher@pacnorwest.uscg.mil] |
| **Sent:** | Wednesday, June 13, 2001 9:37 AM |
| **To:** | Matt Holmstrom |
| **Subject:** | RE: Cargo Wharf Proposals |

Matt,
You have my concurrence. Nice work.
SL

-----Original Message-----
**From:** Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
**Sent:** Wednesday, June 13, 2001 10:32 AM
**To:** Locher, Steven
**Subject:** RE: Cargo Wharf Proposals


Steve - answers below:

1. Price difference is transparent to USCG.
2. No changes in proposed coating SF...40,000
3. Swalling will accomplish the work. Yes, there will be an offset in CP/electrical costs. Also the use of Swalling's scaffolding will reduce the CP/electrical costs. However, I can't quantify them as of yet.

I would like to issue Swalling a NTP today. Thanks. Matt

-----Original Message-----
**From:** Locher, Steven [mailto:SLocher@pacnorwest.uscg.mil]
**Sent:** Wednesday, June 13, 2001 8:10 AM
**To:** Matt Holmstrom
**Cc:** Anita Repanich
**Subject:** Cargo Wharf Proposals



Matt,
In review of all of your faxes on the coating subs proposals, I have the following questions:

1. Swalling is proposing to do this year's work for $873K ($43/SF) and next year's for $660K ($33/SF) is this correct? If the overall scope of the project does not change, I believe this price difference is transparent to us.

2. Are there any proposed changes in SF coverage?

3. Alaska Blast excluded removal of cp and piping. Swalling did not. Will Swalling perform this work? If so, will there be an offset in the CP costs?

4. As far as the protest, what are we getting with Swalling as far as the qualifications?

Write me back or I am available to discuss over the phone. Thanks. Hopefully we can get started promptly.
SL

BEI20017
38599-0012

1.7.3.8    CP electric cable and cable supports exist between anode splice boxes and the anode. Temporarily remove these cables and supports for blasting, coatings, curing, and inspection as needed. Replace these cables and cable supports on completion of the coating scope of work.

1.7.3.9    A number of the utility hangers and braces were welded to the piles with fillet welds on one side only of the member. All metal to metal connections shall be seal welded prior to coating. An estimated 100 feet of seal welding will be required, The Contractor or Applicator will seal weld prior to surface preparation as required in 3.2.1.2.

1.7.3.10    The Contractor or Applicator will temporaril~            *REWORK*          ~r utilities as required to access all surfaces for blasting, coating, cu

1.7.4    Restrict all operations to the areas assigned for st                                :ssary operations, and do not permit the disturbance of any area                               perations, or shown as limits of construction under this Contract.

1.7.5    Employ all means necessary to avoid the accumulation of debris and construction residue, and avoid the spread of dust, overspray, blast media, blast debris, and noxious odors.

1.8    PRE-CONSTRUCTION COATING CONFERENCE

1.8.1    Prior to mobilization to the site and commencement of any fieldwork, a pre-construction coating conference shall be held.

1.8.2    Applicator personnel required to attend are as follows:

1.8.2.1    Applicator Foreman or Site Superintendent

1.8.2.2    Chief Blaster

1.8.2.3    Chief Paint Applicator

1.8.3    In addition, attendance by a technical representative of the coating manufacturer for the project is required.

1.8.4    The Contractor's Coating Inspector and the Contractor's representative shall also attend.

1.8.5    At the coating conference, the Applicator shall submit his work plans detailing traffic control and coordination, the typical sequence of work, coordination of CP work, abrasive blasting, blast damage protection, rigging, safety, lighting, containment, clean up, quality control, coating application, equipment used, curing, stripe coating, coating repairs, overspray protection, traffic plan, and blasting/coating project schedule. Submit certificates, resumes, and all other submittals not previously approved by the Engineer. The Applicator shall submit in writing and discuss how progress and quality control records will be kept for the documentation of all work performed, schedule in all sequences to include hours per shift, number of shifts, and all manpower. Plans for containment and rigging shall be presented and reviewed. List all equipment in detail, including compressor sizes, number of blast nozzles and length of blast hoses, coating equipment, and length of hoses. The Applicator shall present the surface

AES001508

Brechan Enterprises, Inc.
11/13/01 Meeting Summary
Anchorage, Alaska

Those present: Matt Holmstrom, JOC project manager, Coffman, Swalling.

1) Additional prep work on "H"
   A. Swalling has estimated $249,000 additional bents 6-15. Coffman reduced Swalling's cost to $120,000. Swalling to review their estimated costs and respond to BEI by 12/03/01.
   B. Swalling has requested $37,000 additional for bents 1-5. Swalling is reviewing their estimate for reasonableness.

