**DAILY SUMMARY REPORT**



| BRECHAN ENTERPRISES | CONTRACT NO: | 32010 CG Task 007 |
|---|---|---|
| LOCATION: U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | PROJECT TITLE: | CARGO WHARF MAINTENANCE |
| INSPECTOR: Jerry R. Hardenbergh | DATE: | 09 October 2001 |

## General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.

Weather Conditions at 12:53 PM:

| | |
|---|---|
| Wind | from the NW (310 degrees) at 13 MPH (12 KT) |
| Visibility | 9 mile(s) |
| Sky conditions | mostly cloudy |
| Temperature | 48.9 F (9.4 C) |
| Dew Point | 43.0 F (6.1 C) |
| Relative Humidity | 79% |
| Pressure (altimeter) | 29 in. Hg |

## Coatings (Wharf Extension):

- No work performed. All piles have been coated. Only outstanding items remain to be completed.

*Outstanding Items:*
- Grind off cad weld location and recoat same area on pile 6D. Coat with SPC 1864 SG.
- Re-attach CP connection and recoat same area on pile 10D. Coat with SPC 1864 SG.
- Re-attach CP connection and recoat same area on pile 14D. Coat with SPC 1864 SG.
- Re-attach CP connection and recoat same area on pile 18C. Coat with SPC 1864 SG.
- Re-attach CP connection and recoat same area on pile 22C. Coat with SPC 1864 SG.
- Re-install sewer pipe insulation at pile 21A location.
- Re-install anode channel guard brackets.
- NCR 01.
- Repair coating holidays on bent 22.

## Coatings (Original Wharf):

- Bent 2 and 3, elevation 119' to 113', abrasive blast cleaned then seal welding, cutting and grinding started. Again, there is a lot of seal welding, grinding sharp edges and cutting off old pile splice run-off tabs.

- Bent 1, elevation 119' to 107', holiday detection testing and DFT measurements performed. Test results indicated low coating DFT on elev. 113' to 107' and numerous holidays on elevation 119' to 113'. Most holidays were found at weld locations. Contractor is currently researching methods to improve coverage of weld areas to reduce number of holidays.

- Reviewed contractor coating QC reports and retained in project documentation package.

*Outstanding Items:*
- Re-attach CP negative circuit bonding connections along bent 1 piles and recoat same area with SPC 1864 SG.

BEI6019
38599-0012

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
09 October 2001

## Cathodic Protection:

- No work performed.

*Outstanding Items:*
  o Install anode jbox at anode NM 1.

## Expansion Joint Repair:

- Expansion joint repair is complete. 28-day compressive strength test results to follow (10/17/01).

## Under Pier Utilities:

- Abandoned electrical conduit has been identified and is scheduled for removal in conjunction with rectifier new positive circuit install.

## Fender Pile & Related Work:

- All new piles and pile framing is installed on west side of wharf extension in accordance with project specifications.

*Outstanding Items:*
  o 2 pile framing locations on east side of wharf extension were not repaired due to lack of materials.

## Sewer Pipe Insulation Jacket Repair:

- Location "f" on project drawing C1 has been repaired. Awaiting scaffolding installation on the other locations before insulator returns to complete repairs.

## Non-Conformance Items:

- NCR #01, Condition of coating not in compliance with paragraph 3.5.8.11 of the project specifications. Coating repair is required before acceptance. Further inspection will be conducted to define specific areas of repair. Testing to be performed on this area will include DFT, Holiday Testing, Hardness Testing and Adhesion Testing.

## Miscellaneous:

- Installation of scaffolding for rectifier #3 CP circuit demo and installation.

BEI6020
38599-0012

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
09 October 2001

## Photographs:



| | |
|---|---|
| Bent 3 abrasive blast cleaned. | Bent 2 cutting and grinding surface imperfections. |
| Old CP negative connection. Note metal loss around connection due to corrosion as a result of inadequate coating coverage. | Surface imperfections shown include: run-off tabs, sharp edges, rough welds, seal weld backing bars and removal of plate where CP connection is located. |

Signature: _____

        J.R. Hardenbergh

BEI6021
38599-0012

**DAILY SUMMARY REPORT**



| BRECHAN ENTERPRISES | CONTRACT NO: | 32010 CG Task 007 |
|---|---|---|
| LOCATION: U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | PROJECT TITLE: | CARGO WHARF MAINTENANCE |
| INSPECTOR: Jerry R. Hardenbergh | DATE: | 10 October 2001 |

## General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Local Electric, Electrical and "dry" Cathodic Protection contractor.

Weather Conditions at 2:53 PM:

| | |
|---|---|
| **Wind** | from the WSW (250 degrees) at 14 MPH gusting to 24 MPH |
| **Visibility** | 10 mile(s) |
| **Sky conditions** | clear |
| **Temperature** | 42.1 F (5.6 C) |
| **Dew Point** | 16.0 F (-8.9 C) |
| **Relative Humidity** | 34% |
| **Pressure** | 29.36 in. Hg |

## Coatings (Wharf Extension):

- No work performed. All piles have been coated. Only outstanding items remain to be completed.

