## Matt Holmstrom

**From:**     Rendon, Paul LT [PRendon@pacnorwest.uscg.mil]

**Sent:**     Tuesday, October 23, 2001 12:54 PM

**To:**       'mholmstrom-bei@gci.net'; Bonney, Scott; 'Hardenbergh@alaska.coffman.com'

**Subject:** FW: Discussion items 10-24-01

some discussion items for tomorrow's teleconference call.

LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone:  (206) 220-7437
Fax:    (206) 220-7391

-----Original Message-----
**From:** Locher, Steven
**Sent:** Monday, October 22, 2001 4:11 PM
**To:** Paul Rendon
**Subject:** Discussion items 10-24-01

10-22-01
Discussion items to add to agenda for Wednesday's telcon.  Refer to Jerry's daily reports.

1. Status of crews (when will they demob):
-Scaffolding   ~ by 10/31          commission /by 11/8
-Electrical    —            CP
-Coatings      ~ by 10/28                              BENT3 1-3  NO HOLIDAYS
                                                      4 ¢5 RECOMMENDED LEVE
2. Status of Equipment                                 OF HOLIDAYS
-Scaffolding
-Blast         ALL STAYING ON ISLAND
-Coating/vacuum
               SWANLG TO PROVIDE LIST OF EQUIPMENT

3. Jerry's status — HERE O.K. MID-NOV.

3. Will we finish all outstanding items on the extension before we demob? (YES)
Per Jerry's list, are scaffolding clamps still in place on the extension?  If so, should we expect all the
outstanding items on extension be completed prior to demob of the crews?        LW TOFS BEGINNING
                                                                               OF NEXT WEEK ?

4. Under CP, location of NM1? Not clear on NM1. NOTMA MORNING DOLPHIN

5. We have come to agreement on completion of coating this year on bents 4 or 5.  What about the other
items on the work list? What is the plan as to how far we will go before we shut down for the year?
          -CP — CODED
          -Anodes
L ASH  — -Positive Circuitry
          -Pile framing
          -Sewer insulation repairs  ⇒ THIS YR.



BEI3616
38599-0012

**DAILY SUMMARY REPORT**



| BRECHAN ENTERPRISES | CONTRACT NO: | 32010 CG Task 007 |
|---|---|---|
| **LOCATION:** U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** Jerry R. Hardenbergh | **DATE:** | 25 October 2001 |

## General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Local Electric, Electrical and "dry" Cathodic Protection contractor.

Weather Conditions at 12:53 PM:

| | |
|---|---|
| **Wind** | from the NW (310 degrees) at 21 MPH gusting to 28 MPH |
| **Visibility** | 10 mile(s) |
| **Sky conditions** | clear |
| **Temperature** | 34.0 F (1.1 C) |
| **Windchill** | 10 F (-12 C) |
| **Dew Point** | 19.0 F (-7.2 C) |
| **Relative Humidity** | 53% |
| **Pressure** | 29.96 in. Hg |

## Coatings (Wharf Extension):

- All piles have been coated. Only outstanding items remain to be completed.
- No work performed.

**Outstanding Items:**
- Coat area where exothermic weld was ground off on pile 6D. Coat with SPC 1864 SG.
- Coat CP negative connection on pile 10D. Coat with SPC 1864 SG.
- Coat CP negative connection on pile 14D. Coat with SPC 1864 SG.
- Coat CP negative connection on pile 18C. Coat with SPC 1864 SG.
- Re-attach CP connection and recoat same area on pile 22C. Coat with SPC 1864 SG.
- Re-install sewer pipe insulation at pile 21A location.
- Re-install anode channel guard brackets and use rubber spacer.
- NCR 01.
- Repair coating holidays on bent 22.
- Weld ladder at pile 6A location.
- Pull anode conductor up to remove slack at 14D location.
- Repair coating damage at piles: 1A, 1B, 5A, 7A, 9D, 10A, 12B, 12C, 12D, 13C and 14C.
- Repair coating holidays on pile 5B, upper elevation, pile 2A on 4" pipe between 2A & 2B, also 4" pipe between 2B & 2C.
- Remove old sacrificial CP anode wire and hanger at bent 22.
- Remove scaffolding clamps from around piles at approximately 105' elevation.

