

**SWALLING
CONSTRUCTION
COMPANY, INC.**
AN EQUAL OPPORTUNITY EMPLOYER
GENERAL CONTRACTOR #AA179



SERVING ALASKA SINCE 1947

www.swalling.com
P.O. Box 101039
ANCHORAGE, ALASKA 99510-1039
TELEPHONE (907) 272-3461
FACSIMILE (907) 274-6002
LOCATED AT 235 F ST.

December 21, 2001

Matt Holmstrom
Brechan Enterprises
2705 Mill Bay Road
Via Fax 907-437-2587

Re:       Kodiak Coast Guard Dock Facility Coatings

Subject:  Changed Condition Costs

Gentlemen:

In response to our meeting on November 13, 2001 we have reviewed the additional preparation required for coatings work for the Cargo Wharf project and offer the following two options.

## Option #1 Revised Proposal Pricing – Original Scope of Preparatory Work – Lump Sum $227,542.00 (Phase I Only)

Following the 11/13 meeting we reviewed our original proposal and offer the following changes and comments:

**Changes:**
- Reduced the pre-blast work by 25% to allow for cost benefit the contract blasting will receive since portions of the existing coatings will be removed in this process. Areas pre-blasted for welding and grinding repairs will have to be re-blasted due to tide cycles and time between weld prep and paint prep blasting.
- Reduced the grinding prep work by 5 man-hours per cell (2 bent area). As discussed in the 11/13 meeting Swalling anticipated some handwork for steel preparation in the original contract.
- Overhead and indirect costs associated with the above are reduced accordingly

**Comments:**
- Additional paint materials are being applied to the weld areas that have pin-hole (holiday) problems, which increases the usage and cost of the materials to the original contract.
- Portions of the equipment will be utilized for the project an additional two weeks due to the weld repair work. This equipment usage is not included in the original contract and is compensable. Working equipment is charged at working rate.
- Other equipment on site will be required to be on site an additional two weeks due to the increased work scope. This equipment time is compensable. This equipment is charged at 50% of the working rate as standby.
- The project superintendent will also be required on site an additional two weeks and is compensable
- We have included additional overhead and profit for the additional work required

BEI4139
38599-0012

Changed Condition Costs Pg. 2

- Our anticipated schedule for the work is May 1st to July 15th.
- We do not accept that liquidated damages will apply since they were not included in our original contract.

## Option # 2 Proposal utilizing caulking in lieu of weld repair, bracket removal, and seal welds – Lump Sum $ 128,835  (Phase I Only)

We discussed the as-built conditions of the dock with our current coatings supplier, SPC Coatings, as well as Sherman Williams, the supplier of the coatings material used on the test coatings application on the fuel dock. Both have provided recommendations on ways to potentially reduce the cost of the preparation work. A copy of their recommendations is attached for your review. Unfortunately, neither supplier is able or willing to guarantee their recommended products will provide a holiday free (pin-holes) application in the field, as these products are essentially untested for this purpose. We have also discussed the recommendations of the coatings' suppliers with Coffman Engineers and have come to the agreement that the best procedure available in lieu of removing the brackets and repairing the defective welds is caulking the areas in questions.

Attached you will find a proposal based on utilizing SP-2380, a product supplied by SPC, to caulk the areas in question in lieu of the weld repair work included in Option #1. A copy of the materials data sheet for SP-2380 is attached for your use and approval. It is our understanding that the Coast Guard requested a separate proposal utilizing an alternate method of repair. This proposal represents a lesser-cost method of repair for the owner to consider. The owner, and his agent, is fully responsible for determining the adequacy of the repair methods proposed.

### Terms and Conditions:

- Provide one additional set of scaffolding to help prevent potential delays caused by additional preparation work
- Allow 10 man-hours per cell, or 5 man-hours per bent, for grinding and/or rewelding defective welds. After sandblasting we will inspect the area with the owner or his designated representative and determine which weld repairs have priority. Our proposal is based on doing a maximum of 5 hours preparatory grinding work and/or rewelding on welded connections on any given bent. It will be the responsibility of the owner, or his representative, to indicate which welds have priority.
- Allowed for 3200 lf of caulking work. This is based on the total LF of welded connections on this phase of the work. As a part of this proposal we plan on leaving the existing scaffold brackets in place and caulking the areas that currently are not welded.
- Allowed for additional paint materials to be utilized to spray additional coatings at areas where pin-holing is likely
- Added 24 days to the schedule to allow for the additional work. This additional time is due to the actual additional preparation work to the contract and the impact on the schedule caused by this increased work scope. The work under the dock is essentially controlled by tidal activity. We anticipate that the additional preparation work will consume 2 to 4 crew hours of critical tidal time at every bent. This will reduce the amount of surface we can effectively complete on a bent on any given day. This will delay completion of the work. We have estimated that each of the lower sections of each bent on the dock will be delayed by one day.

BEI4140
38599-0012

Changed Condition Costs Page 3

- This proposal is based on holiday testing for coating thickness only. No holidays (pin-holes) at connections will be repaired. The Contractor and/or the coatings supplier will not be held responsible for coating performance related to pin-hole problems.
- A signed change order with the change in the specifications will be required prior to start of work.
- Our anticipated schedule for the work is May 1st to July 15th.
- Liquidated damages will not apply since they were not included in our original contract.

