# FAX MEMORANDUM

**UNITED STATES COAST GUARD**
**FACILITIES DESIGN and CONSTRUCTION CENTER PACIFIC**

Phone: (206) 220-_____
Fax:    (206) 220-7390

Date: _____

To: MATT _ANITA R._

From: _Anita MATT H._

Attn: _____

Phone: _____

Fax: (907) 487-2587

Number of Pages: 3
(Including this page)

SUBJECT: _____

Matt —
— needs your signature

How does this look to you. I think Bill Oliver reviewed it & was o.k. with it.

Para 2 was as a result of a misunderstanding as to the purpose of the attached letters to your proposal —

Give me a call if you want to talk about this —

Anita

ANITA — No REASON TO DISCUSS ... ? Discuss
... FORGET IT BLAVER  THX 4/1  454—

BEI4095
38599-0012

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|
| | 1 | | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| 0005 | 23Apr02 | 2401501643XX0 018 | A33-S01047 |

| 6. ISSUED BY | CODE | | 7. ADMINISTERED BY (if other than Item 6) | CODE |
|---|---|---|---|---|

6. ISSUED BY

Commanding Officer
USCG FD&CC Pacific
915 Second Ave Room 2664
Seattle, WA  98174-1011

7. ADMINISTERED BY: SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

BRECHAN ENTERPRISES, INC
2705 MILL BAY ROAD
KODIAK, ALASKA  99615

| (✓) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | DTCG50-01-D-643XX0 |
| | Task Order 0007 |
| | 10B. DATED (SEE ITEM 13) |
| | 20Mar01 |

| CODE | | FACILITY CODE | |
|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if required)

2 6 101 133 43 0 13 46000 3227          OBLIGATE:   $90,000.00

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✓) | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: CHANGES AND MUTUAL AGREEMENT OF THE PARTIES |
| | D. | OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
CARGO WHARF MAINTENANCE

THIS IS MODIFICATION 0005 TO TASK ORDER 0007

**************************SEE PAGE 2 OP 2 **************************************

Except as provided herein, all terms and conditions of the document referenced in Item 8A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or Print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| MATT HOLMSTROM  PROJECT MANAGER | ANITA B. REPANICH, CONTRACTING OFFICER |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | 4/25/02 | BY _____ (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

BEI4094
38599-0012

DTCG50-01-D-643XX0
Task Order 0007
Modification 0005
Page 2 of 2

A.  This modification compensates the Contractor for the changes listed in item #1 below, and also clarifies the scope changes for this Task Order as listed in item #2 below:

1.  Surface Prep, bents 6 - 12
    Surface Prep, bents 1 – 5
    Additional QA
    **Total = $90,000.00**

2.  Regarding Brechan letter dated March 15, 2002, to Ms. Anita Repanich, Contracting Officer:
    a)  The following enclosures were provided for *informational purposes only* and are not to be construed as a part of their proposal:
        i)   Letter from Swalling dated Dec. 21, 2001
        ii)  Letter from Swalling dated Feb. 12, 2002
    b)  Enclosure titled "Memorandum from Coffman dated Feb. 27, 2002" is a part of this modification with the following exceptions (Note: The Coast Guard's Construction Inspector (CI) and/or Brechan's independent Quality Assurance (Q/A) representative shall determine and identify/mark which members are structural and which are non-structural or abandoned non-structural).
        i)    Structural members with poor quality or defective welds shall be prepared (i.e. abrasive blast cleaned, **seal welded**, inspected, etc…), coated, tested, and warranted in accordance with the original contract specifications Section 09967 "Coating of Steel Waterfront Structures", latest version.
        ii)   Structural members with good quality or non-defective welds shall be prepared (i.e. abrasive blast cleaned, **"stripe coated"** or **caulked**, inspected, etc…), coated, tested, and warranted in accordance with the original contract specifications Section 09967 "Coating of Steel Waterfront Structures", latest version.
        iii)  **Abandoned** non-structural members such as utility supports and unused angle clips may be removed if determined to be cost effective and increase overall worker productivity.
        iv)   Non-structural members such as utility supports with poor quality or defective welds shall be prepared (i.e. abrasive blast cleaned, **"stripe coated"** or **caulked**, inspected, etc…), coated, and tested in accordance with the original contract specifications Section 09967 "Coating of Steel Waterfront Structures", latest version, but not warranted in accordance with the contract specifications.

