# SWALLING CONSTRUCTION . INC

## DAILY COATING INSPECTION REPORT

vender  Swalling Construction Inc      **Page**   1

**Location:**  KODIAK      **Day: Mon**  **Date:** 6-3-02

**Project No.:**  2107     **Report**  2002-22

**Personnel Contacted:**  Jerry Hardenbergh  Mike Andersen

Discussed cathodic welds that need to be done. As well as reattachment of cathodic cable brackets

**Production Activity:**  Once again crew worked in equipment yard in the am.

Also performed Holiday detection on Bent #6–#7 and containment removal on Bent #8–#9..

**Nonconformance Activity:** None—

**Discussions (What and with Whom** Discuss progress and job schedule with Mike A.

Mostly discussed Holiday detection on Bents #6-#7 lower areas .

Also once again discussed Material and its arrival DATE......

Contractor still looking to finish project by due date 6-15-02

**Conflicts:**  None———

**Resolutions:**  N/A

**Inspection Activities & Comments:** Monitored all activities that contractor and crew performed

As well as general inspection duties.

**Inspector:**       **Nace#** 8324   **Level** certified

    **Alan T Eidiwitw**  **Mileage:**  N/A  **Equipment:** YES / NO

Coffman 01150

# DAILY CONSTRUCTION REPORT

Swalling Construction Company, Inc.

P.O. Box 101039
Anchorage, AK 99510-1039
(800) 346-7560 Toll-Free
(907) 272-3461 Phone
(907) 274-6002 Fax

Date: Monday June 3, 2002 (Monday circled) Tuesday, Wed., Thursday, Friday, Saturday, Sunday

Project: CARGO WHARF CATHDL

Job No.: 2107

**Weather:** Clear, Partly Cloudy, Overcast, ☑ Rain, Snow

**Wind:** ☑ Still, Moderate, High

**Temp:** 48°  High   50°  Low

| SCCI Crew | Each | Total Hours | Work Performed |
|---|---|---|---|
| Supervision | 1 | 10 | Multi-Day Test Bent 6 & 7 Course |
| Carpenters | | | Re-drive CAP, Webs on Bts 9, 10 and 11 of CC |
| Operators | | | Remove Cable/Chipping on bt 9 of 10 and 11 of CC |
| Laborers | | | Re-Drive W/Ram |
| Painters | 5 | 50 | |
| Pilebucks | | | |
| Welders | | | |
| Divers | | | |

**Subcontractors On-Site**

**Delays Being Experienced Or Caused:**

**Items Requiring Clarification or Owner's Directives:**

| Equipment | Circle One | Received/Returned | Equipment | Circle One | Received/Returned | Equipment | Circle One | Received/Returned |
|---|---|---|---|---|---|---|---|---|
| | SCCI / Rental | | | SCCI / Rental | | | SCCI / Rental | |
| | SCCI / Rental | | | SCCI / Rental | | | SCCI / Rental | |
| | SCCI / Rental | | | SCCI / Rental | | | SCCI / Rental | |
| | SCCI / Rental | | | SCCI / Rental | | | SCCI / Rental | |
| | SCCI / Rental | | | SCCI / Rental | | | SCCI / Rental | |
| | SCCI / Rental | | | SCCI / Rental | | | SCCI / Rental | |

Project Superintendent

Date  June 3, 2002

Coffman 01238

6/3/02    HOLIDAY  TESTING  ONSITE  #  116-119

MAJORITY of
PROBLEM  IS  w/  FLAT SPOTS... NOT WELD AREAS

NO   AGREEMENT  ON  TESTING  READINGS  FOR

FLAT  SURFACES

6/4    CALLED  ANDY  R.  — NO PROBLEM

BEI4406
38599-0012

# SWALLING  CONSTRUCTION . INC

## DAILY  COATING  INSPECTION  REPORT

vender        Swalling Construction  Inc _____        **Page** _____ **1** _____

**Location:**        KODIAK _____ **Day: Tues** _____ **Date:** 6-4-02 _____

**Project No.:** _____ 2107 _____ **Report** _____ 2002-23 _____

**Personnel Contacted:**    Jerry Hardenbergh _____

Discussed Holiday detection as well as performed said detection on Bent #6--#7 &upper areas of Bent #11

