**DAILY SUMMARY REPORT**



| | | | |
|---|---|---|---|
| **BRECHAN ENTERPRISES** | | **CONTRACT NO:** | 32010 CG Task 007 |
| **LOCATION:** | U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** Jerry R. Hardenbergh | | **DATE:** | 13 June 2002 |

## General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Local Electric, Electrical contractor.

Weather Conditions
N/A

## Cargo Wharf Extension:

### *Coatings*
- No work performed today.

### *Cathodic Protection*
- No work performed today.

## Original Cargo Wharf:

### *Coatings*
- Crews making necessary coating holiday repairs. Holiday detection and marking repair areas continue.
- Contractor removing scaffolding and preparing for demobilization.
- Completing outstanding items continues.

### *Cathodic Protection*
- No work performed today.

Coffman 00983

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
13 June 2002

## Outstanding Items(s):

### *Coatings*

#### 2002 Outstanding Item(s):

- o   Re-attach anode conductor wires at H-pile anode locations using SS eyebolts.

### *Cathodic Protection*

#### 2002 Outstanding Item(s):

- o   None

#### 2001 Outstanding Item(s):

- o   Complete repairs to the negative circuit splice connections (replace split bolt connections with Burndy crimpets or exothermically weld). Seal connection with Raychem shrink sleeves (material is on site). Not part of original scope.
- o   Procure a new "spare" anode. The new anode at column 6D on the wharf extension was replaced due to mishandling of the anode lead wire during coating operations. The lead wire was dropped into the seawater and damaged the conductor. This anode was replaced using one of the "spare" anodes that were to be left as part of the spare replacement anodes.
- o   Commissioning data indicates that three of the newly installed anodes (NMD, 1C and 6D) are not functioning properly.  A test anode was introduced into the circuit at the NMD location to confirm this finding.   The test anode functioned properly.  At the time of commissioning there was not access to the other anode splice box locations, located under the dock, to connect a test anode for verification of these results.  The newly installed anodes that are not functioning properly need to be replaced by the contractor/manufacturer.
- o   Commissioning data also indicates that six existing anodes (31A, 15K, 9A, 3A, 10D and 14D) may have failed.  Additionally, two other anodes (25H and 33E) have low current outputs.  At the time of commissioning there was not access to the anode splice box locations, located under the dock, to connect a test anode for verification of these results. The remainder of the existing anodes may be nearing the end of their design life and additional failures may soon occur.
  - • Rectifier 1 system: Anode 31A (existing) and NMD (new). (25H & 33E Low Output)
  - • Rectifier 4 system: Anode 15K (existing).
  - • Rectifier 5 system: Anode 9A (existing), 3A (existing) and 1C (new).
  - • Rectifier 6 system: Anode 6D (new), 10D (existing) and 14D (existing).

Coffman 00984

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
13 June 2002

## Under Pier Utilities:

- Local electrical has started shore tie project and will removed abandoned conduit in conjunction with shore tie project.

## Miscellaneous:

- Estimated completion date of 15 June if no other delays are encountered.
- No lost time accidents to date. ☺

Signature: _____

NACE Certified Coating
Inspector #1750

J.R. Hardenbergh

Coffman 00985

**DAILY SUMMARY REPORT**



| BRECHAN ENTERPRISES | **CONTRACT NO:** | 32010 CG Task 007 |
|---|---|---|
| **LOCATION:** U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** Jerry R. Hardenbergh | **DATE:** | 14 June 2002 |

## General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Local Electric, Electrical contractor.

Weather Conditions
N/A

## Cargo Wharf Extension:

### *Coatings*

- No work performed today.

### *Cathodic Protection*

- Testing of the rectifiers and anodes to verify operational status indicated that one additional anode may have failed since last years commissioning of the CP system. Anode 18C has no current output. Additional testing should be performed to verify this condition.

## Original Cargo Wharf:

### *Coatings*

- Contractor removing scaffolding and preparing for demobilization.
- Completing outstanding items continues.
- All coating work is complete through bent 12 and is acceptable in accordance with project specifications.

### *Cathodic Protection*

- Testing of the rectifiers and anodes to verify operational status indicated that one additional anode may have failed since last years commissioning of the CP system. Anode 23H has almost no current output. Additional testing should be performed to verify this condition.

Coffman 00980

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
14 June 2002

## Outstanding Items(s):

### *Coatings*

**2002 Outstanding Item(s):**

- o None

### *Cathodic Protection*

**2002 Outstanding Item(s):**

- o None

**2001 Outstanding Item(s):**

- o Complete repairs to the negative circuit splice connections (replace split bolt connections with Burndy crimpets or exothermically weld). Seal connection with Raychem shrink sleeves (material is on site). Not part of original scope.

- o Procure a new "spare" anode. The new anode at column 6D on the wharf extension was replaced due to mishandling of the anode lead wire during coating operations. The lead wire was dropped into the seawater and damaged the conductor. This anode was replaced using one of the "spare" anodes that were to be left as part of the spare replacement anodes.

- o Commissioning data indicates that three of the newly installed anodes (NMD, 1C and 6D) are not functioning properly. A test anode was introduced into the circuit at the NMD location to confirm this finding. The test anode functioned properly. At the time of commissioning there was not access to the other anode splice box locations, located under the dock, to connect a test anode for verification of these results. The newly installed anodes that are not functioning properly need to be replaced by the contractor/manufacturer.

- o Commissioning data also indicates that six existing anodes (31A, 15K, 9A, 3A, 10D and 14D) may have failed. Additionally, two other anodes (25H and 33E) have low current outputs. At the time of commissioning there was not access to the anode splice box locations, located under the dock, to connect a test anode for verification of these results. The remainder of the existing anodes may be nearing the end of their design life and additional failures may soon occur.

  - • Rectifier 1 system: Anode 31A (existing) and NMD (new). (25H & 33E Low Output)
  - • Rectifier 4 system: Anode 15K (existing).
  - • Rectifier 5 system: Anode 9A (existing), 3A (existing) and 1C (new).
  - • Rectifier 6 system: Anode 6D (new), 10D (existing) and 14D (existing).

