## Matt Holmstrom

**From:** Jason Peterson [jasonp@absoluteenv.com]

**Sent:** Monday, December 02, 2002 11:35 AM

**To:** 'Matt Holmstrom'

**Subject:** RE: Kodiak 2002 Coating Specification

Matt, the cofferdams information comes out out the Means 2003 Site Work/Landscape Cost Data Book, also the ballparks numbers for the the Townhouse's are - $ 98,728.00 for all the ACM flooring and $66,000 for the ACM roofing

-----Original Message-----
**From:** Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
**Sent:** Friday, November 29, 2002 11:52 AM
**To:** Jason Peterson
**Subject:** RE: Kodiak 2002 Coating Specification

Jason - I need the complete 12 digit CSI number for the "cofferdams". Cofferdams are not in 02600. Also, what Means book did this come from? It's not in the "Facilities Construction Cost Data" book. So I will have to tell the CG which book it's from. The CG project manager is going to be here starting Tuesday morning, so I need this info Monday morning. thanks. Matt

-----Original Message-----
**From:** Jason Peterson [mailto:jasonp@absoluteenv.com]
**Sent:** Wednesday, November 27, 2002 2:55 PM
**To:** 'Matt Holmstrom'
**Subject:** RE: Kodiak 2002 Coating Specification

Matt, I corrected the spelling on dehumidifier

BEI1062
38599-0012

12/2/2002



**BRECHAN ENTERPRISES, INC / GENERAL CONTRACTORS**
2705 BAY MILL ROAD • KODIAK, ALASKA 99615

December 4, 2002

Maggie Wilson
Contracting Officer
USCG FD&CC PAC
915 Second Ave., Room 2664
Seattle, WA 98174-1011

Subject: DTCG50-01-D-643J55
         Cargo Wharf Pile Coating Phase II

Dear Maggie:

Please consider this our cost proposal for the subject task order in accordance with your RFP dated 11/29/02.. We propose to accomplish the required work for $1,413,020.00. Our proposal, prepared to the maximum extent possible using the Means Facilities Construction Cost Data, is detailed on the attached spreadsheet.

COMMENTS:

SCOPE:

COST:

SCHEDULE: Construction is estimated to be four (4) months.

Sincerely,

BRECHAN ENTERPRISES, INC.

Matt Holmstrom, P.E.
Project Manager

Enclosures

PHONE: 907.486.3215 • FAX: 907.486.4889
ALASKA BUSINESS #001858 • ALASKA CONTRACTORS #AA441
*We Are An Equal Opportunity Employer*

BEI1078
38599-0012

1,413,000
<1,000,000> AFS
413,000
<113,000> COFFWA
300,000
<20,000> LOCAL

**BRECHAN ENTERPRISES**

December 3, 2002

Subject: Cargo Wharf Pile Coating, Ph. 2

WORK BREAKDOWN ITEMS

1. COATING (Means)

| | | | |
|---|---|---|---|
| A. Mobilization/tools | | $ 63,987.47 | |
| B. Scaffold | | $ 84,138.10 | |
| C. Containment: | Tarps | $ 318,114.21 | |
| | Cofferdams | $428,693.93 | |
| D. Pile Prep | | $209,819.56 | |
| E. Pile Coating | | $145,228.73 | |
| **MEANS COATING TOTAL** | | **$1,249,982** | |
| 2. Remove and reinstall cathodic protection | | $12,570 | Non-pre-price |
| 3. Remove under pier utilities | | $7,000 | non-pre-price |
| 4. Repair defective structural welds (1.7.3.6) | | $10,000 | non-pre-price |
| 5. CP commissioning report | | $ 3,500 | non-pre-price |
| 6. QA services | | $112,500 | non-pre-price |

(Based on $25,000/month for 4.5 months. 4 months construction and 1 week prior to start, and 1 week after completion)

| | |
|---|---|
| NON-PRE-PRICE SUB-TOTAL | $145,570 |
| 12% markup | $ 17,468 |
| **NON-PRE-PRICE TOTAL** | **$163,038** |

