# *Chronology of Events Leading Up to Brechan Subcontracting the Cargo Wharf Phase II Coatings Work to Absolute Environmental Services*

**Terry R. Marston**

## Marston, Heffernan, Foreman, PLLC

**Counsel for Absolute Environmental Services, Inc.**

**Saturday, August 19, 2006**

### Timeline Details:

*Date of First Fact: December 1989*

*Date of Last Fact: June 2003*



**FDCC**    **SCCI**

**BEI**    **AESI**

**CEI**    **TNH**

**Dec 22, 1989**
USCG 1989 Cargo Wharf Repair Drawings

**< Jan 1, 2001**
BEI buys out AK Construction, its only competitor on Kodiak for $3,000,000 [Oliver Transcript]

**Jan 2, 2001**
FDCC/BEI: First JOC at 5% coefficient

| Dec 22, 1989 | Dec 23, 1989 | Jan 1, 2001 | Jan 2, 2001 |

**Mar 8, 2001**

MHe to FDCC(Locher) : BEI cost proposal based on 15,860 sf [20008]

**Mar 8, 2001**

SLe to DS: transmitting questions about latest draft of Project Scope and Fee Narrative (proposal). "Why did coatings go to $44/sf?" MH response: "In a nutshell, we would be held to held to the square footage in our proposal whether or not the unit prices changed. We asked subs for a budget based on a 95% design. If there is flexibility to adjust the square footage based on final sub prices, I can lower the $44/sf." [BEI 9746-47]

**Jan 24, 2001**



FDDC: CARGO WHARF INSPECTION REPORT [20652]

**Feb 28, 2001**

DS: The amount of square feet and the difficulty to coat the area are significant items when determining costs fort the project! ... Applicators "MUST" have previous experience with polyurethanes and marine coating experience; carefully analyze budgetary numbers. *[A concern inexplicably disregarded in Phase 2]*  [20006] [BEI 19713]



| Jan 24, 2001 | Jan 25, 2001 | Feb 28, 2001 | Mar 1, 2001 | Mar 8, 2001 | Mar 9, 2001 |

**Mar 9, 2001**

SLe to MH:  Jerry, Paul and Anita have bought into being somewhat flexible in an effort to better our cause and reduce your risks.  The main issue is a deviation in quotes once the plans and spec's are finalized.  We would agree not to make your company not bear all cost overruns or mistakes in bids; if you would share with us the benefit of reduced prices.
   Having said that we will probably shoot for a negotiated amount of $40/sf.  [20314]  [BEI 19755]

**Mar 12, 2001**

SLe to MH: "Counter-proposal" to BEI's Project Scope and Fee Narrative (proposal), enclosing modified <u>Technical Requirements for Design/Build Contract</u>.  Construction Price$972,900; coated area = 19,000 sf.  "The above square footage is only an estimate.  Both parties will remain flexible as previously discussed."  [BEI 9748-55]

**Mar 15, 2001**

SLe to MH:  Construction Fee = $971,145; Total with Design Fee = $1,084,092. [BEI 19796]

**Mar 19, 2001**

"Government Est Cost of the Work proposal = $44; G $36; Revised sco est. = $40; negoti amount = $40 [20 [Repanich Exh. 2

**Mar 19, 2001**

☐  PROCUREMENT - $960,000 of K fo construction; rem design [20018] [R Exh. 2]

Mar 12, 2001 | Mar 13, 2001 | Mar 14, 2001 | Mar 15, 2001 | Mar 19, 2001

4

**Mar 19, 2001**

"Government Estimate for Cost of the Work" BEI proposal = $44; Gov't est. = $36; Revised scope Gov't est. = $40; negotiated amount = $40 [20003] [Repanich Exh. 2]

**Mar 19, 2001**

PROCUREMENT REQUEST - $960,000 of K for construction; remainder for design [20018] [Repanich Exh. 2]

**Mar 20, 2001**

FDCC/BEI: TASK ORDER 0007 - in accordance "with March Spec." [20019] [49-H]

**Apr 10, 2001**

LRc to SL: All coatings have a degree of water and oxygen permeability and therefore some of each is present on the dock pile surface. We are specifying applicator's with 5 years' experience. [BEI 19824- 26]

**Apr 11, 2001**

JD to MH: Dan Stears is out of the country; LR has prepared the enclosed: Specification 09967 -- 65% Submittal. 3.3.4 "The pile temperature shall be within the tolerances of the manufacturer." "3.6.3.10 Pile and attachments with more than one holiday per ten square feet or with holidays greater than 116th of an inch in diameter shall be rejected." [BEI4375] [BEI 19829-51]

**Apr 27, 2001**

SLe to MH: The coating should last 25 years with reasonable touch-up repairs. Design team needs to figure out how much coating can be done in a day so the performance period can be determined. This ties into the water and air temperature. [BEI 19911-12]

| 001 | Mar 20, 2001 | Apr 10, 2001 | Apr 11, 2001 | Apr 27, 2001 | Apr 28, 2001 |

5



**May 18, 2001**

LRe to JD: Coating Addendum No. 1. I have not sent this to Steven Locher, USCG. Replacement section 3.5.8.12: All holidays shall be marked ... [have] the holidays repaired. [BEI 19969-72]

**May 18, 2001**

CEI: ADDENDUM 1 to 5/8/01 bid spec - 3.5.8.12 added requiring high voltage holiday testing under NACE RP0188 and repair of all holidays. [This modification sets up a collision course with the defective, porous welds on the Original Wharf] [20048] [50-H]

**May 23, 2001**

PHASE 1 BID DATE

**May 23, 2001**

MH to T. Spencer of Blaylock: "We are responsible for coating 40,000 sf of wharf, 20,000 sf this year and 20,000 sf next. I'm looking for an independent combination QA/superintendent to oversee the project for us. [BEI 20036]

**May 29, 2001**

LRe to MH: recommends requesting documentary evidence of qualifications [20061]

May 18, 2001    May 19, 2001    May 23, 2001    May 24, 2001    May 29, 2001    May



**May 31, 2001**

MHn: handwritten bid tabulation; AESI lowest but bid rejected; "no overwater experience"; SCCI third low. [AESI was likely only invited to bid to ensure that BEI had the FDCC-required three bids.]  [20064]

**Jun 1, 2001**

LRe to MH:  Swalling's submittal contained ample experience for projects with containment over water, and a descriptive plan to accomplish the work.  Our past interaction on projects with SCCI have been rewarding for everyone including the Owner, general contractor and the engineer.  They have been prompt reliable and cooperative."  [BEI 19994]

**Jun 4, 2001**

MHe to PR:  Absolute has no previous over-water experience. Although Absolute's price is below ABC and SCCI, Lawrence and I don't believe their price is a reflection of the true cost of the work.  *[Once again, a concern inexplicably disregarded in Phase 2.]*  [BEI 19995]

