

# *MEMORANDUM*

| | | | |
|---|---|---|---|
| To | Scott Bonney | Date | 30 October 2001 |
| Company | USCG ISC Kodiak | Project | Cargo Wharf Maintenance Project |
| From | Jerry Hardenbergh | Location | USCG ISC Kodiak, AK |
| Subject | Surface Preparation prior to coating application. | Project No. | DTCG50-00-D-643XX0 |

On 10/04/01 Swalling Construction started abrasive blasting on the original wharf H-pile supports. During the surface preparation inspection, after abrasive blasting, a large number of surface defects became very apparent. The majority of these surface defects are almost impossible to see without removing the old coatings and corrosion build-up. Basically, there is a lot more surface preparation required, before coating application, than anyone had anticipated.

The surface defects being encountered include: weld spatter, poor weld workmanship, very rough weld profiles, weld undercutting, column splice run-off tabs and areas requiring seal welding. The following photos show typical surface defects:

After abrasive blasting, the coating contractor then begins repairing the surface defects by grinding, flame cutting, air-arc scarfing and seal welding. An amount of grinding is expected by any coating contractor, however the amount of poor welding and lack of consideration for corrosion engineering design has resulted in an enormous amount of surface preparation.



Coffman 05041

USCG Kodiak Cargo Wharf Maintenance Project
Surface Preparation prior to coating application
30 October 01

The following photos show surface preparation, which includes the grinding, cutting and seal welding mentioned earlier. Also shown is the "caulking" coating applied to weld areas and areas inside the H-pile web that are difficult to coat.



The coating contractor is having difficulties obtaining a holiday free coating system on the H-pile splice weld locations. The only areas that are not passing the holiday testing are the welded areas; splice plate locations in the upper elevations.

The contractor has tried numerous times to coat the holiday areas and has spent an excessive amount of time trying to obtain a holiday free coating. But do to the nature of this coating system, accessibility and surface conditions; it's going to be difficult to achieve a holiday free coating at the H-pile splice locations.

After many discussions about the surface preparation difficulties, Coffman Engineers has developed three options for the CG to choose from, considering that it is their structure and money involved.

**Option 1**; Includes additional manpower, equipment and time to spend on extensive surface preparation and stripe coating welds to achieve no coating holidays. Very expensive option, est. 500,000 to complete remainder of wharf.

**Option 2**; Includes additional manpower, equipment and little extra time for a moderate surface preparation to result in a minimal level of holidays to remain. This would require establishing an acceptance criterion. The coating contractor is formulating a cost for this option.

**Option 3**; Includes no additional manpower, equipment and no extra time for a minimal surface preparation, resulting in a larger number of holidays. This would also require establishing an acceptance criterion. No additional cost.

Coffman Engineers would recommend option 2 surface preparation to be used. For the basis of recommending this option, we considered the following:

1. Location of splice. Above splash zone (most corrosive area), and is covered from rain and snow limiting the amount of moisture in contact with this area. There would most likely be some rust streaking after a few years.

2. Corrosion rates. The current corrosion found in this area is not excessive. There is no heavy pitting and appears to have sustained minimal steel loss.

3. New coating system. The surface preparation and new coating system that is being applied is most likely the best surface preparation and coating that this structure has ever had applied. The new coating has been achieving 2000-psi adhesion strengths and has held at 3500 psi on a sample plate. This coating is very difficult to disbond.

4. Similar applications. Most bridge and dock coating systems are not 100% holiday free. Typically a holiday free coating is required for immersion and not for atmospheric application.

With option 2 selected, we believe the CG cargo wharf coating system will still realize a 25-year life.

Coffman 05043