Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL
SERVICES, INC., An Alaska
corporation,

    Plaintiff,

vs.

FORREST J. McKINLEY and "JANE
DOE" McKINLEY, et al.,

    Defendants.

---

Case No A03-0199 Civil (RRB)

DEPOSITION OF MICHAEL ANDERSON

Taken May 1, 2006
Commencing at 9:00 a.m.

Volume I - Pages 1 - 162, inclusive

Taken by the Defendant
at
LANE POWELL
301 W. Northern Lights Boulevard
Anchorage, AK 99503

Reported by: Susan J. Warnick, RPR

```
 1     A P P E A R A N C ES
 2    For Plaintiff:
 3              MARSTON, HEFFERNAN & FOREMAN
                BY:  Terry R. Marston, II
 4              Anderson Park Building
                16880 N.E. 79th Street
 5              Redmond, WA  98052-4424
 6
      For Defendant - Brechan:
 7
                PERKINS COIE
 8              BY:  Michael Kreger
                1029 West Third Avenue, Suite 300
 9              Anchorage, AK  99501
                (907) 279-8561
10
11    For Defendant - Coffman Engineers, Inc.:
12              LANE POWELL
                BY:  James Stoetzer
13              1420 5th Avenue, Suite 1400
                Seattle, WA  98101-2338
14              (206) 223-7000
15
      Present:   Tom Puett
16               Dan Stears
                 David Olson
17
      Reporter:  Susan J. Warnick, RPR
18
19    BE IT KNOWN that the aforementioned deposition was taken
20    at the time and place duly noted on the title page, before
21    Susan J. Warnick, Registered Professional Reporter and
22    Notary Public within and for the State of Alaska.
23
24
25
```

1                    P R O C E E D I N G S

2                    MICHAEL ANDERSON,

3  called as a witness herein, being first duly sworn to

4  state the truth, the whole truth and nothing but the truth

5  by the Notary, testified under oath as follows:

6                      EXAMINATION

7  BY MR. STOETZER:

8    Q   My name is Jim Stoetzer.  I'm with Lane Powell, and I

9  represent Coffman Engineers in this litigation.  Can I

10 call you Mike?

11   A   Sure.

12   Q   Mike, have you ever had your deposition taken before?

13   A   Yes.

14   Q   Could you first give me your full name and your

15 business address?

16   A   Michael Anderson, 235 F Street, Anchorage, Alaska

17 99501.

18   Q   And a business contact telephone number, please?

19   A   907-272-3461.

20   Q   And by whom are you currently employed?

21   A   Swalling Construction.

22   Q   What is your present title?

23   A   Project manager, coatings division.

24   Q   And you mentioned a second ago that you have had your

25 deposition taken previously?

1    any work beyond bents 1 through 5 of the existing before
2    you shut down?
3    A    Well, I know we had scaffolding and containment
4    erected past bent 5, and we might have had some blasting
5    done, but I believe that we just had done -- that we had
6    completed coatings through bent 5.
7    Q    Can you recall now whether or not the same conditions
8    that you encountered in bents 1 through 5 of the existing
9    wharf, which is H pile construction, extended further down
10   from 6 to conclusion, whatever that is?
11   A    Yes.  It continued.
12   Q    And do you recall if you worked on those subsequent
13   bents the following season or wrapped up in the fall?
14   A    Following bent -- you mean, bents 6 through where we
15   completed?
16   Q    Right.
17   A    We started in the spring and finished that spring or
18   early summer.
19   Q    In connection with the problems that you encountered
20   in the fall of 2001 respecting the area that you have
21   identified as bents 1 through 5 of the existing, were
22   there discussions about changing the methodology of
23   blasting, prepping, or coating?
24   A    Yes, there were.
25   Q    Were you involved personally in discussions on that

Case 3:03-cv-00199-RRB   Document 256-2   Filed 08/19/2006   Page 5 of 13
Case No. A03-0199 Civil (RRB)      Anderson, Michael - Vol. 1

Page 70

1  welding.
2  Q    And was that a rare occurrence or common occurrence?
3  A    Rare --
4         MR. MARSTON:  Objection --
5  BY MR. STOETZER:
6  Q    Was your agreement with Brechan that Swalling forces
7  would actually do such wedding, as opposed to Brechan or
8  someone else?
9  A    The second year, if I recall, Brechan was going to
10 supply us a welder, but failed to do so.  So we ended up
11 doing the welding in-house.
12 Q    And how many welds do you believe you had to
13 accomplish?
14 A    Very few.  I would say probably, at the very most, 10
15 lineal feet.
16 Q    Would you consider that consequential,
17 inconsequential; can you give me an area of magnitude?
18 A    Well, every foot is consequential, but in the scheme
19 of things, it was a minute amount.
20 Q    From personal observation, do you recall any
21 different between the quality of the welding -- strike
22 that.
23        From your personal observations, do you recall
24 that the welding in bents 6 through 12 was better than
25 what you had previously observed and described on bents 1

Case 3:03-cv-00199-RRB   Document 256-2   Filed 08/19/2006   Page 6 of 13
Case No. A03-0199 Civil (RRB)           Anderson, Michael - Vol. 1

