Terry R. Marston, *pro hac vice,* terry@mhf-law.com
Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
Jesse P. Elison, *pro hac vice,* jessee@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants. | Case No.: A03-0199CV (RRB)<br><br>**ORDER DENYING BRECHAN'S MOTION FOR SUMMARY JUDGMENT-NONDISCLOSURE**<br><br>**[PROPOSED]** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | |

ORDER DENYING BRECHAN'S MOTION FOR SUMMARY JUDGMENT-NONDISCLOSURE
Case No. A03-0199CV (RRB)-- 1

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) ) ) ) |
| 2 | |
| 3 | |
| 4 | Plaintiff, ) ) vs. ) |
| 5 | ) |
| 6 | SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. ) ) ) |
| 7 | Defendants. ) ) |
| 8 | _____ |
| 9 | BRECHAN ENTERPRISES, INC., an Alaska corporation, ) ) ) |
| 10 | Counterclaim Plaintiff, ) ) vs. ) |
| 11 | ) |
| 12 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) ) ) |
| 13 | Counterclaim Defendant. ) |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska corporation, ) ) |
| 15 | ) Third-Party Plaintiff, ) |
| 16 | vs. ) |
| 17 | COFFMAN ENGINEERS, INC, a Washington Corporation. ) ) ) |
| 18 | ) Third-Party Defendant. ) |
| 19 | _____) |
| 20 | ABSOLUTE ENVIRONMENTAL SERVICES) INC., an Alaska Corporation, ) |
| 21 | ) Plaintiff/Cross-claimant, ) vs. ) |
| 22 | ) |
| 23 | COFFMAN ENGINEERS, INC, a Washington Corporation. ) ) ) |
| 24 | Third-Party Defendant. ) ) |
| 25 | |
| 26 | |

ORDER DENYING BRECHAN'S MOTION FOR SUMMARY JUDGMENT-NONDISCLOSURE
Case No. A03-0199CV (RRB)-- 2

THIS MATTER came before the Court on Brechan's Motion for Summary Judgment - Nondisclosure. Having entertained the memoranda, exhibits and declarations supporting and in opposition to the motion, the Court ORDERS that Brechan's motion is DENIED.

Dated this _____ day of _____, 2006.

_____
The Honorable Ralph R. Beistline
United States District Court Judge