UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL   v.   FORREST J. McKINLEY, et al.

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                         CASE NO.  3:03-CV-00199-RRB

John W. Erickson, Jr.                    DATE: August 21, 2006

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS
REGARDING MOTION TO COMPEL AT DOCKET NO. 209**

---

Inasmuch as it appears as though the parties have resolved the instant matter, Coffman Engineers, Inc.'s Motion to Compel Discovery from Defendant/Third-Party Plaintiffs Forrest J. McKinley and EMERCO, Inc., a California Corp. d/b/a Imperial Industrial Coatings, at Docket 209, is hereby **DENIED** as moot.