# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1301**

TO: B.C.Y. ROPE
800-469-5919
BARRY  BCY ROPE
Ken

DATE: 3-10-3
REQUISITION NO.: JOB 130

SHIP TO: 1186 Center H St
Riverside, CA.
92507

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 3 Rolls | | 500' 3/8 Galv. Wire Rope | .30 | 450 00 |
| 100 | | Fist Grip Clamps | 5.50 | 550 00 |
| | | 14,400 =S1 Safety | | |
| | | 2,880 Working Load | | |
| | | they Deliver | | |
| 40 | | 5/8" G-209 Shackles | | 431 06 |
| Toms IIC C.C. | | CREDIT CARD | | |
| | | | | 1077 50 |

EXH. 1

IIC-000136

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

NEBS To Reorder: 800-225-6380 or nebs.com

AUTHORIZED BY
210109

# PURCHASE ORDER

IMPERIAL SECURITY & INVESTIGATIONS
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1302**

TO: Misc. Stock - Uniforms Hats

DATE: 3-1-03
REQUISITION NO.: 730
SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | | UNIT PRICE | TOTAL | |
|---|---|---|---|---|---|---|
| 5 | XL | Short Sl - Pocket | Blue | | | |
| 20 | XL | Long Sl - No Pocket | Blue | | | |
| 5 | XXL | Short Sl - Pocket | Blue | | | |
| 7 | XL | Short Sl - Golf | | | | |
| 1 | L | Short Sl - Golf | | | | |
| 5 | XL | Short Sl - Golf | | | | |
| 2 | L | Short Sl - Golf | | | | |
| 3 | sz 48 | Coveralls | Blue | | → | ↓ |
| 3 | sz 50 | Coveralls | Blue | | → | |
| 3 | sz 52 | Coveralls | Blue | | 252 | 74 |
| 24 | 1 size | Hats | Blue | | 179 | 25 |
| 3 | 1 size | Hats | Black | | 22 | 41 |
| 24 | 1 size | Hats | Blue | | 179 | 25 |
| | | | total | | 386 | 32 |

EXH. 1

IIC-000137

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

NEBS To Reorder: 800-225-6380 or nebs.com

AUTHORIZED BY

22 9109

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21873 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

# PURCHASE ORDER

No. **1305**

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

TO: ORCO
824 1244

DATE: 3-11-2003   REQUISITION NO.: 130

SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | 1 | WHEEL BARROW | 49 99 | 49 99 |
| | 100 | SAND BAGES | .27 | 27 80 |
| | 10 | 6 MILL 20-100 | 46 35 | 463 50 |
| | ~~100~~ | ~~AIRLINE 50 LENTH~~ | | |
| | 1 | STAPLE GUN | 34 66 | 34 66 |
| | 6 | BOX STAPLES | 2 71 | 16 27 |
| | 40 | CASE TIE WIRE | 3 26 | 130 56 |
| | ~~2~~ | ~~DRUM WRENCH~~ | | |
| | 20 | 6" 24 TOOTH SAWZALL BLADE | | 58 46 |
| | 30 | 6" 32   "      " | 12 27 | 49 10 |
| | 20 | 6 BI-METAL BLADES | 12 27 | 49 10 |
| | 20 | 8 LONG BI METAL BLADE | 15 52 | 62 09 |
| | 1 | SAWZALL VARABLE SPEED | 121 06 | 121 06 |
| | ~~25~~ | ~~3/4 NUTS~~ | | |

$5-03
-1623
$940.14
#CCK

MAT.   1062 59
TAX    82 35

1144 94

EXH. 1

HC-000138

AUTHORIZED BY: 23-1109-1305

IMPERIAL INDUSTRIAL COATINGS  Document 260   Filed 08/21/200  Page 4 of 5

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

**PURCHASE ORDER**

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.   1306

TO: ABC
840-201-0022

DATE: 3-11-03
REQUISITION NO: JOB 1801

SHIP TO: UPS NEXT DAY
1186 CENTER ST.
RIV. CA 92507

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 1 CASES | | Sika 1A Caulk | | | |
| | | Sonneborn NP-1 | | | |
| | 30 tubes | 1 Pat Vittone | 79.50 | 2.65 | 79 50 |
| Pd 5-5-03 | | | TAX | | 6 16 |
| # 1626 | | | | | |
| # 9291 | | | TOTAL | | 85 66 |

EXH. 1  240/109

IIC-000139

1. Please send ____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

To Reorder: 800-225-6380 or nebs.com

AUTHORIZED BY

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

## PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1310**

TO: RSC RENTAL
276-9000

DATE: 3-12-2003
REQUISITION NO: 130

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | 1000' | 3/4 AIR LINE CHICAGO | 36 00 | 720 00 |
| | 5 | 3 W COUPLING ☆ | 7 79 | 38 95 |
| | 47 | 4.5 GRIND DISC | 1 99 | 93 53 |
| | 58 | 4.5 GRIND DISC | 1 59 | 92 22 |
| | | MAT | | 944 70 |
| | | TAX | | 73 21 |
| | | TOTAL | | 1017 91 |

Pd 5-5-03
# 1615
$1,954.72
IIC-CK

EXH. 1  75 of 109

IIC-000140

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.