**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

# PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1301**

TO: B.C.Y. ROPE
800-669-5919
BARRY BCY ROPE
(Ken)

DATE: 3-10-3
REQUISITION NO.: JOB 130

SHIP TO: 1186 Center ST StA
Riverside, CA.
92507

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 3 Rolls | | 500' 3/8 Galv. Wire Rope | .30 | 450 00 |
| 100 | | Fist Grip Clamps | 5.50 | 550 00 |
| | | 14,400 =B1 Safety | | |
| | | 2,880 Working Load | | |
| | | they deliver | | |
| 40 | | 5/8" G-209 Shackles | | 431 06 |

Toms IIC
C.C. CREDIT CARD

1077 50

EXH. 1

**IIC-000136**

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

NEBS To Reorder: 800-225-6380 or nebs.com

AUTHORIZED BY
210109

IMPERIAL SHEAR METAL WORKINGS
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

**PURCHASE ORDER**

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1302**

TO: Misc. Stock-Uniforms Hats

DATE: 3-11-03
REQUISITION NO.: 730
SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 5 | XL | Short Sl - Pocket Blue | | |
| 20 | XL | Long Sl - No Pocket Blue | | |
| 5 | XXL | Short Sl - Pocket Blue | | |
| 7 | XL | Short Sl - Golf | | |
| 1 | L | Short Sl - Golf | | |
| 5 | XL | Short Sl - Golf | | |
| 2 | L | Short Sl - Golf | | |
| 3 | sz 48 | Coveralls Blue | → | ↓ |
| 3 | sz 50 | Coveralls Blue | → | |
| 3 | sz 52 | Coveralls Blue | | 252 74 |
| 24 | 1 size | Hats Blue | | 179 25 |
| 3 | 1 size | Hats Black | | 22 41 |
| 24 | 1 size | Hats Blue | | 179 25 |
| | | total | | 386 32 |

EXH. 1

IIC-000137

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

NEBS To Reorder: 800-225-6380 or nebs.com

AUTHORIZED BY

22 1109

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21873 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

# PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**No. 1305**

TO: ORCO
    824 1284

DATE: 3-11-2003    REQUISITION NO.: 130

SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | 1 | WHEEL BARROW | 49 99 | 49 99 |
| | 100 | SAND BAGES | .27 | 27 80 |
| | 10 | 6 MILL 20-100 | 46 35 | 463 50 |
| | ~~100~~ | ~~AIRLINE 50 LENTH~~ | | |
| | 1 | STAPLE GUN | 34 66 | 34 66 |
| | 8 | BOX STAPLES | 2 71 | 16 27 |
| | 40 | CASE TIEWIRE | 3 26 | 130 56 |
| | ~~2~~ | ~~DRUM WRENCH~~ | | |
| | 20 | 6" 24 TOOTH SAWZALL BLADE | | 58 46 |
| | 30 | 6" 32 " " | 12 27 | 49 10 |
| | 20 | 6 BI-METAL BLADES | 12 27 | 49 10 |
| | 20 | 8" LONG BI METAL BLADE | 15 52 | 62 09 |
| | 1 | SAWZALL VARABLE SPEED | 121 06 | 121 06 |
| | ~~25~~ | ~~3/4 NUTS~~ | | |

$5-03
-1623
$940.14
#CCK

EXH. 1

MAT: 1062 59
TAX: 82 35
       1144 94

HC-000138

AUTHORIZED BY: 23-1109-1305

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.   **1306**

TO: ABC
840-201-0022

DATE: 3-11-03
REQUISITION NO.: JOB 1801

SHIP TO: UPS NEXT DAY
1186 CENTER ST.
RIV, CA 92507

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 1 CASES | | SIKA 1A CAULK | | | |
| | | Sonneborn NP-1 | | | |
| | 30 tubes | 1 Pail Urethane | 79.50 | 2.65 | 79 50 |
| Pd 5-5-03 | | | TAX | | 6 16 |
| #16026 | | | | | |
| #9291 | | | TOTAL | | 85 66 |

EXH. 1  24-09-09

IIC-000139

1. Please send ____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284  Fax (909) 779-2997

**PURCHASE ORDER**

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1310**

TO: RSC RENTAL
276 9000

DATE: 3-12-2003
REQUISITION NO.: 130

SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | 1000' | 3/4 AIR LINE CHICAGO | 36 00 | 720 00 |
| | 5 | 3 W COUPLING ☆ | 7 79 | 38 95 |
| | 47 | 4.5 GRIND DISC | 1 99 | 93 53 |
| | 58 | 4.5 GRIND DISC | 1 59 | 92 22 |
| | | MAT | | 944 70 |
| | | TAX | | 73 21 |
| | | TOTAL | | 1017 91 |

Pd 5-5-03
# 1615
$1,954 72
IIC-CK

EXH. 1  25-1/09     IIC-000140

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY