**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

# PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1314**

TO: ICI

DATE: 3-11-03
REQUISITION NO.: JOB-130
SHIP TO:

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS | |
|---|---|---|---|---|---|
| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | | UNIT PRICE | TOTAL |
| 18 Box | 10LBS Rec | RAGS 18 x 10# 287.92 | 18 BOXES | 15 99 | 287 82 |
| 20 | | Strainer Bags | | 95 | |
| 10 | | 5 gal pails | | 2 39 | 23 90 |
| 10 | | 2 gal pails | | 1 95 | 19 50 |
| 1 Sleeve | | 60 Grit Paper | | 45 | 27 50 |
| 1 Sleeve | | 80 Grit Paper | | 39 | 55 00 |
| | | | MAT | | 408 72 |
| | | | TAX | | 31 68 |
| Pd 5-6-03 | | | | | |
| # 1634 | | | TOTAL | | 440 40 |
| > $536 53 | | | | | |
| IIC CK | | | | | |

EXH. 1



IIC-000141

1. Please send ___ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

To Reorder: 800-225-6380 or nebs.com

AUTHORIZED BY

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21513 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

# PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1315**

TO: KENS TOOL

DATE: 3-12-2003
REQUISITION NO.: 130
SHIP TO:

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS | |
|---|---|---|---|---|---|

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL | |
|---|---|---|---|---|---|
| Imp Elec Credit Acct. | 1 | 4½ MILWAKE RECONDITION 6153-80 | 99 | 99 | 99 99 |
| | 6 | NEW 4½ MILWAUKIE ~~6148-80~~ | 105 24 | 631 44 | |
| | 2 | 6153-20  1 YR WARANTY | 118 09 | 236 18 | |
| | 5 | 49-05-0051 FLANG NUT 4½ MILWAUKIE 5/8 -11 SPINDLE 1/4 THICK BLADE | 3 40 | 17 00 | |
| | 50 | BLADES 4½ × 1/4 × 7/8 58 THRED | 2 40 | 120 00 | |
| Pd 5-6-03 $ 1214 46 # 1637 IICk | | TOTAL TAX | | 1,104 61 85 61 $ 1190 22 | |

EXH. 1  27 of 109

IIC-000142

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

To Reorder: 800-225-6380 or nebs.com

| | | | | | |
|---|---|---|---|---|---|
| **IMPERIAL INDUSTRIAL COATINGS** STATE LIC. 784961 21813 PICO ST. #D GRAND TERRACE, CA 92313 (909) 783-1284  Fax (909) 779-2997 | | | | **PURCHASE ORDER** 1316 | |
| TO  HOSE MAN 514 0516 | | | Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages. DATE 3-12-2003   REQUISITION NO. 130 SHIP TO | | |

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS | |
|---|---|---|---|---|---|
| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | | UNIT PRICE | TOTAL |
| Imp. Elec. Acct. | 1 | 3/8 & 5/8 CENTER PUNCH TOOL 5038 | | | 37 52 |
| | 20 | CP55 CENTER PUNCH CLAMP | | 1 15 | 23 16 |
| 100' | | 3/4 50' RED WATER HOSE | | 43 50 | 89 00 |
| 100 | | 3450 BLK WATER HOSE | | 43 50 | 86 60 |
| | | | MAT | | 216 28 |
| | | | TAX | | 16 76 |
| Pd 5-5-03 $ 1616 $ 259 30 IIC CK | | | TOTAL | | 233 04 |

EXH. 1  28d109

IIC-000143

Please send _____ copies of your invoice.
Order is to be entered in accordance with prices, delivery and specifications shown above.
Notify us immediately if you are unable to ship as specified.
NEBS To Reorder 800-225-6380 or nebs.com
AUTHORIZED BY

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284  Fax (909) 779-2997

**1324**

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

TO: Deweys-Cook Inlet Inc.
Boats
907-344-5092

DATE: 2-?-03    REQUISITION NO. 730

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| al. for | 1 | LUND 1648B 02  16" Long 71" GNBJ2055J102  48" Floor | | 1,895.00 |
| BofA IIC C.C. | 1 | Yamaha F25MLHB 03  SN# 1001563 | | 3,095.00 |
| | 1 | LUND  17' Long 75 Beam  54" Floor  SN GMBJ2253K102 | | 2,795.00 |
| > | 2 | Reg Boat w/ State of Alaska | 50.00 | 100.00 |
| | 2 | legal Fuel Tanks | 24.95 | 49.90 |
| | 2 | Gaff Hook #742126 (to 8 ft) | 23.95 | 47.90 |
| | 4 | 79923 Paddles 5 ft | 17.95 | 71.80 |
| | 2 | Fuel Fitting # 4010YMC | 10.95 | 21.90 |
| | | TOTAL | | 8,076.50 |
| | | NO TAX + DISC | | 500.— |
| EXH. 1 | | 29-1109 BOFA IIC | | 7,576.50 |

Please send ___ copies of your invoice.
Order is to be entered in accordance with prices, delivery and specifications shown above.
Notify us immediately if you are unable to ship as specified

IIC-000144

# IMPERIAL INDUSTRIAL COATINGS
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

**PURCHASE ORDER**

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1330**

TO: Smith Paint
Chuck
562-595-4061

DATE: 3-21-03
REQUISITION NO: Job No. 130
SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 5 | 100' | 5/16" air line Female Ends | 57.25 | 286.25 |
|  |  | WITH ENDS    71-0208 |  |  |
| 12 |  | 1/4 x 1/4 Nipple | 2.35 | 28.20 |
| 12 |  | Female ends | 3.20 | 38.40 |
|  |  | No Charge Delivery Tues. |  |  |
|  |  | MAT | | 352.85 |
|  |  | TAX | | 29.11 |
|  |  | TOTAL | | 381.96 |

Pd 5-5-03
> #1627
$702.95

EXH. 1    30    1/09

IIC-000145

1. Please send ___ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY