**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

**PURCHASE ORDER**

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1334**

TO: Labor Containers

DATE: 3-21-03
REQUISITION NO.: 130
SHIP TO: Cargo Warf

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 2-12-03 | Jim | 1st Container Refer to P.O. 1251 - Office | | 500.00 |
| | Jim | 2nd Container 20' Paint | | 600.00 |
| | Jim | 3rd Container - Storage Shelfing | | 400.00 |
| | | EXH. 1   31 of 109 | | 1500.00 |

IIC-000146

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

# PURCHASE ORDER

RIALTO INDUSTRIAL COATINGS
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

TO: REN'S TOOL

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

1336

DATE: 3-22-03
REQUISITION NO: 130

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| REN'S TOOL | 1 | 4.5 GRINDER  5/6/03 | 99 99 | 99 99 |
| WILL CO | 1 | 3/8 X 38 BIT #1637 | 9 00 | 9 00 |
| ANCO | 1 | 7 1/4 SAW  $1214.46 | 169 99 | 169 99 |
|  | 2 | 7 1/4 BLADES  CK | 9 99 | 19 98 |
|  | 1 | 10 1/2 SAW | 419 95 | 419 95 |
|  | 2 | 30' TAPES | 12 38 | 24 77 |
|  | 50 | 3/4 X 16 ANCHOR BOLT | 80 | 40 15 |
|  | 100 | 3/8 WASHERS | 13 | 13 50 |
|  | 2 | 100' CORDS | 29 30 | 58 61 |
|  | 2 | MALE ADAPTOR | 4 79 | 9 59 |
|  | 2 | FEMALE ADAPTOR | 4 79 | 9 59 |
|  | 2 | TWIST LOCK | 19 97 | 39 94 |
|  |  | MAT |  | 915 06 |
|  |  | TAX |  | 70 91 |
|  |  | TOTAL |  | 985 98 |

EXH. 1
32-9109

IIC-000147


**IMPERIAL INDUSTRIAL COATINGS**
STATE C. 784951
21813 PICO ST #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

# PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1341**

| TO | DATE | REQUISITION NO. |
|---|---|---|
| SWIFT TRANSPORTATION  1 800 800 2200  JIM JENNINGS EXT 4350 | 3 23 03 | 130 |
| | SHIP TO | |

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| > INV | | | | 1,572.12 |
| 5213081 | 1 | OFFICE 40' 7114902  PD CHK 1901 11-14-03 | | 1572 12 |
| 5293434 | 1 | MATERIAL 40' 7148585 | | 1572 12 |
| 5293936 | 1 | MATERIAL 40' 412046 | | 1572 12 |
| 5293935 | 1 | FLAT RACK 40' FOR EQUIP'M | | 1572 12 |
| | | COMP 20' AIR DRYER 15' | | |
| | | FUEL BAREL 50W 60H 73L | | |
| | | TOTAL | $ | 6288 48 |
| | | TAX | | — |
| | | 2 TRK WITH TEAM DRIVERS | | |

EXH. 1    33 of 109

IIC-000148

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

To Reorder: 800-225-6380 or nebs.com

AUTHORIZED BY

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21815 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

**PURCHASE ORDER**

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1354**

TO: Misc-Labor

DATE: 3-27-03    REQUISITION NO: #130
SHIP TO: Cargo Way Containers

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 3-16-03 | 48 Hrs | Steve #7221 Macs ✓ Book | 10 67 | 512 16 |
| 3-16-03 | 47½ Hrs | Kyle #7222 Macs ✓ Book | 15 00 | 712 50 |
| 3-16-03 | 43 Hrs | Dave D. #7223 Macs ✓ Book | 10 00 | 430 00 |
| 3-16-03 |  | Richard |  |  |
| 3-23-03 | 8 Hrs | Steve #7235 Macs ✓ BK | 10 61 | 85 00 |
| 3-23-03 | 3½ Hrs | Kyle #7236 Macs ✓ BK | 15 00 | 52 50 |
| 3-23-03 | 9½ Hrs | Dave D #7237 Macs ✓ BK | 10 00 | 95 00 |
| 3-23-03 | 8 | Richard No Pay |  |  |
|  |  |  |  | 1887 16 |

EXH. 1   34 of 109

IIC-000149

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

**1357**

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

TO: Business Insurance
1503 W. 32nd Ave
Anchorage, AK 99503
907-274-4142 - Colleen
907-274-8721 Fax

DATE: 3-28-03
REQUISITION NO.: 130
SHIP TO: Cargo Wharf

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL | |
|---|---|---|---|---|---|
| | | Business liability Insurance — 1,000,000°° Gross receipts | | 10,618 | 00 |
| | | Finance charge | | 355 | 70 |
| | | Total price | | 10,973 | 70 |
| | | 1) endorsement - container | | 803 | 00 |
| | | 2) endorsement - Equipment | | 982 | 00 |
| | | Deposit - paid 3-28-03  1569 ck | | 2804 | 50 |
| > | | 8 payments | | 1,021 | 15 |
| #1 payment 12 4-23-03 √ # 1604 IIC-ck | | | | " | " |
| | | total | | 12,758 | 70 |

EXH. 1  35 of 109

IIC-000150

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

To Reorder: 800-225-6380 or nebs.com