# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313
(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1358**

TO: Business Insurance
1503 W. 32nd Ave
Anchorage, AK 99503
907-274-4142 - Colleen
907-274-8721 - Fax

DATE: 3-28-03
REQUISITION NO.: 130
SHIP TO: Cargo wharf

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | Workers Comp Insurance | | |
| | | Total est annual premium for 100,000 payroll | | 21,758 00 |
| | | fee's + adjustments | | 900 00 |
| | | Deposit on credit card citi Bank 3-20-03 | | 6,527 00 |
| | | Billed quarterly | | 5,077 00 |
| | | Billed 7 monthly payments | | 2305 00 |

Pd 5-5-03 #1628 ($4,611⁰⁰) Pay 2 months
  TICK
Pd 6-3-03 #1662 $2304⁰⁰

EXH. 1    36 of 109

**IIC-000151**

22,658 00

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

NEBS To Reorder: 800-225-6380 or nebs.com

AUTHORIZED BY

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21613 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1378**

TO: Condo Rental

DATE: 4-29-03
REQUISITION NO: 130
SHIP TO: Cargo Warf

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Pd 5-2-03 | April | Apt #01 Rental 1/2 mo. | | 550 00 |
| ck# | " | " #02 " Full mo. | | 1,100 00 |
| 1613 | May | Apt #01 " " | | 1,100 00 |
| 3,850 00 | " | #02 " " | | 1,100 00 |
| #1657 6/3/03 | June | Apt #01 | | 1100 00 |
| #1709 6/27/03 | July | #02    3,850 00 | | 1100 00 |
| #1709 9/27/03 | July pd | Apt #01 | | 1100 00 |
| | | #02 | | 1100 00 |
| | | | | $8250 00 |

EXH. 1   37 of 109

IIC-000152

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

**1379**

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

TO: Misc - Purchases

DATE: 4-30-03   REQUISITION NO: 130

SHIP TO: Cargo Warf

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 3-12-03 | Tom Ch. | Home Depot | | 812 84 |
| 3-24-03 | " | REI | | 280 90 |
| 3-12-03 | " | Office Depot | | 105 29 |
| 3-23-03 | " | Wal Mart | | 107 53 |
| 3-24-03 | " | Farmer Guide | | 101 89 |
| | | total | | 1408 45 |

EXH. 1  38 of 109

IIC-000153

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

NEBS To Reorder: 800-225-6380 or nebs.com

# IMPERIAL INDUSTRIAL COATINGS
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

## PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1385**

TO: Specialty Polymer Coatings,

DATE: 5-6-03    REQUISITION NO. #130

SHIP TO: Congo Warf

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| N to Canada | 1 | 8 x 20 Container - shipped 3-3-03 | | 558 30 |
| | | Ship Receps | | 81 45 |
| it of Canada | | 8 x 20 " | | 258 30 |
| | | Ship | | 739 25 |
| Pd-5-6-03 | | | | |
| # 1635 | | | | 1637 30 |
| $ 898 05 | | | | |
| IIC CK | | | | |

EXH. 1    39 of 109

IIC-000154

1. Please send ____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1386**

TO: AT&T Wireless - Tom Cell
(909) 312-4898

DATE: 5-6-03    REQUISITION NO. #130

SHIP TO: Cargo WarF

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL | |
|---|---|---|---|---|---|
| 3-21-03 | 1 | Cell Phone - Digital #1504 - IIC-ck | | 129 | 28 |
| 4-2-03 | 1 | " " " Returned - CREDIT | | 53 | 88 |
| | 1 | Cell Phone - Antilog #1511 IIC-ck | | 107 | 73 |
| 5-6-03 | Payment | 4/2 to 4/5 #9630 IIC-ck | | 59 | 53 |
| 6-3-03 | 1664 6/3/03 | Closing Acct Cost  Acct Closed | | 73 | 30 |
| 6-3-03 | 1665 6/3/03 | Active Acct | | 189 | 39 |
| 7-3-03 | | | | 406 | 42 |
| 8-3-03 | | | | 171 | 05 |
| | | | | 811 | 85 |

EXH. 1   40 of 109

IIC-000155

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

To Reorder: 800-225-6380 or nebs.com