**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

## PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1387**

TO: Sub

DATE: 5-6-03   REQUISITION NO: #130

SHIP TO: Cargo Warf

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS | | |
|---|---|---|---|---|---|---|
| | IIC Checks | | | | | |
| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | | UNIT PRICE | TOTAL | |
| Pd 5-6-03 | ✓#1631 | Dave Rohner – Week 5-11-03 | | | 175 | 00 |
| Pd 5-11-03 | ✓#1641 | "    "    "    5-18-03 | | | 175 | 00 |
| Pd 5-18-03 | ✓#1647 | "    "    "    5-25-03 | | | 175 | 00 |
| Pd 6-1-03 | #1678 | "    "    "    6-1-03 | | | 175 | 00 |
| 6-8-03 | | | | | 175 | 00 |
| 6-15-03 | | | | | 175 | 00 |
| 6-22-03 | | | | | 175 | 00 |
| 6-29-03 | | | | | 175 | 00 |
| 7-6-03 | | | | | 50 | 00 |
| 7-13-03 | | | | | 175 | 00 |
| 7-20-03 | | | | | 175 | 00 |
| 7-27-03 | | | | | 175 | 00 |
| 8-3-03 | | | | | 175 | 00 |
| 8-10-03 | | | | | 75 | 00 |
| | | | | | 2325 | 00 |

EXH. 1   41 of 109

IIC-000156

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

To Reorder: 800-225-6380 or nebs.com

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1390**

TO: DANNYS GLASS
784 0742

DATE: 5-13-03
REQUISITION NO. 130
SHIP TO: SHOP

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 200 PIECES | | 4½ X 2¾ CLEAR GLASS LENSE 1/8 DOUBLE STRENTH GLASS | | 284 50 |

EXH. 1   42 of 109

IIC-000157

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**No. 1391**

TO: CalOlympic Gene
800-421-6680

DATE: 5-13-03
REQUISITION NO.: 130
SHIP TO: Cargo Wart

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 6 | 25-Pak | Faceshields- Josh-Mask Mask Model #3M-6001 Peelaway # 3M-6885 | | |
| 16 | 15-Pak | North - Faceshields - Model #76008A | 14 40 | |
| | | total | | 368 64 |

EXH. 1  43 1/109

IIC-000158

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC: 784961
21812 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

# PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1392**

TO: Southern Alaska Forwarding

DATE: 5-16
REQUISITION NO.: 130
SHIP TO:

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS | |
|---|---|---|---|---|---|
| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | | UNIT PRICE | TOTAL |
| | | 450 LBS Shipped Class 100 Rated Item | | | |
| | | Ontario to Seattle via Fed Freight West 450 LBS (Depending on Actual weight) Quote | | 247 34 | |
| | | Seallte to Kodiak AK Via S.A.F. | | 217 70 | |
| | | | | | 432 51 |

EXH. 1   44 of 109

IIC-000159

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

NEBS To Reorder: 800-225-6380 or nebs.com

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21815 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

**PURCHASE ORDER**     1400

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

TO: Palmer Supply

DATE: 4-9-03
REQUISITION NO: Job 130

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 3 | | 40'X100' Poly tarps | 169.00 | 507.00 |
| | | TOTAL | | 507 |

Pd 6-3-03
#1658 IICK

EXH. 1   45 of 109

IIC-000160

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY: