# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1401**

TO: North Pacific Fuel

DATE: 4-7-03
REQUISITION NO.: JoAnn 930

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 562.5 gal | No. 2 | No. 2 Diesel fuel — | 1.67 | 939.38 |
| | | TAX  75.00 | | |
| Pd 6-B-03 #1660 | | TOTAL | | 980.63 |
| IIC check | | | | |

EXH. 1  469/109

IIC-000161

1. Please send ____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1402**

TO: _Alvin Spad_

DATE: 4-10-03
REQUISITION NO: _Julio_
SHIP TO: JOBID

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 2 | 1 | O₂ Bottle _____ | | 225 00 |
| | 1 | acet Bottle | | 175 00 |
| | 1 | OCT CYL  282 | | 150 00 |
| | 1 | OCT CYL | | 35 00 |
| | | TOTAL | | 635 00 |
| | | TAX | | 30 00 |
| | | TOTAL | | 665 00 |

Pd 6-3-03
# 1659 II CK

47 of 109

EXH. 1

IIC-000162

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

To Reorder: 800-225-6380 or nebs.com

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

# PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**No. 1404**

TO: _Ron Smigoski_
_907-486-3252_

DATE: 4-10-03
REQUISITION NO.: JOB 1780
SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 260' | 4-50' | Porta Band hose | 30 | |
| 10 | | Blade | | |
| 1 | | Tip Cleaner | 3 10 | 3 10 |
| 1 | | 1-3-101 TIP | 14 00 | 14 00 |
| 1 | | LH-2 | 7 65 | 7 65 |
| 1 | | Spiry hammer | 7 65 | 7 65 |
| | | TOTAL | | 32 40 |
| | | TAX | | 1 94 |
| | | TOTAL | | 34 34 |
| 1 | | VICTOR TIP | 14 00 | 14 00 |
| | | TAX | | 84 |
| | | TOTAL | | 14 84 |
| 1 | | VICTOR TIP | 14 | 14 00 |
| 1 | | TIP CLYNER | 4 78 | 4 78 |
| 2 | | O RING | 1 00 | 2 00 |
| 1 | | GLOVES | 3 00 | 3 00 |
| | | TOTAL | | 23 70 |
| | | TAX | | 1 43 |
| | | TOTAL | | 25 21 |

IIC CK
Pd 6-3-03
#1659   EXH. 1   48 of 109

IIC-000163

TOTAL PO   74.39

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

# PURCHASE ORDER

**1405**

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

TO: Arc N. Spark

DATE: 4-15-03
REQUISITION NO.: 130

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | 1 | Chipping hammer | 7 65 | 7 65 |
| 1 | 1 | Welding Blanket 6x6 | 83 55 | 83 55 |
| 1 | 1 | Nitrogen Bottle and Contents | 150 00 | 150 00 |
| 1 |   | GAS NITROGEN | 75 00 | 75 00 |
| 1 |   | RETURN OXYGEN BOTTLE | -150 00 | -150 00 |
| 1 |   | ACATELIN CYLINDER | 275 00 | 275 00 |
|   |   | ACATYLENE GAS | 175 00 | 175 00 |
|   |   | TOTAL |   | 616 20 |
|   |   | TAX |   | 30 00 |
|   |   | TOTAL |   | 646 20 |

PO 10303
#11059 IIC ck

EXH. 1   49 of 109

IIC-000164

# IMPERIAL INDUSTRIAL COATINGS
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

# PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1407**

TO: North Pacific Fuel

DATE: 4-18-03
REQUISITION NO.: 130
SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | Fuel Diesel #2 143701 | | |
| 4-18-03 | | 417.7 GAL    TAX 63 42 | 1.67 | 735 91 |
| | | 143762 | | |
| 4-22-03 | | 411.1    TAX 62 89 | 1.61 | 724 76 |
| 4-25-03 | | 245.9    TAX 44 75 | 1.62 | 443 11 |
| Pd 6-3-03 #1660 | | TOTAL | | 1,903 78 |
| IIC check | | | | |

50 of 109

EXH. 1

IIC-000165

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY