**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

# PURCHASE ORDER

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

**NO. 1408**

TO _Ace & Spark_

| DATE | REQUISITION NO. |
|---|---|
| 4-16-3 | 130 |

SHIP TO _Kodiak_

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| > | | | | |

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | | TOTAL | |
|---|---|---|---|---|---|---|
| 1 | | Oxygen Bottle | 150 | 00 | 150 | 00 |
| 1 | | GAS | 35 | 00 | 35 | 00 |
| | | TOTAL | | | 185 | 00 |
| Pd 6-3-03 | | TAX | | | 11 | 10 |
| #1659 | | | | | | |
| IIC CK | | TOTAL | | | 196 | 10 |
| > | | | | | | |

EXH. 1   5/ / 09

IIC-000166

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

To Reorder:
800-225-6380 or nebs.com

AUTHORIZED BY

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

**1409**

TO  *Northern Pacific Fuel*

| DATE | REQUISITION NO. |
|---|---|
| 4/28/03 | 1300 |

SHIP TO

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| > | | | | |

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | 430.2 | Diesel | $1 52 | 645 30 |
| | | TAX  30 | | |
| | Pd 6-3-03 #1060 | TOTAL | | 683 90 |
| | JIL Check | | | |

EXH. 1   52 of 109

IIC-000167

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

To Reorder:
800-225-6380 or nebs.com

AUTHORIZED BY

# IMPERIAL INDUSTRIAL COATINGS
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

# PURCHASE ORDER

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

**1412**

TO: North Pacific Curl

DATE: 5·22·03     REQUISITION NO.: Job# 130

SHIP TO

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| > | | | | |

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 389.5 | 5 2203 | #2 DIESEL | 1 51 | 588 15 |
| | | .08 TAX ? | | 31 16 |
| | | CITY TAX | | 30 00 |
| | | | | 649 31 |
| | | | | |
| > | | | | |

EXH. 1   53 of 109

IIC-000168

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

To Reorder:
800-225-6380 or nebs.com

# IMPERIAL INDUSTRIAL COATINGS
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

# PURCHASE ORDER

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

**1413**

TO: Kodiak Island Borough
907-486-5308
Carol

DATE 5-1-03

REQUISITION NO. Job No 130

SHIP TO

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| > | | | | |

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 6/30/03 | #1706 | 15 yd - Dumpster 5/28 to 6/25 | | 108 24 |
| 6/30/03 | # | 6/27 + 7/24 | | 110 32 |
| | | | | |
| | | total | | 377 12 |

EXH. 1    54 of 109

IIC-000169

1. Please send _____ copies of your invoices.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

To Reorder:
800-225-6380 or nebs.com

AUTHORIZED BY

IMPERIAL INDUSTRIAL COATINGS
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

# PURCHASE ORDER

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

**1415**

TO
Net Systems

| DATE | REQUISITION NO. |
|------|-----------------|
| 5-7 03 | 130 |

SHIP TO

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS |
|------------------|-----------|----------|--------------|-------|
| > | | | | |

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | | TOTAL | |
|--------------|---------------|------------------------|------------|---|-------|---|
| 3 | 3 | 15'x36' nets | | | | |
| | 5-7 | 46530 | | | | |
| 68 LB | | WT84F 8"WEB 4MM | 4 | 45 | 302 | 60 |
| | | TAX | | | 18 | 16 |
| | | TOTAL | | | 320 | 76 |
| | 5-15 | | | | | |
| 35 LB | | WT85F 8"WEB 5MM | 4 | 45 | 155 | 75 |
| 35 LB | | WT85F 8"WEB 5MM | 4 | 45 | 155 | 75 |
| | | | | | 311 | 50 |
| Pd 4-27-03 | | TAX | | | 18 | 69 |
| > $1709 | | TOTAL | | | 330 | 19 |
| $650 95 | | | | | | |

EXH. 1   55 of 109

**IIC-000170**

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

To Reorder
800-225-6380 or nebs.com

AUTHORIZED BY