**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

# PURCHASE ORDER

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

**1416**

DATE: 5/7/03

TO: Arc & Spark

REQUISITION NO. 130

SHIP TO

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| > | | | | |

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | | TOTAL | |
|---|---|---|---|---|---|---|
| 7.33 SQFT | 5.6 03 | 1/8 Gasket Material Neop | 3 | 95 | 28 | 95 |
| | | TAX | | | 1 | 74 |
| | | TOTAL | | | 30 | 69 |
| | 5-6 03 | | | | | |
| 1 | | CUTING TIP CA1350 | 104 | — | 104 | 00 |
| | | TAX | | | 6 | 24 |
| | | TOTAL | | | 110 | 24 |
| | 5-6 03 | | | | | |
| 1 | | BAND SAW BLADES      TOTAL | | | 571 | 45 |
| | | SUBLET KODIAG RENTAL | | | | |
| > 1 | | WELDING CART | | | 397 | 40 |
| | | TAX | | | 23 | 84 |
| | | TOTAL | | | 992 | 69 |

EXH. 1   56 of 109

IIC-000171

Please send _____ copies of your invoice.
Order is to be entered in accordance with prices, delivery and specifications shown above.
Notify us immediately if you are unable to ship as specified.

NEBS To Reorder:
800-225-6380 or nebs.com

AUTHORIZED BY

# IMPERIAL INDUSTRIAL COATINGS
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

# PURCHASE ORDER

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

**1417**

TO **PETRO STAR**

**907-335-6600**

| DATE | REQUISITION NO. |
|------|-----------------|
| 4-23-03 | JOB 130 |

SHIP TO

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| > | | | | |

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | | UNIT PRICE | TOTAL | |
|---|---|---|---|---|---|---|
| | | SEE ATTACHED | | | | |
| 40 GAL | | ANTI FREEZ | | | 408 | 00 |
| | | | TAX | | 24 | 48 |
| | | | | | | |
| | | | TOTAL | | 432 | 48 |
| | | | | | | |
| 1 | | HAND PISTON PUMP | | | 132 | 59 |
| | | | TAX | | 7 | 96 |
| | | | TOTAL | | 140 | 55 |
| > | | | | | | |
| | | II C CK | | | | |
| | | # 16060 | | | | |
| | | Pd 6-3-03  PO TOTAL | | | 573 | 03 |
| | | | | | | |
| | | EXH. 1   57 + 109 | | | | |

IIC-000172

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

To Reorder:
800-225-6380 or nebe.com

AUTHORIZED BY

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

**1418**

TO: Alaskan Hydrolics

DATE 5 31 03   REQUISITION NO. 130

SHIP TO Cargo Warf

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| > | | | | |

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | | | |
| > | | | | |
| Pd 6-30-03 | | MAT | 427 | 37 |
| 1712 | | TAX | 25 | 64 |
| | | TOTAL | 453 | 01 |

EXH. 1   58 of 109

**IIC-000173**

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

To Reorder:
800-225-6380 or nebs.com

AUTHORIZED BY

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

**(909) 783-1284   Fax (909) 779-2997**

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

**1419**

TO: Abraham Rental Center

| DATE | REQUISITION NO. |
|------|-----------------|
| 5/2/03 | 130 |

SHIP TO

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| | | | | |

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | 1 | Chipper /Shreader | $20 | 297 51 |
| | | CHARG ON RETURN | | |
| | | | | |
| | | INV C 171031 | | |

IIC-000174

EXH. 1   59 of 109

| | 297 57 |

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

To Reorder:
800-225-6380 or nebs.com

AUTHORIZED BY



# IMPERIAL INDUSTRIAL COATINGS
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

# PURCHASE ORDER

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

**1420**

TO  _North Pacific Fuel_

| DATE | REQUISITION NO. |
|------|------|
| 5/2/03 | 130 |

SHIP TO

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| > | one.gree  same | | | |

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL | |
|---|---|---|---|---|---|
| | | Diesel #2 | | 468 | 6 |
| 1 | 1 | 5gal Harbor master cleaner | | 52 | 45 |
| | | CITY TAX | | 3 | 15 |
| | | | | | |
| | | TOTAL | | 55 | 60 |

EXH. 1    60 of 109

IIC-000175

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

NEBS  To Reorder:
800-225-6380 or nebs.com

AUTHORIZED BY