**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

**PURCHASE ORDER**

INVOICE NO.
**1422**

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

(909) 783-1284   Fax (909) 779-2997

TO  Polar Supply

DATE  5/7/03
REQUISITION NO.  130
SHIP TO

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS | | |
|---|---|---|---|---|---|---|
| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | | UNIT PRICE | TOTAL | |
| 4 | | Sika Flex 1A | | 124 80 | 499 | 20 |
| | | TOTAL | | | 499 | 20 |

EXH. 1   61 4 109     **IIC-000176**

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

To Reorder:
800-225-6380 or nebs.com

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

**(909) 783-1284    Fax (909) 779-2997**

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

**1423**

TO
*POLAR SUPPLY*

*Scott*

| DATE | REQUISITION NO. |
|------|-----------------|
| 5-9-3 | Job 130 |

SHIP TO

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 2 | 55 GAL MEK | NO FRT/TOM CREDIT CARD | 425 — | 850 00 |
| 1 | | Caulk gun DISPENSER | 108 00 | 108 00 |
| 24 | BO | 24 tubes | | |
| 10 | | STATIC MIXER | 4 00 | 40 00 |
| | | FRT CHARG | 35 00 | 35 00 |
| | | 2 INVOICES | $1 | 1633 00 |

**EXH. 1**  62 of 109          **IIC-000177**

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

To Reorder:
800-225-6380 or nebs.com

# IMPERIAL INDUSTRIAL COATINGS
STATE LIC. 784961
21913 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

# PURCHASE ORDER

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

**1424**

TO: K.T.A.

800 - 532 - 36.33

mary

| DATE | REQUISITION NO. |
|------|-----------------|
| 15 May 03 | JOB 130 |

SHIP TO

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| > | | | | |

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | | UNIT PRICE | | TOTAL | |
|---|---|---|---|---|---|---|---|
| 1 | | SSPC-VIS-2 | 165.⁻ | 165. | — | 165 | — |
| 3 | | PTC/312F    0-250 | 29.95 | 29 | 95 | 89 | 85 |
| 1 | | 643JZ    0-125 | 234.23 | 234 | 70 | 234 | 70 |
| 3 | | BLT PR-01 BLOTTER PAPER | 18.⁻ | 18. | 00 | 54 | 00 |
| | | | | | | 543 | 55 |
| | | | FRT | | | 40 | 00 |
| | | | TOTAL | | | 583 | 55 |

Pd 6-27-03
# 1705

> 

EXH. 1  63 of 109   **IIC-000178**

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

To Reorder:
800-225-6380 or nebs.com



# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

**1425**

TO _North Pacific Fuel._

| DATE | REQUISITION NO. |
|------|-----------------|
| 5-17-03 | gpl 130 |

SHIP TO

PriNo 1425

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| > | | | | |

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 274.3 | 5-17-03 | # 2 DIESEL | 1 50 | 411 45 |
| | North Pacific Fuel | CITY TAX | | 24 69 |
| | | TOTAL | | 436 14 |
| | | | 5-22-03 | Job# 130 |
| > | | | | |
| | | | | |
| | | 2-17-03 | JN130 | |

**EXH. 1**  64 of 109

**IIC-000179**

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

NEBS To Reorder
800-225-6380 or nebs.com

AUTHORIZED BY

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

# PURCHASE ORDER

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

## 1427

TO: Arc n Spark

| | |
|---|---|
| DATE 5-13-03 | REQUISITION NO. 104 # 130 |
| SHIP TO | |

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | 5-13 03 | 2-3-101 TIP | 15 00 | 15 00 |
| | | O-Ring | | |
| 1 | | 28202 exchange | 35 - | 35 - |
| | | | 50 00 | |
| | | TAX | 3 00 | |
| | | TOTAL | 53.00 | |
| 5-8 03 .33 HR | | REPAIR TORCH | 65 00 | 21 45 |
| | | TAX | 1 29 | |
| | | TOTAL | 22 74 | |
| 2.16 HR | 5-7 03 | REPAIR TANK | 65 | 140 40 |
| | | TAX | 8 42 | |
| | | TOTAL | 148 82 | |

EXH. 1  65 / 109

**IIC-000180**

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

To Reorder:
800-225-6380 or nebs.com

AUTHORIZED BY