# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**INVOICE NO. 1337**

TO: K+H

DATE: 3-22-03
REQUISITION NO. 130
SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 2 M | | DRIL BITS POP HOOKS | | 34 83 |
| 2 M | | WINDOW BOLT | | 9 17 |
| 2 M | | STEEL + PIG PARTS | | 533 08 |
| 3 MAR | | NIP VALV | | 210 42 |
| 3 MAR | | NIPLES BITS | | 125 15 |
| 3 MAR | | NIP SCREWS | | 97 30 |
| 8 MAR | | NIP BOLTS | | 273 72 |
| 14 MAR | | NIP | | 175 52 |
| | | TOTAL | | 1459 35 |
| | | TAX | | 113 10 |
| | | | | ~~1572 45~~ |
| | | | | 1572 45 |

EXH. 1  66/109

IIC-000181

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

To Reorder: 800-225-6380 or nebs.com

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

# PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1295**

TO: HARBOR FRT

DATE: 3-7
REQUISITION NO: 130
SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | 1 | JUMPER CABLES | 15 99 | |
| | 2 | 20 PIEC 31' TIE DOWN | 7 99 | |
| | 4 | 20 PIEC 21" TIE DOWN | | |
| | 2 | 25' TAPES | | |
| | 2 | 16' TAPES | 1 99 | |
| | 1 | 166' TAPE | 12 99 | |
| | 2 | TIRE INFLATOR | | |
| | 4 | 36" BOLT CUTTER | | |
| | 1 | WELDING CART | | |
| | 2 | ACATELING SETS | | |
| | 3 | 4 TON CABLE PULLERS | | |
| > | 4 | 2 TON CABLE PULLERS | 13 99 | |
| | 2 | 5 PIEC PIPE WRENCH | 24 99 | |
| | 2 | 1/2 BREAKER BAR | 7 99 | |
| | 2 | WRENCH SET 3/8 - 1/4 | | |
| | 4 | ADJUSTABLE WRENCH SET | | |
| | 1 | 29 PIEC DRILL BIT SET | | |
| | 2 | 115 PIEC DRILL BIT SET | | |
| | 2 | 61 PIEC SOCKET SET 3/16 1/4 | 39 99 | |
| | 4 | 20' RATCHET TIE DOWN | | 879 08 |
| | | | TAX | 68 13 |
| | | | TOTAL | 947 21 |

IIC-000182

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

EXH. 1

AUTHORIZED BY
67 of 109

# PURCHASE ORDER

**RIAL INDUSTRIAL COATINGS**
ATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

No. **1296**

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

TO: MAT

DATE: 3-25-03    REQUISITION NO. 130

SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | 1 | 1/2 DRIL DRIVER | | |
| | 1 | 1/2 DRIL MOTOR | | |
| | 4 | FUEL FILTERS | | |
| ELECT HARBOR | | | | 201 70 |
| " " | | | | 3 75 |
| ELECT OFFIC MAX | | | | 7 48 |
| CASH MC | | FUSION CAP | | 37 02 |
| CASH ELECT | | GRAINGER | | 115 91 |
| ELECT | | HARBOR FRT | | ~~24~~ |
| ELECT | | HOME DEPOT | | 224 73 |
| " | | " " | | 158 66 |
| > " | | " " | 3² 3¾ | 98 46 |
| " | | " " | 3² | 51 61 |
| " | | " " | | 33 32 |
| | | MAT | | 932 04 |
| | | TAX | | 72 28 |
| | | | | 1004 92 |

EXH. 1   68 of 109

IIC-000183

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

**No. 1331**

TO: Amerigas 909-877-2642
DATE: 3-21-03
REQUISITION NO.: #130

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Electric | 4 | m. Pol 1/4" barb | 3 20 | 12 80 |
| CK# 4166 | 50' | Hose | 2 00 | 100 00 |
| $134.47 | 4 | sets of Hose Ends | 3 00 | 12 00 |
|  |  | MAT |  | 124 80 |
|  |  | TAX |  | 9 67 |
|  |  | TOTAL |  | 134 47 |

EXH. 1   69 of 109

IIC-000184

1. Please send ___ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1338**

TO: OVERTONS
1 800 334 6541

DATE: 3-23-03
REQUISITION NO.: 130
SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | LOT | DOCK PARTS | | 977 07 |
| | | NO TAX ON ORDER | | |
| | 32 | DRAIN PLUG 1" | | 142 67 |
| | | NO TAX ON ORDER | | |
| | | TOTAL | | 1517 27 |

EXH. 1
70 of 109

IIC-000185

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY