# IMPERIAL INDUSTRIAL COATINGS
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

## PURCHASE ORDER

No. 1351

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

TO: IMPERIAL ELEC AMERICAN

DATE: 3-26-03
REQUISITION NO.: 130

3014  130
3015  130

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | 200' | 1 5/8 STRUT | 130 — | 260 — |
| | 200 | 12" TYE RAP | | 30 18 |
| | 200 | 8" TYE RAP | | 20 58 |
| | 200 | 6" TYE RAP | | 16 29 |
| | 20 | 3M TAPE | | 10 56 |
| | | MAT | | 337 61 |
| | | TAX | | 26 16 |
| | | TOTAL | | 363 77 |

EXH. 1   71 of 109

IIC-000186
1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

NEBS To Reorder: 800-225-6380 or nebs.com

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1339c**

TO: ESSCO
IMPERIAL ELECTRIC

DATE:
REQUISITION NO.:
SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 3-5 | | 10 IP 20 | 2 86 | 28 60 |
| 2-28 | | | | 338 03 |
| 2-28 | | | | 34 62 |
| 2-28 | | | | 47 39 |
| | | TOTAL | | 448 64 |
| | | TAX | | 34 77 |
| | | | | 483 41 |

EXH. 1    72 of 109

IIC-000187

1. Please send ____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

**PURCHASE ORDER**

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1340**

TO: AMERICAN IMPERIAL ELECTRIC

DATE: 3-25-03
REQUISITION NO.: 130

SHIP TO:

PAINTING

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | PO 2991    130 | | 313 48 |
| | | | | 269 50 |
| | | PO 2992    130 | | 181 51 |
| | | PO 3010    130 | | 955 38 |
| | | MATERIAL OUT OF STOCK NO PO | | 350 41 |
| | | TOTAL | | 2070 28 |
| | | TAX | | 160 45 |
| | | | | 2232 73 |

EXH. 1    73 of 109

IIC-000188

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

To Reorder: 800-225-6380 or nebs.com

# IMPERIAL INDUSTRIAL COATINGS
STATE LIC. 784961
22100 ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

## PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**№ 1252**

TO: MAS MATERIAL

DATE: 2-3-2005
REQUISITION NO: 130
SHIP TO: KODIAK CARGO WARF

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS | | | |
|---|---|---|---|---|---|---|---|
| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | | | UNIT PRICE | TOTAL | |
| KH IMPER | 5 | SANDING DISK | | | 1 39 | 13 | 90 |
| ESCO IMPER | | ELECTRIC | | | | 61 | 13 |
| ELECT | | PARTS HOME DEPOT | | | | 278 | 87 |
| CASH | 2 | FITINGS HOME DEPOT | | | 99 | 1 | 98 |
| ELECT | 100 | KEY BLKS | | | 85 | 85 | 00 |
| ELECT ESCO | 16 | ELECTRIC | | | | 69 | 49 |
| K+H | | HASP | | | | 13 | 35 |
| ELEC | | GAS | | | | 42 | 21 |
| ELECT | | K+H RACKING | | | | 200 | 81 |
| ELECT | | HOME DEPOT | | | | 156 | 02 |
| ELECT | | K+H | | | | 231 | 17 |
| ELECT | | CALWALL | | | | 225 | 30 |
| ELECT | | KENSTOOL | | | | 29 | 65 |
| ELECT | | K+H | 34.83 9.17 | | | 44 | 00 |
| ELECT | | GRAINGER | 15 62 61 70 | | | 77 | 32 |
| ELECT | | HOME DEPOT | | | | 33 | 70 |
| ELECT | | MISC CASH | | | | 63 | 70 |
| ELECT | | PUMP + MISC | | | | 990 | 28 |
| ELECT | | GRAINGER | 74/109 | | | 45 | 05 |
| ELECT | | ORCO BOLT | | | | | 83 |

EXH. 1
IIC-000189

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

TAX
AUTHORIZED BY

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

# PURCHASE ORDER

№ 1336

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

TO: RENS TOOL
    ORCO

DATE: 3-22-03
REQUISITION NO.: 130

SHIP TO:

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS | |
|---|---|---|---|---|---|
| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | | TOTAL |
| RENS TOOL → | 1 | 4.5 GRINDER | 99 | 99 | 99 99 |
| ↓ | 1 | 3/8 x 38 BIT | 9 | 00 | 9 00 |
| ORCO | 1 | 7¼ SAW | 169 | 99 | 169 99 |
| | 2 | 7¼ BLADES | 9 | 99 | 19 98 |
| | 1 | 10½ SAW | 419 | 95 | 419 95 |
| | 2 | 30' TAPES | 12 | 38 | 24 77 |
| | 50 | 3/4 x 16 ANCHOR BOLT | | 80 | 40 15 |
| | 100 | 3/4 WASHERS | | 13 | 13 50 |
| | 2 | 100' CORDS | 29 | 30 | 58 61 |
| | 2 | MALE ADAPTOR | 4 | 79 | 9 59 |
| | 2 | FEMALE ADAPTOR | 4 | 79 | 9 59 |
| > | 2 | TWIST LOCK Y | 19 | 97 | 39 94 |
| | | MAT | | | 915 06 |
| | | TAX | | | 70 91 |
| | | TOTAL | | | 985 98 |

IIC-000190

EXH. 1  75 of 109

1. Please send ___ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

To Reorder: 800-225-6380 or nebs.com