# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1264**

TO: Pulled from Stock

DATE: 2-19-03
REQUISITION NO.: 730
SHIP TO: Cargo West

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | | 6" Frame | 1.02 | 1.02 |
| 1 | | 4" Pink Roller | 2.40 | 2.40 |
| 1 | | 7" Roller Grid | 1.09 | 1.09 |
| 2 | | 2" Thoraway Brushes | 2.08 | 4.16 |
| 1 | | 2" Duct Tape | 4.90 | 4.90 |
| 5 | | gal MEK | 10— | 50— |
| 5 Lbs | | Rags  10 LB 17.00 | | 8.50 |
| 2 sheets | | 60 grit Sand Paper | .45 | .90 |
| | | MINERAL SPIRITS | | 15.00 |
| | | MAT | | 87.97 |
| | | TAX | | 6.82 |
| | | TOTAL | | 94.79 |

EXH. 1   76 of 109

IIC-000191

1. Please send ____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

To Reorder: 800-225-6380 or nebs.com

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

**PURCHASE ORDER**

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1311**

TO:

DATE 3-16-03    REQUISITION NO. /30

Misc Pulled from Stock     SHIP TO: Container

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | 2 | Rollers 7" Pink | 4 70 | 9 40 |
| | 1 | Brushes Throwing 3" | 2 50 | 2 50 |
| | 2 | Masking Tape 2" | 4 90 | 9 80 |
| | 4 | Buckets 5 gal | 3 90 | 15 60 |
| | 5 | Gloves Cotton | 95 | 4 75 |
| | 5 LB | Rags 10 LB 17 00 | | 8 50 |
| | 10 | Dust Cup | 19 | 1 90 |
| | 3 | Safety Glasses | 2 60 | 7 80 |
| | 5 | Strainer Bag | 70 | 3 50 |
| | | MAT | | 63 75 |
| | | TAX | | 4 94 |
| | | TOTAL | | 68 69 |

EXH. 1   77 4/09

IIC-000192

# PURCHASE ORDER

**IMPER... INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

**No. 1318**

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

TO: HAR BOR FRT
CAMPING WORLD

DATE: 3-12-2003
REQUISITION NO.: 130
SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | | TOTAL | |
|---|---|---|---|---|---|---|
| | 2 | PORTA POTIES | 119 | | 238 | — |
| | 4 | CHEMICAL | 11 | 99 | 47 | 99 |
| | 1 | DUAL BATERY CHARGER | 24 | 99 | 24 | 99 |
| | 29 | 15' 1500# RATCHET TIE DOWN | 2 | 99 | 86 | 71 |
| | 2 | DRIL TIP SET | 9 | 99 | 19 | 98 |
| | 2 | 1/2 SOCKET SET | 19 | 99 | 39 | 98 |
| | 1 | SUCTION GUN | 4 | 99 | 4 | 99 |
| | 2 | ACATELIN HOSE 50' | 36 | 99 | 73 | 98 |
| | 1 | SUCTION GUN | 4 | 99 | 4 | 99 |
| | 2 | 20' TIE DOWN | 5 | 97 | 11 | 94 |
| | 2 | SOCKET SETS | 13 | 99 | 27 | 98 |
| > | 1 | 700' HAND TRUCK | 24 | 99 | 24 | 99 |
| | 1 | ~~10 TON PORTA POWER~~ | | | | |
| | 1 | CEMENT MIXER | 144 | 98 | 144 | 98 |
| | | NAT | | | 751 | 50 |
| | | TAX | | | 58 | 24 |
| | | TOTAL | | | 809 | 74 |

EXH. 1    78 + 109

IIC-000193

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

**PURCHASE ORDER**

IMPERIAL INDUSTRIAL COATINGS
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1309**

TO: HOME DEPOT

DATE: 3-11-2003
REQUISITION NO.: 103

Pg 2 of 2
P.O. 1308

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | 4 | 2½ X 5 LETTERS | | |
| | 4 | 3 X 7 LETTERS | | |
| | 3 | 3 LB SLEDGES | | |
| | 2 | HAMMERS | | |
| | 2 | LINOLIUM KNIFE | | |
| | 2 | SCREW DRIVER SETS | | |
| | 2 | 25' ACATELINE HOSE | | |
| | 21 | 50' CORD UG 15 A | | |
| | 4 | 3 WAY ADAPTER | | |
| | 2 | MAKITA BATRY HAMER + DRILL | | |
| | 4 | LANTERN LTS LARG | | |
| | | MAT | | 1001 86 |
| | | | | 77 64 |
| | | TOTAL | | 1079 50 |

EXH. 1  79 of 109

IIC-000194

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21823 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

## PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1285**

TO: Misc Exp.
Office Stock

DATE: 3-5-03
REQUISITION NO.: #130
SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Imp Btec C.C. Lawras | | OfficeMax - Supplies | | 146.48 |
| | | "    " - Chairs | | 333.92 |
| | | INCLUD TAX | | |
| | 2 | USED DESK | 50 — | 100 — |
| | 1 | USED FILE CABINET | 100 | 100 — |
| | 1 | BOOK SHELF | 45 | 45 — |
| | | TOTAL | | 725.40 |

EXH. 1  80 of 109

IIC-000195

Please send ___ copies of your invoice.
Order is to be entered in accordance with prices, delivery and specifications shown above.
Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY