**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
2813 PICO ST. #D
GRAND TERRACE, CA 92313
(909) 783-1284 · Fax (909) 779-2997

**PURCHASE ORDER** 1253

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

TO: MAINTENACE W.H.
Office Max -
Home Depot - Triangle Pipe

DATE: 2-3-2003
REQUISITION NO.: 130
SHIP TO: CARGO WARF

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| ELECT Acct (Maintenance WH) | 16 | #5 MASTER LOCKS KEYED A549 2" LOOP | 9.79 Tax | 156.64 12.14 168.78 |
| | | FOR STORAGE CONTNN | | |
| Office Max-Laura's Electric Credit Card | | Supplies with Tax | | 89.19 |
| Peterman Lumber Electric Ck#4108 | | 25/32x5-1/2 Fas Poplar S2S/SMR | | 534.37 |
| 224.08 Home Depot Co Check #4105 | Janice | Padding Insulation | | 414.12 |
| | | TOTAL | | 1226.46 |

EXH. 1  81 of 109

IIC-000196

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

## PURCHASE ORDER

1263

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

TO: Misc Exp

DATE: 2-19-03
REQUISITION NO.: #130
SHIP TO: Cargo West

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | Ontario Airport - Parking | | 1200 |
| | | TOTAL | | 42 |
| | | | | 12.00 |

EXH. 1  82 of 109

IIC-000197

1. Please send ___ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1265**

TO: DANNYS GLASS
1071 CENTER ST

784-0742

DATE: 3-4-2003
REQUISITION NO: 130
SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| -3403 (electric check # 4136) | 100 | BRAS HOOD LENSES 4½ X 2¾ DOUBLE STRENTH GLASS | | 142 25 |
| | | TOTAL | | 142 25 |

EXH. 1  83 of 109

IIC-000198

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1284**

TO: Battery Systems - 877-207-5693

AutoValue - 885-2886
Star Auto

DATE: 3-5-03
REQUISITION NO.: 130

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Imp Elec Accts | 2 | C-400 Commercial Maintenance Free Batteries For Compressor | 129 95 | 259 90 |
| Star Auto | 12 | 210 Gal 15W40 Gal | 8 49 | 77 80 |
| | 12 | 230 QT | 1 60 | 19 20 |
| | 4 | 5 gal Gas Can | 16 99 | 67 96 |
| | | | | 424 86 |
| | | TAX | | 32 93 |
| | | TOTAL | | 457 79 |

EXH. 1   84 of 109

IIC-000199

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

# PURCHASE ORDER

1323

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

TO: Roofing Wholesale Co.
602-258-3794

DATE: 3-12-03
REQUISITION NO.: 130
SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | Pulley Wheels Well Gin | | 59 95 |
| | | 75' Rope with Hook 3/4" Rope | | 49 95 |
| | | | | 109 90 |
| | | TAX | | 8 52 |
| | | TOTAL | | 118 42 |

EXH. 1   85 of 109   IIC-000200

1. Please send ___ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY