**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

**PURCHASE ORDER**

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1303**

TO: D Y M Drum Co
682-7255
780 North Main St
Riverside

DATE: 3-11-03
REQUISITION NO: 130

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 10 | | 55 gal Tall & Short Wash | 12 50 | |
| | | CASH    TOTAL | | 125 00 |
| | | Mc | | |

86 of 109

EXH. 1

IIC-000201

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

# PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1332**

TO: Condo & Office Stock

DATE: 3-14-03
REQUISITION NO.: 130

SHIP TO: Cargo West

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | Wall Mart  3-14-03 | | 146.17 |
| | | "    "    " | | 128.16 |
| | | "    "    " | | 146.17 |
| | | "    "    " | | 174.73 |
| | | "    "    " | | 133.11 |
| | | Big K Mart  3-15-03 | | 61.89 |
| | | TOTAL WITH TAX | | 790.23 |

EXH. 1    87 of 109

IIC-000202

1. Please send ___ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1319**

TO: Rainbow Bolt
68/3870

DATE: 3-17-03
REQUISITION NO. 130
SHIP TO: Cargo Wharf

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Electric | 100 | 1/4 x 4 HEX Lag | | |
| CK # | 130 | 3/8 16 x 2½ GR5 c/s | | |
| #4164 | 300 | 3/8 1½ Fender | | |
| | 200 | 3/8 USS F/W | | |
| | 10 | Bit 2505/33 | | |
| | 10 | Bit P2 | TOTAL | 45 41 |

EXH. 1   88 of 109

IIC-000203

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

To Reorder: 800-225-6380 or nebs.com

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
22813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

TO: Rainbow Bolt
684-3870

DATE: 3-10-03
REQUISITION NO. # 130

No. 1312

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| d with | 300 | #8 x 2 Phil Pan SMS | | |
| lectric ck | 50 | 3/8-16 x 6 #5 Tap Bolt | | |
| #4144 | 300 | 10/24 x Phil Pan MLS | | |
| | 400 | #10 F/w Zip | | |
| | 400 | 10/24 Nyloks Zip | | |
| | 100 | 10/24 x 1 1/4 Philp Pan MIS | | |
| | 200 | 1/4-20 x 1 Philp Pan MIS | | |
| | 500 | 1/4 F/w Zip | | |
| | 300 | #12 x 1 1/4 Pan SMS Zip | | |
| | 200 | #10 x 1 1/4 " " " | | |
| | 300 | 1/4 Zonylok Zip | | |
| | 10 | 1" Chip Brush | | |
| | 10 | 1 1/2" " " | | |
| | 1 | 1 gal Laquer Thinner | 128 | 34 |
| Elec ck #4145 | 600 | 10 x 1 | 17 | 46 |
| ck #4152 | 100 | 3/8-16 x 3 Tap | | |
| | 100 | 3 1/2 | | |
| | 100 | ? unReadable | 38 | 66 |
| | | | 184 | 46 |
| | | 89 of 109 | TAX | 14 | 30 |
| | | | TOTAL | 198 | |

IIC-000204

EXH. 1

# IMPERIAL INDUSTRIAL COATINGS
**STATE LIC. 784961**
21812 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 783-7613

# PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1237**

| TO | DATE | REQUISITION NO. |
|---|---|---|
| M/S MATERIAL | 7-17-03 | 130 |
| | SHIP TO | |
| | KODIAK CARGO WAREHOUSE | |

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| ELECT | 2 | 1⅝ CHANNEL 20 G | 2 93 | 5 86 |
| " | 2 | 2½ CHANNEL 10 G | 6 65 | 13 30 |
| ELECT | 2 | 1½ STYRENE | 9 79 | 15 58 |
| " | 1 | 1" STYRENE | 6 49 | 6 49 |
| ELECT | 67 | 1⅝ CHANNEL 20 × 10' | 2 83 | 189 61 |
|  |  | 10' 10 G |  |  |
|  |  | GAS CHEVRON | 20 00 | 20 00 |
|  | 3½ GAL | GAS SHELL |  | 5 00 |
|  | 1 | PUSH BROOM ORCO | 2 630 | 26 30 |
|  | 1 | ST BROOM ORCO | 9 91 | 9 91 |
| ORCO COATINGS | 1 | STAPLER COBRA 6000 | 31 80 | 31 80 |
|  | 1 | BOX STAPLES COBRA 5/16 97081 | 2 06 | 2 06 |
|  | 1 | ROLL 6 MILL 20 × 100 | 41 60 | 41 60 |
| AUTO | 1 | PONTO SAN SINK 2 COMPART | 350 | 350 00 |
| ELECT | 16 | 12X18 LOCKERS | 35 | 560 00 |
|  |  | TAX |  | 43 40 |
|  | 2 | KEN TOOL GRIN WHEEL | 32 63 | 65 26 |
|  | 1 | 4½ MAKETA GRINDER |  | 82 00 |
|  | 1 | PAD BACKING KIT | 13 60 | 13 60 |
|  | 4 | SANDING DISK | 1 26 | 5 04 |

IIC-000205

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

EXH. 1

90 A 109

1486 81
TAX 115 23
TOTAL 1602 04

AUTHORIZED