# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**No. 1273**

TO: GRAINGER
909-787-1960
909-788-2203 FAX

DATE: 3-1-03
REQUISITION NO.: JOB 130

Pg 1 of 4
P.O. 1274   P.O. 1275   P.O. 1276
Pg 2         Pg 3         Pg 4

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 2 | PAGE 958 | AA Batteries | 4WT09 | | |
| 1 | " " | AAA " | 4WT10 | | |
| 4 | " 961 | FLASHLIGHT | 4JC14 | | |
| 4 | " 1210 | KNEE PADS | 5LP39 | | |
| 2 | " 1211 | HAMMER | 4YR57 | | |
| 2 | " 1212 | Soft Hammer | 2A528 | | |
| 3 | " 1880 | Blast Hose Screens | 5L802 NO. 8 | | |
| 1 BOX | " 1897 | Plumer tape | 4x227 1/2x260 | | |
| 2 | 1901 | 3M applicator | 4YX12 | | |
| 10 | 1901 | Mix Nozzles | 3U273 | | |
| 20 | 1901 | 3M blue DP420 | 2F304 | | |
| > 4 | 1924 | Mobil Grease | 4F982 | | |
| 2 | 2093 | Chip Brushes | 3UW18 | | |
| 2 | 2093 | " " | 3UW19 | | 1,467 28 |
| 4 (2) | 2284 | 2 WAY RADIO | 4YK24 | | 158 46 |
| 6 | 2430 | 15x20 BLUE TARPS | 2W696 | | |
| 6 | 2430 | 10x12 " " | 2W694 | TOTAL | 1625 74 |
| 4 | 2490 | Wheel Blocks | 2A092 | | |
| 12 | 2511 | Drum Covers | 5PW08 | | |
| 1 | 2516 | Absorbent Boom | 5T575 | | |

EXH. 1  9/9/09

IIC-000206

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and ___ shown above.
3. Notify us immediately if you are unable to ship as specified.

To Reorder: grainger.com

AUTHORIZED BY

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

TO: Grainger

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

1274

DATE: 3-1-03
REQUISITION NO.: Job 130 Page 2
SHIP TO:

Pg 1 PO# 1273
continued
Pg 3 PO# 1275

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 144 102 | 2551 | Safety glasses | 4H034 | | |
| 2 | 25073 | Ear Plugs | 4TP89 | | |
| 12 | 2564 | Grinder Shields | 4LN56 | | |
| 50 | 2564 | Visor | 4LN60 | | |
| 2 | 2564 | Wire Visor | 4LN64 | | |
| 6 | 2567 | Hard Hats | 4T919 WHITE | | |
| 36 | 2659 | RAIN GEAR | 3AG87 XL | | |
| 4 | 2659 | " " | 3AT35 XXL | | |
| 4 | 2669 | Rubber Boots | 4ML57 (12) | | |
| 2 | 2669 | " " | 4ML59 (14) | | |
| 2 | 2669 | " " | 4ML64 (9) | | |
| 2 | 2669 | " " Pull | 4T273 (12) | | |
| 10 | 1709 | Grinder | 4A942 CREDIT | | |
| 100 (20) | 1708 20 | " Disc | 6RM62 | | |
| 20 (3) | 1711 | Grinder Retain nut | 4PL55 | | TOTAL 4497.39 |
| 8 | 2685 | Harness | 3ZL84 | | |
| 3 | 2687 | Steel Lanyard | 1D805 | | |
| 4 | 2687 | Lanyard | 4RC64 | | |
| 2 | 2690 | Rope Grab | 3KN17 | | |
| 4 | 2723 | Eye Wash | 5T061 | | |

