# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1388**

TO: Air Lines – To & From Alaska

DATE: 5-6-03
REQUISITION NO.: #130
SHIP TO: Cargo Warf

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Mac's | IIC-C.C. | Dave – To – Kodiak Back – Anchorage | | 298 |
| Mac's | IIC-C.C. | Paul – To Kodiak Back – Anchorage | | 298 |
| Toms | IIC-C.C. | Jason – To – Kodiak | | 194 |
| Laurie's | Etc.C.C. | → Back – Anchorage | | |
| | | Jason Flight 7-1-03 | | 152 75 |
| | | TOTAL | | 942 75 |

IIC-000211

96 of 109

EXH. I

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY