**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

# PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1430**

TO: North Pacific Fuel

DATE: 5·28·03
REQUISITION NO.: 130
SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | 282.4 | Diesel #2 | | 420 | 78 |
| | | TAX | | 22 | 59 |
| | | CITY TAX | | 26 | 60 |
| | | | | 469 | 97 |

EXH. 1  97/109

IIC-000212



1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

Nebs To Reorder:
800-225-6380 or nebs.com

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

TO Sponge-Jet Blasting Material

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

**1503**

DATE: 10-10-03
REQUISITION NO.: #130
SHIP TO: Cargo Warf

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS | | |
|---|---|---|---|---|---|---|
| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | | | UNIT PRICE | TOTAL |
| | 1st payment | deducted April | | | | 18,927.50 |
| | 2nd " | " May | | | | 4,090.22 |
| | | TOTAL | | | | 23,017.72 |

EXH. 1   98 / 109

IIC-000213

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY