# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

**1381**

TO: *Air Lines—From California and Back*

DATE 4-3-03    REQUISITION NO. /30
SHIP TO *Cargo Whrf*

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| | Up & Back | Tom Puett - 3-28-03 | | | 923 98 |
| | Up & Back | Steve | 3-28-03  4-1-03 | | 1,157 60 |
| | Up & Back | Josh | 3-28-03  4-1-03 | | 1,150 60 |
| | | Toms | 5-23-03 Flight change | | 100 00 |
| | | | TOTAL | | 3327 18 |

EXH. 1  99 of 109

**IIC-000214**

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

NEBS To Reorder:
800-225-6380 or nebs.com

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

## PURCHASE ORDER

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

**1288**

TO *TINKER RASOR*
*626-287-5259*

| DATE | REQUISITION NO. |
|------|-----------------|
| 3-7-03 | JOB 130 |
| SHIP TO | |

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| | | | | |

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Tom IIC C.C. | | REPAIR + CALIBRATION | Total Price | 972 30 |
| | 1 | Module Sensitivity Switch Ap/w 109-034 | | 126 50 |
| | 1 | Module Signal AP AP/w 109-010 | | 138 00 |
| | 1 | Battery 9.6 Volt AP/w 010-001 | | 151 80 |
| | 1 | Charger Battery 110V AP AP/w 031-005 | | 107 53 |
| | 1 | Wand Handle w/005-1155 177-051   Compax Connector | | 94 88 |
| | 1 | Wand Handle Extension 177-052 | | 57 20 |
| | 1 | Assembly Wand To Coupling 005-1155 | | 53 35 |
| | 2 | Cable Ground 20' 026-001 | | 63 25 |
| | | Latch #K3-1625-07 Keeper K3-0334-07 030-001 | 5 50 | 11 00 |
| | | | | 772 30 |

1. Please send _____ copies of your invoice.
2. Orders to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

EXH. 1190 8/109

AUTHORIZED BY

NEBS To Reorder 800-225-6380 or nebs.com

**IIC-000215**

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

## 1429

| DATE | REQUISITION NO. |
|---|---|
| 5-28-03 | JOB 130 |

TO
BLASTCOAT
June 12 - June 23
BARGE DATE

SHIP TO

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| | | | | |

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | | TOTAL | |
|---|---|---|---|---|---|---|
| 25 TONS | 47 BAG | 20/50 SHARP SHOT | | | | |
| | | 6 BAG STRAINER | | | | |
| | | LID | | | | |
| | | INV 36078 | 107 | 10 | 5033 | 70 |
| | 47 BAG | | 11 | | 352 | 00 |
| | 32 PART | | | | 12770 | 00 |
| | | SHIPPING & HANDLING | | | 417 | 37 |
| | | TAX 7.1 | | | | |
| | | | | | 18573 | 07 |

IIC-000216

EXH. 1   101/109

18573 07

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

To Reorder:
800-225-6380 or nebs.com