# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 782-1284   Fax (909) 779-2997

TO: Reset Coat Systems

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1406**

DATE: 4-15-03
REQUISITION NO.: Job no. 130
SHIP TO: Kodiak U.P.S.

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 4 | | Leather Hose cover | 50 00 | 200 00 |
| | | Welding Blankets | | 28 00 |
| | | Nitrogen Bottle | | 45 00 |
| | | TOTAL | | 285 00 |
| 5 | | #35160 | | 236 20 |
| 6 | | 35022 | | 482 50 |
| 5 | | 36001 | | 166 30 |
| | | | | |
| | | TOTAL | | 885 00 |

EXH. 1  102 of 109

IIC-000217

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

NEBS To Reorder: 800-225-6380 or nebs.com

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1414**

TO: Blastcoat

DATE: 5-14-03
REQUISITION NO.: Job 130
SHIP TO:

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS | | |
|---|---|---|---|---|---|---|
| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | | | UNIT PRICE | TOTAL |
| 1 PR | | Bungee Cord | | | 50 | |
| 1 | | SI 6000-06P-01 SCH M1014 Paint Pot | | | | 2285 |
| | | | | | TOTAL | 2285 |

103 of 109

EXH. 1

IIC-000218

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

NEBS To Reorder: 800-225-6380 or nebs.com

AUTHORIZED BY

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

**No. 1421**

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

TO: Blastcoat
800-685-2372

DATE: 5-6-3
REQUISITION NO.: JOB 130
SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 24 ton | | Sharp Slot | 107 PO TON | 2570 40 |
| ~2~ | | ~Humptery Valve~ | 106 14 | |
| 16 | | PALET CHRG | 11 | 176 00 |
| | | FRT | | 6715 16 |
| | | TOTAL | | 9461 56 |
| | | | | |
| ~2~ | | MURRAY VALVES 120 | 105 25 | 210 50 |
| ~2~ | | FER BRASS | 1 16 | 2 32 |
| | | SHIPING | | 26 94 |
| | | TOTAL | | 239 76 |
| | | | | |
| | | TOTAL | | 9701 32 |

104 of 109

EXH. 1

IIC-000219

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY