# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1411**

TO: BLASTCOAT
800-685-2332
909-981-8137

DATE: 4-29-03
SHIP TO: Job 130

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1000 | | BUNGEE CORD 72" | .65 | 650 00 |
| | | SHIPPING | | 80 00 |
| | | TAX | | 730 20 |

105 of 109

EXH.

IIC-000220

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

**1403**

TO: BLAST COAT
800-685-2332

DATE: 4-11-03
REQUISITION NO.: JOB 130
SHIP TO:

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 200' | 4-50' | airline for sand room | 50 ⁹ | 200 00 |
| | | SHIPING | | 78 00 |
| | | TAX | | 15 50 |
| | | TOTAL | | 293 50 |
| 2 | | MSA 468/18 RESPIRATOR WITH LARYNX | 650 00 | 1300 00 |
| 2 | | BU AC 1000 BULLARD AIR CONDITIONER | 115 60 | 231 20 |
| | | TAX | | 87 68 |
| | | TOTAL | | 1618 88 |
| | | | TOTAL | 1912 38 |

106 of 109

EXH. 1

IIC-000221

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY


To Reorder:
800-225-6380 or nebs.com

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284   Fax (909) 779-2997

**No. 1307**

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

TO: BLASTCOAT
800-675-2932

DATE: 3-11-03
REQUISITION NO.: JOB 130

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 8 | | Cheater Valves | 11  40 | 91  20 |
| 1 | | Sand Sock | 225  00 | 225  00 |
| 2 | | 1" Whips 50' | 2  85 | 142  50 |
| 2 | | N 7 heat Coupling | 3  35 | 6  70 |
| 1 | | #8 NOZZLE | 139  — | 139  00 |
| 2 | | Box BC #7 NOZZLE | 118  — | 236  00 |
| 2 | | NOZZLE HOLDER 1" | 3  00 | 6  00 |
| | | MKT | | 846  40 |
| | | TAX | | 65  60 |
| | | TOTAL | | 912  00 |

107 of 109



IIC-000222

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY