IMPERIAL INDUSTRIAL COATINGS
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

(909) 783-1284    Fax (909) 779-2997

# PURCHASE ORDER

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

**1300**

TO  *BLAST COAT*
    *800-685-2332*
    *Jim*

| DATE | REQUISITION NO. |
|------|------------------|
| 3-10-03 | JOB 130 |

SHIP TO

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | | TOTAL | |
|---|---|---|---|---|---|---|
| 6 PALET | 33134 | N-25' GARNET 6 Pallet | 19 | 95 | 4788 | 00 |
| 6 | 11 | PALET CHARG | 13 | 50 | 81 | 00 |
| | 11 | FRT | | | 225 | 00 |
| 33200 | 8 | Gaskets hand hold way | 8 | 85 | 70 | 80 |
| | 8 | Top Donut Plunger | 9 | 85 | 78 | 80 |
| | 1 | Plunger | 44 | 40 | 44 | 40 |
| 33055 | 20 | 1½ Blast hose Washer | | 40 | 8 | 00 |
| | 20 25 | 3/4 chicago washer | | 25 | 6 | 25 |
| | 4 | Electric Dead men | 70 | | 280 | 00 |
| 33199 | 2 | Gillitine Valves | 142 | 50 | 285 | 00 |
| | | FRT | | | 75 | 14 |
| | | TAX | | | | |
| | | TOTAL | | | 6,379 | 72 |

EXH. 1   108 of 109

IIC-000223

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

[NEBS] To Reorder:
800-225-6380 or nebs.com

# PURCHASE ORDER

**IMPERIAL INDUSTRIAL COATINGS**
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

**(909) 783-1284    Fax (909) 779-2997**

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

**1286**

TO  BLAST COAT

800-685-2332

| DATE | REQUISITION NO. |
|------|-----------------|
| 3-1-03 | |

SHIP TO  1186 CENTER ST STEA

Riverside CA    92507

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | | TOTAL | |
|---|---|---|---|---|---|---|
| 2 | | WSH HOSES + RESPIRATOR | 580 | | 580 | |
| 2 | 33056 | Air Conditioner | 115 | 60 | 231 | 20 |
| 28 | 33110 | EA-SE -280FR 54"X 136' 9MIL | 218 | 90 | 6129 | 20 |
| 3000 | 33110 | BONDED FOAM 36 | | 52 | 1560 | 0 |
| | | EA-5C/500 -250FR 13'X100 | | | | |
| 8 | 33070 | 30X20 NETS | 672 | | 5376 | 00 |
| 42 BAG 2100 LBS | 33076 | ACTIVATED ALUMINA 50# | 65 | 60 | 2755 | 20 |
| 14 Rolls | | TAPE            NC | | | 0 | 0 |
| | 33030 | SHIPING | | | 7 | 01 |
| | 33070 | 5-28 03 SHIPING | | | 40 | 00 |
| | 33110 | CRTED ISUED SHIPING | | | 434 | 35 |
| 2 | 33030 | SHOLDER HOOD | 160 | - | 320 | - |
| 2 | 1111 | RESPIRATOR | 650 | | 1300 | - |
| | | | | | | |
| | | TOTAL | | | 19,026 | 86 |

See Ticket for # 108½ of 109

**IIC-000224**

EXH. 1

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

E CK
OF Y

Nebs To Reorder:
800-225-6380 or nebs.com

EES

AUTHORIZED BY

IMPERIAL INDUSTRIAL COATINGS
STATE LIC. 784961
21813 PICO ST. #D
GRAND TERRACE, CA 92313

**(909) 783-1284    Fax (909) 779-2997**

# PURCHASE ORDER

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

## 1317

TO    *IMPERIAL AIR + LEASING*
*RENTAL EQUIPMENT*

| DATE 3-11 2003 | REQUISITION NO. 130 |
|---|---|
| SHIP TO | |

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| > | | | | |

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | 1 | 1300 SULLAIR COMPR #B 398 | | 42,000 — |
| | 1 | 1350 HANKENSON AIR DRYER # D 249 | | 22,000 — |
| | 1 | 500 GAL DOUBLE WALL FUEL TANK & W/ PUMP #DC 465 | | 6,000 — |
| | 1 | 6 BAG 2 STAGE BLAST POT CLEMCO | | 12,000 — |
| > | | | | |
| | | | | 82,000 — |

*109 ×109*

EXH. 1

IIC-000225

1. Please send _____ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

AUTHORIZED BY

NEBS To Reorder:
800-225-6380 or nebs.com