Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRIESES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                    Defendants. | Case No. 3:03-cv-00199-RRB |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>         Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>        Cross-Defendants/Third-Party Defendants. | **COFFMAN ENGINEERS, INC.'S JOINDER IN BRECHAN AND SAFECO'S MOTION FOR SUMMARY JUDGMENT–NONDISCLOSURE** |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

THE UNITED STATES OF AMERICA for the use
and benefit of ABSOLUTE ENVIRONMENTAL
SERVICES, INC., an Alaska corporation,

                                        Plaintiff,

v.

SAFECO INSURANCE COMPANY OF
AMERICA, a Washington corporation,

                                        Defendant.

BRECHAN ENTERPRISES, INC., an Alaska
corporation,

                            Counterclaim Plaintiff,

v.

ABSOLUTE ENVIRONMENTAL SERVICES,
INC., an Alaska corporation,

                            Counterclaim Defendant.

BRECHAN ENTERPRISES, INC., an Alaska
corporation,

                            Third-Party Plaintiff,

v.

COFFMAN ENGINEERS, INC., a Washington
corporation,

                            Third-Party Defendant.

Coffman Engineers, Inc. joins in the motion of Brechan Enterprises, Inc. and Safeco Insurance Company of America (collectively "Brechan") for summary judgment dismissing with prejudice the claims of Absolute Environmental Services, Inc. ("Absolute") against Coffman.

The undisputed facts, law, and arguments set forth by Brechan in its Motion for Summary Judgment—Nondisclosure apply with even more force relative to Absolute's claim against Coffman. As the court is aware, Coffman did not have any contractual relationship with Absolute. Coffman had no involvement in negotiating the terms, including the pricing, of the subcontract between Absolute and Brechan, or the second tier contract between Absolute and Imperial Industrial Coatings ("Imperial"). Coffman was not involved in the selection of Absolute to perform the Phase II work,

and, indeed, there is no evidence that Coffman was even aware of the identity of the Phase II subcontractor until well after Brechan had selected Absolute to perform that work.

Moreover, not only is there no evidence that the same weld problems which impacted Swalling on Phase I were replicated in the Phase II area, there is also a total lack of evidence as to any belief or knowledge by Coffman that the changes it made in the Phase I specifications, which were incorporated into the Phase II subcontract between Absolute and Brechan, would not adequately address such conditions were they to have arisen in the Phase II area.

Furthermore there are no facts in the record which support or from which it can be inferred either that Coffman hid or concealed anything which occurred during Phase I, or that it would have "stone walled" had similar concealed conditions actually have arisen and impacted Phase II. To the contrary, the record is clear in that (1) when the "unanticipated" or "changed" or "concealed" conditions did arise during Phase I, the existence of such conditions was immediately open and notorious to all involved, including the contractor, with the changed conditions immediately being reported to Brechan and the Coast Guard[1] and (2) that when the issue of these conditions was raised by Swalling, Coffman, in its October 30, 2001 Memorandum to the owner, readily acknowledged a concealed, changed condition had arisen, and supported Swalling's claim for entitlement to some amount of additional compensation.

For these reasons, and the reasons stated in Brechan's comprehensive briefing, Coffman is entitled to summary judgment.

DATED this 21st day of August, 2006.

LANE POWELL LLC
Attorneys for Coffman Engineers, Inc.

By  s/ Peter C. Partnow
Peter C. Partnow, ASBA No. 7206029
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
Email:  PartnowP@LanePowell.com

---

[1] This is in stark contrast to Absolute's current claims which not only were not raised during construction, or even after this lawsuit was filed, when Absolute was on notice of its alleged 1.2 million dollar loss, but instead were raised for the first time in the summer of 2005, almost two years after the project had been completed, when Absolute apparently became concerned about whether it could collect claimed damages from Imperial.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

I certify that on August 21, 2006, a copy of the
foregoing was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow

011680.0076/156215.1

**LANE POWELL** LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631