Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRIESES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                              Defendants. | Case No. 3:03-cv-00199-RRB |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>       Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>       Cross-Defendants/Third-Party Defendants. | **COFFMAN ENGINEERS, INC.'S JOINDER IN BRECHAN ENTERPRISES' AND SAFECO'S MOTION TO EXCLUDE DAMAGES TESTIMONY BY MICHAEL LEMBKE AND <u>MOTION FOR SUMMARY JUDGMENT</u>** |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| |
|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, |
| Plaintiff, |
| v. |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, |
| Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, |
| Counterclaim Plaintiff, |
| v. |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, |
| Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, |
| Third-Party Plaintiff, |
| v. |
| COFFMAN ENGINEERS, INC., a Washington corporation, |
| Third-Party Defendant. |

Coffman Engineers, Inc. ("Coffman") joins in the motion of Brechan Enterprises, Inc. and Safeco Insurance Company of America (collectively "Brechan") to exclude the testimony of Michael Lembke and for summary judgment and notes that the exclusion of Mr. Lembke's testimony and/or the granting of summary judgment on the issues addressed by Brechan would apply equally to the

**Coffman Engineers, Inc.'s Joinder in Brechan & Safeco's Motion to Exclude
Damages Testimony by Michael Lembke and Motion for Summary Judgment**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. 3:03-cv-00199-RRB)       **Page 2 of 4**

damage claims asserted by Absolute Environmental Services, Inc. ("Absolute") against Coffman in Absolute's third-party claim.[1]

As the discussion of the undisputed facts material to that motion and the legal analysis by Brechan is compelling, Coffman will not repeat the matters already addressed by Brechan. However, there are several brief points not discussed by Brechan which should assist the court's analysis and which further support the motion to exclude and for summary judgment.

First, as noted in Brechan's motion, in a thinly veiled attempt to prevent its compensatory damages claims from being recognized as an improper "total cost" claim, Absolute's retained damages expert made certain assumptions or calculations which purportedly establish the amount of square footage of coatings work completed by Imperial Industrial Coatings ("Imperial") and the amount of the coatings work completed by Absolute. Mr. Lembke then used the resulting ratio "as a reasonable way to come up with percentages" which he used to allocate fault as between Imperial on the one hand and Brechan/Coffman on the other. Exhibit 1 to declaration of counsel at p. 228. However, Mr. Lembke identified no basis other than his own bald assertions either as to the rationale for the total amount of damages asserted or for the conclusion his proposed percentage allocations of those alleged damages bears any relationship to damages which might be attributable to various parties.

Second, as Absolute itself has asserted in its Motion to Dismiss or Cap Certain Claims Alleged by Defendant Emerco, Inc.(Docket No. 227), damages of the type sought "must be

---

[1] Coffman has filed a separate dispositive motion, as has Brechan, to exclude Absolute's business devastation claim. In addition, Coffman has also filed a dispositive motion with regards to Absolute's third-party claim as impermissibly seeking economic loss damages from Coffman.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

**Coffman Engineers, Inc.'s Joinder in Brechan & Safeco's Motion to Exclude
Damages Testimony by Michael Lembke and Motion for Summary Judgment**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**    **Page 3 of 4**

established by expert opinion . . . ." *Id.* at 8. (Citations omitted.) If, as Brechan has correctly demonstrated, Mr. Lembke's testimony must be excluded, then Absolute, like Emerco "has no expert to establish" its damages. *Id.* at 9.

For the reasons set forth herein and more fully in Brechan's memorandum, the damage testimony of Michael Lembke should be stricken and summary judgment should be granted to Brechan and Coffman with regards to Absolute's claims for damages.

DATED this 21st day of August, 2006.

LANE POWELL LLC
Attorneys for Coffman Engineers, Inc.

By  s/ Peter C. Partnow
    Peter C. Partnow, ASBA No. 7206029
    301 W. Northern Lights Blvd., Suite 301
    Anchorage, Alaska 99503-2648
    Tel:  907-277-9511
    Fax:  907-276-2631
    Email:  PartnowP@LanePowell.com

I certify that on August 21, 2006, a copy of the foregoing was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow
011680.0076/156216.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Coffman Engineers, Inc.'s Joinder in Brechan & Safeco's Motion to Exclude
Damages Testimony by Michael Lembke and Motion for Summary Judgment**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**     **Page 4 of 4**