Terry R. Marston, *pro hac vice*, terry@mhf-law.com
Jami K. Elison, *pro hac vice*, jamie@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. <br><br> Defendants. | Case No.: A03-0199CV (RRB) <br><br> DECLARATION OF DONOVAN RULIEN IN SUPPORT OF ABSOLUTE'S OPPOSITION TO BRECHAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT TO DISMISS "BUSINESS DEVASTATION" CLAIM AND MOTION IN LIMINE TO EXCLUDE TESTIMONY CONCERNING ALLEGED BUSINESS DEVASTATION |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC., <br><br> Counterclaimant/Third-party Claimant, <br><br> v. <br><br> ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al., <br><br> Cross-defendants/Third-party Defendants. | |

DECLARATION OF DONOVAN RULIEN IN SUPPORT OF ABSOLUTE'S OPPOSITION TO
BRECHAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT TO DISMISS "BUSINESS
DEVASTATION" CLAIM AND MOTION IN LIMINE TO EXCLUDE TESTIMONY CONCERNING
ALLEGED BUSINESS DEVASTATION
Case No. A03-0199CV (RRB)-- 1

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, )))))) |
| 2 | |
| 3 | |
| 4 | Plaintiff, )) |
| | vs. ) |
| 5 | ) |
| 6 | SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. ))) |
| 7 | Defendants. )))) |
| 8 | BRECHAN ENTERPRISES, INC., an Alaska corporation, ))) |
| 9 | |
| 10 | Counterclaim Plaintiff, )) |
| | vs. ) |
| 11 | ) |
| 12 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ))) |
| 13 | Counterclaim Defendant. ) |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska corporation, ))) |
| 15 | Third-Party Plaintiff, )) |
| 16 | vs. ) |
| 17 | COFFMAN ENGINEERS, INC, a Washington Corporation. ))) |
| 18 | Third-Party Defendant. )) |
| 19 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ))) |
| 20 | |
| 21 | Plaintiff/Cross-claimant, )) |
| | vs. ) |
| 22 | COFFMAN ENGINEERS, INC, a Washington Corporation. ))) |
| 23 | |
| 24 | Third-Party Defendant. )) |

DECLARATION OF DONOVAN RULIEN IN SUPPORT OF ABSOLUTE'S OPPOSITION TO BRECHAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT TO DISMISS "BUSINESS DEVASTATION" CLAIM AND MOTION IN LIMINE TO EXCLUDE TESTIMONY CONCERNING ALLEGED BUSINESS DEVASTATION
Case No. A03-0199CV (RRB)-- 2.

I, Donovan Rulien, being first duly sworn, declare and say as follows:

1. I am a partner and certified public accountant at Rulien, Whitlock & Associates, LLC. Rulien, Whitlock & Associates, LLC was engaged by plaintiff, Absolute Environmental Services, Inc. ("AESI"), to compute AESI's business devastation loss due to the USCG Cargo Wharf Pile Coating Contract project. Attached hereto as **Exhibit A** is a true and correct copy of my curriculum vitae. Attached hereto as **Exhibit B** is a true and correct copy of my expert report.

2. I have professional experience in the sale and acquisition of businesses.

3. Based on the testimony of Dave Olson that has been provided to me, and based on my experience and knowledge of industry practices, AESI is a business that will not be attractive to prospective buyers. Based on the testimony of Dave Olson that has been provided to me, it is easy to conclude that AESI has no fair market value. Although AESI was once a profitable business that I valued at $2.28 million dollars before completion of the Kodiak Cargo Wharf Project, AESI has been devastated and has lost all that value

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 21 day of August, 2006 at Anchorage, Alaska.

_____
Donovan Rulien