**DONOVAN W. RULIEN, CPA, CVA**

**1407 W. 31st Avenue, Suite 500
Anchorage, Alaska 99503
907-272-1421
drulien@rulienwhitlock.com**

**EDUCATION**

Graduated from Central Washington University in 1980 with a Bachelor of Science in Accounting.

**PROFESSIONAL CREDENTIALS**

Licensed to practice as a Certified Public Accountant in the State of Alaska (CPA), 1991

Certified Valuation Analyst (CVA), 2005

**POSITION AND EXPERIENCE**

Member, Rulien, Whitlock & Associates, LLC., 1999 to present.

Principal, Trimble/Rulien, CPAs, APC, 1991 – 1999

Tax manager, Daniel, Hewko & Schamber, CPAs, APC, 1985 – 1991

Tax Senior, Bigler, Kohler & Obendorf, Inc. 1982 - 1985

**PROFESSIONAL AFFILIATIONS**

- Alaska Society of Certified Public Accountants
  President 2003 - 2004
  Board member 1998 – 2005
  Chair of Legislative Committee 1995 – 2005

- American Institute of Certified Public Accountants
- National Association of Certified Valuation Analysts

**COMMUNITY SERVICE, VOLUNTEER POSITIONS**

- Romig Middle School PTSA, Treasurer, 2003 – 2005
- Boys & Girls Club, board member, 1999 - 2002
- Big Brother/Big Sister, Treasurer & Board member, 1989 - 1993
- Anchorage Hillside Rotary Club, Treasurer, 1987 - 1999
- Turnagain Elementary School, Treasurer, 2001
- Romig Middle School PTSA, Treasurer, 1999 - 2001

Page 2
Donovan W. Rulien, CPA
Resume

**SPEAKING & TEACHING HISTORY**

- Adjunct professor for the University of Alaska Anchorage.
- Expert witness in business valuations
- Speaker for the National Association of Independent Accountants.
- Frequent speaker for bonding and insurance company's.
- Frequent panelist on the television program "Tax Talk"