VALUATION REPORT

THE COMBINED VALUATION OF

ABSOLUTE ENVIRONMENTAL SERVICES, INC.
and
SAD LEASING, INC.

December 31, 2003

**TABLE OF CONTENTS**

|  | Page |
|---|---|
| **VALUATION REPORT** | 2 |

**INTRODUCTION:**      3-8
        Summary Description of Engagement
        Valuation Approach
                Revenue Ruling 59-60
        Statement of Procedural Policies

**FIRM BACKGROUND:**      9-20
        History
        Markets and Competition
        Operations
        Management
        Ownership
        Company Expectations
        Contingencies
        Summary of Positive and Negative Factors of the Business

**VALUATION THEORY**      21-22
        Risks

**VALUATION METHODS:**      23-31
        Economic Formula Value
        Market Approach
        Asset Based Approach
        Income or Earnings Approach

**DISCOUNTS**      32

**VALUATION SUMMARY**      33

**EXHIBITS**

    Exhibit A, Adjustments to Historical Financial Statements      34
    Exhibit B, Normalized Income Statement      35
    Exhibit C, Historical Balance Sheets and Income Statements      36-37
    Exhibit D, Key Financial Ratios      38
    Exhibit E, Net Asset Value Method      39
    Exhibit F, Build-up of Discount and Capitalization Rate      40
    Exhibit G, Capitalization of Earnings Method      41
    Exhibit H, Discounted Future Earnings Method      42



**R U L I E N,**

**W H I T L O C K**

**& Associates, LLC**

1407 W. 31st Ave.,

Suite 500

Anchorage, AK 99503

Tel. (907) 272-1421

Fax. (907) 272-8556

www.rulienwhitlock.com

March 15, 2006

David E. Olson
Absolute Environmental Services, Inc.
 and Sad Leasing, Inc.
P.O. Box 112807
Anchorage, Alaska 99511-2807

Mr. Olson:

We have prepared and enclosed, herewith, our valuation report of the companies Absolute Environmental Services, Inc. and Sad Leasing, Inc. dated March 15, 2006. The purpose of the valuation is to render an opinion as to the fair market value of 100 percent common equity interest of Absolute Environmental Services, Inc. and Sad Leasing, Inc. as of December 31, 2003.

Our report is based on historical financial information provided to us by management and other third parties. Had we audited or reviewed the underlying data, matters may have come to our attention which could have resulted in our using amounts which differ from those provided. Accordingly, we take no responsibility for the underlying data presented in this report. Users of this valuation report should be aware that business valuations are based on future earnings potential that may or may not materialize. Therefore, the actual results achieved during the projection period will vary from the projections used in this valuation, and the variations may be material.

Based on our study and analytical review procedures we have concluded that a reasonable estimate of the fair market value of 100 percent of the common equity interest of Absolute Environmental Services, Inc. and Sad Leasing, Inc. as of December 31, 2003 is $2,280,000.

This report has been prepared for the specific purpose of valuing the common stock of Absolute Environmental Services, Inc. and Sad Leasing, Inc. as of December 31, 2003. The purpose of this valuation is for computing the business devastation loss due to the USCG Cargo Wharf Pile Coating Contract litigation, and is intended for no other purpose.

Respectfully submitted,

Donovan W. Rulien, CPA, CVA
RULIEN, WHITLOCK & ASSOCIATES, LLC

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006

## INTRODUCTION

## <u>SUMMARY DESCRIPTION OF ENGAGEMENT</u>

The objective of our analysis is to provide an independent opinion of the Fair Market Value of the Absolute Environmental Services, Inc. and Sad Leasing, Inc. as of December 31, 2003.  This report will provide a detailed narrative explanation of the methods, procedures, and calculations used to arrive at our opinion of Fair Market Value.  This analysis has been conducted in accordance with the guidelines set forth in Revenue Ruling 59-60, 1959-1 C.B. 237 as amplified, modified and clarified in later rulings and cases.

Absolute Environmental Services, Inc. was a general contractor primarily engaged in lead and asbestos abatement, as well as applying coatings in the State of Alaska.  Sad Leasing, Inc. was an equipment leasing Company, primarily leasing equipment to Absolute Environmental Services, Inc.  Both entities are 100 percent owned by David E. Olson.

Our opinion of Fair Market Value is the result of a detailed analysis including data accumulations, qualitative analysis, financial analysis, and selection of appropriate valuation criteria.  All of the foregoing is then combined with informed professional judgment to produce a reasonable opinion of Fair Market Value.

In addition, our opinion of Fair Market Value relied on a "value in use" or going concern premise.  This premise assumes that Absolute Environmental Services, Inc. and Sad Leasing, Inc. is an ongoing business enterprise with management operating in a rational way with a goal of maximizing Company earnings.

Our analysis considers those facts and circumstances present at Absolute Environmental Services, Inc. and Sad Leasing, Inc. at the Valuation Date.  Our opinion would most likely be different if another Valuation Date was used.

Exhibit B
Page 4 of 43

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006

## VALUATION APPROACH

Our approach has been to determine the value which would provide a reasonable return on investment to an investor.  Our opinion is based on, among other things, our estimate of the risks facing the Company and the return on investment that would be required on alternative investments with similar levels of risks.  Both internal and external factors have been considered in assessing the risks involved in investing in this company.  Internal factors include, among other things, the financial condition of the Company, the competitive position of the Company, the size of the Company, the quality and depth of the Company's organization and staffing, and the reliability and stability of the Company's earnings.  External factors include, among other things, the existing conditions of the economy, the expectations of the economy, the existing conditions of the industry, the expectations of the industry, and the competitive environment of the industry.

The valuation of the Company's equity was conducted according to guideline established by the Internal Revenue Service Revenue Ruling 59-60 and according to various professional standards established by National Association of Certified Valuation Analysts and other standards we deemed appropriate under the circumstances.  The methodology incorporated in the formulas we used to value the Company takes into account the basic tenants of modern financial theory; that is, that the value of any asset is the function of several factors:

1.  The stream of benefits the owner of the asset expects to receive;

2.  The timing of the receipt of these benefits; and

3.  The risk borne by the owner.

### Revenue Ruling 59-60

Revenue Ruling 59-60 provides the general approach, methods and factors to be considered in valuing shares of the capital stock of closely-held corporations for estate tax and gift tax purposes.  The general approach, methods and factors outlined in Revenue Ruling 59-60 have been extended to valuations of business interests for income as well as for estate and gift tax purposes.  They apply to problems involving the determination of the fair market value of business interests of any type, including partnership and proprietorships, and of intangible assets for all tax purposes.

-4-

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006


Section 20.2031-1 (b) of the Estate Tax Regulations and Section 25.2512-1 of the Gift Tax Regulations define fair market value as "the price at which the property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of the relevant facts."

Revenue Ruling 59-60 emphasizes that in valuing the stock of either closely-held corporations, or corporations where market quotations are either lacking or too scarce to be recognized, all available financial data as well as all relevant factors affecting the fair market value should be considered.  This revenue ruling sets forth eight factors, which are to be taken into account in valuing the aforementioned types of entities.  These factors, which have long been recognized by the courts and practiced by the appraisal profession, are as follows:

    a) The nature of the business and the history of the enterprise from its inception;  We used the last five years of the Company's financial data since we felt this would be the best indicator of the future.

    b) The economic outlook in general and the condition and outlook of the specific industry in particular; consensus projections envision modest growth, low inflation, stable interest rates and relatively few major risks.

    c) The book value of the stock and financial condition of the business; this measures accounting depreciated historical cost, not market value.  It assumes liquidation, which is inappropriate for a going concern.  It also ignores goodwill and intangible assets.  Refer to the narrative under the asset approach.

    d) The earning capacity of the company; see the income approach narrative enclosed.

    e) The dividend-paying capacity; the Company is a closely held Corporation.  Dividends, being taxed at the corporate and individual levels, are very expensive.  Therefore we would have to project what the dividend-paying capacity could be versus what it was in order to use this method of valuation.  We believe this would result in too much conjecture and therefore, we have determined it not to be relevant for this purpose.

    f) Whether or not the enterprise has goodwill or other intangible value; goodwill and intangible assets were not valued separately, but contribute to the earnings value exceeding the net tangible asset value (refer to discussions regarding goodwill and intangible assets throughout this report).

-5-

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006

g) Sales of stock and size of the block of stock to be valued; there have not been any arms length transaction in the stock of the Company.  Therefore, we will discuss all similar comparable sales of Company's that fit Absolute Environmental Services, Inc. and Sad Leasing, Inc. size and volume.

h) The market price of stocks for corporations engaged in the same or a similar line of business having their stocks activity traded in a free and open market, either on an exchange or over-the-counter.  Refer to the Market Approach section of this report.

