1  Terry R. Marston, *pro hac vice*, terry@mhf-law.com
   Jami K. Elison, *pro hac vice*, jamie@mhf-law.com
2  Jesse P. Elison, *pro hac vice*, jessee@mhf-law.com
   MARSTON HEFFERNAN FOREMAN, PLLC
3  16880 N.E. 79th Street
   Redmond, Washington 98052
4  (425) 861-5700

5  PAUL J. NANGLE & ASSOCIATES
   Kerry Building
6  101 Christensen Drive
   Anchorage, Alaska 99501
7  Telephone: (907) 274-8866

8  Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

9                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,  )<br><br>Plaintiff,  )<br>vs.  )<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.  )<br><br>Defendants.  )<br>_____<br>EMERCO, INC., a California corporation d/b/a) Imperial Industrial Coatings, and the States for ) Use and Benefit of EMERCO, INC.,  )<br><br>Counterclaimant/Third-party Claimant,  )<br><br>v.  )<br><br>ABSOLUTE ENVIRONMENTAL SERVICES ) INC., an Alaska corporation, et al.,  )<br><br>Cross-defendants/Third-party Defendants.  ) | Case No.: A03-0199CV (RRB)<br><br>**ORDER DENYING BRECHAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT TO DISMISS ABSOLUTE'S "BUSINESS DEVASTATION" CLAIM AND MOTION IN LIMINE TO EXCLUDE TESTIMONY CONCERNING ALLEGED BUSINESS DEVASTATION**<br><br>[PROPOSED] |

ORDER DENYING BRECHAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT TO DISMISS
ABSOLUTE'S "BUSINESS DEVASTATION" CLAIM AND MOTION IN LIMINE TO EXCLUDE
TESTIMONY CONCERNING ALLEGED BUSINESS DEVASTATION
Case No. A03-0199CV (RRB)-- 1

|   |   |
|---|---|
| 1 | THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) ) ) ) |
| 2 | |
| 3 | |
| 4 | Plaintiff, ) |
|   | vs. ) |
| 5 | ) |
| 6 | SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. ) ) |
| 7 | Defendants. ) ) |
| 8 | |
| 9 | BRECHAN ENTERPRISES, INC., an Alaska corporation, ) ) |
| 10 | Counterclaim Plaintiff, ) |
|   | vs. ) |
| 11 | ) |
| 12 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) ) |
| 13 | Counterclaim Defendant. ) |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska corporation, ) ) |
| 15 | |
| 16 | Third-Party Plaintiff, ) |
|   | vs. ) |
| 17 | COFFMAN ENGINEERS, INC, a Washington Corporation. ) ) |
| 18 | Third-Party Defendant. ) |
| 19 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) ) |
| 20 | |
| 21 | Plaintiff/Cross-claimant, ) |
|   | vs. ) |
| 22 | ) |
| 23 | COFFMAN ENGINEERS, INC, a Washington Corporation. ) ) |
| 24 | Third-Party Defendant. ) |
| 25 | |
| 26 | |

ORDER DENYING BRECHAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT TO DISMISS
ABSOLUTE'S "BUSINESS DEVASTATION" CLAIM AND MOTION IN LIMINE TO EXCLUDE
TESTIMONY CONCERNING ALLEGED BUSINESS DEVASTATION
Case No. A03-0199CV (RRB)-- 2

THIS MATTER came before the Court on Brechan's motion for partial summary judgment to dismiss Absolute's "business devastation" claim and motion in limine to exclude testimony concerning alleged business devastation. Having entertained the memoranda, exhibits and declarations supporting and in opposition to the motion, the Court ORDERS that Brechan's motion is DENIED.

Dated this _____ day of _____, 2006.

_____
The Honorable Ralph R. Beistline
United States District Court Judge