Terry R. Marston, *pro hac vice,* terry@mhf-law.com
Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
Jesse P. Elison, *pro hac vice,* jessee@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants.<br>_____<br>EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants.<br>_____ | Case No.: A03-0199CV (RRB)<br><br>**ABSOLUTE'S MOTION ON SHORTENED TIME FOR LEAVE OF ENLARGEMENT OF TIME BY ONE-DAY TO FILE DECLARATIONS OF TERRY MARSTON AND DAVE OLSON** |

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) |
| 2 | |
| 3 | |
| 4 | Plaintiff, ) |
| | vs. ) |
| 5 | |
| 6 | SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. ) |
| 7 | Defendants. ) |
| 8 | |
| 9 | BRECHAN ENTERPRISES, INC., an Alaska corporation, ) |
| 10 | Counterclaim Plaintiff, ) |
| 11 | vs. ) |
| 12 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) |
| 13 | Counterclaim Defendant. ) |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska corporation, ) |
| 15 | |
| 16 | Third-Party Plaintiff, ) vs. ) |
| 17 | COFFMAN ENGINEERS, INC, a Washington Corporation. ) |
| 18 | Third-Party Defendant. ) |
| 19 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) |
| 20 | |
| 21 | Plaintiff/Cross-claimant, ) vs. ) |
| 22 | COFFMAN ENGINEERS, INC, a Washington Corporation. ) |
| 23 | |
| 24 | Third-Party Defendant. ) |
| 25 | |
| 26 | |

ABSOLUTE'S MOTION ON SHORTENED TIME FOR LEAVE OF ENLARGEMENT OF TIME BY
ONE-DAY TO FILE DECLARATIONS OF TERRY MARSTON AND DAVE OLSON
Case No. A03-0199CV (RRB)-- 2

## I. OPPOSITION AND RELIEF REQUESTED

Plaintiff Absolute Environmental Services, Inc. respectfully requests this Court grant on shortened time its motion for leave to file the Declaration of Terry R. Marston and the Second Declaration of Dave Olson (both in Support of Absolute's Opposition to Brechan's Motion for Summary Judgment – Nondisclosure) filed on August 19, 2006 at 12:13am and 1:12 am respectively (representing a 13 minute and 72 minute expansion of time respectively).

## II. ISSUES

Should this Court grant Absolute leave of one-day to file the Declaration of Terry R. Marston and Second Declaration of Dave Olson?

## III. EVIDENCE RELIED UPON

AESI relies on the files and records herein and the accompanying declaration of Terry R. Marston, with exhibits attached.

## IV. FACTS

Absolute's opposition to Brechan's motion for summary judgment and the first declaration of Dave Olson in support of Absolute's opposition were filed on Friday, August 18, 2006, court docket nos. 255 and 254 respectively. Terry Marston's declaration in support of Absolute's opposition was filed at 13 minutes after midnight, rendering the filing made on August 19, 2006 (court docket no. 256). *See* accompanying Decl. of Marston. The second Declaration of Dave Olson in support of Absolute's opposition was filed at 1:12am, also rendering the filing made on August 19, 2006 (court docket no. 258). *See* accompanying Decl. of Marston. The delays were the result of equipment malfunctions over which Absolute had no control. Because we are confident that neither the Court, nor defendants will be in any way prejudiced by this brief

enlargement, Absolute respectfully moves this Court to extend the time for filing the Declaration of Terry R. Marston and Second Declaration of Dave Olson, filed electronically on August 19, 2006, by one-day to August 19, 2006.

## V. AUTHORITY

Under FRCP 6(b),

> ENLARGEMENT. When by these rules or by a notice given thereunder or by order of the court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order, or (2) upon motion made after the expiration of the specified period permit the action to be done where the failure to act was the result of excusable neglect;....

## VI. CONCLUSION

For the foregoing reasons, Absolute respectfully requests leave for the Court to consider the declaration of Terry Marston (docket no. 256) and Dave Olson (docket no. 258) with electronic filing stamps of August 19, 2006 to have been timely filed.

DATED this 21st day of August, 2006.

MARSTON HEFFERNAN FOREMAN, PLLC

By _____
Terry R. Marston II, WSBA No. 14440
Jami K. Elison, WSBA No. 31007
Jesse P. Elison, WSBA No. 36914
Attorneys for Plaintiff Absolute Environmental Service, Inc.

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury, under the laws of the State of Washington that I am now and at all times herein mentioned, a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below, a true and correct copy of the following:

1. ABSOLUTE'S MOTION ON SHORTENED TIME FOR LEAVE OF ENLARGEMENT OF TIME BY ONE-DAY TO FILE DECLARATIONS OF TERRY MARSTON AND DAVE OLSON;
2. DECLARATION OF TERRY MARSTON;
3. [Proposed] ORDER GRANTING MOTION

were electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| James B. Stoetzer<br>Lane Powell Spears Lubersky<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101<br>*Atty for Coffman* | Jacob Nist<br>Perkins Coie, LLP<br>1029 West Third Avenue, Suite 300<br>Anchorage, AK 99501<br>*Atty for Brechan and Safeco* |
| Robert J. Dickson<br>Atkinson, Conway & Gagnon, Inc.<br>420 L Street, Suite 500<br>Anchorage, AK 99501<br><br>*Atty for Specialty Polymer Coatings* | Peter Partnow<br>Lane Powell Spears Lubersky<br>301 W. Northern Lights Boulevard<br>Suite 301<br>Anchorage, Alaska 99503<br>*Atty for Coffman* |
| Eric J. Brown, Esq.<br>Jermain Dunnagan & Owens, P.C.<br>3000 A Street, Suite 300<br>Anchorage, AK 99503-4097<br>*Atty for Forrest McKinley and Emerco* | Mr. William Baerg<br>Patrick Duffy<br>Monteleone & McCrory, LLP<br>725 South Figueroa Street, Suite 3750<br>Los Angeles, CA 90017-5446<br>*Atty for Forrest McKinley and Emerco* |

SIGNED at Redmond, Washington this 21st day of August, 2006.

Terry R. Marston