Terry R. Marston, *pro hac vice*, terry@mhf-law.com
Jami K. Elison, *pro hac vice*, jamie@mhf-law.com
Jesse P. Elison, *pro hac vice*, jessee@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants.<br><br>EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | Case No.: A03-0199CV (RRB)<br><br>**DECLARATION OF TERRY R. MARSTON IN SUPPORT OF MOTION FOR LEAVE OF EXTENSION OF TIME** |

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, )))))) |
| 2 | |
| 3 | |
| 4 | Plaintiff, ))) |
| | vs. |
| 5 | ) |
| 6 | SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. )))) |
| 7 | Defendants. )) |
| 8 | |
| 9 | BRECHAN ENTERPRISES, INC., an Alaska corporation, ))) |
| 10 | Counterclaim Plaintiff, ))) |
| 11 | vs. ) |
| 12 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ))) |
| 13 | Counterclaim Defendant. )) |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska corporation, ))) |
| 15 | |
| 16 | Third-Party Plaintiff, )) |
| | vs. |
| 17 | COFFMAN ENGINEERS, INC, a Washington Corporation. ))))) |
| 18 | Third-Party Defendant. )) |
| 19 | ABSOLUTE ENVIRONMENTAL SERVICES) INC., an Alaska Corporation, ) |
| 20 | |
| 21 | Plaintiff/Cross-claimant, ))) |
| | vs. |
| 22 | COFFMAN ENGINEERS, INC, a Washington Corporation. ))))) |
| 23 | |
| 24 | Third-Party Defendant. )) |
| 25 | |
| 26 | |

DECLARATION OF TERRY R. MARSTON IN SUPPORT OF MOTION FOR LEAVE OF
EXTENSION OF TIME
Case No. A03-0199CV (RRB)-- 2

I, Terry R. Marston, II, declare as follows:

1. I am an attorney for Absolute Environmental Services, Inc. ("AESI"), plaintiff in the above captioned action. I am competent to testify and base these declarations on personal knowledge

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Notice of Electronic Filing of the Declaration of Terry R. Marston in Support of Absolute's Opposition to Brechan's Motion for Summary Judgment – Nondisclosure (court docket no. 256) which was filed at 13 minutes after midnight ADT.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Notice of Electronic Filing of the Second Declaration of Dave Olson in Support of Absolute's Opposition to Brechan's Motion for Summary Judgment – Nondisclosure (court docket no. 258) which was filed at 1:12am ADT.

4. These documents were filed shortly after midnight on the day they were required to have been filed as the result of an equipment malfunction. I am unaware of any actual or theoretical prejudice.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 21st day of August, 2006 at Redmond, Washington.

_____
Terry R. Marston II

DECLARATION OF TERRY R. MARSTON IN SUPPORT OF MOTION FOR LEAVE OF
EXTENSION OF TIME
Case No. A03-0199CV (RRB)-- 3