## Kristy L. Martyn

| | |
|---|---|
| **From:** | cmecfmail@akd.uscourts.gov |
| **Sent:** | Saturday, August 19, 2006 1:13 AM |
| **To:** | cmecfmail@akd.uscourts.gov |
| **Subject:** | Activity in Case 3:03-cv-00199-RRB Absolute Environmental Services Inc. v. McKinley et al "Affidavit" |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Alaska**

Notice of Electronic Filing

The following transaction was received from Marston, Terry entered on 8/19/2006 at 0:13 AM ADT and filed on 8/19/2006

**Case Name:** Absolute Environmental Services Inc. v. McKinley et al
**Case Number:** 3:03-cv-199
**Filer:** Absolute Environmental Services Inc.
**Document Number:** 256

**Docket Text:**
AFFIDAVIT re [254] Affidavit,,, [255] Response in Opposition to Motion *Declaration of Terry Marston in Support of Absolute's Opposition to Brechan's Motion for Summary Judgment - Nondisclosure* by Absolute Environmental Services Inc.. (Attachments: # (1) Exhibit A)(Marston, Terry)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=8/19/2006] [FileNumber=117214-0]
[1cfda7f793eeeaba9a03b3134608d31dd0a8795b32e3d16b60169eeaae48cd4cbab4
5800661b876c54039aa595159a49f00767b80d5f836e44eec30ccb65bd8f]]
**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=8/19/2006] [FileNumber=117214-1]
[a86472da025a4c14ea2cbe5e79135c489ae6e3b706abf7bc5aac3252932b721dc7c5
3b3223ecd3fd20e9015eb5a1bb6822e9c735f69bceef5fa4290fe66a86e5]]

**3:03-cv-199 Notice will be electronically mailed to:**

Exhibit 1
Page 1 of 2

8/21/2006

William R. Baerg    baerg@mmlawyers.com, raspa@mmlawyers.com

Eric J. Brown    ebrown@jdolaw.com, sgreen@jdolaw.com

Robert J. Dickson    acgecf@acglaw.com, jkt@acglaw.com; rjd@acglaw.com

Patrick J. Duffy , III    duffy@mmlawyers.com, mduffy@mmlawyers.com

Jami K. Elison    jamie@mhf-law.com, kristym@mhf-law.com

Michael E. Kreger    mkreger@perkinscoie.com, ancefiling@perkinscoie.com; jkearse@perkinscoie.com; jnist@perkinscoie.com; mbast@perkinscoie.com

Terry R. Marston    terry@mhf-law.com, kristym@mhf-law.com

Peter C. Partnow !    partnowp@lanepowell.com, jensonj@lanepowell.com; gerkenl@lanepowell.com; wagnerf@lanepowell.com; heckj@lanepowell.com; USDC-AK@lanepowell.com

James B. Stoetzer    stoetzerj@lanepowell.com, flabela@lanepowell.com, meyerr@lanepowell.com

**3:03-cv-199 Notice will be delivered by other means to:**

Paul J. Nangle
Paul J. Nangle & Associates
101 Christensen Drive
Anchorage, AK 99501



Exhibit 1
Page 2 of 2

8/21/2006