# Kristy L. Martyn

| | |
|---|---|
| **From:** | cmecfmail@akd.uscourts.gov |
| **Sent:** | Saturday, August 19, 2006 2:12 AM |
| **To:** | cmecfmail@akd.uscourts.gov |
| **Subject:** | Activity in Case 3:03-cv-00199-RRB Absolute Environmental Services Inc. v. McKinley et al "Affidavit" |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Alaska

Notice of Electronic Filing

The following transaction was received from Marston, Terry entered on 8/19/2006 at 1:12 AM ADT and filed on 8/19/2006

**Case Name:** Absolute Environmental Services Inc. v. McKinley et al
**Case Number:** 3:03-cv-199
**Filer:** Absolute Environmental Services Inc.
**Document Number:** 258

**Docket Text:**
AFFIDAVIT re [254] Affidavit,,, [257] Notice (Other), Notice (Other), [256] Affidavit,, [255] Response in Opposition to Motion *Second Declaration of Dave Olson in Support of Absolute's Opposition to Brechan's Motion for Summary Judgment - Nondisclosure* by Absolute Environmental Services Inc.. (Marston, Terry)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=8/19/2006] [FileNumber=117223-0]
[9133dca47c0d57c2279ca0d928899a99b7c10106db0ca51218df054fd4c0bd69d910
c4fb3650437ce383cade62b541778cd1f229f7cb09e4f5ac40968156813b]]

**3:03-cv-199 Notice will be electronically mailed to:**

William R. Baerg   baerg@mmlawyers.com, raspa@mmlawyers.com

Eric J. Brown   ebrown@jdolaw.com, sgreen@jdolaw.com

Robert J. Dickson   acgecf@acglaw.com, jkt@acglaw.com; rjd@acglaw.com

Exhibit 2
Page 1 of 2

Patrick J. Duffy , III    duffy@mmlawyers.com, mduffy@mmlawyers.com

Jami K. Elison    jamie@mhf-law.com, kristym@mhf-law.com

Michael E. Kreger    mkreger@perkinscoie.com, ancefiling@perkinscoie.com; jkearse@perkinscoie.com; jnist@perkinscoie.com; mbast@perkinscoie.com

Terry R. Marston    terry@mhf-law.com, kristym@mhf-law.com

Peter C. Partnow !    partnowp@lanepowell.com, jensonj@lanepowell.com; gerkenl@lanepowell.com; wagnerf@lanepowell.com; heckj@lanepowell.com; USDC-AK@lanepowell.com

James B. Stoetzer    stoetzerj@lanepowell.com, flabela@lanepowell.com, meyerr@lanepowell.com

**3:03-cv-199 Notice will be delivered by other means to:**

Paul J. Nangle
Paul J. Nangle & Associates
101 Christensen Drive
Anchorage, AK 99501

Exhibit 2
Page 2 of 2

8/21/2006