Attached as Exhibit D is my proposed allocation of damages suffered by Absolute among the various defendants in this action.

Attached as Exhibit E is a Square Foot Cost Calculations for Phase I.

Exhibit D to Report of Michael K. Lembke

## Opinion Regarding Proposed Allocation of Damages Among the Several Defendants

## Brechan/Safeco – Coffman Engineers – McKinley/Emerco (Imperial)

1. Coffman estimated 40,000 sf as the Total area of the Cargo Wharf (Original and Extension)
    a. CEI estimated 7,400 sf Wharf Extension
    b. CEI estimated 32,600 sf Original Wharf
2. Swalling completed 15,500 sf in Phase 1
    a. Wharf Extension at 7,400 sf
    b. 8,100 sf of Original Wharf
    c. Leaving 24,500 sf to be coated in Phase 2 (40,000 sf minus 15,500 sf)
3. Phase 2 was divided into five "Areas," A, B, C D, and E.
4. The "average" number of square feet per Area is 4,900 sf (24,500 sf divided by five).
5. IIC applied the initial coatings to all of Area A and half of Area B for a total of 7,350 sf
6. IIC, therefore, applied 30% of the square footage coated in Phase 2 (7,350 sf coated divided by 24,500 sf to be coated)
7. AESI applied the remaining 70% of the square footage coated in Phase 2.
8. AESI Total Damage Claim $1,221504.00.
9. Brechan/Coffman 70% of $855,053.00.
10. IIC 30% of $366,451.20.
11. Brechan/Coffman, together, and IIC to split Area A and Area B repairs evenly $183,225.60 .
12. Brechan /Coffman business devastation $2,280,000.

## Phase I (BEI/SCCI) Price Per Square Foot Calculations

|  |  | Price | Area (sf) | Price/sf | AESI Bid Price/sf |
|---|---|---|---|---|---|
|  | **Mobilization/Special Equip. Purch.** |  |  |  |  |
| 1 | As-Planned, Ext. + Orig. Bents 1-33 | $247,000.00 | 40,000 | $ 6.18 |  |
| 2 | As-Built, Ext. + Orig. Bents 1-12 | $247,000.00 | 15,500 | $ 15.94 |  |
|  | **Wharf Extension** |  |  |  |  |
| 3 | Pipe Pile | $207,250.00 | 7,400 | $ 28.01 |  |
|  | **Original Wharf** |  |  |  |  |
| 4 | H-Pile, Piles 1-15 | $395,750.00 | 12,800 | $ 30.92 |  |
| 5 | H-Pile, Piles 1-12 | $250,452.00 | 8,100 | $ 30.92 |  |
| 6 | Option #2, Piles 1-12 | $ 69,924.00 | 8,100 | $ 8.63 |  |
|  | **SCCI Proposal** |  |  |  |  |
| 7 | Option 1, Piles 1-15 | $227,542.00 | 12,800 | $ 17.78 |  |
| 8 | Option 2, Piles 1-15 | $128,835.00 | 12,800 | $ 10.07 |  |
|  | **Option #2 (Actual)** |  |  |  |  |
|  | Final Tally, Piles 1-12 |  |  |  |  |
| 9 | Mobilization/Special Equip. Purch. |  |  | $ 15.94 |  |
| 10 | H-Pile Coat |  |  | $ 30.92 |  |
| 11 | H-Pile Option 2 |  |  | $ 8.63 |  |
|  | *SCCI Actually Paid for Bents 1-12* |  |  | *$ 55.49* | $ 40.65 |
|  | **Option #1 (Hypothetical)** |  |  |  |  |
|  | Final Tally, Piles 1-12 |  |  |  |  |
| 12 | Mobilization/Special Equip. Purch. |  |  | $ 15.94 |  |
| 13 | H-Pile Coat |  |  | $ 30.92 |  |
| 14 | H-Pile Option 1 |  |  | $ 17.78 |  |
| 15 |  |  |  | $ 64.63 |  |

**Reference: BEI1352, BEI4139-BEI4143, BEI8211**

**MKL Associates, LLC**
**Construction Consultants**

April 1, 2006

# ERRATA

## Findings and Opinion Report
*In the Matter of*
**Absolute Environmental Services, Inc. v. Forrest J. McKinley, et al.**
**March 21, 2006**

### Page 1, paragraph 1:

**Line 2** should read …"based in Kirkland"…, not …"base"… as written.
**Line 4** should read …"encountered by Brechan Enterprises, Inc."…, not …"Brechan"… as written.
**Line 5** should read…."enclosed with this report is Exhibit A.", not …"enclosure…Enclosure A." as written.
**Line 6** should read …"enclosed.", not "enclose" as written.

### Page 1, paragraph 2:

**Line 1** should read..."was retained"…, not…"was been"…as written
**Line 7** add "(CG)" behind…"FD&CC-PAC"…

### Page 1, paragraph 3:

**Line 1** delete the quotation marks around …"(takeoff)"…
**Line 3** delete the first word …"the"…

### Page 2, paragraph 1:

**Line 5** delete the quotation marks after…"KEY".

### Page 2, paragraph 2:

**Line 2** add a parenthesis behind the word…"Document". Delete the parenthesis behind the number …"20003".
**Line 4** reverse the order of the words…"corrosion consulting "… to read …consulting corrosion engineer."

