

# FIELD MEMORANDUM

| | | | |
|---|---|---|---|
| To | Dave Olson | Date | August 19, 2003 |
| Company | Absolute Environmental | Project | Cargo Wharf Coating Phase II |
| From | Jerry R. Hardenbergh | Location | Kodiak, AK |
| Subject | Coating defects on piles at column lines 13 to 15. | Project No. | 33-S01171 Task 643P92 |

A thorough inspection was performed in work areas "A" and "B" (column lines 13 thru 21) and numerous areas of coating defects were found and marked for repair. The coating defects consisted of areas of inadequate adhesion (inadequate surface prep), coating over marking paint and contaminants (inadequate surface prep), and repair coating material that did not cure properly due to the addition of solvent.

Specialty Polymer Coatings (SPC) representative, Charlie Mathias, was recently on-site and conducted their own investigation of coating problems and alleged modification of coating materials by the coating contractor (Imperial Industrial Coatings). The SPC representative concluded that most of the coating defects observed were applicator related (inadequate surface preparation) and confirmed that solvent/thinner was added to some of the repair coating materials. Consequently, the certification held by Imperial Industrial Coatings to apply SPC products was revoked for cause.

The following photographs represent general areas that will require coating repair. Coating repair will consist of complete removal of the defective coating by abrasive blast cleaning and reapplication of coating materials in accordance with the coating manufactures specifications.



Bent 13-14.



Bent 14-15.



Exhibit F
Page 1 of 3

*Field Memorandum*
*Coating Defects*
*Page 2*



North side of bent 13.



South side of bent 13.



South side of bent 14.



South side of bent 15.

Exhibit F
Page 2 of 3

*Field Memorandum*
*Coating Defects*
*Page 3*


North side of bent 16.


North side of bent 17.


North side of bent 18.


North side of bent 19.


South side of bent 20.


South side of bent 21, A-D.

Jerry Hardenbergh
**PROJECT QUALITY ASSURANCE**

Exhibit 7
Page 3 of 3