# CURRICULUM VITAE

orthwest Corrosion Engineering

10995 Warfield Road, Sedro-Woolley, WA 98284
Phone: (360) 826-4570  Fax: (360) 826-6321

## Jeremy A. Hailey, P.E.

### Education
Bachelor of Science, Agricultural Engineering - Washington State University

### Professional Licenses/Certifications
Registered Professional Civil Engineer:  Washington, Oregon, Alaska, Idaho, Colorado
Licensed Electrical Administrator, Washington State
Certified by the National Association of Corrosion Engineers in the following categories:
- NACE International Corrosion Specialist, P
- NACE International Cathodic Protection Specialist
- NACE International Certified Coating Inspector

Washington State Department of Ecology ICC Underground Storage Tank – Cathodic Protection Certification

### Experience
Mr. Hailey is the President and Owner of Northwest Corrosion Engineering, a consulting firm providing specialized engineering services in the field of corrosion control.  Mr. Hailey has over ten years experience providing Professional Corrosion Engineering services.  Specific areas of expertise include:  corrosion control engineering, cathodic protection system design, specification development, design review, corrosion surveys, soil and water analysis, coating evaluation/inspection, material selection, failure analysis, data interpretation, installation supervision, and system troubleshooting.

Mr. Hailey has been involved with the development of comprehensive corrosion control programs for several clients including petroleum refineries, natural gas companies, and sewer and water districts.  Additional clients include consulting engineering firms, local, state, and federal agencies, and municipal utilities.

Mr. Hailey has several years of experience providing corrosion engineering services to operators and owners of Underground Storage Tanks (UST's).  Northwest Corrosion Engineering provides corrosion control system checkouts, impressed current cathodic protection system commissioning, detailed cathodic protection system design, and system installation support/inspection.

Prior to establishing Northwest Corrosion Engineering, Mr. Hailey provided corrosion engineering consulting services to Alyeska, stewards of the trans-Alaska pipeline system.

His responsibilities included providing corrosion engineering design for both impressed current and galvanic anode cathodic protection systems for the buried portions of the pipeline from the north slope of Alaska to the Valdez Marine Terminal. Additional responsibilities included corrosion control system design and design oversight for numerous other Alyeska facilities including aboveground/belowground petroleum storage tanks, natural gas piping, and marine berth loading structures.

Mr. Hailey currently serves as a lead instructor for the National Association of Corrosion Engineers Cathodic Protection Certification and Training Program, providing instruction for the associations Cathodic Protection Tester (CP Level 1) and Cathodic Protection Technician (CP Level 2) certification programs. In addition, Mr. Hailey serves as the Past-Chairman for the Puget Sound Section of the National Association of Corrosion Engineers, is the Chairman of the American Water Works Association Pacific Northwest Engineering Committee, and is currently a director of the American Water Works Association Northwest subsection.

## Professional Affiliations

NACE – National Association of Corrosion Engineers
AWWA – American Water Works Association