# Comparison of Qualifications in Corrosion Engineering of Absolute's Expert Witness Jeremy Hailey with Others

| National Association of Corrosion Engineers (NACE) Certifications | Jeremy Hailey | D. Stears | J. Hardenbergh | W. Mott | W. Chandler |
|---|---|---|---|---|---|
| **Cathodic Inspector Program** | | | | | |
| ● **Certified Coating Inspector** (Highest) | ✓ | | ✓ | | ✓ |
| ● Level 2 Coating Inspector | ✓ | | ✓ | | ✓ |
| ● Level 1 Coating Inspector | ✓ | | ✓ | | ✓ |
| **Cathodic Protection Program** | | | | | |
| ● **CP Specialist** (Highest) | ✓ | ✓ | | | |
| ● CP Technologist | 1 | | ✓ | | |
| ● CP Technician | [Instructor] | | | | |
| ● CP Tester | [Instructor] | | | | |
| **Specialist Certifications** | | | | | |
| ● **Multiple Areas Specialty Corrosion Specialist** (Includes All Subjects Below*) | ✓ | | | | |
| ● CP Specialist | ✓ | | | | |
| ● Protective Coatings Specialist | * | | | | |
| ● Materials Selection/Design Specialist | * | | | | |
| ● Chemical Treatment Specialist | * | | | | |

1  Mr. Hailey passed the exam for CP Technologist, but by the time he was eligible to receive his certification, he had also passed all requirements for the "CP Specialist" certification and so was only issued the higher certification by NACE.