## Comparison of Qualifications in Corrosion Engineering of Absolute's Expert Witness Jeremy Hailey and Others

| National Association of Corrosion Engineers (NACE) Certifications | Jeremy Hailey | D. Stears | J. Hardenbergh | W. Mott | W. Chandler |
|---|:---:|:---:|:---:|:---:|:---:|
| *Cathodic Inspector Program* | | | | | |
| ● **Certified Coating Inspector** (Highest) | ✓ | | ✓ | | ✓ |
| ● Level 2 Coating Inspector | ✓ | | ✓ | | ✓ |
| ● Level 1 Coating Inspector | ✓ | | ✓ | | ✓ |
| *Cathodic Protection Program* | | | | | |
| ● **CP Specialist** (Highest) | ✓ | ✓ | | | |
| ● CP Technologist | ✓ | | ✓ | | |
| ● CP Technician | [Instructor] | | | | |
| ● CP Tester | [Instructor] | | | | |
| *Specialist Certifications* | | | | | |
| ● **Multiple Areas Specialty Corrosion Specialist** (Includes <u>All</u> Subjects Below*) | ✓ | | | | |
| ● Chemical Treatment Specialist | * | | | | |
| ● Materials Selection/Design Specialist | * | | | | |
| ● Protective Coatings Specialist | * | | | | |
| ● CP Specialist | ✓ | | | | |