## Search For Certified NACE Members

New Search

| Name | Company | City | State/Province | Country | Coating Inspector Program | Certification |
|---|---|---|---|---|---|---|
| Stears, Charles D | Coffman Engineers | Anchorage | AK | USA | - | Cathodic Protection Specialist |

* NACE is not liable for any errors or omissions in this electronic database or results or consequences thereof. For help with questions about NACE data, contact NACE International directly.

WebMaster | Contact Info | Privacy Policy | Terms of Use | Customer Feedback

© Copyright 2000-2005 NACE International, All rights reserved.