

State of Alaska   > Commerce   > Occupational Licensing   Occupational License Search

## Search for Occupational Licenses

Enter one or more fields below and click 'Search'.
Click **here** for explanation of board and type codes.

| | | | |
|---|---|---|---|
| Board: | ael | Last Name: | stears |
| License Type: | | DBA: | |
| License Number: | | City: | |

[Search] [Reset]

### License Search Results (click link on 'license' for details)

| License | Name | DBA | City | State |
|---|---|---|---|---|

## Search for Real Estate Offices

Real Estate Office Name: [          ]

[Search] [Reset]

Webmaster    Email Business and Professional Licensing    Email Corporations