# Search for Occupational Licenses

State of Alaska  > Commerce  > Occupational Licensing   Occupational License Search

## Search for Occupational Licenses

Enter one or more fields below and click 'Search'.
Click **here** for explanation of board and type codes.

| | | | |
|---|---|---|---|
| Board: | ael | Last Name: | mott |
| License Type: | | DBA: | |
| License Number: | | City: | |

[Search]  [Reset]

### License Search Results (click link on 'license' for details)

| License | Name | DBA | City | State |
|---|---|---|---|---|
| AEL H 8983 | WILLIAM R. MOTT | | ANCHORAGE | AK |
| AEL C 6220 | DAVID R. MOTTER | | KENMORE | WA |

## Search for Real Estate Offices

Real Estate Office Name: [ ]

[Search]  [Reset]

Webmaster    Email Business and Professional Licensing    Email Corporations

Exhibit E
Page 3 of 8