

## Search For Certified NACE Members

New Search

| Name | Company | City | State /Province | Country | Coating Inspector Program | Certification |
|---|---|---|---|---|---|---|
| Chandler, Bryant Web | Greenman-Pedersen Inc | Olympia | WA | USA | Certified , Completed Marine | - |
| Chandler, Clifford | Perry Electric | Brookings | SD | USA | - | Corrosion Technician |
| Chandler, Milton C | Alabama Gas Corp | Birmingham | AL | USA | - | Corrosion Technologist |
| Chandler, Norma L Nusz | C & N Cathodic Protection Svcs | Brookings | SD | USA | - | Senior Corrosion Technologist Corrosion Technician |

* NACE is not liable for any errors or omissions in this electronic database or results or consequences thereof. For help with questions about NACE data, contact NACE International directly.

WebMaster | Contact Info | Privacy Policy | Terms of Use | Customer Feedback

© Copyright 2000-2005 NACE International, All rights reserved.

Exhibit E
Page 5 of 8