# Search for Occupational Licenses

State of Alaska    > Commerce    > Occupational Licensing    Occupational License Search

## Search for Occupational Licenses

Enter one or more fields below and click 'Search'.
Click **here** for explanation of board and type codes.

| | | | |
|---|---|---|---|
| Board: | ael | Last Name: | hailey |
| License Type: | | DBA: | |
| License Number: | | City: | |

[Search]  [Reset]

### License Search Results (click link on 'license' for details)

| License | Name | DBA | City | State |
|---|---|---|---|---|
| AEL C 10208 | JEREMY A. HAILEY | | SEDRO-WOOLLEY | WA |

## Search for Real Estate Offices

Real Estate Office Name: [         ]

[Search]  [Reset]

Webmaster    Email Business and Professional Licensing    Email Corporations



Exhibit E
Page 8 of 8