Terry R. Marston, *pro hac vice*, terry@mhf-law.com
Jami K. Elison, *pro hac vice*, jamie@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. <br><br> Defendants. | Case No.: A03-0199CV (RRB) <br><br><br><br><br><br> **DECLARATION OF TERRY R. MARSTON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT TO DISMISS CLAIM OF GOODS SOLD AND DELIVERED** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC., <br><br> Counterclaimant/Third-party Claimant, <br><br> v. <br><br> ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al., <br><br> Cross-defendants/Third-party Defendants. | |

DECLARATION OF TERRY R. MARSTON IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT TO DISMISS CLAIM OF GOODS SOLD AND DELIVERED
Case No. A03-0199CV (RRB)-- 1

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, )<br><br>Plaintiff, )<br>vs. )<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. )<br><br>Defendants. ) |
| 2 | BRECHAN ENTERPRISES, INC., an Alaska corporation, )<br><br>Counterclaim Plaintiff, )<br>vs. )<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, )<br><br>Counterclaim Defendant. ) |
| 3 | BRECHAN ENTERPRISES, INC., an Alaska corporation, )<br><br>Third-Party Plaintiff, )<br>vs. )<br><br>COFFMAN ENGINEERS, INC, a Washington Corporation. )<br><br>Third-Party Defendant. ) |
| 4 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, )<br><br>Plaintiff/Cross-claimant, )<br>vs. )<br><br>COFFMAN ENGINEERS, INC, a Washington Corporation. )<br><br>Third-Party Defendant. ) |

DECLARATION OF TERRY R. MARSTON IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT TO DISMISS CLAIM OF GOODS SOLD AND DELIVERED
Case No. A03-0199CV (RRB)-- 2

I, Terry R. Marston, declare as follows:

1. I am an attorney for Absolute Environmental Services, Inc. ("Absolute"), plaintiff in the above captioned action. I am competent to testify and base these declarations on personal knowledge.

2. Mr. Puett testified that he was never employed by Emerco, Inc. and has no working knowledge of Emerco, Inc. Attached hereto as **Exhibit 1** is a true and correct copy excerpts from the deposition of Tom Puett taken November 1, 2004.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 25th day of August, 2006, at Redmond, Washington.

_____
TERRY R. MARSTON