| | |
|---|---|
| 1 | Terry R. Marston, *pro hac vice*, terry@mhf-law.com |
| | Jami K. Elison, *pro hac vice*, jamie@mhf-law.com |
| 2 | MARSTON HEFFERNAN FOREMAN, PLLC |
| | 16880 N.E. 79th Street |
| 3 | Redmond, Washington 98052 |
| | (425) 861-5700 |
| 4 | |
| | PAUL J. NANGLE & ASSOCIATES |
| 5 | Kerry Building |
| | 101 Christensen Drive |
| 6 | Anchorage, Alaska 99501 |
| | Telephone: (907) 274-8866 |

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) Case No.: A03-0199CV (RRB) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | ) **DECLARATION OF JASON PETERSON** ) **IN SUPPORT OF ABSOLUTE'S MOTION** ) **TO DISMISS OR CAP CERTAIN** ) **CLAIMS ALLEGED BY DEFENDANT** ) **EMERCO, INC.** ) ) ) ) |
| Defendants. | ) |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC., | ) ) ) |
| Counterclaimant/Third-party Claimant, | ) |
| v. | ) |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al., | ) ) |
| Cross-defendants/Third-party Defendants. | ) ) |

DECLARATION OF JASON PETERSON IN SUPPORT OF ABSOLUTE'S MOTION TO DISMISS OR
CAP CERTAIN CLAIMS ALLEGED BY DEFENDANT EMERCO. INC.

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, )
| 2 | )
| 3 | )
| 4 | Plaintiff, )
|   | vs. )
| 5 | )
|   | SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. )
| 6 | )
| 7 | Defendants. )
| 8 | BRECHAN ENTERPRISES, INC., an Alaska corporation, )
| 9 | )
| 10 | Counterclaim Plaintiff, )
|    | vs. )
| 11 | )
|    | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, )
| 12 | )
| 13 | Counterclaim Defendant. )
|    | BRECHAN ENTERPRISES, INC., an Alaska corporation, )
| 14 | )
| 15 | Third-Party Plaintiff, )
| 16 | vs. )
|    | COFFMAN ENGINEERS, INC, a Washington Corporation. )
| 17 | )
| 18 | Third-Party Defendant. )
| 19 | ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, )
| 20 | )
| 21 | Plaintiff/Cross-claimant, )
|    | vs. )
| 22 | COFFMAN ENGINEERS, INC, a Washington Corporation. )
| 23 | )
|    | Third-Party Defendant. )
| 24 | )
| 25 | |
| 26 | DECLARATION OF JASON PETERSON IN SUPPORT OF ABSOLUTE'S MOTION TO DISMISS OR CAP CERTAIN CLAIMS ALLEGED BY DEFENDANT EMERCO. INC. |

I, Jason Peterson, being first duly sworn, declare and say as follows:

1. I am the vice-present of Absolute Environmental Services, Inc. ("AESI"), the Plaintiff in this matter. I have personal first-hand knowledge of the facts set out below.

2. I have been informed that Emerco has sued AESI for profits on the projects called Tanks N12 and N60. That is crazy. Emerco never had a contract for that work.

3. I have reviewed the explanation presented in Emerco's Opposition brief and also Emerco's responses to interrogatories. I have not seen any declaration from Tom Puett or anyone else with actual first-hand knowledge on the subject. Emerco suggests that I "approved" a price and that Mr. Puett reviewed and marked-up some specifications. A possible project was explored. That's all.

4. I have been chief estimator for AESI for the last 13 years. During that period of time, I have prepared more than one thousand estimates. AESI has never been paid for one estimate. Contractors do not receive payment for exploring possible projects.

5. AESI invited Emerco to look at a possible Brechan project called Tanks N12 and N60. Brechan did not even have a contract with the Coast Guard at that time. Mr. Puett solicited the assistance of a representative of Polar Supply and they jointly reviewed and marked-up some proposed projects specifications. Mr. Puett submitted a possible price. AESI passed the price through to Brechan. Brechan rejected the price. It was too high.

6. Brechan later negotiated a contract with AESI for Tanks N12 and N60. It is well knows that AESI's dealings with Emerco ended in August 2003. AESI entered a contract with Brechan very late in 2003 for Tanks N12 and N60. The contract price was substantially less than the contract price proposed by Emerco. Emerco had nothing to do with that project, and Emerco's claim for profits is farcical.

DECLARATION OF JASON PETERSON IN SUPPORT OF ABSOLUTE'S MOTION TO DISMISS OR CAP CERTAIN CLAIMS ALLEGED BY DEFENDANT EMERCO, INC.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this  25  day of August, 2006, at Anchorage, Alaska.

*Jason Peterson*
JASON PETERSON

DECLARATION OF JASON PETERSON IN SUPPORT OF ABSOLUTE'S MOTION TO DISMISS OR CAP CERTAIN CLAIMS ALLEGED BY DEFENDANT EMERCO, INC.