Terry R. Marston, *pro hac vice,* terry@mhf-law.com
Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
Jesse P. Elison, *pro hac vice,* jessee@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>　　　　　Plaintiff,<br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>　　　　　Defendants.<br><br>EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | Case No.: A03-0199CV (RRB)<br><br>**ERRATA REGARDING CITATION IN REPLY IN SUPPORT OF ABSOLUTE'S MOTION TO COMPEL DEFENDANT BRECHAN ENTERPRISES, INC. TO RESPOND TO DISCOVERY** |

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) ) ) ) ) |
| 2 | |
| 3 | |
| 4 | Plaintiff, ) ) |
| | vs. ) |
| 5 | ) |
| | SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. ) ) |
| 6 | |
| | ) |
| 7 | Defendants. ) ) |
| 8 | |
| | BRECHAN ENTERPRISES, INC., an Alaska corporation, ) ) |
| 9 | |
| | ) |
| 10 | Counterclaim Plaintiff, ) |
| | vs. ) |
| 11 | ) |
| | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) ) |
| 12 | |
| 13 | ) |
| | Counterclaim Defendant. ) |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska corporation, ) ) |
| 15 | ) |
| | Third-Party Plaintiff, ) |
| 16 | vs. ) |
| | ) |
| 17 | COFFMAN ENGINEERS, INC, a Washington Corporation. ) ) |
| 18 | ) |
| | Third-Party Defendant. ) |
| 19 | ) |
| | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) ) |
| 20 | |
| 21 | ) |
| | Plaintiff/Cross-claimant, ) |
| | vs. ) |
| 22 | ) |
| | COFFMAN ENGINEERS, INC, a Washington Corporation. ) ) |
| 23 | |
| 24 | ) |
| | Third-Party Defendant. ) ) |
| 25 | |
| 26 | |

ERRATA REGARDING CITATION IN REPLY IN SUPPORT OF ABSOLUTE'S MOTION TO
COMPEL DEFENDANT BRECHAN ENTERPRISES, INC. TO RESPOND TO DISCOVERY
Case No. A03-0199CV (RRB)-- 2

Plaintiff Absolute Environmental Services, Inc.'s Reply in Support of Absolute's Motion to Compel Defendant Brechan (court docket no. 278) repeatedly cited to the accompanying Declaration of Dave Olson. Those citations are in error. Each citation should read Declaration of Terry R. Marston (court docket no. 286).

DATED this 25th day of August, 2006.

MARSTON HEFFERNAN FOREMAN, PLLC

By __s/Jami K. Elison_____
Terry R. Marston II, WSBA No. 14440
Jami K. Elison, WSBA No. 31007
Jesse P. Elison, WSBA No. 36914
Attorneys for Plaintiff Absolute Environmental
Service, Inc.

I hereby certify that on the date given a copy of the forgoing was electronically filed with the Clerk of Court using the CM/ECF system and was served electronically on the following:

William R. Baerg, Patrick J. Duffy
Eric J. Brown
Robert J. Dickson
Michael E Kreger, Jacob Nist
James B. Stoetzer, Peter C. Partnow

s/Jami K. Elison_____.