# TABLE OF EXHIBITS

| | | |
|---|---|---|
| Exhibit | 1 | Absolute Environmental Services, Inc.'s Project Listing 1997-2005 |
| Exhibit | 2 | March 21, 2001 contract between Brechan and Absolute |
| Exhibit | 3 | Transcript excerpts of William Oliver deposition taken on June 7, 2006, page 19 |
| Exhibit | 4 | Brechan/USCG JOC, page 3 |
| Exhibit | 5 | Transcript excerpts of Anita Repanich deposition taken June 28, 200 |
| Exhibit | 6 | Order for Supplies and Services dated March 20, 2001 |
| Exhibit | 7 | Excerpts of Tryck Nyman Hayes, Inc Cargo Wharf and Fuel Pier Document |
| Exhibit | 8 | March 8, 2001 letter from Brechan to FDC |
| Exhibit | 9 | Email from TNH to Brechan re 65% coating submittal, specifications, and addendum |
| Exhibit | 10 | Letter from Swalling to Brechan dated May 23, 2001 |
| Exhibit | 11 | Letter from Swalling to Brechan dated June 7, 2001 re proposal and letter from Brechan to Swalling dated June 12, 2001 re acceptance |
| Exhibit | 12 | August 21 and 22, 2001 email exchange between Rendon and Holmstrom with attachment |
| Exhibit | 13 | August 24, 2001 email exchange between Rendon and Holmstrom |
| Exhibit | 14 | Subcontract between Swalling and Brechan |
| Exhibit | 15 | Brechan Price Schedule with Holmstrom handwritten notes date September 22, 2001 |
| Exhibit | 16 | Coffman Daily Report dated Oct 5, 2001 |
| Exhibit | 17 | Coffman Daily Report dated October 9, 2001 |
| Exhibit | 18 | email exchange between Rendon and Hardenbergh dated October 10, 2001 |
| Exhibit | 19 | Coffman Daily Report Addendum dated October 17, 2001 |
| Exhibit | 20 | Coffman Daily Report dated October 23, 2001 |
| Exhibit | 21 | Coffman Daily Report and Report Addendum dated October 24, 2001 |
| Exhibit | 22 | Coffman Daily Report dated October 25, 2001 |
| Exhibit | 23 | Holmstrom handwritten notes dated October 24, 2001 |
| Exhibit | 24 | Coffman memorandum to Scott Bonney of FDCC dated October 30, 2001 |
| Exhibit | 25 | letter from Swalling to Brechan dated November 2, 2001 |
| Exhibit | 26 | Coffman November 5, 2001 Memorandum and Daily Report |
| Exhibit | 27 | letter from Swalling to Brechan dated November 5, 2001 with attachments |
| Exhibit | 28 | email exchanged between Coffman and Swalling dated October 30 and November 3, 2001 |
| Exhibit | 29 | November 13, 2201 Project Meeting Agenda and Summary |
| Exhibit | 30 | Letter from Swalling to Brechan dated December 21, 2001 |
| Exhibit | 31 | email exchange between Repanich and Holmstrom dated December 21 and 27, 2001 |
| Exhibit | 32 | letter from Brechan to Swalling dated January 3, 2002 |
| Exhibit | 33 | email exchanges between Holmstrom and Stears darted January 2-4, 2002, with attached letter dated January 4, 2002 |

Exhibit 34 email exchange between Holmstrom, Stears, and Hardenbergh dated January 16, 2001

Exhibit 35 email from Rendon to Repanich, Locker, and Holmstrom

Exhibit 36 email from Repanich to Holmstrom dated February 1, 2002

Exhibit 37 February 5, 2002 email from Rendon to Holmstrom

Exhibit 38 email exchange between Holmstrom and Stears

Exhibit 39 Holmstrom handwritten notes dated February 5-7, 2002

Exhibit 40 February 8, 2002 meeting minutes

Exhibit 41 Coffman Daily Reports with photo examples of defective and omitted welds from Phase I

Exhibit 42 Coffman photo examples of defective and omitted welds on Phase I – obtained through discovery from USCG only

Exhibit 43 Coffman photos of "last year's [2002] coating problems – obtained through discovery

Exhibit 44 Coffman photos of defective and omitted welds on Phase II - obtained through discovery from USCG only

Exhibit 45 letter from Swalling to Brechan dated February 12, 2002

Exhibit 46 Repanich letter to Brechan dated February 25, 2002, with enclosure 3

Exhibit 47 Dan Stears memorandum dated February 27, 2002

Exhibit 48 email from Boivin to Rendon dated March 7, 2002

Exhibit 49 March 13, 2002 Modification 1 to Brechan/Swalling subcontract

Exhibit 50 email exchange between Repanich and Holmstrom dated March 12 & 13, 2002

Exhibit 51 Brechan letter to FDCC dated March 15, 2002

Exhibit 52 Modification #5 to Brechan/FDCC contract

Exhibit 53 letter from Swalling to Brechan dated March 18, 2002

Exhibit 54 email exchange between Holmstrom, Stears, and Hardenbergh dated March 28, 2002

Exhibit 55 email exchange between Repanich, Rendon, Holmstrom

Exhibit 56 letter from Brechan to Swalling dated April 3, 2002

Exhibit 57 email from Repanich to Holmstrom dated April 23, 2002

Exhibit 58 email exchange between Hardenbergh and Holmstrom dated May 28, 2002

Exhibit 59 letter from Swalling to Brechan dated May 31, 2002

Exhibit 60 email exchange between Holmstrom and Brown dated May 30, 2002

Exhibit 61 Holmstrom handwritten notes dated June 3, 2002

Exhibit 62 Coffman Daily Report dated June 5, 2002

Exhibit 63 Coffman Daily Report dated June 14, 2002

Exhibit 64 excerpts from Brechan/FDCC contract July 18, 2002

Exhibit 65 email exchange between Holmstrom and Peterson dated September 17, 2002

Exhibit 66 proposal letter from Absolute to Brechan dated October 22, 2002

Exhibit 67 fax from Bill Oliver to Brechan dated October 23, 2002

Exhibit 68 internal Brechan email dated November 26, 2002 and excerpts of revised

| | | |
|---|---|---|
| | | specifications |
| Exhibit | 69 | "Cargo Wharf Maintenance Phase II Coating SOW [Statement of Work]" dated 11/27/02 |
| Exhibit | 70 | Email exchange between Brechan, Coffman, et al. dated November 26 & 27, 2002 |
| Exhibit | 71 | On December 4, 2002, Brechan submitted a cost proposal to FDCC for the Phase II coating work |
| Exhibit | 72 | Holmstrom handwritten notes dated December 18, 2002 |
| Exhibit | 73 | February 18, 2003 Pre-Job Conference Agenda |
| Exhibit | 74 | Coffman Inspection Report dated April 28, 2003 |
| Exhibit | 75 | Warranty Call issued on April 25, 2003 and signed on June 27, 2003 |
| Exhibit | 76 | email from Brechan's Chief QC to Brechan's PM dated May 1, 2001 with attached April 28, 2003 Coffman Inspection Report with Kontra's margin notes |
| Exhibit | 77 | email exchange between Stears, Hardenbergh, and Radcliff dated May 6, 2003 |
| Exhibit | 78 | Coffman Inspection Report dated June 4, 2003 |