# Absolute Environmental Services, Inc. Project Listing

| Job No.: | Project Name: | General Contractor: |
|---|---|---|
| 97-001 | Ninilchik School Asbestos Abatement | AES, Inc. |
| 97-002 | M/V Bartlett CAB Abatement | AES, Inc. |
| 97-003 | Kodiak Water Tank Removal | Red Samm Const. |
| 97-004 | Boston Sunflower Housing Asbestos Abatement | Wolverine Supply |
| 97-005 | ARRC Engine #5202 Abatement | AES, Inc. |
| 97-006 | Bryant Hanger Repairs | Consolidated C & E |
| 97-007 | Mendenhall Glacier Visitor Center | McGraw Construction |
| 97-008 | Fairmount Housing | Byerly & Koch Eng. |
| 97-009 | Sears & Chapman Elemen./ Kenai Central High Roofs | Peninsula Roofing |
| 97-010 | ARRC Car #501 Abatement | AES, Inc. |
| 97-011 | Whaley Center CAB Abatement | AES, Inc. |
| 97-012 | Paul Banks Elementary School Roof | Stark Lewis, LLC |
| 97-013 | Bartlett, Moore & Skarlund Deferred Maintenance | Strand Hunt Const. |
| 97-014 | Rabbit Creek Boiler Replacement | Consolidated C & E |
| 97-015 | Northrim Bank First Floor Lobby Ceiling Scrape | Criterion General, Inc. |
| 97-016 | Alaska Club South VAT Removal | H. Watt & Scott |
| 97-017 | Providence Hospital T & M | AES, Inc. |
| 97-018 | YMCA Ceiling Scrape | AES, Inc. |
| 97-019 | Fort Richardson Bldg. #1107 Interior Remodel. | Wolverine Supply |
| 97-020 | USCG Cutter Asbestos/Insulation Removal | AES, Inc. |
| 97-021 | Alaska Court Building ACM Removal | Watterson Construction |
| 97-022 | Eielson AFB Structural Repairs Bldg. #1300 | Jay-Brant General Cont. |
| 97-023 | Juneau Addition/ Rehabilitation U.S.C.G. Station | Dawson Construction |
| 97-024 | Hanger Adjacent to Bryant Hanger, Fort Richardson | Consolidated C & E |
| 97-025 | Anaktuvuk Pass School Renovation | Ukpeagvik Inupiat Corp. |
| 97-026 | Ninilchik School Asbestos Abatement | AES, Inc. |
| 97-027 | Providence Hospital Muffler | AES, Inc. |
| 97-028 | First National Bank of Anchorage Abatement | Not Awarded |
| 97-029 | Guesthouse/ Command Headquarters, ISC, Lead Removal | AES, Inc. |
| 97-030 | Oceanview Elementary School CAB Removal | AES, Inc. |
| 97-031 | Kodiak Replace SOQ Windows | Paul Bunyon Contracting |
| 97-032 | Demolition/ Removal of Structure, 1932 Spenard Rd. | C & V Backhoe |
| 97-033 | Richardson Vista Apartments, Lead Removal | Wolverine Supply |
| 97-034 | HVAC Renovation of Floyd Dryden Middle School | Not Awarded |
| 97-035 | Wilson Building Demolition | McGraw Custom Const. |
| 97-036 | Anchorage VET Dormitory (CHC) Boiler | CRL Services, Inc. |
| 97-037 | Providence Hospital South Tower Elevators | AES, Inc. |
| 97-038 | Wainwright 4-Plex Renovations | CONAN Construction |
| 97-039 | Valdez MSO Rehabilitation | Janssen Contracting, Inc. |
| 97-040 | ATCT Window Replacement | AK Weath. Ops. Serv. |
| 97-041 | Kanakanak Hospital HVAC Upgrade | Gordon & Associates |
| 97-042 | Providence Extended Care Light Removal | Not Awarded |
| 97-043 | Building #554 T & M | Jay-Brant General Cont. |
| 97-044 | Bilikin Theatre Renovations | Space Mark, Inc. |
| 97-045 | Browerville Fire Station Renovations | SKW/ Eskimos, Inc. |
| 97-046 | USCG Consolidated Gas Station Abatement | Brechan Enterprises, Inc. |

