```
 1                UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF ALASKA
 2
     ABSOLUTE ENVIRONMENTAL SERVICES, INC.,
 3                                         Case No. A03-0199CV (RRB)
            Plaintiff,
 4
     vs.
 5
     FORREST J. MCKINLEY, an individual            DEPOSITION OF
 6   "Imperial Industrial Coatings"            WILLIAM EDWARD OLIVER
     d/b/a Imperial Industrial Coatings,
 7   BRECHAN ENTERPRISES, INC., an Alaska
     corporation; and SAFECO INSURANCE COMPANY
 8   OF AMERICA, a Washington corporation,
 9          Defendants.
     _____
10   EMERCO, INC., a California corporation d/b/a
     Imperial Industrial Coatings, and the States
11   for Use and Benefit of EMERCO, INC.,
12          Counterclaimant/Third-Party Claimant,
                                                    June 7, 2006
13   vs.                                            9:10 a.m.
14   ABSOLUTE ENVIRONMENTAL SERVICES, INC., an
     Alaska corporation, et al.,
15
            Cross-Defendants/Third-Party Defendants.
16   _____
     THE UNITED STATES OF AMERICA for the use and
17   benefit of ABSOLUTE ENVIRONMENTAL SERVICES,
     INC., an Alaska corporation,
18
            Plaintiff,
19
     vs.
20
     SAFECO INSURANCE COMPANY OF AMERICA, a
21   Washington Corporation,
22          Defendants.
     _____
23
24
25
                                                           Page 1
```

```
 1  has proven himself to be talented and smart and tough and
 2  capable.
 3       Q   You said he had run his own business.  What
 4  business was that?
 5       A   He had a fishing boat.  Started out with
 6  something like a 36-foot seiner, and within a few years
 7  had sold that boat and bought a state-of-the-art twin
 8  screw 52-foot expensive seiner.  He was a very successful
 9  salmon fisherman.
10       Q   Was he fishing out of Kodiak during that time?
11       A   Yes.
12       Q   At the time you first began your employment with
13  Brechan -- I believe you said it was 1985 -- was Brechan
14  performing any work for the Coast Guard?
15       A   Yes.
16       Q   Who were your chief -- who was Brechan's chief
17  competitors on the island between 1985 and 1990?
18       A   It would be Anderson -- on the island?
19       Q   On the island.
20       A   Yeah.  The other two local contractors were
21  Anderson Construction and AK Construction.
22       Q   Is Anderson Construction still in existence?
23       A   Yes.
24       Q   Is AK Construction still in existence?
25       A   No.
```

Page 18

```
 1      Q    Was AK Construction acquired by Brechan or F&R?
 2      A    Acquired is -- no, it wasn't acquired.
 3      Q    Okay.  Did -- I have information that leads me
 4 to conclude that Brechan bought AK Construction for
 5 $5,000,000.
 6      A    That's incorrect.
 7      Q    Okay.  Is there any truth at all in any aspect
 8 of that statement -- of that rumor, then?  What do you
 9 know about the -- any financial dealings between Brechan
10 and AK, or the ownership of Brechan and AK?
11      A    Brechan paid a sum of money to the two
12 principals in AK for seven-year noncompete agreements.
13 Also made arrangements to buy two material site leases
14 that AK controlled, and bought a significant amount of
15 AK's equipment.  There was also a noncompete agreement
16 with AK, the corporation itself.  The total sum was
17 3,000,000.
18      Q    And following the consummation of that deal, did
19 AK effectively cease to do business?
20      A    Yes.
21      Q    Who paid the principals of AK the $3,000,000?
22      A    Brechan Enterprises.
23      Q    And that is Brechan Enterprises, Inc., as
24 distinguished from F&R, Inc., and as distinguished from
25 Mr. and Mrs. Brechan?
```