# TABLE OF CONTENTS

## PART I – THE SCHEDULE

| SECTION | TITLE | PAGES |
|---|---|---|
| A | Solicitation & TOC | 1 - 2 |
| B | Supplies or Services and Prices/Costs | 3 - 5 |
| C | Description/Specifications/Statement of Work | 6 - 24 |
| D | Packaging and Marking | 25 |
| E | Inspection and Acceptance | 26 - 27 |
| F | Deliveries or Performance | 28 - 32 |
| G | Contract Administration Data | 33 - 35 |
| H | Special Contract Requirements | 36 - 40 |

## PART II – CONTRACT CLAUSES

| I | Contract Clauses | 41 - 47 |
|---|---|---|

## PART III – LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS

| J | List of Attachments | NA |
|---|---|---|

## PART IV – REPRESENTATIONS AND INSTRUCTIONS

| K | Representation, Certifications, and Other Statement of Offerors | 48 - 55 |
|---|---|---|
| L | Instructions, Conditions, and Notice to Offerors or Respondents | 56 - 64 |
| M | Evaluation Factors for Award | 65 - 68 |

## SECTION B - SCHEDULE OF PRICES

### OFFERS

(a) The offeror must submit **one coefficient factor** for the **line items below**, supported by a detailed cost breakdown on how the coefficient factor was developed. **Refer to Paragraph L.8.2 (Volume II Cost)** for instructions on submitting your cost proposal.

| CONTRACT LINE ITEM NUMBER | DESCRIPTION | COEFFICIENT % FACTOR |
|---|---|---|
| 0001 | DELIVERY ORDER COEFFICIENT FOR ALL WORK | 1.05 |

NOTES

## COEFFICIENT

(a) **The coefficient factor** will be the multiplier used to determine the price of the work for each task on individual delivery orders. The offeror's price coefficient must be all inclusive and must contain the Prime Contractor's and Subcontractor's overhead, profit, bond premiums, social security contributions, general insurances, workman's compensations insurance, state unemployment insurance, federal unemployment insurance, mobilization and demobilization costs, labor factor adjustments between the Means given labor rates and the Davis/Bacon Labor Rates included in the contract, Prime's overhead and profit on Subcontractors, supervision, transportation, adjustment factors to account for small jobs, incidental tools and equipment, Means Division 1 items identified below, Section 01300 requirements of this contract, any markups for materials and all contingencies in connection therewith, since no allowance will be made later for additional costs. The offeror's price coefficient should not include any costs for Longshoremen and Harbor Worker's Act Insurance. These costs will be compensated as non-pre-priced work when applicable.

    (a)(1) Means Division 1 Items: The following line items are to be included in the Contractor's coefficient:

       i. From line number 010 000 up to 015 000 and

       ii. From line number 015 300 up to 016 400.

(a)(2) The coefficient is to be applied to that work anticipated to be accomplished during normal working hours, Monday thru Friday (0700 t0 1700 Hrs) excluding holidays.

(b) Coefficients should be represented in your proposal as follows. An offer of "net" would be represented by "1.0". An example of a decrease from the prices listed in RS MEANS ® would be "0.98". An example of an increase above the prices in RS MEANS ® would be "1.10"

(c) The coefficients will remain unchanged throughout the term of the contract including option years.

## NON-PRE-PRICED WORK

(a)   Non-pre-priced work is categorized as follows:

(i) Facilities engineering tasks that are not specifically included in the Means Facilities Construction Cost Data but that are within the basic intent and general scope of the contract.

4

(ii) Facilities engineering tasks that are included in the Means Facilities Construction Cost Data but require adjustment because of unusual site conditions which differ materially from those ordinarily encountered and generally inherent in the character of the work provided for in the contract.

(iii) Longshoremen & Harbor's Worker's Act Insurance Costs.

(b) Non-pre-priced work will be negotiated by the Contracting Officer and added at any time during the contract term. Added items of work shall be incorporated into and made a part of the delivery order and shall be performed at the negotiated unit price multiplied by the applicable bid coefficient. Previously non-pre-priced work items may subsequently be added to the contract as pre-priced items for use on additional delivery orders.

(c) For categories (i) and (ii) above, the labor rate taken shall be the bare cost from Means for the particular trade involved. This information is available from the "Crews" section. This rate shall then be multiplied by the appropriate installation weighted average city cost index. Productivity, (i.e. the number of man hours required), shall be from Means for work of a similar nature whenever possible. Finally, line items shall be multiplied by the contractor's coefficient to account for the items identified in paragraph F.2(a) above.