# Transcript of Anita Repanich

**Case:** Absolute v. McKinley

**Date:** June 28, 2006



Phone: 206.287.9066
Fax: 206.287.9832
e-mail: info@buellrealtime.com
Internet: www.buellrealtime.com

1    A.    Anything that would be in here, I would -- this, when
2  I send this out for signature, the prime contractor signs it
3  before I do.  I am saying, I'm willing to sign this if you are,
4  and when they sign it, then I sign it afterwards, so anything I
5  would have put on here, I would have been willing to sign.
6    Q.    Could you look at Item E --
7    A.    Uh-huh.
8    Q.    -- there's a handwritten amount or handwritten
9  language there.  In fact, I'll read it.  It says, "Good
10 amount" -- looks like "DAT 11/6/02."
11   A.    Uh-huh.  That is our fiscal --
12   Q.    What does that mean?
13   A.    It has no meaning at all.  That is our fiscal -- our
14 budget person has looked at this, and she has reconciled that we
15 actually have that much money on the contract, and this is what
16 my task order or my modification is saying.  She's reconciled
17 the two.
18   Q.    Well, that leads me probably to a broader question,
19 which has to do with funding cycles.  Could you explain funding
20 cycles to me and how they work in this --
21   A.    The type of funding that we use on this IDIQ contract
22 is called 43 funding for us, and it's operations and
23 maintenance.  And it comes as soon after 1 October as the
24 appropriation bill is passed, and it only lives for one year.
25 And then when it expires, it goes back to the big funding pot.

Page 182

1   Q.   So I'm going to try to work through this and see if I
2   understand so far.
3        There's an appropriation in advance of October 1 of
4   each year; correct so far?
5   A.   Uh-huh, a budget --
6   Q.   A budget?
7   A.   You've got to be better at this than I am.  A budget
8   is put forth, I suppose from the Coast Guard.
9   Q.   And as of October 1st, are there funds available to
10  your FD&CC folks or other Coast Guard elements to commit to
11  various contractors to perform work?
12  A.   No, it isn't that fast.  After their budget is
13  approved or disapproved, they may get a percentage of what
14  they've asked for.
15  Q.   "They" being whom?
16  A.   The Coast Guard.
17  Q.   Okay.
18  A.   It will first go to our headquarters and be
19  disseminated down then, the budgets to the MLCs, and then from
20  the MLCs, it will be given to the different units.  We don't
21  have the money right away.  Normally for services that you have
22  to have continued, if you have a janitorial service or food
23  service or something, you're given a continuing resolution,
24  you're given a percentage of, and it's small, maybe 5 percent or
25  10 percent of your expected budget that you can work from.

Page 183

```
 1    Q.    What's an MLC?
 2    A.    It's our headquarters.  It would be our next level.
 3    Q.    Now, I want to -- I interrupted you, but I want to
 4  talk about what happens on September 30th of the next year, and
 5  what I'm trying to understand better is if -- let's assume you
 6  had a budget of $20 million, okay?
 7    A.    Uh-huh.
 8    Q.    If you had contracts for $22 million -- strike that.
 9          If you had contracts for $18 million, but only 15
10  million had been spent as of September 30th to pay to the
11  contractor --
12    A.    Oh, uh-huh.
13    Q.    How much goes back to the big pot in the sky?
14    A.    None.  If I have obligated it, it stays alive.  It
15  stays there if I've obligated it.  So if I contract for all 18
16  million, it doesn't matter if they don't pay up until two or
17  three years later.  I have contracted for them.
18    Q.    Under my scenario, I had a $20 million budget with 18
19  million obligated.
20    A.    I lose two.
21    Q.    What do you mean by that?
22    A.    Before the fourth quarter came, sometime in July or
23  August, somebody in our headquarters would be looking, looking,
24  seeing I had $2 million sitting there.
25    Q.    And what would happen?
```

Page 184

```
 1    A.    They would take it back and somebody else would spend
 2   it.  Anybody who had obligated it.
 3    Q.    Is that called the spend-down process?
 4    A.    Yes, and if you aren't at a very high percentage, it
 5   might be at 90 percent, at the end of the third quarter, people
 6   are looking very hard to pull that money back so it doesn't
 7   expire.
 8    Q.    How does that work?  First-come first-serve?
 9    A.    Yeah.
10    Q.    Is that a yes?
11    A.    Yes.  And people like us who have IDIQ contracts in
12   place and work that needs to be done really benefit from that.
13    Q.    In what way do you benefit from it?
14    A.    All I have to do is request a proposal from the IDIQ
15   contractor, and ten days later, I can award it.  I can obligate
16   that money.
17    Q.    And what is the benefit that the Coast Guard gets, as
18   far as its mission, from your capacity to take advantage of
19   spend-down funds, if you know?
20    A.    I don't know if -- the Coast Guard overall receives
21   benefit, but who receives the most benefit probably is whoever
22   had that project in line, who maybe wouldn't have gotten it the
23   next year.
24    Q.    Whichever contracting agency?
25    A.    It's through our contracting office, but we support
```

Page 185