DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD
FACILITIES DESIGN AND CONSTRUCTION CENTER - PACIFIC



# UNITED STATES COAST GUARD
# CARGO WHARF AND FUEL PIER INSPECTION
# KODIAK, ALASKA

SEPTEMBER 21 – OCTOBER 2, 2000

PREPARED BY:



**TRYCK NYMAN HAYES, INC.**
26088 IOWA AVENUE NE
KINGSTON, WA 98346
TEL: (360) 297-5210 · FAX: (360) 297-5212

ENGINEERING / SURVEYING
& LANDSCAPE ARCHITECTURE

IN ASSOCIATION WITH

American Marine
6000 A Street
Anchorage, AK
99518-1815

# EXECUTIVE SUMMARY

This report outlines the results of an inspection of the US Coast Guard (USCG) Cargo Wharf and Fuel Pier in Kodiak, Alaska. The inspection took place in two phases. Phase I was an above water walk through inspection on the 21 and 22 of September 2000. The second phase consisted of a more detailed inspection and included an underwater inspection. This took place September 27 through October 2, 2000. The inspection's goal was 10 percent "representative" inspection. Three distinct structures were inspected: the original Cargo Wharf, the Cargo Wharf Extension, and the Fuel Pier.

The original Cargo Wharf was constructed in 1965 and retrofitted in 1989. The Cargo Wharf extension was construction in 1985. Originally constructed in the 1940s, the Fuel Pier was modified in 1965 following the 1964 Great Alaska Earthquake. In 1988, the Fuel Pier was extensively retrofitted.

## Original Cargo Wharf

The original Cargo Wharf was found to be in generally good condition. This portion of the wharf underwent a major renovation in 1989, which included cutting out and replacing the mid sections of most of the original H piles. The spliced pile sections were found to be in good condition, the bolts were tight, and there was no appreciable metal loss due to corrosion on the new members. Several of the impressed current anodes on this section of the dock were found to be non-functional. The coating system above the low tide level, and particularly in the intertidal zone, was found to be in poor condition with approximately 20 percent failure. The coating is failing in large flakes, resulting from poor edge retention, which would peel readily from small breaks. Areas that were field coated are also performing poorly with about 80 percent failure near welds. These failures may be aggravated by ice in the winter. The intertidal zone is subjected to corrosion concerns because the electrolyte is discontinuous for part of the day and the area is then beyond the reach of the cathodic protection system.

In general, the concrete elements were in good condition, including the cast-in-place pile caps and the precast haunched deck panels. The steel plate anchorage, in the expansion joint between the original Cargo Wharf and the Cargo Wharf Extension, was found to be failing at the cast-in-place concrete pile cap at bent #1. The pile cap is cracked and the anchorage is loose. The bullrails were found to have some localized spalling with rebar exposed in a few areas. The concrete overlay decking was found to be delaminating in about 10 percent of the dock, particularly along joints. This overlay is still functioning well; and although it was cracked in places, there was no evidence of pieces breaking off.

## The Cargo Wharf Extension

The Cargo Wharf extension was found to be in good condition. The coating on many of the pipe piles was failing just below the pile caps. Generally, the failures were large

A review of the notes and the videotapes indicated that no original welds or pile splices from the 1965 construction were located. It is probable that most of the sections with pile weld splices were removed during the 1989 retrofit project. A review of the 1989 J Agi report indicates that all of the pile splice welds examined (before the retrofit project) had plate stiffeners attached to them. None of them were found. Note that the repair drawing set shows the bolted connections all located at the same elevation. This was not found to be the case in the field. It is likely that the repair sections were lengthened in some cases to include replacement to and beyond the original field weld splices.

In addition to the piles, there are a number of horizontal and diagonal bracing elements on the original Cargo Wharf. This bracing consists of TS 6x6x3/8 and L 4x4x3/8 and appears to be in good condition with the exception of the coating, which is failing in many places. (See coating inspection section of this report. Also see photo OCW-54.) The welds also appear to be in good condition with the exception of the coating. The coating is failing in such a way as to trap moisture and light scale beneath large flakes of paint. If this situation is allowed to continue, significant localized corrosion could occur.

