March 8, 2001

Steve Locher, P.E.
USCG FD&CC PAC
915 Second Ave., Room 2664
Seattle, WA 98174-1011

Subject: Task order # 010; DTCG50-01-D-643XXO
Cargo Wharf Maintenance Design-Build Project

Dear Steve:

Please consider this our cost proposal for the subject task order.

COST: We propose to accomplish the required work for $1,184,295.00. Our proposal is detailed on the attached spreadsheets and Project Scope. Please note that this cost has a construction component of $997,227.00, and an engineering services component of $184,295.00.

SCOPE CHANGES: The amount of piling to be recoated this year is 15860 square feet. Our understanding is that the remaining piling will be recoated next year.

COMMENTS:

1. The exact location of the piling to be recoated is undecided at this time.
2. The construction cost is based on that work scheduled for this year.
3. The engineering fees are based on the total project.

SCHEDULE: Upon your notification to proceed we will finalize design. Construction is tentatively scheduled for this coming Spring/Summer.

Sincerely,

BRECHAN ENTERPRISES, INC.


Matt Holmstrom, P.E.
Project Manager

Enclosures