**SWALLING CONSTRUCTION COMPANY, INC.**
An Equal Opportunity Employer
General Contractor #AA179



Serving Alaska Since 1947

www.swalling.com
P.O. Box 101039
Anchorage, Alaska 99510-1039
Telephone (907) 272-3461
Facsimile (907) 274-6002
Located At 235 F St.

Brechan Enterprises, Inc.
2705 Mill Bay Road
Kodiak, Alaska 99615

May 23, 2001

Attention: Matt Holmstrom

Reference: Kodiak Coast Guard dock facility.

Gentlemen,

Swalling Construction Co, Inc. (SCCI) is pleased to provide you with a proposal for the coating rehabilitation for the above referenced project. Our proposal includes all supervision, labor, material, equipment and room and board for the following line items of work per the specifications.

- Provide all access and containment structures for the blasting and coating and removal and reinstall of the cathodic protection on pipe piling. SCCI plans to always be blasting and or coating while a separate crew continues to move staging and containment.
- All structure will be power washed per specification.
- All structures will be blasted to cleanliness standard SSPC-SP10 near white Per specification.
- All structures will be cleaned free of all dust and foreign material prior to coating.
- Coating applied will be a 100% solids polyurethane coating supplied by Polar Supply and Manufactured by Specialty Polymer Coatings Inc. Applied at an average D.F.T of 40 mils. Per spec section 2.1.5.1.
- SCCI will provide CQC during the blasting and coating portion of this contract per spec section 3.5.2. This person will be a non-working foreman and will have other duties except during coating and blasting operations.

**EXCLUSIONS**

Third party inspection, CQC manager, bond, lay down area for equipment, off season storage area for equipment, permits and fresh water supply for power washing.

This proposal is based on a mutually agreeable contract and schedule and payment terms.

**Our cost for the above mentioned work based on the plans and specifications.**     $1,493,000.00

This quote is good for fifteen days unless extended by mutual agreement.

Respectfully Submitted
Swalling Construction co., Inc.

Mike Andersen
Project Manager

BEI5088
38599-0012