**SWALLING
CONSTRUCTION
COMPANY, INC.**
AN EQUAL OPPORTUNITY EMPLOYER
GENERAL CONTRACTOR #AA179



SERVING ALASKA SINCE 1947

www.swalling.com
P.O. Box 101039
ANCHORAGE, ALASKA 99510-1039
TELEPHONE (907) 272-3451
FACSIMILE (907) 274-6002
LOCATED AT 235 F ST.

Matt Holstrom
Brechan Enterprises
2705 Mill Bay Road
Via Fax 907-487-2587

June 7, 2001

Re:   Kodiak Coast Guard Dock Facility Coatings

Gentlemen:

As Mike Anderson discussed with you this morning there is a considerable amount of effort and expense required to mobilize this project. This includes specialty equipment for blasting and painting, scaffold materials, scaffold fabrication, and moving materials and equipment to and from site. These costs have to be included in the first year of work if the Coast Guard is unable to award the second season of work. Following is a breakdown of our proposal based on a mobilization cost, and a scaffold and coatings cost for each of the work areas.

| | |
|---|---|
| Mobilization (As described above) | $270,000 |
| Year 1 Pipe Pile Scaffold and Coatings Work | $207,250 |
| Year 1 H-Pile and Bracing Scaffold and Coatings Work | $395,750 |
| | $873,000 |
| Year 2 H-Pile and Bracing Scaffold and Coatings Work | $660,000 |
| TOTAL PROPOSAL COST | $1,533,000 |

If you have any questions or need further a further breakdown of our proposal please call Mike Anderson or me.

Sincerely,
SWALLING CONSTRUCTION CO., INC.

Andrew Romine
Operations Manager

BEI4545
38599-0012
Ex 11, Page 1 of 2



## BRECHAN ENTERPRISES, INC. / GENERAL CONTRACTORS
### 2705 MILL BAY ROAD • KODIAK, ALASKA 99615

June 12, 2001

Mike Andersen, Project Manager
Swalling Construction Co., Inc.
P.O. Box 101039
Anchorage, AK 99510-1039

Subject: USCG Cargo Wharf Maintenance Project

Dear Mike:

This is in response to your proposal dated May 23, 2001, and follow up discussions regarding the basis of the proposal. We intend to offer Swalling the project with the following conditions:

1. Your scaffolding will be made available to C/P and electrical subs as you and I discussed.
2. The price of your proposal will be increased by $40,000 to $1,533,000. This price will be a lump sum price for the entire project, based on an estimated 40,000 sf of coating, and will not be negotiable.
3. Swalling will enter in to a subcontract this year for the amount of $850,000 to accomplish that work described in your letter dated June 7, 2001. Although the Coast Guard fully intends to accomplish the balance of the coating next year this is dependent on funding. We will enter into a subcontract next year for the balance of the contract, or $683,000, once funding is secured.
4. You will use the SPC coating spelled out in your proposal letter – NO EXCEPTIONS.
5. There will be no change orders unless mutually agreed upon by the design team and Brechan Enterprises.

If you have questions or require additional information please call me at 487-2223. Otherwise please sign below.

*[signature]* Pres.

Swalling Co. agrees to the above conditions.

Sincerely,

BRECHAN ENTERPRISES, INC.

*[signature]*

Matt Holmstrom, P.E.
Project Manager

---

BRECHAN ENTERPRISES, INC. / GENERAL CONTRACTORS • 2705 Mill Bay Road • Kodiak, Alaska 99615
(907) 486-3215 • Fax (907) 486-4889
Alaska Business License #001858 • Alaska Contractors License #AA441
— We Are An Equal Opportunity Employer —

BEI4562
38599-0012