**Jarrell, Amy (Perkins Coie)**

**From:** Rendon, Paul LT [PRendon@pacnorwest.uscg.mil]
**Sent:** Wednesday, August 22, 2001 8:20 AM
**To:** 'Matt Holmstrom'
**Subject:** RE: cargo pier

Matt,
I don't follow where you get $22K over budget.

Understand Budget of $924,900 * 1.05 = $971,145

But $971,145 + ($22,000 * 1.05) = $994,245, which is still way below your quotes.

Tried giving you a call, but you weren't in.....give me a call to discuss.

thx,

LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone: (206) 220-7437
Fax: (206) 220-7391

-----Original Message-----
**From:** Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
**Sent:** Tuesday, August 21, 2001 2:52 PM
**To:** Rendon, Paul LT
**Subject:** RE: cargo pier

Paul - An updated spreadsheet is attached. The way I see it we are approximately $22,000 over budget. The coating difference is due to the way we structured our subcontract with Swalling. The original construction total, including our 5% markup, was $971,145. Therefore with the $22,000, plus our 5%, we're still below the $1M cap. How much trouble am I in? Matt

-----Original Message-----
**From:** Rendon, Paul LT [mailto:PRendon@pacnorwest.uscg.mil]
**Sent:** Tuesday, August 21, 2001 8:20 AM
**To:** 'Matt Holmstrom'
**Subject:** RE: cargo pier

OK.....

LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone: (206) 220-7437
Fax: (206) 220-7391

-----Original Message-----
**From:** Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
**Sent:** Tuesday, August 21, 2001 9:14 AM
**To:** Rendon, Paul LT
**Subject:** RE: cargo pier

Paul - I can write a book on this...bottom line was that we were under the gun to obligate $ period. Understanding was that actual costs would dictate final costs. I will speak to each item. Mostly underestimating costs during project development. The main thing this morning was to show the spreadsheet. Matt

-----Original Message-----
**From:** Rendon, Paul LT [mailto:PRendon@pacnorwest.uscg.mil]
**Sent:** Tuesday, August 21, 2001 8:02 AM
**To:** 'Matt Holmstrom'
**Subject:** RE: cargo pier

So, the big question??? How do we make up the difference? Any ideas?

Could we go out for other quotes?, or are you locked in with these sub's already?

Trying to think of how to justify this additional costs....the way I see it, is that we ramrodded this Task Order through, with the understanding that prices may have to be adjusted.

LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone: (206) 220-7437
Fax: (206) 220-7391

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Tuesday, August 21, 2001 8:28 AM
To: Rendon, Paul LT
Subject: cargo pier

Good morning Paul - I've attached a "DRAFT" spreadsheet showing budgetted funds vs actual costs. I'm fine tuning costs...obviously the coating cost is the largest problem. I'll clean up and forward ASAP. Not sure how this relates to the additional funding. Matt

DO 32010

CARGO PIER UPGRADE

| ITEM NO. | TASK | BUDGET | QUOTE | DIFFERENCE |
|---|---|---|---|---|
| 1 | C/P WET (DIVER) | 73300 | 70000 | 3300 |
| 2 | C/P DRY (ELECTRICIAN) | 60000 | 83000 | -23000 |
| 3 | PILE COATINGS | 712000 | 850000 | -138000 |
| 4 | FUEL PIER METAL WORK | 10400 | 0 | 10400 |
| 5 | FENDER PILE/TIMBER REPAIR | 22400 | 35000 | -12600 |
| 6 | SPARE ANODES | 16000 | 9000 | 7000 |
| 7 | SEWER JACKET REPAIR | 800 | 10000 | -9200 |
| 8 | N7 PCC REPAIR | 7500 | 0 | 7500 |
| 9 | EXPANSION JOINT PCC REPAIR | 10000 | 15000 | -5000 |
| | TOTALS | ~~912400~~ | 1072000 | -159600 |

EXPLANATION: THE SPREADSHEET DATED 3/12/01, WAS THE BASIS FOR THE DELIVERY ORDER. SINCE THIS WAS A DESIGN/BUILD PROJECT THE SCOPE CHANGED FROM 3/12 TO FINAL PS&E. INDIVIDUAL WORK ITEMS ARE DISCUSSED BELOW:

3. THIS IS A RESULT OF NEGOTIATING A SUB-CONTRACT WITH SWALLING CONST. MOBILIZATION COSTS AND OTHER UPFRONT COSTS INCREASED THE FIRST YEAR'S COST. NEXT YEAR'S COST WILL BE $683,000 TO COMPLETE THE COATING WORK FOR $1,533,000. THIS RESULTS IN A UNIT COST OF $38.33/SF. WE HAD HOPED TO HAVE A UNIT COST UNDER $40/SF.
4. WORK DELETED FROM THE SCOPE
5. WORK SCOPE AND COST UNDERESTIMATED
7. THE ESTIMATED QUANTITY ON 3/12 WAS 1 (ONE). ACTUAL QUANTITY TO BE REPAIRED IS 6. ADDITIONALLY THE REPAIR COST WAS UNDERESTIMATED.
8. WORK DELETED FROM THE SCOPE DUE TO OVERALL TRANSFORMER PROJECT.
9. WORK SCOPE AND COST UNDERESTIMATED

x 1.05 = 971,145

NOTE: FOR PAUL R. ADDITIONAL SCAFFOLDING COST ASSOCIATED W/ CP DUE TO NOT COMPLETING IT ... THIS YR

DF2D TEST $1300

BEI3710

38599-0012