## Jarrell, Amy (Perkins Coie)

**From:** Rendon, Paul LT [PRendon@pacnorwest.uscg.mil]
**Sent:** Friday, August 24, 2001 2:01 PM
**To:** 'mholmstrom-bei@gci.net'
**Subject:** FW: CARGO WHARF UPGRADES - PHASE II (33-S01171) - RFP

**Importance:** High
**Sensitivity:** Confidential

Matt,
met yesterday with upper management and recommended we continue with Swalling as the coating sub-kr for the Cargo Wharf Phase II project.

Reasons:

- Swalling's mobilization costs were front-loaded in the first year of work (i.e. specialty equipment for blasting & painting, scaffold materials, scaffold fabrication, and moving materials & equipment to and from site).
- CG will realize overall savings, by not having to mobilize a different coating sub-kr to Kodiak.
- Overall coating costs will be ~ $38/sf, which is under our upper limit of $40/sf.
- The initial learning-curve has been established by Swalling. Bringing in a different coating sub-kr will only mean a "new" learning-curve has to be established, which means inefficiencies & low production rates.
- Quality of the coating to date has been very good.

I believe continuing with Swalling is the best way to go.

The Fuel Pier project (Coating/Cathodic Protection) is in its infancy, and may be a month or two before they get their game plan together.

I'd like to secure this Phase II portion as soon as possible, so they don't have a chance to change their minds.

thx,

## LT Paul E. Rendon

Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone: (206) 220-7437
Fax:    (206) 220-7391

-----Original Message-----
**From:** Rendon, Paul LT
**Sent:** Friday, August 24, 2001 2:38 PM
**To:** 'mholmstrom-bei@gci.net'
**Cc:** Repanich, Anita; Locher, Steven; Johnson, Jerald; Dolbeck, Joel LCDR-ISC Kodiak; Bonney, Scott
**Subject:** CARGO WHARF UPGRADES - PHASE II (33-S01171) - RFP
**Importance:** High

Matt,
please provide a cost proposal for Phase II of the Cargo Wharf Upgrade project, which includes:

- Coating the remainder of the Cargo Wharf (H-Pile & Bracing), not included in Phase I.

2

- Design Field Services, if any.
- Construction Field Services (i.e. QA/Superintendent).

Note: All electrical upgrades (i.e. installing new transformers, relocating/replacing conduits, shoretie work, etc..) will be a separate project.

Please provide your cost proposal by 15 Oct 01, or sooner.

thx,

# LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone: (206) 220-7437
Fax:     (206) 220-7391