BRECHAN ENTERPRISES, INC.
PRICE SCHEDULE

Contract No.: DTCG50-01-D-643XXO  Invoice No: 4
Contractor: Brechan Enterprises, Inc.  Date: 30-Sep-01
IDIQ Project #: 32010   Cargo Pier Upgrade

| Item # | Activity | Total | % to Date | Allowed to Date | Previous Payments | % This Period | Pay This Period | Balance Remaining |
|---|---|---|---|---|---|---|---|---|
| | **ENGINEERING:** | | | | | | | |
| | Design | 43,638.00 | 100.00% | 43,638.00 | 43,638.00 | 0.00% | 0.00 | 0.00 |
| | Construction | 70,119.00 | 64.50% | 45,226.78 | 45,226.78 | 0.00% | 0.00 | 24,892.25 |
| | **CONSTRUCTION:** | | | | | | | |
| | Cathodic Protection | 188,215.00 | 0.00% | 0.00 | 0.00 | 0.00% | 0.00 | 166,215.00 |
| | Pile Coating | 850,000.00 | 25.50% | 216,750.00 | 218,750.00 | 0.00% | 0.00 | 633,250.00 |
| Fender | Pile Repair | 23,520.00 | 0.00% | 0.00 | 0.00 | 0.00% | 0.00 | 23,520.00 |
| | Under Pier Utilities | 4,515.00 | 0.00% | 0.00 | 0.00 | 0.00% | 0.00 | 4,515.00 |
| | Fuel Pier Cleats | 10,920.00 | 0.00% | 0.00 | 0.00 | 0.00% | 0.00 | 10,920.00 |
| | **CONCRETE WORK:** | | | | | | | |
| | Building 7 | 7,875.00 | 0.00% | 0.00 | 0.00 | 0.00% | 0.00 | 7,875.00 |
| | Isolation Joint | 10,500.00 | 0.00% | 0.00 | 0.00 | 0.00% | 0.00 | 10,500.00 |
| | | 0.00 | 0.00% | 0.00 | 0.00 | ERR | 0.00 | 0.00 |
| | | 1,187,302.00 | | 305,614.78 | 305,614.78 | | 0.00 | 881,687.25 |

Orig. Contract Amt.

*Handwritten notes:*

Matt - The increase from $1,087,302 increased to Pile Coating from $744,600 to $850,000. Also the increase included in the attached change order of $205,597. What now do I recommend - Also, what's the other #103,597 We must reconcile before we can do 9/30/01 progress payment - Gus

The increase in Pile Coating, included in Cargo Item: Pile [illegible]