DAILY SUMMARY REPORT



| BRECHAN ENTERPRISES | CONTRACT NO: | 32010 CG Task 007 |
|---|---|---|
| LOCATION: U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | PROJECT TITLE: | CARGO WHARF MAINTENANCE |
| INSPECTOR: Jerry R. Hardenbergh | DATE: | 05 October 2001 |

### General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Local Electric, Electrical and "dry" Cathodic Protection contractor.

Weather Conditions at 11:53 AM:
Wind Calm
Visibility 10 mile(s)
Sky conditions mostly cloudy
Temperature 46.9 F (8.3 C)
Dew Point 41.0 F (5.0 C)
Relative Humidity 79%
Pressure (altimeter) 29.64 in. Hg

### Coatings (Wharf Extension):

- No work performed. All piles have been coated. Only outstanding items remain to be completed.

*Outstanding Items:*
  o Grind off cad weld location and recoat same area on pile 6D. Coat with SPC 1864 SG.
  o Re-attach CP connection and recoat same area on pile 10D. Coat with SPC 1864 SG.
  o Re-attach CP connection and recoat same area on pile 14D. Coat with SPC 1864 SG.
  o Re-attach CP connection and recoat same area on pile 18C. Coat with SPC 1864 SG.
  o Re-attach CP connection and recoat same area on pile 22C. Coat with SPC 1864 SG.
  o Re-install sewer pipe insulation at pile 21A location.
  o NCR 01.
  o Repair coating holidays on bent 23.

### Coatings (Original Wharf):

- Bent 1, environmental conditions within the containment area were controlled and allowed start of abrasive blasting at approximately 7:40AM. Piles A, B, C and D, including batter piles, at elevation 113' to 107' were blasted to an SSPC SP-10 Near-White Cleanliness. The surface condition of areas listed above was acceptable with 3.9 mil anchor profile. Surface chloride testing was acceptable in accordance with project specifications.

- Several areas were taped off for seal welding. The contractor wanted to save the majority of surfaces that were blast cleaned and perform the seal welding later.

- Coating application performed at 11:00AM. Visual coating inspection to be performed tomorrow at low tide. Holiday testing will be performed after 24 hours of cure.

- Bent 1, elevation 119' to 113' surfaces were abrasive blast cleaned and surface preparation inspection revealed a substantial amount of seal welding required before coating. Contractor did not coat this area and is considering the possibility of hiring a welder for the amount of seal welding that will be required on the H-pile section of wharf.

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
05 October 2001

- Reviewed contractor coating QC reports and retained in project documentation package.
- Completed Quality Assurance checklist for coating activities today. QA checklist is retained in project documentation package.

*Outstanding Items:*
- None

### Cathodic Protection:

- Rectifier #2 new positive circuit, under the wharf, is completely installed and accepted in accordance with project specifications. Terminating the anode lead wires in the anode shunt box is the only remaining work to complete on this circuit. Anode shunt boxes for rectifier 1 and 2 are installed, see photo.

*Outstanding Items:*
- Install anode jbox at anode NM 1.

### Expansion Joint Repair:

- Expansion joint repair is complete. 28-day compressive strength test results to follow.

### Under Pier Utilities:

- Abandoned electrical conduit has been identified and is scheduled for removal in conjunction with rectifier new positive circuit install.

### Fender Pile & Related Work:

- All new piles and pile framing is installed on west side of wharf extension in accordance with project specifications.

*Outstanding Items:*
- 2 pile framing locations on east side of wharf extension were not repaired due to lack of materials.

### Sewer Pipe Insulation Jacket Repair:

- Location "f" on project drawing C1 has been repaired. Awaiting scaffolding installation on the other locations before insulator returns to complete repairs.

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
05 October 2001

### Non-Conformance Items:

- NCR #01, Condition of coating not in compliance with paragraph 3.5.8.11 of the project specifications. <u>Coating repair is required before acceptance</u>. Further inspection will be conducted to define specific areas of repair. Testing to be performed on this area will include DFT, Holiday Testing, Hardness Testing and Adhesion Testing.

### Miscellaneous:

- Discussed repair of negative circuit connections with electrician.

### Photographs:




| Rectifier 1 & 2 with new anode shunt boxes installed in between rectifiers. | New anode shunt boxes for rectifier 1 & 2. |




| Bent 1 abrasive blast cleaned from elevation 113' to 107'. | Bent 1 abrasive blast cleaned from elevation 113' to 107'. |

Signature: _____
    J.R. Hardenbergh