**From:**    Jerry Hardenbergh [Hardenbergh@alaska.coffman.com]
**Sent:**    Wednesday, October 10, 2001 7:02 PM
**To:**      Paul Rendon
**Cc:**      Locher, Steven; Stears, Dan; Scott Bonney; Matt Holmstrom
**Subject:** Fw: 09 October 01 Daily Report - Cargo Wharf Maintenance

I just realized that I spelled stripe incorrectly. In my response I spelled it strip. In response #2 the word "strip" should be "stripe".

Jerry

----- Original Message -----
**From:** Rendon, Paul LT
**To:** 'Jerry Hardenbergh' ; Locher, Steven
**Cc:** Stears, Dan ; mholmstrom-bei@gci.net ; Bonney, Scott
**Sent:** Wednesday, October 10, 2001 3:33 PM
**Subject:** RE: 09 October 01 Daily Report - Cargo Wharf Maintenance Project

Jerry,
appreciate the quick response & detailed information.

Steve,
please advise if you need additional clarification/information.

thx,


LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone: (206) 220-7437
Fax:    (206) 220-7391

-----Original Message-----
**From:** Jerry Hardenbergh [mailto:Hardenbergh@alaska.coffman.com]
**Sent:** Wednesday, October 10, 2001 4:15 PM
**To:** Locher, Steven; Rendon, Paul LT
**Cc:** Stears, Dan; mholmstrom-bei@gci.net; Bonney, Scott
**Subject:** Re: 09 October 01 Daily Report - Cargo Wharf Maintenance Project

Paul,
I offer the following responses:

2. Not attributed to temps or humidity. Environmental conditions are monitored and verified before the start of blasting and before coating application. The coating inspector continuously monitors this and the contractor is using a dehumidification unit that can improve the environmental conditions when needed. The welds are giving them difficulty because they have a rough and irregular surface profile that is difficult to completely cover without "strip" coating prior to coating application. They cannot strip coat with this material as it hardens in a few minutes. They are grinding the welds, but some holidays still come through. The coating contractor is also researching the use of an epoxy "caulking" to cover the weld area prior to coating, like a "strip" coat. I think that may work.

3. I can certainly give tidal data on my reports. I think you would also need specific information on time

BEI6506
38599-0012

9/28/04

when coating applied, time when water reached coating and rate of tidal rise. However, This has already been addressed when selecting this coating system and if you see the cure chart for 1864 RG, dry hard cure is achieved in 30 minutes at 40 F. We have not seen surface temps below 50F yet and at 50F the dry hard cure is approximately 17 minutes. We have been monitoring the coating immersion on-site and have only had one time that I thought the cure was jeopardized and that was on bent 8 (NCR 01). The full cure of this system is 4 days. In addition, the coating manufacture did indicate that the cure or coating is acceptable if it meets the required testing. And so far we have met the testing requirements.

4. Consider it done. I will coordinate with USCG Port Services and the contractors to limit the vehicular loads across the damaged pile caps. Right now we have only pickup trucks and a forklift moving across the caps.

If you need any more info, please let me know.

Jerry


—— Original Message ——
From: Rendon, Paul LT
To: 'Hardenbergh@alaska.coffman.com' ; Locher, Steven
Cc: Bonney, Scott ; 'mholmstrom-bei@gci.net'
Sent: Wednesday, October 10, 2001 12:37 PM
Subject: FW: 09 October 01 Daily Report - Cargo Wharf Maintenance Project

Steve,
Item #1 below to be addressed by this weekend.

Jerry,
please advise on items #2-4 below (Steve's e-mail).

thx,


LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone: (206) 220-7437
Fax:     (206) 220-7391

-----Original Message-----
From: Locher, Steven
Sent: Wednesday, October 10, 2001 1:34 PM
To: Rendon, Paul LT
Subject: RE: 09 October 01 Daily Report - Cargo Wharf Maintenance Project

Paul,
Please pass on the following questions:
1. When will the contractor reconnect the anodes at the extension as the piles below 107 are not being protected without?
2. The welds are continuing to have problems with holidays. Is this attributed to temperatures and humidity's? Are environmental conditions correct for coating applications?
3. Request one more item in daily: Tidal data. This will give us a feel as to how much curing time the lower elevations are getting, especially this time of year.
4. Limit heavy vehicular traffic at damaged caps until we can inspect next week. Report back as to type of vehicles crossing cap as this time. We should know about anything bigger than a 5 ton truck. We should keep the crane off the extension.

BEI6507
38599-0012

9/28/04

-----Original Message-----
**From:** Rendon, Paul LT
**Sent:** Wednesday, October 10, 2001 12:48 PM
**To:** Locher, Steven
**Subject:** FW: 09 October 01 Daily Report - Cargo Wharf Maintenance Project

fyi....


LT Paul E. Rendon

Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone:  (206) 220-7437
Fax:      (206) 220-7391

-----Original Message-----
**From:** Jerry Hardenbergh [mailto:Hardenbergh@alaska.coffman.com]
**Sent:** Wednesday, October 10, 2001 11:31 AM
**To:** Rendon, Paul LT; Bonney, Scott; Matt Holmstrom; Faivre, Daniel PO1; John Daley; Toney, Bruce CDR; Novak, John LT; Rennick, Jeannine CPO; Radcliffe, Lawrence; Stears, Dan; Mike Andersen; Bieri, Tim
**Subject:** 09 October 01 Daily Report - Cargo Wharf Maintenance Project


Jerry Hardenbergh
USCG Kodiak Cargo Wharf Maintenance Project
Coffman Engineers
Project Office: 907-487-2360
Project Fax:   907-487-2362
Cell Phone:    907-654-0700

9/28/04

BEI6508
38599-0012