DAILY SUMMARY REPORT
ADDENDUM



| BRECHAN ENTERPRISES | | CONTRACT NO: | 32010 CG Task 007 |
|---|---|---|---|
| LOCATION: | U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | PROJECT TITLE: | CARGO WHARF MAINTENANCE |
| INSPECTOR: | Jerry R. Hardenbergh | DATE: | 17 October 2001 |

A Cargo Wharf Maintenance Project meeting was held today with the following attendance:

- USCG FD&CC, Steve Locher
- USCG COR, Scott Bonney
- Brechan Construction, Matt Holmstrom
- Coffman Engineers, Dan Stears
- Coffman Engineers, Jerry Hardenbergh
- Swalling Construction, Mike Andersen
- Swalling Construction, Tim Boyles

Topics of discussion included establishing a stopping point for this year, date to resume work next year, progress and quality of this years work, requested schedule for next year, contract changes for next year and coordination of the electrical upgrade of the dock with the coating work.

To stop work for this year, it was mutually agreed that Swalling would complete bent 4 and 5 on the original wharf, testing a "caulking" coating repair procedure, and stop coating work.

Swalling will also complete all remaining outstanding items before demob. At this point Swalling will concentrate all resources to supporting the electrical contractor so that the electrician may complete all of the CP work this year.

Swalling estimates to stop coating work by the weekend of 27-28 October. At that point the electrician's work should be complete within the next two weeks.

Resuming work next year was estimated to be in the month of May 2002. Emphasis was put on establishing and maintaining a production schedule. The schedule and contract will reflect a firm completion date. By completing the next two bents this year, Swalling should have a better idea of the progress and will be able to provide a more accurate schedule for completion of the original wharf. Swalling is to submit a schedule and cost for the additional prep work for approval.

Coordination of the electrical upgrade of the dock with the coating work was discussed.

**Additional information brought to my attention; the electrical work needs to occur before the coating work. The electrical contractor should be finished by April 15, 2002. The scaffolding could be set up to assist the electrical contractor and the coatings "prep work" (cutting, welding and grinding) could all be done at that time. This would require minor abrasive blasting that could be coordinated on-site with the electricians. This way the dock will be ready to be coated.

Signature: _____
J.R. Hardenbergh

BEI7181
38599-0012