**DAILY SUMMARY REPORT**



| BRECHAN ENTERPRISES | **CONTRACT NO:** | 32010 CG Task 007 |
|---|---|---|
| **LOCATION:** U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** Jerry R. Hardenbergh | **DATE:** | 24 October 2001 |

## General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Local Electric, Electrical and "dry" Cathodic Protection contractor.

Weather Conditions at 9:53 AM:

| | |
|---:|:---|
| **Wind** | from the WNW (290 degrees) at 10 MPH |
| **Visibility** | 10 mile(s) |
| **Sky conditions** | mostly clear |
| **Temperature** | 28.9 F (-1.7 C) |
| **Windchill** | 15 F (-9 C) |
| **Dew Point** | 18.0 F (-7.8 C) |
| **Relative Humidity** | 63% |
| **Pressure** | 29.78 in. Hg |

## Coatings (Wharf Extension):

- All piles have been coated. Only outstanding items remain to be completed.
- No work performed.

**Outstanding Items:**
- Coat area where exothermic weld was ground off on pile 6D. Coat with SPC 1864 SG.
- Coat CP negative connection on pile 10D. Coat with SPC 1864 SG.
- Coat CP negative connection on pile 14D. Coat with SPC 1864 SG.
- Coat CP negative connection on pile 18C. Coat with SPC 1864 SG.
- Re-attach CP connection and recoat same area on pile 22C. Coat with SPC 1864 SG.
- Re-install sewer pipe insulation at pile 21A location.
- Re-install anode channel guard brackets and use rubber spacer.
- NCR 01.
- Repair coating holidays on bent 22.
- Weld ladder at pile 6A location.
- Pull anode conductor up to remove slack at 14D location.
- Repair coating damage at piles: 1A, 1B, 5A, 7A, 9D, 10A, 12B, 12C, 12D, 13C and 14C.
- Repair coating holidays on pile 5B, upper elevation, pile 2A on 4" pipe between 2A & 2B, also 4" pipe between 2B & 2C.
- Remove old sacrificial CP anode wire and hanger at bent 22.
- Remove scaffolding clamps from around piles at approximately 105' elevation.

BEI6252
38599-0012
Ex 21, Page 1 of 5

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
24 October 2001

## Coatings (Original Wharf):

- Holiday detection testing performed on bent 4 and 5, elevation 119' to 113'. Test results indicated 22 total holidays. Holidays on bent 1 were repaired by "caulking" with SPC SP-2888 RG coating.

### Outstanding Items:
- o  Coat CP negative circuit bonding connections along bent 1, 2 and 3 with SPC 1864 SG.
- o  Cut off pipe support angle at bent 2 & 3, install new galvanized angle support and coat weld areas with SPC 1864 SG. Existing pipe support angle is severely corroded and is not completely coated with new coating system.
- o  Re-attach anode conductor wire at pile 1C using new galvanized wire clamps.

## Cathodic Protection:

- Demo and installation of rectifier #4 and 5 positive circuit continues. Work is progressing satisfactorily in accordance with project specifications.
- Awaiting USCG response to recommended CP test point installation. See memo dated 10/19/01, CP Test Points.

### Outstanding Items:
- o  Install anode jbox at anode NM 1.

## Expansion Joint Repair:

- Expansion joint repair is complete and appears acceptable in accordance with project specifications.

## Under Pier Utilities:

- Abandoned electrical conduit has been identified and is currently being removed in conjunction with rectifier new positive circuit install.

## Fender Pile & Related Work:

- All new piles and pile framing is installed on west side of wharf extension in accordance with project specifications.

### Outstanding Items:
- o  2 pile framing locations on east side of wharf extension were not repaired due to lack of materials.

BEI6253
38599-0012

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
24 October 2001

## Sewer Pipe Insulation Jacket Repair:

- Location "f" on project drawing C1 has been repaired. Awaiting scaffolding installation on the other locations before insulator returns to complete repairs.

## Non-Conformance Items:

- NCR #01, Condition of coating not in compliance with paragraph 3.5.8.11 of the project specifications. <u>Coating repair is required before acceptance</u>. Further inspection will be conducted to define specific areas of repair. Testing to be performed on this area will include DFT, Holiday Testing, Hardness Testing and Adhesion Testing.

## Miscellaneous:

- Project teleconference was conducted; see Daily Report Addendum for details.
- Swalling started demob of equipment to lay down area.
- Swalling scaffolding crew continues to support electrician for CP demo and new circuit install.

