DAILY SUMMARY REPORT



| BRECHAN ENTERPRISES | CONTRACT NO: | 32010 CG Task 007 |
|---|---|---|
| LOCATION: U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | PROJECT TITLE: | CARGO WHARF MAINTENANCE |
| INSPECTOR: Jerry R. Hardenbergh | DATE: | 25 October 2001 |

### General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Local Electric, Electrical and "dry" Cathodic Protection contractor.

Weather Conditions at 12:53 PM:
- Wind from the NW (310 degrees) at 21 MPH gusting to 28 MPH
- Visibility 10 mile(s)
- Sky conditions clear
- Temperature 34.0 F (1.1 C)
- Windchill 10 F (-12 C)
- Dew Point 19.0 F (-7.2 C)
- Relative Humidity 53%
- Pressure 29.96 in. Hg

### Coatings (Wharf Extension):

- All piles have been coated. Only outstanding items remain to be completed.
- No work performed.

*Outstanding Items:*
- Coat area where exothermic weld was ground off on pile 6D. Coat with SPC 1864 SG.
- Coat CP negative connection on pile 10D. Coat with SPC 1864 SG.
- Coat CP negative connection on pile 14D. Coat with SPC 1864 SG.
- Coat CP negative connection on pile 18C. Coat with SPC 1864 SG.
- Re-attach CP connection and recoat same area on pile 22C. Coat with SPC 1864 SG.
- Re-install sewer pipe insulation at pile 21A location.
- Re-install anode channel guard brackets and use rubber spacer.
- NCR 01.
- Repair coating holidays on bent 22.
- Weld ladder at pile 6A location.
- Pull anode conductor up to remove slack at 14D location.
- Repair coating damage at piles: 1A, 1B, 5A, 7A, 9D, 10A, 12B, 12C, 12D, 13C and 14C.
- Repair coating holidays on pile 5B, upper elevation, pile 2A on 4" pipe between 2A & 2B, also 4" pipe between 2B & 2C.
- Remove old sacrificial CP anode wire and hanger at bent 22.
- Remove scaffolding clamps from around piles at approximately 105' elevation.

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
25 October 2001

### Coatings (Original Wharf):

- Bent 2, environmental conditions within the containment area were controlled and allowed start of abrasive blasting at approximately 11:00AM. Piles A, B, C, D and batter piles at elevation 113' to 107' were blasted to an SSPC SP-10 Near-White Cleanliness. The surface condition and surface chloride test results of areas listed above were acceptable in accordance with project specifications.
- Coating application performed at 1:00PM. The finished coating displayed numerous visually apparent runs and sags. Holiday testing will be performed after 24 hours of cure.
- Holiday detection testing performed on bent 1, elevation 119' to 113'. Holidays on bent 1 were again repaired by "caulking" with SPC SP-2888 RG coating.
- Bent 5, installed adhesion test dollies on upper elevation, test results provided tomorrow.
- Reviewed contractor coating QC reports and retained in project documentation package.

*Outstanding Items:*
- Coat CP negative circuit bonding connections along bent 1, 2 and 3 with SPC 1864 SG.
- Cut off pipe support angle at bent 2 & 3, install new galvanized angle support and coat weld areas with SPC 1864 SG. Existing pipe support angle is severely corroded and is not completely coated with new coating system.
- Re-attach anode conductor wire at pile 1C using new galvanized wire clamps.

### Cathodic Protection:

- Demo and installation of rectifier #4 and 5 positive circuit continues. Work is progressing satisfactorily in accordance with project specifications.
- Awaiting USCG response to recommended CP test point installation. See memo dated 10/19/01, CP Test Points.

*Outstanding Items:*
- Install anode jbox at anode NM 1.

### Expansion Joint Repair:

- Expansion joint repair is complete and appears acceptable in accordance with project specifications.

### Under Pier Utilities:

- Abandoned electrical conduit has been identified and is currently being removed in conjunction with rectifier new positive circuit install.

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
25 October 2001

### Fender Pile & Related Work:

- All new piles and pile framing is installed on west side of wharf extension in accordance with project specifications.

*Outstanding Items:*
- 2 pile framing locations on east side of wharf extension were not repaired due to lack of materials.

### Sewer Pipe Insulation Jacket Repair:

- Location "f" on project drawing C1 has been repaired. Awaiting scaffolding installation on the other locations before insulator returns to complete repairs.

### Non-Conformance Items:

- NCR #01, Condition of coating not in compliance with paragraph 3.5.8.11 of the project specifications. <u>Coating repair is required before acceptance</u>. Further inspection will be conducted to define specific areas of repair. Testing to be performed on this area will include DFT, Holiday Testing, Hardness Testing and Adhesion Testing.

### Miscellaneous:

- Swalling indicated that high winds today prevented any work on the outstanding items.
- Swalling also indicated that with high low tides this week and the low air temps that they may not be able to complete the coating application on bent 5.

Signature: _____
J.R. Hardenbergh