10/27/01    Phonecon w/ FDCC (Presc)                    [initials]

[*500K ±] to do addl **PREP** (INTERMEDIATE)

                                                    $2200/PILE

SWALLING (MIKE A & TIM)

SCOTT B.
JERRY H.


CAULKING   PERFORMANCE   NOT AS EXPECTED

COFFMAN

ACTION: NEED WRITTEN OPTIONS (3)   1) PERFECT
                                   2) MODERATE
                                   3) NOTHING

STATUS:                NEED: PREP PROCEDURE
                             PERFORMANCE CRITERIA
                             COST
BLT 1 - NOT EXO              EXPECTED LIFE
                             APPEARANCE ... RUSTING

4&5 — MINIMUM PREP / ACCOMPLISHED
        ESTABLISH CRITERIA FOR MODERATE REPAIR

BEI3617
38599-0012

Ex 23, Page 1 of 1