ENT BY: SWALLING CONSTRUCTION;           907 274 6062;        NOV-7-01  5:32PM;           PAGE 2



**SWALLING**
**CONSTRUCTION**
**COMPANY, INC.**
An Equal Opportunity Employer
General Contractor #AA179



Serving Alaska Since 1947

www.swalling.com
P.O. Box 91089
Anchorage, Alaska
Telephone
Facsimile
Located

November 2, 2001

Brechan Enterprises
2705 Mill Bay Road
Via Fax 907-487-2587

Re:    October billing Kodiak Coast Guard Dock Facility Coatings

Gentlemen;

Attached is the billing and back up time cards for the above referenced project, the following is a break down of the extra work portion.

**H pile weld repair**
Labor 399.5 man hours x $65.00:                                  $25,967.50
Equipment / Materials
Flexi floats, 8 days rental @ $90.00 per day:                    $720.00
Work Skiff, 8 days rental @ $100.00 per day:                     $800.00
Boom truck 8 days rental @ $160.00 per day:                      $1,280.00
Forklift, 8 days rental @ $125.00 per day:                       $1,000.00
Pickups 8 days rental @ $27.00 per day:                          $216.00
Gensets, 8 days rental @ $100.00 per day:                        $800.00
400 Amp welder, 8 days @ 125.00 per day:                         $1,000.00
Lube and fuel, 8 days @ $100.00 per day:                         $800.00
Room and Board, 40 days @ $45.00:                                $1,800.00
Welding and consumables, 400 mhs @ $7.50 per hour:               $3,000.00

Total for H pile repair                                          $37,383.50

**CP scaffold installation**
Labor 197.5 man hours x $65.00:                                  $12,837.50
Equipment and materials
Work skiff, 5 days  @ $100.00 per day:                           $500.00
Boom truck, 5 days @ $325.00 per day:                            $1,625.00
Fork lift, 5 days @ $250.00 per day:                             $1,250.00
Consumables @ $2.50 per hour 197.5 man hours:                    $493.75

Total for scaffold                                               $16,706.25

**Extra cad welding**
Labor, 15 man hours @ $65.00 per hour:                           $975.00
Sincerely,

Grand Total                                                      $55,064.75

Mike Andersen
Project Manager

BEI4503
38589-0012

FAXED
4:34 pm.