**NOT FOR DISTRIBUTION**

# MEMORANDUM



COFFMAN ENGINEERS

| | | | |
|---|---|---|---|
| To | Scott Bonney | Date | 30 October 2001 |
| Company | USCG ISC Kodiak | Project | Cargo Wharf Maintenance Project |
| From | Jerry Hardenbergh | Location | USCG ISC Kodiak, AK |
| Subject | Surface Preparation prior to coating application. | Project No. | DTCG50-00-D-643XX0 |

On 10/04/01 Swalling Construction started abrasive blasting on the original wharf H-pile supports. During the surface preparation inspection, after abrasive blasting, a large number of surface defects became very apparent. The majority of these surface defects are almost impossible to see without removing the old coatings and corrosion build-up. In summary, there is a lot more surface preparation required, before coating application, than was anticipated.

The type of surface defects being encountered include: weld spatter, poor weld workmanship, very rough weld profiles, weld undercutting, column splice run-off tabs and areas requiring seal welding. The following photos show typical surface defects:



Page 1 of 3

USCG Kodiak Cargo Wharf Maintenance Project
Surface Preparation prior to coating application
05 November 01

**NOT FOR DISTRIBUTION**

After abrasive blasting, the coating contractor begins repairing the surface defects by grinding, flame cutting, air-arc scarfing and seal welding. A limited amount of surface preparation is expected, however the amount of poor welding and workmanship has resulted in a significant increase in the surface preparation required.

The following photos show the surface preparation, which includes the grinding, cutting and seal welding mentioned previously. Also shown is the "caulking" coating applied to weld areas and areas inside the H-pile web that are difficult to coat. The caulking is typically applied before the new coating is applied.



The coating contractor is experiencing problems obtaining a holiday (defect) free coating system on the H-pile splice weld locations. The problematic areas are the welded lanes and splice plate locations in the upper elevations.

The contractor has tried numerous times to coat these areas without having defects. Due to the accessibility and surface conditions, it's going to be difficult to achieve a holiday free coating at these locations.

After many discussions about the surface preparation difficulties, Coffman Engineers has developed three options for the Coast Guard to review. The options take into account technical and economic considerations.

USCG Kodiak Cargo Wharf Maintenance Project
Surface Preparation prior to coating application
05 November 01

**NOT FOR DISTRIBUTION**

**Option 1**; Includes additional manpower, equipment and time to spend on extensive surface preparation and stripe coating welds to achieve a virtually holiday free coating. This option is technically the best, but will economically be the most expensive option. The estimated cost of this option is $500,000 to complete remainder of the wharf.

**Option 2**; Includes additional manpower, equipment and little extra time for moderate surface preparation that will result in a minimal level of holidays. The modified coating acceptance criteria is only applicable between pile elevations 119' and 116'. The acceptance criteria will be 2 or fewer holidays per lineal foot of weld; size not to exceed 1/8" diameter per holiday and cumulative length not to exceed ½ inch per foot of weld. In case of conflict or questions in regards to acceptance of coating system, the ultimate determination of number and size of holidays will be determined by the USCG QA on-site representative.

**Option 3**; Includes no additional manpower and equipment for surface preparation. This is the worst technical option and will result in a larger number of holidays. This option would add no additional cost to the project.

**Recommendation:**

From a practicality standpoint, Coffman Engineers recommends Option 2 be used. Option 2, with minor maintenance, will provide the dock structure an additional 25 years of useful life. This recommendation is based on the following:

1. The allowable holidays will be restricted to the atmospheric zone of the H-pile (lower corrosion rates than in the splash and submerged zones). Most of the defects will result in "cosmetic" corrosion staining in the areas of the defects. Eventually, an increase in the size and number of the holidays will be expected.

2. The existing corrosion in this area is minimal. There is no heavy pitting or loss of material.

3. The surface preparation and new coating system that is being applied is the best that has been applied to date. The new coating has been achieving 2000-psi adhesion strengths and has held at 3500 psi on a sample plate. This coating has good mechanical characteristics.

4. No coating system is 100% holiday free. By nature, bridges and docks are difficult to coat. The structural integrity of the asset typically has more significance than a few cosmetic blemishes.

**COFFMAN ENGINEERS**

WEEKLY SUMMARY REPORT

| BRECHAN ENTERPRISES | | CONTRACT NO: | 32010 CG Task 007 |
|---|---|---|---|
| LOCATION: | U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | PROJECT TITLE: | CARGO WHARF MAINTENANCE |
| INSPECTOR: Jerry R. Hardenbergh | | DATES: | 05 November 2001 |

### General:

**Total estimated project completion for 2001: 68%**

Sub-contractors on site:
- Swalling Construction; Coating contractor.
- Local Electric; Electrical and "Dry" Cathodic Protection contractor.

### Safety

- No lost time accidents to date.☺

### Coatings (wharf extension):

- Completed production coating on wharf extension. Only outstanding items and NCR remain to be completed.
- Swalling construction has demobed all coating equipment and has shutdown coating activities for remainder of this year. Coating personnel have demobed and returned to Anchorage.
- Swalling has left a partial scaffolding crew on-site to support the electricians, insulators and finish non-coating related outstanding items.
- All outstanding items should be completed by next week with the exception of NCR 01. NCR 01 coating repair was not completed for reasons unknown.

| | | |
|---|---|---|
| Square feet coated this week: | 1775 | |
| Total square feet coated: | 7800 | |
| **Estimated percent complete:** | 99% | on wharf extension only. |

### Coatings (original wharf):

- All production coating on original wharf has been stopped. Again, all coating equipment and personnel have demobed.
- Bents 1 and 2 have been completely coated, however outstanding items do exist in this area. Bents 3, 4 and 5 have not been completely coated, and outstanding items exist there also.

Weekly Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
05 November 2001

## Cathodic Protection:

- Installation of the CP positive circuit and additional test point locations is approximately 90% complete. CP System commissioning to follow, possibly to start next weekend. Work is progressing satisfactorily in accordance with project specifications.

Total number of anodes installed:   12
**Estimated percent complete:**   **72%**

## Expansion Joint Repair:

- Expansion joint repair has been completed and appears acceptable in accordance with project specifications.

## Under Pier Utilities:

- Abandoned electrical conduit has been identified and is currently being removed in conjunction with rectifier new positive circuit install. This work should be completed with the completion of the CP system install.

## Fender Pile & Related Work:

- All fender piles and pile framing is 100% complete on the west side of wharf extension. 2 pile framing locations are not complete on the east side of wharf due to lack of materials.

## Sewer Pipe Insulation Jacket Repair:

- Location "f" on project drawing C1 has been repaired. Awaiting scaffolding installation on the other locations before insulator returns to complete remaining repairs. Scaffolding should be installed this week and insulator to arrive by weekend.

## Non-Conformance Items:

- NCR #01, Condition of coating not in compliance with paragraph 3.5.8.11 of the project specifications. NCR 01 was not completed and appears that it will not be completed this year.

Weekly Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
05 November 2001

### Miscellaneous:

- Coffman Engineers has written a memo regarding the coating surface preparation issue on the original wharf. The memo has not been distributed as Coffman Engineers is waiting on Swalling construction to estimate a cost for the recommended surface preparation.

### Action Items and One-Week Look Ahead:

- Complete CP system install and commission system.
- Complete outstanding items as defined in the daily reports.
- Submit coating surface preparation recommendations to CG.
- Complete sewer jacket insulation repair.
- Provide a basic "how to" instructions for taking rectifier readings.
- Demob J. Hardenbergh and equipment provided by Coffman Engineers.

Signature: _____
        J.R. Hardenbergh