

**SWALLING CONSTRUCTION COMPANY, INC.**
AN EQUAL OPPORTUNITY EMPLOYER
GENERAL CONTRACTOR #AA179



SERVING ALASKA SINCE 1947

www.swalling.com
P.O. Box 101030
ANCHORAGE, ALASKA 99510-1030
TELEPHONE (907) 276-9161
FACSIMILE (907) 274-6002
LOCATED AT 235 F ST.

November 5, 2001

Jerry Hardenbergh
Brechan Enterprises
2705 Mill Bay Road
Via Fax 907-487-2587

Re: Kodiak Coast Guard Cargo Wharf Facility.

Gentlemen;

Attached are the costs for the weld repair, bracket removal and weld caulking for the above referenced project. Our price is based on allowing 12 each pinhole type holidays in the coatings around the welds per H pile from elevation 119 to 116. These criteria would allow up to 12 holidays, even if they were in a 1 lf. Area.
The coatings would be holiday free from elevation 116' to 107', I feel that this is a fair resolution to pinhole problem. As you are aware the majority of the holidays or pinholes occur at elevation 118' to 116' where the H pile is spliced together and a splice plates are attached.

Mike Andersen
Project Manager
Nace Certified Coatings Inspector #3661

BEI4176
38599-0012

*PRICE FOR CONTRACT THIS YEAR.*

Attached is the REVISED "estimate" for additional costs to Phase I of the project. It is based on the following:

- Build two additional sets of scaffolding beyond what we have on site to facilitate repair work being completed ahead of blasting and painting. This scaffold is figured similar to what you are currently using, i.e., scaffold under work areas only-no scaffold between bays for capturing materials.
- Sand blasting ahead of contract work using 375 compressor and two 6-bag blast pots. An additional crew would probably do work. They would also become part of the grinding crew. Productivity is 8 crew hours for a 4 man crew to include set up, blasting, and clean up since you will probably remove what sand is left on stage after blasting. An area is basically 2 – 4 pile bents as shown attached.
- Bracket removal is based on 8 brackets per cell. 12 cells remaining
- Welding repair is based on 20 lf per cell
- Grinding is based on maximum of 20 man hours per cell
- Caulking is based on a maximum of 8 man hours per cell
- Re-prep and re-spray is not included in this work. No re-prep will be done on any bents except for holidays caused by insufficient coatings coverage.
- Materials are estimates. Additional paint is the 25% we are overrunning to date Due to additional coatings to try and prevent holidays.
- Overhead equipment is based on the job requiring 2 additional weeks to allow for fabrication of additional scaffold and start up of steel preparation crew
- Work equipment is based on additional usage required for new work
- Overhead is based on an additional 2 weeks on the job. I did not included time to demob/mob for next year, a freight trip for the compressor. I did include 1 truckload of new freight.
- I have included no cost for equipment rental over the winter or storage fees. CG to supply secure storage area for equipment and heated storage if necessary for coatings materials.
- I have not included any cost for re-work of scaffold for areas that may get scaffold prior to shut down and no work is done on them. I assume that the brackets could stay on but all of the scaffold will have to be removed prior to demob
- I have not included the work already completed to date.
- This estimate is essentially based on having a separate crew going out in front of the blast and paint crew to do the initial prep work. It does not include any contract time for interference with our original work or rework of areas due to holidays caused by weld or grinding defects.
- There is overhead and profit at 25% (same as original)

BEI4177
38599-0012



BEI4178
38599-0012