**From:** Jerry Hardenbergh
**Sent:** Saturday, November 03, 2001 5:31 PM
**To:** Mike Andersen
**Cc:** Matt Holmstrom; Stears, Dan
**Subject:** Fw: Surface Prep costs

Mike, I still need the costs that we spoke of for the additional surface prep. I was hoping to submit our recommendations last Friday. I need to submit my recommendations ASAP.

Also, if you have a different criterion in mind, I need to see that before we submit a cost. Again, I thought we had the criterion agreed upon when you, me and Tim met one day in my project trailer. I asked Tim about what he remembered about our meeting and he was also able to recite the same agreement as written below. So, Tim and I both remember the same criterion agreed upon to make this work for Swalling. That is what the meeting was for, to establish an acceptable level of holidays that would work for both Coffman and Swalling.

We need to get this settled very soon and I suggest a teleconference with Dan Stears, you and I.

Jerry

----- Original Message -----
**From:** Jerry Hardenbergh
**To:** Mike Andersen
**Cc:** Matt Holmstrom
**Sent:** Tuesday, October 30, 2001 3:22 PM
**Subject:** Surface Prep costs

Mike, need costs for option 2. The surface prep we talked about. Need costs by Friday.

---

**Option 2**; Includes additional manpower, equipment and little extra time for moderate surface preparation that will result in a minimal level of holidays. The modified coating acceptance criteria is only applicable between pile elevations 119' and 116'. The acceptance criteria will be 2 or less holidays per lineal foot of weld; size not to exceed 1/8" diameter per holiday and cumulative length not to exceed ½ inch per foot of weld.

---

The above is your criteria.

Jerry Hardenbergh
USCG Kodiak Cargo Wharf Maintenance Project
Coffman Engineers
Project Office: 907-487-2360
Project Fax:    907-487-2362
Cell Phone:    907-654-0700