| | |
|---|---|
| From: | Aleksich, Andy [aleksicha@alaska.coffman.com] |
| Sent: | Tuesday, November 13, 2001 4:11 PM |
| To: | Hardenbergh, Jerry |
| Subject: | Kodiak Meeting Minutes |



Project completion meeting age...

    Attached are the meeting minutes that you left on my computer dickhead. Keep your grubby hands off of my stuff.

Andy

<<Project completion meeting agenda.doc>>

## USCG ISC Kodiak Alaska
## Cargo Wharf Maintenance Project

### November 13, 2001 Project Meeting Agenda

Intro – History of Project
1. H-Pile Surface Preparation and Analysis of Swallings Surface Preparation Estimate
2. Project Schedule
3. Replacement Anode
4. Billing (October Pay Request)
5. Outstanding Items

### 1. H-Pile Surface Preparation

1.1. Issue of additional prep work was raised by Swalling first of October to achieve an acceptable level of surface preparation.

  1.1.1. Level of performance was lowered in recognition of the H-pile conditions.

1.2. Acceptable criteria shall be as follows: The modified coating acceptance criteria is only applicable between pile elevations 119' and 116'. The acceptance criteria will be 2 or fewer holidays per lineal foot of weld; size not to exceed 1/8" diameter per holiday and cumulative length not to exceed ½ inch per foot of weld. In case of conflict or questions in regards to acceptance of coating system, the ultimate determination of number and size of holidays will be determined by the USCG QA on-site representative.

1.3. A maximum of 100K may be available for additional surface preparation to complete up to bent 15.

1.4. Analysis of Swalling's Surface Preparation Estimate:

| | |
|---|---:|
| **Swalling's Total Proposed Cost for Bents 6 - 15** | 249,432.00 |
| **Additional Scaffolding and Scaffolding Labor**; No Mark-up | 56,320.00 |
| **Additional Steel Preparation**; Pre-Blast areas, 34' per pile x130 piles x 2" wide blast pattern = 736 sq.ft., 47.1mh | 2,355.00 |
| Remove Brackets | 18,000.00 |
| Welding; Total of 240 lf, .25mh per ft. of weld =60mh (.85mh per lf of weld?) | 3,000.00 |
| Grinding; 10 mh per cell (note on spreadsheet, 20mhx12cells = 240mh, not 280mh) | 6,000.00 |
| Caulking | 4,800.00 |

Page 1 of 4

COFFMAN06133

## USCG ISC Kodiak Alaska
## Cargo Wharf Maintenance Project

| | | |
|---|---:|---:|
| **Materials**; Sand for 736 sq.ft. = 6,134 lbs. | | 1,042.60 |
| Disc/Weld Consumables | Not enough info to calc | 7,020.00 |
| Paint Materials | | Not Needed |
| Caulking Materials | | 1,800.00 |
| Blast Consumables | What are they? Justify | 768.00 |
| **Equipment; On-site**, 6 ton blast pot | | 375.00 |
| Sand Vac | | Not Needed |
| Spray Equipment | | Not Needed |
| Air Cooler | | 250.00 |
| Air Dryer | | 188.00 |
| **Equipment; Working** | | Part of original contract |
| **Overhead**; General Superintendent | | Part of original contract |
| Remainder of overhead, assuming 4 "extra" men on surface preparation. No Mark-up. | | 18,025.00 |
| **Rough Recalculated Total Costs:** | | 119,943.60 |

2. <u>**Project Schedule**</u>

    2.1. 2001 Project Schedule

        2.1.1. 7/9 to 10/1 proposed by Swalling on 6/22.

        2.1.2. Impacts of not meeting schedule this year.

            2.1.2.1. QA cost increased – USCG funded based on 6/22 schedule.

            2.1.2.2. Sewer Jacket and CP installation have been delayed

            2.1.2.3. USCG not confident in our ability to complete balance in on summer.

    2.2. Start work date. April 29, 2002

# USCG ISC Kodiak Alaska
# Cargo Wharf Maintenance Project

- 2.3. Completion of bents 1 thru 15, including all outstanding items, by June 30.

- 2.4. Completion of bents 16 thru 33 (if approved) by September 15, 2002.

- 2.5. Liquidated damages will be set @ $2,000/day for any work after completion deadline.

## 3. Replacement Anode

- 3.1. Anode 6D on wharf extension was replaced due to lead wire dropping into water, wicking into conductor and damaging anode assembly.

- 3.2. Swalling's crews were warned repeatedly not to let the anode lead wires drop into the water.

- 3.3. Costs to replace anode 6D on the wharf extension are $4,756.98 will be deducted from Swalling pay request.

## 4. October Billing Reduction

4.1. Analysis of Swalling's October Pay Request:

| Description | Amount |
|---|---:|
| **Swalling's Total October Pay Request** | 149,176.00 |
| **Original Contract; Pipe Piles**, blast & paint reduced to 99% complete | 0 |
| **H-Pile**; Install Scaffold, scaffolding completed on bents 1 & 2, did not complete bents 3,4 and 5. 15 piles/130 piles total=11.5% | 2,250.00 |
| Blast and Paint, bent 1 & 2 = 15 piles, 2400 sq.ft. – 10% = 2160 sq.ft. Bent 3, 4 & 5 =16 piles, 2550 sq.ft. – 60% = 1024 sq.ft. Total = 3184 sq.ft. =15% of total coatings. | 36,862.50 |
| **Installation of scaffold for CP**; Cannot verify due to submitted timesheets have line item blacked out. Bents 1 – 15 are Swalling's responsibility. | 16,706.25 |
| **Welding Repair, Grinding & Caulking**; Per contract no change orders are allowed, CG must approve surface preparation option. Also, timesheets indicate 391.5 hrs, not 399.5 as billed. Part of this bill is work that is included in the original scope of work. Should not be billing for 100% of surface prep work. | 0 |
| All equipment and materials, with the exception of welding consumables, should be in the original scope of work. *Justify amount. Note: welding consumables 391.5 mh per timesheets, not 400 mh | 0 |
| **Cad Welding on H-pile**; Part of original contract/work scope. No extra. | 0 |
| **Total Adjusted October Billing** | 55,818.75 |

Page 3 of 4

## USCG ISC Kodiak Alaska
## Cargo Wharf Maintenance Project

### 5. Outstanding Items

5.1. See Coffman Engineer's daily reports for a list of outstanding items that were not completed and were scheduled to be fixed before demob.

5.2. Withholding monies for outstanding items.