


# SWALLING CONSTRUCTION COMPANY, INC.
AN EQUAL OPPORTUNITY EMPLOYER
GENERAL CONTRACTOR #AA179

SERVING ALASKA SINCE 1947

www.swalling.com
P.O. Box 101039
ANCHORAGE, ALASKA 99510-1039
TELEPHONE (907) 272-3461
FACSIMILE (907) 274-6002
LOCATED AT 235 F St.

December 21, 2001

Matt Holmstrom
Brechan Enterprises
2705 Mill Bay Road
Via Fax 907-437-2587

Re:        Kodiak Coast Guard Dock Facility Coatings

Subject:   Changed Condition Costs

Gentlemen:

In response to our meeting on November 13, 2001 we have reviewed the additional preparation required for coatings work for the Cargo Wharf project and offer the following two options.

**Option #1 Revised Proposal Pricing – Original Scope of Preparatory Work – Lump Sum $227,542.00 (Phase I Only)**

Following the 11/13 meeting we reviewed our original proposal and offer the following changes and comments:

**Changes:**
- Reduced the pre-blast work by 25% to allow for cost benefit the contract blasting will receive since portions of the existing coatings will be removed in this process. Areas pre-blasted for welding and grinding repairs will have to be re-blasted due to tide cycles and time between weld prep and paint prep blasting.
- Reduced the grinding prep work by 5 man-hours per cell (2 bent area). As discussed in the 11/13 meeting Swalling anticipated some handwork for steel preparation in the original contract.
- Overhead and indirect costs associated with the above are reduced accordingly

**Comments:**
- Additional paint materials are being applied to the weld areas that have pin-hole (holiday) problems, which increases the usage and cost of the materials to the original contract.
- Portions of the equipment will be utilized for the project an additional two weeks due to the weld repair work. This equipment usage is not included in the original contract and is compensable. Working equipment is charged at working rate.
- Other equipment on site will be required to be on site an additional two weeks due to the increased work scope. This equipment time is compensable. This equipment is charged at 50% of the working rate as standby.
- The project superintendent will also be required on site an additional two weeks and is compensable
- We have included additional overhead and profit for the additional work required

BEI4139
38599-0012

Ex 30, Page 1 of 3

Changed Condition Costs Pg. 2

- Our anticipated schedule for the work is May 1st to July 15th.
- We do not accept that liquidated damages will apply since they were not included in our original contract.

**Option # 2 Proposal utilizing caulking in lieu of weld repair, bracket removal, and seal welds – Lump Sum $ 128,835   (Phase I Only)**

We discussed the as-built conditions of the dock with our current coatings supplier, SPC Coatings, as well as Sherman Williams, the supplier of the coatings material used on the test coatings application on the fuel dock. Both have provided recommendations on ways to potentially reduce the cost of the preparation work. A copy of their recommendations is attached for your review. Unfortunately, neither supplier is able or willing to guarantee their recommended products will provide a holiday free (pin-holes) application in the field, as these products are essentially untested for this purpose. We have also discussed the recommendations of the coatings' suppliers with Coffman Engineers and have come to the agreement that the best procedure available in lieu of removing the brackets and repairing the defective welds is caulking the areas in questions.

Attached you will find a proposal based on utilizing SP-2380, a product supplied by SPC, to caulk the areas in question in lieu of the weld repair work included in Option #1. A copy of the materials data sheet for SP-2380 is attached for your use and approval. It is our understanding that the Coast Guard requested a separate proposal utilizing an alternate method of repair. This proposal represents a lesser-cost method of repair for the owner to consider. The owner, and his agent, is fully responsible for determining the adequacy of the repair methods proposed.

**Terms and Conditions:**
- Provide one additional set of scaffolding to help prevent potential delays caused by additional preparation work
- Allow 10 man-hours per cell, or 5 man-hours per bent, for grinding and/or rewelding defective welds. After sandblasting we will inspect the area with the owner or his designated representative and determine which weld repairs have priority. Our proposal is based on doing a maximum of 5 hours preparatory grinding work and/or rewelding on welded connections on any given bent. It will be the responsibility of the owner, or his representative, to indicate which welds have priority.
- Allowed for 3200 lf of caulking work. This is based on the total LF of welded connections on this phase of the work. As a part of this proposal we plan on leaving the existing scaffold brackets in place and caulking the areas that currently are not welded.
- Allowed for additional paint materials to be utilized to spray additional coatings at areas where pin-holing is likely
- Added 24 days to the schedule to allow for the additional work. This additional time is due to the actual additional preparation work to the contract and the impact on the schedule caused by this increased work scope. The work under the dock is essentially controlled by tidal activity. We anticipate that the additional preparation work will consume 2 to 4 crew hours of critical tidal time at every bent. This will reduce the amount of surface we can effectively complete on a bent on any given day. This will delay completion of the work. We have estimated that each of the lower sections of each bent on the dock will be delayed by one day.

BEI4140
38599-0012

Ex 30, Page 2 of 3

Changed Condition Costs Page 3

- This proposal is based on holiday testing for coating thickness only. No holidays (pin-holes) at connections will be repaired. The Contractor and/or the coatings supplier will not be held responsible for coating performance related to pin-hole problems.
- A signed change order with the change in the specifications will be required prior to start of work.
- Our anticipated schedule for the work is May 1st to July 15th.
- Liquidated damages will not apply since they were not included in our original contract.

Neither of these options includes the preparatory work directed by Brechan for bents 1 through 5. These have been billed separately. This proposal is valid for 30 days.

If you have any questions please contact Mike Andersen or me.

Sincerely,
SWALLING CONSTRUCTION CO., INC.

Andrew Romine
Operations Manager