## F and R Inc.

From: "Matt Holmstrom" <mholmstrom-bei@gci.net>
To: "Mike Martin" <mrmartin@gci.net>; "Bill Oliver"
Sent: Thursday, December 27, 2001 10:35 AM
Subject: FW: ISC Proposals

Mike/Bill - please see what Anita Repanich says below regarding the Cargo Pier coating. Again, I believe FDC will stand by Brechan...she says it below. I'm moving forward with a letter to Swalling summarizing current pay status and discussing a cost-effective approach for the H pile preparation. Matt

-----Original Message-----
From: Repanich, Anita [mailto:ARepanich@pacnorwest.uscg.mil]
Sent: Thursday, December 27, 2001 10:07 AM
To: 'Matt Holmstrom'
Subject: RE: ISC Proposals

that works for me.
In regards to the cargo pier I don't think Paul/Jerry and I really answered your concerns. We just talked about them. Let me try again. I don't think you could have overpaid swalling as you just pay what is requested and we approve that amount/progress and pay. If they have been overpaid, then we (all of us) overpaid. Fine.
About the 100K you have hanging out there, I can see Bill Oliver's concern. Technically, if we don't award the second half, I guess we could stick you with it. That would not be right though. If we didn't tell you to get pricing as a whole project, we would have if you had asked. We represented it to you as one project and then just broke out the portion we could afford the first year. We have all seen this as one project, for you to get pricing that way was right. And for you to write the contract the way you did made sense too. For Swalling to want all those costs upfront is probably right too. Now the only way I can see this being a problem is if for some reason the second phase didn't come through, if we changed our mind. If that were to happen it would be my opinion that we need to square that 100K away with you. It would not be fair to stick you with it. This was not a good project for you guys anyway. It has turned out to be heavy administration on Brechans part, really just a pass through and all you've benefited from is the coefficient. My second favorite thing to say is "Just because we can doesn't mean we should or that it is the right thing to do". This one really drives the attorney here nuts. (My first is "it's all about the relationship", he hates that one too)
There is incentive for us as well as for Swalling to get back in there and find a good fix for this. It is our intention to complete the project this summer.
Hope you had a good Christmas. Ours was great. It was sunny here the whole week. My husband was helping to put the Christmas tree up in the church (40 ft) on Saturday and the tree started to fall and he strained his back, then he got the flue on Christmas Eve. But you can't have everything. My son says it was the best Christmas ever, course he still believes in Santa.

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Friday, December 21, 2001 3:21 PM
To: Repanich, Anita
Subject: RE: ISC Proposals

Merry Christmas Anita - Thanks for the update. Here's the way I see the ISC proposals playing out:

Both the Bldg. 26 CGES remodel and Bldg. 576 ESU remodel have costs well over $100k. Therefore I've told our main subcontractors (Tundra Plumbing and Puffin Electric) to redo their proposal in the Means format. Our revised submittal date for both of these projects is 1/7/02.

The Lake Louise seal coat project cost proposal is in the $120k range. I'll try to have it submitted the end of next week.

Barracks 8 laundry proposal will be submitted the end of next week.

Thanks again. matt

BEI5202
38599-0012

12/27/2001

# Matt Holmstrom

| | |
|---|---|
| From: | Repanich, Anita [ARepanich@pacnorwest.uscg.mil] |
| Sent: | Thursday, December 27, 2001 10:07 AM |
| To: | 'Matt Holmstrom' |
| Subject: | RE: ISC Proposals |

*CARGO PIER*

that works for me.
In regards to the cargo pier I don't think Paul/Jerry and I really answered your concerns. We just talked about them. Let me try again. I don't think you could have overpaid swalling as you just pay what is requested and we approve that amount/progress and pay. If they have been overpaid, then we (all of us) overpaid. Fine.
About the 100K you have hanging out there, I can see Bill Oliver's concern. Technically, if we don't award the second half, I guess we could stick you with it. That would not be right though. If we didn't tell you to get pricing as a whole project, we would have if you had asked. We represented it to you as one project and then just broke out the portion we could afford the first year. We have all seen this as one project, for you to get pricing that way was right. And for you to write the contract the way you did made sense too. For Swalling to want all those costs upfront is probably right too. Now the only way I can see this being a problem is if for some reason the second phase didn't come through, if we changed our mind. If that were to happen it would be my opinion that we need to square that 100K away with you. It would not be fair to stick you with it. This was not a good project for you guys anyway. It has turned out to be heavy administration on Brechans part, really just a pass through and all you've benefited from is the coefficient. My second favorite thing to say is "Just because we can doesn't mean we should or that it is the right thing to do". This one really drives the attorney here nuts. (My first is "it's all about the relationship", he hates that one too)
There is incentive for us as well as for Swalling to get back in there and find a good fix for this. It is our intention to complete the project this summer.
Hope you had a good Christmas. Ours was great. It was sunny here the whole week. My husband was helping to put the Christmas tree up in the church (40 ft) on Saturday and the tree started to fall and he strained his back, then he got the flue on Christmas Eve. But you can't have everything. My son says it was the best Christmas ever, course he still believes in Santa.

-----Original Message-----
**From:** Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
**Sent:** Friday, December 21, 2001 3:21 PM
**To:** Repanich, Anita
**Subject:** RE: ISC Proposals

Merry Christmas Anita - Thanks for the update. Here's the way I see the ISC proposals playing out:

Both the Bldg. 26 CGES remodel and Bldg. 576 ESU remodel have costs well over $100k. Therefore I've told our main subcontractors (Tundra Plumbing and Puffin Electric) to redo their proposal in the Means format. Our revised submittal date for both of these projects is 1/7/02.

The Lake Louise seal coat project cost proposal is in the $120k range. I'll try to have it submitted the end of next week.

Barracks 8 laundry proposal will be submitted the end of next week.

Thanks again. matt

> -----Original Message-----
> **From:** Repanich, Anita [mailto:ARepanich@pacnorwest.uscg.mil]
> **Sent:** Friday, December 21, 2001 8:26 AM
> **To:** 'mholmstrom-bei@gci.net'
> **Subject:** ISC Proposals

Matt,
 I checked with my leaders yesterday and the spend down has indeed came and went. Dollars were pulled from the 15th and spenddown recorded from that. We met Kodiak's spenddown through our projects with you.

I'm really sorry nobody told you that. We've been patting ourselves on the back since the 17th and your still scrambling around getting numbers....finish those proposals when you finish them. This is not a priority. I will be out of the office till the 27th and they will sit on the fax till then. That's not to say I'll do anything much with them other than compare to the Gov est that day anyway.

 I should have written this on the 17th. We exceeded our spenddown. Thanks Matt, we do that through you. You make us look good here.

 Have a great Christmas. Later this afternoon I'm taking my girl scout troop Christmas Caroling at one of the outdoor shopping centers in our area. They're wild and allways fun. Then taking the day after Christmas off to go shopping with my daughter. She's 10, doesn't believe in Santa anymore and has requested gift cards from stores. We've never come downtown shopping/lunch for a day so that will be fun....and it's the big sale day. She cracks me up with going from being 5 to 15 within minutes of each other.

Heard it's really cold up there and real windy. As allways, it's beautiful here in Seattle :)
Anita