

**BRECHAN ENTERPRISES, INC / GENERAL CONTRACTORS**
2705 MILL BAY ROAD • KODIAK, ALASKA 99615

December 31, 2001

Andy Romine, Operations Manager
Swalling Construction Co., Inc.
P.O. Box 101039
Anchorage, AK 99510-1039

Subject: USCG Cargo Wharf Maintenance Project;
Pay Request Status

Dear Andy:

Please consider this in response to your letter dated December 18, 2001. We attempted to invoice the Coast Guard in November per your pay request.

## ORIGINAL CONTRACT WORK

The Coast Guard believes they have over paid Brechan Enterprises by approximately $62,000 for the amount of pile recoating accomplished to date in the original contract. The Coast Guard's position is as follows: Swalling's proposal of $1,533,000, based on 40,000 sf of pile, results in a per sf cost of $38.32/sf. The Coast Guard agrees that Swalling has successfully coated 7,400 sf of pile on the cargo wharf extension and 3,200 sf on the original wharf for a total of 10,600 sf. Therefore the Coast Guard believes they should only have paid for 10,600 sf x $38.32/sf or $406,192. Brechan Enterprises has paid Swalling $468,078 to date for original contract work.

**This results in overpayment of $61,886.**

## ADDITIONAL WORK

We have the following additional work items:

A. Additional scaffolding for $12,330. This was paid with check # 29364 dated November 2, 2001.
B. Additional scaffolding for $16,706, detailed in your letter dated November 2, 2001. As discussed during our meeting on November 13, 2001, we could not tell if some or all of this scaffolding was within bents 1 – 15. Any of these scaffolding costs would be Swalling's responsibility. We have asked Coffman Engineers to review your billing.
C. H pile weld repair for $37,384, detailed in your letter dated November 2, 2001. These costs are justified and have been forwarded to the Coast Guard for a change to the Contract.
D. Cad welding on H pile for $975, detailed in your letter dated November 2, 2001. As discussed in our November 13 meeting these costs are part of the original contract work.
E. Work for $13,017.50, detailed in your letter dated November 30, 2001. These costs are justified and have been forwarded to the Coast Guard for a change to the Contract.
F. Test blasting at the fuel pier for $7,100, detailed in your letter dated November 3, 2001. These costs are justified and have been forwarded to the Coast Guard for a change to the Contract

PHONE: 907.486.3215 • FAX: 907.486.4889
ALASKA BUSINESS #001858 • ALASKA CONTRACTORS #AA441
We Are An Equal Opportunity Employer

BEI8254
38599-0012

Ex 32, Page 1 of 2

Total additional work pending is $57,501.50.

ADDITIONAL QA REPRESENTATIVE COST

Based on your schedule dated June 22, 2001, the Coast Guard authorized funds for a QA representative. Brechan Enterprises hired Jerry Hardenbergh for *Coffman's original quality assurance fee of $42,300.00*, was based on Jerry Hardenbergh being on site from the first week of July through the first week of October. Jerry departed Kodiak on November 20th. This was partially due to initial unrealistic scheduling and partially the fault of the coating subcontractor's. The Coast Guard proposes to split the estimated increase of $50,000.00 with Brechan Enterprises.

Brechan Enterprises is back charging Swalling for $25,000.

SUMMARY

| | | |
|---|---|---|
| Original contract overpayment | ($61,886) | 57,863 |
| Additional work pending payment | $57,502 | |
| Additional QA costs | ($25,000)✱ | |
| Total pending payment | ($29,384) | |

If you have questions or require additional information please call me at 487-2223.

Sincerely,

BRECHAN ENTERPRISES, INC.

Matt Holmstrom, P.E.
Project Manager

BEI8255
38599-0012

Ex 32, Page 2 of 2