**Jarrell, Amy (Perkins Coie)**

**From:** Jerry Hardenbergh [hardenbergh@alaska.coffman.com]
**Sent:** Wednesday, January 16, 2002 7:16 PM
**To:** Matt Holmstrom
**Subject:** RE: cargo wharf coating

Matt, Efax is screwing up my fax account, please use my old fax number, 810-279-6329. This is the correct fax number. Sorry about the inconvenience.

Jerry Hardenbergh
COFFMAN ENGINEERS

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Wednesday, January 16, 2002 4:12 PM
To: Dan Stears
Cc: Jerry Hardenbergh
Subject: cargo wharf coating

Dan - I talked with Paul Rendon, USCG PM, yesterday. He's frustrated and concerned that we haven't made more progress on the additional H-pile prep. Like he pointed out, and I agree, we said during the November 13 meeting that Coffman and Swalling were going to work together to pursue other options that would still give the Coast Guard a long term piling life. All we have from Swalling to date is a big fat "NO".

Andy Romine called me Monday, and we discussed numerous issues.

Regarding the H-piles he said our letter with your conditions is unacceptable. Supposedly too much time is lost which delays them given tides. Andy pretty much said they didn't foresee some of the problems they were going to have.

Again, from my standpoint it's disappointing to hear how unprepared Swalling was. I believe they didn't do their homework, and given the fact Mike Andersen was on board from the beginning, it's especially upsetting.

You have both seen Andy's response regarding schedule impacts. Mike Andersen knew how critical schedule was and is. For them to now say delays were beyond their control is not acceptable.

To be honest, I'm not sure how we proceed. I told Andy that the Coast Guard needs to know the costs to complete the entire project. Right now the CG is not planning on completing the project this summer. They're not confident Swalling can get to bent 15 this year.

We need to resolve this ASAP. Matt