**Jarrell, Amy (Perkins Coie)**

| | |
|---|---|
| **From:** | Rendon, Paul LT [PRendon@pacnorwest.uscg.mil] |
| **Sent:** | Friday, January 25, 2002 1:28 PM |
| **To:** | Repanich, Anita; Locher, Steven; mholmstrom-bei@gci.net |
| **Cc:** | Johnson, Jerald; Hicks, Kyle ; Uchytil, Carl CDR |
| **Subject:** | CARGO WHARF UPGRADES - PHASE I |

Matt,
as discussed, I will send you an e-mail outlining our concerns/issues, request for information on how the Design-Build Team plans to proceed with this summers work, and address the additional prep work, as well as past performance of Swalling. Does not look good for me getting the e-mail out today, will get it out on Monday, 28 Jan 02.

Understand you are waiting for a revised proposal from Coffman/Swalling on the additional prep work, in addition to some other information. Once received, you will forward to CG for review and we'll discuss scheduling a meeting at that time. For planning purposes, anticipate a mtg sometime the week of 4 Feb 02.

thx,

# LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone: (206) 220-7437
Fax:    (206) 220-7391