## Jarrell, Amy (Perkins Coie)

| | |
|---|---|
| **From:** | Rendon, Paul LT [PRendon@pacnorwest.uscg.mil] |
| **Sent:** | Friday, February 01, 2002 10:43 AM |
| **To:** | Repanich, Anita; Locher, Steven; 'mholmstrom-bei@gci.net' |
| **Subject:** | RE: cargo wharf |

Matt,
as previously mentioned, I also received a call from Swalling, Andy Romine, on 23 Jan 02. He was concerned with his billings & payments to date. He felt they were basically paying for this job. I responded with a comment to the effect of "they are behind schedule and should have been complete to bent 15 last summer...". Wanted to know if I had received his cost proposals for the changed conditions....I said I'm not sure & I'd have to check my files. We both agreed a face-to-face meeting was warranted to bring all the issues to the table and discuss our plans for continuing work, and his concerns about payments. Ended the conversation with I'd get back to him about a meeting time & place. You know the rest....

see you next week....

thx,

## LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone:  (206) 220-7437
Fax:     (206) 220-7391

-----Original Message-----
**From:** Repanich, Anita
**Sent:** Friday, February 01, 2002 11:29 AM
**To:** Rendon, Paul LT; Locher, Steven; 'mholmstrom-bei@gci.net'
**Subject:** cargo wharf

Matt,
   I got a call from Swalling, Andy Romine, yesterday. Also just got the draft letter/fax from you with their costs. He told me he was writing this letter and that he wanted to coordinate it with Coffman before sending to you. Looks like he did that. The letter is pretty much in line with the numbers he was giving me yesterday.

He requested I provide him a copy of the contract (payment terms) and a copy of the task order and any changes. Also, a copy of all pay requests and payments made along with a copy of your bond for the project. Said he has requested this information from you allready but you won't give it to him. Feels Swalling is bankrolling this project and is not sure you are passing along his concerns to the CG. yada yada yada.... Everything he is asking for is available through Freedom of Information so I'll give him the information he is requesting....but not today....sometime soon. Said there was additional prep work, beyond the scope that needed to be done, but did admit that the actual effort/time to apply the coating was much more than they anticipated/estimated. Maybe we owe some money on the first one, the additional prep, but don't see why for the inefficiency of the application.

It seems like first we (remember partner) need to reestablish what the price per ft should have been putting all the mob into just the first phase. Maybe they should have never got to bent 15, maybe more like 10.

Then we should look at that 40/50K extra prep work. Did they follow the spec? How well was it described inthe spec? Might need Coffman in this one. Is your contract with Coffman or Tryck though? So maybe we owe them something for this and will need to pay for getting to that bent 10 or whatever our number comes up to be.

Then we should get with Coffman and decide how to continue with Phase 2. New coating, new swalling. Those costs from Swalling this morning make that decison real easy.

BEI20337
Ex 36 Page 1 of 2

Need to make a break dollar wise with this phase. Should maybe descope your work on the current task to align with your subcontract to swalling. Paul says you would like to cut ties with Swalling now. Lets see how far we think they should have gotten and maybe thats what we should do.

I think your contract with Swalling is good, I think ours with you is off. We'll probably need to descope the work, not the dollars. But I don't think Swalling performed to their contract, we'll just need to decide if we want to try to make them or cut out losses now.

Whatever we decide, you are not going to be left out there for that 100K and our decision/negotiations need to keep you out of court with Coffman.

Sounds like Anchorage next week.

Ex 36, Page 2 of 2

BEL20338
38599-0012