**Jarrell, Amy (Perkins Coie)**

| | |
|---|---|
| From: | Rendon, Paul LT [PRendon@pacnorwest.uscg.mil] |
| Sent: | Tuesday, February 05, 2002 5:08 PM |
| To: | Matt Holmstrom |
| Cc: | Repanich, Anita; Locher, Steven |
| Subject: | RE: CARGO WHARF UPGRADES - ANCHORAGE MEETING, 2/8/02 |
| Importance: | High |
| Sensitivity: | Confidential |

CONFIDENTIAL

Matt,
change of plans from my end. I think I told you I was having a meeting with Marty & the Captain today regarding project status, etc... Well, Marty wants to take a different approach...the "Design-Build" approach, and postpone our/CG involvement until later (we won't be meeting with you this week in Anchorage).

I'll follow-up with a formal e-mail (or letter, probably e-mail though...) with our requests. Basically, Marty wants a formal proposal from the Design-Build (DB) Team (Coffman, Swalling, Brechan, other affected parties) on: 1) what consideration is the DB Team going to give the CG due to Swallings lack of performance last summer, 2) how is the DB Team going to ensure Swalling completes what they have been contracted for this summer, 3) does the DB Team recommend staying with the current coating system but reducing the coating requirements (i.e. do not sealweld above the splash zone), or 4) do they recommend going with a different coating system that will eliminate/minimize the seal weld problem, reduce the containment requirements, and still give us a 20+ year life span, 5) whatever changes are presented to the CG by the DB Team, should be at "no-cost" to the CG, 6) that the DB Team, or JOC, present this proposal to the CG here at FD&CC Pac....I think that covers what he said.

Now, with all that said/written, I still feel that "We" (you & me & Anita & whoever else) are in this together & have to figure out what to do.

Options:

- Can you terminate you subcontract with Swalling for Default? (poor performance, etc..)
- We don't want to terminate our Task Order #0007 with you, or else we lose the remaining money, so we need to keep the Task Order open. Who is in line to pick up the remaining work? Will there be enough funds remaining to pay this "new" guy?
- Do we "de-scope" the subcontract with Swalling? We awarded $712K for 17,800 sf of coatings work, based on $40/sf (believe this square footage was chosen to keep us under the $1M cap)...That gets us to Bent 13 (Steve Locher figured out the square footage). Believe you contracted with Swalling for $43/sf for year-1, as follows:
$850,000/20,200sf = ~$43/sf (20,200 sf = Cargo wharf ext at 7,400 + Orig Cargo Wharf Bent 1-15 at 12,800 sf). If we "de-scope" the subcontract with Swalling from Bent 15 to Bent 13, this should clear up the $100K delta. Matt, can you fax me your latest payment to Swalling. I'd like to see what you have paid them to date: mob, scaffolding, equipment, etc...
- They claim a T&M cost for additional prep work on Bents 1-5: CG/JOC will not pay due to their poor performance last summer, the additional Q/A costs the CG had to pay for Hardenbergh due to their slow progress, they did not fully contain the blasting grit and contaminated the waterway, their project submittals/coating inspection equipment/CQC person were over a month late, etc...
- Changed Condition - Additional prep work: Coffman is liable since they wrote the spec for 100 lf of seal welding. What is their response? CG will not pay for additional prep work, until a formal proposal with recommendations are provided. Design-Build contract puts all the risk on the designers & construction contractors, we should not have to pay for Coffman's & Swallings lack of up-front site investigations, lack of preparation & slow productivity.
- Etc...

One caveat Matt...whatever we decide to do, Marty did agree to settle with you on this later, whether it be on another task order or something else. Anita & Kyle Hicks (Chief of Contracting), will need to figure out the best way to address this.

It's late, so call me tomorrow.

## LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone: (206) 220-7437
Fax:   (206) 220-7391

-----Original Message-----
**From:** Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
**Sent:** Tuesday, February 05, 2002 3:50 PM
**To:** Rendon, Paul LT
**Subject:** RE: CARGO WHARF UPGRADES - ANCHORAGE MEETING, 2/8/02


Paul - need to set up a time to meet this Friday in Anchorage. Attendees are Coast Guard, Brechan, Coffman, TNH and Swalling.

My thoughts are that the group, minus Swalling, meet in the morning. Then have the entire group meet in the afternoon. Let me know what works for your group. Then I'll finalize with the others. Thanks. Matt

-----Original Message-----
**From:** Rendon, Paul LT [mailto:PRendon@pacnorwest.uscg.mil]
**Sent:** Friday, February 01, 2002 10:22 AM
**To:** mholmstrom-bei@gci.net
**Cc:** Locher, Steven; Repanich, Anita; Johnson, Jerald
**Subject:** CARGO WHARF UPGRADES - ANCHORAGE MEETING


Matt,
just discussed dates with Anita & Steve & we are all available on 07-08 Feb 02.

Anita available 06-08 Feb 02
Steve available 07-08 Feb 02
Me available 06-08 Feb 02

thx,

## LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone: (206) 220-7437
Fax:   (206) 220-7391