From:       Stears, Dan [Stears@alaska.coffman.com]
Sent:       Wednesday, February 06, 2002 6:22 PM
To:         'Matt Holmstrom'
Subject:    RE: 2/8 cargo wharf meeting


As we discussed, there are already four different coating systems that the
contractor can choose from.  Also, as a reminder, the cost of the coating
materials is insignificant as compared to the cost of the surface
preparation and staging.

Dan

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Wednesday, February 06, 2002 11:09 AM
To: Dan Stears; Jerry Hardenbergh
Subject: FW: 2/8 cargo wharf meeting


Also...the Coast Guard wants to know about other coating systems...did
anybody ever run this down?  Matt

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Wednesday, February 06, 2002 10:56 AM
To: Dan Stears; Jerry Hardenbergh
Subject: 2/8 cargo wharf meeting


Late breaking news...the  Coast Guard will not be attending our meeting.
They are taking the position that's it's our responsibility as the
Design/Build team to figure this out.  I expect a letter from the CG later
today...they are going to be receptive to a proposal reducing the "seal
weld" requirement out of the splash zone.  However, as the designer Coffman
needs to paint a clear picture and present a persuasive argument for
revising the specs.  The CG wants the long term coating life, and doesn't
want to pay add'l money.

I also want to mention that the CG has raised the issue how this alleged
change of condition and should this have been addressed in the initial
design.  Our conversations to date have centered on hidden conditions.  I
believe before this is all said and done we will need to put this in letter
form.  Not now though.

I'd like to schedule our meeting for 1:00 pm.  Then we would meet in the
morning. Call me.  Matt

BEI6894
38599-0012

1