# SPECS

MAKE AN <u>INFORMED</u> QUOTE ⇒ SITE VISIT REQUIR

JDC — NOT A LOW BID SCENARIO

APPEARS TO ME SWALLING DID NOT MAKE AN INFORMED QUOTE

WAY BEHIND ON PIPE PIPE PORTION — DONE 10/1 ±

<u>APPROACH</u> ⇒ MAKE ADD'L PREP COSTS FOR BETS
1-15  $100K ±

<u>KEY QUESTIONS</u>: 1) WHAT ARE WE TALKING ABOUT ADD'L PREP

2) WHAT IS IN THE SPECS THAT GIVES SWALLING THE IDEA IT'S A CHANGE CONDI

DISCUSSION ITEMS
⇒ SEAL WELD ISSUE KEY
⇒ ALT. COATING PRODUCTS / CAULKING — KEY TO COST REDUCTION WHILE MAINTAINING QUALITY
⇒ SWALLING PROP "QC" PERSON

BEI3861
38599-0012

Ex 39, Page 1 of 3



