# Brechan Enterprises, Inc.
## Meeting with Coffman Engineering and Swalling Construction Company
## February 8, 2002

A meeting was held on Feb. 8, 2002 at Coffman Engineering offices at 800 F Street in Anchorage, between Brechan Enterprises, Inc., Coffman Engineering, and Swalling Construction Company. The subject of the meeting was the US Coast Guard Cargo Wharf Maintenance contract. Attendees were as follows:

For Brechan Enterprises, Inc.:
Michael R. Martin, President
William E. Oliver, Vice President
Matt Holmstrom, IDIQ Project Manager (by phone from Kodiak)

For Coffman Engineers:
Harold L. Hollis, Vice President & General Manager
C. Dan Stears, Cathodic Protection Specialist
Jerry Hardenbergh, Quality Assurance Specialist

For Swalling Construction Company:
Mike Swalling, President
Andrew Romine, Operations Manager
Mike Anderson, Project Manager

The meeting opened with a problem statement by Dan Stears. Stears stated that the quality of the welding on the cargo dock, and the amount of unwelded adjacent surfaces amounted to a change in conditions. The condition was not detectable by normal inspection, and was not a condition you would normally expect. The rough existing welds, and the voids between adjacent pieces of metal will cause pinholes in the finish of the protective coating. Both Coffman and Swalling showed photos that demonstrated various rough beads and voids that would cause a less than ideal coating surface. Swalling took the position that the condition of the welds, the quality control standard and the coating product were incompatible.

After considerable discussion, a consensus emerged that a twenty-five year life extension of the dock would be achieved even with the existence of pinholes in the coating surface, and the resultant staining that would occur. The remaining question is how much staining will be acceptable to the customer (the Coast Guard). Various methods and degrees of surface

preparation were discussed, and it was decided that two alternate proposals should be forwarded to the Coast Guard.

The first proposal would be to clean the surfaces as per the surface preparation spec, and coat without further seal welding or any other procedure. This will result in no additional cost, but a certain number of pinholes, and staining.

The second proposal would include, after the surface preparation, those areas which will produce voids in the surface be caulked or 'strip painted'. This procedure should reduce the number of pinholes at a much more econonomical cost. Mike Anderson estimated that it should go four times as fast as welding. Swalling will prepare a proposal that they will have to Coffman by Monday, February 11. After a review of the proposals, Brechan will discuss the alternatives with the Coast Guard.

In further discussions, Swalling made it clear they have no interest in continuing into phase II of this work at the current rates. They believe that they are under no obligation to do so, in spite of their May 23, 2001 letter being a part of their current subcontract.

Resolution of outstanding billings from Swalling to Brechan was as follows:

Fuel pier coating test invoice of $7,100 has been submitted on the December 31 pay estimate to the Coast Guard, and Swalling will be paid upon receipt.

CP, conduit and insulation scaffolding invoice of $13,017.50 has been submitted on the December 31 pay estimate to the Coast Guard, and Swalling will be paid upon receipt.

CP scaffold installation billing of $16,706.25 has been rejected because if Swalling had met their schedule, they would have had that scaffolding in place. This delay was before Swalling ran into excessive seal welding on the H pile.

H pile weld repair billing of $37,383.50 has been rejected because it cannot be determined how much of this billing is applicable to excessive welding. In addition, there appear to be excessive material and equipment charges. Romine agreed to review this billing and come up with a more reasonable figure.

Cad welding invoice of $975 is considered to be part of the original contract.

The meeting adjourned about four pm.