**DAILY SUMMARY REPORT**



| **BRECHAN ENTERPRISES** | **CONTRACT NO:** | 32010 CG Task 007 |
|---|---|---|
| **LOCATION:** U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** Jerry R. Hardenbergh | **DATE:** | 06 October 2001 |

### General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Local Electric, Electrical and "dry" Cathodic Protection contractor.

Weather Conditions at 1:53 PM:

| | |
|---:|---|
| **Wind** | from the NNW (340 degrees) at 8 MPH (7 KT) |
| **Visibility** | 10 mile(s) |
| **Sky conditions** | mostly cloudy |
| **Temperature** | 46.9 F (8.3 C) |
| **Dew Point** | 36.0 F (2.2 C) |
| **Relative Humidity** | 65% |
| **Pressure (altimeter)** | 29.66 in. Hg |

### Coatings (Wharf Extension):

- No work performed. All piles have been coated. Only outstanding items remain to be completed.

***Outstanding Items:***
- Grind off cad weld location and recoat same area on pile 6D. Coat with SPC 1864 SG.
- Re-attach CP connection and recoat same area on pile 10D. Coat with SPC 1864 SG.
- Re-attach CP connection and recoat same area on pile 14D. Coat with SPC 1864 SG.
- Re-attach CP connection and recoat same area on pile 18C. Coat with SPC 1864 SG.
- Re-attach CP connection and recoat same area on pile 22C. Coat with SPC 1864 SG.
- Re-install sewer pipe insulation at pile 21A location.
- Re-install anode channel guard brackets.
- NCR 01.
- Repair coating holidays on bent 23.

### Coatings (Original Wharf):

- Bent 1, elevation 119' to 113', seal welding, cutting and grinding continue all day to prepare surfaces for proper coating application.

***Outstanding Items:***
- None

Ex 41, Page 1 of 9

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
06 October 2001

## Cathodic Protection:

- Rectifier #2 new positive circuit is completely installed and accepted in accordance with project specifications. Anode lead wires were terminated in the shunt box today.

### *Outstanding Items:*
   o  Install anode jbox at anode NM 1.

## Expansion Joint Repair:

- Expansion joint repair is complete. 28-day compressive strength test results to follow.

## Under Pier Utilities:

- Abandoned electrical conduit has been identified and is scheduled for removal in conjunction with rectifier new positive circuit install.

## Fender Pile & Related Work:

- All new piles and pile framing is installed on west side of wharf extension in accordance with project specifications.

### *Outstanding Items:*
   o  2 pile framing locations on east side of wharf extension were not repaired due to lack of materials.

## Sewer Pipe Insulation Jacket Repair:

- Location "f" on project drawing C1 has been repaired. Awaiting scaffolding installation on the other locations before insulator returns to complete repairs.

## Non-Conformance Items:

- NCR #01, Condition of coating not in compliance with paragraph 3.5.8.11 of the project specifications. Coating repair is required before acceptance. Further inspection will be conducted to define specific areas of repair. Testing to be performed on this area will include DFT, Holiday Testing, Hardness Testing and Adhesion Testing.

## Miscellaneous:

- Most scaffolding removed under rectifier #2 circuit.

Ex 41, Page 2 of 9

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
06 October 2001

**Photographs:**

| | |
|---|---|
|  |  |
| Seal weld area. Hole was plugged and welded on one side only. | Grind area. Poor weld profiles with numerous sags. Misc. angles were cut off and ground smooth. |
|  |  |
| Original concrete form supports require seal welding. | Original column splice run-off tabs were cut off and ground smooth. |

Signature: _____
               J.R. Hardenbergh

Ex 41, Page 3 of 9