**DAILY SUMMARY REPORT**



| | | |
|---|---|---|
| **BRECHAN ENTERPRISES** | **CONTRACT NO:** | 32010 CG Task 007 |
| **LOCATION:** U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** Jerry R. Hardenbergh | **DATE:** | 07 October 2001 |

## General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.

Weather Conditions at 11:53 AM:
- **Wind** Calm
- **Visibility** 10 mile(s)
- **Sky conditions** partly cloudy
- **Temperature** 43.0 F (6.1 C)
- **Dew Point** 32.0 F (0.0 C)
- **Relative Humidity** 64%
- **Pressure (altimeter)** 29.63 in. Hg

## Coatings (Wharf Extension):

- No work performed. All piles have been coated. Only outstanding items remain to be completed.

*Outstanding Items:*
- Grind off cad weld location and recoat same area on pile 6D. Coat with SPC 1864 SG.
- Re-attach CP connection and recoat same area on pile 10D. Coat with SPC 1864 SG.
- Re-attach CP connection and recoat same area on pile 14D. Coat with SPC 1864 SG.
- Re-attach CP connection and recoat same area on pile 18C. Coat with SPC 1864 SG.
- Re-attach CP connection and recoat same area on pile 22C. Coat with SPC 1864 SG.
- Re-install sewer pipe insulation at pile 21A location.
- Re-install anode channel guard brackets.
- NCR 01.
- Repair coating holidays on bent 23.

## Coatings (Original Wharf):

- Bent 1, elevation 119' to 113', seal welding, cutting and grinding continue all day to prepare surfaces for proper coating application. One welder and two helpers.

*Outstanding Items:*
- None

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
07 October 2001

## Cathodic Protection:

- No work performed.

*Outstanding Items:*
- Install anode jbox at anode NM 1.

## Expansion Joint Repair:

- Expansion joint repair is complete. 28-day compressive strength test results to follow.

## Under Pier Utilities:

- Abandoned electrical conduit has been identified and is scheduled for removal in conjunction with rectifier new positive circuit install.

## Fender Pile & Related Work:

- All new piles and pile framing is installed on west side of wharf extension in accordance with project specifications.

*Outstanding Items:*
- 2 pile framing locations on east side of wharf extension were not repaired due to lack of materials.

## Sewer Pipe Insulation Jacket Repair:

- Location "f" on project drawing C1 has been repaired. Awaiting scaffolding installation on the other locations before insulator returns to complete repairs.

## Non-Conformance Items:

- NCR #01, Condition of coating not in compliance with paragraph 3.5.8.11 of the project specifications. <u>Coating repair is required before acceptance</u>. Further inspection will be conducted to define specific areas of repair. Testing to be performed on this area will include DFT, Holiday Testing, Hardness Testing and Adhesion Testing.

## Miscellaneous:

- Scaffolding installed on bents 2 and 3, original wharf.

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
07 October 2001

**Photographs:**



| | |
|---|---|
| Grinding surface defects and seal welding. | Seal welding. |
| Seal weld plate. | Bent 2 existing. Scaffold installation. |

Signature: _____
           J.R. Hardenbergh