DAILY SUMMARY REPORT



| **BRECHAN ENTERPRISES** | **CONTRACT NO:** | 32010 CG Task 007 |
|---|---|---|
| **LOCATION:** U.S. COAST GUARD ISC KODIAK  KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** Jerry R. Hardenbergh | **DATE:** | 09 October 2001 |

## General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.

Weather Conditions at 12:53 PM:

| | |
|---:|:---|
| **Wind** | from the NW (310 degrees) at 13 MPH (12 KT) |
| **Visibility** | 9 mile(s) |
| **Sky conditions** | mostly cloudy |
| **Temperature** | 48.9 F (9.4 C) |
| **Dew Point** | 43.0 F (6.1 C) |
| **Relative Humidity** | 79% |
| **Pressure (altimeter)** | 29 in. Hg |

## Coatings (Wharf Extension):

- No work performed. All piles have been coated. Only outstanding items remain to be completed.

*Outstanding Items:*
- Grind off cad weld location and recoat same area on pile 6D. Coat with SPC 1864 SG.
- Re-attach CP connection and recoat same area on pile 10D. Coat with SPC 1864 SG.
- Re-attach CP connection and recoat same area on pile 14D. Coat with SPC 1864 SG.
- Re-attach CP connection and recoat same area on pile 18C. Coat with SPC 1864 SG.
- Re-attach CP connection and recoat same area on pile 22C. Coat with SPC 1864 SG.
- Re-install sewer pipe insulation at pile 21A location.
- Re-install anode channel guard brackets.
- NCR 01.
- Repair coating holidays on bent 22.

## Coatings (Original Wharf):

- Bent 2 and 3, elevation 119' to 113', abrasive blast cleaned then seal welding, cutting and grinding started. Again, there is a lot of seal welding, grinding sharp edges and cutting off old pile splice run-off tabs.

- Bent 1, elevation 119' to 107', holiday detection testing and DFT measurements performed. Test results indicated low coating DFT on elev. 113' to 107' and numerous holidays on elevation 119' to 113'. Most holidays were found at weld locations. Contractor is currently researching methods to improve coverage of weld areas to reduce number of holidays.

- Reviewed contractor coating QC reports and retained in project documentation package.

*Outstanding Items:*
- Re-attach CP negative circuit bonding connections along bent 1 piles and recoat same area with SPC 1864 SG.

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
09 October 2001

### Cathodic Protection:

- No work performed.

*Outstanding Items:*
- o  Install anode jbox at anode NM 1.

### Expansion Joint Repair:

- Expansion joint repair is complete. 28-day compressive strength test results to follow (10/17/01).

### Under Pier Utilities:

- Abandoned electrical conduit has been identified and is scheduled for removal in conjunction with rectifier new positive circuit install.

### Fender Pile & Related Work:

- All new piles and pile framing is installed on west side of wharf extension in accordance with project specifications.

*Outstanding Items:*
- o  2 pile framing locations on east side of wharf extension were not repaired due to lack of materials.

### Sewer Pipe Insulation Jacket Repair:

- Location "f" on project drawing C1 has been repaired. Awaiting scaffolding installation on the other locations before insulator returns to complete repairs.

### Non-Conformance Items:

- NCR #01, Condition of coating not in compliance with paragraph 3.5.8.11 of the project specifications. <u>Coating repair is required before acceptance</u>. Further inspection will be conducted to define specific areas of repair. Testing to be performed on this area will include DFT, Holiday Testing, Hardness Testing and Adhesion Testing.

### Miscellaneous:

- Installation of scaffolding for rectifier #3 CP circuit demo and installation.

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
09 October 2001

**Photographs:**



Bent 3 abrasive blast cleaned.



Bent 2 cutting and grinding surface imperfections.



Old CP negative connection. Note metal loss around connection due to corrosion as a result of inadequate coating coverage.



Surface imperfections shown include: run-off tabs, sharp edges, rough welds, seal weld backing bars and removal of plate where CP connection is located.

Signature: _____
          J.R. Hardenbergh