<-></->
