**Jarrell, Amy (Perkins Coie)**

| | |
|---|---|
| From: | Boivin, Martin [MBoivin@pacnorwest.uscg.mil] |
| Sent: | Thursday, March 07, 2002 2:47 PM |
| To: | Rendon, Paul LT; Johnson, Jerald |
| Cc: | Repanich, Anita; Locher, Steven; 'mholmstrom-bei@gci.net' |
| Subject: | RE: CARGO WHARF - PHASE I |

Paul I need to check with Mike-----If what you and matt say is what they intend then two things must happen.... we must have a deeper discussion on responsibility for the change and must understand how this caulking system is going to last for 25 years------ so please give me mike's phone number.

-----Original Message-----
**From:** Rendon, Paul LT
**Sent:** Thursday, March 07, 2002 2:06 PM
**To:** Johnson, Jerald; Boivin, Martin
**Cc:** Repanich, Anita; Locher, Steven; mholmstrom-bei@gci.net
**Subject:** CARGO WHARF - PHASE I

Marty,
there seems to be some confusion between what you discussed during your meeting with Mike Martin & what I discussed with Matt last week.

There are currently 3 Options available for the remaining work on the Cargo Wharf:

- Option # 1: continue as specified with grinding & seal welding. Estimated cost exceeds $250K.
- Option # 2: proceed with work using "stripe coat" or caulking the poor quality or nonexistent welds. Estimated cost $70K-$90K. This is the total cost to the Gov't and includes QA (Jerry Hardenbergh) costs, and costs incurred during Bents 1-5.
- Option # 3: modify contract requirements to eliminate the seal welding & additional surface prep work related to poor quality welds, crevices, etc.. Estimated cost = $0.00.

This is what Matt & I discussed last week, but is different from what you presented during our meeting yesterday. I just don't want you to be surprised when the final proposal/recommendation comes in presenting Option # 2 for $70K-$90K.

v/r,

# LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone: (206) 220-7437
Fax:    (206) 220-7391