# MODIFICATION OF SUBCONTRACT

Modification # 1   Effective Date: March 13, 2002
Project: USCG Cargo Wharf Maintenance Project
Owner: USCG FD&CC (PAC)
Contractor: Brechan Enterprises, Inc.
Subcontractor: Swalling Construction Company, Inc.

**This modification of the above referenced subcontract is entered into pursuant to the mutual agreement of the signatory parties, and contingent upon the approval of the Owner.**

Description of Modification:
1. Reduce scope of H Pile Section from 12,800 sf to 8,100 sf    $(145,298.00)
2. Compensate subcontractor for fuel pier test coat    $ 7,100.00
3. Compensate subcontractor for cathodic protection, conduit, insulation scaffolding    $ 13,017.50
4. H pile welding repair    $ 30,241.95
5. Modify the preparation spec as per *Option 2* of the Surface Preparation Technical Proposal dated February 26, 2002, and prepared by Coffman Engineers. This spec will be applied to work remaining to be completed    $ ~~39,682.00~~  50,000.00 MRM
6. Scheduling as required by the Anita Repanich letter to M. Martin dated 25 Feb 2002.

Total modification is a reduction of    ~~$(55,256.55)~~ (44,938.55) MRM

Contractor                                Subcontractor:
Brechan Enterprises, Inc.                 Swalling Construction Company, Inc.

by _Michael Martin_                       by _J. Michael Swalling_
its _President_                           its _President_

BE 13354
38599-0012