**Jarrell, Amy (Perkins Coie)**

| | |
|---|---|
| From: | Repanich, Anita [ARepanich@pacnorwest.uscg.mil] |
| Sent: | Wednesday, March 13, 2002 12:58 PM |
| To: | 'Matt Holmstrom'; Repanich, Anita; Rendon, Paul LT |
| Cc: | Brown, Andrew LT |
| Subject: | RE: partnering |

I would like for you to tell me at what point we at the PM level went to the exec level and said "We can't resolve this cargo wharf issue, we need you guys to". I don't doubt the exec level here doesn't find the partnering very beneficial, they were never listening.
Marty says if he doesn't get option 1 for 70-90K then "we need to further discuss responsibility with Brechan". Everyone back to their corners.
He also says that he will let Paul and I do whatever we want with this, just let him know before I sign it. I'm going to go with that one, once we've agreed, to me it's a done deal, doesn't matter if I've signed it. I'll just let Paul explain to him what we've done.
If we don't partner in April, then we don't partner anymore. Your right Matt, with or without the partnering we just need to continue together the way we have been. I know that Bill's understanding is skin deep, that's true from here too. I just need to consistently demonstrate our commitment to the partnering...and wear earplugs when I meet with Marty.


-----Original Message-----
**From:** Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
**Sent:** Wednesday, March 13, 2002 10:04 AM
**To:** Repanich, Anita; Rendon, Paul LT
**Cc:** Andy Brown
**Subject:** RE: partnering


Anita/Paul - I think we should switch positions...from my standpoint the longer we go, and the more successful we are, the more "guidance" I get. It's kind of funny. I basically ran 9 months on my own...the cargo wharf was my downfall.

Regarding the partnering, you 2 know where I stand. I believe the only way this has worked is the relationship and commitment between the three of us. Then with this commitment we have been able to "preach the gospel" to the people we work with. For your information, Mike Martin and Bill Oliver thought we were going to get stuck with the $100k on the Cargo Wharf until Anita had a conversation with Bill. Their understanding is "skin deep" at best.

So...setting a partnering date. Let me think this one through...there are so many new faces, and no matter how well-intentioned there will be confusion. Mid-April is the right time...the end of the Summer the battle is over. I will push from this end to make sure we have a session. I believe that the partnering session would also be beneficial for Andy. That way he can see the other Brechan players.

I will say that a new COR coming in mid-stream could make things more interesting than any of us need. I'll push.
Matt

-----Original Message-----
**From:** Repanich, Anita [mailto:ARepanich@pacnorwest.uscg.mil]
**Sent:** Tuesday, March 12, 2002 2:34 PM
**To:** Rendon, Paul LT; 'mholmstrom-bei@gci.net'
**Subject:** partnering


Matt,
I'm at a dead end from here on the partnering. maybe when we get a new COR, maybe when the new FE at the ISC comes in...maybe later in the summer.....the hang up is at the exec level. Don't see the need.

2

BEI19039
Ex 60, Page 1 of 1
38599-0012