

**BRECHAN ENTERPRISES, INC / GENERAL CONTRACTORS**
2705 MILL BAY ROAD • KODIAK, ALASKA 99615

March 15, 2002

Ms. Anita Repanich
Contracting Officer
USCG FD&CC PAC
915 Second Ave., Room 2664
Seattle, WA 98174-1011

Subject: Task Order # 0007; DTCG50-01-D-643XXO
Cargo Wharf Maintenance Phase 1; Project # 33-S01047

Dear Ms. Repanich:

Please consider this our response to your letter dated February 25, 2002, regarding pile coating concerns. We too are concerned about the progress and changed condition issues. Our primary focus has always been, and will continue to be, delivering a high quality product to you, the customer, while attempting to minimize impacts to the tenants.

**Background:**
Before we address the technical issues I believe it important to correct for the record how the Design-Build team was formed. Specifically, when Brechan was assigned the project, the engineering firm of Tryck Nyman Hayes (TNH) was already selected. Brechan did enter into an agreement with TNH. TNH selected Coffman Engineers to be the coatings designer. Brechan has no relationship with Coffman. Lastly, and probably most important, is that Swalling Construction was not part of the Design-Build team during development of the coating specifications. Although Swalling attended an initial meeting with Brechan, TNH and Coffman to discuss the project, they were not included in development of the specifications. Rather the specifications were developed first, and then Swalling, along with five other coating subs, were asked for price quotes.

In hindsight, according to our Project Manager, this process was a mistake. The safest and least risk approach for us would have been to select the coating sub early on in the specification development. In that way the coating sub would have had ownership in the specification. In our estimation costs would have been considerably higher if this approach would have been pursued. As you know budget concerns were in the forefront from the beginning of the project. Brechan, in partnership with you, did everything we could to maximize the square footage of coating applied while staying within the budget.

**Technical Proposal for surface preparation on the Original Cargo Wharf, bents 6 - 12:**
We have consulted with Coffman Engineers, and Swalling Construction, in efforts to identify reasons for delays and changed conditions and further to identify solutions to complete the project.

A letter from Coffman Engineers is attached which details reasons for the changed conditions. Additionally the letter contains three options for moving ahead. Two letters from Swalling Construction are also attached which detail approach, schedule and costs associated with each of the three options.

PHONE: 907.486.3215 • FAX: 907.486.4889
ALASKA BUSINESS #001858 • ALASKA CONTRACTORS #AA441
We Are An Equal Opportunity Employer

BEI4990
38599-0012

Ex 51, Page 1 of 2

The additional application costs involved in each option are as follows:

| | |
|---|---|
| Option 1 – 100% seal weld | $ 129,000.00 |
| Option 2 – stripe caulk | $ 50,000.00 |
| Option 3 – no seal weld or stripe caulk | $ 0.00 |

**Brechan recommends proceeding with Option 2 at a cost of $50,000.00.**

**Additional surface preparation work on Original Cargo Wharf, bents 1 – 5:** Swalling has provided us a detailed list of costs associated with this effort, totaling $37,384. They have agreed to accept $30,241.95 as full payment for that work.

**Additional QA costs:** We understand your position regarding additional costs associated with Jerry Hardenbergh being on site. However, we are prepared to share these costs with Swalling and Coffman. In a meeting with Harold Hollis of Coffman, he showed us some of the unbilled prep time Jerry has in this project. In addition he agreed to credit the project $9,000.00. As I told you and Paul during our phone conversation yesterday, I am convinced that Swalling is seriously negative on this project. Despite that fact, they have reduced their additional billings by about $24,800. The point is Coffman and Swalling are sharing the pain. We ask your consideration for costs to date as well as anticipated costs to complete work this year. We anticipate approximately $50,000 will be needed this year, if we continue the same level of QC support from Jerry. Year 2001 QA costs total $97,882.74, after Coffman's credit.

Total additional costs to complete the project under option 2 are as follows:

| | |
|---|---|
| Surface prep, bents 6 – 12 | $39,000.00 |
| Surface prep, bents 1 – 5 | $30,000.00 |
| Demob | $11,000.00 |
| Additional QA | $10,000.00 |
| **Work Total** | **$90,000.00** |

Supporting information is attached.

Sincerely,
BRECHAN ENTERPRISES, INC.

Bill Oliver
Vice President

Enclosures:
Letter from Swalling dated Dec. 21, 2001
Letter from Swalling dated Feb. 12, 2002
Memorandum from Coffman dated Feb. 27, 2002