# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|
| | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| 0005 | 23Apr02 | 2401501643XX0 018 | A33-S01047 |

**6. ISSUED BY**  CODE
Commanding Officer
USCG FD&CC Pacific
915 Second Ave Room 2664
Seattle, WA 98174-1011

**7. ADMINISTERED BY** (If other than Item 6)  CODE
SAME AS BLOCK 6

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and ZIP Code)
BRECHAN ENTERPRISES, INC
2705 MILL BAY ROAD
KODIAK, ALASKA 99615

(✓)
**9A. AMENDMENT OF SOLICITATION NO.**

**9B. DATED** (SEE ITEM 11)

X  **10A. MODIFICATION OF CONTRACT/ORDER NO.**
DTCG50-01-D-643XX0
Task Order 0007

**10B. DATED** (SEE ITEM 13)
20Mar01

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

**12. ACCOUNTING AND APPROPRIATION DATA** (if required)
2 6 101 133 43 0 13 46000 3227      OBLIGATE: $90,000.00

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| (✓) A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: CHANGES AND MUTUAL AGREEMENT OF THE PARTIES |
| D. | OTHER (Specify type of modification and authority) |

E. **IMPORTANT:** Contractor ☐ is not,  ☒ is required to sign this document and return  1  copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
CARGO WHARF MAINTENANCE

THIS IS MODIFICATION 0005 TO TASK ORDER 0007

************************SEE PAGE 2 OF 2 ****************************************

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| MATT HOMSTEAD  PROJECT MANAGER | ANITA B. REPANICH, CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR  [signature]  15C. DATE SIGNED  4/25/02 | 16B. UNITED STATES OF AMERICA  BY [signature] Anita Repanich  16C. DATE SIGNED 4/25/02 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (Rev. 10-83)

DTCG50-01-D-643XX0
Task Order 0007
Modification 0005
Page 2 of 2

A. This modification compensates the Contractor for the changes listed in item #1 below, and also clarifies the scope changes for this Task Order as listed in item #2 below:

1. Additional Surface Prep, up to and including Bent 12
   Additional QA
   Total = $90,000.00

2. Regarding Brechan letter dated March 15, 2002, to Ms. Anita Repanich, Contracting Officer:
   a) The following enclosures were provided for *informational purposes only* and are not to be construed as a part of their proposal:
      i) Letter from Swalling dated Dec. 21, 2001
      ii) Letter from Swalling dated Feb. 12, 2002
   b) Enclosure titled "Memorandum from Coffman dated Feb. 27, 2002" is a part of this modification with the following exceptions (Note: The Coast Guard's Construction Inspector (CI) and/or Brechan's independent Quality Assurance (Q/A) representative shall determine and identify/mark which members are structural and which are non-structural or abandoned non-structural).
      i) Structural members with poor quality or defective welds shall be prepared (i.e. abrasive blast cleaned, seal welded, inspected, etc...), coated, tested, and warranted in accordance with the original contract specifications Section 09967 "Coating of Steel Waterfront Structures", dated March 2001.
      ii) Structural members with good quality or non-defective welds shall be prepared (i.e. abrasive blast cleaned, "stripe coated" or caulked, inspected, etc...), coated, tested, and warranted in accordance with the original contract specifications Section 09967 "Coating of Steel Waterfront Structures", dated March 2001.
      iii) Abandoned non-structural members such as utility supports and unused angle clips may be removed if determined to be cost effective and increase overall worker productivity.
      iv) Non-structural members such as utility supports with poor quality or defective welds shall be prepared (i.e. abrasive blast cleaned, "stripe coated" or caulked, inspected, etc...), coated, and tested in accordance with the original contract specifications Section 09967 "Coating of Steel Waterfront Structures", dated March 2001, but not warranted in accordance with the contract specifications.

B. There will be No Time and Materials (T&M) work for the remaining phase of this project, unless authorized by the Contracting Officer.

C. The remaining phase of this project will complete all coatings up to and including Bent 12.

D. Performance period is extended to 01 July 2002.

E. Total task value changed.  FROM:   $1,412,803.00
                                TO:     $1,502,803.00

F. This agreement constitutes full, complete and final settlement of any and all claims for equitable adjustment in the form of monetary and/or time relief which the contractor may have and which may arise in the future, either directly or indirectly, from this supplemental agreement.