

**SWALLING CONSTRUCTION COMPANY, INC.**

AN EQUAL OPPORTUNITY EMPLOYER
GENERAL CONTRACTOR #AA179

SERVING ALASKA SINCE 1947

www.swalling.com
P.O. Box 101039
ANCHORAGE, ALASKA 99510-1039
TELEPHONE (907) 272 3461
FACSIMILE (907) 274-6002
LOCATED AT 235 F ST

March 18, 2002

William Oliver
Brechan Enterprises
2705 Mill Bay Road
Via Fax 907-486-4889

Re:        Kodiak Coast Guard Dock Facility Coatings

Subject:        2002 Completion Schedule

Gentlemen;

Following is our proposed schedule for completion of the referenced project. This schedule is based on the reduced scope of work (15,500 SF/Bent 12) and the use of caulking to repair welds and seal metal-to-metal connections not welded. It is our understanding that the inspection criteria for these caulking repairs will be visual inspection for bare spots only and no pinhole holiday detection or repairs will be done at these areas.

| | | |
|---|---|---|
| April 12 | April 30 | Scaffolding |
| May 1 – June 15 | | Coatings (including caulking work) |
| June 9 - June 15 | | Remove Scaffolding and Demob |

This schedule is based on having two series of low tides to set the initial scaffolding and three series of low tides to complete the coatings work. We will work all of the tides, weather and sea conditions permitting, however a portion of the work requires low tidal activity to complete. The removal of scaffolding and demob activities will be contingent on completing the coatings work and may require an additional series of low tides. All coatings areas affected by the removal of scaffolding are scheduled to be complete by June 15.

As previously stated we have a significant amount of preparatory work to do and request a notice to proceed as soon as possible.

Sincerely,
SWALLING CONSTRUCTION CO., INC.

Andrew Romine
Operations Manager

| Post-it® Fax Note | 7671 | Date 3/25 | # of pages 1 |
|---|---|---|---|
| To MGtt | | From Bill | |
| Co./Dept. | | Co. | |
| Phone # | | Phone # | |
| Fax # | | Fax # | |

BEI4446
38599-0012
Ex 53, Page 1 of 1