**From:** Stears, Dan [Stears@alaska.coffman.com]

**Sent:** Thursday, March 28, 2002 1:37 PM

**To:** 'Matt Holmstrom'

**Cc:** 'John Daley'; Hardenbergh, Jerry; Radcliffe,

**Subject:** FW: CARGO WHARF PHASE I

Matt,

As we have discussed before, until you blast the surface and can see what is under the existing coating and corrosion products it is difficult to determine the amount of structural seal welding that would be required. I personally do not feel comfortable with guessing the amount.

Since Swalling has done various cost estimates, they may be able to give you a best guess estimate.

Dan

-----Original Message-----
**From:** Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
**Sent:** Thursday, March 28, 2002 10:27 AM
**To:** Dan Stears; Jerry Hardenbergh
**Subject:** FW: CARGO WHARF PHASE I

Dan/Jerry - For our information can you roughly estimate the amount of seal welding on structural members we're going to do? Matt
-----Original Message-----
**From:** Rendon, Paul LT [mailto:PRendon@pacnorwest.uscg.mil]
**Sent:** Thursday, March 28, 2002 10:05 AM
**To:** Locher, Steven; Repanich, Anita; mholmstrom-bei@gci.net; fandrinc@gci.net
**Subject:** CARGO WHARF PHASE I

here is a draft of the modification....please read and provide me your comments. Would like to close this out by today.

<<18.Mod#5.Scope.Clarifications.28Mar02.doc>>

thx,

LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone: (206) 220-7437
Fax:   (206) 220-7391

BEI6529
38599-0012

9/28/04