**Jarrell, Amy (Perkins Coie)**

| | |
|---|---|
| From: | Repanich, Anita [ARepanich@pacnorwest.uscg.mil] |
| Sent: | Tuesday, April 02, 2002 3:49 PM |
| To: | 'Matt Holmstrom' |
| Subject: | RE: JOC EVAL |

1. Yes, and you can believe people are very interested in it. Only the number 1.05 is public record though, your price proposal is not. I would have to have your permission to release that...I won't bother asking.
2. Ketchikan was the highest factor, that's why we used it. I think Bill developed your coefficient, and a fine job he did. If he were to develope a new coefficient today, it maynot be that number, based on his actual experience. At that time he was speculating. If the number drops, bad for you, that's one of the risks in proposing. If it goes up, good for you. We don't know what the most current means book will look like either.
3. Means should reflect Davis Bacon. The means uses local union labor rates and Davis Bacon pretty much updates based on newly negotiated union rates. It probably a few months behind. I get updates about every 2 - 4 weeks during the summer months. You stay with the one that is in effect at the start of each option year only because there would be too many changes.

I know you hate that coefficient. I can use the Davis Bacon if I go sole source for a JOC...you don't want me to do that..but I did just get asked my another 8a native Alaskan firm to do just that...they are so helpful...
The purpose of the coefficient is to level the pricing field for you guys during proposal time. The FAR requires I look at only two things when I compete, the price and quality (past performance). How else can I evlauate your price? I wouldn't want to base the award on competition of a project....whoever lowbid that first project would get 10Mil worth of work that year. If I use Davis Bacon it's same same for everybody.
The coefficient gives me a pricing mechinism that I use throughout the contract. It's not much of one, the means is only a pricing tool. It's the best the Gov has come up with. Every JOC/SABER that is not a multiple award contract, uses a coefficient.
But the good news is you know more about your coefficient than anyone else does. Other proposers will use your 1.05 coefficient just because you have and are making it work. But they will have to provide me rational for their coefficient, like you did, and I will assess a risk rating to that number. All the other proposers close to your number got a high risk rate with that number. you got a low-med rate and that was only because it seemed so low I couldn't believe you could do it, but Bill's rational was all there, no holes in it. That risk rating was pure subjective on my part. I was asked about your risk rating from Brown and Root on it too....they also thought it was too good to be true.
We should talk more about the coefficient...I want you to understand it....I'll dig out the original selection and we'll do some "what if's" . Your coefficient will be very important in this competition. That's why I've insisted on keeping it. I'm getting allot of questions about it, from your competitors, and the validity of it, my answer is "All of Brechan's proposals are presented in the means format, with coefficient, as required by the contract".

-----Original Message-----
**From:** Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
**Sent:** Tuesday, April 02, 2002 10:39 AM
**To:** Repanich, Anita; Rendon, Paul LT
**Subject:** RE: JOC EVAL

Anita - we have generated a few questions. Hopefully you can answer:
1. regarding the coefficient...is our 1.05 public record?
2. Re: the Ketchikan factor. Does this number have to based on the latest version of the Means book? The reason for asking is that as you know the number dropped this year, which certainly doesn't reflect the reality of doing business in Kodiak.
3. We've talked off and on about using actual Davis-Bacon labor rates rather than the Means labor rates. Is there any possibility this can be done for the new solicitation.

I'm sure our team will have more questions as time goes on. Is this format of submitting questions acceptable to you?

Thanks. Matt

-----Original Message-----[Repanich, Anita]
**From:** Repanich, Anita [mailto:ARepanich@pacnorwest.uscg.mil]
**Sent:** Tuesday, April 02, 2002 7:09 AM
**To:** 'Matt Holmstrom'; Rendon, Paul LT
**Cc:** Repanich, Anita
**Subject:** RE: JOC EVAL

When I say make it a good one I'm saying don't under rate yourself. You do a incredible job and when I say that your response is "well, we're getting there".....your too hard on yourself.
Paul can probably comment to this as an evaluator but when I have evaluated I find comments too be helpful. There is always a range of numbers we use for each evaluation rating, like acceptable, superior..and within each of those ratings is a range of numbers that makes you a low superior or a high superior. It's those comments that usually move you from one end or the other within rating. Brechan's most relevant experience will be this project.
  Past experience was marginal/weak on the last evaluation. I believe your past performance is really high and if you provide us with the quality of proposal you did on the last competition you will rate very high. I believe some of your competition will also.....that brings us to that darn coefficient. I've been getting some calls/questions/speculations about Brechan and their coefficient from your competitors.
The plan is to synopsis the requirement on 15 April, Post it to the internet for people to download on 1 May. Then I could have a preproposal conference on the 15th of May (I'd like to tie the partnering trip in with it) and receive proposals 1 June. Evaluate and be ready to award mid June.
I have the debrief comments from last time and can send them to you. I want to be sure everyone understands how the coefficient will come into play too.


-----Original Message-----
**From:** Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
**Sent:** Tuesday, April 02, 2002 7:16 AM
**To:** Rendon, Paul LT
**Cc:** Repanich, Anita
**Subject:** RE: JOC EVAL

Good morning - I'm taking a "deep breath". When you mention making it a good one. Does this mean more detail? I was brief in the first 6-month eval. However, if helpful to Brechan Enterprises, I will expand.

Thank you for the advice on our proposal preparation. Could you give me a rough idea when the solicitation will come out? I will call you later this morning...after a dentist appointment.

Thanks. Matt

-----Original Message-----
**From:** Rendon, Paul LT [mailto:PRendon@pacnorwest.uscg.mil]
**Sent:** Monday, April 01, 2002 2:45 PM
**To:** 'mholmstrom-bei@gci.net'
**Cc:** Repanich, Anita
**Subject:** RE: JOC EVAL


we are available to discuss the "Best Value" process at any time.....

# LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone: (206) 220-7437

Fax: (206) 220-7391

-----Original Message-----
From: Repanich, Anita
Sent: Monday, April 01, 2002 3:41 PM
To: Rendon, Paul LT; 'mholmstrom-bei@gci.net'
Subject: RE: JOC EVAL

this is the eval that will be used for you guys in the recompete of the JOC. I am going to ask for 3 maybe 5 past performance references and limit it to one reference from each contract. Sometimes people use 3 different task orders from the same contract. I want wider experience.

Make this one a good one Matt. It will be used as your most relevant one.
There is nobody that has a better chance that a incumbent contractor if he is performing high. We're getting high quality, great service and a fair price. It might be helpful for us to review your debrief on the last selection. I believe you will have a new set of competition this time so it might also be good to review how we select. We're going for 5 years and 10Mil a year and I'm going to make it a small business set aside which means only small business like yourself can propose. I'd like to see you guys back in there on the next round but there is something's that you guys have to do in the way of your proposal to make that happen. I cannot tell you how to prepare your proposal but want to be sure you understand the process.

Anita


-----Original Message-----
From: Rendon, Paul LT
Sent: Monday, April 01, 2002 2:59 PM
To: mholmstrom-bei@gci.net
Cc: Repanich, Anita
Subject: JOC EVAL

Matt,
you got it right. Use the same eval as last time. Here it is just in case you don't have it. Anita said we could use some of the same comments from the 6-month eval if they still apply.

<< File: 06.Brechan.6.Month.Performance.Rating.16Oct01.doc >>

# LT Paul E. Rendon
Facilities Design & Construction Center Pacific
Civil Engineer, Alpha Team
Phone: (206) 220-7437
Fax: (206) 220-7391

4

BEI19061
Ex 55, Page 3 of 3