

**BRECHAN ENTERPRISES, INC / GENERAL CONTRACTORS**
2705 MILL BAY ROAD • KODIAK, ALASKA 99615

April 3, 2002

Mr. Andy Romine
Swalling Construction Company, Inc.
P O Box 101039
Anchorage, Alaska 99510-1039

Re: Kodiak Cargo Wharf Maintenance Subcontract

Dear Andy:

FD&CC has accepted our proposal which was based on the agreement Swalling and Brechan came to on March 12, 2002. Unfortunately, they cannot decide whether this mod requires the expenditure of 2001 dollars, or 2002 dollars, so they have not issued the mod.

In spite of this, we have a project to complete, we have agreed on the modification of the contract between the two of us, and we have the approval of the owner. Therefore, consider this letter notice to proceed with the schedule you provided in your most recent letter. If you have any questions, please let me know.

Very Truly Yours,
Brechan Enterprises, Inc.

W. E. Oliver
Vice President

cc: Matt Holmstrom

PHONE: 907.486.3215 • FAX: 907.486.4889
ALASKA BUSINESS #001858 • ALASKA CONTRACTORS #AA441
We Are An Equal Opportunity Employer

BEI4443
38599-0012

Ex 56, Page 1 of 1