## Jarrell, Amy (Perkins Coie)

**From:** Repanich, Anita [ARepanich@pacnorwest.uscg.mil]
**Sent:** Tuesday, April 23, 2002 7:30 AM
**To:** 'mholmstrom-bei@gci.net'
**Subject:** cargo wharf

Matt,
  Good news! Got the approval/money for the 90K cargo wharf mod this morning. I'll process today and send to you for signature.

Although you probably won't agree with me .....I'm glad we had this project under the JOC. It was really messy from our end, still not sure it should have been fixed price. If this had been a low bid out there we would be so deep into a claim situation.....for much more than 90K.....

thanks.
Anita