| | |
|---|---|
| From: | Hardenbergh, Jerry [Hardenbergh@alaska.coffman.com] |
| Sent: | Tuesday, May 28, 2002 4:59 PM |
| To: | 'Matt Holmstrom' |
| Subject: | RE: Cargo Wharf Coating Modification |

Yes, I'll see you then. Jerry

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Tuesday, May 28, 2002 4:58 PM
To: Hardenbergh, Jerry
Subject: RE: Cargo Wharf Coating Modification


Jerry - If it can wait can we hook up late tomorrow AM?  Around 1100?  I'm
booked until then.  Let me know.  Thanks.  Matt

-----Original Message-----
From: Hardenbergh, Jerry [mailto:Hardenbergh@alaska.coffman.com]
Sent: Tuesday, May 28, 2002 3:47 PM
To: Matt Holmstrom (E-mail)
Subject: Cargo Wharf Coating Modification


Matt, We have a serious conflict between the contract that is between
Brechan and the USCG and what Swalling agreed to with Brechan.

It is in regards to stripe coating welds. Call me when you have time for me
to come by and discuss.

Jerry Hardenbergh
COFFMAN ENGINEERS
USCG Kodiak Cargo Wharf Project
Office: 907-487-2518
Cellular: 907-654-4051

BEI6955
38599-0012