**SWALLING CONSTRUCTION COMPANY, INC.**
AN EQUAL OPPORTUNITY EMPLOYER
GENERAL CONTRACTOR #AA179



SERVING ALASKA SINCE 1947

www.swalling.com
P.O. Box 101039
ANCHORAGE, ALASKA 99510-1039
TELEPHONE (907) 272-3461
FACSIMILE (907) 274-6002
LOCATED AT 235 F ST.

William Oliver
Brechan Enterprises
2705 Mill Bay Road
Via Fax 907-486-4889

May 31, 2002

Re:      Kodiak Coast Guard Dock Facility Coatings

Subject: Scope of Work

Gentlemen;

There has been some discussion on site as to the quality control criteria for the metal-to-metal and weld areas that we are caulking on the Cargo Wharf. The inspection criteria agreed to by Brechan and Swalling at the meeting of March 12, 2002 is all caulking repairs will be visually inspected for bare spots only and no pinhole holiday detection or repairs will be done at the caulked areas.

We are proceeding with the work under those terms and conditions.

If you have any questions please contact me or Mike Andersen on site.

Sincerely,
SWALLING CONSTRUCTION CO., INC.

Andrew Romine
Operations Manager