### Hardenbergh, Jerry

**From:** Brown, Andrew LT [ABrown@pacnorwest.uscg.mil]
**Sent:** Thursday, May 30, 2002 6:34 AM
**To:** 'Matt Holmstrom'; Brown, Andrew LT
**Cc:** Jerry Hardenbergh
**Subject:** RE: cargo wharf coating; task order 007; modification 005

Matt,

Spoke with Jerry this morning.

His understanding of A.2.B.ii is that there will not be any additional caulking/sealing on good quality welds, however, if there is a plate that has a good quality weld, but one of the sides is not welded that we would be caulking/sealing that. We can talk about this later this morning. We can modify the mod to make that sentence clearer if we need to.

Andy

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Thursday, May 30, 2002 7:11 AM
To: Andy Brown
Cc: Jerry Hardenbergh
Subject: cargo wharf coating; task order 007; modification 005


Andy - Jerry Hardenbergh brought an issue to my attention yesterday regarding the revised surface preparation specification that needs to be resolved. There is a conflict between the specification contained in modification 005 between the Coast Guard and Brechan, and the modification to Swalling's subcontract with Brechan.

We modified our subcontract with Swalling on 3/13/02. This modification was based on Coffman Engineer's memorandum dated 2/26/02. Coffman's memo focuses on stripe coating or caulking poor quality or non-existent welds.

The USCG modification 0005, dated 4/23/02, page 2 of 2, contained exceptions to Coffman's memo. Specifically A.2.b)ii) has a requirement to "stripe coat or caulk" good quality or non-defective welds. Coffman's memo doesn't include requirements to "stripe coat or caulk" good quality or non-defective welds. Further, good quality or non-defective welds were never discussed leading up to Coffman's memo. This was never an issue.

Unfortunately, we did not notice this "exception" or we would have brought it up prior to signing the modification. Swalling was already mobilized on site installing scaffolding when we received mod. 0005.

We believe exception "A.2.b)ii)" is erroneous. It has never been a point of discussion. Further it is not part of Swalling's scope of work.



Coffman 01829

2/4/2006

Matt