6/3/02  HOLIDAY TESTING ONSITE AT 116-119'

MAJORITY of PROBLEM IS w/ FLAT SPOTS... NOT WELD AREAS

NO AGREEMENT ON TESTING PROCEDURES FOR FLAT SURFACES

6/4  CALLED ANDY R. — NO PROBLEM

BEI4406
38599-0012
Ex 61, Page 1 of 1