DAILY SUMMARY REPORT



| BRECHAN ENTERPRISES | CONTRACT NO: | 32010 CG Task 007 |
|---|---|---|
| LOCATION: U.S. COAST GUARD ISC KODIAK, KODIAK, ALASKA | PROJECT TITLE: | CARGO WHARF MAINTENANCE |
| INSPECTOR: Jerry R. Hardenbergh | DATE: | 05 June 2002 |

## General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Local Electric, Electrical contractor.
- Chris Lynch, USCG Construction Representative.

Weather Conditions at 2:53PM:
- Wind  Variable at 3 MPH
- Visibility  10 mile(s)
- Sky conditions  partly cloudy
- Temperature  55.0 F (12.8 C)
- Dew Point  42.1 F (5.6 C)
- Relative Humidity  61%
- Pressure  29.97 in. Hg

## Cargo Wharf Extension:

*Coatings*

- No work performed today.

*Cathodic Protection*

- No work performed today.

## Original Cargo Wharf:

*Coatings*

- No coating work today. Coating materials did not arrive today.
- Holiday testing was completed on bent 8 and 9, elevation 119' to 113'. Holiday areas were marked for repair. Repair coating began on small areas with SPC weld patch coating kits.
- Completed exothermic welding of negative CP connections that were removed for coating activities.
- Continuing to install CP anode cable clips on H-piles.
- Completed installation of rubber spacer on pile 2C(wharf extension) anode channel guard clamp.
- Crew built platform and containment around the structural support for the floating dock stairway and plans to blast and coat when coating materials arrive.

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
05 June 2002

*Cathodic Protection*

- No work performed today.

## Outstanding Items(s):

*Coatings*

**2002 Outstanding Item(s):**

- Re-attach anode conductor wires at H-pile anode locations using SE
- Blast and coat areas on H-piles were scaffolding brackets were atta
- Original wharf; Complete holiday repairs on bents 1 and 2.
- Wharf Extension; Repair areas of rust that are appearing on repair p
- The floating dock stairway structural support member is not coated
- As of this date, complete holiday testing on bents 8 thru 11.

*Cathodic Protection*

**2002 Outstanding Item(s):**

- None

**2001 Outstanding Item(s):**

- Wharf Extension; Pile 22C, underwater portion of anode channel g the pile. The anode support brackets need to be installed cc contractor.
- Complete repairs to the negative circuit splice connections (replace with Burndy crimpets or exothermically weld). Seal connection sleeves (material is on site). Not part of original scope.
- Procure a new "spare" anode. The new anode at column 6D on the replaced due to mishandling of the anode lead wire during coating wire was dropped into the seawater and damaged the conduc replaced using one of the "spare" anodes that were to be left replacement anodes.
- Commissioning data indicates that three of the newly installed anoc are not functioning properly. A test anode was introduced into t location to confirm this finding. The test anode functioned pro commissioning there was not access to the other anode splice under the dock, to connect a test anode for verification of thes installed anodes that are not functioning properly need to contractor/manufacturer.

BEI3666
38599-0012
Ex 62, Page 2 of 3

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
05 June 2002

- Commissioning data also indicates that six existing anodes (31A, 15K, 9A, 3A, 10D and 14D) may have failed. Additionally, two other anodes (25H and 33E) have low current outputs. At the time of commissioning there was not access to the anode splice box locations, located under the dock, to connect a test anode for verification of these results. The remainder of the existing anodes may be nearing the end of their design life and additional failures may soon occur.
  - Rectifier 1 system: Anode 31A (existing) and NMD (new). (25H & 33E Low Output)
  - Rectifier 4 system: Anode 15K (existing).
  - Rectifier 5 system: Anode 9A (existing), 3A (existing) and 1C (new).
  - Rectifier 6 system: Anode 6D (new), 10D (existing) and 14D (existing).

### Under Pier Utilities:

- No work today. Local electrical has started shore tie project and will removed abandoned conduit in conjunction with shore tie project.

### Miscellaneous:

- Meeting between Matt Holmstrom, Grant DeLine, Jerry Hardenbergh and Mike Andersen to discuss what appears to be some confusion with Swallings office in Anchorage regarding the quality control criteria on this project, reference letter dated 31 May 2002 from Swalling Construction. All of the on-site construction management personnel are in agreement with the quality control criteria for the modified scope and have been working with this criteria since the beginning of this years construction season.

  Also discussed the coating of the floating dock stairway support structure. Mike Andersen does not believe that this is within the project scope of work. Jerry Hardenbergh, representing the corrosion engineering design team, has stated on several occasions that it is part of the scope of work as defined in the coating specification paragraph 3.1.1. It has also been the intent of the corrosion design team to have this structure included in the project scope of work. Swalling agreed to blast and coat the structure.

- Cannot estimate completion date due to lack of coating materials.
- No lost time accidents to date. ☺

Signature: _____
          J.R. Hardenbergh

BEI3667
38599-0012
Ex 62, Page 3 of 3