DAILY SUMMARY REPORT



| BRECHAN ENTERPRISES | CONTRACT NO: | 32010 CG Task 007 |
|---|---|---|
| **LOCATION:** U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** Jerry R. Hardenbergh | **DATE:** | 14 June 2002 |

### General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Local Electric, Electrical contractor.

Weather Conditions
N/A

### Cargo Wharf Extension:

*Coatings*

- No work performed today.

*Cathodic Protection*

- Testing of the rectifiers and anodes to verify operational status indicated that one additional anode may have failed since last years commissioning of the CP system. Anode 18C has no current output. Additional testing should be performed to verify this condition.

### Original Cargo Wharf:

*Coatings*

- Contractor removing scaffolding and preparing for demobilization.
- Completing outstanding items continues.
- All coating work is complete through bent 12 and is acceptable in accordance with project specifications.

*Cathodic Protection*

- Testing of the rectifiers and anodes to verify operational status indicated that one additional anode may have failed since last years commissioning of the CP system. Anode 23H has almost no current output. Additional testing should be performed to verify this condition.

Coffman 00980
Ex 63, Page 1 of 3

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
14 June 2002

## Outstanding Items(s):

### Coatings

**2002 Outstanding Item(s):**
- None

### Cathodic Protection

**2002 Outstanding Item(s):**
- None

**2001 Outstanding Item(s):**
- Complete repairs to the negative circuit splice connections (replace split bolt connections with Burndy crimpets or exothermically weld). Seal connection with Raychem shrink sleeves (material is on site). Not part of original scope.
- Procure a new "spare" anode. The new anode at column 6D on the wharf extension was replaced due to mishandling of the anode lead wire during coating operations. The lead wire was dropped into the seawater and damaged the conductor. This anode was replaced using one of the "spare" anodes that were to be left as part of the spare replacement anodes.
- Commissioning data indicates that three of the newly installed anodes (NMD, 1C and 6D) are not functioning properly. A test anode was introduced into the circuit at the NMD location to confirm this finding. The test anode functioned properly. At the time of commissioning there was not access to the other anode splice box locations, located under the dock, to connect a test anode for verification of these results. The newly installed anodes that are not functioning properly need to be replaced by the contractor/manufacturer.
- Commissioning data also indicates that six existing anodes (31A, 15K, 9A, 3A, 10D and 14D) may have failed. Additionally, two other anodes (25H and 33E) have low current outputs. At the time of commissioning there was not access to the anode splice box locations, located under the dock, to connect a test anode for verification of these results. The remainder of the existing anodes may be nearing the end of their design life and additional failures may soon occur.
    - Rectifier 1 system: Anode 31A (existing) and NMD (new). (25H & 33E Low Output)
    - Rectifier 4 system: Anode 15K (existing).
    - Rectifier 5 system: Anode 9A (existing), 3A (existing) and 1C (new).
    - Rectifier 6 system: Anode 6D (new), 10D (existing) and 14D (existing).

Coffman 00981
Ex 63, Page 2 of 3

Daily Summary Report
USCG Kodiak Cargo Wharf Maintenance Project
14 June 2002

### Under Pier Utilities:

- Local electrical has started shore tie project and will removed abandoned conduit in conjunction with shore tie project.

### Miscellaneous:

- Estimated completion date of 15 June will be achieved.
- No lost time accidents to date. ☺
- Norton Corrosion representative John Kepler was on-site today to discuss and perform testing of 3 newly installed anodes that are not operating properly. The first meeting was conducted at 8:30AM today with Matt Holmstrom, Chris Lynch, John Kepler, John Miller, Al Boudreau and Jerry Hardenbergh present. The discussion involved Coffman Engineers test data and results, anode warranty issues, logistics involved with removing, testing and installation of the 3 anodes in question and costs associated with removal and installation of said anodes. Closeout meeting scheduled for 1:00PM.

    Immediately after the 8:30AM meeting, Jerry Hardenbergh, Al Boudreau and John Kepler went to the cargo wharf to discuss/test the 3 anodes in question. John Kepler performed all testing to satisfy his interest. John performed voltage and current measurements on all rectifiers. At the NMD anode, John performed current and voltage measurements and stated that he believes the NMD anode is working properly. At anode 1C on the original wharf, John performed current measurements and believes that this anode may have failed. And at anode 6D on the cargo wharf extension, John performed voltage and current measurements and believes that this anode has failed also.

    Closeout meeting at 1:00PM included all attendees listed in the 8:30AM meeting with the addition of USCG representative Joel Dolbeck. John Kepler with Norton Corrosion stated his opinion of the 3 anodes in question and believes that the NMD anode is operating properly and that the other two anodes may have failed. Jerry Hardenbergh was asked his opinion of John's findings and he stated that John did not perform all testing necessary to determine if anode NMD was actually operating properly and still believes that the NMD is not operating properly. It was then determined to remove the 3 anodes in question and ship to Norton's office for additional testing and repair or replacement if necessary. The discussion also involved the possibility of using a local diving company to remove the anodes and install the two spare anodes that are on-site.

Signature: _J.R. Hardenbergh, NACE Certified Coating Inspector #1750_
J.R. Hardenbergh

Coffman 00982
Ex 63, Page 3 of 3