| SOLICITATION OFFER AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. DTCG50-02-R-643J55 | 2. TYPE OF SOLICITATION<br>☐ SEALED BID (IFB)<br>☒ NEGOTIATED (RFP) | 3. DATE ISSUED 04/03/2002 | PAGE OF PAGES of |
|---|---|---|---|---|

IMPORTANT - The "offer" section on page 2 must be fully completed by offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|

| 7. ISSUED BY                                    CODE | 8. ADDRESS OFFER TO |
|---|---|
| Contracting Officer<br>USCG FDCCPac<br>915 Second Ave., Room 2664<br>Seattle, WA 98174-1011 | Same as Block 7. |

| 9. FOR INFORMATION CALL | A. NAME ANITA REPANICH | B TELEPHONE NO. (Include area code) (NO COLLECT CALLS) 206-220-7426 |
|---|---|---|

### SOLICITATION

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

**10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS** (Title, identifying no., date):

Bid Items - See SECTION B and Instructions in Section L

Davis Bacon Area Wage Rates are applicable to this project.

This procurement is a small business set-aside.

Any amendments issued to this solicitation will be posted at www.eps.gov

NOTE: There is a preproposal conference scheduled for 16 May 2002. See Section L, para 7 for more information.

**11.** The contractor shall begin performance within __*__ calendar days and complete it within __*__ calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. (See 52.211-10 )

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (If "YES", indicate within how many calendar days after award in Item 12B.) ☒ YES ☐ NO | 12B. CALENDAR DAYS Ten |
|---|---|

**13. ADDITIONAL SOLICITATION REQUIREMENTS:**

A. Sealed offers in original and __4__ copies to perform the work required are due at the place specified in Item 8 by __4:00 PM__ (hour) local time __06/07/2002__ (date). If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is, ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than __60__ calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

STANDARD FORM 1442 (Rev. 4-85)

USCG-203408

53.301-1442                                               FEDERAL ACQUISITION REGULATION (FAR)

OFFER (Must be fully completed by offeror)

| 14. NAME AND ADDRESS OF OFFEROR (Include ZIP Code) | 15. TELEPHONE NO. (Include area code) |
|---|---|
| ˙chan Enterprises, Inc.<br>2˙05 Mill Bay Road<br>Kodiak, Alaska 99615 | 907 486-3215 |

16. REMITTANCE ADDRESS (Include only if different than Item 14)

DUNS: 044035061

email address: fandrinc@gci.net

CODE _____ FACILITY CODE _____

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing ____ calendar days after the date offers are due. (Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)

AMOUNTS ▶   Provide your proposed coefficients with your price proposal in accordance with the instructions in Section L.

18. The offeror agrees to furnish any required performance and payment bonds

19. ACKNOWLEDGMENT OF AMENDMENTS
(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)

| AMENDMENT NO. | 0001 | 0002 | 0003 | | | | |
|---|---|---|---|---|---|---|---|
| DATE | 5/8/02 | 5/23/02 | 5/31/02 | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|
| W.E. Oliver, vice president | [signed] W.E. Oliver | June 6, 2002 |

AWARD (To be completed by Government)

21. ITEMS ACCEPTED:

| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA |
|---|---|

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO |
|---|---|---|
| | 7 | ☐ 10 USC 2304(c) ( )  ☐ 41 USC USC 253(c) ( ) |

| 26. ADMINISTERED BY       CODE | 27. PAYMENT WILL BE MADE BY |
|---|---|
| See Block 7 | USCG Finance Center<br>1430A Kristina Way<br>Chesapeake, VA  23326-0324<br>For payment inquiries, call: (757)523-6940 |

CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

| ☒ 28. NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ____ copies to issuing office.) | ☐ 29. AWARD (Contractor is not required to sign this document.) |
|---|---|
| Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, ce˙ tions, and specifications or incorporated by reference in or attached to this cc˙ ˙. | Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. |

| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN (Type or print) | 31A. NAME OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Anita Repanich | |
| 30B. SIGNATURE              30C. DATE | 31B. UNITED STATES OF AMERICA       31C. AWARD DATE |
| [signed] Anita Repanich    18 July 02 | BY |

