**Dave Olson**

**From:** Matt Holmstrom [mholmstrom-bei@gci.net]
**Sent:** Tuesday, September 17, 2002 6:06 PM
**To:** Jason Peterson
**Subject:** RE: cargo wharf coating

Jason - like we discussed earlier today, Coffman erred on the plans regarding SF of coating. Bottomline is that Swalling coated 15,500 SF. Based on 40,000 total SF, you should plan on 24,500 SF to be coated. All H-pile.

Swalling used SP-1864.

Swalling tested the entire structure for lead...no lead present.

Matt

-----Original Message-----
From: Jason Peterson [mailto:jasonp@absoluteenv.com]
Sent: Tuesday, September 17, 2002 10:42 AM
To: 'Matt Holmstrom'
Subject: RE: cargo wharf coating


Matt- Tom says the drawings say 12,255sqft for section "B" why do you say there is 24,000sqft? Also, which coating sysytem did swalling use on "A" and do we have any lead testing results from swallings project, if so can we see them?

Jason

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Tuesday, September 17, 2002 7:05 AM
To: Jason Peterson
Subject: cargo wharf coating


Jason - I rec'd the fax yesterday. What's the basis of the 12,255 SF of coating? The coating to be done is approximately twice that amount. I'll call you today. We need to be accurate for the meeting tomorrow. Thanks. Matt

1