# Absolute Environmental Services, Inc.

P.O. Box 112807 Anchorage, Alaska 99511-2807
(907) 346-4490 FAX (907) 346-4491
Revised

October 22, 2002

Brechan Enterprises, Inc.
Attn: Matt Holmstrom
2705 Mill Bay Road
Kodiak, Alaska 99615

RE:  ISC Kodiak Cargo Pier Kodiak Island – Piles 13, 14, 15 of 2A, and 2B

Subject:  Firm Cost Estimate for Removal and Application of Coatings

Dear Mr. Holmstrom;

Absolute Environmental Services, Inc. in conjunction with Imperial Industrial Coatings Corp. (IICC) has prepared the following cost estimate for the removal of the existing coatings and application of new coatings according to the project plans and specifications.

Absolute Environmental Services, Inc. intends to team with Imperial Industrial Coatings Corp. of Grand Terrace, California for this project. IICC will provide all technical expertise and qualified supervision for the removal of the existing coatings and the application of the new coatings. Absolute Environmental Services, Inc. owns the specific equipment that will be utilized for the project. In addition, Absolute Environmental personnel will work with IICC personnel in operating the equipment and performing the work. All work will be performed under the direct supervision of IICC.

The plans and specifications and work have been thoroughly reviewed including a jobsite visit by Tom Puett and David Olson. Imperial Industrial Coatings safety and quality control programs under the direction of Tom Puett meets all the requirements of SSPC QP1, QP2, &QP3.

Procedures:
1. Filter tarps 1 micron will be attached to the steel structure to catch all grindings, abrasive, old paint and water.
2. Side tarps (solid) will be attached to stop fling debris and help maintain climate control during bad weather.
3. Placement of electrical heater to work during inclement weather.
4. Side tarps will be placed on cables so they can be opened or closed. During inclement weather the tarps will be secured to the piles.
5. Grinding of structural edges will be the first order of production work.(off shift/ bad weather)
6. Removal of existing coatings will be accomplished using ultra high pressure water 30,000-

BEI1351
38599-0012

40,000 PSI (off shift/ bad weather)
7. Placement of cofferdams on piles will be done after the removal of existing coating. (off shift/ bad weather)
8. On good weather days the surfaces to be coated will be sweep blasted SSPC-10 to remove flash rust and then coated. Wet areas will be dried using weed burners to remove surfaces and steel moisture.
9. The stitch welds will be caulked as needed.

Inclusions
1. Removal and application of coatings per the scope of work
2. Transportation, Room & Board
3. One mobilization to and from Kodiak
4. Insurance

Proposal                                                                   $995,850.00
Nine Hundred Ninety-five Thousand Eight Hundred Ninety-five Dollars and No/100's

Exclusions:                                      4 MOS.
1. Temporary water, and sanitation facilities
4 MOS. 2. Forklift for loading and unloading of equipment                  /245000
3. Electricity and electrical hookups (110 single to 480 three-phase)
4. Welding structural repairs
EXCLUDE 5. Removal of thermite grounds
FROM    6. Removal of CP circuit headers                                    = *40,65/¢ ±
OVERALL 7. Removal of rectifier/cable bonds
SCOPE OF 8. Removal of 1.7 - 1.7.5              (1.7.3.1 - 1.7.3.8)
WORK    9. Bond (2.5%)

Should you have any questions or require additional information, please contact me at (907) 346-4490.

Sincerely,

David E. Olson
Absolute Environmental Services, Inc.

BASED ON
4 MOS.