Brechan Enterprises, Inc.                Job Cost Billing Detail                10-23-2002    Page 1

| Cost Code | Category | Accounting Date | Description | Vendor | Invoice | Amount |
|---|---|---|---|---|---|---|
| 11010 | IDIQ-FDCC-Cargo Pier Upgrades | | | | | |
| 3.001 | Subcontract | 07-31-01 | Kodiak Harbor | SWALLING CONSTRUCTION | PE 7-31-01 | 203,250.00 |
| | Subcontract | 07-31-01 | Kodiak Harbor | SWALLING CONSTRUCTION | PE 7-31-01 | 203,250.00- |
| | | | | | Category Total | .00* |
| 7.001 | Subcontract | 07-31-01 | Kodiak Harbor | SWALLING CONSTRUCTION | PE 7-31-01 | 203,250.00 |
| | Subcontract | 09-30-01 | PE 8/31/01 | SWALLING CONSTRUCTION | 9-1-01 | 147,376.00 |
| | Subcontract | 09-30-01 | PE 9/30/01 - Cargo Pier | SWALLING CONSTRUCTION | PE 9/30/01 | 129,783.00 |
| | Subcontract | 10-31-01 | Kodiak Harbor PE 10/31/01 | SWALLING CONSTRUCTION | PE 10/31/01 | 45,532.00 |
| | Subcontract | 03-31-02 | Cargo Pier-H Pile | SWALLING CONSTRUCTION | 033102 | 30,241.95 |
| | Subcontract | 04-30-02 | PE 4/30/02 | SWALLING CONSTRUCTION | 4/30/02 | 60,566.80 |
| | Subcontract | 05-31-02 | PE 5/31/02 | SWALLING CONSTRUCTION | PE 5/31/02 | 116,815.20 |
| | Subcontract | 07-31-02 | PE 6/30/02-100% | SWALLING CONSTRUCTION | PE 6/30/02 | 51,380.00 |
| | | | | | Category Total | 784,943.95* |
| 17.001 | Subcontract | 10-31-01 | USCG Dock Test Blast | SWALLING CONSTRUCTION | PAY REQ 1 | 7,100.00 |
| 17.002 | Subcontract | 10-31-01 | BackCharge-Adode 6D | SWALLING CONSTRUCTION | 103101 | 4,756.98- |
| | Subcontract | 10-31-01 | USCG Dock Coatings | SWALLING CONSTRUCTION | PAY REQ 3 | 12,330.00 |
| | Subcontract | 03-31-02 | (Rev)BackCharge-Adode 6D | SWALLING CONSTRUCTION | 103101 | 4,756.98 |
| | Subcontract | 03-31-02 | BackCharge-Adode 6D | SWALLING CONSTRUCTION | 103101 | 4,756.98- |
| | Subcontract | 03-31-02 | (Rev)BackCharge-Adode 6D | SWALLING CONSTRUCTION | 103101 | 4,756.98 |
| | | | | | Category Total | 12,330.00* |
| 17.004 | Subcontract | 12-31-01 | Letter dated 113001 | SWALLING CONSTRUCTION | 113001 | 13,017.50 |
| | | | | | Job Total | 817,391.45* |

Post-it Fax Note 7671  Date 10/23  # of pages 1
To: Jcas    From: Bill
Co./Dept.    Co.
Phone #     Phone #
Fax #       Fax #

NOTE: WE PAID SWALLING ROUGHLY $800K FOR 15500 ∅
= $51.60/∅

BASIC PAY REQUEST TOTAL FOR "PILE COATING" WAS $747,600/15500∅
= $48.23/∅

BEI1066
38599-0012