## Cargo Wharf Maintenance Phase 2 Coating SOW
## 11/27/02

Provide labor, materials and equipment for steel waterfront coating services on the Original Cargo Wharf, bents 12-33 including all access ramps IAW attached specifications and drawings.

The contractor shall also provide a full time quality assurance inspector for the duration of this task.

Performance period of the task is 120 days from scheduled start date.

Please include the following in your cost proposal package:
1. A cost breakdown for mobilization, demobilization, scaffolding, coating work and QA services.
2. Baseline schedule for task.
3. Proposed work plan to minimize impact on CG operations (vessels).
4. Proposed submittal log.