RE: Kodiak 2002 Coating Specification

**Jason Peterson**

**From:** Matt Holmstrom [mholmstrom-bei@gci.net]
**Sent:** Wednesday, November 27, 2002 10:19 AM
**To:** Jason Peterson
**Cc:** Tom Puett
**Subject:** RE: Kodiak 2002 Coating Specification

nothing changed that impacts coating work from the 11/25 version. matt

-----Original Message-----
**From:** Jason Peterson [mailto:jasonp@absoluteenv.com]
**Sent:** Wednesday, November 27, 2002 9:58 AM
**To:** 'Matt Holmstrom'
**Subject:** RE: Kodiak 2002 Coating Specification

Matt, did this final spec change from the one dated Nov. 25, 2002 you sent a couple of days ago? Notice on the spread sheet for the wet well, that the Mortor coat application numbers don't jive, don't know how that happened, other than I didn't change those numbers because that work didn't change in this revised scope.

Jason

-----Original Message-----
**From:** Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
**Sent:** Wednesday, November 27, 2002 9:24 AM
**To:** Tom Puett; Jason Peterson
**Subject:** FW: Kodiak 2002 Coating Specification

final coating spec is attached. The game is officially on. Once Jason forwards the means spreadsheet we'll forward our proposal. stay tuned. thanks. Matt

-----Original Message-----
**From:** Stears, Dan [mailto:Stears@alaska.coffman.com]
**Sent:** Tuesday, November 26, 2002 11:08 PM
**To:** 'Matt Holmstrom'; 'Andy Brown'
**Cc:** Hardenbergh, Jerry
**Subject:** RE: Kodiak 2002 Coating Specification

Andy/Matt,

I have attached the latest revised specification. The following are responses to Andy's comments:

BEI2132
38599-0012
Ex 70, Page 1 of 3

02
2.

02/18/2003

BEl21133
3R599-0012

RE: Y                   P    of 3

k 2002 Coating Specification

1. The correct dimension is one inch thickness.

2. Accepted.

3. Typically boulders/large rocks are not removed. It is often very difficult and expensive to remove the boulders. I am not aware of any that may be encountered, except as you approach shoreline where the riprap is. Shoreline is a good example of encountering boulders and not being able to coat down to 107' or mudline (obviously would not remove the riprap to coat the pile).

4. I added the verbiage "Turning the cathodic protection systems on/off shall be coordinated with the Contractor's Representative and COR." I agree, you don't want painter's turning on/off cathodic protection systems. The commissioning report should be part of the annual survey (both would typically be done at the same time). Jerry has done the commissioning report/annual survey and the POL pipelines annual survey the last couple of years.

5. I put in both the COR and Contractor's Representative. Inspections are done multiple times a day, therefore the COR only oversees a few of them, whereas the Contractor's Representative (Jerry previously), oversees many of the inspections.

Feel free to give me a call or email me if there are other questions or revisions,

Dan
907-441-7999 (cell)
907-276-6664 (office)

-----Original Message-----
**From:** Matt Holmstrom [mailto:mholmstrom-bel@gci.net]
**Sent:** Tuesday, November 26, 2002 3:49 PM
**To:** Dan Stears
**Subject:** FW: Kodiak 2002 Coating Specification
**Importance:** High

Dan - please see comments below from Andy Brown. The biggest question is what to do with the boulders. Please give your recommendation. I don't see the value in removing, but the CG is looking for your expertise. thanks. matt

-----Original Message-----
**From:** Brown, Andrew LT [mailto:ABrown@pacnorwest.uscg.mil]
**Sent:** Tuesday, November 26, 2002 8:44 AM
**To:** 'Matt Holmstrom'
**Cc:** Brown, Andrew LT
**Subject:** RE: Kodiak 2002 Coating Specification
**Importance:** High

Matt,

A couple of comments. Just sent to you, I will let you forward on to Dan, some are just minor changes. Thanks for keeping this moving.

BEI21134
38599-0012

RE: k 2002 Coating Specification

Page 3 of 3

02/18/2003

Andy

1. Paragraph 1.1.3.1.d, last sentence. Should it be 1° or 1'?

2. Paragraph 2.2.2, replace "Engineer" with "Contracting Officer's Representative (COR).

3. Paragraph 3.1.1, why not remove rocks/boulders that are lodged next to piling?

4. Paragraph 3.2.1.4, if the CP system is de-energized for the duration of the coating project, we would like it re-energized with a commissioning report.

5. Paragraph 3.5.9, replace "Contractor's Representative" with "Contracting Officer's Representative."

Matt/Andy,

-----Original Message-----
From: Stearn, Dan [mailto:Stearn@alaska.coffman.com]
Sent: Tuesday, November 26, 2002 3:37 AM
To: 'Matt Holmstrom'; 'Andy Brown'
Cc: Hardenbergh, Jerry
Subject: Kodiak 2002 Coating Specification

Attached is the revised coating specification. I made minor changes throughout the document to get rid of extraneous information and to incorporate "lessons learned". I suggest you look at Sections 1.7.3.6 and 3.1.1 in particular. I believe these modifications adequately incorporates what has been previously discussed.

If you have any questions, please call my cell phone 907-441-7999 as I will be out of the office for most of the day.

Thanks,

Dan

<<2002 Coating Spec.doc>>