

**BRECHAN ENTERPRISES, INC / GENERAL CONTRACTORS**

2705 Mill Bay Road • Kodiak, Alaska 99615

December 4, 2002

Maggie Wilson
Contracting Officer
USCG FD&CC PAC
915 Second Ave., Room 2664
Seattle, WA 98174-1011

Subject: DTCG50-02-D-643J55
Cargo Wharf Pile Coating Phase II

Dear Maggie:

Please consider this our cost proposal for the subject task order in accordance with your RFP dated 11/29/02.. We propose to accomplish the required work for $1,413,020.00. Our proposal, prepared to the maximum extent possible using the Means Facilities Construction Cost Data, is detailed on the attached spreadsheet.

COMMENTS:

SCOPE:

COST:

SCHEDULE: Construction is estimated to be four (4) months.

Sincerely,

BRECHAN ENTERPRISES, INC.

Matt Holmstrom, P.E.
Project Manager

Enclosures

PHONE: 907.486.3215 • FAX: 907.486.4889
ALASKA BUSINESS #001858 • ALASKA CONTRACTORS #AA441
We Are An Equal Opportunity Employer
BEI1078
38599-0012
Ex 71, Page 1 of 3

*[Handwritten annotations in upper right:]*
```
  1,413,000
<1,000,000> AFS
─────────
   413,000
 <113,000> COFFMA
─────────
   300,000
  <20,000> LOCAL
```

BRECHAN ENTERPRISES

December 3, 2002

Subject: Cargo Wharf Pile Coating, Ph. 2

WORK BREAKDOWN ITEMS

1. COATING (Means)

| | | |
|---|---|---|
| A. Mobilization/tools | $ 63,987.47 | |
| B. Scaffold | $ 84,138.10 | |
| C. Containment: | | |
|     Tarps | $ 318,114.21 | |
|     Cofferdams | $ 428,693.93 | |
| D. Pile Prep | $ 209,819.56 | |
| E. Pile Coating | $ 145,228.73 | |

**MEANS COATING TOTAL**        $1,249,982

| | | |
|---|---|---|
| 2. Remove and reinstall cathodic protection | $12,570 | Non-pre-price |
| 3. Remove under pier utilities | $7,000 | non-pre-price |
| 4. Repair defective structural welds (1.7.3.6) | $10,000 | non-pre-price |
| 5. CP commissioning report | $ 3,500 | non-pre-price |
| 6. QA services | $112,500 | non-pre-price |

(Based on $25,000/month for 4.5 months. 4 months construction and 1 week prior to start, and 1 week after completion)

NON-PRE-PRICE SUB-TOTAL        $145,570
12% markup                     $ 17,468
**NON-PRE-PRICE TOTAL**        $163,038

U.S. Department of Transportation
United States Coast Guard

# Pre/Post Negotiation Memorandum

| CONTRACTING ACTIVITY: | USCG FD&CC PACIFIC |
|---|---|
| DATE: | 10-Dec-02 |
| CONTRACT NUMBER: | DTCG50-02-D-643J55 |
| PROJECT NUMBER: | 33S01171 |
| PROCUREMENT DESCRIPTION: | Cargo Wharf Coating Phase 2 |
| CONTRACTOR: | Brechan Enterprises |

| | | Contractor's Proposal | Government Estimate | Revised Government Estimate | Negotiated Amount |
|---|---|---|---|---|---|
| | Date | 04-Dec-02 | 27-Nov-02 | 06-Dec-02 | ~~04-Dec-02~~ |
| 1 | Total Labor | $173,543.64 | $0.00 | $0.00 | $143,809.24 |
| 2 | Total Material/Equipment | $689,608.06 | $0.00 | $0.00 | $719,342.46 |
| 3 | Subtotal*CCI ((1+2)*CCI) | $1,116,055.15 | $0.00 | $0.00 | $1,116,055.15 |
| 4 | Non-PrePriced Work | $145,570.00 | $0.00 | $0.00 | $145,570.00 |
| 5 | Subtotal (3 + 4) | $1,261,625.15 | $0.00 | $0.00 | $1,261,625.15 |
| 6 | Total (sub *1.12) | $1,413,020 | $1,200,000 | $1,500,000 | $1,413,020 |

NEGOTIATION SCHEDULE: The level of effort for this work will be negotiated by LT Brown. On pricing, 12% JOC coeficient has been accepted in basic contract.

FACT-FINDING: Area's of effort to negotiate/consider in the contractors proposal

| 1 | PM has performed a thorough review of contractor's proposal and SOW. |
|---|---|
| 2 | GE was revised to reflect costs closer to what was actually paid on phase 1 of the project for the coating and QA work. Original GE used $40 sf plus some $ for mob/demob. Original GE was roughly $42/sf when we actually paid about $51/sf last year. This sf cost includes, mob/demob/tools, scaffolding, contaitnment, pile preparation and pile coating work. Revised GE uses $50/sf for this work. Negotiated amount works out to be just under $50/sf, which is consistent with what we paid last year. Original GE used $10K/month for QA services, when the actual costs for last years services were closer to $23K/month. Revised GE uses $25K/month. |
| 3 | Original GE did not include any costs associated with removing under pier utilities and CP system components in areas of coating work, nor did it account for structural welds as needed or a CP comissioning report. The CP system will need to be shut down during the period of this task. The revised GE includes additional $$ for these work items. |
| 4 | The contractor has a solid grasp on the SOW as this is the 2nd phase of a two phase project. Phase 1 was completed earlier this year by the same general contractor. |
| 5 | Contractor's proposal is considered fair and reasonable as the unit costs are consistent with those proposed and accepted in phase 1. |
| 6 | Recommend award of task. |

M/M RNG O.K.

If Objective is accomplished, then no further record of negotiation will be made. Approval of the order is recommended. The price is considered fair and reasonable based upon the government estimate and the above comments. Although individual items of the work were discussed, negotiations were done on a bottom line basis.

~~PRENEGOTIATION OBJECTIVE APPROVED.~~

_____ 12/11/02
Project Manager / Date

_____ 11 Dec 02
Margaret Wilson
Contracting Officer / Date

Record of Negotiations if Objective not met. Attach supporting documentation.
**Note: Prenegotiation Objective met. Supporting discussions/documentation not needed.**

Ex 71, Page 3 of 3