12/18/02   JESS

CARGO WHARF PH 2
COSTS

AES/IIC           995,850 ✓ ⎤
                            ⎬ NEED SUBCONTRACT
LOCAL              12,570 ✓ ⎦

BEI                17,000

COFFMAN:
A. CP COMMISSIONING REPORT   3,500  ⎤  I NEED/WILL WORK
B. QA (HARDENBERGH)        112,500  ⎬  W/ COFFMAN
                           -------  ⎦  ON PROF. SVC.
TOTAL COFFMAN              116,000     AGREEMENT

TOTAL COSTS              1,141,420

D.O. AMT.                1,413,020
                         ---------

(EST. MARGIN             $271,600)

BEI2879
38599-0012

Ex 72,