USCG ISC Kodiak Alaska
Cargo Wharf Maintenance
Design Build Project

# Proposed 2003 Pre-Job Conference Agenda
February 18, 2003

- Introduction of Participants
  Matt Holmstrom          Brechan Construction     General Contractor
  Dan Stears              Coffman Engineers
  Jerry Hardenbergh       Coffman Engineers
  Lawrence Radcliffe      Coffman Engineers

  *[handwritten: Tom Puett/MAC (IIC); Todd Elmore/Jason P. (AEC); Tim Lawrence (Polar Supply)]*

- Project Scope – Review the following:
  a. Coating & Demolition
  b. Electrical →
  c. Cathodic Protection → *[handwritten: Jerling]*
  d. Dock Repairs

  *[handwritten margin notes:*
  *- Containment?*
  *- Seal weld*
  *- Weld repair*
  *- "Caulk seal" prior to coating*
  *- Remove unused appurtenances]*

- Schedule and Coordination of Work
  a. Coating start date and schedule
  b. Other work start date and schedule
  c. Define points of contact for each work activity.

4. Jerry Hardenbergh's role and authority.
   a. Which crafts/sub-contractors is Jerry coordinating?
   b. Who are Jerry's points of contact for each sub-contractor?
   c. Does Jerry have the authority to stop work?
   d. If so, who gets notified and in what way.

5. Scaffolding coordination between contractor, applicator and other crafts.

6. Review Submittal Log.

   *[handwritten: USCG FACC Comments]*

7. Will the coating contractor have a NACE Certified coating inspector? Will coating contractor use their own coating inspection equipment?

8. USCG personnel.
   a. Who is the USCG Contracting Officer's Representative (COR)? *[handwritten: John Miller]*
      - What is the COR's role and responsibilities?
      - How is he contacted?
      - When will he be on site?
      - Who fills his role when he is offsite?

      *[handwritten: Schedule ✓  min. surprises ✓]*

   b. Who is the USCG contact for ship scheduling? *[handwritten: Pete Stevens]*

9. Discuss coordination of USCG ship schedule

10) Review Coating Specification and specifically discuss the following:

a) Discuss extent of coating at wharf access ramps.

b) Abrasive and dust on ships was a problem last year. How will we reduce the amount of dust landing on the ships?

c) Paint and thinner storage was an issue last year. Need better containment of coating materials.

d) Discuss CP grounding wire connections.  LOCAL

e) Discuss weld preparation. Structural members that need replacing? BEI

f) Ensure adequate amount of coating materials on-site. Material logistic problems last year. Do not want to repeat.

g) Remind care of anode lead wires. Do not drop in water.

h) Is there any question as to what is to be coated?
   i) Pile Surfaces
   ii) Structural Supports
   iii) Areas near mudline
   iv) Near shoreline (Riprap against some piles)
   v) Edges
   vi) Cadwelds

i) Hold Points – Coffman would like to agree on specific inspection hold points, how they will be utilized, and when work will proceed.

j) Contractor coating inspector? If so, need inspection reports by noon the next day. Will he be provided a cell phone?

k) Quality Control & Workmanship
   i) Runs & Sags
   ii) Holidays
   iii) Tides
   iv) Repairs

(LONNIE WHITE DIVER AS NEEDED)

(CLEANUP) ISCK ENVIRONMENT OVERSIGHT