

*INSPECTION REPORT*

# BRECHAN ENTERPRISES

**DATE:** 28 April 2003

**LOCATION:** U.S. COAST GUARD ISC KODIAK
KODIAK, ALASKA

**PROJECT TITLE:** CARGO WHARF PILE COATING PHASE I

**INSPECTOR:** *Jerry R. Hardenbergh*

**PROJECT NO:**

On April 25th 2003 a visual inspection was performed on the USCG Kodiak Cargo Wharf pile coating system that was applied during the 2001 and 2002 construction seasons. The coating system that was applied is a 100% solids liquid polyurethane, manufactured by Specialty Polymer Coatings Inc. The coating system was applied by Swalling Construction and project inspection/oversight provided by Coffman Engineers.

## *ORIGINAL CARGO WHARF:*

All structural steel from column lines 1 through 12 were recoated on this section of the cargo wharf. This section of coating was applied during the spring of 2002, approximately 1 year ago. The configuration of the H-shape piles and 5" square tube diagonal members, along with the properties of this coating system made this the most difficult section to coat. In addition, this section also encountered surface defects that included: weld spatter, poor weld workmanship, very rough weld profiles, weld undercutting, column splice weld run-off tabs and areas requiring seal welding.

Consequently the coating contractor was having difficulties obtaining a holiday free coating system on the H-pile splice weld locations. After many discussions regarding the surface preparation difficulties, Coffman Engineers developed revised criteria for the CG to approve. The criteria developed by Coffman still gave the cargo wharf coating system a 25-year life, see memo dated 30 October 2001. During the discussions and development of the revised criteria, it was noted that this most likely would lead to rust streaking from the column splice areas.

During the April 25th inspection, it was evident that rusting was occurring at some of the splice areas, steel pile to concrete interface and from concrete form support angles welded only on three sides. Seal welding the form support bracket was removed from the revised criteria and replaced with stripe coating or caulking. This type of rusting was expected as noted in memo dated 30 Oct. 2001.

**Acceptable Rusting & Streaking:**



Rust staining from concrete form support.



Rust staining from steel pile to concrete interface

*Inspection Report*
*USCG Kodiak Cargo Wharf Coating Project*
*28 April 2003*

Other areas of rusting (Unacceptable rusting) observed were coating repair areas not adequately repaired, areas missed (scaffolding covered), areas of coating damage from scaffolding removal, boats, etc. and areas possibly missed during holiday inspection.

**Unacceptable Rusting:**



| Mechanical damaged area. | Scaffolding covered areas missed. |
| Repair area not properly repaired. | Missed part of repair area. |

The majority of the coating system appears visually acceptable and performing as designed. In areas, the coating system also appears rough and not a uniform surface. As identified when this system was applied, the rough surface does not compromise the properties of the coating system and although maybe aesthetically unappealing, is providing corrosion protection as designed.

## *CARGO WHARF EXTENSION:*

All structural steel and 24" diameter pilings under the cargo wharf extension were coated during the 2001 construction season. The configuration of the structural steel and pilings on this section made it the easiest one on the dock to coat. Very few coating related problems were encountered that were not easily resolved.

During the April 25th inspection, very few areas were showing any signs of visible rusting. See photos for the rusted areas that will be easily repaired. With the exception of a few coating repair areas, this coating system appears very uniform, is entirely visually acceptable and is providing corrosion protection as designed.

*Inspection Report*
*USCG Kodiak Cargo Wharf Coating Project*
*28 April 2003*

The only item that is of little interest is on piles 1:A, B, C & D. On the southerly most side of these piles (most exposed to sunlight), some light chalking was observed. This is a little unusual as polyurethane's are very resistant to UV degradation. This is very common with epoxies. Epoxies exposed to the sunlight will "chalk", basically a breakdown of the surface of the epoxy resin. It is usually very thin and does not compromise the coatings chemical and physical properties.

**Unacceptable Rusting:**



Rust stain from exothermic weld location.



Coating repair area is showing signs of rust.

### RECOMMENDATIONS:

Establish an annual/bi-annual corrosion inspection/monitoring program to inspect the pile coating condition and cathodic protection system operation. A NACE Cathodic Protection Specialist should perform the cathodic protection survey and inspection.

A basic coating inspection could be performed by skilled labor that basically looks for unacceptable rust streaked areas. They would need to be competent in use of 2 component coating materials, power grinders and brush application techniques. A simple procedure for coating repair can consist of 1) wiping the area clean with xylene 2) grinding or sandpaper to roughen the surface and remove rust material 3) wipe down with xylene again and 4) apply a compatible 2 part patch kit material as manufactured by SPC for this coating system.

With the present ongoing coating project, it should also be noted that the rust staining will continue on the remainder of the cargo wharf in areas were there is no seal welds, such as the concrete form support brackets. Seal welding is the best way to prevent crevice corrosion between two lapped pieces of steel in a marine environment.

*[signature]*
NACE Certified Coating
Inspector #1750