# WARRANTY CALL

| | |
|---|---|
| **Call Number:** 001 | |
| **Project:** Cargo Wharf Maintenance Phase 1 | **Date:** 4/25/03 |
| **Contract:** DTCG50-02-D-643XXO, TO#0007 | **Time:** N/A |

**Warranty Period Ends: June 30, 2003**

(Some items may carry a longer warranty period from the specific manufacturer. See the O&M Manuals for extended warranty information through the manufacturer. Note: Frivolous warranty calls may be billed to the issuing unit. Non-Warranty work will not be funded by FD&CC Pacific. If in doubt call FD&CC Project Manager prior to issuing the Warranty Call.)

**Contractor:** Brechan Enterprises
2705 Mill Bay Road
Kodiak, AK 99615
(907) 487-2223

**Coast Guard Representative Making Call:**   LT Andy Brown

**Coast Guard Response Telephone Number:**   N/A

**Subject:** Unacceptable Rusting

**Problem Description:** During the Cargo Wharf Maintanence Phase 2 Coating Project, the third party QC representative, Mr. Jerry Hardenbergh (Coffman Engineers), noted several unacceptable rusting areas on the Cargo Wharf Phase 1 Coating Project piles. The date of this inspection was April 25th. USCG and Brechan were notified immediately. During the past 2 months the QC representative has been drafting a findings and recommendations letter (see attached). Mr. Hardenbergh has identified all unacceptable rusting areas and has made recommendations in his report as to how these areas should be repaired. He refers to it as a "basic maintenance coating repair program" in his report. I recommend Brechan be directed to initiate repairs under warranty in accordance with Mr. Hardenberg's report. Repairs should be completed and accepted by Mr. Hardenberg by August 31, 2003.

(Signature) _____ LT, 6/23/03   DC PM

**Work Completed:**

_____   _____
Coast Guard        Date              Contractor        Date

This warranty service request is being made in accordance with Contract Specification Section 01800 and FAR Clause 52.246-21. The type of Warranty Call and required response is defined in Section 01800 Paragraph 5.2.

EMERGENCY CALL o   FUNCTIONAL CALL o   STANDARD CALL o

**Copy:** FD&CC Pacific Project Manager, LT Andy Brown (206) 220-7437, fax (206)220-7391