**From:** Stears, Dan
**Sent:** Tuesday, May 06, 2003 1:06 PM
**To:** Hardenbergh, Jerry
**Subject:** FW: Cargo Wharf caulking material

Jerry,

Se comments below. I think the sealant would be better than nothing, but I agree with Lawrence that it probably will not last long. Could they seal the areas with the coating repair materials?

Dan

-----Original Message-----
From: Radcliffe, Lawrence
Sent: Tuesday, May 06, 2003 2:02 PM
To: Stears, Dan; Bieri, Tim
Subject: RE: Cargo Wharf caulking material


I have used Sika flex products in the past with success. They have maintained elac=sticity and adhesion for years. Application from a large volume resevoir with a pneumatic gun is fast. Different types of applicators and nozzles are available. I do not remember if 1A is the product I used.
If it adheres well initially I expect it would keep water out of crevices for a year or two then begin to fail. I expect failure would increase with time.

Sealants are susceptible to impact and abrasion damage more than the polyurethane coating. I recommend a product with UV stability.
Is it practical to seal the joints with the coating?

What is the long term goal? If the goal is asthetic then a sealant will reduce streaking well.

-----Original Message-----
From: Stears, Dan
To: Radcliffe, Lawrence; Bieri, Tim
Sent: 5/6/03 1:12 PM
Subject: FW: Cargo Wharf caulking material

Any comments on this?

-----Original Message-----
From: Hardenbergh, Jerry
Sent: Tuesday, May 06, 2003 10:36 AM
To: Stears, Dan
Subject: Cargo Wharf caulking material


Dan, what do you think about using a polyurethane elastomeric sealant like Sikaflex-1a for sealing the rust streaking areas on the wharf??? Polar supply has a lot of it and is relatively inexpensive. Brechan wants to go back to the beginning H-piles and caulk these joints themselves. Brechan also wants to take it on themselves to caulk the remainder of the wharf joints that will streak. I can contact SPC to see if it is compatible with their coating. I don't see why it wouldn't be, especially after cure.

Anyhow, let me know what you think.

## Jarrell, Amy (Perkins Coie)

| | |
|---|---|
| **From:** | Matt Holmstrom [mholmstrom-bei@gci.net] |
| **Sent:** | Thursday, June 19, 2003 11:50 AM |
| **To:** | Mike Martin; Bill Oliver |
| **Subject:** | FW: Coating inspection on cargo wharf coating 1 & 2 yr old |



1yr and 2yr
inspection.pdf (27...

    Jerry hardenbergh's report on coating problems from Swalling is attached. Bottomline is that this is a warranty issue, and we are obligated to correct. The CG is reviewing the report and will reply. I was figuring we were going to repair. Do you want to get Swalling involved? thanks. matt

-----Original Message-----
**From:** Hardenbergh, Jerry [mailto:Hardenbergh@alaska.coffman.com]
**Sent:** Wednesday, June 11, 2003 1:25 PM
**To:** Matt Holmstrom (E-mail)
**Subject:** Coating inspection on cargo wharf coating 1 & 2 yr old


*Jerry Hardenbergh*
***COFFMAN ENGINEERS***

BEI8424
Ex. 7, Page 2 of 2
38599-0012