

*INSPECTION REPORT*

## BRECHAN ENTERPRISES

**DATE:**   **June 4, 2003**

**LOCATION:** U.S. COAST GUARD ISC KODIAK    **PROJECT TITLE:**   CARGO WHARF PILE
KODIAK, ALASKA    COATING PHASE I

**INSPECTOR:** *Jerry R. Hardenbergh*    **PROJECT NO:**

At the request of Brechan Enterprises, a visual inspection was performed on April 25th 2003 on the USCG Kodiak Cargo Wharf pile coating system that was applied during the 2001 and 2002 construction seasons. The coating system is a 100% solids liquid polyurethane, manufactured by Specialty Polymer Coatings Inc. Swalling Construction applied the coating system.

### ORIGINAL CARGO WHARF:

All structural steel from column lines 1 through 12 were recoated on this section of the cargo wharf. This coating was applied during the spring of 2002. The configuration of the H-shape piles and 5" square tube diagonal members, along with the properties of this coating system made this section difficult to coat. In addition, this section had existing surface defects that included: weld spatter, poor weld workmanship, very rough weld profiles, weld undercutting, column splice weld run-off tabs and areas requiring seal welding.

As a result of the existing surface conditions, the coating contractor had difficulties obtaining a holiday free coating system on the H-pile splice weld locations. At the request of the project team and USCG, Coffman Engineers developed revised criteria for the coating application. The criteria developed by Coffman was summarized in a memo dated March 16, 2002. It was noted in the criteria, as well as during the preliminary discussions, that rust streaking from the column splice areas would likely occur.

During the April 25th inspection, it was evident that rust streaking was occurring at some of the splice areas, steel pile to concrete interfaces and from the concrete form support angles welded only on three sides. Seal welding the form support bracket was removed from the revised criteria and replaced with stripe coating or caulking. This streaking is the type that was previously identified as likely to occur

**Anticipated Rust Streaking:**




| Rust staining from concrete form support. | Rust staining from steel pile to concrete interface |

Ex 78, Page 1 of 3

BEI8425

38599-0012

*Inspection Report*
*USCG Kodiak Cargo Wharf Coating Project*

Other areas of rusting (not anticipated rusting) observed were coating repair areas not adequately repaired, areas missed (scaffolding covered), areas of coating damage from scaffolding removal, boats, etc. and areas possibly missed during holiday inspection.

**Unacceptable Rusting:**

| | |
|---|---|
| |  |
| Mechanical damaged area. | Scaffolding covered areas missed. |
|  |  |
| Repair area not properly repaired. | Missed part of repair area. |

The majority of the coating system appears visually acceptable and is performing as designed. In some areas, the coating system also appears non-uniform. As identified when this system was applied, the non-uniform appearance does not compromise the properties of the coating system and although maybe aesthetically unappealing, is providing corrosion protection as designed.

## *CARGO WHARF EXTENSION:*

All structural steel and 24" diameter pilings under the cargo wharf extension were coated during the 2001 construction season. The configuration of the structural steel and pilings on this section made it the easiest area to coat. Very few coating related problems were encountered that were not easily resolved.

During the April 25th inspection, very few areas were showing any signs of visible corrosion. See photos for the rusted areas that will be easily repaired. With the exception of a few coating repair areas, this coating system appears very uniform, is visually acceptable and is providing corrosion protection as designed.

Ex 78, Page 2 of 3

BEI8426

38599-0012

*Inspection Report*
*USCG Kodiak Cargo Wharf Coating Project*

The only item that is of interest is on piles 1:A, B, C & D. On the southerly most side of these piles (most exposed to sunlight), some light chalking was observed. This is to be expected, as the manufacturer stated this may occur but would not affect the integrity of the coating system.

**Unacceptable Rusting:**



| Rust stain from exothermic weld location. | Coating repair area is showing signs of rust. |

## RECOMMENDATIONS:

A basic maintenance coating repair program should be implemented to make minor repairs on an annual basis. A simple procedure for coating repair would consist of 1) wiping the area clean with xylene 2) grinding or sandpaper to roughen the surface and remove rust material 3) wipe down with xylene again and 4) apply a compatible 2 part patch kit material as manufactured by SPC for this coating system.

With the present ongoing coating project, it should also be noted that the rust staining will likely continue on the remainder of the cargo wharf in areas where there is no seal welds, such as the concrete form support brackets. Seal welding is the best way (and most expensive) to prevent crevice corrosion between two lapped pieces of steel in a marine environment.

NACE Certified Coating
Inspector #1750

Ex 78, Page 3 of 3

BEI8427
38599-0012