# TABLE OF EXHIBITS

| | | |
|---|---|---|
| Exhibit | 1 | Absolute Environmental Services, Inc.'s Project Listing 1997-2005 |
| Exhibit | 2 | March 21, 2001 contract between Brechan and Absolute |
| Exhibit | 3 | Transcript excerpts of William Oliver deposition taken on June 7, 2006, page 19 |
| Exhibit | 4 | Brechan/USCG JOC, page 3 |
| Exhibit | 5 | Transcript excerpts of Anita Repanich deposition taken June 28, 200 |
| Exhibit | 6 | Order for Supplies and Services dated March 20, 2001 |
| Exhibit | 7 | Excerpts of Tryck Nyman Hayes, Inc Cargo Wharf and Fuel Pier Document |
| Exhibit | 8 | March 8, 2001 letter from Brechan to FDC |
| Exhibit | 9 | Email from TNH to Brechan re 65% coating submittal, specifications, and addendum |
| Exhibit | 10 | Letter from Swalling to Brechan dated May 23, 2001 |
| Exhibit | 11 | Letter from Swalling to Brechan dated June 7, 2001 re proposal and letter from Brechan to Swalling dated June 12, 2001 re acceptance |
| Exhibit | 12 | August 21 and 22, 2001 email exchange between Rendon and Holmstrom with attachment |
| Exhibit | 13 | August 24, 2001 email exchange between Rendon and Holmstrom |
| Exhibit | 14 | Subcontract between Swalling and Brechan |
| Exhibit | 15 | Brechan Price Schedule with Holmstrom handwritten notes date September 22, 2001 |
| Exhibit | 16 | Coffman Daily Report dated Oct 5, 2001 |
| Exhibit | 17 | Coffman Daily Report dated October 9, 2001 |
| Exhibit | 18 | email exchange between Rendon and Hardenbergh dated October 10, 2001 |
| Exhibit | 19 | Coffman Daily Report Addendum dated October 17, 2001 |
| Exhibit | 20 | Coffman Daily Report dated October 23, 2001 |
| Exhibit | 21 | Coffman Daily Report and Report Addendum dated October 24, 2001 |
| Exhibit | 22 | Coffman Daily Report dated October 25, 2001 |
| Exhibit | 23 | Holmstrom handwritten notes dated October 24, 2001 |
| Exhibit | 24 | Coffman memorandum to Scott Bonney of FDCC dated October 30, 2001 |
| Exhibit | 25 | letter from Swalling to Brechan dated November 2, 2001 |
| Exhibit | 26 | Coffman November 5, 2001 Memorandum and Daily Report |
| Exhibit | 27 | letter from Swalling to Brechan dated November 5, 2001 with attachments |
| Exhibit | 28 | email exchanged between Coffman and Swalling dated October 30 and November 3, 2001 |
| Exhibit | 29 | November 13, 2201 Project Meeting Agenda and Summary |
| Exhibit | 30 | Letter from Swalling to Brechan dated December 21, 2001 |
| Exhibit | 31 | email exchange between Repanich and Holmstrom dated December 21 and 27, 2001 |
| Exhibit | 32 | letter from Brechan to Swalling dated January 3, 2002 |
| Exhibit | 33 | email exchanges between Holmstrom and Stears darted January 2-4, 2002, with attached letter dated January 4, 2002 |

