Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., et al.,<br><br>    Plaintiffs,<br>v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>    Defendants. | Case No. 3:03-cv-0199-rrb |

**MOTION TO STRIKE DECLARATION OF DAVE OLSON
REGARDING MOTIONS FOR SUMMARY JUDGMENT**

Brechan Enterprises, Inc. ("Brechan") and Safeco Insurance Company of America, Inc. ("Safeco") hereby move to strike the Declaration of Dave Olson Regarding Motions for Summary Judgment (filed at Docket Nos. 288 and 289) and supporting exhibits thereto. This declaration and its exhibits are untimely.

Brechan and Safeco filed motions for summary judgment on August 3, 2006 and August 4, 2006. Absolute filed its opposition papers to these motions on August 18-19, 2006 and August 21-22, 2006. Accompanying these oppositions

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

MOTION TO STRIKE DECLARATION
OF DAVE OLSON
Absolute v. Brechan, et al.
3:03-cv-0199-rrb                          - 1 -                          [38599-0012/AA062400.002]

were several declarations of David Olson.  Absolute then filed another 28 page declaration from David Olson (Docket Nos. 288 and 289) with 253 pages of attachments after business hours the night of Friday, August 25, 2006.[1]  No motion accompanied this declaration or exhibits.

An opposition to a motion for summary judgment "must include or be accompanied by" copies of affidavits and properly authenticated documents upon which the opposing party relies.  D.Ak. LR 7.1(a)(3)[A].  Supplemental factual materials, such as affidavits, "may only be filed by leave of court."  D.Ak. LR 7.1(h)(2).  A motion for leave of court must "reference by docket number the motion papers to which the materials pertain."  D.Ak. LR 7.1(h)(2)[A].  Mr. Olson's declaration at Docket Nos. 288 and 289 did not accompany Absolute's opposition and there was no motion for leave to file this supplemental declaration.

Leave to file supplemental factual materials "will not be routinely granted."  D.AK. LR 7.1(h)(2)[B].  A party's ability to supplement factual materials is limited to "responding to new materials filed with reply briefs, or on account of a change in circumstances."  D.Ak. LR 7.1(h)(2).  In granting leave to supplement, the Court must consider "whether the material was available to the party when briefs were due, and . . . whether the pertinence of the material was established at the times for briefing."  D.Ak. LR 7.1(h)(2)[B].  Brechan and Safeco cannot imagine a situation where these requirements have been satisfied given that

---

[1] Because Mr. Olson's most recent declaration is not a part of the record, it has not been addressed in Brechan and Safeco's summary judgment reply briefs. If this Court allows Mr. Olson's untimely declaration into the record, which it should not, Brechan and Safeco will respond to it appropriately.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

MOTION TO STRIKE DECLARATION
OF DAVE OLSON
Absolute v. Brechan, et al.
3:03-cv-0199-rrb                - 2 -                [38599-0012/AA062400.002]

Mr. Olson was available to provide several timely declarations in opposition to Brechan and Safeco's motions for summary judgment.[2] Nevertheless, Absolute has failed to file a motion arguing whether these requirements have been satisfied. Under Local Rule 7.1, this declaration and supporting exhibits are not evidence in the record and should be stricken.

DATED: August 28, 2006.

>
> PERKINS COIE LLP
> Attorneys for Defendant
> Brechan Enterprises, Inc.
>
>
> By   /s/ Michael E. Kreger
>     Michael E. Kreger
>     Alaska Bar No. 8311170
>     Jacob B. Nist
>     Alaska Bar No. 0211051
>     Perkins Coie LLP
>     1029 W. Third Avenue, Suite 300
>     Anchorage, Alaska  99501
>     (907) 279-8561
>     (907) 276-3108 (Facsimile)
>     Email:  mkreger@perkinscoie.com

---

[2] "The efficient management of judicial business mandates that parties submit evidence responsibly." *Orr v. Bank of America, NT & SA*, 285 F.3d 764, 775 (9th Cir. 2002). As such, late submitted declarations are routinely disregarded. *Carson Harbor Village v. County of Los Angeles*, 433 F.3d 1260, 1263 n.3 (9th Cir. 2006) (holding that it was proper for the district court not to consider late submitted declarations); *Ashton-Tate Corp. v. Ross*, 916 F.2d 516, 520 (9th Cir. 1990) (rejecting request for additional time to submit untimely opposition materials to summary judgment, and disregarding any timely-filed declarations); *Pride v. BIC Corp.*, 218 F.3d 566, 578-79 (6th Cir. 2000) (upholding exclusion of untimely expert-witness reports and affidavits).

MOTION TO STRIKE DECLARATION
OF DAVE OLSON
Absolute v. Brechan, et al.
3:03-cv-0199-rrb                - 3 -                [38599-0012/AA062400.002]

I hereby certify that on August 28, 2006, the foregoing has been served by electronic mail on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

  /s/ Michael E. Kreger
     Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

MOTION TO STRIKE DECLARATION
OF DAVE OLSON
Absolute v. Brechan, et al.
3:03-cv-0199-rrb                                        - 4 -                          [38599-0012/AA062400.002]