Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., et al., <br><br> Plaintiffs, <br> v. <br><br> FORREST J. MCKINLEY, et al., <br><br> Defendants. | Case No. 3:03-cv-0199-rrb |

## PROPOSED ORDER

Having considered Brechan Enterprises, Inc. and Safeco Insurance Company of America, Inc.'s Motion to Strike the Declaration of Dave Olson Regarding Motions for Summary Judgment, any opposition thereto and good cause appearing;

IT IS HEREBY ORDERED that the motion is GRANTED.

ORDER
Absolute v. Brechan, et al.
3:03-cv-0199-rrb                - 1 -                [/DOCUMENT.01]

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
Honorable Ralph Beistline
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on *August 28, 2006*, the foregoing has been served by electronic mail on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

  /s/ Michael E. Kreger
      Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ORDER
Absolute v. Brechan, et al.
3:03-cv-0199-rrb                - 2 -                [/DOCUMENT.01]