Michael E. Kreger
Jacob B. Nist
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Defendants Brechan Enterprises, Inc. and
Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, et al.,<br><br>Defendants. | Case No. 3:03-cv-0199-RRB |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for the Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | DECLARATION OF WILLIAM OLIVER |

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Absolute v. Brechan, et al.
Case No. 3:03-cv-0199-RRB          - 1 -          [38599-0012-000

EXHIBIT A

I, William Oliver, hereby declare under penalty of perjury, that:

1. I was the Vice-President and Chief Financial Officer for Brechan Enterprises, Inc. ("Brechan"). I have personal knowledge of the facts/documents set out below.

2. Attached as Exhibit 1 to this declaration is a fax transmittal sheet, a letter from Mr. David Olson at Absolute dated June 12, 2003 and a letter from Imperial to Absolute, which was attached to Mr. Olson's June 12, 2003 letter.

3. Attached as Exhibit 2 to this declaration is DCR 19, signed by Lt. Brown on 6/5/03.

DATED: August 29, 2006.

                                                     */s/ William E. Oliver*
                                                   William E. Oliver

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

P.O. Box 112807
Anchorage Alaska 99511-2807
Phone 907-346-4490
Fax   907-346-4491
Cell   907-830-9117
E-mail – jasonp@absoluteenv.com

**Absolute Environmental Services, Inc.**



| To: | Matt | From: | David Olson |
|---|---|---|---|
| Fax: | (907) 487-2587 | Pages: | 3 |
| Phone: | (907) 487-2223 | Date: | 6/12/2003 |
| Re: | Cargo Pier | CC: | |

☐ Urgent   X For Review   ☐ Please Comment   Please Reply   ☐ Please Recycle

• Comments:


Sincerely,


David E. Olson

Absolute Environmental Services, Inc.

EXHIBIT 1

# *Absolute Environmental Services, Inc.*

P.O. Box 112807 • Anchorage, AK 99511-2807 • Phone (907) 346-4490 • Fax (907) 346-4491

June 12, 2003

Brechan Enterprises
Matt Holmstrom
2705 Mill Bay Road
Kodiak, Alaska 99615

RE: Cargo Wharf Pile Coating Phase II, ISC Kodiak, Alaska
33-S01171 Task 643P92

Subject: DCVR 19

Mr. Holmstrom;

The following is a response from IIC regarding DCVR 19.

Should you have any questions or require further clarification, please contact me at (907) 346-4490.

Sincerely,

David E. Olson
President
Absolute Environmental Services, Inc.

Cc: Imperial Industrial Coatings

BEI1369
38599-0012

21813 Pico St., Unit D, Grand Terrace, CA 92313-5818    Phone (909) 783-1284    Fax (909) 779-2997

# IMPERIAL
INDUSTRIAL COATINGS

6-10-03

Absolute Environmental Service, Inc.
P.O. Box 112807
Anchorage, AK 99511-2807

Attn: David Olson

Reference: Contract No. 33-S01171
             Task 643P92

Subject: DCR NO. 19

   (IIC) has reviewed DCR NO. 19 and replies as follows:

   1. On 27 May 2003 (IIC), (AES) Brechan Enterprise and Coffman Engineering review Bent 20 H-Pile D for a test blast.
   2. Bent 20 H-Pile D had Coal Tar removed by UHP 40,000 PSI water jetting.
   3. Bent 20 H-Pile D had exposed gray paint the top 2", Horizontal Bracing, Diagonal Bracing and at all welds.
   4. (IIC) has visually seen gray (Amine-Cured Epoxy) on 90% of the Piles Bent 21, 20, 19, 18, 17, 16 from elevation 119 to 111 Piles A thru H.,
      Bent 21 I thru Q Elevation 119 - 111
      Bent 22 I thru Q Elevation 119 - 111
      Bent 23 M thru Q Elevation 119 - 111
   5. (IIC) Painters observed the gray (Amine – Cured Epoxy) on Bent 12 to 13 Horizontal and
      Diagonals at welds Elevation 119 – 111, Bent 13 A thru Q Elevation 119 – 111 Bent 14 A thru Q
      Elevation 119 – 111 and Bent 15 A thru Q Elevation 119 – 111.

   (IIC) request a copy of the original as Builts Drawings and any revisions.
   (IIC) request a copy of the original Paint Specification, and any Repaint Specifications for the Cargo Wharf Project.
   (IIC) request any correspondence for the Cargo Wharf past and present as it Pertains to Painting/Coating for the Cargo Wharf Project.

Imperial Industrial Coatings


Tom Puett
Project Manager

BEI1370
38599-0012

# DESIGN CLARIFICATION REQUEST

| | | |
|---|---|---|
| BEI NO: 41007 | DO NO: 643P92 | Project NO: 33-S01171 |
| | | DCR NO. 19 |

PROJECT TITLE: Cargo Wharf Coatings Phase II

CONTRACT NO: DTCG50-02-D-643J55

CONTRACTOR: Brechan Ent.

### DESCRIPTION OF CLARIFICATION REQUEST

During abrasive blasting surface preparation, the coating contractor has encountered an unexpected gray colored coating underneath the existing coal tar coating. This gray coating is reported to be within the top 2 feet of the piles along colum lines 20 and 21, and is assumed to be within the top 2 feet throughout the remainder of the wharf piles. A sample of the gray coating material has been express mailed to a laboratory for anaylsis to determine what type of coating this actually is. AESI has submitted another gray coating sample for laboratory anyisis of hazardous material content.

Results for the anyisis should return sometime next week.

Sketch Attached: NO

| Jerry Hardenbergh | 5/23/03 | George Kontra | 5/25/03 |
|---|---|---|---|
| ORIGINATOR (SIGNATURE) | DATE | CONTRACTOR'S REP (SIGNATURE) | DATE |

### RESPONSE

Noted.

Please forward copy results from analysis.

Was there any evidence of this grey coating during phase 1 of the project? Has there been a noticeable impact to operations due to additional coating?

**Follow up Required**

| LT Brown | 6/5/03 | | |
|---|---|---|---|
| ANSWERED BY (SIGNATURE) | DATE | COR (SIGNATURE) | DATE |

PM____ TL____ KO____

EXHIBIT 2