Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRIESES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>　　　　　　　　　　Defendants. | Case No. 3:03-cv-00199-RRB |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>　　Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>　　Cross-Defendants/Third-Party Defendants. | **COFFMAN ENGINEERS, INC.'S JOINDER IN BRECHAN AND SAFECO'S MOTION TO STRIKE DECLARATION OF DAVE OLSON REGARDING MOTIONS FOR SUMMARY JUDGMENT** |

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

|  |
|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                                             Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                                             Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                                             Counterclaim Plaintiff,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                                             Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                                             Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC., a Washington corporation,<br><br>                                             Third-Party Defendant. |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

Coffman Engineers, Inc. joins in the motion of Brechan Enterprises, Inc. and Safeco Insurance Company of America (collectively "Brechan") to strike the declaration of Dave Olson regarding motions for summary judgment. Coffman concurs in the facts, reasoning, and applicable legal authority cited by Brechan.

Because the Olson declaration is improper, Coffman will not, in its various replies in support of its previously filed summary judgment motions, refer to matters addressed in that

**Coffman Engineers, Inc.'s Joinder in Brechan and Safeco's Motion to
Strike Declaration of Dave Olson Regarding Motions for Summary Judgment**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**                                              **Page 2 of 3**

declaration. Should the court allow the Olson declaration, Coffman respectfully requests the opportunity to supplement any or all of its replies to address matters raised in that declaration.

DATED this 29th day of August, 2006.

> LANE POWELL LLC
> Attorneys for Coffman Engineers, Inc.
>
> By  s/ Peter C. Partnow
>     Peter C. Partnow, ASBA No. 7206029
>     301 W. Northern Lights Blvd., Suite 301
>     Anchorage, Alaska 99503-2648
>     Tel: 907-277-9511
>     Fax: 907-276-2631
>     Email: PartnowP@LanePowell.com

I certify that on August 29, 2006, a copy of the foregoing was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow

011680.0076/156370.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

**Coffman Engineers, Inc.'s Joinder in Brechan and Safeco's Motion to
Strike Declaration of Dave Olson Regarding Motions for Summary Judgment**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**   **Page 3 of 3**