Law Offices of

# Marston Heffernan Foreman

A PROFESSIONAL LIMITED LIABILITY COMPANY

ANDERSON PARK BUILDING

16880 N.E. 79TH STREET

REDMOND, WASHINGTON 98052-0902

TERRY R. MARSTON II

E-MAIL
terry@mhf-law.com

TELEPHONE
425.861.5700

FACSIMILE
425.861.6969

June 15, 2006

<u>Via E-Mail and U.S. Mail</u>
LCDR Geoffrey Owen, USCG
Pacific JAG Office, Claims and Litigation (lc)
Coast Guard Island, Bldg. 54-A
Alameda, CA 94501-5100

> Re:  **Absolute Environmental Services, Inc. v. Emerco, Inc.**
> U.S.D.C. (Alaska) Cause No. A-03-0199 Civil (RRB)

LCDR Owen:

This is to confirm the understanding we reached in the course of our telephone conversation this afternoon with Brian Kipnis. As I understand it, USCG FD&CC-Pacific has agreed to make the following individuals subpoenaed by my client Absolute Environmental Services, Inc., available for deposition in the sequence and for the durations identified below.

- Anita Repanich — full day
- Margaret Wilson — half day
- Martin Boivin — half day
- Jerald Johnson — half day

Depending on the results of the preceding depositions, we may strike the deposition of Jerald Johnson. You have stated a desire to have these depositions conducted consecutively until completed. Absolute is willing to accommodate that request as far as is practicable. You have also indicated that FD&CC has agreed to the depositions of Andy Brown (in Cape Cod, Massachusetts) and Chris Lynch (in Alaska) as requested by Coffman Engineers.

As you are aware, our discovery cut-off is currently July 3rd. For this reason, I have requested that you attempt to determine the witnesses' availability for the dates of June 28, 29 and 30. In the meantime, I will have my legal assistant communicate with counsel for the other parties to determine their willingness to stipulate to extend the discovery cut-off one week to accommodate the desire of the deponents to have their depositions taken on their preferred dates of July 5, 6 and 7.

Exhibit 1
Page 1 of 2

**MARSTON HEFFERNAN FOREMAN**

LCDR Geoffrey Owen, USCG
June 15, 2006
Page - 2

<u>Absolute has agreed to stipulate that any statements made by these deponents that *might* be construed as an expression of opinion shall be understood to be, at most, the deponents' individual opinions rather than the views of FDCC-Pacific, the United States Coast Guard, or the United States Government</u>. Otherwise, it is understood that the only restrictions on these depositions are those stated in the Federal Rules of Civil Procedure.

I look forward to speaking to you at noon tomorrow to discuss further specifics of scheduling the dates, times and locations of these depositions. I would also like to discuss with you at that time the issue of subpoenaed records that I do not believe we have addressed.

Thank you for your cooperation.

Very truly yours,

Marston Heffernan Foreman PLLC

Terry R. Marston II

TRM/klm
cc:    client

Exhibit 1
Page 2 of 2