# Transcript of Margaret M. Wilson

**Case:** Absolute v. McKinley

**Date:** June 29, 2006



Phone: 206.287.9066
Fax: 206.287.9832
e-mail: info@buellrealtime.com
Internet: www.buellrealtime.com

Exhibit 2
Page 1 of 3

1    Q.    I'm going to show you one that you may actually have
2    some information about.
3         And before I hand it to you, for the courtesy of
4    counsel, I'm going to hand it around the table because they
5    don't have a copy of it.
6    A.    I'll read last.
7              (Exhibit No. 9 marked.)
8         MR. MARSTON:  Are there multiple pages of this
9    document?  It looks like it's an incomplete string.
10        MR. KREGER:  I'm just going to ask her about the
11   first e-mail on it, the one that she sent.
12        MR. MARSTON:  In light of the fact that it looks like
13   a portion of it was sent by Matt Holmstrom, can you explain why
14   it doesn't have a Bate number on it as having been produced?
15        MR. KREGER:  Sure.  If you look at the top there,
16   it's printed out by Amy Gerald.  It has been produced, it's one
17   she printed out from your disc that you gave us.
18        MR. MARSTON:  So this one is out there?
19        MR. KREGER:  Yes.
20        MR. MARSTON:  Hang on.
21        MR. KREGER:  It wasn't from the disc you gave us.
22   We've sent you copies of that in our production.
23        MR. MARSTON:  You sent us a disc?
24        MR. KREGER:  No.  We sent you hard copies.
25        MR. NIEMER:  Can I see it?

Page 106

1  Q.   Take a look at that, if you would, please.

2  A.   (Witness reviews document.)

3  MR. KREGER:  I'm thinking now, I'm not sure whether you got hard copies or whether we sent you supplemental production saying, available for review or these documents Bates stamped such and such and such and such.  Somebody came --

7  MR. OLSON:  We were going to review documents the last time we were up in Anchorage, and he said, rather than bring them all down, we'll send you documents.

10  (Discussion off the record.)

11  Q.   I want to ask you about the e-mail that you sent to Andy Brown about costs for partnering.  Were there partnering sessions on this JOC Phase II?

14  A.   Yes.

15  Q.   Can you tell me what they involved and what was the purpose of the partnering sessions?  That's two questions. Let's start with what they involved.  What was the partnering -- extent of partnering that went on in this project?

19  MR. MARSTON:  Objection.  Vague.  Foundation.

20  Q.   As to Phase II?

21  MR. MARSTON:  Objection.  Vague.  Lack of foundation.

22  A.   The ISC Kodiak, Brechan and people at FD&CC got together up at Kodiak and discussed how the contract was going, as far as being able to get the work executed, and how working with the people on -- the customers on Kodiak was going.

Page 107