IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>FORREST J. MCKINLEY, <u>et</u> <u>al.</u>,<br><br>      Defendants. | Case No. A03-0199 CV (RRB)<br><br><br>**ORDER GRANTING MOTION<br>TO COMPEL AT DOCKET 223** |

      Before the Court is Plaintiff Absolute Environmental Services, Inc. with a Motion to Compel Defendant Brechan Enterprises, Inc. to Respond to Discovery Requests (Docket 223). Plaintiff requests the Court order Defendant Brechan Enterprises, Inc. to produce certain requested documents. <u>See</u> Docket 223 at 4. Defendant opposes at Docket 244 and argues the requests are "irrelevant, unduly burdensome and not calculated to lead to the discovery of admissible evidence." <u>Id.</u>, Ex. B at 4.

      Because the Court concludes that determinations as to whether the requested financial and project records are relevant to claims or defenses in this matter can be more adequately and fully

addressed in the context of a trial, Plaintiff's Motion to Compel at Docket 223 is hereby **GRANTED**. Notwithstanding, because Defendant's opposition is well-taken, and because the Court further concludes Defendant's opposition was made in good faith, the parties shall bear their own costs and fees with regard to this motion.

       ENTERED this 30th day of August, 2006.

                              /s/ RALPH R. BEISTLINE
                              UNITED STATES DISTRICT JUDGE