Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>   Defendants. | Case No. 3:03-cv-00199-RRB<br><br>**DECLARATION OF PETER C. PARTNOW IN SUPPORT OF REPLY RE COFFMAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE ABSOLUTES' BUSINESS DEVASTATION DAMAGE CLAIMS** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>   Counterclaimant/Third-Party Claimant,<br><br>   v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>   Cross-defendants/Third-Party Defendants. | |

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| |
|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br>                                             Plaintiff, <br><br> v. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. <br><br>                                             Defendants. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>                                     Counterclaim Plaintiff, <br><br> v. <br><br> ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br>                                     Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>                                     Third-Party Plaintiff, <br><br> v. <br><br> COFFMAN ENGINEERS, INC, a Washington Corporation. <br><br>                                     Third-Party Defendant. |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, <br><br>                              Plaintiff/Cross-Claimant, <br><br> v. <br><br> COFFMAN ENGINEERS, INC, a Washington Corporation. <br><br>                                     Third-Party Defendant. |

**Declaration of Peter C. Partnow in Support of Reply Re Coffman's Motion for Partial Summary Judgment Re Absolutes' Business Devastation Damage Claims**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**                    **Page 2 of 4**

I, Peter C. Partnow, hereby declare and state under oath as follows:

1. I am one of the counsel of record for Coffman Engineers, Inc. ("Coffman") in this lawsuit.

2. I have personal knowledge of the contents of this declaration. This declaration is filed in support of Third-Party Defendant Coffman Engineers, Inc.'s motion for partial summary judgment dismissing plaintiff/cross-claimant Absolute Environmental Services, Inc's claims for business devastation damages.

3. Attached as Exhibit 3 is a true and correct copy of excerpts of the transcript of the June 27, 2006 deposition taken in this case of Donovan W. Rulien, Absolute's retained business valuation expert.

4. Attached as Exhibit 4 is a true and correct copy of excerpts of the transcript of the June 9, 2006 deposition taken in this case of Absolute's president Dave Olson, who was Absolute's Fed. R. Civ. P. 30(b)(6) designee as the person knowledgeable about Absolute's damages claimed in this litigation.

5. I have reviewed Exhibits A and B to the declaration of Dave Olson in support of Absolute's opposition to the instant motion. Those documents were not previously provided and there has been no opportunity to examine either Mr. Olson or any other fact or expert witness regarding those documents. I am unaware of the basis for or the accuracy of any of the information contained in those exhibits, nor am I aware who was involved in the preparation of those documents. I do know that the December 31, 2003 valuation prepared by Donovan Rulien included the value of both Absolute and Sad Leasing, Inc, a related entity which is wholly owned by Mr. Olson. I am

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

**Declaration of Peter C. Partnow in Support of Reply Re Coffman's Motion for Partial Summary Judgment Re Absolutes' Business Devastation Damage Claims**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. 3:03-cv-00199-RRB)    Page 3 of 4

unaware of the basis or support for the inclusion of $436,347.37 in "professional service" in Exhibit B, having not previously been provided that number and in light of the lack of any information indicating the nature of such fees.  However, I surmise, based on involvement in this litigation, that those fees relate not to the projects being performed by Absolute in 2006, but rather to expenses associated with the instant litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Anchorage, Alaska this 30th day of August, 2006.

s/ Peter C. Partnow
Peter C. Partnow, ASBA No. 7206029
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
Email:  PartnowP@LanePowell.com

I certify that on August 30, 2006, a copy of the foregoing was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK  99501

 s/Peter C. Partnow

011680.0076/156384.1

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Declaration of Peter C. Partnow in Support of Reply Re Coffman's Motion for Partial Summary Judgment Re Absolutes' Business Devastation Damage Claims**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**         Page 4 of 4