UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


ABSOLUTE ENVIRONMENTAL, et al.     v.     MCKINLEY, et al.

DATE:     August 31, 2006          CASE NO.     3:03-cv-0199-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:     **MINUTE ORDER FROM CHAMBERS
RE DOCKETS 290 and 294**

---

    Absolute's Motion to Shorten Time and for Extension to Briefing Schedule, filed at Docket 294, is **GRANTED**. The Motion to Strike Declaration of Dave Olson Regarding Motions for Summary Judgment, filed at Docket 290 by Brechan and Safeco, is **DENIED**.