Terry R. Marston, *pro hac vice,* terry@mhf-law.com
Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. <br><br> Defendants. | Case No.: A03-0199CV (RRB) <br><br> **ABSOLUTE ENVIRONMENTAL'S RESPONSES TO SAFECO INSURANCE COMPANY'S DISCOVERY REQUESTS** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC., <br><br> Counterclaimant/Third-party Claimant, <br><br> v. <br><br> ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al., <br><br> Cross-defendants/Third-party Defendants. | |

EXHIBIT A
PAGE 1 of 7

ABSOLUTE ENVIRONMENTAL'S RESPONSES TO SAFECO INSURANCE COMPANY'S
DISCOVERY REQUESTS
Case No. A03-0199CV (RRB)-- 1

ORIGINAL

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) |
| 2 | |
| 3 | |
| 4 | Plaintiff, ) |
| | vs. |
| 5 | |
| 6 | SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. ) |
| 7 | Defendants. ) |
| 8 | |
| 9 | BRECHAN ENTERPRISES, INC., an Alaska corporation, ) |
| 10 | Counterclaim Plaintiff, ) |
| | vs. |
| 11 | |
| 12 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) |
| 13 | Counterclaim Defendant. ) |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska corporation, ) |
| 15 | Third-Party Plaintiff, ) |
| 16 | vs. |
| 17 | COFFMAN ENGINEERS, INC, a Washington Corporation. ) |
| 18 | Third-Party Defendant. ) |
| 19 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) |
| 20 | |
| 21 | Plaintiff/Cross-claimant, ) |
| | vs. |
| 22 | |
| 23 | COFFMAN ENGINEERS, INC, a Washington Corporation. ) |
| 24 | Third-Party Defendant. ) |

EXHIBIT A
PAGE 2 of 7

ABSOLUTE ENVIRONMENTAL'S RESPONSES TO SAFECO INSURANCE COMPANY'S
DISCOVERY REQUESTS
Case No. A03-0199CV (RRB)-- 2

COMES NOW Absolute Environmental Services, Inc., and in response to Safeco's discovery requests responds as follows:

**REQUEST FOR ADMISSION NO. 1:** Please admit that defendant Safeco Insurance Company of America is not liable to Absolute Environmental Services, Inc. under the terms of the Payment Bond for money damages to compensate Absolute Environmental Services, Inc. for injuries on account of personal injury, property damage or economic loss allegedly suffered by Absolute as a result of any negligent, intentional or fraudulent misrepresentations which you claim were made by Brechan Enterprises, Inc. ("Brechan") or Coffman Engineers, Inc.

**RESPONSE:** Deny; irrespective of the terms of the bond, the surety may be liable in excess of the terms of or the penal sum of the bond in the event it fails to perform a reasonable investigation and promptly pay the claimant all amounts due.

**INTERROGATORY NO. 1:** If you deny Request for Admission No. 1, please state the amount of damages sought against Safeco on account of false or misleading statements or other representations or misrepresentations made by Brechan or any of its employees for which you contend Brechan is responsible.

**ANSWER:** See Mike Lembke, Jeremy Hailey, and Donovan Rulien reports.

**REQUEST FOR ADMISSION NO. 2:** Deny; irrespective of the terms of the bond, the surety may be liable in excess of the terms of, or the penal sum of, the bond in the event it fails to perform a reasonable investigation and promptly pay the claimant all amounts due.

**ANSWER:** Deny; irrespective of the terms of the bond, the surety may be liable in excess of the terms of, or the penal sum of, the bond in the event it fails to perform a reasonable investigation and promptly pay the claimant all amounts due.

EXHIBIT A
PAGE 3 of 7

ABSOLUTE ENVIRONMENTAL'S RESPONSES TO SAFECO INSURANCE COMPANY'S
DISCOVERY REQUESTS
Case No. A03-0199CV (RRB)-- 3

**INTERROGATORY NO. 2:** If you deny Request for Admission No. 2, please state the amount of damages sought against Safeco on account of false or misleading statements or other representations or misrepresentations made by Brechan or any of its employees for which you contend Brechan is responsible.

**ANSWER:** The amount of damages sought against Safeco is identical to the amount of damages sought against Brechan. See Mike Lembke, Jeremy Hailey, and Donovan Rulien reports.

**INTERROGATORY NO. 3:** Describe with specificity all labor you contend to have furnished to the Project for which you assert Safeco is liable to Absolute in this action, describe in detail and by reference to the specification number or your proposal the authority under which Absolute provided this labor, the date it was performed, the location by pile and elevation on the project at which the work was performed, and any laborer who performed this work.

