Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                  Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRIESES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                  Defendants. | |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>   Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>   Cross-Defendants/Third-Party Defendants. | Case No. 3:03-cv-00199-RRB<br><br>**MOTION OF NONRESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE** |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>        Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>        Defendant. | |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>        Counterclaim Plaintiff,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>        Counterclaim Defendant. | |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC., a Washington corporation,<br><br>        Third-Party Defendant. | |

   Pursuant to L.R. 83.1(d), third-party defendant Coffman Engineers, Inc. moves to permit James E. Niemer of Lane Powell PC, 1420 Fifth Avenue, Suite 4100, Seattle, Washington 98101-2338, phone number 206-223-7000, to appear and participate as co-counsel for third-party defendant in the above-captioned action. Mr. Niemer, as shown by the attached certificate, as well as the attached Declaration of James E. Niemer, is a member in good standing of the Washington State Bar

Association, is not a member of the Alaska Bar Association; and is not otherwise disqualified from practicing law in this court.

Applicant will be associated with Peter C. Partnow, ASBA No. 7206029, of Lane Powell LLC, whose address is 301 West Northern Lights Boulevard, Suite 301, Anchorage, Alaska 99503-2648, phone number 907-277-9511, and who is authorized to practice in this court and the courts of this state.

It is requested that Mr. Niemer be added to the service list at email address: NiemerJ@LanePowell.com.

DATED this 1st day of September, 2006.

> LANE POWELL LLC
> Attorneys for Coffman Engineers, Inc.
>
> By  s/ Peter C. Partnow
>   Peter C. Partnow, ASBA No. 7206029
>   301 W. Northern Lights Blvd., Suite 301
>   Anchorage, Alaska 99503-2648
>   Tel:  907-277-9511
>   Fax:  907-276-2631
>   Email:  PartnowP@LanePowell.com

I certify that on September 1, 2006, a copy of the foregoing was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow

011680.0076/156364.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Motion of NonResident Attorney for Permission to Appear and Participate**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**   **Page 3 of 3**