Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                      Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRIESES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                      Defendants. | |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>    Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>    Cross-Defendants/Third-Party Defendants. | Case No. 3:03-cv-00199-RRB<br><br><br><br>**DECLARATION OF JAMES E. NIEMER IN SUPPORT OF MOTION OF NONRESIDENT ATTORNEY FOR PERMISSION <u>TO APPEAR AND PARTICIPATE</u>** |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| |
|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, <br><br>           Plaintiff, <br><br> v. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, <br><br>           Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>           Counterclaim Plaintiff, <br><br> v. <br><br> ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, <br><br>           Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>           Third-Party Plaintiff, <br><br> v. <br><br> COFFMAN ENGINEERS, INC., a Washington corporation, <br><br>           Third-Party Defendant. |

I, James E. Niemer, hereby declare and state under oath as follows:

1.   My office address is Lane Powell PC, 1420 Fifth Avenue, Suite 4100, Seattle, Washington 98101-2338, and I reside in Seattle, Washington.

2.   I was admitted to practice in Washington State in 1984 and have resided in the State of Washington continuously since 1984. My Washington State Bar Number is 14477.

5.   I am not the subject of any pending disciplinary actions in any jurisdiction or before any court to which I have been admitted to practice.

**Declaration of James E. Niemer in Support of Motion of**
**NonResident Attorney for Permission to Appear and Participate**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**        **Page 2 of 3**

6.    I have never been suspended or disbarred on account of disability or any other reason in any other jurisdiction or court to which I have been admitted to practice.

7.    I have read Local Rules of the United States District Court in Alaska.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 1st day of September, 2006.

By  s/ James E. Niemer
James E. Niemer, WSBA No. 14477
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Tel:  206-223-7000
Fax:  206-223-7107
Email:  NiemerJ@LanePowell.com

I certify that on September 1, 2006, a copy of the foregoing was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

  s/Peter C. Partnow

011680.0076/156362.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Declaration of James E. Niemer in Support of Motion of**
**NonResident Attorney for Permission to Appear and Participate**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**    **Page 3 of 3**