Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>       Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRIESES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>       Defendants. | Case No. 3:03-cv-00199-RRB |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>  Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>  Cross-Defendants/Third-Party Defendants. | **PROPOSED ORDER GRANTING NONRESIDENT ATTORNEY TO APPEAR AND PARTICIPATE** |

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

THE UNITED STATES OF AMERICA for the use
and benefit of ABSOLUTE ENVIRONMENTAL
SERVICES, INC., an Alaska corporation,

                                    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF
AMERICA, a Washington corporation,

                                    Defendant.

BRECHAN ENTERPRISES, INC., an Alaska
corporation,

                        Counterclaim Plaintiff,

v.

ABSOLUTE ENVIRONMENTAL SERVICES,
INC., an Alaska corporation,

                        Counterclaim Defendant.

BRECHAN ENTERPRISES, INC., an Alaska
corporation,

                        Third-Party Plaintiff,

v.

COFFMAN ENGINEERS, INC., a Washington
corporation,

                        Third-Party Defendant.

THIS COURT, having considered third-party defendant Coffman Engineers, Inc.'s Motion

of Nonresident Attorney to Appear and Participate, responses thereto, as well as applicable law;

IT IS ORDERED that third-party defendant's motion is GRANTED.  James E. Niemer is

authorized to appear and participate in the above-captioned matter in this Court.  IT IS FURTHER

ORDERED that service will be made electronically upon Mr. Niemer at email address:

NiemerJ@LanePowell.com.

SO ORDERED this _____ day of _____, 2006.


_____
The Honorable Ralph R. Beistline
United States District Court Judge

I certify that on September 1, 2006, a copy of the
foregoing was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow_____

011680.0076/156363.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631