ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
Email: ebrown@jdolaw.com

PATRICK J. DUFFY III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930
Email: duffy@mmlawyers.com; baerg@mmlawyers.com

Attorneys for Defendant Forrest J. McKinley and
Defendant/Counter-Claimant, EMERCO, INC. dba
Imperial Industrial Coatings

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings,<br><br>                              Defendants, | CASE NO. A03-0199 CV (RRB)<br><br>**DEFENDANT FORREST J. McKINLEY'S AND DEFENDANT AND COUNTER-CLAIMANT EMERCO, INC. DBA IMPERIAL INDUSTRIAL COATINGS' DESIGNATION OF DEPOSITION / TELEPHONIC TESTIMONY** |

_____
EMERCO, INC., a California Corp. d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,

    Counter-Claimant/Third Party Claimants,

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, BRECHAN ENTERPRISES, INC., an Alaska corporation, SPECIALTY POLYMER COATING USA, INC., a Canadian Corp., COFFMAN ENGINEERS, INC., a Washington Corp., and SAFECO INSURANCE CO. OF AMERICA, a Washington corporation,

    Cross-Defendants/Third Party Defendants,
_____
THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan corporation,

Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

Defendant.
_____
BRECHAN ENTERPRISES, INC., an Alaskan corporation,

Counterclaim Plaintiff,

| | |
|---|---|
| v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>Counterclaim Defendant.<br>_____<br>BRECHAN ENTERPRISES, INC., an Alaskan corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC., a Washington corporation,<br><br>Third-Party Defendant.<br>_____ | |

      Defendant Forrest J. McKinley and Defendant and Counter-claimant Emerco, Inc., dba Imperial Industrial Coatings, submit the following designations of deposition testimony that they intend to offer into evidence at the trial of this action:

**Deposition Designation of Keith MacLeod, taken on April 7, 2006**
(Page:Line)
5:1-6:13
9:9-15
14:9-15:24
16:8-17:3
17:23-21:18
22:2-23:4
24:10-16
25:21-26:13
27:2-28:15
32:20-33:12

38:3-8
38:15-39:12
40:9-41:1

**Deposition Designation Continued of Keith MacLeod, taken on April 7, 2006**
(Page:Line)
41:12-19
42:10-20
43:7-17
44:15-45:24
46:10-24
47:12-14
48:12-24
54:8-24
56:20-57:21
59:8-17
59:24-60:8
60:17-61:1
61:12-62:1
63:16-64:9
69:12-25
88:7-25
94:4-17
97:3-11
105:5-11
107:23-108:11

**Deposition Designation of Robert Alliston, taken on March 10, 2006**
(Page:Line)
5:1-8
6:16-25
7:10-8:9
12:11-13:2
13:14-14:11
18:7-13
20:2-21:7
23:3-17
22:22-23:21
27:2-6

29:22-31:10
31:14-33:1
33:5-22
34:15-37:12

**Deposition Designation Continued of Robert Alliston, taken on March 10, 2006**

(Page:Line)
39:13-22
46:6-16
47:16-48:5
48:22-50:7
54:3-5
54:11-55:8
58:8-59:22
61:12-15
62:2-13
62:21-63:25
73:1-75:8
86:10-25
87:15-88:2
88:14-20
95:9-16
97:11-18
98:8-11
98:15-24
101:13-25
102:9-14
104:1-14
111:12-21
115:14-19
115:21-116:21
127:10-128:2
129:15-21
131:6-11
140:9-141:8
143:13-17
145:12-14

**Deposition Designation of Charlie Matthias, taken on March 11, 2006**

(Page:Line)
5:1-6
11:19-12:4
12:11-15
15:7-9

**Deposition Designation Continued of Charlie Matthias, taken on March 11, 2006**

(Page:Line)
16:2-10
16:18-24
17:13-18:19
20:16-21:12
23:16-24:12
30:21-31:10
31:17-32:19
33:11-34:17
35:11-25
39:8-40:16
40:19-42:5
60:25-61:25
63:17-64:4
68:5-22
70:19-71:2
71:19-23
72:21-25
73:1-7
74:22-75:21
75:22-76:23
77:9-11
80:2-82:7
85:12-25
86:12-15
96:15-20
103:16-104:9
105:15-106:11
114:7-115:8
116:17-117:25
118:1-25
119:8-14

129:13-23
141:3-12
154:15-24
155:9-14
155:25-156:5
156:14-157:19

    DATED this 1st day of September, 2006.

                      JERMAIN DUNNAGAN & OWENS, P.C.
                      Attorneys for Defendant Forrest J. McKinley,
                      and Defendant/Counter-Claimant/Third-Party
                      Claimant Emerco, Inc. dba
                      Imperial Industrial Coatings


                By:       /s/ Eric J. Brown
                      Eric J. Brown
                      ABA No. 9011084

EMERCO, INC. DBA IIC'S DESIGNATION OF DEPOSITION/TELELPHONIC TESTIMONY
Case No. A03-0199CV (RRB) - 7 of 8

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of the U.S. District Court at Anchorage, Alaska, using the CM/ECF system, which will automatically send notification of this filing (together with a copy of the actual filing) to the following interested parties:

| | |
|---|---|
| Terry R. Marston<br>MARSTON HEFFERNAN FOREMAN, PLLC<br>16880 N.E. 79th Street<br>Redmond, WA 98052 | Patrick Duffy / William Baerg<br>MONTELEONE & McCRORY, LLP<br>725 S. Figueroa Street, Suite 3200<br>Los Angeles, CA 90017-5446 |
| James B. Stoetzer<br>LANE POWELL SPEARS LUBERSKY<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101 | Peter Partnow<br>LANE POWELL SPEARS LUBERSKY<br>301 West Northern Lights Blvd., Suite 301<br>Anchorage, AK 99503 |
| Robert J. Dickson<br>ATKINSON CONWAY & GAGNON, INC.<br>420 L Street, Suite 500<br>Anchorage, AK 99501 | Jacob Nist<br>PERKINS COIE LLP<br>1029 West Third Avenue, Suite 300<br>Anchorage, AK 99501 |

I further certify that on this 1st day of September, 2006, a copy of the foregoing document was served via U.S. First Class, postage prepaid Mail, upon the following interested party:

Paul J. Nangle
PAUL J. NANGLE & ASSOCIATES
101 Christensen Drive
Anchorage, AK 99501

DATED AND CERTIFIED this 1st day of September, 2006.

   /s/ Eric J. Brown

8140.001/00129777