Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, Plaintiff, v. FORREST J. MCKINLEY, et al., Defendants. | Case No. A03-0199 Civil (RRB) DEPOSITION DESIGNATIONS |
|---|---|

## DEPOSITION DESIGNATIONS

Brechan Enterprises, Inc. and Safeco Insurance Company of America designate the following deposition testimony that may be used at trial:

### DEPOSITION OF MICHAEL ANDERSON (5/1/2006)

| Beginning | Ending |
|---|---|
| 3:14 | 3:17 |
| 16:4 | 16:22 |

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB                - 1 -                [38599-0012/AA062440.013]

| Beginning | Ending |
|---|---|
| 17:8 | 17:12 |
| 19:11 | 19:13 |
| 19:21 | 20:13 |
| 20:17 | 20:20 |
| 22:7 | 22:19 |
| 26:25 | 27:11 |
| 32:1 | 33:17 |
| 36:3 | 37:12 |
| 37:18 | 38:9 |
| 40:8 | 40:12 |
| 43:4 | 44:3 |
| 46:22 | 47:17 |
| 48:17 | 48:19 |
| 50:13 | 51:18 |
| 52:11 | 52:14 |
| 52:24 | 52:19 |
| 54:3 | 55:13 |
| 55:19 | 56:1 |
| 58:3 | 58:19 |
| 59:4 | 59:8 |
| 60:3 | 61:4 |
| 61:18 | 61:25 |
| 62:10 | 64:6 |
| 64:13 | 65:16 |
| 67:4 | 67:16 |
| 69:20 | 70:1 |
| 70:10 | 70:17 |

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

| Beginning | Ending |
|---|---|
| 71:20 | 72:5 |
| 75:17 | 75:24 |
| 76:6 | 76:23 |
| 80:25 | 82:10 |
| 87:3 | 87:16 |
| 88:10 | 88:14 |
| 91:1 | 92:16 |
| 93:12 | 93:20 |
| 94:1 | 94:6 |
| 95:10 | 95:16 |
| 98:3 | 99:6 |
| 100:7 | 100:10 |
| 102:23 | 105:2 |
| 106:10 | 104:4 |
| 108:4 | 109:5 |
| 109:23 | 110:24 |
| 111:20 | 112:13 |
| 112:23 | 113:4 |
| 113:11 | 113:16 |
| 114:5 | 114:14 |
| 114:20 | 115:14 |
| 119:7 | 119:24 |
| 139:11 | 140:12 |

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

## DEPOSITION OF JOSHUA BELVILLE (5/9/2006)

| Beginning | Ending |
|---|---|
| 4:11 | 4:15 |
| 4:20 | 4:23 |
| 5:7 | 5:10 |
| 9:4 | 9:8 |
| 9:12 | 9:24 |
| 10:2 | 10:14 |
| 12:6 | 12:13 |
| 7:16 | 7:14 |
| 18:18 | 18:23 |
| 25:19 | 26:13 |
| 29:22 | 30:10 |
| 30:25 | 32:16 |
| 37:17 | 38:1 |
| 39:15 | 40:13 |
| 41:13 | 41:21 |
| 42:1 | 42:18 |
| 43:8 | 44:5 |
| 46:3 | 46:9 |
| 46:22 | 46:25 |
| 50:8 | 50:21 |
| 52:7 | 52:8 |
| 52:13 | 52:13 |
| 53:18 | 53:21 |
| 55:20 | 56:24 |
| 59:3 | 59:9 |
| 62:22 | 62:25 |

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB                - 4 -                [38599-0012/AA062440.013]

| Beginning | Ending |
|---|---|
| 67:6 | 67:12 |
| 75:25 | 75:8 |
| 76:24 | 77:4 |
| 97:11 | 97:20 |
| 99:3 | 99:15 |
| 104:1 | 104:7 |
| 105:2 | 105:12 |
| 116:6 | 116:12 |
| 128:11 | 133:3 |
| 133:11 | 139:18 |
| 171:16 | 173:9 |
| 173:15 | 174:18 |
| 175:16 | 176:19 |
| 181:12 | 181:18 |

**DEPOSITION OF CHRIS LYNCH (6/26/2006)**

| Beginning | Ending |
|---|---|
| 9:1 | 9:3 |
| 9:7 | 9:12 |
| 10:4 | 10:16 |
| 12:18 | 13:3 |
| 14:3 | 15:11 |
| 17:20 | 18:11 |
| 22:23 | 23:19 |
| 24:12 | 25:3 |
| 25:21 | 26:4 |

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB     - 5 -     [38599-0012/AA062440.013]

| Beginning | Ending |
|---|---|
| 26:19 | 27:1 |
| 27:7 | 29:8 |
| 32:24 | 33:9 |
| 33:14 | 35:16 |
| 42:14 | 43:11 |
| 44:12 | 44:24 |
| 45:15 | 46:6 |
| 50:23 | 50:15 |
| 54:11 | 55:5 |

