Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,

Plaintiff,

v.

FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRIESES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

Defendants.

EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,

Counterclaimant/Third-Party Claimant,

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,

Cross-Defendants/Third-Party Defendants.

Case No. 3:03-cv-00199-RRB

**THIRD-PARTY DEFENDANT COFFMAN ENGINEERS, INC.'S DEPOSITION DESIGNATIONS**

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,

Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

Defendant.

BRECHAN ENTERPRISES, INC., an Alaska corporation,

Counterclaim Plaintiff,

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,

Counterclaim Defendant.

BRECHAN ENTERPRISES, INC., an Alaska corporation,

Third-Party Plaintiff,

v.

COFFMAN ENGINEERS, INC., a Washington corporation,

Third-Party Defendant.

Third-Party Defendant Coffman Engineers, Inc., by and through counsel, hereby submits the following designations of deposition testimony taken in this matter[1]:

[1] These designations have been completed based on several assumptions. It is generally assumed that witnesses who have been deposed and can be subpoenaed will be called to testify live. If so some reason, such a witness turns out to be unavailable at the time of trial, Coffman reserves the right to submit designations as may be appropriate from the deposition(s) of any such witness. If witnesses for whom designations have been submitted who can not be subpoenaed are in fact available to testify at trial, Coffman reserves the right to questions such witnesses live rather than through the deposition designations. Third, because of the pendancy of dispositive motions and the likelihood of various motions in limine, the scope of admissible evidence at trial is unclear at this point. By anticipating subjects which other parties may seek to raise if permitted to do so, Coffman does not

(continued . . .)

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

**Deposition of Josh Bellville, taken May 9, 2006:**
Page 4, Line 4 to Page 4, Line 15
Page 4, Line 20 to Page 4, Line 23
Page 7, Line 3 to Page 7, Line 15
Page 7, Line 18 to Page 8, Line 15
Page 8, Line 23 to Page 9, Line 21
Page 10, Line 9 to Page 10, Line 22
Page 11, Line 6 to Page 12, Line 17
Page 13, Line 13 to Page 14, Line 1
Page 15, Line 12 to Page 15, Line 16
Page 15, Line 20 to Page 15, Line 25
Page 16, Line 7 to Page 16, Line 14
Page 16, Line 17 to Page 16, Line 23
Page 17, Line 1 to Page 17, Line 3
Page 17, Line 9 to Page 17, Line 16
Page 19, Line 10 to Page 19, Line 17
Page 19, Line 21 to Page 21, Line 12
Page 24, Line 19 to Page 24, Line 20
Page 25, Line 19 to Page 26, Line 13
Page 26, Line 16 to Page 26, Line 19
Page 27, Line 2 to Page 27, Line 4
Page 27, Line 22 to Page 28, Line 20
Page 28, Line 24 to Page 29, Line 3
Page 30, Line 3 to Page 30, Line 10
Page 31, Line 15 to Page 31, Line 22
Page 32, Line 2 to Page 32, Line 19
Page 32, Line 21 to Page 33, Line 4
Page 34, Line 7 to Page 35, Line 4
Page 37, Line 17 to Page 40, Line 19
Page 41, Line 6 to Page 41, Line 7
Page 41, Line 13 to Page 41, Line 21
Page 42, Line 10 to Page 42, Line 21
Page 42, Line 23 to Page 42, Line 24
Page 43, Line 8 to Page 44, Line 9
Page 44, Line 11 to Page 44, Line 15
Page 45, Line 7 to Page 45, Line 22
Page 45, Line 24 to Page 46, Line 14
Page 46, Line 16 to Page 46, Line 17
Page 46, Line 20 to Page 46, Line 23

---

(. . . continued)
concede that any such subject is relevant or admissible, and thus reserves the right to delete from its various designations as may be appropriate in light of rulings by the court or the scope of evidence actually introduced by other parties. Finally, Coffman has designated based on its understanding from other parties as to witnesses who will be available to testify live at trial. If some witness who is beyond subpoena fails to be present, because sponsoring party settles before trial, or for any other reason, Coffman reserves the right to either designate, if Coffman has had the opportunity to participate in the depositions of such witness(es) or to take perpetuation deposition(s) to obtain trial testimony for any such witness(es).

