Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL
SERVICES, INC., an Alaska corporation,

    Plaintiff,

v.

FORREST J. MCKINLEY, et al.,

    Defendants.

Case No. A03-0199 Civil (RRB)

**ERRATA TO DESIGNATION OF DEPOSITION TESTIMONY**

    Brechan Enterprises, Inc. and Safeco Insurance Company of America submit the following corrected designations of deposition testimony.

### DEPOSITION OF MICHAEL ANDERSON (5/1/2006)

| Beginning | Ending |
|-----------|--------|
| 52:24     | 53:19  |
| 106:10    | 107:4  |

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB      - 1 -      [38599-0012/AA062490.006]

### DEPOSITION OF JOSHUA BELVILLE (5/9/2006)

| Beginning | Ending |
|---|---|
| 16:7 | 16:14 |
| 75:25 | 76:8 |

### DEPOSITION OF CHRIS LYNCH (6/26/2006)

| Beginning | Ending |
|---|---|
| 50:23 | 51:15 |

DATED at Anchorage, Alaska on September 6, 2006.

PERKINS COIE LLP
Attorneys for Defendant
Brechan Enterprises, Inc.

By  /s/ Michael E. Kreger
Michael E. Kreger
Alaska Bar No. 8311170
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
Email:  mkreger@perkinscoie.com

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB
- 2 -
[38599-0012/AA062490.006]

I hereby certify that on September 6, 2006, the foregoing was served electronically on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

  /s/ Michael E. Kreger
     Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB
- 3 -
[38599-0012/AA062490.006]