Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ABSOLUTE ENVIRONMENTAL SERVICES, INC., et al., | |
|---|---|
| Plaintiffs, | |
| v. | Case No. 3:03-cv-0199-RRB |
| FORREST J. MCKINLEY, et al., | |
| Defendants. | |

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY

Pursuant to D. Ak. LR 7.1(h), Brechan Enterprises, Inc. ("Brechan") and Safeco Insurance Company of America, Inc. ("Safeco"), hereby move for leave to file the supplemental reply brief attached to this motion. Absolute Environmental Services, Inc. ("Absolute") lodged a supplemental and untimely declaration of David Olson (Docket No. 289) after it filed its opposition (Docket No. 290). Absolute moved to admit this declaration and this Court allowed it (Docket 298)

ABSOLUTE v. MCKINLEY, et al.
Case No. 3:03-cv-0199-RRB            - 1 -            [38599-0012/AA062480.012]

Mr. Olson's declaration was not a part of the record at the time that Brechan filed its reply brief. An argument raised by Mr. Olson's declaration regarding "course of dealing" does not raise a disputed fact, but may benefit from limited briefing. Absolute does not oppose this supplemental reply. Docket 294 (Absolute "acknowledges that moving parties would be entitled to proportional additional time to supplement replies")

DATED: September 6, 2006.

> PERKINS COIE LLP
> Attorneys for Defendant
> Brechan Enterprises, Inc.
>
>
> By  /s/ Michael E. Kreger
>     Michael E. Kreger
>     Alaska Bar No. 8311170
>     Jacob B. Nist
>     Alaska Bar No. 0211051
>     Perkins Coie LLP
>     1029 W. Third Avenue, Suite 300
>     Anchorage, Alaska  99501
>     (907) 279-8561
>     (907) 276-3108 (Facsimile)
>     Email:  mkreger@perkinscoie.com

I hereby certify that on September 6, 2006, the foregoing has been served by electronic mail on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

  /s/ Michael E. Kreger
      Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. MCKINLEY, et al.
Case No. 3:03-cv-0199-RRB         - 2 -         [38599-0012/AA062480.012]