Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., et al.<br><br>    Plaintiffs<br><br>v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>    Defendants. | Case No. 3:03-cv-0199-RRB |

## PROPOSED ORDER

Having considered Brechan Enterprises, Inc. and Safeco Insurance Company of America, Inc.'s Motion to File Supplemental Reply, any opposition thereto, and good cause appearing;

IT IS HEREBY ORDERED that the Motion to File Supplemental Reply is GRANTED.

DATED at Anchorage, Alaska, this ____ day of _____, 2006.

_____
Honorable Ralph Beistline
United States District Judge

I hereby certify that on September 6, 2006, the foregoing has been served by electronic mail on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

　/s/ Michael E. Kreger
　　Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. MCKINLEY, et al.
Case No. 3:03-cv-0199-RRB             - 2 -             [38599-0012/AA062480.020]