UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  ABSOLUTE  </u>   v.   <u>  MCKINLEY, et al.  </u>

DATE:   <u>  September 7, 2006  </u>     CASE NO.   <u>  3:03-cv-0199-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
              **GRANTING FILING OF SUPPLEMENTAL REPLY**

---

Defendants Brechan Enterprises and Safeco Insurance filed a Motion for Leave to File Supplemental Reply at Docket 315, which was unopposed by Absolute (Docket 315 at 2). Defendants' motion is **GRANTED** and the Supplemental Reply filed at Docket 316 is deemed filed this date.

M.O. GRANTING FILING OF SUPPLEMENTAL REPLY