**DAILY SUMMARY REPORT**



| | | |
|---|---|---|
| **BRECHAN ENTERPRISES** | **CONTRACT NO:** | 32010 CG Task 007 |
| **LOCATION:** U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** Jerry R. Hardenbergh | **DATE:** | 07 May 2002 |

### General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.

Weather Conditions
N/A

### Coatings (Wharf Extension):

- All outstanding items listed below are carried over from last years construction season. All piles have been coated.

*2001 Outstanding Item(s):*
- Anode channel guard is not clamped tight to pile 2D. Rubber spacer is needed.
- New anode channel guard is required at pile 14D.
- Anode channel guard 22C requires new-galvanized nuts and bolts; also connect both upper and lower channels together.
- Anode lead wires to be remounted properly. Anode lead wires on the wharf extension and at column 1C on the original wharf have not been properly reattached. Loose wire at the bottom of the concrete deck needs to be fastened tightly against the concrete. Also, reinstall all galvanized wire clips along the anode wire channel guard (some are missing).

### Coatings (Original Wharf):

- All outstanding items listed below are carried over from last years construction season.
- Completed containment on bents 8 and 9. Vacuumed abrasive out of bents 4 and 5.
- Sweep blast upper elevation on bents 6 and 7; caulk welds and grind then applied coating.
- Performed holiday testing and DFT measurements on bents 4 and 5 lower elevations. Marked areas to repair.
- Punch list items are being repaired.

*2001 Outstanding Item(s):*
- Cut off pipe support angle at bent 4, install new galvanized angle support and coat weld areas with SPC 1864 SG. Existing pipe support angle is severely corroded and is not completely coated with new coating system.
- Re-attach anode conductor wire at pile 1C using new galvanized wire clamps and bolts.

**DAILY SUMMARY REPORT**



| | | | |
|---|---|---|---|
| **BRECHAN ENTERPRISES** | | **CONTRACT NO:** | 32010 CG Task 007 |
| **LOCATION:** | U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** Jerry R. Hardenbergh | | **DATE:** | 10 May 2002 |

### General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Chris Lynch, USCG COR

Weather Conditions at 11:53PM

| | |
|---|---|
| **Wind** | from the W at 13 MPH gusting to 18 MPH |
| **Visibility** | 10 mile(s) |
| **Sky conditions** | mostly cloudy |
| **Temperature** | 46.9 F (8.3 C) |
| **Dew Point** | 28.9 F (-1.7 C) |
| **Relative Humidity** | 49% |
| **Pressure** | 30.02 in. Hg |

### Coatings (Wharf Extension):

- Continue repair on outstanding items.

*2001 Outstanding Item(s):*
- Anode channel guard is not clamped tight to pile 2D. Rubber spacer is needed.
- New anode channel guard is required at pile 14D.
- Anode channel guard 22C requires new-galvanized nuts and bolts; also connect both upper and lower channels together.
- Anode lead wires to be remounted properly. Anode lead wires on the wharf extension and at column 1C on the original wharf have not been properly reattached. Loose wire at the bottom of the concrete deck needs to be fastened tightly against the concrete. Also, reinstall all galvanized wire clips along the anode wire channel guard (some are missing).

### Coatings (Original Wharf):

- Blasted bents 6 and 7 lower elevation (113' to 107'). Could not coat blasted area due to coating material shortage.
- Repair holiday areas on bents 4, 5, 6 and 7.
- Contractor did not receive shipment of coating materials today as expected. The shipping company indicated that the materials would arrive 15 April 02. As a consequence, the contractor will only be able to coat the lower elevation of one bent tomorrow and then no abrasive blasting or coating will be conducted until the shipment of coating materials arrive next Wednesday.
- Continue repair on outstanding items.

Page 1 of 3

DAILY SUMMARY REPORT



| | | | |
|---|---|---|---|
| **BRECHAN ENTERPRISES** | | **CONTRACT NO:** | 32010 CG Task 007 |
| **LOCATION:** | U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** | Jerry R. Hardenbergh | **DATE:** | 03 June 2002 |

**General:**

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.

Weather Conditions at 12:53PM:
- Wind from the E at 10 MPH
- Visibility 10 mile(s)
- Sky conditions overcast
- Precipitation last hour A trace
- Temperature 46.9 F (8.3 C)
- Dew Point 45.0 F (7.2 C)
- Relative Humidity 92%
- Pressure 29.77 in. Hg

**Cargo Wharf Extension:**

*Coatings*

- No work performed today.

