Michael E. Kreger
James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Brechan Enterprises Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>Defendants. | Case No. 3:03-cv-0199-RRB |

### [PROPOSED] ORDER GRANTING BRECHAN ENTERPRISES' MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING BRECHAN'S CONTRACTS AND RELATIONSHIPS WITH THE COAST GUARD

Having considered Brechan Enterprises, Inc.'s motion in limine to exclude evidence regarding Brechan's contracts and relationships with the United States Coast Guard, and any opposition thereto,

IT IS HEREBY ORDERED that the motion is GRANTED. The parties shall not ask questions, present evidence or make arguments to the jury regarding the following subjects:

ABSOLUTE v. MCKINLEY, et al.
Case No. 3:03-cv-0199-RRB                 - 1 -                 [38599-0012/AA062510.009]

- That Brechan paid another contractor $3 million not to compete with it for construction work on Kodiak Island;

- That Brechan tried to recover its $3 million from the Coast Guard by overcharging the government for the work it was to perform under its construction contracts;

- That Brechan improperly obtained the first Job Order Contract ("JOC") from the Coast Guard through a "low-ball" bid;

- That Brechan thereafter received improper or illegal treatment by the Coast Guard to increase its profits on Phase I of the Cargo Wharf project (Task Order 7);

- That Brechan also received improper or illegal treatment by the Coast Guard in the award of a second five-year JOC contract in 2002, resulting in a contract that was unusually profitable for Brechan; and

- That Brechan overcharged the Coast Guard for its work on Phase II of the Cargo Wharf contract.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
Ralph R. Beistline
United States District Judge

I hereby certify that on September 8, 2006, the foregoing was served electronically on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

  /s/ Michael E. Kreger  
    Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. MCKINLEY, et al.
Case No. 3:03-cv-0199-RRB           - 2 -           [38599-0012/AA062510.009]