Michael E. Kreger
James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., et al.,<br><br>     Plaintiffs,<br>v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>     Defendants. | Case No. 3:03-cv-0199-RRB |

**BRECHAN'S MOTION IN LIMINE REGARDING
DAVID OLSON'S TESTIMONY**

Brechan Enterprises, Inc. ("Brechan") and Safeco Insurance Company of America ("Safeco") move to exclude anticipated testimony by David Olson that is inadmissible under Federal Rules of Evidence 602 (personal knowledge) and 802 (hearsay).

Absolute's recent submissions indicate that it may try to present testimony by Absolute's owner, David Olson, regarding matters that are outside his personal knowledge. Brechan requests an order to restrict Olson's testimony to matters within his personal knowledge.

In general terms, Mr. Olson has personal knowledge on the following two subjects relevant to this lawsuit: negotiation of Absolute's contracts with Brechan and Imperial, and performance of the work by Imperial and Absolute. However, Absolute has submitted lengthy declarations from Mr. Olson, and a final witness list, indicating Absolute's apparent intent to have Mr. Olson testify about a number of subjects on which he has no personal knowledge. See D. Olson Declaration dated August 25, 2006 [Docket 288-01], paragraphs 3 through 41; Second Declaration of David Olson in Support of Absolute's Opposition to Brechan's Motion for Summary Judgment—Nondisclosure dated August 19, 2006 [Docket 258], paragraphs 10 through 23; and Absolute's Witness List [Docket 313] at pages 3 through 6. These subjects include:

- Brechan's relationship with the Coast Guard;
- Communications between Brechan, the Coast Guard, Coffman and Swalling Construction to which Absolute was not a party;
- Brechan's purchase of AK Construction, and its non-competition agreement;
- Brechan's Job Order Contracts with the Coast Guard;
- The Coast Guard's budgets for its projects, including the Cargo Wharf Project;

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

- Brechan's contract with the Coast Guard on Phase I of the Cargo Wharf Project;

- Brechan's contract with Swalling Construction on Phase I of the Cargo Wharf Project;

- Swalling's performance of its contract on Phase I of the Cargo Wharf Project.;

- Brechan's alleged "loss exposure" on Phase I of the Cargo Wharf Project;

- Negotiations between Brechan and the Coast Guard and between Brechan and Swalling Construction regarding modifications to the Phase I contracts, and the terms of such modifications;

- What Brechan and/or Coffman knew as a consequence of their experience on Phase I.

Absolute's witness list indicates that Absolute may try to present some of this inadmissible testimony by asking Mr. Olson about what he "discovered" during his review of discovery in this lawsuit. Putting the questions to him in this fashion, or framing his testimony in this fashion, does not cure the evidentiary bar. The information is beyond Mr. Olson's personal knowledge, and therefore his testimony on these subjects is inadmissible under FRE 602. In addition, his testimony about what he's heard or read about these subjects is inadmissible hearsay, barred by FRE 802.

Brechan requests an order *in limine*, restricting Mr. Olson's testimony to matters on which he has personal knowledge, involving the negotiation of

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Absolute's Phase II contracts with Brechan and Imperial, and Absolute and Imperial's performance of the Phase II contract, and excluding the matters described above.

DATED at Anchorage, Alaska on September 8, 2006.

PERKINS COIE LLP
Attorneys for Defendant
Brechan Enterprises, Inc.

By   /s/ Michael E. Kreger
   Michael E. Kreger
   Alaska Bar No. 8311170
   James N. Leik
   Alaska Bar No. 8111109
   Perkins Coie LLP
   1029 W. Third Avenue, Suite 300
   Anchorage, Alaska  99501
   (907) 279-8561
   (907) 276-3108 (Facsimile)
   Email:  mkreger@perkinscoie.com

I hereby certify that on September 8, 2006, the foregoing was served electronically on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

  /s/ Michael E. Kreger
     Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. MCKINLEY, et al.
Case No. 3:03-cv-0199-RRB         - 4 -         [38599-0012/AA062480.013]