Michael E. Kreger
James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ABSOLUTE ENVIRONMENTAL SERVICES, INC., et al., | |
|---|---|
| Plaintiffs, | Case No. 3:03-cv-0199-RRB |
| v. | |
| FORREST J. MCKINLEY, et al., | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING BRECHAN'S MOTION
IN LIMINE REGARDING DAVID OLSON'S TESTIMONY**

Having considered the motion by Brechan Enterprises, Inc. and Safeco Insurance Company of America to exclude anticipated testimony by David Olson that is inadmissible under Federal Rules of Evidence 602 (personal knowledge) and 802 (hearsay),

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. MCKINLEY, et al.
Case No. 3:03-cv-0199-RRB            - 1 -            [38599-0012/AA062510.004]

IT IS HEREBY ORDERED that the motion is GRANTED. Mr. Olson's testimony shall be limited to matters within his personal knowledge regarding Absolute's negotiation of its Phase II contracts with Brechan and Imperial, and Absolute and Imperial's performance of the Phase II contract. Mr. Olson may not testify on matters outside his personal knowledge, including but not limited to the following:

- Brechan's relationship with the Coast Guard;

- Communications between Brechan, the Coast Guard, Coffman and Swalling Construction to which Absolute was not a party;

- Brechan's purchase of AK Construction, and its non-competition agreement;

- Brechan's Job Order Contracts with the Coast Guard;

- The Coast Guard's budgets for its projects, including the Cargo Wharf project;

- Brechan's contract with the Coast Guard on Phase I of the Cargo Wharf project;

- Brechan's contract with Swalling Construction on Phase I of the Cargo Wharf project;

- Swalling's performance of its contract on Phase I of the Cargo Wharf project;

- Brechan's alleged "loss exposure" on Phase I of the Cargo Wharf project;

- Negotiations between Brechan and the Coast Guard and between Brechan and Swalling Construction regarding modifications to the Phase I contracts, and the terms of such modifications;

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. MCKINLEY, et al.
Case No. 3:03-cv-0199-RRB         - 2 -         [38599-0012/AA062510.004]

- What Brechan and/or Coffman knew as a consequence of their experience on Phase I.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
Ralph R. Beistline
United States District Judge

I hereby certify that on September 8, 2006, the foregoing was served electronically on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

  /s/ Michael E. Kreger
    Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

**ABSOLUTE v. MCKINLEY, et al.**
Case No. 3:03-cv-0199-RRB                - 3 -                [38599-0012/AA062510.004]