

**BRECHAN ENTERPRISES, INC / GENERAL CONTRACTORS**
2705 MILL BAY ROAD • KODIAK, ALASKA 99615

December 4, 2002

Maggie Wilson
Contracting Officer
USCG FD&CC PAC
915 Second Ave., Room 2664
Seattle, WA 98174-1011

Subject: DTCG50-02-D-643J55
Cargo Wharf Pile Coating Phase II

Dear Maggie:

Please consider this our cost proposal for the subject task order in accordance with your RFP dated 11/29/02.. We propose to accomplish the required work for $1,413,020.00. Our proposal, prepared to the maximum extent possible using the Means Facilities Construction Cost Data, is detailed on the attached spreadsheet.

COMMENTS:

SCOPE:

COST:

SCHEDULE: Construction is estimated to be four (4) months.

Sincerely,

BRECHAN ENTERPRISES, INC.

Matt Holmstrom, P.E.
Project Manager

Enclosures

PHONE: 907.486.3215 • FAX: 907.486.4889
ALASKA BUSINESS #001858 • ALASKA CONTRACTORS #AA441
We Are An Equal Opportunity Employer

BEI1078
38599-0012

EXHIBIT 1 of 5

KEY20517

*[Handwritten notes in top right:]*
```
 1,413,000
<1,000,000> AFS
─────────
  413,000
<113,000> COFFER
─────────
  300,000
<20,000> COAT
```

BRECHAN ENTERPRISES

December 3, 2002

Subject: Cargo Wharf Pile Coating, Ph. 2

WORK BREAKDOWN ITEMS

1. COATING (Means)

| | | |
|---|---|---|
| A. Mobilization/tools | $ 63,987.47 | |
| B. Scaffold | $ 84,138.10 | |
| C. Containment: | | |
|     Tarps | $ 318,114.21 | |
|     Cofferdams | $428,693.93 | |
| D. Pile Prep | $209,819.56 | |
| E. Pile Coating | $145,228.73 | |
| **MEANS COATING TOTAL** | **$1,249,982** | |
| 2. Remove and reinstall cathodic protection | $12,570 | Non-pre-price |
| 3. Remove under pier utilities | $7,000 | non-pre-price |
| 4. Repair defective structural welds (1.7.3.6) | $10,000 | non-pre-price |
| 5. CP commissioning report | $ 3,500 | non-pre-price |
| 6. QA services | $112,500 | non-pre-price |

(Based on $25,000/month for 4.5 months. 4 months construction and 1 week prior to start, and 1 week after completion)

| | |
|---|---|
| NON-PRE-PRICE SUB-TOTAL | $145,570 |
| 12% markup | $ 17,468 |
| **NON-PRE-PRICE TOTAL** | **$163,038** |

Cargo Wharf Pile Coating, Ph. 2                                                                                           12/5/2002  6:52AM

