# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|
| | 1 | | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0005 | 23Apr02 | 2401501643XX0 018 | A33-S01047 |

**6. ISSUED BY**     CODE

Commanding Officer
USCG FD&CC Pacific
915 Second Ave Room 2664
Seattle, WA  98174-1011

**7. ADMINISTERED BY (If other than Item 6)**    CODE

SAME AS BLOCK 6

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and ZIP Code)

BRECHAN ENTERPRISES, INC
2705 MILL BAY ROAD
KODIAK, ALASKA  99615

| | |
|---|---|
| (✓) | **9A. AMENDMENT OF SOLICITATION NO.** |
| | **9B. DATED (SEE ITEM 11)** |
| X | **10A. MODIFICATION OF CONTRACT/ORDER NO.** DTCG50-01-D-643XX0 Task Order 0007 |
| | **10B. DATED (SEE ITEM 13)** 20Mar01 |

CODE      FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**

2 6 101 133 43 0 13 46000 3227      OBLIGATE:  $90,000.00

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | | |
|---|---|---|
| (✓) | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: CHANGES AND MUTUAL AGREEMENT OF THE PARTIES |
| | D. | OTHER (Specify type of modification and authority) |

**E. IMPORTANT:** Contractor [ ] is not.  [X] is required to sign this document and return __1__ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CARGO WHARF MAINTENANCE

THIS IS MODIFICATION 0005 TO TASK ORDER 0007

*********************************SEE PAGE 2 OP 2 ********************************

EX _B_
1 of 2

BEI5142
38599-0012

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or Print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| MATT HOLMSTRAN  PROJECT MANAGER | ANITA B. REPANICH, CONTRACTING OFFICER |
| **15B. CONTRACTOR/OFFEROR** (Signature of person authorized to sign) | **16B. UNITED STATES OF AMERICA** BY (Signature of Contracting Officer) |
| **15C. DATE SIGNED** 4/25/02 | **16C. DATE SIGNED** 4/25/02 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

DTCG50-01-D-643XX0
Task Order 0007
Modification 0005
Page 2 of 2

A. This modification compensates the Contractor for the changes listed in item #1 below, and also clarifies the scope changes for this Task Order as listed in item #2 below:

    1.   Additional Surface Prep, up to and including Bent 12
          Additional QA
          **Total = $90,000.00**

    2.   Regarding Brechan letter dated March 15, 2002, to Ms. Anita Repanich, Contracting Officer:
        a)  The following enclosures were provided for *informational purposes only* and are not to be construed as a part of their proposal:
            i)   Letter from Swalling dated Dec. 21, 2001
            ii)  Letter from Swalling dated Feb. 12, 2002
        b)  Enclosure titled "Memorandum from Coffman dated Feb. 27, 2002" is a part of this modification with the following exceptions (Note: The Coast Guard's Construction Inspector (CI) and/or Brechan's independent Quality Assurance (Q/A) representative shall determine and identify/mark which members are structural and which are non-structural or abandoned non-structural).
            i)   Structural members with poor quality or defective welds shall be prepared (i.e. abrasive blast cleaned, seal welded, inspected, etc...), coated, tested, and warranted in accordance with the original contract specifications Section 09967 "Coating of Steel Waterfront Structures", dated March 2001.
            ii)  Structural members with good quality or non-defective welds shall be prepared (i.e. abrasive blast cleaned, **"stripe coated"** or **caulked,** inspected, etc...), coated, tested, and warranted in accordance with the original contract specifications Section 09967 "Coating of Steel Waterfront Structures", dated March 2001.
            iii) **Abandoned** non-structural members such as utility supports and unused angle clips may be removed if determined to be cost effective and increase overall worker productivity.
            iv)  Non-structural members such as utility supports with poor quality or defective welds shall be prepared (i.e. abrasive blast cleaned, **"stripe coated"** or **caulked,** inspected, etc...), coated, and tested in accordance with the original contract specifications Section 09967 "Coating of Steel Waterfront Structures", dated March 2001, but not warranted in accordance with the contract specifications.

B. There will be **No Time and Materials (T&M)** work for the remaining phase of this project, unless authorized by the Contracting Officer.

C. The remaining phase of this project will complete all coatings up to and including Bent 12.

D. Performance period is extended to **01 July 2002.**

E. Total task value changed  FROM:    $1,412,803.00
                         TO:      $1,502,803.00

F. This agreement constitutes full, complete and final settlement of any and all claims for equitable adjustment in the form of monetary and/or time relief which the contractor may have and which may arise in the future, either directly or indirectly, from this supplemental agreement.

*B*
*2 of 2*

BEI5143
38599-0012