Michael E. Kreger
James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Brechan Enterprises Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>Defendants. | Case No. 3:03-cv-0199-RRB |

**[PROPOSED] ORDER GRANTING BRECHAN'S MOTION
IN LIMINE TO EXCLUDE EXPERT OPINION TESTIMONY
REGARDING BRECHAN'S "LOSS EXPOSURE" DURING
PHASE I OF THE CARGO WHARF PROJECT
(TASK ORDER 7)**

Having considered Brechan Enterprises, Inc.'s motion in limine to exclude expert opinion testimony regarding Brechan's "loss exposure" during Phase I of the Cargo Wharf Project, and any opposition thereto,

IT IS HEREBY ORDERED that the motion is GRANTED.

Mr. Lembke's opinion testimony in his March 21, 2006 report regarding Brechan's "loss exposure" during Phase I is excluded.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
Ralph R. Beistline
United States District Judge

I hereby certify that on September 8, 2006, the foregoing was served electronically on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

 /s/ Michael E. Kreger
     Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. MCKINLEY, et al.
Case No. 3:03-cv-0199-RRB    - 2 -    [38599-0012/AA062510.010]