Terry R. Marston, *pro hac vice,* terry@mhf-law.com
Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
Jesse P. Elison, *pro hac vice,* jessee@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants. | Case No.: A03-0199CV (RRB)<br><br>**ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S SUPPLEMENT AND CLARIFICATION TO WITNESS LIST** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | |

| | |
|---|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | ) ) ) |
| Defendants. | ) ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Counterclaim Plaintiff, | ) ) |
| vs. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Counterclaim Defendant. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Plaintiff/Cross-claimant, | ) ) |
| vs. | ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) ) |

ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S SUPPLEMENT AND CLARIFICATION TO WITNESS LIST
Case No. A03-0199CV (RRB)-- 2

COME NOW, plaintiff, ABSOLUTE ENVIRONMENTAL SERVICES, INC., by and through its undersigned attorneys of record, hereby supplements and clarifies of its lay and expert list of witnesses that it intends to call to testify at trial.

**7. Laura Emery**
c/o Eric J. Brown, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503-4097
907) 563-8844

As a supplement and not a substitution for the description of her expected testimony previously provided, if Ms. Emery is unavailable to provide live testimony, her testimony shall be by deposition designation.

**29. Mike Lembke**,
c/o Terry R. Marston
Marston Heffernan Foreman, PLLC
16880 NE 79th Street
Redmond, WA 98052
(425) 861-5700

As a clarification and not a substitution for the description of his expected testimony previously provided, Mr. Lembke will be expected to include in his testimony explanations of the nature, function, and his understanding of the relationships between Brechan's contemporaneous construction management records on the Cargo Wharf projects.

**34. Representative of Thomas, Head & Greisen**
Thomas, Head, & Greisen
1400 West Benson Boulevard, Suite 400
Anchorage, AK  99503
(907) 277-2639

The member of the accounting firm of Thomas, Head & Greisen, in Anchorage, Alaska, is expected to testify in order to clarify any dispute over the proper interpretation of the contents of the financial statements and tax returns produced by Brechan on September 5, 2006, and September 8, 2006, pursuant to the order of the Court on August 30, 2006 (court docket no. 296) compelling production of these documents..

//

//

1  DATED this __8th__ day of September, 2006.

2                                      MARSTON HEFFERNAN FOREMAN, PLLC

4                                      By _____s/Terry R. Marston_____
                                       Terry R. Marston II, WSBA No. 14440
5                                         Jami K. Elison,  WSBA No. 31007
                                       Attorneys for Plaintiff Absolute Environmental
6                                         Service, Inc.

8  I hereby certify that on the date given a copy of the forgoing was electronically filed with the Clerk of
9  Court using the CM/ECF system and was served electronically on the following:

10 William R. Baerg, Patrick J. Duffy
Eric J. Brown
11 Robert J. Dickson
Michael E Kreger, Jacob Nist
12 James B. Stoetzer, Peter C. Partnow

13 s/Terry R. Marston_____ .