Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>        Plaintiff,<br><br> v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>        Defendants. | Case No. 3:03-cv-00199-RRB<br><br>**PROPOSED<br>ORDER GRANTING<br>COFFMAN ENGINEERS, INC.'S<br><u>MOTIONS *IN LIMINE*</u>** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br> Counterclaimant/Third-Party Claimant,<br><br> v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br> Cross-defendants/Third-Party Defendants. | |

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| |
|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>          Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>          Defendants. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>         Counterclaim Plaintiff,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>         Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>         Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC, a Washington Corporation.<br><br>  Third-Party Defendant. |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation,<br><br>         Plaintiff/Cross-Claimant,<br><br>v.<br><br>COFFMAN ENGINEERS, INC, a Washington Corporation.<br><br>         Third-Party Defendant. |

**Proposed Order Granting Coffman Engineers, Inc.'s Motions *in Limine***
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**  **Page 2 of 4**

Having considered Coffman Engineers, Inc.'s Motions *in Limine,* any responses thereto, and being fully advised,

IT IS HEREBY ORDERED that Coffman's motion is GRANTED. The parties shall not ask questions, present evidence or make arguments to the jury regarding the following subjects:

1. Evidence and argument regarding conditions which allegedly existed in Phase I of the Kodiak Cargo Wharf Project;

2. Expert opinions by Messrs. Hailey, Schilling, or Vernon Which (1) go beyond the opinions stated in their respective expert reports or Depositions in this case, or (2) are based on documents or other factual information which was within the scope of initial disclosures, propounded written discovery, or deposition inquiry;

3. Expert opinions by Messrs. Lembke or Rulien which (1) go beyond the opinions stated in their respective expert reports or depositions in this case, or (2) are based on documents or other factual information which was within the scope of initial disclosures, propounded written discovery, or deposition inquiry;

4. Evidence or argument by Imperial regarding the quantum or cause(s) of its alleged damages beyond that stated in its written discovery interrogatory response;

5. Evidence or argument regarding costs or attorneys' fees which have been incurred in this litigation;

6. Evidence or argument regarding the alleged financial dealings of Absolute's "sole shareholder" or any other individual or entity other than Absolute Environmental Services, Inc.;

7. Evidence which consists of or is based solely on hearsay other than hearsay evidence permitted under Evidence Rules 803 or 804;

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Proposed Order Granting Coffman Engineers, Inc.'s Motions *in Limine***
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. 3:03-cv-00199-RRB)    Page 3 of 4

8. Evidence or opinion regarding the condition of the wharf after the completion of the work, or other argument or opinion that the wharf will not have a life expectancy of an additional 25 years;

9. Evidence, opinion, or argument regarding any alleged breach of any contract or obligation to the Coast Guard, alleged improper dealings with the Coast Guard, or alleged failure of the Coast Guard to enforce obligations due and owing to it; and

10. Evidence, opinion or argument regarding punitive damages and/or any aspect of the current investigation of BP or Coffman's involvement or dealings with BP.

Dated at Anchorage, Alaska this ____ day of September, 2006.

_____
The Honorable Ralph R. Beistline
United States District Court Judge

I certify that on September 8, 2006, a copy of the foregoing was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com
James E. Niemer, niemerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

s/Peter C. Partnow
011680.0076/156530.1

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Proposed Order Granting Coffman Engineers, Inc.'s Motions *in Limine***
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. 3:03-cv-00199-RRB)                Page 4 of 4