```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


           ABSOLUTE, et al.    v.    MCKINLEY, et al.

DATE:     September 12, 2006    CASE NO.    3:03-cv-0199-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               GRANTING MOTION FOR LEAVE TO FILE
```

      Coffman's Motion for Leave to File Supplemental Reply Materials at Docket 320 is **GRANTED.** Coffman shall now file and serve its Supplemental Reply Brief.

M.O. GRANTING MOTION FOR LEAVE TO FILE