James B. Stoetzer, ASBA No. 7911130
Peter C. Partnow, ASBA No. 7206029
LANE POWELL LLC
301 West Northern Lights Blvd., Suite 301
Anchorage, Alaska  99503-2648
Telephone:  907.277.9511
Facsimile:  907.276.2631

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

**LANE POWELL, LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>           Plaintiff,<br><br>   v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>           Defendants. | Case No. A03-0199CV (RRB)<br><br>**COFFMAN ENGINEERS, INC.'S MOTION FOR PRETRIAL STATUS CONFERENCE** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>   Counterclaimant/Third-Party Claimant,<br><br>    v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>   Cross-defendants/Third-Party Defendants. | |

THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,

Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.

Defendants.

BRECHAN ENTERPRISES, INC., an Alaska corporation,

Counterclaim Plaintiff,

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,

Counterclaim Defendant.

BRECHAN ENTERPRISES, INC., an Alaska corporation,

Third-Party Plaintiff,

v.

COFFMAN ENGINEERS, INC, a Washington Corporation.

Third-Party Defendant.

ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation,

Plaintiff/Cross-Claimant,

v.

COFFMAN ENGINEERS, INC, a Washington Corporation.

Third-Party Defendant.

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

Pursuant Local Rule 16.1(d), third-party defendant and cross-claimant Coffman Engineers, Inc. ("Coffman") hereby moves the Court for a status conference to address numerous issues which are not specifically addressed in the pretrial order, and attention to which will be of assistance to the Court and the parties in preparing for the trial in this multi-party case.

Coffman would suggest that this conference be set for a time as soon as possible after the court has resolved the pending motions, as the court and the parties will be in a better position to understand the issues to be tried and the length of the trial at that point.

The specific issues which Coffman believes would be helpful for the court to address include (1) length of opening and closing arguments, since L.R. 39.1(a) does not appear to adequately address this issue for a multi-party, potential complex construction dispute such as the instant case; (2) the order in which the parties will be permitted to put on witnesses and cross-examine witnesses called by other parties; (3) the order in which witnesses will be called; (4) dates certain on which various out-of-state witnesses will be called; (5) which, if any, witnesses will be called to testify telephonically pursuant to L.R. 7.3; and (6) dates on which expert witnesses will be called so that other parties can arrange, if they desire, to have their selected experts, particularly those who reside out of state, present. This is not intended as an exhaustive list as there may be other similar issues which one or more of the other parties, or the court, may wish to address at that time.

In order to avoid unnecessary time, expense, or confusion, and to allow what should be fairly straightforward issues to be promptly resolved, Coffman requests that these matters be

**Coffman Engineers, Inc.'s Motion for Pretrial Status Conference**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. A03-0199 CV (RRB))**          **Page 3 of 4**

addressed and resolved by the court at a pretrial status conference to be held as soon as possible after

the court has issued rulings on pending motions.

DATED this 12th day of September, 2006.

LANE POWELL LLC
Attorneys for Coffman Engineers, Inc.


By s/ Peter C. Partnow
    James Stoetzer, ASBA No. 7911130
    Peter C. Partnow, ASBA No. 7206029
    301 W. Northern Lights Blvd., Suite 301
    Anchorage, Alaska 99503-2648
    Tel:  907-277-9511
    Fax:  907-276-2631
    Email:  StoetzerJ@LanePowell.com
    Email:  PartnowP@LanePowell.com

I certify that on September 12, 2006, a copy
of the foregoing was served by ECF on:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow

011680.0076/156539.1

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631