James B. Stoetzer, ASBA No. 7911130
Peter C. Partnow, ASBA No. 7206029
LANE POWELL LLC
301 West Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907.277.9511
Facsimile: 907.276.2631

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | |
| Plaintiff, | |
| v. | |
| FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | Case No. A03-0199CV (RRB)<br><br>**PROPOSED ORDER** |
| Defendants. | |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC., | |
| Counterclaimant/Third-Party Claimant, | |
| v. | |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al., | |
| Cross-defendants/Third-Party Defendants. | |

LANE POWELL, LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

|  |
|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br>        Plaintiff, <br>v. <br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. <br><br>        Defendants. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>        Counterclaim Plaintiff, <br>v. <br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br>        Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>        Third-Party Plaintiff, <br>v. <br><br>COFFMAN ENGINEERS, INC, a Washington Corporation. <br><br>        Third-Party Defendant. |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, <br><br>        Plaintiff/Cross-Claimant, <br>v. <br><br>COFFMAN ENGINEERS, INC, a Washington Corporation. <br><br>        Third-Party Defendant. |

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

The Court having considered Coffman Engineers, Inc.'s Motion for Pretrial Status Conference, and any opposition thereto,

IT IS HEREBY ORDERED that the motion is GRANTED. The Pretrial Status Conference is scheduled for _____, 2006, at _____ pm/am.

ORDERED this _____ day of September, 2006.

 

The Honorable Ralph R. Beistline
United States District Court Judge

I certify that on September 12, 2006, a copy of the foregoing was served by ECF on:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

s/Peter C. Partnow

011680.0076/156576.1

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

**Order**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. A03-0199 CV (RRB))**       **Page 3 of 3**