Absolute v. McKinley   Jerry R. Hardenbergh, Vol. II
16

Page 284

1    A.   Yeah, I believe so.  I believe that -- I think it's
2  the 30 October draft memo that I have, I think it states that,
3  yes.
4    Q.   Was there anything required of the contractor to
5  correct the problem with the defective welds that could not have
6  been anticipated at the time he entered into the contract in
7  your view?
8    MR. STOETZER:  Lisa, could you read that back?
9         (Question was read back.)
10   MR. KREGER:  Objection.  Vague.
11   MR. STOETZER:  Object to the form of the question.
12   Q.   I'll withdraw the question.
13        Where did the problem with the welds, defective
14 welds, stop?
15   MR. KREGER:  Objection.  Vague.
16   A.   Defective -- I guess I'm going to have to have a
17 definition or your definition of the defective welds.
18   Q.   Well, I think I'll use your definition of defective
19 welds.
20        Well, let's use the October 30 memo.  We'll go ahead
21 and mark that as the next exhibit.
22   MR. KREGER:  Document numbers, please?
23   MR. MARSTON:  Excuse me?
24   MR. KREGER:  Do you have a document number for that?
25   MR. MARSTON:  20714.

Page 285

1        Why don't we go ahead and take a short break right
2  here, because there's a package of documents that I am missing
3  that has a cleaner copy of that in there, and I need those other
4  documents anyway, so five minutes.
5    MR. KREGER:  So that document has not been marked
6  yet?
7    MR. MARSTON:  It has not.
8    MR. KREGER:  Okay.  Thank you.
9         (A break was taken from
10            2:55 p.m. to 3:07 p.m.)
11        (Exhibit Nos. 60 and 61 marked.)
12   Q.   We're back on the record again, and I've handed you
13 two exhibits, one of them is marked No. 60, and the other is
14 marked No. 61.  The package that's No. 60, I'll represent to you
15 is a collection of your daily reports that were prepared between
16 October 1st and the conclusion of work in the 2002 calendar
17 year -- excuse me -- 2001 calendar year, although it is not an
18 all-inclusive set of your reports.
19        But before we look at that, I want to look at Exhibit
20 No. 61.  Is that the October 30th report you were previously
21 referring to?
22   MR. KREGER:  What numbers are you using, Counsel?
23   MR. STOETZER:  Exhibit 61 is page No. 20174.
24        Exhibit 60, the collection of daily reports --
25   MR. MARSTON:  Jim, they're not continuous.

Page 286

1    MR. STOETZER:  Is not continuous, but it begins with
2  Coffman 08238 and ends with Coffman 05342.
3    A.   Yes, I recognize it.
4    Q.   That's your October 30 report?
5    A.   Yes.
6    Q.   And the second paragraph of Exhibit 61 says, "The
7  surface defects being encountered include: weld spatter, poor
8  weld workmanship, very rough weld profiles, weld undercutting,
9  column splice runoff tabs and areas requiring seal welding."
10        And I believe -- so when I talk about weld defects,
11 is there anything other than these particular type of defects
12 that you encountered out there that constituted a defective weld
13 that contributed to the holidays that were appearing in the
14 welds?
15   A.   Two that I can think of right offhand, one being
16 cracked welds and one being weeping welds.
17   Q.   How about porous welds?
18   A.   Porous welds.
19   Q.   So cracked, weeping and porous welds?
20   A.   Well, the weeping weld would probably be a porous
21 weld, yes.
22   Q.   What is a weeping weld?
23   A.   Well, in this case, since the weld goes underwater at
24 the tides, it's able to suck some of the water into the weld
25 because it goes underwater, and when the tide goes out, the

Page 287

1  water seeps out slowly out of the porosity in the weld.
2    Q.   So now with that definition of what defective welds
3  are, when did the problem with defective welds go away?
4    A.   As I remember, bents 1 and 2, we encountered a lot of
5  seal welding, and actually cracked welds, cracked structural
6  welds, and in that location, or maybe within the next couple of
7  bents, 1, 2, 3, in that area, there was the weeping welds also.
8         The cracked, weeping welds had gone away by bent 5.
9  I think most of the extensive seal welding had gone away by that
10 point.  Between 5 and -- I mean, between 6 and 12 ending point,
11 the welds had progressed significantly better as we approached
12 bent 12.  They had rough weld profiles, and some of the
13 nonstructural steel appurtenances were still missing welds, and
14 they had -- well, missing welds.
15   Q.   Well, missing welds what?
16   A.   The appurtenances had missing welds, period.
17   Q.   Omitted welds?
18   A.   Omitted welds.
19   Q.   When you say "appurtenances," are you referring to
20 things such as the nonstructural steel?
21   A.   Yes.
22   Q.   So let me see if I have my notes correct here, that
23 the cracked, weeping and you said seal welds went away by bent
24 5, so by "seal welds," did you mean by omitted welds?  A seal
25 weld is a type of a weld, right?

