ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
Email: ebrown@jdolaw.com

PATRICK J. DUFFY III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930
Email: duffy@mmlawyers.com; baerg@mmlawyers.com

Attorneys for Defendant Forrest J. McKinley and
Defendant/Counter-Claimant, EMERCO, INC. dba
Imperial Industrial Coatings

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings,<br><br>　　　　　　　　　　　　Defendants, | CASE NO. A03-0199 CV (RRB)<br><br>**DEFENDANT FORREST J. McKINLEY'S AND DEFENDANT AND COUNTER-CLAIMANT EMERCO, INC. DBA IMPERIAL INDUSTRIAL COATINGS' DEPOSITION COUNTER-DESIGNATIONS / OBJECTIONS TO BRECHAN'S DEPOSITION TESTIMONY DESIGNATIONS** |

EMERCO, INC., a California Corp. d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,

    Counter-Claimant/Third Party Claimants,

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, BRECHAN ENTERPRISES, INC., an Alaska corporation, SPECIALTY POLYMER COATING USA, INC., a Canadian Corp., COFFMAN ENGINEERS, INC., a Washington Corp., and SAFECO INSURANCE CO. OF AMERICA, a Washington corporation,

    Cross-Defendants/Third Party Defendants,

THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan corporation,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

    Defendant.

BRECHAN ENTERPRISES, INC., an Alaskan corporation,

    Counterclaim Plaintiff,

v.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,

            Counterclaim Defendant.

BRECHAN ENTERPRISES, INC., an Alaskan corporation,

            Third-Party Plaintiff,

v.

COFFMAN ENGINEERS, INC., a Washington corporation,

            Third-Party Defendant.

Defendant Forrest J. McKinley and Defendant and Counter-claimant Emerco, Inc., dba Imperial Industrial Coatings, submit the following deposition counter-designations, and respective objections, to the deposition designations of David Rohner, Charlie Mathias, Paul Pederson, Jason Tenderella, Daniel Yell, Skip Vernon, Josh Bellville, Michael Anderson, Chris Lynch, and Mark Schilling offered by Brechan Enterprises, Inc. ("Brechan"), as follows:

| DEPOSITION COUNTER-DESIGNATIONS / OBJECTIONS TO BRECHAN'S DEPOSITION DESIGNATION OF DAVID ROHNER'S DEPOSITION TESTIMONY ||
|---|---|
| BEGINNING | ENDING |
| Page 45, Line 25 | Page 46, Line 2 |
| Page 46, Line 11 | Page 46, Line 15 |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

| | |
|---|---|
| Page 48, Line 8 | Page 48, Line 25 |
| Page 59, Line 4 | Page 59, Line 23 |
| Page 63, Line 6 | Page 63, Line 25 |
| Page 71, Line 20 | Page 71, Line 25 |
| Page 72, Line 1 | Page 72, Line 2 |
| Page 73, Line 4 | Page 73, Line 25 |
| Brechan's designation of Page 75, Line 13 to Page 76, Line 13 is objected to on the ground of lack of foundation, and should be sustained. ||
| Page 83, Line 6 | Page 83, Line 8 |
| Page 89, Line 7 | Page 89, Line 20 |
| Page 96, Line 11 | Page 96, Line 25 |
| Page 97, Line 1 | Page 97, Line 10 |
| Page 99, Line 23 | Page 99, Line 25 |
| Page 100, Line 1 | Page 100, Line 14 |
| Page 101, Line 7 | Page 101, Line 25 |
| Page 102, Line 1 | Page 102, Line 25 |
| Page 103, Line 1 | Page 103, Line 25 |
| Page 104, Line 1 | Page 104, Line 7 |
| Page 118, Line 23 | Page 118, Line 25 |
| Page 119, Line 1 | Page 119, Line 12 |
| Page 123, Line 4 | Page 123, Line 20 |
| Page 124, Line 4 | Page 124, Line 7 |
| Page 126, Line 5 | Page 126, Line 20 |
| Page 128, Line 6 | Page 128, Line 25 |
| Page 129, Line 22 | Page 133, Line 14 |
| Page 137, Line 8 | Page 138, Line 21 |

