ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
Email: ebrown@jdolaw.com

PATRICK J. DUFFY III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930
Email: duffy@mmlawyers.com; baerg@mmlawyers.com

Attorneys for Defendant Forrest J. McKinley and
Defendant/Counter-Claimant, EMERCO, INC. dba
Imperial Industrial Coatings

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings,<br><br>Defendants, | CASE NO. A03-0199 CV (RRB)<br><br>**DEFENDANT FORREST J. McKINLEY'S AND DEFENDANT AND COUNTER-CLAIMANT EMERCO, INC. DBA IMPERIAL INDUSTRIAL COATINGS' DEPOSITION COUNTER-DESIGNATIONS / OBJECTIONS TO COFFMAN'S DEPOSITION TESTIMONY DESIGNATIONS** |

EMERCO, INC., a California Corp. d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,

  Counter-Claimant/Third Party Claimants,

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, BRECHAN ENTERPRISES, INC., an Alaska corporation, SPECIALTY POLYMER COATING USA, INC., a Canadian Corp., COFFMAN ENGINEERS, INC., a Washington Corp., and SAFECO INSURANCE CO. OF AMERICA, a Washington corporation,

  Cross-Defendants/Third Party Defendants,

---

THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan corporation,

        Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

        Defendant.

---

BRECHAN ENTERPRISES, INC., an Alaskan corporation,

        Counterclaim Plaintiff,

v.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANT FORREST J. McKINLEY'S AND DEFENDANT/COUNTER-CLAIMANT
EMERCO, INC. DBA IIC'S DEPOSITION COUNTER-DESIGNATIONS
TO COFFMAN ENGINEERS, INC.'S DEPOSITION DESIGNATIONS
Case No. A03-0199CV (RRB) - 2 of 8

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>    Counterclaim Defendant. | |
| BRECHAN ENTERPRISES, INC., an Alaskan corporation,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC., a Washington corporation,<br><br>    Third-Party Defendant. | |

Defendant Forrest J. McKinley and Defendant and Counter-claimant Emerco, Inc., dba Imperial Industrial Coatings, submit the following deposition counter-designations to the deposition designations of Skip Vernon, Josh Belville, Chris Lynch, and Mark Schilling offered by Coffman Engineers, Inc. ("Coffman"), as follows:

| DEPOSITION COUNTER-DESIGNATIONS TO COFFMAN'S DEPOSITION DESIGNATIONS OF SKIP VERNON'S DEPOSITION TESTIMONY | |
|---|---|
| **BEGINNING** | **ENDING** |
| Page 31, Line 11 | Page 31, Line 25 |
| Page 32, Line 1 | Page 32, Line 32 |
| Page 40, Line 21 | Page 41, Line 13 |
| Page 46, Line 11 | Page 48, Line 14 |
| Page 49, Line 9 | Page 49, Line 18 |
| Page 50, Line 3 | Page 50, Line 16 |
| Page 60, Line 8 | Page 60, Line 22 |
| Page 62, Line 23 | Page 62, Line 25 |



LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

| | |
|---|---|
| Page 63, Line 1 | Page 63, Line 21 |
| Page 67, Line 18 | Page 67, Line 25 |
| Page 68, Line 1 | Page 68, Line 14 |
| Page 70, Line 6 | Page 70, Line 9 |
| Page 70, Line 12 | Page 70, Line 25 |
| Page 71, Line 3 | Page 71, Line 25 |
| Page 72, Line 1 | Page 72, Line 25 |
| Page 73, Line 1 | Page 73, Line 25 |
| Page 76, Line 2 | Page 76, Line 7 |
| Page 88, Line 6 | Page 88, Line 18 |
| Page 88, Line 25 | Page 92, Line 14 |
| Page 93, Line 2 | Page 93, Line 17 |
| Page 93, Line 24 | Page 94, Line 7 |
| Page 96, Line 4 | Page 96, Line 12 |
| Page 98, Line 17 | Page 98, Line 25 |
| Page 101, Line 11 | Page 101, Line 13 |
| Page 101, Line 15 | Page 101, Line 25 |
| Page 103, Line 2 | Page 103, Line 25 |
| Page 104, Line 1 | Page 104, Line 25 |
| Page 105, Line 1 | Page 105, Line 2 |
| Page 109, Line 16 | Page 109, Line 18 |
| Page 117, Line 25 | Page 118, Line 25 |
| Page 122, Line 5 | Page 122, Line 10 |
| Page 123, Line 10 | Page 123, Line 17 |
| Page 125, Line 20 | Page 125, Line 23 |
| Page 126, Line 10 | Page 126, Line 18 |
| Page 127, Line 2 | Page 127, Line 6 |
| Page 127, Line 8 | Page 127, Line 12 |
| Page 128, Line 19 | Page 128, Line 24 |
| Page 129, Line 1 | Page 129, Line 3 |
| Page 137, Line 25 | Page 138, Line 3 |
| Page 137, Line 6 | Page 137, Line 7 |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANT FORREST J. McKINLEY'S AND DEFENDANT/COUNTER-CLAIMANT
EMERCO, INC. DBA IIC'S DEPOSITION COUNTER-DESIGNATIONS
TO COFFMAN ENGINEERS, INC.'S DEPOSITION DESIGNATIONS
Case No. A03-0199CV (RRB) - 4 of 8

