Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>Plaintiff,<br>v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>Defendants. | Case No. A03-0199 Civil (RRB)<br><br>**DEPOSITION COUNTER DESIGNATIONS** |
|---|---|

Brechan Enterprises, Inc. and Safeco Insurance Company of America counter designate the following deposition testimony that may be used at trial:

**DEPOSITION OF ROBERT ALLISTON (3/10/2006)**

| Beginning | Ending |
|---|---|
| 33:2 | 33:4 |
| 55:9 | 56:1 |

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB                - 1 -                [38599-0012/AA062560.013]

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

| Beginning | Ending |
|---|---|
| 60:21 | 61:11 |
| 87:1 | 87:14 |
| 102:4 | 102:8 |
| 103:7 | 103:25 |
| 104:19 | 104:21 |
| 117:14 | 117:23 |
| 118:1 | 118:10 |
| 118:12 | 118:16 |
| 119:13 | 119:18 |

**DEPOSITION OF KEITH MACLEOD (4/7/2006)**

| Beginning | Ending |
|---|---|
| 61:2 | 61:11 |
| 89:1 | 89:8 |

**DEPOSITION OF CHARLES MATHIAS (3/11/2005)**

| Beginning | Ending |
|---|---|
| 42:6 | 42:16 |

**DEPOSITION OF MARK S. SCHILLING (6/5/2006)**

| Beginning | Ending |
|---|---|
| 52:19 | 52:24 |

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB — - 2 - — [38599-0012/AA062560.013]

| Beginning | Ending |
|-----------|--------|
| 146:8     | 146:20 |
| 177:2     | 177:2  |

DATED at Anchorage, Alaska on September 15, 2006.

**PERKINS COIE LLP**
Attorneys for Defendant
Brechan Enterprises, Inc.

By  /s/ Michael E. Kreger
Michael E. Kreger
Alaska Bar No. 8311170
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
Email:  mkreger@perkinscoie.com

I hereby certify that on September 15, 2006, the foregoing was served electronically on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

  /s/ Michael E. Kreger
      Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB                - 3 -                [38599-0012/AA062560.013]