Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>         Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRIESES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>         Defendants. | Case No. 3:03-cv-00199-RRB |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>   Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>   Cross-Defendants/Third-Party Defendants. | **THIRD-PARTY DEFENDANT<br>COFFMAN ENGINEERS, INC.'S<br>OBJECTIONS AND COUNTER<br>DEPOSITION DESIGNATIONS** |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| |
|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, <br><br>         Plaintiff, <br>v. <br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, <br><br>         Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>       Counterclaim Plaintiff, <br>v. <br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, <br><br>      Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>       Third-Party Plaintiff, <br>v. <br><br>COFFMAN ENGINEERS, INC., a Washington corporation, <br><br>      Third-Party Defendant. |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

   Third-Party Defendant Coffman Engineers, Inc., by and through counsel, hereby submits the following objections to the parties' deposition designations and counter deposition designations in this matter:

**Deposition of Robert Alliston, taken March 10, 2006:**

 A. **Objections:**

  Page 33, Line 5 to Page 33, Line 22
  ER 401, 403
  Page 36, Line 17 to Page 37, Line 12
  ER 401, 403
  Page 39, Line 18 to Page 39, Line 22
  ER 401, 403

Page 47, Line 16 to Page 47, Line 18
ER 401, 403
Page 55, Line 1 to Page 55, Line 8
ER 401, 403
Page 58, Line 17 to Page 58, Line 18

**B.  Counter Designations:**

Page 8, Line 10 to Page 8, Line 21
Page 10, Line 16 to Page 10, Line 21
Page 11, Line 17 to Page 12, Line 10
Page 15, Line 24 to Page 16, Line 22
Page 21, Line 8   to  Page 21, Line 19
Page 21, Line 22 to Page 22, Line 2
Page 22, Line 12 to Page 22, Line 21
Page 24, Line 17 to Page 25, Line 21
Page 25, Line 24 to Page 26, Line 9
Page 27, Line 11 to Page 27, Line 15
Page 31, Line 11 to Page 31, Line 13
Page 37, Line 24 to Page 39, Line 12
Page 41, Line 5 to Page 41, Line 12
Page 41, Line 19 to Page 42, Line 3
Page 42, Line 5
Page 42, Line 20 to Page 43, Line 2
Page 45, Line 17 to Page 46, Line 5
Page 52, Line 6 to Page 52, Line 16
Page 52, Line 23 to Page 53, Line 24
Page 55, Line 9 to Page 56, Line 1
Page 57, Line 5 to Page 58, Line 7
Page 60, Line 6 to Page 60, Line 9
Page 60, Line 11 to Page 61, Line 11
Page 61, Line 16 to Page 62, Line 1
Page 64, Line 1 to Page 66, Line 21
Page 75, Line 15 to Page 76, Line 8
Page 96, Line 13 to Page 97, Line 10
Page 99, Line 13 to Page 99, Line 22
Page 117, Line 14 to Page 117, Line 23
Page 118, Line 1 to Page 118, Line 10
Page 118, Line 12 to Page 118, Line 21
Page 119, Line 13 to Page 119, Line 18
Page 123, Line 11 to Page 124, Line 1
Page 124, Line 24 to Page 125, Line 6
Page 125, Line 14 to Page 125, Line 20

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone  907.277.9511   Facsimile  907.276.2631

**Deposition of Michael Anderson, taken May 1, 2006:**

**A. Objections:**

None

**B. Counter Designations:**

Page 30, Line 16 to Page 30, Line 17
Page 31, Line 17 to Page 31, Line 19
Page 31, Line 21
Page 34, Line 14 to Page 35, Line 3
Page 35, Line 8 to Page 36, Line 2
Page 44, Line 5 to Page 44, Line 22
Page 44, Line 25 to Page 45, Line 3
Page 56, Line 18 to Page 57, Line 11
Page 62, Line 1 to Page 62, Line 9
Page 72, Line 10 to Page 73, Line 18
Page 73, Line 21 to Page 74, Line 22
Page 75, Line 25 to Page 76, Line 5
Page 95, Line 17 to Page 96, Line 3
Page 96, Line 6 to Page 96, Line 14
Page 96, Line 16 to Page 96, Line 17
Page 96, Line 20 to Page 96, Line 25
Page 97, Line 2 to Page 97, Line 12
Page 105, Line 3 to Page 105, Line 25
Page 154, Line 20 to Page 155, Line 11
Page 157, Line 17 to Page 157, Line 20

