Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>                                    Plaintiff,<br><br>     v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>                                    Defendants. | Case No. A03-0199CV (RRB)<br><br>**OBJECTIONS OF COFFMAN ENGINEERS<br>TO CERTAIN EXPERT TESTIMONY** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>     Counterclaimant/Third-Party Claimant,<br><br>     v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>   Cross-Defendants/Third-Party Defendants. | |

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

| |
|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br>          Plaintiff, <br><br> v. <br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. <br><br>          Defendants. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>         Counterclaim Plaintiff, <br><br> v. <br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br>         Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>        Third-Party Plaintiff, <br><br> v. <br><br>COFFMAN ENGINEERS, INC, a Washington Corporation. <br><br>         Third-Party Defendant. |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, <br><br>        Plaintiff/Cross-Claimant, <br><br> v. <br><br>COFFMAN ENGINEERS, INC, a Washington Corporation. <br><br>         Third-Party Defendant. |

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

Third-party defendant and cross-claim plaintiff Coffman Engineers, Inc. ("Coffman") objects to the introduction of any expert testimony by Jeremy Hailey, the retained expert of plaintiff Absolute Environmental Services, Inc. ("Absolute"), as well as to testimony of certain other experts that may be proffered in this case.

Coffman objects to Mr. Hailey's testimony on the grounds that he is not qualified to testify as an expert witness with regard to Coffman's preparation of the coating specifications in connection with the subject construction project. Objection is further made on the grounds that Mr. Hailey's opinions are based on false and inaccurate information, and those opinions are, therefore, unreliable and will not assist the trier of fact at the trial of this matter.

Coffman's objections to Mr. Hailey's lack of qualifications have been extensively briefed in connection with Coffman's Motion for Summary Judgment of Dismissal of Absolute's negligence claims. Coffman hereby incorporates that briefing herein as if fully set forth, and will not repeat the arguments contained in that briefing.

In summary, the grounds for Coffman's objection based on Mr. Hailey's lack of qualifications include the following:

1. Mr. Hailey has never written a specification for or relating to the application of a plural component industrial coating, such as the one used in this case.

2. Mr. Hailey has never written a specification for the application of an industrial coating in an over-water or marine environment.

3. Mr. Hailey has never written a specification for the application of industrial coatings in a tidal zone.

Mr. Hailey has simply never been involved in or written a specification for a project such as the Kodiak cargo wharf. By Mr. Hailey's own admission, knowledge and expertise concerning

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

protective coatings is derived from field experience and hands-on training. Mr. Hailey lacks both of these things. His testimony should be excluded.

Coffman also objects to the testimony of Mr. Hailey on the grounds that his opinions are based on false and inaccurate information. As noted in the briefing in support of Coffman's Motion for Summary Judgment against Absolute regarding negligent and fraudulent misrepresentation claims, Absolute has failed to produce any evidence to support its contention that the weld conditions encountered in Phase One of the project were replicated in Phase Two. In fact, the only witness competent to testify with regard to this issue, Jerry Hardenbergh, has testified that the Phase One weld conditions were <u>not</u> replicated in Phase Two, and that the Phase Two weld conditions were, in fact, vastly improved and did not create problems for the coatings applicator. It is well established that in order to be admissible, an expert opinion must be "based on facts that enable the expert to express a reasonably accurate conclusion, as opposed to conjecture or speculation." <u>Jones v. Otis Elevator Company</u>, 861 F.2d 655, 662 (11th Cir. 1988). By basing his opinions on false and inaccurate information, Mr. Hailey fails to meet this requirement. Coffman objects to the Hailey testimony on these grounds, as well.

Coffman further objects to the testimony of Absolute's damages experts, Michael Lembke and Donavan Rulien regarding any alleged loss of value or loss of net worth in connection with Absolute's "business devastation" claim. Neither of these experts has analyzed the business devastation claim and are not in a position to testify that Absolute has sustained any business devastation damages. Indeed, Mr. Lembke has done no analysis and expressed no opinions regarding any aspect of Absolute's business devastation claim. In the event the Court denies the summary judgment motion relating to this claim, neither of these individuals is in a position to testify that Absolute sustained any business devastation damages, and any opinion or evidence from either of these witnesses should not be permitted.

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

In this regard, Coffman incorporates by this reference the motion of defendants Brechan and Safeco for partial summary judgment dismissing Absolute's business devastation claim and excluding testimony concerning alleged business devastation, Docket No. 219. Coffman hereby incorporates by this reference the argument in support of this objection as set forth in that briefing.

Lastly, Coffman objects to the testimony of Imperial's retained expert, Mark Schilling, to the extent Mr. Schilling may seek to opine that Coffman's quality assurance and/or inspection duties were negligently performed. Such testimony should be disallowed. Imperial has previously dismissed with prejudice any and all claims it had or may have had against Coffman. Likewise, Absolute has stipulated to the dismissal of any negligence claims it may have against Coffman based on or arising out of allegations that Coffman's quality assurance and testing duties on the project were performed negligently. Because of the dismissal of these claims by both Absolute and Imperial, Mr. Schilling should not be allowed to testify that Coffman performed its quality assurance or inspection duties in a negligent manner.

DATED this 18th day of September 2006.

LANE POWELL LLC
Attorneys for Coffman Engineers, Inc.

By  s/ Peter C. Partnow
    Peter C. Partnow, ASBA No. 7206029
    301 W. Northern Lights Blvd., Suite 301
    Anchorage, Alaska 99503-2648
    Tel:  907-277-9511
    Fax:  907-276-2631
    Email:  PartnowP@LanePowell.com

I certify that on September 18, 2006, a copy of the foregoing was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com
James E. Niemer, niemerj@lanepowell.com

and by mail on:
Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow

011680.0076/152352.1

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631