```
            UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF ALASKA


         ABSOLUTE   v.   MCKINLEY, et al.

DATE:   September 19, 2006    CASE NO.   3:03-cv-0199-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               RE FACTUAL STATEMENT
```

The parties shall each submit a proposed factual statement by the close of business on **Wednesday, September 20, 2006**, which describes the case and which the Court will read to the jury at the commencement of trial.  It should be pithy.

M.O. RE FACTUAL STATEMENT