ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930 (baerg@mmlawyers.com)

Attorneys for Defendant Forrest J. McKinley and
Defendant and Counter-Claimant EMERCO, INC.,
dba Imperial Industrial Coatings

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>*Defendants.* | CASE NO. A-03-0199 Civil (RRB)<br><br>**PROPOSED FACTUAL STATEMENT OF THE CASE SUBMITTED BY DEFENDANT FORREST J. McKINLEY AND DEFENDANT AND CROSS-CLAIMANT EMERCO, INC., DBA IMPERIAL INDUSTRIAL COATINGS** |
| EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,<br><br>*Counter-Claimant/Third Party Claimant*,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al.,<br><br>*Cross-Defendants/Third Party Defendants.* | |

| | |
|---|---|
| 1<br>2 | THE UNITED STATES OF AMERICA for the use )<br>and benefit of ABSOLUTE ENVIRONMENTAL )<br>SERVICES, INC., and Alaska corporation, ) |
| 3 | *Plaintiff,* ) |
| 4 | v. ) |
| 5<br>6 | SAFECO INSURANCE COMPANY OF )<br>AMERICA, a Washington corporation, ) |
| | Defendant. ) |
| 7 | ) |
| 8 | BRECHAN ENTERPRISES, INC., an Alaska )<br>corporation, ) |
| 9 | Counterclaim Plaintiff, ) |
| 10 | v. ) |
| 11<br>12 | ABSOLUTE ENVIRONMENTAL SERVICES, )<br>INC., an Alaska corporation, ) |
| | Counterclaim Defendant. ) |
| 13 | ) |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska )<br>corporation, ) |
| 15 | Third-Party Plaintiff, ) |
| 16 | v. ) |
| 17<br>18 | COFFMAN ENGINEERS, INC., a Washington )<br>corporation, ) |
| 19 | Third-Party Defendant. ) |

This lawsuit arises from a federal project that generally consisted of removing the existing coating from a cargo wharf owned by the United States Coast Guard (hereinafter referred to as the "Coast Guard") and applying a new coating. The project was known as "Cargo Wharf Pile Coating Phase II," (hereinafter referred to as the "Project"), and was located in Kodiak, Alaska.

The Project's designer and inspector was Coffman Engineers, Inc. The prime contractor hired by the Coast Guard was Brechan Enterprises, Inc. (hereinafter referred to as "Brechan"). Brechan's surety was Safeco Insurance Company of America. Brechan subcontracted the coating work to Absolute Environmental Services, Inc. (hereinafter referred to as "Absolute").

1  Absolute, in turn, subcontracted the coating work to Emerco, Inc., dba Imperial Industrial
2  Coatings (hereinafter referred to as "Imperial").
3      Work began in early April 2003, and was scheduled to be completed by the end of August
4  2003. As it turned out, several disputes arose among the parties during the project and it was not
5  completed until November 2003. You will be asked to resolve those disputes during this trial.
6
7  DATED: September 20, 2006        MONTELEONE & McCRORY LLP
8                                    Attorneys for Emerco, Inc., dba Imperial Industrial
9                                    Coatings
10
11
12
13                                    By _____
14                                        PATRICK J. DUFFY III, ESQ.
                                          CSBN 45052
15                                        WILLIAM R. BAERG, ESQ.
                                          CSBN 167399
                                          WSBN 23052

# CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on September 20, 2006, a copy of the foregoing was served by ECF on:

    Eric J. Brown, ebrown@jdolaw.com
    Robert J. Dickson, acgecf@acglaw.com
    Patrick J. Duffy, duffy@mmlawyers.com
    Jami K. Elison, jamie@mhf-law.com
    Michael E. Kreger, mkreger@perkinscoie.com
    Terry R. Marston, terry@mhf-law.com
    Peter C. Partnow, PartnowP@LanePowell.com
    James B. Stoetzer, StoetzerJ@LanePowell.com

and by facsimile on:

Paul J. Nangle
Paul J. Nangle & Associates
101 Christensen Dr.
Anchorage, AK 99501
FAX NO.:    (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 20, 2006, at Los Angeles, California.

_____
WILLIAM R. BAERG