Michael E. Kreger
James N. Leik
Jacob Nist
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc. and
Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>    Plaintiff,<br>v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings"; EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; Brechan ENTERPRISES, INC., an Alaska corporation; SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation; and COFFMAN ENGINEERS, INC., a Washington corporation,<br><br>    Defendants. | Case No. 3:03-cv-0199-RRB<br><br>**BRECHAN AND SAFECO'S PROPOSED STATEMENT OF THE CASE** |

Brechan Enterprises, Inc. ("Brechan") contracted with Absolute Environmental

Services, Inc. ("Absolute") to perform work on the United States Coast Guard's cargo

**ABSOLUTE v. MCKINLEY, et al.**
**Case No. 3:03-cv-0199-RRB**     - 1 -     [38599-0012/AA062630.014]

wharf in Kodiak, Alaska. Absolute, in turn, subcontracted with Imperial. Coffman Engineers, Inc. ("Coffman") assisted with the preparation of the coating specification and contracted with Brechan to provide provided daily on-site inspection.

The work primarily occurred in 2003. It involved using an ultra high pressure water blaster to remove the old coatings and rust from the steel piles that support the wharf; then sandblasting the piles and caulking or "stripe coating" edges to prepare them for new coating; next applying the coating product; and last, repairing areas not passing the standards in the coating specification.

During the project, Absolute issued two Notices to Cure to Imperial requiring Imperial to improve its performance. In early August, the coating manufacturer came to Kodiak and "de-certified" Imperial as eligible to purchase its coating product. Absolute issued a third Notice to Cure and Imperial left the project. Absolute used Imperial's equipment, repaired existing work and completed the work with other coating applicators.

Absolute has sued Imperial, alleging Imperial breached its contract by doing poor work and abandoning the project. Imperial sued Absolute for breach of contract and for the value of its equipment left at the site. Later, Absolute sued Brechan and Coffman. Absolute alleges against Brechan and Coffman that the coating specification was defective. Absolute also alleges that Brechan and Coffman improperly failed to disclose "superior knowledge" about physical site conditions.

You will be asked to resolve these disputes during the trial.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. MCKINLEY, et al.
Case No. 3:03-cv-0199-RRB       - 2 -        [38599-0012/AA062630.014]

DATED at Anchorage, Alaska on September 20, 2006.

        PERKINS COIE LLP
        Attorneys for Defendant
        Brechan Enterprises, Inc.


By  /s/ Michael E. Kreger
   Michael E. Kreger
   Alaska Bar No. 8311170
   James N. Leik
   Alaska Bar No. 8111109
   Perkins Coie LLP
   1029 W. Third Avenue, Suite 300
   Anchorage, Alaska 99501
   (907) 279-8561
   (907) 276-3108 (Facsimile)
   Email: mkreger@perkinscoie.com

I hereby certify that on September 20, 2006, the foregoing was served electronically on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

 /s/ Michael E. Kreger
   Michael E. Kreger

ABSOLUTE v. MCKINLEY, et al.
Case No. 3:03-cv-0199-RRB    - 3 -    [38599-0012/AA062630.014]