ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930 (baerg@mmlawyers.com)

Attorneys for Defendant Forrest J. McKinley and
Defendant and Counter-Claimant EMERCO, INC.,
dba Imperial Industrial Coatings

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>*Defendants.* | CASE NO. A-03-0199<br>Civil (RRB)<br><br>**AMENDED PROPOSED FACTUAL STATEMENT OF THE CASE SUBMITTED BY DEFENDANT FORREST J. McKINLEY AND DEFENDANT AND CROSS-CLAIMANT EMERCO, INC., DBA IMPERIAL INDUSTRIAL COATINGS** |
| EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,<br><br>*Counter-Claimant/Third Party Claimant*,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al.,<br><br>*Cross-Defendants/Third Party Defendants.* | |

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA for the use ) |
|   | and benefit of ABSOLUTE ENVIRONMENTAL ) |
| 2 | SERVICES, INC., and Alaska corporation, ) |
|   | ) |
| 3 | *Plaintiff*, ) |
|   | ) |
| 4 | v. ) |
|   | ) |
| 5 | SAFECO INSURANCE COMPANY OF ) |
|   | AMERICA, a Washington corporation, ) |
| 6 | ) |
|   | Defendant. ) |
| 7 | ) |
|   | BRECHAN ENTERPRISES, INC., an Alaska ) |
| 8 | corporation, ) |
|   | ) |
| 9 | Counterclaim Plaintiff, ) |
|   | ) |
| 10 | v. ) |
|   | ) |
| 11 | ABSOLUTE ENVIRONMENTAL SERVICES, ) |
|    | INC., an Alaska corporation, ) |
| 12 | ) |
|    | Counterclaim Defendant. ) |
| 13 | ) |
|    | BRECHAN ENTERPRISES, INC., an Alaska ) |
| 14 | corporation, ) |
|    | ) |
| 15 | Third-Party Plaintiff, ) |
|    | ) |
| 16 | v. ) |
|    | ) |
| 17 | COFFMAN ENGINEERS, INC., a Washington ) |
|    | corporation, ) |
| 18 | ) |
|    | Third-Party Defendant. ) |
| 19 | ) |

20  This lawsuit arises from a federal project that generally consisted of removing the
21 existing coating from a cargo wharf owned by the United States Coast Guard (hereinafter
22 referred to as the "Coast Guard") and applying a new coating. The project was known as "Cargo
23 Wharf Pile Coating Phase II," (hereinafter referred to as the "Project"), and was located in
24 Kodiak, Alaska.

25  The Project's designer and inspector was Coffman Engineers, Inc. The prime contractor
26 hired by the Coast Guard was Brechan Enterprises, Inc. (hereinafter referred to as "Brechan").
27 Brechan's surety was Safeco Insurance Company of America. Brechan subcontracted the coating
28 work to Absolute Environmental Services, Inc. (hereinafter referred to as "Absolute").

AMENDED PROPOSED FACTUAL STATEMENT OF THE CASE

1  Absolute, in turn, subcontracted the coating work to Emerco, Inc., dba Imperial Industrial
2  Coatings (hereinafter referred to as "Imperial").
3      Work began in early April 2003, and was scheduled to be completed by the end of August
4  2003. As it turned out, several disputes arose among the parties during the project and it was not
5  completed until November 2003.
6      Imperial contends that the conditions of the job site were not as represented in the design
7  documents which made the coating work more costly, difficult and time consuming. Imperial
8  also contends it was directed to perform work that was not required by its subcontract, and that
9  the project's inspectors employed improper testing standards on the work. Imperial further
10 contends it was improperly prevented from completing the work when Absolute ordered Imperial
11 off the job site in August of 2003. Imperial seeks damages against Absolute for its contract
12 balance, for extra work, and for the value of its materials and equipment that was confiscated by
13 Absolute.
14     Absolute contends that Imperial's work was defective and that as a result of the allegedly
15 defective work, it was required to perform repair work at an added cost. Absolute also seeks
16 damages against Imperial for those costs. Absolute also contends that Brechan and Coffman
17 knew that the conditions of the job site were not as represented in the design documents, seeks
18 damages against Brechan and Coffman for failing to impart its superior knowledge to the
19 contractors, and seeks damages arising from their failure.
20     You will be asked to resolve those disputes during this trial.
21
22 DATED: September 20, 2006                MONTELEONE & McCRORY LLP
23                                                 Attorneys for Emerco, Inc., dba Imperial Industrial
24                                                 Coatings
25                                                 By _____
26                                                     PATRICK J. DUFFY III, ESQ.
                                                    CSBN 45052
27                                                     WILLIAM R. BAERG, ESQ.
                                                    CSBN 167399
28                                                     WSBN 23052

## CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on September 20, 2006, a copy of the foregoing was served by ECF on:

Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
Peter C. Partnow, PartnowP@LanePowell.com
James B. Stoetzer, StoetzerJ@LanePowell.com

and by facsimile on:

Paul J. Nangle
Paul J. Nangle & Associates
101 Christensen Dr.
Anchorage, AK 99501
FAX NO.:    (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 20, 2006, at Los Angeles, California.

WILLIAM R. BAERG