CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA
RECEIVED
SEP 2 1 2006

Terry R. Marston, *pro hac vice,* terry@mhf-law.com
Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
Jesse P. Elison, *pro hac vice,* jessee@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) ) ) | Case No.: A03-0199CV (RRB) |
| Plaintiff, ) ) | |
| vs. ) ) ) | **AMENDED** |
| FORREST J. MCKINLEY, an individual, ) d/b/a "Imperial Industrial Coatings" and ) EMERCO, INC., a California Corporation, ) d/b/a Imperial Industrial Coatings, BRECHAN ) ENTERPRISES, INC., an Alaska corporation; ) and SAFECO INSURANCE COMPANY OF ) AMERICA, a Washington Corporation. ) | **ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S EXHIBIT LIST** |
| Defendants. ) | |
| EMERCO, INC., a California corporation d/b/a) Imperial Industrial Coatings, and the States for ) Use and Benefit of EMERCO, INC., ) ) | |
| Counterclaimant/Third-party Claimant, ) ) | |
| v. ) ) | |
| ABSOLUTE ENVIRONMENTAL SERVICES) INC., an Alaska corporation, et al., ) ) | |
| Cross-defendants/Third-party Defendants. ) ) ) | |

THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,

             Plaintiff,

vs.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.

             Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

BRECHAN ENTERPRISES, INC., an Alaska corporation,

             Counterclaim Plaintiff,

vs.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,

             Counterclaim Defendant.

)
)
)
)
)
)
)
)
)
)
)

BRECHAN ENTERPRISES, INC., an Alaska corporation,

             Third-Party Plaintiff,

vs.

COFFMAN ENGINEERS, INC, a Washington Corporation.

             Third-Party Defendant.

)
)
)
)
)
)
)
)
)
)
)

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,

             Plaintiff/Cross-claimant,

vs.

COFFMAN ENGINEERS, INC, a Washington Corporation.

             Third-Party Defendant.

)
)
)
)
)
)
)
)
)
)
)

**AMENDED** ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S EXHIBIT LIST
Case No. A03-0199CV (RRB)-- 2

1    COME NOW, plaintiff, ABSOLUTE ENVIRONMENTAL SERVICES, INC., by and

2    through its undersigned attorneys of record, and hereby states that it may use the following

3    exhibits, and further reserves the right to amend this list for the purposes of rebuttal and

4    impeachment.

## EXHIBITS

| Exh No. | DATE | BATES NO. Beg | BATES NO. End | DESCRIPTION | Adm | ID |
|---|---|---|---|---|---|---|
| A-1 | 12/22/1989 | COFF 02405 | COFF 02423 | 1989 Wharf Renovation Plans | | ✓ ✓ |
| A-2 | 10/1/1999 | IIC-002003 | IIC-002009 | SP-1842 R.G. Application Specification | | |
| A-3 | 11/1/1999 | IIC-001997 | IIC-002002 | SP-1842 Application Specification with Product Data Sheet (Page 1-4) | | ✓ |
| A-4 | 10/6/2000 | Coffman 02562 | Coffman 02567 | BEI Proposal for JOC-1 (XXO), pp 5-10 | | ✓ |
| A-5 | 12/1/2000 | | | NACE Joint Technology Report - Preparation of Protective Coating Specifications for Atmospheric Service, December 2000, developed through joint participation of NACE and SPCC NACE 80200, Item No. 24209 | | ✓ |
| A-6 | 12/21/2000 | BEI8516 | BEI8517 | Anita Repanich Email to Rendon, Holmstrom, Brown, etc. | | ✓ |
| A-7 | 1/2/2001 | | | 1st JOC Contract - Exhibit #2 to Anita Repanich Deposition | | ✓ |
| A-8 | 1/4/2001 | BEI8527 | | Anita Repanich email to Matt Holmstrom | | ✓ |
| A-9 | 1/24/2001 | | | TNH Cargo Wharf Inspection Report | | ✓ |
| A-10 | 2/12/2001 | | | USCG record of negotiation | | ✓ |
| A-11 | 2/28/2001 | BEI 19713 | BEI 19714 | Dan Stears email to Matt Holmstrom | | ✓ |
| A-12 | 3/6/2001 | BEI 19745 | BEI 19745 | Steve Locher email to Matt Holmstrom | | ✓ |
| A-13 | 3/8/2001 | BEI 19746 | BEI 19746 | Steve Locher email to Dan Stears | | ✓ |
| A-14 | 3/9/2001 | BEI 19754 | BEI 19766 | Steve Locher email to Matt Holmstrom with attachments | | ✓ |
| A-15 | | | | <Intentionally Left Blank> | | ✓ |
| A-16 | 3/14/2001 | USCG-200107 | | Spreadsheet | | ✓ |
| A-17 | 3/15/2001 | BEI 19796 | BEI 19797 | Counter Proposal | | ✓ |

**AMENDED** ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S EXHIBIT LIST
Case No. A03-0199CV (RRB)-- 3

| | | | | | | |
|---|---|---|---|---|---|---|
| A-18 | 3/15/2001 | USCG-200244 | USCG-200245 | Steve Locher email to Matt Holmstrom | | ✓ |
| A-19 | 3/19/2001 | | | Anita Repanich Procurement Request | | ✓ |
| A-20 | 3/19/2001 | USCG-200248 | USCG-200249 | Government Estimate | | ✓ |
| A-21 | 3/20/2001 | | | FDCC to Brechan Task Order 007 | | ✓ |
| A-22 | 3/20/2001 | USCG-200190 | | Task Order #007 Project Status | | ✓ |
| A-23 | 3/21/2001 | | | Fax from Brechan to Absolute attaching Subcontract for Demolition Project | | ✓ |
| A-24 | 4/4/2002 | BEI 20426 | BEI 20427 | F and R, Inc email to Matt Holmstrom | | ✓ |
| A-25 | 4/10/2001 | BEI 19824 | BEI 19826 | Lawrence Radcliff to Steve Locher | | ✓ |
| A-26 | 4/10/2001 | BEI 19817 | | Steve Locher email to Matt Holmstrom | | ✓ |
| A-27 | 4/11/2001 | BEI 19829 | BEI 19851 | John Daily to Matt Holmstrom 65% Submittal | | ✓ |
| A-28 | 4/23/2001 | BEI 19932 | BEI 19936 | 65% Specification Submittal Review Comments | | ✓ |
| A-29 | 4/23/2001 | BEI 20438 | | Anita Repanich email to Matt Holmstrom | | ✓ |
| A-30 | 4/27/2001 | BEI 19911 | BEI 19912 | Steve Locher email to Matt Holmstrom | | ✓ |
| A-31 | 5/10/2001 | BEI 8591 | | Anita Repanich email to Mike Brown, Paul Rendon, and Matt Holmstrom | | ✓ |
| A-32 | 5/22/2001 | BEI 4670 | BEI 4680 | Melvin J. Parrish of Alaska Blasting and Coating bid proposal to BEI with attachments | | ✓ |
| A-33 | 5/23/2001 | BEI 20036 | BEI 20036 | Matt Holmstrom to T. Spencer | | ✓ |
| A-34 | 5/23/2001 | Coffman 02358 | Coffman 02385 | SCCI Phase I Proposal | | ✓ |
| A-35 | 5/24/2001 | BEI 19986 | | Steve Locher email to Matt Holmstrom | | ✓ |
| A-36 | 5/29/2001 | BEI 4781 | BEI 4783 | Lawrence Radcliff Bid Evaluation | | ✓ |
| A-37 | | | | <Intentionally left blank> | | ✓ |
| A-38 | 5/30/2001 | BEI 19988 | | Paul Rendon email to Matt Holmstrom | | ✓ |
| A-39 | 5/31/2001 | BEI 4666 | BEI 4666 | Mat Holmstrom Notes Hand Written Tabulation | | ✓ |
| A-40 | 5/31/2001 | Coffman 02348 | Coffman 02357 | SCCI Key personnel and similar projects | | ✓ |
| A-41 | 6/1/2001 | BEI 19994 | BEI 19994 | Lawrence Radcliff email to Matt Holmstrom | | ✓ |
| A-42 | 6/4/2001 | BEI 19995 | BEI 19995 | Matt Holmstrom to Paul Rendon AESI has no Experience | | ✓ |

