| I-286 | ID | Coffman Engineers Non-Conformance Report No. 6 dated 08/10/03 | IIC-013834 |
|---|---|---|---|
| I-287 | ID | E-mail string from Matt Holmstrom to Andrew Brown re NCRs dated 08/11/03 | IIC-13776-77 |
| I-288 | ID | Letter from Matt Holmstrom to Maggie Wilson re N12/N60 exterior tank coating revised dated 09/16/03 | BEI1936-38 |
| I-289 | ID | Registered Agent Notice of Resignation dated 10/06/03 | AES |
| I-290 | ID | Coffman Engineers Inspection Report dated 12/19/03 | COFFMAN |
| I-291 | ID | E-mail from Dave Olson to Todd Elmore re Cargo Wharf Coating Phase 2 Status dated 08/20/04 | AES004115 |
| I-292 | ID | Absolute Environmental Services' Statement of Performance dated 09/03/04 | AES004029 |
| I-293 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/01/03 | Hardenbergh Depo. Exhibit 17 |
| I-294 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/02/03 | Hardenbergh Depo. Exhibit 17 |
| I-295 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/03/03 | Hardenbergh Depo. Exhibit 17 |
| I-296 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/04/03 | Hardenbergh Depo. Exhibit 17 |
| I-297 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/05/03 | Hardenbergh Depo. Exhibit 17 |
| I-298 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/06/03 | Hardenbergh Depo. Exhibit 17 |
| I-299 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/07/03 | Hardenbergh Depo. Exhibit 17 |
| I-300 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/08/03 | Hardenbergh Depo. Exhibit 17 |
| I-301 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/09/03 | Hardenbergh Depo. Exhibit 17 |
| I-302 | ID | Imperial Industrial Coatings Foreman's | Hardenbergh |

LAW OFFICES OF JERMAIN DUNNAGAN & OWENS, A PROFESSIONAL CORPORATION, 3000 A STREET, SUITE 300, ANCHORAGE, ALASKA 99503, (907) 563-8844, FAX (907) 563-7322

DEFENDANT FORREST J. McKINLEY'S AND DEFENDANT/COUNTER-CLAIMANT
EMERCO, INC. DBA IIC'S AMENDED EXHIBIT LIST
Case No. A03-0199CV (RRB) - 20 of 36

| | | Daily Log dated 04/10/03 | Depo. Exhibit 17 |
|---|---|---|---|
| I-303 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/11/03 | Hardenbergh Depo. Exhibit 17 |
| I-304 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/12/03 | Hardenbergh Depo. Exhibit 17 |
| I-305 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/13/03 | Hardenbergh Depo. Exhibit 17 |
| I-306 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/14/03 | Hardenbergh Depo. Exhibit 17 |
| I-307 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/15/03 | Hardenbergh Depo. Exhibit 17 |
| I-308 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/16/03 | Hardenbergh Depo. Exhibit 17 |
| I-309 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/17/03 | Hardenbergh Depo. Exhibit 17 |
| I-310 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/18/03 | Hardenbergh Depo. Exhibit 17 |
| I-311 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/19/03 | Hardenbergh Depo. Exhibit 17 |
| I-312 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/20/03 | Hardenbergh Depo. Exhibit 17 |
| I-313 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/21/03 | Hardenbergh Depo. Exhibit 17 |
| I-314 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/23/03 | Hardenbergh Depo. Exhibit 17 |
| I-315 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/24/03 | Hardenbergh Depo. Exhibit 17 |
| I-316 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/25/03 | Hardenbergh Depo. Exhibit 17 |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANT FORREST J. McKINLEY'S AND DEFENDANT/COUNTER-CLAIMANT
EMERCO, INC. DBA IIC'S AMENDED EXHIBIT LIST
Case No. A03-0199CV (RRB) - 21 of 36

