RECEIVED
SEP 21 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL
SERVICES, INC., et al.,

    Plaintiffs,

v.

FORREST J. MCKINLEY, et al.,

    Defendants.

Case No. 3:03-cv-0199-RRB

**BRECHAN ENTERPRISES, INC AND SAFECO INSURANCE COMPANY'S AMENDED TRIAL EXHIBIT LIST**

| EX. # | DESCRIPTION | DATE | NUMBER | ADM | ID |
|---|---|---|---|---|---|
| B-1 | Technical Requirements for Design-Build Contract | 3/1/2001 | BEI5153-5158 | | X |
| B-2 | Cost Proposal for Phase 1 | 3/8/2001 | PAGE20008 | | X |
| B-3 | Project Scope and Fee Narrative | 3/13/2001 | BEI6488-6496 | | X |
| B-4 | Task Order 0007 | 3/20/2001 | BEI5170-5171; SC0129-0130; BEI5163-5168; SC0132-0134; BEI5146-5147 | | X |

| EX. # | DESCRIPTION | DATE | NUMBER | ADM | ID |
|---|---|---|---|---|---|
| B-5 | Fax from Olson to Holmstrom regarding work plan and bid supplement with attached T. Puett information | 5/23/2001 | AES001347-1353; BEI 4715-4716 | | X |
| B-6 | Subcontract between Brechan and Swalling Construction Co. | 7/1/2001 | | | X |
| B-7 | Section 09967 Coating and Steel Waterfront Structures (June 21 Specifications) | 6/21/2001 | AES001498-001520 | | X |
| B-8 | Letter regarding progress of Phase I coatings | 9/11/2001 | Coffman 00021-00022 | | X |
| B-9 | Letter regarding welding or removal of brackets by Swalling to Brechan | 9/12/2001 | SCC00002 | | X |
| B-10 | Letter regarding revised work schedule for Phase I | 9/12/2001 | Coffman 00020 | | X |
| B-11 | Fax transmittal of coating specification | 10/23/2001 | BEI3912 | | X |
| B-12 | Emails regarding project schedule and Swalling issues | | Coffman 1373; 1383-1384 | | X |
| B-13 | Coffman Memorandum regarding surface preparation prior to coating application | 10/30/2001 | Coffman 02716 - 2717 | | X |
| B-14 | Email thread regarding SP2888 for repairs | 10/30/2001 | SC00338 | | X |
| B-15 | Email regarding surface prep costs | 11/8/2001 | | | X |
| B-16 | Fax regarding caulk products | 12/3/2001 | BEI4162 | | X |
| B-17 | Fax regarding estimate for the extra work | 12/21/2001 | SC00029-00030 | | X |
| B-18 | Letter regarding additional H Pile Prep and Coating Costs | 1/4/2002 | SC00044 | | X |
| B-19 | Letter regarding additional H Pile Prep and Coating Costs | 1/10/2002 | SC00045 | | X |
| B-20 | Email regarding Anchorage meeting of 2/8/02 | 2/5/2002 | BEI4492-4493 | | X |
| B-21 | Memorandum of meeting with Coffman Engineering and Swalling Construction | 2/8/2002 | BEI5035-5036 | | X |
| B-22 | Letter regarding changed condition | 2/12/2002 | SCC00066-00070 | | X |

