1 | ERIC J. BROWN, ESQ.
  | JERMAIN DUNNAGAN & OWENS, P.C.
2 | 3000 A. Street, Suite 300
  | Anchorage, Alaska 99503-4097
3 | Telephone: (907) 563-8844
  | Facsimile: (907) 563-7322 (ebrown@jdolaw.com)
4 |
5 | PATRICK J. DUFFY, III, ESQ.
  | WILLIAM R. BAERG, ESQ.
  | MONTELEONE & McCRORY, LLP
6 | 725 S. Figueroa Street, Suite 3200
  | Los Angeles, California 90017-5446
7 | Telephone: (213) 612-9900
  | Facsimile: (213) 612-9930 (baerg@mmlawyers.com)
8 |
  | Attorneys for Defendant Forrest J. McKinley and
9 | Defendant and Counter-Claimant EMERCO, INC.,
  | dba Imperial Industrial Coatings

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, | CASE NO. A-03-0199 Civil (RRB) |
| *Plaintiff,* | **PROPOSED JURY VOIR DIRE OF DEFENDANT FORREST J. McKINLEY AND DEFENDANT AND CROSS-CLAIMANT EMERCO, INC., DBA IMPERIAL INDUSTRIAL COATINGS** |
| v. | |
| FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings, | |
| *Defendants.* | |
| EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc., | |
| *Counter-Claimant/Third Party Claimant,* | |
| v. | |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al., | |
| *Cross-Defendants/Third Party Defendants.* | |

```
THE UNITED STATES OF AMERICA for the use )
and benefit of ABSOLUTE ENVIRONMENTAL  )
SERVICES, INC., and Alaska corporation,      )
                                             )
            Plaintiff,                       )
                                             )
    v.                                       )
                                             )
SAFECO INSURANCE COMPANY OF                  )
AMERICA, a Washington corporation,           )
                                             )
            Defendant.                       )
_____)
BRECHAN ENTERPRISES, INC., an Alaska         )
corporation,                                 )
                                             )
            Counterclaim Plaintiff,          )
                                             )
    v.                                       )
                                             )
ABSOLUTE ENVIRONMENTAL SERVICES,             )
INC., an Alaska corporation,                 )
                                             )
            Counterclaim Defendant.          )
_____)
BRECHAN ENTERPRISES, INC., an Alaska         )
corporation,                                 )
                                             )
            Third-Party Plaintiff,           )
                                             )
    v.                                       )
                                             )
COFFMAN ENGINEERS, INC., a Washington        )
corporation,                                 )
                                             )
            Third-Party Defendant.           )
_____)
```

Defendant and counter-complainant Emerco, Inc., dba Imperial Industrial Coatings and defendant Forrest J. McKinley submit the following proposed jury voir dire:

A.  **Prior Litigation Experience**

   1.  Have you or anyone you know ever been a party to a lawsuit?
   2.  If so, were you or the person you know a plaintiff or a defendant?
   3.  Please describe the experience.
   4.  Do you believe this experience would influence you in this case?

5. Do you believe there are flaws in the civil litigation system? Describe.
6. Would you ever personally file lawsuit if you were harmed?

B. **Prior Expert Witness Experience**
1. Have you ever heard an expert witness testify at a trial before?
2. Please describe your experience, including the area of expert testimony
3. What did you consider when evaluating the testimony?
4. Have you or someone you know ever testified as an expert?
5. Describe the experience, including the areas of expertise and testimony?

C. **Experience With Contractors**
1. Have you or any one you know ever hired a contractor?
2. Please describe the experience, and the nature of the contract.
3. Was the job finished on time and to your satisfaction?
4. Was there a dispute with the contractor?
5. Was a complaint or lawsuit filed?
6. Does that experience influence the way you view contractors?

D. **Experience With the Construction Industry**
1. Do you or anyone you know have education, training, experience or other kind of background in construction, engineering, painting/coating, inspection, public contracting, or private contracting?
2. Describe the background or experience.
3. Does that experience influence the way you view the construction industry?
4. Do you have a favorable, unfavorable or neutral opinion of contractors?
5. Explain your response to question D.4.

E. **Experience With Public Entities**

    2. Do you or anyone you know have work experience or other kind of background with public entities?

    2. Describe the background or experience.

    3. Does that experience influence the way you view public entities?

F. **United States Coast Guard**

    1. Have you or anyone you know worked for or been a member of the USCG?

    2. Describe the experience.

    3. Does that experience influence the way you view the USCG?

G. **AESI, IIC, BRECHAN, COFFMAN**

    1. Have you or anyone you know ever worked for and of the parties?

    2. Describe the experience.

    3. Does that experience influence the way you view the parties?

H. **Southern California**

    1. What is your perception of people from southern California?

    2. What is your perception of lawyers from southern California?

    3. Would the fact that one of the parties is from southern California influence the way you view that party? Please explain.

    4. Would the fact that one of the parties is represented by a lawyer from Los Angeles, California, influence the way you view the party or the evidence?

    5. Would the fact that a local Alaskan company is being sued by a company from southern California influence the way you view the parties or the evidence?

I.  **Public Contracts**

   1. Are you familiar with public bidding procedures?
   2. How do you feel about those procedures?
   3. Do you think they are fair? Why or why not?

J.  **Experience With Legal Profession and Courts**

   1. Do you or anyone you know have education, training, experience or other kind of background in the legal profession?
   2. Describe the background or experience.
   3. Does that experience influence the way you view lawyers or the court system?

K.  **Juror Employment**

   1. Do you or have you owned your own business, or work for someone else?
   2. What are your job responsibilities?
   3. Do you follow quality control procedures as part of you work?
   4. Are you given instructions?
   5. Have you ever followed them, and the job still didn't turn out right?
   6. What happened? How was it resolved?
   7. Do you have your work inspected?
   8. When is it inspected? Why?
   9. Are you a member of any trade unions? Which ones?

L.  **Evaluating Testimony**

   1. As jurors, you are asked to judge credibility or truthfulness of people who testify. Do you feel some people, because of jobs/profession are considered more credible than others? For example, engineers, public agency employees, or construction workers? Explain why.

1  DATED: September 22, 2006          MONTELEONE & McCRORY LLP

2                                     Attorneys for Emerco, Inc., dba Imperial Industrial

3                                     Coatings and Forrest J. McKinley

4

5

6                                     By _____
                                         PATRICK J. DUFFY III, ESQ.
7                                        CSBN 45042
                                         WILLIAM R. BAERG, ESQ.
8                                        CSBN 167399
                                         WSBN 23052
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on September 22, 2006, a copy of the foregoing was served by ECF on:

    Eric J. Brown, ebrown@jdolaw.com
    Robert J. Dickson, acgecf@acglaw.com
    Patrick J. Duffy, duffy@mmlawyers.com
    Jami K. Elison, jamie@mhf-law.com
    Michael E. Kreger, mkreger@perkinscoie.com
    Terry R. Marston, terry@mhf-law.com
    Peter C. Partnow, PartnowP@LanePowell.com
    James B. Stoetzer, StoetzerJ@LanePowell.com

and by facsimile on:

Paul J. Nangle
Paul J. Nangle & Associates
101 Christensen Dr.
Anchorage, AK 99501
FAX NO.:    (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 22, 2006, at Los Angeles, California.

_____
WILLIAM R. BAERG