**EXHIBIT A**

## SUMMARY OF CLAIMS

| | | |
|---|---|---|
| Unpaid Contract Work | $ | 116,309.68 |
| Profit on Deleted Work | $ | 130,952.06 |
| Profit on Tanks N12/M60 | $ | 119,752.32 |
| Extra Work | | |
|     Remove Conduit | $ | 850.00 |
|     Stripe/Caulk Welds | $ | 29,898.64 |
|     Cathodic Protection | $ | 7,476.32 |
|     Nonstructural Steel | $ | 47,305.69 |
|     Coating Bent 12-13 | $ | 29,202.64 |
|     Undisclosed Gray Paint | $ | 92,029.21 |
| Goods Sold and Delivered | $ | 518,320.00 |
| Prejudgment Interest | $ | 175,905.77 (Contract/Extra Work) |
| Prejudgment Interest | $ | 158,904.00 (Materials and Equipment) |
| **TOTAL** | | **$1,426,906.33** |

Page 19