**EXHIBIT B**

STEPHEN MONTELEONE
(1886-1962)

MONTELEONE & McCRORY, LLP
LAWYERS

A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

725 SOUTH FIGUEROA STREET, SUITE 3750
LOS ANGELES, CALIFORNIA 90017-5402
TELEPHONE (213) 612-9900
FACSIMILE (213) 612-9930

ORANGE COUNTY OFFICE
450 WEST FOURTH STREET, SUITE 130
SANTA ANA, CALIFORNIA 92701

TELEPHONE
(714) 565-3170

FACSIMILE
(714) 565-3184

August 7, 2003

OUR FILE NUMBER
3970-14778

<u>**VIA FAX & CERTIFIED U.S. MAIL (RETURN RECEIPT REQUESTED)**</u>
(907) 346-4491

David E. Olson
President, Absolute Environmental Services, Inc.
300 La Touch Drive
Anchorage, AK 99501

David E. Olson
President, Absolute Environmental Services, Inc.
12510 Brandon Street
Anchorage, AK 99515

David E. Olson
President, Absolute Environmental Services, Inc.
P.O. Box 112807
Anchorage, AK 99511

### <u>NOTICE OF CONVERSION</u>

Dear Mr. Olson:

    This office represents your subcontractor, Imperial Industrial Coatings, Inc., ("Imperial") in connection with the Cargo Wharf Pile Coating Phase II project ("Project").

    On August 7, 2003, Absolute Environmental Services, Inc., ("Absolute"), by and through its vice president, Jason Peterson, without legal cause or justification, seized the following property belonging to Imperial which was located at the Project job site:

| **ITEM/DESCRIPTION OF PROPERTY** | **PRICE** |
|---|---|
| 2 ½ Drums of 1864 Activator and 7 Drums of 1864 Base | $ 61,000 |
| Extreme pump parts | $ 60,000 |
| Inspection gages | $ 22,500 |
| Ulmer stuff | $ 16,000 |
| Tarps | $ 40,000 |

Page 20   IIC-002672

LAW OFFICES
MONTELEONE & McCRORY, LLP

David E. Olson
President
Absolute Environmental Services, Inc.
August 7, 2003
Page 2

| ITEM/DESCRIPTION OF PROPERTY | PRICE |
|---|---|
| Come alongs | $ 3,000 |
| Crane (contained) | $ 3,000 |
| 2 Boats (25 hp motor) | $ 30,000 |
| 30 Drums | $ 1,500 |
| 25 Coffer Dam Floats | $ 30,000 |
| Float Barges | $ 5,000 |
| 3 Drums of Thinner | $ 4,000 |
| 550' Blase Hose | $ 3,500 |
| 2 x 35' Whips | $ 500 |
| 5 x 25' Bull Line | $ 4,000 |
| 2 x 6 Bag Pot | $ 12,000 |
| 5 Nozzles | $ 1,800 |
| 1 bag 3/4 Air Line Gaskets | $ 300 |
| 4 Face Shield Frames | $ 300 |
| 7 Face Shield Lenses | $ 250 |
| 48 boxes shep shot 20/50 Sand | $ 48,000 |
| 2 containers Ear Plugs | $ 180 |
| 3 x 40' Containers and 1 x 20' Paint container | $ 18,500 |
| 35 Scaffold Planks | $ 50,000 |
| 25 Sheets Sandpaper 80 grit | $ 300 |
| 6 Face Shields | $ 200 |
| 6 Face Shield Frames | $ 225 |
| 2 Boxes Razor Blades | $ 60 |
| 3 stacks, 7 small stacks Wire Brushes | $ 80 |
| 1 Hankenson Air Dryer | $ 22,000 |
| 1 1300 cf M Compressor | $ 42,000 |
| 1 500 gal. Fuel Tank | $ 6,000 |
| 2 Portable Toilets | $ 300 |
| 6 pairs Knee Pads | $ 200 |
| 1 case of Rain Gear | $ 800 |
| 12 Pairs of Rain Boots | $ 1,000 |
| 30 Pairs of gloves (leather) | $ 500 |
| 7 Saw sall | $ 600 |
| 1 Skill Saw | $ 400 |
| 2 Electric Drills | $ 200 |
| 1 Air Die Gringer w/ acc. | $ 250 |
| 2 cordless drills - Makita | $ 350 |

LAW OFFICES
MONTELEONE & McCRORY, LLP

David E. Olson
President
Absolute Environmental Services, Inc.
August 7, 2003
Page 3

| ITEM/DESCRIPTION OF PROPERTY | PRICE |
|---|---|
| 1 B&D cordless drill | $ 150 |
| 1 Heavy Duty Welding Kit & Case | $ 600 |
| 3 cases of 4 ½" grinding wheels | $ 800 |
| 3 x 29 pc. Drill bit sets | $ 250 |
| 4 microwave ovens | $ 600 |
| 50 x 24" bunge straps - rubber | $ 300 |
| 5 x 1" bracket straps - sockets | $ 100 |
| 200" of 3" air liens | $ 3,500 |
| 2 Mr. Coffee Machines | $ 100 |
| 10 Portable band saw blades | $ 500 |
| 600' air supply 1/4" | $ 1,800 |
| 600' air lines 3/4 | $ 6,500 |
| 1 portable band saw | $ 800 |
| 1 box of 1" straps | $ 200 |
| 1 Heat Gun | $ 150 |
| 5 rolls of yellow caution tape | $ 300 |
| 2 x 115 pieces drill bit sets | $ 400 |
| 15 tires (inflated) | $ 500 |
| 166" tape measure | $ 25 |
| 20 Spray Socks | $ 30 |
| 5 Boxes of hammer tacker staples - 3/8 5000 | $ 40 |
| 3 packs of paint strainer bags | $ 80 |
| 10 grinders | $ 2,800 |
| 4 Blast Hoods | $ 3,500 |
| 2 Hood Glass - 1000 sheets | $ 2,000 |
| 20 Electric Cords | $ 1,500 |
| **TOTAL PRICE OF PROPERTY** | **$518,320** |

IIC-002674

Page 22

LAW OFFICES
MONTELEONE & McCRORY, LLP
David E. Olson
President
Absolute Environmental Services, Inc.
August 7, 2003
Page 4

     Your unlawful seizure of Imperial's property constitutes a conversion of the aforementioned items, and demand is hereby made for their immediate return. You are hereby given until August 8, 2003, by 5:00 p.m., PDT, to notify this office of your decision as to whether you will return the property. If you do not notify this office by this deadline, then by operation of law you shall be deemed to have elected to purchased each of the above listed items at the prices stated.

                            Very truly yours,

                            MONTELEONE & McCRORY, LLP


                            By _____
                                WILLIAM R. BAERG