ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930 (baerg@mmlawyers.com)

Attorneys for Defendant Forrest J. McKinley and
Defendant and Counter-Claimant EMERCO, INC.,
dba Imperial Industrial Coatings

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>*Defendants*.<br><br>EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,<br><br>*Counter-Claimant/Third Party Claimant*,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al.,<br><br>*Cross-Defendants/Third Party Defendants.* | CASE NO. A-03-0199 Civil (RRB)<br><br>**PROPOSED JURY INSTRUCTIONS OF DEFENDANT FORREST J. McKINLEY AND DEFENDANT AND CROSS-CLAIMANT EMERCO, INC., DBA IMPERIAL INDUSTRIAL COATINGS** |

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., and Alaska corporation, )
| 2 | )
| 3 | *Plaintiff,* )
| 4 | v. )
| 5 | SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, )
| 6 | )
| 7 | Defendant. )
| 8 | BRECHAN ENTERPRISES, INC., an Alaska corporation, )
| 9 | Counterclaim Plaintiff, )
| 10 | v. )
| 11 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, )
| 12 | )
| 13 | Counterclaim Defendant. )
| 14 | BRECHAN ENTERPRISES, INC., an Alaska corporation, )
| 15 | Third-Party Plaintiff, )
| 16 | v. )
| 17 | COFFMAN ENGINEERS, INC., a Washington corporation, )
| 18 | )
| 19 | Third-Party Defendant. )

Defendant and counter-complainant Emerco, Inc., dba Imperial Industrial Coatings and defendant Forrest J. McKinley submit the following jury instructions taken from the Ninth Circuit Manual of Model Civil Jury Instructions, attached hereto as Exhibit A:

    1.1

    1.2

    1.3

    1.4

    1.5

| | |
|---|---|
| 1 | 1.6 |
| 2 | 1.7 |
| 3 | 1.8 |
| 4 | 1.9 |
| 5 | 1.10 |
| 6 | 1.11 |
| 7 | 1.12 |
| 8 | 1.13 |
| 9 | 1.14 |
| 10 | 2.1 |
| 11 | 2.2 |
| 12 | 2.6 |
| 13 | 2.13 |
| 14 | 3.1 |
| 15 | 3.2 |
| 16 | 3.3 |
| 17 | 3.5 |
| 18 | 3.6 |
| 19 | 3.7 |
| 20 | 3.9 |
| 21 | 3.10 |
| 22 | 3.11 |
| 23 | 4.1 |
| 24 | 4.2 |
| 25 | 4.3 |
| 26 | 4.4 |
| 27 | 4.5 |
| 28 | 5.1 |

| | |
|---|---|
| 1 | 5.3 |
| 2 | 6.1 |
| 3 | 6.2 |
| 4 | 6.4 |
| 5 | 6.5 |
| 6 | 6.6 |
| 7 | 6.8 |
| 8 | 7.1 |
| 9 | 7.3 |

In addition, said parties submit specially prepared jury instructions numbered 1, 2, 3, 4, 5, 6, 7, and 8, attached hereto as Exhibit B.

DATED: September 22, 2006        MONTELEONE & McCRORY LLP

Attorneys for Emerco, Inc., dba Imperial Industrial Coatings

By _____
PATRICK J. DUFFY III, ESQ.
CSBN 45042
WILLIAM R. BAERG, ESQ.
CSBN 167399
WSBN 23052

# CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on September 22, 2006, a copy of the foregoing was served by ECF on:

    Eric J. Brown, ebrown@jdolaw.com
    Robert J. Dickson, acgecf@acglaw.com
    Patrick J. Duffy, duffy@mmlawyers.com
    Jami K. Elison, jamie@mhf-law.com
    Michael E. Kreger, mkreger@perkinscoie.com
    Terry R. Marston, terry@mhf-law.com
    Peter C. Partnow, PartnowP@LanePowell.com
    James B. Stoetzer, StoetzerJ@LanePowell.com

and by facsimile on:

    Paul J. Nangle
    Paul J. Nangle & Associates
    101 Christensen Dr.
    Anchorage, AK 99501
    FAX NO.:    (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 22, 2006, at Los Angeles, California.

*[signature]*
WILLIAM R. BAERG