Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>　　　　　　　　　　Defendants. | Case No. 3:03-cv-00199-RRB<br><br>**SUPPLEMENTAL MOTION *IN LIMINE* OF COFFMAN ENGINEERS, INC.** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>　Counterclaimant/Third-Party Claimant,<br><br>　　v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>　Cross-Defendants/Third-Party Defendants. | |

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

| |
|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>         Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>         Defendants. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>         Counterclaim Plaintiff,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>         Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>         Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC, a Washington Corporation.<br><br>         Third-Party Defendant. |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation,<br><br>         Plaintiff/Cross-Claimant,<br><br>v.<br><br>COFFMAN ENGINEERS, INC, a Washington Corporation.<br><br>         Third-Party Defendant. |

Coffman Engineers, Inc. ("Coffman") hereby submits this supplemental motion *in limine*, and moves that no arguments be made or evidence introduced at trial regarding the following matters.

**1.      Any Mention of Safeco Insurance, or of Any Bond Obtained by Brechan.**

During the September 21, 2006 pretrial status conference, issues were raised and discussed regarding the requests by Coffman, Brechan Enterprises, Inc. ("Brechan") and Safeco Insurance Company of America ("Safeco") that no reference be made in the jury's presence to Safeco or to the bond it issued to Brechan and on which it acts as surety.  This request is based on ER 403 and ER 411 and the prejudice that could result to Coffman, Brechan and Safeco, if Safeco or a bond was mentioned in the jury's presence, thereby creating the potential perception that Coffman and/or Brechan have insurance coverage that would pay any amounts awarded to Absolute.  Because the Court's decision with regard to this issue was unclear at the conclusion of the status conference, Coffman reasserts its request through this supplemental motion *in limine*.

During the status conference, discussion took place regarding the primary, if not only, factual issue relating to Safeco and the bond, namely, the date on which Absolute's work on the project was completed.  The jury will be asked to determine this factual issue.  As the Court suggested, an interrogatory regarding this question could be submitted to the jury without mentioning Safeco or the existence of a bond.

Counsel for Absolute argued that because they would not be aware of the reasons why they were being asked to determine this factual issue, the jurors may not, subconsciously or otherwise, understand the importance or significance of this issue.  Absolute argues that it could be prejudiced in these circumstances.

Coffman submits, however, that any concerns in this regard could be resolved through a verbal instruction from the Court reminding the jurors of the importance of all questions submitted to it and that they should give their full attention to each question which they are required to answer.

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

DATED this 22nd day of September, 2006.

        LANE POWELL LLC
        Attorneys for Coffman Engineers, Inc.

By  s/ Peter C. Partnow
      Peter C. Partnow, ASBA No. 7206029
      James B Stoetzer, ASBA No. 7911130
      301 W. Northern Lights Blvd., Suite 301
      Anchorage, Alaska 99503-2648
      Tel:  907-277-9511
      Fax:  907-276-2631
      Email:  PartnowP@LanePowell.com

I certify that on September 22, 2006, a copy of the foregoing was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com
James E. Niemer, niemerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow

011680.0076/156694.1

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631