ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
Email: ebrown@jdolaw.com

PATRICK J. DUFFY III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930
Email: duffy@mmlawyers.com; baerg@mmlawyers.com

Attorneys for Defendant Forrest J. McKinley and
Defendant/Counter-Claimant, EMERCO, INC. dba
Imperial Industrial Coatings

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings,<br><br>Defendants, | CASE NO. A03-0199 CV (RRB)<br><br>**DEFENDANTS AND COUNTERCLAIMANTS, EMERCO INC., d/b/a IMPERIAL INDUSTRIAL COATINGS, AND FORREST McKINLEY'S OPPOSITION TO COFFMAN ENGINEERS, INC.'S MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY** |

EMERCO, INC., a California Corp. d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,

    Counter-Claimant/Third Party Claimants,

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, BRECHAN ENTERPRISES, INC., an Alaska corporation, SPECIALTY POLYMER COATING USA, INC., a Canadian Corp., COFFMAN ENGINEERS, INC., a Washington Corp., and SAFECO INSURANCE CO. OF AMERICA, a Washington corporation,

    Cross-Defendants/Third Party Defendants,

---

THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan corporation,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

    Defendant.

---

BRECHAN ENTERPRISES, INC., an Alaskan corporation,

    Counterclaim Plaintiff,

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,

    Counterclaim Defendant,

---

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

BRECHAN ENTERPRISES, INC., an Alaskan corporation,

      Third-Party Plaintiff,

v.

COFFMAN ENGINEERS, INC., a Washington corporation,

      Third-Party Defendant.

  Coffman Engineers, Inc. ("Coffman") has filed a motion at Docket No. 338 entitled "Objections of Coffman Engineers to Certain Expert Testimony." The majority of the motion concerns Coffman's efforts to preclude testimony by Absolute Environmental Services, Inc.'s ("Absolute") experts, Jeremy Hailey, Michael Lembke and Donavan Rulien. However, Coffman also seeks to preclude any testimony by Imperial Industrial Coatings' ("Imperial") expert, Mark Schilling from testifying that Coffman performed its quality assurance or inspection duties in a negligent manner. Imperial opposes the motion for the reasons stated herein.

  Without citing any authority, Coffman claims that because Imperial dismissed its claims against Coffman and because Absolute has agreed not to pursue any negligence claims it might have against Coffman for negligent quality assurance and/or testing, Mr. Schilling should not be allowed to testify on those subjects. The fact remains, however, that there is competent evidence that the jury is entitled to consider that Coffman's quality assurance representative, Jerry Hardenbergh, may very well have been overly zealous in his inspections and damaged the newly applied coatings by performing high voltage testing in a negligent manner.

  Specialty Polymer Coatings is the manufacturer of the coating used on the project in question. Its representative, Charlie Mathias testified that improper use of a high voltage holiday

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

detector can damage the coating such that it creates the holidays (voids) that it is designed to detect. Mathias Deposition, p. 33, l. 11 through p. 36, l. 14 attached hereto as **Exhibit A**. Daniel Yell who was employed by Absolute and who has many years of coating experience testified that Coffman's quality assurance representative, Jerry Hardenbergh tested too frequently and that improper use of a high voltage holiday detector can cause pin holes in the coating. Daniel Yell Deposition, p. 109, l. 21 through p. 110, l. 22; p. 114, l. 15 through page 116, l. 5 attached hereto as **Exhibit B**. Michael Anderson who was a Swalling representative and who worked on Phase I of the project also testified that improper use of a holiday detector can create holidays. Michael Anderson Deposition, p. 150, l. 19 through p. 151, l. 10 attached hereto as **Exhibit C**. Finally, Mr. Schilling himself testified that Mr. Hardenbergh was over-zealous in his inspections and marking of holidays. Mark Schilling Deposition dated February 14, 2005, p. 52, l. 24 through p. 53, l. 9; Schilling Deposition dated June 5, 2006, p. 100, l. 10 through p. 107, l. 11 attached hereto as **Exhibit D**.

  Coffman has cited absolutely no authority for the proposition that a litigant cannot elicit testimony from its expert that may point to improper conduct or negligence on the part of another party to the litigation simply because it is not pursuing damages against that party. Holidays in the SPC coating is one of the main issues of this case and the jury is entitled to hear testimony about the proper use of high voltage holiday detectors in general and Mr. Hardenbergh's use of the device in particular. Therefore, Coffman's motion in this regard should be denied.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DATED this 22ND day of September, 2006 at Anchorage, Alaska.

> JERMAIN DUNNAGAN & OWENS, P.C.
> Attorneys for Defendant Forrest J. McKinley, and
> Defendant/Counter-Claimant/Third-Party Claimant
> Emerco, Inc. dba Imperial Industrial Coatings
>
> By:     /s/ Eric J. Brown
>        Eric J. Brown
>        ABA No. 9011084

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of the U.S. District Court at Anchorage, Alaska, using the CM/ECF system, which will automatically send notification of this filing (together with a copy of the actual filing) to the following interested parties:

| | |
|---|---|
| Terry R. Marston<br>MARSTON HEFFERNAN FOREMAN, PLLC<br>16880 N.E. 79th Street<br>Redmond, WA 98052 | Patrick Duffy / William Baerg<br>MONTELEONE & McCRORY, LLP<br>725 S. Figueroa Street, Suite 3200<br>Los Angeles, CA 90017-5446 |
| James B. Stoetzer<br>LANE POWELL SPEARS LUBERSKY<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101 | Peter Partnow<br>LANE POWELL SPEARS LUBERSKY<br>301 West Northern Lights Blvd., Suite 301<br>Anchorage, AK 99503 |
| Robert J. Dickson<br>ATKINSON CONWAY & GAGNON, INC.<br>420 L Street, Suite 500<br>Anchorage, AK 99501 | Mike Kreger / Jacob Nist<br>PERKINS COIE LLP<br>1029 West Third Avenue, Suite 300<br>Anchorage, AK 99501 |

I further certify that on this 22ND day of September, 2006, a copy of the foregoing document was served via U.S. First Class, postage prepaid Mail, upon the following interested party:

Paul J. Nangle
PAUL J. NANGLE & ASSOCIATES
101 Christensen Drive
Anchorage, AK 99501

DATED AND CERTIFIED this 22nd day of September, 2006.

     /s/ Eric J. Brown

8140.001/130942

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322