Online Appointments: www.BookaReporter.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL SERVICES, )
INC., an Alaskan Corporation, )
)
Plaintiff, )
)
      vs. )
)
FORREST J. MCKINLEY and "JANE DOE" )
MCKINLEY, and the marital community )    CASE NO. A-03-0199
property composed thereof d/b/a "Imperial )   Civil (RRB)
Industrial Coatings" and EMERCO, INC., a )
California Corporation d/b/a Imperial )
Industrial Coatings, )
)
Defendants. )
)
_____ )
EMERCO, INC., a California Corporation )
d/b/a Imperial Industrial Coatings, and the)
United States for the Use and Benefit of )
EMERCO, Inc., )
)
Counter-Claimant/Third Party Claimant, )
)
     vs. )
)
ABSOLUTE ENVIRONMENTAL SERVICES, )
INC., an Alaskan Corporation, et al., )
)
Cross-Defendants/Third Party Defendants. )
Vancouver, Canada
March 11, 2005

DEPOSITION UPON ORAL EXAMINATION OF CHARLES D. MATHIAS

**ADAMS & PHELPS LTD.**
**Registered Professional Reporters**

1430 - 1075 W. Georgia
Vancouver, B.C. V6E 3C9

Exhibit _____A_____
Page ___1___ of ___6___

Tel: (604) 682-6757
Fax: (604) 682-6756

*Online Appointments: www.BookaReporter.com*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL SERVICES,  )
INC., an Alaskan Corporation,     )
                                  )
                                  )
Plaintiff,                        )
                                  )
                                  )
        vs.                       )
                                  )
                                  )
FORREST J. MCKINLEY and "JANE DOE" )
MCKINLEY, and the marital community ) CASE NO. A-03-0199
property composed thereof d/b/a "Imperial ) Civil (RRB)
Industrial Coatings" and EMERCO, INC., a )
California Corporation d/b/a Imperial )
Industrial Coatings,              )
                                  )
Defendants.                       )
                                  )
_____  )
EMERCO, INC., a California Corporation )
d/b/a Imperial Industrial Coatings, and the)
United States for the Use and Benefit of )
EMERCO, Inc.,                     )
                                  )
Counter-Claimant/Third Party Claimant, )
                                  )
                                  )
        vs.                       )
                                  )
                                  )
ABSOLUTE ENVIRONMENTAL SERVICES,  )
INC., an Alaskan Corporation, et al., )
                                  )
                                  )
Cross-Defendants/Third Party Defendants. )

Vancouver, Canada
March 11, 2005

_____

DEPOSITION UPON ORAL EXAMINATION OF CHARLES D. MATHIAS

_____



## ADAMS & PHELPS LTD.
### Registered Professional Reporters

1430 - 1075 W. Georgia
Vancouver, B.C. V6E 3C9

Exhibit A
Page 2 of 6

Tel: (604) 682-6757
Fax: (604) 682-6756

1        A    It produces a voltage from the substrate to the

2             jeeing band, and as the voltage is passed it burns

3             the coating.  And it is a standard test method.

4             There is an ASTM test method for -- I have it

5             quoted here.  ASTM D-149, which specifies the

6             voltage to be used, the rate of speed as you cross

7             the paint, and the fact that you need to shut it

8             off once you're done, and how to rejeep it.  Every

9             factor of the jeeping is covered by an ASTM

10            standard.  It's a very common standard.

11       Q    Is it important that that electronic testing be

12            done in accordance with one of the specifications

13            created for that purpose?

14       A    Yes, it is.

15                 It was very important that it's done

16            correctly.

17       Q    If it's done incorrectly what can result?

18  MR. DICKSON:  Calls for speculation.  Improper hypothetical.

19                 Go ahead.

20  MR. DUFFY:

21       Q    Answer, please.

22       A    You can create holidays.  A lot of holiday

23            detecting brushes are wire brushes, and if you

24            push them backwards you can cut the coating and

25            cause jeeps and do damage to the material.  The

Exhibit A
Page 3 of 6

1      idea of the holiday test is to find voids and

2      openings in the coating, the coating or substrata.

3      And done properly it does its job, and done

4      improperly you cause problems.

5   Q  Have you ever been in any situation where the

6      holiday testing was done improperly and caused

7      problems and defects in the paint?

8   A  Yes, I have.

9         When I was working for Shaw Pipe I drove

10     to Michigan to find that the inspection company

11     was using 20,000 volts instead of two.

12  Q  And what was the result of that?

13  A  We were finding jeeps all over the pipe.  We were

14     finding anywhere from 20 to 30 jeeps per pipe, and

15     the pipe should have been jeep free.  It was just

16     due to the high voltage.  It was breaking down the

17     coating over any thin areas.

18  Q  What was the inspection company involved there?

19  A  That would have been in the mid '80s, and I don't

20     recall.

21  Q  Was there any other occasion when you observed

22     improper holiday testing to cause damage?

23  A  Yes.  Yes.

24        There's been two or three others.  None

25     come to mind right at the moment, but it's a

Exhibit A
Page 4 of 6

1          common problem.  A misreading of the spec.  A

2          mis-setting of the equipment.

3      Q    In your opinion is it a common problem in the

4          industry that an inspector doesn't perform the

5          holiday testing correctly and causes damage?

6    MR. DICKSON:  Foundation.  Ambiguous.

7    THE WITNESS:  No.  No.

8                    On a -- On a whole, they all do a very

9          good job.  It's only the odd mistake that happens.

10   MR. DUFFY:

11     Q    If the holiday testing done by Mr. Hardenbergh was

12          more -- at a rate more than 4000 volts, would that

13          be above the maximum amount permitted for the

14          test?

15   MR. DICKSON:  Foundation.  Improper hypothetical.  Not in

16          the facts.

17   THE WITNESS:  It would depend on the thickness of the

18          coating.  If he had 60 mils of coating, he could

19          use 6000 volts.  It's based on the thickness of

20          the coating.  We like to use a low number, but if

21          you were finding that the average coating is 60

22          mils thick, you could use 6000 volts.  The formula

23          is there.  It's a hundred volts per mil.  It's in

24          ASTM, and it is in CSA.  It's a standard voltage.

25          It's a standard test.

Exhibit  A
Page  5  of  6

1    Q    Why do you like -- You said you like to use a low

2         number.  Why do you like to use a low number?

3    A    Because I think that a hundred volts per mil on a

4         minimum voltage is going to find any voids, or

5         defects in the coating and do what it's supposed

6         to do, the purpose of the test.

7    Q    And if you use a low voltage then there's no

8         chance of damaging the paint due to the voltage,

9         correct?

10   A    Well, less chance of damaging the coating.  Again,

11        if you leave the voltage on and stationary.

12   Q    If you have a high voltage it's going to do more

13        damage than if you have a low voltage?

14   A    That's right.

15   Q    If the -- If Mr. Hardenbergh use the holiday

16        tester with more than a hundred volts per mil

17        thickness, then that would be above the maximum,

18        correct?

19   MR. DICKSON:  Foundation.  Improper hypothetical.

20                 Don't guess.

21   MR. DUFFY:

22   Q    Can you answer, please?

23   A    I think our specification says 125 volts is

24        permissible in some of our specs.  I think that's

25        unnecessary.  It's just personal preference.

Exhibit A
Page 6 of 6