Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL
SERVICES, INC., An Alaska
corporation,

      Plaintiff,

vs.

FORREST J. McKINLEY and "JANE
DOE" McKinley, et al.,

      Defendants.

_____

Case No A03-0199 Civil (RRB)

DEPOSITION OF MICHAEL ANDERSEN

Taken May 1, 2006
Commencing at 9:00 a.m.

Volume I - Pages 1 - 161, inclusive

Taken by the Defendant
at
LANE POWELL
301 W. Northern Lights Boulevard
Anchorage, AK  99503

Reported by: Susan J. Warnick, RPR



Exhibit C
Page 1 of 2

Page 150

1  holiday detector?
2      MR. KREGER: Objection.
3  BY MR. MARSTON:
4  Q  And can one inadvertently create holidays where no
5  holidays existed using a high voltage holiday detector?
6      MR. KREGER: Same objection. Which question you
7  want him to answer? Compound.
8      MR. MARSTON: Sue, could you read my question
9  back?
10     (Requested record read.)
11     THE WITNESS: Answer to the first question, yes.
12     MR. MARSTON: Answer to the first question is
13 yes. Okay. Now, Sue, would you ask the second question
14 again for me?
15     (Requested record read.)
16     MR. MARSTON: Let me see if I can simplify that
17 question.
18 BY MR. MARSTON:
19 Q  Is it possible to inadvertently create holidays where
20 one didn't exist, depending upon how a high voltage
21 holiday detector is used?
22 A  I have never seen it done before but, according when
23 we took -- when I took my NACE classes, that's one of the
24 things they warned us of, is that it will destroy the
25 coating and make a holiday.

Page 151

1  Q  On bents 1 and 2 of the original wharf, you prepared
2  that -- you did the weld preparation differently than you
3  did on bents 3 through 5, didn't you? If you recall.
4  A  I don't recall.
5  Q  Do you recall Mr. Hardenbergh conducting tests
6  repeatedly over areas where pinholes had been detected
7  through high voltage holiday testing and then repairs had
8  been done and yet more pinholes were said to exist after
9  he did the high voltage testing?
10 A  Yes.
11 Q  Do you have any explanation for how that could be?
12 A  No, I don't.
13 Q  Do you know whether an irregular surface profile on a
14 defective weld could create a situation where the millage
15 at high points on the weld would be less than the average
16 millage applied?
17 A  Yes. It would be the same as on a corner of a piece
18 of steel; your coating is going to drift away from any
19 outside corner.
20     Your millage is always going to be lower on a
21 peak or on an edge than right next to it. I mean,
22 literally within an eighth of an inch or a sixteenth of an
23 inch.
24 Q  Would that create a circumstance where that spot
25 would be at risk for burn-through using a high voltage

Page 152

1  holiday detector that was set for thicker millage than
2  existed at that point?
3      MR. STOETZER: Objection, foundation.
4      THE WITNESS: To my knowledge, it could.
5  Whether it would or not, I can't testify to that fact.
6      MR. MARSTON: That's a fair answer. I have no
7  further questions.
8          FURTHER EXAMINATION
9  BY MR. STOETZER:
10 Q  Do I understand that you participated in testing with
11 Jerry and the QA gentleman Art DeLong?
12 A  Yes.
13 Q  So you were present; you observed what was going on?
14     MR. OLSON: He was the QC.
15     THE WITNESS: We actually did it all together.
16 I mean, we --
17 BY MR. STOETZER:
18 Q  Correct. But the company name again --
19 A  QA Services.
20 Q  QA Services?
21 A  Yeah.
22 Q  So you were doing those things together.
23     How about the following year, when you had a new
24 in-house guy; was it a similar protocol, that you, Jerry,
25 and this new fellow would do these things together?

Page 153

1  A  Yes.
2  Q  And did you -- other than what you testified to
3  earlier, did you express concerns to Mr. Hardenbergh about
4  the testing procedure itself creating problems?
5  A  Yes.
6  Q  And if I recall, though, you testified that that was
7  addressed and there were some changes done in the
8  procedure?
9  A  Yes.
10 Q  And that was done to your satisfaction?
11 A  Yes.
12 Q  And it was done through collaboration and discussion?
13 A  Yes.
14 Q  On the spot, on the scene, as opposed to months or
15 years later?
16 A  A phone call within a day or two. So -- in fact, I
17 think Dan was involved in a couple of those decisions.
18     MR. STOETZER: Thank you.
19         FURTHER EXAMINATION
20 BY MR. MARSTON:
21 Q  Mr. Hardenbergh was aware of the problems -- pinholes
22 being generated in the vicinity of the welds?
23     MR. STOETZER: Objection, form of the question,
24 misstates the testimony.
25 BY MR. MARSTON: