IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>            Plaintiff,<br><br> v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>            Defendants. | Case No. 3:03-cv-00199-RRB<br><br>**SPECIAL VERDICT** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br> Counterclaimant/Third-Party Claimant,<br><br> v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br> Cross-defendants/Third-Party Defendants. | |

| | |
|---|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | |
| Plaintiff, | |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | |
| Defendants. | |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | |
| Counterclaim Plaintiff, | |
| v. | |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | |
| Counterclaim Defendant. | |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | |
| Third-Party Plaintiff, | |
| v. | |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | |
| Third-Party Defendant. | |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, | |
| Plaintiff/Cross-Claimant, | |
| v. | |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | |
| Third-Party Defendant. | |

## LIABILITY

1. Did Imperial breach its contract with or warranty obligations to Absolute?

        **YES** \_\_\_\_\_        **NO** \_\_\_\_\_

2. Did Absolute breach its contract with Imperial?

        **YES** \_\_\_\_\_        **NO** \_\_\_\_\_

3. Did Absolute improperly seize and exercise control over goods and property belonging to Imperial?

        **YES** \_\_\_\_\_        **NO** \_\_\_\_\_

4. Did Brechan breach its contract with Absolute?

        **YES** \_\_\_\_\_       **NO** \_\_\_\_\_

5. If your answer to Question No. 4 above is YES, was Coffman responsible in whole or in part for Brechan's breach of its contract with Absolute? (If your answer to Question No. 4 above is NO, check N/A and proceed to Question No. 6.)

        **YES** \_\_\_\_\_       **NO** \_\_\_\_\_       **N/A** _____

6. Did Coffman breach any duty which it owed to Absolute?

        **YES** \_\_\_\_\_       **NO** \_\_\_\_\_

7. If your answer to Question No. 6 above is YES, was Brechan responsible in whole or in part for Coffman's breach? (If your answer to Question No. 4 above is NO, check N/A and proceed.)

**YES** _____   **NO** _____   **N/A** _____

If none of your answers to Question Nos. 1 through 7 are YES, do not answer any further questions. The foreperson should date and sign this verdict form and notify the bailiff that you have reached a verdict. If you did answer YES to any of the above questions, please proceed to answer the questions set forth below.

**DAMAGES**

8. If your answer to Question No. 1 above is YES, was it more likely than not that Imperial's breach damaged Absolute by increasing Absolute's cost of performing its contract with Brechan?

**YES** _____   **NO** _____

If your answer to Question No. 8 is NO, proceed to Question No. 10.

9. If your answer to Question No. 8 is YES, please set forth the amount of damages, if any, you find Absolute is entitled to from Imperial for the increased cost of performing its contract?

$_____

10. If your answer to Question No. 2 above is YES, was it more likely than not that Absolute's breach damaged Imperial by increasing Imperial's cost of performing its contract with Brechan?

**YES** \_\_\_\_\_    **NO** \_\_\_\_\_

If your answer to Question No. 10 is NO, proceed to Question No. 12.

11. If your answer to Question No. 10 above is YES, please set forth the amount of damages, if any, you find Imperial is entitled to from Absolute for the increased cost of performing its contract?

$_____

12. If your answer to Question No. 2 above is YES, was it more likely than not that Absolute improperly failed to pay Imperial any amount due under its contract for work which Imperial performed?

**YES** \_\_\_\_\_    **NO** \_\_\_\_\_

If your answer to Question No. 12 is NO, proceed to Question No. 14.

13. If your answer to Question No. 12 above is YES, please set forth the amount of damages, if any, you find Imperial is entitled to from Absolute for amounts due to Imperial for work performed by Imperial.

$_____

14. If your answer to Question No. 3 above is YES, was it more likely than not that Absolute seized and exercised control over goods and property belonging to Imperial?

**YES** \_\_\_\_\_   **NO** \_\_\_\_\_

If your answer to Question No. 14 is NO, proceed to Question No. 16.

15. If your answer to Question No. 14 above is YES, please set forth the amount of damages, if any, you find Imperial is entitled to from Absolute for seizing and exercising control over goods and property belonging to Imperial.

$_____

16. If your answer to Question No. 4 above is YES, was it more likely than not that a breach of Contract by Brechan increased Absolute's cost of performing its contract with Brechan?

**YES** \_\_\_\_\_   **NO** \_\_\_\_\_

If your answer to Question No. 16 is NO, proceed to Question No. 19.

17. If your answer to Question No. 16 above is YES, please set forth the amount of damages, if any, you find Absolute is entitled to from Brechan for increased cost of performing its contract.

$_____

18.  If you entered a number other than ZERO in response to Question No. 17 above, please state the date when you find that Absolute completed performance of work under its Phase II contract.

DATE: _____

19.  If your answer to Question No. 5 above is YES **AND** if you entered some dollar amount in your answer to Question No. 17 above, was it more likely than not that Coffman is responsible in whole or in part for the amount you listed in your response to Question No. 17 above?

**YES** _____     NO _____

20.  If your answer to Question No. 19 above is YES, please set forth the percentage of the amount entered by you in response to Question No. 17 above for which Coffman is responsible to pay Brechan.

_____%

21.  If your answer to Question No. 6 above is YES, was it more likely than not that a breach of duty by Coffman caused an increase in Absolute's cost of performing Absolute's contract with Brechan?

**YES** _____     NO _____

If your answer to Question No. 21 is NO, proceed to Question No. 23.

22. If your answer to Question No. 21 above is YES, please set forth the amount of damages, if any, you find Absolute is entitled to from Coffman for increased cost of Absolute performing its contract.

$_____

23. If your answer to Question No. 6 above is YES **AND** if you entered some dollar amount in your answer to Question No. 22 above, was it more likely than not that Brechan is responsible in whole or in part for the amount you listed in your response to Question No. 22 above?

**YES _____        NO _____**

24. If your answer to Question No. 23 above is YES, please set forth the percentage of the amount entered by you in response to Question 22 above for which Brechan is responsible to pay Coffman.

____%

DATED at Anchorage, Alaska this ___ day of October, 2006.

_____
FOREPERSON