```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

ABSOLUTE ENVIRONMENTAL SERVICES INC.   vs.   MCKINLEY ET AL

BEFORE THE HONORABLE RALPH R. BEISTLINE CASE NO. 3:03-cv-00199-RRB

DEPUTY CLERK/RECORDER:         APRIL KARPER

APPEARANCES:   PLAINTIFF:      TERRY R. MARSTON - TELEPHONIC

              DEFENDANT:      ERIC BROWN
                            MICHAEL E. KREGER
                            JIM LEIK
                            PETER C. PARTNOW
                            JAMES B. STOETZER - TELEPHONIC
                            JAMES NIEMER - TELEPHONIC

PROCEEDINGS: FINAL PRETRIAL CONFERENCE HELD SEPTEMBER 21, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:05 a.m. court convened.

Court and counsel heard re punitive damages; court directed Mr. Kreger to file a motion by **September 25, 2006**.

Court and counsel heard re plaintiff's intent to file a motion to bifurcate portion of case that pertains to alter ege.

Court and counsel heard re having signs in front of counsel stating who your client is.

Court and counsel heard re defendant's oral motion to have two additional screens in the back row of the defense tables for DEPS during the trial; court instructed clerk to contact IT.

Court informed counsel that trial is currently set for October 2, 2006.

Court instructed counsel to file depositions by **September 22, 2006.**


CONTINUED ON PAGE 2


DATE:   September 21, 2006        DEPUTY CLERK'S INITIALS:     ak

```
               CONTINUATION - PAGE 2
   ABSOLUTE ENVIRONMENTAL SERVICES INC. vs. MCKINLEY ET AL
                   3:03-cv-00199-RRB
                 FINAL PRETRIAL CONFERENCE
                    September 25, 2006
```

Court and counsel heard re Mr. Kreger's oral motion for bifurcation of the claim of the penal sum of the bond with Safeco and that no mention be made of Safeco Insurance Company of America; argument heard; parties to look into reaching stipulation.

Court and counsel heard re trial procedure.

Court and counsel heard re possible stipultion re authentication of documents.

Court heard re motions in limine and daubert issue.

Court heard; Final Pretrial Conference set for **September 26, 2006 at 9:00 a.m.** Parties may participate telephonically if they make arrangements.

At 10:00 a.m. court adjourned.

DATE:   September 21, 2006      DEPUTY CLERK'S INITIALS:   ak