Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRIESES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                Defendants. | |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>    Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>    Cross-Defendants/Third-Party Defendants. | Case No. 3:03-cv-00199-RRB<br><br><br><br>**COFFMAN ENGINEERS, INC.'S SUGGESTED LIST OF INDIVIDUALS AND ENTITIES TO BE SUBMITTED TO JURY POOL** |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| |
|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>       Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>       Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>       Counterclaim Plaintiff,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>       Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>       Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC., a Washington corporation,<br><br>       Third-Party Defendant. |

    Coffman Engineer's Inc., by and through its counsel of record, Lane Powell LLC, provides attached hereto what is believed to be an alphabetical listing of all individuals, entities, and attorneys who may be involved in this litigation as a party, witness, or attorney. Coffman suggests if this list is accepted as complete that it be circulated to the jury pool prior to voire dire in order to

identify any potential juror who is likely to have personal knowledge of or involvement with any of the named individuals or entities.

DATED this 25th day of September, 2006.

<div style="margin-left:40%">

LANE POWELL LLC
Attorneys for Coffman Engineers, Inc.

By  s/ Peter C. Partnow
    Peter C. Partnow, ASBA No. 7206029
    301 W. Northern Lights Blvd., Suite 301
    Anchorage, Alaska 99503-2648
    Tel:  907-277-9511
    Fax:  907-276-2631
    Email:  PartnowP@LanePowell.com

</div>

I certify that on September 25, 2006, a copy of the foregoing was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com
James E. Niemer, niemerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow

011680.0076/156688.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

## INVOLVED INDIVIDUALS AND ENTITIES

The following is a list of the attorneys, law firms, parties, and potential witnesses in this lawsuit. Please check any of the following that you or a close relative or friend knows, works or has worked with, or you have heard of:

| NAME | HEARD OF | KNOW | WORKED FOR |
|---|---|---|---|
| Alaska Blasting and Coating | | | |
| Absolute Environmental Services, Inc. | | | |
| Alliston, Robert | | | |
| Anderson, Michael | | | |
| Armfield, Guy | | | |
| Atkinson, Conway & Gagnon, Inc. | | | |
| Baerg, William, Esq. | | | |
| Bauer, Robert A. | | | |
| Belville, Josh | | | |
| Belleville, Michael | | | |
| Boivin, Martin | | | |
| Bonney, Scott | | | |
| Brechan Enterprises, Inc. | | | |
| Brown, Andy | | | |
| Brown, Eric J., Esq. | | | |
| Brown, Mike | | | |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| NAME | HEARD OF | KNOW | WORKED FOR |
|---|---|---|---|
| Chandler, Bryant (Web) | | | |
| Coffman Engineers, Inc. | | | |
| Daily, John | | | |
| Davis, Clifford N. | | | |
| Dickson, Robert J., Esq. | | | |
| Dolbeck, Joel | | | |
| Duffy, Patrick, Esq. | | | |
| Dun, Robert, P.E. | | | |
| Elison, Jami, Esq. | | | |
| Elmore, Todd | | | |
| Emerco, Inc. | | | |
| Emery, Laura | | | |
| F and R, Inc. | | | |
| Hailey, Jeremy | | | |
| Hardenbergh, Jerry | | | |
| Hayes, Tyruck | | | |
| Holmstrom, Matt | | | |
| Houck, James | | | |
| Imperial Industrial Coatings | | | |
| Jerhling, Charles | | | |
| Jermain, Dunnagan & Owens, PC | | | |
| Johnson, Jerald | | | |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

| **NAME** | **HEARD OF** | **KNOW** | **WORKED FOR** |
|---|---|---|---|
| Kontra, George | | | |
| Kreger, Michael E., Esq. | | | |
| Lane Powell LLC | | | |
| Lawrence, Tim | | | |
| Lembke, Michael K. | | | |
| Lewis, Wade | | | |
| Local Electric, Inc. | | | |
| Locher, Steve | | | |
| Lynch, Chris | | | |
| MacLeod, Keith | | | |
| McKinley, Forrest | | | |
| Marston, Terry R. II, Esq. | | | |
| Marston Heffernan Foreman, PLLC | | | |
| Martin, Mike | | | |
| Mathias, Charles | | | |
| Monteleone & McCrory, LLP | | | |
| Mott, William | | | |
| Nangle, Paul J., Esq. | | | |
| Neimer, James, Esq. | | | |
| Nethu, Vinesh | | | |
| Nist, Jacob, Esq. | | | |
| Oliver, William | | | |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| **NAME** | **HEARD OF** | **KNOW** | **WORKED FOR** |
|---|---|---|---|
| Olson, Dave | | | |
| Pacific Rim Environmental Consultants | | | |
| Parrish, Melvin J. | | | |
| Partin, William | | | |
| Partnow, Peter, Esq. | | | |
| Pederson, Paul | | | |
| Perkins Coie LLP | | | |
| Peterson, Jason | | | |
| Piermattei, Pat | | | |
| Polar Supply | | | |
| Puett, Tom | | | |
| Radcliffe, Lawrence | | | |
| Rendon, Paul | | | |
| Repanich, Anita | | | |
| Rohner, David | | | |
| Roland, Richard R., Esq. | | | |
| Romine, Andy | | | |
| Ross, Steve | | | |
| Rulien, Donovan | | | |
| Safeco Insurance Company of America | | | |
| Schilling, Mark | | | |
| Specialty Polymer Coatings | | | |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

**List of Individuals and Entities**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**   **Page 7 of 8**

| **NAME** | **HEARD OF** | **KNOW** | **WORKED FOR** |
|---|---|---|---|
| Spencer, Tom | | | |
| Stears, Dan | | | |
| Stoetzer, James B., Esq. | | | |
| Swalling Construction | | | |
| Swalling, Mike | | | |
| Tenderella, Jason | | | |
| Vernon, Skip | | | |
| Williams, Peter | | | |
| Wilson, Margaret | | | |
| Wolfe, Jessica | | | |
| Yell, Daniel | | | |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631