## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>ABSOLUTE ENVIRONMENTAL SERVICE, INC.</u>   v.   <u>McKINLEY, et al</u>

THE HONORABLE RALPH R. BEISTLINE

D<small>EPUTY</small> C<small>LERK</small>                                                    CASE NO.   <u>3:03-cv=00199-RRB</u>

<u>CAROLYN BOLLMAN</u>

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**   DATE: September 25, 2006

   The parties shall be prepared to address, among other things, the possibility of a bifurcated trial in this matter, with the first jury addressing liability and second jury addressing damages.

[]{IA.WPD*Rev.12/96}