Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., et al.,<br><br>  Plaintiffs,<br>v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>  Defendants. | Case No. 3:03-cv-0199-rrb |

## BRECHAN ENTERPRISES, INC. AND SAFECO INSURANCE COMPANY OF AMERICA'S OBJECTIONS TO EXHIBITS

Brechan Enterprises, Inc. and Safeco Insurance Company of America, Inc. (collectively "Brechan and Safeco") hereby make their objections to the following exhibits.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

## I.    Proposed Exhibits of Absolute Environmental Services, Inc. (Docket No. 349)

Exhibit  Basis for Objection

A-5     This document offers an expert opinion without the proper foundation for doing so. Brechan and Safeco object pursuant to Evidence Rule 702 and 802.

A-6     Brechan and Safeco object pursuant to Evidence Rule 402, 403, and 802.

A-7     Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-8     Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-10    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-11    Brechan and Safeco object pursuant to Evidence Rule 802.

A-12    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-13    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-14    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-16    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-17    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-18    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-19    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-20    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-22    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-23    This exhibit is an unrelated contract between Brechan and Absolute that Absolute used to support its differing site conditions claim. Brechan and Safeco obtained summary judgment on this claim. Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-24    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

A-25    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-26    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-27    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-28    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-29    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-30    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-31    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-32    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-33    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-34    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-35    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-36    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-38    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-39    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-40    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-41    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-42    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-43    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-45    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-46    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-47    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-48    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

**ABSOLUTE v. McKINLEY, et al.**
**Case No. 3:03-cv-0199-rrb**                    - 3 -                    [38599-0012/AA062680.001]

A-49    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-51    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-52    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-53    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-54    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-58    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-59    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-60    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-61    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-63    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-64    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-65    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-67    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-68    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-70    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-71    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-72    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-80    This exhibit contains information that Coffman received from a third-party.  Brechan and Safeco object pursuant to Evidence Rule 802.

A-81    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-82    Brechan and Safeco object pursuant to Evidence Rule 802.

A-84    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

**ABSOLUTE v. McKINLEY, et al.**
**Case No. 3:03-cv-0199-rrb**                    - 4 -                    [38599-0012/AA062680.001]

A-85     Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-89     Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-90     Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-92     Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-93     This e-mail contains information Coffman obtained from an unidentified "Tim."  Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-94     This e-mail contains information Coffman obtained from an unidentified "Tim."  Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-96     Brechan and Safeco object pursuant to Evidence Rule 901, 402 and 403.

A-97     Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-98     Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-100    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-101    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-103    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-105    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-106    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-107    Brechan and Safeco object pursuant to Evidence Rule 802.

A-108    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-109    Brechan and Safeco object pursuant to Evidence Rule 802.

A-110    Brechan and Safeco object pursuant to Evidence Rule 802.

A-111    Brechan and Safeco object pursuant to Evidence Rule 802.

A-112    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

**ABSOLUTE v. McKINLEY, et al.**
**Case No. 3:03-cv-0199-rrb**          - 5 -          [38599-0012/AA062680.001]

A-113   Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-118   This is an e-mail where Brechan is relaying what third parties had orally conveyed to Brechan. Brechan and Safeco object pursuant to Evidence Rule 802.

A-119   Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-120   Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-121   Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-123   Brechan and Safeco object pursuant to Evidence Rule 802.

A-124   Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-128   Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-129   Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-130   Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-131   Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-132   Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-133   Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-134   Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-136   This document contains unidentified markings. Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-142   Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-144   Brechan and Safeco object pursuant to Evidence Rule 802.

A-145   Brechan and Safeco object pursuant to Evidence Rule 802.

A-146   Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-147   Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY, et al.
Case No. 3:03-cv-0199-rrb                - 6 -                [38599-0012/AA062680.001]

A-148    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-149    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-154    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-158    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-159    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-160    Brechan and Safeco object pursuant to Evidence Rule 802.

