Terry R. Marston, *pro hac vice*, terry@mhf-law.com
Jami K. Elison, *pro hac vice*, jamie@mhf-law.com
Jesse P. Elison, *pro hac vice*, jessee@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants. | Case No.: A03-0199CV (RRB)<br><br>**ORDER GRANTING ABSOLUTE'S MOTION FOR PARTIAL RECONSIDERATION OF ORDER NO. 339 AS TO DISMISSAL OF BUSINESS DEVASTATION CLAIM**<br><br>**[PROPOSED]** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | |

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) ) ) ) |
| 2 | |
| 3 | |
| 4 | Plaintiff, ) |
| | vs. ) |
| 5 | ) |
| | SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. ) ) |
| 6 | |
| 7 | Defendants. ) ) |
| 8 | |
| | BRECHAN ENTERPRISES, INC., an Alaska corporation, ) ) |
| 9 | |
| 10 | Counterclaim Plaintiff, ) |
| | vs. ) |
| 11 | ) |
| 12 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) ) |
| 13 | Counterclaim Defendant. ) |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska corporation, ) ) |
| 15 | |
| | Third-Party Plaintiff, ) |
| 16 | vs. ) |
| 17 | COFFMAN ENGINEERS, INC, a Washington Corporation. ) ) |
| 18 | |
| | Third-Party Defendant. ) |
| 19 | ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, ) ) |
| 20 | |
| 21 | Plaintiff/Cross-claimant, ) |
| | vs. ) |
| 22 | COFFMAN ENGINEERS, INC, a Washington Corporation. ) ) |
| 23 | |
| 24 | Third-Party Defendant. ) ) |
| 25 | |
| 26 | |

ORDER GRANTING ABSOLUTE'S MOTION FOR PARTIAL RECONSIDERATION
Case No. A03-0199CV (RRB)-- 2

THIS MATTER came before the Court on Absolute's motion for partial reconsideration of Order (Docket No. 339) as to dismissal of business devastation claim. Having entertained the memoranda, exhibits and declarations supporting and in opposition to the motion, the Court ORDERS that Absolute's motion for partial reconsideration of Order (Docket No. 339) as to dismissal of business devastation claim is GRANTED and dismissal of Absolute's business devastation claim is VACATED.

Dated this _____ day of _____, 2006.

_____
The Honorable Ralph R. Beistline
United States District Court Judge