1  Terry R. Marston, *pro hac vice,* terry@mhf-law.com
   Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
2  MARSTON HEFFERNAN FOREMAN, PLLC
   16880 N.E. 79th Street
3  Redmond, Washington 98052
   (425) 861-5700
4
   PAUL J. NANGLE & ASSOCIATES
   Kerry Building
5  101 Christensen Drive
   Anchorage, Alaska 99501
6  Telephone: (907) 274-8866

7

8  Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

                    UNITED STATES DISTRICT COURT
9                    FOR THE DISTRICT OF ALASKA

10 ABSOLUTE ENVIRONMENTAL            )
   SERVICES, INC., an Alaska Corporation,  ) Case No.: A03-0199CV (RRB)
11                                   )
            Plaintiff,               )
12     vs.                           )
                                     ) **DECLARATION OF JAMI K. ELISON IN**
13 FORREST J. MCKINLEY, an individual, ) **SUPPORT OF MOTION FOR PARTIAL**
   d/b/a "Imperial Industrial Coatings" and ) **RECONSIDERATION OF ORDER NO.**
14 EMERCO, INC., a California Corporation, ) **339 GRANTING DISMISSAL OF**
   d/b/a Imperial Industrial Coatings, BRECHAN ) **BUSINESS DEVASTATION CLAIMS**
15 ENTERPRISES, INC., an Alaska corporation; )
   and SAFECO INSURANCE COMPANY OF   )
16 AMERICA, a Washington Corporation. )
                                     )
17          Defendants.               )
   EMERCO, INC., a California corporation d/b/a)
18 Imperial Industrial Coatings, and the States for )
   Use and Benefit of EMERCO, INC.,  )
19                                   )
   Counterclaimant/Third-party Claimant, )
20                                   )
21 v.                                )
                                     )
22 ABSOLUTE ENVIRONMENTAL SERVICES)
   INC., an Alaska corporation, et al., )
23                                   )
   Cross-defendants/Third-party Defendants. )
24                                   )
   _____
25

26
        DECLARATION OF JAMI K. ELISON IN SUPPORT OF MOTION FOR PARTIAL
                              RECONSIDERATION
                       Case No. A03-0199CV (RRB)-- 1

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) ) ) ) |
| 2 | |
| 3 | |
| 4 | Plaintiff, ) ) |
| | vs. ) |
| 5 | ) |
| | SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. ) ) |
| 6 | |
| 7 | Defendants. ) ) |
| 8 | ) |
| | BRECHAN ENTERPRISES, INC., an Alaska corporation, ) ) |
| 9 | |
| 10 | Counterclaim Plaintiff, ) ) |
| | vs. ) |
| 11 | ) |
| 12 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) ) ) |
| 13 | Counterclaim Defendant. ) |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska corporation, ) ) |
| 15 | |
| 16 | Third-Party Plaintiff, ) ) |
| | vs. ) |
| 17 | COFFMAN ENGINEERS, INC, a Washington Corporation. ) ) ) |
| 18 | |
| | Third-Party Defendant. ) |
| 19 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) ) |
| 20 | |
| 21 | Plaintiff/Cross-claimant, ) ) |
| | vs. ) |
| 22 | COFFMAN ENGINEERS, INC, a Washington Corporation. ) ) ) |
| 23 | |
| 24 | Third-Party Defendant. ) ) |
| 25 | |
| 26 | |

DECLARATION OF JAMI K. ELISON IN SUPPORT OF MOTION FOR PARTIAL RECONSIDERATION
Case No. A03-0199CV (RRB)-- 2

I, Jami K. Elison, declare as follows:

1. I am an attorney for Absolute Environmental Services, Inc. ("Absolute"), plaintiff in the above captioned action. I am competent to testify and base these declarations on personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of a February 15, 2006 email from Terry R. Marston to Jake Nist and cc'd to all other counsel regarding Absolute's 2004 Profit & Loss and Income Statements.

3. Attached hereto as **Exhibit B** is a true and correct copy of a February 22, 2006 email from Kristy L. Martyn, paralegal for Absolute, to all counsel of record attaching Absolute's 2004 Balance Sheet and Profit & Loss Sheet (Bates nos. AES008653-56).

4. Attached hereto as **Exhibit C** is a true and correct copy of an excerpt from the transcript of David Olson's June 9, 2006 deposition stating the fact of business devastation.

5. Attached hereto as **Exhibit D** is a true and correct copy of an excerpt from the transcript of David Olson's June 9, 2006 deposition discussing Absolute's Profit and Loss Statements.

6. Attached hereto as **Exhibit E** is a true and correct copy of an excerpt from the transcript of David Olson's June 9, 2006 deposition discussing personal loans from David Olson to Absolute and depletion of working capital.

7. Attached hereto as **Exhibit F** is a true and correct copy of an excerpt from the transcript of David Olson's June 9, 2006 deposition discussing legal fees as a component of business losses.

8. Attached hereto as **Exhibit G** is a true and correct copy of an excerpt from the transcript of David Olson's June 9, 2006 deposition discussing other projects and the value of Absolute's equipment.

9. Attached hereto as **Exhibit H** is a true and correct copy of an excerpt from the transcript of David Olson's June 9, 2006 deposition discussing depletion of working capital and other impacts as evidence of devastation.

10. Attached hereto as **Exhibit I** is a true and correct copy of an excerpt from the transcript of David Olson's June 9, 2006 deposition discussing Absolute's inability to obtain bonds.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 25th day of September, 2006, at Redmond, Washington.

s/Jami k. Elison
JAMI K. ELISON