part of the commercial copying of the entire set.

I would request that you inform us how you wish to proceed as soon as we have the cost information to you, as the tags placed by Mr. Olson will need to be removed prior to the copying of the entire set of the documents.

On a different matter, because the deposition went so late yesterday, we did not have the opportunity to check calendars and set future depositions. I had told you I wish to complete my questioning of Mr. Olson as soon as possible. I would propose that he be available in Anchorage during the week of March 13 during time we had previously set aside. I would request some day other than March 14, as I have a mediation which was set in another matter on that date.

Regarding the availability of Dan Stears and Jerry Hardenbergh, I informed you and the other parties on Monday that they would both be out of state during the week of March 13. However, I believe they are both available for deposition here in Anchorage towards the end of the week of March 27 if we can agree upon dates at that time.

Finally, during our discussions on Monday, there appeared to be general consensus among all counsel that the deadline for expert disclosures and expert reports in the existing pretrial order is not realistic, particularly since certain important fact witnesses have not yet been deposed. If I am correct in my understanding, I suggest we circulate and submit to the court a stipulation to extend that date. I would also suggest the parties indicate their belief as to what the revised date should be. Hopefully we can come to a quick consensus on that matter.

Peter


**From:** Terry R. Marston II [mailto:terry@mhf-law.com]
**Sent:** Wednesday, February 15, 2006 10:15 AM
**To:** Jake Nist
**Cc:** Mike Kreger; Bob Dickson; Eric Brown; Bill Baerg; Partnow, Peter; Stoetzer, James
**Subject:** AES/Kodiak - Jason Peterson Deposition
**Importance:** High

Jake:

I told Dave you were thinking of noting Jason Peterson to be deposed on the 17th. He checked with Peterson to knowing he has vacation plans. Peterson will be in Costa Rica on a dive trip from the 8th to the 18th of March. He is available though on either the 30th or 31st of March (of the blocks of dates we earlier set aside).

On another issue, evidently the 2004 P&L and Income Statement had not been prepared when the earlier financial records were provided last November. We are obtaining them from Ms. Haines and anticipate emailing them to you within a day or two.

Terry

This message is private or privileged. If you are not the person for whom this message is intended, please delete it and notify me immediately, and please do not copy or send this message to anyone else.

3/1/2006

Exhibit A
Page 1 of 1