# Kristy L. Martyn

**From:** Terry R. Marston II
**Sent:** Tuesday, September 19, 2006 4:00 PM
**To:** Kristy L. Martyn
**Subject:** FW: Absolute Environmental/McKinley, et al.


-- TRM

**From:** Kristy L. Martyn
**Sent:** Wednesday, February 22, 2006 3:30 PM
**To:** 'ebrown@jdolaw.com'; 'rjd@acglaw.com'; 'Nist, Jacob (Perkins Coie)'; 'Jim Stoetzer'; 'partnowp@lanepowell.com'
**Cc:** Terry R. Marston II; 'sgreen@jdolaw.com'; 'baerg@mmlawyers.com'
**Subject:** Absolute Environmental/McKinley, et al.

Dear Counsel:

Attached is Absolute Environmental Services' recently completed 2004 Balance Sheet and Profit & Loss Sheet (Bates Nos. AES008653-AES008656). These .tif files can be opened using Windows Picture and Fax Viewer. Please let me know if you have any difficulty opening the attachment. Thank you.

*Kristy L. Martyn*
PARALEGAL
**MARSTON HEFFERNAN FOREMAN, PLLC.**
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET
REDMOND, WASHINGTON 98052-4424
PHONE: 425.861.5700 • FAX: 425.861.6969
EMAIL: kristym@mhf-law.com

# Absolute Environmental Services, Inc.
## Balance Sheet
### As of December 31, 2004

|  | Dec 31, 04 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 107019887 Northrim (AESI CHECK REGISTER) | 1,354.61 |
| 15135577 FNBA (Checking Acct. 6/26/96) | 6,628.60 |
| **Total Checking/Savings** | 7,983.21 |
| | |
| **Other Current Assets** | |
| 1200.00 · Prepaid Insurance (Prepaid Insurance) | 53,785.00 |
| 1210.00 · Deposits - Telephone | 840.00 |
| 1258.00 · Payroll Advance (Payroll Advance) | 41,006.84 |
| **Total Other Current Assets** | 95,631.84 |
| | |
| **Total Current Assets** | 103,615.05 |
| | |
| **Fixed Assets** | |
| 1256.00 · L/H Improvements (L/H Improvements) | 49,165.63 |
| 1430.00 · Office Equipment Purchase (Office Equipment Purchase) | 57,407.00 |
| 1450.00 · Equipment (Equipment) | 782,160.51 |
| 1460.00 · Accumulated Depreciation Other (Accum. Depr. Other) | -468,683.00 |
| 1500.00 · Vehicles (Vehicles) | 194,017.00 |
| **Total Fixed Assets** | 614,067.14 |
| | |
| **Other Assets** | |
| 1212 · Deposit - Center Capital | 2,684.52 |
| **Total Other Assets** | 2,684.52 |
| | |
| **TOTAL ASSETS** | 720,366.71 |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 179,589.78 |
| **Total Accounts Payable** | 179,589.78 |
| | |
| **Other Current Liabilities** | |
| 1355 · Due to/from SAD Leasing | 112,868.73 |
| 2060 · Accrued Losses on Contract | 2,600.00 |
| 2100 · Payroll Liabilities | 383,284.62 |
| 2210.00 · LOC/Note Payable FNBA (Ongoing Note Payable to FNBA) | 165,525.73 |
| **Total Other Current Liabilities** | 664,279.08 |
| | |
| **Total Current Liabilities** | 843,868.86 |
| | |
| **Long Term Liabilities** | |
| 2104 · Note Payable - NLB (Center Capi | 54,355.28 |
| 2201 · Notes Payable - FMCC (2003 Truck Loans) | 54,315.84 |
| 2202 · Note Payable CIT 90093187 | 82,139.83 |
| 2203 · Note Payable - CIT 90090616 | 41,082.62 |

Exhibit B
Page 2 of 5

AES008653

# Absolute Environmental Services, Inc.
## Balance Sheet
### As of December 31, 2004

|  | Dec 31, 04 |
|---|---:|
| 2204 · NP - Citi Capital | 85,047.53 |
| **Total Long Term Liabilities** | 316,941.10 |
| **Total Liabilities** | 1,160,809.96 |
| **Equity** | |
| Retained Earnings | -358,919.87 |
| 2500.00 · Additional Paid In Capital (Notes Payable D Olson) | 979,079.52 |
| 3010.00 · Treasury Stock | -700.00 |
| 3100.00 · Common Stock (Common Stock) | 500.00 |
| Net Income | -1,060,402.90 |
| **Total Equity** | -440,443.25 |
| **TOTAL LIABILITIES & EQUITY** | 720,366.71 |

