Page 62

1  Q. So other than legal fees and the work on the
2  cargo wharf, what other problems did Absolute encounter
3  in 2004 that contributed to this million dollar loss?
4      MR. MARSTON: Objection. Assumes facts not in
5  evidence.
6      THE WITNESS: You're stating problems. I
7  wouldn't characterize them as problems. Looking at my
8  revenues here -- you know, our total revenues for the
9  year is $2,258,000. If you refer to the financial
10 statement of 2003, even though we had cut our overhead
11 between 2002 and 2003, overhead, GNA, was still $900,000.
12     We talked earlier about Todd Elmore, just
13 ongoing operations, the contract revenues couldn't
14 support the overhead, so cuts were made in the form of
15 the personnel and wages and things of that nature.
16     So those would contribute to the loss, which I
17 wouldn't construe, as I said before, as a problem.
18 BY MR. NIST:
19  Q. You don't consider an over million dollar loss
20 for a year to be a problem?
21     MR. MARSTON: Objection. Mischaracterizes the
22 witness' testimony. You asked him what problems
23 contributed to that loss. He didn't deny that that was a
24 loss.
25     THE WITNESS: A million dollar loss is a

Page 63

1  problem. I don't deny that. But as counsel stated, you
2  referred to problems that contributed to the million
3  dollars. You didn't talk about the million dollars being
4  the problem itself. A million dollar loss is a problem.
5  BY MR. NIST:
6   Q. All right. And you mentioned overhead. Was
7  overhead one of Absolute Environmental Services problems
8  in 2004?
9   A. It was not a problem.
10  Q. Okay.
11  A. It was a cost of doing business, but it was not
12 a problem. It was -- well, as I said before, we had to
13 let Mr. Elmore go, given the amount of money I was paying
14 him per year to be the general manager of Absolute, I
15 simply couldn't afford him anymore. So I saved within
16 120,000 plus comp, plus medical, plus employer
17 contributions of all in -- probably saved 150 grand
18 there.
19  Q. Mr. Elmore was paid over $120,000?
20  A. No. He was paid 120,000 a year.
21  Q. What about Mr. Peterson? What is he being paid
22 a year?
23  A. I believe he's 100,000 a year.
24  Q. Currently?
25  A. Yeah.

Page 64

1   Q. What about in 2004?
2   A. I believe 90, 100. Somewhere in there. I laid
3  some people off, too.
4   Q. Who are those?
5   A. Well, I cut my wages.
6   Q. To what?
7   A. I don't know, but less than what I was making
8  before. And my wife's wages were eliminated. And we had
9  somebody leave us to move out of state. We didn't
10 replace them.
11  Q. Who was that?
12  A. It was secretarial. Martha Silos (phonetic) I
13 believe. She left in 2004 to move to Utah. And I let my
14 shopman go, I believe in 2004. I can't remember.
15  Q. What was your shopman's name?
16  A. Robert McDonald.
17  Q. Was he replaced?
18  A. He was replaced. He was a salaried employee.
19 And he was replaced by an hourly person essentially, on
20 an as-needed basis. Rather than having a full-time
21 position it became a part-time position.
22  Q. If you can -- will you explain to me how
23 Absolute's losses on the cargo wharf project impacted
24 Absolute's financial position?
25     MR. MARSTON: Its financial position or its

Page 65

1  operating ability? Objection. Vague?
2  BY MR. NIST:
3   Q. Can you answer?
4   A. Sure. Can you repeat the question?
5   Q. How did Absolute's losses on the cargo wharf
6  project impact Absolute's, say future business?
7   A. It devastated it.
8   Q. How?
9   A. By taking all of its working capital away, by
10 impacting its ability to bond jobs, by wiping out its
11 credit lines, by making it unable to pay its bills, by
12 wiping out any momentum it had, by making it sell assets,
13 by making it have to borrow money from its sole
14 shareholder to make ends meet to be sitting here today.
15 By -- devastated in a bunch of negative ways.
16  Q. You say it took -- it took Absolute's working
17 capital away. We'll go through each one of these. When
18 did -- and let's just make sure I got the list complete.
19 You've got --
20  A. I don't mean to interrupt you. That's not
21 necessarily a complete list.
22  Q. Okay. I mean I want to have it as completely
23 as possible. So one, we've got a lack of working
24 capital; two, a lack of bonding capacity; three, an
25 inability to pay its bills; four, Absolute had to sell