**Page 54**

1   It's in the thousands of dollars. I know that.
2   Q.  Does Absolute Environmental Services create
3   profit and loss statements for its contracts, whether
4   completed or in progress?
5       MR. MARSTON: Individual contracts?
6       MR. NIST: Yes.
7       THE WITNESS: Absolute is in the habit of
8   creating profit and loss statements to a certain degree
9   on projects, yes.
10  BY MR. NIST:
11  Q.  We've requested the profit and loss statements
12  for Absolute Environmental Services services for 2004 and
13  I believe 2005. And your attorney's paralegal indicated
14  that she hasn't seen them yet. Have they been completed?
15  A.  I don't know if they have. I put the request
16  in to the bookkeeper. But you asked -- no.
17      (Exhibit 3 marked.)
18  BY MR. NIST:
19  Q.  Mr. Olson, you've been handed what's been
20  marked as Exhibit 3. Do you recognize this document?
21  A.  I do.
22  Q.  And what is this document?
23  A.  This is an internal profit and loss and balance
24  sheet put together by Absolute's bookkeeper and forwarded
25  to Absolute's counsel so it could be provided to you.

**Page 55**

1   Q.  And who is Absolute's bookkeeper?
2   A.  Donny Haines.
3   Q.  Okay. I'm going to direct your attention to
4   the last page. Are you with me?
5   A.  I'm at the last page.
6   Q.  And it looks like Absolute Environmental
7   Services had a net loss of $1,060,000 or a little above
8   that; is that correct?
9       MR. MARSTON: Objection. Document speaks for
10  itself.
11      THE WITNESS: The net income as shown here is a
12  negative $1,060,402.90.
13  BY MR. NIST:
14  Q.  Do you know if that's true or not?
15      MR. MARSTON: Objection. Lack of foundation.
16      THE WITNESS: I would have to get with Donny.
17  I didn't prepare the document.
18  BY MR. NIST:
19  Q.  Do you have any basis to disagree with that
20  number?
21  A.  Sitting here today, I don't have any reason to
22  doubt Donny Haines' numbers.
23  Q.  Which projects was Absolute Environmental
24  Services working on in 2004? List them, if you will.
25  A.  I can't list them. I just can't --

**Page 56**

1   Q.  Can you list the larger contracts?
2       MR. MARSTON: Let him finish the answer.
3       THE WITNESS: I can't remember the projects we
4   did from 2004 without looking at the records.
5   BY MR. NIST:
6   Q.  Can you list any of them?
7       MR. MARSTON: Objection.
8       THE WITNESS: No, no, I can't.
9   BY MR. NIST:
10  Q.  You can't list a single project that Absolute
11  Environmental Services worked on in 2004?
12  A.  We did do -- I believe we did a couple of
13  projects for your client. I can't remember how many we
14  did or what the names of them were. I'm pretty sure we
15  did a couple of projects for your client.
16  Q.  What did these projects include?
17      MR. MARSTON: You mean for your client?
18      THE WITNESS: I don't know exactly.
19      MR. MARSTON: Objection. Vague.
20      THE WITNESS: It wouldn't be hard to get a job
21  list for 2004.
22  BY MR. NIST:
23  Q.  Do you remember whether projects that Absolute
24  Environmental Services worked on in 2004 were profitable
25  or not?

**Page 57**

1   A.  Without looking at each job I -- were any of
2   them profitable, or any of them, or all of them?
3   Q.  Were any of them profitable?
4   A.  Oh, I'm sure some of them were profitable.
5   Q.  Okay. Do you know which ones?
6   A.  No.
7   Q.  The general description of the work, even if
8   you don't remember the exact contract name?
9   A.  Not sitting here right this minute, no.
10  Q.  Do you remember what problems Absolute
11  Environmental Services encountered in 2004 to attribute
12  to this $1.06 million loss?
13  A.  I just remember a job.
14  Q.  Okay. And what was the job?
15  A.  It was the rest of the cargo pier. Gee, that
16  one, by the way, would answer your question. That one
17  would have contributed handily to the losses in 2004.
18  Q.  And would the amount of Absolute's loss be
19  included in Mr. Lembke's report for 2004?
20  A.  The loss we suffered on the cargo wharf?
21  Q.  Correct.
22  A.  In 2004, would that be in Mr. Lembke's report?
23  Q.  Yes.
24  A.  Oh, yeah.
25  Q.  So other than the cargo wharf project, can you