Page 210

1  A  My gross profit?
2  Q  Correct.
3  A  Is that what you are saying? My gross profit?
4  Q  Yes.
5  A  Yes.
6  Q  And that's about three times as much as you made in
7  the prior year, correct?
8  A  That's correct.
9  Q  And this gross profit would be inclusive of the loss
10 that Absolute reports on the cargo wharf project, correct?
11     MR. MARSTON: Objection. Vague as to what year.
12     THE WITNESS: I'd like to mention the sales were
13 almost twice as much in 2003 as in 2002. So you're
14 looking at the -- a little bubble there and that should be
15 taken in perspective.
16 BY MR. KREGER:
17 Q  So sales went up in 2003?
18 A  Sales were up in 2003.
19 Q  And your profit was up by about three times from 2002
20 to 2003, correct?
21 A  Correct.
22 Q  So help me to understand how there was impact on
23 Absolute's overall business from its experience on the
24 cargo wharf project.
25 A  Well, you would be looking at the gross profit there

Page 211

1  of $1,416,870. And you go down to general administrative
2  expenses of $965,585, which leaves you income from
3  operations of $451,285.
4      And you compare that back to the job cost
5  schedule. And we lost $745,526, and that would be in
6  accrued cash, and the money we lost on your project would
7  be greater than my income for the year.
8  Q  Well, the prior year you had a net loss of $809,463,
9  right?
10 A  Yes.
11 Q  And in this year, which -- 2003, in which this
12 project was performed, you had -- instead of a loss of
13 800,000, you had income of 451,000, right?
14 A  Uh-huh.
15     MR. MARSTON: Objection. Assumes facts not in
16 evidence.
17 BY MR. KREGER:
18 Q  Isn't that correct, Mr. Olson, according --
19 A  We're looking at income from operations on page five,
20 yes. Those two numbers are correct.
21 Q  Tell me, as carefully as you can, in what ways
22 Absolute's business was impacted by the financial
23 experience it had on this project in 2003. "This project"
24 being the cargo wharf project.
25 A  Tell you, as carefully as I can, what impact this

Page 212

1  project had on my company?
2     MR. MARSTON: He's limiting it to 2003.
3     THE WITNESS: In 2003?
4     This project took, between cash and accrued
5  expenses, $700,000 out of my pocket, plus, in 2003. And
6  that impacted my cash flow, to say the least, and working
7  capital that I had available to me.
8  BY MR. KREGER:
9  Q  But this was a project in which -- which occurred in
10 a year in which you had almost double the gross sales that
11 you had the year before, correct?
12 A  Yes.
13 Q  And this was a project that occurred in a year in
14 which, at the bottom line, you had $1,500,000 in profit
15 from other projects, net profit?
16 A  Gross profit.
17 Q  Gross profit. All projects combined, you had a --
18 A  Before GNA.
19 Q  You had a gross profit, before GNA, of about $1.5
20 million on revenues from projects, correct?
21 A  $1,416,870, yes.
22 Q  How did your inventory of work change, if it changed,
23 in 2004 from your inventory of work in 2003?
24 A  I don't know without my 2004 statement in front of
25 me.

Page 213

1  Q  Well, you testified at the beginning of the day that
2  you hadn't done a 2004 statement.
3  A  Not a reviewed.
4     You asked me if I'd done a reviewed.
5  Q  Have you done an unreviewed statement?
6  A  In house? Yes.
7     MR. KREGER: Jake, would you add that to the
8  list of documents we're going to ask. And I think there's
9  a continuing duty to supplement.
10    MR. MARSTON: My legal assistant has told me
11 that we have sent you everything. So you might want to
12 double-check, Jake, make sure it's not there.
13    MR. KREGER: I'll represent to you, Terry, that
14 we don't have a 2004 reviewed or unreviewed financial
15 statement.
16    MR. MARSTON: Well, I'll check on it. But if
17 you'd check on it too, that'd be --
18    MR. KREGER: I'll be --
19    MR. BROWN: And while we're on the subject,
20 there's been several documents given to us today that we
21 have not been given, including this one. I'll talk to
22 you, Jake, about that.
23    MR. KREGER: Okay. We've got five minutes on
24 this tape. Let's take a break and then we'll -- I'll be
25 done and the next guy can start.