## Page 58

1 identify any other projects that you had problems on in
2 2004?
3     MR. MARSTON: Any problems in the broadest
4 sense, like payment problems?
5     THE WITNESS: What kind of problems? Like --
6 well, yeah I referred to a couple of problems earlier
7 today as -- I think some jobs were made less than
8 profitable as a result of your client back charging me
9 for outstanding Coffman invoices on 2000 -- that carried
10 over from 2003 into 2004.
11 BY MR. NIST:
12    Q.   And which projects were those?
13    A.   I think we had a job at a barracks, now that I
14 think of it, is one. Other jobs we did for Brechan.
15 Yeah, we did do the bunker project. I don't know which
16 project specifically the monies were held out of. I want
17 to say -- I believe it's included in Mr. Lembke's report.
18 BY MR. NIST:
19    Q.   Do you remember how much money was back charged
20 to Absolute Environmental Services as a result of the
21 cargo wharf project -- rough order of magnitude?
22    A.   Tens of thousands of dollars.
23    Q.   Okay. What do you attribute the back charges
24 in the tens of thousands of dollars with relation to the
25 cargo wharf project. What do you attribute the over

## Page 59

1 million dollar loss to in 2004?
2     MR. MARSTON: Objection. Assumes facts not in
3 evidence that -- wait a minute. Can you read that
4 question back?
5     (Read into the record.)
6     MR. MARSTON: Objection. Compound and
7 completely confusing.
8 BY MR. NIST:
9    Q.   Let me rephrase that. With the exception of
10 the tens of thousands of dollars back charged on the
11 cargo wharf projects, what do you attribute the over
12 million dollar loss to in 2004?
13    A.   I can't give you the level of specificity, the
14 totality of the million dollars, but I can tell you some
15 things that contributed to it.
16    Q.   Why don't you do that.
17    A.   One would be continuing to perform work on the
18 cargo pier, as far as all of the repair work that -- not
19 all of -- the repair work we had to perform --
20    Q.   This was --
21    A.   -- on Phase 2 of the cargo pier, and the
22 warranty work, without having an income stream that was
23 commensurate with the outlay of money, in the form of
24 labor and materials, shipping costs and housing.
25    Q.   Let me stop you right there.

## Page 60

1    A.   One other thing, if I could finish my answer --
2    Q.   Okay.
3    A.   -- would be legal fees were a cost that
4 would -- there wasn't an income stream that would --
5 well, it was an outlay of money without income coming in
6 to offset it. Those are two things that would contribute
7 to the $1 million loss that year.
8    Q.   In relation to the cargo pier -- as I
9 understand it, Absolute requested an equitable -- or had
10 a request for equitable adjustment for 84 calendar
11 days -- like November of 2003 for the project; is that
12 correct?
13    A.   I believe it was. I don't have the request,
14 REA in front of me, but -- to allow for substantial
15 completion, which I believe we achieved in -- sometime in
16 November of 2003. So we were, I believe requesting that.
17     MR. MARSTON: You were asking about the back
18 charges. Mike Kreger gave me a list of these back
19 changes yesterday if you want to refer to those. That
20 might assist your question.
21     MR. NIST: I appreciate it. At some point we
22 may take a break and do that.
23     MR. MARSTON: Okay.
24     THE WITNESS: And I remember some other things
25 that would contribute to the loss, too.

## Page 61

1 BY MR. NIST:
2    Q.   Okay. You mentioned legal fees contributing to
3 the loss. How much money in legal fees, if you know, has
4 Absolute paid?
5    A.   To date or as of -- in 2004?
6    Q.   In 2004.
7    A.   I don't know right off the top of my head, but
8 I could certainly find that out for you.
9    Q.   Were most of Absolute Environmental Services
10 legal fees incurred in connection with this litigation?
11    A.   In 2004, I believe all or very close to all.
12    Q.   Since this litigation has started, how much has
13 Absolute Environmental Services paid in litigation --
14 legal fees in connection with this litigation?
15     MR. MARSTON: You just want to make him feel
16 bad, don't you?
17     THE WITNESS: It's in the hundreds of thousands
18 of dollars. I don't know exactly.
19 BY MR. NIST:
20    Q.   Between 200,000 or 300,000?
21    A.   No.
22    Q.   Above that?
23    A.   Uh-huh.
24    Q.   Okay.
25    A.   Yes. I'll answer audibly on that one.