Page 70

1　A.　The one I was referring to earlier, where I had
2　a problem with the financing so that they get paid off,
3　and I don't have that debt service any longer. You guys
4　in the market?
5　Q.　Stay focused.
6　A.　I'm focused.
7　Q.　The heavy concrete work, how much dollar volume
8　has Absolute historically done doing heavy concrete
9　demolition work?
10　A.　We did two projects where that unit was
11　necessary. If we can refer to the financial statement
12　here as Exhibit Number 2, and that would be the Nike
13　project and my Nike site and then Peter B and Mike C.
14　And then the St. Lawrence, White Alice site project. So
15　historically that year, the kind of profits or revenues,
16　those two jobs combined in 2003 were worth $2 million to
17　me of the 5 point -- whatever we did that year.
18　Q.　Absolute ever -- and what does it cost to rent
19　this piece of equipment?
20　A.　It's not available for rent. It's too
21　expensive to have around for rental companies.
22　Q.　And what's the -- you say -- what is this
23　excavator and universal processor? What is the value of
24　one of those, or the value of the one that Absolute had?
25　　　MR. MARSTON: Those are two different pieces.

Page 71

1　So are you asking about the combined value?
2　　　MR. NIST: Yes.
3　　　THE WITNESS: Combined purchase price for both
4　units --
5　BY MR. NIST:
6　Q.　If you like, you can give me separately what
7　they're worth.
8　A.　I paid $135,000 for the excavator and I paid --
9　with all the installation and freight and so forth, I
10　think I had $125,000 in the attachment.
11　Q.　That's the processor?
12　A.　Which now bills somewhere in the vicinity of
13　$160,000.
14　Q.　You said that Absolute sold some pickup trucks?
15　A.　Yeah.
16　Q.　What's the -- can you describe how a lack of
17　pickup trucks impacted Absolute's business?
18　A.　It lacked -- or it impacted our ability to have
19　owned equipment where -- for manning up a project and
20　having crew transportation. As you well know, Alaska is
21　not connected by a lot of roads. Kodiak, for example,
22　we would have to have vehicles all over. The cost of
23　renting a vehicle in most locations that are not
24　connected by a road are substantially more than owning a
25　vehicle. The costs associated with renting are

Page 72

1　substantially more than owning, and especially on a
2　project of any length of time. And that would affect our
3　ability to be competitive on a particular project or
4　just -- it would -- it would keep us from being able to
5　be in X number of places at any given time -- more places
6　at any given time without renting vehicles.
7　Q.　All right. And this mass abrasive recycle
8　system, the mass unit --
9　A.　Mobile. MARS unit.
10　Q.　MARS. I'm sorry. How did that impact
11　Absolute's ability to perform future work?
12　A.　I don't know how much -- the unit I paid 70
13　grand for and liquidated it for 25,000. And it was used
14　for blasting coating off of -- using steel grit blasting
15　coatings off of steel substrates primarily.
16　　　MR. MARSTON: Let me jump in for just a second.
17　I walked out without my watch this morning, so I don't
18　know how long we've been going. But I was wondering, if
19　the two of you have reached an accomodation -- whether
20　Peter is going to ask any questions or whether the two of
21　you have reached an accomodation about how much time
22　you're each going to consume?
23　　　MR. NIST: Well, I have 11:05. I don't think
24　we have any kind of expressed agreement. Peter will stop
25　me though.

Page 73

1　　　MR. PARTNOW: I have an hour of time. That's
2　what the judge said.
3　　　MR. MARSTON: The judge said you have an hour?
4　　　MR. PARTNOW: Yeah.
5　　　MR. MARSTON: Okay. Well, I think you better
6　shift over then because the judge said that we had three
7　hours.
8　　　MR. NIST: I think the judge said that I had
9　three hours, but that's neither here nor there.
10　　　MR. MARSTON: That's not my recollection.
11　　　MR. NIST: Well, I understand that's your
12　position.
13　　　Peter, I mean, I've just got -- let me ask --
14　　　MR. PARTNOW: Let's go off record. I can tell
15　you how much time we've consumed so far.
16　　　MR. MARSTON: Okay.
17　　　(Off record.)
18　　　MR. NIST: On record without a witness.
19　　　MR. PUETT: We've been on record 102 minutes.
20　　　MR. MARSTON: Sounds like you've got another 18
21　minutes then.
22　　　MR. NIST: How do you figure?
23　　　MR. MARSTON: He says you've been on 102
24　minutes, three hours is 180 minutes, so -- well, no. You
25　have 18 before you have to cede to him for his hour, is