Page 66

1  some assets; five, it had to -- Absolute had to borrow
2  money?
3     A.   From its sole shareholder.
4     Q.   And that's from you?
5     A.   Yes.  I just wanted you to complete that
6  statement is all.
7     Q.   All right.  The lack of working capital, how
8  did that impact Absolute's business?
9     A.   When you extract the sum of cash -- I had
10 Mr. Lembke's report.  I have a dollar amount.  Let's just
11 give you a hypothetical of a million dollars and the
12 company only does $2.2 million in the following year.
13 That's almost 50 percent of the -- in a working capital,
14 it's 50 percent of the revenues that are there.  It
15 severely impacted Absolute's ability to conduct its
16 business by not having that million dollars in capital
17 available to it.
18    Q.   And how did it impact Absolute's ability to do
19 business?
20    A.   It forced Absolute to make decisions to acquire
21 new equipment, to -- it couldn't acquire new equipment,
22 couldn't take on the volume of work because we had to
23 manage cash flow in such a careful manner.  A number of
24 ways.  I just -- it's a lot of money to have taken out
25 for any contractor, let alone a subcontractor.

Page 67

1     Q.   So we mentioned new equipment.  And it couldn't
2  take on the same volume of work.  Is there any other way
3  that a lack of working capital affected Absolute's
4  business?
5     A.   I'm sure there are.
6     Q.   Sitting here today can you think of any?
7     A.   I said it prohibited us from buying any
8  equipment.  Lack of capital, it forced us to sell
9  equipment.  There's another one, to go on.  What the lack
10 of capital does to a company.  And even one other thing
11 that it hurts, lack of capital, lack of money in the
12 bank, it doesn't exactly instill confidence in any
13 bonding companies that we have the ability to complete
14 work.  They make a determination that we don't have the
15 cash on hand to complete work, make your banker -- cause
16 your banker to have doubt in you, whereby he won't loan
17 you any more money.
18    Q.   Are you finished?
19    A.   With what I can remember at this particular
20 moment in time, that's all I can -- I'm sure I'm not, but
21 it's as much as I'm going to say on the matter at this
22 moment in time.
23    Q.   You mentioned selling equipment.  What
24 equipment did Absolute sell?
25    A.   Pickups, excavator, universal processor.

Page 68

1     Q.   What's a universal processor?
2     A.   It's an attachment that goes on the end of an
3  excavator.
4        MR. MARSTON:  Cool.
5        THE WITNESS:  Very cool one.  Very expensive
6  one.
7        So the lack of capital -- back to that, forced
8  me to make decisions on what equipment I could afford to
9  keep, and what equipment I couldn't afford to keep, the
10 universal processor and the excavator had to go.  I
11 couldn't afford the debt service on two of them any
12 longer.
13    Q.   Other than the pickup and the excavator, is
14 there any other equipment that Absolute had to sell?
15    A.   Yeah.
16    Q.   What?
17    A.   It sold its Clemco MARS unit.
18       MR. PARTNOW:  Sorry?
19       THE WITNESS:  MARS unit.
20 BY MR. NIST:
21    Q.   And what's a MARS unit?
22    A.   It's a mobile abrasive recycle system.  I sold
23 all of this equipment at losses too, by the way, compared
24 to what I paid for equipment and what I sold it for.
25    Q.   Okay.  Other than the MARS unit, pickups,

Page 69

1  excavator, and universal processor, anything else?
2     A.   That's all I can remember at this time -- that
3  Absolute sold?
4     Q.   Yeah.
5     A.   Well, if you limit it to Absolute, because
6  Absolute's shareholders sold quite a few things.  Would
7  you like to know about that?
8        MR. NIST:  No.
9        MR. MARSTON:  That's beyond the scope of the
10 deposition.
11 BY MR. NIST:
12    Q.   How did the absence of an excavator impact
13 Absolute's business?
14    A.   It eliminated any potential for us to bid on
15 concrete related -- heavy concrete demolition projects
16 such as the one bid next Friday -- Wednesday.  And any
17 sizeable steel jobs as far as demolition was concerned.
18 It's what the universal processor was for.  So it limited
19 the types of jobs that I could get on.
20    Q.   Can you identify --
21    A.   I'm about to sell some equipment here, too,
22 pretty quick.
23    Q.   And what's that?
24    A.   I'm going to sell the NLB machine.
25    Q.   And what's the NLB?