Page 106

1  Q.  Are there any situations where you were not
2  permitted -- a particular owner did not permit you to
3  submit a proposal?
4  A.  By specification? I mean, a general
5  contractor, in most instances, is required to put up a
6  bid bond. If you've got a million dollar job you've got
7  to put up a payment for a performance bond as the general
8  contractor. So by specification, certainly.
9  Q.  So just to make sure I understand what I think
10 I understood your testimony to be is, essentially
11 Absolute made the Hobson's choice not to submit a bid on
12 projects because they couldn't provide the necessary
13 bond?
14 A.  Hobson's choice?
15 Q.  In other words, you --
16      MR. MARSTON: Objection. Mischaracterizes the
17 witness' testimony.
18 BY MR. PARTNOW:
19 Q.  What I'm trying to find out, is there any
20 situation -- can you point to a single situation where an
21 owner -- where Absolute either submitted a proposal or
22 attempted to submit a proposal which was rejected by an
23 owner because of Absolute's lack of financial capacity?
24      MR. MARSTON: Objection. Asked and answered.
25 If you want to explain it again go ahead.

Page 107

1       THE WITNESS: Did I just go ahead and for
2  entertainment purposes submit bids without a bid bond so
3  I could simply be rejected, and then the owner would tell
4  me you're not responsive and financially capable of doing
5  it? I mean, is that what --
6  BY MR. PARTNOW:
7  Q.  It's a yes or no question. Can you --
8  A.  It's not a yes or no question.
9  Q.  Is there any situation where a bid was
10 submitted or a proposal was submitted by Absolute in 2004
11 that was rejected because of lack of financial capacity?
12      MR. MARSTON: Object to the form of the
13 question. Feel free to answer him in the way that would
14 be the honest and responsive, as best as possible answer.
15      THE WITNESS: I have to ask a question in
16 return, how an owner would know what my financial
17 position is? I need you to qualify that for me.
18 BY MR. PARTNOW:
19 Q.  During 2004, did you submit any proposals to
20 any owner or contractor that were not accepted?
21 A.  I don't recall.
22 Q.  Where Absolute didn't get the job?
23 A.  I don't recall.
24 Q.  Does Absolute maintain a list of all the bids
25 or the proposals that it submits on?

Page 108

1  A.  We have a number of the bids that are in the
2  computer when they're generated and submit a sub quote on
3  a particular facet of work. Those may be in the
4  computer.
5  Q.  And so you do have that, whether you get the
6  job or not?
7  A.  Well, we don't know if we get the job or not
8  until after we submit it, so we may or may not be the low
9  bidder on that particular facet of work.
10 Q.  My question is: Does Absolute maintain
11 information so that you could determine what projects in
12 any given year Absolute submitted a proposal or a bid
13 on?
14 A.  Let me answer your question. I've got projects
15 that I cannot bid on because I cannot get a bid bond, so
16 other people have to bid them for me. We have to make
17 arrangements where somebody else will be the prime
18 contractor and I will be the sub, because I can't get a
19 bid bond. Then I'll let you know that I once had bonding
20 capacity of $5 million and I struggle now to get a
21 $40,000 bond, if I could get it.
22 Q.  Okay. The question I just asked is does
23 Absolute maintain a list of the bids or its proposals
24 that it submits?
25      MR. MARSTON: David, do you have a list?

Page 109

1       THE WITNESS: I don't have a list.
2  BY MR. PARTNOW:
3  Q.  Does Absolute -- does it maintain somewhere, in
4  its computer or company records, some historical record
5  of the projects on which proposals are submitted?
6  A.  There's a computerized file of estimates
7  prepared by Mr. Peterson, and I don't know that he dumps
8  that.
9  Q.  Do you know if that's been produced?
10 A.  I have no idea.
11      MR. PARTNOW: We request, Mr. Marston, that
12 the -- those files or that computer record be produced as
13 quickly as possible.
14      MR. MARSTON: Send me a letter identifying
15 where you have requested that before or send me a timely
16 request for production of documents and I will respond to
17 that.
18 BY MR. PARTNOW:
19 Q.  My understanding is that, from your last
20 answer, is that in more recent years, in order to get
21 projects, you have to associate with some other entity
22 that has bonding capacity in order to do proposals on
23 certain projects?
24 A.  I'll give you an example. There's -- next
25 Wednesday Valdez Hospital is bidding. I can't bid as a