Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRIESES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                              Defendants. | Case No. 3:03-cv-00199-RRB |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>     Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>     Cross-Defendants/Third-Party Defendants. | **OBJECTIONS TO EXHIBITS<br>FILED ON BEHALF OF<br>COFFMAN ENGINEERS, INC.** |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

| |
|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, |
| Plaintiff, |
| v. |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, |
| Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, |
| Counterclaim Plaintiff, |
| v. |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, |
| Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, |
| Third-Party Plaintiff, |
| v. |
| COFFMAN ENGINEERS, INC., a Washington corporation, |
| Third-Party Defendant. |

Because of the number of exhibits, the lateness with which various lists and sets of exhibits were filed and served, and the fact that the parties have not performed an in depth review of the exhibits submitted by each of them, the parties are not yet in a position to definitively indicate which exhibits will be admitted without objection.

For its part, Coffman does not intend to object to the authenticity or admissibility of documents which have been properly identified at depositions or otherwise, and which are relevant

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

and material to the trial in this matter.  However, since the scope of the trial has not been clearly defined (Coffman, for instance believes the case should be limited to matters which occurred during the course of the Phase II project, while Absolute apparently wishes to try claims which may or may not have existed on Phase I, miscellaneous disputes between Brechan and the Coast Guard, etc.), Coffman must maintain ER 402, 403, 701 and 802 objection to most if not all documents which pertain to Phase I, the relationship and financial deals between the Coast Guard and Brechan, and internal documents among Coast Guard representatives which pertain to matters other than work performed in conjunction with Phase II.  Coffman also maintains objections to any photographs or videos unless proper foundation can be established as to when such photographs or videos were created, who created, and what area of the Cargo Wharf is depicted.

Coffman notes that in its own exhibits, it has marked, at least for identification purposes, a number of documents which it believes will not be admissible, but which were properly marked to comply with court rules, to avoid surprise to other parties should they be needed for impeachment purposes, and to seek to identify or introduce if the scope of the trial is expanded beyond that which Coffman believes is appropriate.  By way of example, all depositions have been marked for identification purposes as required by LR 32.1, although Coffman believes that few if any of the deposition transcripts themselves will be properly admissible.  All expert reports which pertain to allegations relating to Coffman have been identified, although, again, Coffman believes that many of these reports will not be properly admitted into evidence.  As noted, many documents which pertain to Phase I and which were introduced at one or more depositions have been identified on the exhibit list, despite Coffman's belief that documents pertaining to Phase I are in general inadmissible.

Coffman believes that once the parties have eliminated the numerous duplicate exhibits and the court has established the scope of trial, there will be few if any objections as to authenticity. Objections at that point will likely be limited to appropriate objections pursuant to ER 402, 403, 701, 802, and 901 in the event that non-self authenticating documents such as photographs are offered through witnesses who cannot establish the appropriate foundation.

DATED this 25th day of September, 2006.

LANE POWELL LLC
Attorneys for Coffman Engineers, Inc.

By  s/ Peter C. Partnow
    Peter C. Partnow, ASBA No. 7206029
    301 W. Northern Lights Blvd., Suite 301
    Anchorage, Alaska 99503-2648
    Tel:  907-277-9511
    Fax:  907-276-2631
    Email:  PartnowP@LanePowell.com

I certify that on September 25, 2006, a copy of the foregoing was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com
James E. Niemer, niemerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow

011680.0076/156745.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone  907.277.9511  Facsimile  907.276.2631