Terry R. Marston, *pro hac vice*, terry@mhf-law.com
Jami K. Elison, *pro hac vice*, jamie@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants. | Case No.: A03-0199CV (RRB)<br><br><br><br><br><br>**DECLARATION OF JAMI K. ELISON IN SUPPORT OF ABSOLUTE'S OPPOSITION MOTIONS IN LIMINE OF COFFMAN ENGINEERING** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | |

DECLARATION OF JAMI K. ELISON IN SUPPORT OF ABSOLUTE'S OPPOSITION MOTIONS IN
LIMINE OF COFFMAN ENGINEERING
Case No. A03-0199CV (RRB)-- 1

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, )<br>)<br>)<br>)<br>) |
| 2 | |
| 3 | ) |
| 4 | Plaintiff, )<br>vs. )<br>) |
| 5 | ) |
| 6 | SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. )<br>)<br>) |
| 7 | Defendants. )<br>) |
| 8 | |
| 9 | BRECHAN ENTERPRISES, INC., an Alaska corporation, )<br>)<br>) |
| 10 | Counterclaim Plaintiff, )<br>vs. ) |
| 11 | ) |
| 12 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, )<br>)<br>) |
| 13 | Counterclaim Defendant. ) |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska corporation, )<br>) |
| 15 | ) |
| 16 | Third-Party Plaintiff, )<br>vs. ) |
| 17 | COFFMAN ENGINEERS, INC, a Washington Corporation. )<br>)<br>) |
| 18 | Third-Party Defendant. ) |
| 19 | ) |
| 20 | ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, )<br>)<br>) |
| 21 | Plaintiff/Cross-claimant, )<br>vs. ) |
| 22 | ) |
| 23 | COFFMAN ENGINEERS, INC, a Washington Corporation. )<br>)<br>) |
| 24 | Third-Party Defendant. )<br>) |
| 25 | |
| 26 | |

DECLARATION OF JAMI K. ELISON IN SUPPORT OF ABSOLUTE'S OPPOSITION MOTIONS IN LIMINE OF COFFMAN ENGINEERING
Case No. A03-0199CV (RRB)-- 2

I, Jami K. Elison, declare as follows:

1.  I am an attorney for Absolute Environmental Services, Inc. ("Absolute"), plaintiff in the above captioned action. I am competent to testify and base these declarations on personal knowledge. The attached exhibits were obtained in discovery.

2.  Attached hereto as **Exhibit A** is a true and correct copy of an April 27, 2001 email response by Steve Locher to Matt Holmstrom, Scott Bonney, and Paul Rendon stating that "the coatings should last 25 years with reasonable touch-up repairs."

3.  Attached hereto as **Exhibit B** is a true and correct copy of a October 30, 2001 Coffman memorandum by Jerry Hardenbergh to Scott Bonney.

4.  Attached hereto as **Exhibit C** is a true and correct copy of an email from Dan Stears to F and R, Inc, Matt Holmstrom, Mike Martin, Harold Hollis, and Jerry Hardenbergh regarding making revisions at Brechan's direction.

5.  Attached hereto as **Exhibit D** is a true and correct copy of an April 27, 2001 email response by Steve Locher to Matt Holmstrom, Scott Bonney, and Paul Rendon stating that "the coatings should last 25 years with reasonable touch-up repairs."

6.  Attached hereto as **Exhibit E** is a true and correct copy of an email from Coffman to Brechan which attaches "Addendum 1" to the Coatings Specifications.

7.  Attached hereto as **Exhibit F** is a true and correct copy of an email from Matt Holmstrom of Brechan to Dan Stears and Jerry Hardenbergh of Coffman regarding the Coast Guard's desire for a "long term coating life, and doesn't want to pay add'l money."

8.  Attached hereto as **Exhibit G** are true and correct copies of Coffman's Daily Summary Reports dated June 10-14, 2002. It should be noted the spontaneous acceptance of all of Swalling's work on bents 1-12 of the Original Wharf, which represents 56 piles, occurred in

9 days, from June 5 to June 14, despite Swalling's inability to get the previous 8 piles in bents 1 & 2 holiday-free since October 5, 2001.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 25th day of September, 2006, at Redmond, Washington.

                                           s/Jami k. Elison
                                           JAMI K. ELISON