## Jarrell, Amy (Perkins Coie)

**From:** Locher, Steven [SLocher@pacnorwest.uscg.mil]
**Sent:** Friday, April 27, 2001 10:09 AM
**To:** Matt Holmstrom; Rory (call me Scott) Bonney; Paul Rendon
**Subject:** FW: Kodiak Cargo Wharf

1. Scott and Paul: I am forwarding a copy of the specification for your review, also attached are our comments to date. You also got a sense of my concerns at the teleconference.

2. I have noted the following items of our discussion:
   -65% drawings and 100% spec by 8 May. At that point, coating contractors will be approached. Design team should develop a sequencing plan by this time. Would like to do extension first.

   -Lawrence will draft responses to our coating spec comments.
   -The spec will be changed so the CG is not a party to the subcontract.
   -The design design life will be noted. The coating should last 25 years with reasonable touch-up type repairs.
   -Design team needs to figure out how much coating can be done in a day so the performance period can be determined. This ties into the water and air temperature.

   -Once the performance period is determined, coordination with the vessel schedule will be required. Also, the replacement of the fender piles will be performed which will require coordination with the vessels. ISC has the fender piles. See email message below. Camel removal is requested by BCI for the painters. This will also require coordination with the vessels.

   -An electrical contractor will do the anode work. Existing anodes are below the coating elevation (?). Moving the anode wires will be required. Failures have occured in the past at the anode and wire connection. Coffman is testing system (?).

   -We need to figure out how to stage the project (15'x80').
SL

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Thursday, April 12, 2001 6:06 PM
To: Locher, Steven
Subject: FW: Kodiak Cargo Wharf


Steve - In an effort to keep moving forward I'm sending this on to you without normal review. Matt

-----Original Message-----
From: John Daley [mailto:JohnD@tnh-inc.com]
Sent: Wednesday, April 11, 2001 5:52 PM
To: Matt Holmstrom; Mike Shoemaker
Subject: Kodiak Cargo Wharf

Matt,

Exhibit A
Page 1 of 2

5/30/2006

BEI19911
38599-0012

Attached is the 65% coating submittal.

Regards,

John Daley

Exhibit A
Page 2 of 2

BEI19912
38599-0012