| | |
|---|---|
| From: | Stears, Dan [Stears@alaska.coffman.com] |
| Sent: | Tuesday, February 26, 2002 10:53 PM |
| To: | 'F and R Inc.' |
| Cc: | 'Mike Martin'; 'Matt Holmstrom'; Hollis, Harold; Hardenbergh, Jerry |
| Subject: | RE: Red line of your memo to Matt |

Prior to revising my previous memo on this issue, I am going to wait until you have had the opportunity to review my previous two important email messages. Harold and I will call you again tomorrow to see if you wish to proceed with the same approach in changing the technical requirements or if the approach should be further modified. Either way, I will revise the memo tomorrow at your direction.

Thanks,

Dan

-----Original Message-----
From: F and R Inc. [mailto:fandrinc@gci.net]
Sent: Tuesday, February 26, 2002 4:51 PM
To: stears@alaska.coffman.com
Subject: Red line of your memo to Matt


Dan:
Attached, for your consideration, is a rewrite of your memo to Matt, eliminating options 1 and 2. Please give this your consideration, and modify as you may need. We firmly beli8ev that the Coast Guard is looking for a no additional cost fix, and based on what you told us during our Feb 8 meeting, this will do it.

Bill Oliver