Jarrell, Amy (Perkins Coie)

**From:** Radcliffe, Lawrence [radcliffe@alaska.coffman.com]
**Sent:** Friday, May 18, 2001 3:31 PM
**To:** 'John Daley'; 'Matt Holmstrom - Brechan'
**Cc:** Stears, Dan
**Subject:** 09967



00967 01111 - 100
percent Adde...  Coating Addendum

Matt,
A copy is coming on the fax. I have not sent this to Locher, USCG.

Lawrence J. Radcliffe
Coffman Engineers, Inc.
800 F Street
Anchorage, AK 99501
Ph. (907) 276-6664
Fx. (907) 276-5042
radcliffe@alaska.coffman.com
Visit our web site at:
http://www.coffman.com
 <<00967 01111 - 100 percent Addendum 1.doc>>

1

BEI19969
38599-0012

Exhibit  C
Page  1  of  4

SECTION 09967
COATING OF STEEL WATERFRONT STRUCTURES

ADDENDUM 1

PART 1    GENERAL

1.1    GENERAL REQUIREMENTS
Add the following sentence prior to Section 1.1.1.

All work in this section shall be performed by the Applicator unless specifically indicated otherwise.

Replace sections 1.1.3, 1.1.4, 1.1.5, 1.1.9, 1.2.1, 1.2.2, 1.5.9.1, and 1.8.2 with the following.

1.1.3    The Applicator shall inspect the wharf prior to bid to determine existing conditions and quantities of surfaces to be recoated prior to bid. The existing coatings on the original wharf and wharf extension are coal tar epoxies from different manufacturers. The following descriptions are provided as information only and shall not be utilized as basis for bid.

1.1.4    The Applicator is responsible for repair of holidays, coating damage, and repairs due to project work including, but not limited to, welding, handling, rigging, structural repairs, or any other reason. The Contractor and Applicator shall inspect piles and attachments throughout the blasting and coating replacement process. Any coating damage that occurs during the course of the project shall be repaired.

1.1.5    The Coast guard has not obtained any permits allowing discharge of materials to the waters of Women's Bay in Kodiak, AK. The Applicator is responsible for containment of all materials such as spent abrasives, removed existing coatings, and over spray so they do not reach the water.

1.1.9    The Owner, Contractor, Engineer and Contractor's Inspector shall have access to all stages of the work with the right to inspect such work and material for compliance to these specifications. All such work shall be subject to the approval of the Contractor, Contractor's Inspector, and Engineer. Failure of the Owner, Contractor, or Engineer to discover or reject defective work or materials shall not be construed as an acceptance of such work or material.

1.2.1    Material and workmanship shall be warranted by the Applicator for a minimum of one year.

1.2.2    The Owner, Contractor, and Applicator shall perform an inspection one year after completion of the project. The Applicator shall correct all failed coatings to project specifications at no expense to the Owner or Contractor.

1.5.9.1 The Applicator shall submit completed "Coating Inspection Forms," (Section 1.5.5.2) daily to the Contractor's designated representative.

1.8.2    Applicator personnel required to attend are as follows:

PART 2    PRODUCTS

Replace the sections 2.1.5.1 and 2.1.5.2 with the following.

2.1.5.1

| Coating System No. 1 | | | | |
|---|---|---|---|---|
| PRODUCT & NUMBER OF COATS | Color | Coating Thickness (DFT Mils) | | |
| | | Minimum | Maximum | Average Total |
| Product 1 Specialty Polymer Coatings, SP-1864 spray grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |
| Repair Product 1A Specialty Polymer Coatings, SP-1864 spray or brush grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |
| Repair Product 1B Specialty Polymer Coatings, SP-1842 brush grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |

2.1.5.2

| Coating System No. 2 | | | | |
|---|---|---|---|---|
| PRODUCT & NUMBER OF COATS | Color | Coating Thickness (DFT Mils) | | |
| | | Minimum | Maximum | Average Total |
| Product 2 Specialty Polymer Coatings, SP-1386 spray grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |
| Repair Product 2A Specialty Polymer Coatings, SP-1386 spray or brush grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |
| Repair Product 2B Specialty Polymer Coatings, SP-1842 brush grade, single coat | SPC's Standard Med. Gray | 36.0 | 44.0 | 40.0 |

SECTION 09967

BEI19971
38599-0012
PAGE 2

Exhibit ___
Page 3 of 4

PART 3    EXECUTION

Replace sections 3.1.4 and 3.8.5.12 with the following.

3.1.4   The Contract Drawings and Specifications do not purport to describe construction information in absolute detail. An Applicator site visit is required prior to bidding and starting work.

3.5.8.12    Holiday test fully cured coatings on the entire structure using methods and voltages in NACE RP0188 (Latest Revision), "Discontinuity (Holiday) Testing of Protective Coatings" and the manufacturers approved holiday test procedure. The voltage setting shall be set for the actual thickness of the coating being tested. All holidays shall be marked. Pile and attachments not meeting the holiday requirements shall have the holidays repaired as specified in Section 3.7.

END OF ADDENDUM 1

BEI19972
38599-0012

SECTION 09967

PAGE 3

Exhibit E
Page 4 of 4