From:         Stears, Dan [Stears@alaska.coffman.com]
Sent:         Wednesday, February 06, 2002 6:22 PM
To:           'Matt Holmstrom'
Subject:      RE: 2/8 cargo wharf meeting

As we discussed, there are already four different coating systems that the contractor can choose from. Also, as a reminder, the cost of the coating materials is insignificant as compared to the cost of the surface preparation and staging.

Dan

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Wednesday, February 06, 2002 11:09 AM
To: Dan Stears; Jerry Hardenbergh
Subject: FW: 2/8 cargo wharf meeting


Also...the Coast Guard wants to know about other coating systems...did anybody ever run this down? Matt

-----Original Message-----
From: Matt Holmstrom [mailto:mholmstrom-bei@gci.net]
Sent: Wednesday, February 06, 2002 10:56 AM
To: Dan Stears; Jerry Hardenbergh
Subject: 2/8 cargo wharf meeting


Late breaking news...the Coast Guard will not be attending our meeting. They are taking the position that's it's our responsibility as the Design/Build team to figure this out. I expect a letter from the CG later today...they are going to be receptive to a proposal reducing the "seal weld" requirement out of the splash zone. However, as the designer Coffman needs to paint a clear picture and present a persuasive argument for revising the specs. The CG wants the long term coating life, and doesn't want to pay add'l money.

I also want to mention that the CG has raised the issue how this alleged change of condition and should this have been addressed in the initial design. Our conversations to date have centered on hidden conditions. I believe before this is all said and done we will need to put this in letter form. Not now though.

I'd like to schedule our meeting for 1:00 pm. Then we would meet in the morning. Call me. Matt

BEI6894
38599-0012

Exhibit F
Pg. 1 of 1