Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc. and
Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>        Plaintiff,<br><br>v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings"; EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; Brechan ENTERPRISES, INC., an Alaska corporation; SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation; and COFFMAN ENGINEERS, INC., a Washington corporation,<br><br>        Defendants. | Case No. 3:03-cv-0199-RRB<br><br>**BRECHAN ENTERPRISES, INC. AND SAFECO INSURANCE COMPANY'S NOTICE OF INTENT TO USE DEPS SYSTEM** |

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

**ABSOLUTE v. MCKINLEY, et al.**
**Case No. 3:03-cv-0199-RRB**                    - 1 -                    [38599-0012/AA062680.008]

Brechan Enterprises, Inc. and Safeco Insurance Company of American hereby submit notice of their intention to use the DEPS system during the trial in this matter, scheduled to begin October 2, 2006

DATED at Anchorage, Alaska on September 26, 2006.

**PERKINS COIE** LLP
Attorneys for Defendant
Brechan Enterprises, Inc.


By  /s/ Michael E. Kreger
    Michael E. Kreger
    Alaska Bar No. 8311170
    Perkins Coie LLP
    1029 W. Third Avenue, Suite 300
    Anchorage, Alaska  99501
    (907) 279-8561
    (907) 276-3108 (Facsimile)
    Email:  mkreger@perkinscoie.com


I hereby certify that on September 26, 2006, the foregoing was served electronically on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

 /s/ Michael E. Kreger
    Michael E. Kreger

**ABSOLUTE v. MCKINLEY, et al.**
**Case No. 3:03-cv-0199-RRB**          - 2 -          [38599-0012/AA062680.008]

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108