```
 1  Terry R. Marston, pro hac vice, terry@mhf-law.com
    Jami K. Elison, pro hac vice, jamie@mhf-law.com
 2  Jesse P. Elison, pro hac vice, jessee@mhf-law.com
    MARSTON HEFFERNAN FOREMAN, PLLC
 3  16880 N.E. 79th Street
    Redmond, Washington 98052
 4  (425) 861-5700

 5  PAUL J. NANGLE & ASSOCIATES
    Kerry Building
 6  101 Christensen Drive
    Anchorage, Alaska 99501
 7  Telephone: (907) 274-8866
```

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants. | Case No.: A03-0199CV (RRB)<br><br><br>**ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S NOTICE OF INTENT TO USE DEPS SYSTEM** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | |

ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S NOTICE OF INTENT TO USE DEPS SYSTEM
Case No. A03-0199CV (RRB)-- 1

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) ) ) ) |
| 2 | |
| 3 | ) |
| 4 | Plaintiff, ) ) |
| | vs. ) |
| 5 | ) |
| | SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. ) ) |
| 6 | |
| | ) |
| 7 | Defendants. ) ) |
| 8 | _____ |
| | BRECHAN ENTERPRISES, INC., an Alaska corporation, ) ) |
| 9 | |
| | ) |
| 10 | Counterclaim Plaintiff, ) ) |
| | vs. ) |
| 11 | ) |
| 12 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) ) ) |
| 13 | ) |
| | Counterclaim Defendant. ) |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska corporation, ) ) |
| 15 | ) |
| | Third-Party Plaintiff, ) |
| 16 | vs. ) |
| | ) |
| 17 | COFFMAN ENGINEERS, INC, a Washington Corporation. ) ) |
| 18 | ) |
| | Third-Party Defendant. ) |
| 19 | _____ ) |
| | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) ) |
| 20 | |
| | ) |
| 21 | Plaintiff/Cross-claimant, ) |
| | vs. ) |
| 22 | ) |
| | COFFMAN ENGINEERS, INC, a Washington Corporation. ) ) |
| 23 | |
| | ) |
| 24 | Third-Party Defendant. ) ) |
| 25 | |
| 26 | |

ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S NOTICE OF INTENT TO USE DEPS SYSTEM
Case No. A03-0199CV (RRB)-- 2

PLEASE TAKE NOTICE that plaintiff, Absolute Environmental Services, Inc, hereby submits notice of its intention to use the DEPS system during the trial in this matter, scheduled to being on October 2, 2006.

DATED this 25th day of September, 2006.

MARSTON HEFFERNAN FOREMAN, PLLC


By s/Jami K. Elison
Terry R. Marston II, WSBA No. 14440
Jami K. Elison,  WSBA No. 31007
Attorneys for Plaintiff Absolute Environmental Service, Inc.

I hereby certify that on the date given a copy of the forgoing was electronically filed with the Clerk of Court using the CM/ECF system and was served electronically on the following:

William R. Baerg, Patrick J. Duffy
Eric J. Brown
Robert J. Dickson
Michael E Kreger, Jacob Nist
James B. Stoetzer, Peter C. Partnow

s/Jami K. Elison              .