ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930 (baerg@mmlawyers.com)

Attorneys for Defendant Forrest J. McKinley and
Defendant and Counter-Claimant EMERCO, INC.,
dba Imperial Industrial Coatings

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>*Defendants.* | CASE NO. A-03-0199 Civil (RRB)<br><br>**NOTICE OF INTENT TO USE DIGITAL EVIDENCE PRESENTATION SYSTEMS (DEPS) BY DEFENDANT FORREST J. McKINLEY AND DEFENDANT AND CROSS-CLAIMANT EMERCO, INC., DBA IMPERIAL INDUSTRIAL COATINGS** |
| EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,<br><br>*Counter-Claimant/Third Party Claimant,*<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al.,<br><br>*Cross-Defendants/Third Party Defendants.* | |

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA for the use ) |
| 2 | and benefit of ABSOLUTE ENVIRONMENTAL ) SERVICES, INC., and Alaska corporation, ) |
| 3 | *Plaintiff,* ) |
| 4 | v. ) |
| 5 | SAFECO INSURANCE COMPANY OF ) AMERICA, a Washington corporation, ) |
| 6 | ) |
| 7 | Defendant. ) |
| 8 | BRECHAN ENTERPRISES, INC., an Alaska ) corporation, ) |
| 9 | Counterclaim Plaintiff, ) |
| 10 | v. ) |
| 11 | ABSOLUTE ENVIRONMENTAL SERVICES, ) INC., an Alaska corporation, ) |
| 12 | ) |
| 13 | Counterclaim Defendant. ) |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska ) corporation, ) |
| 15 | Third-Party Plaintiff, ) |
| 16 | v. ) |
| 17 | COFFMAN ENGINEERS, INC., a Washington ) corporation, ) |
| 18 | ) |
| 19 | Third-Party Defendant. ) |

24   TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS
25 OF RECORD:
26   Defendant Forrest McKinley and defendant and counter-claimant Emerco, Inc., dba
27 Imperial Industrial Coatings, through its counsel of record, and pursuant to Local Rule 39.3(c),
28 hereby gives notice of their intent to use the Digital Evidence Presentation System at the trial in

1  the above-captioned action which is scheduled before the Honorable Ralph R. Beistline in
2  courtroom 2, starting on October 2, 2006.
3
4  DATED: September 26, 2006                    MONTELEONE & McCRORY LLP
5                                               Attorneys for Emerco, Inc., dba Imperial Industrial
6                                               Coatings
7
8
9                                               By _____
10                                                  PATRICK J. DUFFY III, ESQ.
                                                    CSBN 45042
11                                                  WILLIAM R. BAERG, ESQ.
                                                    CSBN 167399
                                                    WSBN 23052

# CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on September 26, 2006, a copy of the foregoing was served by ECF on:

Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
Peter C. Partnow, PartnowP@LanePowell.com
James B. Stoetzer, StoetzerJ@LanePowell.com

and by facsimile on:

Paul J. Nangle
Paul J. Nangle & Associates
101 Christensen Dr.
Anchorage, AK 99501
FAX NO.:    (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 26, 2006, at Los Angeles, California.

_____
SALLIE RASPA