MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL SERVICES,INC vs. FOREST J. MCKINLEY, et al

BEFORE THE HONORABLE RALPH R. BEISTLINE CASE NO. 3:05-CV-00199-RRB

DEPUTY CLERK/RECORDER:    SUZANNETTE DAVID / LINDA CHRISTENSEN

APPEARANCES:   PLAINTIFF:  TERRY MARSTON , TELEPHONIC

               DEFENDANT:  ERIC BROWN FOR MCKINLEY / EMERCO
                           PETER PARTNOW FOR COFFMAN
                           MICHAEL KREGER FOR BRECHAN
                           JACOB NIST FOR BRECHAN
                           PATRICK DUFFY FOR EMERCO
                           JAMES LEIK FOR BRECHAN
                           JAMES NIEMER FOR COFFMAN, TELEPHONIC
                           JAMES STOETZER FOR COFFMAN, TELEPHONIC

PROCEEDINGS: FINAL PRETRIAL CONFERENCE 09/26/26 HELD:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:06 a.m. court convened.

Court and counsel heard re Absolute's argument for punitive
damages (see DKT 372) and Absolute's Motion for Reconsideration
(see DKT 368); Court orders parties to file oppositions by NOON
Thursday, September 28, 2006.

Parties to file a list of exhibits by 5:00 p.m. Friday, September
29, 2006.

Court orders parties to file proposed jury verdict form.


At 10:32 a.m. court adjourned.




DATE: September 26, 2006   DEPUTY CLERK'S INITIALS:   SCD/LSC