IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENT SERVICES, INC., an Alaska Corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>FORREST J. MCKINLEY, an individual d/b/a Imperial Industrial Coatings, and EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>       Defendants.<br>_____<br>BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>       Defendant and<br>       Third-Party Plaintiff,<br><br>vs.<br><br>COFFMAN ENGINEERS, INC., a Washington Corporation,<br><br>       Third-Party Defendant. | Case No. 3:03-CV-0199-RRB<br><br><br><br><br><br><br><br><br><br><br>**ORDER RE PENDING MOTIONS** |

       In conjunction with the minute order filed by the Clerk of Court at Docket 379, the Court provides the following information to: (1) clarify certain matters discussed on Tuesday,

September 26, 2006; and (2) prevent further confusion in the days ahead.

      **1.**  Brechan's Motion in Limine to Exclude Evidence Regarding Brechan's Contracts and relationships with the Coast Guard (**Docket 321**), Brechan's Motion in Limine regarding David Olson's Testimony (**Docket 322**), and Brechan's Motion in Limine to Exclude Expert Testimony Regarding Brechan's "Loss Exposure" During Phase I of the Cargo Wharf Project (Task Order 7) (**Docket 323**) are hereby **DENIED** without prejudice.  Consequently, the Court reserves the right to readdress the issues presented within these documents -- should it determine that it is necessary and/or appropriate to do so -- at trial.

      **2.**  Coffman's Motion in Limine, regarding Phase I, certain expert opinion, evidence, etc., at **Docket 326** is hereby **DENIED** without prejudice.  At a minimum, this is appropriate background information.  The Court reserves the right to readdress the issues -- should it determine that it is necessary and/or appropriate to do so -- at trial.

      **3.**  Coffman's Motion for Hearing Pretrial Status Conference at **Docket 329** is hereby **DENIED** as moot.

      **4.**  Coffman's Supplemental Motion in Limine, regarding any mention of Safeco Insurance, or any bond obtained by Brechan, at **Docket 355** is hereby **DENIED**.  With the parties' input, the Court will address the jury with respect to Safeco's involvement in this matter.

**5.** The parties shall have until **12:00 noon on Thursday, September 28, 2006**, to file any and/or all responses and/or oppositions to Absolute's Motion for Reconsideration at **Docket 368**, after which the Court will take the matter under advisement.

**6.** In conjunction with Absolute's argument regarding punitive damages, <u>see</u> Clerk's **Docket 372** at 11, the parties shall have until **12:00 noon on Thursday, September 28, 2006**, to file any and/or all responses to the same, after which the Court will take the matter under advisement.

ENTERED this 26th day of September, 2006.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE