Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., et al.,<br><br>Plaintiffs,<br>v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>Defendants. | Case No. A03-0199 Civil (RRB)<br><br>**PROPOSED VOIR DIRE QUESTIONS OF BRECHAN ENTERPRISES, INC. AND SAFECO INSURANCE COMPANY OF AMERICA** |

    Pursuant to D. AK. LR 47.1, Brechan Enterprises, Inc. ("Brechan") and Safeco Insurance Company of America ("Safeco") hereby submit their proposed voir dire questions to ask the jury.

    Due to the large number of witnesses, parties and lawyers in this case, Brechan and Safeco join in the motion filed by Coffman Engineers, Inc. at Docket No. 364. The approach of submitting a written list of witnesses, parties and lawyers to the jury pool beforehand appears to be the most efficient means of

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. MCKINLEY, et al.
Case No. 3:03-cv-0199-RRB          - 1 -          [38599-0012/AA062680.021]

discovering whether potential jurors have any relationships which might influence their responsibilities as jurors.

Brechan and Safeco's proposed voir dire questions are as follows:

1. Please describe your personal employment history.

2. Have you or any of your immediate family members ever owned your own business? What kind? Do you or your immediate family members still own your own business? If not, why not?

3. Have you or any of your immediate family members ever been employed by a federal, state or local government agency? Which one?

4. Have you ever been a member of the military? Have you ever been a member of the Coast Guard?

5. Are you or any of your immediate family members an engineer or architect? If so, please describe their background.

6. Have you ever lived on Kodiak Island? If so, when? What was the nature of your employment when you lived on Kodiak Island?

7. Have you ever worked in the construction industry? If so, please describe your job.

8. Do you have any experience related to contracting with the federal government? If so, please describe.

9. What is your educational background?

10. Have you ever hired a contractor to do work for you? Was there a written contract?

11. Have you ever been hired to work for someone as a contractor? Was there a written contract?

ABSOLUTE v. MCKINLEY, et al.
Case No. 3:03-cv-0199-RRB    - 2 -    [38599-0012/AA062680.021]

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

12. Have you ever been involved in litigation or in arbitration? If so, what kind of case was it? What was your involvement -- witness, plaintiff or defendant?

13. How long have you lived in Alaska?

14. Will you be able to make your decisions in this case based on the evidence rather than by speculation?

15. Are you able to follow the court's instructions and reserve judgment pending full presentation of the evidence?

DATED at Anchorage, Alaska on September 26, 2006.

**PERKINS COIE** LLP
Attorneys for Defendant
Brechan Enterprises, Inc.

By  /s/ Michael E. Kreger
    Michael E. Kreger
    Alaska Bar No. 8311170
    Perkins Coie LLP
    1029 W. Third Avenue, Suite 300
    Anchorage, Alaska  99501
    (907) 279-8561
    (907) 276-3108 (Facsimile)
    Email:  mkreger@perkinscoie.com

I hereby certify that on September 26, 2006, the foregoing was served electronically on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

 /s/ Michael E. Kreger
    Michael E. Kreger

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. MCKINLEY, et al.
Case No. 3:03-cv-0199-RRB                - 3 -                [38599-0012/AA062680.021]