Robert J. Dickson, Esq., ABA #7210044
ATKINSON, CONWAY & GAGNON
Attorneys for Third Party Defendant
Specialty Polymer Coating USA, Inc.
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
rjd@acglaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community composed thereof d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corp. d/b/a Imperial Industrial Coatings,<br><br>Defendants. | |
| EMERCO, INC., a California corp. d/b/a Imperial Industrial Coatings, and the States for the Use and Benefit of EMERCO, Inc.<br><br>Counter-Claimant/Third Party Plaintiff<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corp., SPECIALTY POLYMER COATINGS USA, INC., a Canadian Corp.;<br><br>Cross-Defendants/Third Party Defendants. | **STIPULATION FOR A FINAL DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST SPECIALTY POLYMER COATINGS USA, INC.**<br><br><br>Case No. A-03-0199 Civ. (RRB) |

Emerco, Inc., d/b/a Imperial Industrial Coatings, Counter-Claimant/Third Party Plaintiff and Specialty Polymer Coatings USA, Inc. (SPC), third party defendant, by and through their respective counsel, hereby stipulate and agree that all causes of action either alleged herein or which may have been alleged herein by Counter-Claimant/Third Party Plaintiff Emerco against third party defendant SPC arising out of the U.S. Coast Guard Kodiak Cargo Wharf project upon which Counter-Claimant/Third Party plaintiff Emerco's third party complaint is based shall be and are hereby dismissed with prejudice, with each party to bear its own respective costs and attorney's fees; and it is further hereby

Stipulated that there is no just reason to delay the entry of a final judgment based upon this stipulation, and these parties respectfully request the Court to direct the clerk to enter a final judgment of dismissal, all pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

Montelone & McCrory, LLP
Attorneys for Emerco, Inc. and Forrest J. McKinley

Date: Sept 11, 2006

By _____
Patrick Duffy, Esq. # 73042

MARSTON HEFFERNAN FOREMAN, PLLC
Attorneys for Absolute Environmental Serv.

Date: 9/26/06

By _____
Terry R. Marston, Esq. # 14440

|  |  |
|---|---|
|  | ATKINSON, CONWAY & GAGNON<br>Attorneys for Third Party Defendant SPC |
| Date: September 26, 2006 | By _____<br>Robert J. Dickson, Esq. # 7210044 |
|  | LANE POWELL, LLC<br>Attorneys for Coffman |
| Date: 9-26-06 | By _____<br>Peter C. Partnow, Esq. #7206029 |
|  | PERKINS COIE, LLP<br>Attorneys for Brechan and Safeco |
| Date: 9-26-06 | By _____<br>Michael E. Kreger, Esq. # 8311170 |

I certify that on **Sept. 27**, 2006, a copy
a copy of the foregoing was served
electronically on the following attorneys or parties
of record:

Eric J. Brown, Esq.   (Emerco)
Jermain, Dunnagan & Owens, PC

Michael E. Kreger, Esq.
Perkins Coie, LLP

William Baerg, Esq., P. Duffy, Esq. (Emerco)
Monteleone & McCrory, LLP

Terry R. Marston II, Jami K. Elison, Esq.  (Absolute)
Marston, Heffernan Foreman, PLLC

Peter C. Partnow, Esq. , J. Stoetzer, Esq.()
Lane, Powell, LLC

AND WAS SERVED BY FIRST CLASS MAIL ON:

Paul J. Nangle, Esq.       (Absolute)
Paul J. Nangle & Associates
101 Christensen Drive
Anchorage AK  99501

/s/ Robert J. Dickson
_____
        Robert J. Dickson