Robert J. Dickson, Esq., ABA #7210044
ATKINSON, CONWAY & GAGNON
Attorneys for Third Party Defendant
Specialty Polymer Coating USA, Inc.
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
rjd@acglaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community composed thereof d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corp. d/b/a Imperial Industrial Coatings,<br><br>Defendants. | |
| EMERCO, INC., a California corp. d/b/a Imperial Industrial Coatings, and the States for the Use and Benefit of EMERCO, Inc.<br><br>Counter-Claimant/Third Party Plaintiff<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corp., SPECIALTY POLYMER COATINGS USA, INC., a Canadian Corp.;<br><br>Cross-Defendants/Third Party Defendants. | **FINAL JUDGMENT OF DISMISSAL OF CLAIMS AGAINST  SPECIALTY POLYMER COATINGS USA, INC.**<br><br><br>Case No. A-03-0199 Civ. (RRB) |

Based upon the stipulation between Counter-Claimant/Third Party Plaintiff Emerco, Inc., d/b/a Imperial Industrial Coatings and Third Party Defendant Specialty Polymer Coatings USA, Inc., it is hereby

ORDERED, ADJUDGED and DECREED that all claims and causes of action, either alleged herein or which may have been alleged herein, by Counter-Claimant/Third Party Plaintiff Emerco against Third Party Defendant Specialty Polymer Coatings USA, Inc., arising out of the U.S. Coast Guard Kodiak Cargo Wharf Project and upon which Counter-Claimant/Third Party Plaintiff Emerco's Third Party Complaint is based, shall be and are hereby dismissed with prejudice with each of those two parties to bear its own respective costs and attorney's fees; and it is further hereby

ORDERED, ADJUDGED and DECREED that the Court finds that there is no just reason to delay the entry of this judgment as final as between these parties; and the clerk is hereby directed to enter this judgment as a final judgment of dismissal, all pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

DATED this _____ day of _____, 2006

_____
Honorable Ralph R. Beistline
U.S. District Court Judge

I certify that on September 27, 2006, a copy
a copy of the foregoing was served
electronically on the following attorneys or parties
of record:

| | |
|---|---|
| Eric J. Brown, Esq.    (Emerco)<br>Jermain, Dunnagan & Owens, PC | Terry R. Marston II, Jami K. Elison, Esq.  (Absolute)<br>Marston, Heffernan Foreman, PLLC |
| Michael E. Kreger, Esq.<br>Perkins Coie, LLP | Peter C. Partnow, Esq. , J. Stoetzer, Esq.()<br>Lane, Powell, LLC |
| William Baerg, Esq., P. Duffy, Esq.  (Emerco)<br>Monteleone & McCrory, LLP | |

AND WAS SERVED BY FIRST CLASS MAIL ON:

Paul J. Nangle, Esq.        (Absolute)
Paul J. Nangle & Associates
101 Christensen Drive
Anchorage  AK  99501


  *s/Robert J. Dickson*
             Robert J. Dickson

FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE OF SPC
<u>Absolute v. McKinely, et al.</u>, Case No.:  A03-0199 CV (RRB)
Page 3 of 3
86376/7413.1