1  ERIC J. BROWN, ESQ.
   JERMAIN DUNNAGAN & OWENS, P.C.
2  3000 A. Street, Suite 300
   Anchorage, Alaska 99503-4097
3  Telephone: (907) 563-8844
   Facsimile: (907) 563-7322 (ebrown@jdolaw.com)
4
   PATRICK J. DUFFY, III, ESQ.
5  WILLIAM R. BAERG, ESQ.
   MONTELEONE & McCRORY, LLP
6  725 S. Figueroa Street, Suite 3200
   Los Angeles, California 90017-5446
7  Telephone: (213) 612-9900
   Facsimile: (213) 612-9930 (baerg@mmlawyers.com)
8
   Attorneys for Defendant Forrest J. McKinley and
9  Defendant and Counter-Claimant EMERCO, INC.,
   dba Imperial Industrial Coatings
10

11                 **IN THE UNITED STATES DISTRICT COURT**

12                    **FOR THE DISTRICT OF ALASKA**

13

14  ABSOLUTE ENVIRONMENTAL SERVICES,        )   CASE NO. A-03-0199
    INC., an Alaskan Corporation,           )   Civil (RRB)
15                                          )
       *Plaintiff,*                         )   **STIPULATION TO**
16                                          )   **BIFURCATE TRIAL**
          v.                                )
17                                          )
    FORREST J. McKINLEY and "JANE DOE"      )
18  McKINLEY, and the marital community property )
    composed thereof d/b/a/ "Imperial Industrial )
19  Coatings" and EMERCO, INC., a California )
    Corporation d/b/a/ Imperial Industrial Coatings, )
20                                          )
       *Defendants.*                        )
21  _____ )
    EMERCO, INC., a California Corporation d/b/a )
22  Imperial Industrial Coatings, and the United States )
    for the Use and Benefit of EMERCO, Inc., )
23                                          )
    *Counter-Claimant/Third Party Claimant,* )
24                                          )
          v.                                )
25                                          )
    ABSOLUTE ENVIRONMENTAL SERVICES,        )
26  INC., an Alaskan Corporation, et al.,   )
                                            )
27  *Cross-Defendants/Third Party Defendants.* )
                                            )
28

1   THE UNITED STATES OF AMERICA for the use )
    and benefit of ABSOLUTE ENVIRONMENTAL )
2   SERVICES, INC., and Alaska corporation, )
                                             )
3   *Plaintiff,*                             )
                                             )
4   v.                                       )
                                             )
5   SAFECO INSURANCE COMPANY OF              )
    AMERICA, a Washington corporation,       )
6                                            )
    Defendant.                               )
7                                            )
    _____
    BRECHAN ENTERPRISES, INC., an Alaska     )
8   corporation,                             )
                                             )
9   Counterclaim Plaintiff,                  )
                                             )
10  v.                                       )
                                             )
11  ABSOLUTE ENVIRONMENTAL SERVICES,         )
    INC., an Alaska corporation,             )
12                                           )
    Counterclaim Defendant.                  )
13                                           )
    _____
    BRECHAN ENTERPRISES, INC., an Alaska     )
14  corporation,                             )
                                             )
15  Third-Party Plaintiff,                   )
                                             )
16  v.                                       )
                                             )
17  COFFMAN ENGINEERS, INC., a Washington    )
    corporation,                             )
18                                           )
    Third-Party Defendant.                   )
19                                           )
    _____

20

21       Plaintiff Absolute Environmental Services, Inc., and defendants Emerco, Inc., dba

22  Imperial Industrial Coatings and Forrest J. McKinley, by and through their respective attorneys of

23  record, stipulate as follows:

24

25       1.    Count III (Piercing Corporate Veil) and Count IV (Liability of Agent for Contract

26             of Undisclosed Principal) of Absolute's First Amended Complaint for Breach of

27             Contract, Breach of Warranty, Alter Ego, and Agent Liability, being based on

28             entirely different facts from the remainder of the claims in this action, shall be

1    severed from and tried by the court after all other causes of action or issues in the

2    above-referenced action, and no evidence supporting or refuting these claims will

3    be presented during the first phase of trial.

4

5    2.    The aforementioned parties believe that severing Count III and Count IV in this

6    manner shall avoid prejudice to the parties, promote judicial economy and

7    efficiency, and will further the interests of justice. The issues raised in Count III

8    and Count IV do not involve the non-stipulating parties. If the stipulating parties

9    are required to litigate these counts together with all other claims and issues in this

10   case it will likely confuse the jury by requiring them to listen to evidence on

11   matters which they will not decide, prejudice the parties, slow down the trial, and

12   inconvenience the non-stipulating parties by prolonging the length of the trial.

13

14   3.    The aforementioned parties hereby apply to the court for an order to that effect. A

15   copy of the proposed order in a form approved by said parties is attached to this

16   stipulation.

17

18

19   DATED: September ___, 2006    By _____

20   TERRY R. MARSTON II, ESQ.
     MARSTON HEFFERNAN FOREMAN PLLC
     Attorneys for Plaintiff

21

22

23   DATED: September 27, 2006    By _____

24   PATRICK J DUFFY III, ESQ.
     MONTELEONE & McCRORY LLP
     Attorneys for Defendant

25

26

27

28

STIPULATION TO BIFURCATE TRIAL
Page 3

1

**CERTIFICATE OF SERVICE BY ECF**

2

3    **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

4        I certify that on September 27, 2006, a copy of the foregoing was served by ECF on:

5            Eric J. Brown, ebrown@jdolaw.com
             Robert J. Dickson, acgecf@acglaw.com
6            Patrick J. Duffy, duffy@mmlawyers.com
             Jami K. Elison, jamie@mhf-law.com
7            Michael E. Kreger, mkreger@perkinscoie.com
             Terry R. Marston, terry@mhf-law.com
8            Peter C. Partnow, PartnowP@LanePowell.com
             James B. Stoetzer, StoetzerJ@LanePowell.com

9
         and by facsimile on:

10

11           Paul J. Nangle
             Paul J. Nangle & Associates
             101 Christensen Dr.
12           Anchorage, AK 99501
             FAX NO.:      (907) 279-1794

13
         I declare under penalty of perjury under the laws of the United States that the above is

14
    true and correct.  Executed on September 27, 2006, at Los Angeles, California.

15

16

17           SALLIE RASPA

18

19

20

21

22

23

24

25

26

27

28