**EXHIBIT "A"**

1  ERIC J. BROWN, ESQ.
   JERMAIN DUNNAGAN & OWENS, P.C.
2  3000 A. Street, Suite 300
   Anchorage, Alaska 99503-4097
3  Telephone: (907) 563-8844
   Facsimile: (907) 563-7322 (ebrown@jdolaw.com)
4
   PATRICK J. DUFFY, III, ESQ.
5  WILLIAM R. BAERG, ESQ.
   MONTELEONE & McCRORY, LLP
6  725 S. Figueroa Street, Suite 3200
   Los Angeles, California 90017-5446
7  Telephone: (213) 612-9900
   Facsimile: (213) 612-9930 (baerg@mmlawyers.com)
8
   Attorneys for Defendant Forrest J. McKinley and
9  Defendant and Counter-Claimant EMERCO, INC.,
   dba Imperial Industrial Coatings
10

11              IN THE UNITED STATES DISTRICT COURT

12                  FOR THE DISTRICT OF ALASKA

13

| | |
|---|---|
| 14  ABSOLUTE ENVIRONMENTAL SERVICES, )<br>     INC., an Alaskan Corporation, )<br>15                                   )<br>     *Plaintiff*,                    )<br>16                                   )<br>     v.                              )<br>17                                   )<br>     FORREST J. McKINLEY and "JANE DOE" )<br>18   McKINLEY, and the marital community property )<br>     composed thereof d/b/a/ "Imperial Industrial )<br>19   Coatings" and EMERCO, INC., a California )<br>     Corporation d/b/a/ Imperial Industrial Coatings, )<br>20                                   )<br>     *Defendants.*                   )<br>21                                   )<br>     EMERCO, INC., a California Corporation d/b/a )<br>22   Imperial Industrial Coatings, and the United States )<br>     for the Use and Benefit of EMERCO, Inc., )<br>23                                   )<br>     *Counter-Claimant/Third Party Claimant,* )<br>24                                   )<br>     v.                              )<br>25                                   )<br>     ABSOLUTE ENVIRONMENTAL SERVICES, )<br>26   INC., an Alaskan Corporation, et al., )<br>                                     )<br>27   *Cross-Defendants/Third Party Defendants.* )<br>                                     )<br>28 | CASE NO. A-03-0199<br>Civil (RRB)<br><br>**[PROPOSED] ORDER TO<br>BIFURCATE TRIAL** |

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., and Alaska corporation, | ) ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) ) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, | ) ) ) |
| Defendant. | ) ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Counterclaim Plaintiff, | ) ) |
| v. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, | ) ) ) |
| Counterclaim Defendant. | ) ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| COFFMAN ENGINEERS, INC., a Washington corporation, | ) ) ) |
| Third-Party Defendant. | ) ) |

Pursuant to the stipulation of the plaintiff Absolute Environmental Services, Inc., and defendants Emerco, Inc., dba Imperial Industrial Coatings and Forrest J. McKinley, and good cause appearing:

IT IS ORDERED that Count III (Piercing Corporate Veil) and Count IV (Liability of Agent for Contract of Undisclosed Principal) of Absolute's First Amended Complaint for Breach

1  of Contract, Breach of Warranty, Alter Ego, and Agent Liability shall be severed from and tried
2  by the court after all other causes of action or issues in the above-referenced action, and no
3  evidence supporting or refuting these claims will be presented during the first phase of trial.

6  DATED: September __, 2006        By_____
                                          HON. RALPH S. BEISTLINE
7                                         UNITED STATES DISTRICT JUDGE