ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930 (baerg@mmlawyers.com)

Attorneys for Defendant Forrest J. McKinley and
Defendant and Counter-Claimant EMERCO, INC.,
dba Imperial Industrial Coatings

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>*Defendants.* | CASE NO. A-03-0199 Civil (RRB)<br><br>**[PROPOSED] ORDER TO BIFURCATE TRIAL** |
| EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,<br><br>*Counter-Claimant/Third Party Claimant,*<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al.,<br><br>*Cross-Defendants/Third Party Defendants.* | |

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., and Alaska corporation, | ) ) ) ) |
| *Plaintiff,* | ) |
| v. | ) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, | ) ) ) |
| Defendant. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) |
| Counterclaim Plaintiff, | ) |
| v. | ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, | ) ) |
| Counterclaim Defendant. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| COFFMAN ENGINEERS, INC., a Washington corporation, | ) ) |
| Third-Party Defendant. | ) |

Pursuant to the stipulation of the plaintiff Absolute Environmental Services, Inc., and defendants Emerco, Inc., dba Imperial Industrial Coatings and Forrest J. McKinley, and good cause appearing:

IT IS ORDERED that Count III (Piercing Corporate Veil) and Count IV (Liability of Agent for Contract of Undisclosed Principal) of Absolute's First Amended Complaint for Breach

of Contract, Breach of Warranty, Alter Ego, and Agent Liability shall be severed from and tried by the court after all other causes of action or issues in the above-referenced action, and no evidence supporting or refuting these claims will be presented during the first phase of trial.

DATED: September __, 2006        By_____
                                 HON. RALPH S. BEISTLINE
                                 UNITED STATES DISTRICT JUDGE

ORDER TO BIFURCATE TRIAL
Page 3

## CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on September 27, 2006, a copy of the foregoing was served by ECF on:

Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
Peter C. Partnow, PartnowP@LanePowell.com
James B. Stoetzer, StoetzerJ@LanePowell.com

and by facsimile on:

Paul J. Nangle
Paul J. Nangle & Associates
101 Christensen Dr.
Anchorage, AK 99501
FAX NO.:    (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 27, 2006, at Los Angeles, California.

_/s/ Sallie Raspa_
SALLIE RASPA