Michael E. Kreger
James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc. and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>Defendants. | Case No. 3:03-cv-0199-RRB<br><br>**SAFECO INSURANCE COMPANY OF AMERICA'S PROPOSED JURY INSTRUCTION REGARDING SURETY BOND ISSUES** |

Pursuant to this Court's Pretrial Order dated August 7, 2006 and D. AK LR 51.1, Safeco Insurance Company of America, Inc. ("Safeco") hereby submits the following jury instructions regarding surety bond issues.

We anticipate that the verdict form will allow the jury to express their view of the timeliness of the claim. Also, we understand that any dispute relating to the penal sum of the bond will be decided by the Court and is not an issue for the jury.

**INSTRUCTION NO. __**
**SAFECO'S SURETY BOND IS NOT AN INSURANCE POLICY**

In this case, Absolute seeks damages from Safeco on account of a payment bond. A payment bond is not an insurance policy. If you find for Absolute, Brechan is obligated to pay Safeco for any amount that Safeco pays.

Authority: National Shawmut Bank of Boston v. New Amsterdam Casualty Co., 411 F.2d 843 (1st Cir. 1969); Arntz Contracting Co. v. St. Paul Fire & Marine Ins. Co., 47 Cal.App.4th 464, 482-83 (Cal. 1996); Schmitt v. Insurance Co. of North America, 230 Cal. App.3d 245, 258 (Cal. 1991). See also Restatement of the Law (Third) of Suretyship and Guaranty §32.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

**INSTRUCTION NO. ___**
**ADDITIONAL DEFENSE OF THE SURETY**
**Completion of Work**

If you find for Absolute, then you must also consider a separate defense by Safeco. Safeco asserts that the suit against Safeco was not filed within one year after the completion of the work.

The suit against the bonding company was untimely unless Absolute performed original contract work after June 22, 2004. You must decide whether the Absolute's work after that date (1) was performed as part of the original contract work, or (2) was performed for the purpose of correcting defects or making repairs to original work following inspection of the project. You should rely on the testimony and evidence to decide if the work was part of the original contract or constituted repair of original work.

Authority: See ABA, Model Jury Instructions for Surety Cases § 2.27 (2000) (modified); 40 U.S.C. §3133(b)(4); United States for the Use of Austin v. Western Elec. Co., 337 F.2d 568, 572 (9th Cir. 1964); T & A Painting, Inc. v. U.S., 673 F. Supp. 994, 996 (N.D. Cal. 1987); United States for Use of Interstate Mech. Contractors, Inc. v. Inter. Fidelity Ins. Co., 200 F.3d 456, 461 (6th Cir. 2000).

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

**INSTRUCTION NO. ___**

**BOND COVERS LABOR AND MATERIALS ONLY**

Absolute has alleged that it is owed damages under various legal theories. If you find that Absolute may recover from Safeco, the recovery must be limited to the amount owing for labor or materials provided to the project.

Authority: 40 U.S.C. §3133; United States for use of Wyatt & Kipper Engineers, Inc. v. Ramstad Constr. Co., 194 F.Supp. 379, 381-82 (D. Alaska 1961); United States for Use of Moran Towing Corp. v. Hartford Accident & Indemnity Co., 204 F.Supp. 353, 356 (D. Rhode Island 1962); Lighting & Power Services, Inc. v. Roberts, 354 F.3d 817 (8th Cir. 2004); United States for use of Mobile Premix Concrete, Inc. v. Santa Fe Engineers, Inc., 515 F.Supp. 512, 516 (D.Colo. 1981); Arthur N. Olive Co. v. United States, 297 F.2d 70 (1st Cir. 1961); United States for the Use of Watsabaugh & Co. v. Seaboard Surety Co., 26 F.Supp. 681, 688 (D.Mont.) affirmed 106 F.2d 355 (9th Cir. 1938).

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

DATED at Anchorage, Alaska on September 27, 2006.

**PERKINS COIE LLP**
Attorneys for Defendant
Safeco Insurance Company of America

By /s/ Michael E. Kreger

Michael E. Kreger
Alaska Bar No. 8311170
James N. Leik
Alaska Bar No. 8111109
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
Email: mkreger@perkinscoie.com

I hereby certify that on September 27, 2006, the foregoing was served electronically on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

/s/ Michael E. Kreger
Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108