**Kristy L. Martyn**

**From:** Terry R. Marston II
**Sent:** Monday, September 18, 2006 9:44 PM
**To:** geoffrey.d.owen@uscg.mil
**Subject:** Absolute/Kodiak

LCD Owen:

    This is to confirm that you have informed me today that the USCG intends to dispute the subpoena power of the Federal District Court in Anchorage, Alaska to compel the attendance at trial of the former Executive Director of FDCC (Martin Boivin) and the Contracting Officers for Phases I & II of the Cargo Wharf Maintenance Project (Anita Repanich and Margaret Wilson, respectively). You stated that a Motion to Quash these subpoenas is being prepared by the United States Attorneys' Office in Anchorage. You also indicated that the Coast Guard would be seeking to assess terms against Plaintiff Absolute Environmental Services, Inc. for issuing the subpoenas in the first place.

*Terry Marston*

Exhibit ___A___
Page __1__ of __1__

9/25/2006