# Kristy L. Martyn

**From:** Terry R. Marston II
**Sent:** Wednesday, September 20, 2006 4:32 PM
**To:** geoffrey.d.owen@uscg.mil
**Subject:** Absolute v. McKinley, et al.

LCDR Owen:

    This is to confirm the telephone message I left for you this morning that my client is withdrawing the subpoenas that it served for the attendance of Boivin, Repanich, and Wilson at the trial of this matter in Anchorage. I trust that you will inform each of them of this fact.

*Terry Marston*

Exhibit B
Page 1 of 1

9/25/2006