Terry R. Marston, *pro hac vice,* terry@mhf-law.com
Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

RECEIVED

SEP 0 8 2005

PERKINS COIE
ANCHORAGE

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. <br><br> Defendants. | Case No.: A03-0199CV (RRB) <br><br><br><br> **PLAINTIFF ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S SECOND INITIAL DISCLOSURES** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC., <br><br> Counterclaimant/Third-party Claimant, <br><br> v. <br><br> ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al., <br><br> Cross-defendants/Third-party Defendants. | |

EXHIBIT 1
PAGE 1 of 3

This breadth of disclosure is for the express purpose of enabling Brechan to immediately commence and promptly complete its examination of the facts and to bypass the long delays normally associated with obtaining documents under FRCP 34.

C.  **INITIAL DAMAGE CLAIM**

A spreadsheet and copies of the support documents in electronic form will be transmitted shortly. Damages continue to accrue. Information pertaining to the business devastation damage claim will be provided upon completion of the calculations.

RESPECTFULLY SUBMITTED this ___ day of September, 2005.

MARSTON, HEFFERNAN FOREMAN, PLLC

By _____
Terry R. Marston II, WSBA No. 14440
Jami K. Elison, WSBA No. 31007
Attorneys for Plaintiff Absolute Environmental Service, Inc.

EXHIBIT A
PAGE 2 of 3

PLAINTIFF ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S SECOND INITIAL DISCLOSURES
Case No. A03-0199CV (RRB)-- 11

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury, under the laws of the State of Washington that I am now and at all times herein mentioned, a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served in the manner noted copies of the following upon designated counsel:

1. PLAINTIFF ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S SECOND INITIAL DISCLOSURES

| *VIA Facsimile and US First Class Mail* <br> Eric J. Brown, Esq. <br> Jermain Dunnagan & Owens, P.C. <br> 3000 A Street, Suite 300 <br> Anchorage, AK 99503-4097 <br> *Atty for Forrest McKinley and Emerco* | *VIA Facsimile and US First Class Mail* <br> Robert J. Dickson <br> Atkinson, Conway & Gagnon, Inc. <br> 420 L Street, Suite 500 <br> Anchorage, AK 99501 <br> *Atty for Specialty Polymer Coatings* |
|---|---|
| *VIA Facsimile and US First Class Mail* <br> Jacob Nist <br> Perkins Coie, LLP <br> 1029 West Third Avenue, Suite 300 <br> Anchorage, AK 99501 <br> *Atty for Brechan and Safeco* | *VIA Facsimile and US First Class Mail* <br> Peter Partnow <br> Lane Powell Spears Lubersky <br> 301 W. Northern Lights Boulevard <br> Suite 301 <br> Anchorage, Alaska 99503 <br> *Atty for Coffman* |
| *VIA Facsimile and US First Class Mail* <br> James B. Stoetzer <br> Lane Powell Spears Lubersky <br> 1420 Fifth Avenue, Suite 4100 <br> Seattle, WA 98101 <br> *Atty for Coffman* | |

SIGNED at Redmond, Washington this 2nd day of September 2005.

_____
Kristy L. Martyn

EXHIBIT 1
PAGE 3 of 3

PLAINTIFF ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S SECOND INITIAL DISCLOSURES
Case No. A03-0199CV (RRB)-- 12