```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA


            ABSOLUTE   v.   MCKINLEY, et al.

DATE:    September 28, 2006    CASE NO.    3:03-cv-0199-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               RE FACTUAL STATEMENT
```

      Below is the factual statement the Court proposes to read to the jury panel. Comments from the parties are welcome.

      Factual Statement: This lawsuit arises from a construction project involving the removal and then replacement of a paint-like protective coating on a cargo wharf owned by the United States Coast Guard in Kodiak, Alaska. A cargo wharf is a mooring platform for ships to dock that extends partially into the water, like a dock or a pier.

      The prime contractor hired by the Coast Guard to perform this project was Brechan Enterprises, Inc. Brechan hired Coffman Engineers, Inc. as the project designer and inspector and subcontracted the actual coating work to Absolute Environmental Services, Inc.

      This project was actually carried out in two phases. It is the second phase of the project that is the subject of this lawsuit. In the second phase of the project, Absolute

subcontracted the coating work to Emerco, Inc., d/b/a Imperial Industrial Coatings, which company is owned by Forrest J. McKinley.

Safeco of America is also a party to this litigation because it issued a bond to one of the parties. Whether or not the bond applies will depend upon, among other things, how you resolve certain factual disputes.

As it turned out, a number of disputes arose between the parties while work was being performed and afterwards. This led to the present lawsuit and the need for your assistance in resolving the various disagreements.