Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.



RECEIVED

SEP 2 8 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                    Defendants. | |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>         Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>      Cross-Defendants/Third-Party Defendants. | Case No. 3:03-cv-00199-RRB<br><br><br>**COFFMAN ENGINEERS, INC.'S<br>AMENDED<br>EXHIBIT LIST** |

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**LANE POWELL** LLC

301 West Northern Lights Boulevard, Suite 301

Anchorage, Alaska 99503-2648

Telephone 907.277.9511  Facsimile 907.276.2631

THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,

                    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

                    Defendant.

BRECHAN ENTERPRISES, INC., an Alaska corporation,

                    Counterclaim Plaintiff,

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,

                    Counterclaim Defendant.

BRECHAN ENTERPRISES, INC., an Alaska corporation,

                    Third-Party Plaintiff,

v.

COFFMAN ENGINEERS, INC., a Washington corporation,

                    Third-Party Defendant.

Third-Party Defendant, Coffman Engineers, Inc., by and through counsel, and does hereby

list its Exhibit List as set out below:

| NO. | DESCRIPTION | ADM | ID |
|-----|-------------|-----|-----|
| C-1 | Declaration of Terry R. Marston in Support of Opposition to Motion for Protective Order by Defendant and Third-Party Plaintiff Emerco, Inc. and Thomas Puett (10/21/04) | | |
| C-2 | Declaration of Terry R. Marston in Support of Opposition to Motion to Compel (02/10/05) | | |

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| C-3 | Additional Declaration of Terry R. Marston in Support of Motion in Limine (03/07/05) | | |
|---|---|---|---|
| C-4 | Declaration of Terry R. Marston in Support of Motion for Joinder (05/22/05) | | |
| C-5 | Declaration of Terry R. Marston in Support of Motion for Extension of Time (08/01/05) | | |
| C-6 | Declaration of Terry R. Marston in Support of Opposition of Absolute Environmental to Coffman's Motion to Quash (03/01/06) | | |
| C-7 | Declaration of Terry R. Marston in Opposition to Coffman's Motion to Amend Case Schedule and Reset Trial Date (04/28/06) | | |
| C-8 | Declaration of Terry R. Marston in Support of Motion to Compel (06/08/06) | | |
| C-9 | Declaration of Terry R. Marston in Support of Motion to Compel (08/04/06) | | |
| C-10 | Declaration of Terry R. Marston in Support of Motion to Dismiss or Cap Certain Claims Alleged by Defendant Emerco, inc. (08/04/06) | | |
| C-11 | Declaration of Terry R. Marston in Support of Opposition to Brechan's Motion for Summary Judgment – Disclosure (08/19/06) | | |
| C-12 | Declaration of Terry R. Marston in Support of Motion for Leave of Extension of Time (08/21/06) | | |
| C-13 | Declaration of Terry Marston in Support of Reply Motion to Compel (08/22/06) | | |
| C-14 | Declaration of Terry R. Marston in Support of Motion for Summary Judgment to Dismiss Claim of Goods Sold and Delivered (08/25/06) | | |
| C-15 | [Replacement] Declaration of Terry Marston in Support of Reply Motion to Compel (08/25/06) | | |
| C-16 | Declaration of Terry Marston re Withheld Documents (08/29/06) | | |
| C-17 | Declaration of Dave Olson in Support of Plaintiff's Motion to Compel (10/26/04) | | |
| C-18 | Affidavit of David Olson Regarding Document Production (01/14/05) | | |
| C-19 | Declaration of David Olson in Opposition to Brechan's Motion to Dismiss (11/29/05) | | |

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

| | | | |
|---|---|---|---|
| C-20 | Declaration of Dave Olson in Support of Motion for Summary Judgment to Dismiss Claims of Goods Sold and Delivered (08/04/06) | | |
| C-21 | Declaration of Dave Olson in Support of Absolute's Opposition to Safeco's Motion for Summary Judgment (08/16/06) | | |
| C-22 | Declaration of Dave Olson in Support of Absolute's Opposition to Coffman's Motion for Partial Summary Judgment (08/18/06) | | |
| C-23 | First Declaration of Dave Olson in Support of Absolute's Opposition to Brechan's Motion for Summary Judgment – Nondisclosure (08/18/06) | | |
| C-24 | Second Declaration of Dave Olson in Support of Absolute's Opposition to Brechan's Motion for Summary Judgment– Nondisclosure (08/19/06) | | |
| C-25 | Declaration of Dave Olson in Support of Absolute's Opposition to Coffman's Motion for Partial Summary Judgment (08/21/06) | | |
| C-26 | Declaration of Dave Olson Regarding Motions for Summary Judgment (08/25/06) | | |
| C-27 | Coffman Daily Reports 2001 | | |
| C-28 | Coffman Daily Reports 2002 | | |
| C-29 | Coffman Daily Reports 2003 | | |
| C-30 | Expert Report of William R. Mott, Jr., P.E. | | |
| C-31 | Expert Reports of Stephen C. Ross | | |
| C-32 | Expert Report of Mark S. Schilling | | |
| C-33 | Expert Reports of Skip Vernon | | |
| C-34 | Warranty | | |
| C-35 | Final Inspection Report | | |
| C-36 | Supplemental Complete Report | | |
| C-37 | 4-hr video "Cargo Wharf Phase 2 Coating" Unedited Version 2003 | | |
| C-38 | United State Coast Guard Cargo Wharf and Fuel Pier Inspection Kodiak, Alaska prepared by Tryck Nyman Hayes, Inc. with colored photographs September 21-October 2, 2000 | | |
| C-39 | All Coffman Site and Inspection Photographs | | |
| C-40 | All Imperial Pictures and Videotapes | | |
| C-41 | Schilling Material and Documents | | |
| C-42 | Coffman/Brechan Contract | | |
| C-43 | Brechan/USCG – Job Orders Phase II | | |

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| | | | |
|---|---|---|---|
| C-44 | Imperial/Absolute Subcontract – 01/31/03 | | |
| C-45 | Email dated 02/21/05 Olson to Hardenbergh | | |
| C-46 | June 2001 Coating Specifications | | |
| C-47 | November 25, 2002 Coating Specifications | | |
| C-48 | November 26, 2002 Coating Specifications | | |
| C-49 | Coast Guard Photographs Produced at Repanich Deposition on CD | | |
| C-50 | Alliston Deposition 03/10/05 Exhibit 1: Letter from Rob Alliston to Whom It May Concern dated March 9, 2003.  SPC 202 | | |
| C-51 | Alliston Deposition 03/10/05 Exhibit 2: E-mail from Rob Alliston to Charlie Mathias dated June 24, 2003.  SPC 861 | | |
| C-52 | Alliston Deposition 03/10/05 Exhibit 3: Fax from Tom to Rob dated June 26, 2003 and Attachment.  SPC 209-214 | | |
| C-53 | Alliston Deposition 03/10/05 Exhibit 4: Fax from Tom to Rob dated June 27, 2003 and Attachment.  SPC 215-216 | | |
| C-54 | Alliston Deposition 03/10/05 Exhibit 5: Letter from Matt Alliston to Mr. Puett dated June 30, 2003.  SPC 217 | | |
| C-55 | Alliston Deposition 03/10/05 Exhibit 6: E-mail from Jerry Hardenbergh to Rob Alliston dated July 14, 2003 and others.  SPC 371-372 | | |
| C-56 | Alliston Deposition 03/10/05 Exhibit 7: E-mail from Jerry Hardenbergh to Rob Alliston dated July 18, 2003 and others.  SPC 368-369 | | |
| C-57 | Alliston Deposition 03/10/05 Exhibit 8:  E-mail from Tim Lawrence to Rob dated July 16, 2003.  SPC 374-375 | | |
| C-58 | Alliston Deposition 03/10/05 Exhibit 9: E-mail from Jerry Hardenbergh to Charlie Mathias dated July 17, 2003 and others.  SPC 865 | | |
| C-59 | Alliston Deposition 03/10/05 Exhibit 10:  SP-1864 Spray Grade Application Specification Steel Substrate Effective October 2001.  SPC 95-99 | | |
| C-60 | Alliston Deposition 03/10/05 Exhibit 11:  NACE Standard RPO188-99 | | |
| C-61 | Alliston Deposition 03/10/05 Exhibit 12:  Coffman Engineers Coatings Quality Assurance Checklist | | |
| C-62 | Alliston Deposition 03/10/05 Exhibit 13: SSPC Paint Application Standard No. 2 | | |

