## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA


ABSOLUTE    v.   MCKINLEY, et al.

DATE:   September 28, 2006   CASE NO.   3:03-cv-0199-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RE PUNITIVE DAMAGES**

═══════════════════════════════════════════════════════════

         Absolute's request to pursue punitive damages is hereby **DENIED** for the reasons specifically articulated by the Defendants in their oppositions at Docket 396 and Docket 391.

         Absolute failed to specifically set forth a claim for punitive damages in its complaint or in any subsequent discovery responses.  Moreover, no mention of punitive damages was made until well after discovery had closed in this matter and over three years after the complaint was filed.  The Defendants were not placed on fair notice that punitive damages were being sought and would be prejudiced by having to deal with such a significant change in the posture of the litigation at this late date.