UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


ABSOLUTE   v.   MCKINLEY, et al.

DATE:   September 28, 2006   CASE NO.   3:03-cv-0199-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING MOTION AT DOCKET 386**

---

      Although Plaintiff's Motion for Leave to Designate Additional Deposition Excepts (Docket 386) was not filed on shortened time and no time for opposition has been given, the matter was previously argued to the Court. Based thereon, the Court hereby **GRANTS** Plaintiff's motion and Plaintiff shall now file the additional deposition excerpts.

M.O. RE DOCKET 386