UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


ABSOLUTE   v.   MCKINLEY, et al.

DATE:   September 28, 2006    CASE NO.   3:03-cv-0199-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
DENYING MOTION FOR RECONSIDERATION**

---

      While the Court clearly understands that Mr. David Olson may testify concerning the affairs of his business and the losses incurred as a result of this incident, he has not provided sufficient facts upon which to pursue a business devastation claim. Indeed, the facts offered thus far clearly indicate that his business is ongoing.

      For this reason, and for additional reasons more carefully articulated in Coffman's Opposition at Docket 393 and Brechan and Safeco's Opposition at Docket 395, the Motion to Reconsider at **Docket 368** is hereby **DENIED.**