Terry R. Marston, *pro hac vice,* terry@mhf-law.com
Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
Jesse P. Elison, *pro hac vice,* jessee@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants. | Case No.: A03-0199CV (RRB)<br><br>**ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S ADDITIONAL DEPOSITION DESIGNATIONS** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | |

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, )<br>)<br>)<br>) |
| 2 | |
| 3 | |
| 4 | Plaintiff, )<br>vs. ) |
| 5 | |
| 6 | SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. )<br>)<br>) |
| 7 | Defendants. )<br>) |
| 8 | |
| 9 | BRECHAN ENTERPRISES, INC., an Alaska corporation, )<br>) |
| 10 | Counterclaim Plaintiff, ) |
| 11 | vs. )<br>) |
| 12 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, )<br>) |
| 13 | Counterclaim Defendant. ) |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska corporation, )<br>) |
| 15 | |
| 16 | Third-Party Plaintiff, )<br>vs. ) |
| 17 | COFFMAN ENGINEERS, INC, a Washington Corporation. )<br>) |
| 18 | Third-Party Defendant. ) |
| 19 | |
| 20 | ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, )<br>) |
| 21 | Plaintiff/Cross-claimant, ) |
| 22 | vs. )<br>) |
| 23 | COFFMAN ENGINEERS, INC, a Washington Corporation. )<br>) |
| 24 | Third-Party Defendant. ) |
| 25 | |
| 26 | |

ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S ADDITIONAL DEPOSITION DESIGNATIONS
Case No. A03-0199CV (RRB)-- 2

COME NOW, plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC., by and through its undersigned attorneys of record, and hereby designate the following additional deposition testimony that may be used at trial:

**Deposition Designation of Anita Repanich, taken June 28, 2006**

Attached hereto as Appendix A

**Deposition Designation of Martin Boivin, taken June 29, 2006**

Attached hereto as Appendix B

**Deposition Designation of Margaret Wilson, taken June 29, 2006**

Attached hereto as Appendix C

DATED this 28th day of September, 2006.

MARSTON HEFFERNAN FOREMAN, PLLC

By ____s/Terry R. Marston_____
Terry R. Marston II, WSBA No. 14440
Jami K. Elison, WSBA No. 31007
Attorneys for Plaintiff Absolute Environmental Service, Inc.

I hereby certify that on the date given a copy of the forgoing was electronically filed with the Clerk of Court using the CM/ECF system and was served electronically on the following:

William R. Baerg, Patrick J. Duffy
Eric J. Brown
Robert J. Dickson
Michael E Kreger, Jacob Nist
James B. Stoetzer, Peter C. Partnow

s/Terry R. Marston_____ .