ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930 (baerg@mmlawyers.com)

Attorneys for Defendant Forrest J. McKinley and
Defendant and Counter-Claimant EMERCO, INC.,
dba Imperial Industrial Coatings

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>*Defendants.* | CASE NO. A-03-0199<br>Civil (RRB)<br><br>**MOTION OF DEFENDANT AND CROSS-CLAIMANT EMERCO, INC., DBA IMPERIAL INDUSTRIAL COATINGS TO AMEND EXHIBIT LIST** |
| EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,<br><br>*Counter-Claimant/Third Party Claimant*,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al.,<br><br>*Cross-Defendants/Third Party Defendants.* | |

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA for the use ) |
| 2 | and benefit of ABSOLUTE ENVIRONMENTAL ) SERVICES, INC., and Alaska corporation, ) |
| 3 | *Plaintiff,* ) |
| 4 | v. ) |
| 5 | SAFECO INSURANCE COMPANY OF ) AMERICA, a Washington corporation, ) |
| 6 | ) |
| 7 | Defendant. ) |
| 8 | BRECHAN ENTERPRISES, INC., an Alaska ) corporation, ) |
| 9 | Counterclaim Plaintiff, ) |
| 10 | v. ) |
| 11 | ABSOLUTE ENVIRONMENTAL SERVICES, ) INC., an Alaska corporation, ) |
| 12 | Counterclaim Defendant. ) |
| 13 | |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska ) corporation, ) |
| 15 | Third-Party Plaintiff, ) |
| 16 | v. ) |
| 17 | COFFMAN ENGINEERS, INC., a Washington ) corporation, ) |
| 18 | Third-Party Defendant. ) |
| 19 | |

23   Emerco, Inc., dba Imperial Industrial Coatings and Forrest J. McKinley respectfully
24 request the Court to permit them to amend their Exhibit List to include, as Exhibit I-595, a copy
25 of the Federal Acquisition Regulation codified at 48 CFR 36.502, entitled "Differing Site
26 Conditions," and as Exhibit I-596, a copy of the Federal Acquisition Regulation codified at 48
27 CFR 52.236-2, entitled "Differing Site Conditions." True and correct copies of these regulations
28 are attached hereto as Exhibits I-595 and I-596, respectively.

1 |       No prejudice can be claimed by any party in that these are simply copies of the
2 | public laws that governed the contracts at issue in this case.
3 |
4 |
5 | DATED: September 28, 2006          MONTELEONE & McCRORY LLP
6 |
   Attorneys for Emerco, Inc., dba Imperial Industrial Coatings and Forrest J. McKinley

By _____
   PATRICK J. DUFFY III, ESQ.
   CSBN 45042
   WILLIAM R. BAERG, ESQ.
   CSBN 167399
   WSBN 23052

## CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on September 28, 2006, a copy of the foregoing was served by ECF on:

Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
Peter C. Partnow, PartnowP@LanePowell.com
James B. Stoetzer, StoetzerJ@LanePowell.com

and by facsimile on:

Paul J. Nangle
Paul J. Nangle & Associates
101 Christensen Dr.
Anchorage, AK 99501
FAX NO.:   (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 28, 2006, at Los Angeles, California.

_____
SALLIE RASPA

MOTION OF DEFENDANT FORREST J. McKINLEY AND DEFENDANT AND CROSS-CLAIMANT
EMERCO, INC., DBA IMPERIAL INDUSTRIAL COATINGS TO AMEND EXHIBIT LIST
Page 4