# EXHIBIT A

## IMPERIAL/McKINLEY'S SPECIALLY PREPARED JURY INSTRUCTION 4
(AMENDED)

It is the general rule that by failing to impart its knowledge of difficulties to be encountered in a federal project, the owner of the project will be liable to the contractor for misrepresentation if the contractor is unable to perform according to the contract provisions.

This is true notwithstanding a provision in the contract that requires bidders to carefully examine the job site before submitting their bids, or any provision in the contract that states the contractor affirms that by bidding the job the contractor had made such an inspection.

In addition, federal contracts contain a "Differing Site Condition" clause that provides for an adjustment in the contract price if the conditions encountered by the contractor (or subcontractor) materially differ from the conditions indicated in the contract (or subcontract) documents, and those different conditions make the work more expensive to perform. In such cases, it is not necessary for the owner to have foreknowledge of the different condition.


LEGAL AUTHORITY:        *United States v. Atlantic Dredging Co.* (1920) 253 U.S. 1, 11-12, 64 L.Ed. 735, 40 S.Ct. 423; *United States v. Spearin* (1918) 248 U.S. 132, 63 L.Ed. 166, 39 S.Ct. 59; *Christie v. United States* (1915) 237 U.S. 234, 59 L.Ed. 933, 35 S.Ct. 565; 48 C.F.R. § 36.502; 48 C.F.R. § 52.236-2.