ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930 (baerg@mmlawyers.com)

Attorneys for Defendant Forrest J. McKinley and
Defendant and Counter-Claimant EMERCO, INC.,
dba Imperial Industrial Coatings

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>*Defendants.* | CASE NO. A-03-0199 Civil (RRB)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO AMEND JURY INSTRUCTION NO. 4** |
| EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,<br><br>*Counter-Claimant/Third Party Claimant,*<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al.,<br><br>*Cross-Defendants/Third Party Defendants.* | |

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA for the use ) |
|   | and benefit of ABSOLUTE ENVIRONMENTAL ) |
| 2 | SERVICES, INC., and Alaska corporation, ) |
|   | ) |
| 3 | *Plaintiff,* ) |
|   | ) |
| 4 | v. ) |
|   | ) |
| 5 | SAFECO INSURANCE COMPANY OF ) |
|   | AMERICA, a Washington corporation, ) |
| 6 | ) |
|   | Defendant. ) |
| 7 | ) |
|   | BRECHAN ENTERPRISES, INC., an Alaska ) |
| 8 | corporation, ) |
|   | ) |
| 9 | Counterclaim Plaintiff, ) |
|   | ) |
| 10 | v. ) |
|   | ) |
| 11 | ABSOLUTE ENVIRONMENTAL SERVICES, ) |
|   | INC., an Alaska corporation, ) |
| 12 | ) |
|   | Counterclaim Defendant. ) |
| 13 | ) |
|   | BRECHAN ENTERPRISES, INC., an Alaska ) |
| 14 | corporation, ) |
|   | ) |
| 15 | Third-Party Plaintiff, ) |
|   | ) |
| 16 | v. ) |
|   | ) |
| 17 | COFFMAN ENGINEERS, INC., a Washington ) |
|   | corporation, ) |
| 18 | ) |
|   | Third-Party Defendant. ) |
| 19 | ) |

25    Pursuant to the motion of defendants Emerco, Inc., dba Imperial Industrial Coatings and

26  Forrest J. McKinley for an order amending their specially prepared jury instruction number 4,

27  and good cause appearing:

28    IT IS ORDERED that the proposed amended jury instruction attached as Exhibit A to

1  their motion shall replace their existing jury instruction entitled, "IMPERIAL/McKINLEY's
2  SPECIALLY PREPARED JURY INSTRUCTION 4."

5  DATED: September __, 2006        By_____
                                    HON. RALPH S. BEISTLINE
6                                   UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE BY ECF

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I certify that on September 28, 2006, a copy of the foregoing was served by ECF on:

Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
Peter C. Partnow, PartnowP@LanePowell.com
James B. Stoetzer, StoetzerJ@LanePowell.com

and by facsimile on:

Paul J. Nangle
Paul J. Nangle & Associates
101 Christensen Dr.
Anchorage, AK 99501
FAX NO.:    (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 28, 2006, at Los Angeles, California.

*[signature]*
SALLIE RASPA