2) Project schedule
   2.1.2001 Project Schedule
      2.1.1. 7/9 to 10/1 proposed by Swalling on 6/22.\
      2.1.2. Impacts of not meeting schedule this year
         2.1.2.1. QA cost increased – USCG funded based on 6/22 schedule.
         2.1.2.2. Sewer Jacket and CP installation have been delayed.
         2.1.2.3. USCG not confident in our ability to complete balance in one summer.
   2.2        2002 Project Schedule start work date April 29, 2002.
   2.3        Completion of bents 1 thru 15, including outstanding items, by June 30.
   2.4        Completion of bents 16 thru 33 (if approved) by September 15, 2002.

**Swalling to review 2001 progress to make a more accurate 2002 Schedule.**

BEI4501
38599-0012

## Jarrell, Amy (Perkins Coie)

| | |
|---|---|
| **From:** | Bonney, Scott [RBonney@CGAlaska.uscg.mil] |
| **Sent:** | Monday, July 16, 2001 10:21 AM |
| **To:** | Matt Holmstrom |
| **Subject:** | RE: cargo pier update |

Matt,
 What is Jerry's status for arrival? I told George to select a unit to be demolished (PH 1), preferable off the main road in, such as 755 or 756, and preferably a unit or two away from an occupied, checking power, utilities, etc and make it home. We need to let Jim Brown know so we can have cores put in to provide better security. Presently all units unoccupied have x-18 cores and George has a key, good enough for a few days. Please have someone work with Marty to secure furniture at self help and move it.

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Monday, July 16, 2001 9:32 AM
To: Dan Faivre
Cc: Scott Bonney
Subject: cargo pier update


Dan - Swalling will not need access to the pier until tomorrow, Tuesday, 7/17, at the earliest. Our Qa, Jerry Hardenbergh, will be on site tomorrow at 0800. I will update you this afternoon. Matt

BEI20058
38599-0012

## Jarrell, Amy (Perkins Coie)

**From:** Hardenbergh [Hardenbergh@alaska.coffman.com]

**Sent:** Wednesday, July 25, 2001 1:37 PM

**To:** Matt Holmstrom

**Subject:** OrgChart

I couldn't wait!!! I had to see if I knew how to use this.

Please review and comment.


Jerry Hardenbergh
Coffman Engineers
800 F St.
Anchorage, AK 99501

**BEI20075**
38599-0012

# USCG Cargo Wharf Maintenance Project

```
Matt Holmstrom
Project Manager
Brechan
        |
Jerry Hardenbergh
Project Coordinator/QA
Coffman Engineers / Brechan
        |
        +------------------+------------------+------------------+
        |                  |                  |                  |
Swalling Construction   Local Electric    Offshore Divers
Coating Contractor      Electrical, Dry   Wet CP Contractor
                        CP Contractor
```

BEI20074
38599-0012

## Jarrell, Amy (Perkins Coie)

| | |
|---|---|
| **From:** | Rendon, Paul LT [PRendon@pacnorwest.uscg.mil] |
| **Sent:** | Monday, August 20, 2001 12:51 PM |
| **To:** | 'Matt Holmstrom' |
| **Cc:** | Repanich, Anita |
| **Subject:** | RE: cargo pier |

I see the difference, and will approve the pay request trusting you have it all worked out with Swalling.

thx,

LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone: (206) 220-7437
Fax:     (206) 220-7391


-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Friday, August 17, 2001 7:41 AM
To: Rendon, Paul LT
Cc: Repanich, Anita
Subject: cargo pier


Paul - a pay estimate is heading Anita's way. In a nutshell the total
contract amount shown on the pay request is different than the agreed to
Delivery Order Total due to the way I entered into an agreement with
Swalling. I'll fax to you. Matt

4

**BEI20133**
38599-0012

## Jarrell, Amy (Perkins Coie)

| | |
|---|---|
| **From:** | Rendon, Paul LT [PRendon@pacnorwest.uscg.mil] |
| **Sent:** | Monday, August 20, 2001 9:12 AM |
| **To:** | 'Matt Holmstrom' |
| **Cc:** | Repanich, Anita |
| **Subject:** | RE: Jerry Hardenbergh, QA for cargo pier |

Matt,
you should charge the QA/Superintendent (Jerry Hardenbergh) invoice against:

Requisition No.:   24-01-501643XX0-010
Acct Data:          2-6-101-133-43-0-13-46000-3227

Anita, this is the acct data for CCSS/FSS (CD).....services in support of construction.