*Outstanding Items:*
- o Grind off cad weld location and recoat same area on pile 6D. Coat with SPC 1864 SG.
- o Re-attach CP connection and recoat same area on pile 10D. Coat with SPC 1864 SG.
- o Re-attach CP connection and recoat same area on pile 14D. Coat with SPC 1864 SG.
- o Re-attach CP connection and recoat same area on pile 18C. Coat with SPC 1864 SG.
- o Re-attach CP connection and recoat same area on pile 22C. Coat with SPC 1864 SG.
- o Re-install sewer pipe insulation at pile 21A location.
- o Re-install anode channel guard brackets.
- o NCR 01.
- o Repair coating holidays on bent 22.

## Coatings (Original Wharf):

- Bent 2 and 3, elevation 119' to 113', seal welding, cutting and grinding continued until approximately 1 PM.

- Bent 2 and 3, elevation 119' to 113', environmental conditions within the containment area were controlled and allowed start of abrasive blasting at approximately 1:30PM. Piles A, B, C and D at elevation 119' to 113' were blasted to an SSPC SP-10 Near-White Cleanliness. The surface condition of areas listed above was acceptable with 3.3 to 4.3 mil anchor profile. Surface chloride testing was acceptable in accordance with project specifications.

- Coating application performed at 4:24PM. The finished coating displayed numerous visually apparent holidays, runs and sags. Coating repair is required. Holiday testing will be performed after 24 hours of cure.

- Contractor ran out of coating material before all of the upper elevation on bent 2 was coated. Since the new drum of coating material was not preheated, coating application could not continue.

BEI6038
38599-0012

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
10 October 2001

* Reviewed contractor coating QC reports and retained in project documentation package.

**Outstanding Items:**
  o Re-attach CP negative circuit bonding connections along bent 1 and recoat same area with SPC 1864 SG.
  o Re-attach CP negative circuit bonding connections along bent 2 and 3 and recoat same area with SPC 1864 SG.

## Cathodic Protection:

* Demo and installation of rectifier #3 and 5 positive circuit began today. Work is progressing in accordance with project specifications.

**Outstanding Items:**
  o Install anode jbox at anode NM 1.

## Expansion Joint Repair:

* Expansion joint repair is complete. 28-day compressive strength test results to follow (10/17/01).

## Under Pier Utilities:

* Abandoned electrical conduit has been identified and is scheduled for removal in conjunction with rectifier new positive circuit install.

## Fender Pile & Related Work:

* All new piles and pile framing is installed on west side of wharf extension in accordance with project specifications.

**Outstanding Items:**
  o 2 pile framing locations on east side of wharf extension were not repaired due to lack of materials.

## Sewer Pipe Insulation Jacket Repair:

* Location "f" on project drawing C1 has been repaired. Awaiting scaffolding installation on the other locations before insulator returns to complete repairs.

BEI6039
38599-0012

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
10 October 2001

## Non-Conformance Items:

- NCR #01, Condition of coating not in compliance with paragraph 3.5.8.11 of the project specifications. <u>Coating repair is required before acceptance</u>. Further inspection will be conducted to define specific areas of repair. Testing to be performed on this area will include DFT, Holiday Testing, Hardness Testing and Adhesion Testing.

## Miscellaneous:

- Teleconference meeting today with Dan Stears, Matt Holmstrom, Jerry Hardenbergh, Andy Romine (Swalling) and Mike Andersen (Swalling) regarding the amount of surface prep required prior to coating application, i.e. seal welding, grinding, cutting, etc. Still waiting on info from SPC regarding an epoxy "caulking" for the weld areas.  Will also get more input from coating manufacture regarding surface prep. Recommended additional conversations with the CG regarding this issue.

- Received authorization to remove and replace the corroded pipe support angles between piles A & B on the original wharf. Replacement will consist of new galvanized angle welded in same place with pile coating covering new welds.

Signature: _____
        J.R. Hardenbergh

BEI6040
38599-0012

**From:**    Jerry Hardenbergh [Hardenbergh@alaska.coffman.com]
**Sent:**    Wednesday, October 10, 2001 7:02 PM
**To:**      Paul Rendon
**Cc:**      Locher, Steven; Stears, Dan; Scott Bonney; Matt Holmstrom
**Subject:** Fw: 09 October 01 Daily Report - Cargo Wharf Maintenance

I just realized that I spelled stripe incorrectly. In my response I spelled it strip. In response #2 the word "strip"
should be "stripe".

Jerry

— Original Message —
**From:** Rendon, Paul LT
**To:** 'Jerry Hardenbergh' ; Locher, Steven
**Cc:** Stears, Dan ; mholmstrom-bei@gci.net ; Bonney, Scott
**Sent:** Wednesday, October 10, 2001 3:33 PM
**Subject:** RE: 09 October 01 Daily Report - Cargo Wharf Maintenance Project

Jerry,
appreciate the quick response & detailed information.