BEI6270
38599-0012

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
25 October 2001

## Coatings (Original Wharf):

- Bent 2, environmental conditions within the containment area were controlled and allowed start of abrasive blasting at approximately 11:00AM. Piles A, B, C, D and batter piles at elevation 113' to 107' were blasted to an SSPC SP-10 Near-White Cleanliness. The surface condition and surface chloride test results of areas listed above were acceptable in accordance with project specifications.

- Coating application performed at 1:00PM. The finished coating displayed numerous visually apparent runs and sags. Holiday testing will be performed after 24 hours of cure.

- Holiday detection testing performed on bent 1, elevation 119' to 113'. Holidays on bent 1 were again repaired by "caulking" with SPC SP-2888 RG coating.

- Bent 5, installed adhesion test dollies on upper elevation, test results provided tomorrow.

- Reviewed contractor coating QC reports and retained in project documentation package.

### *Outstanding Items:*
- o  Coat CP negative circuit bonding connections along bent 1, 2 and 3 with SPC 1864 SG.
- o  Cut off pipe support angle at bent 2 & 3, install new galvanized angle support and coat weld areas with SPC 1864 SG. Existing pipe support angle is severely corroded and is not completely coated with new coating system.
- o  Re-attach anode conductor wire at pile 1C using new galvanized wire clamps.

## Cathodic Protection:

- Demo and installation of rectifier #4 and 5 positive circuit continues. Work is progressing satisfactorily in accordance with project specifications.

- Awaiting USCG response to recommended CP test point installation. See memo dated 10/19/01, CP Test Points.

### *Outstanding Items:*
- o  Install anode jbox at anode NM 1.

## Expansion Joint Repair:

- Expansion joint repair is complete and appears acceptable in accordance with project specifications.

## Under Pier Utilities:

- Abandoned electrical conduit has been identified and is currently being removed in conjunction with rectifier new positive circuit install.

BEI6271
38599-0012

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
25 October 2001

## Fender Pile & Related Work:

- All new piles and pile framing is installed on west side of wharf extension in accordance with project specifications.

### Outstanding Items:

- o  2 pile framing locations on east side of wharf extension were not repaired due to lack of materials.

## Sewer Pipe Insulation Jacket Repair:

- Location "f" on project drawing C1 has been repaired. Awaiting scaffolding installation on the other locations before insulator returns to complete repairs.

## Non-Conformance Items:

- NCR #01, Condition of coating not in compliance with paragraph 3.5.8.11 of the project specifications. Coating repair is required before acceptance. Further inspection will be conducted to define specific areas of repair. Testing to be performed on this area will include DFT, Holiday Testing, Hardness Testing and Adhesion Testing.

## Miscellaneous:

- Swalling indicated that high winds today prevented any work on the outstanding items.

- Swalling also indicated that with high low tides this week and the low air temps that they may not be able to complete the coating application on bent 5.

Signature: _____

J.R. Hardenbergh

Page 3 of 3

BEI6272
38599-0012

| | |
|---|---|
| **From:** | Jerry Hardenbergh [Hardenbergh@alaska.coffman.com] |
| **Sent:** | Tuesday, October 30, 2001 3:23 PM |
| **To:** | Mike Andersen |
| **Cc:** | Matt Holmstrom |
| **Subject:** | Surface Prep costs |

Mike, need costs for option 2. The surface prep we talked about. Need costs by Friday.

---------------------------------------------------------------------------

Option 2; Includes additional manpower, equipment and little extra time for moderate surface preparation that will result in a minimal level of holidays. The modified coating acceptance criteria is only applicable between pile elevations 119' and 116'. The acceptance criteria will be 2 or less holidays per lineal foot of weld; size not to exceed 1/8" diameter per holiday and cumulative length not to exceed ½ inch per foot of weld.

---------------------------------------------------------------------------

The above is your criteria.

Jerry Hardenbergh
USCG Kodiak Cargo Wharf Maintenance Project
Coffman Engineers
Project Office: 907-487-2360
Project Fax:    907-487-2362
Cell Phone:     907-654-0700

1

BEI7203
38599-0012

# MEMORANDUM



| To | Scott Bonney | Date | 30 October 2001 |
|---|---|---|---|
| Company | USCG ISC Kodiak | Project | Cargo Wharf Maintenance Project |
| From | Jerry Hardenbergh | Location | USCG ISC Kodiak, AK |
| Subject | Surface Preparation prior to coating application. | Project No. | DTCG50-00-D-643XX0 |

On 10/04/01 Swalling Construction started abrasive blasting on the original wharf H-pile supports. During the surface preparation inspection, after abrasive blasting, a large number of surface defects became very apparent. The majority of these surface defects are almost impossible to see without removing the old coatings and corrosion build-up. Basically, there is a lot more surface preparation required, before coating application, than anyone had anticipated.