Neither of these options includes the preparatory work directed by Brechan for bents 1 through 5. These have been billed separately. This proposal is valid for 30 days.

If you have any questions please contact Mike Anderson or me.

Sincerely,
SWALLING CONSTRUCTION CO., INC.

Andrew Romine
Operations Manager

BEI4141
38599-0012

## F and R Inc.

**From:**    "Matt Holmstrom" <mholmstrom-bei@gci.net>
**To:**    "Mike Martin" <mrmartin@gci.net>; "Bill Oliver"
**Sent:**    Thursday, December 27, 2001 10:35 AM
**Subject:**    FW: ISC Proposals

Mike/Bill - please see what Anita Repanich says below regarding the Cargo Pier coating. Again, I believe FDC
will stand by Brechan...she says it below. I'm moving forward with a letter to Swalling summarizing current pay
status and discussing a cost-effective approach for the H pile preparation. Matt

-----Original Message-----
**From:** Repanich, Anita [mailto:ARepanich@pacnorwest.uscg.mil]
**Sent:** Thursday, December 27, 2001 10:07 AM
**To:** 'Matt Holmstrom'
**Subject:** RE: ISC Proposals

that works for me.

In regards to the cargo pier I don't think Paul/Jerry and I really answered your concerns.  We just talked about
them.  Let me try again.  I don't think you could have overpaid swalling as you just pay what is requested and we
approve that amount/progress and pay.  If they have been overpaid, then we (all of us) overpaid.  Fine.

About the 100K you have hanging out there, I can see Bill Oliver's concern.  Technically, if we don't award the
second half, I guess we could stick you with it.  That would not be right though.  If we didn't tell you to get pricing
as a whole project, we would have if you had asked.  We represented it to you as one project and then just broke
out the portion we could afford the first year.  We have all seen this as one project, for you to get pricing that way
was right.  And for you to write the contract the way you did made sense too.  For Swalling to want all those costs
upfront is probably right too.  Now the only way I can see this being a problem is if for some reason the second
phase didn't come through, if we changed our mind.  If that were to happen it would be my opinion that we need
to square that 100K away with you.  It would not be fair to stick you with it.  This was not a good project for you
guys anyway.  It has turned out to be heavy administration on Brechans part, really just a pass through and all
you've benefited from is the coefficient.  My second favorite thing to say is "Just because we can doesn't mean we
should or that it is the right thing to do".  This one really drives the attorney here nuts.  (My first is "it's all about the
relationship", he hates that one too)

There is incentive for us as well as for Swalling to get back in there and find a good fix for this.  It is our intention
to complete the project this summer.

Hope you had a good Christmas.  Ours was great.  It was sunny here the whole week.  My husband was helping
to put the Christmas tree up in the church (40 ft) on Saturday and the tree started to fall and he strained his back,
then he got the flue on Christmas Eve.  But you can't have everything.  My son says it was the best Christmas
ever, course he still believes in Santa.

-----Original Message-----
**From:** Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
**Sent:** Friday, December 21, 2001 3:21 PM
**To:** Repanich, Anita
**Subject:** RE: ISC Proposals

Merry Christmas Anita - Thanks for the update.  Here's the way I see the ISC proposals playing out:

Both the Bldg. 26 CGES remodel and Bldg. 576 ESU remodel have costs well over $100k.  Therefore
I've told our main subcontractors (Tundra Plumbing and Puffin Electric) to redo their proposal in the Means
format.  Our revised submittal date for both of these projects is 1/7/02.

The Lake Louise seal coat project cost proposal is in the $120k range.  I'll try to have it submitted the end
of next week.

Barracks 8 laundry proposal will be submitted the end of next week.

Thanks again.  matt

BEI5202
38599-0012

12/27/2001

## Matt Holmstrom

| | |
|---|---|
| **From:** | Repanich, Anita [ARepanich@pacnorwest.uscg.mil] |
| **Sent:** | Thursday, December 27, 2001 10:07 AM |
| **To:** | 'Matt Holmstrom' |
| **Subject:** | RE: ISC Proposals |

*CARGO PIER*

that works for me.

In regards to the cargo pier I don't think Paul/Jerry and I really answered your concerns. We just talked about them. Let me try again. I don't think you could have overpaid swalling as you just pay what is requested and we approve that amount/progress and pay. If they have been overpaid, then we (all of us) overpaid. Fine. About the 100K you have hanging out there, I can see Bill Oliver's concern. Technically, if we don't award the second half, I guess we could stick you with it. That would not be right though. If we didn't tell you to get pricing as a whole project, we would have if you had asked. We represented it to you as one project and then just broke out the portion we could afford the first year. We have all seen this as one project, for you to get pricing that way was right. And for you to write the contract the way you did made sense too. For Swalling to want all those costs upfront is probably right too. Now the only way I can see this being a problem is if for some reason the second phase didn't come through, if we changed our mind. If that were to happen it would be my opinion that we need to square that 100K away with you. It would not be fair to stick you with it. This was not a good project for you guys anyway. It has turned out to be heavy administration on Brechans part, really just a pass through and all you've benefited from is the coefficient. My second favorite thing to say is "Just because we can doesn't mean we should or that it is the right thing to do". This one really drives the attorney here nuts. (My first is "it's all about the relationship", he hates that one too)

There is incentive for us as well as for Swalling to get back in there and find a good fix for this. It is our intention to complete the project this summer.