B.  There will be **No Time and Materials** (T&M) work for the remaining phase of this project, unless authorized by the Contracting Officer.

C.  Performance period is extended to **01 July 2002.**

D.  Total task value changed   FROM:      $1,412,803.00
                                TO:        $1,502,803.00

E.  All other Terms and Conditions remain unchanged.

BEI6530
38599-0012

04/29/2002 11:25 FAX                                                          @002

04/25/2002  09:29    9074872587                BRECHAN                PAGE  02

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 2 |
|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0005 | 23Apr02 | 2401501643XX0 018 | A33-S01047 |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| Commanding Officer<br>USCG FD&CC Pacific<br>915 Second Ave Room 2664<br>Seattle, WA  98174-1011 | | SAME AS BLOCK 6 | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (✓) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| BRECHAN ENTERPRISES, INC<br>2705 MILL BAY ROAD<br>KODIAK, ALASKA  99615 | | | 9B. DATED (SEE ITEM 11) |
| | | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>DTCG50-01-D-643XX0<br>Task Order 0007 |
| | | | 10B. DATED (SEE ITEM 13)<br>20Mar01 |

| CODE | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| 2 6 101 133 43 0 13 46000 3227          OBLIGATE:   $90,000.00 |

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✓) | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>CHANGES AND MUTUAL AGREEMENT OF THE PARTIES |
| | D. | OTHER (Specify type of modification and authority) |

E. **IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return  1  copies to the issuing office.

| 14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.) |
|---|
| CARGO WHARF MAINTENANCE |
| THIS IS MODIFICATION 0005 TO TASK ORDER 0007 |
| ****************************SEE PAGE 2 OF 2 **************************** |

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or Print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or Print) |
|---|---|
| MATT HOLMGREN   PROJECT MANAGER | ANITA B. REPANICH, CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>4/25/02 | 16B. UNITED STATES OF AMERICA<br>BY  (Signature of Contracting Officer) | 16C. DATE SIGNED<br>4/25/02 |

NSN 7540-01-152-8070<br>PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (Rev. 10-83)<br>Prescribed by GSA<br>FAR

BEI3539

38599-0012

9074872587                          BRECHAN

DTCG50-01-D-643XX0
Task Order 0007
Modification 0005
Page 2 of 2

A.  This modification compensates the Contractor for the changes listed in item #1 below, and also clarifies the scope changes for this Task Order as listed in item #2 below:

1.  Additional Surface Prep, up to and including Bent 12
    Additional QA
    Total = $90,000.00

2.  Regarding Brechan letter dated March 15, 2002, to Ms. Anita Repanich, Contracting Officer:
    a)  The following enclosures were provided for *informational purposes only* and are not to be construed as a part of their proposal:
        i)   Letter from Swalling dated Dec. 21, 2001
        ii)  Letter from Swalling dated Feb. 12, 2002
    b)  Enclosure titled "Memorandum from Coffman dated Feb. 27, 2002" is a part of this modification with the following exceptions (Note: The Coast Guard's Construction Inspector (CI) and/or Brechan's independent Quality Assurance (QA) representative shall determine and identify/mark which members are structural and which are non-structural or abandoned non-structural).
        i)    Structural members with poor quality or defective welds shall be prepared (i.e. abrasive blast cleaned, seal welded, inspected, etc...), coated, tested, and warranted in accordance with the original contract specifications Section 09967 "Coating of Steel Waterfront Structures", dated March 2001.
        ii)   Structural members with good quality or non-defective welds shall be prepared (i.e. abrasive blast cleaned, "stripe coated" or caulked, inspected, etc...), coated, tested, and warranted in accordance with the original contract specifications Section 09967 "Coating of Steel Waterfront Structures", dated March 2001.
        iii)  Abandoned non-structural members such as utility supports and unused angle clips may be removed if determined to be cost effective and increase overall worker productivity.
        iv)   Non-structural members such as utility supports with poor quality or defective welds shall be prepared (i.e. abrasive blast cleaned, "stripe coated" or caulked, inspected, etc...), coated, and tested in accordance with the original contract specifications Section 09967 "Coating of Steel Waterfront Structures", dated March 2001, but not warranted in accordance with the contract specifications.