**Production Activity:**    Crew worked on repairs on Bent #6--#7 as well as Bent #11 _____

Also worked on misc items that needed to be adressed . _____

**Nonconformance Activity:** None--- _____

_____

**Discussions  (What and with Whom** Discuss progress and job schedule with Mike A.

Mostly discussed Holiday detection on Bents #6-#7 lower areas . _____

Also discussed work to be completed to bring project to a close. _____

Contractor still looking to finish project by due date 6-15-02 _____

**Conflicts:**        None--------- _____

_____

**Resolutions:**    N/A _____

_____

**Inspection Activities & Comments:** Monitored all activities that contractor and crew performed _____

As well as general inspection duties. _____

_____

**Inspector:** _(signature)_    **Nace#**    8324 _____    **Level** certified _____

        **Alan T Eldiwitw**        **Mileage:**    N/A    **Equipment:**  YES  /  NO

# DAILY CONSTRUCTION REPORT

Swalling Construction Company, Inc.

P.O. Box 101039
Anchorage, AK 99510-1039
(800) 346-7560 Toll-Free
(907) 272-3461 Phone
(907) 274-6002 Fax

Date: _June 4, 2002_   Monday  Tuesday  Wed.  Thursday  Friday  Saturday  Sunday
Project: _CREOLE WHARF COATING_
Job No.: _2107_

**Weather:** ☑ Clear  ☐ Partly Cloudy  ☐ Overcast  ☐ Rain  ☐ Snow
**Wind:** ☑ Still  ☐ Moderate  ☐ High
**Temp:** High _55°_   Low _42°_

| SCCI Crew | Each | Total Hours | Work Performed |
|---|---|---|---|
| Supervision | | | _HAND TOUCH UP PAINT ON PT 7 + PT 8_ |
| Carpenters | | | _RE-MIX PLYWOOD, FOAM ABUNDANT OATS + 8 TO 10 HR PL_ |
| Laborers | | | _HOLIDAY TEST BEAM 11, 12, 13, 14 + PLS_ |
| Operators | | | _REMOVE COVER BEAM 11 12 + 13 trace, upper, lower, ?_ |
| Painters | | | _CAD WELD ON FOOT 11 AND 12_ |
| Pilebucks | | | _PULL TEST EQUIPMENT - PULL CLAMPS_ |
| Welders | | | |
| Divers | | | |
| | | | |
| | | | |
| | | | |

**Items Requiring Clarification or Owner's Directives:**

**Subcontractors On-Site**

**Delays Being Experienced Or Caused:**

| Equipment | Circle One | Received/Returned | Equipment | Circle One | Received/Returned |
|---|---|---|---|---|---|
| | SCCI / Rental | | | SCCI / Rental | |
| | SCCI / Rental | | | SCCI / Rental | |
| | SCCI / Rental | | | SCCI / Rental | |
| | SCCI / Rental | | | SCCI / Rental | |
| | SCCI / Rental | | | SCCI / Rental | |
| | SCCI / Rental | | | SCCI / Rental | |
| | SCCI / Rental | | | SCCI / Rental | |

Project Superintendent

Date _June 4, 2002_

Coffman 01237

# SWALLING CONSTRUCTION . INC

## DAILY COATING INSPECTION REPORT

vender        Swalling Construction Inc _____         Page _____ 1 _____

**Location:**        KODIAK _____    **Day: Wed** _____    **Date:** 6-5-02 _____

**Project No.:**        2107 _____    **Report** _____ 2002-24 _____

**Personnel Contacted:**    Jerry Hardenbergh _____

Performed Holiday detection on  Bents #8—#9 upper areas only _____

**Production Activity:**    Crew worked on Bents #8—#9 upper areas performing repairs (holidays).

Also built containment around platform area that is to be blasted and coated _____

**Nonconformance Activity:** None— _____

_____

**Discussions  (What and with Whom** Discuss progress and job schedule with Mike A.

Discussed Bent #6 that is completed and needs final holiday detection _____

Also discussed work to be completed to bring project to a close. _____

Contractor still looking to finish project by due date 6-15-02 _____

**Conflicts:**        None——— _____

_____

**Resolutions:**        N/A _____

_____

**Inspection Activities & Comments:** Monitored all activities that contractor and crew performed

As well as general inspection duties. _____

_____

**Inspector:** _Alan T P_        **Nace#**    8324 _____    **Level** certified _____

        **Alan T Eldiwitw**        **Mileage:**    N/A _____    **Equipment:**   YES / NO

**DAILY SUMMARY REPORT**



| BRECHAN ENTERPRISES | **CONTRACT NO:** | 32010 CG Task 007 |
|---|---|---|
| **LOCATION:** U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** Jerry R. Hardenbergh | **DATE:** | 05 June 2002 |

### General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Local Electric, Electrical contractor.
- Chris Lynch, USCG Construction Representative.