Coffman 00981

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
14 June 2002

## Under Pier Utilities:

- Local electrical has started shore tie project and will removed abandoned conduit in conjunction with shore tie project.

## Miscellaneous:

- Estimated completion date of 15 June will be achieved.
- No lost time accidents to date. ☺
- Norton Corrosion representative John Kepler was on-site today to discuss and perform testing of 3 newly installed anodes that are not operating properly. The first meeting was conducted at 8:30AM today with Matt Holmstrom, Chris Lynch, John Kepler, John Miller, Al Boudreau and Jerry Hardenbergh present. The discussion involved Coffman Engineers test data and results, anode warranty issues, logistics involved with removing, testing and installation of the 3 anodes in question and costs associated with removal and installation of said anodes. Closeout meeting scheduled for 1:00PM.

  Immediately after the 8:30AM meeting, Jerry Hardenbergh, Al Boudreau and John Kepler went to the cargo wharf to discuss/test the 3 anodes in question. John Kepler performed all testing to satisfy his interest. John performed voltage and current measurements on all rectifiers. At the NMD anode, John performed current and voltage measurements and stated that he believes the NMD anode is working properly. At anode 1C on the original wharf, John performed current measurements and believes that this anode may have failed. And at anode 6D on the cargo wharf extension, John performed voltage and current measurements and believes that this anode has failed also.

  Closeout meeting at 1:00PM included all attendees listed in the 8:30AM meeting with the addition of USCG representative Joel Dolbeck. John Kepler with Norton Corrosion stated his opinion of the 3 anodes in question and believes that the NMD anode is operating properly and that the other two anodes may have failed. Jerry Hardenbergh was asked his opinion of John's findings and he stated that John did not perform all testing necessary to determine if anode NMD was actually operating properly and still believes that the NMD is not operating properly. It was then determined to remove the 3 anodes in question and ship to Norton's office for additional testing and repair or replacement if necessary. The discussion also involved the possibility of using a local diving company to remove the anodes and install the two spare anodes that are on-site.

Signature: _____
NACE Certified Coating
Inspector #1750

J.R. Hardenbergh

Coffman 00982

| **SOLICITATION OFFER AND AWARD** (Construction, Alteration, or Repair) | 1. SOLICITATION NO. DTCG50-02-R-643J55 | 2. TYPE OF SOLICITATION ☐ SEALED BID *(IFB)* ☒ NEGOTIATED *(RFP)* | 3. DATE ISSUED 04/03/2002 | PAGE OF PAGES of |
|---|---|---|---|---|

IMPORTANT - The "offer" section on page 2 must be fully completed by offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|

| 7. ISSUED BY                    CODE | 8. ADDRESS OFFER TO |
|---|---|
| Contracting Officer<br>USCG FDCCPac<br>915 Second Ave., Room 2664<br>Seattle, WA 98174-1011 | Same as Block 7. |

| 9. FOR INFORMATION CALL ▶ | A. NAME ANITA REPANICH | B TELEPHONE NO. *(include area code) (NO COLLECT CALLS)* 206-220-7426 |
|---|---|---|

## SOLICITATION

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date)*:

Bid Items - See SECTION B and Instructions in Section L

Davis Bacon Area Wage Rates are applicable to this project.

This procurement is a small business set-aside.

Any amendments issued to this solicitation will be posted at www.eps.gov

NOTE:  There is a preproposal conference scheduled for 16 May 2002.  See Section L, para 7 for more information.

11. The contractor shall begin performance within  *  calendar days and complete it within  *  calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. (See 52.211-10 )

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES", indicate within how many calendar days after award in Item 12B.)* ☒ YES  ☐ NO | 12B. CALENDAR DAYS Ten |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and  4  copies to perform the work required are due at the place specified in Item 8 by  4:00  PM  *(hour)* local time  06/07/2002  *(date)*.  If this is a sealed bid solicitation, offers must be publicly opened at that time.  Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is, ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than  60  calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

STANDARD FORM 1442 (Rev. 4-85)

USCG-203408

53.301-1442          **FEDERAL ACQUISITION REGULATION (FAR)**

| OFFER *(Must be fully completed by offeror)* | |
|---|---|
| 14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*<br><br>·chan Enterprises, Inc.<br>∠.05 Mill Bay Road<br>:odiak, Alaska 99615 | 15. TELEPHONE NO. *(Include area code)*<br>907 486-3215 |
|  | 16. REMITTANCE ADDRESS *(Include only if different than Item 14)* |

DUNS: 044035061

| CODE | FACILITY CODE | email address: fandrinc@gci.net |
|---|---|---|

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing _____ calendar days after the date offers are due. (Insert any number equal to or greater than the minimum requirement stated in Item 13D.) Failure to insert any number means the offeror accepts the minimum in Item 13D.)

**AMOUNTS** ▶    Provide your proposed coefficients with your price proposal in accordance with the instructions in Section L.

18. The offeror agrees to furnish any required performance and payment bonds

### 19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)*

| AMENDMENT NO. | 0001 | 0002 | 0003 | | | |
|---|---|---|---|---|---|---|
| DATE | 5/8/02 | 5/23/02 | 5/31/02 | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*<br>W.E. Oliver, vice president | 20B. SIGNATURE | 20C. OFFER DATE<br>June 6, 2002 |
|---|---|---|

AWARD *(To be completed by Government)*

ITEMS ACCEPTED:

| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA | | |
|---|---|---|---|
| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN<br>*(4 copies unless otherwise specified)* | ITEM<br>7 | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br>☐ 10 USC 2304(c) (　　) ☐ 41 USC USC 253(c) (　　) | |
| 26. ADMINISTERED BY       CODE<br>See Block 7 | | 27. PAYMENT WILL BE MADE BY<br>USCG Finance Center<br>1430A Kristina Way<br>Chesapeake, VA 23326-0324<br>For payment inquiries, call: (757)523-6940 | |

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

| ☒ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _____ copies to issuing office.)*<br><br>Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, ce  tions, and specifications or incorporated by reference in or attached to this cc   t. | ☐ 29. AWARD *(Contractor is not required to sign this document.)*<br><br>Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. |
|---|---|
| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*<br>Anita Repanich | 31A. NAME OF CONTRACTING OFFICER *(Type or print)* |
| 30B. SIGNATURE      30C. DATE<br>Anita Repanich    18 July 02 | 31B. UNITED STATES OF AMERICA       31C. AWARD DATE<br>BY |