BEI1079
38599-0012



U.S. Department
of Transportation

United States
Coast Guard

# Pre/Post Negotiation
# Memorandum

CONTRACTING ACTIVITY: USCG FD&CC PACIFIC
DATE: 10-Dec-02
CONTRACT NUMBER: DTCG50-02-D-643J55
PROJECT NUMBER: 33S01171
PROCUREMENT DESCRIPTION: Cargo Wharf Coating Phase 2
CONTRACTOR: Brechan Enterprises

| | | Contractor's Proposal | Government Estimate | Revised Government Estimate | Negotiated Amount |
|---|---|---|---|---|---|
| | Date | 04-Dec-02 | 27-Nov-02 | 06-Dec-02 | ~~04-Dec-02~~ |
| 1 | Total Labor | $173,543.64 | $0.00 | $0.00 | $143,809.24 |
| 2 | Total Material/Equipment | $689,608.06 | $0.00 | $0.00 | $719,342.46 |
| 3 | Subtotal*CCI ((1+2)*CCI) | $1,116,055.15 | $0.00 | $0.00 | $1,116,055.15 |
| 4 | Non-PrePriced Work | $145,570.00 | $0.00 | $0.00 | $145,570.00 |
| 5 | Subtotal (3 + 4) | $1,261,625.15 | $0.00 | $0.00 | $1,261,625.15 |
| 6 | Total (sub *1.12) | $1,413,020 | $1,200,000 | $1,500,000 | $1,413,020 |

NEGOTIATION
SCHEDULE: The level of effort for this work be negotiated by LT Brown.  On pricing, 12% JOC coeficient has been accepted in basic contract.

FACT-FINDING: Area's of effort to negotiate/consider in the contractors proposal

| | |
|---|---|
| 1 | PM has performed a thorough review of contractor's proposal and SOW. |
| 2 | GE was revised to reflect costs closer to what was actually paid on phase 1 of the project for the coating and QA work.  Original GE used $40 sf plus some $ for mob/demob.  Original GE was roughly $42/sf when we actually paid about $51/sf last year.  This sf cost includes, mob/demob/tools, scaffolding, containment, pile preparation and pile coating work.  Revised GE uses $50/sf for this work.  Negotiated amount works out to be just under $50/sf, which is consistent with what we paid last year.  Original GE used $10K/month for QA services, when the actual costs for last years services were closer to $23K/month.  Revised GE uses $25K/month. |
| 3 | Original GE did not include any costs associated with removing under pier utilities and CP system components in areas of coating work, nor did it account for structural welds as needed or a CP comissioning report.  The CP system will need to be shut down during the period of this task.  The revised GE includes additional $$ for these work items. |
| 4 | The contractor has a solid grasp on the SOW as this is the 2nd phase of a two phase project.  Phase 1 was completed earlier this year by the same general contractor. |
| 5 | Contractor's proposal is considered fair and reasonable as the unit costs are consistent with those proposed and accepted in phase 1. |
| 6 | Recommend award of task. |

PI A RNQ O.K.

~~PRENEGOTIATION
OBJECTIVE APPROVED.~~

If Objective is accomplished, then no further record of negotiation will be made.  Approval of the order is recommended.  The price is considered fair and reasonable based upon the government estimate and the above comments.  Although individual items of the work were discussed, negotiations were done on a bottom line basis.