**Jun 5, 2001**

SLe to PR:  Paul to issue mod. for "inspector/super."  [A-Team not enforcing coefficient restrictions]    [BEI 20012]

**Jun 5, 2001**

DSe to MH:  Attached is resume for Jerry Hardenbergh.    [BEI 20003-05]

**Jun 6, 2001**

MHn: SCCI $38.325/sf; subcontract [20067]

| 30, 2001 | May 31, 2001 | Jun 1, 2001 | Jun 4, 2001 | Jun 5, 2001 | Jun 6, 2001 |



**Jun 6, 2001**

MHn: SCCI price = $38.325/sf; agree to subcontract for $766,500 [20067]

**Jun 7, 2001**

AndyR: Agrees with MH to total price $1,533,000 for 40,000 sf [20065] [$38.325/sf]

**Jun 7, 2001**

DSe to MH : (11:59 am) The importance of the bidders being familiar with the site cannot be overemphasized. ... "The contractor should use extreme caution and realize the risks of putting the cart before the horse!" [BEI 20014]

**Jun 12, 2001**

MHc to AndyR: Confirming SCCI Phase 1 price at $850,000 and Phase II price at $683,000. [$100,000 "buy-out" loss] [20068]

**Jun 13, 2001**

SLe to MH: "1. SCCI is proposing to do this year's work for $873K ($43/sf) and next year's for $660K ($33/SF), is this correct? If the overall scope of the project does not change, I believe this price difference is transparent to us. 2. Are there any proposed changes in SF coverage?" [Locher following up on his offer to not make BEI bear the loss of price variations based on changes between the bid spec and the final contract.] [BEI 20017]

**Jun 13, 2001**

MHe to SL: 1. Price change is transparent. 2. No change in proposed SF ... 40,000. I would like to issue SCCI a NTP today. [MH declines SF change because there was no change in the quoted cost per square foot once both Phases 1 & 2 are completed.] [BEI 20017]

**Jun 21, 2001**

Phase 1, Final Spec's. -- Section 09967; paragraph 1.7.3.9 100' of seal welding [20069] [51-H]

| , 2001 | Jun 7, 2001 | Jun 12, 2001 | Jun 13, 2001 | Jun 21, 2001 | Jun 22, 2001 |



**Jul 9, 2001**

As-Planned Phase I Start.  [20198]

**Jul 16, 2001**

MHe to SB:  JH will be on site tomorrow [when SCCI starts work].     [BEI 20058]

**Jul 25, 2001**

JHe to MH:  transmittal of proje organizational chart.     [BEI 20074-75]

Jul 9, 2001    Jul 10, 2001    Jul 16, 2001    Jul 17, 2001    Jul 25, 2001



**Aug 20, 2001**

MHe to PR: "Paul a pay estimate is heading Anita's way. In a nutshell, the total contract amount shown on the pay request is different than the agreed to Delivery Order total due to the way I entered into the agreement with SCCI."
    Pre to MH: "I see the difference and will approve the pay request trusting you have it all worked out with Swalling." [BEI 20133]

**Aug 24, 2001**

PRe to MH:  Importance:
management staying with
SCCI's mob & equipment
savings by not having to m
of $38/sf is below our upp
through the learning curve
good.  "I believe continuin

**Aug 21, 2001**

MHe to PR:  I've attached a "DRAFT" spreadsheet showing budgeted funds vs. actual costs.  I'm fine tuning costs ... obviously the coating cost is the largest problem.
    Pre to MH:  "So, the big question???  How do we make up the difference?  Any ideas?  ...  Trying to think of how to justify this additional costs ... the way I see it, is that we ramrodded this Task Order through, with the understanding that prices may have to be adjusted."
    MHe to PR:  "I can write a book on this ... bottom line was that we were under the gun to obligate $ period."  An updated spreadsheet is attached.  The way I see it, we are approximately $22,000 over budget.  ...  How much trouble am I in?"  [BEI 20138-39]  [Not as much as you're going to be, Matt.]

**Jul 25, 2001**

JHe to MH:  transmittal of project organizational chart.     [BEI 20074-75]

**Aug 21, 2001**

MHe to PR: Spreadsheet showing budgeted funds vs. actual costs.  [                    ]

**Aug 20, 2001**

Pre to MH:  You should charge "the QA/Superintendent" (Jerry Hardenbergh)" invoice against [contract number].  [BEI 20130]

| 2001 | Jul 26, 2001 | Aug 20, 2001 | Aug 21, 2001 | Aug 24, 2001 | Aug 25, 2001 |

**Aug 24, 2001**

PRe to MH: Importance: High. Confidential. Recommended to upper management staying with SCCI next year for Phase II. Reasons: SCCI's mob & equipment costs were front-loaded; CG will realize savings by not having to mobilize a second subcontractor; overall costs of $38/sf is below our upper limit of $40/sf; SCCI has already gone through the learning curve; quality of the coating to date has been very good. "I believe continuing with SCCI is the best way to go." [BEI 19482]

nowing budgeted usly the coating

make up the ustify this ded this Task ay have to be

line was that we d spreadsheet is 2,000 over 39] [Not as

s.

**Oct 1, 2001**

As-Planned Phase I Completion.
[20198]

**Sep 20, 2001**

$    BEI/SCCI. Signed Phase I SUBCONTRACT for $850,000 dated 7/1/01, but returned by SCCI on 9/20/01 [20092]

**Sep 22, 2001**

MHn: instructs bookkeeper to reduce the scheduled value of SCCI's contract from $850,000 to $747,000 to avoid going out of pocket to pay SCCI due to buyout losses. [20234]

Aug 25, 2001    Sep 20, 2001    Sep 21, 2001    Sep 22, 2001    Sep 23, 2001    Oct 1, 2001



**Oct 5, 2001**

① JHd: ORIGINAL WHARF START, Bent 1, Piles A-D, elevations 113-119. "Surface preparation inspection revealed a substantial amount of seal welding before coating." [Monday] [20100] [52-H]



**Oct 8, 2001**

① JHd: Bent 1 ready to coat after seal welding and grinding. [20112] [53-H]



**Oct 9, 2001**

① JHd: Numerous holidays found at Ben 1 elevations 113-119 primarily at welds. Contractor researchir methods to reduce number of holidays. [20116] [54-H]

| Oct 2, 2001 | Oct 5, 2001 | Oct 6, 2001 | Oct 8, 2001 | Oct 9, 2001 |



oat
H]

**Oct 9, 2001**

JHd: Numerous holidays found at Bent 1 elevations 113-119 primarily at welds. Contractor researching methods to reduce number of holidays. [20116] [54-H]

① 

**Oct 10, 2001**

JHd: Bent 2, numerous holidays apparent after coating; will perform holiday test after 24 hour cure. TELEPHONE CONFERENCE with CEI (DS & JH), SCCI (AR & MA) and BEI (MH) regarding "the amount of surface prep required to coating (welding, grinding, cutting); waiting to hear from SPC; recommend additional conversations with FDCC re this issue. [20120] [56-H]

①

**Oct 10, 2001**

JHe to PR:  [4:15 pm] "Problems with holidays" are not attributed to temperatures or humidity, which are monitored to be within spec.  Welds are causing problems due to rough and irregular surfaces that are difficult to coat without stripe coating.  They cannot stripe coat with this material as it hardens in a few minutes.  They are grinding welds, but holidays still come through.  SCCI researching use of epoxy "caulking" to cover weld areas like a stripe coat. {How does Jerry know this?  SCCI not copied on email} [20123] [55-H]

**Oct 22, 200...**

SBe to PR...
better info...
Wednesda...
problem" --
Wednesda...