Page 71

1  through 5?
2          MR. MARSTON:  Just a moment.  Sue, could read
3  that question back again, please?
4          (Requested record read.)
5          MR. MARSTON:  Thank you.  Objection, assumes
6  facts not in evidence, that the welds were better.
7          THE WITNESS:  The welds, as I stated before,
8  some of them were better, but the majority of them were
9  still bad.  Just like I stated before, it appeared that
10 they had people on the job that knew how to weld, but
11 other people that weren't so proficient at it.  So there
12 might be a pile or two piles in a bent that were better,
13 still having problems, but better welds, but the majority
14 of them were still in bad shape.  In fact, it was kind of
15 an ongoing joke on the site that, oh, they put their good
16 welder on this pile.  Or a blaster would come up, oh,
17 yeah, I got the good welder this time.  Because it was
18 random.  It wasn't the same row of piles, but on every
19 bent there was some good welds and there was a lot of bad
20 welds.
21 BY MR. STOETZER:
22 Q    But with the relaxed specification, I understand that
23 your work proceeded more quickly in bents, say, 6 through
24 12 than 1 through 5 because, for example, you didn't have
25 to seal weld defective welds that described seal welding,

1  BY MR. STOETZER:
2  Q    Could you please characterize the differential for us
3  to satisfied Mr. Marston's concern?
4  A    There was -- doing the caulking on the project took a
5  lot less time than doing all the welding.  I guess that's
6  the easiest way I can say it.
7  Q    Would this be consistent with the earlier exhibit in
8  which you had estimated that it would be four time faster
9  to do the caulking as opposed to the welding?
10 A    Yes, but you have to take into consideration that
11 this lineal foot of welding was all the welds, and we're
12 not saying that all weld was completely bad.
13 Q    Right.
14 A    But all the welds, when we sprayed them, all had
15 pinholes or the material gassed out, which left a pinhole
16 in the weld.  On the 40 feet of welding that we had to do,
17 that was actually lineal feet actual welding that we had
18 to do to fix the problems that we had.
19         Now, this 341 lineal feet of welding is every
20 inch of weld for the whole cell, so that doesn't mean we
21 had to do 341 lineal feet of welding.  That's how much
22 weld was sprayed, and all the welding that we did all
23 pinholed -- er -- all the welding that was on the job
24 site, whether it looked good or not, after we blasted it,
25 if it had even a little hole in it to where salt water

Case 3:03-cv-00199-RRB   Document 256-2   Filed 08/19/2006   Page 8 of 13
Case No. A03-0199 Civil (RRB)     Anderson, Michael - Vol. 1

Page 82

1  could get into it or any water, it would pinhole. So on
2  any given weld, if there was a foot of weld, we'd have,
3  you know, usually a pinhole of two inches. I mean, there
4  would be, even if it looked like a good weld, it would
5  still pinhole.
6            So the amount of welding that we actually had to
7  redo versus the stuff that we had to just respray or patch
8  after we painted it was different.
9            Does that make sense?
10 Q   Well, the upshot is that the relaxed specification
11 made your job easier?
12 A   Correct.
13           MR. MARSTON: Objection, asked and answered,
14 argumentative.
15           MR. STOETZER: Anything else, Mr. Marston?
16           MR. MARSTON: I'll let you know if there is.
17 I'm just doing my job. I don't know why you're implying
18 that there is anything improper about it.
19           MR. STOETZER: Well, we're just trying to get
20 through the deposition, and I think sometime needless
21 objections slow things down.
22           MR. MARSTON: Well, I tell you what, my client
23 is not prepared to rely on your judgment as to when an
24 objection is needless or not, nor am I. So comments like
25 yours, in fact, slow the process down, not mine.

Case 3:03-cv-00199-RRB   Document 256-2   Filed 08/19/2006   Page 9 of 13
Case No. A03-0199 Civil (RRB)         Anderson, Michael - Vol. 1

Page 88

1   MR. STOETZER: I'm going to hand you a letter
2   dated the 10th of 2002 [sic], which maybe partially
3   responsive to your last response. This is SCC bunch of
4   zeros 45. And it's entitled "Additional H Prep and
5   Coating Costs".
6       (Exhibit 14 marked.)
7   BY MR. STOETZER:
8   Q   Okay. You see the language, quote, "We will provide
9   you with a proposal for bents 16 through 33 when the scope
10  of work is adequately defined."
11  A   Uh-huh.
12  Q   So fair to say that at least as of January 10, 2002,
13  you contemplated making a proposal for concluding the
14  balance of the existing wharf, that being bent 16 through
15  33?
16  A   Correct.
17  Q   Did you personally work on a proposal for essentially
18  Phase 2 of the coatings project for the Kodiak wharf?
19  A   Yes.
20  Q   Do you remember the dollar amount of your proposal?
21  A   No, I don't.
22      MR. STOETZER: Off record for a second.
23      (Off record.)
24      (Exhibit 15 marked.)
25  BY MR. STOETZER:

Case 3:03-cv-00199-RRB   Document 256-2   Filed 08/19/2006   Page 10 of 13
Case No. A03-0199 Civil (RRB)      Anderson, Michael - Vol. 1