IIC-000207

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages

TO: STRINGER

DATE: 3-1-07
REQUISITION NO: 1750

P.O. #1373
P.O. #1270

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | | UNIT PRICE | TOTAL | |
|---|---|---|---|---|---|---|
| 10 ✓ | 2723 | Eye Wash Refill | ST063 | | | |
| 5 ✓ | 2725 | First Aid Kit | SX806 | | | |
| 2 ✓ | 2729 | CPR Kit | SM581 | | | |
| 2 ✓ | 2737 | Water Can | 3ZC46 | | | |
| 10 ✓ | 2736 | Cone Cups | 3ZC48 | | | |
| 1 ✓ | 2767 | Right to Know | 6AV66 | | | |
| 6 ✓ | 2783 | Safety Cones | 5W419 | | | |
| 6 ✓ | 2791 | " Tape | 1N958 | | | |
| 3 ✓ | 3453 | Heater | 3UD73 | | | |
| 24 ✓ | 1908 | Spray Adhesive | 5E117 | | | |
| 4 | 1958 | ~~Sponge Towel~~ | 3MD55 | | | |
| 10 ✓ | 777 | Quartz Light | 4UM72 | | | |
| 20 ✓ | 777 | Replacement | 2V384 | | | |
| 2 ✓ | 1164 | Allen Wrench | 5MJ53 | TOTAL | | |
| 1 ✓ | 1220 | Punch Set | 1A737 | | 4,118 | 83 |
| 1 ✓ | 1221 | Chisels | 6X320 | | | |
| 2 ✓ | 1253 | Tin Snips | 6C157 | | | |
| 6 ✓ | 2017 | Sling | 4ZT69 | | | |
| 7 ✓ | 2589 | Respirator | 5HV64 | | | |
| 4 ✓ | 2589 | " | 5HV63 | | | |

IIC-000208

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

EXH. 1

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

**PURCHASE ORDER** 1290

TO: Grainger

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

Page 4

DATE: 3-5-03
REQUISITION NO. # 130

SHIP TO:

Pg 1 P.O. #1273 — Pg 2 P.O. # 1274
Pg 3 P.O. #1275

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 144 | 2589 | 4RM24 Replacement Cloth | | |
| 144 | 2589 | 5HV73 FILTERS | | |
| 144 | 2623 → 2AW10 Blower | | |
| 144 | 2624 | 6AF50 BLUE DOTS | | |
| | | TOTAL | | 1581 | 37 |

EXH. 1  94 of 109

IIC-000209

1. Please send ___ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

**IMPERIAL INDUSTRIAL COATINGS**
St. #784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

**PURCHASE ORDER**

No. 1313

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

TO: ~~Hose Man~~
~~Pipe City Gypm~~
GRANGER

DATE 3-22  3-11-03
SHIP TO  John Pick up 8 A.M. 3-12-03

REQUISITION NO. JDB 130

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| ~~5~~ | | ~~100' 1/4" HVY DUTY AIRLINE~~ | | |
| ~~12~~ | | ~~Couplers~~ | | |
| Pd 5-5-03 * | 1 | HEAT GUN | 41 70 | 41 70 |
| #1622 * | 1 | BAFFLE | 10 25 | 10 25 |
| #19762 * | 1 | TORCH | 62 95 | 62 95 |
| * | 1 | TORCH SHIPPED | 62 95 | 62 95 |
| * | 1 | FRT | | 6 00 |
| | 1 | BATH FAN 8 CFM | 61 70 | 61 70 |
| | 1 | 3 1/4" DUCT | 15 62 | 15 62 |
| | 100 | DOOR PULLS | 2 14 | 214 00 |
| | 1 | 1 1/2 X 20 SUCTION HOSE | 48 03 | 48 03 |
| > | 3 | LATCH   MIS SIZE | 14 15 | 42 45 |
| | 6 | 5 LB FIRE EXT | 29 12 | 174 72 |
| | 2 | ~~~~ SUCTION PUMP | 18 22 | 36 44 |
| | 2 | AIR CURTAINS | 130 30 | 260 60 |
| | 4 | 1 1/2 X 20 SUCTION HOSE | 48 03 | 192 12 |
| | 1 | 1/2 HP 1 1/2 PUMP | 364 25 | 364 25 |
| | 47 | LATCH CLAMPS | 14 15 | 665 05 |
| | 6 | ELECT SPACE HEATER | 74 35 | 446 10 |
| | 8 | AA BATTERIES | 83 | 6 64 |

IIC-000210

3,144.67 MAT
TAX 240.85

EXH. 1   95 of 109