Revenue Ruling 59-60 allows that the aforementioned eight factors are not necessarily to be accorded with equal weight and that certain factors may carry more weight than others because of the nature of the Company's business.  A determination of value is a matter of judgment, which is arrived at by the appraiser after consideration of all the factors.

These eight factors are fundamental to any appraisal of closely-held securities.  They are not, however, all-inclusive.  Other factors relevant to the subject valuation must also be considered. The pertinence and reasonableness of the various factors analyzed and considered are discussed throughout the report.

One must also factor in the key difference between a hypothetical purchase/sell and those that actually occur.  The motivations of the owners of a small businesses compared to large businesses generally provide added differences for comparative purposes, which must be considered.  In large businesses, we often talk about financial buys verses strategic buys.  In these transactions, financial returns, cost of equity and return on equity are usually the prime drivers.  This is often not the case for small acquisitions.  Many buyers of small businesses are buying a job or a lifestyle or both.  Furthermore, small acquisitions are often structured as asset sales rather than stock sales because (a) the buyer does not want the risk of liability that may arise from ownership of the stock and (b) many times the seller wishes to retain certain personal assets.

This valuation is subject to the assumptions and limiting conditions previously stated, as well as those stated in the statement of Procedural Policies.  We have no present or contemplated financial interest in this corporation.  Our fees for this valuation are based upon our normal billing rates and are in no way contingent upon the results of our findings.  We have no responsibility to update this report for events or circumstances occurring subsequent to the date of this report.

-6-

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006


The following information was relied on to determine the fair market value of Absolute Environmental Services, Inc. and Sad Leasing, Inc.

1.  Federal and State Income Tax Returns filed by the Corporations for the years ending December 31, 1999 through December 31, 2003.

2.  Schedule of officer's compensation for the calendar years 1999 through 2003.

3.  A thorough search of information related to the industry on the World Wide Web including trade publications, industry and economic analysis.

4.  Reviewed financial statements for Absolute Environmental Services, Inc. for the years 1999 through 2003.

5.  Site visits of the headquarters in Anchorage, Alaska.

6.  Discussions with David E. Olson, President, 100 percent owner of Absolute Environmental Services, Inc. and Sad Leasing, Inc.


## STATEMENT OF PROCEDURAL POLICIES


This report is a valuation report designed to give an opinion of fair market value.  It is not a financial report, and it should not be relied upon to disclose hidden assets or to verify financial reporting.  It is an opinion of the fair market value of the Company as of December 31, 2003 for the purpose of computing the business devastation loss due to the USCG Cargo Wharf Pile Coating Contract litigation, and is intended for no other purpose..

All financial statements, operating results, and other data pertaining to the income and expenses of Absolute Environmental Services, Inc. and Sad Leasing, Inc. have been accepted by Rulien, Whitlock & Associates, LLC without further verification, as being prepared in conformity with generally accepted accounting principles consistently applied, except as may be specified in this report.

All related facts, comments, and statistical information set forth in this report have been obtained from sources believed to be knowledgeable, reliable and accurate.

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006

We have relied on the representations of the owners, management and other third parties concerning the value and useful condition of all property and equipment, investments used in the business, and any other assets or liabilities except as specifically stated to the contrary in this report.  We have not attempted to confirm whether or not all assets of the business are free and clear of liens and encumbrances, or that the Company has good and marketable title to all assets.

All opinions of value based on the foregoing are those of Donovan W. Rulien, CPA, CVA utilizing widely recognized and approved valuation methods.  Our conclusion assumes the continuation of prudent management policies over whatever period is reasonable and necessary to maintain the character and integrity of the Company.

Neither the analysis nor any other employee of Rulien, Whitlock & Associates, LLC has any direct or indirect interest in the company being valued.

Possession of this report, or a copy, thereof, does not carry with it the right of publication of all or any part of it, nor may it be used for any purpose by anyone but the addressee without the written consent and approval of Donovan W. Rulien, CPA, CVA.  Permission from Donovan W. Rulien, CPA, CVA is also required for the conveyance of all or any part of this report to the general public through advertising, public relations, news, sales, or other such media.

The valuator, by reason of performing this valuation and preparing this report, is not required to give expert testimony or to be in attendance in court or at any government hearing with reference to the matters contained herein unless prior arrangements have been made with Donovan W. Rulien, CPA, CVA regarding such additional work.

Donovan W. Rulien, CPA, CVA does not purport to be a guarantor of value.  Valuation of closely held companies is an imprecise science, with value being a question of fact, and reasonable people can differ in their estimate of value.  We have, however, used conceptually sound and commonly accepted methods and procedures of valuation in determining the estimates of value included in this report.

This report has been prepared for the specific purpose of valuing this Company's common stock at December 31, 2003 for the purpose of computing the business devastation loss due to the USCG Cargo Wharf Pile Coating Contract litigation, and is intended for no other purpose.  Had we valued the Company for any other purpose the value could be substantially different.  In addition this valuation reflects facts and conditions existing at the valuation date.  Subsequent events have not been considered, and we have no obligation to update our report for such events and conditions.

-8-

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006

## FIRM BACKGROUND

## <u>HISTORY:</u>

Absolute Environmental Services, Inc. was incorporated in the State of Alaska on November 1, 1993.   The founder, David E. Olson, formed the corporation to provide lead and asbestos abatement services for both Federal and state governmental agencies.   Sad Leasing, Inc. was formed on August 1, 1994 by David E. Olson to purchase equipment which would be leased back to Absolute Environmental Services, Inc.

Ownership is as follows:

> David E. Olson is 100 percent owner and president of both Company's.   Mr. Olson also and manages the day to day operations of the Company's.

Gross revenue generated by the Company over the past five years has varied from a high of $5,598,544 in 2003 to a low of $2,004,302 in 1999, See Exhibit C, page 37.   The increase is believed to be due to the following:

- Construction growth in the State of Alaska over that period of time.
- The Company's expertise in the specific area of construction.
- The Company's good standing in the construction field and particularly in the lead and asbestos abatement field.
- The Company having access to the proper equipment to undertake those particular types of contracts.
- The highly trained personnel with the expertise to undertake such contracts.
- The Company's track record with the particular Governmental agencies dealing with environmental issues.

-9-

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006


## MARKETS AND COMPETITION:

### National Economy

### Construction

The U.S. possesses the world's largest national market for construction & engineering, but has been characterized by low growth in recent years, due to lower investment levels in the weakened economic environment of the 2001-2003 period.  The U.S. construction and engineering market is fragmented, with small, localized operations collectively dominating. However, there are a number of large players with nationwide coverage active in the market and it is these companies that dominate in the civil engineering sector. The three leading companies in the US - Bechtel, Centex, and Fluor Corporation - together accounted for less than 4 percent of the market value. Many smaller companies manage to survive in this competitive market due to the localized or specialized nature of their operations.

For the 2000 through 2003 period, housing remains the big story in real estate and construction, while other sectors have been a mixed bag. The combination of historically low interest rates, a booming U.S. housing market and strong overseas demand for construction materials has spurred growth in the construction industry.

Development, construction, leasing and sales of residential and commercial real estate soared in the United States during the second half of the 1990s. A terrific job market, booming stock markets, rapidly accelerating household wealth (particularly among those with stock options or large stock portfolios), a big increase in new business startups and other  boom-era factors pushed the entire real estate and construction industry to new heights. Federal, state and local government coffers were brimming with increased tax revenues, and much of that money flowed into new construction and infrastructure projects. Specialty construction contractors enjoyed phenomenal growth in such areas as the laying of telecommunications lines and the construction of new electric generating plants. Boston's Big Dig and other large, publicly funded infrastructure projects added billions to the construction industry's revenues.

When the stock market bubble burst in 2000, some sectors of real estate and construction held up well, while others suffered. Hardest hit were the office building and commercial facilities sectors, when under-funded startups walked away from their office and warehouse leases. Many of America's largest corporations downsized, delayed or cancelled new construction projects. Others moved operations to less costly nations like India.

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006

In early part of the decade, the Federal Reserve pushed the prime lending rate, and thus mortgage rates and all borrowing rates, to historical lows. After mortgage interest rates peaked at about 8.8 percent in 2000, Greenspan cut the Fed funds rate 13 times between 2001 and mid-2003 to encourage borrowing and construction. In mid- to late-2003, the average 30-year mortgage rate bottomed out at about 5.3 percent and the Fed funds rate was a mere 1 percent. The Federal Reserve started boosting rates again in June 2004, but lending and mortgage rates remain low.

Such low rates caused a flurry of construction sector activity in the U.S., particularly in the housing market. Almost every participant in the construction and real estate industry (appraisers, home inspectors, real estate agents, mortgage brokers and refinancers, construction materials companies, general contractors, subcontractors, home improvement stores, etc.) benefited.