### Page 2, paragraph 3:

**Line 3** insert the word and parentheses "(Swalling)" behind…"Swalling Construction, Inc."…

Exhibit B
Page 31 of 34

9427 N.E. 138th St.  •  Kirkland, WA 98034
425-823-6388  •  Fax: 425-823-8332
email: mklassc@hotmail.com  •  www.mklassociates.com

**Page 4, paragraph 1:**

**Line 1** delete the spaces between the numbers…"6-15"…

**Page 4, paragraph 2:**

**Line 4** insert the word "downward" between the words …"revise… and …"its"…
**Line 5** delete the word" downward", and add a period after the first word …"work."
**Line 10** add a comma after the figure…"$57,863"…

**Page 4, paragraph 4:**

**Line 1** only the "B" in "BRECHAN's" should be capitalized

**Page 5, paragraph 1:**

**Line 2** bold the figure"$1,040,878"

**Page 5, paragraph 2:**

**Line 4** add a space between …"February 5", and …"2002".

**Page 5, paragraph 3:**

**Line 1** change the word…"attempting"… to "attempts"

**Page 5, paragraph 4:**

**Line 7** change the word …"to"… to "with"; change the word…"details"… to "detailed"
**Line 8** change the word…"can"… to "could"
**Line 9** change the word "Document" to "Reference"; change the word …"and"… to "that"

**Page 6, paragraph 1:**

**Line 2** place a comma after the word…"Swalling"…
**Line 3** replace the comma with a period after the number …"20331".
**Line 6** change Line 6 to read, in part: …"only $50,000 for bent 6-12 weld repair work"…

**Page 6, paragraph 2:**

**Line 5** insert the word "of" between the words…"coating" and "some"
**Line 8** change the word …"under"… to "for"; capitalize the "P" in the word "Phase"
**Line 9** change the word "Mod." To "Modification"

Exhibit B
Page 32 of 34

9427 N.E. 138th St.   •   Kirkland, WA 98034-1822
425-823-6388   •   Fax: 425-823-8332
email: mklassc@hotmail.com   •   www.mklassociates.com

**Page 6, paragraph 3:**

**Line 6** change …"bents 13-33,"… to read…"bents 12.5-33,"

**Page 7, paragraph 1:**

**Line 1** insert "with which" between the words…"specifications" and "to"
**Line 2** add a period after …"bid"; delete the word …"with" after the word "bid."; add an "s" to the word "problem"

**Page 7, paragraph 2:**

Add a space between paragraph 1 and paragraph 2
**Line 1** delete the word "thus"

**Page 7, paragraph 3:**

Add the following:

Reference *Exhibit C*, Steel Surfaces Quantity Survey, Bents 12.5-33

Reference *Exhibit D*, Opinion Regarding Proposed Allocation of Damages Among the Several Defendants

Reference *Exhibit E*, Square Foot Costs Calculations for Phase 1

Exhibit B
Page 33 of 34

9427 N.E. 138th St.   •   Kirkland, WA 98034-1822
425-823-6388   •   Fax: 425-823-8332
email: mklassc@hotmail.com   •   www.mklassociates.com

**ERRATA NO. 2**
Revised 5/16/06

Exhibit D to Report of Michael K. Lembke

## Opinion Regarding Proposed Allocation of Damages Among the Several Defendants

## Brechan/Safeco – Coffman Engineers – McKinley/Emerco (Imperial)

1. Coffman estimated 40,000 sf as the Total area of the Cargo Wharf (Original and Extension)
    a. CEI estimated 7,400 sf Wharf Extension
    b. CEI estimated 32,600 sf Original Wharf
2. Swalling completed 15,500 sf in Phase 1
    a. Wharf Extension at 7,400 sf
    b. 8,100 sf of Original Wharf
    c. Leaving 24,500 sf to be coated in Phase 2 (40,000 sf minus 15,500 sf)
3. Phase 2 was divided into five "Areas," A, B, C D, and E.
4. The "average" number of square feet per Area is 4,900 sf (24,500 sf divided by five).
5. IIC applied the initial coatings to all of Area A and approximately half of Area B for a total of 7,350 sf
6. IIC, therefore, applied approximately 30% of the square footage coated in Phase 2 (7,350 sf coated divided by 24,500 sf to be coated)
7. AESI applied the remaining approximately 70% of the square footage coated in Phase 2.
8. AESI Claim to Brechan/Coffman:      $1,129.399.83
   AESI Claim to IIC:                  $1,200,581.73
9. Brechan/Coffman: 70% of $1,129.399.83:  $ 790,579.86
10. IIC: 30% of $1,200,581.73:              $ 360,174.51
11. Split areas of A/B 50/50:
    Brechan/Coffman:                        $ 169,409.97
    IIC:                                    $ 180,087.26
12. Brechan/Coffman Recap:
    70%:                                    $ 790,579.86
    50% A/B:                                $ 169,409.97
    Subtotal                                $ 959,989.83
    Plus Business Devastation               $2,280,000.00
    Brechan/Coffman Total                   $3,239,989.83
13. IIC Recap:
    50% A/B:                                $ 180,087.26