Exhibit 1
Page 1 of 9

# Absolute Environmental Services, Inc. 1998 Project Listing

| Job No.: | Project Name: | General Contractor: |
|---|---|---|
| 98-001 | USMS Firing Range Rehabilitation | Montoya Const. Co. |
| 98-002 | Alaska Native Hospital Office Remodel | Barabara Const. Co. |
| 98-003 | FAA Kotzebue Renovations | AES, Inc. |
| 98-004 | East High School Utilidor Abatement | AES, Inc. |
| 98-005 | Golden Towers Renovations | Janssen Cont., Inc. |
| 98-006 | Anchorage International Airport Roof Joint Abatement | Consolidated Ent. |
| 98-007 | Bering Straights Housing CAB Removal (Savoonga) | AES, Inc. |
| 98-008 | Kulis NDI Shop Addition | Little Susitna Cons. Co. |
| 98-009 | Former Midnight Express Abatement | Hilligas Company |
| 98-010 | Eielson AFB A-10 Squad Ops/ Maintenance Facility | Great N.W., Inc. |
| 98-011 | MSB Administration Roof | Stark Lewis, LLC |
| 98-012 | Floyd Dryden Middle School HVAC Renovation | Cameron Mechanical |
| 98-013 | Bering Straights Housing CAB Removal (Shishmaref) | AES, Inc. |
| 98-014 | Building "E" SOQ Windows | Paul Bunyan Cont. |
| 98-015 | Peterson Elementary School Utilidor Abatement | AES, Inc. |
| 98-016 | Polaris K-12 Boiler Upgrades | Consolidated C. & E. |
| 98-017 | Bering Straights Housing CAB Removal (Gambell) | AES, Inc. |
| 98-018 | Anchorage Westmark Hotel CAB | AES, Inc. |
| 98-019 | Rabbit Creek, Room #3 Asbestos Removal | AES, Inc. |
| 98-020 | Sherrod Elementary School Re-roof | RITE-WAY ROOFING |
| 98-021 | Former Midnight Express Abatement Phase #2 | Hilligas Company |
| 98-022 | City of Dillingham CAB Removal | AES, Inc. |
| 98-023 | Kanakanak Hospital Emergency Room Removal | Gordon & Associates |
| 98-024 | Bering Straights Housing CAB Removal (Koyuk) | AES, Inc. |
| 98-025 | FAA ARTCC Roof Removal | Universal Roofing |
| 98-026 | Central Middle School Air Handler Penetrations | J & K Power Vac |
| 98-027 | Texaco Rail Yard Building Asbestos Abatement | Rockford Corporation |
| 98-028 | Sitka Duplexes, U.S.C.G. | Haida Contracting |
| 98-029 | Public Safety Building Bathrooms Remodel | Criterion General, Inc. |
| 98-030 | Point Campbell (NOAA) Abatement | OCCU-TEC, Inc. |
| 98-031 | Ceiling Tile Abatement | Criterion General, Inc. |
| 98-032 | Bering Straights Housing CAB Removal (Elim) | AES, Inc. |
| 98-033 | Kodiak Hospital Boiler Abatement | AES, Inc. |
| 98-034 | McGrath FAA Station Abatement/ Demolition | AES, Inc. |
| 98-035 | Bering Straights Housing CAB Removal (St. Michael) | AES, Inc. |
| 98-036 | Koliganek School Emergency Elbow Abatement | AES, Inc. |
| 98-037 | Mapco Asbestos Clean-up | AES, Inc. |
| 98-038 | Ft. Richardson Upgrade Heating/ Ventilation | Jay-Brant |
| 98-039 | Fairbanks State Forestry Buildings Asbestos Abatement | AES, Inc. |
| 98-040 | Denali Park Transite Pipe Penetrations | Great Northwest |
| 98-041 | U.S.C.G. Guest House Remodel | Cornerstone |
| 98-042 | Building 800 Roof Replace | Consolidated Ent. |
| 98-043 | Muldoon Elementary T & M Glovebag Project | CRL Services, Inc. |
| 98-044 | College Village Clinic Glovebag Project | AES, Inc. |
| 98-045 | Juneau Capitol School Abatement | AES, Inc. |
| 98-046 | Juneau State Office Building Soffit Abatement | Superior Builders |
| 98-047 | Anchorage Cold Storage Spot Abatement | AES, Inc. |
| 98-048 | Anchorage Hotel pipe/ boiler abatement | AES, Inc. |
| 98-049 | Main Elementary School Boiler Abatement | AES, Inc. |
| 98-050 | Kodiak Dominos Project | AES, Inc. |
| 98-051 | Denali Elementary School VAT Abatement | AES, Inc. |