There are a number of non-structural steel elements below the deck that are associated with various utility supports, etc. In general, these were not attached with the same care as the primary structural elements. For example, in places the bracing was only welded on one side, not 100 percent. This results in a small gap on one side of the connection into which moisture can penetrate. These areas are quick to rust and the weld can be attacked from the back (non-welded) side of the member. Although this is primarily a problem to the utility support system, it can affect the primary structural element to which it is attached. Localized corrosion in these areas could penetrate into the primary structural member.(See photo OCW-29.)

### *3.1.4 CP Half Cell Readings and Cathodic Protection Elements*

Cathodic protection half-cell readings were taken at locations throughout the original Cargo Wharf. Readings were taken at various levels on the piles to verify protection and were also taken on the anodes to verify that they were working.

In general, the substructure appears to be receiving adequate protection. However, a number of impressed current anodes were found not to be working. Specifically, six of the inspected anodes including 27A, 27D, 27H, 29E, 31K, and 32G were found not to be working. There was no obvious reason found (such as broken wires) for these failures. It is important to remember that not every anode was inspected in this survey. It is also important to note that the recent Norton Corrosion inspection uncovered eight anodes not working. The Norton Corrosion results generally correlated with this inspection with the following exceptions:

1.  Norton Corrosion used the same bent numbers but used a different lettering system for the pile rows.

2.  Our inspection reveled that anode 31 K was not working by visual inspection only. This anode did not appear to have any calcareous deposit around the bands and was, therefore, suspected as not working.

3. Norton Corrosion identified that anodes 11K and 24H (their lettering system) were not working. We did not inspect these anodes.

Table 3-2—Cathodic Protection ½ Cell Readings, Original Cargo Wharf

| | | CP ½ Cell Pile Inspection | | |
|---|---|---|---|---|
| | | Original Cargo Wharf (Note elevations based on 1989 plan set.) | | |
| Bent | Pile | Elevation | CP Reading | Comments |
| 1 | C | 70 | -1.13 | I.C. Anode, Working |
| 1 | D | 70 | -1.00 | |
| 1 | D | 90 | -0.95 | |
| 3 | A | 70 | -1.80 | I.C. Anode, Working |
| 3 | D | 105 | -0.87 | |
| 3 | D | 85 | -0.97 | |
| 3 | D | 75 | -0.94 | |
| 5 | A | 70 | -0.93 | |
| 5 | A | 60 | -0.93 | |
| 5 | C | 75 | -0.97 | |
| 5 | D | 70 | -1.17 | I.C. Anode, Working |
| 7 | B | 70 | -0.91 | |
| 7 | D | 70 | -1.10 | I.C. Anode, Working |
| 9 | A | 70 | -1.10 | I.C. Anode, Working |
| 11 | A | | | I.C. Anode, Not Inspected |
| 11 | H | | | I.C. Anode, Not Inspected |
| 12 | F | | | I.C. Anode, Not Inspected |
| 13 | A | 70 | -3.43 | I.C. Anode, Working |
| 13 | D | 70 | -3.42 | I.C. Anode, Working |
| 13 | K | | | I.C. Anode, Not Inspected |
| 14 | A | 70 | -0.95 | |
| 14 | E | 90 | -0.88 | |
| 15 | A | | | I.C. Anode, Not Inspected |
| 15 | K | | | I.C. Anode, Not Inspected |
| 16 | H | 80 | -3.50 | I.C. Anode, Working |
| 16 | H | 75 | -1.09 | Abandoned I.C. Anode |
| 16 | E | 70 | -3.29 | I.C. Anode, Working |
| 17 | A | 70 | -3.25 | I.C. Anode, Working |
| 18 | D | 70 | -3.41 | I.C. Anode, Working |
| 18 | H | 80 | -3.16 | I.C. Anode, Working |
| 19 | A | 70 | -3.63 | I.C. Anode, Working |
| 20 | D | 70 | -3.40 | I.C. Anode, Working |
| 20 | H | 80 | -3.41 | I.C. Anode, Working |
| 21 | A | | | I.C. Anode, Not Inspected |
| 21 | K | | | I.C. Anode, Not Inspected |
| 23 | A | | | I.C. Anode, Not Inspected |
| 23 | H | | | I.C. Anode, Not Inspected |
| 23 | K | | | I.C. Anode, Not Inspected |
| 24 | E | | | I.C. Anode, Not Inspected |
| 25 | A | | | I.C. Anode, Not Inspected |

Handwritten margin notes: "Norton Bad Anodes 5 lly - 10 D  11 K", "24 H"