Signature: _____
        J.R. Hardenbergh

BEI6254
38599-0012
Ex 21, Page 3 of 5



| BRECHAN ENTERPRISES | CONTRACT NO: | 32010 CG Task 007 |
|---|---|---|
| **LOCATION:** U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** Jerry R. Hardenbergh | DATE: | **24 October 2001** |

A Cargo Wharf Maintenance Project teleconference meeting was held today with the following attendance:

- USCG FD&CC, Steve Locher (phone)
- USCG FD &CC, Paul Rendon (phone)
- USCG COR, Scott Bonney
- Brechan Construction, Matt Holmstrom
- Coffman Engineers, Jerry Hardenbergh
- Swalling Construction, Mike Andersen
- Swalling Construction, Tim Boyles

1. Status of crews (when will they demob):
-Scaffolding
-Electrical
-Coatings
*Discussion: Scaffolding and electricians by 10/31, Coatings by 10/28, Commission CP system by 11/8

2. Status of Equipment
-Scaffolding
-Blast
-Coating/vacuum
*Discussion: All equipment is staying on island, Swalling to provide list of equipment. Coating materials to heated storage.

3. Jerry's status
*Discussion: Here until all questions/paperwork have been completed and no longer needed for year. Estimate mid-November.

3. Will we finish all outstanding items on the extension before we demob?
Per Jerry's list, are scaffolding clamps still in place on the extension? If so, should we expect all the outstanding items on extension be completed prior to demob of the crews?
*Discussion: Swalling indicated that they would complete all outstanding items before demob. Low tides next week will facilitate completion of outstanding items.

4. Under CP, location of NM1? Not clear on NM1.
*Discussion: NM1 is the North Mooring Dolphin. Electricians are aware of this item and will have completed by end of month.

Page 1 of 2

BEI6256
38599-0012

Daily Summary Report Addendum
USCG Kodiak Cargo Wharf Maintenance Project
24 October 2001

5. We have come to agreement on completion of coating this year on bents 4 or 5. What about the other items on the work list? What is the plan as to how far we will go before we will shut down for the year?

   -CP
   -Anodes
   -Positive Circuitry
   -Pile framing
   -Sewer insulation repairs

*Discussion: CP, Anodes, Positive Circuitry and sewer insulation repairs to be completed this year before demob. Pile framing still outstanding, not sure on material lead-time.

6. Mod to contract for S-W test coat. They want a reasonable $2K. Need Brechan's DB markup.
*Discussion: Matt Holmstrom to address outside of this meeting.

7. Need to discuss schedule, plan for mod for next year's work and how to work-in electrical work. Will rectifier replacement become part of the electrical upgrade?
*Discussion: Agreed to discuss later after results of caulking and schedule to be provided by Swalling along with additional costs for prep work.

Surface preparation issue was discussed. Extensive surface preparation is being required prior to coating application. The amount of surface prep could not be foreseen due to existing coatings and corrosion buildup. After abrasive blast cleaning, when a detailed surface prep inspection is performed prior to coating application, surface defects become very apparent by visual inspection. Surface defects such as weld spatter, poor weld workmanship, very rough weld profiles, weld undercutting, column splice run-off tabs and areas missing welds required extensive grinding, seal welding and cutting. Even after an excessive amount of time was spent preparing the surface, some areas within the H-pile splice location still cannot be adequately coated and results in holidays.

Our discussions involved costs associated with the additional surface prep and for Coffman Engineers to determine the most cost effective solution to this issue and present their recommendations to the CG. The CG is to receive recommendations from Coffman and associated costs from Swalling Construction; at that point the CG will make the determination of which method or option is acceptable for use on the Cargo Wharf Maintenance Project.

Jerry Hardenbergh with Coffman Engineers indicated that Coffman would probably recommend three different surface prep options for the CG to choose. 1) Extensive surface prep to result in no coating holidays, most expensive option 2) Moderate surface prep to result in a minimal level of holidays to remain; would establish a criteria for amount of holidays acceptable 3) Minimal surface prep to result in a larger number of holidays, least expensive option.

The CG also asked that Coffman Engineers provide recommendations regarding open abrasive blasting on the cargo wharf project.

Signature: _____
        J.R. Hardenbergh

Page 2 of 2

BEI6257
38599-0012