Ex 64, Page 2 of 7

USCG-203409

# UNITED STATES COAST GUARD
## Facilities Design and Construction Center Pacific

**REQUEST FOR PROPOSAL
INDEFINITE DELIVERY-INDEFINITE QUANTITY
MULTI TRADE CONSTRUCTION CONTRACT**

**U.S. COAST GUARD INTEGRATED SUPPORT COMMAND
KODIAK, ALASKA**

**DTCG50-02-R-643J55**


1442.doc

TO ACCESS THE STANDARD FORM (SF) 1442, DOUBLE-CLICK ON ABOVE ICON.
AFTER OBTAINING THE SF 1442, CLOSE THE DOCUMENT AND CONTINUE SCROLLING DOWN
FROM THIS POINT TO OBTAIN THE REMAINDER OF THE Request FOR PROPOSALS (RFP).

PLEASE MAIL YOUR PROPOSAL TO THE ADDRESS LISTED IN BLOCK 7 OF SF-1442.

### NOTICE TO OFFERORS

It is the policy of the Coast Guard to issue solicitations and make contract awards in a fair and timely manner. To further this policy, the Commandant has created the position of Solicitation Ombudsman
who is empowered to investigate issues raised by prospective offerors and resolve them, where possible, without expensive and time-consuming litigation.

Potential offerors who believe that a Coast Guard solicitation is unfair or otherwise defective, should first direct their concerns to the cognizant Contracting Officer.
If the Contracting Officer is unable to satisfy the concerns, the offeror should then contact the Coast Guard Solicitation Ombudsman at the address below:

> Commandant (G-CPM/3)
> 2100 Second Street, SW
> Washington, D.C. 20593
> Telephone: (202) 267-2285
> FAX: (202) 267-4011

Potential offerors should provide the following information to the Ombudsman in order to insure a timely response: Solicitation Number, Contracting Office, Contracting Officer and the solicitation closing date.

USCG-203410

# TABLE OF CONTENTS

## PART I – THE SCHEDULE

| SECTION | TITLE | PAGES |
|---|---|---|
| A | Solicitation & TOC | 1 - 2 |
| B | Supplies or Services and Prices/Costs | 3 - 5 |
| C | Description/Specifications/Statement of Work | 6 - 65 |
| D | Packaging and Marking | 66 |
| E | Inspection and Acceptance | 67 - 68 |
| F | Deliveries or Performance | 69 - 73 |
| G | Contract Administration Data | 74 - 76 |
| H | Special Contract Requirements | 77 - 81 |

## PART II – CONTRACT CLAUSES

| I | Contract Clauses | 82 - 88 |
|---|---|---|

## PART III – LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS

| J | List of Attachments | NA |
|---|---|---|

## PART IV – REPRESENTATIONS AND INSTRUCTIONS

| K | Representation, Certifications, and Other Statement of Offerors | 89 - 96 |
|---|---|---|
| L | Instructions, Conditions, and Notice to Offerors or Respondents | 97 - 107 |
| M | Evaluation Factors for Award | 108 - 111 |

## SECTION B - SCHEDULE OF PRICES

### OFFERS

    (a) The offeror must submit **one coefficient factor** for the **line items below**, supported by a detailed cost breakdown on how the coefficient factor was developed. **Refer to Paragraph L.8.2 (Volume II Cost)** for instructions on submitting your cost proposal.

| CONTRACT LINE ITEM NUMBER | DESCRIPTION | COEFFICIENT % FACTOR |
|---|---|---|
| 0001 | DELIVERY ORDER COEFFICIENT FOR ALL WORK | 12% <br> 1.12 |