| | | |
|---|---|---|
| Exhibit | 34 | email exchange between Holmstrom, Stears, and Hardenbergh dated January 16, 2001 |
| Exhibit | 35 | email from Rendon to Repanich, Locker, and Holmstrom |
| Exhibit | 36 | email from Repanich to Holmstrom dated February 1, 2002 |
| Exhibit | 37 | February 5, 2002 email from Rendon to Holmstrom |
| Exhibit | 38 | email exchange between Holmstrom and Stears |
| Exhibit | 39 | Holmstrom handwritten notes dated February 5-7, 2002 |
| Exhibit | 40 | February 8, 2002 meeting minutes |
| Exhibit | 41 | Coffman Daily Reports with photo examples of defective and omitted welds from Phase I |
| Exhibit | 42 | Coffman photo examples of defective and omitted welds on Phase I – obtained through discovery from USCG only |
| Exhibit | 43 | Coffman photos of "last year's [2002] coating problems – obtained through discovery |
| Exhibit | 44 | Coffman photos of defective and omitted welds on Phase II - obtained through discovery from USCG only |
| Exhibit | 45 | letter from Swalling to Brechan dated February 12, 2002 |
| Exhibit | 46 | Repanich letter to Brechan dated February 25, 2002, with enclosure 3 |
| Exhibit | 47 | Dan Stears memorandum dated February 27, 2002 |
| Exhibit | 48 | email from Boivin to Rendon dated March 7, 2002 |
| Exhibit | 49 | March 13, 2002 Modification 1 to Brechan/Swalling subcontract |
| Exhibit | 50 | email exchange between Repanich and Holmstrom dated March 12 & 13, 2002 |
| Exhibit | 51 | Brechan letter to FDCC dated March 15, 2002 |
| Exhibit | 52 | Modification #5 to Brechan/FDCC contract |
| Exhibit | 53 | letter from Swalling to Brechan dated March 18, 2002 |
| Exhibit | 54 | email exchange between Holmstrom, Stears, and Hardenbergh dated March 28, 2002 |
| Exhibit | 55 | email exchange between Repanich, Rendon, Holmstrom |
| Exhibit | 56 | letter from Brechan to Swalling dated April 3, 2002 |
| Exhibit | 57 | email from Repanich to Holmstrom dated April 23, 2002 |
| Exhibit | 58 | email exchange between Hardenbergh and Holmstrom dated May 28, 2002 |
| Exhibit | 59 | letter from Swalling to Brechan dated May 31, 2002 |
| Exhibit | 60 | email exchange between Holmstrom and Brown dated May 30, 2002 |
| Exhibit | 61 | Holmstrom handwritten notes dated June 3, 2002 |
| Exhibit | 62 | Coffman Daily Report dated June 5, 2002 |
| Exhibit | 63 | Coffman Daily Report dated June 14, 2002 |
| Exhibit | 64 | excerpts from Brechan/FDCC contract July 18, 2002 |
| Exhibit | 65 | email exchange between Holmstrom and Peterson dated September 17, 2002 |
| Exhibit | 66 | proposal letter from Absolute to Brechan dated October 22, 2002 |
| Exhibit | 67 | fax from Bill Oliver to Brechan dated October 23, 2002 |
| Exhibit | 68 | internal Brechan email dated November 26, 2002 and excerpts of revised |

TABLE OF EXHIBITS

| | | |
|---|---|---|
| | | specifications |
| Exhibit | 69 | "Cargo Wharf Maintenance Phase II Coating SOW [Statement of Work]" dated 11/27/02 |
| Exhibit | 70 | Email exchange between Brechan, Coffman, et al. dated November 26 & 27, 2002 |
| Exhibit | 71 | On December 4, 2002, Brechan submitted a cost proposal to FDCC for the Phase II coating work |
| Exhibit | 72 | Holmstrom handwritten notes dated December 18, 2002 |
| Exhibit | 73 | February 18, 2003 Pre-Job Conference Agenda |
| Exhibit | 74 | Coffman Inspection Report dated April 28, 2003 |
| Exhibit | 75 | Warranty Call issued on April 25, 2003 and signed on June 27, 2003 |
| Exhibit | 76 | email from Brechan's Chief QC to Brechan's PM dated May 1, 2001 with attached April 28, 2003 Coffman Inspection Report with Kontra's margin notes |
| Exhibit | 77 | email exchange between Stears, Hardenbergh, and Radcliff dated May 6, 2003 |
| Exhibit | 78 | Coffman Inspection Report dated June 4, 2003 |

TABLE OF EXHIBITS