**ANSWER:** All payroll records have previously been produced. The work required was the repair of all welds performed in the 1989 renovation contract [Coffman 02405-02423]. Entirety of November 26, 2002 specifications; also see Mike Lembke Report.

**INTERROGATORY NO. 4:** For all labor identified in Interrogatory No. 3, above, identify the portion of your total damages (in dollars) attributable to this claim item, the identity of the individual(s) who calculated this aspect of your damages, and the method used to calculate damages.

**ANSWER:** See Mike Lembke Report; Mike Lembke, David Olson, and Don Rulien; Total Cost.

**INTERROGATORY NO. 5:** Describe with specificity all materials you contend to have furnished to the Project for which you assert Safeco is liable to Absolute in this action, and

ABSOLUTE ENVIRONMENTAL'S RESPONSES TO SAFECO INSURANCE COMPANY'S
DISCOVERY REQUESTS
Case No. A03-0199CV (RRB)-- 4

EXHIBIT A
PAGE 4 of 7

describe in detail and by reference to the specification number or your proposal the authority under which Absolute provided these materials, the date these materials were furnished to the project, and the location by pile and elevation on the project where the materials were furnished.

**ANSWER:** See Mike Lembke Report.

**INTERROGATORY NO. 6:** For all materials identified in Interrogatory No. 5, above, identify the portion of your total damages (in dollars) attributable to this claim item, the identity of the individual(s) who calculated this aspect of your damages, and the method used to calculate damages.

**ANSWER:** See Mike Lembke Report; Mike Lembke and David Olson; Total Cost.

RESPECTFULLY SUBMITTED this 22nd day of May, 2006.

MARSTON HEFFERNAN FOREMAN, PLLC

By _____
Terry R. Marston II, WSBA No. 14440
Jami K. Elison, WSBA No. 31007
Attorneys for Plaintiff Absolute Environmental Service, Inc.

EXHIBIT A
PAGE 5 of 7

## VERIFICATION

STATE OF IDAHO  )
                ) ss.
COUNTY OF IDAHO )

I, Dave Olson, the President of Absolute Environmental Services, Inc., say on oath or affirm that I have read the foregoing answers to requests for admissions and interrogatories and I believe that the answers are true.

ABSOLUTE ENVIRONMENTAL SERVICES, INC.

By _____
Its President

EXHIBIT A
PAGE 6 of 7

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury, under the laws of the State of Washington that I am now and at all times herein mentioned, a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served in the manner noted copies of the following upon designated counsel:

1. ABSOLUTE ENVIRONMENTAL'S RESPONSES TO SAFECO INSURANCE COMPANY'S DISCOVERY REQUESTS

| *VIA US First Class Mail* <br> Eric J. Brown, Esq. <br> Jermain Dunnagan & Owens, P.C. <br> 3000 A Street, Suite 300 <br> Anchorage, AK 99503-4097 <br> *Atty for Forrest McKinley and Emerco* | *VIA US First Class Mail* <br> Mr. William Baerg <br> Patrick Duffy <br> Monteleone & McCrory, LLP <br> 725 South Figueroa Street, Suite 3750 <br> Los Angeles, CA 90017-5446 <br> *Atty for Forrest McKinley and Emerco* |
|---|---|
| *VIA E-Mail and US First Class Mail* <br> Mike Kreger <br> Jacob Nist <br> Perkins Coie, LLP <br> 1029 West Third Avenue, Suite 300 <br> Anchorage, AK 99501 <br> *Atty for Brechan and Safeco* | *VIA US First Class Mail* <br> Peter Partnow <br> Lane Powell Spears Lubersky <br> 301 W. Northern Lights Boulevard <br> Suite 301 <br> Anchorage, Alaska 99503 <br> *Atty for Coffman* |
| *VIA US First Class Mail* <br> James B. Stoetzer <br> Lane Powell Spears Lubersky <br> 1420 Fifth Avenue, Suite 4100 <br> Seattle, WA 98101 <br> *Atty for Coffman* | *VIA US First Class Mail* <br> Robert J. Dickson <br> Atkinson, Conway & Gagnon, Inc. <br> 420 L Street, Suite 500 <br> Anchorage, AK 99501 <br> *Atty for Specialty Polymer Coatings* |

SIGNED at Redmond, Washington this 22nd day of May, 2006.

Kristy L. Martyn

EXHIBIT A
PAGE 7 of 7

ABSOLUTE ENVIRONMENTAL'S RESPONSES TO SAFECO INSURANCE COMPANY'S
DISCOVERY REQUESTS
Case No. A03-0199CV (RRB)-- 7