**DEPOSITION OF CHARLES MATHIAS (3/11/2005)**

| Beginning | Ending |
|---|---|
| 5:4 | 5:6 |
| 6:11 | 8:13 |
| 16:2 | 16:8 |
| 16:21 | 19:12 |
| 27:16 | 28:13 |
| 29:8 | 29:18 |
| 30:21 | 30:25 |
| 61:17 | 62:11 |
| 63:2 | 63:16 |
| 64:5 | 64:21 |
| 65:7 | 65:13 |
| 68:1 | 68:10 |
| 72:21 | 73:7 |
| 73:25 | 74:21 |

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB    - 6 -    [38599-0012/AA062440.013]

| Beginning | Ending |
|---|---|
| 91:6 | 91:20 |
| 93:6 | 93:8 |
| 93:22 | 94:15 |
| 95:16 | 96:14 |
| 96:25 | 97:5 |
| 97:16 | 99:1 |
| 100:1 | 101:9 |
| 114:11 | 115:5 |
| 116:17 | 119:7 |
| 119:24 | 120:22 |
| 124:20 | 125:14 |
| 126:24 | 128:1 |

**DEPOSITION OF PAUL PEDERSON (1/25/2005)**

| Beginning | Ending |
|---|---|
| 4:7 | 4:11 |
| 6:3 | 6:6 |
| 6:15 | 7:22 |
| 8:4 | 9:3 |
| 15:13 | 16:12 |
| 17:1 | 17:9 |
| 21:14 | 22:16 |
| 30:19 | 36:5 |
| 36:23 | 43:14 |
| 45:4 | 46:24 |
| 47:13 | 49:7 |

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB      - 7 -      [38599-0012/AA062440.013]

| Beginning | Ending |
|---|---|
| 51:13 | 53:18 |
| 54:5 | 57:22 |
| 58:9 | 62:15 |
| 62:25 | 65:17 |
| 66:3 | 66:25 |
| 67:11 | 68:24 |
| 69:14 | 71:6 |
| 72:20 | 73:25 |
| 74:17 | 78:7 |
| 78:21 | 81:8 |
| 82:2 | 83:18 |
| 85:25 | 88:5 |
| 90:3 | 90:15 |
| 93:2 | 96:1 |
| 107:12 | 107:23 |
| 117:20 | 119:2 |
| 170:23 | 172:1 |
| 173:9 | 173:21 |
| 180:9 | 181:4 |
| 204:13 | 205:7 |

**DEPOSITION OF JASON PETERSON (3/31/2006)**

| Beginning | Ending |
|---|---|
| 57:17 | 58:03 |
| 66:25 | 69:1 |
| 98:8 | 100:4 |

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB                - 8 -                [38599-0012/AA062440.013]

| Beginning | Ending |
|---|---|
| 102:1 | 104:2 |
| 104:13 | 105:22 |
| 108:20 | 110:1 |
| 110:14 | 111:14 |
| 111:19 | 112:2 |
| 112:12 | 113:1 |
| 118:7 | 119:14 |
| 119:19 | 120:24 |
| 177:21 | 185:21 |
| 227:2 | 229:3 |

**DEPOSITION OF DAVID ROHNER (1/26/2005)**

| Beginning | Ending |
|---|---|
| 5:9 | 5:17 |
| 46:3 | 46:10 |
| 47:19 | 48:1 |
| 56:22 | 58:3 |
| 70:21 | 71:14 |
| 75:13 | 76:13 |
| 82:4 | 83:5 |
| 85:8 | 86:8 |
| 88:12 | 89:6 |
| 94:9 | 96:10 |
| 98:21 | 99:22 |
| 127:24 | 128:14 |
| 146:1 | 146:19 |
| 148:6 | 148:9 |

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

## DEPOSITION OF MARK S. SCHILLING (6/5/2006)

| Beginning | Ending |
|---|---|
| 4:19 | 4:24 |
| 7:2 | 7:25 |
| 8:17 | 8:25 |
| 11:21 | 12:5 |
| 28:1 | 28:6 |
| 28:13 | 29:13 |
| 32:23 | 33:23 |
| 36:25 | 36:2 |
| 38:21 | 40:4 |
| 40:16 | 40:21 |
| 49:8 | 50:2 |
| 63:14 | 64:16 |
| 66:21 | 67:2 |
| 67:19 | 68:14 |
| 87:13 | 89:2 |
| 92:11 | 92:21 |
| 96:25 | 97:14 |
| 98:2 | 98:4 |
| 161:5 | 162:22 |
| 163:24 | 165:20 |
| 166:21 | 168:14 |
| 177:14 | 178:5 |
| 184:23 | 186:25 |
| 187:8 | 187:16 |

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB         - 10 -         [38599-0012/AA062440.013]