Page 46, Line 25
Page 48, Line 18 to Page 48, Line 19
Page 49, Line 2 to Page 49, Line 20
Page 50, Line 8 to Page 50, Line 14
Page 50, Line 19 to Page 51, Line 4
Page 52, Line 25 to Page 55, Line 23
Page 56, Line 1 to Page 61, Line 5
Page 62, Line 5 to Page 67, Line 12
Page 67, Line 15 to Page 69, Line 10
Page 72, Line 4 to Page 74, Line 4
Page 74, Line 6 to Page 75, Line 13
Page 76, Line 4 to Page 77, Line 23
Page 77, Line 25 to Page 80, Line 7
Page 80, Line 19 to Page 80, Line 21
Page 80, Line 23 to Page 81, Line 2
Page 81, Line 10 to Page 84, Line 24
Page 85, Line 7 to Page 85, Line 13
Page 85, Line 15 to Page 86, Line 3
Page 86, Line 22 to Page 87, Line 13
Page 87, Line 19 to Page 87, Line 23
Page 88, Line 10 to Page 94, Line 1
Page 94, Line 17 to Page 94, Line 24
Page 95, Line 2 to Page 95, Line 4
Page 95, Line 18 to Page 97, Line 25
Page 99, Line 3 to Page 101, Line 10
Page 101, Line 14 to Page 102, Line 20
Page 104, Line 1 to Page 107, Line 2
Page 108, Line 8
Page 113, Line 1 to Page 113, Line 21
Page 114, Line 7 to Page 117, Line 7
Page 117, Line 21 to Page 118, Line 14
Page 120, Line 4 to Page 120, Line 7
Page 121, Line 23 to Page 122, Line 4
Page 124, Line 11 to Page 125, Line 22
Page 126, Line 9 to Page 127, Line 20
Page 128, Line 11 to Page 132, Line 21
Page 133, Line 12 to Page 133, Line 19
Page 134, Line 1 to Page 144, Line 14
Page 145, Line 1 to Page 147, Line 15
Page 148, Line 21 to Page 158, Line 17
Page 158, Line 24 to Page 165, Line 15
Page 165, Line 23 to Page 167, Line 14
Page 169, Line 17 to Page 170, Line 3
Page 170, Line 6 to Page 172, Line 19
Page 172, Line 23 to Page 174, Line 18
Page 175, Line 12 to Page 177, Line 18
Page 181, Line 12 to Page 182, Line 4
Page 185, Line 23 to Page 187, Line 17
Page 188, Line 6 to Page 189, Line 9

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

**Deposition of Chris Lynch, taken June 26, 2006:**
Page 7, Line 18 to Page 8, Line 4
Page 8, Line 25 to Page 10, Line 16
Page 10, Line 20 to Page 13, Line 7
Page 14, Line 3 to Page 14, Line 21
Page 15, Line 5 to Page 15, Line 11
Page 16, Line 3 to Page 16, Line 18
Page 17, Line 6 to Page 17, Line 22
Page 18, Line 10 to Page 18, Line 11
Page 22, Line 12 to Page 23, Line 23
Page 24, Line 2 to Page 24, Line 17
Page 25, Line 2 to Page 25, Line 3
Page 25, Line 17 to Page 25, Line 20
Page 26, Line 13 to Page 27, Line 1
Page 27, Line 7 to Page 29, Line 11
Page 30, Line 6 to Page 30, Line 25
Page 32, Line 2 to Page 32, Line 5
Page 32, Line 24 to Page 33, Line 9
Page 33, Line 14 to Page 35, Line 10
Page 35, Line 13 to Page 35, Line 16
Page 37, Line 4 to Page 37, Line 13
Page 38, Line 21 to Page 40, Line 15
Page 41, Line 1 to Page 43, Line 21
Page 44, Line 12 to Page 44, Line 24
Page 45, Line 15 to Page 46, Line 17
Page 47, Line 24 to Page 48, Line 1
Page 48, Line 7 to Page 48, Line 19
Page 50, Line 23 to Page 51, Line 15
Page 54, Line 1 to Page 55, Line 24
Page 56, Line 10 to Page 56, Line 17
Page 65, Line 19 to Page 65, Line 20
Page 65, Line 22 to Page 65, Line 25
Page 66, Line 7 to Page 66, Line 11
Page 66, Line 13
Page 68, Line 9 to Page 68, Line 14
Page 68, Line 19 to Page 68, Line 25