*Cathodic Protection*

- No work performed today.

**Original Cargo Wharf:**

*Coatings*

- No coating work today. Coating materials did not arrive today, a reliable ETA is apparently not available.
- During this period of no coating activity, we took advantage of the opportunity to perform holiday testing and adhesion testing on bents 6 and 7. Holiday areas were marked for repair. Bents 8 thru 11 were pressure washed in preparation for holiday testing and adhesion testing.
- Crews also prepared areas for exothermic welding of negative CP connections that were removed for coating activities.

*Cathodic Protection*

- No work performed today.

Page 1 of 3

Exh. A ; p. 3 of 9

Coffman 01013

**DAILY SUMMARY REPORT**



| | | | |
|---|---|---|---|
| **BRECHAN ENTERPRISES** | | **CONTRACT NO:** | 32010 CG Task 007 |
| **LOCATION:** | U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** | Jerry R. Hardenbergh | **DATE:** | 04 June 2002 |

### General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Local Electric, Electrical contractor.
- Chris Lynch, USCG Construction Representative.

Weather Conditions at 1:53PM:
- **Wind** from the ESE at 12 MPH
- **Visibility** 10 mile(s)
- **Sky conditions** partly cloudy
- **Temperature** 50.0 F (10.0 C)
- **Dew Point** 42.1 F (5.6 C)
- **Relative Humidity** 74%
- **Pressure** 29.73 in. Hg

### Cargo Wharf Extension:

*Coatings*

- No work performed today.

*Cathodic Protection*

- No work performed today.

### Original Cargo Wharf:

*Coatings*

- No coating work today. Coating materials did not arrive today.
- Holiday testing was completed on bent 11, elevation 119' to 113'. Holiday areas were marked for repair. Repair coating began on small areas with SPC weld patch coating kits.
- Crews also prepared and welded areas for exothermic welding of negative CP connections that were removed for coating activities.

*Cathodic Protection*

- No work performed today.

Exh. A ; p. 4 of 9

Coffman 01010

**DAILY SUMMARY REPORT**



| | | | |
|---|---|---|---|
| **BRECHAN ENTERPRISES** | | **CONTRACT NO:** | 32010 CG Task 007 |
| **LOCATION:** | U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** Jerry R. Hardenbergh | | **DATE:** | 05 June 2002 |

### General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Local Electric, Electrical contractor.
- Chris Lynch, USCG Construction Representative.

Weather Conditions at 2:53PM.
- Wind Variable at 3 MPH
- Visibility 10 mile(s)
- Sky conditions partly cloudy
- Temperature 55.0 F (12.8 C)
- Dew Point 42.1 F (5.6 C)
- Relative Humidity 61%
- Pressure 29.97 in. Hg

### Cargo Wharf Extension:

*Coatings*

- No work performed today.

*Cathodic Protection*

- No work performed today.

### Original Cargo Wharf:

*Coatings*

- No coating work today. Coating materials did not arrive today.
- Holiday testing was completed on bent 8 and 9, elevation 119' to 113'. Holiday areas were marked for repair. Repair coating began on small areas with SPC weld patch coating kits.
- Completed exothermic welding of negative CP connections that were removed for coating activities.
- Continuing to install CP anode cable clips on H-piles.
- Completed installation of rubber spacer on pile 2C(wharf extension) anode channel guard clamp.
- Crew built platform and containment around the structural support for the floating dock stairway and plans to blast and coat when coating materials arrive.

DAILY SUMMARY REPORT



| BRECHAN ENTERPRISES | CONTRACT NO: | 32010 CG Task 007 |
|---|---|---|
| LOCATION: U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | PROJECT TITLE: | CARGO WHARF MAINTENANCE |
| INSPECTOR: Jerry R. Hardenbergh | DATE: | 06 June 2002 |

### General:

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Local Electric, Electrical contractor.
- Chris Lynch, USCG Construction Representative.

Weather Conditions at 12:53PM:
- Wind: from the E (080 degrees) at 6 MPH (5 KT)
- Visibility: 10 mile(s)
- Sky conditions: partly cloudy
- Temperature: 52.0 F (11.1 C)
- Dew Point: 39.0 F (3.9 C)
- Relative Humidity: 61%
- Pressure (altimeter): 30.12 in. Hg

### Cargo Wharf Extension:

*Coatings*

- No work performed today.