| CSI | Item Code | Item Description | Takeoff Qty | Unit | Labor Total | Mat Total | Subs Total | Equip Total | Other Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | --- Base Estimate --- | | | | | | | | |
| 01 | | General Requirements | | | | | | | | |
| 01520500 | 1250 | Office, storage boxes, 20' x 8', rent per month | 4.000 | each | | 296.00 | | | | 296.00 |
| 01540500 | 0030 | Personnel protective equipment, respirator mask only, silicone, half face | 8.000 | each | | 252.00 | | | | 252.00 |
| 01540500 | 0060 | Personnel prot equip,respirator cartridges,2 req'd/mask,comb vap&dust | 480.000 | each | | 4,176.00 | | | | 4,176.00 |
| 01540500 | 0400 | Personnel protective equipment, gloves, nitrile/PVC | 300.000 | pair | 15,925.00 | 1,605.00 | | | | 1,605.00 |
| 01540750 | 0200 | Scaffolding,steel tubular;1use/month,no plank,bldg ext wall face, 6-12 stor | 350.000 | Csf | | 8,575.00 | | | | 24,500.00 |
| 01540760 | 3000 | Staging aids, laminated wood plank, 2x10x16', buy | 40.000 | each | | 1,700.00 | | | | 1,700.00 |
| 01540760 | 3100 | Staging aids, aluminum scaffold plank, 20" x 24', buy | 40.000 | each | | 26,800.00 | | | | 26,800.00 |
| 01540760 | 5300 | Staging aids, install & remove wood plank, 2x10x16' | 150.000 | each | 900.00 | | | | | 900.00 |
| 01540760 | 5310 | Staging aids, install & remove alum. scaffold plank, 20"x24' | 150.000 | each | 1,800.00 | | | | | 1,800.00 |
| 01540760 | 5420 | Staging aids, installation only of permanent U-Bolt roof anchor | 200.000 | each | 2,400.00 | | | | | 2,400.00 |
| 01540800 | 0730 | Tarpaulins, polyester reinf w/ integral fastening sys 11 mils thick | 203,394.000 | sqft | | 213,563.70 | | | | 213,563.70 |
| 01590400 | 0700D | Rent air compressor, portable, diesel, rotary screw 750 CFM | 2.000 | mnth | | | | 4,500.00 | | 4,500.00 |
| 01590400 | 0990D | Air compressor rental, accessories 12 lb chipping hammer | 3.000 | mnth | | | | 594.00 | | 594.00 |
| 01590400 | 1000D | Air compressor rental, accessories 3/4" by 50 ft air hose w/couplings | 18.000 | mnth | | | | 648.00 | | 648.00 |
| 01590400 | 1930D | Gen equip rental;flood light mercury,vapor/quartz,on tripod,1000 watt | 8.000 | mnth | | | | 1,440.00 | | 1,440.00 |
| 01590400 | 2040D | Rent forklift for brick 28ft 4000lb 4 wheel drive diesel | 2.000 | mnth | | | | 4,550.00 | | 4,550.00 |
| 01590400 | 3150D | Rent space heaters oil or electric 500 MBH | 2.000 | mnth | | | | 1,050.00 | | 1,050.00 |
| 01590400 | 4000D | Rent paint sprayers complete 17 CFM | 3.000 | mnth | | | | 1,695.00 | | 1,695.00 |
| 01590400 | 4400D | Rent pump, centrifugal, gas drive 6", 90 MGPH | 1.000 | mnth | | | | 1,550.00 | | 1,550.00 |
| 01590400 | 5720D | Rent sandblaster, portable, open top 3 cubic feet capacity | 1.000 | mnth | | | | 385.00 | | 385.00 |
| 01590400 | 5740D | Rent sandblaster accessories | 1.000 | mnth | | | | 156.00 | | 156.00 |
| 01590400 | 6410D | Rent toilet portable chemical | 4.000 | mnth | | | | 600.00 | | 600.00 |
| 01590400 | 7200D | Rent truck pickup 3/4 ton 4 wheel drive | 8.000 | mnth | | | | 5,400.00 | | 5,400.00 |
| | | General Requirements Total | | | 21,025.00 | 256,967.70 | | 22,568.00 | | 300,560.70 |
| 02 | | Site Construction | | | | | | | | |
| 02225730 | 2040 | Rubbish handling, load, haul to chute & dumping into chute, 100' haul | 100.000 | cuyd | 2,250.00 | | | | | 2,250.00 |
| 02240700 | 0050 | Wells, for dewatering 10' to 20' D, 2' diam, with steel casing, avg | 4,392.000 | vlft | 27,450.00 | 19,764.00 | | 7,993.44 | | 55,207.44 |
| 02250400 | 0010 | Cofferdams | 14,720.000 | sfca | | | | | | 240,819.20 |

Brechan Enterprises, Inc.                                                  1                                                        Order No.