(Pages 284 to 287)

Buell Realtime Reporting, LLC
206-287-9066

Exh. D ; p. 1 of 3



EXHIBIT D

Page 288

1   A.  Uh-huh, yes.
2   Q.  And you use a seal weld where a weld has been omitted?
3   A.  Uh-huh.
4   Q.  So are you saying that the cracked, weeping and
5   omitted welds went away by the end of bent 5?
6   A.  On the structural welds, yes.
7   Q.  On structural.
8       When did it go away on the nonstructural?
9   A.  Well, we still had some missing welds on the
10  nonstructural appurtenances or components.
11  Q.  So that problem never went away?
12      MR. STOETZER:  Objection to the form of the question.
13  A.  No.
14  Q.  And when I say it never went away, I meant in either
15  Phase I or II.
16      MR. KREGER:  Object to the form of the question.
17      MR. STOETZER:  Object to the form of the question.
18  Foundation.
19  A.  That's my understanding.
20  Q.  When did the cracked and weeping weld problems go away
21  on the nonstructural steel?
22      MR. STOETZER:  Can you repeat that question, please.
23      (Question was read back.)
24      MR. STOETZER:  Objection.  Compound.
25  Q.  Okay.  I'll break it up.

Page 289

1       When did the problems with cracked welds go away on
2   structural steel?
3   A.  Well, like I said, at bents 1, 2 and 3 is about the
4   point where the cracked and weeping welds went away.
5       To answer your previous question, I don't think we
6   had any cracked welds on nonstructural members.
7   Q.  Were there omitted welds on both the structural and
8   nonstructural steel?
9   A.  Yes.
10  Q.  When did the weeping weld problem go away on
11  structural steel on bents 1, 2 and 3?
12  A.  Yes.
13  Q.  When did the weeping -- excuse me, did I say
14  nonstructural?
15  A.  You said structural.
16  Q.  When did it go away on nonstructural?
17  A.  I don't think we had any on nonstructural.
18  Q.  Do you know one way or the other for sure whether
19  there were any weeping welds on nonstructural?
20  A.  I know for sure that there were not.
21  Q.  And how do you know that?
22  A.  Well, because that's what I remember, and most of the
23  nonstructural weld bents were the -- were above the tide level,
24  so they wouldn't have reached the water.
25  Q.  Are splice plates structural or nonstructural?

Page 290

1   A.  Structural.
2   Q.  When did the very rough weld profiles go away on the
3   structural steel?
4   A.  Well, like I said previously, I believe between 6 and
5   12, they progressively got better.
6   Q.  Did you note that in your daily reports?
7   A.  I don't recall specifically if I did.  I may have,
8   though.  It seems like I may have said that.
9       Now, I do remember having a conversation with Mike
10  Anderson that we both commented about how the welding improved
11  up to bent 12, and that we joked that they might have had some
12  inexperienced welders, and they were getting ready to go on
13  vacation or something like that.
14      MR. MARSTON:  Object to the latter portion of the
15  answer as being nonresponsive and move to strike it.
16  Q.  When did the problems with very rough welds go away on
17  nonstructural steel?
18      MR. KREGER:  Object.  Assumes facts not in evidence.
19  A.  I think they must have gone away by bent 12.  They
20  were still omitted welds on nonstructural.
21  Q.  Right.  I'm going to the different categories here,
22  cracked, weeping, omitted.  Right now, we're on very rough.  And
23  I'm asking you about structural and nonstructural with each of
24  those.
25      When did the weld undercutting go away on structural

Page 291

1   steel?
2   A.  I believe most of that went away by bents 4 and 5.
3   Q.  What is weld undercutting?
4   A.  Weld undercutting is a defect that the -- at the toe
5   of a weld where the base metal is cut out or removed lower than
6   the surface of the base metal.
7   Q.  The base metal is cut out or removed lower than the
8   surface of the base metal?
9   A.  At the toe of the weld, yes.
10  Q.  I'm sorry, that didn't make sense to me.
11      So you have two pieces of steel coming together?
12  A.  (Witness nods head.)
13  Q.  And you have a weld?
14  A.  Let me see if I can draw a picture.
15      This here is your weld (indicating).
16      MR. STOETZER:  How are you doing, Mr. Dixon?
17      MR. DICKSON:  Doing just fine.
18      MR. STOETZER:  Just checking in.
19      MR. DICKSON:  Thanks.
20  Q.  So what you've drawn -- and we'll go ahead and mark
21  this as Exhibit No. 62 -- is I take it a fillet weld?
22  A.  Yes.
23  Q.  And at the lower surface, the steel that the weld is
24  being applied to --
25  A.  It's called the toe of the weld.