| DEPOSITION COUNTER-DESIGNATION TO BRECHAN'S DEPOSITION DESIGNATION OF CHARLIE MATHIAS' DEPOSITION TESTIMONY ||
|---|---|
| BEGINNING | ENDING |
| Page 16, Line 11 | Page 16, Line 25 |
| Page 17, Line 1 | Page 17, Line 25 |
| Page 18, Line 1 | Page 18, Line 25 |
| Page 19, Line 1 | Page 19, Line 22 |
| Page 20, Line 12 | Page 20, Line 25 |
| Page 21, Line 1 | Page 21, Line 12 |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

| | |
|---|---|
| Page 23, Line 16 | Page 23, Line 23 |
| Page 24, Line 4 | Page 24, Line 12 |
| Page 27, Line 1 | Page 27, Line 25 |
| Page 31, Line 11 | Page 31, Line 25 |
| Page 32, Line 1 | Page 32, Line 25 |
| Page 33, Line 1 | Page 33, Line 17 |
| Page 33, Line 21 | Page 33, Line 25 |
| Page 34, Line 1 | Page 34, Line 8 |
| Page 36, Line 1 | Page 36, Line 18 |
| Page 39, Line 1 | Page 39, Line 25 |
| Page 40, Line 1 | Page 40, Line 13 |
| Page 41, Line 2 | Page 41, Line 22 |
| Page 43, Line 9 | Page 43, Line 25 |
| Page 44, Line 3 | Page 44, Line 25 |
| Page 45, Line 1 | Page 45, Line 2 |
| Page 50, Line 12 | Page 50, Line 16 |
| Page 51, Line 16 | Page 51, Line 25 |
| Page 52, Line 8 | Page 52, Line 22 |
| Page 60, Line 25 | Page 60, Line 25 |
| Page 63, Line 1 | Page 63, Line 25 |
| Page 64, Line 1 | Page 64, Line 4 |
| Page 65, Line 2 | Page 65, Line 6 |
| Page 65, Line 14 | Page 65, Line 25 |
| Page 66, Line 2 | Page 66, Line 20 |
| Page 68, Line 11 | Page 69, Line 23 |
| Page 74, Line 3 | Page 74, Line 25 |
| Page 75, Line 1 | Page 75, Line 24 |
| Page 76, Line 20 | Page 77, Line 22 |
| Page 78, Line 13 | Page 78, Line 17 |
| Page 81, Line 8 | Page 82, Line 25 |
| Page 83, Line 1 | Page 84, Line 21 |
| Page 85, Line 4 | Page 86, Line 18 |
| Page 92, Line 12 | Page 93, Line 5 |
| Page 96, Line 15 | Page 96, Line 20 |
| Page 103, Line 5 | Page 104, Line 11 |
| Page 105, Line 15 | Page 105, Line 11 |
| Page 114, Line 7 | Page 115, Line 8 |
| Page 119, Line 8 | Page 119, Line 14 |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANT FORREST J. McKINLEY'S AND DEFENDANT/COUNTER-CLAIMANT
EMERCO, INC. DBA IIC'S DEPOSITION COUNTER-DESIGNATIONS
TO BRECHAN'S DEPOSITION DESIGNATIONS
Case No. A03-0199CV (RRB) - 5 of 12

| | |
|---|---|
| Page 121, Line 12 | Page 122, Line 23 |
| Page 123, Line 1 | Page 123, Line 15 |
| Page 126, Line 6 | Page 128, Line 23 |
| Page 129, Line 13 | Page 130, Line 21 |
| Page 132, Line 7 | Page 132, Line 18 |
| Page 158, Line 19 | Page 161, Line 12 |

| DEPOSITION COUNTER-DESIGNATIONS / OBJECTIONS TO BRECHAN'S DEPOSITION DESIGNATION OF PAUL PEDERSON'S DEPOSITION TESTIMONY ||
|---|---|
| BEGINNING | ENDING |
| Objection to speculating relating to the question asked on Page 37, Line 13, should be sustained. ||
| Objection to leading question at Page 53, Line 14, should be sustained. ||
| Objection to leading question at Page 60, Line 5, should be sustained. ||
| Objection to lack of foundation to question at Page 62, Line 25 to Page 63, Line 3. ||
| Hearsay objection to question at Page 64, Line 20, should be sustained. ||
| Hearsay objection to question at Page 68, Line 2 and subsequent answer. ||
| Objection to leading question and subsequent response of deponent at Page 72, Line 20, should be sustained. ||
| Objection to leading question and subsequent response of deponent at Page 73, Line 16, should be sustained. ||
| Objection to leading question and subsequent response of the deponent at Page 77, Line 17, should be sustained. ||
| Objection to hearsay question and subsequent response of deponent at Page 82, Line 24. ||
| Objection at Page 83, Line 6 and further objection at Page 83, Lines 19-20. Both objections should be sustained. ||
| Objection to hearsay question at Page 87, Line 7 and subsequent response of deponent – objection at page 87, Lines 9-10. Objection should be sustained and responses stricken. ||
| Page 138, Line 1 | Page 204, Line 8 |
| Page 205, Line 11 | Page 207, Line 25 |
| Page 208, Line 14 | Page 210, Line 21 |
| Page 211, Line 14 | Page 213, Line 9 |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