| DEPOSITION COUNTER-DESIGNATIONS / OBJECTIONS TO COFFMAN'S DEPOSITION DESIGNATIONS OF JOSH BELVILLE'S DEPOSITION TESTIMONY ||
|---|---|
| **BEGINNING** | **ENDING** |
| Page 15, Line 15 | Page 16, Line 25 |
| Page 17, Line 1 | Page 17, Line 25 |
| Page 19, Line 18 | Page 20, Line 16 |
| Page 21, Line 13 | Page 21, Line 24 |
| Page 25, Line 1 | Page 25, Line 18 |
| Page 26, Line 1 | Page 26, Line 6 |
| Page 27, Line 4 | Page 27, Line 21 |
| There is an objection of "overbroad" to the question on Page 32, Line 17 that should be sustained. ||
| There is an objection of "overbroad" to the question on Page 32, Line 25 that should be sustained. ||
| Page 37, Line 8 | Page 37, Line 16 |
| Page 38, Line 2 | Page 38, Line 16 |
| Page 38, Line 25 | Page 39, Line 7 |
| Page 31, Line 8 | Page 41, Line 10 |
| Page 41, Line 22 | Page 41, Line 25 |
| There is an objection of "vague and ambiguous" to the question at Page 42, Line 22 that should be sustained. ||
| There is an objection of "argumentative" to the question at Page 44, Lines 6-9 that should be sustained. ||
| Page 44, Line 22 | Page 45, Line 5 |
| There is an objection of "asked and answered" to the question at Page 45, Lines 20-22 that should be sustained. ||
| There is an objection of "vague" to the question at Page 46, Line 14 that should be sustained. ||
| There is an objection of "argumentative" to the question at Page 46, Lines 22-23 that should be sustained. ||
| Page 49, Line 1 | -- |
| Page 50, Line 15 | Page 50, Line 25 |
| Page 62, Line 2 | Page 62, Line 4 |
| There is an objection of "vague" to the question at Page 74, Line 4 that should be sustained. ||

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

| | |
|---|---|
| There is an objection that the question at Page 77, Lines 20-23 assumes facts not in evidence. This objection should be sustained. ||
| There is an objection that the question at Page 80, Lines 19-21 assumes facts not in evidence. This objection should be sustained. ||
| There is an objection that the question at Page 85, Lines 12-13 assumes facts not in evidence. This objection should be sustained. ||
| There is an objection of "vague – incomplete" hypothetical to the question at Page 87, Lines 10-13 that should be sustained. A further explanation of the objection is found at Page 88, Lines 3-9. ||
| Page 94, Line 2 | Page 94, Line 11 |
| Page 102, Line 21 | Page 103, Line 8 |
| Page 103, Line 11 | Page 103, Line 22 |

### DEPOSITION COUNTER-DESIGNATIONS TO COFFMAN'S DEPOSITION DESIGNATIONS OF CHRIS LYNCH'S DEPOSITION TESTIMONY

| BEGINNING | ENDING |
|---|---|
| Page 15, Line 1 | Page 15, Line 4 |
| Page 16, Line 19 | Page 17, Line 5 |
| Page 24, Line 18 | Page 26, Line 18 |
| Page 37, Line 14 | Page 37, Line 24 |
| Page 38, Line 12 | Page 38, Line 15 |
| Page 56, Line 18 | Page 56, Line 23 |
| Page 59, Line 2 | Page 59, Line 14 |