**Deposition of Charles Mathias, taken March 11, 2005:**

**A. Objections:**

None

**B. Counter Designations:**

Page 21, Line 17 to Page 22, Line 21
Page 24, Line 13 to Page 24, Line 20
Page 26, Line 1 to Page 26, Line 19
Page 26, Line 25 to Page 27, Line 15
Page 28, Line 14 to Page 28, Line 16
Page 28, Line 18 to Page 28, Line 22
Page 29, Line 19 to Page 29, Line 22
Page 32, Line 21 to Page 33, Line 10

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

Page 35, Line 3 to Page 35, Line 5
Page 35, Line 7 to Page 35, Line 9
Page 44, Line 3 to Page 45, Line 1
Page 47, Line 1 to Page 47, Line 11
Page 47, Line 16 to Page 47, Line 18
Page 48, Line 1 to Page 49, Line 21
Page 82, Line 8 to Page 82, Line 25
Page 83, Line 12 to Page 84, Line 7
Page 86, Line 19 to Page 86, Line 22
Page 86, Line 24 to Page 87, Line 9
Page 87, Line 11 to Page 87, Line 20
Page 87, Line 22 to Page 97, Line 24
Page 88, Line 1 to Page 88, Line 8
Page 88, Line 10 to Page 89, Line 4
Page 100, Line 9 to Page 102, Line 16
Page 106 Line 12 to Page 108, Line 11
Page 141, Line 13 to Page 142, Line 4
Page 161, Line 18 to Page 162, Line 9

**Deposition of Paul Pederson, taken January 25, 2005:**

**A. Objections:**

None

**B. Counter Designations:**

Witness subpoenaed. To testify live.

**Deposition of Jason Peterson, taken March 31, 2006:**

**A. Objections:**

No objections. Fed. R. Civ. P. 32(a)(2)

**B. Counter Designations:**

Witness subpoenaed. To testify live.

**Deposition of David Rohner, taken January 26, 2005**:

**A. Objections:**

None

**B. Counter Designations:**

Page 5, Line 21 to Page 6, Line 18
Page 50, Line 17 to Page 51, Line 3
Page 73, Line 4 to Page 74, Line 25
Page 100, Line 22 to Page 100, Line 25
Page 102, Line 7 to Page 103, Line 15
Page 104, Line 8 to Page 105, Line 13
Page 106, Line 19 to Page 107, Line 4
Page 118, Line 15 to Page 118, Line 22
Page 119, Line 21 to Page 121, Line 10
Page 123, Line 9 to Page 123, Line 13
Page 172, Line 16 to Page 172, Line 25

**Deposition of Mark S. Schilling, taken February 14, 2005:**

**A. Objections:**

None

**B. Counter Designations:**

None

**Deposition of Mark S. Schilling, taken June 5, 2006:**

**A. Objections:**

None

**B. Counter Designations:**

None

**Deposition of Jason Tenderalla, taken January 26, 2005:**

**A. Objections:**

None

**B. Counter Designations:**

Page 18, Line 15 to Page 18, Line 16
Page 21, Line 8 to Page 21, Line 20
Page 24, Line 3 to Page 24, Line 15
Page 25, Line 22 to Page 28, Line 23
Page 33, Line 20 to Page 34, Line 8

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

      Page 46, Line 5 to Page 47, Line 18
      Page 49, Line 12 to Page 53, Line 4
      Page 54, Line 23 to Page 54, Line 25
      Page 55, Line 14 to Page 55, Line 17
      Page 89, Line 1 to Page 89, Line 19

**Deposition of Skip L. Vernon, taken February 11, 2005:**

    **A. Objections:**

None

    **B. Counter Designations:**

    None

**Deposition of Daniel Yell, taken April 27, 2006:**

    **A. Objections:**

None

    **B. Counter Designations:**

Witness subpoenaed. To testify live.

DATED this 18th day of September, 2006.

                                LANE POWELL LLC
                                Attorneys for Coffman Engineers, Inc.

                                By  s/ Peter C. Partnow
                                    Peter C. Partnow, ASBA No. 7206029
                                    301 W. Northern Lights Blvd., Suite 301
                                    Anchorage, Alaska 99503-2648
                                    Tel: 907-277-9511
                                    Fax: 907-276-2631
                                    Email: PartnowP@LanePowell.com

I certify that on September 18, 2006, a copy of the foregoing was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow

011680.0076/156470.1

**Third-Party Defendant Coffman Engineers, Inc.'s Objections and Counter Deposition Designations**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. 3:03-cv-00199-RRB)     **Page 7 of 7**