| | | | | | | |
|---|---|---|---|---|---|---|
| A-43 | 6/4/2001 | BEI 19997 | | Paul Rendon email to Scott Bonney | | ✓ |
| A-44 | 6/5/2001 | BEI 20003 | BEI 20005 | Dan Stears email to Matt Holmstrom | | ✓ |
| A-45 | 6/5/2001 | BEI 20012 | BEI 20013 | Steve Locher email to Paul Rendon | | ✓ |
| A-46 | 6/6/2001 | BEI 4615 | BEI 4615 | Matt Holmstrom Notes Swalling's Price | | ✓ |
| A-47 | 6/7/2001 | BEI 4545 | BEI 4545 | Andy Romine agrees to $1,533,000 for 40,000 SF | | ✓ |
| A-48 | 6/12/2001 | BEI 4562 | BEI 4562 | Matt Holmstrom letter to Andy Romine | | ✓ |
| A-49 | 6/13/2001 | BEI 20017 | BEI 20017 | Steve Locher email to Matt Holmstrom and Matt Holmstrom email to Steve Locher | | ✓ |
| A-50 | 6/21/2001 | AES001498 | AES001534 | Phase I Final Specifications | | ✓ |
| A-51 | 6/25/2001 | BEI 20036 | | Tom Spencer email to Matt Holmstrom | | ✓ |
| A-52 | 6/27/2001 | BEI 20038 | BEI 20042 | Proposed Pre-Job Conference Agenda | | ✓ |
| A-53 | 7/10/2001 | BEI 18624 | BEI 18624 | Anita Repanich email to Matt Holmstrom | | ✓ |
| A-54 | 7/16/2001 | BEI 20058 | BEI 20058 | Matt Holmstrom email to Scott Bonney | | ✓ |
| A-55 | 7/25/2001 | BEI 20074 | BEI 20075 | Jerry Hardenbergh email to Matt Holmstrom | | ✓ |
| A-56 | 8/2/2001 | BEI 20364 | BEI 20365 | Jerry Hardenbergh Daily Summary Report | | ✓ |
| A-57 | 8/15/2001 | BEI 20110 | BEI 20111 | Jerry Hardenbergh email to Paul Rendon with Updated Org Chart attached | | ✓ |
| A-58 | 8/16/2001 | BEI 20117 | BEI 20118 | Paul Rendon email to Jerry Hardenbergh | | ✓ |
| A-59 | 8/18/2001 | BEI 20124 | | Jerry Hardenbergh Submittal Review to Mike Andersen | | ✓ |
| A-60 | 8/20/2001 | BEI 20133 | BEI 20133 | Matt Holmstrom email to Paul Rendon | | ✓ |
| A-61 | 8/20/2001 | BEI 20130 | BEI 20132 | Paul Rendon email to Matt Holmstrom | | ✓ |
| A-62 | 8/20/2001 | BEI 20134 | BEI 20136 | Jerry Hardenbergh email attaching 8/18/01 Daily Report | | ✓ |
| A-63 | 8/21/2001 | BEI 20138 | BEI 20139 | Matt Holmstrom email to Paul Rendon | | ✓ |
| A-64 | 8/21/2001 | BEI 3710 | BEI 3710 | Attachment to Matt Holmstrom email to Paul Rendon | | ✓ |
| A-65 | 8/24/2001 | BEI 19482 | BEI 19483 | Paul Rendon email to Matt Holmstrom | | ✓ |
| A-66 | 9/3/2001 | BEI 20157 | | Jerry Hardenbergh email to Matt Holmstrom | | ✓ |
| A-67 | 9/9/2001 | USCG-202960 | | Matt Holmstrom letter to Paul Rendon | | ✓ |

| A-68 | 9/12/2001 | BEI 20196 | BEI 20197 | Paul Rendon email to Matt Holmstrom | ✓ |
| A-69 | 9/20/2001 | BEI 4560 | BEI 4561 | BEI/SCCI Contract | ✓ |
| A-70 | 9/20/2001 | BEI 18815 | | Anita Repanich email to Joel Dolbeck | ✓ |
| A-71 | 9/25/2001 | BEI 20221 | BEI 20222 | Jerry Hardenbergh email to Mike Andersen, Matt Holmstrom, Scott Bonney with attached submittal log | ✓ |
| A-72 | 9/27/2001 | BEI 20226 | BEI 20228 | Dan Stears email to Matt Holmstrom | ✓ |
| A-73 | 10/1/2001 | SPC 95 | SPC 99 | SP-1842 Application Specification | ✓ |
| A-74 | 10/5/2001 | BEI 5958 | BEI 5960 | Jerry Hardenbergh Daily Report | ✓ |
| A-75 | 10/6/2001 | Coffman 05312 | Coffman 05314 | Jerry Hardenbergh Daily Report | ✓ |
| A-76 | 10/7/2001 | Coffman 05330 | Coffman 05332 | Jerry Hardenbergh Daily Report | ✓ |
| A-77 | 10/8/2001 | BEI 6008 | BEI 6010 | Jerry Hardenbergh Daily Report | ✓ |
| A-78 | 10/9/2001 | Coffman 05355 | Coffman 05357 | Jerry Hardenbergh Daily Report | ✓ |
| A-79 | 10/10/2001 | Coffman 05366 | Coffman 05368 | Jerry Hardenbergh Daily Report | ✓ |
| A-80 | 10/10/2001 | BEI 6506 | BEI 6508 | Jerry Hardenbergh email to Paul Rendon | ✓ |
| A-81 | 10/10/2001 | BEI 18845 | | Anita Repanich email to Matt Holmstrom | ✓ |
| A-82 | 10/12/2001 | BEI 18850 | BEI 18853, BEI 18892 | Scott Bonney email to Matt Holmstrom with Wharf Bullets attached | ✓ |
| A-83 | 10/17/2001 | BEI 7181 | BEI 7181 | Jerry Hardenbergh Daily Report | ✓ |
| A-84 | 10/18/2001 | USCG-20431 | USCG-200436 | Steve Locher Letter (2,5) | ✓ |
| A-85 | 10/20/2001 | BEI 7203 | BEI 7203 | Jerry Hardenbergh email | ✓ |
| A-86 | 10/23/2001 | BEI 6242 | BEI 6244 | Jerry Hardenbergh Daily Report | ✓ |
| A-87 | 10/24/2001 | BEI 6252 | BEI 6254 | Jerry Hardenbergh Daily Report | ✓ |
| A-88 | 10/24/2001 | BEI 6256 | BEI 6257 | Jerry Hardenbergh Daily Report Addendum | ✓ |
| A-89 | 10/24/2001 | BEI 3616 | BEI 3616 | Matt Holmstrom Notes | ✓ |
| A-90 | 10/24/2001 | BEI 3617 | BEI 3617 | Matt Holmstrom Teleconference Notes | ✓ |
| A-91 | 10/30/2001 | IIC 13523 | IIC 13525 | Jerry Hardenbergh memo to Scott Bonney (REPLACE CLEAN COFFMAN MEMO) | ✓ |
| A-92 | 11/2/2001 | BEI 4503 | BEI 4503 | Mike Anderson Letter for Bents 1-5 | ✓ |