| I-317 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/26/03 | Hardenbergh Depo. Exhibit 17 |
|---|---|---|---|
| I-318 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/27/03 | Hardenbergh Depo. Exhibit 17 |
| I-319 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/28/03 | Hardenbergh Depo. Exhibit 17 |
| I-320 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/29/03 | Hardenbergh Depo. Exhibit 17 |
| I-321 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 04/30/03 | Hardenbergh Depo. Exhibit 17 |
| I-322 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/01/03 | Hardenbergh Depo. Exhibit 17 |
| I-323 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/02/03 | Hardenbergh Depo. Exhibit 17 |
| I-324 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/03/03 | Hardenbergh Depo. Exhibit 17 |
| I-325 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/04/03 | Hardenbergh Depo. Exhibit 17 |
| I-326 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/05/03 | Hardenbergh Depo. Exhibit 17 |
| I-327 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/06/03 | Hardenbergh Depo. Exhibit 17 |
| I-328 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/07/03 | Hardenbergh Depo. Exhibit 17 |
| I-329 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/08/03 | Hardenbergh Depo. Exhibit 17 |
| I-330 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/09/03 | Hardenbergh Depo. Exhibit 17 |
| I-331 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/10/03 | Hardenbergh Depo. Exhibit |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

| | | | 17 |
|---|---|---|---|
| I-332 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/11/03 | Hardenbergh Depo. Exhibit 17 |
| I-333 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/12/03 | Hardenbergh Depo. Exhibit 17 |
| I-334 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/13/03 | Hardenbergh Depo. Exhibit 17 |
| I-335 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/14/03 | Hardenbergh Depo. Exhibit 17 |
| I-336 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/15/03 | Hardenbergh Depo. Exhibit 17 |
| I-337 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/16/03 | Hardenbergh Depo. Exhibit 17 |
| I-338 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/17/03 | Hardenbergh Depo. Exhibit 17 |
| I-339 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/18/03 | Hardenbergh Depo. Exhibit 17 |
| I-340 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/19/03 | Hardenbergh Depo. Exhibit 17 |
| I-341 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/20/03 | Hardenbergh Depo. Exhibit 17 |
| I-342 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/21/03 | Hardenbergh Depo. Exhibit 17 |
| I-343 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/22/03 | Hardenbergh Depo. Exhibit 17 |
| I-344 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/23/03 | Hardenbergh Depo. Exhibit 17 |
| I-345 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/24/03 | Hardenbergh Depo. Exhibit 17 |
| I-346 | ID | Imperial Industrial Coatings Foreman's | Hardenbergh |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

|  |  | Daily Log dated 05/25/03 | Depo. Exhibit 17 |
|---|---|---|---|
| I-347 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/27/03 | Hardenbergh Depo. Exhibit 17 |
| I-348 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/28/03 | Hardenbergh Depo. Exhibit 17 |
| I-349 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/29/03 | Hardenbergh Depo. Exhibit 17 |
| I-350 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/30/03 | Hardenbergh Depo. Exhibit 17 |
| I-351 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 05/31/03 | Hardenbergh Depo. Exhibit 17 |
| I-352 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/01/03 | Hardenbergh Depo. Exhibit 17 |
| I-353 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/02/03 | Hardenbergh Depo. Exhibit 17 |
| I-354 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/03/03 | Hardenbergh Depo. Exhibit 17 |
| I-355 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/04/03 | Hardenbergh Depo. Exhibit 17 |
| I-356 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/05/03 | Hardenbergh Depo. Exhibit 17 |
| I-357 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/06/03 | Hardenbergh Depo. Exhibit 17 |
| I-358 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/07/03 | Hardenbergh Depo. Exhibit 17 |
| I-359 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/08/03 | Hardenbergh Depo. Exhibit 17 |
| I-360 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/09/03 | Hardenbergh Depo. Exhibit 17 |



LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

| I-361 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/10/03 | Hardenbergh Depo. Exhibit 17 |
| I-362 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/11/03 | Hardenbergh Depo. Exhibit 17 |
| I-363 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/12/03 | Hardenbergh Depo. Exhibit 17 |
| I-364 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/13/03 | Hardenbergh Depo. Exhibit 17 |
| I-365 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/14/03 | Hardenbergh Depo. Exhibit 17 |
| I-366 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/15/03 | Hardenbergh Depo. Exhibit 17 |
| I-367 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/16/03 | Hardenbergh Depo. Exhibit 17 |
| I-368 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/17/03 | Hardenbergh Depo. Exhibit 17 |
| I-369 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/18/03 | Hardenbergh Depo. Exhibit 17 |
| I-370 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/19/03 | Hardenbergh Depo. Exhibit 17 |
| I-371 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/20/03 | Hardenbergh Depo. Exhibit 17 |
| I-372 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/21/03 | Hardenbergh Depo. Exhibit 17 |
| I-373 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/22/03 | Hardenbergh Depo. Exhibit 17 |
| I-374 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/23/03 | Hardenbergh Depo. Exhibit 17 |
| I-375 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/24/03 | Hardenbergh Depo. Exhibit |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

| | | | 17 |
|---|---|---|---|
| I-376 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/25/03 | Hardenbergh Depo. Exhibit 17 |
| I-377 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/26/03 | Hardenbergh Depo. Exhibit 17 |
| I-378 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/27/03 | Hardenbergh Depo. Exhibit 17 |
| I-379 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/28/03 | Hardenbergh Depo. Exhibit 17 |
| I-380 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/29/03 | Hardenbergh Depo. Exhibit 17 |
| I-381 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 06/30/03 | Hardenbergh Depo. Exhibit 17 |
| I-383 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 07/01/03 | Hardenbergh Depo. Exhibit 17 |
| I-383 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 07/08/03 | Hardenbergh Depo. Exhibit 17 |
| I-384 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 07/09/03 | Hardenbergh Depo. Exhibit 17 |
| I-385 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 07/10/03 | Hardenbergh Depo. Exhibit 17 |
| I-386 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 07/11/03 | Hardenbergh Depo. Exhibit 17 |
| I-387 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 07/12/03 | Hardenbergh Depo. Exhibit 17 |
| I-388 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 07/13/03 | Hardenbergh Depo. Exhibit 17 |
| I-389 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 07/14/03 | Hardenbergh Depo. Exhibit 17 |
| I-390 | ID | Imperial Industrial Coatings Foreman's | Hardenbergh |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

| | | Daily Log dated 07/15/03 | Depo. Exhibit 17 |
|---|---|---|---|
| I-391 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 07/16/03 | Hardenbergh Depo. Exhibit 17 |
| I-392 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 07/17/03 | Hardenbergh Depo. Exhibit 17 |
| I-393 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 07/18/03 | Hardenbergh Depo. Exhibit 17 |
| I-394 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 07/19/03 | Hardenbergh Depo. Exhibit 17 |
| I-395 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 07/20/03 | Hardenbergh Depo. Exhibit 17 |
| I-396 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 07/21/03 | Hardenbergh Depo. Exhibit 17 |
| I-397 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 07/22/03 | Hardenbergh Depo. Exhibit 17 |
| I-398 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 07/23/03 | Hardenbergh Depo. Exhibit 17 |
| I-399 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 07/24/03 | Hardenbergh Depo. Exhibit 17 |
| I-400 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 07/25/03 | Hardenbergh Depo. Exhibit 17 |
| I-401 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 07/26/03 | Hardenbergh Depo. Exhibit 17 |
| I-402 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 07/27/03 | Hardenbergh Depo. Exhibit 17 |
| I-403 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 07/28/03 | Hardenbergh Depo. Exhibit 17 |
| I-404 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 07/29/03 | Hardenbergh Depo. Exhibit 17 |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANT FORREST J. McKINLEY'S AND DEFENDANT/COUNTER-CLAIMANT
EMERCO, INC. DBA IIC'S AMENDED EXHIBIT LIST
Case No. A03-0199CV (RRB) - 27 of 36