| EX. # | DESCRIPTION | DATE | NUMBER | ADM | ID |
|---|---|---|---|---|---|
| B-23 | Letter regarding outstanding billing and related payment issues | 2/12/2002 | SCC00010 | | X |
| B-24 | Email thread regarding cost negotiations | 2/26/2002 | | | X |
| B-25 | Memorandum from Dan Stears to Holmstrom regarding surface preparation technical proposal | 2/26/2002 | BEI4409-4411 | | X |
| B-26 | Email regarding final scope document for Kodiak dock | 2/26/2002 | | | X |
| B-27 | Email thread regarding seal welding issue | 3/7/2002 | BEI6557-6559; 5009; 5004 | | X |
| B-28 | Email regarding seal welding issue | 3/7/2002 | | | X |
| B-29 | Modification #1 to Swalling Subcontract | 3/13/2002 | BEI3354 | | X |
| B-30 | 2002 Completion Schedule | 3/18/2002 | BEI4446 | | X |
| B-31 | Email thread regarding stripe coating | 3/26/2002 | BEI6956-6957 | | X |
| B-32 | Modification #5 | 4/23/2002 | BEI5142-5143; BEI4990-4991; SC00034-00038; SC0006--00070; BEI4992-4994 | | X |
| B-33 | Email regarding overtime hours | 5/5/2002 | Coffman 01628 | | X |
| B-34 | Emails regarding Cargo Wharf Coating Modification | 5/30/2002 | Coffman 01829-01830 | | X |
| B-35 | Pre-Bid Photographs (Swalling) | | | | X |
| B-36 | Jerry Hardenbergh Reports for Phase 1 | | | | X |
| B-37 | Contractor QC Coating Inspection Reports | | | | X |
| B-38 | Contractor QC Coating Inspection Reports | | Coffman 01110-01233 | | X |
| B-39 | Request for Proposal for Cargo Wharf Coatings Phase 2 | 11/29/2002 | BEI5346; BEI0171-0189 | | X |
| B-40 | Cost Proposal (BEI to USCG) | 12/4/2002 | BEI0135-0139 | | X |
| B-41 | Delivery Order P92 | 12/29/2002 | BEI0133-0134 | | X |
| B-42 | Safeco Bond No. 6165609 | 7/18/2002 | BEI20176-20717 | | X |
| B-43 | Coffman Subcontract | 4/15/2003 | | | X |
| B-44 | Subcontract between Brechan and Local Electric | 12/18/2002 | BEI0215-0217 | | X |

| EX. # | DESCRIPTION | DATE | NUMBER | ADM | ID |
|---|---|---|---|---|---|
| B-45 | Subcontract between Brechan and AES | 12/18/2002 | BEI0165-0189 | | X |
| B-46 | Subcontract between AES and IIC | 12/18/2002 | AES000858-000929 | | X |
| B-47 | Email regarding Coast Guard funding for job | 7/24/2002 | | | X |
| B-48 | Email regarding the square footage of coating work | 9/17/2002 | AESMAIL 00005 | | X |
| B-49 | Email thread regarding the square footage of work | 9/17/2002 | AESMAIL 000490 | | X |
| B-50 | Email thread regarding Cargo Wharf Coatings Phase 2 | 10/29/2002 | AESMAIL 00479-00481 | | X |
| B-51 | Email thread | 10/29/2002 | AESMAIL 00479-00481 | | X |
| B-52 | Email thread | 11/18/2002 | AESMAIL00476-000477 | | X |
| B-53 | Email regarding final spec | 11/25/2002 | | | X |
| B-54 | Fax attaching changes to specifications/work plan | 12/2/2002 | AES001554-001557 | | X |
| B-55 | Email attaching Phase II coating specification | 11/26/2002 | | | X |
| B-56 | Email thread regarding Phase II coating specification | 11/27/2002 | IIC00046-00048 | | X |
| B-57 | Email forwarding Kodiak Pier Means Sheet | 11/27/2002 | AES005382-005383 | | X |
| B-58 | Email regarding Means | 11/27/2002 | | | X |
| B-59 | Email thread regarding Kodiak 2002 coating specification | 12/2/2002 | AES001542 | | X |
| B-60 | Email thread regarding Kodiak 2002 coating specification | 12/2/2002 | BEI1063 | | X |
| B-61 | Email regarding forwarding AES subcontract | 12/18/2002 | BEI5637 | | X |
| B-62 | Estimate Summary Sheets | | IIC002852-002854 | | X |
| B-63 | Specifications with handwritten notes | | | | X |
| B-64 | Fax forwarding IIC's quotation, QC plan | | AES001429-001436 | | X |
| B-65 | HW letter regarding price estimation with attachments | | IIC002831 | | X |