A-161    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-162    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-163    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-164    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-165    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-166    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-167    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-168    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-169    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-170    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-171    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-172    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-173    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-175    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-182    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-188    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

**ABSOLUTE v. McKINLEY, et al.**
**Case No. 3:03-cv-0199-rrb**                    - 7 -                    [38599-0012/AA062680.001]

A-192    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-212    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-213    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-215    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-216    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-219    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-223    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-225    Brechan and Safeco object pursuant to Evidence Rule 402, 403, 802 and 901.

A-240    Brechan and Safeco object pursuant to Evidence Rule 402, 403, 802 and 901.

A-241    Brechan and Safeco object pursuant to Evidence Rule 402, 403, 802 and 901.

A-243    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-244    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

A-247    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-271    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-275    Brechan and Safeco object pursuant to Evidence Rule 802.

A-352    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-355    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-357    Brechan and Safeco object pursuant to Evidence Rule 901, 402, 403 and 802.

A-359    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-366    Brechan and Safeco object because Absolute has not designated this

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY, et al.
Case No. 3:03-cv-0199-rrb          - 8 -          [38599-0012/AA062680.001]

deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-367    Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-379    Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-380    Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-381    Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-382    Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-383    Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-384    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-385    Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-386    Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-387    Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

**ABSOLUTE v. McKINLEY, et al.**
**Case No. 3:03-cv-0199-rrb**

[38599-0012/AA062680.001]

A-388   Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-389   Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-390   Brechan and Safeco object pursuant to Evidence Rule 402, 403, 702 and 802.

A-393   Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-394   Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-395   Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-400   This exhibit is an expert report from Absolute to establish its "business devastation" claim. Brechan and Safeco successfully moved for summary judgment on this claim. Brechan and Safeco object pursuant to Evidence Rule 402, 403, 702 and 802.

A-402   Brechan and Safeco object pursuant to Evidence Rule 402, 403, 702 and 802.

A-404   Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-405   Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-407   Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

**ABSOLUTE v. McKINLEY, et al.**
**Case No. 3:03-cv-0199-rrb**                    - 10 -                    [38599-0012/AA062680.001]

A-408   Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-409   Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-410   Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-411   Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-412   Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-413   Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-414   Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-415   Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-416   Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-417   Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

A-418   Brechan and Safeco object because Absolute has not designated this deposition testimony and deposition transcripts may not be submitted to a

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

jury pursuant to Fed. R. Civ. P. 32(c).

A-419    Brechan and Safeco object because Absolute has not designated this
deposition testimony and deposition transcripts may not be submitted to a
jury pursuant to Fed. R. Civ. P. 32(c).

A-423    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-425    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-426    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-427    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-428    Brechan and Safeco object pursuant to Evidence Rule 802.

A-430    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-436    This exhibit is a collection of two binders of documents that were selected
by Absolute as "key documents" related to this litigation.  These
documents do not have common authorship.  Some of the documents in
this collection may be admissible.  However, most are not.  Brechan and
Safeco object pursuant to Evidence Rule 402, 403, 602, 702, 802 and
1002.

A-443    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

A-448    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

## II.    Proposed Exhibits of Forrest McKinley and Emerco, Inc. (Docket No. 350)

I-10     Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

I-11     Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

I-12     Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

I-14     Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

I-54     Brechan and Safeco object pursuant to Evidence Rule 802.

I-90     Brechan and Safeco object pursuant to Evidence Rule 802.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY, et al.
Case No. 3:03-cv-0199-rrb                    - 12 -                    [38599-0012/AA062680.001]

I-97    Brechan and Safeco object pursuant to Evidence Rule 802.

I-145    Brechan and Safeco object pursuant to Evidence Rule 802.

I-151    Brechan and Safeco object pursuant to Evidence Rule 802.

I-153    Brechan and Safeco object pursuant to Evidence Rule 802.

I-157    Brechan and Safeco object pursuant to Evidence Rule 802.

I-246    Brechan and Safeco object pursuant to Evidence Rule 802.

I-461    Brechan and Safeco object pursuant to Evidence Rule 802.

I-462    Brechan and Safeco object pursuant to Evidence Rule 802.