# Absolute Environmental Services, Inc.
## Profit & Loss
### January through December 2004

| | Jan - Dec 04 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000.00 · Job Revenue (Job Revenue) | 2,258,309.99 |
| 4005 · Income from Equipment Rental | 21,000.00 |
| 4012.00 · Materials Refund. (Returned materials.) | 0.00 |
| 4020 · Gain/Loss on sale | 13,000.00 |
| 4100.00 · Interest Income (Interest Income) | 39.00 |
| 4999.00 · Other Income | 0.00 |
| 9999.00 · Misc Revenue (Misc. Revenue) | 0.00 |
| **Total Income** | **2,292,348.99** |
| | |
| **Expense** | |
| 5000.00 · Job Cost Payroll Expenses | 1,146,522.29 |
| 5001 · Job Materials | 115,390.62 |
| 5002 · Job Travel | 91,248.70 |
| 5003 · Job Equipment Expense | 4,991.79 |
| 5004 · Subcontract | 230,921.05 |
| 5005 · Other Job Expense | 4,868.64 |
| 5100.00 · Job Cost Equip Rental (J/C EQUIP RENTAL) | 215,438.55 |
| 5150.00 · Job Cost Equip Purchase (>$100) (J/C EQUIP PURCH (>$100)) | 36.30 |
| 5300.00 · Job Cost - Materials (J/C Materials) | 184,999.91 |
| 5350.00 · Job Cost Disposal of Materials (J/C Disposal Materials) | 24,616.72 |
| 5375.00 · Job Cost Freight Expense (J/C Freight Expense) | 62,778.19 |
| 5400.00 · Job Cost Prof Svcs - Air Monito (J/C Prof Svc - Air Monito) | 162,886.59 |
| 5450.00 · Job Cost Prof Svc - Consulting (J/C Prof Svc - Consulting) | 2,482.43 |
| 5475.00 · Job Cost Prof Svcs - Sand Blast (J/C Prof Svc - Sand Blast) | 0.00 |
| 5500.00 · Job Cost Field Office Expense (J/C Field Office Expenses) | 662.17 |
| 5510.00 · Job Cost Travel (J/C Travel) | 1,353.53 |
| 5515.00 · Job Cost Lodging - Employees (J/C Lodging) | 49,986.25 |
| 5520.00 · Job Cost Meals - Employees (J/C Meals) | 328.56 |
| 5525.00 · Job Cost Entertainment Expense (J/C Entertainment Exp) | 490.98 |
| 5530.55 · Job Cost Insur - Gen Liability (J/C Insurance - Liability) | 47,273.14 |
| 5540.00 · Job Cost Fuel/Milage/Repair Exp (J/C Fuel/Mileage Expenses) | 22,981.22 |
| 5560.00 · Job Cost Per Diem - Employees (J/C Per Diem - Employees) | 21,630.00 |
| 6150.00 · Payroll Tax Expense (Payroll Tax Expense) | 178,092.84 |
| 6200.00 · Materials (Materials) | 1,533.96 |
| 6250.00 · Freight (Freight) | 9,943.91 |
| 6300.00 · Professional Services (Professional Services) | 92,678.71 |
| 6308.55 · Overhead Insurance - Liability (O/H Insurance - Liability) | 76,469.98 |
| 6308.56 · Overhead Insurance - Work Comp (O/H Insurance - W/C) | 170,261.65 |
| 6308.61 · O/H Ins - Health | 32,330.85 |
| 6310.00 · Equipment Rental (Equipment Rental) | 26,434.52 |
| 6400.00 · Bid Travel Expense (Bid Travel Expense) | 1,532.81 |
| 6405.00 · Bid General Expenses (Bid General Expenses) | 20,025.00 |
| 6500.00 · General Travel Expense (General Travel Expense) | 6,104.84 |
| 6510.00 · General Meals Expense (General Meals Expense) | 2,338.38 |
| 6520.00 · General Entertainment Expense (General Entertainment Exp) | 7,339.23 |
| 6530.00 · General Lodging Expense (General Lodging Expense) | 438.62 |
| 6610.00 · Maintenance/Parts Auto (Maint/Parts Auto) | 5,961.23 |
| 6620.00 · Maintenance & Parts Non-Auto (Maint/Parts Non-Auto) | 4,206.26 |
| 6650.00 · Fuel/Milage (Fuel / Mileage) | 5,413.66 |



Exhibit B
Page 4 of 5

AES008655

# Absolute Environmental Services, Inc.
## Profit & Loss
### January through December 2004

| | Jan - Dec 04 |
|---|---:|
| 6675.00 · Taxes/Licenses (Taxes/Licenses) | 7,703.15 |
| 6680.00 · Permits/Fees (Permits / Fees) | 2,130.00 |
| 6710.00 · Phone/Local Charges (Phone/Local Charges) | 8.42 |
| 6720.00 · Phone/Cellular (Phone/Cellular) | 19,213.80 |
| 6730.00 · Phone/Long Distance (Phone/Long Distance) | 5,100.95 |
| 6740.00 · Electric (Electric) | 797.88 |
| 6750.00 · Natural Gas (Natural Gas) | 1,293.48 |
| 6760.00 · Refuse (Refuse) | 2,727.17 |
| 6770.00 · Rent (Rent) | 28,520.00 |
| 6800 · Life Insurance - Officer | 1,957.03 |
| 6810.00 · Office Expense (Office Expense) | 20,530.72 |
| 6815.00 · Shop Expense (Shop Expense) | 1,509.30 |
| 6820.00 · Postage (Postage) | 253.11 |
| 6830.00 · Printing/Reproduction (Printing/Reproduction) | 4,101.06 |
| 6840.00 · Advertising/Marketing (Advertising/Marketing) | 744.45 |
| 6850.00 · Dues/Subscriptions (Dues/Subscriptions) | 481.96 |
| 6860.00 · Plans/Specifications (Plans/Specifications) | 2,451.09 |
| 6870.00 · Bank Fees (Bank Fees) | 902.95 |
| 6871.00 · Interest Expense (Interest Expense) | 45,133.61 |
| 6873.00 · Depreciation (Depreciation) | 152,588.00 |
| 6875.00 · Employee Physicals (Employee Physicals) | 6,876.77 |
| 6876.00 · Training (Training) | 7,634.50 |
| 6879.00 · Charity Donations (Charity Donations) | 2,911.00 |
| 6880.00 · Small Tools less than $100.00 (Small Tools (<100.00)) | 947.71 |
| 6885.00 · Equipment Purchase Over $1,000 (Equip Purch Over 1000.00) | 2,110.00 |
| 6900.00 · Misc. (Misc.) | 1,103.34 |
| 6905.00 · Nondeductible Penalties | 26.36 |
| **Total Expense** | 3,352,751.89 |
| **Net Ordinary Income** | -1,060,402.90 |
| **Net Income** | -1,060,402.90 |