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| C-63 | Alliston Deposition 03/10/05 Exhibit 14: Case History SP/Zebron Application to Marine Structures. SPC 100-101 | | |
| C-64 | Alliston Deposition 03/10/05 Exhibit 15: Zebron Technical Data | | |
| C-65 | Alliston Deposition 03/10/05 Exhibit 16: Coffman Engineers Daily Summary Report dated August 5, 2003. | | |
| C-66 | Alliston Deposition 03/10/05 Exhibit 17: Letter from Tom Puett to Charlie Mathias dated August 6, 2003. BEI2215 | | |
| C-67 | Alliston Deposition 03/10/05 Exhibit 18: Memo from Charlie Mathias to Tom Puett dated August 5, 2003. SPC 224 | | |
| C-68 | Alliston Deposition 03/10/05 Exhibit 19: Letter from Rob Alliston to Tom Puett dated August 11, 2003. SPC 245 | | |
| C-69 | Alliston Deposition 03/10/05 Exhibit 20: Letter to William Baerg to Rob Alliston dated August 22, 2003. SPC 15 | | |
| C-70 | Belville Deposition 05/09/06 Exhibit 1: Daily Coating Inspection Reports | | |
| C-71 | Belville Deposition 05/09/06 Exhibit 2: August 5, 2003 Letter | | |
| C-72 | Elmore Deposition 03/16/06 Exhibit 1: USCG Kodiak Cargo Wharf Coating Project Phase II 2003 Organization Chart | | |
| C-73 | Elmore Deposition 03/16/06 Exhibit 2: Subcontract between Brechan and Absolute dated 12/18/02 | | |
| C-74 | Elmore Deposition 03/16/06 Exhibit 3: Subcontract dated 01/31/03 – Absolute/Imperial | | |
| C-75 | Elmore Deposition 03/16/06 Exhibit 4: Handwritten Pricing Notes | | |
| C-76 | Elmore Deposition 03/16/06 Exhibit 5: Estimate Summary Sheet | | |
| C-77 | Elmore Deposition 03/16/06 Exhibit 6: Email dated 09/17/02 from Peterson to Olson regarding Cargo Wharf Coating | | |
| C-78 | Elmore Deposition 03/16/06 Exhibit 7: Email dated 11/27/02 from Elmore to Imperial regarding Kodiak Pier Means Spread Sheet | | |
| C-79 | Elmore Deposition 03/16/06 Exhibit 8: Fax dated 01/09/02 from Elmore to Puett regarding Contract Proposals | | |
| C-80 | Elmore Deposition 03/16/06 Exhibit 9: Handwritten Notes regarding Original Cargo Wharf | | |
| C-81 | Elmore Deposition 03/16/06 Exhibit 10: Email dated 11/18/02 from Peterson to Holmstrom regarding USCG Kodiak Cargo Wharf Coating ph. 2 | | |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| C-82 | Elmore Deposition 03/16/06 Exhibit 11:  Email dated 01/23/03 from Elmore to Wolfe regarding Schedule of Values for Brechan | | |
|---|---|---|---|
| C-83 | Elmore Deposition 03/16/06 Exhibit 12:  Proposed 2003 Pre-Job Conference Agenda 02/18/03 with Handwritten Notes | | |
| C-84 | Elmore Deposition 03/16/06 Exhibit 13:  Proposed 2003 Pre-Job Conference Agenda 02/18/03 with Handwritten Notes | | |
| C-85 | Elmore Deposition 03/16/06 Exhibit 14: Memo dated 04/14/03 to Peterson from Absolute regarding Mike Shannon's Job Description | | |
| C-86 | Elmore Deposition 03/16/06 Exhibit 15: Letter dated 05/16/03 to McKinley regarding Cargo Wharf Pile Coating Phase II | | |
| C-87 | Elmore Deposition 03/16/06 Exhibit 16: Letter dated 05/21/02 to Holmstrom from Elmore regarding Schedule Delay | | |
| C-88 | Elmore Deposition 03/16/06 Exhibit 17:  Email dated 06/23/03 from Hardenbergh to Dave O and Elmore regarding DFT Measurements | | |
| C-89 | Elmore Deposition 03/16/06 Exhibit 18:  Letter dated 06/23/03 from Puett to Olson regarding Cargo Wharf Pile Coating Phase II, ISC Kodiak, AK 33-S01171 Task 643P92 | | |
| C-90 | Elmore Deposition 03/16/06 Exhibit 19:  Letter dated 06/27/03 from Puett to Olson regarding Alleged Anode Damage | | |
| C-91 | Elmore Deposition 03/16/06 Exhibit 20:  Letter dated 07/01/03 from Puett to Olson regarding Notice to Cure-Schedule Response | | |
| C-92 | Elmore Deposition 03/29/06 Exhibit 21:  Letter dated 07/11/03 to Imperial from Elmore regarding Response to Compensation Issue from Excessive Pitting | | |
| C-93 | Elmore Deposition 03/29/06 Exhibit 22:  Letter dated 07/16/03 to Jim Houck from Elmore regarding Welding and Repairs for Structure | | |
| C-94 | Elmore Deposition 03/29/06 Exhibit 23:  Schedule of Values | | |
| C-95 | Elmore Deposition 03/29/06 Exhibit 24:  Kodiak Cargo Pier Spread Sheets | | |
| C-96 | Elmore Deposition 03/29/06 Exhibit 25:  Absolute Environmental/Imperial Outline | | |
| C-97 | Elmore Deposition 03/29/06 Exhibit 26:  Imperial Industrial Coatings Foreman's Daily Log 08/06/03 | | |
| C-98 | Elmore Deposition 03/29/06 Exhibit 27:  Imperial Industrial Coatings Foreman's Daily Logs 08/07/03 | | |

**LANE POWELL LLC**

301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

| | | | |
|---|---|---|---|
| C-99 | Elmore Deposition 03/29/06 Exhibit 28: Letter dated 05/16/03 to Absolute from Puett regarding Contract No. 33-S01171 Tank 643P92 | | |
| C-100 | Elmore Deposition 03/29/06 Exhibit 29: Email dated 12/15/03 from Hardenbergh to Hardenbergh regarding Cargo Wharf Phase 2 | | |
| C-101 | Elmore Deposition 03/29/06 Exhibit 30: Email dated 04/30/04 from Elmore to Peterson and Olson regarding Cargo Wharf Follow-up Repairs | | |
| C-102 | Elmore Deposition 03/29/06 Exhibit 31: Corpro Coating Services – provide Absolute with Two Plural Component Applicators for Work on Kodiak Island | | |
| C-103 | Elmore Deposition 03/29/06 Exhibit 32: Invoice dated 04/22/04 for Outstanding Balance Due on USCG Cargo Wharf Pile Coating Phase II | | |
| C-104 | Elmore Deposition 03/29/06 Exhibit 33: Invoice dated 09/03/04 for Outstanding Balance Due on USCG Cargo Wharf Pile Coating Phase II | | |
| C-105 | Elmore Deposition 03/29/06 Exhibit 34: Email dated May 31, 2003 from Holmstrom to Olson, Peterson & Elmore regarding Miscellaneous Electrical Issues | | |
| C-106 | Elmore Deposition 03/29/06 Exhibit 35: Letter dated 05/16/03 from Puett to Elmore regarding Contract No. 33-S01171 Task 643P92 | | |
| C-107 | Elmore Deposition 03/29/06 Exhibit 36: Letter dated 05/20/03 from Olson to McKinley & Puett regarding Excessive Coating Materials (Letter Dated May 16, 2003) | | |
| C-108 | Elmore Deposition 03/29/06 Exhibit 37: Letter dated 05/31/03 from Olson to McKinley regarding Response to IIC May 22, 2003 Correspondence | | |
| C-109 | Holmstrom Deposition 02/08/06 Exhibit 1: Cargo Pier Upgrade | | |
| C-110 | Holmstrom Deposition 02/08/06 Exhibit 2: Memorandum, 10/30/01 | | |
| C-111 | Holmstrom Deposition 02/08/06 Exhibit 3: E-mail from Ms. Repanich, 12/27/01 | | |
| C-112 | Holmstrom Deposition 02/08/06 Exhibit 4: Cargo Wharf Upgrades - Anchorage Meeting | | |
| C-113 | Holmstrom Deposition 02/14/06 Exhibit 5: Meeting with Coffman & Swalling, 2/8/02 | | |