# LT Paul E. Rendon

Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone:  (206) 220-7437
Fax:       (206) 220-7391


-----Original Message-----
**From:** Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
**Sent:** Monday, August 20, 2001 7:11 AM
**To:** Rendon, Paul LT
**Subject:** RE: Jerry Hardenbergh, QA for cargo pier


Good morning Paul - I received an invoice from Coffman for Jerry H.  Is there a separate budget or order number for this or do I charge against the construction job?  Thanks.  Matt

-----Original Message-----
**From:** Rendon, Paul LT [mailto:PRendon@pacnorwest.uscg.mil]
**Sent:** Tuesday, July 17, 2001 7:14 AM
**To:** 'Matt Holmstrom'
**Subject:** RE: Jerry Hardenbergh, QA for cargo pier


Matt,
I'll use Scenario 1 and this e-mail as the cost proposal.

thx,

LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone:  (206) 220-7437
Fax:       (206) 220-7391

1

BEI20130
38599-0012

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Tuesday, July 17, 2001 7:56 AM
To: Rendon, Paul LT
Subject: FW: Jerry Hardenbergh, QA for cargo pier


Paul - I wanted to forward this to you.  We are in the ballpark budget wise.
I will discuss with Jerry.  I don't believe the schedule will warrant an
across the board 7-10's.  However, for budgetting purposes it sets the
ceiling.  Do you need a formal proposal from me for this?  Thanks.  Matt

-----Original Message-----
From: Stears, Dan [mailto:Stears@alaska.coffman.com]
Sent: Monday, July 16, 2001 9:41 PM
To: 'Matt Holmstrom'
Cc: Hardenbergh, Jerry
Subject: RE: Jerry Hardenbergh


Matt - The following are two scenarios which you need to consider when
budgeting:

Scenario 1 (Swalling is presently looking at working 7 10's to meet the
schedule and account for "down days").  Based on this schedule the costs are
anticipated to be as follows:

Labor
$60 x 40 = $2400/week
$75 x 30 = $2250/week

Per Diem
$50 x 7 = $350/week

Equipment & Consumables
Lump Sum $200/week

Cost Per Week = $5200

Project Airfares
2 x $350 = $700

Total for 8 weeks = $42,300

Scenario 2 (Swalling working 6 10's).  Based on this schedule the costs are
anticipated to be as follows:

Labor
$60 x 40 = $2400/week
$75 x 20 = $1500/week

Per Diem

2

BEI20131
38599-0012

$50 x 7 = $350/week

Equipment & Consumables
Lump Sum $200/week

Cost Per Week = $4450

Project Airfares
2 x $350 = $700

Total for 8 weeks = $36,300

Knowing that we are billing on a T&M basis, I recommend budgeting for
Scenario 1. If the project lasts longer than 8 weeks, this will obviously
impact the costs. Also, Jerry has some time this week attending the
training and getting things ready to go.

Dan


-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Monday, July 16, 2001 10:54 AM
To: Dan Stears
Subject: Jerry Hardenbergh


Dan - I'm preparing a proposal for Jerry's professional services. Did you
have a spreadsheet already prepared? I have some handwritten notes with
hourly rates of $60 for ST and $75 OT. Per diem of $50/day. Vehicle
provided by Brechan. Housing provided by USCG. Based on 8 weeks of 6 10's:
labor $31,200 and per diem $2,800 totals $34,000. If I don't hear anything
from you that's what I'm going with. Matt

BEI20132
38599-0012

**Jarrell, Amy (Perkins Coie)**

| | |
|---|---|
| **From:** | Rendon, Paul LT [PRendon@pacnorwest.uscg.mil] |
| **Sent:** | Wednesday, August 22, 2001 8:20 AM |
| **To:** | 'Matt Holmstrom' |
| **Subject:** | RE: cargo pier |

Matt,
I don't follow where you get $22K over budget.

Understand Budget of $924,900 * 1.05 = $971,145

But $971,145 + ($22,000 * 1.05) = $994,245, which is still way below your quotes.

Tried giving you a call, but you weren't in.....give me a call to discuss.

thx,

LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone:  (206) 220-7437
Fax:     (206) 220-7391


-----Original Message-----
**From:** Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
**Sent:** Tuesday, August 21, 2001 2:52 PM
**To:** Rendon, Paul LT
**Subject:** RE: cargo pier


Paul - An updated spreadsheet is attached.  The way I see it we are approximately $22,000 over budget.  The coating difference is due to the way we structured our subcontract with Swalling.  The original construction total, including our 5% markup, was $971,145.  Therefore with the $22,000, plus our 5%, we're still below the $1M cap.  How much trouble am I in?  Matt

-----Original Message-----
**From:** Rendon, Paul LT [mailto:PRendon@pacnorwest.uscg.mil]
**Sent:** Tuesday, August 21, 2001 8:20 AM
**To:** 'Matt Holmstrom'
**Subject:** RE: cargo pier


OK.....


LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone:  (206) 220-7437
Fax:     (206) 220-7391

1

BEI20138
38599-0012

-----Original Message-----
**From:** Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
**Sent:** Tuesday, August 21, 2001 9:14 AM
**To:** Rendon, Paul LT
**Subject:** RE: cargo pier

Paul - I can write a book on this...bottom line was that we were under the gun to obligate $ period. Understanding was that actual costs would dictate final costs. I will speak to each item. Mostly underestimating costs during project development. The main thing this morning was to show the spreadsheet. Matt

-----Original Message-----
**From:** Rendon, Paul LT [mailto:PRendon@pacnorwest.uscg.mil]
**Sent:** Tuesday, August 21, 2001 8:02 AM
**To:** 'Matt Holmstrom'
**Subject:** RE: cargo pier


So, the big question???   How do we make up the difference?  Any ideas?

Could we go out for other quotes?, or are you locked in with these sub's already?

Trying to think of how to justify this additional costs....the way I see it, is that we ramrodded this Task Order through, with the understanding that prices may have to be adjusted.

LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone:  (206) 220-7437
Fax:     (206) 220-7391


-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Tuesday, August 21, 2001 8:28 AM
To: Rendon, Paul LT
Subject: cargo pier


Good morning Paul - I've attached a "DRAFT" spreadsheet showing budgetted
funds vs actual costs.  I'm fine tuning costs...obviously the coating cost
is the largest problem.  I'll clean up and forward ASAP.  Not sure how this
relates to the additional funding.  Matt

2

**BEI20139**
38599-0012

DO 32010

## CARGO PIER UPGRADE

| ITEM NO. | TASK | BUDGET | QUOTE | DIFFERENCE |
|---|---|---|---|---|
| 1 | C/P WET (DIVER) | 73300 | 70000 | 3300 |
| 2 | C/P DRY (ELECTRICIAN) | 60000 | 83000 | -23000 |
| 3 | PILE COATINGS | 712000 | 850000 | -138000 |
| 4 | FUEL PIER METAL WORK | 10400 | 0 | 10400 |
| 5 | FENDER PILE/TIMBER REPAIR | 22400 | 35000 | -12600 |
| 6 | SPARE ANODES | 16000 | 9000 | 7000 |
| 7 | SEWER JACKET REPAIR | 800 | 10000 | -9200 |
| 8 | N7 PCC REPAIR | 7500 | 0 | 7500 |
| 9 | EXPANSION JOINT PCC REPAIR | 10000 | 15000 | -5000 |
| | TOTALS | 912400 | 1072000 | -159600 |

EXPLANATION: THE SPREADSHEET DATED 3/12/01, WAS THE BASIS FOR THE DELIVERY ORDER. SINCE THIS WAS A DESIGN/BUILD PROJECT THE SCOPE CHANGED FROM 3/12 TO FINAL PS&E. INDIVIDUAL WORK ITEMS ARE DISCUSSED BELOW:

3. THIS IS A RESULT OF NEGOTIATING A SUB-CONTRACT WITH SWALLING CONST. MOBILIZATION COSTS AND OTHER UPFRONT COSTS INCREASED THE FIRST YEAR'S COST. NEXT YEAR'S COST WILL BE $683,000 TO COMPLETE THE COATING WORK FOR $1,533,000. THIS RESULTS IN A UNIT COST OF $38.32/SF. WE HAD HOPED TO HAVE A UNIT COST UNDER $40/SF.

4. WORK DELETED FROM THE SCOPE

5. WORK SCOPE AND COST UNDERESTIMATED

7. THE ESTIMATED QUANTITY ON 3/12 WAS 1 (ONE). ACTUAL QUANTITY TO BE REPAIRED IS 6. ADDITIONALLY THE REPAIR COST WAS UNDERESTIMATED.

8. WORK DELETED FROM THE SCOPE DUE TO OVERALL TRANSFORMER PROJECT.

9. WORK SCOPE AND COST UNDERESTIMATED

BEI3710
38599-0012

## Jarrell, Amy (Perkins Coie)

| | |
|---|---|
| **From:** | Rendon, Paul LT [PRendon@pacnorwest.uscg.mil] |
| **Sent:** | Friday, August 24, 2001 2:01 PM |
| **To:** | 'mholmstrom-bei@gci.net' |
| **Subject:** | FW: CARGO WHARF UPGRADES - PHASE II (33-S01171) - RFP |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Matt,
met yesterday with upper management and recommended we continue with Swalling as the coating sub-kr for the Cargo Wharf Phase II project.