Steve,
please advise if you need additional clarification/information.

thx,

LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone:  (206) 220-7437
Fax:     (206) 220-7391

-----Original Message-----
**From:** Jerry Hardenbergh [mailto:Hardenbergh@alaska.coffman.com]
**Sent:** Wednesday, October 10, 2001 4:15 PM
**To:** Locher, Steven; Rendon, Paul LT
**Cc:** Stears, Dan; mholmstrom-bei@gci.net; Bonney, Scott
**Subject:** Re: 09 October 01 Daily Report - Cargo Wharf Maintenance Project

Paul,
I offer the following responses:

2. Not attributed to temps or humidity. Environmental conditions are monitored and verified before the start
of blasting and before coating application. The coating inspector continuously monitors this and the
contractor is using a dehumidification unit that can improve the environmental conditions when needed.
The welds are giving them difficulty because they have a rough and irregular surface profile that is difficult
to completely cover without "strip" coating prior to coating application. They cannot strip coat with this
material as it hardens in a few minutes. They are grinding the welds, but some holidays still come through.
The coating contractor is also researching the use of an epoxy "caulking" to cover the weld area prior to
coating, like a "strip" coat. I think that may work.

3. I can certainly give tidal data on my reports. I think you would also need specific information on time

BEI6506
38599-0012

9/28/04

when coating applied, time when water reached coating and rate of tidal rise. However, This has already been addressed when selecting this coating system and if you see the cure chart for 1864 RG, dry hard cure is achieved in 30 minutes at 40 F. We have not seen surface temps below 50F yet and at 50F the dry hard cure is approximately 17 minutes. We have been monitoring the coating immersion on-site and have only had one time that I thought the cure was jeopardized and that was on bent 8 (NCR 01). The full cure of this system is 4 days. In addition, the coating manufacture did indicate that the cure or coating is acceptable if it meets the required testing. And so far we have met the testing requirements.

4. Consider it done. I will coordinate with USCG Port Services and the contractors to limit the vehicular loads across the damaged pile caps. Right now we have only pickup trucks and a forklift moving across the caps.

If you need any more info, please let me know.

Jerry


—— Original Message ——
**From:** Rendon, Paul LT
**To:** 'Hardenbergh@alaska.coffman.com' ; Locher, Steven
**Cc:** Bonney, Scott ; 'mholmstrom-bei@gci.net'
**Sent:** Wednesday, October 10, 2001 12:37 PM
**Subject:** FW: 09 October 01 Daily Report - Cargo Wharf Maintenance Project

Steve,
Item #1 below to be addressed by this weekend.

Jerry,
please advise on items #2-4 below (Steve's e-mail).

thx,


LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone: (206) 220-7437
Fax:    (206) 220-7391

-----Original Message-----
**From:** Locher, Steven
**Sent:** Wednesday, October 10, 2001 1:34 PM
**To:** Rendon, Paul LT
**Subject:** RE: 09 October 01 Daily Report - Cargo Wharf Maintenance Project

Paul,
Please pass on the following questions:
1. When will the contractor reconnect the anodes at the extension as the piles below 107 are not being protected without?
2. The welds are continuing to have problems with holidays. Is this attributed to temperatures and humidity's? Are environmental conditions correct for coating applications?
3. Request one more item in daily: Tidal data. This will give us a feel as to how much curing time the lower elevations are getting, especially this time of year.
4. Limit heavy vehicular traffic at damaged caps until we can inspect next week. Report back as to type of vehicles crossing cap as this time. We should know about anything bigger than a 5 ton truck. We should keep the crane off the extension.

BEI6507
38599-0012

-----Original Message-----
**From:** Rendon, Paul LT
**Sent:** Wednesday, October 10, 2001 12:48 PM
**To:** Locher, Steven
**Subject:** FW: 09 October 01 Daily Report - Cargo Wharf Maintenance Project

fyi....


LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone:  (206) 220-7437
Fax:     (206) 220-7391

-----Original Message-----
**From:** Jerry Hardenbergh [mailto:Hardenbergh@alaska.coffman.com]
**Sent:** Wednesday, October 10, 2001 11:31 AM
**To:** Rendon, Paul LT; Bonney, Scott; Matt Holmstrom; Faivre, Daniel PO1; John Daley; Toney, Bruce CDR; Novak, John LT; Rennick, Jeannine CPO; Radcliffe, Lawrence; Stears, Dan; Mike Andersen; Bieri, Tim
**Subject:** 09 October 01 Daily Report - Cargo Wharf Maintenance Project


Jerry Hardenbergh
USCG Kodiak Cargo Wharf Maintenance Project
Coffman Engineers
Project Office: 907-487-2360
Project Fax:    907-487-2362
Cell Phone:     907-654-0700

BEI6508
38599-0012

9/28/04

**USCG ISC Kodiak Alaska**
**Cargo Wharf Maintenance**
**Design Build Project**

# Project Scope and Fee Narrative
Metal and Concrete Additional Scope Items

9/6/01

Attached is a draft scope and fee narrative for the above listed project. The scope does not currently include construction administration or on site inspection. The task numbers correspond to the January 2001 technical requirements for the original scope of work for the project.

## 4.0 Metal Work
4.1     *Repair bollard bolts (Original Cargo Wharf).*
There are 9 double bit bollards along the face of the Original Cargo Wharf. There are 10 bolts per double bit bollard. There are two ways to attempt to fix the bolts. One method involves reusing the existing embedded bolts. The other method involves cutting the bolts off flush with the top of the bullrail and moving the bollard over.