The surface defects being encountered include: weld spatter, poor weld workmanship, very rough weld profiles, weld undercutting, column splice run-off tabs and areas requiring seal welding. The following photos show typical surface defects:



After abrasive blasting, the coating contractor then begins repairing the surface defects by grinding, flame cutting, air-arc scarfing and seal welding. An amount of grinding is expected by any coating contractor, however the amount of poor welding and lack of consideration for corrosion engineering design has resulted in an enormous amount of surface preparation.

IIC - 013523

USCG Kodiak Cargo Wharf Maintenance Project
Surface Preparation prior to coating application
30 October 01

The following photos show surface preparation, which includes the grinding, cutting and seal welding mentioned earlier. Also shown is the "caulking" coating applied to weld areas and areas inside the H-pile web that are difficult to coat.



The coating contractor is having difficulties obtaining a holiday free coating system on the H-pile splice weld locations. The only areas that are not passing the holiday testing are the welded areas; splice plate locations in the upper elevations.

The contractor has tried numerous times to coat the holiday areas and has spent an excessive amount of time trying to obtain a holiday free coating. But do to the nature of this coating system, accessibility and surface conditions; it's going to be difficult to achieve a holiday free coating at the H-pile splice locations.

After many discussions about the surface preparation difficulties, Coffman Engineers has developed three options for the CG to choose from, considering that it is their structure and money involved.

**Option 1**; Includes additional manpower, equipment and time to spend on extensive surface preparation and stripe coating welds to achieve no coating holidays. Very expensive option, est. 500,000 to complete remainder of wharf.

**Option 2**; Includes additional manpower, equipment and little extra time for a moderate surface preparation to result in a minimal level of holidays to remain. This would require establishing an acceptance criterion. The coating contractor is formulating a cost for this option.

IIC - 013524

USCG Kodiak Cargo Wharf Maintenance Project
Surface Preparation prior to coating application
30 October 01

**Option 3**; Includes no additional manpower, equipment and no extra time for a minimal surface preparation, resulting in a larger number of holidays. This would also require establishing an acceptance criterion. No additional cost.

Coffman Engineers would recommend option 2 surface preparation to be used. For the basis of recommending this option, we considered the following:

1. Location of splice. Above splash zone (most corrosive area), and is covered from rain and snow limiting the amount of moisture in contact with this area. There would most likely be some rust streaking after a few years.

2. Corrosion rates. The current corrosion found in this area is not excessive. There is no heavy pitting and appears to have sustained minimal steel loss.

3. New coating system. The surface preparation and new coating system that is being applied is most likely the best surface preparation and coating that this structure has ever had applied. The new coating has been achieving 2000-psi adhesion strengths and has held at 3500 psi on a sample plate. This coating is very difficult to disbond.

4. Similar applications. Most bridge and dock coating systems are not 100% holiday free. Typically a holiday free coating is required for immersion and not for atmospheric application.

With option 2 selected, we believe the CG cargo wharf coating system will still realize a 25-year life.

IIC - 013525

# SWALLING
# CONSTRUCTION
# COMPANY, INC.

AN EQUAL OPPORTUNITY EMPLOYER
GENERAL CONTRACTOR #AA179



SERVING ALASKA SINCE 1947

www.swalling.com
P.O. Box
ANCHORAGE, ALASKA
TELEPHONE
FACSIMILE
LOCATED

November 2, 2001

Brechan Enterprises
2705 Mill Bay Road
Via Fax 907-487-2587

Re:    October billing Kodiak Coast Guard Dock Facility Coatings

Gentlemen;

Attached is the billing and back up time cards for the above referenced project, the following is a break down of the extra work portion.