Hope you had a good Christmas. Ours was great. It was sunny here the whole week. My husband was helping to put the Christmas tree up in the church (40 ft) on Saturday and the tree started to fall and he strained his back, then he got the flue on Christmas Eve. But you can't have everything. My son says it was the best Christmas ever, course he still believes in Santa.

-----Original Message-----
**From:** Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
**Sent:** Friday, December 21, 2001 3:21 PM
**To:** Repanich, Anita
**Subject:** RE: ISC Proposals

Merry Christmas Anita - Thanks for the update. Here's the way I see the ISC proposals playing out:

Both the Bldg. 26 CGES remodel and Bldg. 576 ESU remodel have costs well over $100k. Therefore I've told our main subcontractors (Tundra Plumbing and Puffin Electric) to redo their proposal in the Means format. Our revised submittal date for both of these projects is 1/7/02.

The Lake Louise seal coat project cost proposal is in the $120k range. I'll try to have it submitted the end of next week.

Barracks 8 laundry proposal will be submitted the end of next week.

Thanks again. matt

-----Original Message-----
**From:** Repanich, Anita [mailto:ARepanich@pacnorwest.uscg.mil]
**Sent:** Friday, December 21, 2001 8:26 AM
**To:** 'mholmstrom-bei@gci.net'
**Subject:** ISC Proposals

BEI4117
38599-0012

12/27/01

Matt,

I checked with my leaders yesterday and the spend down has indeed came and went. Dollars were pulled from the 15th and spenddown recorded from that. We met Kodiak's spendown through our projects with you.

I'm really sorry nobody told you that. We've been patting ourselves on the back since the 17th and your still scrambling around getting numbers....finish those proposals when you finish them. This is not a priority. I will be out of the office till the 27th and they will sit on the fax til then. That's not to say I'll do anything much with them other than compare to the Gov est. that day anyway.

I should have written this on the 17th. We exceeded our spendown. Thanks Matt, we do that through you. You make us look good here.

Have a great Christmas. Later this afternoon I'm taking my girl scout troop Christmas Caroling at one of the outdoor shopping centers in our area. They're wild and allways fun. Then taking the day after Christmas off to go shopping with my daughter. She's 10, doesn't believe in Santa anymore and has requested gift cards from stores. We've never come downtown shopping/lunch for a day so that will be fun....and it's the big sale day. She cracks me up with going from being 5 to 15 within minutes of each other.

Heard it's really cold up there and real windy. As allways, it's beautiful here in Seattle  :)
Anita

BEI4118
38599-0012

12/27/01



**BRECHAN ENTERPRISES, INC / GENERAL CONTRACTORS**
2705 MILL BAY ROAD • KODIAK, ALASKA 99615

December 31, 2001

Andy Romine, Operations Manager
Swalling Construction Co., Inc.
P.O. Box 101039
Anchorage, AK 99510-1039

Subject: USCG Cargo Wharf Maintenance Project;
Pay Request Status

Dear Andy:

Please consider this in response to your letter dated December 18, 2001. We attempted to invoice the Coast Guard in November per your pay request.

## ORIGINAL CONTRACT WORK

The Coast Guard believes they have over paid Brechan Enterprises by approximately $62,000 for the amount of pile recoating accomplished to date in the original contract. The Coast Guard's position is as follows: Swalling's proposal of $1,533,000, based on 40,000 sf of pile, results in a per sf cost of $38.32/sf. The Coast Guard agrees that Swalling has successfully coated 7,400 sf of pile on the cargo wharf extension and 3,200 sf on the original wharf for a total of 10,600 sf. Therefore the Coast Guard believes they should only have paid for 10,600 sf x $38.32/sf or $406,192. Brechan Enterprises has paid Swalling $468,078 to date for original contract work.

**This results in overpayment of $61,886.**

## ADDITIONAL WORK

We have the following additional work items:

A. Additional scaffolding for $12,330. This was paid with check # 29364 dated November 2, 2001.
B. Additional scaffolding for $16,706, detailed in your letter dated November 2, 2001. As discussed during our meeting on November 13, 2001, we could not tell if some or all of this scaffolding was within bents 1 – 15. Any of these scaffolding costs would be Swalling's *responsibility.* We have asked Coffman Engineers to review your billing.
C. H pile weld repair for $37,384, detailed in your letter dated November 2, 2001. These costs are justified and have been forwarded to the Coast Guard for a change to the Contract.
D. Cad welding on H pile for $975, detailed in your letter dated November 2, 2001. As discussed in our November 13 meeting these costs are part of the original contract work.
E. Work for $13,017.50, detailed in your letter dated November 30, 2001. These costs are justified and have been forwarded to the Coast Guard for a change to the Contract.
F. Test blasting at the fuel pier for $7,100, detailed in your letter dated November 3, 2001. *These costs are justified* and have been forwarded to the Coast Guard for a change to the Contract

PHONE: 907.486.3215 • FAX: 907.486.4889
ALASKA BUSINESS #001858 • ALASKA CONTRACTORS #AA441
*We Are An Equal Opportunity Employer*

BEI8254
38599-0012

Total additional work pending is $57,501.50.