B.  There will be No Time and Materials (T&M) work for the remaining phase of this project, unless authorized by the Contracting Officer.

C.  The remaining phase of this project will complete all coatings up to and including Bent 12.

D.  Performance period is extended to 01 July 2002.

E.  Total task value changed.  FROM:   $1,412,803.00
                              TO:     $1,502,803.00

F.  This agreement constitutes full, complete and final settlement of any and all claims for equitable adjustment in the form of monetary and/or time relief which the contractor may have and which may arise in the future, either directly or indirectly, from this supplemental agreement.

BEI3540
38599-0012

## Jarrell, Amy (Perkins Coie)

| | |
|---|---|
| **From:** | Repanich, Anita [ARepanich@pacnorwest.uscg.mil] |
| **Sent:** | Tuesday, April 23, 2002 7:30 AM |
| **To:** | 'mholmstrom-bei@gci.net' |
| **Subject:** | cargo wharf |

Matt,

Good news! Got the approval/money for the 90K cargo wharf mod this morning. I'll process today and send to you for signature.

Although you probably won't agree with me .....I'm glad we had this project under the JOC. It was really messy from our end, still not sure it should have been fixed price. If this had been a low bid out there we would be so deep into a claim situation.....for much more than 90K.....

thanks.
Anita

**BEI20438**
38599-0012

-----Original Message-----[Repanich, Anita]
**From:** Repanich, Anita [mailto:ARepanich@pacnorwest.uscg.mil]
**Sent:** Tuesday, April 02, 2002 7:09 AM
**To:** 'Matt Holmstrom'; Rendon, Paul LT
**Cc:** Repanich, Anita
**Subject:** RE: JOC EVAL

When I say make it a good one I'm saying don't under rate yourself. You do a incredible job and when I say that your response is "well, we're getting there".....your too hard on yourself.
Paul can probably comment to this as an evaluator but when I have evaluated I find comments too be helpful. There is always a range of numbers we use for each evaluation rating, like acceptable, superior..and within each of those ratings is a range of numbers that makes you a low superior or a high superior. It's those comments that usually move you from one end or the other within rating. Brechan's most relevant experience will be this project.
 Past experience was marginal/weak on the last evaluation. I believe your past performance is really high and if you provide us with the quality of proposal you did on the last competition you will rate very high. I believe some of your competition will also.....that brings us to that darn coefficient. I've been getting some calls/questions/speculations about Brechan and their coefficient from your competitors.
The plan is to synopsis the requirement on 15 April, Post it to the internet for people to download on 1 May. Then I could have a preproposal conference on the 15th of May (I'd like to tie the partnering trip in with it) and receive proposals 1 June. Evaluate and be ready to award mid June.
I have the debrief comments from last time and can send them to you. I want to be sure everyone understands how the coefficient will come into play too.

-----Original Message-----
**From:** Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
**Sent:** Tuesday, April 02, 2002 7:16 AM
**To:** Rendon, Paul LT
**Cc:** Repanich, Anita
**Subject:** RE: JOC EVAL

Good morning - I'm taking a "deep breath". When you mention making it a good one. Does this mean more detail? I was brief in the first 6-month eval. However, if helpful to Brechan Enterprises, I will expand.

Thank you for the advice on our proposal preparation. Could you give me a rough idea when the solicitation will come out? I will call you later this morning...after a dentist appointment.

Thanks.  Matt

-----Original Message-----
**From:** Rendon, Paul LT [mailto:PRendon@pacnorwest.uscg.mil]
**Sent:** Monday, April 01, 2002 2:45 PM
**To:** 'mholmstrom-bei@gci.net'
**Cc:** Repanich, Anita
**Subject:** RE: JOC EVAL

we are available to discuss the "Best Value" process at any time.....

LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone:  (206) 220-7437

3

BEI19060
38599-0012

Fax:     (206) 220-7391

-----Original Message-----
    **From:**  Repanich, Anita
    **Sent:**  Monday, April 01, 2002 3:41 PM
    **To:**  Rendon, Paul LT; 'mholmstrom-bei@gci.net'
    **Subject:**  RE: JOC EVAL

this is the eval that will be used for you guys in the recompete of the JOC. I am going to ask for 3 maybe 5 past performance references and limit it to one reference from each contract. Sometimes people use 3 different task orders from the same contract. I want wider experience.