Weather Conditions at 2:53PM:

|   |   |
|---|---|
| **Wind** | Variable at 3 MPH |
| **Visibility** | 10 mile(s) |
| **Sky conditions** | partly cloudy |
| **Temperature** | 55.0 F (12.8 C) |
| **Dew Point** | 42.1 F (5.6 C) |
| **Relative Humidity** | 61% |
| **Pressure** | 29.97 in. Hg |

### Cargo Wharf Extension:

#### *Coatings*

- No work performed today.

#### *Cathodic Protection*

- No work performed today.

### Original Cargo Wharf:

#### *Coatings*

- No coating work today. Coating materials did not arrive today.
- Holiday testing was completed on bent 8 and 9, elevation 119' to 113'. Holiday areas were marked for repair. Repair coating began on small areas with SPC weld patch coating kits.
- Completed exothermic welding of negative CP connections that were removed for coating activities.
- Continuing to install CP anode cable clips on H-piles.
- Completed installation of rubber spacer on pile 2C(wharf extension) anode channel guard clamp.
- Crew built platform and containment around the structural support for the floating dock stairway and plans to blast and coat when coating materials arrive.

Page 1 of 3

BEI3665
38599-0012

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
05 June 2002

## *Cathodic Protection*

- No work performed today.

## Outstanding Items(s):

### *Coatings*

**2002 Outstanding Item(s):**

- o  Re-attach anode conductor wires at H-pile anode locations using SS
- o  Blast and coat areas on H-piles were scaffolding brackets were atta
- o  Original wharf; Complete holiday repairs on bents 1 and 2.
- o  Wharf Extension; Repair areas of rust that are appearing on repair ɛ
- o  The floating dock stairway structural support member is not coated ɜ
- o  As of this date, complete holiday testing on bents 8 thru 11.

### *Cathodic Protection*

**2002 Outstanding Item(s):**

- o  None

**2001 Outstanding Item(s):**

- o  Wharf Extension; Pile 22C, underwater portion of anode channel g
  the pile. The anode support brackets need to be installed cc
  contractor.
- o  Complete repairs to the negative circuit splice connections (replace
  with Burndy crimpets or exothermically weld). Seal connection
  sleeves (material is on site). Not part of original scope.
- o  Procure a new "spare" anode. The new anode at column 6D on th∢
  *replaced due to mishandling of the anode lead wire during coatinc*
  wire was dropped into the seawater and damaged the conduc
  replaced using one of the "spare" anodes that were to be left
  replacement anodes.
- o  Commissioning data indicates that three of the newly installed anoc
  are not functioning properly. A test anode was introduced into t
  *location to confirm this finding.   The test anode functioned pro ɩ*
  commissioning there was not access to the other anode splice
  under the dock, to connect a test anode for verification of thes
  installed anodes that are not functioning properly need to
  contractor/manufacturer.

BEI3666
38599-0012

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
05 June 2002

- o Commissioning data also indicates that six existing anodes (31A, 15K, 9A, 3A, 10D and 14D) may have failed. Additionally, two other anodes (25H and 33E) have low current outputs. At the time of commissioning there was not access to the anode splice box locations, located under the dock, to connect a test anode for verification of these results. The remainder of the existing anodes may be nearing the end of their design life and additional failures may soon occur.

    - Rectifier 1 system: Anode 31A (existing) and NMD (new). (25H & 33E Low Output)
    - Rectifier 4 system: Anode 15K (existing).
    - Rectifier 5 system: Anode 9A (existing), 3A (existing) and 1C (new).
    - Rectifier 6 system: Anode 6D (new), 10D (existing) and 14D (existing).

## Under Pier Utilities:

- No work today. Local electrical has started shore tie project and will removed abandoned conduit in conjunction with shore tie project.