USCG-203409

# UNITED STATES COAST GUARD
## Facilities Design and Construction Center Pacific

### REQUEST FOR PROPOSAL
### INDEFINITE DELIVERY-INDEFINITE QUANTITY
### MULTI TRADE CONSTRUCTION CONTRACT

### U.S. COAST GUARD INTEGRATED SUPPORT COMMAND
### KODIAK, ALASKA

### DTCG50-02-R-643J55



1442.doc

**TO ACCESS THE STANDARD FORM (SF) 1442, DOUBLE-CLICK ON ABOVE ICON. AFTER OBTAINING THE SF 1442, CLOSE THE DOCUMENT AND CONTINUE SCROLLING DOWN FROM THIS POINT TO OBTAIN THE REMAINDER OF THE Request FOR PROPOSALS (RFP).**

**PLEASE MAIL YOUR PROPOSAL TO THE ADDRESS LISTED IN BLOCK 7 OF SF-1442.**

### NOTICE TO OFFERORS

It is the policy of the Coast Guard to issue solicitations and make contract awards in a fair and timely manner. To further this policy, the Commandant has created the position of Solicitation Ombudsman who is empowered to investigate issues raised by prospective offerors and resolve them, where possible, without expensive and time-consuming litigation.

Potential offerors who believe that a Coast Guard solicitation is unfair or otherwise defective, should first direct their concerns to the cognizant Contracting Officer.
If the Contracting Officer is unable to satisfy the concerns, the offeror should then contact the Coast Guard Solicitation Ombudsman at the address below:

> Commandant (G-CPM/3)
> 2100 Second Street, SW
> Washington, D.C. 20593
> Telephone: (202) 267-2285
> FAX: (202) 267-4011

Potential offerors should provide the following information to the Ombudsman in order to insure a timely response: Solicitation Number, Contracting Office, Contracting Officer and the solicitation closing date.

# TABLE OF CONTENTS

## PART I – THE SCHEDULE

| SECTION | TITLE | PAGES |
|---|---|---|
| A | Solicitation & TOC | 1 - 2 |
| B | Supplies or Services and Prices/Costs | 3 - 5 |
| C | Description/Specifications/Statement of Work | 6 - 65 |
| D | Packaging and Marking | 66 |
| E | Inspection and Acceptance | 67 - 68 |
| F | Deliveries or Performance | 69 - 73 |
| G | Contract Administration Data | 74 - 76 |
| H | Special Contract Requirements | 77 - 81 |

## PART II – CONTRACT CLAUSES

| I | Contract Clauses | 82 - 88 |
|---|---|---|

## PART III – LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS

| J | List of Attachments | NA |
|---|---|---|

## PART IV – REPRESENTATIONS AND INSTRUCTIONS

| K | Representation, Certifications, and Other Statement of Offerors | 89 - 96 |
|---|---|---|
| L | Instructions, Conditions, and Notice to Offerors or Respondents | 97 - 107 |
| M | Evaluation Factors for Award | 108 - 111 |

2

USCG-203411

## SECTION B - SCHEDULE OF PRICES

### OFFERS

(a) The offeror must submit **one coefficient factor** for the **line items below** , supported by a detailed cost breakdown on how the coefficient factor was developed. **Refer to Paragraph L.8.2 (Volume II Cost)** for instructions on submitting your cost proposal.

| CONTRACT LINE ITEM NUMBER | DESCRIPTION | COEFFICIENT % FACTOR |
|---|---|---|
| 0001 | DELIVERY ORDER COEFFICIENT FOR ALL WORK | _12%_ <br> 1.12 |

USCG-203412

## NOTES

### COEFFICIENT

(a) **The coefficient factor** will be the multiplier used to determine the price of the work for each task on individual delivery orders. The offeror's price coefficient must be all inclusive and must contain the Prime Contractor's and Subcontractor's overhead, profit, bond premiums, social security contributions, general insurances, workman's compensations insurance, state unemployment insurance, federal unemployment insurance, mobilization and demobilization costs, labor factor adjustments between the Means given labor rates and the Davis/Bacon Labor Rates included in the contract, Prime's overhead and profit on Subcontractors, supervision, transportation, adjustment factors to account for small jobs, incidental tools and equipment, Means Division I items identified below, any markups for materials and all contingencies in connection therewith, since no allowance will be made later for additional costs. The offeror's price coefficient should not include any costs for Longshoremen and Harbor Worker's Act Insurance. These costs will be compensated as non-pre-priced work when applicable.

(1)Costs of items in Division 1 of the RSMeans *Facilities Construction Cost Data* base are already included in the line item cost extension for that item. Therefore, such items as small tools, and other Division 1 items not specifically included below are to be considered as included in the coefficient and the line item extended price. The following items from Division 1 of the RSMeans *Facilities Construction Cost Data* base *shall not be included* in the coefficient and may be added or used as separate and distinct line items when preparing estimates for Task Orders:

> Section 01107-700: "Surveying"
> Section 01450-500: "Field Testing"
> Section 01540-750: "Scaffolding" items under Construction Aids
> Section 01540-755: "Scaffolding Specialties" under Construction Aids
> Section 01590: "Equipment Rental" (this may be used only if the other line item chosen does not include equipment necessary to perform the work).

(2) Non-pre-priced work to be included in each task order may be proposed by the Contractor or Government.

### NON-PRE-PRICED WORK:

(a) Facilities engineering tasks that are not specifically included in the Means Facilities Construction Cost Data base, but that are within the basic intent and general scope of the contract.

(b) Facilities engineering tasks that are included in the Means Facilities Construction

4

Cost Data base, but require adjustment because of unusual site conditions, which differ materially from those ordinarily encountered and generally inherent in the character of the work provided for in the contract.

(c) Longshoremen and Harbor's Worker's Act Insurance Costs. Non-pre-priced items may be negotiated by the Contracting Officer and added by modification at any time during the contract period. Added items of work shall be incorporated into and made a part of the delivery order and shall be performed at the negotiated unit price and multiplied by the applicable coefficient bid by the Contractor. Previously non-pre-priced work items may subsequently be added to the contract as pre-priced items for use on additional task orders.