Project Manager / Date          12/1/02

Contracting Officer / Date        Margaret Wilson  11 Dec 02

Record of Negotiations if Objective not met.  Attach supporting documentation.
**Note: Prenegotiation Objective met.  Supporting discussions/documentation not needed.**

| PAGE | OF PAGES |
|---|---|
| 1 | 2 |

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. (If any) |
|---|---|
| 12/12/2002 | DTCG50-02-D-643J55 |

| 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. |
|---|---|
| DTCG50-03-F-643P92 | 2403503643P92 |

**5. ISSUING OFFICE** *(Address correspondence to)*
FD & CC Pacific
915 Second Ave, RM 2664
Seattle WA 981741011

**6. SHIP TO:**

**a. NAME OF CONSIGNEE**
FD &#38; CC Pacific

**b. STREET ADDRESS**
915 Second Ave, RM 2664
2664
Attn: ANDY S. BROWN

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|
| Seattle | WA | 981741011 |

**f. SHIP VIA**

**7. TO:** W. E. Oliver

**a. NAME OF CONTRACTOR**
Brechan Enterprises, Inc.

**b. COMPANY NAME**

**c. STREET ADDRESS**
2705 Mill Bay Road

| d. CITY | e. STATE | f. ZIP CODE |
|---|---|---|
| Kodiak | AK | 99615 |

**8. TYPE OF ORDER**

| ☐ a. PURCHASE | ☑ b. DELIVERY |
|---|---|
| REFERENCE YOUR: | Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract. |

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheets, if any, including delivery as indicated.

**9. ACCOUNTING AND APPROPRIATIONS DATA**
26301 13343013/46000/3227/33S01171V/V

**10. REQUISITIONING OFFICE**
FD&CC Pacific

**11. BUSINESS CLASSIFICATION** *(Check appropriate box(es))*

| ☑ a. SMALL | ☐ b. OTHER THAN SMALL | ☐ c. DISADVANTAGED | ☐ d. WOMEN-OWNED |
|---|---|---|---|

| 12. F.O.B. POINT Destination | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)* | 16. DISCOUNT TERMS |
|---|---|---|---|
| **13. PLACE OF** | N/A | 12/29/2002 | Net 14 |
| a. INSPECTION Destination / b. ACCEPTANCE Destination | | | |

**17. SCHEDULE** *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| 00001 | Provide labor, materials and equipment to provide steel waterfront coating services on the original Cargo Wharf, Bents 12-33 Continued ... | 1.00 | LS | 1,413,020.00 | 1,413,020.00 | |

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | | |
|---|---|---|---|---|
| | **21. MAIL INVOICE TO:** | | 17(h). TOT. (Cont. pages) | |
| SEE BILLING INSTRUCTIONS ON REVERSE | a. NAME Commanding Officer USCG FDCC PAC | | 0.00 | |
| | b. STREET ADDRESS (or P.O. Box) 915 Second Ave, RM 2664 | | | |

| c. CITY | d. STATE | e. ZIP CODE | | 17(i). GRAND TOTAL |
|---|---|---|---|---|
| Seattle | WA | 98174-1011 | 1,413,020.00 | |

**22. UNITED STATES OF AMERICA**
BY (Signature) *Margaret Wilson*

**23. NAME** *(Typed)*
MARGARET WILSON
TITLE: CONTRACTING/ORDERING OFFICER

NSN 7540-01-152-8083
Previous edition not usable

OPTIONAL FORM 347 (Rev. 6/95)
Prescribed by GSA, FAR (48 CFR) 53.213(e)

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 12/12/2002 | DTCG50-02-D-643J55    – | | DTCG50-03-F-643P92 |

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | including all access ramps in accordance with Scope of work, specifications and drawings. | | | | | |
| | Proj#33S01171 | | | | | |
| | Total amount of award: $1,413,020.00. The obligation for this award is shown in box 17(i). | | | | | |

TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H))

12/18/02

JESS

CARGO WHARF PH 2

COSTS

AES/IIC                    995,850 ✓  ⎤
                                       ⎬  NEED
                                       ⎭  SUBCONTRACT

LOCAL                       12,570 ✓

BEI                         17,000

COFFMAN:                              ⎤
                                       │  I NEED/WILL WORK
A. CP COMMISSIONING REPORT    3,500   │  W/ COFFMAN
B. QA (HARDENBERGER)        112,500   │  ON PROF. SVC.
   TOTAL COFFMAN            116,000   ⎦  AGREEMENT