**Oct 11, 2001**

JHe to SL:  Discussion of testing SW coating as a substitute for SPC on Cargo Wharf and Fuel Pier.   [BEI 20176-280]

**Oct 17, 2001**

JHd:  Addendum to 10/17/01 "Daily Summary Report": SCCI to stop work for winter after Bents 4 & 5 where it is testing performance of "caulk."  "SCCI to submit a schedule and cost for additional prep work for approval." [20157] [57-H]

$

t 9, 2001 | Oct 10, 2001 | Oct 11, 2001 | Oct 17, 2001 | Oct 18, 2001 | Oct 22, 2001



**Oct 22, 2001**

SBe to PR:  JH tells me he will have much better info and recommendations by Wednesday regarding the "weld coating problem" -- and then schedules a 1:00 pm Wednesday conference call..  [BEI 20282]

**Oct 23, 2001**

① JHd: "After grinding and welding surface prep [at Bents 4 & 5], caulking of all weld joints was performed with SPC SP-2888 RG. Coating all welds will hopefully reduce the number of holidays after final coating is applied." [20149] [59-H]

**Oct 25, 2001**

① JHd: Holiday detection testing was performed on Bent 1, elev. 119-113. Holidays on Bent 1 were again repaired by "caulking" with SPC SP-2888 RG coating. [20171]

**Oct 30, 2001**

❸ JHe: J. Hardenberg h's own reduced acceptance criteria. [20177] [67-H]

**Oct 24, 2001**

❸ MHn:  TELEPHONE CONFERENCE with FDCC (PR, SL, SB), BEI, CEI (JH), and SCCI (MA, Tim B.):  [ 1st Pricing ]  $500,000 + to do additional prep; caulking performance not as expected; need 3 written options from SCI: (1) perfect, (2) moderate, (3) nothing; need "prep procedure, performance criteria and cost."  [20168]

**Oct 24, 2001**

❸ JHd:  Addendum to "DSR" for 10/24.  TELEPHONE CONFERENCE including first discussion of THREE OPTIONS for surface prep: extensive, moderate and minimal.  "Even after an extensive amount of time was spent preparing the surface, some areas within the H-Pile location still cannot be adequately coated and results in holidays. [20166] [65-H]

**Oct 24, 2001**

① JHd:  "Holiday detection testing performed on Bent 4 & 5, elevation 119' to 113.  Test results indicated 22 total holidays.  Holidays on Bent 1 were repaired by "caulking" with SPC SP-2888 RG [20162]. [64-H]

**Oct 24, 2001**

❸ MHn:  TELEPHONE CONFERENCE with FDCC, BEI, CEI, and SCCI. "Bents 1-3  No Holidays." "Bents 4 & 5  Recommended Level of Holidays" [20160]

**Oct 30, 2001**

❸ JH Memo to SB/FDCC: "The amount of poor and lack of consideration for corrosion engine design has resulted in an enormous amount preparation.  ...  The only areas not passing th testing are the welded areas; splice plate loca upper elevations.  The contractor has ... sper excessive amount of time trying to obtain a ho coating at the H-Pile splice locations. ... CEI developed three options for the CG to choose considering it is their structure and money inv Option 1: Extensive surface preparation and coating to achieve no coating holidays.  Very option.  Est. $500,000 to complete the Wharf moderate surface preparation to result in a m of holidays to remain.  This would require est acceptance criterion Option 3: No additional equipment or time resulting in a large numbe holidays. ... Most bridge and docks are not ho We recommend Option 2 which will still reali life. {SCCI not provided with a copy} [20174]

| Oct 23, 2001 | Oct 24, 2001 | Oct 25, 2001 | Oct 30, 2001 | Oct 31, 2001 |

**Nov 5, 2001**

JHe to SB:  Revision of 10/30/01.  However, in this version, caulk doesn't work (including photographs of the same) and Option 1, the most expensive option, includes "caulking" for a "virtually" holiday-free coating system.

**Oct 30, 2001**

❸ JHe:  J. Hardenbergh's own reduced acceptance criteria. [20177] [67-H]

**Nov 2, 2001**

$ MA:  [ 2nd Pricing ]  WAR LETTERS.  SCCI billing for "H-Pile weld repair" for Bents 1-5 $37,383.50 [20178]

**Nov 5, 2001**

$ MA:  [ 3rd Pricing ]  WAR LETTERS.  SCCI "Revised 'estimate'" for Bents 6-15:  $261,254.  SCCI's 'acceptance criteria', Holiday-free from 107-116.  As you are aware, the majority of the holidays or pinholes occur at elevation 116' -118' where the splice is.  {"Estimate" is based on numerous allowance items and SCCI reserves its right to claim for interference.}  [20181] [69-H]  {Add acceptance criteria}

**Oct 30, 2001**

❸ JH Memo to SB/FDCC:  "The amount of poor welding and lack of consideration for corrosion engineering design has resulted in an enormous amount of surface preparation.  ...  The only areas not passing the holiday testing are the welded areas; splice plate locations in the upper elevations.  The contractor has ... spent an excessive amount of time trying to obtain a holiday-free coating at the H-Pile splice locations. ... CEI has developed three options for the CG to choose from, considering it is their structure and money involved. Option 1:  Extensive surface preparation and stripe coating to achieve no coating holidays.  Very expensive option.  Est. $500,000 to complete the Wharf.  Option 2: moderate surface preparation to result in a minimal level of holidays to remain.  This would require establishing an acceptance criterion Option 3: No additional manpower equipment or time resulting in a large number of holidays. ... Most bridge and docks are not holiday free. We recommend Option 2 which will still realize a 25-year life. {SCCI not provided with a copy}  [20174] [61-H]

**Nov 5, 2001**

① JHd:  All production on Original Wharf stopped.  Bents 1 & 2 have been completely coated, however, outstanding issues do exist in this area.  CEI has written a memo on the coating surface preparation issue ... the memo has not been distributed as CEI is waiting on SCCI costs estimate. [20185]