Page 114

1  contract amount by cost per square foot and backed out the
2  mob costs. And then we deleted, it looks like, about,
3  what, 2700 square feet or -- no, 4700 square feet. So
4  they probably just times that by square footage amount and
5  came up with the $145,000.
6  BY MR. KREGER:
7  Q    What were some of the -- strike that.
8       Did the tides make this job challenging?
9  A    Oh, yeah. Very challenging, especially with all that
10 extra work. It was a push to get everything blasted and
11 coated in a tide. And then, when you threw in extra
12 welding, extra prep work, extra grinding, it made it so it
13 would take you two or three tides to get the same amount
14 of work done.
15 Q    Did the relaxed specification affect that?
16 A    Yes.
17 Q    You testified that there was some gassing out of
18 material and that there were some pinholes in some of the
19 welds. I wanted to follow up on that a little bit and ask
20 you some questions about that.
21 A    Okay.
22 Q    Was that gassing out -- was that from the initial
23 coat of material that was applied to the welds?
24 A    Any time you have a pinhole, porous metal, as long --
25 if it's not flat, if there's any way that any kind of

Case 3:03-cv-00199-RRB   Document 256-2   Filed 08/19/2006   Page 11 of 13
Case No. A03-0199 Civil (RRB)        Anderson, Michael - Vol. 1

Page 115

1   water or moisture can get in the hole, a crevice, back of
2   a plate or anything like that, and you got moisture
3   sitting there condensating or even humidity, the hybrid
4   polyurea that we use is super moisture sensitive. You're
5   putting it on at 150 degrees, 140 degrees; you're putting
6   it on hot. It vaporizes the moisture and it comes out in
7   a gas. And that's what makes the -- in this case. And
8   other things make pinholes, but in our case that's what
9   made pinholes.
10  Q   And how did you solve that problem?
11  A   We eventually ended up caulking them, welded them up.
12  There was still -- there were several areas, even on the
13  flat areas. If there was heavy pack rust on the face of a
14  beam that, after you got done blasting, was really porous,
15  that would pinhole, too. But there was nothing we could
16  do about that. That was expected.
17  Q   Are you familiar with a process called stripe
18  coating?
19  A   Yes.
20  Q   Did you do any stripe coating?
21  A   No, we couldn't.
22  Q   And why couldn't you?
23  A   Because stripe coating is taking a paint brush and
24  applying the coating, or a roller, or applying the coating
25  by brush, working it into the crevices. The coating that

Case 3:03-cv-00199-RRB   Document 256-2   Filed 08/19/2006   Page 12 of 13
Case No. A03-0199 Civil (RRB)          Anderson, Michael - Vol. 1

Page 116

1  was used was a plural component, mixed at the nozzle.  And
2  it sets up in 10 to 15 seconds and you can't brush it out.
3  It's set within 10 to 15 seconds of applying it.
4  Q    Did your specification even speak to whether you
5  could stripe coat or not?
6  A    I'm not sure, but it was a moot point because it
7  wasn't -- you couldn't do it.
8  Q    Did you attempt to do it?
9  A    Couldn't do it.  And that's because the method of
10 shooting the paint out from the nozzle didn't allow you to
11 actually have a separate can that you would dip a brush
12 into and pick up some product and spread it on with a
13 brush.
14      There was another product called a patch kit
15 that we used for patching -- for patching, but it was the
16 same way.  It would set up in 30 seconds.  You had to use
17 it real quick, too.  So it just didn't allow you to -- and
18 even that would gas.  I mean, it set up fast enough too
19 and it would gas.  But that's what we used to do all of
20 our patch work with, for fixing the pinholes or the
21 holidays after the fact.
22 Q    What caulking material did you use?
23 A    I don't recall.  I know that we used -- it was a SP
24 product -- SPC product.
25 Q    When you were describing the quality of the welds,

Case 3:03-cv-00199-RRB   Document 256-2   Filed 08/19/2006   Page 13 of 13
Case No. A03-0199 Civil (RRB)        Anderson, Michael - Vol. 1

Page 117

1  you referred them to them as, among other things, being
2  porous; do you remember that?
3  A    Yes.
4  Q    Now, is that porousness due to the workmanship?  Is
5  that what you were describing?
6  A    I'm not a welder.  I don't know if it's workmanship
7  or not enough temperature.  I don't know what causes that.
8  Q    But you're not referring to that as a rust-created
9  condition?
10 A    No.
11 Q    You described some difficulty in seal welding around
12 splice plates.  Was it easier to caulk those splice plates
13 than it was to seal weld them?
14 A    It was difficult to do both.  Easier to caulk it than
15 it was to weld it.
16 Q    Do you have Exhibit 15 there, Mike?  I think it's the
17 February 12th, 2002 letter.
18 A    Yes.
19 Q    Oh, no.  That's 18.  Yeah, I think that's the one.
20      This is a letter Mr. Romine wrote?
21 A    Correct.
22 Q    Did you assist him in the preparation of this?
23 A    Yes.
24 Q    Let's start with the last page here, if I may.  The
25 quote for Phase 2.