Despite the low rates and booming housing market, the overall economy has been shaky. The country was in the midst of a slight recession when the tragedy of September 11, 2001 occurred, and the unrest and uncertainty that followed did little to bolster economic optimism and business spending. Even with low rates, businesses aren't as likely to spend on capital improvements and expansion when business is slow. That fact, combined with fallout from the dot.com era, has meant less sunny times for the commercial construction business.   However, the market recovered strongly in 2004 and looks set to achieve healthy growth going forward.

Overall, construction is about an $882 billion industry in the United States, as follows: $217 billion public construction and infrastructure (water supply, roads, schools, etc.), $453 billion private sector residences and $212 billion private sector commercial. These figures do not include minor non-permitted remodeling, which probably tops $100 billion.

-11-

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006

| Total Construction | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
| Revenue & Price | | | | | | | |
| Revenue, Billion $ | 728.1 | 800.0 | 854.9 | 916.6 | 974.2 | 951.5 | 998.2 |
| % Year Ago | 6.4 | 9.9 | 6.9 | 7.2 | 6.3 | -2.3 | 4.9 |
| Revenue, Billion 1996$ | 398.3 | 406.6 | 420.1 | 437.7 | 437.3 | 390.4 | 385.1 |
| % Year Ago | 7.5 | 2.1 | 3.3 | 4.2 | -0.1 | -10.7 | -1.4 |
| Industry Price, 1996=100 | 182.8 | 196.7 | 203.5 | 209.4 | 223.0 | 243.8 | 259.1 |
| % Year Ago | -1.0 | 7.6 | 3.4 | 2.9 | 6.5 | 9.4 | 6.3 |
| Input Costs | | | | | | | |
| Materials & Services, Billion $ | 378.8 | 405.7 | 423.8 | 443.6 | 458.4 | 442.0 | 476.9 |
| % Year Ago | 4.5 | 7.1 | 4.4 | 4.7 | 3.3 | -3.6 | 7.9 |
| Labor, Billion $ | 93.2 | 102.3 | 112.3 | 120.2 | 122.5 | 125.2 | 129.7 |
| % Year Ago | 8.2 | 9.8 | 9.7 | 7.1 | 1.9 | 2.2 | 3.6 |
| Gross Operating Profit | | | | | | | |
| Gross Operating Profit, Billion $ | 256.1 | 292.0 | 318.9 | 352.8 | 393.3 | 384.3 | 391.5 |
| Ratio Gross Profit / Sales (%) | 35.2 | 36.5 | 37.3 | 38.5 | 40.4 | 40.4 | 39.2 |

Source: Global Insight

**Remediation and Abatement**

Asbestos is a generic term for a group of six naturally-occurring fibrous minerals.  Information
on the health effects of asbestos in humans comes mostly from studies of people who had inhaled
high levels of asbestos fibers in the workplace. These asbestos workers were found to have
increased chances of getting two types of cancer, lung cancer and mesothelioma, both of which
are usually fatal. These diseases do not appear immediately, but develop only after a period of
between 10 and 30 years. Members of the public who are exposed to lower levels of asbestos
may also have increased chances of getting cancer, but the risks are usually small and are
difficult to measure directly.  Besides causing cancer, breathing asbestos can also cause a slow
accumulation of scar-like tissue in the lungs, called asbestosis. This scar-like tissue does not
expand and contract like normal lung tissue, and so breathing becomes difficult, and can
eventually lead to disability or death.

Exhibit B
Page 13 of 43

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006

The potential for an asbestos containing material (ACM) to release fibers depends primarily on its condition. If the material, when dry, can be crumbled by hand pressure - a condition known as "friable" - it is more likely to release fibers, particularly when damaged. However, as long as the surface is stable and well-sealed against the release of its fibers, the material is considered safe until damaged in some way. Removal is usually the last choice among alternatives, because it poses the most risk of fiber release, if not done properly.  EPA only requires asbestos removal in order to prevent significant public exposure to asbestos, such as during building renovation or demolition.

Asbestos and lead abatement workers are trained to identify, remove, and dispose of these materials in a manner that minimizes exposure. Personal protective gear, such as respiratory masks and body suits, is worn to protect against inhalation and skin exposure. Areas where material removal takes place must be sealed off to prevent the escape of fibers and dust. Chemical sprays and putties are applied to surfaces containing asbestos and lead, allowing workers to scrape the materials from surfaces. Vacuums with special filters are then employed to gather the hazardous substances and confine them to containers approved for their transport.

Job opportunities are expected to be excellent for hazardous materials removal workers. The occupation is characterized by a relatively high rate of turnover, resulting in a number of job openings each year stemming from experienced workers leaving the occupation. In addition, many potential workers are not attracted to this occupation, because they may prefer work that is less strenuous and has safer working conditions. Experienced workers will have especially favorable opportunities, particularly in the private sector, as more State and local governments contract out hazardous materials removal work to private companies.

Employment of hazardous materials removal workers is expected to grow much faster than average for all occupations through the year 2014, reflecting increasing concern for a safe and clean environment. Special-trade contractors will have strong demand for the largest segment of these workers, namely, asbestos abatement and lead abatement workers; lead abatement should offer particularly good opportunities. Mold remediation is a growing part of the occupation at the present time, but it is unclear whether the growth will continue as builders find ways to prevent moisture from entering homes.

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006


**Alaska**

Alaska added about 4,500 new jobs in 2003, continuing an impressive sixteen consecutive years of employment growth. Slightly more than half of the new jobs were in health care and social assistance. The state's 1.5 percent growth rate in 2003 was down from the levels of the last three years, but was still healthy compared to most of the country, which continued to struggle to create jobs following the 2001 recession.

The oil industry job count fell again in 2003 and at 8,100 is now 15 percent lower than in 2001. Spending on both exploration and development was down despite oil prices near $30 a barrel. Since completion of the big Northstar and Alpine projects a few years ago, the industry appears to be in a holding pattern.

Historically, construction has been characterized by boom and bust cycles—driven by the construction of military projects, refineries, oil pipelines, oil field developments and other big infrastructure projects. It was often the leading economic indicator for the state's overall economy. The industry's vigor was often the engine that drove the rest of the economy.

In 2003, construction employment did reach 16,400. Although the industry has made a steady recovery, it still does not approach the employment peaks of 30,000 established in 1976 or 20,700 reached in 1983. In those years it was not unusual for construction to account for eight to ten percent of all Alaska's wage and salary employment, and at times the industry's payroll represented as much as a third of all earnings paid to Alaska workers.

| Largest Construction Companies in Alaska | | |
|---|---|---|
| Company | Annual Average Employment | Type |
| Wilder Construction | 213 | heavy/civil eng |
| Osborne Construction | 208 | building |
| Colaska | 186 | heavy/civil eng |
| Summit | 144 | heavy/civil eng |
| Alcan Electrical | 142 | specialty |
| SKW/Eskimos | 130 | building |
| Alaska Interstate Inc. (AIC) | 130 | heavy/civil eng |
| Houston Contracting | 127 | heavy/civil eng |
| Alaska Mechanical Inc. (AMI) | 105 | building |
| Harpoon Construction | 105 | building |

Source: Alaska Economic Trends

-14-

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006

Between late 1998 and 2001 oil provided the construction industry a big boost with the development of the Alpine and Northstar fields on the North Slope. Since then oil's influence has waned. According to figures provided by Associated General Contractors, the oil industry spent approximately 25 percent less on construction in 2003 than it did in 2002. This reduced amount added up to $1.4 billion.

During the past five years the visitor industry has been an important source of construction activity. Hotel construction in Anchorage, Fairbanks and other tourist destinations in the state helped vitalize the industry. Between 1997 and 2002 eleven new hotels were built in Anchorage and six in the Fairbanks area. Princess Tours built two large resorts, one in the Talkeetna area and the second in Copper Center.

The 2001 building season set a new record for the decade and the 2003 season may be set to top this performance. At this early stage, building activity in Anchorage, Alaska's largest housing market, is substantially up over last year. Building permits for housing units were up nearly 22 percent, and valuation of all projects, which includes commercial and public construction, increased by over $130 million or nearly 33 percent over last year's figures. Residential building is also robust in Fairbanks and in several other parts of the state. Low mortgage interest rates have undoubtedly given a big boost to residential housing construction.

Employment prospects for hazardous materials removal workers are promising in Alaska. Employment is projected to grow 33 percent through 2010.  According to Alaska's 2001 wage survey data, hazardous materials removal workers enjoy relatively high earnings. The statewide median wage, the wage at which half of these workers earn more and half earn less, was reported at $24.91. This translates to an annual salary of nearly $52,000, assuming a standard 2,080 hour work year.

**Outlook**

The 2004 outlook for the U.S. construction industry leaders are positive.