Exhibit 1 Page 2 of 9

# Absolute Environmental Services, Inc. 1999 Project Listing

| Job No.: | Project Name: | General Contractor: |
|---|---|---|
| 99-001 | Ft. Wainwright Barracks Upgrade | Wolverine Supply |
| 99-002 | USCG, Buildings on Kodiak Base | Space-Mark |
| 99-003 | AIA North Terminal Floor Encapsulation | Criterion General |
| 99-004 | Federal Building US Courthouse | AES, Inc. |
| 99-005 | Seward Dry Docks CAB Abatement | AES, Inc. |
| 99-006 | Mt. View Medical Office VAT Abatement | Dokoozian & Assoc. |
| 99-007 | Wasilla Church VAT Abatement | AES, Inc. |
| 99-008 | Etolin Heights "Bldg E" Mechanical Rm. Abatement | Johnson Construction |
| 99-009 | Chester Valley Elementary School Hallways Abatement | AES, Inc. |
| 99-010 | Creekside Park Elementary School Rehabilitation | Alcan General, Inc. |
| 99-011 | Elmendorf AFB Upgrade Temporary Lodging | Wolverine Supply |
| 99-012 | Kodiak Sand Storage/ SRE Building | Criterion General |
| 99-013 | FY98 Family Housing Revitalization | Wolverine Supply |
| 99-014 | Hunter Elementary School Renovations | American Mechanical |
| 99-015 | Skagway McCabe Building | Alaska Building Cont. |
| 99-016 | Spenard House Demolition | AES, Inc. |
| 99-017 | **Gambell CAB Remova. "Cancelled"** | AES, Inc. |
| 99-018 | Anchorage Masonic Lodge Asbestos Abatement | MCN Construction, Inc. |
| 99-019 | Bethel New State Courthouse/City Hall Abatement | Collins Construction |
| 99-020 | Juneau Bartlett Hospital Surgery/Cardiac Units Abatement | Coogan Construction |
| 99-021 | TAKU Inlet, East & West Terminals Lead Abatement | AK Elect. Light & Pow. |
| 99-022 | Metlakatla School Major Maintenance Abatement | Dawson Construction |
| 99-023 | Etolin Heights Moldy Sheetrock Removal | Johnson Construction |
| 99-024 | Federal Building US Courthouse VAT Removal | AES, Inc. |
| 99-025 | Kodiak Road and Utilities Upgrade | AK Construction |
| 99-026 | Providence Extended Care Unit Boiler Abatement | CRL Services |
| 99-027 | North Star Elementary Lighting Upgrade | Don's Electric |
| 99-028 | Yakutat FAA Station Asbestos Abatement | AES, Inc. |
| 99-029 | Wales Naval Field Facility Asbestos Abatement | Bristol Environmental |
| 99-030 | Juneau Power Plant Utilidor Abatement | AK Elect. Light & Pow. |
| 99-031 | Tin City White Alice Building #1001 | Bristol Environmental |
| 99-032 | St. Paul Island Asbestos Abatement | Tetra Tech EM, Inc. |
| 99-033 | Valdez Vaccum Time & Materials | Alaska Sandblasting |
| 99-034 | Boys & Girls Club Glovebag 2 Elbows | AES, Inc. |
| 99-035 | Juneau Old Gas Station Abatement | AES, Inc. |
| 99-036 | Ft. Wainwrigth Central Vehicle Wash Facility | McKinley General Cont |
| 99-037 | Kodiak Utilidor Abatement | Tundra P & H |
| 99-038 | Klawock School Elbow Abatement | AES, Inc. |
| 99-039 | Tsunami Bowling Alley VAT Abatement | AES, Inc. |
| 99-040 | Swanson River Oil Refinery Piping Abatement | AES, Inc. |
| 99-041 | Wrangell Liquor Store CAB Abatement | Johnson Supply |
| 99-042 | Kodiak Public Works (Building #28) | Brechan Enterprises |
| 99-043 | Pennell School Abatement (Eielson AFB) | Barabara Construction |
| 99-044 | Northway FAA Station Abatement/ Demolition | AES, Inc. |
| 99-045 | Highland Correctional Facility | AES, Inc. |
| 99-046 | H Street 1033 Asbestos Abatement | Dokoozian & Ass. |
| 99-047 | Eielson AFB Repair Utilidors - Phase III | McKinley General |
| 99-048 | Eielson AFB Envelope Insulation Upgrade | McKinley General |
| 99-049 | Anchorage Hilton Hotel Abatement | AES, Inc. |
| 99-050 | Elmendorf AFB Upgrade Vehicle Exhaust System | Hankal Construction |
| 99-051 | US Attorney's Office Vault Asbestos Abatement | AES, Inc. |
| 99-052 | Sealand Bldg. Lead Assessment (Kodiak) | Gaston & Associates |
| 99-053 | Far East Maritime Plant Abatement | AES, Inc. |
| 99-054 | Tsunami Bowling Alley Pipe Abatement | AES, Inc. |
| 99-055 | Ketchikan Valley Park Elementary Renovation | Ty-Matt, Inc. |
| 99-056 | Kulis Air National Guard VAT Removal | AES, Inc. |
| 99-057 | Elmendorf Bldg #8199 Asbestos Abatement | Barabara Const. Co. |
| 99-058 | Old Fairbanks Post Office Annex | AES, Inc. |
| 99-059 | Brew House Restaurant Asbestos Abatement | AES, Inc. |
| 99-060 | Sitka Public Safety Academy Addition & Renovation | McGraw C.C. |
| 99-061 | Klawock Cannery Abatement | AES, Inc. |