3

NOTES

## COEFFICIENT

(a) **The coefficient factor** will be the multiplier used to determine the price of the work for each task on individual delivery orders. The offeror's price coefficient must be all inclusive and must contain the Prime Contractor's and Subcontractor's overhead, profit, bond premiums, social security contributions, general insurances, workman's compensations insurance, state unemployment insurance, federal unemployment insurance, mobilization and demobilization costs, labor factor adjustments between the Means given labor rates and the Davis/Bacon Labor Rates included in the contract, Prime's overhead and profit on Subcontractors, supervision, transportation, adjustment factors to account for small jobs, incidental tools and equipment, Means Division I items identified below, any markups for materials and all contingencies in connection therewith, since no allowance will be made later for additional costs. The offeror's price coefficient should not include any costs for Longshoremen and Harbor Worker's Act Insurance. These costs will be compensated as non-pre-priced work when applicable.

(1) Costs of items in Division 1 of the RSMeans *Facilities Construction Cost Data* base are already included in the line item cost extension for that item. Therefore, such items as small tools, and other Division 1 items not specifically included below are to be considered as included in the coefficient and the line item extended price. The following items from Division 1 of the RSMeans *Facilities Construction Cost Data* base *shall not be included* in the coefficient and may be added or used as separate and distinct line items when preparing estimates for Task Orders:

> Section 01107-700: "Surveying"
> Section 01450-500: "Field Testing"
> Section 01540-750: "Scaffolding" items under Construction Aids
> Section 01540-755: "Scaffolding Specialties" under Construction Aids
> Section 01590: "Equipment Rental" (this may be used only if the other line item chosen does not include equipment necessary to perform the work).

(2) Non-pre-priced work to be included in each task order may be proposed by the Contractor or Government.

## NON-PRE-PRICED WORK:
(a) Facilities engineering tasks that are not specifically included in the Means Facilities Construction Cost Data base, but that are within the basic intent and general scope of the contract.
(b) Facilities engineering tasks that are included in the Means Facilities Construction

4

   Cost Data base, but require adjustment because of unusual site conditions, which differ materially from those ordinarily encountered and generally inherent in the character of the work provided for in the contract.
 (c) Longshoremen and Harbor's Worker's Act Insurance Costs. Non-pre-priced items may be negotiated by the Contracting Officer and added by modification at any time during the contract period. Added items of work shall be incorporated into and made a part of the delivery order and shall be performed at the negotiated unit price and multiplied by the applicable coefficient bid by the Contractor. Previously non-pre-priced work items may subsequently be added to the contract as pre-priced items for use on additional task orders.

Non-pre-priced work to be included in an individual requirement must be proposed by the Contractor in a format acceptable to the Government. All non-pre-priced items shall be negotiated on an individual basis. The non-pre-priced item shall be determined by three (3) written estimates from verifiable sources (market surveys, published price list, catalog prices, subcontractor quote or estimate, etc.) provided by the Contractor to the Contracting Officer for verification and approval. Contractor's discounts and Contractor list prices shall be passed onto the Government. The non-pre-priced item shall be multiplied by the coefficient.

For categories (a) and (b) above, the labor rate taken shall be the bare cost from Means for the particular trade involved. This information is available from the "Crews" section. This rate shall then be multiplied by the appropriate installation weighted average city cost index. Productivity, (i.e. the number of man hours required), shall be from Means for work of a similar nature whenever possible. Finally, line items shall be multiplied by the contractor's coefficient.

Coefficients should be represented in your proposal as follows. An offer of "net" would be represented by "1.0". An example of a decrease from the prices listed in RS MEANS ® would be "0.98". An example of an increase above the prices in RS MEANS ® would be "1.10". The proposed coefficient can be two decimal places.

Proposers are required to use the Ketchikan City Cost Index in calculating their coefficient. There are items that the Ketchikan City Cost Index does not compensate adequately for while performing work on Kodiak. When computing and proposing your coefficient you address these areas and how your proposed coefficient does or does not take them into account. Refer to the RFP, page 111, Evaluation Areas, Price Cost, para C addressing the completeness, reasonableness and realism of your coefficient.