## DEPOSITION OF JASON TENDERELLA (1/26/2005)

| Beginning | Ending |
|---|---|
| 5:9 | 5:14 |
| 7:14 | 7:25 |
| 18:10 | 18:14 |
| 20:8 | 21:7 |
| 52:5 | 54:22 |
| 58:4 | 60:25 |
| 73:2 | 73:13 |
| 81:6 | 82:16 |
| 82:21 | 83:25 |
| 101:17 | 101:20 |

## DEPOSITION OF L. SKIP VERNON (2/11/2005)

| Beginning | Ending |
|---|---|
| 4:11 | 4:19 |
| 4:25 | 5:3 |
| 5:13 | 5:25 |
| 6:7 | 7:2 |
| 7:7 | 7:18 |
| 10:15 | 12:11 |
| 14:7 | 14:13 |
| 15:9 | 15:18 |
| 24:13 | 25:21 |
| 26:7 | 27:4 |

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB     - 11 -     [38599-0012/AA062440.013]

| Beginning | Ending |
|---|---|
| 27:21 | 28:5 |
| 28:23 | 29:6 |
| 29:11 | 30:11 |
| 42:10 | 42:13 |
| 42:20 | 42:23 |
| 43:16 | 43:21 |
| 44:15 | 45:20 |
| 48:7 | 48:14 |
| 48:24 | 49:18 |
| 50:19 | 51:21 |
| 52:11 | 62:1 |
| 74:11 | 76:1 |
| 76:11 | 78:8 |
| 78:14 | 79:25 |
| 80:3 | 80:21 |
| 80:24 | 82:1 |
| 83:17 | 83:24 |
| 84:2 | 84:16 |
| 84:22 | 85:15 |
| 85:22 | 88:14 |
| 89:9 | 90:17 |
| 93:2 | 93:8 |
| 96:4 | 98:21 |
| 99:1 | 99:15 |
| 116:18 | 116:23 |
| 119:1 | 119:11 |
| 121:25 | 122:10 |

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

| Beginning | Ending |
|---|---|
| 131:17 | 132:18 |
| 135:11 | 136:18 |

## DEPOSITION OF DANIEL YELL (4/27/2006)

| Beginning | Ending |
|---|---|
| 6:9 | 6:23 |
| 7:8 | 7:15 |
| 9:10 | 10:23 |
| 11:5 | 11:20 |
| 12:21 | 13:16 |
| 14:3 | 16:17 |
| 17:6 | 20:11 |
| 20:15 | 21:7 |
| 21:15 | 21:25 |
| 22:7 | 22:20 |
| 22:25 | 24:18 |
| 25:4 | 26:1 |
| 26:4 | 32:6 |
| 33:4 | 33:13 |
| 33:15 | 40:4 |
| 41:13 | 41:15 |
| 42:13 | 43:5 |
| 43:11 | 44:4 |
| 45:19 | 45:23 |
| 46:3 | 46:5 |
| 47:23 | 51:3 |

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB         - 13 -         [38599-0012/AA062440.013]

| Beginning | Ending |
|---|---|
| 51:8 | 52:1 |
| 52:5 | 52:10 |
| 52:16 | 52:25 |
| 53:4 | 54:18 |
| 54:22 | 55:7 |
| 55:15 | 56:1 |
| 56:9 | 56:14 |
| 57:13 | 57:22 |
| 58:11 | 61:7 |
| 62:10 | 62:23 |
| 63:6 | 63:10 |
| 63:15 | 63:25 |
| 64:13 | 66:4 |
| 67:19 | 70:2 |
| 71:13 | 72:14 |
| 72:20 | 73:10 |
| 73:14 | 74:1 |
| 74:8 | 74:15 |
| 75:22 | 76:20 |
| 79:9 | 80:3 |
| 80:10 | 81:4 |
| 82:4 | 82:7 |
| 82:16 | 83:2 |
| 84:8 | 86:7 |
| 86:9 | 87:1 |
| 90:2 | 90:9 |
| 91:21 | 93:15 |

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

| Beginning | Ending |
|---|---|
| 94:19 | 95:25 |
| 96:12 | 99:1 |
| 105:12 | 105:24 |
| 106:3 | 107:1 |
| 107:10 | 107:14 |
| 109:21 | 111:19 |
| 113:21 | 114:6 |
| 114:15 | 116:5 |
| 117:8 | 118:1 |

DATED at Anchorage, Alaska on September 1, 2006.

**PERKINS COIE LLP**
Attorneys for Defendant
Brechan Enterprises, Inc.


By   /s/ Michael E. Kreger
    Michael E. Kreger
    Alaska Bar No. 8311170
    Perkins Coie LLP
    1029 W. Third Avenue, Suite 300
    Anchorage, Alaska  99501
    (907) 279-8561
    (907) 276-3108 (Facsimile)
    Email:  mkreger@perkinscoie.com

I hereby certify that on September 1, 2006, the foregoing was served electronically on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

  /s/ Michael E. Kreger
     Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB         - 15 -         [38599-0012/AA062440.013]