**Deposition of Keith MacLeod, taken April 7, 2006:**
Page 6, Line 5 to Page 6, Line 11
Page 6, Line 14 to Page 6, Line 19
Page 9, Line 9 to Page 9, Line 15
Page 9, Line 19 to Page 10, Line 5
Page 10, Line 12 to Page 10, Line 21
Page 11, Line 9 to Page 11, Line 14
Page 11, Line 22 to Page 12, Line 13
Page 14, Line 9 to Page 14, Line 12
Page 14, Line 20 to Page 15, Line 13
Page 16, Line 8 to Page 17, Line 21
Page 20, Line 3 to Page 20, Line 22
Page 21, Line 7 to Page 21, Line 8

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

Page 21, Line 11 to Page 21, Line 24
Page 22, Line 7 to Page 23, Line 4
Page 23, Line 6 to Page 24, Line 22
Page 25, Line 18 to Page 25, Line 24
Page 27, Line 12 to Page 28, Line 15
Page 28, Line 20 to Page 28, Line 25
Page 29, Line 17 to Page 29, Line 20
Page 33, Line 23 to Page 34, Line 12
Page 35, Line 1 to Page 35, Line 24
Page 36, Line 2 to Page 36, Line 14
Page 38, Line 15 to Page 39, Line 8
Page 39, Line 24 to Page 42, Line 20
Page 43, Line 18 to Page 44, Line 5
Page 44, Line 15 to Page 48, Line 11
Page 49, Line 1 to Page 52, Line 5
Page 52, Line 12 to Page 55, Line 21
Page 56, Line 1 to Page 56, Line 17
Page 56, Line 20 to Page 57, Line 12
Page 57, Line 22 to Page 58, Line 10
Page 59, Line 20 to Page 61, Line 18
Page 62, Line 3 to Page 63, Line 11
Page 67, Line 24 to Page 67, Line 25
Page 68, Line 24 to Page 77, Line 24
Page 78, Line 21 to Page 81, Line 22
Page 82, Line 2 to Page 83, Line 3
Page 83, Line 8
Page 84, Line 18 to Page 85, Line 2
Page 86, Line 1 to Page 87, Line 17
Page 88, Line 7 to Page 88, Line 10
Page 89, Line 9 to Page 91, Line 5
Page 91, Line 9 to Page 93, Line 24
Page 94, Line 4 to Page 96, Line 13
Page 96, Line 16 to Page 97, Line 5
Page 97, Line 9 to Page 97, Line 16
Page 97, Line 19 to Page 100, Line 15
Page 100, Line 19 to Page 101, Line 8
Page 101, Line 12
Page 101, Line 16 to Page 101, Line 19
Page 101, Line 21
Page 102, Line 11 to Page 103, Line 1
Page 103, Line 7 to Page 103, Line 11
Page 103, Line 17 to Page 103, Line 24
Page 104, Line 2 to Page 104, Line 4
Page 104, Line 10 to Page 104, Line 17

**Deposition of Mark S. Schilling, taken February 14, 2005:**
Page 19, Line 5 to Page 19, Line 17
Page 21, Line 1 to Page 21, Line 5
Page 52, Line 18 to Page 52, Line 23
Page 118, Line 21 to Page 120, Line 14

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

Page 121, Line 5 to Page 122, Line 19
Page 128, Line 9 to Page 128, Line 15
Page 146, Line 15 to Page 146, Line 22
Page 158, Line 1 to Page 160, Line 8
Page 163, Line 13 to Page 164, Line 1
Page 169, Line 10 to Page 170, Line 24
Page 175, Line 11 to Page 175, Line 19

**Deposition of Mark S. Schilling, taken June 5, 2006:**
Page 21, Line 6 to Page 21, Line 17
Page 38, Line 21 to Page 40, Line 4
Page 161, Line 5 to Page 163, Line 19
Page 167, Line 12 to Page 168, Line 14
Page 171, Line 6 to Page 171, Line 17
Page 178, Line 6 to Page 178, Line 22