*Cathodic Protection*

- No work performed today.

### Original Cargo Wharf:

*Coatings*

- Coating materials and abrasive arrived on-site today.
- Holiday testing and repairs are completed on bent 6 and 7, elevation 119' to 107'.
- Completed installing scaffolding brackets and containment on bent 12.
- Continuing to install CP anode cable clips on H-piles.
- Environmental conditions within the containment area were controlled and allowed start of abrasive blasting on the stairway support structure. Stairway structure was blasted to an SSPC SP-10 Near-White cleanliness. The surface condition of areas listed above was acceptable. Surface chloride testing was acceptable IAW project specifications.
- Swalling began coating after acceptance of surface conditions. Application of coating appears to be progressing IAW project specifications.

Page 1 of 3

Exh. A ; p. 6 of 9

Coffman 01004

**DAILY SUMMARY REPORT**



| | | | |
|---|---|---|---|
| **BRECHAN ENTERPRISES** | | **CONTRACT NO:** | 32010 CG Task 007 |
| **LOCATION:** | U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** | Jerry R. Hardenbergh | **DATE:** | 10 June 2002 |

**General:**

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Local Electric, Electrical contractor.
- Chris Lynch, USCG Construction Representative.

Weather Conditions at 2:53PM:
- Wind from the SSW at 5 MPH
- Visibility 10 mile(s)
- Sky conditions overcast
- Weather Light rain
- Precipitation last hour A trace
- Temperature 46 F (8 C)
- Dew Point 41 F (5 C)
- Relative Humidity 81%
- Pressure (altimeter) 29.99 in. Hg

**Cargo Wharf Extension:**

*Coatings*
- No work performed today.

*Cathodic Protection*
- No work performed today.

**Original Cargo Wharf:**

*Coatings*
- Crews making necessary coating holiday repairs. Holiday detection and marking repair areas continue.
- Swalling began coating repair after acceptance of surface conditions. Application of coating appears to be progressing IAW project specifications.
- Reviewed contractor coating QC reports and retained these in project documentation package.

*Cathodic Protection*
- No work performed today.

Exh. A ; p. 7 of 9

Coffman 00992

DAILY SUMMARY REPORT



| BRECHAN ENTERPRISES | CONTRACT NO: | 32010 CG Task 007 |
|---|---|---|
| LOCATION: U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | PROJECT TITLE: | CARGO WHARF MAINTENANCE |
| INSPECTOR: Jerry R. Hardenbergh | DATE: | 11 June 2002 |

**General:**

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Local Electric, Electrical contractor.

Weather Conditions
N/A

**Cargo Wharf Extension:**

*Coatings*

- No work performed today.

*Cathodic Protection*

- No work performed today.

**Original Cargo Wharf:**

*Coatings*

- Crews making necessary coating holiday repairs. Holiday detection and marking repair areas continue.
- Contractor removing abrasive blast media from containment areas. Removing scaffolding and preparing for demobilization.
- Reviewed contractor coating QC reports and retained these in project documentation package.

*Cathodic Protection*

- No work performed today.

Page 1 of 3

Exh. A ; p. 8 of 9

Coffman 00989

DAILY SUMMARY REPORT



| **BRECHAN ENTERPRISES** | **CONTRACT NO:** | 32010 CG Task 007 |
|---|---|---|
| **LOCATION:** U.S. COAST GUARD ISC KODIAK KODIAK, ALASKA | **PROJECT TITLE:** | CARGO WHARF MAINTENANCE |
| **INSPECTOR:** Jerry R. Hardenbergh | **DATE:** | 12 June 2002 |

**General:**

Sub-contractors / visitors on site:
- Swalling Construction, Coating contractor.
- Local Electric, Electrical contractor.

Weather Conditions
N/A

**Cargo Wharf Extension:**

*Coatings*
- No work performed today.

*Cathodic Protection*
- No work performed today.

**Original Cargo Wharf:**

*Coatings*
- Crews making necessary coating holiday repairs. Holiday detection and marking repair areas continue.
- Contractor removing scaffolding and preparing for demobilization.
- Completing outstanding items continues.

*Cathodic Protection*
- No work performed today.

Page 1 of 3

Exh. A; p. 9 of 9

Coffman 00986