BEI1080
38599-0012

KEY20519

Cargo Wharf Pile Coating, Ph. 2                                                                                                          12/5/2002  6:52AM

| CSI | Item Code | Item Description | Takeoff Qty | Unit | Labor Total | Mat Total | Subs Total | Equip Total | Other Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 02305250 | 1100 | Mob or demob, delivery charge for small equip on flatbed trailer, min | 15.000 | each | | | 600.00 | | | 600.00 |
| 02390220 | 0500 | Docks, floating, small boat, maximum | 200.000 | sqft | 1,630.00 | 4,700.00 | | 810.00 | | 7,140.00 |
| 02620400 | 0110 | Drainage, fabric, laid in trench, adverse conditions | 3,888.000 | sqyd | 894.24 | 5,209.92 | | | | 6,104.16 |
| | | Site Construction Total | | | 32,224.24 | 29,673.92 | 600.00 | 8,803.44 | | 312,120.80 |
| 03 | | Concrete | | | | | | | | |
| 03350350 | 0750 | Finishing walls, sandblast, heavy penetration | 24,500.000 | sqft | 42,140.00 | 10,780.00 | | | | 52,920.00 |
| | | Concrete Total | | | 42,140.00 | 10,780.00 | | | | 52,920.00 |
| 05 | | Metals | | | | | | | | |
| 05910500 | 6260 | Near white blast, (SSPC-SP10), tight mill scale,little/no rust,6.9 #/SF | 24,500.000 | sqft | 15,190.00 | 12,250.00 | | 2,940.00 | | 30,380.00 |
| 05950650 | 7000 | Strl st projs,pnts&ctg,sprayd,zinc rich prmr,self cure,spray,inorganic | 98,000.000 | sqft | 24,500.00 | 47,040.00 | | | | 71,540.00 |
| 05950650 | 7030 | Above one story, blasting and spray painting, Intricate structures, add 50% | 1.000 | lsum | | | | | | 19,845.00 |
| | | Metals Total | | | 39,690.00 | 59,290.00 | | 2,940.00 | | 121,765.00 |
| 07 | | Thermal & Moisture Protection | | | | | | | | |
| 07920800 | 3500 | Caulking & sealants, polyurethane, 1 - 2 cmpnt,bulk,ln place,1/4"x1/4" | 5,000.000 | lnft | 8,150.00 | 750.00 | | | | 8,900.00 |
| | | Thermal & Moisture Protection Total | | | 8,150.00 | 750.00 | | | | 8,900.00 |
| 13 | | Special Construction | | | | | | | | |
| 13201300 | 3060 | Tanks,stl,abv gnd,w/cradles,ctg,ftg,no mat/pmp/piping,550 gal | 1.000 | each | 193.00 | 1,150.00 | | | | 1,343.00 |
| 13281135 | 2000 | Asbestos abat eqpt, disposable worker prot, whole body suit, plastic | 768.000 | each | | 3,955.20 | | | | 3,955.20 |
| | | Special Construction Total | | | 193.00 | 5,105.20 | | | | 5,298.20 |
| 15 | | Mechanical | | | | | | | | |
| 15750300 | 6080 | Dehumidifiers, selfcontained W/fltrs & std cont, 30 to 40 LB/hr, 1125 CFM | 3.000 | each | 387.00 | 61,200.00 | | | | 61,587.00 |
| | | Mechanical Total | | | 387.00 | 61,200.00 | | | | 61,587.00 |
| | | --- Base Estimate --- Total | | | 143,809.24 | 423,766.82 | 600.00 | 34,311.44 | | 863,151.70 |
| | | Grand Total | | | 143,809.24 | 423,766.82 | 600.00 | 34,311.44 | | 863,151.70 |

Means Adjustment               252,903
                               Order No.

2

Brechan Enterprises, Inc.

BEI1081
38599-0012

EXHIBIT A
PAGE 4 of 5

KEY20520

Cargo Wharf Pile Coating, Ph. 2                                        12/5/2002  6:52AM

| CSI | Item Code | Item Description | Takeoff Qty Unit | Labor Total | Mat Total | Subs Total | Equip Total | Other Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| | | Subtotal | | | | | | | 1,116,055 |
| | | Contractor Markup | | | | | | | 133,927 |
| | | Total Estimate | | | | | | | 1,249,982 |

3

Brechan Enterprises, Inc.                                              Order No.

BEI1082
38599-0012

KEY20521