Page 292

1  Q. The toe of the weld?
2  A. Uh-huh.
3  Q. I take it excessive heat or something has been applied
4  here to create a -- how would you describe what's created there?
5  A. Usually by improper technique. It's -- the base metal
6  is gouged by the welding arc and weld material is not
7  redeposited in that area, leaving a small depression that is
8  lower than the base metal.
9  Q. And you testified that that weld undercutting problem
10 with structural steel went away by bents 4 and 5. Now, by using
11 the phrase "by," does that mean by the conclusion of bents 4 or
12 5 or by the time bents 4 and 5 started? Was it on bents 4 and
13 5, as well as bents 1, 2 and 3?
14 A. Yes, I would say yes, by the end of bents 4 and 5.
15 Q. How about on the nonstructural steel?
16    MR. KREGER: Objection. Assumes facts not in
17 evidence.
18 A. I don't recall if there was any undercutting.
19 Q. Was there weld undercutting on the splice plates?
20 A. Yes, I believe there was.
21 Q. Did the weld undercutting on the splice plates ever go
22 away?
23 A. By around bents 4 and 5, yes.
24    (Exhibit No. 62 marked.)
25 Q. How about column splice runoff tabs on structural

Page 293

1  steel, when did that problem go away?
2  A. I don't think those went away. Runoff tabs were
3  throughout the structure, but the runoff tab, I would classify
4  as a nonstructural weld.
5  Q. And areas requiring seal welding, when did that
6  problem go away with respect to the structural steel?
7     MR. STOETZER: Objection. Foundation.
8  A. Again, I believe that was bents -- contained within
9  bents 1, 2 and 3.
10 Q. Same question with respect to nonstructural steel.
11 A. The --
12 Q. And here again, we're talking about a situation of
13 omitted welds.
14 A. Right.
15    The nonstructural form support brackets had an
16 omitted weld on the bottom side of the bracket that did not go
17 away.
18 Q. Were there any other types of weld defects at the
19 splice plates, than those that we've mentioned?
20 A. Not that I can think of right now. I would have
21 probably included it in this draft here.
22 Q. I would like to ask you specifically with respect to
23 the splice plates whether all of the problems on the splice
24 plates -- all the problems with the welding on the splice plates
25 went away by the end of bent 5, and when I say "all the

Page 294

1  problems," I mean cracked welds, weeping welds, omitted welds,
2  very rough welds, weld undercutting.
3     MR. KREGER: Objection. Compound.
4  A. I think most of the defects, with the exception of
5  very rough weld profiles, went away by that time.
6  Q. And did the problem with the weld very rough piles
7  ever go away on the splice plates?
8  A. Rough weld profiles, you meant.
9  Q. Yeah.
10 A. Okay. Yeah, I believe by bent 12, by the time we
11 finished, we weren't encountering very, very rough weld
12 profiles.
13 Q. You were not?
14 A. No.
15 Q. Let's take a look at Exhibit 60, the package of daily
16 reports. And I'm just going to refer to them by what page in
17 sequence, so if you can just keep count with me, we'll go
18 through it today. The first document we're looking at is your
19 daily from 6 October 2001.
20    MR. KREGER: Which date, Counsel? I'm sorry.
21    MR. MARSTON: It's October 6, 2001, Coffman 08238.
22 Q. It says, "Bent 1 elevation, 119-113 seal welding,
23 cutting and grinding continue all day to prepare surfaces for
24 coating application."
25    Is that a correct statement of what you observed on

Page 295

1  that date?
2  A. Yes, I believe it would be.
3  Q. Now let's continue to the next document that you come
4  to that reads 8240 as the Bates number, Coffman 8240. Are these
5  photographs of the types of problems that you've been
6  describing?
7     MR. KREGER: Which date, Counsel, please?
8     MR. MARSTON: It is 6 October '01.
9     MR. KREGER: Okay.
10 A. Yes, I believe so.
11 Q. The next page is 7 October '01. The first bullet on
12 the bottom of Coffman 08244 says, "Bent 1, elevation 119 to 113,
13 seal welding, cutting and grinding continue all day to prepare
14 surfaces for proper coating application. One welder and two
15 helpers."
16    Is that what you observed on October 7th?
17 A. I would say so, yes.
18 Q. And two pages further in, you come to a series of
19 photographs of 8246. Is that photographs of the circumstances
20 you're describing?
21 A. Yes, I believe so.
22 Q. The next page is Coffman 08250 daily report, dated
23 October 8, 2001. Your first page at the bottom says, "Bent 1,
24 elevation 119 to 113, seal welding and grinding is completed and
25 acceptable to coat."