| DEPOSITION COUNTER-DESIGNATIONS TO BRECHAN'S DEPOSITION DESIGNATIONS OF JASON TENDERELLA'S DEPOSITION TESTIMONY ||
|---|---|
| **BEGINNING** | **ENDING** |
| Page 10, Line 8 | Page 18, Line 9 |
| Page 21, Line 21 | Page 22, Line 22 |
| Page 24, Line 16 | Page 25, Line 13 |
| Page 27, Line 2 | Page 27, Line 24 |
| Page 31, Line 2 | Page 31, Line 14 |
| Page 33, Line 5 | Page 33, Line 19 |
| Page 36, Line 7 | Page 37, Line 17 |
| Page 37, Line 18 | Page 38, Line 18 |
| Page 38, Line 19 | Page 41, Line 13 |
| Page 42, Line 11 | Page 42, Line 25 |
| Page 45, Line 5 | Page 45, Line 24 |
| Page 49, Line 1 | Page 49, Line 5 |
| Page 53, Line 19 | Page 54, Line 17 |
| Page 56, Line 12 | Page 56, Line 23 |
| Page 57, Line 20 | Page 58, Line 3 |
| Page 70, Line 19 | Page 71, Line 1 |
| Page 73, Line 14 | Page 73, Line 18 |
| Page 75, Line 4 | Page 75, Line 20 |
| Page 76, Line 4 | Page 76, Line 7 |
| Page 77, Line 24 | Page 78, Line 7 |
| Page 79, Line 15 | Page 79, Line 23 |
| Page 80, Line 2 | -- |
| Page 82, Line 17 | Page 83, Line 12 |
| Page 83, Line 18 | Page 83, Line 25 |
| Page 85, Line 23 | Page 85, Line 25 |
| Page 86, Line 1 | Page 86, Line 19 |
| Page 90, Line 17 | Page 91, Line 22 |
| Page 92, Line 16 | Page 92, Line 20 |
| Page 97, Line 20 | Page 98, Line 13 |
| Page 100, Line 15 | Page 100, Line 25 |
| Page 101, Line 1 | Page 101, Line 16 |
| Page 104, Line 14 | Page 105, Line 5 |
| Page 110, Line 6 | Page 110, Line 17 |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

| Page 112, Line 12 | Page 113, Line 13 |

| DEPOSITION COUNTER-DESIGNATIONS TO BRECHAN'S DEPOSITION DESIGNATIONS OF DANIEL YELL'S DEPOSITION TESTIMONY ||
|---|---|
| **BEGINNING** | **ENDING** |
| Page 26, Line 25 | Page 28, Line 4 |
| Page 31, Line 10 | Page 32, Line 15 |
| Page 33, Line 4 | Page 33, Line 13 |
| Page 39, Line 9 | Page 39, Line 20 |
| Page 64, Line 13 | Page 64, Line 18 |
| Page 65, Line 6 | Page 66, Line 4 |
| Page 66, Line 12 | Page 67, Line 18 |
| Page 69, Line 2 | Page 69, Line 19 |
| Page 72, Line 15 | Page 72, Line 19 |
| Page 74, Line 2 | Page 74, Line 14 |
| Page 75, Line 4 | Page 75, Line 21 |
| Page 93, Line 21 | Page 94, Line 4 |
| Page 109, Line 21 | Page 111, Line 12 |
| Page 114, Line 15 | Page 115, Line 2 |
| Page 115, Line 7 | Page 116, Line 5 |
| Page 117, Line 16 | Page 118, Line 1 |
| Page 118, Line 2 | Page 118, Line 18 |