### DEPOSITION COUNTER-DESIGNATIONS / OBJECTIONS TO COFFMAN'S DEPOSITION DESIGNATIONS OF MARK SCHILLING'S DEPOSITION TESTIMONY OF 2/14/05

| BEGINNING | ENDING |
|---|---|
| Page 19, Line 20 | Page 20, Line 7 |
| Page 21, Line 6 | Page 21, Line 12 |
| Page 52, Line 25 | Page 53, Line 9 |
| There is an objection to the question at Page 5, Lines 5-9 that it calls for a legal conclusion. This objection should be sustained. ||
| Page 164, Line 2 | Page 164, Line 21 |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANT FORREST J. McKINLEY'S AND DEFENDANT/COUNTER-CLAIMANT
EMERCO, INC. DBA IIC'S DEPOSITION COUNTER-DESIGNATIONS
TO COFFMAN ENGINEERS, INC.'S DEPOSITION DESIGNATIONS
Case No. A03-0199CV (RRB) - 6 of 8

| DEPOSITION COUNTER-DESIGNATIONS TO COFFMAN'S DEPOSITION DESIGNATIONS OF MARK SCHILLING'S DEPOSITION TESTIMONY OF 6/05/06 ||
|---|---|
| **BEGINNING** | **ENDING** |
| Page 40, Line 5 | Page 40, Line 15 |
| Page 171, Line 18 | Page 174, Line 3 |
| Page 178, Line 23 | Page 179, Line 2 |

DATED this 15th day of September, 2006.

                JERMAIN DUNNAGAN & OWENS, P.C.
                Attorneys for Defendant Forrest J. McKinley,
                and Defendant/Counter-Claimant/Third-Party
                Claimant Emerco, Inc. dba
                Imperial Industrial Coatings


By:      /s/ Eric J. Brown
        Eric J. Brown
        ABA No. 9011084

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANT FORREST J. McKINLEY'S AND DEFENDANT/COUNTER-CLAIMANT
EMERCO, INC. DBA IIC'S DEPOSITION COUNTER-DESIGNATIONS
TO COFFMAN ENGINEERS, INC.'S DEPOSITION DESIGNATIONS
Case No. A03-0199CV (RRB) - 7 of 8

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of the U.S. District Court at Anchorage, Alaska, using the CM/ECF system, which will automatically send notification of this filing (together with a copy of the actual filing) to the following interested parties:

| | |
|---|---|
| Terry R. Marston<br>MARSTON HEFFERNAN FOREMAN, PLLC<br>16880 N.E. 79th Street<br>Redmond, WA  98052 | Patrick Duffy / William Baerg<br>MONTELEONE & McCRORY, LLP<br>725 S. Figueroa Street, Suite 3200<br>Los Angeles, CA  90017-5446 |
| James B. Stoetzer<br>LANE POWELL SPEARS LUBERSKY<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA  98101 | Peter Partnow<br>LANE POWELL SPEARS LUBERSKY<br>301 West Northern Lights Blvd., Suite 301<br>Anchorage, AK  99503 |
| Robert J. Dickson<br>ATKINSON CONWAY & GAGNON, INC.<br>420 L Street, Suite 500<br>Anchorage, AK  99501 | Jacob Nist<br>PERKINS COIE LLP<br>1029 West Third Avenue, Suite 300<br>Anchorage, AK  99501 |

I further certify that on this 15th day of September, 2006, a copy of the foregoing document was served via U.S. First Class, postage prepaid Mail, upon the following interested party:

Paul J. Nangle
PAUL J. NANGLE & ASSOCIATES
101 Christensen Drive
Anchorage, AK  99501

DATED AND CERTIFIED this 15th day of September, 2006.

/s/ Eric J. Brown

8140.001/00130112



LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANT FORREST J. McKINLEY'S AND DEFENDANT/COUNTER-CLAIMANT
EMERCO, INC. DBA IIC'S DEPOSITION COUNTER-DESIGNATIONS
TO COFFMAN ENGINEERS, INC.'S DEPOSITION DESIGNATIONS
Case No. A03-0199CV (RRB) - 8 of 8