| | | | | | | |
|---|---|---|---|---|---|---|
| A-93 | 11/3/2001 | BEI 6602 | BEI 6602 | Jerry Hardenbergh email to Swalling | | ✓ |
| A-94 | 11/3/2001 | BEI 20307 | | Jerry Hardenbergh email to Mike Andersen | | ✓ |
| A-95 | 11/5/2001 | BEI 5950 | BEI 5952 | Jerry Hardenbergh Daily Report | | ✓ |
| A-96 | 11/5/2001 | USCG 203302 | USCG 203304 | Jerry Hardenbergh memo to Scott Bonney | | ✓ |
| A-97 | 11/5/2001 | BEI 4176 | BEI 4178 | Mike Anderson Letter from SCCI | | ✓ |
| A-98 | 11/5/2001 | BEI 20308 | | Scott Bonney email to Jerry Hardenbergh | | ✓ |
| A-99 | 11/8/2001 | BEI 6603 | BEI 6603 | Mike Anderson email to Jerry Hardenbergh | | ✓ |
| A-100 | 11/8/2001 | BEI 18955 | | Paul Rendon email to Matt Holmstrom | | ✓ |
| A-101 | 11/8/2001 | BEI 18956 | BEI 18957 | Anita Repanich email to Paul Rendon, Matt Holmstrom, etc. | | ✓ |
| A-102 | 11/13/2001 | BEI 6077 | BEI 6079 | Jerry Hardenbergh Daily Report | | ✓ |
| A-103 | 11/13/2001 | COF 6132 | COF 6136 | Jerry Hardenbergh Project Meeting Agenda | | ✓ |
| A-104 | 11/13/2001 | BEI 4501 | BEI 4501 | Matt Holmstrom Memo Meeting Minutes | | ✓ |
| A-105 | 11/29/2001 | BEI 18969 | | Anita Repanich email to Matt Holmstrom, etc. | | ✓ |
| A-106 | 12/12/2001 | USCG 200213 | USCG 200216 | Polar Supply letter to SCCI | | ✓ |
| A-107 | 12/21/2001 | BEI 4139 | BEI 4150 | Andy Romine SCCI Proposal | | ✓ |
| A-108 | 12/21/2001 | BEI 3708 | BEI 3710 | Brechan Factoring Costs with handwritten notes | | ✓ |
| A-109 | 12/27/2001 | BEI 5202 | BEI 5202 | Anita Repanich response email to Matt Holmstrom | | ✓ |
| A-110 | 12/27/2001 | BEI 4117 | BEI 4118 | Matt Holmstrom to Bill Oliver and Mike Martin | | ✓ |
| A-111 | 12/27/2001 | BEI 20314 | BEI 20315 | Anita Repanich email to Matt Holmstrom | | ✓ |
| A-112 | 12/28/2001 | BEI 18975 | | Anita Repanich email to F and R Inc | | ✓ |
| A-113 | 12/31/2001 | BEI 8254 | BEI 8255 | Matt Holmstrom letter to Andy Romine | | ✓ |
| A-114 | 1/2/2002 | BEI 6948 | BEI 6949 | Dan Stears email to Matt Holmstrom and Jerry Hardenbergh | | ✓ |
| A-115 | 1/2/2002 | BEI 20316 | BEI 20319 | Matt Holmstrom to Dan Stears and Jerry Hardenbergh | | ✓ |
| A-116 | 1/4/2002 | BEI 17312 | BEI 17313 | Dan Stears email to Matt Holmstroma nd Jerry Hardenbergh | | ✓ |
| A-117 | 1/4/2002 | BEI 20320 | BEI 20320 | Matt Holmstrom letter to Andy Romine | | ✓ |

| | | | | | | |
|---|---|---|---|---|---|---|
| A-118 | 1/16/2002 | BEI 20331 | BEI 20331 | Matt Holmstrom email to Dan Stears and Jerry Hardenbergh | | ✓ |
| A-119 | 1/25/2002 | BEI 20332 | BEI 20332 | Paul Rendon email to Matt Holmstrom | | ✓ |
| A-120 | 1/30/2002 | BEI 20333 | | Paul Rendon email to Joel Dolbeck, Mike Brown, etc. | | ✓ |
| A-121 | 2/1/2002 | BEI 20337 | BEI 20338 | Anita Repanich email to Matt Holmstrom | | ✓ |
| A-122 | 2/5/2002 | BEI 20339 | BEI 20340 | Paul Rendon email to Matt Holmstrom | | ✓ |
| A-123 | 2/6/2002 | BEI 6894 | BEI 6894 | Matt Holmstrom email to CEI | | ✓ |
| A-124 | 2/7/2002 | BEI 18984 | BEI 18984 | Matt Holmstrom email to Paul Rendon | | ✓ |
| A-125 | 2/8/2002 | BEI 8236 | BEI 8237 | BEI Meeting Minutes | | ✓ |
| A-126 | 2/8/2002 | BEI 4077 | BEI 4078 | Matt Holmstrom handwritten notes regarding telephone conversation | | ✓ |
| A-127 | 2/12/2002 | BEI 4429 | BEI 4431 | Andy Romine SCCI Proposal | | ✓ |
| A-128 | 2/19/2002 | BEI 20350 | BEI 20350 | John Daily email to Matt Holmstrom | | ✓ |
| A-129 | 2/20/2002 | BEI 4484 | BEI 4484 | Matt Holmstrom handwritten notes | | ✓ |
| A-130 | 2/22/2002 | BEI 19005 | | Andy Brown email to Matt Holmstrom | | ✓ |
| A-131 | 2/23/2002 | BEI 1032 | BEI 1032 | Matt Holmstrom handwritten notes | | ✓ |
| A-132 | 2/25/2002 | BEI 4100 | BEI 4103 | Anita Repanich letter to Matt Holmstrom | | ✓ |
| A-133 | 2/25/2002 | BEI 0948 | | Enclosure (3) to February 25, 2002 A. Repanich letter | | ✓ |
| A-134 | 2/25/2002 | BEI 20352 | BEI 20369 | Paul Rendon email to Matt Holmstrom | | ✓ |
| A-135 | 2/26/2002 | BEI 8213 | BEI 8215; BEI 7098 | Bill Oliver email revisions to Dan Stears Memorandum and Stears' response agreeing to revise per Brechan's direction | | ✓ |
| A-136 | 2/26/2002 | BEI 4481 | BEI 4482 | Coffman Preliminary Memorandum to Matt Holmstrom | | ✓ |
| A-137 | 2/26/2002 | BEI 6811 | BEI 6811 | Dan Stears email to Matt Holmstrom | | ✓ |
| A-138 | 2/26/2002 | BEI 4992 | BEI 4994 | Dan Stears memo to Matt Holmstrom | | ✓ |
| A-139 | 2/26/2002 | BEI 20370 | BEI 20373 | Dan Stears email to Matt Holmstrom attaching 2/26/02 Coffman Memorandum | | ✓ |
| A-140 | 2/26/2002 | BEI 20377 | BEI 20386 | Dan Stears email to Matt Holmstrom, Mike Martin, etc attaching 3/13/01 Project Scope and Fee Narrative | | ✓ |
| A-141 | 2/26/2002 | BEI 20387 | | Dan Stears email to F and R, Inc. | | ✓ |