| I-405 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 07/30/03 | Hardenbergh Depo. Exhibit 17 |
| I-406 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 07/31/03 | Hardenbergh Depo. Exhibit 17 |
| I-407 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 08/01/03 | Hardenbergh Depo. Exhibit 17 |
| I-408 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 08/02/03 | Hardenbergh Depo. Exhibit 17 |
| I-409 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 08/03/03 | Hardenbergh Depo. Exhibit 17 |
| I-410 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 08/04/03 | Hardenbergh Depo. Exhibit 17 |
| I-411 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 08/05/03 | Hardenbergh Depo. Exhibit 17 |
| I-412 | ID | Imperial Industrial Coatings Daily Coating Inspection Report dated 08/05/03 | Hardenbergh Depo. Exhibit 17 |
| I-413 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 08/06/03 | Hardenbergh Depo. Exhibit 17 |
| I-414 | ID | Imperial Industrial Coatings Foreman's Daily Log dated 08/07/03 | Hardenbergh Depo. Exhibit 17 |
| I-415 | ID | Imperial Industrial Coatings SSPC-PA-2 Dry Film Thickness DFT Final Inspection Reports | Hardenbergh Depo. Exhibit 15 |
| I-416 | ID | Coffman Engineers SSPC-PA-2 Dry Film Thickness DFT Final Inspection Reports | Hardenbergh Depo. Exhibit 21 |
| I-417 | ID | SPC Liquid Epoxy Coating Inspection Checklist | IIC-000369 |
| I-418 | ID | Coffman Engineers Coatings Quality Assurance Checklist | Hardenbergh Depo. Exhibit 14 |
| I-419 | ID | DFT Raw Data Report | Hardenbergh Depo. Exhibit 16 |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

| I-420 | ID | KTA-Tator Inc. Daily Painting Inspection Report Nos. 1 through 116 | Coffman 806-995 |
|---|---|---|---|
| I-421 | ID | Coffman Engineers Coatings Adhesion Test Log | Hardenbergh Depo. Exhibit 40 |
| I-422 | ID | Coffman Engineers Daily Summary Reports April 2003 | Hardenbergh Depo. Exhibit 22 |
| I-423 | ID | Coffman Engineers Daily Summary Reports May 2003 | Hardenbergh Depo. Exhibit 22 |
| I-424 | ID | Coffman Engineers Daily Summary Reports June 2003 | Hardenbergh Depo. Exhibit 22 |
| I-425 | ID | Coffman Engineers Daily Summary Reports July 2003 | Hardenbergh Depo. Exhibit 22 |
| I-426 | ID | Coffman Engineers Daily Summary Reports August 2003 | Hardenbergh Depo. Exhibit 22 |
| I-427 | ID | Coffman Engineers Daily Summary Reports September 2003 | Hardenbergh Depo. Exhibit 22 |
| I-428 | ID | Coffman Engineers Daily Summary Reports October 2003 | Hardenbergh Depo. Exhibit 22 |
| I-429 | ID | Coffman Engineers Daily Summary Reports November 2003 | Hardenbergh Depo. Exhibit 22 |
| I-430 | ID | Coffman Engineers Inspection Reports December 2003 | Hardenbergh Depo. Exhibit 22 |
| I-431 | ID | Coffman Engineers Non-Conformance Lot | |
| I-432 | ID | IIC's Quality Plan Submittal | IIC-000332-369 |
| I-433 | ID | Standard Test Method for Pull-Off Strength of Coatings Using Portable Adhesion Testers | Hardenbergh Depo. Exhibit 8 |
| I-434 | ID | Specialty Polymer Coatings, Inc.'s SP-1864 Spray Grade Application Specification Steel Substrate dated October 2001 | SPC 95-99 |
| I-435 | ID | SSPC Paint Application Standard No. 2 dated September 2002 | Hardenbergh Depo. Exhibit |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANT FORREST J. McKINLEY'S AND DEFENDANT/COUNTER-CLAIMANT
EMERCO, INC. DBA IIC'S AMENDED EXHIBIT LIST
Case No. A03-0199CV (RRB) - 29 of 36