| EX. # | DESCRIPTION | DATE | NUMBER | ADM | ID |
|---|---|---|---|---|---|
| B-66 | Letter regarding containment systems | 12/6/2002 | AES001106-1107 | | X |
| B-67 | Handwritten letter to Holmstrom from Puett | | AES001113-1115 | | X |
| B-68 | Fax attaching items of work for Means | | AESMAIL 001543-1549 | | X |
| B-69 | Schedule of Values | | AES001003-001005 | | X |
| B-70 | Email forwarding Schedule of Values | 1/23/2003 | BEI5827-5829 | | X |
| B-71 | Handwritten schedules | | IIC002884-002890 | | X |
| B-72 | Mobilization Schedule | | AES001553 | | X |
| B-73 | Handwritten Submittals | | AES001558-001566 | | X |
| B-74 | 2003 Pre-Job Conference agenda with handwritten notes | 2/18/2003 | AES001340-001341 | | X |
| B-75 | Line drawing of wharf | | | | X |
| B-76 | Email regarding structural inspection | 1/21/2003 | AES005394 | | X |
| B-77 | Proposed 2003 Pre-Job Conference agenda with handwritten notes | 2/18/2003 | BEI1129-1130 | | X |
| B-78 | Proposed 2003 Pre-Job Conference agenda with handwritten notes | 2/18/2003 | AES 001340-001341 | | X |
| B-79 | Drawing number CO1: Coatings Wharf Extension | 6/21/2001 | IIC00073 | | X |
| B-80 | Handwritten letter to Holmstrom | | AES001113-1115; AES001092-1093; AES001551-1552 | | X |
| B-81 | Paint Application Specification No. 1 | 4/1/2000 | | | X |
| B-82 | Section 09967 Coating and Steel Waterfront Structures (June 21 Specifications) | 6/21/2001 | BEI3889-3912 | | X |
| B-83 | SPC application specification | 10/1/2001 | SPC 95-99 | | X |

| EX. # | DESCRIPTION | DATE | NUMBER | ADM | ID |
|---|---|---|---|---|---|
| B-84 | Letter regarding Mike Shannon's Job Description | 4/14/2003 | IIC000592 | | X |
| B-85 | Letter regarding C.P. wires | 4/18/2003 | BEI1221 | | X |
| B-86 | Letter regarding response to letter dated 4/18/03 | 4/19/2003 | BEI1222 | | X |
| B-87 | Daily Summary Report | 4/21/2003 | | | X |
| B-88 | Letter regarding temporary power | 4/23/2003 | | | X |
| B-89 | Imperial purchase orders 5/7/03 | 5/7/2003 | | | X |
| B-90 | Non-Conformance Report re chloride content | 5/7/2003 | BEI1253 | | X |
| B-91 | Purchase Order 1422 and 1423 from IIC to Polar Supply | 5/9/2003 | IIC000177 | | X |
| B-92 | Letter regarding schedule concerns | 5/9/2003 | BEI1251 | | X |
| B-93 | Letter responding to May 9, 2003 letter | 5/14/2003 | BEI1254 | | X |
| B-94 | Letter regarding schedule concerns, NCR concerns and quality control reports | 5/14/2003 | BEI1256-1257 | | X |
| B-95 | Letter regarding utilizing low tides | 5/14/2003 | BEI1320 | | X |
| B-96 | Letter responding to non-conformance report | 5/14/2003 | BEI1265 | | X |
| B-97 | Fax forwarding letter regarding QC reports and | 5/15/2003 | BEI1270-1271 | | X |
| B-98 | Letter regarding response to May 14, 2003 letter | 5/16/2003 | BEI1318 | | X |
| B-99 | Letter regarding AESI Employee Responsibilities | 5/16/2003 | IIC00593 | | X |
| B-100 | Letter regarding Malcolm Campbell letter dated May 9, 2003 | 5/16/2003 | AES000676-677 | | X |
| B-101 | Fax forwarding letters from IIC responding to May 14, 2003 letters | 5/16/2003 | BEI1282-1284 | | X |
| B-102 | Letter responding to excess coating materials | 5/16/2003 | | | X |
| B-103 | Letter responding to AES May 14, 2003 | 5/16/2003 | BEI1319 | | X |
| B-104 | Letter regarding daily coating inspection reporting/NCR #02-003 | 5/19/2003 | BEI1288 | | X |