I-463    Brechan and Safeco object pursuant to Evidence Rule 802.

I-464    Brechan and Safeco object pursuant to Evidence Rule 802.

I-465    Brechan and Safeco object pursuant to Evidence Rule 802.

I-581    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).  Brechan and Safeco further object to this exhibit pursuant to Evidence Rule 402, 403, 602, 702 and 1002.

I-582    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).  Brechan and Safeco further object to this exhibit pursuant to Evidence Rule 402, 403, 602, 702 and 1002.

I-583    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).  Brechan and Safeco further object to this exhibit pursuant to Evidence Rule 402, 403, 602, 702 and 1002.

I-584    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).  Brechan and Safeco further object to this exhibit pursuant to Evidence Rule 402, 403, 602, 702 and 1002.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

I-585    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).  Brechan and Safeco further object to this exhibit pursuant to Evidence Rule 402, 403, 602, 702 and 1002.

I-586    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).  Brechan and Safeco further object to this exhibit pursuant to Evidence Rule 402, 403, 602, 702 and 1002.

I-587    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).  Brechan and Safeco further object to this exhibit pursuant to Evidence Rule 402, 403, 602, 702 and 1002.

I-588    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).  Brechan and Safeco further object to this exhibit pursuant to Evidence Rule 402, 403, 602, 702 and 1002.

I-589    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).  Brechan and Safeco further object to this exhibit pursuant to Evidence Rule 402, 403, 602, 702 and 1002.

I-590    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).  Brechan and Safeco further object to this exhibit pursuant to Evidence Rule 402, 403, 602, 702 and 1002.

I-591    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).  Brechan and Safeco further object to this exhibit pursuant to Evidence Rule 402, 403, 602, 702 and 1002.

I-592    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).  Brechan and Safeco further object to this exhibit pursuant to Evidence Rule 402, 403, 602, 702 and 1002.

I-593    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).  Brechan and Safeco

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

**ABSOLUTE v. McKINLEY, et al.**
**Case No. 3:03-cv-0199-rrb**                 - 14 -                 [38599-0012/AA062680.001]

further object to this exhibit pursuant to Evidence Rule 402, 403, 602, 702 and 1002.

I-594   Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).  Brechan and Safeco further object to this exhibit pursuant to Evidence Rule 402, 403, 602, 702 and 1002.

## III.   Proposed Exhibits of Coffman Engineers, Inc.

C-4   Brechan and Safeco object pursuant to Evidence Rule 403, 602, 702, 802 and 1002.

C-8   Brechan and Safeco object pursuant to Evidence Rule 403, 602, 802 and 1002.

C-9   Brechan and Safeco object pursuant to Evidence Rule 402, 403, 602, 802 and 1002.

C-11   Brechan and Safeco object pursuant to Evidence Rule 403, 602, 702, 802 and 1002.

C-13   Brechan and Safeco object pursuant to Evidence Rule 403, 602, 702, 802 and 1002.

C-15   Brechan and Safeco object pursuant to Evidence Rule 403, 602, 702, 802 and 1002.

C-16   Brechan and Safeco object pursuant to Evidence Rule 403, 602, 702, 802 and 1002.

C-21   Brechan and Safeco object pursuant to Evidence Rule 403, 602, 702, 802 and 1002.

C-22   Brechan and Safeco object pursuant to Evidence Rule 403, 602, 702, 802 and 1002.

C-23   Brechan and Safeco object pursuant to Evidence Rule 403, 602, 702, 802 and 1002.

C-24   Brechan and Safeco object pursuant to Evidence Rule 403, 602, 702, 802 and 1002.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

C-25    Brechan and Safeco object pursuant to Evidence Rule 403, 602, 702, 802 and 1002.

C-26    Brechan and Safeco object pursuant to Evidence Rule 403, 602, 702, 802 and 1002.

C-32    Brechan and Safeco object pursuant to Evidence Rule 403 and 802.