| C-114 | Holmstrom Deposition 02/14/06 Exhibit 6: Diagram of Original Cargo Wharf | | |
|---|---|---|---|
| C-115 | Holmstrom Deposition 02/14/06 Exhibit 7: Order for Supplies and Services | | |
| C-116 | Holmstrom Deposition 02/14/06 Exhibit 8: Coating of Steel Waterfront Structures | | |
| C-117 | Holmstrom Deposition 02/14/06 Exhibit 9: Cargo Wharf Technical Requirements | | |
| C-118 | Holmstrom Deposition 02/14/06 Exhibit 10: Project Scope and Fee Narrative | | |
| C-119 | Holmstrom Deposition 02/14/06 Exhibit 11: Handwritten Document, BEI 3989 | | |
| C-120 | Holmstrom Deposition 02/14/06 Exhibit 12: Packet of Handwritten Documents, BEI 4447 | | |
| C-121 | Holmstrom Deposition 02/14/06 Exhibit 13: Handwritten Document, BEI 4484 | | |
| C-122 | Holmstrom Deposition 02/14/06 Exhibit 14: Handwritten Document, BEI 4080 | | |
| C-123 | Holmstrom Deposition 02/14/06 Exhibit 15: E-mail String, 2/6/02 | | |
| C-124 | Holmstrom Deposition 02/14/06 Exhibit 16: E-mail String, 2/26/02 | | |
| C-125 | Holmstrom Deposition 02/14/06 Exhibit 17: E-mail from Mr. Holmstrom, 3/10/3 | | |
| C-126 | Holmstrom Deposition 02/14/06 Exhibit 18: E-mail String, 10/29/02 | | |
| C-127 | Holmstrom Deposition 02/14/06 Exhibit 19: E-mail from Mr. Brown, 10/8/02 | | |
| C-128 | Holmstrom Deposition 02/14/06 Exhibit 20: E-mail from Mr. Holmstrom, 11/5/03 | | |
| C-129 | Holmstrom Deposition 02/14/06 Exhibit 21: E-mail from Mr. Peterson, 9/17/02 | | |
| C-130 | Holmstrom Deposition 02/14/06 Exhibit 22: E-mail String, 8/2/04 | | |
| C-131 | Holmstrom Deposition 02/14/06 Exhibit 23: E-mail from Mr. Stears, 3/28/02 | | |
| C-132 | Holmstrom Deposition 02/14/06 Exhibit 24: Task Order #: 007 | | |
| C-133 | Holmstrom Deposition 02/14/06 Exhibit 25: E-mail from Mr. Holmstrom, 7/24/02 | | |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| | | | |
|---|---|---|---|
| C-134 | Holmstrom Deposition 02/14/06 Exhibit 26: Letter from Swalling, 1/28/02 | | |
| C-135 | Holmstrom Deposition 02/14/06 Exhibit 28: Cargo Wharf Technical Requirements | | |
| C-136 | Holmstrom Deposition 02/14/06 Exhibit 29: E-mail from Mr. Stears, 2/26/02 | | |
| C-137 | Holmstrom Deposition 02/14/06 Exhibit 30: E-mail String, 3/7/02 | | |
| C-138 | Holmstrom Deposition 02/14/06 Exhibit 31: Memorandum, 3/16/02 | | |
| C-139 | Holmstrom Deposition 02/14/06 Exhibit 32: Memorandum, 10/30/01 | | |
| C-140 | Holmstrom Deposition 02/14/06 Exhibit 33: E-mail String, 10/24/02 | | |
| C-141 | Holmstrom Deposition 02/14/06 Exhibit 34: Revised Coating Specifications | | |
| C-142 | Holmstrom Deposition 02/14/06 Exhibit 35: E-mail, 3/28/03 | | |
| C-143 | Holmstrom Deposition 02/14/06 Exhibit 36: E-mail String, 11/25/02 | | |
| C-144 | Holmstrom Deposition 02/14/06 Exhibit 37: E-mail String, 11/26/02 | | |
| C-145 | Holmstrom Deposition 02/14/06 Exhibit 38: E-mail from Mr. Holmstrom, 12/3/02 | | |
| C-146 | Holmstrom Deposition 02/14/06 Exhibit 39: E-mail, Proposed 2003 Pre-Job Conference | | |
| C-147 | Holmstrom Deposition 02/14/06 Exhibit 40: E-mail, 1/28/03 | | |
| C-148 | Holmstrom Deposition 02/14/06 Exhibit 41: Subconsultant Agreement | | |
| C-149 | Holmstrom Deposition 02/14/06 Exhibit 42: E-mail from Mr. Holmstrom, 3/10/03 | | |
| C-150 | Holmstrom Deposition 02/14/06 Exhibit 43: Letter with Cost Proposal, 12/4/02 | | |
| C-151 | Holmstrom Deposition 02/14/06 Exhibit 44: Order for Supplies and Services | | |
| C-152 | Holmstrom Deposition 02/14/06 Exhibit 45: Sept 16, 2002 Letter | | |
| C-153 | Holmstrom Deposition 06/08/06 Exhibit 1: 5/30/02 E-mail | | |
| C-154 | Holmstrom Deposition 06/08/06 Exhibit 2: Photograph | | |