Reasons:

- Swalling's mobilization costs were front-loaded in the first year of work (i.e. specialty equipment for blasting & painting, scaffold materials, scaffold fabrication, and moving materials & equipment to and from site).
- CG will realize overall savings, by not having to mobilize a different coating sub-kr to Kodiak.
- Overall coating costs will be ~ $38/sf, which is under our upper limit of $40/sf.
- The initial learning-curve has been established by Swalling. Bringing in a different coating sub-kr will only mean a "new" learning-curve has to be established, which means inefficiencies & low production rates.
- Quality of the coating to date has been very good.

I believe continuing with Swalling is the best way to go.

The Fuel Pier project (Coating/Cathodic Protection) is in its infancy, and may be a month or two before they get their game plan together.

I'd like to secure this Phase II portion as soon as possible, so they don't have a chance to change their minds.

thx,

## LT Paul E. Rendon

Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone:  (206) 220-7437
Fax:     (206) 220-7391

-----Original Message-----
**From:** Rendon, Paul LT
**Sent:** Friday, August 24, 2001 2:38 PM
**To:** 'mholmstrom-bei@gci.net'
**Cc:** Repanich, Anita; Locher, Steven; Johnson, Jerald; Dolbeck, Joel LCDR-ISC Kodiak; Bonney, Scott
**Subject:** CARGO WHARF UPGRADES - PHASE II (33-S01171) - RFP
**Importance:** High

Matt,
please provide a cost proposal for Phase II of the Cargo Wharf Upgrade project, which includes:

- Coating the remainder of the Cargo Wharf (H-Pile & Bracing), not included in Phase I.

**BEI19482**
38599-0012

- Design Field Services, if any.
- Construction Field Services (i.e. QA/Superintendent).

Note: All electrical upgrades (i.e. installing new transformers, relocating/replacing conduits, shoretie work, etc..) will be a separate project.

Please provide your cost proposal by 15 Oct 01, or sooner.

thx,

LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone: (206) 220-7437
Fax:    (206) 220-7391

3

BEI19483
38599-0012

FAX NO. :   Aug. 30 2001 07:26AM P2



JOB NO.: 00 32010          ACCOUNT CODE:_____

DATE: 7/1/01          **SUBCONTRACT**
(SHORT FORM)

This agreement is made this 1ST day of JULY 20 2001, and effective the 1ST day of

JULY 20 2001, by and between BRECHH ENTERPRISES, INC (Contractor) and

SWALLING CONSTRUCTION CO., INC (Subcontractor) to perform the Work identified in Article 2

in accordance with the Project's Contract Documents.

PROJECT: USCG CARGO WHARF MAINTENANCE PROJECT

OWNER: USCG FDCC PAC

ARCHITECT:

CONTRACTOR: BRECHH

SUBCONTRACTOR: SWALLING

## ARTICLE 1

CONTRACT PAYMENT. The Contractor agrees to pay Subcontractor for satisfactory performance of Subcontractor's Work

the sum of EIGHT HUNDRED FIFTY THOUSAND + NO/100 Dollars (\$ 850,000.00)

Progress payments, less retainage of _____%, shall be made to Subcontractor for Work satisfactorily performed no later than seven (7) days after receipt by Contractor of payment from Owner for Subcontractor's Work. Final payment of the balance due shall be made to Subcontractor no later than seven (7) days after receipt by Contractor of final payment from Owner for Subcontractor's Work. These payments are subject to receipt of such lien waivers, affidavits, warranties and guarantees required by the Contract Documents or Contractor.

## ARTICLE 2

SCOPE OF WORK. Subcontractor agrees to commence Subcontractor's Work herein described upon notification by Contractor, and to perform and complete such Work in accordance with Contract Documents and under the general direction of Contractor in accord with Contractor's schedule. This shall include all work necessary or incidental to complete the:

PILE COATING ON THE CARGO WHARF EXTENSION + ORIGINAL CARGO WHARF

Work for the Project as more particularly, though not exclusively specified in CONTRACT DOCUMENTS

PREPARED BY TRYCK NYMAN HAYES, INC. AND IN ACCORDANCE

WITH SWALLING PROPOSAL DATED MAY 23, 2001 AND WITH HOUSTON

LETTER DATED JUNE 12, 2001

## ARTICLE 3

SCHEDULE OF WORK. Time is of the essence. Subcontractor shall provide Contractor with any requested scheduling information of Subcontractor's Work. The Schedule of Work, including that of this Subcontract shall be prepared by Contractor and may be revised as the Work progresses.

Subcontractor recognizes that changes may be made in the Schedule of Work and agrees to comply with such changes without additional compensation.

Subcontractor shall coordinate its work with all other contractors, subcontractors, and suppliers on the Project so as not to delay or damage the r performance, work, or the Project.