Reusing the existing bolts would involve cleaning out the existing cavity and attempting to unscrew the nuts. If they can't be removed this way the nuts could be cut off. If the threads are damaged by this operation, it may be possible to chase or rethread them to a smaller diameter size.

Cutting the bolts off flush and moving the bollards over would involve drilling new holes in the bullrail concrete for Hilti type drop in anchors.

The bollards will be set in a bed of epoxy grout when reinstalling them. After reinstallation, the void area in the interior of the bollard will be filled with grout. The recesses around the nuts will also be filled with epoxy grout.

- Estimated design fee          -       $2,040.00

- Estimated construction cost   -       $13,500.00

*4.2     Repair cleat bolts (Original Cargo Wharf)*
There are 10 cleats along the face of the Original Cargo Wharf. There are 4 bolts per cleat. The cleats will be repaired in the same manner as the bollards.

- Estimated design fee          -       $1,640.00

- Estimated construction cost   -       $8,000.00

*4.3    Paint repaired cleats and bollards (Original Cargo Wharf).*
The cleats and bollards will be sandblasted and painted. The coating will likely be a two-part polyurethane similar to the pile coating. The coating will be safety yellow unless otherwise notified.

- Estimated design fee          -          $350.00

- Estimated construction cost    -          $5,400

*4.5    Install painted bollards at building 7.*
There will be four total 4" diameter painted post type bollards installed 2 each at each outside corner of building 7. The posts will be installed over drilled and epoxied (Hilti or equal) rebar into the deck. The interior of the bollards will be filled with grout. Each post will be about 4' high. The posts / bollards will be painted safety yellow.

- Estimated design fee          -          $1,440.00

- Estimated construction cost    -          $3,200.00

## 5.0 Concrete Work

*5.4    Repair concrete bullrail.*
The concrete bullrail will be repaired with polymer concrete. An estimated 720 lineal feet are included in the estimate. This quantity should be field verified. Because the bullrail along the face of the dock shows fairly extreme wear in places, special high strength aggregates will be used. These may include emery or basalt and aluminum oxides. The polymer concrete should be a good repair system because it is tough, flexible, bonds well, is impact resistant, and can withstand freeze thaw and temperature extremes.

- Estimated design fee          -          $2,380.00

- Estimated construction cost    -          $15,000.00

*5.5    Paint concrete bullrail.*
We anticipate two types of coatings: sealers and color coats. The sealer will retard concrete contamination by salts, fuel, grease, and other substances. It will also retard the migration of concrete products to the surface. The benefits are increased concrete life and improved, uniform appearance. A sealant can also improve color coat adhesion. The color coat may be applied after the sealer or as a single application. A color coat creates future maintenance costs and has higher construction cost than a concrete sealant. If concrete longevity is the sole requirement then a sealer coat will suffice.

The Old Dock has approximately 5200 square feet of bullrail.

The Dock Extension has approximately 3200 square feet of bullrail.

Concrete Coating Products
We have not selected specific products but have made contact with several suppliers and other coating specialists. An estimated price for each product is provided in the next section. Surface preparation will pressure washing with a cleaning/degreaser followed with a fresh water pressure wash. After drying, the coating will be applied. Roller application is a possibility. Roller application can work the coating into rough surfaces and reduce contamination of Women's Bay at over water locations.

Concrete Coating Costs
A sealer coat will run $1.50 to $2.00 per square foot. Color coat will be $3.00 to $4.00 per square foot. If only the tops and inside vertical surfaces are color coated the cost will be reduced by approximately 33%.

Coating Over Concrete Repairs
Concrete repair shall be completed and cured prior to coating application. The type and extent of concrete repairs will be needed to select the correct coatings and therefore may influence the cost.

- Estimated design fee         -        $960.00

- Estimated construction cost   -        $42,000.00


5.6    *Paint end caps.*
This item is essentially the same as 5.5 with the following exceptions.

Access to the end caps may be achieved from the deck with extension handles.

The Old Dock has approximately 5000 square feet of end cap.

The Dock Extension has approximately 1250 square feet of end cap.

- Estimated design fee         -        $960.00

- Estimated construction cost   -        $31,250.00


5.8    *Repair damaged pile cap under pile 33E (not in original scope).*
This work item will involve cleaning and forming the existing pile cap area just above the pile. The area will then be poured with polymer concrete.

- Estimated design fee        -        $1,640.00

- Estimated construction cost    -        $4,000.00

**BEI20179**
38599-0012

4

Attachment information.4.txt
The following section of this message contains a file attachment
prepared for transmission using the Internet MIME message format.
If you are using Pegasus Mail, or any another MIME-compliant system,
you should be able to save it or view it from within your mailer.
If you cannot, please ask your system administrator for assistance.