**H pile weld repair**
Labor 399.5 man hours x $65.00:                                              $25,967.50

Equipment / Materials
Flexi floats, 8 days rental @ $90.00 per day:                                $720.00
Work Skiff, 8 days rental @ $100.00 per day:                                 $800.00
Boom truck 8 days rental @ $160.00 per day:                                  $1,280.00
Forklift, 8 days rental @ $125.00 per day:                                   $1,000.00
Pickups 8 days rental @ $27.00 per day:                                      $216.00
Gensets, 8 days rental @ $100.00 per day:                                    $800.00
400 Amp Welder, 8 days @ 125.00 per day:                                     $1,000.00
Lube and fuel, 8 days @ $100.00 per.day:                                     $800.00
Room and Board, 40 days @ $45.00:                                           $1,800.00
Welding and consumables, 400 mhs @ $7.50 per hour:                          $3,000.00

Total for H pile repair                                                     $37,383.50

**CP scaffold installation**
Labor 197.5 man hours x $65.00:                                             $12,837.50

Equipment and materials
Work skiff, 5 days @ $100.00 per day:                                        $500.00
Boom truck, 5 days @ $325.00 per day:                                        $1,625.00
Fork lift, 5 days @ $250.00 per day:                                         $1,250.00
Consumables @ $2.50 per hour 197.5 man hours:                               $493.75

Total for scaffold                                                          $16,706.25

**Extra cad welding**
Labor, 15 man hours @ $65.00 per hour:                                       $975.00
Sincerely,

Grand Total                                                                 $55,064.75

Mike Andersen
Project Manager

BEI4503
38599-0012

FAXED
11/7/01
4:34 pm.

**From:**    Jerry Hardenbergh

**Sent:**    Saturday, November 03, 2001 5:31 PM

**To:**    Mike Andersen

**Cc:**    Matt Holmstrom; Stears, Dan

**Subject:** Fw: Surface Prep costs

Mike, I still need the costs that we spoke of for the additional surface prep. I was hoping to submit our recommendations last Friday. I need to submit my recommendations ASAP.

Also, if you have a different criterion in mind, I need to see that before we submit a cost. Again, I thought we had the criterion agreed upon when you, me and Tim met one day in my project trailer. I asked Tim about what he remembered about our meeting and he was also able to recite the same agreement as written below. So, Tim and I both remember the same criterion agreed upon to make this work for Swalling. That is what the meeting was for, to establish an acceptable level of holidays that would work for both Coffman and Swalling.

We need to get this settled very soon and I suggest a teleconference with Dan Stears, you and I.

Jerry
—— Original Message ——
**From:** Jerry Hardenbergh
**To:** Mike Andersen
**Cc:** Matt Holmstrom
**Sent:** Tuesday, October 30, 2001 3:22 PM
**Subject:** Surface Prep costs

Mike, need costs for option 2. The surface prep we talked about. Need costs by Friday.

---

**Option 2;** Includes additional manpower, equipment and little extra time for moderate surface preparation that will result in a minimal level of holidays. The modified coating acceptance criteria is only applicable between pile elevations 119' and 116'. The acceptance criteria will be 2 or less holidays per lineal foot of weld; size not to exceed 1/8" diameter per holiday and cumulative length not to exceed ½ inch per foot of weld.

---

The above is your criteria.

Jerry Hardenbergh
USCG Kodiak Cargo Wharf Maintenance Project
Coffman Engineers
Project Office: 907-487-2360
Project Fax:   907-487-2362
Cell Phone:    907-654-0700

BEI6602
38599-0012



**SWALLING CONSTRUCTION COMPANY, INC.**
AN EQUAL OPPORTUNITY EMPLOYER
GENERAL CONTRACTOR #AA179



SERVING ALASKA SINCE 1947

P.O. Box 10039
ANCHORAGE, ALASKA 99510-1039
TELEPHONE (907) 276-5401
FACSIMILE (907) 274-6002
LOCATED AT 285 F St.

November 5, 2001

Jerry Hardenbergh
Brechan Enterprises
2705 Mill Bay Road
Via Fax 907-487-2587

Re: Kodiak Coast Guard Cargo Wharf Facility.

Gentlemen;

Attached are the costs for the weld repair, bracket removal and weld caulking for the above referenced project. Our price is based on allowing 12 each pinhole type holidays in the coatings around the welds per H pile from elevation 119 to 116. These criteria would allow up to 12 holidays, even if they were in a 1 ft. Area.

The coatings would be holiday free from elevation 116' to 107', I feel that this is a fair resolution to pinhole problem. As you are aware the majority of the holidays or pinholes occur at elevation 118' to 116' where the H pile is spliced together and a splice plates are attached.