## ADDITIONAL QA REPRESENTATIVE COST

Based on your schedule dated June 22, 2001, the Coast Guard authorized funds for a QA representative. Brechan Enterprises hired Jerry Hardenbergh for *Coffman's original* quality assurance fee of $42,300.00, was based on Jerry Hardenbergh being on site from the first week of July through the first week of October. Jerry departed Kodiak on November 20th. This was partially due to initial unrealistic scheduling and partially the fault of the coating subcontractor's. The Coast Guard proposes to split the estimated increase of $50,000.00 with Brechan Enterprises.

Brechan Enterprises *is back charging Swalling for $25,000.*

## SUMMARY

| | | |
|---|---|---|
| Original contract overpayment | ($61,886) | 57,863 |
| Additional work pending payment | $57,502 | |
| Additional QA costs | ($25,000) | |
| Total pending payment | ($29,384) | |

If you have questions or require additional information *please call me at 487-2223.*

Sincerely,

BRECHAN ENTERPRISES, INC.

Matt Holmstrom, P.E.
Project Manager

BEI8255
38599-0012

## Jarrell, Amy (Perkins Coie)

| | |
|---|---|
| **From:** | Stears, Dan [Stears@alaska.coffman.com] |
| **Sent:** | Thursday, January 03, 2002 3:34 PM |
| **To:** | 'Matt Holmstrom' |
| **Cc:** | Hardenbergh, Jerry |
| **Subject:** | RE: cargo pier H pile prep costs |

Matt,

All things considered, I think the proposal is reasonable if they agree to
the 5 items that I listed below. Note: Please change #4 to read "Visible
defects (pinholes) at the
connections will be repaired." (Remove the word no). Feel free to forward
my comments to the USCG after you correct #4.

Dan

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Thursday, January 03, 2002 10:55 AM
To: Stears, Dan
Subject: RE: cargo pier H pile prep costs


Dan - thanks for the quick response. Jerry H. called me yesterday afternoon
and we had a good visit. Are you saying that Swalling's cost for Option 2
is fair & reasonable? Jerry mentioned something about Swalling sharpening
their pencil. I'm going with what you recommend. However, like we
discussed previously, the Coast Guard wants to know the add'l cost for the
entire wharf. Last correspondence I received from Swalling, Mike A., was
that they'll have those costs by 1/11. I would like to forward your
comments below to Scott Bonney, Steve Locher and Paul Rendon if ok with you.
Thanks again. Matt

-----Original Message-----
From: Stears, Dan [mailto:Stears@alaska.coffman.com]
Sent: Wednesday, January 02, 2002 10:31 PM
To: 'Matt Holmstrom'; Hardenbergh, Jerry
Cc: Radcliffe, Lawrence; 'John Daley'
Subject: RE: cargo pier H pile prep costs


Matt,

The original RFP called for "Designs shall extend the life of the facility,
be feasible and practical, and shall repair design deficiencies identified
in the report. Determine practical elevations for extent of repairs.
Determine practical construction techniques for coating removal and
recoating of existing structures".

The project coating specification that we developed was intended to coat as
much of the pile as feasibly possible (lowest practical elevation) and
provide a finished product that had minimal defects (no such thing as a
defect free coating).

As Swalling has identified, the original cargo wharf portion of the facility
has several areas that require extensive grinding and welding to produce a
minimal defect coating system. Most, but not all, of these areas are
between elevations 116 and 119. These change of conditions were not readily

3

BEI20316
38599-0012

identifiable until the existing corrosion products and coating system were removed.

Option 2, of the Swalling proposal, offers a cost effective method for addressing the change of conditions. This method will not produce a defect free coating, however the number of defects and the location of the defects should be minimized. The rate of corrosion in the atmospheric and splash zones (above elevation 114) is significantly less than in the tidal zone (approximately elevation 107 to 114). Some corrosion at the defects and staining of the adjacent coating is likely to occur in the future. This approach will provide more of a commercial grade coating appearance rather than a showroom appearance.

In keeping with the "spirit" of the original RFP (feasible and practical), I recommend proceeding with Option 2 of the Swalling proposal. However, the following items should be clarified and required:

1. All welds in the tidal zone shall be cleaned, ground and sealed.

2. The estimated 3200 lf of caulking work was developed by Swalling. I recommend that the change in scope state that caulking is acceptable only above elevation 116 and all other areas that would normally have been seal welded will be caulked. I personally do not feel comfortable with limiting it to 3200 lf.

3. The manufacturer must guarantee, in writing, the compatibility of the caulking with the coating system.

4. I recommend the statement "No holidays (pinholes) at connections will be repaired" be modified to read "No visible defects (pinholes) at the connections will be repaired." This will eliminate obvious or larger bare metal spots from being exposed to the environment.

5. The Swalling proposal does not cover Bents 1-5, your mark-up and additional costs to you to have Jerry on site. These should all be covered in your proposal to the USCG.

I also feel the rectifier work should be included in this project rather than the electrical upgrade project.