Make this one a good one Matt. It will be used as your most relevant one.
There is nobody that has a better chance that a incumbent contractor if he is performing high. We're getting high quality, great service and a fair price. It might be helpful for us to review your debrief on the last selection. I believe you will have a new set of competition this time so it might also be good to review how we select. We're going for 5 years and 10Mil a year and I'm going to make it a small business set aside which means only small business like yourself can propose. I'd like to see you guys back in there on the next round but there is something's that you guys have to do in the way of your proposal to make that happen. I cannot tell you how to prepare your proposal but want to be sure you understand the process.

Anita

-----Original Message-----
    **From:**  Rendon, Paul LT
    **Sent:**  Monday, April 01, 2002 2:59 PM
    **To:**  mholmstrom-bei@gci.net
    **Cc:**  Repanich, Anita
    **Subject:**  JOC EVAL

Matt,
you got it right. Use the same eval as last time. Here it is just in case you don't have it. Anita said we could use some of the same comments from the 6-month eval if they still apply.

<< File: 06.Brechan.6.Month.Performance.Rating.16Oct01.doc >>

## LT Paul E. Rendon

Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone: (206) 220-7437
Fax:     (206) 220-7391

**BEI19061**
38599-0012

# SWALLING  CONSTRUCTION . INC

## DAILY  COATING  INSPECTION  REPORT

vender          Swalling Construction  Inc                              Page          1

**Location:**          KODIAK                          Day:__sat_____     **Date:**   5-04-02

**Project No.:**          2107                     **Report N**      2002-04

**Personnel Contacted:**     Jerry Hardenbergh, Tim Boyles ,Mike Anderson

Spoke to Jerry  Hardenbergh about useing a sling phychrometer/ for more accurate enviromental testing.

**Production Activity:**      Crew worked on Bents #2--#3---#4-#5 H piles Blasting and coating .

Also Holiday testing was performed on Bents #2-#3 .[ Hoildays were repaired]

**Nonconformance Activity:** None----

**Discussions  (What and with Whom** Discuss progress and job schedule with Tim B,

Mike Anderson.     Also Discussed,Crew working as a team to produce a Quality product.

Crew seems to work well together and little conflict is expected .....

**Conflicts:**          None----------

**Resolutions:**     N/A

**Inspection Activities & Comments:** Observed all saftey and enviromental measures-----

document enviromental conditions      inspect air supply ------Document all blasting related  criteria--

Moniter coating  application  and equipment.      Chloride tested     less than 20 ppm

Record progress areas and application periods

**Inspector:**                          **Nace#**     8324          **Level**                     3

**Hours:**          **ST**          **OT**     **Milage:**          N/A     **Equipment:   YES / NO**

Coffman 01216

# DAILY CONSTRUCTION REPORT

Swalling Construction C_ _pany, Inc.

P.O. Box 101039
Anchorage, AK 99510-1039
(800) 346-7560 Toll-Free
(907) 272-3461 Phone
(907) 274-6002 Fax

Date: 5-4-02

Monday  Tuesday  Wed  Thursday  Friday  *Saturday*  Sunday

Project: KODIAK

Job No.: 2107

**Weather**

| | |
|---|---|
| | Clear |
| | Partly Cloudy |
| X | Overcast |
| X | Rain |
| | Snow |

**Wind**
| | |
|---|---|
| | Still |
| X | Moderate |
| | High |

**Temp** 45
High
Low 37

| SCCI Crew | Each | Total Hours | Work Performed |
|---|---|---|---|
| Supervision | 2 | 20 | BASE OWNER BEAM # 6 AND # 7, UNDER TIDE GRID GOING DOWN / HANDRAIL TEST A&B |
| Carpenters | 2 | 20 | READINGS, BEAM # 2 AND # 3. FRESSURE ON UNDER BEAM # 2 AND # 3. / REPAIRED ALL COLUMN'S AND LOG OFF |
| Laborers | 1 | 8 | WORK BEAM # 4 AND # 5. / LOR CONT ANCHOR, SLAET REMOVING AND SETTING CN. |
| Operators | | | SCAFFOLDING ON BEAM # 2 AND # 3. |
| Painters | 3 | 30 | |
| Pilebucks | 1 | 8 | |
| Welders | | | |
| Divers | | | |