## Miscellaneous:

- Meeting between Matt Holmstrom, Grant DeLine, Jerry Hardenbergh and Mike Andersen to discuss what appears to be some confusion with Swallings office in Anchorage regarding the quality control criteria on this project, reference letter dated 31 May 2002 from Swalling Construction. All of the on-site construction management personnel are in agreement with the quality control criteria for the modified scope and have been working with this criteria since the beginning of this years construction season.

  Also discussed the coating of the floating dock stairway support structure. Mike Andersen does not believe that this is within the project scope of work. Jerry Hardenbergh, representing the corrosion engineering design team, has stated on several occasions that it is part of the scope of work as defined in the coating specification paragraph 3.1.1. It has also been the intent of the corrosion design team to have this structure included in the project scope of work. Swalling agreed to blast and coat the structure.

- Cannot estimate completion date due to lack of coating materials.
- No lost time accidents to date. ☺

Signature: _____
          J.R. Hardenbergh

Page 3 of 3

BEI3667
38599-0012

DAILY SUMMARY REPORT



| BRECHAN ENTERPRISES | CONTRACT NO: | 32010 CG Task 007 |
|---|---|---|
| **LOCATION:** U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** Jerry R. Hardenbergh | **DATE:** | 06 June 2002 |

### General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Local Electric, Electrical contractor.
- Chris Lynch, USCG Construction Representative.

Weather Conditions at 12:53PM:

**Wind** from the E (080 degrees) at 6 MPH (5 KT)

**Visibility** 10 mile(s)

**Sky conditions** partly cloudy

**Temperature** 52.0 F (11.1 C)

**Dew Point** 39.0 F (3.9 C)

**Relative Humidity** 61%

**Pressure** 30.12 in. Hg (altimeter)

### Cargo Wharf Extension:

#### *Coatings*

- No work performed today.

#### *Cathodic Protection*

- No work performed today.

### Original Cargo Wharf:

#### *Coatings*

- Coating materials and abrasive arrived on-site today.
- Holiday testing and repairs are completed on bent 6 and 7. elevation 119' to 107'.
- Completed installing scaffolding brackets and containment on bent 12.
- Continuing to install CP anode cable clips on H-piles.
- Environmental conditions within the containment area were controlled and allowed start of abrasive blasting on the stairway support structure. Stairway structure was blasted to an SSPC SP-10 Near-White cleanliness. The surface condition of areas listed above was acceptable. Surface chloride testing was acceptable IAW project specifications.
- Swalling began coating after acceptance of surface conditions. Application of coating appears to be progressing IAW project specifications.

Page 1 of 3

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
06 June 2002

- Reviewed contractor coating QC reports and retained these in project documentation package.

- Repaired wharf extension outstanding item; Repaired areas of rust on pile 14D.

### *Cathodic Protection*

- No work performed today.

## Outstanding Items(s):

### *Coatings*

### 2002 Outstanding Item(s):

- o Re-attach anode conductor wires at H-pile anode locations using SS eyebolts.

- o Blast and coat areas on H-piles were scaffolding brackets were attached.

- o Original wharf; Complete holiday repairs on bents 1 and 2.

- o As of this date, complete holiday testing on bents 8 thru 11.

### *Cathodic Protection*

### 2002 Outstanding Item(s):

- o None

### 2001 Outstanding Item(s):

- o Wharf Extension; Pile 22C, underwater portion of anode channel guard is not clamped to the pile. The anode support brackets need to be installed correctly by the diving contractor.

- o Complete repairs to the negative circuit splice connections (replace split bolt connections with Burndy crimpets or exothermically weld). Seal connection with Raychem shrink sleeves (material is on site). Not part of original scope.

- o Procure a new "spare" anode. The new anode at column 6D on the wharf extension was replaced due to mishandling of the anode lead wire during coating operations. The lead wire was dropped into the seawater and damaged the conductor. This anode was replaced using one of the "spare" anodes that were to be left as part of the spare replacement anodes.

- o Commissioning data indicates that three of the newly installed anodes (NMD, 1C and 6D) are not functioning properly. A test anode was introduced into the circuit at the NMD location to confirm this finding. The test anode functioned properly. At the time of commissioning there was not access to the other anode splice box locations, located under the dock, to connect a test anode for verification of these results. The newly installed anodes that are not functioning properly need to be replaced by the contractor/manufacturer.