Non-pre-priced work to be included in an individual requirement must be proposed by the Contractor in a format acceptable to the Government. All non-pre-priced items shall be negotiated on an individual basis. The non-pre-priced item shall be determined by three (3) written estimates from verifiable sources (market surveys, published price list, catalog prices, subcontractor quote or estimate, etc.) provided by the Contractor to the Contracting Officer for verification and approval. Contractor's discounts and Contractor list prices shall be passed onto the Government. The non-pre-priced item shall be multiplied by the coefficient.

For categories (a) and (b) above, the labor rate taken shall be the bare cost from Means for the particular trade involved. This information is available from the "Crews" section. This rate shall then be multiplied by the appropriate installation weighted average city cost index. Productivity, (i.e. the number of man hours required), shall be from Means for work of a similar nature whenever possible. Finally, line items shall be multiplied by the contractor's coefficient.

Coefficients should be represented in your proposal as follows. An offer of "net" would be represented by "1.0". An example of a decrease from the prices listed in RS MEANS ® would be "0.98". An example of an increase above the prices in RS MEANS ® would be "1.10". The proposed coefficient can be two decimal places.

Proposers are required to use the Ketchikan City Cost Index in calculating their coefficient. There are items that the Ketchikan City Cost Index does not compensate adequately for while performing work on Kodiak. When computing and proposing your coefficient you address these areas and how your proposed coefficient does or does not take them into account. Refer to the RFP, page 111, Evaluation Areas, Price Cost, para C addressing the completeness, reasonableness and realism of your coefficient.

5

P.O. Box 112807
Anchorage Alaska 99511-2807
Phone 907-346-4490
Fax   907-348-4491
Cell  907-830-9117
E-mail – jasonp@absoluteenv.com

**Absolute
Environmental
Services, Inc.**



**Fax**

| To: | Matt | From: | Jason Peterson |
|-----|------|-------|----------------|
| Fax: | (907) 487-2587 | Pages: | 56 |
| Phone: | (907) 487-2223 | Date: | 09/16/2002 |
| Re: | Cargo Pier | CC: | |

☐ Urgent     X For Review     ☐ Please Comment     Please Reply     ☐ Please Recycle

● **Comments:** See you weds. Morning. I'll have extra copies of this fax with me.

Sincerely,

Jason A. Peterson

Absolute Environmental Services, Inc.

$$\frac{1,250,000}{20,000 \, \#} = \frac{X}{25,000}$$

$$X = \$ 1,562,500$$

ACTION: RVW PH 1 COSTS BASED ON 15,500 #

BEI0951
38599-0012

**Dave Olson**

| | |
|---|---|
| **From:** | Matt Holmstrom [mholmstrom-bei@gci.net] |
| **Sent:** | Tuesday, September 17, 2002 6:06 PM |
| **To:** | Jason Peterson |
| **Subject:** | RE: cargo wharf coating |

Jason - like we discussed earlier today, Coffman erred on the plans regarding SF of coating. Bottomline is that Swalling coated 15,500 SF. Based on 40,000 total SF, you should plan on 24,500 SF to be coated. All H-pile.

Swalling used SP-1864.

Swalling tested the entire structure for lead...no lead present.

Matt

-----Original Message-----
From: Jason Peterson [mailto:jasonp@absoluteenv.com]
Sent: Tuesday, September 17, 2002 10:42 AM
To: 'Matt Holmstrom'
Subject: RE: cargo wharf coating

Matt- Tom says the drawings say 12,255sqft for section "B" why do you say there is 24,000sqft? Also, which coating sysytem did swalling use on "A" and do we have any lead testing results from swallings project, if so can we see them?

Jason

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Tuesday, September 17, 2002 7:05 AM
To: Jason Peterson
Subject: cargo wharf coating

Jason - I rec'd the fax yesterday. What's the basis of the 12,255 SF of coating? The coating to be done is approximately twice that amount. I'll call you today. We need to be accurate for the meeting tomorrow. Thanks. Matt

1

AESMAIL-000514

# Absolute Environmental Services, Inc.

P.O. Box 112807 Anchorage, Alaska 99511-2807
(907) 346-4490 FAX (907) 346-4491
Revised

October 22, 2002

Brechan Enterprises, Inc.
Attn: Matt Holmstrom
2705 Mill Bay Road
Kodiak, Alaska 99615

RE:     ISC Kodiak Cargo Pier Kodiak Island – Piles 13, 14, 15 of 2A, and 2B

Subject:     Firm Cost Estimate for Removal and Application of Coatings

Dear Mr. Holmstrom;

Absolute Environmental Services, Inc. in conjunction with Imperial Industrial Coatings Corp. (IICC)
has prepared the following cost estimate for the removal of the existing coatings and application of
new coatings according to the project plans and specifications.

Absolute Environmental Services, Inc. intends to team with Imperial Industrial Coatings Corp. of
Grand Terrace, California for this project. IICC will provide all technical expertise and qualified
supervision for the removal of the existing coatings and the application of the new coatings. Absolute
Environmental Services, Inc. owns the specific equipment that will be utilized for the project. In
addition, Absolute Environmental personnel will work with IICC personnel in operating the
equipment and performing the work. All work will be performed under the direct supervision of
IICC.

The plans and specifications and work have been thoroughly reviewed including a jobsite visit by Tom
Puett and David Olson. Imperial Industrial Coatings safety and quality control programs under the
direction of Tom Puett meets all the requirements of SSPC QP1, QP2, &QP3.

Procedures:
1. Filter tarps 1 micron will be attached to the steel structure to catch all grindings, abrasive, old
   paint and water.
2. Side tarps (solid) will be attached to stop fling debris and help maintain climate control during
   bad weather.
3. Placement of electrical heater to work during inclement weather.
4. Side tarps will be placed on cables so they can be opened or closed. During inclement weather
   the tarps will be secured to the piles.
5. Grinding of structural edges will be the first order of production work.(off shift/ bad weather)
6. Removal of existing coatings will be accomplished using ultra high pressure water 30,000-

BEI1351
38599-0012

40,000 PSI (off shift/ bad weather)

7. Placement of cofferdams on piles will be done after the removal of existing coating. (off shift/ bad weather)

8. On good weather days the surfaces to be coated will be sweep blasted SSPC-10 to remove flash rust and then coated. Wet areas will be dried using weed burners to remove surfaces and steel moisture.