TOTAL COSTS              1,141,420

D.O. AMT.                1,413,020

EST. MARGIN               $271,600

BEI2879
38599-0012

**USCG ISC Kodiak Alaska**
**Cargo Wharf Maintenance**
**Design Build Project**

# Proposed 2003 Pre-Job Conference Agenda
February 18, 2003

Introduction of Participants

| | | |
|---|---|---|
| Matt Holmstrom | Brechan Construction | General Contractor |
| Dan Stears | Coffman Engineers | |
| Jerry Hardenbergh | Coffman Engineers | |
| Lawrence Radcliffe | Coffman Engineers | |

*[handwritten: Tom Averett/MAC ( IIC)]*
*[handwritten: Todd Elmore/Jason Place]*
*[handwritten: Tim Lawrence (Place Supply)]*

Project Scope – Review the following:
  a. Coating & Demolition
  b. Electrical → *[handwritten: Jerling]*
  c. Cathodic Protection →
  d. Dock Repairs ←

Schedule and Coordination of Work
  a. Coating start date and schedule
  b. Other work start date and schedule
  c. Define points of contact for each work activity.

*[handwritten box:]*
- *CONTAINMENT ?*
- *SEAL WELD*
- *WELD REPAIR*
- *"CAULK SEAL" PRI..*
  *TO COATING*
- *REMOVE UNUSED*
  *APPURTENANCES*

4. Jerry Hardenbergh's role and authority.
  a. Which crafts/sub-contractors is Jerry coordinating?
  b. Who are Jerry's points of contact for each sub-contractor?
  c. Does Jerry have the authority to stop work?
  d. If so, who gets notified and in what way.

5. Scaffolding coordination between contractor, applicator and other crafts.

6. Review Submittal Log.

*[handwritten: USCG FACC COMMENTS]*

7. Will the coating contractor have a NACE Certified coating inspector? Will coating contractor use their own coating inspection equipment?

8. USCG personnel.
  a. Who is the USCG Contracting Officer's Representative (COR)? *[handwritten: Dan Minier]*
    • What is the COR's role and responsibilities?
    • How is he contacted?
    • When will he be on site?
    • Who fills his role when he is offsite?
  b. Who is the USCG contact for ship scheduling? *[handwritten: Dan Stears]*

*[handwritten: SCHEDULE ✓  MIN. SURPRISES ✓]*

9. Discuss coordination of USCG ship schedule

10) Review Coating Specification and specifically discuss the following:

   a) Discuss extent of coating at wharf access ramps.

   b) Abrasive and dust on ships was a problem last year. How will we reduce the amount of dust landing on the ships?

c) Paint and thinner storage was an issue last year. Need better containment of coating materials.

d) Discuss CP grounding wire connections. *LOCAL*

e) Discuss weld preparation. Structural members that need replacing? *BELL*

f) Ensure adequate amount of coating materials on-site. Material logistic problems last year. Do not want to repeat.

g) Remind care of anode lead wires. Do not drop in water.

h) Is there any question as to what is to be coated?

   i) Pile Surfaces

   ii) Structural Supports

   iii) Areas near mudline

   iv) Near shoreline (Riprap against some piles)

   v) Edges

   vi) Cadwelds

i) Hold Points – Coffman would like to agree on specific inspection hold points, how they will be utilized, and when work will proceed.

j) Contractor coating inspector? If so, need inspection reports by noon the next day. Will he be provided a cell phone?

k) Quality Control & Workmanship

   i) Runs & Sags

   ii) Holidays

   iii) Tides

   iv) Repairs

*LONNIE WHITE DIVER AS NEEDED*

*CLEANUP*

*ISCK ENVIRONMENT OVERSIGHT*

# WARRANTY CALL

| | |
|---|---|
| **Call Number:** 001 | |
| **Project:** **Cargo Wharf Maintenance Phase 1** | **Date:** 4/25/03 |
| **Contract:** **DTCG50-02-D-643XXO, TO#0007** | **Time:** N/A |

**Warranty Period Ends: June 30, 2003**

(Some items may carry a longer warranty period from the specific manufacturer. See the O&M Manuals for extended warranty information through the manufacturer. Note: Frivolous warranty calls may be billed to the issuing unit. Non-Warranty work will not be funded by FD&CC Pacific. If in doubt call FD&CC Project Manager prior to issuing the Warranty Call.)