**Nov 3, 2001**

❸ JHe: soliciting option 2 pricing; and defining Option #2 "Moderate Surface Preparation" "modified coating acceptance criteria" applicable only to 116' -119' will be 2 or less holidays per lineal foot of weld; size not to to exceed 1/8" diameter and cumulative length not to exceed 1/2 inch per lf.  [20180] [68-H] {Compare with original 5/8/01 acceptance criteria}

| Oct 31, 2001 | Nov 2, 2001 | Nov 3, 2001 | Nov 5, 2001 | Nov 6, 2001 |
|---|---|---|---|---|

15



**Nov 8, 2001**

$ MAe to JH:  SCCI pricing for Bents 6-15  [20192] [70-H]

**Nov 13, 2001**

① JHd:  Outstanding Items: Bent 1 & 2 holidays to repair.  JH and MH spent most of day in Anchorage attending a "project completion/surface prep resolution meeting with SCCI." [20194] [70-H]

**Nov 13, 2001**

$ MHn: PROJECT MEETING AGENDA. "Level of performance was lowered in recognition of the H-Pile conditions; restatement of JH's acceptance criteria; "a maximum of $100,000 may be available for additional surface preparation to complete to Bent 15." [20199] [71-H]

**Nov 13, 2001**

$ MHm: [Ambush] Meeting Minutes (CEI Anchorage Office).  SCCI has estimated $249,000 for Bents 6-15.  CEI reduced SCCI's costs to $120,000.  SCCI to review costs for reasonableness.. [20198]

**Dec 21, 2001**

$ AndyR: War Letters.  SCCI Proposal for Extra Work on Bents 6-15.  Option #1 (Original Scope) $227,542; Option #2 Caulking in lieu of weld repair $128,835 coating mfr's won't guarantee a holiday-coating (untested for this purpose); Allowance of 5 hrs grinding or re-welding/bent.  Allowance of 3,200 lf of caulking for Bents 6 - 15.  Holiday testing thickness only.  No holidays (pinholes) at connections will be repaired.  SCCI and supplier will not warrant pinhole related problems.  [20213] [72-H]

**Dec 21, 2001**

$ MHn:  Factoring costs  [20226]

Nov 8, 2001   Nov 9, 2001   Nov 13, 2001   Nov 14, 2001   Dec 21, 2001   Dec 22, 2001

16

**Dec 21, 2001**



AndyR: War Letters.  SCCI Proposal for Extra Work on Bents 6-15.  Option #1 (Original Scope) $227,542; Option #2 Caulking in lieu of weld repair $128,835 -- coating mfr's won't guarantee a holiday-free coating (untested for this purpose); Allowance of 5 hrs grinding or re-welding/bent.  Allowance of 3,200 lf of caulking for Bents 6 - 15.  Holiday testing for thickness only.  No holidays (pinholes) at connections will be repaired.  SCCI and supplier will not warrant pinhole related problems.  [20213] [72-H]

**Dec 21, 2001**

$  MHn:  Factoring costs  [20226]

**Dec 31, 2001**



MHc to AndyR claiming that SCCI is overpaid based on SCCI's price/sf for the entire project, rather than its price/sf for Phase I [20232]

**Dec 27, 2001**



AnitaRe: to MH re buyout loss on SCCI subcontract of $100,000 -- "I guess we could stick you with it.  - if the second half doesn't come through, ...  it would be my opinion that we need to square that 100K away with you." [20229; 20231]

| 21, 2001 | Dec 22, 2001 | Dec 27, 2001 | Dec 28, 2001 | Dec 31, 2001 | Jan 1, 2002 |

**D**

**Jan 25, 2002**

Pre to MH:  I will send you an e[...]
on how the DB Team intends [...]
well as past performance of S[...]
revised proposal from SCCI/C[...]
review, we will schedule a me[...]
[BEI 20332]

**Jan 4, 2002**

❸ MHe to DS/JH:  I need your recommendations on SCCI's proposal ASAP.
  DSe to MH:  Discussion of Option 2:  1.  All welds in the tidal zone shall be cleaned, ground and sealed 2. Caulking will be permitted above elevation 116; 3. Manufacturer must guarantee compatibility of caulking and coating system;  4.  "I recommend the statement, 'No holidays (pinholes) at connections will be repaired,' be modified to read, 'Visible defects (pinholes) at the connections will be repaired.'" SCCI's pricing is fair and reasonable if it agrees to items 1-4.  [BEI 20316-19]

**Jan 16, 2002**

❸ MHe to DS/JH:  PR is frustrated and concerned we haven't made more progress on the add'l H-Pile prep. SCCI isn't cooperating all we've gotten is a big fat "NO."  Andy Romine said your letter and conditions are unacceptable. Supposedly too much time is lost which delays them given the tides.
  ... To be honest, I'm not sure how to proceed.  [BEI 20331]

| Jan 4, 2002 | Jan 5, 2002 | Jan 16, 2002 | Jan 17, 2002 | Jan 25, 2002 |

## Double-click to add title

**Jan 25, 2002**

Pre to MH:  I will send you an email outlining our concerns/issues, rfi on how the DB Team intends to address the additional prep work, as well as past performance of SCCI.  Understand you are waiting on a revised proposal from SCCI/CEI.  Once you forward to USCG for review, we will schedule a meeting sometime the week of 4 Feb '02.  [BEI 20332]

**Jan 31, 2002**

DSe to MH:  Photos of Splice location and Pile Support [seismic brace attachment].   [BEI 20334-36]

**Feb 1, 2002**

AnitaRe to MH:  I got a call from AndyR  yesterday; requested a copy of the contract, task order, mod's and your bond.  Feels SCCI is bankrolling the project and that you're not passing his concerns to the CG ... yada, yada, yada ...  I'll give him the information ... but not today ... sometime soon.  We should get together w/. CEI and decide on how to proceed with Phase 2.  "New coating, new Swalling.  Those costs from SCCI this morning make that decision real easy.  ... Maybe we should descope your work to align with your contract with SCCI.  We will need to descope the work, not the dollars.  Whatever we decide to do, you're not going to be left out there for that $100K and our decisions negotiations will need to keep you out of court with Coffman.  Sounds like Anchorage next week.   [BEI 20337-38]

**Feb 5, 2002**



Pre to MH:  "Importance: High; Sensitivity: Confidential" "Change of Plans" email [20264] [66-H] [1-Boi]   [BEI 20339-40]

| 2002 | Jan 26, 2002 | Jan 31, 2002 | Feb 1, 2002 | Feb 5, 2002 | Feb 6, 2002 |

**Feb 6, 2002**

$ MHe to CEI: BEI Threatens CEI. "Late breaking news." FDCC is not coming to our meeting. CG has raised the issue how this alleged change of condition should have been addressed in the initial design. "They are taking the position that its our responsibility as the D/B team to figure this out." CEI "needs to paint a persuasive picture for revising the spec's. The CG wants the long term coating life, and doesn't want to pay add'l money. [20268]

**Feb 7, 2002**

$ MHn: BEI Threats for SCCI. Make add'l prep costs for 1-15 $100,000 + -- What is in the specs that gives SCCI the idea its a changed condition? -- Caulking: the key to cost reduction while maintaining quality. [20269]