Global Insight believes that 2004 will be a major turning point for the construction industry. Improving conditions in the labor market have sparked demand for nonresidential activity. For the first time in three years, the office market experienced positive net absorption of space. Although only modest improvement in activity is expected by the end of this year, investment in office space should accelerate substantially over the remainder of the near term. While non-building activity remains one of the bright spots for this market, declining state and local tax revenues and uncertainty of federal spending could hamper activity in the coming months.

-15-

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006

However, healthy spending levels will be guaranteed over the next few years by a successor to the Transportation Equity Act (TEA-21) and allow modest growth in transportation construction. Weakness in commercial construction has been a major drag on overall nonresidential construction over the last few years. Business failures and layoffs have dumped significant vacant space on the market, particularly office and warehousing. Over the last three years, the rate at which office space is emptying nearly doubled. That said, there are finally some signs that the office market is bottoming out. The renewal of employment growth in late 2003 was responsible for the first quarter of positive net absorption of office space in three years—office vacancy rates actually slipped in the first quarter to 16.8 percent, down from 16.9 percent in the fourth quarter of 2003. With stronger economic growth fueling business investment and a rebound in hiring, Global Insight expects commercial investment to turn the corner this year. Initially, growth will largely come from lodging and retail. Retail construction did not turn down as sharply as other structure types in the recession, and has recovered more quickly. Improvements in office and warehouse construction are not expected until the later half of 2004.

Surprisingly, strong investment in communications should also help to offset a slow recovery in office and manufacturing construction. Indeed, high technology and telecommunications could have been the poster children of the economic recession. Capacity utilization in telecommunications plummeted from near 90 percent in 2000 to below 50 percent in late 2002. With major telecom companies, such as SBC and Verizon, announcing multi-billion-dollar expansion plans, telecom is recovering quickly. Following a 12.1 percent decline in 2003, investment in communications infrastructure should post about an 8 percent gain in 2004 and another 18 percent increase the following year.

Following four years of strong growth, investment in highway and street construction is now uncertain. Despite congressional approval of an across-the-board cut for non-defense funding, highway construction spending remained strong in 2003, pending reauthorization of the transportation bill, which will guarantee federal spending levels over the next six years. While the Transportation Equity Act (TEA-21) expired on September 30, a successor bill has yet to be approved by Congress. The president's proposal for a successor to TEA-21, the Safe, Accountable, Flexible, and Efficient Transportation Equity Act for the 21st Century (SAFETEA), calls for a total of $256 billion for highways and transit over the next six years, compared with the $207 billion guaranteed by TEA-21. Both the House and Senate, feeling that the administration's proposal is inadequate, have each drafted their own bills. The Senate's $318-billion version and the $275-billion legislation just recently passed by the House will be sent to a conference committee to decide on a final version of the bill. Global Insight expects the final bill to allocate just under $300 billion without tax hike.

-16-

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006

In the meantime, current federal funding levels will be extended through April 2004. However, declining tax revenues will hurt states' ability to match federal funding, possibly causing some highway projects to be postponed or cancelled. Global Insight expects some modest growth in public highway and street investment over the near term.

| Total Construction | | | | | |
|---|---|---|---|---|---|
| | 2004 | 2005 | 2006 | 2007 | 2008 |
| Revenue & Price | | | | | |
| Revenue, Billion $ | 1059.9 | 1087.2 | 1132.6 | 1218.1 | 1279.3 |
| % Year Ago | 6.2 | 2.6 | 4.2 | 7.5 | 5.0 |
| Revenue, Billion 1996$ | 391.3 | 402.4 | 418.2 | 439.6 | 450.4 |
| % Year Ago | 1.6 | 2.8 | 3.9 | 5.1 | 2.4 |
| Industry Price, 1996=100 | 270.9 | 270.2 | 270.9 | 277.1 | 284.1 |
| % Year Ago | 4.5 | -0.3 | 0.3 | 2.3 | 2.5 |
| Input Costs | | | | | |
| Materials & Services, Billion $ | 495.6 | 497.4 | 512.1 | 546.6 | 576.7 |
| % Year Ago | 3.9 | 0.4 | 3.0 | 6.7 | 5.5 |
| Labor, Billion $ | 136.9 | 141.7 | 146.6 | 152.4 | 157.9 |
| % Year Ago | 5.5 | 3.5 | 3.5 | 3.9 | 3.6 |
| Gross Operating Profit | | | | | |
| Gross Operating Profit, Billion $ | 427.5 | 448.2 | 473.9 | 519.1 | 544.7 |
| Ratio Gross Profit / Sales (%) | 40.3 | 41.2 | 41.8 | 42.6 | 42.6 |

Source: Global Insight

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006

**Bibliography**
**Construction in Alaska**

*U.S. Industry Quarterly Review-Construction*; Global Insights; First-Quarter 2004

*Asbestos Containing Materials*; Alaska Department of Environmental Conservation; May 1998

*Alaska Economic Trends*; Department of Labor and Workforce Development; November 2003

*Quarterly Census of Employment and Wages*; U.S. Department of Labor/Bureau of Labor Statistics; 2005

*Local Area Unemployment Statistics*; U.S. Department of Labor/Bureau of Labor Statistics; 2005

*Construction*; Hoover's; 2005

*Construction and Engineering Services*; Datamonitor; February 2004

*Nonresidential Construction*; Global Insight; 2004

-18-

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006

## OPERATIONS:

A detailed discussion of the operation of the Company is beyond the scope of this report. However, the following comments summarize elements of those operations that we considered relevant to this valuation.

Standard ratio analysis as reflected in Exhibit D was compared to averages found in RMA Annual Statement Studies.  Three key analyses are found in the Operating expenses to net sales, the gross profit margin, and the operating profit to net sales as compared to the industry averages.

The percent of operating expenses to net sales reflects that the Company has been able to keep their overhead expenses down and in turn have a higher operating profit than the industry average as reflected in data published in the RMA Annual Statement Studies for NAICS 236220. The gross profit margin is higher than the data published in RMA Annual Statement Studies for NAICS 236220.  This suggests that the Company is able to estimate its direct costs per contract very accurately and in turn show a strong profit on its contracts.  The operating expenses to net sales are substantially higher than the data published in RMA Annual Statement Studies for NAICS 236220.  This suggests that the Company has been able to control its costs and therefore turn a strong profit, see Exhibit D, page 37.

Earnings after normalization adjustments for compensation, taxes, personal expenses, and book depreciation fell into the range of $950,812 for 2003 to a low of ($573,475) in 2002 over the last five year period, see Exhibit B, page 35.

## OWNERSHIP:

The Company is owned and operated by the following people,

|  |  |
|---|---|
| David E. Olson, President | 100 percent shareholder |
| Jason A. Peterson | Estimator/Manager |

-19-

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006


## COMPANY EXPECTATIONS:

Management has indicated that they believe they can't continue to maintain their current level of profitability.  Management feels that due to the USCG Cargo Wharf Pile Coating Contract they will be unable to maintain its current level of operations and profitability.


## CONTINGENCIES:

Management has stated that due to the USCG Cargo Wharf Pile Coating Contract it is unable to continue as a going concern in the future, the owner has had to liquidate both the business assets and his personal assets to pay outstanding bills incurred to complete the USCG Cargo Wharf Pile Coating Contract.


## SUMMARY OF POSITIVE AND NEGATIVE FACTORS OF THE COMPANY:

Valuation methodology encompasses the analysis of quantitative fundamental data and empirical capital market evidence, and also of qualitative fundamental data and empirical capital market evidence will be discussed in later sections of the report.  Qualitative factors generally refer to certain aspects specific to an industry or business that are critical in assessing the risk and expected return for such an investment.  Perceptions of differences between and investment in Absolute Environmental Services, Inc. and Sad Leasing, Inc. and other comparable alternative investment opportunities provide a basis for identifying risk as well as return potential.

The following is a summary of positive and negative qualitative factors pertaining to the Company:

### Positive Factors

- Strong financial position in 2003
- Expertise in the lead and asbestos abatement field
- Large number of contracts to be let in the future
- Employee expertise in lead and asbestos abatement and coating applications
- Has all needed equipment to compete in the market

### Negative Factors

- Excess long-term debt
- Not enough cash retained in the business

-20-

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006

## VALUATION THEORY

The value of a business is fundamentally a matter of future profit potential.  In this case, the question is, can a potential buyer make more money by starting there own Company?

The value of a going concern to its owner is related to the income they can generate.  However, a prospective buyer of the business may be unable to maintain the same income level due to many reasons, such as expertise in the field, contacts within the industry, etc.

Going concern is an operational concept, usually asset based.  For example, the value of the work force and physical elements in place working in unison towards the company's goals and objectives relate to the going concern value of a business.  Other aspects which produce enhanced economics related to established efficiencies of operations are also grouped under the category of "going concern".  Going concern value may include the application and exploitation of proprietary and intellectual properties.  The essence of a going concern value assumes that a purchaser, theoretically, would acquire all the tangible components of a functioning business without the cost and time required to assemble these components.