Exhibit 1
Page 3 of 9

# Absolute Environmental Services, Inc. 2000 Project Listing

| Job No.: | Project Name: | General Contractor: |
|---|---|---|
| 20-001-A | Art Gallery Adjacent to Brew House Asbestos Abatement | AES, Inc |
| 20-002-AD | Old Native Medical Center Abatement/ Demolition | USA Abatement |
| 20-003-A | Aliamanu Military Reservation Asbestos Abatement Phase I | All Star/ SAB Pacific |
| 20-004-A | Barrack #8 Renovation | Kanag-Iq Construction |
| 20-005-A | Brewhouse Boiler Room Insulation Abatement | AES, Inc. |
| 20-006-A | Bethel Asbestos Disposal (Tom Carson) | Carson Dorn |
| 20-007-A | Ketchikan Houghtaling Elementary Renovation | Dawson Construction |
| 20-008-A | Ketchikan Federal Building Abatement | Northern Management |
| 20-009-A | Anchorage Depot Asbestos Abatement | AES, Inc. |
| 20-010-AC | Kake High School Asbestos Abatement | Dawson Construction |
| 20-011-L | Kodiak Sealand Facility Lead Abatement | Gaston & Associates |
| 20-012-AL | Mackinnon Apartments Asbestos Abatement | Carson Dorn, Inc. |
| 20-013-A | Aliamanu Military Reservation Asbestos Abatement | All Star/ SAB Pacific |
| 20-014-A | Kodiak USCG Road and Utilidors Repair | AK Construction |
| 20-015-A | Building #2204 CAB Abatement | Barabara Construction |
| 20-016-AC | Hangar #3 Renovations | Jay-Brant |
| 20-017-A | Homestead Elementary | Consolidated C & E |
| 20-018-AL | Valdez Arms Housing | Haltness Equip. LLC |
| 20-019-ALC | Adak 2000 Demolition | Bristol Environmental |
| 20-020-A | Bartlett Boiler Replacement | Mechanical Const. |
| 20-021-A | Kulis Air National Guard VAT/Sheetrock Removal | AES, Inc. |
| 20-022-AC | St. Lawrence North Cape Naval Demolition | Nugget |
| 20-023-A | 1341 Hillcrest Drive Boiler Abatement | CRL Services, LLC |
| 20-024-ALC | Eielson Weapons Release Shop | Alcan General |
| 20-025-A | Eielson Building #6152 VAT Abatement | Alcan General |
| 20-026-A | Kenney Lake VAT Abatement | Gaston & Associates |
| 20-027-A | Four School Mechanical Upgrades | Consolidated C & E |
| 20-028-A | Zack Gordon's Men's Room Remodel Abatement | Superior Builders |
| 20-029-A | Brew House Restaurant Asbestos Abatement | Hilligas Company |
| 20-030-A | Norton Sound Regional Hospital Abatement | Western Mechanical |
| 20-031-A | Dalton Highway Asbestos Response | Great Northwest |
| 20-032-L | FAA Northway Lead Abatement | AES, Inc. |
| 20-033-A | Alaska Office Building 4th Floor VAT Removal | AES, Inc. |
| 20-034-A | Hooper Bay School Boiler Abatement | AES, Inc. |
| 20-035-A | UAF Duckering Building Asbestos Abatement | Osbourne Construction |
| 20-036-A | Tyonek School Roof | Stark-Lewis, LLC |
| 20-037-A | Haines Municipal Building Reroof | Gaston & Associates |
| 20-038-M | AHFC Housing Mold Removal | North Pacific Erectors |
| 20-039-A | Barroness Apartments | CRL Services |
| 20-040-A | Juneau State Office Building 7th Floor Partitions | Superior Builders |
| 20-041-AL | Kulis Lead Paint Removal | F & W Construction |
| 20-042-AL | Sitka Hangar Roof Abatement | Atherton Construction |
| 20-043-L | Sitka Old Priest/ Old School Buildings Lead Assessment | Atherton Construction |
| 20-044-A | Alaska Club South VAT/ Mastic Abatement | Gaston & Associates |
| 20-045-C | Anderson Elementary PCB Residue Removal | Barabara Constuction |
| 20-046-A | Nordale Elementary Boiler Gasket Roping Abatement | AES, Inc. |
| 20-047-A | ARRC Building #27 Gasket Abatement | AES, Inc. |
| 20-048-A | AK Railroad Depot Bathroom Piping Abatement | CRL Services, LLC |
| 20-049-A | Aliamanu Military Reservation Asbestos Abatement | Agbaiani Shinco |
| 20-050-A | AHFC 916 Pillar Street VAT Abatement | AES, Inc. |
| 20-051-A | Boys & Girls Club VAT Abatement | AES, Inc. |
| 20-052-A | King Career Center Upgrades | Aurora Electric |
| 20-053-A | Hilton Hotel Room #1660 | Superior P & H |
| 20-054-A | Building #800 Roof Removal | Stark-Lewis, LLC |
| 20-055-A | Central Peninsula General Hospital | AES, Inc. |
| 20-056-A | Metlakatla Senior Center Asbestos Abatement | AES, Inc. |
| 20-057-C | Wrangell Airport Regulator Disposal/Removal | AES, Inc |
| 20-058-A,L | EAFB Phase I Repair Utilidors | American Mechanical |
| 20-059-ALC | Hilton Anchorage Main Floor Renovations | AES, Inc. |
| 20-060-A | ARRC Building #27 Engine Gasket Abatement | AES, Inc. |
| 20-061-A | Knik Arms Building Asbestos Abatement | Industrial Boiler & Controls |