**Deposition of Skip L. Vernon, taken February 11, 2005:**
Page 4, Line 14 to Page 4, Line 17
Page 5, Line 13 to Page 5, Line 14
Page 5, Line 16 to Page 5, Line 25
Page 6, Line 10 to Page 6, Line 12
Page 7, Line 19 to Page 9, Line 6
Page 9, Line 20 to Page 12, Line 11
Page 14, Line 7 to Page 14, Line 16
Page 14, Line 25 to Page 16, Line 20
Page 24, Line 13 to Page 26, Line 19
Page 27, Line 21 to Page 28, Line 5
Page 33, Line 15 to Page 33, Line 16
Page 33, Line 19 to Page 34, Line 19
Page 35, Line 13 to Page 35, Line 17
Page 36, Line 3 to Page 36, Line 11
Page 36, Line 14 to Page 37, Line 3
Page 41, Line 18 to Page 42, Line 2
Page 42, Line 5 to Page 42, Line 13
Page 42, Line 20 to Page 42, Line 23
Page 43, Line 16 to Page 45, Line 20
Page 48, Line 15 to Page 50, Line 2
Page 52, Line 11 to Page 54, Line 22
Page 55, Line 4 to Page 55, Line 10
Page 55, Line 14 to Page 56, Line 13
Page 56, Line 15 to Page 58, Line 13
Page 58, Line 20 to Page 60, Line 5
Page 60, Line 23 to Page 62, Line 9
Page 62, Line 14 to Page 62, Line 22
Page 63, Line 22 to Page 65, Line 2
Page 65, Line 6 to Page 67, Line 17
Page 68, Line 15 to Page 70, Line 5
Page 74, Line 18 to Page 75, Line 22
Page 78, Line 15 to Page 79, Line 25
Page 80, Line 4 to Page 80, Line 21

Page 80, Line 24 to Page 82, Line 15
Page 83, Line 17 to Page 83, Line 24
Page 84, Line 2 to Page 84, Line 4
Page 84, Line 22 to Page 88, Line 5
Page 89, Line 9 to Page 90, Line 17
Page 96, Line 20 to Page 98, Line 16
Page 106, Line 16 to Page 108, Line 11
Page 108, Line 17 to Page 109, Line 5
Page 109, Line 8 to Page 109, Line 11
Page 109, Line 15
Page 109, Line 19 to Page 112, Line 22
Page 114, Line 14 to Page 114, Line 20
Page 117, Line 1 to Page 117, Line 24
Page 119, Line 1 to Page 119, Line 17
Page 119, Line 22 to Page 120, Line 7
Page 121, Line 25 to Page 122, Line 10
Page 127, Line 23 to Page 128, Line 24
Page 129, Line 1 to Page 129, Line 16
Page 129, Line 19 to Page 129, Line 21
Page 130, Line 11 to Page 131, Line 1
Page 131, Line 12 to Page 132, Line 18
Page 136, Line 12 to Page 136, Line 22
Page 136, Line 24 to Page 137, Line 5
Page 137, Line 11 to Page 138, Line 3
Page 138, Line 6 to Page 138, Line 11

**Deposition of Anita Repanich, taken June 28, 2006:**
Page 5, Line 14 to Page 6, Line 16
Page 6, Line 24 to Page 8, Line 11
Page 11, Line 6 to Page 12, Line 4
Page 202, Line 24 to Page 204, Line 9
Page 204, Line 18 to Page 205, Line 5
Page 207, Line 7 to Page 208, Line 14
Page 209, Line 1 to Page 210, Line 13
Page 215, Line 20 to Page 218, Line 13
Page 219, Line 13 to Page 220, Line 14

DATED this 1st day of September, 2006.

LANE POWELL LLC
Attorneys for Coffman Engineers, Inc.

By s/ Peter C. Partnow

Peter C. Partnow, ASBA No. 7206029
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
Email: PartnowP@LanePowell.com

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

I certify that on September 1, 2006, a copy of the foregoing was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

s/Peter C. Partnow

011680.0076/156371.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631