| DEPOSITION COUNTER-DESIGNATIONS TO BRECHAN'S DEPOSITION DESIGNATIONS OF SKIP VERNON'S DEPOSITION TESTIMONY ||
|---|---|
| **BEGINNING** | **ENDING** |
| Page 30, Line 19 | Page 31, Line 19 |
| Page 31, Line 20 | Page 32, Line 20 |
| Page 36, Line 3 | Page 36, Line 25 |
| Page 43, Line 3 | Page 43, Line 7 |
| Page 46, Line 11 | Page 48, Line 6 |
| Page 49, Line 19 | Page 50, Line 8 |
| Page 55, Line 9 | Page 56, Line 11 |
| Page 82, Line 21 | Page 83, Line 21 |
| Page 93, Line 24 | Page 94, Line 7 |
| Page 95, Line 11 | Page 95, Line 3 |

LAW OFFICES OF JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

| Page 99, Line 16 | Page 104, Line 1 |
|---|---|
| Page 104, Line 9 | Page 105, Line 24 |
| Page 121, Line 16 | Page 121, Line 24 |
| Page 132, Line 1 | Page 132, Line 18 |
| Page 136, Line 18 | Page 136, Line 22 |

### DEPOSITION COUNTER-DESIGNATIONS / OBJECTIONS TO BRECHAN'S DEPOSITION DESIGNATIONS OF JOSH BELVILLE DEPOSITION TESTIMONY

| BEGINNING | ENDING |
|---|---|
| Page 19, Line 21 | Page 20, Line 16 |
| Page 21, Line 18 | Page 22, Line 15 |
| Page 22, Line 23 | Page 23, Line 22 |
| Page 24, Line 13 | Page 25, Line 15 |
| Page 26, Line 20 | Page 27, Line 1 |
| Page 28, Line 24 | Page 29, Line 3 |
| The questions at Page 32, Lines 20 and 23 are depicted to as overbroad and should be sustained. ||
| Page 37, Line 8 | Page 37, Line 23 |
| The question at Page 42, Lines 1-4 is objected to as vague and should be sustained. ||
| The question at Page 42, Lines 19-21 is objected to as vague and should be sustained. ||
| The question at Page 44, Lines 6-9 is objected to as argumentative and should be sustained. ||
| The question at Page 45, Lines 20-22 is objected to as asked and answered and should be sustained ||
| The questions at Page 46, Lines 14, 17-18, and 22-23 are objected to as vague and argumentative and should be sustained. ||
| Page 50, Line 8 | Page 50, Line 25 |
| Page 53, Line 3 | Page 54, Line 2 |
| Page 55, Line 5 | Page 55, Line 15 |
| Page 60, Line 3 | Page 60, Line 6 |
| The question at Page 61, Lines 20-22, is objected to on the basis of lack of foundation and should be sustained. ||
| Page 62, Line 11 | Page 62, Line 18 |
| Page 64, Line 14 | Page 65, Line 16 |
| Page 67, Line 2 | Page 67, Line 5 |
| Page 68, Line 6 | Page 69, Line 10 |
| Page 69, Line 18 | Page 69, Line 25 |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

| | |
|---|---|
| Page 71, Line 21 | Page 72, Line 1 |
| Page 75, Line 5 | Page 77, Line 17 |
| Page 104, Line 22 | Page 104, Line 24 |
| Page 125, Line 2 | Page 125, Line 11 |
| Page 126, Line 9 | Page 126, Line 20 |
| Page 176, Line 20 | Page 177, Line 7 |
| Page 181, Line 19 | Page 182, Line 10 |

**DEPOSITION COUNTER-DESIGNATIONS / OBJECTIONS TO BRECHAN'S DEPOSITION DESIGNATIONS OF MICHAEL ANDERSON DEPOSITION TESTIMONY**

| BEGINNING | ENDING |
|---|---|
| Page 40, Line 24 | Page 41, Lind 11 |
| Page 44, Line 19 | Page 45, Line 3 |
| Page 48, Line 5 | Page 48, Line 9 |
| Page 53, Line 2 | Page 53, Line 19 |
| Page 77, Line 8 | Page 77, Line 24 |
| Page 115, Line 15 | Page 116, Line 19 |
| Page 142, Line 12 | Page 143, Line 6 |
| Page 150, Line 19 | Page 150, Line 25 |
| Page 151, Line 1 | Page 152, Line 5 |