**AMENDED** ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S EXHIBIT LIST
Case No. A03-0199CV (RRB)-- 8

| | | | | | | |
|---|---|---|---|---|---|---|
| A-142 | 3/1/2002 | BEI 19029 | BEI 19031 | Email exchange between Paul Rendon, Anita Repanich, Matt Holmstrom, etc. | | ✓ |
| A-143 | 3/7/2002 | BEI 5009 | BEI 5009 | Bill Oliver memo to Andy Romine | | ✓ |
| A-144 | 3/7/2002 | BEI 6557 | BEI 6559 | Dan Stears email to Steve Locher | | ✓ |
| A-145 | 3/7/2002 | BEI 20390 | BEI 20390 | Paul Rendon email to Martin Boivin | | ✓ |
| A-146 | 3/7/2002 | BEI 20388 | BEI 20389 | Anita Repanich email to Paul Rendon, Matt Holmstrom | | ✓ |
| A-147 | 3/8/2002 | BEI 21069 | BEI 21100 | BEI's Building 25 Job Coast Report | | ✓ |
| A-148 | 3/13/2002 | BEI 19039 | BEI 19039 | Matt Holmstrom email to Anita Repanich and response | | ✓ |
| A-149 | 3/13/2002 | BEI 19041 | BEI 19041 | Paul Rendone email to Martin Boivin | | ✓ |
| A-150 | 3/13/2002 | BEI 3354 | BEI 3354 | Signed Modification #1 to SCCI/BEI Subcontract | | ✓ |
| A-151 | 3/14/2002 | USCG 200256 | USCG 200257 | Procurement Process Request signed by Paul Rendon | | ✓ |
| A-152 | 3/15/2002 | BEI 4990 | BEI 4991 | Bill Oliver letter to Anita Repanich | | ✓ |
| A-153 | 3/15/2002 | BEI 20397 | BEI 20398 | F and R, Inc email to Matt Holmstrom | | ✓ |
| A-154 | 3/15/2002 | USCG-200261 | | Steve Locher email to Anita Repanich and Paul Rendon with handwritten notes | | ✓ |
| A-155 | 3/16/2002 | BEI 4412 | BEI 4414 | CEI Memo regarding Options 1, 2, and 3 | | ✓ |
| A-156 | 3/16/2002 | BEI 20399 | BEI 20401 | F and R, Inc email to Matt Holmstrom | | ✓ |
| A-157 | 3/18/2002 | BEI 4446 | BEI 4446 | Andy Romine letter to Bill Oliver | | ✓ |
| A-158 | 3/24/2002 | BEI 1031 | BEI 1031 | Matt Holmstrom handwritten notes | | ✓ |
| A-159 | 3/25/2002 | BEI 4415 | BEI 4417 | Fax with attachments from Matt Holmstrom to Dan Stears and Jerry Hardenbergh | | ✓ |
| A-160 | 3/25/2002 | BEI 20407 | | F and R, Inc email to Matt Holmstrom | | ✓ |
| A-161 | 3/26/2002 | BEI 20412 | | Dan Stears email to Anita Repanich | | ✓ |
| A-162 | 3/27/2002 | BEI 4080 | BEI 4080 | Matt Holmstrom handwritten notes | | ✓ |
| A-163 | 3/27/2002 | BEI 19049 | BEI 19050 | Mike Martin email to Marty Boivin with attached letter | | ✓ |
| A-164 | 3/28/2002 | BEI 6529 | BEI 6529 | Dan Stears email to Matt Holmstrom | | ✓ |
| A-165 | 3/28/2002 | BEI 20416 | BEI 20417 | Paul Rendon email to Stever Locher, Anita Repanich, Matt Holmstrom, and F and R, Inc. with attached Mod #0005 | | ✓ |
| A-166 | 3/28/2002 | BEI 20420 | BEI 20421 | Paul Rendon email to Stever Locher, Anita Repanich, Matt Holmstrom, and F and R, Inc. | | ✓ |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | with attached Mod #0005 | | |
| A-167 | 4/1/2002 | BEI 19059 | BEI 19061 | Anita Repanich email to Matt Holmstrom | | ✓ |
| A-168 | 4/2/2002 | USCG-000048 | USCG-000052 | Coast Guard Memorandum from Paul Rendon to Anita Repanich | | ✓ |
| A-169 | 4/3/2002 | BEI 4443 | BEI 4443 | Bill Oliver letter to Andy Romine | | ✓ |
| A-170 | 4/4/2002 | USCG-200258 | | Paul Rendon email to Anita Repanich, Jerald Johnson, etc. | | ✓ |
| A-171 | 4/18/2002 | BEI 20431 | | Paul Rendon email to Matt Holmstrom | | ✓ |
| A-172 | 4/20/2002 | BEI 8453 | | Paul Rendon email to Maggie Wilson | | ✓ |
| A-173 | 4/23/2002 | BEI 20438 | BEI 20438 | Anita Repanich email to Matt Holmstrom | | ✓ |
| A-174 | 4/23/2002 | BEI 4094 | BEI 4095 | Anita Repanich fax to Matt Holmstrom with written response and attached Task Order | | ✓ |
| A-175 | 4/24/2002 | BEI 19080 | BEI 19081 | Anita Repanich email to Matt Holmstrom | | ✓ |
| A-176 | 4/25/2002 | BEI 3539 | BEI 3540 | Signed Modification 0005 to Brechan/USCG contract | | ✓ |
| A-177 | 5/23/2002 | Coffman 001044 | Coffman 001046 | JH Phase 1(b) Daily Summary Reports | | ✓ |
| A-178 | 5/24/2002 | Coffman 001041 | Coffman 001043 | JH Phase 1(b) Daily Summary Reports | | ✓ |
| A-179 | 5/25/2002 | Coffman 001039 | Coffman 001040 | JH Phase 1(b) Daily Summary Reports | | ✓ |
| A-180 | 5/26/2002 | Coffman 001036 | Coffman 001038 | JH Phase 1(b) Daily Summary Reports | | ✓ |
| A-181 | 5/27/2002 | Coffman 001034 | Coffman 001035 | JH Phase 1(b) Daily Summary Reports | | ✓ |
| A-182 | 5/28/2002 | BEI 6955 | BEI 6955 | Jerry Hardenbergh email to Matt Holmstrom | | ✓ |
| A-183 | 5/28/2002 | Coffman 001031 | Coffman 001033 | JH Phase 1(b) Daily Summary Reports | | ✓ |
| A-184 | 5/29/2002 | Coffman 001028 | Coffman 001030 | JH Phase 1(b) Daily Summary Reports | | ✓ |
| A-185 | 5/30/2002 | Coffman 001025 | Coffman 001027 | JH Phase 1(b) Daily Summary Reports | | ✓ |
| A-186 | 5/30/2002 | Coffman 01829 | Coffman 01830 | Matt Holmstrom email to Andy Brown FDCC | | ✓ |
| A-187 | 5/30/2002 | BEI 20470 | | Andy Brown email to Matt Holmstrom | | ✓ |
| A-188 | 5/31/2002 | BEI 3340 | BEI 3340 | Andy Romine letter to Bill Oliver | | ✓ |
| A-189 | 5/31/2002 | Coffman 01022 | Coffman 01024 | JH Phase 1(b) Daily Summary Reports | | ✓ |
| A-190 | 6/1/2002 | Coffman 01019 | Coffman 01021 | JH Phase 1(b) Daily Summary Reports | | ✓ |

**AMENDED** ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S EXHIBIT LIST
Case No. A03-0199CV (RRB)-- 10

| | | | | | | |
|---|---|---|---|---|---|---|
| A-191 | 6/2/2002 | Coffman 01016 | Coffman 01018 | JH Phase 1(b) Daily Summary Reports | | ✓ |
| A-192 | 6/3/2002 | Coffman 01013 | Coffman 01012 | JH Phase 1(b) Daily Summary Reports | | ✓ |
| A-193 | 6/3/2002 | BEI 4406 | BEI 4406 | Matt Holmstrom handwritten notes | | ✓ |
| A-194 | 6/4/2002 | Coffman 01010 | Coffman 01012 | JH Phase 1(b) Daily Summary Reports | | ✓ |
| A-195 | 6/5/2002 | BEI 3665 | BEI 3667; Coffman 01008- Coffman 01009 | Jerry Hardenbergh daily report | | ✓ |
| A-196 | 6/6/2002 | USCG 203408 | USCG 203408 | BEI Proposal | | ✓ |
| A-197 | 6/6/2002 | Coffman 01004 | Coffman 01006 | Jerry Hardenbergh daily report | | ✓ |
| A-198 | 6/7/2002 | Coffman 01001 | Coffman 01003 | JH Phase 1(b) Daily Summary Reports | | ✓ |
| A-199 | 6/8/2002 | Coffman 00998 | Coffman 01000 | JH Phase 1(b) Daily Summary Reports | | ✓ |
| A-200 | 6/9/2002 | Coffman 00995 | Coffman 00997 | JH Phase 1(b) Daily Summary Reports | | ✓ |
| A-201 | 6/10/2002 | Coffman 00992 | Coffman 00994 | Jerry Hardenbergh daily report | | ✓ |
| A-202 | 6/11/2002 | Coffman 00989 | Coffman 00991 | Jerry Hardenbergh daily report | | ✓ |
| A-203 | 6/12/2002 | Coffman 00986 | Coffman 00988 | Jerry Hardenbergh daily report | | ✓ |
| A-204 | 6/13/2002 | Coffman 00983 | Coffman 00985 | Jerry Hardenbergh daily report | | ✓ |
| A-205 | 6/14/2002 | Coffman 00980 | Coffman 00982 | Jerry Hardenbergh daily report | | ✓ |
| A-206 | 6/15/2002 | Coffman 00978 | Coffman 00979 | JH Phase 1(b) Daily Summary Reports | | ✓ |
| A-207 | 6/16/2002 | Coffman 00976 | Coffman 00977 | JH Phase 1(b) Daily Summary Reports | | ✓ |
| A-208 | 6/17/2002 | Coffman 00974 | Coffman 00975 | JH Phase 1(b) Daily Summary Reports | | ✓ |
| A-209 | 6/18/2002 | Coffman 00971 | Coffman 00973 | JH Phase 1(b) Daily Summary Reports | | ✓ |
| A-210 | 6/20/2002 | IIC-001989 | IIC-001996 | SP-1842 Application Specification | | ✓ |
| A-211 | 6/26/2002 | BEI 20494 | | Jerry Hardenbergh email to Andy Romine | | ✓ |
| A-212 | 7/17/2002 | BEI 19140 | | F and R, Inc email to Matt Holmstrom | | ✓ |
| A-213 | 7/17/2002 | BEI 19141 | | Paul Rendon email to Anita Repanich | | ✓ |
| A-214 | 7/18/2002 | USCG 203408 | USCG 203505 | FDCC JOC 2 to BEI, J55 | | ✓ |
| A-215 | 9/4/2002 | BEI 19147 | | Andy Brown email to Matt Holmstrom | | ✓ |