| | | | 5 |
|---|---|---|---|
| I-436 | ID | NACE International's Standard Recommended Practice Discontinuity Holiday Testing of New Protective Coatings on Conductive Substrates | Hardenbergh Depo. Exhibit 11 |
| I-437 | ID | Application for NACE International Recertification | |
| I-438 | ID | SPC Certification Program for Plural Component Contractors | IIC-002087 |
| I-439 | ID | KTA-Tator Inc.'s Quality Control Procedure Manual for Painting Inspection and EH&S Oversight | IIC-002150-2360 |
| I-440 | ID | Brechan Enterprises, Inc. Payment Application No. 1 dated 04/10/03 | BEI0497-501 |
| I-441 | ID | Brechan Enterprises, Inc. Payment Application No. 2 dated 04/30/03 | BEI0491, 343-359 |
| I-442 | ID | Brechan Enterprises, Inc. Payment Application No. 3 dated 05/31/03 | BEI479,325-342 |
| I-443 | ID | Brechan Enterprises, Inc. Payment Application No. 4 dated 06/30/03 | BEI0468-78 |
| I-444 | ID | Brechan Enterprises, Inc. Payment Application No. 5 dated 07/31/03 | BEI0456-66 |
| I-445 | ID | Brechan Enterprises, Inc. Payment Application No. 6 | BEO0444-54 |
| I-446 | ID | Brechan Enterprises, Inc. Payment Application No. 7 | BEI0425-43 |
| I-447 | ID | Brechan Enterprises, Inc. Payment Application No. 8 | BEI412-23 |
| I-448 | ID | Brechan Enterprises, Inc. Payment Application No. 9 dated 12/31/03 | BEI0399-410 |
| I-449 | ID | Imperial Industrial Coatings Invoice No. 162 dated 04/30/03 | IIC-000074-78 |
| I-450 | ID | Imperial Industrial Coatings Invoice No. 164 dated 06/05/03 | IIC-000079-86 |
| I-451 | ID | Imperial Industrial Coatings Invoice No. 168 dated 06/25/03 | IIC-000088-92 |
| I-452 | ID | Imperial Industrial Coatings Invoice No. 174 dated 08/01/03 | IIC-003639 |
| I-453 | ID | Imperial Industrial Coatings Invoice No. 175 dated 08/05/03 | IIC-003641-53 |
| I-454 | ID | Imperial Industrial Coatings Invoice No. 176 dated 08/05/03 | IIC-003654 |
| I-455 | ID | USCG Cargo Wharf Pile Coating Phase 2 | IIC-003626 |



LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

| | | ISC Kodiak, Alaska Summary of Payments Received from Absolute Environmental and Job Costs | |
|---|---|---|---|
| I-456 | ID | IIC's Summary of Claims | |
| I-457 | ID | State of Alaska Certificate of Authority dated 07/14/03 | IIC-003673-80 |
| I-458 | ID | State of California Certificate of Status Domestic Corporation dated 08/26/06 | SEC. STATE CA |
| I-459 | ID | State of California Secretary of State Articles of Incorporation | SEC. STATE CA |
| I-460 | ID | Proof of Publication of fictitious business name, 09/20/00 | IIC-003953-54 |
| I-461 | ID | Letter from Mark Schilling to Tom Puett dated *circa* July 2003 | COFFMAN |
| I-462 | ID | Expert Report of Mark Schilling, dated 10/21/03 | Iic-002361-2482 |
| I-463 | ID | Expert Report of Mark Schilling revised [Photos previously produced IIC-014234] dated 11/28/04 | |
| I-464 | ID | Expert Report of Mark Schilling revised [Photos previously produced IIC-014235, 14236] dated 02/18/05 | |
| I-465 | ID | Expert Report of Mark Schilling revised dated 03/20/06 | |
| I-466 | ID | Imperial Industrial Coatings Purchase Orders for Cargo Wharf Project | IIC-000116-275 |
| I-467 | ID | Typed notes of Charlie Matthias undated but believed to be August of 2003 | SPC 235-36 |
| I-468 | ID | Handwritten notes of Tom Puett dated 08/12/03 | IIC-001017-23 |
| I-469 | ID | Letter from Robert Alliston to Whom it May Concern, dated 10/27/00 | IIC-002014 |
| I-470 | ID | Brechan transmittal to Swalling re: chemical analysis, dated 06/04/01 | IIC-000026-41 |
| I-471 | ID | Letter from Tom Puett to Jason Peterson (AES004973), dated 09/16/02 | AES004973 |
| I-472 | ID | Letter from Tom Puett to Jason Peterson (AES 001369), dated 09/16/02 | AES 001369 |
| I-473 | ID | Email from Jason Peterson to Dave Olson, dated 09/17/02 | AESMAIL-000491 |
| I-474 | ID | Email from Jason Peterson to Matt Holmstron re: Phase 2, dated 10/29/02 | AESMAIL-000479-81 |
| I-475 | ID | Email from Jason Peterson to Matt | BEI1063 |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

| | | Holmstrom re: exclusions, dated 12/02/02 | |
|---|---|---|---|
| I-476 | ID | Letter from Jason Peterson to Tom Puett re: Kodiak Cargo, dated 06/06/03 | AES001941-43 |
| I-477 | ID | Email and attachments from Bruce Rutherford to Todd Elmore, dated 06/25/03 | AES008475-86 |
| I-478 | ID | Alaska Outdoor Journal, Kodiak 2003 Water Level Predictions | |
| I-479 | ID | Sponge-Jet Sponge Blasting System Information, dated 12/06/00 | |
| I-480 | ID | Hankison Instruction Manual | |
| I-481 | ID | Xtreme Mix Operation Manual | |
| I-482 | ID | AES's First Set of Interrogatories to Forrest McKinley | |
| I-483 | ID | Forrest McKinley's Responses to AES's First Set of Interrogatories | |
| I-484 | ID | AES's First Set of Interrogatories to IIC | |
| I-485 | ID | IIC's Responses to AES's First Set of Interrogatories | |
| I-486 | ID | IIC's First Set of Interrogatories to AES | |
| I-487 | ID | AES Responses to IIC's First Set of Interrogatories | |
| I-488 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-489 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-490 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-491 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-492 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-493 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-494 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-495 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-496 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-497 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-498 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-499 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-500 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-501 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-502 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-503 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-504 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-505 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-506 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

| | | | |
|---|---|---|---|
| I-507 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-508 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-509 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-510 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-511 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-512 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-513 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-514 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-515 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-516 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-517 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-518 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-519 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-520 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-521 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-522 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-523 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-524 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-525 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-526 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-527 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-528 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-529 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-530 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-531 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-532 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-533 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-534 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-535 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-536 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-537 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-538 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-539 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-540 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-541 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-542 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-543 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-544 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-545 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANT FORREST J. McKINLEY'S AND DEFENDANT/COUNTER-CLAIMANT
EMERCO, INC. DBA IIC'S AMENDED EXHIBIT LIST
Case No. A03-0199CV (RRB) - 33 of 36