| EX. # | DESCRIPTION | DATE | NUMBER | ADM | ID |
|-------|-------------|------|--------|-----|-----|
| B-105 | Letter regarding excessive coating materials (letter dated May 16, 2003) | 5/20/2003 | AES005662 | | X |
| B-106 | Letter responding to IIC letter about NCR received and summary report | 5/20/2003 | BEI1268 | | X |
| B-107 | Response to schedule delay | 5/21/2003 | AES002263-2264 | | X |
| B-108 | Letter regarding gray coating and abrasive blasting | 5/22/2003 | AES000693 | | X |
| B-109 | Letter regarding quality control concerns | 5/24/2003 | BEI 1333-1334 | | X |
| B-110 | Response to IIC May 22, 2033 correspondence | 5/31/2003 | | | X |
| B-111 | Response to AES letter dated 5/31/03 regarding non-structural members removal and gray paint issue | 6/3/2003 | IIC00594-00595 | | X |
| B-112 | Invoice from AES to Brechan | 6/3/2003 | AES006413 | | X |
| B-113 | DCR - 19 Documentation | 6/5/2003 | | | X |
| B-114 | Letter regarding IIC's response to AES's letter of May 20, 2003 | 6/9/2003 | AES0001953-0001954 | | X |
| B-115 | Letter regarding gray coating | 6/9/2003 | BEI1363-1364 | | X |
| B-116 | Letter regarding daily summary reports | 6/10/2003 | IIC000611 | | X |
| B-117 | Letter requesting written direction with regard to gray coating | 6/12/2003 | IIC00614 | | X |
| B-118 | Directive Clarification | 6/12/2003 | | | X |
| B-119 | Letter regarding Daily Summary Report - 2nd Request | 6/12/2003 | IIC000612 | | X |
| B-120 | Notice to Cure | 6/12/2003 | IIC000487-000488 | | X |
| B-121 | Letter regarding mid-project break | 6/12/2003 | BEI1395 | | X |
| B-122 | Letter regarding gray coating | 6/12/2003 | BEI1392 | | X |
| B-123 | Letter regarding cathodic protection system | 6/12/2003 | BEI1398 | | X |
| B-124 | Letter regarding deficiency notice | 6/12/2003 | BEI1401-1404 | | X |
| B-125 | Letter regarding excessive pitting | 6/12/2003 | BEI1413 | | X |
| B-126 | Letter regarding calibration paperwork, product data-transmittal | 6/12/2003 | | | X |