C-41    Brechan and Safeco object pursuant to Evidence Rule 403 and 802.

C-43    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

C-51    Brechan and Safeco object pursuant to Evidence Rule 802.

C-52    Brechan and Safeco object pursuant to Evidence Rule 802.

C-53    Brechan and Safeco object pursuant to Evidence Rule 802.

C-56    Brechan and Safeco object pursuant to Evidence Rule 802.

C-59    Brechan and Safeco object pursuant to Evidence Rule 802.

C-111    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

C-112    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

C-113    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

C-119    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

C-120    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

C-121    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

C-122    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

C-123    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

C-124    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

C-131    Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

C-134    Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

**ABSOLUTE v. McKINLEY, et al.**
**Case No. 3:03-cv-0199-rrb**
[38599-0012/AA062680.001]

C-135   Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

C-136   Brechan and Safeco object pursuant to Evidence Rule 802.

C-137   Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

C-160   Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

C-174   Brechan and Safeco object pursuant to Evidence Rule 402, 403, 602, 702, 802 and 1002.

C-176   Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

C-206   Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

C-255   Brechan and Safeco object pursuant to Evidence Rule 403, 602, 702, 802 and 1002.

C-256   Brechan and Safeco object pursuant to Evidence Rule 403, 602, 702, 802 and 1002.

C-271   Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

C-272   Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

C-278   Brechan and Safeco object pursuant to Evidence Rule 402, 403, 602, 702, 802 and 1002.

C-281   Brechan and Safeco object pursuant to Evidence Rule 402 and 403.

C-363   Brechan and Safeco object pursuant to Evidence Rule 802.

C-364   Brechan and Safeco object pursuant to Evidence Rule 802.

C-365   Brechan and Safeco object pursuant to Evidence Rule 802.

C-366   Brechan and Safeco object pursuant to Evidence Rule 802.

C-367   Brechan and Safeco object pursuant to Evidence Rule 802.

C-380   Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

C-382   Brechan and Safeco object pursuant to Evidence Rule 402, 403 and 802.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

C-387    Brechan and Safeco object pursuant to Evidence Rule 802.

C-388    Brechan and Safeco object pursuant to Evidence Rule 802.

C-412    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

C-413    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

C-414    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

C-415    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

C-416    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

C-417    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

C-418    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

C-420    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

C-421    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

C-422    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

C-423    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

C-424    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

C-425    Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

**ABSOLUTE v. McKINLEY, et al.**
**Case No. 3:03-cv-0199-rrb**                    - 18 -                    [38599-0012/AA062680.001]

C-426   Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

C-427   Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

C-428   Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

C-429   Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

C-430   Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

C-431   Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

C-432   Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

C-433   Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

C-434   Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

C-435   Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

C-436   Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

C-437   Brechan and Safeco object because deposition transcripts may not be submitted to a jury pursuant to Fed. R. Civ. P. 32(c).

C-439   Brechan and Safeco object pursuant to Evidence Rule 403, 602, 702, 802 and 1002.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

**ABSOLUTE v. McKINLEY, et al.**
**Case No. 3:03-cv-0199-rrb**                    - 19 -                    [38599-0012/AA062680.001]

DATED at Anchorage, Alaska on September 25, 2006.

**PERKINS COIE LLP**
Attorneys for Defendant
Brechan Enterprises, Inc.


By   /s/ Michael E. Kreger
　　　　Michael E. Kreger
　　　　Alaska Bar No. 8311170
　　　　Perkins Coie LLP
　　　　1029 W. Third Avenue, Suite 300
　　　　Anchorage, Alaska  99501
　　　　(907) 279-8561
　　　　(907) 276-3108 (Facsimile)
　　　　Email:  mkreger@perkinscoie.com


I hereby certify that on September 25, 2006, the
foregoing was served electronically on Robert J.
Dickson, Peter C. Partnow, William R. Baerg, Terry
R. Marston II, James B. Stoetzer, and Eric J. Brown.

　/s/ Michael E. Kreger
　　　Michael E. Kreger

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108