**LANE POWELL** LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| | | | |
|---|---|---|---|
| C-155 | Holmstrom Deposition 06/08/06 Exhibit 3:  06/05/02 Daily Summary Report | | |
| C-156 | Lynch Deposition 06/26/06 Exhibit 1:  Subpoena (2 pages) | | |
| C-157 | Lynch Deposition 06/26/06 Exhibit 2:  Notice of Deposition (5 pages) | | |
| C-158 | Lynch Deposition 06/26/06 Exhibit 3:  Meeting Notes dated 4/2/03 (3 pages) | | |
| C-159 | Lynch Deposition 06/26/06 Exhibit 4:  Attendance List (1 page) | | |
| C-160 | Lynch Deposition 06/26/06 Exhibit 5:  Copy of E-mails dated 7/17-18/02 (2 pages) | | |
| C-161 | Lynch Deposition 06/26/06 Exhibit 6:   Copy of E-mail dated 4/28/03 (1 page) | | |
| C-162 | Lynch Deposition 06/26/06 Exhibit 7:   Meeting Notes dated 4/2/03 (1 page) | | |
| C-163 | Lynch Deposition 06/26/06 Exhibit 8:   Memorandum dated 08/05/03 (1 page) | | |
| C-164 | Mathias Deposition 03/11/05 Exhibit 21:  Letter from Angela Cole to Imperial Industrial Coatings dated 04/17/03 SPC 205-206 | | |
| C-165 | Mathias Deposition 03/11/05 Exhibit 22:  Series of Blank Cards, undated (7 pages) | | |
| C-166 | Mathias Deposition 03/11/05 Exhibit 23:  E-mail from Charlie Mathias to Jerry Hardenbergh dated 07/09/03 and others. BEII582-583 | | |
| C-167 | Mathias Deposition 03/11/05 Exhibit 24:   Photocopy of Photograph, undated (1 page) | | |
| C-168 | Mathias Deposition 03/11/05 Exhibit 25:  Letter from Charlie Mathias to Rob Alliston, undated.  SPC 235-236 | | |
| C-169 | Mathias Deposition 03/11/05 Exhibit 26:  Letter from Tom Puett to Charlie Mathias dated 08/07/03.  SPC 230 | | |
| C-170 | Mathias Deposition 03/11/05 Exhibit 27:  Handwritten Document dated 08/11/03. SPC 233-234 | | |
| C-171 | Mathias Deposition 03/11/05 Exhibit 28:  Letter from Robert Dickson to Clifford David dated 12/08/04 (7 pages) | | |
| C-172 | Mathias Deposition 03/11/05 Exhibit 29:  Weekly Planner.  SPC 901-913 | | |
| C-173 | Mathias Deposition 03/11/05 Exhibit 30:  Memo from Charlie Mathias to Tom Puett dated 08/05/03.  SPC 225 | | |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| | | | |
|---|---|---|---|
| C-174 | Oliver Deposition 06/07/06 Deposition Exhibit 1: Key Documents Binder | | |
| C-175 | Oliver Deposition 06/07/06 Deposition Exhibit 2: March 18, 2002 Letter | | |
| C-176 | Oliver Deposition 06/07/06 Deposition Exhibit 3: Delivery Order Pricing Handwritten Documents | | |
| C-177 | Olson Deposition 03/07/05 Exhibit 1: USCG Kodiak Cargo Wharf Coating Project Phase II 2003 Organization Chart | | |
| C-178 | Olson Deposition 03/07/05 Exhibit 2: 01/31/03 Subcontract, Job No. 2003-04 – Absolute/Imperial | | |
| C-179 | Olson Deposition 03/07/05 Exhibit 3: Memo dated 09/16/02 from Puett to Peterson regarding Cargo Fueling Piers Kodiak Island Reference Quotation, QC Program & Procedures | | |
| C-180 | Olson Deposition 03/07/05 Exhibit 4: Subcontract dated 12/18/02 between Brechan and Local Electric | | |
| C-181 | Olson Deposition 03/07/05 Exhibit 5: Registered Agent Notice of Resignation for Emerco dated 10/03/03 | | |
| C-182 | Olson Deposition 03/07/05 Exhibit 6: Email dated 12/04/02 from Charlie to Holmstrom regarding Cargo Wharf Coatings. Ph. 2 | | |
| C-183 | Olson Deposition 03/07/05 Exhibit 7: Email dated 01/21/03 from Elmore to Olson regarding Cargo Wharf '03 | | |
| C-184 | Olson Deposition 03/07/05 Exhibit 8: Email dated 02/19/03 from Holmstrom to Jerling regarding Cargo Wharf. Ph. 2 | | |
| C-185 | Olson Deposition 03/07/05 Exhibit 9: Email dated 03/10/03 from Holmstrom to Hardenbergh and Puett regarding Cargo Wharf Coatings, ph. 2 | | |
| C-186 | Olson Deposition 03/07/05 Exhibit 10: Memo dated 04/14/03 from Peterson regarding Mike Shannon's Job Description | | |
| C-187 | Olson Deposition 03/07/05 Exhibit 11: Email dated 05-31-03 from Holmstrom to Olson, Peterson and Elmore regarding Electrical Issues | | |
| C-188 | Olson Deposition 03/07/05 Exhibit 12: Letter dated 06/12/03 from Olson to McKinley regarding Cargo Wharf Pile Coating Phase II, ISC Kodiak, Alaska 33-S01171 Task 643P92 | | |
| C-189 | Olson Deposition 03/07/05 Exhibit 13: Letter dated 06/20/03 from Puett to Olson regarding Cargo Wharf Pile Coating Phase II, ISC Kodiak, Alaska 33-S01171 Task 643P92 | | |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| | | | |
|---|---|---|---|
| C-190 | Olson Deposition 03/07/05 Exhibit 14:  Email dated 06/24/03 from Hardenbergh to Peterson regarding Kodiak Cargo Wharf Coating Project Daily Report June 23, 2003 | | |
| C-191 | Olson Deposition 03/07/05 Exhibit 15:  Email dated 05/06/03 from Houck to Hardenbergh regarding Caulking | | |
| C-192 | Olson Deposition 03/07/05 Exhibit 16:  Letter dated 05/16/03 to McKinley regarding AESI Employee Responsibilities | | |
| C-193 | Olson Deposition 03/07/05 Exhibit 17:  Request for Payment Job Order Contract dated 04/10/03 | | |
| C-194 | Olson Deposition 03/07/05 Exhibit 18:  Invoice dated 04/30/03 from  Imperial to Absolute | | |
| C-195 | Olson Deposition 03/07/05 Exhibit 19:  Letter dated 05/16/03 from Puett to Elmore regarding Contract No. 33-S01171 Task 643P92 | | |
| C-196 | Olson Deposition 03/07/05 Exhibit 20:  Letter dated 05/20/03 from Olson to McKinley regarding Excessive Coating Materials (letter dated 05/16/03) | | |
| C-197 | Olson Deposition 03/07/05 Exhibit 21:  Letter dated 05/31/03 from Olson to McKinley regarding Response to IIC May 22, 2003 Correspondence | | |
| C-198 | Olson Deposition 03/07/05 Exhibit 22:   Letter dated 06/03/03 from Puett to Olson regarding Response to AES letter dated May 31, 2003 | | |
| C-199 | Olson Deposition 03/07/05 Exhibit 23:  Design Clarification | | |
| C-200 | Olson Deposition 03/07/05 Exhibit 24:  Letter dated 06/12/03 from Puett to Olson regarding Gray Coating | | |
| C-201 | Olson Deposition 03/07/05 Exhibit 25:  Letter dated 06/19/03 from Olson to McKinley regarding Response to Gray Coating | | |
| C-202 | Olson Deposition 03/07/05 Exhibit 26:  Letter dated 06/12/03 from Olson to McKinley regarding Direction Clarification | | |
| C-203 | Olson Deposition 03/07/05 Exhibit 27:  Letter dated 06/23/03 from Puett to Olson regarding Directive Clarification | | |
| C-204 | Olson Deposition 03/08/05 Exhibit 28:  Daily Summary Report dated June 25, 2003 from Hardenbergh | | |
| C-205 | Olson Deposition 03/08/05 Exhibit 29:  Letter dated 06/26/03 from Puett to SPC regarding Gray Coating | | |
| C-206 | Olson Deposition 03/08/05 Exhibit 30:  Letter dated 06/30/03 from Alliston to Puett regarding Response to 06/26/03 Letter | | |

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

| C-207 | Olson Deposition 03/08/05 Exhibit 31:  Letter dated 07/03/03 from Holmstrom to Olson regarding Cargo Wharf Coating Phase II: DCR #19 (Gray Coating) | | |
| C-208 | Olson Deposition 03/08/05 Exhibit 32:  Letter dated 07/31/06 from Puett to Olson regarding Conversation between Dave Olson and Forrest McKinley on 29 July 2003 | | |
| C-209 | Olson Deposition 03/08/05 Exhibit 33:  Letter dated 06/30/03 from Puett to Alliston regarding Epoxy Hot Stick | | |
| C-210 | Olson Deposition 03/08/05 Exhibit 34:  Email dated 05/19/03 from Elmore to Olson re: DFT Measurements | | |
| C-211 | Olson Deposition 03/08/05 Exhibit 35:  Letter dated 06/10/03 from McKinley to Olson regarding Daily Summary Report | | |
| C-212 | Olson Deposition 03/08/05 Exhibit 36:  Letter dated 06/12/03 from McKinley to Olson regarding Daily Summary Report – 2nd Request | | |
| C-213 | Olson Deposition 03/08/05 Exhibit 37:  Email dated 06/26/03 from Hardenbergh to Olson and Elmore regarding QA Daily Reports | | |
| C-214 | Olson Deposition 03/08/05 Exhibit 38:  Fax dated 05/23/03 from Pacific Rim Environmental Consultants to Elmore and Olson regarding 2003-04 Results – Preliminary | | |
| C-215 | Olson Deposition 03/08/05 Exhibit 39:  Invoice dated 06/25/03 from Imperial to Absolute regarding Phase II | | |
| C-216 | Olson Deposition 03/08/05 Exhibit 40:  Letter dated 06/27/03 from Puett to Olson regarding Alleged Anode Damage | | |
| C-217 | Olson Deposition 03/08/05 Exhibit 41:  Letter dated 07/08/03 from Puett to Olson regarding Billing | | |
| C-218 | Olson Deposition 03/08/05 Exhibit 42:  Letter dated 07/15/03 from Puett to Olson regarding Billing/Billing Deductions | | |
| C-219 | Olson Deposition 03/08/05 Exhibit 43:  Letter dated 07/15/03 from Olson to McKinley regarding Response to IIC July 15, 2003 Correspondence "Billing Deduction" | | |
| C-220 | Olson Deposition 03/08/05 Exhibit 44:  Invoice dated 06/03/03 from Absolute to Brechan | | |
| C-221 | Olson Deposition 03/08/05 Exhibit 45:  Letter dated 07/21/03 from Puett to Olson regarding Billing Deduction | | |
| C-222 | Olson Deposition 03/08/05 Exhibit 46:  E-mail dated 07/13/04 from Houck to Elmore regarding Tank Cures | | |