BEI4560
38599-0012



SENT BY: SWALLING CONSTRUCTION;    907 274-6002;    SEP-20-01   5:17PM;    PAGE 2/2

## ARTICLE 4

**CHANGES.** Contractor, without nullifying this Agreement, may direct Subcontractor in writing to make changes to Subcontractor's Work. Adjustment, if any, in the contract price or contract time resulting from such changes shall be set forth in a Subcontract Change Order pursuant to the Contract Documents.

## ARTICLE 5

**FAILURE OF PERFORMANCE.** Should Subcontractor fail to satisfy contractual deficiencies within three (3) working days from receipt of Contractor's written notice, then the Contractor, without prejudice to any right or remedies, shall have the right to take whatever steps it deems necessary to correct said deficiencies and charge the cost thereof to Subcontractor, who shall be liable for payment of same, including reasonable overhead, profit and attorneys fees.

## ARTICLE 6

**INSURANCE.** Prior to the start of Subcontractor's Work. Subcontractor shall procure and maintain in force for the duration of the Work. Worker's Compensation Insurance, Employer's Liability Insurance, Comprehensive General Liability Insurance and all insurance required of Contractor under the Contract Documents. Contractor, Owner and Architect shall be named as additional insureds on each of these policies, except for Worker's Compensation.

## ARTICLE 7

**INDEMNIFICATION.** To the fullest extent permitted by law, Subcontractor shall indemnify and hold harmless Owner, Architect. Architect's consultants, and Contractor from all damages, losses, or expenses, including attorneys fees, from any claims or damages for bodily injury, sickness, disease, or death, or from claims for damage to tangible property, other than the Work itself. This indemnification shall extend to claims resulting from performance of this Subcontract and shall apply only to the extent that the claim or loss is caused in whole or in part by any negligent act or omission of Subcontractor or any of its agents, employees, or subcontractors. This indemnity shall be effective regardless of whether the claim or loss is caused in some part by a party to be indemnified. The obligation of Subcontractor under this Article shall not extend to claims or losses that are primarily caused by the Architect, or Architect's consultant's performance or failure to perform professional responsibilities.

## ARTICLE 8

**WARRANTY.** Subcontractor warrants its work against all deficiencies and defects in materials and/or workmanship and agrees to satisfy same without cost to Owner or Contractor for a period of one (1) year from the date of Substantial Completion of the Project or per Contract Documents, whichever is longer.

## ARTICLE 9

**SPECIAL PROVISIONS.** (Insert any special provisions required by this Subcontract).

In witness whereof, the parties have executed this Agreement under Seal, the day and year first written above.

_Swalling Construction Co, Inc_
SUBCONTRACTOR (FIRM NAME)

_BRECHAN ENTERPRISES_
CONTRACTOR (FIRM NAME)

_F. Michael Swalling, Pres_
BY (Type or print signer's name and title)

_MATT HUMSICAN, PROJECT MANAGER_
BY (Type or print signer's name and title)

Subcontractor's Federal Tax ID Number: _92-0013188_

BEI4561
38599-0012

**BRECHAN ENTERPRISES, INC.**
**PRICE SCHEDULE**

Contract No.: DTCG50-01-D-643XXO
Contractor: Brechan Enterprises, Inc.
IDIQ Project #: 32010    Cargo Pier Upgrade

Invoice No: 4
Date: 30-Sep-01

| Item # Activity | Total | % to Date | Allowed to Date | Previous Payments | % This Period | Pay This Period | Balance Remaining |
|---|---|---|---|---|---|---|---|
| **ENGINEERING:** | | | | | | | |
| Design | 43,638.00 | 100.00% | 43,638.00 | 43,638.00 | 0.00% | 0.00 | 0.00 |
| Construction | 70,119.00 | 64.50% | 45,226.76 | 45,226.76 | 0.00% | 0.00 | 24,892.25 |
| **CONSTRUCTION:** | | | | | | | |
| Cathodic Protection | 166,215.00 | 0.00% | 0.00 | 0.00 | 0.00% | 0.00 | 166,215.00 |
| Pile Coating | 850,000.00 | 25.50% | 216,750.00 | 216,750.00 | 0.00% | 0.00 | 633,250.00 |
| Pile Repair | 23,520.00 | 0.00% | 0.00 | 0.00 | 0.00% | 0.00 | 23,520.00 |
| Under Pier Utilities | 4,515.00 | 0.00% | 0.00 | 0.00 | 0.00% | 0.00 | 4,515.00 |
| Fuel Pier Cleats | 10,920.00 | 0.00% | 0.00 | 0.00 | 0.00% | 0.00 | 10,920.00 |
| **CONCRETE WORK:** | | | | | | | |
| Building 7 | 7,875.00 | 0.00% | 0.00 | 0.00 | 0.00% | 0.00 | 7,875.00 |
| Isolation Joint | 10,500.00 | 0.00% | 0.00 | 0.00 | 0.00% | 0.00 | 10,500.00 |
| | 0.00 | 0.00% | 0.00 | 0.00 | ERR | 0.00 | 0.00 |
| | 1,187,302.00 | | 305,614.76 | 305,614.76 | | 0.00 | 881,687.25 |

*(handwritten notes)*

Meth - The increase from $1,087,302 incurred in July when you Rob me to be
Pile costing from $744,600 to $850,000. The two increase of $102,400
included in the extra change order of $205,559? Why not shown
do I reconcile - I see what this five other #103,159? We must reconcile
before we can do 6/30/01 project - JMC

Orig. contract Amt.