   ---- File information ----------
   File:  Scope Mod Fee.xls
   Date:  6 Sep 2001, 16:38
   Size:  24064 bytes.
   Type:  Excel-sheet

BEI20180
38599-0012

TRYCK NYMAN HAYES INC.
ENGINEERING COST ESTIMATE--Design Build
PROJECT:        Kodiak Cargo Wharf
DATE:           6-Sep-01

| Item | | Design Firm | Design Fee | Construction Fee |
|------|------|-------------|------------|------------------|
| 4.1 | Repair Bollard Bolts | TNH | $2,040.00 | $13,500.00 |
| 4.2 | Repair Cleat Bolts | TNH | $1,640.00 | $8,000.00 |
| 4.3 | Paint Repaired Cleats and Bollards | Coffman | $350.00 | $5,400.00 |
| 4.5 | Install Painted Bollards at Building N7 | TNH | $1,440.00 | $3,200.00 |
| 5.4 | Repair Concrete Bullrail | TNH | $2,380.00 | $15,000.00 |
| 5.5 | Paint Concrete Bullrail | Coffman | $960.00 | $42,000.00 |
| 5.6 | Paint End Caps | Coffman | $960.00 | $31,250.00 |
| 5.8 | Repair Damaged Pile cap at 33 E | TNH | $1,640.00 | $4,000.00 |
| Start Up Fee (6%) | | | $684.60 | |
| | **Total Project Fee** | | **$12,094.60** | **$122,350.00** |

BEI20181
38599-0012



**DAILY SUMMARY REPORT**
**ADDENDUM**

| **BRECHAN ENTERPRISES** | **CONTRACT NO:** | 32010 CG Task 007 |
|---|---|---|
| **LOCATION:** U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** Jerry R. Hardenbergh | **DATE:** | **17 October 2001** |

A Cargo Wharf Maintenance Project meeting was held today with the following attendance:

- USCG FD&CC, Steve Locher
- USCG COR, Scott Bonney
- Brechan Construction, Matt Holmstrom
- Coffman Engineers, Dan Stears
- Coffman Engineers, Jerry Hardenbergh
- Swalling Construction, Mike Andersen
- Swalling Construction, Tim Boyles

Topics of discussion included establishing a stopping point for this year, date to resume work next year, progress and quality of this years work, requested schedule for next year, contract changes for next year and coordination of the electrical upgrade of the dock with the coating work.

To stop work for this year, it was mutually agreed that Swalling would complete bent 4 and 5 on the original wharf, testing a "caulking" coating repair procedure, and stop coating work.

Swalling will also complete all remaining outstanding items before demob. At this point Swalling will concentrate all resources to supporting the electrical contractor so that the electrician may complete all of the CP work this year.

Swalling estimates to stop coating work by the weekend of 27-28 October. At that point the electrician's work should be complete within the next two weeks.

Resuming work next year was estimated to be in the month of May 2002. Emphasis was put on establishing and maintaining a production schedule. The schedule and contract will reflect a firm completion date. By completing the next two bents this year, Swalling should have a better idea of the progress and will be able to provide a more accurate schedule for completion of the original wharf. Swalling is to submit a schedule and cost for the additional prep work for approval.

Coordination of the electrical upgrade of the dock with the coating work was discussed.

**Additional information brought to my attention; the electrical work needs to occur before the coating work. The electrical contractor should be finished by April 15, 2002. The scaffolding could be set up to assist the electrical contractor and the coatings "prep work" (cutting, welding and grinding) could all be done at that time. This would require minor abrasive blasting that could be coordinated on-site with the electricians. This way the dock will be ready to be coated.

Signature: _____

J.R. Hardenbergh

Page 1 of 1

BEI7181
38599-0012

**Jarrell, Amy (Perkins Coie)**

| | |
|---|---|
| **From:** | Jerry Hardenbergh [Hardenbergh@alaska.coffman.com] |
| **Sent:** | Monday, October 22, 2001 2:52 PM |
| **To:** | Matt Holmstrom; Locher, Steven; Bonney, Scott; Rendon, Paul LT |
| **Subject:** | Re: Wharf conference |

Works for me. Mike Andersen just told me that he should have a good idea of the repair progress for Wed.

----- Original Message -----
**From:** Matt Holmstrom
**To:** Locher, Steven ; Bonney, Scott ; Rendon, Paul LT ; 'Jerry Hardenbergh (E-mail)'
**Sent:** Monday, October 22, 2001 2:18 PM
**Subject:** RE: Wharf conference

1000(FDCC time) ok. Matt

-----Original Message-----
**From:** Locher, Steven [mailto:SLocher@pacnorwest.uscg.mil]
**Sent:** Monday, October 22, 2001 1:58 PM
**To:** Bonney, Scott; Rendon, Paul LT; 'Matt Holstrom (E-mail)'; 'Jerry Hardenbergh (E-mail)'
**Subject:** RE: Wharf conference

I'm locked-on for 1000, but will remain open all day.
thank you.

-----Original Message-----
**From:** Bonney, Scott
**Sent:** Monday, October 22, 2001 2:56 PM
**To:** Rendon, Paul LT; Locher, Steven; Matt Holstrom (E-mail); Jerry Hardenbergh (E-mail)
**Subject:** RE: Wharf conference

Works for me.  All on board?

-----Original Message-----
**From:** Rendon, Paul LT
**Sent:** Monday, October 22, 2001 1:47 PM
**To:** Bonney, Scott; Locher, Steven; Matt Holstrom (E-mail); Jerry Hardenbergh (E-mail)
**Subject:** RE: Wharf conference

is 1000 (FDCC time) too early?

## LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone: (206) 220-7437
Fax:    (206) 220-7391

-----Original Message-----
**From:** Bonney, Scott

**BEI20282**
38599-0012

**Sent:** Monday, October 22, 2001 1:52 PM

**To:** Paul Rendon (E-mail)

**Cc:** Locher, Steven; Matt Holstrom (E-mail); Jerry Hardenbergh (E-mail)

**Subject:** Wharf conference

All,

   Jerry indicates he will have much better info and recommendations by Wednesday regarding the weld coating problem. Will 2 PM Seattle time (1 PM Kodiak) Wednesday be good for Paul and Steve? Let me know if not, otherwise we will call Seattle at that time on Wednesday.

R. Scott Bonney
Contracting Officer's Representative
FD&CC(PAC), Kodiak, Ak
907-487-5320 ext 266

BEI20283
38599-0012

**DAILY SUMMARY REPORT**



| BRECHAN ENTERPRISES | CONTRACT NO: | 32010 CG Task 007 |
|---|---|---|
| LOCATION: U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | PROJECT TITLE: | CARGO WHARF MAINTENANCE |
| INSPECTOR: Jerry R. Hardenbergh | DATE: | 23 October 2001 |

### General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Local Electric, Electrical and "dry" Cathodic Protection contractor.

Weather Conditions at 2:53 PM:

**Wind** from the NW (310 degrees) at 14 MPH  gusting to 24 MPH

**Visibility** 10 mile(s)

**Sky conditions** partly cloudy

**Temperature** 35.1 F (1.7 C)

**Dew Point** 18.0 F (-7.8 C)

**Relative Humidity** 49%

**Pressure** 29.65 in. Hg

### Coatings (Wharf Extension):

- All piles have been coated. Only outstanding items remain to be completed.
- No work performed.

**Outstanding Items:**
- Coat area where exothermic weld was ground off on pile 6D. Coat with SPC 1864 SG.
- Coat CP negative connection on pile 10D. Coat with SPC 1864 SG.
- Coat CP negative connection on pile 14D. Coat with SPC 1864 SG.
- Coat CP negative connection on pile 18C. Coat with SPC 1864 SG.
- Re-attach CP connection and recoat same area on pile 22C. Coat with SPC 1864 SG.
- Re-install sewer pipe insulation at pile 21A location.
- Re-install anode channel guard brackets and use rubber spacer.
- NCR 01.
- Repair coating holidays on bent 22.
- Weld ladder at pile 6A location.
- Pull anode conductor up to remove slack at 14D location.
- Repair coating damage at piles: 1A, 1B, 5A, 7A, 9D, 10A, 12B, 12C, 12D, 13C and 14C.
- Repair coating holidays on pile 5B, upper elevation, pile 2A on 4" pipe between 2A & 2B, also 4" pipe between 2B & 2C.
- Remove old sacrificial CP anode wire and hanger at bent 22.
- Remove scaffolding clamps from around piles at approximately 105' elevation.

BEI6242
38599-0012

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
23 October 2001

## Coatings (Original Wharf):

* Bent 4 and 5, environmental conditions within the containment area were controlled and allowed start of abrasive blasting at approximately 8:45AM. Piles A, B, C and D at elevation 119' to 113' were blasted to an SSPC SP-10 Near-White Cleanliness. (Brush-off blasting) The surface condition and surface chloride test results of areas listed above were acceptable in accordance with project specifications.

* After grinding and welding surface prep, caulking of all weld joints was performed with SPC SP-2888 RG. Coating of all welds will hopefully reduce the number of holidays after final coating is applied.

* Coating application performed at 1:00PM. The finished coating displayed numerous visually apparent runs and sags. Holiday testing will be performed after 24 hours of cure.

* Reviewed contractor coating QC reports and retained in project documentation package.

*Outstanding Items:*
  o Coat CP negative circuit bonding connections along bent 1, 2 and 3 with SPC 1864 SG.
  o Cut off pipe support angle at bent 2 & 3, install new galvanized angle support and coat weld areas with SPC 1864 SG. Existing pipe support angle is severely corroded and is not completely coated with new coating system.
  o Re-attach anode conductor wire at pile 1C using new galvanized wire clamps.

## Cathodic Protection:

* Demo and installation of rectifier #4 and 5 positive circuit continues. Work is progressing satisfactorily in accordance with project specifications.

* Awaiting USCG response to recommended CP test point installation. See memo dated 10/19/01, CP Test Points.

*Outstanding Items:*
  o Install anode jbox at anode NM 1.

## Expansion Joint Repair:

* Expansion joint repair is complete and appears acceptable in accordance with project specifications.

## Under Pier Utilities:

* Abandoned electrical conduit has been identified and is currently being removed in conjunction with rectifier new positive circuit install.

BEI6243
38599-0012

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
23 October 2001

## Fender Pile & Related Work:

- All new piles and pile framing is installed on west side of wharf extension in accordance with project specifications.

### Outstanding Items:

- 2 pile framing locations on east side of wharf extension were not repaired due to lack of materials.

## Sewer Pipe Insulation Jacket Repair:

- Location "f" on project drawing C1 has been repaired. Awaiting scaffolding installation on the other locations before insulator returns to complete repairs.