Mike Andersen
Project Manager
Nace Certified Coatings Inspector #3661

BEI4176
38599-0012

*PRICE FOR CONTRACT THIS YEAR.*

Attached is the REVISED "estimate" for additional costs to Phase I of the project. It is based on the following:

- Build two additional sets of scaffolding beyond what we have on site to facilitate repair work being completed ahead of blasting and painting. This scaffold is figured similar to what you are currently using, i.e., scaffold under work areas only-no scaffold between bays for capturing materials.
- Sand blasting ahead of contract work using 375 compressor and two 6-bag blast pots. An additional crew would probably do work. They would also become part of the grinding crew. Productivity is 8 crew hours for a 4 man crew to include set up, blasting, and clean up since you will probably remove what sand is left on stage after blasting. An area is basically 2 – 4 pile bents us shown attached.
- Bracket removal is based on 8 brackets per cell. 12 cells remaining
- Welding repair is based on 20 lf per cell
- Grinding is based on maximum of 20 man hours per cell
- Caulking is based on a maximum of 8 man hours per cell
- Re-prep and re-spray is not included in this work. No re-prep will be done on any bents except for holidays caused by insufficient coatings coverage.
- Materials are estimates. Additional paint is the 25% we are overrunning to date Due to additional coatings to try and prevent holidays.
- Overhead equipment is based on the job requiring 2 additional weeks to allow for fabrication of additional scaffold and start up of steel preparation crew
- Work equipment is based on additional usage required for new work
- Overhead is based on an additional 2 weeks on the job. I did not included time to demob/mob for next year, a freight trip for the compressor. I did include 1 truckload of new freight.
- I have included no cost for equipment rental over the winter or storage fees. CG to supply secure storage area for equipment and heated storage if necessary for coatings materials.
- I have not included any cost for re-work of scaffold for areas that may get scaffold prior to shut down and no work is done on them. I assume that the brackers could stay on but all of the scaffold will have to be removed prior to demob
- I have not included the work already completed to date.
- This estimate is essentially based on having a seperate crew going out in front of the blast and paint crew to do the initial prep work. It does not include any contract time for interference with our original work or rework of areas due to holidays caused by weld or grinding defects.
- There is overhead and profit at 25% (same as original)

BEI4177
38598-0012



**WEEKLY SUMMARY REPORT**

| BRECHAN ENTERPRISES | CONTRACT NO: | 32010 CG Task 007 |
|---|---|---|
| **LOCATION:** U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** Jerry R. Hardenbergh | **DATES:** | 05 November 2001 |

## General:

**Total estimated project completion for 2001: 68%**

Sub-contractors on site:
- Swalling Construction; Coating contractor.
- Local Electric; Electrical and "Dry" Cathodic Protection contractor.

## Safety

- No lost time accidents to date.☺

## Coatings (wharf extension):

- Completed production coating on wharf extension. Only outstanding items and NCR remain to be completed.

- Swalling construction has demobed all coating equipment and has shutdown coating activities for remainder of this year. Coating personnel have demobed and returned to Anchorage.

- Swalling has left a partial scaffolding crew on-site to support the electricians, insulators and finish non-coating related outstanding items.

- All outstanding items should be completed by next week with the exception of NCR 01. NCR 01 coating repair was not completed for reasons unknown.

| | | |
|---|---|---|
| Square feet coated this week: | 1775 | |
| Total square feet coated: | 7800 | |
| **Estimated percent complete:** | **99%** | **on wharf extension only.** |

## Coatings (original wharf):

- All production coating on original wharf has been stopped. Again, all coating equipment and personnel have demobed.

- Bents 1 and 2 have been completely coated, however outstanding items do exist in this area. Bents 3, 4 and 5 have not been completely coated, and outstanding items exist there also.

BEI5950
38599-0012

Weekly Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
05 November 2001

## Cathodic Protection:

- Installation of the CP positive circuit and additional test point locations is approximately 90% complete. CP System commissioning to follow, possibly to start next weekend. Work is progressing satisfactorily in accordance with project specifications.

Total number of anodes installed:   12
**Estimated percent complete:   72%**

## Expansion Joint Repair:

- Expansion joint repair has been completed and appears acceptable in accordance with project specifications.

## Under Pier Utilities:

- Abandoned electrical conduit has been identified and is currently being removed in conjunction with rectifier new positive circuit install. This work should be completed with the completion of the CP system install.