Dan


-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Wednesday, January 02, 2002 8:56 AM
To: Dan Stears; Jerry Hardenbergh
Subject: cargo pier H pile prep costs


Dan/Jerry - I need your recommendations/comments on Swalling's proposal ASAP. The Coast Guard is anxiously awaiting our PLAN. I need your comments, even if they're draft form, by tomorrow at 1400 - my meeting time with Scott Bonney. Thanks. Matt

BEI20317
38599-0012

## Jarrell, Amy (Perkins Coie)

| | |
|---|---|
| **From:** | Stears, Dan [Stears@alaska.coffman.com] |
| **Sent:** | Friday, January 04, 2002 5:56 PM |
| **To:** | 'Matt Holmstrom' |
| **Cc:** | Radcliffe, Lawrence; Hardenbergh, Jerry |
| **Subject:** | FW: USCG Cargo Pier H Pile Coating Costs |



Swalling H pile prep
dtd 1.4.0...

Matt,

I made my corrections in the attached letter.

Dan
-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Friday, January 04, 2002 4:15 PM
To: Stears, Dan
Cc: Hardenbergh, Jerry; Radcliffe, Lawrence
Subject: RE: USCG Cargo Pier H Pile Coating Costs


Dan - I've attached a letter from me to Swalling I'd like to send them.  I
used your comments as the meat of the letter.  Let me know your comments and
I'll send the letter off.  Thanks.  Matt

-----Original Message-----
From: Stears, Dan [mailto:Stears@alaska.coffman.com]
Sent: Friday, January 04, 2002 3:06 PM
To: 'Matt Holmstrom'
Cc: Hardenbergh, Jerry; Radcliffe, Lawrence
Subject: USCG Cargo Pier H Pile Coating Costs


Matt,

The following is a revised version of what I sent you previously.  Most of
it is the same, however numbers 1, 2 and 4 were further clarified for you.
Hopefully this one will clear up everything.

The original RFP called for "Designs shall extend the life of the facility,
be feasible and practical, and shall repair design deficiencies identified
in the report.  Determine practical elevations for extent of repairs.
Determine practical construction techniques for coating removal and
recoating of existing structures".

The project coating specification that we developed was intended to coat as
much of the pile as feasibly possible (lowest practical elevation) and
provide a finished product that had minimal defects (no such thing as a
defect free coating).

As Swalling has identified, the original cargo wharf portion of the facility
has several areas that require extensive grinding and welding to produce a
minimal defect coating system.  Most, but not all, of these areas are
between elevations 116 and 119. These change of conditions were not readily
identifiable until the existing corrosion products and coating system were

1

removed.

Option 2, of the Swalling proposal, offers a cost effective method for addressing the change of conditions. This method will not produce a defect free coating, however the number of defects and the location of the defects should be minimized. The rate of corrosion in the atmospheric and splash zones (above elevation 114) is significantly less than in the tidal zone (approximately elevation 107 to 114). Some corrosion at the defects and staining of the adjacent coating is likely to occur in the future. This approach will provide more of a commercial grade coating appearance rather than a showroom appearance.

In keeping with the "spirit" of the original RFP (feasible and practical), I recommend proceeding with Option 2 of the Swalling proposal. However, the following items should be clarified and required:

1. All welds in the tidal zone shall be cleaned, ground and sealed. This work is exclusive of the 10 man-hours per cell surface preparation requirement that Swalling proposed.

2. The estimated 3200 lf of caulking work was developed by Swalling. I recommend that the change in scope state the following: Caulking is acceptable only above elevation 116. Most welds and crevices, above elevation 116, that would normally have been seal welded will be caulked. Some seal welding, above elevation 116, may be required as part of the 10 man-hours per cell surface preparation requirement. I personally do not feel comfortable with limiting caulking to 3200 lf.

3. The manufacturer must guarantee, in writing, the compatibility of the caulking with the coating system.

4. I recommend the statement "No holidays (pinholes) at connections will be repaired" be modified to read "Holidays (coating defects) at the connections will typically not be repaired, however visible holidays (visible bare metal areas) at the connections will be repaired." Testing may indicate there is a holiday (possibly not the specified coating thickness), however no visible bare metal is exposed. This will eliminate obvious bare metal spots from being exposed to the environment.

5. The Swalling proposal does not cover Bents 1-5, your mark-up and additional costs to you to have Jerry on site. These should all be covered in your proposal to the USCG.

I also feel the rectifier work should be included in this project rather than the electrical upgrade project.

Dan

BEI20319
38599-0012

January 4, 2002

Andy Romine, Operations Manager
Swalling Construction Co., Inc.
P.O. Box 101039
Anchorage, AK 99510-1039

Subject: USCG Cargo Wharf Maintenance Project;
**Additional H Pile Prep and Coating Costs**

Dear Andy:

Please consider this in response to your letter dated December 21, 2001. Brechan Enterprises and
Coffman Engineers have reviewed your letter and recommend proceeding with Option # 2 with the
following additions and changes to the "Terms and Conditions":

1. All welds in the tidal zone shall be cleaned, ground and sealed. This work is exclusive of the 10
man-hours per cell surface preparation requirement that Swalling proposed.

2. In reference to the 3rd Swalling Term and Condition regarding the 3200 lf of caulking work
estimated by Swalling. Change this to read: "Caulking is acceptable only above elevation 116. Most
welds and crevices, above elevation 116, which would normally have been seal welded will be
caulked. Some seal welding, above elevation 116, may be required as part of the 10 man-hours per
cell surface preparation requirement.