**Subcontractors On-Site**

**Items Requiring Clarification or Owner's Directives:**

**Delays Being Experienced Or Caused:**

| Equipment | Circle One | Received/Returned | Equipment | Circle One | Received/Returned | | Circle One | Received/Returned |
|---|---|---|---|---|---|---|---|---|
| SOME AS LAST REPORT | SCCI Rental | | | SCCI Rental | | | SCCI Rental | |
| | SCCI Rental | | | SCCI Rental | | | SCCI Rental | |
| | SCCI Rental | | | SCCI Rental | | | SCCI Rental | |
| | SCCI Rental | | | SCCI Rental | | | SCCI Rental | |
| | SCCI Rental | | | SCCI Rental | | | SCCI Rental | |
| | SCCI Rental | | | SCCI Rental | | | SCCI Rental | |

Coffman 01256

Project Superintendent

Date 5-4-02

# SWALLING CONSTRUCTION . INC

## DAILY COATING INSPECTION REPORT

vender          Swalling Construction Inc                          Page          1

**Location:**          KODIAK                    **Day:_Wed**          **Date:** 5-08-02

**Project No.:**          2107                    **Report**          2002-08

**Personnel Contacted:**          Jerry Hardenbergh, Tim Boyles

**Production Activity:**          Crew worked on Bents #6-#7 upper levels. and touch up areas ,

on Bents #4-#5.     Also touch up on Bent #1 A-D

**Nonconformance Activity:** None—

**Discussions (What and with Whom** Discuss progress and job schedule with Tim B,

Discussed Bent #1 A-D that needed to be touched up due to bracket removal.          (Done)

Also discussed the holidays that needed to be adressed on Bents #4-#5.

**Conflicts:**          None----------

**Resolutions:**          N/A

**Inspection Activities & Comments:** Inspection was limited to holiday testing on,

Bents#4-#5. Also observed touch up work performed on Bent#1-A-D- .

Inspector: _____          **Nace#**     8324          **Level**          3

**Hours:**          ST          OT          **Milage:**          N/A          **Equipment: YES / NO**

Coffman 01206

# SWALLING CONSTRUCTION . INC

## DAILY COATING INSPECTION REPORT

vender ___Swalling Construction Inc___ **Page** ___1___

**Location:** ___KODIAK___ **Day:** _Thurs___ **Date:** 5-09-02

**Project No.:** ___2107___ **Report** ___2002-09___

**Personnel Contacted:** ___Jerry Hardenbergh, Tim Boyles___

**Production Activity:** ___Crew worked on Bent #6 lower elevation / surface prep .___

All piles were approved for coating ,But was not completed due to tidal change .

**Nonconformance Activity:** None—

**Discussions (What and with Whom** Discuss progress and job schedule with Tim B,

Discussed the weld zone issue.And as to what measures would be taken to be in compliance .

Also discussed the holidays that needed to be adressed on Bents #4-#5.

And how far down the H piles had to be blasted toward the decking .The agreed upon amount was 12' ft.

**Conflicts:** None———

**Resolutions:** ___Follow specification guide lines___

**Inspection Activities & Comments:** Monitor enviromentals ,inspected surface prep and performed,

related duties.Set up paint pump for coating application. Ensured proper containment.

Discussed problem areas with painters and how to rectify.

**Inspector:** _(signature)_ **Nace#** ___8324___ **Level** ___3___

**Hours:** ___ST___ ___OT___ **Milage:** ___N/A___ **Equipment:** YES / NO

# SWALLING CONSTRUCTION . INC

## DAILY COATING INSPECTION REPORT

vender                Swalling Construction  Inc                                    Page            1

**Location:**        KODIAK                              Day:_Fri_____    **Date:** 5-10-02

**Project No.:**      2107                               Report        2002-10

**Personnel Contacted:**        Jerry Hardenbergh, Tim Boyles

---

**Production Activity:**        Crew worked on Bent #6-#7 lower areas coating was not completed,

Due to material shortage.  Touch up work was then performed on Bents#4-#5, also Bents #6-#7

**Nonconformance Activity:** None----

---

**Discussions  (What and with Whom** Discuss progress and job schedule with Tim B,

Also when material was expected to arrive ?

Also discussed the holidays that needed to be adressed on Bents #4-#5-#6-#7.