Coffman 01005

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
06 June 2002

- o Commissioning data also indicates that six existing anodes (31A, 15K, 9A, 3A, 10D and 14D) may have failed. Additionally, two other anodes (25H and 33E) have low current outputs. At the time of commissioning there was not access to the anode splice box locations, located under the dock, to connect a test anode for verification of these results. The remainder of the existing anodes may be nearing the end of their design life and additional failures may soon occur.

  - Rectifier 1 system: Anode 31A (existing) and NMD (new). (25H & 33E Low Output)
  - Rectifier 4 system: Anode 15K (existing).
  - Rectifier 5 system: Anode 9A (existing), 3A (existing) and 1C (new).
  - Rectifier 6 system: Anode 6D (new), 10D (existing) and 14D (existing).

## Under Pier Utilities:

- No work today. Local electrical has started shore tie project and will removed abandoned conduit in conjunction with shore tie project.

## Miscellaneous:

- Abrasive blasting and most coating work will be completed by 10 June if no delays are encountered. Entire coating project, through bent 12, should be completed by 15 June if no delays are encountered. Weather reports predict gale force winds and rain by Monday.
- No lost time accidents to date. ☺

## Photographs:



| Existing coating on bent 12 at high tide. | Existing coating on bent 12 at low tide. |

Signature: _____
NACE Certified Coating
Inspector #1750
J.R. Hardenbergh

Page 3 of 3

Coffman 01006

# SWALLING CONSTRUCTION . INC

## DAILY COATING INSPECTION REPORT

vender    Swalling Construction  Inc                              Page _____1_____

**Location:**    KODIAK _____    **Day: Sun**_____    **Date:** 6-9-02 _____

**Project No.:**    2107 _____    **Report** _____    2002-28 _____

**Personnel Contacted:**    Jerry Hardenbergh _____

**Production Activity:**    Crew worked on Bent #12 lower areas H piles A-C-G- _____

blasting and coating mostly complete in bent #12 holiday detection is needed to move on

**Nonconformance Activity:** None——

**Discussions (What and with Whom** Discuss progress and job schedule with Mike A.

Discussed Bent # 8-9 -10-11-12 holiday detection and pa2 testing to complete

Also discussed removal of staging from dock area

**Conflicts:**    None————

**Resolutions:**    N/A

**Inspection Activities & Comments:** Monitored all activities that contractor and crew performed

As well as general inspection duties.

**Inspector:** _Alan T Eldiwitw_    **Nace#**    8324 _____    **Level** certified _____

                   **Alan T Eldiwitw**    **Mileage:**    N/A    **Equipment:   YES / NO**

**DAILY SUMMARY REPORT**



| BRECHAN ENTERPRISES | **CONTRACT NO:** | 32010 CG Task 007 |
|---|---|---|
| **LOCATION:** U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** Jerry R. Hardenbergh | **DATE:** | 10 June 2002 |

## General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Local Electric, Electrical contractor.
- Chris Lynch, USCG Construction Representative.

Weather Conditions at 2:53PM:

| | |
|---|---|
| **Wind** | from the SSW at 5 MPH |
| **Visibility** | 10 mile(s) |
| **Sky conditions** | overcast |
| **Weather** | Light rain |
| **Precipitation last hour** | A trace |
| **Temperature** | 46 F (8 C) |
| **Dew Point** | 41 F (5 C) |
| **Relative Humidity** | 81% |
| **Pressure (altimeter)** | 29.99 in. Hg |

## Cargo Wharf Extension:

### *Coatings*
- No work performed today.

### *Cathodic Protection*
- No work performed today.

## Original Cargo Wharf:

### *Coatings*
- Crews making necessary coating holiday repairs. Holiday detection and marking repair areas continue.
- Swalling began coating repair after acceptance of surface conditions. Application of coating appears to be progressing IAW project specifications.
- Reviewed contractor coating QC reports and retained these in project documentation package.

### *Cathodic Protection*
- No work performed today.

Coffman 00992

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
10 June 2002

## Outstanding Items(s):

### Coatings

**2002 Outstanding Item(s):**

- o  Re-attach anode conductor wires at H-pile anode locations using SS eyebolts.
- o  Blast and coat areas on H-piles were scaffolding brackets were attached.