9. The stitch welds will be caulked as needed.

Inclusions

1. Removal and application of coatings per the scope of work
2. Transportation, Room & Board
3. One mobilization to and from Kodiak
4. Insurance

**Proposal**                                                              $995,850.00
**Nine Hundred Ninety-five Thousand Eight Hundred Ninety-five Dollars and No/100's**

Exclusions:                                          4 mos.
1. Temporary water, and sanitation facilities
4 mos. 2. Forklift for loading and unloading of equipment            245004
3. Electricity and electrical hookups (110 single to 480 three-phase)
4. Welding structural repairs
EXCLUDE   5. Removal of thermite grounds                           = *40.65/4 ±
FROM      6. Removal of CP circuit headers
OVERALL   7. Removal of rectifier/cable bonds
SCOPE OF  8. Removal of 1.7 - 1.7.5          1.7.3.1 - 1.7.3.8
WORK      9. Bond (2.5%)

Should you have any questions or require additional information, please contact me at (907) 346-4490.

Sincerely,

David E. Olson
Absolute Environmental Services, Inc.

BASED ON
4 MOS.

BEI1352
38599-0012

# Absolute Environmental Services, Inc.

P.O. Box 112807 Anchorage, Alaska 99511-2807
(907) 346-4490 FAX (907) 346-4491
Revised

October 22, 2002

Brechan Enterprises, Inc.
Attn: Matt Holmstrom
2705 Mill Bay Road
Kodiak, Alaska 99615

RE:    ISC Kodiak Cargo Pier Kodiak Island – Pier 13, 14, 15, and 2B

Subject:    Firm Cost Estimate for Removal and Application of Coatings

Dear Mr. Holmstrom;

Absolute Environmental Services, Inc. in conjunction with Imperial Industrial Coatings Corp. (IICC) has prepared the following cost estimate for the removal of the existing coatings and application of new coatings according to the project plans and specifications.

Absolute Environmental Services, Inc. intends to team with Imperial Industrial Coatings Corp. of Grand Terrace, California for this project. IICC will provide all technical expertise and qualified supervision for the removal of the existing coatings and the application of the new coatings. Absolute Environmental Services, Inc. owns the specific equipment that will be utilized for the project. In addition, Absolute Environmental personnel will work with IICC personnel in operating the equipment and performing the work. All work will be performed under the direct supervision of IICC.

The plans and specifications and work have been thoroughly reviewed including a jobsite visit by Tom Puett and David Olson. Imperial Industrial Coatings safety and quality control programs under the direction of Tom Puett meets all the requirements of SSPC QP1, QP2, &QP3.

Procedures:

1. Filter tarps 1 micron will be attached to the steel structure to catch all grindings, abrasive, old paint and water.
2. Side tarps (solid) will be attached to stop fling debris and help maintain climate control during bad weather.
3. Placement of electrical heater to work during inclement weather.
4. Side tarps will be placed on cables so they can be opened or closed. During inclement weather the tarps will be secured to the piles.
5. Grinding of structural edges will be the first order of production work.(off shift/ bad weather)
6. Removal of existing coatings will be accomplished using ultra high pressure water 30,000-

BEI1353
38599-0012

40,000 PSI (off shift/ bad weather)

7. Placement of cofferdams on piles will be done after the removal of existing coating. (off shift/ bad weather)
8. On good weather days the surfaces to be coated will be sweep blasted SSPC-10 to remove flash rust and then coated. Wet areas will be dried using weed burners to remove surfaces and steel moisture.
9. The stitch welds will be caulked as needed.

Inclusions

1. Removal and application of coatings per the scope of work
2. Transportation, Room & Board
3. One mobilization to and from Kodiak
4. Insurance

Proposal                                      $995,850.00
Nine Hundred Ninety-five Thousand Eight Hundred Ninety-five Dollars and No/100's

Exclusions:

1. Temporary water, and sanitation facilities
2. Forklift for loading and unloading of equipment
3. Electricity and electrical hookups (110 single to 480 three-phase)
4. Welding structural repairs
5. Removal of termite grounds        thermite
6. Removal of CP circuit headers
7. Removal of rectifier cable bonds  — 1.7.3  in entirety
8. Removal of 1.7 - 1.7.6
9. Bond (2.5%)

Should you have any questions or require additional information, please contact me at (907) 346-4490.

Sincerely,

David E. Olson
Absolute Environmental Services, Inc.

BEI1354
38599-0012

# Absolute Environmental Services, Inc.

P.O. Box 112807 Anchorage, Alaska 99511-2807
(907) 346-4490 FAX (907) 346-4491

October 22, 2002

Brechan Enterprises, Inc.
Attn: Matt Holmstrom
2705 Mill Bay Road
Kodiak, Alaska 99615

RE:     ISC Kodiak Cargo Pier Kodiak Island – Piles 13, 14, 15 of 2A, and 2B

Subject:     Firm Cost Estimate for Removal and Application of Coatings

Dear Mr. Holmstrom;

Absolute Environmental Services, Inc. in conjunction with Imperial Industrial Coatings Corp. (IICC) has prepared the following cost estimate for the removal of the existing coatings and application of new coatings according to the project plans and final specifications dated June 21, 2001.

Absolute Environmental Services, Inc. intends to team with Imperial Industrial Coatings Corp. of Grand Terrace, California for this project. IICC will provide all technical expertise and qualified supervision for the removal of the existing coatings and the application of the new coatings. Absolute Environmental Services, Inc. owns the specific equipment that will be utilized for the project. In addition, Absolute Environmental personnel will work with IICC personnel in operating the equipment and performing the work. All work will be performed under the direct supervision of IICC. This work will take place between May 1st and August 31st 2003.

The plans and specifications and work have been thoroughly reviewed including a jobsite visit by Tom Puett and David Olson. Imperial Industrial Coatings safety and quality control programs under the direction of Tom Puett meets all the requirements of SSPC QP1, QP2, &QP3.