**Contractor:**            **Brechan Enterprises**
                                **2705 Mill Bay Road**
                                **Kodiak, AK 99615**
                                **(907) 487-2223**

**Coast Guard Representative Making Call:**            LT Andy Brown

**Coast Guard Response Telephone Number:**            N/A

**Subject:** Unacceptable Rusting

**Problem Description:** During the Cargo Wharf Maintenance Phase 2 Coating Project, the third party QC representative, Mr. Jerry Hardenbergh (Coffman Engineers), noted several unacceptable rusting areas on the Cargo Wharf Phase 1 Coating Project piles. The date of this inspection was April 25th. USCG and Brechan were notified immediately. During the past 2 months the QC representative has been drafting a findings and recommendations letter (see attached). Mr. Hardenbergh has identified all unacceptable rusting areas and has made recommendations in his report as to how these areas should be repaired. He refers to it as a "basic maintenance coating repair program" in his report. I recommend Brechan be directed to initiate repairs under warranty in accordance with Mr. Hardenberg's report. Repairs should be completed and accepted by Mr. Hardenberg by August 31, 2003.

            (Signature) _____ LT , 6/27/03  XC PM

**Work Completed:**

| | |
|---|---|
| _____ _____ | _____ _____ |
| Coast Guard            Date | Contractor            Date |

This warranty service request is being made in accordance with Contract Specification Section 01800 and FAR Clause 52.246-21. The type of Warranty Call and required response is defined in Section 01800 Paragraph 5.2.

EMERGENCY CALL O  FUNCTIONAL CALL O  STANDARD CALL O

**Copy:** FD&CC Pacific Project Manager, LT Andy Brown (206) 220-7437, fax (206)220-7391



*INSPECTION REPORT*

## BRECHAN ENTERPRISES

**DATE:**  **28 April 2003**

**LOCATION:**  U.S. COAST GUARD ISC KODIAK  **PROJECT TITLE:**  CARGO WHARF PILE
KODIAK, ALASKA  COATING PHASE I

**INSPECTOR:** *Jerry R. Hardenbergh*  **PROJECT NO:**

On April 25th 2003 a visual inspection was performed on the USCG Kodiak Cargo Wharf pile coating system that was applied during the 2001 and 2002 construction seasons. The coating system that was applied is a 100% solids liquid polyurethane, manufactured by Specialty Polymer Coatings Inc. The coating system was applied by Swalling Construction and project inspection/oversight provided by Coffman Engineers.

### *ORIGINAL CARGO WHARF:*

All structural steel from column lines 1 through 12 were recoated on this section of the cargo wharf. This section of coating was applied during the spring of 2002, approximately 1 year ago. The configuration of the H-shape piles and 5" square tube diagonal members, along with the properties of this coating system made this the most difficult section to coat. In addition, this section also encountered surface defects that included: weld spatter, poor weld workmanship, very rough weld profiles, weld undercutting, column splice weld run-off tabs and areas requiring seal welding.

Was the submitted criteria approved by the CG? What was the approved method for surface preparation?

Consequently the coating contractor was having difficulties obtaining a holiday free coating system on the H-pile splice weld locations. After many discussions regarding the surface preparation difficulties, Coffman Engineers developed revised criteria for the CG to approve. The criteria developed by Coffman still gave the cargo wharf coating system a 25-year life, see memo dated 30 October 2001. During the discussions and development of the revised criteria, it was noted that this most likely would lead to rust streaking from the column splice areas.