**Feb 7, 2002**

! MHe to PR (2:58 pm): "With the cargo Wharf problems, one of 'my superiors' is concerned we're in trouble. I take from the grocery list below we're still in the game." BEI [18984]

**Feb 12, 2002**

$ AndyR: WAR LETTERS. SCCI Cost Proposal for Extra Work on on Phase II Bents 15 -33: $313,639; holiday detection procedure on Bents 6-15, for Option 2 repair visual inspection only, "No testing or repairs will be made for pinhole type defects." [20280] [73-H]

**Feb 19, 2002**

 JDe to MH: CG has requested a recommendation for a replacement for Scott Bonney. This could be your new boss. Can you recommend anyone? "Please be discrete about this inquiry." [BEI 20350]

**Feb 8, 2002**

 MHn: TC/W DS, MM, & BO: Focus: "reduction of weld prep to eliminate basis for [claim of] change" -- Key question: what is the changed condition? -- "1300 Dan Stears led off." "Why wasn't this priced during site visits?" "From SCCI, delete weld repair and they'd do it without add'l $. [20270-71]

**Feb 8, 2002**

$ BO[?]: Meeting minutes. Second Meeting at CEI. Dan Stears led off with Problem Statement. A consensus was reached that ... [20272] [63-H]

Feb 7, 2002    Feb 8, 2002    Feb 12, 2002    Feb 13, 2002    Feb 19, 2002    Fe

20



**Feb 20, 2002**

MHn: First mention of Absolute. [20288]

**Feb 23, 2002**

MHn: "Absolute is $300,000+ less than Swalling for base contract work. "What if we can't agree on additional H-Pile prep." [20354] {Cf. 20280}

**Feb 25, 2002**

Pre to MH: Here's the letter I was trying to send you earlier with eight enclosures. "Letter of Concern" Again, our concerns are not with BEI but with SCCI and CEI.  [BEI 20352-69]

**Feb 25, 2002**

AnitaRc to MikeM: 2/25/02 "Letter of Concern" (w/ de-scoping calculation) following up Rendon's "confidential" email . [20290] [2-Boi]

**Feb 26, 2002**

DSm: to MH:  STEARS MEMO.  The original specification was intended  ... provide a finished product that had a minimal amount of defects (no such thing as a defect free coating) --  The intent of this project was to provide a coating system for the dock, not to extensively and structurally modify welds -- The amount of work required was in excess of that required by this contract and the intent of this project. -- the extent of the substandard quality of the original construction was concealed ... and was more than could have been reasonably anticipated -- Option 1:  Option 2:  "'stripe coat' or caulk the poor quality or non-existent welds, would minimize, but not eliminate, the coating defects. References SCCI Proposal, w/o objection -- Option 3:  regardless of the option selected there will be some defects, corrosion and staining in the future [20337 dtd 2/27/02 [74-H] {c.f., 20308 dtd 2/26/02; Coffman 09244 dtd 3/16/02}

**Feb 26, 2002**

BO markup of DS 2/26 memo eliminating Options 1 & 2; "GC wants a no-cost fix" [20310-20312]

**Feb 26, 2002**

DSe to MH:  Reminder of SL email of 3/09/01 stating that FDCC "would not make your company bear all cost overruns or mistakes in bids ... " [20314]

b 20, 2002    Feb 23, 2002    Feb 24, 2002    Feb 25, 2002    Feb 26, 2002    Mar 7, 2002

**Mar 13, 2002**

$ BO/SCCI:  MOD #1 de-scoping contract to Bent 12 and crediting contract price by ($145,298.00); H-Pile Welding Repair $30,241.95 [20331] [79-H]  [6-Boi]

**Mar 13, 2002**

$ MHe to AnitaR/PR (10:04 am):  I believe the only way this has worked is the relationship and the commitment between the three of us.  ...  MM and BO thought we were going to get stuck with the $100K on the Cargo Wharf until Anita had conversation with Bill.

AnitaRe to MH (12:58 pm):  Marty says if he doesn't get Option #1 for 70-90K then "'we need to discuss further responsibility with BEI.  Everyone back to their corners.  Marty says that he will let Paul and I do whatever we want withy this, just let him know before I sign it.  I'm going to go with that one, once we've agree, to it's a done deal, doesn't matter if I've signed it.  I'll just let Paul explain to him what we've done.  ...  Your right Matt, with our without the partnering we just need to continue together that way we have been .  I know that BO's understanding is only skin deep, that's true from here too.  I just need to consistently demonstrate our commitment to the partnering .. and wear ear plugs when I meet with Marty.   [BEI 19039]

**Mar 18, 2002**

AndyRc to BO: WAR LETTERS.  Caulking to repair welds; inspection criteria will be visual inspection for bare spot only and no pinhole holiday detection or repairs will be done at these areas.  [20350] {Schedule; locate and add BO's preceding request}

❸

**Mar 7, 2002**

DSe to SL:  In reference to your angle clip question, I believe it would be cheaper to stripe coat these areas rather than grinding and removing them.  We could have this as a contractor option it you like. [20326-328]  [BEI 20391]

**Mar 7, 2002**

BOc to AnitaR:  Complete project by caulk/scope reduction finalize 3/12/proposal [20329-330]

**Mar 7, 2002**

PR to MartyB:  3 options; 'will caulk last 25 years?' [_____] [7-Boi]

**Mar 13, 2002**

! PRe to MartyB (3:01 pm):  [R]arely will Matt and I elevate a matter to the execs to solve a problem for us & I don't believe you want to be that far in the weeds ... Cargo Wharf is heading that way.
    We'll be in Kodiak next week, ... so we may be able to meet with Mike Martin, Bill Oliver, and Matt (via phone) while we are there.    [BEI 19041]

**Mar 14, 2002**

 PR: Procurement Process: Authorization of $100,000 for Weld Defect Surface Prep. [USCG-200256-57]

**Mar 15, 2002**

 BOc to AnitaR:  BEI'S Reply to Repanich's 2/25/02 "Letter of Concern".  Requests $90,000 change order for surface prep; issues "Option 2 -- Stripe Caulk" $50,000/$39,000 [?]; "Surface Prep -- Bents 1-5" $30,000; "Demob" $11,000; "Add'l QA" $10,000. [20336]



**Mar 18, 2002**

❸ AndyRc to BO: WAR LETTERS.  Caulking to repair welds; inspection criteria will be visual inspection for bare spots only and no pinhole holiday detection or repairs will be done at these areas.  [20350] {Schedule; locate and add BO's preceding request}



**Mar 24, 2002**

☠ MHn: "Absolute, unknown, $1,249.136" -- "POTENTIAL COATING SUB"" [20355]



**Mar 25, 2002**

❸ MartyBm: USCG Internal Questions in reaction to BEI letter of 3/15/05.  "Looks like we are stepping into a time and material contract or voiding any warranty consideration. [20357]