After a careful analysis as to the probability of customer retention, an estimated income level usually can be quantified.  After deducting all normal operating expenses and a competitive salary for working owners, it can be determined if there are any excess earnings and therefore, going concern value and/or goodwill.

The value of individual tangible assets (i.e. equipment, machines, computers and furniture) should also be considered and valued.

The factors generally recognized as being the most important indicators of the value of a business include:

1.  Previous sales of the entity itself;

2.  Book value and financial condition of the entity;

3.  Earnings of the entity.

-21-

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006

## Risks:

The valuation of a business must also include consideration of the risks associated with the investment in the business.   These risks generally can be identified as being macro environmental, industry-specific and company-specific.

*Macro environmental risks* refer to those risks that apply to the economy as a whole, and generally fit into one of four categories:  economic factors, technological factors, social factors and political factors.   These factors can have a significant impact on the performance of an industry sector, as well as on the individual companies within the industry.  Further, these factors may have opposing effects on different industries.   The need to specifically account for these risks depends on the valuation methods applied.  Methods within the market approach implicitly consider these risks and no specific adjustment is generally necessary.   Methods within the income approach include consideration of a "risk-free" rate of return that captures a portion of these risks, plus an additional increment for industry or company-specific risk that includes the consideration of how such risks might affect the specific industry and/or company.

*Industry-specific risks* relate to those risks that exist within the company's industry.  These risks are affected by:  threat of new entrants, the rivalry among existing competitors, the threat of substitute products or services, the bargaining power of suppliers and the bargaining power of customers.  For example, the threat of new entrant's into the market place deals with the barriers of entry to an industry, including capital requirements, government regulations, and access to distribution channels to name a few.  Rivalry among competitors can affect profits by forcing higher fixed costs (such as attracting and maintaining a skilled workforce) and can also affect the ease at which a customer can change from one supplier to another.  And mature industries are often caught up in costly battles in attempts to gain very slight increases in market shares.

*Company-specific risks* are those that apply to the company being valued and are found in specific aspects of its structure and organization.  Examples include, the capital structure and use of debt financing, reliance on key personnel or processes, guarantees offered, pending or threatened litigation, lease terms and the uncertainties surrounding renewals and many more.

-22-

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006


## VALUATION METHODS

### Economic Formula Value:

Absent definitive market or asset values, reliance on an economic formula method is necessary. There is no precise formula for appraising a closely-held business; however, Revenue Ruling 59-60, 1959-1 CB37, Estate Tax Regulation 20.2031-2(f) are now the most significant legal guidelines in valuations.

There are basically three approaches to determining the value of any asset. They are:  Market Approach, Asset-Based Approach, and the Income or Earnings Approach.  We have considered various methods in the context of each of these individual approaches and have determined the following worth mentioning in this specific instance.

The following is a detailed narrative of the methods determined to merit some weight in this case.


## MARKET APPROACH

The Market value concept assumes that the value of an entity may be estimated by analyzing recent sales of an entity of similar entities.  This is the method most often used by real estate appraisers, comparing a house to similar houses recently sold or offered for sale.

The market value approach compares sales of similar entities.  If sales have occurred or sales agreements were concluded in arms-length transactions, they would be given considerable weight.  Unaccepted offers to buy or sell would be given some consideration as well.

### Public Company Guidelines

In business valuations the appraisers analyzes public companies and/or comparative transactions to determine a company's value.  Unfortunately, because of economies of scale and operational disparities, public companies in the same industry do not always render an accurate picture of the value for a privately held company.

Market-based valuation methods use capitalization rates and/or multiples that are extrapolated from publicly traded guideline company data to derive the fair market value for the subject business.  The theory behind this method is that the public market determines what price is an acceptable return for the earnings stream, gross revenue, or book value within a specific industry.

-23-

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006

However, one of the major differences between a large and small business is the availability of financial data.  This often affects the analysis that one can perform in the valuation process.  A large business is often a C Corporation or a Partnership with audited financial statements.  In addition to the audited financial statements, the company will often have much more extensive financial data such as budgets, projections, cost analysis, and internal controls.  The lack of audited financial data usually means that the subject company also has no internal financial data which limits the confidence of the analyst in performing the valuation.

The limited financial data often furnished by the small business owners usually leads to several adjustments to the financials for comparison purposes.  A corporation with outside equity owners is more likely to be managed so that the corporation shows reasonable profits to satisfy both the equity owners as well as the outside debt owners.  In smaller, often family owned businesses, debt is often provided by the owners or collateralized with personal guarantees of the owners.  In smaller businesses equity usually comes from the family or from retained earnings. The main objectives of the company usually include minimization of taxes and maximization of owners' salaries (compensation).

Compensation paid to the closely-held business owners is more motivated by the owner's needs and desires than by the value of the services performed.

For these reasons normalization adjustments are to be considered.  Normalization of financial statements refers to a process wherein the stated financial condition and operating results of a company are adjusted to remove items that would not be expected to exist within the company but for the presence of current management.  This process enables the analyst to demonstrate the financial position and operating results that would be expected by a hypothetical buyer.  These usually are found in one of the following areas, see Exhibit A, page 34:

- GAAP adjustments (e.g., adjusting a cash basis financial statement to accrual based.)
- Non-reoccurring items – this terminology is broader than the meaning of "Extraordinary items"; varies according to companies.
- Non-economic items (e.g., adjusting for the difference between economic depreciation and accelerated methods.)
- Non-arm's length transactions (e.g., excessive owners salaries, expenses paid to related parties such as equipment rent, owner perquisites.)
- Non-operating items – (e.g., adjusting for non-operating assets on the financial statements.)

-24-

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006


We have concluded there were no quality comparable/guideline companies, based on our research of information on all publicly-traded companies that had the same standard industrial classification code (SIC) as Absolute Environmental Services, Inc. and Sad Leasing, Inc.

## Private Company Comparable Transactions:

Whenever possible, an appraiser also analyzes private companies in order to obtain meaningful comparison. However, the analyst must be careful to consider the terms of these transactions. The terms of the deal are often driving forces in the mind of the buyer of a small business. Often a portion of the selling price is disguised as compensation to the prior owner. Very often the seller will carry all or a portion of the financing – usually at favorable terms. Such information is not always available in the published transaction data.

Market based valuation methods can use capitalization rates and/or multiples that are extrapolated from transactions involving privately-held companies to derive the fair market value for a closely held business. The privately-held guideline company method uses valuation ratios derived from recent sales of privately-held businesses that are similar to the subject company. When using valuation ratios derived from the private marketplace, the comparability may be limited by differences in location, the nature of the guideline company sale, and how the transaction was financed (cash, credit, partial). In an effort to find privately-held guideline companies a search was performed for information about sales of other construction companies that work in the lead and asbestos abatement and coatings environment. A search for comparative market data using the SIC code 1799 was performed using Pratt's Stats in the State of Alaska. There were no comparative transactions found in Alaska. We expanded our search area and found only two general construction company sales that were located in California. The sizes of the companies were substantially different than the subject Company, therefore, in our opinion, this method should not be given much weight in our final conclusion, because there wasn't the proper comparable information provided by these referenced sources.

-25-

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006

## Previous Sales of Company Stock:

The investigation of previous sales of equity interest of a closely-held company is necessary to determine whether such transactions were at "arm's length".  Forced or distress sales do not ordinarily reflect fair market value, nor do isolated sales of small amounts.  It is important to consider the size of a block of equity interest being valued.  Control of an entity represents an added element of value, and may justify a higher value for a specific block of equity interest.  In addition, a minority interest in an unlisted company's equity is more difficult to sell than a similar block of publicly traded equity interest.

Management has indicated that there have not been any transactions involving the stock of the company since its inception.

Based on the market approach we were unable to derive an opinion of fair market value.

## ASSET-BASED APPROACH

### Book Value:

Book value is simply the excess of total assets over total liabilities as presented on the Company's historical balance sheet.  The book value (Stockholders' Equity) as of December 31, 2003 is $718,525, see Exhibit C, page 36.

The use of this method does not include any calculation for goodwill since it is based on the controlled liquidation value of the assets and not a going concern value of the business.

In most cases, book value is not a fair indication of the worth of an operating business because the net worth per books may not represent economic value.  In essence, this is due to the fact that traditional accounting methods and statements do not reflect market values of the assets and do not reflect the going concern value of the business.  Book value is based on historical financial data.  Consequently, this measure of value is viewed as the starting point in the appraisal process.

-26-

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006


To arrive at a value using this method, the consultant may hire an independent appraiser familiar with the value of the individual assets owned by a company in a particular industry. Management did not engage an independent appraiser to appraise the fixed assets of the Company.  While this method is best suited in situations in which either the business being valued is not expected to continue as a going concern or when an estimate of value is needed which excludes the value of the Company goodwill.  These methods are also used as a "sanity check" of the results obtained using other methods as they often provide a "floor" or a minimum value for a range of reasonable values.