Exhibit 1
Page 4 of 9

# Absolute Environmental Services, Inc. 2001 Project Listing

| Job No.: | Project Name: | General Contractor: |
|---|---|---|
| 21-001-A | Phillips 66 – Schwam 3rd & 4th Floor Asbestos Abatement | Criterion General |
| 21-002-A | Northrim Bank Basement Asbestos Cleanup | Criterion General |
| 21-003-L | Alpine Water Treatment Lead Removal | NANUQ, Inc. |
| 21-004-A | Phillips 66 – 2nd Floor Sheetrock Removal | Criterion General |
| 21-005-A | ARRC Bldg #27 Flange Gaskets Abatement | AES, Inc. |
| 21-006-A | Valdez Fire Station #1 Asbestos Abatement | AES, Inc. |
| 21-007-A | Sitka Airport Carpet Replacement & Asbestos Abatement | Ty-Mutt, Inc. |
| 21-008-A | Ft. Wainwright Mout Collective Training Facility Asbestos Abatement | American Mechanical |
| 21-009-AL | USCG Building #53 Demolition | Brechan Enterprises |
| 21-010-L | Sitka Pioneer Home Lead Assessment | TNT Painting |
| 21-011-AC | Level Island Demolition & Abatement | Ahtna Government Services |
| 21-012-ALC | Biorka Island Demolition & Abatement | Ahtna Government Services |
| 21-013-ALC | Cold Bay Demolition & Abatement | Ahtna Government Services |
| 21-014-A | Ammunition Surveillance Facility | Great Northwest, Inc |
| 21-015-A | Mt. Edgecomb High School | Dawson Construction |
| 21-016-AL | Old Northwest Cargo Bldg Asbestos & Lead Abatement | AES, Inc. |
| 21-017-A | Simons & Seafort VAT Abatement | R. Miller Construction |
| 21-018-A | ARRC Flange Gasket Abatement | AES, Inc. |
| 21-019-A | Wostman Building Asbestos Abatement | Champion Builders |
| 21-020-A | ARRC Bldg #26 HE Shop Crane Cleanup | AES, Inc. |
| 21-021-L | USCG Bldg T2 Lead Scrap | Brechan Enterprises |
| 21-022-A | USCG Barracks 1 & 2 Laundry Rehab. | Brechan Enterprises |
| 21-023-A | Adak Buildings Demolition | Bristol Environmental |
| 21-024-A | URSA Major Elem.School Domestic Water Upgrades(Sub to Longfield) | Consolidated C & E |
| 21-025-A | Pool Utility Metering Abatement (Sub-contracted to Long Field Svcs.) | Consolidated C & E |
| 21-026-A | Kulis Alter Dining Room Facility | H. Watt & Scott, Inc. |
| 21-027-L | Fairbanks Southhall Manor Senior Housing Renovations | Osborne Construction |
| 21-028-ALC | Eielson Joint Mobility Hazard Abatement | Alcan General, Inc. |
| 21-029-AC | UAF Rasmuson Library Renewal | Ghemm Construction |
| 21-030-A | ARRC Gasket Removal #2 | AES, Inc |
| 21-031-A | Dillingham Health Clinic | Bennett & Associates |
| 21-032-AC | Stevens Village | AES, Inc. |
| 21-033-ALCM | UAF Brooks Building Deferred Maintenance | Osborne Construction |
| 21-034 | Amchitka Demolition & Asbestos Abatement | Bristol Environmental |
| 21-035 | Whitbey Island Intel Space Bldg #385 Abatement Oversite | Bristol Environmental |
| 21-036-L | USCG Hanger 1 Pocket Doors Lead Abatement | Brechan Enterprises |
| 21-037-L | Clear AFB Window Abatement | McKinley General |
| 21-038-AL | AMHS Bldg Demolition Site Preparation | Channel Construction |
| 21-039-A | UAF Elvery Bldg Auditorium Abatement | AES, Inc. |
| 21-040-A | Boys & Girls Club Floor Tile Abatement (Charitable Contribution) | AES, Inc. |
| 21-041-A | Captain Cook Hotel VAT Abatement (Subcontracted to Long Field Svcs) | AES, Inc |
| 21-042-AL | Kodiak USCG ICS Steam Plant Hazard Abatement | Brechan Enterprises |
| 21-043-A | Kodiak USCG Building #777 Abatement | Brechan Enterprises |
| 21-044-A | Kodiak USCG Building MOQ-YD | Brechan Enterprises |
| 21-045-A | Carrs (Northway Mall) VAT Abatement | Pacific Rim Environmental |
| 21-046-A | USCG Hanger III Interior Upgrades | Brechan Enterprises |
| 21-047-A | BLM Office-Photo Lab Floor Abatement | Yellowknife Construction |
| 21-048-A | Nemetz Housing Abatement | Brechan Enterprises |
| 21-049-A | ARRC 1115 Phillips Field Rd. Asbestos Abatement(Fairbanks) | AES, Inc. |
| 21-050-ALC | Noorvik K-12 Schools Abatement | UIC Construction |
| 21-051-A | Auke Bay Laboratory Asbestos Abatement | Carson Dorn, Inc. |
| 21-052-A | FAA-Gustavus RCAG Decommissioning Asbestos Abatement | Channel Construction |
| 21-053-A | Four Schools Power & Data Upgrades | Consolidated Eng. & Consulting |
| 21-054-A | Carrs Store (Eagle River) VAT Abatement | Pacific Rim Environmental |
| 21-055-A | Richardson Vista Apartments Glovebag Abatement | AES, Inc. |
| 21-056-A | Kuktovik Health Clinic Upgrades VAT Abatement | SKW/Eskimos, Inc. |
| 21-057-AL | Old Cordova Post Office Rehab. & Renovation | Jay Brant General Contractors |
| 21-058-L | BIA Buildings Lead Assessment (Subcontracted to Pacific Rim Env.) | AES, Inc. |
| 21-059-A | Juneau State Office Building Asbestos Removal | AES, Inc. |
| 21-060-L | Riverboat Nenana Transom Lead Paint Removal | AES, Inc. |
| 21-061-A | ARRC RR Industrial Area Lot 3 House Abatement (Fairbanks) | AES, Inc. |
| 21-062-A | ARRC Bldg 26, Engine 2808, Anchorage, AK | AES, Inc. |
| 21-063-A | Ketchikan Stedman Facility Asbestos Abatement | AES, Inc. |
| 21-064-A | Juneau Public Safety Bldg 1st & 2nd Floor Remodel | Champion Remodel |
| 21-065-A | USCG ISC, Kodiak, Building 755-C Asbestos Abatement | Alutiiq Management Services |
| 21-066-A | USCG ISC, Kodiak, Building 777-D Asbestos Abatement | Alutiiq Management Services |
| 21-067 | Step Brothers Mastic Abatement | Criterion General |
| 21-068 | ARRC 3 Buildings Abatement | AES, Inc. |
| 21-069AID | EAFB Phase II Repair Utilidors | American Mechanical |