**DEPOSITION COUNTER-DESIGNATIONS TO BRECHAN'S DEPOSITION DESIGNATIONS OF CHRIS LYNCH'S DEPOSITION TESTIMONY**

| BEGINNING | ENDING |
|---|---|
| Page 9, Line 17 | Page 9, Line 23 |
| Page 15, Line 12 | Page 15, Line 17 |
| Page 16, Line 19 | Page 17, Line 5 |
| Page 18, Line 12 | Page 18, Line 22 |
| Page 25, Line 4 | Page 25, Line 16 |
| Page 55, Line 6 | Page 56, Line 23 |
| Page 58, Line 1 | Page 58, Line 21 |
| Page 59, Line 2 | Page 59, Line 14 |
| Page 68, Line 9 | Page 68, Line 13 |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

| DEPOSITION COUNTER-DESIGNATIONS TO BRECHAN'S DEPOSITION DESIGNATIONS OF MARK SCHILLING'S DEPOSITION TESTIMONY ||
|---|---|
| **BEGINNING** | **ENDING** |
| Page 8, Line 1 | Page 8, Line 16 |
| Page 9, Line 1 | Page 9, Line 25 |
| Page 10, Line 1 | Page 10, Line 25 |
| Page 11, Line 1 | Page 11, Line 20 |
| Page 12, Line 1 | Page 12, Line 25 |
| Page 13, Line 1 | Page 13, Line 25 |
| Page 14, Line 1 | Page 14, Line 25 |
| Page 15, Line 1 | Page 17, Line 10 |
| Page 28, Line 7 | Page 28, Line 23 |
| Page 33, Line 24 | Page 35, Line 25 |
| Page 36, Line 1 | Page 36, Line 24 |
| Page 38, Line 1 | Page 38, Line 20 |
| Page 67, Line 3 | Page 67, Line 18 |
| Page 89, Line 3 | Page 89, Line 19 |
| Page 97, Line 15 | Page 98, Line 19 |
| Page 187, Line 1 | Page 187, Line 7 |

DATED this 15TH day of September, 2006.

JERMAIN DUNNAGAN & OWENS, P.C.
Attorneys for Defendant Forrest J. McKinley,
and Defendant/Counter-Claimant/Third-Party
Claimant Emerco, Inc. dba
Imperial Industrial Coatings

By: _____/s/ Eric J. Brown_____
Eric J. Brown
ABA No. 9011084

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of the U.S. District Court at Anchorage, Alaska, using the CM/ECF system, which will automatically send notification of this filing (together with a copy of the actual filing) to the following interested parties:

| | |
|---|---|
| Terry R. Marston<br>MARSTON HEFFERNAN FOREMAN, PLLC<br>16880 N.E. 79th Street<br>Redmond, WA 98052 | Patrick Duffy / William Baerg<br>MONTELEONE & McCRORY, LLP<br>725 S. Figueroa Street, Suite 3200<br>Los Angeles, CA 90017-5446 |
| James B. Stoetzer<br>LANE POWELL SPEARS LUBERSKY<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101 | Peter Partnow<br>LANE POWELL SPEARS LUBERSKY<br>301 West Northern Lights Blvd., Suite 301<br>Anchorage, AK 99503 |
| Robert J. Dickson<br>ATKINSON CONWAY & GAGNON, INC.<br>420 L Street, Suite 500<br>Anchorage, AK 99501 | Mike Kreger / Jacob Nist<br>PERKINS COIE LLP<br>1029 West Third Avenue, Suite 300<br>Anchorage, AK 99501 |

I further certify that on this 15TH day of September, 2006, a copy of the foregoing document was served via U.S. First Class, postage prepaid Mail, upon the following interested party:

Paul J. Nangle
PAUL J. NANGLE & ASSOCIATES
101 Christensen Drive
Anchorage, AK 99501

DATED AND CERTIFIED this 15TH day of September, 2006.

/s/ Eric J. Brown

8140.001/130386

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANT FORREST J. McKINLEY'S AND DEFENDANT/COUNTER-CLAIMANT
EMERCO, INC. DBA IIC'S DEPOSITION COUNTER-DESIGNATIONS
TO BRECHAN'S DEPOSITION DESIGNATIONS
Case No. A03-0199CV (RRB) - 12 of 12