| | | | | | |
|---|---|---|---|---|---|
| A-216 | 9/6/2002 | BEI 19148 | | Maggie Wilson email to Matt Holmstrom, F and R, Inc. | ✓ |
| A-217 | 9/16/2002 | BEI 0951 | BEI 0951 | Fax cover sheet from Jason Peterson to Matt Holmstrom | ✓ |
| A-218 | 9/17/2002 | AESMAIL-000514 | | Matt Holmstrom email to Jason Peterson | ✓ |
| A-219 | 9/20/2002 | BEI 19164 | | Andy Brown email to Matt Holmstrom | ✓ |
| A-220 | 10/8/2002 | BEI 19188 | | Andy Brown email to Matt Holmstrom | ✓ |
| A-221 | 10/22/2002 | BEI 1036 | BEI 1037 | Jason Peterson letter to Matt Holmstrom | ✓ |
| A-222 | 10/22/2002 | BEI 1351 | BEI 1354 | Jason Peterson letter to Matt Holmstrom | ✓ |
| A-223 | 10/23/2002 | BEI 1066 | BEI 1066 | Job Cost Billing Detail with handwritten notes from Bill Oliver to Jessica Wolfe | ✓ |
| A-224 | 10/29/2002 | BEI 19210 | BEI 19212 | Jason Peterson letter to Matt Holmstrom | ✓ |
| A-225 | 11/13/2002 | USCG-200076 | | Coffman Eng.'s Coating Surface Area Calculations- Old Deck | ✓ |
| A-226 | 11/15/2002 | BEI 19213 | | Andy Brown email to Matt Holmstrom | ✓ |
| A-227 | 11/21/2002 | BEI 19214 | | Andy Brown email to Matt Holmstrom | ✓ |
| A-228 | 11/22/2002 | BEI 19218 | BEI 19219 | Andy Brown email to Matt Holmstrom | ✓ |
| A-229 | 11/23/2002 | BEI 19249 | | Matt Holmstrom email to Dan Stears | ✓ |
| A-230 | 11/24/2002 | BEI 19244 | BEI 19246 | Dan Stears email to Matt Holmstom | ✓ |
| A-231 | 11/26/2002 | BEI 7795 | BEI 7795 | Dan Stears email to Matt Holmstrom, Andy Brown, and Jerry Hardenbergh | ✓ |
| A-232 | 11/27/2002 | BEI 0171 | BEI 0171 | Cargo Wharf Maintenance Phase 2 Coating SOW | ✓ |
| A-233 | 11/27/2002 | BEI 2132 | BEI 2134 | Dan Stears email to Matt Holmstrom, Andy Brown, and Jerry Hardenbergh | ✓ |
| A-234 | 11/27/2002 | BEI 19273 | BEI 19275 | Andy Brown email to Matt Holmstrom | ✓ |
| A-235 | 11/27/2002 | BEI 19279 | BEI 19281 | Jason Peterson letter to Matt Holmstrom | ✓ |
| A-236 | 12/2/2002 | AESI 001542 | | J. Peterson Em to MH | ✓ |
| A-237 | 12/2/2002 | BEI 1062 | BEI 1062 | Matt Holmstrom email to Jason Peterson | ✓ |
| A-238 | 12/2/2002 | BEI 1074 | BEI 1074 | Matt Holmstrom handwritten notes | ✓ |
| A-239 | 12/4/2002 | BEI 1078 | BEI 1079 | Brechan letter and proposal to Maggie Wilson FDCC | ✓ |
| A-240 | 12/4/2002 | USCG00084 | USCG00123 | Coast Guard's Soliciation, proposal, and Award of Phase II (includes Coast Guard Pre/Post Negotiation Memorandum signed by Margaret | ✓ |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Wilson, Coating of Steel Water Front Structure Specifications 09967 11/26/02, etc) | | |
| A-241 | 12/11/2002 | USCG-203307 | USCG-203309 | USCG Pre/Post Negotiation Memorandum with Procurement Process attached | | ✓ |
| A-242 | 12/18/2002 | BEI 0165 | BEI 0171 | BEI/AES Subcontract | | ✓ |
| A-243 | 12/18/2002 | BEI 2879 | BEI 2879 | Matt Holmstrom handwritten notes | | ✓ |
| A-244 | 12/19/2002 | BEI 19292 | BEI 19293 | Andy Brown email to Matt Holmstrom | | ✓ |
| A-245 | 1/16/2003 | AES 000996 | AES 001002 | IIC Handwritten Schedule | | ✓ |
| A-246 | 1/16/2003 | AES 001003 | AES 001005 | IIC Schedule of Values | | ✓ |
| A-247 | 1/28/2003 | BEI 19325 | BEI 19326 | Anita Repanich email to Matt Holmstrom | | ✓ |
| A-248 | 1/31/2003 | IIC-000001 | IIC-000071 | AES/IIC Subcontract | | ✓ |
| A-249 | 2/18/2003 | BEI 1129 | BEI 1130 | Pre-Job Conference Agenda | | ✓ |
| A-250 | 3/10/2003 | COFF 06606 | | MH email to JH and TP | | ✓ |
| A-251 | 4/1/2003 | IIC-003688 | IIC-003688 | Letter from Alaska Department of Community and Economic Development to Emerco | | ✓ |
| A-252 | 4/15/2003 | AESI 001553 | | AES Prelim Schedule | | ✓ |
| A-253 | 4/25/2003 | USCG 200535 | USCG 200535 | Warranty Call | | ✓ |
| A-254 | 4/28/2003 | BEI 19523 | BEI 19525 | Jerry Hardenbergh Warranty Inspection Report | | ✓ |
| A-255 | 4/30/2003 | BEI 19520 | BEI 19521 | Andy Brown email to Matt Holmstrom | | ✓ |
| A-256 | 5/1/2003 | Coffman 06730 | | Andy Brown email to Matt Holmstrom | | ✓ |
| A-257 | 5/1/2003 | BEI 19527 | BEI 19530 | George Kontra email to Matt Holmstrom attaching Warranty Inspection Report with comments | | ✓ |
| A-258 | 5/6/2003 | Coffman 06706 | Coffman 06707 | Email exchange between Jerry Hardenbergh, Dan Stears, and Lawrence Radcliffe | | ✓ |
| A-259 | 5/6/2003 | Coffman 06645 | | Houck em to JH & MH | | ✓ |
| A-260 | 5/8/2003 | AES000653 | AES000654 | CEI Memo to BEI regarding QC Requirements | | ✓ |
| A-261 | 5/9/2003 | AES000628 | AES000628 | BEI schedule concern letter to AES | | ✓ |
| A-262 | 5/13/2003 | IIC-003683 | IIC-003683 | Letter from Alaska Department of Community and Economic Development to Emerco | | ✓ |
| A-263 | 5/14/2003 | AES000630 | AES000631 | AESI letter to IIC Regarding Schedule Slip, NCR, and QC Reports | | ✓ |
| A-264 | 5/14/2003 | AES000682 | AES000682 | Letter from IIC to AESI Regarding Making up Time on Schedule Slip | | ✓ |