| I-546 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
|---|---|---|---|
| I-547 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-548 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-549 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-550 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-551 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-552 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-553 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-554 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-555 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-556 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-557 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-558 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-559 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-560 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-561 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-562 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-563 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-564 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-565 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-566 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-567 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-568 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-569 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-570 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-571 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-572 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-573 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-574 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-575 | ID | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-576 | ID | IIC Cargo Wharf Phase 2 Coatings Video (Unedited Version) | IIC-002486 |
| I-577 | ID | IIC Cargo Wharf Phase 2 Coatings Video (Edited Version) | IIC-002485 |
| I-578 | ID | Cargo Wharf Maintenance at U.S. Coast Guard Support Center Drawings | BEI0838 - 50 |
| I-579 | ID | Cargo Wharf Drawings | IIC000072-73 |
| I-580 | ID | U.S. Coast Guard Facilities Engineering ISC Kodiak Drawings - Tanks N12 & N60. | BEI0866-69 |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANT FORREST J. McKINLEY'S AND DEFENDANT/COUNTER-CLAIMANT
EMERCO, INC. DBA IIC'S AMENDED EXHIBIT LIST
Case No. A03-0199CV (RRB) - 34 of 36

| I-581 | ID | Deposition Transcript(s) of David Olson | Entire transcript(s) with exhibits |
|---|---|---|---|
| I-582 | ID | Deposition Transcript of Charlie Mathias | Entire transcript with exhibits |
| I-583 | ID | Deposition Transcript of Rob Alliston | Entire transcript with exhibits |
| I-584 | ID | Deposition Transcript(s) of Matt Holmstrom | Entire transcript(s) with exhibits |
| I-585 | ID | Deposition Transcript(s) of Jerry Hardenbergh | Entire transcript(s) with exhibits |
| I-586 | ID | Deposition Transcript of Keith MacLeod | Entire transcript with exhibits |
| I-587 | ID | Deposition Transcript of Chris Lynch | Entire transcript with exhibits |
| I-588 | ID | Deposition Transcript of Anita Repanich | Entire transcript with exhibits |
| I-589 | ID | Deposition Transcript of Todd Elmore | Entire transcript with exhibits |
| I-590 | ID | Deposition Transcript of Jason Peterson | Entire transcript with exhibits |
| I-591 | ID | Deposition Transcript of Bill Mott | Entire transcript with exhibits |
| I-592 | ID | Deposition Transcript of Mike Anderson | Entire transcript with exhibits |
| I-593 | ID | Deposition Transcript of Bill Oliver | Entire transcript with exhibits |
| I-594 | ID | Deposition Transcript of Dan Yell | Entire transcript with exhibits |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANT FORREST J. McKINLEY'S AND DEFENDANT/COUNTER-CLAIMANT
EMERCO, INC. DBA IIC'S AMENDED EXHIBIT LIST
Case No. A03-0199CV (RRB) - 35 of 36

DATED this 21ST day of September, 2006.

By: s/ Eric J. Brown
Eric J. Brown
ABA No. 9011084
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
Email: ebrown@jdolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was exchanged by hand-delivery or email to the following interested parties:

| | |
|---|---|
| Terry R. Marston<br>MARSTON HEFFERNAN FOREMAN, PLLC<br>16880 N.E. 79th Street<br>Redmond, WA 98052 | Patrick Duffy / William Baerg<br>MONTELEONE & McCRORY, LLP<br>725 S. Figueroa Street, Suite 3200<br>Los Angeles, CA 90017-5446 |
| James B. Stoetzer<br>LANE POWELL SPEARS LUBERSKY<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101 | Peter Partnow<br>LANE POWELL SPEARS LUBERSKY<br>301 West Northern Lights Blvd., Suite 301<br>Anchorage, AK 99503 |
| Robert J. Dickson<br>ATKINSON CONWAY & GAGNON, INC.<br>420 L Street, Suite 500<br>Anchorage, AK 99501 | Mike Kreger / Jacob Nist<br>PERKINS COIE LLP<br>1029 West Third Avenue, Suite 300<br>Anchorage, AK 99501 |

I further certify that on this 21st day of September, 2006, a copy of the foregoing document was served via U.S. First Class, postage prepaid Mail, upon the following interested party:

Paul J. Nangle
PAUL J. NANGLE & ASSOCIATES
101 Christensen Drive
Anchorage, AK 99501

DATED AND CERTIFIED this 21st day of September, 2006.

/s/ Eric J. Brown

8140.001/00131085

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322