| EX. # | DESCRIPTION | DATE | NUMBER | ADM | ID |
|---|---|---|---|---|---|
| B-127 | Field Memorandum by Hardenbergh | 6/16/2003 | | | X |
| B-128 | Letter regarding deficient work in 13 though 15 and area A | 6/18/2003 | | | X |
| B-129 | Letter regarding value of work | 6/18/2003 | BEI1414 | | X |
| B-130 | Letter response to Gray coating | 6/19/2003 | IIC-00499-00501 | | X |
| B-131 | Letter regarding deficient work in 13 though 15 and area A | 6/20/2003 | IIC00619 | | X |
| B-132 | Letter responding to Brechan's letter dated June 19, 2003/DCR 19 | 6/20/2003 | | | X |
| B-133 | Letter regarding 1-micron filter tarps | 6/21/2003 | BEI1420 | | X |
| B-134 | Directive for filter tarps | 6/21/2003 | BEI1423 | | X |
| B-135 | Fax forwarding directive clarifications | 6/23/2003 | IIC0000636 | | X |
| B-136 | Letter regarding Notice to Cure - Follow up | 6/23/2003 | IIC00503-00504 | | X |
| B-137 | Letter regarding clarification of directive | 6/24/2003 | BEI1435 | | X |
| B-138 | Invoice | 6/25/2003 | IIC000088 | | X |
| B-139 | Email regarding QA daily reports | 6/26/2003 | AES005907 | | X |
| B-140 | Notice to Cure - follow up | 6/26/2003 | IIC00505-00506 | | X |
| B-141 | Notice to Cure – Schedule from AES to IIC | 6/26/2003 | IIC 000507-000508 | | X |
| B-142 | Response to AES - Notice to Cure Follow Up | 6/27/2003 | IIC 00695-00696 | | X |
| B-143 | Letter regarding alleged anode damage | 6/27/2003 | IIC000691 | | X |
| B-144 | Notice of Inspection | 6/27/2003 | AES000585 | | X |
| B-145 | Notice to Cure- Schedule : Response | 7/1/2003 | IIC 00721 | | X |
| B-146 | Notice to Cure-Schedule-Follow up | 7/1/2003 | | | X |
| B-147 | Notice to Cure- Schedule : Response | 7/1/2003 | IIC 00714-00716 | | X |
| B-148 | Response to AES letter of July 1, 2003 | 7/3/2003 | IIC000728 | | X |
| B-149 | Response to IIC July 3, 2003 correspondence | 7/7/2003 | BEI1574-1575 | | X |

| EX. # | DESCRIPTION | DATE | NUMBER | ADM | ID |
|---|---|---|---|---|---|
| B-150 | Letter regarding response to IIC letter of July 1, 2003 "Notice to Cure--Schedule Response" and handwritten notes | 7/7/2003 | | | X |
| B-151 | Letter regarding AES's reduction of IIC's May billing | 7/8/2003 | IIC000732-000733 | | X |
| B-152 | Field Memorandum by Hardenbergh | 7/11/2003 | PAGE20592 | | X |
| B-153 | Responses regarding no changed condition | 7/11/2003 | BEI1587 | | X |
| B-154 | Email thread regarding hot melt stick | 7/14/2003 | PAGE20593 | | X |
| B-155 | Response to IIC July 3, 2003 correspondence regarding billing deductions | 7/15/2003 | | | X |
| B-156 | Letter regarding schedule | 7/15/2003 | IIC000751-000752 | | X |
| B-157 | Letter regarding schedule concerns | 7/15/2003 | BEI1606 | | X |
| B-158 | Letter regarding delays | 7/16/2003 | AES0001274 | | X |
| B-159 | Letter responding to IIC July 16, 2003 correspondence delays | 7/16/2003 | BEI1634 | | X |
| B-160 | Letter regarding NCR 0003-03 | 7/16/2003 | | | X |
| B-161 | Email thread regarding grinding % complete in area C | 7/17/2003 | AESMAIL 00234 | | X |
| B-162 | Letter regarding scaffold/local billing | 7/17/2003 | BEI1638-1639 | | X |
| B-163 | Response to IIC July 17, 2003 correspondence "delays" | 7/17/2003 | BEI1644 | | X |
| B-164 | Response to "delays" letter | 7/17/2003 | BEI1637 | | X |
| B-165 | Response to IIC's July 17, 2003 correspondence "Delays" | 7/17/2003 | BEI1641 | | X |
| B-166 | Response to IIC July 17, 2003 Correspondence "Non-Conformance Response" | 7/17/2003 | BEI1643 | | X |
| B-167 | Billing Deduction Response | 7/21/2003 | IIC00771 | | X |
| B-168 | Letter regarding delays/disruptions | 7/21/2003 | BEI1677-1678 | | X |
| B-169 | Letter responding to IIC July 19, 2003 Correspondence "Delay/Disruptions" | 7/21/2003 | AES001241 | | X |