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| | | | |
|---|---|---|---|
| C-223 | Olson Deposition 03/08/05 Exhibit 47:  Submittal Review from Coffman Engineers dated 02/20/03 regarding Project Recoating Submittals | | |
| C-224 | Olson Deposition 03/08/05 Exhibit 48:  Letter dated 06/12/03 from Olson to McKinley regarding Notice to Cure | | |
| C-225 | Olson Deposition 03/08/05 Exhibit 49:  Email dated 06/16/04 from Hardenbergh to Elmore regarding KTA Coating Inspection Equipment | | |
| C-226 | Olson Deposition 03/08/05 Exhibit 50:  Letter dated 06/18/03 from Olson to McKinley regarding Deficient Work in 13 through 15 and Area A | | |
| C-227 | Olson Deposition 03/08/05 Exhibit 51:  Letter dated 06/20/03 from Puett to Olson regarding Deficient Work in 13 through 15 – Area A Response to AES Letter dated June 18, 2003 | | |
| C-228 | Olson Deposition 03/08/05 Exhibit 52:  Letter dated 06/23/03 from Olson to McKinley regarding Notice to Cure – Follow-up | | |
| C-229 | Olson Deposition 03/08/05 Exhibit 53:  Letter dated 06/26/03 from Olson to McKinley regarding Notice to Cure – Follow-up | | |
| C-230 | Olson Deposition 03/08/05 Exhibit 54:  Letter dated 06/26/03 from Olson to McKinley regarding Notice to Cure – Follow-up | | |
| C-231 | Olson Deposition 03/08/05 Exhibit 55:  E-mail dated 06/27/03 from Holmstrom to Martin and Oliver | | |
| C-232 | Olson Deposition 03/08/05 Exhibit 56:  Letter dated 06/27/03 from Puett to Olson regarding response to Absolute's (AES) – Notice to Cure – Follow-up | | |
| C-233 | Olson Deposition 03/08/05 Exhibit 57:  Letter dated 07/01/02 from McKinley to Olson regarding Notice to Cure – Schedule | | |
| C-234 | Olson Deposition 03/08/05 Exhibit 58:  Letter dated 07/01/03 from Olson to McKinley regarding Notice to Cure – Schedule – Follow-up | | |
| C-235 | Olson Deposition 03/08/05 Exhibit 59:  Letter dated 07/01/03 from Puett to Olson regarding Notice to Cure – Schedule | | |
| C-236 | Olson Deposition 03/08/05 Exhibit 60:  Letter dated 07/03/03 from Puett to Olson regarding Absolute Environmental Services Letter dated July 1, 2003 | | |
| C-237 | Olson Deposition 03/08/05 Exhibit 61:  Letter dated 07/15/03 from Puett to Olson regarding Schedule | | |

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

| | | | |
|---|---|---|---|
| C-238 | Olson Deposition 03/08/05 Exhibit 62: Letter dated 07/29/03 from Puett to Olson regarding Brechan Enterprises Letter dated 15 July 2003 | | |
| C-239 | Olson Deposition 03/08/05 Exhibit 63: Letter dated 07/29/03 from Puett to Olson regarding Cargo Wharf Pile Coating Phase II, ISC Kodiak, AK 33-S01171 Task 643P92 | | |
| C-240 | Olson Deposition 03/08/05 Exhibit 64: Letter dated 07/31/03 from Puett to Olson regarding Jerry Hardenbergh Inspection Instrument Certificate of Calibration | | |
| C-241 | Olson Deposition 03/08/05 Exhibit 65: Letter dated 07/31/03 from Puett to Olson regarding Brechan Enterprise dated 15 July 2003 Answered by AES 30 July 2003 IIC Letter No. 84 | | |
| C-242 | Olson Deposition 03/08/05 Exhibit 66: Email dated 07/16/03 regarding Photo of IIC Paint Spill | | |
| C-243 | Olson Deposition 03/08/05 Exhibit 67: Letter dated 06/27/03 from Puett to Olson regarding Safety | | |
| C-244 | Olson Deposition 03/08/05 Exhibit 68: Letter dated 07/02/03 from McKinley to Olson regarding KTA TATOR-QC Reports | | |
| C-245 | Olson Deposition 03/08/05 Exhibit 69: CORPRO Coating Services Proposal | | |
| C-246 | Olson Deposition 03/08/05 Exhibit 70: Memo dated 08/05/03 from Mathias to Puett regarding Decertifying IIC as Applicator | | |
| C-247 | Olson Deposition 03/08/05 Exhibit 71: Letter dated 08/06/03 from Puett to Mathias regarding SPC Letter dated August 5, 2003 (Decertify) | | |
| C-248 | Olson Deposition 03/08/05 Exhibit 72: Letter dated 08/06/03 from Puett to Olson regarding Certification | | |
| C-249 | Olson Deposition 03/08/05 Exhibit 73: Letter dated 08/06/03 from Olson to McKinley regarding AESI Response to IIC Response to AESI Notice to Cure – Certification | | |
| C-250 | Olson Deposition 03/08/05 Exhibit 74: Letter dated 08/11/03 from Alliston to Puett regarding IIC De-certification | | |
| C-251 | Olson Deposition 03/08/05 Exhibit 75: Letter dated 08/07/03 from Baerg to Olson regarding Notice of Termination and Default | | |
| C-252 | Olson Deposition 03/08/05 Exhibit 76: Letter dated 08/07/03 from Baerg to Olson regarding Notice of Conversion | | |
| C-253 | Olson Deposition 03/08/05 Exhibit 77: Invoice dated 09/03/04 from Absolute to Brechan | | |