THE INCREASE IN PILE COATING
INCLUDED IN CARGO PIER PRICE...
PLUS ... BLDG ... 7 ... WORK

BEI4044
38599-0012

**DAILY SUMMARY REPORT**



| BRECHAN ENTERPRISES | | **CONTRACT NO:** | 32010 CG Task 007 |
|---|---|---|---|
| **LOCATION:** | U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** Jerry R. Hardenbergh | | **DATE:** | 05 October 2001 |

### General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Local Electric, Electrical and "dry" Cathodic Protection contractor.

Weather Conditions at 11:53 AM:

| | |
|---|---|
| **Wind** | Calm |
| **Visibility** | 10 mile(s) |
| **Sky conditions** | mostly cloudy |
| **Temperature** | 46.9 F (8.3 C) |
| **Dew Point** | 41.0 F (5.0 C) |
| **Relative Humidity** | 79% |
| **Pressure (altimeter)** | 29.64 in. Hg |

### Coatings (Wharf Extension):

- No work performed. All piles have been coated. Only outstanding items remain to be completed.

### *Outstanding Items:*

- Grind off cad weld location and recoat same area on pile 6D. Coat with SPC 1864 SG.
- Re-attach CP connection and recoat same area on pile 10D. Coat with SPC 1864 SG.
- Re-attach CP connection and recoat same area on pile 14D. Coat with SPC 1864 SG.
- Re-attach CP connection and recoat same area on pile 18C. Coat with SPC 1864 SG.
- Re-attach CP connection and recoat same area on pile 22C. Coat with SPC 1864 SG.
- Re-install sewer pipe insulation at pile 21A location.
- NCR 01.
- Repair coating holidays on bent 23.

### Coatings (Original Wharf):

- Bent 1, environmental conditions within the containment area were controlled and allowed start of abrasive blasting at approximately 7:40AM. Piles A, B, C and D, including batter piles, at elevation 113' to 107' were blasted to an SSPC SP-10 Near-White Cleanliness. The surface condition of areas listed above was acceptable with 3.9 mil anchor profile. Surface chloride testing was acceptable in accordance with project specifications.

- Several areas were taped off for seal welding. The contractor wanted to save the majority of surfaces that were blast cleaned and perform the seal welding later.

- Coating application performed at 11:00AM. Visual coating inspection to be performed tomorrow at low tide. Holiday testing will be performed after 24 hours of cure.

- Bent 1, elevation 119' to 113' surfaces were abrasive blast cleaned and surface preparation inspection revealed a substantial amount of seal welding required before coating. Contractor did not coat this area and is considering the possibility of hiring a welder for the amount of seal welding that will be required on the H-pile section of wharf.

Page 1 of 3

BEI5958
38599-0012

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
05 October 2001

- Reviewed contractor coating QC reports and retained in project documentation package.

- Completed Quality Assurance checklist for coating activities today. QA checklist is retained in project documentation package.

**Outstanding Items:**
   o None

**Cathodic Protection:**

- Rectifier #2 new positive circuit, under the wharf, is completely installed and accepted in accordance with project specifications. Terminating the anode lead wires in the anode shunt box is the only remaining work to complete on this circuit. Anode shunt boxes for rectifier 1 and 2 are installed, see photo.

**Outstanding Items:**
   o Install anode jbox at anode NM 1.

**Expansion Joint Repair:**

- Expansion joint repair is complete. 28-day compressive strength test results to follow.

**Under Pier Utilities:**

- Abandoned electrical conduit has been identified and is scheduled for removal in conjunction with rectifier new positive circuit install.

**Fender Pile & Related Work:**

- All new piles and pile framing is installed on west side of wharf extension in accordance with project specifications.

**Outstanding Items:**
   o 2 pile framing locations on east side of wharf extension were not repaired due to lack of materials.

**Sewer Pipe Insulation Jacket Repair:**

- Location "f" on project drawing C1 has been repaired. Awaiting scaffolding installation on the other locations before insulator returns to complete repairs.