## Non-Conformance Items:

- NCR #01, Condition of coating not in compliance with paragraph 3.5.8.11 of the project specifications. Coating repair is required before acceptance. Further inspection will be conducted to define specific areas of repair. Testing to be performed on this area will include DFT, Holiday Testing, Hardness Testing and Adhesion Testing.

## Miscellaneous:

- Swalling scaffolding crew continues to support electrician for CP demo and new circuit install.

## Photographs:





| Bent 5 abrasive blast prior to coating application. Note coating applied to weld areas in an effort to reduce number of holidays. | Bent 4, painters preparing to begin coating application. |

Signature: _____

J.R. Hardenbergh

BEI6244
38599-0012

10/24/01         PHONECON W/ FDCC (PRESL)



**$500K ±** TO DO ADD. __PREP__ (INTERMEDIATE)

**$2200/PILE**

__SWALLING__ (MIKE A & TIM)

SCOTT B.
JERRY H.

__CAULKING__   __PERFORMANCE__   NOT AS EXPECTED

COFFMAN

(__ACTION:__ NEED WRITTEN OPTIONS (3)
          1) PERFECT
          2) MODERATE
          3) NOTHING

__STATUS:__                NEED: PREP PROCEDURE
                                 PERFORMANCE CRITERIA
                                 COST
BENT 1 — NOT EXO          EXPECTED LIFE
                                 APPEARANCE ... RUSTING

__4 & 5__ —  MINIMUM __PREP__ / ACCOMPLISHED

              ESTABLISH CRITERIA FOR MODERATE REPAIR

BEI3617
38599-0012



**DAILY SUMMARY REPORT**
**ADDENDUM**

| BRECHAN ENTERPRISES | **CONTRACT NO:** | 32010 CG Task 007 |
|---|---|---|
| **LOCATION:** U.S. COAST GUARD ISC KODIAK **PROJECT TITLE:** KODIAK, ALASKA | | **CARGO WHARF MAINTENANCE** |
| **INSPECTOR:** Jerry R. Hardenbergh | **DATE:** | **24 October 2001** |

A Cargo Wharf Maintenance Project teleconference meeting was held today with the following attendance:

- USCG FD&CC, Steve Locher (phone)
- USCG FD &CC, Paul Rendon (phone)
- USCG COR, Scott Bonney
- Brechan Construction, Matt Holmstrom
- Coffman Engineers, Jerry Hardenbergh
- Swalling Construction, Mike Andersen
- Swalling Construction, Tim Boyles

1. Status of crews (when will they demob):
-Scaffolding
-Electrical
-Coatings
*Discussion: Scaffolding and electricians by 10/31, Coatings by 10/28, Commission CP system by 11/8

2. Status of Equipment
-Scaffolding
-Blast
-Coating/vacuum
*Discussion: All equipment is staying on island, Swalling to provide list of equipment. Coating materials to heated storage.

3. Jerry's status
*Discussion: Here until all questions/paperwork have been completed and no longer needed for year. Estimate mid-November.

3. Will we finish all outstanding items on the extension before we demob?
Per Jerry's list, are scaffolding clamps still in place on the extension? If so, should we expect all the outstanding items on extension be completed prior to demob of the crews?
*Discussion: Swalling indicated that they would complete all outstanding items before demob. Low tides next week will facilitate completion of outstanding items.

4. Under CP, location of NM1? Not clear on NM1.
*Discussion: NM1 is the North Mooring Dolphin. Electricians are aware of this item and will have completed by end of month.

Page 1 of 2

BEI6256
38599-0012

Daily Summary Report Addendum
USCG Kodiak Cargo Wharf Maintenance Project
24 October 2001

5. We have come to agreement on completion of coating this year on bents 4 or 5. What about the other items on the work list? What is the plan as to how far we will go before we will shut down for the year?

    -CP
    -Anodes
    -Positive Circuitry
    -Pile framing
    -Sewer insulation repairs

*Discussion: CP, Anodes, Positive Circuitry and sewer insulation repairs to be completed this year before demob. Pile framing still outstanding, not sure on material lead-time.

6. Mod to contract for S-W test coat. They want a reasonable $2K. Need Brechan's DB markup.
*Discussion: Matt Holmstrom to address outside of this meeting.

7. Need to discuss schedule, plan for mod for next year's work and how to work-in electrical work. Will rectifier replacement become part of the electrical upgrade?
*Discussion: Agreed to discuss later after results of caulking and schedule to be provided by Swalling along with additional costs for prep work.

Surface preparation issue was discussed. Extensive surface preparation is being required prior to coating application. The amount of surface prep could not be foreseen due to existing coatings and corrosion buildup. After abrasive blast cleaning, when a detailed surface prep inspection is performed prior to coating application, surface defects become very apparent by visual inspection. Surface defects such as weld spatter, poor weld workmanship, very rough weld profiles, weld undercutting, column splice run-off tabs and areas missing welds required extensive grinding, seal welding and cutting. Even after an excessive amount of time was spent preparing the surface, some areas within the H-pile splice location still cannot be adequately coated and results in holidays.

Our discussions involved costs associated with the additional surface prep and for Coffman Engineers to determine the most cost effective solution to this issue and present their recommendations to the CG. The CG is to receive recommendations from Coffman and associated costs from Swalling Construction; at that point the CG will make the determination of which method or option is acceptable for use on the Cargo Wharf Maintenance Project.