## Fender Pile & Related Work:

- All fender piles and pile framing is 100% complete on the west side of wharf extension. 2 pile framing locations are not complete on the east side of wharf due to lack of materials.

## Sewer Pipe Insulation Jacket Repair:

- Location "f" on project drawing C1 has been repaired. Awaiting scaffolding installation on the other locations before insulator returns to complete remaining repairs. Scaffolding should be installed this week and insulator to arrive by weekend.

## Non-Conformance Items:

- NCR #01, Condition of coating not in compliance with paragraph 3.5.8.11 of the project specifications. NCR 01 was not completed and appears that it will not be completed this year.

BEI5951
38599-0012

Weekly Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
05 November 2001

## Miscellaneous:

- Coffman Engineers has written a memo regarding the coating surface preparation issue on the original wharf. The memo has not been distributed as Coffman Engineers is waiting on Swalling construction to estimate a cost for the recommended surface preparation.

## Action Items and One-Week Look Ahead:

- Complete CP system install and commission system.
- Complete outstanding items as defined in the daily reports.
- Submit coating surface preparation recommendations to CG.
- Complete sewer jacket insulation repair.
- Provide a basic "how to" instructions for taking rectifier readings.
- Demob J. Hardenbergh and equipment provided by Coffman Engineers.

Signature: _____
                  J.R. Hardenbergh

BEI5952
38599-0012

**From:** Jerry Hardenbergh

**Sent:** Thursday, November 08, 2001 5:20 PM

**To:** Stears, Dan; Matt Holmstrom

**Subject:** Fw: Surface Prep Costs

FYI

—— Original Message ——
**From:** Mike Andersen
**To:** 'Jerry Hardenbergh'
**Sent:** Thursday, November 08, 2001 4:49 PM
**Subject:** RE: Surface Prep Costs

Hi.Jerry,

The estimate that I sent you is for bent 6 thru 15, I refaxed the billing for the weld repair for bents 1 thru 5 which was about $37,000.00.
PS
SCCI got a new server so our email is working fine again.

    -----Original Message-----
    **From:** Jerry Hardenbergh [mailto:Hardenbergh@alaska.coffman.com]
    **Sent:** Thursday, November 08, 2001 3:14 PM
    **To:** Mike Andersen
    **Subject:** Surface Prep Costs

    Mike,
      I have your additional surface prep estimate and is this only for 1 thru 15 bents? or the entire wharf?

    Jerry Hardenbergh
    COFFMAN ENGINEERS
    USCG Kodiak Cargo Wharf Maintenance Project
    Project Office: 907-487-2360
    Project Fax:    907-487-2362
    Cell Phone:    907-654-0700

BEI6603
38599-0012

9/28/04

DAILY SUMMARY REPORT



| BRECHAN ENTERPRISES | CONTRACT NO: | 32010 CG Task 007 |
|---|---|---|
| LOCATION: U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | PROJECT TITLE: | CARGO WHARF MAINTENANCE |
| INSPECTOR: Jerry R. Hardenbergh | DATE: | 13 November 2001 |

## General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Alaskan Insulation, Insulation contractor

Weather Conditions at 3:53PM:

**Wind** from the NNW (330 degrees) at 20 MPH gusting to 26 MPH

**Visibility** 10 mile(s)

**Sky conditions** clear

**Temperature** 36.0 F (2.2 C)

**Dew Point** 24.1 F (-4.4 C)

**Relative Humidity** 61%

**Pressure** 29.04 in. Hg

## Coatings (Wharf Extension):

- All piles have been coated. Only outstanding items remain to be completed.
- No work performed.

**Outstanding Item(s):**
   o Re-install sewer pipe insulation at pile 21A location.
   o NCR 01.
   o Repair coating damage on piles 21B, 20A, 19A, 19B, 9C, 5B, 1A, 1B and 1C.
   o Anode channel guard is not clamped tight to pile 2D. Rubber spacer is needed.
   o New anode channel guard is required at pile 14D.
   o Anode channel guard 22C requires new-galvanized nuts and bolts; also connect both upper and lower channels together.
   o Remove scaffolding clamp on pile 10D.

## Coatings (Original Wharf):

- No work performed.