3. The manufacturer must guarantee, in writing, the compatibility of the caulking with the coating
system.

4. In reference to the 6th Swalling Term and Condition – Replace the sentence "No holidays
(pinholes) at connections will be repaired" with "Holidays (coating defects) at the connections will
typically not be repaired. However visible holidays (visible bare metal areas) at the connections will
be repaired." Testing may indicate there is a holiday (possibly not the specified coating thickness),
however this methodology will eliminate obvious bare metal spots from being exposed to the
environment.

I understand this proposal is for bents 6 – 15 only, and according to Mike Andersen, you will be
forwarding costs for bents 16 – 33 by January 11. If these proposed revisions and clarifications are
acceptable let me know and I will forward our proposal to the Coast Guard. If you have questions
or require additional information please call me at 487-2223.

Sincerely,

**BRECHAN ENTERPRISES, INC.**

**BEI20320**
38599-0012

Matt Holmstrom, P.E.
Project Manager

**BEI20321**
38599-0012

## Jarrell, Amy (Perkins Coie)

**From:**       Jerry Hardenbergh [hardenbergh@alaska.coffman.com]
**Sent:**       Wednesday, January 16, 2002 7:16 PM
**To:**         Matt Holmstrom
**Subject:**    RE: cargo wharf coating

Matt, Efax is screwing up my fax account, please use my old fax number,
810-279-6329. This is the correct fax number. Sorry about the inconvenience.

Jerry Hardenbergh
COFFMAN ENGINEERS

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Wednesday, January 16, 2002 4:12 PM
To: Dan Stears
Cc: Jerry Hardenbergh
Subject: cargo wharf coating

Dan - I talked with Paul Rendon, USCG PM, yesterday. He's frustrated and
concerned that we haven't made more progress on the additional H-pile prep.
Like he pointed out, and I agree, we said during the November 13 meeting
that Coffman and Swalling were going to work together to pursue other
options that would still give the Coast Guard a long term piling life. All
we have from Swalling to date is a big fat "NO".

Andy Romine called me Monday, and we discussed numerous issues.

Regarding the H-piles he said our letter with your conditions is
unacceptable. Supposedly too much time is lost which delays them given
tides. Andy pretty much said they didn't foresee some of the problems they
were going to have.

Again, from my standpoint it's disappointing to hear how unprepared Swalling
was. I believe they didn't do their homework, and given the fact Mike
Andersen was on board from the beginning, it's especially upsetting.

You have both seen Andy's response regarding schedule impacts. Mike
Andersen knew how critical schedule was and is. For them to now say delays
were beyond their control is not acceptable.

To be honest, I'm not sure how we proceed. I told Andy that the Coast Guard
needs to know the costs to complete the entire project. Right now the CG is
not planning on completing the project this summer. They're not confident
Swalling can get to bent 15 this year.

We need to resolve this ASAP. Matt

**BEI20331**
38599-0012

## Jarrell, Amy (Perkins Coie)

| | |
|---|---|
| **From:** | Rendon, Paul LT [PRendon@pacnorwest.uscg.mil] |
| **Sent:** | Friday, January 25, 2002 1:28 PM |
| **To:** | Repanich, Anita; Locher, Steven; mholmstrom-bei@gci.net |
| **Cc:** | Johnson, Jerald; Hicks, Kyle ; Uchytil, Carl CDR |
| **Subject:** | CARGO WHARF UPGRADES - PHASE I |

Matt,

as discussed, I will send you an e-mail outlining our concerns/issues, request for information on how the Design-Build Team plans to proceed with this summers work, and address the additional prep work, as well as past performance of Swalling. Does not look good for me getting the e-mail out today, will get it out on Monday, 28 Jan 02.

Understand you are waiting for a revised proposal from Coffman/Swalling on the additional prep work, in addition to some other information. Once received, you will forward to CG for review and we'll discuss scheduling a meeting at that time. For planning purposes, anticipate a mtg sometime the week of 4 Feb 02.

thx,


LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone: (206) 220-7437
Fax:     (206) 220-7391

11

**BEI20332**
38599-0012

## Jarrell, Amy (Perkins Coie)

| | |
|---|---|
| **From:** | Stears, Dan [Stears@alaska.coffman.com] |
| **Sent:** | Thursday, January 31, 2002 5:30 PM |
| **To:** | 'Matt Holmstrom' |
| **Subject:** | Photos |

  

Coating Near    H Pile Support.JPG
Deck.JPG (678 KB)..    (595 KB)

<<Coating Near Deck.JPG>> <<H Pile Support.JPG>>

1

**BEI20334**

38599-0012



BEI20335
38599-0012



**BEI20336**
38599-0012

## Jarrell, Amy (Perkins Coie)

| | |
|---|---|
| **From:** | Rendon, Paul LT [PRendon@pacnorwest.uscg.mil] |
| **Sent:** | Friday, February 01, 2002 10:43 AM |
| **To:** | Repanich, Anita; Locher, Steven; 'mholmstrom-bei@gci.net' |
| **Subject:** | RE: cargo wharf |

Matt,
as previously mentioned, I also received a call from Swalling, Andy Romine, on 23 Jan 02. He was concerned with his billings & payments to date. He felt they were basically paying for this job. I responded with a comment to the effect of "they are behind schedule and should have been complete to bent 15 last summer...". Wanted to know if I had received his cost proposals for the changed conditions....I said I'm not sure & I'd have to check my files. We both agreed a face-to-face meeting was warranted to bring all the issues to the table and discuss our plans for continuing work, and his concerns about payments. Ended the conversation with I'd get back to him about a meeting time & place. You know the rest....