Disscused steps that would be taken to ensure a positive production rate when materials arrive.

**Conflicts:**        None----------

---

**Resolutions:**        Work diligently to improve quality and proficiency of procedures

---

**Inspection Activities & Comments:** Monitor enviromentals ,inspected surface prep and performed,

related duties . Discussed problem areas with painters on Bents #4-#5 _#6-#7 supervised repair work!

---

Inspector: _____        Nace#    8324            Level            3

**Hours:**        ST            OT        Milage:        N/A    **Equipment:**  YES / NO

Coffman 01194

# SWALLING CONSTRUCTION . INC

### DAILY COATING INSPECTION REPORT

vender_____Swalling Construction Inc_____ Page_____1_____

**Location:**_____KODIAK_____ **Day: Sat**_____ **Date:** 5-11-02_____

**Project No.:**____2107_____ **Report**_____2002-11_____

**Personnel Contacted:**____Jerry Hardenbergh, Tim Boyles_____

**Production Activity:**_____Crew worked on Bent #6-#7 lower areas coating was not completed,_____

Due to material shortage. Touch up work was then performed on Bents#4-#5, also Bents #6-#7

**Nonconformance Activity:** None----_____

**Discussions (What and with Whom** Discuss progress and job schedule with Tim B,

Also discussed holiday detection procedures and as to which areas would be,

tested and to what extent.._____

**Conflicts:**____None-----------_____

**Resolutions:**____N/A_____

**Inspection Activities & Comments:** Monitor enviromentals ,inspected surface prep and performed,

related duties .Worked with painters on Bents #4-#5-#6-#7. repairing holidays pin,holes._____

**Inspector:** _(signature)_ **Nace#**____8324_____ **Level**_____3

**Hours:**_____**ST**_____**OT**   **Milage:**____N/A____ **Equipment:** YES / NO

Coffman 01190

# SWALLING CONSTRUCTION . INC

## DAILY COATING INSPECTION REPORT

vender ___Swalling Construction Inc_____     **Page** _____1_____

**Location:** ____KODIAK_____   **Day: Fri_____**   **Date:** __5-24-02_____

**Project No.:** _____2107_____   **Report** _____2002-14_____

**Personnel Contacted:** ___Mike Andersen   Jerry Hadenbergh_____

**Production Activity:** ____Crew worked on bents #8-#9 upper and lower levels blast and coat!_____

Also performed chloride test with Jerry Hadenbergh results were acceptable less than 20 ppm.

**Nonconformance Activity:** None----_____

**Discussions (What and with Whom** Discuss progress and job schedule with Mike A.

Also discussed holiday detection on bents #6-#7 lower areas with Jerry Hadenbergh._____

**Conflicts:** ____None----------_____

**Resolutions:** ___N/A_____

**Inspection Activities & Comments:** Monitor environmental ,inspected surface prep and performed,

related duties ._____

**Inspector:** _signature_     **Nace#** ___8324_____     **Level** certified_____

**Hours:** _____ **ST** _____ **OT**     **Milage:** ___N/A___ **Equipment:** **YES / NO**

Coffman 01177

# SWALLING  CONSTRUCTION . INC

## DAILY  COATING  INSPECTION  REPORT

vender        Swalling Construction  Inc                                    **Page**        1-of-4

**Location:**        KODIAK                                **Day: Tue**_____    **Date:**  5-28-02

**Project No.:**        2107                            **Report**        2002-17

**Personnel Contacted:**        Jerry Hardenbergh        Mike Andersen

Also performed hardness testing on bents #8-#9 with Jerry H .( shore "D"values ) 76 -80 randomly

**Production Activity:**        Crew worked on blasting and coating Bents #10- #11 upper &lower levels

H-piles B-C -&5x5 on lower level only

**Nonconformance Activity:** None—

**Discussions  (What and with Whom** Discuss progress and job schedule with Mike A.

Additional help arrived .. discussed containment removal ,holiday testing and other related topics.

**Conflicts:**        None----------

**Resolutions:**        N/A

**Inspection Activities & Comments:** Monitor environmental ,inspected surface prep and performed,

related duties .