### Cathodic Protection

**2002 Outstanding Item(s):**

- o  None

**2001 Outstanding Item(s):**

- o  Complete repairs to the negative circuit splice connections (replace split bolt connections with Burndy crimpets or exothermically weld). Seal connection with Raychem shrink sleeves (material is on site). Not part of original scope.

- o  Procure a new "spare" anode. The new anode at column 6D on the wharf extension was replaced due to mishandling of the anode lead wire during coating operations. The lead wire was dropped into the seawater and damaged the conductor. This anode was replaced using one of the "spare" anodes that were to be left as part of the spare replacement anodes.

- o  Commissioning data indicates that three of the newly installed anodes (NMD, 1C and 6D) are not functioning properly. A test anode was introduced into the circuit at the NMD location to confirm this finding. The test anode functioned properly. At the time of commissioning there was not access to the other anode splice box locations, located under the dock, to connect a test anode for verification of these results. The newly installed anodes that are not functioning properly need to be replaced by the contractor/manufacturer.

- o  Commissioning data also indicates that six existing anodes (31A, 15K, 9A, 3A, 10D and 14D) may have failed. Additionally, two other anodes (25H and 33E) have low current outputs. At the time of commissioning there was not access to the anode splice box locations, located under the dock, to connect a test anode for verification of these results. The remainder of the existing anodes may be nearing the end of their design life and additional failures may soon occur.
  - • Rectifier 1 system: Anode 31A (existing) and NMD (new). (25H & 33E Low Output)
  - • Rectifier 4 system: Anode 15K (existing).
  - • Rectifier 5 system: Anode 9A (existing), 3A (existing) and 1C (new).
  - • Rectifier 6 system: Anode 6D (new), 10D (existing) and 14D (existing).

Coffman 00993

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
10 June 2002

**Under Pier Utilities:**

- No work today. Local electrical has started shore tie project and will removed abandoned conduit in conjunction with shore tie project.

**Miscellaneous:**

- Estimated completion date of 15 June if no other delays are encountered.
- No lost time accidents to date. ☺

Signature: _____
NACE Certified Coating
Inspector #1750

J.R. Hardenbergh

Page 3 of 3

Coffman 00994

DAILY SUMMARY REPORT



| BRECHAN ENTERPRISES | CONTRACT NO: | 32010 CG Task 007 |
|---|---|---|
| **LOCATION:** U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** Jerry R. Hardenbergh | **DATE:** | 11 June 2002 |

## General:

Sub-contractors / visitors on site:

- Swalling Construction, Coating contractor.
- Local Electric, Electrical contractor.

Weather Conditions
N/A

## Cargo Wharf Extension:

### *Coatings*

- No work performed today.

### *Cathodic Protection*

- No work performed today.

## Original Cargo Wharf:

### *Coatings*

- Crews making necessary coating holiday repairs. Holiday detection and marking repair areas continue.
- Contractor removing abrasive blast media from containment areas. Removing scaffolding and preparing for demobilization.
- Reviewed contractor coating QC reports and retained these in project documentation package.

### *Cathodic Protection*

- No work performed today.

Coffman 00989

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
11 June 2002

## Outstanding Items(s):

### *Coatings*

#### 2002 Outstanding Item(s):

- o  Re-attach anode conductor wires at H-pile anode locations using SS eyebolts.
- o  Blast and coat areas on H-piles were scaffolding brackets were attached.

### *Cathodic Protection*

#### 2002 Outstanding Item(s):

- o  None

#### 2001 Outstanding Item(s):

- o  Complete repairs to the negative circuit splice connections (replace split bolt connections with Burndy crimpets or exothermically weld). Seal connection with Raychem shrink sleeves (material is on site). Not part of original scope.
- o  Procure a new "spare" anode. The new anode at column 6D on the wharf extension was replaced due to mishandling of the anode lead wire during coating operations. The lead wire was dropped into the seawater and damaged the conductor. This anode was replaced using one of the "spare" anodes that were to be left as part of the spare replacement anodes.
- o  Commissioning data indicates that three of the newly installed anodes (NMD, 1C and 6D) are not functioning properly.  A test anode was introduced into the circuit at the NMD location to confirm this finding.  The test anode functioned properly.  At the time of commissioning there was not access to the other anode splice box locations, located under the dock, to connect a test anode for verification of these results.  The newly installed anodes that are not functioning properly need to be replaced by the contractor/manufacturer.
- o  Commissioning data also indicates that six existing anodes (31A, 15K, 9A, 3A, 10D and 14D) may have failed.  Additionally, two other anodes (25H and 33E) have low current outputs.  At the time of commissioning there was not access to the anode splice box locations, located under the dock, to connect a test anode for verification of these results. The remainder of the existing anodes may be nearing the end of their design life and additional failures may soon occur.