Procedures:
1. Filter tarps 1 micron will be attached to the steel structure to catch all grindings, abrasive, old paint and water.
2. Side tarps (solid) will be attached to stop fling debris and help maintain climate control during bad weather.
3. Placement of electrical heater to work during inclement weather.
4. Side tarps will be placed on cables so they can be opened or closed. During inclement weather the tarps will be secured to the piles.
5. Grinding of structural edges will be the first order of production work.(off shift/ bad weather)
6. Removal of existing coatings will be accomplished using ultra high pressure water 30,000-

BEI1036
38599-0012

40,000 PSI (off shift/ bad weather)

7. Placement of cofferdams on piles will be done after the removal of existing coating. (off shift/ bad weather)
8. On good weather days the surfaces to be coated will be sweep blasted SSPC-10 to remove flash rust and then coated. Wet areas will be dried using weed burners to remove surfaces and steel moisture.
9. The utility hangers/braces fillet welds will be <u>caulked</u> (not welded) as needed per 1.7.3.9.

<u>Inclusions</u>

1. Removal and application of coatings per the scope of work
2. Transportation, Room & Board
3. One mobilization to and from Kodiak
4. Insurance

<u>Exclusions:</u>

1. Temporary water, and sanitation facilities
2. Forklift for loading and unloading of equipment
3. Electricity and electrical hookups (110 single to 480 three-phase)
4. Welding structural repairs
5. Work per specification sections 1.7.3 through 1.7.3.7, seal welding per 3.2.1.3 and 3.2.1.4
   Note: AESI will perform the weld cleaning/stripe coating portion of 1.7.3.6
6. Bond (2.5%)

Should you have any questions or require additional information, please contact me at (907) 346-4490.

Sincerely,


David E. Olson
Absolute Environmental Services, Inc.

Drechan Enterprises, Inc.                    Job Cost Billing Detail                    10-23-2002    Page 1

| Cost Code | Category | Accounting Date | Description | Vendor | Invoice | Amount |
|---|---|---|---|---|---|---|
| 11111 IDIQ-FOOC-Cargo Pier Upgrades | | | | | | |
| 3.001 | Subcontract | 07-31-01 | Kodiak Harbor | SWALLING CONSTRUCTION | PE 7-31-01 | 203,250.00 |
| | Subcontract | 07-31-01 | Kodiak Harbor | SWALLING CONSTRUCTION | PE 7-31-01 | 203,250.00- |
| | | | | | Category Total | .00* |
| | | | | | | |
| 7.001 | Subcontract | 07-31-01 | Kodiak Harbor | SWALLING CONSTRUCTION | PE 7-31-01 | 203,250.00 |
| | Subcontract | 09-30-01 | PE 8/31/01 | SWALLING CONSTRUCTION | 9-1-01 | 147,378.00 |
| | Subcontract | 09-30-01 | PE 9/30/01 - Cargo Pier | SWALLING CONSTRUCTION | PE 9/30/01 | 129,783.00 |
| | Subcontract | 10-31-01 | Kodiak Harbor PE 10/31/01 | SWALLING CONSTRUCTION | PE 10/31/01 | 45,532.00 |
| | Subcontract | 03-31-02 | Cargo Pier-H Pile | SWALLING CONSTRUCTION | 033102 | 30,241.95 |
| | Subcontract | 04-30-02 | PE 4/30/02 | SWALLING CONSTRUCTION | 4/30/02 | 60,566.80 |
| | Subcontract | 05-31-02 | PE 5/31/02 | SWALLING CONSTRUCTION | PE 5/31/02 | 116,818.20 |
| | Subcontract | 07-31-02 | PE 6/30/02-100% | SWALLING CONSTRUCTION | PE 6/30/02 | 51,380.00 |
| | | | | | Category Total | 784,943.95* |
| | | | | | | |
| 17.001 | Subcontract | 10-31-01 | USCG Dock Test Blast | SWALLING CONSTRUCTION | PAY REQ 1 | 7,100.00 |
| | | | | | | |
| 17.002 | Subcontract | 10-31-01 | BackCharge-Adode 6D | SWALLING CONSTRUCTION | 103101 | 4,756.98- |
| | Subcontract | 10-31-01 | USCG Dock Coatings | SWALLING CONSTRUCTION | PAY REQ 3 | 12,330.00 |
| | Subcontract | 03-31-02 | (Rev)BackCharge-Adode 6D | SWALLING CONSTRUCTION | 103101 | 4,756.98 |
| | Subcontract | 03-31-02 | BackCharge-Adode 6D | SWALLING CONSTRUCTION | 103101 | 4,756.98- |
| | Subcontract | 03-31-02 | (Rev)BackCharge-Adode 6D | SWALLING CONSTRUCTION | 103101 | 4,756.98 |
| | | | | | Category Total | 12,330.00* |
| | | | | | | |
| 17.004 | Subcontract | 12-31-01 | Letter dated 113001 | SWALLING CONSTRUCTION | 113001 | 13,017.50 |
| | | | | | Job Total | 817,391.45* |



NOTE: WE PAID SWALLING
ROUGHLY *800K FOR 15500 ∮
= *51.60/∮

BASIC PAY REQUEST TOTAL FOR
* PILE COATING  WAS *747,600/15500∮
= *48.23/∮

BEI1066
38599-0012

**From:**      Matt Holmstrom [mholmstrom-bei@gci.net]
**Sent:**      Tuesday, November 26, 2002 7:25 AM
**To:**        Jessie Wolfe
**Cc:**        George Kontra
**Subject:**   FW: Kodiak 2002 Coating Specification

**Attachments:**   2002 Coating Spec.doc



2002 Coating
Spec.doc (116 KB)...
                    Jess - please print out a copy for me.  thanks.  matt

George - this is the latest version of the coating spec.

-----Original Message-----
From: Stears, Dan [mailto:Stears@alaska.coffman.com]
Sent: Tuesday, November 26, 2002 2:37 AM
To: 'Matt Holmstrom'; 'Andy Brown'
Cc: Hardenbergh, Jerry
Subject: Kodiak 2002 Coating Specification


Matt/Andy,

Attached is the revised coating specification.  I made minor changes throughout the
document to get rid of extraneous information and to incorporate "lessons learned".  I
suggest you look at Sections 1.7.3.6 and
3.1.1 in particular.  I believe these modifications adequately incorporates what has been
previously discussed.