Seal welding was removed from the revised criteria & replaced with stripe coating or caulking. Will we have the same failure & problems with the current phase of work in the future? Should procedures be revised?

During the April 25th inspection, it was evident that rusting was occurring at some of the splice areas, steel pile to concrete interface and from concrete form support angles welded only on three sides. Seal welding the form support bracket was removed from the revised criteria and replaced with stripe coating or caulking. This type of rusting was expected as noted in memo dated 30 Oct. 2001.

**Acceptable Rusting & Streaking:**

 

| Rust staining from concrete form support. | Rust staining from steel pile to concrete interface |

BEI19528
38599-0012

*Inspection Report*
*USCG Kodiak Cargo Wharf Coating Project*
*28 April 2003*

Other areas of rusting (Unacceptable rusting) observed were coating repair areas not adequately repaired, areas missed (scaffolding covered), areas of coating damage from scaffolding removal, boats, etc. and areas possibly missed during holiday inspection.

**Unacceptable Rusting:**

Who will quantify areas to be repaired? Work performed by who? Inspected by? 11 month inspection required?Containment? Materials from?



| Mechanical damaged area. | Scaffolding covered areas missed. |
| Repair area not properly repaired. | Missed part of repair area. |

Will scaffolding, boat, etc. be required? Will welding be required? Quantify? What is the procedure if additional issues arise or Quantities change?

The majority of the coating system appears visually acceptable and performing as designed. In areas, the coating system also appears rough and not a uniform surface. As identified when this system was applied, the rough surface does not compromise the properties of the coating system and although maybe aesthetically unappealing, is providing corrosion protection as designed.

## *CARGO WHARF EXTENSION:*

All structural steel and 24" diameter pilings under the cargo wharf extension were coated during the 2001 construction season. The configuration of the structural steel and pilings on this section made it the easiest one on the dock to coat. Very few coating related problems were encountered that were not easily resolved.

During the April 25th inspection, very few areas were showing any signs of visible rusting. See photos for the rusted areas that will be easily repaired. With the exception of a few coating repair areas, this coating system appears very uniform, is entirely visually acceptable and is providing corrosion protection as designed.

BEI19529
38599-0012

Inspection Report
USCG Kodiak Cargo Wharf Coating Project
28 April 2003

The chalking issue should be reviewed and corrections made as necessary. Was this issue related to application or product issues? Are there any anticipated issues? failures?

The only item that is of little interest is on piles 1:A, B, C & D. On the southerly most side of these piles (most exposed to sunlight), some light chalking was observed. This is a little unusual as polyurethane's are very resistant to UV degradation. This is very common with epoxies. Epoxies exposed to the sunlight will "chalk", basically a breakdown of the surface of the epoxy resin. It is usually very thin and does not compromise the coatings chemical and physical properties.

**Unacceptable Rusting:**



| Rust stain from exothermic weld location. | Coating repair area is showing signs of rust. |

## RECOMMENDATIONS:

Establish an annual/bi-annual corrosion inspection/monitoring program to inspect the pile coating condition and cathodic protection system operation. A NACE Cathodic Protection Specialist should perform the cathodic protection survey and inspection.

A basic coating inspection could be performed by skilled labor that basically looks for unacceptable rust streaked areas. They would need to be competent in use of 2 component coating materials, power grinders and brush application techniques. A simple procedure for coating repair can consist of 1) wiping the area clean with xylene 2) grinding or sandpaper to roughen the surface and remove rust material 3) wipe down with xylene again and 4) apply a compatible 2 part patch kit material as manufactured by SPC for this coating system.

Seal welding is the best way to prevent crevice corrosion between two lapped pieces of steel in a marine enviroment

With the present ongoing coating project, it should also be noted that the rust staining will continue on the remainder of the cargo wharf in areas were there is no seal welds, such as the concrete form support brackets. Seal welding is the best way to prevent crevice corrosion between two lapped pieces of steel in a marine environment.