**Mar 25, 2002**

❸ MHe to DS & JH:  transmittal of Boivin USCG Internal Questions in reaction to BEI letter of 3/15/05 - Please review questions.  We are on hold until questions are answered [20356]

02

rocurement Process: Authorization of 000 for Weld Defect Surface Prep. 3-200256-57]

**Mar 15, 2002**

 BOc to AnitaR: BEI'S Reply to Repanich's 2/25/02 "Letter of Concern".  Requests $90,000 change order for surface prep issues "Option 2 -- Stripe Caulk" $50,000/$39,000[?]; "Surface Prep -- Bents 1-5" $30,000; "Demob" $11,000; "Add'l QA" $10,000. [20336]

**Mar 26, 2002**

DSe to AnitaR:  response about stripe coating.  [___

| Mar 18, 2002 | Mar 19, 2002 | Mar 24, 2002 | Mar 25, 2002 | Mar 26, 2002 |
|---|---|---|---|---|

23

**Apr 1, 2002**

AnitaR to MH (3:41 pm): Re:  JOC evaluation.  This is the eval that will be used for you guys in the recompete of the JOC.  ...
Make this a good one, Matt.  It will be used as your most relevant one.  You will have a new set of competition so it may be helpful to review how how we select.  I'm going to make it a small business set aside so only small businesses like yours can propose.  I'd like to see you guys back in there on the next round, but there is something you guys have to do in the way of your proposal to make that happen.

BEI's most relevant experience will be this project.  Past experience was marginal/weak on the last evaluation.  I will believe you will rate very high.  I believe some of your competition will also ... that brings us to that darn coefficient.  I believe [sic] some calls/questions/speculations about BEI and their coefficient from your competitors.  ...  I want to be sure everyone knows how the coefficient will come into play too.

I know you hate the coefficient .... the purpose of the coefficient is to level the playing field for your guys during proposal time.  The FAR requires I look at only two things during competition, price and quality (past performance).  ...  The coefficient gives me a pricing mechanism that I use throughout the contract.  ...  But you know more about your coefficient than anyone else does.  Other proposers will use your 1.05% ... but they will have to provide me with a rationale for their coefficient and I will assess a risk rating to that number.  All the other proposers close to your number got a high risk rating with that number ... it seemed so low, I didn't believe you could do it ... that risk rating was pure subjective on my part  ...  I was asked about your risk rating by Brown & Root ...  they also thought it was too good to be true.  I'm getting a lot of questions about it from your competitors, and the validity of it, my answer is, "All of Brechan's proposals are presented in the Means form, with coefficient, as required by the contract."  [BEI 19059-61]

**Mar 27, 2002**

MHn:  TC/W with AR, PR and SL.  "Structural Members to be seal welded PERIOD.  Non-structural members -- USCG prefers to remove.  Check with Coffman on quantify of structural welds requiring seal welds.  [20325]

**Mar 27, 2002**

MMc to Marty Boivin: Thanks for meeting with us to discuss how to deal with the Cargo Pier issues.  Since then I have met with Harold Hollis and Mike Swalling at executive level and been assured that we will meet the quality standards for a twenty-five year life.  I can tell you I was very firm with them and told them no more change orders/conditions.  I explained to them that their reputations and ours are at jeopardy.  You mentioned the need for all of us to "tighten our ships up".  [BEI 19050]

**Apr 2, 2002**

PRm to AnitaR:  Ju described in SCCI prep work through steel will be part of $90,000.  JH will id performing Phase

Response to Jerry original contract sp cover all surface p appurtenances, if structural member contract specificat

PR response to M Original scope of v blast.  Who devel how much was en "independent QA" spec'd.  Can we ve BEI and SCCI pay JH.  What is the o near white blast p Reasonable. [207

**Mar 26, 2002**

DSe to AnitaR:  response  email about stripe coating.  [_____]

**Mar 28, 2002**

DSe to MH:  not comfortable estimating amount of seal welding needed on structural members.  "I personally do not feel comfortable guessing the amount.  [20362]  {But Coffman feels perfectly comfortable assuming that there was no more defective welds}

**Apr 2, 2002**

PRm to AnitaR:  Justifications for proceeding with Mod. 0005.  "Will agree with prep work described in SCCI 2/12/02 letter, which supersedes their 12/21/01 letter. $90,000 covers all prep work through Bent 12 and structural weld repairs. Grinding of cut-off non-structural steel will be part of Option # 2 and $90,000 prep work. Structural weld repair included in $90,000.  JH will identify/coordinate structural weld repairs.  Because SCCI will not be performing Phase II, they need to include this demob in the first phase.

Response to Jerry Johnson's questions:  Surface prep will be in accordance with the original contract specifications Section 09967 dated March 2001.  Bottom Line:  $90K will cover all surface prep work, including blasting, grinding, caulking and removal of unneeded appurtenances, if SCCI believes it more cost effective.  We will end up with full warranty for structural members.  Testing requirements will continue in accordance with  the original contract specifications Section 09967 dated March 2001.

PR response to Marty Boivin's questions:
Original scope of work?  25-year useful life.  Level of surface prep spec'd?  Near white blast.  Who developed spec's SCCI relied on?  CEI, with FDCC review.  How did we decide how much was enough surface preparation?  CEI recommended and BEI hired "independent QA" Jerry Hardenbergh to measure "tooth" as recommended by SPC and spec'd.  Can we verify the amount of welding, sandblasting, grinding?  Yes, by reviewing BEI and SCCI payroll records.  Who determined whether welding was required?  SCCI with JH.  What is the original surface contract for Bents 6-12?  As spec'd by manufacturer plus near white blast per CEI.  How does this compare with BEI's request for $39,000?  Reasonable. [20756]

**Apr 3, 2002**

BO to AndyR:  FDCC has accepted our proposal based on the agreement we came to on March 12, 2002 -- but they have not issued a mod.  In spite of this, we have agreed to a modification between the two of us, and we have the approval of the owner.  Therefore, please consider this letter notice to proceed with the schedule you provided in your most recent letter.  [_____] [81-H]

**Apr 23, 2002**

AnitaRf to MH:  transmittal of Mod. 0005 draft .
  "How does this look to you?  I think Bill Oliver reviewed it and was okay with it." --Anita
  "I think we've flogged it enough. -- Matt"
$90,000 for:  surface preparation for Bents 1-5; surface preparation for Bents 6-12; additional QA.  No reference to work ending at Bent 12.  [20066-68]  [80-H]