**Liquidation Value Method:**


Methods within the asset based approach include the liquidation value method and the net asset value method.

The liquidation value method assumes an orderly or forced liquidation of the Company assets. At the time of this valuation no liquidation is foreseen, therefore, the liquidation value is deemed inappropriate for use in this valuation.


**Net Asset Value Method**


The net asset value approach assumes that the values of the underlying assets will be realized with the business as a going concern, therefore, the net asset value method is considered in this valuation.   David E. Olson provided us with the estimated value of the fixed assets of the Company.

The estimated fair market value using the net asset value method would result in a value of $1,642,506, see Exhibit E, page 39.


-27-

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006


## INCOME OR EARNINGS APPROACH


Capitalization of Earnings Method:

The capitalization of earnings method normally produces an estimate of the value of the entire company (which is normally a control value).  However, to be truly considered a control value, the earnings to be capitalized should be representative of "normalized" earnings.  The capitalization of earnings method is suitable for application when the Company's recent historical normalized earnings (assuming an anticipated growth rate) are expected to be indicative of the Company's future operations and where future returns are expected to grow at a predictable rate.  That is, the earnings should represent the amount that an owner would expect to receive.

A summary of the results from operations for the years ended December 31, 1999 through 2003 are shown in Exhibit C, page 36.  These figures have been thoroughly reviewed and discussed with management.  This report assumes that the figures are accurate and representative.

Normalized Income, Exhibit A and Exhibit B, was determined after an in-depth analysis of the subject business and industry averages and discussions with management.

Capitalization and discount rates vary among particular types of businesses and from one period of time to another.  Expressed as a percentage, the more speculative or the lower the expected growth rate in the businesses income stream, the higher the capitalization rate, conversely, the less speculative or the higher the expected growth rate in the income stream, the lower the capitalization rate.

The two basic components of a capitalization rate are the discount rate and a growth factor.  The discount rate may be broken down into the risk-free rate of return and a risk premium (financial and market).

The risk-free rate of return includes the investors required rate of return for the riskless use of their funds and a factor for inflation.  The rate of return earned on long-term U.S. Government bonds is considered a good proxy for the risk-free rate of return.  As of December 31, 2003, rate of return on a 20-year U.S. Government Treasury Bond was 4.8%.

-28-

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006

The equity risk premium is the additional rate of return required by investors in the market to compensate them for the additional risk in investing in a stock security as compared to a long-term U.S. Government security.   In the SBBI Valuation Edition, 2003 Yearbook, Ibbotson Associates', it is shown that, the arithmetic mean of equity risk premium on large corporate stocks has been approximately higher than the average total annual returns for long-term U.S. Government bonds.  Therefore, in developing a discount rate, we added an equity risk premium of 8.4% to the risk-free rate of return.

In addition to the equity risk premium, the same Ibbotson Associates' study indicates that the smallest stocks traded on the New York Stock Exchange (defined as the lower 20 percent) earned an additional 3.53% premium over the larger stocks traded on the exchange this small stock premium was added to the risk-free rate of return and the equity risk premium.

Summing the risk-free rate of return with the equity and small stock risk premia equals the average total return required by investors to induce them to invest in the smallest stocks traded on the New York Stock Exchange.  However, investing in the stock of a closely-held business involves additional elements of risk which must be compensated by offering a higher rate of return.   The additional risk may be from specific risks associated with the industry or the company as compared to the entire marketplace.  Although there is little empirical evidence to assist the appraiser in determining this subjective risk premium, we have considered the following factors:

1.  The business' financial ratios;
2.  The long-term outlook for the subject company's industry;
3.  The depth of the subject company's management;
4.  The degree of competition for the subject business' revenues;
5.  The historical trend in the company's after-tax earnings; and
6.  Relationship with customers and vendors.

After considering the aforementioned factors, it is our opinion that the Industry premium estimates for SIC Code 1799 (General building construction non-residential buildings) should be approximately a 2.20% based on the industry risk premia reflected in the SBBI Valuation Edition, 2003 Yearbook, Ibbotson Associates'.

Summing the risk-free rate of return, the equity risk premium, the small stock risk premium, and the subjective risk premium conversion factor equals an after-tax discount rate of approximately 18.93%, see Exhibit F, page 40.

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006


In order to calculate a capitalization rate, it is necessary to subtract the company's expected long-term growth in earnings from the discount rate.  Because there has not been a consistent growth rate over the five years in question we believe a hypothetical buyer would assume a 5% growth rate.

The result of subtracting the business's expected long-term growth rate in earnings from the discount rate is a capitalization rate of 13.93%.  This capitalization rate is for the subsequent year's earnings.  To convert it to a current year's earnings capitalization rate, it is necessary to divide the capitalization rate by the sum of one plus the expected long-term growth rate in the business' earnings (5%).  The result of the calculation is a capitalization rate of 13.27% that is applicable to the current year's earnings.

Exhibit F shows the components that make up the capitalization rate for Absolute Environmental Services, Inc. and Sad Leasing, Inc. as of December 31, 2003.

Therefore, the estimated fair market value using this approach would result in a value of $2,277,861, see Exhibit G, page 41.

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006


## Discounted Future Earnings Method


The discounted future earnings method is more applicable when the subject company's operations have not stabilized (as is often seen in new companies or in development stage companies), where future operating results are expected to be unstable or cyclical, or where future operating results are expected to differ substantially from current results (Substantially different means materially greater or less than a normal growth rate).

Absolute Environmental Services, Inc. and Sad Leasing, Inc. has been in business for over 20 years and has had substantial growth over those 20 years.  Absolute Environmental Services, Inc. and Sad Leasing, Inc. has a proven track record, we believe this method is not appropriate for this valuation.  We computed the value under this method as more of a "sanity check".

Therefore, the estimated fair market value using this approach would result in a value of $3,016,089, see Exhibit H, page 42.

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006


## DISCOUNTS


### Lack of Marketability Discounts:

The financial strength of the company is an obvious factor to consider in determining a marketability discount.  The marketability discount may be reduced if the Company provides stable products and services, has a determinable demand, can adapt to rapid changes in technology, can meet its capital needs through operating cash flow or with minimal debt financing, and can maintain or improve its profit margins.

Discounts for lack of marketability vary from situation to situation, based upon the specific circumstances of each case, including the type of business, size of operation, make-up of assets, and the valuation approach utilized.  The range for this type of discount is from 10% to 90%, depending on the facts of each case.  The actual discount should reflect the cost, time, and uncertainty involved in obtaining the stated value.

Subtracting a discount for lack of marketability is the final adjustment normally required when valuing a block of closely-held stock.  Because many valuation approaches rely on data generated from securities from the public marketplace, the results are for freely traded stock.  Because closely-held stock is not as freely traded as publicly traded stock, investors will require a discount to compensate them for the closely-held stock's relative illiquidity.

Because each business has its own unique marketability issues, adjustments to this base rate are usually necessary.  In order to help quantify the various factors affecting the marketability of a closely-held business, the base marketability discount rate should be increased or decreased based on the following factors:

- Restrictions on transfers;
- Amount and consistency of dividends paid out;
- Existence of a limited market that may be interested in purchasing shares;
- The size and block of stock;
- The existence of Buy/Sell Agreements;
- Expected growth rate of both the earnings and dividend yield; and
- The expected holding period of the shares.

Based on the nature of the Company and its positive growth stream, it is our opinion that a Lack of marketability discount should be 30%.

-32-

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006


**VALUATION SUMMARY**


The various indications of values of Absolute Environmental Services, Inc. and Sad Leasing, Inc. as of December 31, 2003 based on the methods described in this report are as follows:


**Summary of Values**


| Methods: | Value |
|---|---|
| Net Asset Value Method (Exhibit E) | $  1,642,506 |
| Capitalization of earnings Method (Exhibit G) | $  2,277,861 |
| Discounted Future Earnings Method (Exhibit H) | $  3,016,089 |


Based upon the analysis completed and discussed in this report, it is our considered opinion that the current Market Value of 100 percent of the common equity interest of Absolute Environmental Services, Inc. and Sad Leasing, Inc. as of December 31, 2003is best expressed as:


**TWO MILLION TWO HUNDRED EIGHTY THOUSAND DOLLARS**


**$2,280,000**


-33-

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
as of December 31, 2003
Prepared by:   Rulien, Whitlock & Associates, LLC
March 15, 2006

## Adjustments to Historical Financial Statements

## Exhibit A

In order to more accurately estimate the fair market value of Absolute Environmental Services, Inc. and Sad Leasing, Inc. it was necessary to adjust the historical financial statements to more closely reflect its true economic financial position and results of operations on a historical and current basis.  The following is a summary of the adjustments made:

- Fixed Assets and Depreciation Expense – The tax returns reflect depreciation expense calculated for tax purposes using accelerated methods and expensing elections that resulted in the "write-off" of the assets over a period shorter than their true economic lives.   In order to estimate the value of the existing fixed assets we recomputed depreciation using the straight-line method over the following estimated useful lives:

    | | |
    |---|---|
    | Furniture and fixtures | 5 - 10 years |
    | Equipment | 10 - 20 years |

- Officer Compensation – Since the officers' annual salaries were low in comparison to the national average we felt it was necessary to normalize officers' salary to $250,000 annually.  The officers' average annual salaries during the last five years were $50,232.