Exhibit 1
Page 5 of 9

# Absolute Environmental Services, Inc. 2002 Project Listing

| Job No.: | Project Name: | General Contractor: |
|---|---|---|
| 22-001 | Kiana K-12 School Hazards | UIC Construction |
| 22-002 | Captain Cook's Hotel TSI Asbestos Abatement (Cancelled) | AES, Inc. |
| 22-003 | Ted Steven's Airport Hex HVAC/TSI Abatement | CC&E |
| 22-004 | Alutiiq Management Services 2002 Jobs | Alutiiq Management Svcs, LLC |
| 22-005 | Wasilla High School Remodel/Phase II Hazard Abatement | Janssen Contracting Co., Inc. |
| 22-006 | Alaska Railroad 2002 Jobs | AES, Inc. |
| 22-007 | State Office Building VAT Asbestos Abatement | AES, Inc. |
| 22-008 | N. Lights Walmart Floor Tile Removal | AES, Inc. |
| 22-009 | Diamond Walmart Floor Tile Removal | AES, Inc. |
| 22-010 | Adak Cabins Demolition | BEESC |
| 22-011 | 5331 Sillary Circle Northcutt Residence Ceiling Abatement | Taylored Restoration |
| 22-012 | Chugach View Senior Housing | Gumble Construction Company |
| 22-013 | Carr's Store #1812 VAT Abatement | Roger Hickel Contracting, Inc. |
| 22-014 | Mary Siah Rec. Center Basement Cleaning | AES, Inc. |
| 22-015 | ACS/GCI Co-Location Abatement | Champion Builders |
| 22-016 | USCG Building #25 | Brechan Enterprises |
| 22-017 | Nemetz Housing Phase III | Brechan Enterprises |
| 22-018 | USCG Phase II Kodiak Utilidors | Brechan Enterprises |
| 22-019 | Carrs (Store #1809) VCT/ACM Mastic | 4-Retail Construction |
| 22-020 | USCG Direct Bury at Bldg 597 | Brechan Enterprises |
| 22-021 | Alaska Gymnasium Replacement (3 Schools) | Alaskan Industries |
| 22-022 | ASD Maintenance Facility Boiler Replacement | CC & E |
| 22-023 | Fred Meyers (N.L. Store) Floor Mastic Abatement | Project Development Group, Inc. |
| 22-024 | Ft. Greely Allen Army Airfield Maint. | Great Northwest, Inc. |
| 22-025 | Juneau Airport Penthouse CAB Abatement | North Pacific Erectors |
| 22-026 | Susitna Elementary School HVAC Upgrades | CC & E |
| 22-027 | Gladys Wood Elementary School HVAC Upgrades | CC & E |
| 22-028 | AT & T J-Hut Facility Asbestos Abatement | LVI Services, Inc. |
| 22-029 | Elmendorf AFB US Corp. Credit Union Abatement | Barabara Construction Company |
| 22-030 | East High School Phase I Deferred & Phase II | EBCO General Contractors |
| 22-031 | Lake Otis ES Fan System Upgrade | CC & E |
| 22-032 | Denali School Abatement | TKM |
| 22-033 | Anchorage Old Fire Station | USKH |
| 22-034 | Alaska State Museum Abatement-Juneau | AES, Inc |
| 22-035 | U.S.C.G USS Cutter Storis Abatement | Kodiak Boat Repairs |
| 22-036 | Fairbanks Flooring Replacement | Floorcrafters |
| 22-037 | Chugiak High School Floor Abatement | TKM |
| 22-038 | Glennallen Facility Crawlspace ACM Abatement | AES, Inc. |
| 22-039 | ADA Juneau Community Building Abatement | Superior Builders |
| 22-040 | Gibon's 7130 Old Habor Residence Abatement | Taylored Restoration |
| 22-041 | Juneau Log Cabin /Diamond Courthouse VAT Abatement | Hart-Crowser |
| 22-042 | EAFB US Corp Bldg #2204 Room 60 Floor Abatement | Barabara Construction Company |
| 22-043 | Islandwide Civil Service Kodiak & Long Island Abatement | Brechan Enterprises |
| 22-044 | St. Lawrence White Alice Site Removal | Bristol Environmental Svcs. |
| 22-045 | 1337 Stuabach Street Residence Removal | AES, Inc. |
| 22-046 | Elvey Electrical Room Asbestos Abatement | AES, Inc. |
| 22-047 | Ventilation System Rehab. Aquarian (Various Schools) Auditoriums | CC&E |
| 22-048 | Carr's Debarr Store #1809 Asbestos Abatement (CANCELLED) | 4 Retail Construction |
| 22-049 | Carr's Gamble Store Asbestos Abatement | 4 Retail Construction |
| 22-050 | USCG Kodiak Chapel & Bldg #462 | Alutiiq Management Services. |
| 22-051 | Gustavus Airport Building #202 Abatement | Shannon & Wilson, Inc. |
| 22-052 | Adak Selected Housing Lead Hazards Abatement | Shannon & Wilson, Inc. |
| 22-053 | JC Penny's Retail Store Abatement | Project Development Group, Inc. |
| 22-054 | Lake Hood Non-Abatement | Platt Environmental |
| 22-055 | Peter (B) Mike (C) NIKE Site Demolition | Platt Environmental |
| 22-056 | Ft. Richardson Bldg #802 Pipe Abatement | H. Watt & Scott General Cont. |
| 22-057 | Dorothy Swanda Jones Building Asbestos Abatement | Little Susitna Construction |
| 22-058 | Lake Louise Townhouse Asbestos & PCB Survey (Subcontracted to EHS,Inc.) | Brechan Enterprises, Inc |
| 22-059 | USS Cutter Storis Fuel Tank Conduit Abatement | Kodiak Boat Repairs |
| 22-060 | Carr's Store (Eagle River) Roof Abatement | 4-Retail Construction |
| 22-061 | Lena Point Telecommunications Shelter CAB Abatement | AES, Inc. |
| 22-062 | Brandon Yard Cleanup (Non-Abatement) In-house | AES, Inc. |
| 22-063 | Juneau State Museum Upgrades | North Pacific Erectors |
| 22-064 | USCG Army Diesel Building #477 Tank Cleaning | Brechan Enterprises, Inc. |