| | | | | | | |
|---|---|---|---|---|---|---|
| A-265 | 5/16/2003 | AES 0001046 | AES 0001047 | AESI letter to IIC | | ✓ |
| A-266 | 5/20/2003 | AES 0001057 | | AESI letter to IIC | | ✓ |
| A-267 | 5/22/2003 | AES001974 | | IIC letter to AESI | | ✓ |
| A-268 | 5/23/2003 | AES 000700 | AES 000701 | BEI to AESI | | ✓ |
| A-269 | 5/24/2003 | AES 000698 | AES 000699 | AESI letter to IIC | | ✓ |
| A-270 | 5/31/2003 | AESI 001266 | | AESI letter to IIC | | ✓ |
| A-271 | 6/2/2003 | BEI 19370 | | Anita Repanich email to Matt Holmstrom | | ✓ |
| A-272 | 6/3/2003 | AES000608 | AES000609 | Letter from IIC to AES Responding to AES Letter of 5/31/03 | | ✓ |
| A-273 | 6/4/2003 | BEI 8425 | BEI 8427 | June 19, 2003 Matt Holmstrom email to Mike Martin and Bill Oliver with attached June 4, 2003 Jerry Hardenbergh Inspection Report | | ✓ |
| A-274 | 6/4/2003 | AES000617 | AES000617 | Memo from CEI to BEI regarding IIC using CEI testing equipment | | ✓ |
| A-275 | 6/6/2003 | AESI 001567 | AESI 001569 | J. Peterson letter to IIC | | ✓ |
| A-276 | 6/6/2003 | AES000616 | AES000616 | Letter from BEI to AES regarding QC | | ✓ |
| A-277 | 6/9/2003 | AES001972 | AES001973 | IIC letter to AESI | | ✓ |
| A-278 | 6/12/2003 | IIC-000487 | IIC-00488 | AESI letter to IIC - Notice to Cure | | ✓ |
| A-279 | 6/12/2003 | AES001970 | | AESI letter to Brechan | | ✓ |
| A-280 | 6/19/2003 | BEI 19545 | | Bill Oliver email to Matt Holmstrom | | ✓ |
| A-281 | 6/26/2003 | AES000541 | AES000542 | Letter Notice to Cure Follow up from AES to IIC | | ✓ |
| A-282 | 6/27/2003 | AES000587 | AES000587 | Letter from AES to IIC in Response to IIC letter of 6/27/03 | | ✓ |
| A-283 | 6/27/2003 | AES000582 | AES000583 | Response to AES from IIC Notice to Cure follow-up of 6/23/03 | | ✓ |
| A-284 | 7/1/2003 | AESI 001256 | AESI 001258 | IIC letter to AES | | ✓ |
| A-285 | 7/1/2003 | AESI 001279 | | IIC letter to AES | | ✓ |
| A-286 | 7/1/2003 | AES000444 | AES000445 | Letter - Notice to Cure Follow up from AES to IIC Schedule | | ✓ |
| A-287 | 7/1/2003 | AES000454 | AES000454 | Letter IIC to AESI Notice to Cure Schedule Response | | ✓ |
| A-288 | 7/3/2003 | AES 000809 | | BEI letter to AESI | | ✓ |
| A-289 | 7/3/2003 | AESI 001291 | | IIC letter to AES | | ✓ |

| | | | | | | |
|---|---|---|---|---|---|---|
| A-290 | 7/7/2003 | AESI 001246 | | AESI letter to IIC | | ✓ |
| A-291 | 7/7/2003 | AESI 001247 | AESI 001248 | AESI letter to IIC | | ✓ |
| A-292 | 7/7/2003 | AESI 001249 | AESI 001250 | AESI letter to IIC | | ✓ |
| A-293 | 7/7/2003 | BEI 19553 | BEI 19553 | Andy Brown email to Matt Holmstrom | | ✓ |
| A-294 | 7/8/2003 | AESI 001240 | | IIC letter to AES | | ✓ |
| A-295 | 7/11/2003 | AES 0001025 | | BEI letter to AESI | | ✓ |
| A-296 | 7/11/2003 | AES 0001024 | | CEI letter to BEI | | ✓ |
| A-297 | 7/11/2003 | Coffman 07092 | | Jerry Hardenbergh Field Memorandum to Matt Holmstrom | | ✓ |
| A-298 | 7/14/2003 | IIC-003673 | IIC-003673 | Emerco, Inc. Certificate of Authority for Alaska | | ✓ |
| A-299 | 7/14/2003 | AESI 001277 | | IIC letter to AES | | ✓ |
| A-300 | 7/15/2003 | AES 0001161 | | AESI letter to IIC | | ✓ |
| A-301 | 7/15/2003 | AES 0001213 | | BEI to AESI | | ✓ |
| A-302 | 7/15/2003 | AESI 001227 | AESI 001228 | IIC letter to AES | | ✓ |
| A-303 | 7/15/2003 | AESI 001275 | AESI 001276 | IIC letter to AES | | ✓ |
| A-304 | 7/16/2003 | AESI 001268 | AESI 001270 | AESI letter to IIC | | ✓ |
| A-305 | 7/16/2003 | AESI 001272 | | AESI letter to IIC | | ✓ |
| A-306 | 7/16/2003 | AESI 001274 | | IIC letter to AES | | ✓ |
| A-307 | 6/16/2003 | Coffman 09491 | | Jerry Hardenbergh Field Memorandum to Matt Holmstrom | | ✓ |
| A-308 | 7/17/2003 | AES 001156 | | AESI letter to IIC | | ✓ |
| A-309 | 7/17/2003 | AES 001157 | | AESI letter to IIC | | ✓ |
| A-310 | 7/17/2003 | AES 001158 | | AESI letter to IIC | | ✓ |
| A-311 | 7/17/2003 | AES 001159 | | AESI letter to IIC | | ✓ |
| A-312 | 7/17/2003 | AES 001160 | | AESI letter to IIC | | ✓ |
| A-313 | 7/17/2003 | AESI 001242 | | IIC letter to AES | | ✓ |
| A-314 | 7/17/2003 | AES 0001203 | | IIC letter to AESI | | ✓ |

| | | | | | | |
|---|---|---|---|---|---|---|
| A-315 | 7/17/2003 | AES 0001226 | | IIC letter to AESI | | ✓ |
| A-316 | 7/17/2003 | AES 001204 | AES 001205 | IIC letter to AESI | | ✓ |
| A-317 | 7/17/2003 | AES 001208 | AES 001209 | IIC letter to AESI | | ✓ |
| A-318 | 7/21/2003 | AES 001241 | | AESI letter to IIC | | ✓ |
| A-319 | 7/21/2003 | AES 0001211 | AES 0001212 | AESI letter to IIC | | ✓ |
| A-320 | 7/21/2003 | AESI 001244 | | IIC letter to AES | | ✓ |
| A-321 | 7/21/2003 | AES 0001183 | AES 0001184 | IIC letter to AESI | | ✓ |
| A-322 | 7/21/2003 | AES 0001187 | | IIC letter to AESI | | ✓ |
| A-323 | 7/21/2003 | AES 0001189 | | IIC letter to AESI | | ✓ |
| A-324 | 7/21/2003 | AES 0001193 | | IIC letter to AESI | | ✓ |
| A-325 | 7/21/2003 | AES 0001196 | | IIC letter to AESI | | ✓ |
| A-326 | 7/23/2003 | AES 000777 | AES 000778 | AESI letter to IIC | | ✓ |
| A-327 | 7/23/2003 | AES 000779 | | AESI letter to IIC | | ✓ |
| A-328 | 7/23/2003 | AES 000780 | | AESI letter to IIC | | ✓ |
| A-329 | 7/23/2003 | AES 000782 | | AESI letter to IIC | | ✓ |
| A-330 | 7/23/2003 | AES 000783 | AES 000784 | AESI letter to IIC | | ✓ |
| A-331 | 7/25/2003 | AES 0001201 | | IIC letter to AESI | | ✓ |
| A-332 | 7/29/2003 | AES 001198 | | AESI letter to IIC | | ✓ |
| A-333 | 7/29/2003 | AES 000797 | | IIC letter to AESI | | ✓ |
| A-334 | 7/29/2003 | AES 000800 | AES 000801 | IIC letter to AESI | | ✓ |
| A-335 | 7/30/2003 | AES 000806 | AES 000807 | AESI letter to IIC | | ✓ |
| A-336 | 7/31/2003 | AES 000839 | AES 000841 | AESI letter to IIC forwarding Brechan's 7/3/03 response | | ✓ |
| A-337 | 7/31/2003 | AES 000825 | AES 000826 | IIC letter to AESI | | ✓ |
| A-338 | 7/31/2003 | AES 000831 | | IIC letter to AESI | | ✓ |
| A-339 | 7/31/2003 | AES 000834 | | IIC letter to AESI | | ✓ |