ABSOLUTE v. MCKINLEY, et al.
Case No. 3:03-cv-0199-RRB                           - 9 -                           [38599-0012/AA062580.001]

| EX. # | DESCRIPTION | DATE | NUMBER | ADM | ID |
|---|---|---|---|---|---|
| B-170 | Letter regarding Coffman Daily Summary Report Dated July 17, 2003 | 7/21/2003 | BEI1675 | | X |
| B-171 | Letter regarding response to July 15, 2003 schedule concern letter | 7/21/2003 | BEI 1654-1655 | | X |
| B-172 | Letter denying request for consolidation of rooms | 7/21/2003 | | | X |
| B-173 | Response to IIC July 21, 2003 correspondence "Delays/Disruptions" | 7/23/2003 | BEI1683-1684 | | X |
| B-174 | Response to IIC July 21, 2003 Correspondence "Billing Deduction Response" | 7/23/2003 | BEI1689-1690 | | X |
| B-175 | Letter regarding Brechan Enterprises letter dated 15 July 2003 | 7/29/2003 | IIC000786-00787 | | X |
| B-176 | Letter regarding KTA entering IIC's paint container | 7/29/2003 | IIC000791 | | X |
| B-177 | Letter regarding error readings on Extreme pump | 7/29/2003 | IIC00441-000442 | | X |
| B-178 | Letter regarding response to IIC July 29, 2003 Correspondence "Brechan Enterprises letter dated July 15, 2003: | 7/30/2003 | IIC000562-000563 | | X |
| B-179 | Response to IIC July 29, 2003 correspondence "Brechan Enterprises letter dated July 15, 2003 | 7/30/2003 | AES000806-000807 | | X |
| B-180 | Letter regarding Brechan Enterprises letter dated 15 July 2003 answered by AES 30 July 2003 IIC letter No. 84 | 7/31/2003 | IIC 000804-000805 | | X |
| B-181 | Letter regarding Malcolm Campbell invoices | 7/31/2003 | IIC0000800 | | X |
| B-182 | Daily Summary Report for July 31, 2003 | 7/31/2003 | | | X |
| B-183 | Decertification Memorandum | 8/5/2003 | | | X |
| B-184 | Imperial's letter responding to SPC decertification letter | 8/6/2003 | BEI2215 | | X |
| B-185 | Letter regarding decertification | 8/6/2003 | BEI2214 | | X |

| EX. # | DESCRIPTION | DATE | NUMBER | ADM | ID |
|---|---|---|---|---|---|
| B-186 | AES Response to IIC Response to AES Notice to Cure-Certification | 8/6/2003 | BEI2216 | | X |
| B-187 | Notice to Cure -Certification | 8/6/2003 | BEI1828 | | X |
| B-188 | Base Access Revocation | 8/6/2003 | BEI1830 | | X |
| B-189 | Letter regarding decertification | 8/6/2003 | BEI1837 | | X |
| B-190 | Notice of Termination and Default | 8/7/2003 | | | X |
| B-191 | Letter regarding decertification of IIC | 8/7/2003 | SPC 230 | | X |
| B-192 | Letter regarding response | 8/8/2003 | BEI1877-1878 | | X |
| B-193 | Letter regarding return of IIC property | 8/8/2003 | BEI1880 | | X |
| B-194 | Handwritten notes | 8/11/2003 | SPC 233-234 | | X |
| B-195 | Letter regarding IIC decertification | 8/11/2003 | BEI1883 | | X |
| B-196 | Memorandum regarding Certification and Decertification of IIC | | SPC 235-236 | | X |
| B-197 | Field Memorandum by Hardenbergh | 8/19/2003 | | | X |
| B-198 | Field Memorandum by Hardenbergh | 8/19/2003 | | | X |
| B-199 | Email regarding project daily report of Aug 17-18, 2003 | 8/20/2003 | AESMAIL 000408 | | X |
| B-200 | Daily Summary Report for August 28, 2003 | 8/28/2003 | | | X |
| B-201 | Registered Agent Notice of Resignation | 10/3/2003 | | | X |
| B-202 | Email regarding phase 2 schedule | 11/5/2003 | AESMAIL-000332 | | X |
| B-203 | Punch List | 12/7/2003 | | | X |
| B-204 | Email forwarding punch list | 12/15/2003 | | | X |
| B-205 | Email thread attaching punch list | 12/15/2003 | | | X |
| B-206 | Inspection Report of December 19, 2003 | 12/19/2003 | | | X |
| B-207 | Purchase Order from AES to Brechan | 4/22/2004 | | | X |
| B-208 | Email regarding follow-up repairs | 4/30/2004 | | | X |
| B-209 | Email thread --Hello… Jerry! | 5/20/2004 | BEI6551-6552 | | X |
| B-210 | Invoice from AES to Brechan | 9/3/2004 | | | X |
| B-211 | Email regarding backcharges | 9/23/2004 | AES004040-4044 | | X |
| B-212 | Punch List | 10/2/2004 | | | X |