| C-254 | Olson Deposition 03/08/05 Exhibit 78: E-mail dated 08/20/03 from Olson to Elmore and Terry regarding Cargo Wharf Coating; Ph. 2 Status | | |
|---|---|---|---|
| C-255 | Olson Deposition 02/13/06 Exhibit 79: Fax dated 11/28/05 from Marston to Nist regarding Signed Verification for Absolute's Responses to Brechan's Interrogatories | | |
| C-256 | Olson Deposition 02/13/06 Exhibit 80: Letter dated 05/06/05 from Olson to Martin regarding Request for Equitable Adjustment | | |
| C-257 | Olson Deposition 02/13/06 Exhibit 81: Modification of Subcontract 03/13/02 | | |
| C-258 | Olson Deposition 02/13/06 Exhibit 82: Amendment of Solicitation / Modification of Contract dated 04/23/02 | | |
| C-259 | Olson Deposition 02/13/06 Exhibit 83: Work Plan and Bid Supplement 05/23/01 | | |
| C-260 | Olson Deposition 02/13/06 Exhibit 84: Email dated 07/24/02 from Holmstrom to Olson regarding Cargo Pier Piling Coating | | |
| C-261 | Olson Deposition 02/13/06 Exhibit 85: Letter dated 03/04/03 from Emery to Absolute regarding Subcontract – Cargo Wharf Pile Coating Phase II | | |
| C-262 | Olson Deposition 02/13/06 Exhibit 86: Deposition Page of Puett, page 82-85 | | |
| C-263 | Olson Deposition 02/13/06 Exhibit 87: Subcontract 12/18/02 | | |
| C-264 | Olson Deposition 02/13/06 Exhibit 88: Email dated 12/02/02 from Peterson to Holmstrom regarding Kodiak 2002 Coating Specification Exclusion | | |
| C-265 | Olson Deposition 02/13/06 Exhibit 89: Handwritten Notes to Jason regarding Pricing for Kodiak Cargo Wharf | | |
| C-266 | Olson Deposition 02/13/06 Exhibit 90: Email dated 10/29/02 from Peterson to Holmstrom regarding Cargo Wharf Coatings Phase 2 | | |
| C-267 | Olson Deposition 02/13/06 Exhibit 91: Email dated 11/18/02 from Peterson to Holmstrom regarding USCG Kodiak Cargo Wharf Coating, ph. 2 | | |
| C-268 | Olson Deposition 02/13/06 Exhibit 92: Letter dated 7/7/03 from Olson to McKinley regarding Response to IIC July 3, 2003 Correspondence | | |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| C-269 | Olson Deposition 02/13/06 Exhibit 93:  Letter dated December 6, 2002 from   Peterson to Holmstrom regarding Containment Systems | | |
| C-270 | Olson Deposition 02/13/06 Exhibit 94:  Financial Statements and Supplementary Information 12/31/03 and 2002 | | |
| C-271 | Olson Deposition 02/13/06 Exhibit 95:  Financial Statements and Supplementary Information 12/31/02 and 2001 | | |
| C-272 | Olson Deposition 02/13/06 Exhibit 96:   Absolute's 2004 Tax Return | | |
| C-273 | Olson Deposition 03/30/06 Exhibit 97:  Field Memorandum dated 08/19/03 from Hardenbergh to Olson regarding Coating Defects on Piles at Column Lines 13 to 15 | | |
| C-274 | Olson Deposition 03/30/06 Exhibit 98:  Punch List dated 12/7/03 from Hardenbergh | | |
| C-275 | Olson Deposition 03/30/06 Exhibit 99:  Warranty Inspection List dated October 2-3, 2004 from Hardenbergh | | |
| C-276 | Olson Deposition 03/30/06 Exhibit 100:   Paint Application Specification No. 1 SSPC: The Society for Protective Coatings | | |
| C-277 | Olson Deposition 03/30/06 Exhibit 101:   Daily Painting Inspection Report | | |
| C-278 | Olson 30(b)(6) Deposition 03/30/06 Exhibit 1:   Signed Verification and Responses for Absolute's to Brechan's Interrogatories dated 11/07/05 | | |
| C-279 | Olson 30(b)(6) Deposition 03/30/06 Exhibit 2:  Declaration of David Olson in Opposition to Brechan's Motion to Dismiss dated 11/29/05 | | |
| C-280 | Olson 30(b)(6) Deposition 03/30/06 Exhibit 3:   Subcontract between Brechan and Absolute dated 12/18/02, with 10/22/02 Letter to Holmstrom from Olson regarding Firm Cost Estimate for Removal and Application of Coatings | | |
| C-281 | Olson 30(b)(6) Deposition 06/09/06 Exhibit 1:   Excerpts of Rulien's Report | | |
| C-282 | Olson 30(b)(6) Deposition 06/09/06 Exhibit 2:   Financial Statements | | |
| C-283 | Olson 30(b)(6) Deposition 06/09/06 Exhibit 3:  Profit and Loss | | |
| C-284 | Pederson Deposition 01/25/05 Exhibit 38: Colored photograph of pier | | |

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| | | | |
|---|---|---|---|
| C-285 | Peterson Deposition 03/31/06 Exhibit 1:  Letter dated 05/23/01 to Holmstrom from Olson regarding Firm Cost Estimate for Removal and Application of Coatings | | |
| C-286 | Peterson Deposition 03/31/06 Exhibit 2:  Memo dated 05/23/01 to Holmstrom from Olson regarding USCG Cargo Pier | | |
| C-287 | Peterson Deposition 03/31/06 Exhibit 3:  Responses of Plaintiff Absolute Environmental Services, Inc. to Defendant Emerco, Inc.'s 1st Set of interrogatories | | |
| C-288 | Peterson Deposition 03/31/06 Exhibit 4:  Fax to Peterson from Puett regarding Handwritten Notes | | |
| C-289 | Peterson Deposition 03/31/06 Exhibit 5:  Submittal Applications | | |
| C-290 | Peterson Deposition 03/31/06 Exhibit 6:  Email from Peterson to Olson dated 09/17/02 regarding Cargo Wharf Coating | | |
| C-291 | Peterson Deposition 03/31/06 Exhibit 7:  Email from Peterson to Holmstrom dated 09/17/02 regarding Cargo Wharf Coating | | |
| C-292 | Peterson Deposition 03/31/06 Exhibit 8:  Cargo Wharf Diagram | | |
| C-293 | Peterson Deposition 03/31/06 Exhibit 9:  Memo dated 09/16/02 to Peterson from Puett regarding Cargo and Fueling Piers Kodiak Island | | |
| C-294 | Peterson Deposition 03/31/06 Exhibit 10:  Handwritten Price Sheet | | |
| C-295 | Peterson Deposition 03/31/06 Exhibit 11:  Estimate Summary Sheet | | |
| C-296 | Peterson Deposition 03/31/06 Exhibit 12:  Memorandum dated 10/29/02 from Peterson to Holmstrom regarding Cargo Wharf Coatings Phase 2 | | |
| C-297 | Peterson Deposition 03/31/06 Exhibit 13:  Email dated 11/18/02 from Peterson to Holmstrom regarding USCG Kodiak Cargo Wharf Coating, ph. 2 | | |
| C-298 | Peterson Deposition 03/31/06 Exhibit 14:  Email dated 12/02/02 from Peterson to Holmstrom regarding Kodiak 2002 Coating Specification Exclusions | | |
| C-299 | Peterson Deposition 03/31/06 Exhibit 15:  Email dated 11/27/02 from Peterson to Holmstrom regarding Kodiak 2002 Coating Job Specifications | | |
| C-300 | Peterson Deposition 03/31/06 Exhibit 16:  Fax from Puett to Jason regarding No Changes to Specifications with Attached Handwritten Notes | | |

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| C-301 | Peterson Deposition 03/31/06 Exhibit 17: Fax from Puett to Jason regarding Items of Work for Wharf Project with Handwritten Notes | | |
|---|---|---|---|
| C-302 | Peterson Deposition 03/31/06 Exhibit 18: Daily Summary Report from Jerry Hardenberg dated 04/21/03 | | |
| C-303 | Peterson Deposition 03/31/06 Exhibit 19: Cargo Pier Recoating Project Schedule dated 04/15/03 | | |
| C-304 | Peterson Deposition 03/31/06 Exhibit 20: Memo dated 04/14/03 from Peterson regarding Mike Shannon's Job Description | | |
| C-305 | Peterson Deposition 03/31/06 Exhibit 21: Handwritten Notes to Matt and Letter to Holmstrom from Peterson dated 12/06/02 regarding Containment Systems | | |
| C-306 | Peterson Deposition 03/31/06 Exhibit 22: Letter dated 06/18/03 from Olson to McKinley regarding Cargo Wharf Pile Coating Phase II, ISC Kodiak, Alaska 33-SO1171 Task 643P92 | | |
| C-307 | Peterson Deposition 03/31/06 Exhibit 23: Email dated 04/04 from Peterson from Holmstrom regarding Bldg. 467 | | |
| C-308 | Peterson Deposition 03/31/06 Exhibit 24: Proposed 2003 Pre-Job Conference Agenda 02/18/03 with Handwritten Notes | | |
| C-309 | Peterson Deposition 03/31/06 Exhibit 25: Proposed 2003 Pre-Job Conference Agenda 02/18/03 with Handwritten Notes | | |
| C-310 | Puett Deposition 11/01/04 Exhibit 1: Written Response of Defendant Emerco, Inc. D/B/A Imperial Industrial Coatings to Plaintiff's First Set of Interrogatories to Defendant Emerco, Inc. D/B/A Imperial Industrial Coatings | | |
| C-311 | Puett Deposition 11/01/04 Exhibit 2: Subcontract between Absolute and Imperial dated 01/31/03 | | |
| C-312 | Puett Deposition 11/01/04 Exhibit 3: Notice of Deposition Upon Oral Examination to Emerco, Inc. Pursuant to FRCP 30(b)(6) Amended | | |
| C-313 | Puett Deposition 11/01/04 Exhibit 4: CV of Ralph T. Puett with Supporting Certificates | | |
| C-314 | Puett Deposition 11/01/04 Exhibit 5: Notice of Deposition Upon Oral Examination to Emerco, Inc. Pursuant to FRCP 30(b)(6) | | |
| C-315 | Puett Deposition 11/01/04 Exhibit 6: Cargo and Fueling Piers Kodiak Island Reference Quotation, QC Program & Procedures dated 09/16/02 | | |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