BEI5959
38599-0012

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
05 October 2001

## Non-Conformance Items:

- NCR #01, Condition of coating not in compliance with paragraph 3.5.8.11 of the project specifications. Coating repair is required before acceptance. Further inspection will be conducted to define specific areas of repair. Testing to be performed on this area will include DFT, Holiday Testing, Hardness Testing and Adhesion Testing.

## Miscellaneous:

- Discussed repair of negative circuit connections with electrician.

## Photographs:



Rectifier 1 & 2 with new anode shunt boxes installed in between rectifiers.



New anode shunt boxes for rectifier 1 & 2.



Bent 1 abrasive blast cleaned from elevation 113' to 107'.



Bent 1 abrasive blast cleaned from elevation 113' to 107'.

Signature: _____

J.R. Hardenbergh

BEI5960
38599-0012

**DAILY SUMMARY REPORT**



| BRECHAN ENTERPRISES | **CONTRACT NO:** | 32010 CG Task 007 |
|---|---|---|
| **LOCATION:** U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** Jerry R. Hardenbergh | **DATE:** | 08 October 2001 |

## General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.

Weather Conditions at 2:00 PM:

| | |
|---|---|
| **Wind** | from the ESE (120 degrees) at 17 MPH |
| **Visibility** | 2 mile(s) |
| **Sky conditions** | overcast |
| **Weather** | Rain Mist |
| **Precipitation last hour** | 0.07 inches |
| **Temperature** | 48 F (9 C) |
| **Dew Point** | 46 F (8 C) |
| **Relative Humidity** | 93% |
| **Pressure (altimeter)** | 29.13 in. Hg |

## Coatings (Wharf Extension):

- No work performed. All piles have been coated. Only outstanding items remain to be completed.

*Outstanding Items:*
  - Grind off cad weld location and recoat same area on pile 6D. Coat with SPC 1864 SG.
  - Re-attach CP connection and recoat same area on pile 10D. Coat with SPC 1864 SG.
  - Re-attach CP connection and recoat same area on pile 14D. Coat with SPC 1864 SG.
  - Re-attach CP connection and recoat same area on pile 18C. Coat with SPC 1864 SG.
  - Re-attach CP connection and recoat same area on pile 22C. Coat with SPC 1864 SG.
  - Re-install sewer pipe insulation at pile 21A location.
  - Re-install anode channel guard brackets.
  - NCR 01.
  - Repair coating holidays on bent 23.

## Coatings (Original Wharf):

- Bent 1, elevation 119' to 113', seal welding and grinding is completed and acceptable to coat.
- Bent 1, environmental conditions within the containment area were controlled and allowed start of abrasive blasting at approximately 10:20AM. Piles A, B, C and D at elevation 119' to 113' were blasted to an SSPC SP-10 Near-White Cleanliness. The surface condition of areas listed above was acceptable with 4.5 mil anchor profile. Surface chloride test results were acceptable in accordance with project specifications.

BEI6008
38599-0012

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
08 October 2001

- Coating application performed at 1:25PM. The finished coating displayed numerous visually apparent holidays, runs and sags. Coating repair is required. Holiday testing will be performed after 24 hours of cure

- Reviewed contractor coating QC reports and retained in project documentation package.

*Outstanding Items:*
   o None

## Cathodic Protection:

- No work performed.

*Outstanding Items:*
   o Install anode jbox at anode NM 1.

## Expansion Joint Repair:

- Expansion joint repair is complete. 28-day compressive strength test results to follow.

## Under Pier Utilities:

- Abandoned electrical conduit has been identified and is scheduled for removal in conjunction with rectifier new positive circuit install.

## Fender Pile & Related Work:

- All new piles and pile framing is installed on west side of wharf extension in accordance with project specifications.

*Outstanding Items:*
   o 2 pile framing locations on east side of wharf extension were not repaired due to lack of materials

## Sewer Pipe Insulation Jacket Repair:

- Location "f" on project drawing C1 has been repaired. Awaiting scaffolding installation on the other locations before insulator returns to complete repairs.

## Non-Conformance Items:

- NCR #01, Condition of coating not in compliance with paragraph 3.5.8.11 of the project specifications. Coating repair is required before acceptance. Further inspection will be conducted to define specific areas of repair. Testing to be performed on this area will include DFT, Holiday Testing, Hardness Testing and Adhesion Testing.

Page 2 of 3

BEI6009
38599-0012

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
08 October 2001

**Miscellaneous:**

- Installation of scaffolding for rectifier #3 CP circuit demo and installation.

**Photographs:**



| | |
|---|---|
| Bent 1 coated upper elevation. | Bent 1 coated upper elevation. |
| Pile 1C coated upper elevation. | Pile 2A abrasive blasting started. |

Signature: _____
                    J.R. Hardenbergh

BEI6010
38599-0012