Jerry Hardenbergh with Coffman Engineers indicated that Coffman would probably recommend three different surface prep options for the CG to choose. 1) Extensive surface prep to result in no coating holidays, most expensive option 2) Moderate surface prep to result in an minimal level of holidays to remain; would establish a criteria for amount of holidays acceptable 3) Minimal surface prep to result in a larger number of holidays, least expensive option.

The CG also asked that Coffman Engineers provide recommendations regarding open abrasive blasting on the cargo wharf project.

Signature: _____
        J.R. Hardenbergh

BEI6257
38599-0012

DAILY SUMMARY REPORT



| BRECHAN ENTERPRISES | CONTRACT NO: | 32010 CG Task 007 |
|---|---|---|
| LOCATION: U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | PROJECT TITLE: | CARGO WHARF MAINTENANCE |
| INSPECTOR: Jerry R. Hardenbergh | DATE: | 24 October 2001 |

## General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Local Electric, Electrical and "dry" Cathodic Protection contractor.

Weather Conditions at 9:53 AM:

| | |
|---:|:---|
| **Wind** | from the WNW (290 degrees) at 10 MPH |
| **Visibility** | 10 mile(s) |
| **Sky conditions** | mostly clear |
| **Temperature** | 28.9 F (-1.7 C) |
| **Windchill** | 15 F (-9 C) |
| **Dew Point** | 18.0 F (-7.8 C) |
| **Relative Humidity** | 63% |
| **Pressure** | 29.78 in. Hg |

## Coatings (Wharf Extension):

- All piles have been coated. Only outstanding items remain to be completed.
- No work performed.

***Outstanding Items:***
- o Coat area where exothermic weld was ground off on pile 6D. Coat with SPC 1864 SG.
- o Coat CP negative connection on pile 10D. Coat with SPC 1864 SG.
- o Coat CP negative connection on pile 14D. Coat with SPC 1864 SG.
- o Coat CP negative connection on pile 18C. Coat with SPC 1864 SG.
- o Re-attach CP connection and recoat same area on pile 22C. Coat with SPC 1864 SG.
- o Re-install sewer pipe insulation at pile 21A location.
- o Re-install anode channel guard brackets and use rubber spacer.
- o NCR 01.
- o Repair coating holidays on bent 22.
- o Weld ladder at pile 6A location.
- o Pull anode conductor up to remove slack at 14D location.
- o Repair coating damage at piles: 1A, 1B, 5A, 7A, 9D, 10A, 12B, 12C, 12D, 13C and 14C.
- o Repair coating holidays on pile 5B, upper elevation, pile 2A on 4" pipe between 2A & 2B, also 4" pipe between 2B & 2C.
- o Remove old sacrificial CP anode wire and hanger at bent 22.
- o Remove scaffolding clamps from around piles at approximately 105' elevation.

BEI6252
38599-0012

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
24 October 2001

## Coatings (Original Wharf):

- Holiday detection testing performed on bent 4 and 5, elevation 119' to 113'. Test results indicated 22 total holidays. Holidays on bent 1 were repaired by "caulking" with SPC SP-2888 RG coating.

*Outstanding Items:*

- o  Coat CP negative circuit bonding connections along bent 1, 2 and 3 with SPC 1864 SG.
- o  Cut off pipe support angle at bent 2 & 3, install new galvanized angle support and coat weld areas with SPC 1864 SG. Existing pipe support angle is severely corroded and is not completely coated with new coating system.
- o  Re-attach anode conductor wire at pile 1C using new galvanized wire clamps.

## Cathodic Protection:

- Demo and installation of rectifier #4 and 5 positive circuit continues. Work is progressing satisfactorily in accordance with project specifications.

- Awaiting USCG response to recommended CP test point installation. See memo dated 10/19/01, CP Test Points.

*Outstanding Items:*

- o  Install anode jbox at anode NM 1.

## Expansion Joint Repair:

- Expansion joint repair is complete and appears acceptable in accordance with project specifications.

## Under Pier Utilities:

- Abandoned electrical conduit has been identified and is currently being removed in conjunction with rectifier new positive circuit install.

## Fender Pile & Related Work:

- All new piles and pile framing is installed on west side of wharf extension in accordance with project specifications.

*Outstanding Items:*

- o  2 pile framing locations on east side of wharf extension were not repaired due to lack of materials.

BEI6253
38599-0012

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
24 October 2001

## Sewer Pipe Insulation Jacket Repair:

- Location "f" on project drawing C1 has been repaired. Awaiting scaffolding installation on the other locations before insulator returns to complete repairs.

## Non-Conformance Items:

- NCR #01, Condition of coating not in compliance with paragraph 3.5.8.11 of the project specifications. Coating repair is required before acceptance. Further inspection will be conducted to define specific areas of repair. Testing to be performed on this area will include DFT, Holiday Testing, Hardness Testing and Adhesion Testing.

## Miscellaneous:

- Project teleconference was conducted; see Daily Report Addendum for details.
- Swalling started demob of equipment to lay down area.
- Swalling scaffolding crew continues to support electrician for CP demo and new circuit install.

Signature: _____
             J.R. Hardenbergh

BEI6254
38599-0012