**Outstanding Item(s):**
   o Cut off pipe support angle at bent 4, install new galvanized angle support and coat weld areas with SPC 1864 SG. Existing pipe support angle is severely corroded and is not completely coated with new coating system.
   o Re-attach anode conductor wire at pile 1C using new galvanized wire clamps and bolts.
   o Properly abrasive blast and coat the backside of pipe support angle at bent 2 or install galvanized pipe support angle.
   o Bent 1 and 2 holidays to repair.
   o Bent 3, 4 and 5, elevation 113' to 107' not blasted and coated, holidays to repair at elevation 119' to 113'.

Page 1 of 3

BEI6077
38599-0012

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
13 November 2001

## Cathodic Protection:

- None.

***Outstanding Item(s):***
    o Wharf Extension; Pile 22C, underwater portion of anode channel guard is not clamped to the pile.

## Expansion Joint Repair:

- Expansion joint repair is complete and appears acceptable in accordance with project specifications.

## Under Pier Utilities:

- Abandoned electrical conduit has been identified and is currently being removed by Swalling and Local Electric.

## Fender Pile & Related Work:

- All new piles and pile framing is installed on west side of wharf extension in accordance with project specifications.

***Outstanding Item(s):***
    o 2 pile framing locations on east side of wharf extension were not repaired due to lack of materials.

## Sewer Pipe Insulation Jacket Repair:

- Insulation contractor arrived at 7AM and was orientated to project by Brechan Construction Superintendent. Swalling Construction is supporting insulator with misc. labor and scaffolding.

- High winds slowed work progress today. Location "a" on project drawing C1 has been repaired.

## Non-Conformance Item(s):

- NCR #01, Condition of coating not in compliance with paragraph 3.5.8.11 of the project specifications. <u>Coating repair is required before acceptance.</u> Further inspection will be conducted to define specific areas of repair. Testing to be performed on this area will include DFT, Holiday Testing, Hardness Testing and Adhesion Testing. In accordance with the coating manufactures instructions, the size of this repair area requires abrasive blasting and spray coating application.

BEI6078
38599-0012

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
13 November 2001

## Miscellaneous:

- J. Hardenbergh and M. Holmstrom spent most of day in Anchorage at Coffman Engineers office attending a project completion/surface prep resolution meeting with Swalling Construction.

- Swalling added one more person for labor. Demo some CP conduit before high winds stopped work.

Signature: _____

J.R. Hardenbergh

Page 3 of 3

BEI6079
38599-0012

# USCG ISC Kodiak Alaska
# Cargo Wharf Maintenance Project

## November 13, 2001 Project Meeting Agenda

Intro – History of Project
1. H-Pile Surface Preparation and Analysis of Swallings Surface Preparation Estimate
2. Project Schedule
3. Replacement Anode
4. Billing (October Pay Request)
5. Outstanding Items

## 1. H-Pile Surface Preparation

1.1. Issue of additional prep work was raised by Swalling first of October to achieve an acceptable level of surface preparation.

1.1.1. Level of performance was lowered in recognition of the H-pile conditions.

1.2. Acceptable criteria shall be as follows: The modified coating acceptance criteria is only applicable between pile elevations 119' and 116'. The acceptance criteria will be 2 or fewer holidays per lineal foot of weld; size not to exceed 1/8" diameter per holiday and cumulative length not to exceed ½ inch per foot of weld. In case of conflict or questions in regards to acceptance of coating system, the ultimate determination of number and size of holidays will be determined by the USCG QA on-site representative.

1.3. A maximum of 100K may be available for additional surface preparation to complete up to bent 15.

1.4. Analysis of Swalling's Surface Preparation Estimate:

| Swalling's Total Proposed Cost for Bents 6 - 15 | 249,432.00 |
| --- | --- |
| Additional Scaffolding and Scaffolding Labor; No Mark-up | 56,320.00 |
| Additional Steel Preparation; Pre-Blast areas, 34' per pile x130 piles x 2" wide blast pattern = 736 sq.ft., 47.1mh | 2,355.00 |
| Remove Brackets | 18,000.00 |
| Welding; Total of 240 lf, .25mh per ft. of weld =60mh (.85mh per lf of weld?) | 3,000.00 |
| Grinding; 10 mh per cell (note on spreadsheet, 20mhx12cells = 240mh, not 280mh) | 6,000.00 |
| Caulking | 4,800.00 |

BEI4165
38599-0012

| | |
|---|---:|
| **Equipment; On-site**, 6 ton blast pot | 375.00 |
| Sand Vac | Not Needed |
| Spray Equipment | Not Needed |
| Air Cooler | 250.00 |
| Air Dryer | 188.00 |
| **Equipment; Working** | Part of original contract |
| **Overhead; General Superintendent** | Part of original contract |
| Remainder of overhead, assuming 4 "extra" men on surface preparation. No Mark-up. | 18,025.00 |
| **Rough Recalculated Total Costs:** | **119,943.60** |

## 3. Replacement Anode

3.1. Anode 6D on wharf extension was replaced due to lead wire dropping into water, wicking into conductor and damaging anode assembly.