see you next week....

thx,

## LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone: (206) 220-7437
Fax:    (206) 220-7391

-----Original Message-----
**From:** Repanich, Anita
**Sent:** Friday, February 01, 2002 11:29 AM
**To:** Rendon, Paul LT; Locher, Steven; 'mholmstrom-bei@gci.net'
**Subject:** cargo wharf

Matt,
    I got a call from Swalling, Andy Romine, yesterday. Also just got the draft letter/fax from you with their costs. He told me he was writing this letter and that he wanted to coordinate it with Coffman before sending to you. Looks like he did that. The letter is pretty much in line with the numbers he was giving me yesterday.

He requested I provide him a copy of the contract (payment terms) and a copy of the task order and any changes. Also, a copy of all pay requests and payments made along with a copy of your bond for the project. Said he has requested this information from you allready but you won't give it to him. Feels Swalling is bankrolling this project and is not sure you are passing along his concerns to the CG. yada yada yada.... Everything he is asking for is available through Freedom of Information so I'll give him the information he is requesting....but not today....sometime soon. Said there was additional prep work, beyond the scope that needed to be done, but did admit that the actual effort/time to apply the coating was much more than they anticipated/estimated. Maybe we owe some money on the first one, the additional prep, but don't see why for the inefficiency of the application.

It seems like first we (remember partner) need to reestablish what the price per ft should have been putting all the mob into just the first phase. Maybe they should have never got to bent 15, maybe more like 10.

Then we should look at that 40/50K extra prep work. Did they follow the spec? How well was it described inthe spec? Might need Coffman in this one. Is your contract with Coffman or Tryck though? So maybe we owe them something for this and will need to pay for getting to that bent 10 or whatever our number comes up to be.

Then we should get with Coffman and decide how to continue with Phase 2. New coating, new swalling. Those costs from Swalling this morning make that decison real easy.

1

BEI20337
38599-0012

Need to make a break dollar wise with this phase. Should maybe descope your work on the current task to align with your subcontract to swalling. Paul says you would like to cut ties with Swalling now. Lets see how far we think they should have gotten and maybe thats what we should do.

I think your contract with Swalling is good, I think ours with you is off. We'll probably need to descope the work, not the dollars. But I don't think Swalling performed to their contract, we'll just need to decide if we want to try to make them or cut out losses now.

Whatever we decide, you are not going to be left out there for that 100K and our decision/negotiations need to keep you out of court with Coffman.

Sounds like Anchorage next week.

BEI20338
38599-0012

## Jarrell, Amy (Perkins Coie)

| From: | Rendon, Paul LT [PRendon@pacnorwest.uscg.mil] |
|-------|-----------------------------------------------|
| **Sent:** | Tuesday, February 05, 2002 5:08 PM |
| **To:** | Matt Holmstrom |
| **Cc:** | Repanich, Anita; Locher, Steven |
| **Subject:** | RE: CARGO WHARF UPGRADES - ANCHORAGE MEETING, 2/8/02 |

| **Importance:** | High |
|-----------------|------|
| **Sensitivity:** | Confidential |

CONFIDENTIAL

Matt,
change of plans from my end. I think I told you I was having a meeting with Marty & the Captain today regarding project status, etc... Well, Marty wants to take a different approach...the "Design-Build" approach, and postpone our/CG involvement until later (we won't be meeting with you this week in Anchorage).

I'll follow-up with a formal e-mail (or letter, probably e-mail though...) with our requests. Basically, Marty wants a formal proposal from the Design-Build (DB) Team (Coffman, Swalling, Brechan, other affected parties) on: 1) what consideration is the DB Team going to give the CG due to Swallings lack of performance last summer, 2) how is the DB Team going to ensure Swalling completes what they have been contracted for this summer, 3) does the DB Team recommend staying with the current coating system but reducing the coating requirements (i.e. do not sealweld above the splash zone), or 4) do they recommend going with a different coating system that will eliminate/minimize the seal weld problem, reduce the containment requirements, and still give us a 20+ year life span, 5) whatever changes are presented to the CG by the DB Team, should be at "no-cost" to the CG, 6) that the DB Team, or JOC, present this proposal to the CG here at FD&CC Pac....I think that covers what he said.

Now, with all that said/written, I still feel that "We" (you & me & Anita & whoever else) are in this together & have to figure out what to do.