**Inspector:** _Alan T Eldiwitw_ **Nace#**        8324                **Level**certified

        **Alan T Eldiwitw**        **Mileage:**        N/A        **Equipment:    YES  /  NO**

Coffman 01165

From:           Hardenbergh, Jerry [Hardenbergh@alaska.coffman.com]
Sent:           Tuesday, May 28, 2002 4:59 PM
To:             'Matt Holmstrom'
Subject:        RE: Cargo Wharf Coating Modification


Yes, I'll see you then. Jerry

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Tuesday, May 28, 2002 4:58 PM
To: Hardenbergh, Jerry
Subject: RE: Cargo Wharf Coating Modification


Jerry - If it can wait can we hook up late tomorrow AM?  Around 1100?  I'm
booked until then.  Let me know.  Thanks.  Matt

-----Original Message-----
From: Hardenbergh, Jerry [mailto:Hardenbergh@alaska.coffman.com]
Sent: Tuesday, May 28, 2002 3:47 PM
To: Matt Holmstrom (E-mail)
Subject: Cargo Wharf Coating Modification


Matt, We have a serious conflict between the contract that is between
Brechan and the USCG and what Swalling agreed to with Brechan.

It is in regards to stripe coating welds. Call me when you have time for me
to come by and discuss.

Jerry Hardenbergh
COFFMAN ENGINEERS
USCG Kodiak Cargo Wharf Project
Office: 907-487-2518
Cellular: 907-654-4051

BEI6955
38599-0012

1

# SWALLING CONSTRUCTION . INC

## DAILY COATING INSPECTION REPORT

vender          Swalling Construction  Inc                         **Page**            1

**Location:**       KODIAK                          **Day: Thurs**        **Date:**  5-30-02

**Project No.:**        2107                         **Report**        2002-18

**Personnel Contacted:**      Jerry Hardenbergh        Mike Andersen

Performed Adhesion testing with Jerry hardenbergh on bents 6-7&8-9 results were within specification.

**Production Activity:**      Crew worked on blasting and coating Bents #10- #11 lower levels

H-piles A-D-  batter piles and 5x5 tube steel

**Nonconformance Activity:** None——

Discussions **(What and with Whom** Discuss progress and job schedule with Mike A.

Discussions were primarily based on what measures should be taken to ensure completion

of project  by agreed upon date .

Also discussed holiday detection on bents #6-7-lower areas &bents #8-#9upper &lower areas

**Conflicts:**       None————

**Resolutions:**     N/A

**Inspection Activities & Comments:** Monitor environmental ,inspected surface prep and performed,

related duties .

**Inspector:** ~~Alan T Eldiwitw~~     **Nace#**    8324             **Level** certified

                **Alan T Eldiwitw**         **Mileage:**       N/A      **Equipment:   YES / NO**

Coffman 01160

## Hardenbergh, Jerry

**From:**    Brown, Andrew LT [ABrown@pacnorwest.uscg.mil]
**Sent:**    Thursday, May 30, 2002 6:34 AM
**To:**      'Matt Holmstrom'; Brown, Andrew LT
**Cc:**      Jerry Hardenbergh
**Subject:** RE: cargo wharf coating; task order 007; modification 005

Matt,

Spoke with Jerry this morning.

His understanding of A.2.B.ii is that there will not be any additional caulking/sealing on good quality welds, however, if there is a plate that has a good quality weld, but one of the sides is not welded that we would be caulking/sealing that. We can talk about this later this morning. We can modify the mod to make that sentence clearer if we need to.

Andy

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Thursday, May 30, 2002 7:11 AM
To: Andy Brown
Cc: Jerry Hardenbergh
Subject: cargo wharf coating; task order 007; modification 005

Andy - Jerry Hardenbergh brought an issue to my attention yesterday regarding the revised surface preparation specification that needs to be resolved. There is a conflict between the specification contained in modification 005 between the Coast Guard and Brechan, and the modification to Swalling's subcontract with Brechan.

We modified our subcontract with Swalling on 3/13/02. This modification was based on Coffman Engineer's memorandum dated 2/26/02. Coffman's memo focuses on stripe coating or caulking poor quality or non-existent welds.

The USCG modification 0005, dated 4/23/02, page 2 of 2, contained exceptions to Coffman's memo. Specifically A.2.b)ii) has a requirement to "stripe coat or caulk" good quality or non-defective welds. Coffman's memo doesn't include requirements to "stripe coat or caulk" good quality or non-defective welds. Further, good quality or non-defective welds were never discussed leading up to Coffman's memo. This was never an issue.