  - • Rectifier 1 system: Anode 31A (existing) and NMD (new). (25H & 33E Low Output)
  - • Rectifier 4 system: Anode 15K (existing).
  - • Rectifier 5 system: Anode 9A (existing), 3A (existing) and 1C (new).
  - • Rectifier 6 system: Anode 6D (new), 10D (existing) and 14D (existing).

Coffman 00990

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
11 June 2002

## Under Pier Utilities:

- No work today. Local electrical has started shore tie project and will removed abandoned conduit in conjunction with shore tie project.

## Miscellaneous:

- Estimated completion date of 15 June if no other delays are encountered.

- No lost time accidents to date. ☺

\

Signature: _____
NACE Certified Coating
Inspector #1750

J.R. Hardenbergh

Page 3 of 3

Coffman 00991

DAILY SUMMARY REPORT



| BRECHAN ENTERPRISES | CONTRACT NO: | 32010 CG Task 007 |
|---|---|---|
| **LOCATION:** U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** Jerry R. Hardenbergh | **DATE:** | 12 June 2002 |

## General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Local Electric, Electrical contractor.

Weather Conditions
N/A

## Cargo Wharf Extension:

### *Coatings*

- No work performed today.

### *Cathodic Protection*

- No work performed today.

## Original Cargo Wharf:

### *Coatings*

- Crews making necessary coating holiday repairs. Holiday detection and marking repair areas continue.
- Contractor removing scaffolding and preparing for demobilization.
- Completing outstanding items continues.

### *Cathodic Protection*

- No work performed today.

Coffman 00986

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
12 June 2002

## Outstanding Items(s):

### *Coatings*

**2002 Outstanding Item(s):**

o   Re-attach anode conductor wires at H-pile anode locations using SS eyebolts.

### *Cathodic Protection*

**2002 Outstanding Item(s):**

o   None

**2001 Outstanding Item(s):**

o   Complete repairs to the negative circuit splice connections (replace split bolt connections with Burndy crimpets or exothermically weld). Seal connection with Raychem shrink sleeves (material is on site). Not part of original scope.

o   Procure a new "spare" anode. The new anode at column 6D on the wharf extension was replaced due to mishandling of the anode lead wire during coating operations. The lead wire was dropped into the seawater and damaged the conductor. This anode was replaced using one of the "spare" anodes that were to be left as part of the spare replacement anodes.

o   Commissioning data indicates that three of the newly installed anodes (NMD, 1C and 6D) are not functioning properly.  A test anode was introduced into the circuit at the NMD location to confirm this finding.   The test anode functioned properly.  At the time of commissioning there was not access to the other anode splice box locations, located under the dock, to connect a test anode for verification of these results.  The newly installed anodes that are not functioning properly need to be replaced by the contractor/manufacturer.

o   Commissioning data also indicates that six existing anodes (31A, 15K, 9A, 3A, 10D and 14D) may have failed.  Additionally, two other anodes (25H and 33E) have low current outputs.  At the time of commissioning there was not access to the anode splice box locations, located under the dock, to connect a test anode for verification of these results. The remainder of the existing anodes may be nearing the end of their design life and additional failures may soon occur.

   - Rectifier 1 system: Anode 31A (existing) and NMD (new). (25H & 33E Low Output)
   - Rectifier 4 system: Anode 15K (existing).
   - Rectifier 5 system: Anode 9A (existing), 3A (existing) and 1C (new).
   - Rectifier 6 system: Anode 6D (new), 10D (existing) and 14D (existing).

Coffman 00987

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
12 June 2002

## Under Pier Utilities:

- Local electrical has started shore tie project and will removed abandoned conduit in conjunction with shore tie project.

## Miscellaneous:

- Estimated completion date of 15 June if no other delays are encountered.
- No lost time accidents to date. ☺

Signature: _____
                  J.R. Hardenbergh

Coffman 00988