If you have any questions, please call my cell phone 907-441-7999 as I will be out of the
office for most of the day.

Thanks,

Dan

 <<2002 Coating Spec.doc>>

BEI7794
38599-0012

SECTION 09967
COATING OF STEEL WATERFRONT STRUCTURES

PART 1 - GENERAL

1.1    GENERAL REQUIREMENTS

All work in this section shall be performed by the Applicator unless specifically indicated otherwise.

1.1.1    Provide all labor, material, equipment, and testing services requested to construct the project as indicated in the project plans and specifications.

1.1.2    The intent of this coating replacement project is to provide corrosion prevention that in conjunction with coating maintenance and the impressed current cathodic protection system will provide the dock pile structure an additional 25 years of useful life.

1.1.3    The Applicator shall inspect the wharf prior to bid to determine existing conditions and quantities of surfaces to be recoated. The existing coating is a coal tar epoxy.

1.1.3.1    The original dock coating, applied in 1989, is in relatively poor condition. The following descriptions are provided as information only and shall not be utilized as basis for bid. It is the Applicators responsibility to inspect and determine the actual conditions that is present, prior to bid.

    a.    Splash zone, between elevations 114' and 119': The degree of rusting of structure is Rust Grade 4 (approximately 10% of the surface is rusted) to Rust Grade 2 (approximately 33% of the surface is rusted), per SSPC-VIS-2. Rust occurs primarily near edges, welds, or corners. Field applied coatings are in generally worse condition than shop-applied coatings with a Rust Grade of 1 (approximately 50% of the surface is rusted). The adhesion of coatings still on the structure is estimated to be low to moderate. Some rust and pitting is anticipated beneath the coating. The visible rusted surfaces are completely covered with rust (SSPC-VIS –1, Rust Grade C) with up to 30% of the rusted areas having visible pitting (SSPC-VIS –1, Rust Grade D). Rust adhesion at the upper most elevations is estimated as low to medium. Rust adhesion generally decreases at the lower elevations.

    b.    Intertidal zone, between elevations 107' and 114': The degree of rusting of structure is Rust Grade 2 (approximately 33% of the surface is rusted), per SSPC-VIS-2. Again, rust is more prevalent near edges, welds, and corners. Field applied coatings are in generally worse condition than shop applied coatings with a Rust Grade of 1 (approximately 50% of the surface is rusted) to Rust Grade 0 (approximately 100% of the surface is rusted). A common condition is a large flake of coating attached at one edge with little adhesion to the substrate under the flake. The adhesion of coating in the intertidal zone is estimated to be low to moderate. Rust and pitting is anticipated beneath the coating. The visible rusted

IIC-000052

1.7.3.5    CP electric cable and cable supports exist between anode splice boxes and the anode. Temporarily remove these cables and supports for blasting, coatings, curing, and inspection as needed. Replace these cables and cable supports on completion of the coating scope of work.

1.7.3.6    Structural members with poor quality, defective or water weeping welds shall be cleaned and seal welded prior to coating. Structural members with good quality or non-defective welds shall be cleaned and stripe coated prior to final coating. Nonstructural members with poor quality or defective welds shall be cleaned and stripe coated prior to coating. Nonstructural members with water weeping welds shall be cleaned and seal welded prior to coating. Nonstructural members with good quality or non-defective welds shall be cleaned and stripe coated prior to final coating. Abandoned nonstructural members may be removed to increase productivity. The Owner's representative shall have final say as to the level of surface preparation required in cases in question or dispute.

1.7.3.7    The Contractor or Applicator will temporarily move conduit, pipe, and other utilities as required to access all surfaces for blasting, coating, curing, and inspection.

1.7.4    Restrict all operations to the areas assigned for storage, staffing, and other necessary operations, and do not permit the disturbance of any areas not assigned for approved operations, or shown as limits of construction under this Contract.

1.7.5    Employ all means necessary to avoid the accumulation of debris and construction residue, and avoid the spread of dust, overspray, blast media, blast debris, and noxious odors.

1.8    PRE-CONSTRUCTION COATING CONFERENCE

1.8.1    Prior to mobilization to the site and commencement of any fieldwork, a pre-construction coating conference shall be held.

1.8.2    Applicator personnel required to attend are as follows:

1.8.2.1    Applicator Foreman or Site Superintendent

1.8.2.2    Chief Blaster

1.8.2.3    Chief Paint Applicator

1.8.3    The Coating Inspector and the Contractor's representative shall also attend.

1.8.4    At the coating conference, the Applicator shall submit his work plans detailing traffic control and coordination, the typical sequence of work, coordination of CP work, abrasive blasting, blast damage protection, rigging, safety, lighting, containment, clean up, quality control, coating application, equipment used, curing, stripe coating, coating repairs, overspray protection, traffic plan, and blasting/coating project schedule. Submit certificates, resumes, and all other submittals not previously approved by the Engineer. The Applicator shall submit in writing and discuss how progress and quality control records will be kept for the documentation of all work performed. Plans for containment and rigging shall be presented and reviewed. The Applicator shall present the surface preparation and paint application written recommendations

IIC-000060

4700 1

## Cargo Wharf Maintenance Phase 2 Coating SOW
## 11/27/02

Provide labor, materials and equipment for steel waterfront coating services on the Original Cargo Wharf, bents 12-33 including all access ramps IAW attached specifications and drawings.

The contractor shall also provide a full time quality assurance inspector for the duration of this task.

Performance period of the task is 120 days from scheduled start date.

Please include the following in your cost proposal package:
1. A cost breakdown for mobilization, demobilization, scaffolding, coating work and QA services.
2. Baseline schedule for task.
3. Proposed work plan to minimize impact on CG operations (vessels).
4. Proposed submittal log.