*J.F. Handley*
NACE Certified Coating
Inspector #1750

BEI19530
38599-0012

**From:** Stears, Dan
**Sent:** Tuesday, May 06, 2003 1:06 PM
**To:** Hardenbergh, Jerry
**Subject:** FW: Cargo Wharf caulking material

Jerry,

Se comments below. I think the sealant would be better than nothing, but I agree with
Lawrence that it probably will not last long. Could they seal the areas with the coating
repair materials?

Dan

-----Original Message-----
From: Radcliffe, Lawrence
Sent: Tuesday, May 06, 2003 2:02 PM
To: Stears, Dan; Bieri, Tim
Subject: RE: Cargo Wharf caulking material


 I have used Sika flex products in the past with success. They have maintained
elac=sticity and adhesion for years. Application from a large volume resevoir with a
pneumatic gun is fast. Different types of applicators and nozzles are available. I do
not remember if 1A is the product I used.
If it adheres well initially I expect it would keep water out of crevices for a year or
two then begin to fail. I expect failure would increase with time.

Sealants are susceptible to impact and abrasion damage more than the polyurethane coating.
I recommend a product with UV stability.
Is it practical to seal the joints with the coating?

What is the long term goal? If the goal is asthetic then a sealant will reduce streaking
well.

-----Original Message-----
From: Stears, Dan
To: Radcliffe, Lawrence; Bieri, Tim
Sent: 5/6/03 1:12 PM
Subject: FW: Cargo Wharf caulking material

Any comments on this?

-----Original Message-----
From: Hardenbergh, Jerry
Sent: Tuesday, May 06, 2003 10:36 AM
To: Stears, Dan
Subject: Cargo Wharf caulking material


Dan, what do you think about using a polyurethane elastomeric sealant
like Sikaflex-1a for sealing the rust streaking areas on the wharf???
Polar supply has a lot of it and is relatively inexpensive. Brechan
wants to go back to the beginning H-piles and caulk these joints
themselves. Brechan also wants to take  it on themselves to caulk the
remainder of the wharf joints that will streak. I can contact SPC to see
if it is compatible with their coating. I don't see why it wouldn't be,
especially after cure.

Anyhow, let me know what you think.

1

COFFMAN06706

## Jarrell, Amy (Perkins Coie)

| | |
|---|---|
| **From:** | Matt Holmstrom [mholmstrom-bei@gci.net] |
| **Sent:** | Thursday, June 19, 2003 11:50 AM |
| **To:** | Mike Martin; Bill Oliver |
| **Subject:** | FW: Coating inspection on cargo wharf coating 1 & 2 yr old |



1yr and 2yr
inspection.pdf (27...

Jerry hardenbergh's report on coating problems from Swalling is attached. Bottomline is that this is a warranty issue, and we are obligated to correct. The CG is reviewing the report and will reply. I was figuring we were going to repair. Do you want to get Swalling involved? thanks. matt

-----Original Message-----
**From:** Hardenbergh, Jerry [mailto:Hardenbergh@alaska.coffman.com]
**Sent:** Wednesday, June 11, 2003 1:25 PM
**To:** Matt Holmstrom (E-mail)
**Subject:** Coating inspection on cargo wharf coating 1 & 2 yr old

*Jerry Hardenbergh*
**COFFMAN ENGINEERS**

BEI8424
38599-0012

*INSPECTION REPORT*

**COFFMAN ENGINEERS**

## BRECHAN ENTERPRISES

**DATE:** June 4, 2003

**LOCATION:** U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA

**PROJECT TITLE:** CARGO WHARF PILE COATING PHASE I

**INSPECTOR:** *Jerry R. Hardenbergh*

**PROJECT NO:**

At the request of Brechan Enterprises, a visual inspection was performed on April 25th 2003 on the USCG Kodiak Cargo Wharf pile coating system that was applied during the 2001 and 2002 construction seasons. The coating system is a 100% solids liquid polyurethane, manufactured by Specialty Polymer Coatings Inc. Swalling Construction applied the coating system.