**Apr 23, 2002**

MOD. 0005.  [Signed]
$90,000 for:  surface preparation for Bents 1-5; surface preparation for Bents 6-12; additional QA.  No reference to work ending at Bent 12.  "Additional surface preparation up to an including Bent 12."
· SCCI 12/21 and 2/12 proposals excluded from Mod.
· CEI 2/27/02 letter and new FDCC "exceptions" are included in the mod
· QA to mark structural, abandoned structural, and non-structural members.
  (i)  Structural members with "poor quality or defective welds" shall be seal welded, coated, tested and warranted in accordance with  specification § 09967, "March" 2001.
  (ii)  Structural members with good welds shall be "stripe coated" or caulked, coated, tested and warranted in accordance with  specification § 09967, "March" 2001.
  (iii)  Abandoned non-structural members may be removed, if more efficient [no mention of remediation mode otherwise]
  (iv)  Non-structural members with "poor quality or defective welds" shall be "stripe coated" or caulked, coated, tested and not warranted in accordance with  specification § 09967, "March" 2001.
· Phase I complete at Bent 12.
· Full, final and complete settlement of all claims, now and in the future, arising out of "this settlement."  [20269-270]  [3-Boi]

**Apr 23, 2002**

AnitaR:  "I'm glad we had this project under the JOC.  It was really messy from our end, still not sure it should have been fixed price.  If this had been a low bid out there, we would  be so deep into a claim situation  ... for much more than $90K ...."  [BEI 20438]

**May 1, 20**

RFP ISSU
by FDCC



**May 1, 2002**

RFP ISSUED FOR JOC-2
by FDCC  [BEI 19060]

**May 4, 2002**

SCCI-QC:  Holiday test 2 & 3
[      ]

**May 4, 2002**

SCCId:  Holiday test lower 2
& 3 and repair.  [      ]



**May 8, 2002**

SCCI-QC:  Discuss holidays
[      ]

**May 9, 2002**

SCCI-QC:  Discuss holidays
[      ]

**May 10, 2002**

SCCI-QC:  Discuss h
[      ]

| 2002 | May 4, 2002 | May 5, 2002 | May 8, 2002 | May 9, 2002 | May 10, 2002 |



**May 10, 2002**
SCCI-QC:  Discuss holidays [    ]

**May 11, 2002**
SCCI-QC:  Discussed holiday procedure  [    ]

**May 24, 2002**
SCCI-QC:  Discussed holiday testing 6 & 7  [    ]

**May 28, 2002**
SCCI-QC:  Holiday testing [    ]



**May 28, 2002**
JHe to MH:  We have a serious conflict between the contract that is between BEI and the USCG and what SCCI agreed to with Brechan.  It is in regards to stripe coating welds. [20395]

| May 10, 2002 | May 11, 2002 | May 24, 2002 | May 25, 2002 | May 28, 2002 | May 29, 2002 |



**Jun 1, 2002**
PROPOSALS FOR JOC 2 to be submitted  [BEI 19060]

**May 30, 2002**
SCCI-QC:  Discuss holiday detection

**May 31, 2002**
SCCI-QC: Holiday detection

**May 30, 2002**
❸ MHe:  to AB/FDCC problem with stripe coating good welds resolved with SCCI -- misdirecting him away from objection to holiday testing welds [COF0623]

**May 31, 2002**
AndyRc to BO:  [War Letters] Subject:  Scope of Work;: There has been some discussion on site as to quality control criteria for the metal-to-metal and weld areas that we are caulking.  The inspection criteria agreed to at the meeting on March 12th is all caulking areas will be visually inspected for bare spots only and no pinhole holiday detection will be done at the caulked areas. [20396]

**Jun 2, 2002**
SCCI-QC:  Discussed holiday detection on 6 & 7.

**Jun 3, 2002**
SCCI-QC:  Discussed holiday detection on 6 & 7.

**Jun 3, 2002**
SCCId:  Holiday test 6 & 7.

**Jun 3, 2002**
❸ MHn: Holiday Testing outside of 116-119. Majority of problem is with flat spots, not weld areas.  No agreement for testing reduction for Flat Surfaces.  6/4/02: Called Andy R.  No problem.  [20398]

May 30, 2002    May 31, 2002    Jun 1, 2002    Jun 2, 2002    Jun 3, 2002    Jun 4

**Jun 4, 2002**

SCCI-QC:  Discussed holiday detection 6, 7& 11. [     ]

**Jun 5, 2002**

SCCI-QC:  Discussed Bent 6 holidays.  [     ]

**Jun 9, 2002**

SCCI-QC:  Discuss holidays 8, 9, 10, 11 & 12.  [     ]

**Jun 4, 2002**

SCCId:  Holiday test 11 A-H.  [      ]

**Jun 5, 2002**

❸ JHd:  Meeting on site with MH, GD, JH and MA/SCCI to discuss "confusion" with SCCI's home office re Quality Control Criteria on this Project, reference AndyR letter of 5/31/02.  All on-site construction management personnel are in agreement with the QC criteria for the modified scope and have been working with this criteria since beginning of construction season.  [20400] [82-H] {Where, not whether, HVHT is prohibited}

**Jun 6, 2002**

JHd:  Done on 6 & 7 [      ].

**Jun 10, 2002**

① JHd: Holiday "detect" and repair 1, 2, 8, 8, 9, 10, 11, 12,

**Jun 11, 2002**

① JHd: Holida and repair 10, 11, 12,



**Jun 15, 2002**

RFP FOR JOC-2
AWARDED by FDCC
[BEI 19060]

**Jul 29, 2002**

AnitaR. issue
Brechan [____
[3-Rep]

**Jun 11, 2002**

① JHd: Holiday "detect"
and repair 1, 2, 8, 8, 9,
10, 11, 12, [    ].

**Jun 12, 2002**

① JHd: Holiday "detect"
and repair 1, 2, 8, 9,
10, 11, 12,

**Jun 13, 2002**

① JHd: Holiday "detect"
and repair 1, 2, 8, 9,
10, 11, 12,

**Jun 14, 2002**

JHd: SCCI
DEMOB [    ].

11, 2002 | Jun 12, 2002 | Jun 13, 2002 | Jun 14, 2002 | Jun 15, 2002 | Jul 29, 2002

**Jul 29, 2002**

AnitaR. issues JOC 2 to Brechan [_____] [3-Rep]

**Sep 16, 2002**

JPf to MH: AESI transmittal of Imperial proposal from Tom Puett for Cargo Pier.   12,255 sf on section 2B of Cargo Wharf.  Total estimated price $772,123  (MH notes: "Quoted Price based on ALL: 40,000 - 15,500 sf [SCCI's final scope] = 24,500 sf. [would be $31.51/sf, if he was correct.  For the footages Tom quoted the actual number would be $63.00/sf].  [20404]

**Sep 17, 2002**

MHe to JP: CEI erred on the plans regarding SF of coating.  Bottom line is that Swalling coated 15,500 sf. Based on 40,000 total, you should plan on 24,500 to be coated.  [20407]