- Equipment rental – Since the equipment rent expense was paid directly to Sad Leasing, Inc. (a related party) we adjust the rent to zero.

- Office wages – We adjusted office wages to fall more in line with the averages.

- Penalties – We adjusted all penalties to zero.

- Miscellaneous expenses – We adjusted miscellaneous expenses to fall into an average range and be consistent with previous years.

- We also adjusted the 2003 USCG Cargo Wharf Pile Coating Contract to reflect no profit or loss.  The historical income statement reported a $748,126 loss on this contract.  We felt this adjustment was necessary to put into perspective the profit that Absolute Environmental Services, Inc. and Sad Leasing, Inc. was generating without the USCG Cargo Wharf Pile Coating Contract.

The above adjustments were made in order to determine Absolute Environmental Services, Inc. and Sad Leasing, Inc. true economic earnings.  We feel these adjustments are necessary to properly adjust the Company's compensation and other related expenses to a reasonable level.

Exhibit B, page 35, reflects the above adjustments.

Combined Statements of Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by: Rulien, Whitlock & Associates, LLC
March 15, 2006

**Exhibit B**

| | Normalized Income Statements | | | | |
|---|---|---|---|---|---|
| | 2003 | 2002 | 2001 | 2000 | 1999 |
| Contract revenue | $ 5,598,544 | $ 2,937,428 | $ 4,964,888 | $ 3,219,697 | $ 2,004,302 |
| Costs of Revenues Earned: | | | | | |
| Depreciation | 141,981 | 86,977 | 46,999 | 40,349 | 32,165 |
| Disposal costs | 50,044 | 63,299 | 135,041 | 114,926 | 62,562 |
| Insurance | 87,500 | 27,551 | 60,503 | 54,450 | 70,559 |
| Materials | 510,092 | 352,031 | 479,007 | 498,078 | 148,360 |
| Payroll costs | 1,183,275 | 1,113,441 | 1,732,543 | 942,833 | 731,088 |
| Subcontractors | 615,330 | 298,400 | 795,361 | 288,584 | 146,172 |
| Travel expenses | 309,836 | 252,059 | 482,314 | 159,121 | 153,443 |
| Worker's comensation | 56,861 | 112,983 | 35,817 | 91,043 | 92,607 |
| Other job costs | 358,620 | 170,694 | 304,732 | 102,512 | 8,768 |
| Total cost of goods sold | 3,313,539 | 2,477,435 | 4,072,317 | 2,291,896 | 1,445,724 |
| Gross profit | 2,285,005 | 459,993 | 892,571 | 927,801 | 558,578 |
| General & Admninistrative expenses: | | | | | |
| Officers' salaries | 250,000 | 125,000 | 125,000 | 125,000 | 125,000 |
| Office wages expenses | 437,382 | 376,650 | 353,161 | 289,478 | 285,738 |
| Employee physicals | 20,279 | 12,259 | 11,599 | 8,168 | 5,982 |
| Rental costs | 27,840 | 27,471 | 6,720 | - | 24,000 |
| Insurance | 92,200 | 128,872 | 75,080 | 30,428 | 35,334 |
| Office expenses | 56,013 | 93,953 | 52,499 | 16,664 | 9,917 |
| Professional fees | 37,264 | 8,284 | 41,094 | 8,794 | 8,852 |
| Repairs & maintenance | 41,670 | 44,516 | 21,304 | 27,098 | 19,279 |
| Utilities & telephone | 43,692 | 71,403 | 58,449 | 19,780 | 24,195 |
| Miscellaneous | 67,164 | 54,000 | 53,393 | 57,051 | 51,458 |
| Total general and administrative expenses | 1,073,504 | 942,408 | 798,299 | 582,461 | 589,755 |
| Income (loss) from operations | 1,211,501 | (482,415) | 94,272 | 345,340 | (31,177) |
| Other income (loss) | (2,560) | 1,182 | 28 | 27 | (24,233) |
| Interest expense | (41,035) | (42,825) | (17,133) | (22,198) | (20,382) |
| | (43,595) | (41,643) | (17,105) | (22,171) | (44,615) |
| Normalized income taxes | (217,094) | (49,417) | 8,823 | 30,604 | 16,884 |
| Net income (loss) | $ 950,812 | $ (573,475) | $ 85,990 | $ 353,773 | $ (58,908) |

Combined Statements of Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by: Rulien, Whitlock & Associates, LLC
March 15,  2006

## Exhibit C

| | | | Historical Balance Sheets | | |
| --- | --- | --- | --- | --- | --- |
| | 2003 | 2002 | 2001 | 2000 | 1999 |
| ASSETS: | | | | | |
| CURRENT ASSETS: | | | | | |
| Cash & cash equivalents | $      38,214 | $      55,744 | $        1,556 | $        2,080 | $      16,087 |
| Contracts receivable | 85,402 | 89,800 | 1,049,592 | 826,232 | 308,295 |
| Costs in excess of billings | 70,108 | 71,719 | 80,945 | 30,383 | 34,209 |
| Due from related party | 85,189 | - | - | | - |
| Prepaid expenses | 81,361 | 43,823 | 60,972 | 24,123 | 26,665 |
| Total current assets | 360,274 | 261,086 | 1,193,065 | 882,818 | 385,256 |
| FIXED ASSETS | 1,461,786 | 1,073,379 | 750,975 | 543,038 | 473,889 |
| Less -- accumulated depreciation | (447,641) | (295,959) | (197,875) | (140,404) | (90,586) |
| Net fixed assets | 1,014,145 | 777,420 | 553,100 | 402,634 | 383,303 |
| | $ 1,374,419 | $ 1,038,506 | $ 1,746,165 | $ 1,285,452 | $   768,559 |
| LIABILITIES & STOCKHOLDERS' EQUITY: | | | | | |
| CURRENT LIABILITIES: | | | | | |
| Accounts and subcontractors payable | $      91,771 | $      61,596 | $   270,881 | $   189,205 | $      85,324 |
| Accrued expenses | 98,216 | 24,827 | 408,757 | 232,221 | 243,873 |
| Billings in excess of costs | - | - | 36,063 | 317,688 | 13,605 |
| Short-term loans | - | 143,548 | 200,050 | - | 80,813 |
| Total current liabilities | 189,987 | 229,971 | 915,751 | 739,114 | 423,615 |
| LONG-TERM DEBT, Sharholders | 465,907 | 351,142 | 125,065 | 46,170 | 63,113 |
| STOCKHOLDERS' EQUITY: | | | | | |
| Common stock | 592 | 592 | 592 | 592 | 592 |
| Additional paid-in capital | 838,472 | 838,472 | 232,926 | 133,572 | 133,572 |
| Retained earnings | (119,839) | (380,971) | 472,531 | 366,704 | 148,367 |
| | 719,225 | 458,093 | 706,049 | 500,868 | 282,531 |
| Less -- Treasury stock | (700) | (700) | (700) | (700) | (700) |
| Total stockholders equity | 718,525 | 457,393 | 705,349 | 500,168 | 281,831 |
| | $ 1,374,419 | $ 1,038,506 | $ 1,746,165 | $ 1,285,452 | $   768,559 |

Combined Statements of Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by: Rulien, Whitlock & Associates, LLC
March 15, 2006