Exhibit 1
Page 6 of 9

# Absolute Environmental Services, Inc. 2003 Project Listing

| Job No.: | Project Name: | General Contractor: |
|---|---|---|
| 2003-01 | NE Cape St. Lawrence | Bristol Environmental |
| 2003-02 | Ft Wainwright Upgrade Utilidors Phase II | Doyon-American, J.V. |
| 2003-03 | USCG Hangar II | Brechan Enterprises, Inc. |
| 2003-04 | USCG Cargo Wharf Pile Coating Phase II | Brechan Enterprises, Inc. |
| 2003-05 | Lake Louise Bldg #774 Abatement | Brechan Enterprises, Inc. |
| 2003-06 | Carrs Debarr Store #1809 Floor Tile Abatement | 4-Retail Construction |
| 2003-07 | Lake Louise Bldg #775 Abatement | Brechan Enterprises, Inc. |
| 2003-08 | Lake Louise Bldg #776 Abatement | Brechan Enterprises, Inc. |
| 2003-09 | Lake Louise Bldg #777 Abatement | Brechan Enterprises, Inc. |
| 2003-10 | Ft. Rich Bryant Airfield Bldg #4743 Abatement | AES, Inc. |
| 2003-11 | USCG Command Center Bldg #7, Barrack 4 Abatement | Aluttiq Management Svcs. |
| 2003-12 | USCG Building 54 | Aluttiq Management Svcs. |
| 2003-13 | USCG Upgrade Steam Utilidor Phase III | Brechan Enterprises, Inc. |
| 2003-14 | Wrangell Schools Renovation | Johnson Construction |
| 2003-15 | Cape Sabine | Tetra Tech FW, Inc. |
| 2003-16 | Sarichef Street Utilidor | Brechan Enterprises, Inc. |
| 2003-17 | Fort Richards Bldg 670 | Vanguard |
| 2003-18 | Steam Condensate Phase I&II Repair | Brechan Enterprises, Inc. |
| 2003-19 | Ryan Middle School | Great Northwest |
| 2003-20 | Light House Middle School | AESI |
| 2003-21 | Building 802 | Bristol Environmental |
| 2003-22 | Soldovia Cannery | Yellowknife |
| 2003-23 | Golden Nugget | AESI |
| 2003-24 | Trapline Cat House | AESI |
| 2003-25 | Craig Bunkhouse | Northern Mgmt. Services |