| | | | | | | |
|---|---|---|---|---|---|---|
| A-340 | 8/5/2003 | AES 000720 | | SPC letter to IIC | | ✓ |
| A-341 | 8/6/2003 | AES 000710 | | AESI letter to IIC | | ✓ |
| A-342 | 8/6/2003 | AES 000718 | | AESI letter to IIC | | ✓ |
| A-343 | 8/6/2003 | AES 000716 | | IIC letter to SPC | | ✓ |
| A-344 | 8/7/2003 | AES 000713 | | AESI letter to IIC | | ✓ |
| A-345 | 8/7/2003 | AES000416 | AES000422 | Summons and Complaint for Breach of Contract | | ✓ |
| A-346 | 8/7/2003 | IIC-002669 | IIC-002669 | Letter from William Baerg counsel for IIC to AESI - Notice of Termination | | ✓ |
| A-347 | 8/7/2003 | AES000412 | AES000415 | Notice of Conversion from M&M to AESI | | ✓ |
| A-348 | 8/8/2003 | Coffman 01307 | Coffman 01308 | AESI response to IIC letter re equipment & materials | | ✓ |
| A-349 | 8/8/2003 | AES 000709 | | Monteleone & McCrory to AESI | | ✓ |
| A-350 | 8/8/2003 | BEI 19373 | BEI 19374 | Jerry Hardenbergh email to Matt Holmstrom | | ✓ |
| A-351 | 8/16/2003 | | | Coffman Daily Report (4 pages) | | ✓ |
| A-352 | 11/25/2003 | BEI 19407 | | Andy Brown email to Matt Holmstrom | | ✓ |
| A-353 | 12/4/2003 | IIC-003680 | IIC-003680 | Registered Agent form for Emerco, Inc. | | ✓ |
| A-354 | 12/9/2003 | | | Emerco's Answer to First Amended Complaint and Counter-Claim | | ✓ |
| A-355 | 12/31/2003 | AES 008632 | AES 008654 | Valuation Report of AESI and SAD Leasing | | ✓ |
| A-356 | 2003 | BEI 19353 | BEI 19354 | Brechan Submittal Log for Phase 2 | | ✓ |
| A-357 | 2003 | USCG-202616 | | Phase 2 Documentation Summary (with attached 12/11/02 Procurement Process USCG-202655, Submittal Log USCG-202628, and Cargo Wharf Phase 2 Schedule GE USCG-202656) | | ✓ |
| A-358 | 2003 | IIC-003629 | IIC-003634 | Puett handwritten purchase order log | | ✓ |
| A-359 | 1/7/2004 | BEI 19417 | | Bill Oliver email to Matt Holmstrom | | ✓ |
| A-360 | 2/5/2004 | BEI 19554 | BEI 19554 | Matt Holmstrom email to Cliff Bambach | | ✓ |
| A-361 | 3/11/2004 | | | AESI Financial Statement for Year Ending 12/31/03 (Rulien) | | ✓ |
| A-362 | 5/20/2004 | BEI 8476 | BEI8477 | Email exchange between Jerry Hardenbergh and Jim Houck | | ✓ |
| A-363 | 8/2/2004 | | | Interrogatory Responses of Emerco, Inc. (Damages) | | ✓ |

**AMENDED** ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S EXHIBIT LIST
Case No. A03-0199CV (RRB)-- 17

| A-364 | 9/8/2004 | BEI 19588 | | Bill Oliver email to Matt Holmstrom | | ✓ |
|-------|----------|-----------|--|--------------------------------------|--|---|
| A-365 | 10/27/2004 | BEI 19598 | | Dave Olson email to Matt Holmstrom | | ✓ |
| A-366 | 11/1/2004 | | | Ralph T. Puett, Vol. I Deposition Transcript | | ✓ |
| A-367 | 11/2/2004 | | | Ralph T. Puett, Vol. II Deposition Transcript | | ✓ |
| A-368 | 11/12/2004 | | | MKL Associates' Findings and Opinion Expert Report (with attached exhibits and errata) | | ✓ |
| A-369 | 11/24/2004 | | | Alaska Equipment Appraisers Expert Report | | ✓ |
| A-370 | | | | <Intentionally Left Blank> | | ✓ |
| A-371 | 11/26/2004 | BEI 19599 | | Bill Oliver email to Matt Holmstrom | | ✓ |
| A-372 | 11/28/2004 | | | Skip Vernon, CLT, Inc, Expert Report | | ✓ |
| A-373 | 11/28/2004 | | | Schilling Report Photos (27, 35, 39, 43, 61) | | ✓ |
| A-374 | 12/7/2004 | BEI 19606 | | Jerry Hardenbergh email to Matt Holmstrom | | ✓ |
| A-375 | 12/30/2004 | | | Skip Vernon, CLT, Inc, Rebuttal Expert Report | | ✓ |
| A-376 | 1/5/2005 | | | Expert witness reports from SPC expert - Bazart | | ✓ |
| A-377 | 1/24/2005 | BEI 19610 | | Jerry Hardenbergh email to Matt Holmstrom | | ✓ |
| A-378 | 2/1/2005 | | | Expert witness reports from SPC expert - Bavis Inspection | | ✓ |
| A-379 | 2/9/2005 | | | Forrest J. McKinley, Vol I Deposition Transcript | | ✓ |
| A-380 | 2/10/2005 | | | Jerry R. Hardenbergh Deposition Transcript | | ✓ |
| A-381 | 2/11/2005 | | | L. Skip Vernon Deposition Transcript | | ✓ |
| A-382 | 2/11/2005 | | | Michael K. Lembke Deposition Transcript | | ✓ |
| A-383 | 2/14/2005 | | | Mark S. Schilling Deposition Transcript | | ✓ |
| A-384 | 2/16/2005 | | | Laura Emery Deposition Transcript | | ✓ |
| A-385 | 2/17/2005 | | | William Partin, Mueller & Partin, PLLC Expert Report | | ✓ |
| A-386 | 3/9/2005 | | | Forrest J. McKinley, Vol II Deposition Transcript | | ✓ |
| A-387 | 3/10/2005 | | | Robert Alliston Deposition Transcript | | ✓ |
| A-388 | 3/11/2005 | | | Charles D. Mathias Deposition Transcript | | ✓ |