| EX. # | DESCRIPTION | DATE | NUMBER | ADM | ID |
|---|---|---|---|---|---|
| B-213 | Email thread regarding punch list work inspection | 10/4/2004 | | | X |
| B-214 | Daily Coating Inspection Report | | | | X |
| B-215 | Hardenbergh Dep. Ex. 14 | | | | X |
| B-216 | KTA Daily Painting Inspection Reports | | | | X |
| B-217 | Financial Statements for Absolute Environmental Services for years ended December 31, 2002 and 2003 | | AES008632-8652 | | X |
| B-218 | AES Profit & Loss January through December 2004 | | AES 8655-8656; 8654-8653 | | X |
| B-219 | Proposal by Corrpro Coating Services | | | | X |
| B-220 | Other AES Financial Statements produced during discovery | | | | X |
| B-221 | Color Photograph | | | | X |
| B-222 | Chart of Payments made by AES | | IIC 003626 | | X |
| B-223 | Foreman's Daily Log (Belville) | | | | X |
| B-224 | Handwritten notes by Puett | | | | X |
| B-225 | Foreman's Daily Log | | | | X |
| B-226 | Color Photograph | | | | X |
| B-227 | Daily Project reports by AES | | | | X |
| B-228 | Jerry Hardenbergh reports for Phase 2 | | | | X |
| B-229 | Dave Olson video | | | | X |
| B-230 | Purchase Order 1422 from IIC to Polar Supply | | IIC000176 | | X |
| B-231 | AESI Monthly Invoices | | | | X |
| B-232 | IIC Purchase Orders | | IIC 000176, 177, 216, 218 | | X |
| B-233 | Photographs attached to Punch List | | | | X |
| B-234 | Coating Condition Assessment Survey Photographs by Mark Schilling | 2/12/2005 | | | X |
| B-235 | Letter report by Mark Schilling | 2/18/2005 | | | X |
| B-236 | Report by Web Chandler | | | | X |
| B-237 | Schilling DVDs | | | | X |
| B-238 | Schilling DVDs | | | | X |