| | | | |
|---|---|---|---|
| C-316 | Puett Deposition 11/01/04 Exhibit 7: Handwritten Cost Expenditures for Kodiak Cargo Wharf | | |
| C-317 | Puett Deposition 11/01/04 Exhibit 8: Imperial Industrial Coatings Purchase Orders | | |
| C-318 | Puett Deposition 11/01/04 Exhibit 9: Imperial Industrial Coatings Purchase Orders | | |
| C-319 | Puett Deposition 11/01/04 Exhibit 10: Diagram of Wharf | | |
| C-320 | Puett Deposition 11/01/04 Exhibit 11: Costs and Wages Sheets | | |
| C-321 | Puett Deposition 11/01/04 Exhibit 12: Schedule of Values | | |
| C-322 | Puett Deposition 11/01/04 Exhibit 13: Section 09967 Coating of Steel Waterfront Structures Requirements | | |
| C-323 | Puett Deposition 11/01/04 Exhibit 14: Gray Paint Cost Estimate | | |
| C-324 | Puett Deposition 11/01/04 Exhibit 15: Payments from Absolute Environmental | | |
| C-325 | Puett Deposition 11/01/04 Exhibit 16: Procedures | | |
| C-326 | Puett Deposition 11/01/04 Exhibit 17: Imperial Foreman's Daily Logs | | |
| C-327 | Puett Deposition 11/01/04 Exhibit 18: Material Cost Sheets | | |
| C-328 | Puett Deposition 11/01/04 Exhibit 19: Estimate Summary Sheets | | |
| C-329 | Puett Deposition 11/01/04 Exhibit 20: Handwritten Letter to Matt | | |
| C-330 | Puett Deposition 11/01/04 Exhibit 21: Letter to Imperial from Absolute dated 06/12/03 regarding Notice to Cure | | |
| C-331 | Puett Deposition 11/02/04 Exhibit 22: Correspondence regarding Gray Coating | | |
| C-332 | Puett Deposition 11/02/04 Exhibit 23: Correspondence regarding Brechan Enterprise Letter dated 19 June 03/DCR19 | | |
| C-333 | Puett Deposition 11/02/04 Exhibit 24: Correspondence between Brechan, Coffman and KTA-TATOR, Inc. | | |
| C-334 | Puett Deposition 11/02/04 Exhibit 25: Handwritten Daily Logs | | |
| C-335 | Puett Deposition 11/02/04 Exhibit 26: Submittals | | |
| C-336 | Puett Deposition 11/02/04 Exhibit 27: Coffman Engineers Cargo Wharf Maintenance Coatings – Original Wharf | | |
| C-337 | Puett Deposition 11/02/04 Exhibit 28: Coffman Engineers Cargo Wharf Maintenance Coatings – Wharf Extension | | |
| C-338 | Puett Deposition 11/02/04 Exhibit 29: Memo dated 08/05/03 from Mathias to Puett regarding Decertification of Imperial | | |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| C-339 | Puett Deposition 11/02/04 Exhibit 30:  Letter  dated 08/11/03 from Alliston to Imperial regarding Imperial Industrial Coatings De-Certification | | |
|-------|---|---|---|
| C-340 | Puett Deposition 11/02/04 Exhibit 31:  Letter dated 08/06/03 from Puett to Specialty Polymer Coatings regarding Decertification's | | |
| C-341 | Puett Deposition 11/02/04 Exhibit 32:  Letter dated 08/06/03 from Puett to Absolute regarding Certification | | |
| C-342 | Puett Deposition 11/02/04 Exhibit 33:  Handwritten Notes 08/01/03 through 08/12/03 | | |
| C-343 | Puett Deposition 11/02/04 Exhibit 34:  Daily Summary Report 07/30/03 from Jerry Hardenbergh | | |
| C-344 | Puett Deposition 11/02/04 Exhibit 34A:  Daily Summary Report 07/30/03 from Jerry Hardenbergh | | |
| C-345 | Puett Deposition 11/02/04 Exhibit 35:  Daily Summary Report 07/31/03 from Jerry Hardenbergh | | |
| C-346 | Puett Deposition 11/02/04 Exhibit 35A:  Daily Summary Report 07/31/03 from Jerry Hardenbergh | | |
| C-347 | Puett Deposition 11/02/04 Exhibit 36:  Letter dated 06/30/03 from Alliston to Puett regarding Coating Over Existing Gray Coating | | |
| C-348 | Puett Deposition 11/02/04 Exhibit 37:  Letter dated 07/29/03 from Puett to Malcolm Campbell & Sons regarding Error Readings | | |
| C-349 | Puett Deposition 05/08/06 Exhibit 38:  Schedule of Values | | |
| C-350 | Puett Deposition 05/08/06 Exhibit 39:  Estimate Summary Sheet | | |
| C-351 | Puett Deposition 05/08/06 Exhibit 40:  Pricing for Kodiak Cargo Wharf | | |
| C-352 | Puett Deposition 05/08/06 Exhibit 41:  Specification Sheets | | |
| C-353 | Puett Deposition 05/08/06 Exhibit 42:  Letter dated 06/27/03 from Puett to Absolute regarding Alleged Anode Damage | | |
| C-354 | Puett Deposition 05/08/06 Exhibit 43:  Letter dated 12/06/02 from Peterson to Holmstrom regarding Containment Systems | | |
| C-355 | Puett Deposition 05/08/06 Exhibit 44:  Proposed 2003 Pre-Job Conference Agenda | | |
| C-356 | Puett Deposition 05/08/06 Exhibit 45:  Letter dated 07/01/03 to Absolute from Puett regarding Notice to Cure-Schedule | | |
| C-357 | Puett Deposition 05/08/06 Exhibit 46:  Letter dated 07/31/03 to Absolute from Puett regarding Malcolm Campbell & Son (MCS) Invoices | | |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