3.2. Swalling's crews were warned repeatedly not to let the anode lead wires drop into the water.

3.3. Costs to replace anode 6D on the wharf extension are $4,756.98 will be deducted from Swalling pay request.

*GET COPY OF*
*OFFSHORE RIVES*
*INVOICE TO* *Swalling's*

## 4. October Billing Reduction

4.1. Analysis of Swalling's October Pay Request:

| | |
|---|---:|
| **Swalling's Total October Pay Request** | **149,176.00** |
| **Original Contract; Pipe Piles**, blast & paint reduced to 99% complete | 0 |
| **H-Pile**; Install Scaffold, scaffolding completed on bents 1 & 2, did not complete bents 3,4 and 5. 15 piles/130 piles total= 24 % | 2,250.00 |
| Blast and Paint, bent 1 & 2 = 15 piles, 2400 sq.ft. – 10% = 2160 sq.ft. Bent 3, 4 & 5 =16 piles, 2550 sq.ft. – 60% = 1024 sq.ft. Total = 3184 sq.ft. =15% of total coatings. | 36,862.50 |
| **Installation of scaffold for CP**; Cannot verify due to submitted timesheets have line item blacked out. Bents 1 – 15 are Swalling's responsibility. | 16,706.25 |
| **Welding Repair, Grinding & Caulking**; Per contract no change orders are allowed, CG must approve surface preparation option. Also, timesheets indicate 391.5 hrs, not 399.5 as billed. Part of this bill is work that is included in the original scope of work. Should not be billing for 100% of surface prep work. | 0 |
| All equipment and materials, with the exception of welding consumables, should be in the original scope of work. *Justify amount. Note: welding consumables 391.5 mh per timesheets, not 400 mh | 0 |

*SCAFFOLDING WORK DONE – WON'T BE BILLED NEXT YEAR*

BEI4167
38599-0012

## USCG ISC Kodiak Alaska
## Cargo Wharf Maintenance Project

### 5. Outstanding Items

5.1. See Coffman Engineer's daily reports for a list of outstanding items that were not completed and were scheduled to be fixed before demob.

5.2. Withholding monies for outstanding items.



COFFMAN
ACTION
QUARTER?

conf. Rep

ORDER COSB TO BEI ?

1) END PUMP PLACE

2) LANDFILL DISPOSAL FEE

*

BEI4166
38599-0012

Brechan Enterprises, Inc.
11/13/01 Meeting Summary
Anchorage, Alaska

Those present:  Matt Holmstrom, JOC project manager, Coffman, Swalling.

1) Additional prep work on "H"
   A.  Swalling has estimated $249,000 additional bents 6-15.  Coffman
       reduced Swalling's cost to $120,000.  Swalling to review their
       estimated costs and respond to BEI by 12/03/01.
   B.  Swalling has requested $37,000 additional for bents 1-5.  Swalling
       is reviewing their estimate for reasonableness.

2) Project schedule
   2.1.2001 Project Schedule
      2.1.1.  7/9 to 10/1 proposed by Swalling on 6/22.\
      2.1.2.  Impacts of not meeting schedule this year
              2.1.2.1.  QA cost increased – USCG funded based on
                        6/22 schedule.
              2.1.2.2.  Sewer Jacket and CP installation have been
                        delayed.
              2.1.2.3.  USCG not confident in our ability to
                        complete balance in one
                        summer.
   2.2      2002 Project Schedule start work date April 29, 2002.
   2.3      Completion of bents 1 thru 15, including outstanding items,
by June 30.
   2.4      Completion of bents 16 thru 33 (if approved) by September
            15, 2002.
**Swalling to review 2001 progress to make a more accurate 2002 Schedule.**

BEI4501
38599-0012