Options:

- Can you terminate you subcontract with Swalling for Default? (poor performance, etc..)
- We don't want to terminate our Task Order #0007 with you, or else we lose the remaining money, so we need to keep the Task Order open. Who is in line to pick up the remaining work? Will there be enough funds remaining to pay this "new" guy?
- Do we "de-scope" the subcontract with Swalling? We awarded $712K for 17,800 sf of coatings work, based on $40/sf (believe this square footage was chosen to keep us under the $1M cap)...That gets us to Bent 13 (Steve Locher figured out the square footage). Believe you contracted with Swalling for $43/sf for year-1, as follows: $850,000/20,200sf = ~$43/sf (20,200 sf = Cargo wharf ext at 7,400 + Orig Cargo Wharf Bent 1-15 at 12,800 sf). If we "de-scope" the subcontract with Swalling from Bent 15 to Bent 13, this should clear up the $100K delta. Matt, can you fax me your latest payment to Swalling. I'd like to see what you have paid them to date: mob, scaffolding, equipment, etc...
- They claim a T&M cost for additional prep work on Bents 1-5: CG/JOC will not pay due to their poor performance last summer, the additional Q/A costs the CG had to pay for Hardenbergh due to their slow progress, they did not fully contain the blasting grit and contaminated the waterway, their project submittals/coating inspection equipment/CQC person were over a month late, etc...
- Changed Condition - Additional prep work: Coffman is liable since they wrote the spec for 100 lf of seal welding. What is their response? CG will not pay for additional prep work, until a formal proposal with recommendations are provided. Design-Build contract puts all the risk on the designers & construction contractors, we should not have to pay for Coffman's & Swallings lack of up-front site investigations, lack of preparation & slow productivity.
- Etc...

One caveat Matt...whatever we decide to do, Marty did agree to settle with you on this later, whether it be on another task order or something else. Anita & Kyle Hicks (Chief of Contracting), will need to figure out the best way to address this.

3

BEI20339
38599-0012

It's late, so call me tomorrow.

LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone:  (206) 220-7437
Fax:      (206) 220-7391

-----Original Message-----
**From:** Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
**Sent:** Tuesday, February 05, 2002 3:50 PM
**To:** Rendon, Paul LT
**Subject:** RE: CARGO WHARF UPGRADES - ANCHORAGE MEETING, 2/8/02


Paul - need to set up a time to meet this Friday in Anchorage.  Attendees are Coast Guard, Brechan, Coffman, TNH and Swalling.

My thoughts are that the group, minus Swalling, meet in the morning.  Then have the entire group meet in the afternoon. Let me know what works for your group.  Then I'll finalize with the others.  Thanks.  Matt

-----Original Message-----
**From:** Rendon, Paul LT [mailto:PRendon@pacnorwest.uscg.mil]
**Sent:** Friday, February 01, 2002 10:22 AM
**To:** mholmstrom-bei@gci.net
**Cc:** Locher, Steven; Repanich, Anita; Johnson, Jerald
**Subject:** CARGO WHARF UPGRADES - ANCHORAGE MEETING


Matt,
just discussed dates with Anita & Steve & we are all available on 07-08 Feb 02.

Anita available 06-08 Feb 02
Steve available 07-08 Feb 02
Me available 06-08 Feb 02

thx,

LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone:  (206) 220-7437
Fax:      (206) 220-7391

BEI20340
38599-0012

| From: | Stears, Dan [Stears@alaska.coffman.com] |
| Sent: | Wednesday, February 06, 2002 6:22 PM |
| To: | 'Matt Holmstrom' |
| Subject: | RE: 2/8 cargo wharf meeting |

As we discussed, there are already four different coating systems that the
contractor can choose from.  Also, as a reminder, the cost of the coating
materials is insignificant as compared to the cost of the surface
preparation and staging.

Dan

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Wednesday, February 06, 2002 11:09 AM
To: Dan Stears; Jerry Hardenbergh
Subject: FW: 2/8 cargo wharf meeting


Also...the Coast Guard wants to know about other coating systems...did
anybody ever run this down?  Matt

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Wednesday, February 06, 2002 10:56 AM
To: Dan Stears; Jerry Hardenbergh
Subject: 2/8 cargo wharf meeting


Late breaking news...the  Coast Guard will not be attending our meeting.
They are taking the position that's it's our responsibility as the
Design/Build team to figure this out.  I expect a letter from the CG later
today...they are going to be receptive to a proposal reducing the "seal
weld" requirement out of the splash zone.  However, as the designer Coffman
needs to paint a clear picture and present a persuasive argument for
revising the specs.  The CG wants the long term coating life, and doesn't
want to pay add'l money.

I also want to mention that the CG has raised the issue how this alleged
change of condition and should this have been addressed in the initial
design.  Our conversations to date have centered on hidden conditions.  I
believe before this is all said and done we will need to put this in letter
form.  Not now though.

I'd like to schedule our meeting for 1:00 pm.  Then we would meet in the
morning. Call me.  Matt

BEI6894
38599-0012

1

SPECS

MAKE AN INFORMED QUOTE ⇒ SITE VISIT REQUIR

JDC : ACT A LOW BID SCENARIO

APPEARS TO ME SWALLING DID NOT MAKE AN INFORMED QUOTE

WAY BEHIND ON PIPE PIPE PORTION ... DONE 10/1 ±

APPROACH ⇒ MAKE ADDi PREP COSTS FOR BETS
1-15  *700K ±

KEY QUESTIONS :) WHA ARE WE TALKING ABOUT ADDi PREP

2) WHAT IS IN THE SPECS THAT GIVES SWALLING THE IDEA ITS A CHANGE CONDi

DISCUSSION ITEMS
⇒ SEAL WELD ISSUE KEY

BEI3861
38599-0012

⇒ ACT. COATING PRODUCTS / CAULKING ⟩ KEY TO COST REDUCTION
WHILE MAINTAINING
⇒ SWALLING PREP "QC" PERSON  QUALITY