Unfortunately, we did not notice this "exception" or we would have brought it up prior to signing the modification. Swalling was already mobilized on site installing scaffolding when we received mod. 0005.

We believe exception "A.2.b)ii)" is erroneous. It has never been a point of discussion. Further it is not part of Swalling's scope of work.



Coffman 01829

Matt

# SWALLING CONSTRUCTION . INC

## DAILY COATING INSPECTION REPORT

vender _____ Swalling Construction Inc _____ **Page** _____ 1 _____

**Location:** _____ KODIAK _____ **Day: Fri** _____ **Date:** 5-31-02 _____

**Project No.:** _____ 2107 _____ **Report** _____ 2002-19 _____

**Personnel Contacted:** _____ Jerry Hardenbergh _____ Mike Andersen _____

**Production Activity:** _____ Crew worked on blasting and coating Bents #10- #11upper areas _____

H-piles -D- batter piles and 5x5 tube steel . also platform supports _____

**Nonconformance Activity:** None—— _____

**Discussions (What and with Whom** Discuss progress and job schedule with Mike A.

Also discussed ETA of additional materials to finish project _____

Holiday detection & PA2 testing on completed Bents.will schedule testing as allowable due to production

scheduling _____

**Conflicts:** _____ None——— _____

**Resolutions:** _____ N/A _____

**Inspection Activities & Comments:** Monitor environmental ,inspected surface prep and performed,

related duties . _____

**Inspector:** _~~Alan T E~~_ **Nace#** _____ 8324 _____ **Level**certified _____

_____ **Alan T Eldiwitw** _____ **Mileage:** _____ N/A _____ **Equipment:  YES / NO**

Coffman 01156

**SWALLING
CONSTRUCTION
COMPANY, INC.**
AN EQUAL OPPORTUNITY EMPLOYER
GENERAL CONTRACTOR #AA179



SERVING ALASKA SINCE 1947

www.swalling.com
P.O. Box 101039
ANCHORAGE, ALASKA 99510-1039
TELEPHONE (907) 272-3461
FACSIMILE (907) 274-6002
LOCATED AT 235 F ST.

William Oliver                                             May 31, 2002
Brechan Enterprises
2705 Mill Bay Road
Via Fax 907-486-4889

Re:         Kodiak Coast Guard Dock Facility Coatings

Subject:    Scope of Work

Gentlemen;

There has been some discussion on site as to the quality control criteria for the metal-to-
metal and weld areas that we are caulking on the Cargo Wharf. The inspection criteria
agreed to by Brechan and Swalling at the meeting of March 12, 2002 is all caulking
repairs will be visually inspected for bare spots only and no pinhole holiday detection or
repairs will be done at the caulked areas.

We are proceeding with the work under those terms and conditions.

If you have any questions please contact me or Mike Andersen on site.

Sincerely,
SWALLING CONSTRUCTION CO., INC.

Andrew Romine
Operations Manager

BE 13340
38599-0012

# SWALLING CONSTRUCTION . INC

## DAILY COATING INSPECTION REPORT

vender          Swalling Construction  Inc                                   **Page** _____ 1 _____

**Location:**        KODIAK                                  **Day: Sun**_____  **Date:**  6-2-02

**Project No.:**       2107                              **Report** _____ 2002-21 _____

**Personnel Contacted:**     Jerry Hardenbergh      Mike Andersen

Discussed cathodic repairs and how to perform said repairs to meet specification

**Production Activity:**     Crew worked on cleaning up lay down yard in the am.

        Also worked on removal of spent abrasive from Bents #8-#9 -#10-#11

**Nonconformance Activity: None—**

**Discussions  (What and with Whom** Discuss progress and job schedule with Mike A.

Mostly discussed Holiday detection on Bents #6-#7 lower areas also #10-#11upper and lower areas.

Also discussed material and arrival time ?????????.

And cathodic repairs that need to be addressed

**Conflicts:**       None----------

**Resolutions:**     N/A

**Inspection Activities & Comments:** Monitor environmental ,inspected surface prep and performed,

related duties .

**Inspector:**_____  **Nace#**    8324 _____       **Level**certified _____

            **Alan T Eldiwitw**        **Mileage:**       N/A    **Equipment:**   YES / NO

Coffman 01151