BEI0171
38599-0012

RE: Kodiak 2002 Coating Specification

## Jason Peterson

**From:** Matt Holmstrom [mholmstrom-bel@gci.net]
**Sent:** Wednesday, November 27, 2002 10:19 AM
**To:** Jason Peterson
**Cc:** Tom Puett
**Subject:** RE: Kodiak 2002 Coating Specification

nothing changed that impacts coating work from the 11/25 version. matt

-----Original Message-----
**From:** Jason Peterson [mailto:jasonp@absoluteenv.com]
**Sent:** Wednesday, November 27, 2002 9:58 AM
**To:** 'Matt Holmstrom'
**Subject:** RE: Kodiak 2002 Coating Specification

Matt, did this final spec change from the one dated Nov. 25, 2002 you sent a couple of days ago? Notice on the spread sheet for the wet well, that the Mortor coat application numbers don't jive, don't know how that happened, other than I didn't change those numbers because that work didn't change in this revised scope.

Jason

-----Original Message-----
**From:** Matt Holmstrom [mailto:mholmstrom-bel@gci.net]
**Sent:** Wednesday, November 27, 2002 9:24 AM
**To:** Tom Puett; Jason Peterson
**Subject:** FW: Kodiak 2002 Coating Specification

final coating spec is attached.  The game is officially on.  Once Jason forwards the means spreadsheet we'll forward our proposal.  stay tuned.  thanks.  Matt

-----Original Message-----
**From:** Stears, Dan [mailto:Stears@alaska.coffman.com]
**Sent:** Tuesday, November 26, 2002 11:08 PM
**To:** 'Matt Holmstrom'; 'Andy Brown'
**Cc:** Hardenbergh, Jerry
**Subject:** RE: Kodiak 2002 Coating Specification

Andy/Matt,

I have attached the latest revised specification.  The following are responses to Andy's comments:

BEI2132
38599-0012

02
2.

02/18/2003

BEI2133
38599-0012

RE: F    k 2002 Coating Specification

Pᵃᵍᵉ  of 3

1. The correct dimension is one inch thickness.

2. Accepted.

3. Typically boulders/large rocks are not removed. It is often very difficult and expensive to remove the boulders. I am not aware of any that may be encountered, except as you approach shoreline where the riprap is. Shoreline is a good example of encountering boulders and not being able to coat down to 107' or mudline (obviously would not remove the riprap to coat the pile).

4. I added the verbiage "Turning the cathodic protection systems on/off shall be coordinated with the Contractor's Representative and COR." I agree, you don't want painter's turning on/off cathodic protection systems. The commissioning report should be part of the annual survey (both would typically be done at the same time). Jerry has done the commissioning report/annual survey and the POL pipelines annual survey the last couple of years.

5. I put in both the COR and Contractor's Representative. Inspections are done multiple times a day, therefore the COR only oversees a few of them, whereas the Contractor's Representative (Jerry previously), oversees many of the inspections.

Feel free to give me a call or email me if there are other questions or revisions,

Dan
907-441-7999 (cell)
907-276-6664 (office)

-----Original Message-----
**From:** Matt Holmstrom [mailto:mholmstrom-bel@gci.net]
**Sent:** Tuesday, November 26, 2002 3:49 PM
**To:** Dan Stears
**Subject:** FW: Kodiak 2002 Coating Specification
**Importance:** High

Dan - please see comments below from Andy Brown. **The biggest question is what to do with the boulders.  Please give your** recommendation. I don't see the value in removing, but the CG is looking for your expertise. thanks. matt

-----Original Message-----
**From:** Brown, Andrew LT [mailto:ABrown@pacnorwest.uscg.mil]
**Sent:** Tuesday, November 26, 2002 8:44 AM
**To:** 'Matt Holmstrom'
**Cc:** Brown, Andrew LT
**Subject:** RE: Kodiak 2002 Coating Specification
**Importance:** High

Matt,

A couple of comments.  Just sent to you, I will let you forward on to Dan, some are just minor changes.  Thanks for keeping this moving.

38599-0012
BEI21234

02/18/2003

RE: 1

1k 2002 Coating Specification

Page 3 of 3

Andy

1. Paragraph 1.1.3.1.d, last sentence.  Should it be 1" or 1?

2. Paragraph 2.2.2, replace "Engineer" with "Contracting Officer's Representative (COR).

3. Paragraph 3.1.1, why not remove rocks/boulders that are lodged next to piling?

4. Paragraph 3.2.1.4, if the CP system is de-energized for the duration of the coating project, we would like it re-energized with a commissioning report.

5. Paragraph 3.5.9, replace "Contractor's Representative" with "Contracting Officer's Representative."

-----Original Message-----
From: Stears, Dan [mailto:Stears@alaska.coffman.com]
Sent: Tuesday, November 26, 2002 3:37 AM
To: 'Matt Holmstrom'; 'Andy Brown'
Cc: Hardenbergh, Jerry
Subject: Kodiak 2002 Coating Specification

Matt/Andy,

Attached is the revised coating specification.  I made minor changes throughout the document to get rid of extraneous information and to incorporate "lessons learned".  I suggest you look at Sections 1.7.3.6 and 3.1.1 in particular.  I believe these modifications adequately incorporates what has been previously discussed.

If you have any questions, please call my cell phone 907-441-7999 as I will be out of the office for most of the day.

Thanks,

Dan

<<2002 Coating Spec.doc>>

| CSI Code | Item Code | Item Description | Takeoff Qty Unit | Labor Total | Mat Total | Subs Total | Equip Total | Other Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| Ready Crew Berthing Parking Lot Paving | | | | | | | | | |

12/2/2002   12:12PM

Subtotal 1,191,785
Contractor Markup 143,014
Total Estimate 1,334,799

*M OB /TOOLS*   44,185.36 × 1.293 × 1.12 = 63,987.47

*SCAFFOLD*   58,100 ×   = 84,138.10

*CONTAINMENT:*

*TARPS*   219,667.86   = 318,114.21

*COFFERDAMS*   259,586.44
   260,819.20 + $5281.44   517,510.93
   348,744.73   428,693.94

*PILE PREP*   144,887   = 209,819.56

*PILE CAPS*   100,285   = 145,228.73

   1,334,799

*REDUCE* ↗ MATLS
TOTAL BY
50,556.21

*REDUCE* TO
1,250,000

*PRICE COFFERDAM COST*