### ORIGINAL CARGO WHARF:

All structural steel from column lines 1 through 12 were recoated on this section of the cargo wharf. This coating was applied during the spring of 2002. The configuration of the H-shape piles and 5" square tube diagonal members, along with the properties of this coating system made this section difficult to coat. In addition, this section had existing surface defects that included: weld spatter, poor weld workmanship, very rough weld profiles, weld undercutting, column splice weld run-off tabs and areas requiring seal welding.

As a result of the existing surface conditions, the coating contractor had difficulties obtaining a holiday free coating system on the H-pile splice weld locations. At the request of the project team and USCG, Coffman Engineers developed revised criteria for the coating application. The criteria developed by Coffman was summarized in a memo dated March 16, 2002. It was noted in the criteria, as well as during the preliminary discussions, that rust streaking from the column splice areas would likely occur.

During the April 25th inspection, it was evident that rust streaking was occurring at some of the splice areas, steel pile to concrete interfaces and from the concrete form support angles welded only on three sides. Seal welding the form support bracket was removed from the revised criteria and replaced with stripe coating or caulking. This streaking is the type that was previously identified as likely to occur

**Anticipated Rust Streaking:**



| Rust staining from concrete form support. | Rust staining from steel pile to concrete interface |

BEI8425

38599-0012

*Inspection Report*
*USCG Kodiak Cargo Wharf Coating Project*

Other areas of rusting (not anticipated rusting) observed were coating repair areas not adequately repaired, areas missed (scaffolding covered), areas of coating damage from scaffolding removal, boats, etc. and areas possibly missed during holiday inspection.

**Unacceptable Rusting:**



| Mechanical damaged area. | Scaffolding covered areas missed. |
| Repair area not properly repaired. | Missed part of repair area. |

The majority of the coating system appears visually acceptable and is performing as designed. In some areas, the coating system also appears non-uniform. As identified when this system was applied, the non-uniform appearance does not compromise the properties of the coating system and although maybe aesthetically unappealing, is providing corrosion protection as designed.

## *CARGO WHARF EXTENSION:*

All structural steel and 24" diameter pilings under the cargo wharf extension were coated during the 2001 construction season. The configuration of the structural steel and pilings on this section made it the easiest area to coat. Very few coating related problems were encountered that were not easily resolved.

During the April 25th inspection, very few areas were showing any signs of visible corrosion. See photos for the rusted areas that will be easily repaired. With the exception of a few coating repair areas, this coating system appears very uniform, is visually acceptable and is providing corrosion protection as designed.

BEI8426
38599-0012

*Inspection Report*
*USCG Kodiak Cargo Wharf Coating Project*

The only item that is of interest is on piles 1:A, B, C & D. On the southerly most side of these piles (most exposed to sunlight), some light chalking was observed. This is to be expected, as the manufacturer stated this may occur but would not affect the integrity of the coating system.

**Unacceptable Rusting:**



| Rust stain from exothermic weld location. | Coating repair area is showing signs of rust. |

## RECOMMENDATIONS:

A basic maintenance coating repair program should be implemented to make minor repairs on an annual basis. A simple procedure for coating repair would consist of 1) wiping the area clean with xylene 2) grinding or sandpaper to roughen the surface and remove rust material 3) wipe down with xylene again and 4) apply a compatible 2 part patch kit material as manufactured by SPC for this coating system.

With the present ongoing coating project, it should also be noted that the rust staining will likely continue on the remainder of the cargo wharf in areas where there is no seal welds, such as the concrete form support brackets. Seal welding is the best way (and most expensive) to prevent crevice corrosion between two lapped pieces of steel in a marine environment.

*J.P. Hardy*
NACE Certified Coating
Inspector #1750

BEI8427
38599-0012