**Oct 22, 2002**

JP to MH:  AESI Firm Cost Proposal "Revised" for Remov
• Priced "... according to the plans and specifications dat
• $995,850 [= $40.65/sf as noted by MH]
• "The utility hangar/braces fillet welds will be caulked (no needed.
• Exclusions:
    -- Welding structural repairs
    -- Work per specification sections 1.7.3 through 1.7.3
weld cleaning/stripe coating portion of 1.7.3.6  Removal rectifier cable bonds; Removal of 1.7 - 1.7.5
[20413; 20416 (signed)]

**Oct 22, 2002**

JP to MH:  AESI Firm Cost Proposal (No Price) for Remo
• Priced "... according to the plans and specifications dat
• [No price provided in this draft]
• "The utility hangar/braces fillet welds will be caulked (no
• Exclusions:
    -- Welding structural repairs
    -- Work per specification sections 1.7.3 through 1.7.3
weld cleaning/stripe coating portion of 1.7.3.6  [20411]

**Oct 22, 2002**

JP to MH:  AESI Firm Cost Proposal "Revised" for Removal and Application of Coatings. [Signed]
[20416 (signed)]

| 29, 2002 | Jul 30, 2002 | Sep 16, 2002 | Sep 17, 2002 | Oct 22, 2002 | Oct 23, 2002 |

**Oct 22, 2002**

JP to MH:  AESI Firm Cost Proposal "Revised" for Removal and Application of Coatings.
• Priced "... according to the plans and specifications dated June 21, 2001.
• $995,850 [= $40.65/sf as noted by MH]
• "The utility hangar/braces fillet welds will be caulked (not welded) as needed per 1.7.3.9. The stitch welds will be caulked as needed.
• Exclusions:
    -- Welding structural repairs
    -- Work per specification sections 1.7.3 through 1.7.3.7, seal welding per 3.2.1.3 and 3.2.1.4.  Note: AESI will perform the weld cleaning/stripe coating portion of 1.7.3.6  Removal of thermite grounds; Removal of CP circuit headers; removal of rectifier cable bonds; Removal of 1.7 - 1.7.5
    [20413; 20416 (signed)]

**Nov 29, 2002**

Solicitation to BEI for
Task Order for Cargo
Wharf
Phase 2

**Oct 22, 2002**

JP to MH:  AESI Firm Cost Proposal (No Price) for Removal and Application of Coatings.
• Priced "... according to the plans and specifications dated June 21, 2001.
• [No price provided in this draft]
• "The utility hangar/braces fillet welds will be caulked (not welded) as needed per 1.7.3.9.
• Exclusions:
    -- Welding structural repairs
    -- Work per specification sections 1.7.3 through 1.7.3.7, seal welding per 3.2.1.3 and 3.2.1.4.  Note: AESI will perform the weld cleaning/stripe coating portion of 1.7.3.6  [20411]

**Nov 27, 2002**

Phase 2 Scope of Work [2-Wilson]

**Dec 2, 2002**

MHn: factori
costs to redu
$1,334,799 t
[20524]

**Oct 23, 2002**

MHn (given to BO to emailed to J. Wolfe):  "Note:  We paid Swalling roughly $800K for 15,500 sf = $51.60/sf;  Basic Pay Request  Total [to FDCC] for 'Pile Coating' was $747,600/15,500 sf = $48.23/sf [20417]
*{Meaning this is how much FDCC is likely to expect to be charged the second time, too!  $48.23/sf x 24,500 sf = $1,181,635  An opportunity for BEI to inflate its charges to FDCC}*

**Nov 26, 2002**

DSe:  (2:37 am) transmittal of coating spec. -- "minor changes throughout ... to get rid of extraneous information .. incorporate lessons learned ... suggest you look at 1.7.3.6 and 3.1.1." [20465]

**Dec 2, 2002**

MHe to JP: r
no. for coffe

**Oct 22, 2002**

JP to MH:  AESI Firm Cost Proposal "Revised" for Removal and Application of Coatings. [Signed] [20416 (signed)]

**Nov 26, 2002**

DS: PHASE II SPECIFICATIONS, 09967: [20466]

**Nov 27, 2002**

DSe: "Lessons learned"






for
argo

**Dec 2, 2002**

 MHn: factoring proposal costs to reduce price from $1,334,799 to $1,250,000 [20524]

**Dec 2, 2002**

MHe to JP: requesting CSI no. for coffer dams [20495]



**Dec 4, 2002**

MHc: BEI Phase II Cost Proposal. $1,413,020; MH notes showing $280,000 gross margin for BEI on Phase II.

**Dec 4, 2002**

MHc: Proposal for BEI including MH's excess margin notes

**Dec 11, 200**

Maggie
Negotia
for Phas

| Nov 30, 2002 | Dec 2, 2002 | Dec 3, 2002 | Dec 4, 2002 | Dec 5, 2002 | Dec 11, 2002 |



**Dec 11, 2002**

MaggieW: Pre/Post Negotiation Memorandum for Phase II -- [20730]

**Dec 12, 2002**

MaggieW: BEI Phase II Task Order: Bents 12-33 -- $1,413,020 [20728]

**Dec 18, 2002**

MHn: Cargo Wharf Phase II costs. Calculation of estimated Margin = $271,600 = 19.2% margin, assuming no indirect costs were priced as direct costs. [20530]

**Dec 18, 2002**

BEI/AES Subcontract



**Feb 18, 2003**

Phase II Pre-Job Conference Agenda [20533]



**Apr 25, 2003**

AndyBrown - Warranty Call for Phase 1 Coating Defects



**Apr 28, 2003**

JH Warranty Inspection Report

**May 6, 2003**

JHe to DS:  Dan, what do y
Sikaflex 1A to seal?  BEI w
caulk the rust streaking we
wants to take it on themsel
remainder of the Wharf.

DSe to LR:  Any thoughts?



LRe to DS:  Sikaflex is goo
initially.  Sealants are susc
damage.  Is it practical to s
SPC coating?  What is the
aesthetic, then a sealant w

DSe to JH:  Jerry see com
sealant would be better tha
with Lawrence that it proba
Could they seal the areas v
materials?  [COF 06706]

| Apr 25, 2003 | Apr 26, 2003 | Apr 28, 2003 | Apr 29, 2003 | May 6, 2003 |

**May 6, 2003**

JHe to DS:  Dan, what do you think about using Sikaflex 1A to seal?  BEI wants to go back and caulk the rust streaking welds in Phase I;  BEI also wants to take it on themselves to caulk the remainder of the Wharf.

DSe to LR:  Any thoughts?

 LRe to DS:  Sikaflex is good, if it adheres well initially.  Sealants are susceptible to impact damage.  Is it practical to seal the joints with the SPC coating?  What is the long-term goal?  If aesthetic, then a sealant will reduce streaking well.

DSe to JH:  Jerry see comments below.  I think the sealant would be better than nothing, but I agree with Lawrence that it probably will not last long. Could they seal the areas with the coating repair materials?  [COF 06706]



**Jun 4, 2003**

JH Revised Warranty Inspection Report

6, 2003      May 7, 2003      Jun 4, 2003      Jun 5, 2003