## Exhibit C

| | | | Historical Income Statements | | |
|---|---|---|---|---|---|
| | 2003 | 2002 | 2001 | 2000 | 1999 |
| Contract revenue | $ 5,598,544 | $ 2,937,428 | $ 4,964,888 | $ 3,219,697 | $ 2,004,302 |
| | | | | | |
| Costs of Revenues Earned: | | | | | |
| Depreciation | 141,981 | 86,977 | 46,999 | 40,349 | 32,165 |
| Disposal costs | 50,044 | 63,299 | 135,041 | 114,926 | 62,562 |
| Insurance | 87,500 | 27,551 | 60,503 | 54,450 | 70,559 |
| Materials | 510,092 | 352,031 | 479,007 | 498,078 | 148,360 |
| Payroll costs | 1,931,401 | 1,113,441 | 1,732,543 | 942,833 | 731,088 |
| Subcontractors | 615,330 | 298,400 | 795,361 | 288,584 | 146,172 |
| Travel expenses | 309,836 | 252,059 | 482,314 | 159,121 | 153,443 |
| Worker's comensation | 56,861 | 112,983 | 35,817 | 91,043 | 92,607 |
| Other job costs | 358,620 | 170,694 | 304,732 | 102,512 | 8,768 |
| Total cost of goods sold | 4,061,665 | 2,477,435 | 4,072,317 | 2,291,896 | 1,445,724 |
| Gross profit | 1,536,879 | 459,993 | 892,571 | 927,801 | 558,578 |
| General & Admninistrative expenses: | | | | | |
| Officers' salaries | 70,163 | 68,500 | 78,000 | 34,500 | - |
| Office wages expenses | 437,382 | 532,342 | 353,161 | 289,478 | 285,738 |
| Employee physicals | 20,279 | 12,259 | 11,599 | 8,168 | 5,982 |
| Rental costs | 76,904 | 77,833 | 6,720 | - | 36,441 |
| Insurance | 92,200 | 128,872 | 75,080 | 30,428 | 35,334 |
| Office expenses | 56,013 | 93,953 | 52,499 | 16,664 | 9,917 |
| Penalties | 26,205 | 145,923 | - | - | - |
| Professional fees | 37,264 | 8,284 | 41,094 | 8,794 | 8,852 |
| Repairs & maintenance | 41,670 | 44,516 | 21,304 | 27,098 | 19,279 |
| Utilities & telephone | 43,692 | 71,403 | 58,449 | 19,780 | 24,195 |
| Miscellaneous | 67,164 | 87,967 | 53,393 | 57,051 | 51,458 |
| Total general and administrative expenses | 968,936 | 1,271,852 | 751,299 | 491,961 | 477,196 |
| Income (loss) from operations | 567,943 | (811,859) | 141,272 | 435,840 | 81,382 |
| Other income (loss) | (2,560) | 1,182 | 28 | 27 | (24,233) |
| Interest expense | (41,035) | (42,825) | (17,133) | (22,198) | (20,382) |
| | (43,595) | (41,643) | (17,105) | (22,171) | (44,615) |
| Net income (loss) | $ 524,348 | $ (853,502) | $ 124,167 | $ 413,669 | $ 36,767 |

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
as of December 31, 2003
Prepared by: Rulien, Whitlock & Associates, LLC
March 15, 2006

Key Financial Ratios

**Exhibit D**

| | December 31, | | | | | Average Industry Ratios |
|---|---|---|---|---|---|---|
| | 1999 | 2000 | 2001 | 2002 | 2003 | |
| **Liquidity Ratios** | | | | | | |
| Current ratio | .91% | 1.20% | 1.30% | 1.10% | 5.80% | 1.40% |
| Quick ratio | .77% | 1.10% | 1.10% | .60% | 4.60% | 1.10% |
| Working capital | -52.25% | 22.41% | 18.62% | 97.02% | 6.10% | 20.40% |
| **Profitability Ratios** | | | | | | |
| Gross profit margin | 27.87% | 28.82% | 17.98% | 15.66% | 40.81% | 25.40% |
| Operating expenses | 29.42% | 18.09% | 16.08% | 32.80% | 19.17% | 24.20% |
| Operating profit | -1.56% | 10.73% | 1.90% | -16.42% | 21.64% | 1.20% |
| **Balance Sheet Management Ratios** | | | | | | |
| Cash & cash equivalents to total assets | 2.09% | .16% | .09% | 5.37% | 37.05% | 21.50% |
| Contract receivables | 40.11% | 64.28% | 60.11% | 8.65% | 4.02% | 29.20% |

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by: Rulien, Whitlock & Associates, LLC
March 15, 2006

**Exhibit E**

| Net Asset Value Method | December 31, 2003 | | |
|---|---|---|---|
| | Book Value | Fair Market Value Adjustments | Estimated Market Value |
| ASSETS: | | | |
| CURRENT ASSETS: | | | |
| Cash & cash equivalents | $ 38,214 | $ 748,126 | $ 786,340 |
| Contracts receivable | 85,402 | - | 85,402 |
| Costs in excess of billings | 70,108 | - | 70,108 |
| Note receivable, related party | 85,189 | - | 85,189 |
| Prepaid expenses | 81,361 | - | 81,361 |
| Total current assets | 360,274 | 748,126 | 1,108,400 |
| | | | |
| Equipment | 1,461,786 | 175,855 | 1,637,641 |
| Less -- accumulated depreciation | (447,641) | - | (447,641) |
| Net fixed assets | 1,014,145 | 175,855 | 1,190,000 |
| | | | |
| | $ 1,374,419 | $ 923,981 | $ 2,298,400 |
| | | | |
| LIABILITIES & STOCKHOLDERS' EQUITY: | | | |
| | | | |
| CURRENT LIABILITIES: | | | |
| Accounts payable | $ 91,771 | - | $ 91,771 |
| Accrued expenses | 98,216 | - | 98,216 |
| Total current liabilities | 189,987 | - | 189,987 |
| | | | |
| LONG-TERM DEBT | 465,907 | - | 465,907 |
| | | | |
| Total liabilitites | 655,894 | - | 655,894 |
| | | | |
| STOCKHOLDERS' EQUITY: | | | |
| Common stock | 592 | - | 592 |
| Additional paid in capital | 838,472 | - | 838,472 |
| Retained earnings | (119,839) | 923,981 | 804,142 |
| | 719,225 | 923,981 | 1,643,206 |
| | | | |
| Less -- Treasury stock | (700) | - | (700) |
| | | | |
| Total stockholders' equity | 718,525 | 923,981 | 1,642,506 |
| | | | |
| | $ 1,374,419 | $ 923,981 | $ 2,298,400 |
| | | | |
| **Total Net Asset Value** | | | $ 1,642,506 |

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by: Rulien, Whitlock & Associates, LLC
March 15, 2006

**Build-up of Discount and Capitalization Rates**

**Exhibit F**

| | | |
|---|---|---|
| Risk Free Rate | 4.80% | Ibbotson Appendix C-1 |
| Equity Risk Premium | 8.40% | Ibbotson Appendix C-1 |
| Risk Premium for Size | 3.53% | Ibbotson Appendix C-1 |
| Industry Micro Cap Risk Premium | 2.20% | Ibbotson Table 3 - 5 |
| Discount Rate | 18.93% | |
| Less -- Long-Term Growth Rate in Net Income | (5.00%) | |
| Capitalized Rate | 13.93% | |
| Less -- 1 + Long-term Growth in Net Income | 105.00% | |
| Historic Earnings Capitalization Rate | 13.27% | |

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
 as of December 31, 2003
Prepared by: Rulien, Whitlock & Associates, LLC
March 15, 2006

**Exhibit G**

**Capitalization of  Earnings**

| | Normalized Net Income | Weighting Factor | Weighted Earnings |
|---|---|---|---|
| December 31, 1999 | (58,908) | 1.0 | (58,908) |
| December 31, 2000 | 353,773 | 3.0 | 1,061,319 |
| December 31, 2001 | 85,990 | 1.0 | 85,990 |
| December 31, 2002 | (573,475) | 1.0 | (573,475) |
| December 31, 2003 | 950,812 | 4.0 | 3,803,248 |
| Sum of weighted earnings | | 10.0 | 4,318,174 |
| Divided by -- Sum of weighted earnings | | | 10.0 |
| Weighted average of earnings | | | 431,817 |
| Divided by -- Historic capitalization rate | | | 13.27% |
| Totl entity value | | | 3,254,087 |
| Less -- Discount for lack of marketability | | 30% | 976,226 |
| Capitalization of Excess Earnings Fair Market Value | | | $ 2,277,861 |

Absolute Environmental Services, Inc. and Sad Leasing, Inc.
as of December 31, 2003
Prepared by: Rulien, Whitlock & Associates, LLC
March 15, 2006

## Exhibit H

## Discounted Future Returns Method

| | Projected Taxable Income | Discount Factor | Estimated Present Value |
|---|---|---|---|
| December 31, 2004 | 1,222,640 | 0.840831 | 1,028,034 |
| December 31, 2005 | 1,071,730 | 0.706996 | 757,709 |
| December 31, 2006 | 898,701 | 0.594464 | 534,245 |
| December 31, 2007 | 701,188 | 0.499844 | 350,485 |
| December 31, 2008 | 476,589 | 0.420284 | 200,303 |
| Terminal Value of Net Income | 3,421,313 | 0.420284 | 1,437,923 |
| Total Estimated Entity Value | | | 4,308,698 |
| Less -- Discount for lack of marketability | | 30.00% | 1,292,609 |
| Discounted Future Earnings Fair Market Value | | | $ 3,016,089 |
| Discount factors are based on the discount rate of | | 18.93% | |
| Terminal value is based on the capitalization rate of: | | 13.93% | |