Exhibit 1
Page 7 of 7

# Absolute Environmental Services, Inc. 2004 Project Listing

| Job No.: | Project Name: | General Contractor: |
|---|---|---|
| 2004-001 | Utilidors Phase IV (ACM) | Doyon-American, J.V. |
| 2004-002 | Kodiak Fuel Tanks (Coating) | Brechan Enterprises, Inc. |
| 2004-003 | 8-Plex Houseing | AESI |
| 2004-004 | Pt Mac | Tetra Tech FW, Inc. |
| 2004-005 | Chugach Optional Elementary School (ACM) | Janssen Contracting Co, Inc. |
| 2004-006 | Kodiak Barracks Rehab I | Brechan Enterprises, Inc. |
| 2004-007 | Hoonah Elementary | Dawson Construction, Inc. |
| 2004-008 | Chugiak High School | Consolidated Enterprises, Inc. |
| 2004-009 | Kotezbue High School (ACM) | UIC |
| 2004-010 | Nome Armory | Barry's Construction Services |
| 2004-011 | Bldg 773 Nemetz | Alutiiq |
| 2004-012 | Captain Cook Hotel | AESI |
| 2004-013 | Building 2218 Renovation | Yellowknife |
| 2004-014 | Kodiak Barracks I Rehab II (ACM) | Brechan Enterprises, Inc. |
| 2004-015 | Sitka Airport Mastic Abatement (ACM) | Ty-Matt, Inc. |
| 2004-016 | Kodiak Launch Facility (Coating) | Brechan Enterprises, Inc. |
| 2004-017 | Kodiak Bowling Alley (ACM) | Alutiiq Management Services |
| 2004-018 | FAA Deadhorse Flight Station (ACM / Lead / Demo) | CCI |
| 2004-019 | AK Railroad Power Car #30 (ACM) | AESI |
| 2004-020 | North Star Elementary, Lighting (ACM) | Consolidated |
| 2004-021 | Alaska Aviation Museum (ACM) | AESI |
| 2004-022 | Steam System Repair, Phase IV, ISC (ACM) | Anderson Construction |
| 2004-023 | Building 467 Demo (Lead) | Brechan Enterprises, Inc. |
| 2004-024 | Denali Elementary (Demo) | Collin Construction |
| 2004-025 | Chlorine Contact Tank (Coating) | Brechan Enterprises, Inc. |
| 2004-026 | Juneau Marie Drake ADA Renovations (ACM) | Coogan Construction |
| 2004-027 | Hydaburg City School Renovations (ACM) | Dawson Construction, Inc. |
| 2004-028 | Sitka Ranger Housing Egress Windows (ACM) | Northern Management Services |
| 2004-029 | Kodiak Hanger 1 Abate (Lead) | Alutiiq Management Services |
| 2004-030 | Nome Gold House (ACM) | BEESC |
| 2004-031 | Yukutat High School Interior Renovation | North Pacific Erectors.Inc. |
| 2004-032 | Kodiak Fish & Wildlife Building | Wolverine Supply |
| 2004-033 | Kodiak US Postal Service Roof | Clarion Roofing |
| 2004-034 | Kodiak USCG Bunkers | Brechan Enterprises, Inc. |
| 2004-035 | Campbell Elementary HVAC Upgrades | Consolidated Enterprises, Inc. |
| 2004-036 | Gym Floor Juneau Douglas High School | Alaskan Industries |
| 2004-037 | FAA King Salmon | Platt Environmental |
| 2004-038 | Old Power Plant, Kodiak | Alutiiq Management Services |
| 2004-039 | Sitka Lead Remediation | Northern Management Services |
| 2004-040 | Illiamna FAA Housing | Ahtna |
| 2004-041 | Building 554 Bathroom Cleanup | Alutiiq Management Services |
| 2004-042 | Hangar II Lead Duct Cleanup | Alutiiq Management Services |
| 2004-043 | Eldred Rock Lighthouse | Ridge Contracting, Inc. |
| 2004-044 | AEL & P Building | Carver Construction |
| 2004-045 | Kodiak Building MOQ-Y | Brechan Enterprises, Inc. |
| 2004-046 | Kodiak Barracks II | Brechan Enterprises, Inc. |
| 2004-047 | Captain Cook Roof Mechanical Room | AESI |

Exhibit 1
Page 8 of 9

# Absolute Environmental Services, Inc. 2005 Project Listing

| Job No.: | Project Name: | General Contractor: |
|---|---|---|
| 2005-001 | Kodiak Rec. Center Roofing | Brechan Enterprises, Inc. |
| 2005-002 | USCG Cutter –Storis | US Coast Guard |
| 2005-003 | Ketchikan Building Renovation | Almod Diamonds LTD. |
| 2005-004 | Building 3 Galley Clean-up, Kodiak USCG | Alutiiq Management Services |
| 2005-005 | Pan Handle Bar Boiler Room | De- Mar Construction, Inc. |
| 2005-006 | Carr's/Safeway Wasilla Store VAT | 4- Retail Construction |
| 2005-007 | Kodiak Steam System Repair Phase IVB | Rockford Corporation |
| 2005-008 | ASD East High School Phase 4 | Wolverine Supply |
| 2005-009 | Alaska Gold Bunk House Survey | Bristol Environmental |
| 2005-010 | Bethel Regional Office Building ADA Upgrade | Little Susitna Construction |
| 2005-011 | Kodiak PAC Building | Jay-Brant General Contractors |
| 2005-012 | Alaska Airlines Juneau Renovation | Jay-Brant General Contractors |
| 2005-013 | Bethel High School Deferred Maintenance | Alaska Mechanical Inc |
| 2005-014 | Dutch Harbor Tank Farm | Performa Inc. |
| 2005-015 | Cape Newenham LBP | Performa Inc. |
| 2005-016 | Elmendorf Hangar #4 | Frawner Corporation |
| 2005-017 | House/Senate Chambers Renovation | North Pacific Erectors |
| 2005-018 | Best Western Landing Demolition Pile | Bicknell, Inc. |
| 2005-019 | Knik Arms Building VAT | Knik Arms Association |
| 2005-020 | Goose Bay Facility Abate & Demo | Shannon & Wilson |
| 2005-021 | Tongass Ave Expansion Joint Abatement | Bicknell, Inc. |
| 2005-022 | Tanana FAA Env. Clean-up | Ridge Contracting |
| 2005-023 | Point Worzonof FAA Towers LBP | Ahtna Gov. Services |
| 2005-024 | State Troopers Roof Repair, Lake Hood | Stark-Lewis |
| 2005-025 | Delta Western Wrangell Tank Farm | Performa, Inc. |
| 2005-026 | FAA Illiamna Clean-up | Ahtna Government Services |
| 2005-027 | Ekuk ACM Removal | BGES |
| 2005-028 | Homer FAA VHS Site | Ahtna Government Services |
| 2005-029 | Juneau SOB Lighting Cleaning | AESI, Inc. (State of Alaska) |
| 2005-030 | State Capitol Building Lounge | AESI |
| 2005-031 | Petersburg High School VOC ED. | Dawson Construction |
| 2005-032 | Seldovia Marine Laboratory | Jay-Brant General Contractors |
| 2005-033 | Egegik Icicle Seafood Plant | Icicle's Seafoods, Inc. |

Exhibit 1
Page 9 of 9