| | | | | | | |
|---|---|---|---|---|---|---|
| A-389 | 4/7/2005 | | | Keith Macleod Deposition Transcript | | ✓ |
| A-390 | 5/5/2005 | | | MKL Associates' allocation of AESI damages between BEI and IIC | | ✓ |
| A-391 | 11/25/2005 | Coffman 06812 | Coffman 06829 | Coating of Steel Waterfront Structures - Specifications 09967 | | ✓ |
| A-392 | 2/7/2006 | BEI 3861 | BEI 3861 | Matt Holmstrom handwritten notes regarding SCCI | | ✓ |
| A-393 | 2/8/2006 | | | Matt Holmstrom, Vol I Deposition Transcript | | ✓ |
| A-394 | 2/13/2006 | | | Dave Olson Deposition Transcript | | ✓ |
| A-395 | 2/14/2006 | | | Matt Holmstrom, Vol II Deposition Transcript | | ✓ |
| A-396 | 2/21/2006 | AES 008653 | AES 008656 | AESI Balance Sheet and Profit & Loss Statement as of 12/31/04 | | ✓ |
| A-397 | 2/28/2006 | | | Report of Summary of Proceedings in Day 1 of trial in Olson v. Puett, Cause No. 3 AN-04-12232 CI | | ✓ |
| A-398 | 3/1/2006 | | | Report of Summary of Proceedings in Day 2 of trial in Olson v. Puett, Cause No. 3 AN-04-12232 CI | | ✓ |
| A-399 | 3/10/2006 | | | Findings of Fact, Conclusions of Law, and Judgment Olson v. Puett, Cause No. 3 AN-04-12232 CI | | ✓ |
| A-400 | 3/21/2006 | | | Don Ruilen, Rulien, Whitlock, & Associates, Valuation Expert Report - The Combined Valuation of AES and SAD Leasing, Inc. (including exhibits and CV) | | ✓ |
| A-401 | 3/21/2006 | | | Jeremy Hailey, PE, Northwest Corrosion Engineering Expert Report (including CV) | | ✓ |
| A-402 | 3/21/2006 | | | MKL Associates' Findings and Opinion Expert Report (with attached exhibits and errata) | | ✓ |
| A-403 | 3/21/2006 | | | William Mott, original expert witness report | | ✓ |
| A-404 | 3/30/2006 | | | Absolute 30(b)(6) Deposition Transcript | | ✓ |
| A-405 | 3/30/2006 | | | Dave Olson (Cont) Deposition Transcript | | ✓ |
| A-406 | 4/14/2006 | | | Interrogatory Responses of CEI | | ✓ |
| A-407 | 4/27/2006 | | | Daniel Yell Deposition Transcript | | ✓ |
| A-408 | 5/1/2006 | | | Mike Anderson (Swalling) Deposition Transcript | | ✓ |
| A-409 | 5/16/2006 | | | Jeremy Hailey Deposition Transcript | | ✓ |
| A-410 | 5/17/2006 | | | Mike Lembke Deposition Transcript | | ✓ |
| A-411 | 6/7/2006 | | | William Oliver Deposition Transcript | | ✓ |

| No. | Date | | | Description | | |
|---|---|---|---|---|---|---|
| A-412 | 6/8/2006 | | | Matt Holmstrom Deposition Transcript | | ✓ |
| A-413 | 6/21/2006 | | | Daniel Stears Deposition Transcript | | ✓ |
| A-414 | 6/22/2006 | | | William Mott Deposition Transcript | | ✓ |
| A-415 | 6/27/2006 | | | Jerry R. Hardenbergh Deposition Transcript | | ✓ |
| A-416 | 6/28/2006 | | | Anita Repanich Deposition Transcript | | ✓ |
| A-417 | 6/29/2006 | | | Margaret Wilson Deposition Transcript | | ✓ |
| A-418 | 6/29/2006 | | | Martin Boivin Deposition Transcript | | ✓ |
| A-419 | 7/11/2006 | | | Web Chandler Deposition Transcript | | ✓ |
| A-420 | 8/10/2006 | BEI 20716 | BEI 20734 | Michael Kreger letter dated 8/10/06 with Safeco payment bond information attached | | ✓ |
| A-421 | 8/11/2006 | | | Declaration of Guy Armfield of Safeco Insurance | | ✓ |
| A-422 | 8/15/2006 | | | Declaration of Michael Kreger | | ✓ |
| A-423 | 1997-2005 | | | Absolute Environmental Services's Project Listing for 1997-2005 | | ✓ |
| A-424 | 2000-2002 | IIC-003900 | IIC-003922 | Emerco, Inc.'s 2000-2002 Tax Returns and Depreciation Schedules | | ✓ |
| A-425 | 2001-2002 | BEI 21101 | BEI 21130 | BEI's Reviewed Financial Statements and Additional Information | | ✓ |
| A-426 | 2002-2003 | BEI 21010 | BEI 21039 | BEI's Reviewed Financial Statements and Additional Information | | ✓ |
| A-427 | 2003-2004 | BEI 21040 | BEI 21068 | BEI's Reviewed Financial Statements and Additional Information | | ✓ |
| A-428 | 5/1/2002-6/11/2002 | Coffman 01124 | Coffman 01230 | SCCI QC Reports | | ✓ |
| A-429 | 5/11/2002 -6/1/2002 | Coffman 01265 | Coffman 01280 | Coffman Coatings Quality Assurance Checklists | | ✓ |
| A-430 | 7/3/2001-4/4/2002 | USCG 200523 USCG 200479-82 USCG 200474-75 USCG 201999 USCG 200471 USCG 202002-06 USCG 200465 USCG 202012-13 | | Matt Holmstrom weekly meeting bullets to Paul Rendon | | ✓ |
| A-431 | | VRN000001 | VRN003926 | CD containing exhibits to Laura Emery's Deposition taken February 16, 2005 (account documents and records for Forrest J. McKinley and corporations he owns, including FJM, Inc., Emerco, Inc., Devel Con, Inc.) | | ✓ |
| A-432 | | | | Coffman Daily Reports with photo examples of defective and omitted welds from Phase I | | ✓ |
| A-433 | | | | Coffman photo examples of defective and omitted welds from Phase I -- obtained only from USCG | | ✓ |

| | | | | | |
|---|---|---|---|---|---|
| A-434 | | | | Coffman photo examples of defective and omitted welds from Phase II -- obtained only from USCG | ✓ |
| A-435 | | | | Coffman's photos of last year's [2002] coating problems -- produced in discovery | ✓ |
| A-436 | | | | Exhibit 1 to Deposition of Dan Stears on CD | ✓ |
| A-437 | | AESI 001429 | AESI 001432 | IIC letter to AES | ✓ |
| A-438 | | AESI 001558 | AESI 001566 | IIC Work Plan (hand written) | ✓ |
| A-439 | | | | Interrogatory Responses of Forrest J. McKinley | ✓ |
| A-440 | | IIC-002483 | IIC-002484 | Photographs produced by IIC on two CDs | ✓ |
| A-441 | | | | Photographs taken by Jerry Hardenbergh and produced to the parties by USCG on CD (Exhibit #1 to Anita Repanich Depo) | ✓ |
| A-442 | | | | Photographs taken by Jerry Hardenbergh produced by CEI on CD | ✓ |
| A-443 | | AESI 001294 AESI 001330 | AESI 001309 AESI 001334 | RS Means Guide (2001) (portions of) | ✓ |
| A-444 | | Coffman 02286 | Coffman 02347 | SPC Applicator Certification Manual for Plural Component Spray Equipment | ✓ |
| A-445 | | AESI 001544 | AESI 001549 | T. Puett Notes | ✓ |
| A-446 | | IIC-00825 | | Puett Handwritten notes | ✓ |
| A-447 | | | | T. Puett Handwritten Notes | ✓ |
| A-448 | | | | Matt Holmstrom handwritten Notes – Exhibit 12, 13, and 14 to 2/14/06 Holmstrom deposition | ✓ |

DATED this _____ day of September, 2006.

MARSTON HEFFERNAN FOREMAN, PLLC


By _____ s/Terry R. Marston _____
   Terry R. Marston II, WSBA No. 14440
   Jami K. Elison,   WSBA No. 31007
Attorneys for Plaintiff Absolute Environmental Service, Inc.

I hereby certify that on the date given a copy of the forgoing was served electronically on the following:

William R. Baerg, Patrick J. Duffy
Eric J. Brown
Robert J. Dickson
Michael E Kreger, Jacob Nist

1    James B. Stoetzer, Peter C. Partnow

2    s/Terry R. Marston      .