| EX. # | DESCRIPTION | DATE | NUMBER | ADM | ID |
|---|---|---|---|---|---|
| B-239 | Written Response of IIC to Plaintiff's First Set of Interrogatories to IIC | 8/2/2004 | | | X |
| B-240 | Lembke Report, 11/12/2004 | 11/12/2004 | n/a | | X |
| B-241 | Report by Skip Vernon | 11/27/2004 | n/a | | X |
| B-242 | AES's Responses to Defendant Emerco's First Request for Admissions Propounded to Plaintiff | 12/20/2004 | n/a | | X |
| B-243 | AES's Responses to Defendant Emerco's Third Request for Production of Documents Propounded to Plaintiff | 12/20/2004 | n/a | | X |
| B-244 | Affidavit of David Olson | 3/31/2005 | | | X |
| B-245 | AES's Responses to Defendant Emerco's fourth discovery Request to Plaintiff | 1/29/2005 | n/a | | X |
| B-246 | AES's Responses to Interrogatories to Brechan Enterprises' First Discovery Requests to AES | 11/17/2005 | n/a | | X |
| B-247 | AES's Responses to Brechan's Second Request for Production | 5/22/2006 | n/a | | X |
| B-248 | AES's Responses to Coffman's First Discovery Requests | 5/15/2006 | n/a | | X |
| B-249 | AES's Responses to Brechan's Discovery Requests | 5/22/2006 | n/a | | X |
| B-250 | AES's Responses to Brechan's Second Set of Discovery Requests | 5/22/2006 | n/a | | X |
| B-251 | AES's Responses to Safeco Insurance Company's Discovery Requests | 5/22/2006 | n/a | | X |
| B-252 | AES's Responses to Coffman's Second Discovery Requests | 7/7/2006 | n/a | | X |
| B-253 | AES's Responses to Safeco Insurance Company's Discovery Requests | 7/7/2006 | n/a | | X |
| B-254 | Report of Jeremy Hailey | | | | X |
| B-255 | Intentionally Omitted | | | | X |
| B-256 | Vernon Dep. Ex. 3 | | | | X |
| B-257 | Vernon Dep. Ex. 4 | | | | X |

| EX. # | DESCRIPTION | DATE | NUMBER | ADM | ID |
|---|---|---|---|---|---|
| B-258 | Deposition of Rob Alliston | | | | X |
| B-259 | Deposition of Michael Anderson | | | | X |
| B-260 | Deposition of Joshua Belville | | | | X |
| B-261 | Deposition of Charlie Mathias | | | | X |
| B-262 | Deposition of Paul Pederson | | | | X |
| B-263 | Deposition of Chris Lynch | | | | X |
| B-264 | Deposition of Jason Peterson | | | | X |
| B-265 | Deposition of David Rohner | | | | X |
| B-266 | Deposition of Mark Schilling | | | | X |
| B-267 | Deposition of Jason Tenderella | | | | X |
| B-268 | Deposition of Skip Vernon | | | | X |
| B-269 | Deposition of Daniel Yell | | | | X |
| B-270 | Deposition of all persons deposed in this case for the purpose of impeachment | | | | X |
| B-271 | Report of Robert Dun | | | | X |
| B-272 | Resume of Robert Dun | | | | X |
| B-273 | Report of Web Chandler | | | | X |
| B-274 | Resume of Web Chandler | | | | X |
| B-275 | Report of S. Ross | | | | X |
| B-276 | Resume of S. Ross | | | | X |
| B-277 | Report of Mott | | | | X |
| B-278 | Resume of Mott | | | | X |
| B-279 | Rebuttal report (Lembke) of Stephen Ross | | | | X |
| B-280 | Rebuttal report (Rulien) of Stephen Ross | | | | X |
| B-281 | Daily Reports | | | | X |
| B-282 | All photographs taken by Swalling | | | | X |
| B-283 | All photographs taken by Charlie Mathias or SPC | | | | X |
| B-284 | All photographs taken by Jerry Hardenbergh | | | | X |
| B-285 | All photographs taken by Mark Schilling | | | | X |
| B-286 | All video's made by Mark Schilling | | | | X |
| B-287 | Photographs used at Jeremy Hailey's deposition | | | | X |

DATED at Anchorage, Alaska on September 21, 2006.

**PERKINS COIE LLP**
Attorneys for Defendant
Brechan Enterprises, Inc.


By  /s/ Michael E. Kreger
    Michael E. Kreger
    Alaska Bar No. 8311170
    Perkins Coie LLP
    1029 W. Third Avenue, Suite 300
    Anchorage, Alaska  99501
    (907) 279-8561
    (907) 276-3108 (Facsimile)
    Email:  mkreger@perkinscoie.com


I hereby certify that on September 21, 2006, the foregoing was served electronically on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

 /s/ Michael E. Kreger
    Michael E. Kreger