| C-358 | Puett Deposition 05/08/06 Exhibit 47: Imperials Foreman Daily Logs | | |
|---|---|---|---|
| C-359 | Puett Deposition 05/08/06 Exhibit 48: Handwritten Notes dated 07/16/03 | | |
| C-360 | Puett Deposition 05/08/06 Exhibit 49: Handwritten Notes dated 07/30/03 | | |
| C-361 | Puett Deposition 05/08/06 Exhibit 50: Summon in a Civil Case (Imperial v. Absolute) 08/07/03 | | |
| C-362 | Rohner Deposition 01/26/05 Exhibit 39: Daily Summary Report of J. Hardenbergh, dated 31 July 2003. SPC 242 | | |
| C-363 | Schilling Deposition 02/14/05 Exhibit 1: Curriculum Vitae | | |
| C-364 | Schilling Deposition 02/14/05 Exhibit 2: July 2003 Initial Report | | |
| C-365 | Schilling Deposition 02/14/05 Exhibit 3: Coating Condition Assessment Survey dated 1/28/04 | | |
| C-366 | Schilling Deposition 02/14/05 Exhibit 4: 10/21/03 Report | | |
| C-367 | Schilling Deposition 02/14/05 Exhibit 5: 10/21/03 Including Photos, References and Excel Spreadsheets | | |
| C-368 | Schilling Deposition 02/14/05 Exhibit 6: Photocopy of Four Imperical Electric Checks, Front and Back | | |
| C-369 | Schilling Deposition 02/14/05 Exhibit 7: 11/28/04 Letter to Tom Puett from Mark Schilling | | |
| C-370 | Schilling Deposition 02/14/05 Exhibit 8: Invoice Nos. 5151 and 5067 | | |
| C-371 | Schilling Deposition 02/14/05 Exhibit 9: 06/04/03 Letter to Mark Schilling from Tom Puett | | |
| C-372 | Schilling Deposition 02/14/05 Exhibit 10: Subcontract with Attachments | | |
| C-373 | Schilling Deposition 02/14/05 Exhibit 11: Photographs | | |
| C-374 | Schilling Deposition 02/14/05 Exhibit 12: SPC Materials | | |
| C-375 | Schilling Deposition 02/14/05 Exhibit 13: Photographs | | |
| C-376 | Schilling Deposition 02/14/05 Exhibit 14: CD Containing Photographs | | |
| C-377 | Schilling Deposition 02/14/05 Exhibit 15: NACE Standard RPO188 | | |
| C-378 | Schilling Deposition 02/14/05 Exhibit 16: 09/16/02 Letter | | |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| C-379 | Schilling Deposition 02/14/05 Exhibit 17: Coffman QA Daily and Weekly Reports Binder | | |
|---|---|---|---|
| C-380 | Schilling Deposition 02/14/05 Exhibit 18: Issues Binder | | |
| C-381 | Schilling Deposition 02/14/05 Exhibit 19: KTA-TATOR Inspection Reports Binder | | |
| C-382 | Schilling Deposition 02/14/05 Exhibit 20: Overview Binder | | |
| C-383 | Schilling Deposition 02/14/05 Exhibit 21: Foreman's Daily Logs | | |
| C-384 | Schilling Deposition 06/05/06 Exhibit 22: 03/20/06 Letter to Tom Puett from Mark Schilling | | |
| C-385 | Schilling Deposition 06/05/06 Exhibit 23: 05/26/06 Letter to William Baerg from James Stoetzer | | |
| C-386 | Schilling Deposition 06/05/06 Exhibit 24: Coating Condition Assessment Survey Photographs, 02/12/05 | | |
| C-387 | Schilling Deposition 06/05/06 Exhibit 25: 02/18/05 Letter to Tom Puett from Mark Schilling | | |
| C-388 | Schilling Deposition 06/05/06 Exhibit 26: 03/17/06 Letter to Freddie Wagner from Heather Kegley | | |
| C-389 | Schilling Deposition 06/05/06 Exhibit 27: 03/17/06 Letter to Freddie Wagner from Heather Kegley | | |
| C-390 | Schilling Deposition 06/05/06 Exhibit 28: Wal-Mart Photo Copy | | |
| C-391 | Schilling Deposition 06/05/06 Exhibit 29: Sony Labels | | |
| C-392 | Schilling Deposition 06/05/06 Exhibit 30: Panasonic Labels | | |
| C-393 | Schilling Deposition 06/05/06 Exhibit 31: Disc Cover Copies | | |
| C-394 | Schilling Deposition 06/05/06 Exhibit 32: Kodiak Royal Photo Copies | | |
| C-395 | Schilling Deposition 06/05/06 Exhibit 33: Wal-Mart Pictures on CD | | |
| C-396 | Schilling Deposition 06/05/06 Exhibit 34: Wal-Mart 1-Hour Photo | | |
| C-397 | Schilling Deposition 06/05/06 Exhibit 35: Wal-Mart 1-Hr Photo | | |
| C-398 | Schilling Deposition 06/05/06 Exhibit 36: Wal-Mart Copies | | |
| C-399 | Vernon Deposition 02/11/05 Exhibit 1: Consulting Retainer Agreement | | |
| C-400 | Vernon Deposition 02/11/05 Exhibit 2: Curriculum Vitae | | |
| C-401 | Vernon Deposition 02/11/05 Exhibit 3: Updated Curriculum Vitae | | |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| | | | |
|---|---|---|---|
| C-402 | Vernon Deposition 02/11/05 Exhibit 4:  Report by L. Skip Vernon | | |
| C-403 | Vernon Deposition 02/11/05 Exhibit 5:  Rebuttal Report by L. Skip Vernon | | |
| C-404 | Yell Deposition 04/27/06 Exhibit 1:  Daily Reports | | |
| C-405 | Yell Deposition 04/27/06 Exhibit 2:  Daily Summary Report, 8/28/03 | | |
| C-406 | Yell Deposition 04/27/06 Exhibit 3:  Daily Summary Report, 7/29/03 | | |
| C-407 | Yell Deposition 04/27/06 Exhibit 4:  Daily Summary Report, 7/30/03 | | |
| C-408 | Yell Deposition 04/27/06 Exhibit 5:  Section 09967 | | |
| C-409 | Yell Deposition 04/27/06 Exhibit 6:  Daily Summary Report, 7/16/03 | | |
| C-410 | Yell Deposition 04/27/06 Exhibit 7:  Daily Summary Report, 7/31/03 | | |
| C-411 | Yell Deposition 04/27/06 Exhibit 8:  Field Memorandum, 8/19/03 | | |
| C-412 | Deposition Testimony of Rob Alliston 03/10/05 | | |
| C-413 | Deposition Testimony of Josh Belville 05/09/06 | | |
| C-414 | Deposition Testimony of Todd Elmore 03/16/06 | | |
| C-415 | Deposition Testimony of Todd Elmore 03/29/06 | | |
| C-416 | Deposition Testimony of Laura Emery 02/16/05 | | |
| C-417 | Deposition Testimony of Chris Lynch 06/26/06 | | |
| C-418 | Deposition Testimony of Keith MacLeod 04/07/06 | | |
| C-419 | Deposition Videotape of Keith MacLeod 04/07/06 | | |
| C-420 | Deposition Testimony of Charles Mathias 03/11/05 | | |
| C-421 | Deposition Testimony of David Olson 03/07/05 | | |
| C-422 | Deposition Testimony of David Olson 03/08/05 | | |
| C-423 | Deposition Testimony of David Olson 02/13/06 | | |
| C-424 | Deposition Testimony of David Olson 03/30/06 | | |
| C-425 | 30(b)(6) Deposition Testimony of David Olson 03/30/06 | | |
| C-426 | 30(b)(6) Deposition Testimony of David Olson 06/09/06 | | |
| C-427 | Deposition Testimony of Jason Peterson 03/31/06 | | |
| C-428 | Deposition Testimony of Ralph Thomas Puett 11/01/04 | | |
| C-429 | Deposition Testimony of Ralph Thomas Puett 11/02/04 | | |

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

| | | | |
|---|---|---|---|
| C-430 | Deposition Testimony of Ralph Thomas Puett 05/08/06 | | |
| C-431 | Deposition Testimony of Anita Repanich 06/28/06 | | |
| C-432 | Deposition Testimony of David Rohner 01/26/05 | | |
| C-433 | Deposition Testimony of Mark Schilling 02/14/05 | | |
| C-434 | Deposition Testimony of Mark Schilling 06/05/06 | | |
| C-435 | Deposition Testimony of Jason Tenderella 01/26/05 | | |
| C-436 | Deposition Testimony of Skip Vernon 02/11/05 | | |
| C-437 | Deposition Testimony of Daniel Yell 04/27/06 | | |
| C-438 | Plaintiff's Responses to Defendant Emerco's First Interrogatories Propounded to Plaintiff Absolute Environmental Services, Inc. (07/23/04) | | |
| C-439 | Responses (Interrogatories) to Brechan Enterprises' First Discovery Requests to Absolute Environmental Services (11/17/05) | | |
| C-440 | Absolute Environmental's Responses to Coffman's First Discovery Requests (05/15/06) | | |
| C-441 | Absolute Environmental's Responses to Brechan's Discovery Requests (05/22/06) | | |
| C-442 | Absolute Environmental's Responses to Brechan's Second Set of Discovery Requests (05/22/06) | | |
| C-443 | Absolute Environmental's Responses to Coffman's First Discovery Requests (07/07/06) | | |
| C-444 | Absolute Environmental's Responses to Coffman's Second Discovery Requests (07/07/06) | | |
| C-445 | Absolute Environmental's Responses to Safeco Insurance Company's Discovery Requests (07/07/06) | | |

DATED this 15th day of September, 2006.

LANE POWELL LLC
Attorneys for Coffman Engineers, Inc.

By  s/ Peter C. Partnow
Peter C. Partnow, ASBA No. 7206029
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
Email:  PartnowP@LanePowell.com

I certify that on September 15, 2006, a copy
of the foregoing was served electronically/hand
on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com
James E. Niemer, niemerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow

011680.0076/156575.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631