ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
Email: ebrown@jdolaw.com

PATRICK J. DUFFY III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930
Email: duffy@mmlawyers.com; baerg@mmlawyers.com

Attorneys for Defendant Forrest J. McKinley and
Defendant/Counter-Claimant, EMERCO, INC. dba
Imperial Industrial Coatings

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings,<br><br>        Defendants, | CASE NO. A03-0199 CV (RRB)<br><br>**DEFENDANTS AND COUNTERCLAIMANTS, FORREST MCKINLEY AND EMERCO, INC. d/b/a IMPERIAL INDUSTRIAL COATINGS' REPLY TO BRECHAN ENTERPRISES, INC.'S RESPONSES TO EMERCO'S AND MCKINLEY'S OBJECTIONS TO DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS** |

EMERCO, INC., a California Corp. d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,

    Counter-Claimant/Third Party Claimants,

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, BRECHAN ENTERPRISES, INC., an Alaska corporation, SPECIALTY POLYMER COATING USA, INC., a Canadian Corp., COFFMAN ENGINEERS, INC., a Washington Corp., and SAFECO INSURANCE CO. OF AMERICA, a Washington corporation,

    Cross-Defendants/Third Party Defendants,

---

THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan corporation,

                                 Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

                                 Defendant.

---

BRECHAN ENTERPRISES, INC., an Alaskan corporation,

    Counterclaim Plaintiff,

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,

    Counterclaim Defendant,

---

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANT FORREST J. McKINLEY'S AND DEFENDANT/COUNTER-CLAIMANT EMERCO, INC. DBA IIC'S REPLY TO BRECHAN'S RESPONSES TO EMERCO AND McKINLEY'S DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS
Case No. A03-0199CV (RRB) - 2 of 6

BRECHAN ENTERPRISES, INC., an Alaskan corporation,

      Third-Party Plaintiff,

v.

COFFMAN ENGINEERS, INC., a Washington corporation,

      Third-Party Defendant.

At Document No. 367, Brechan Enterprises, Inc. ("Brechan") and Safeco Insurance Company of America ("Safeco") responded to Defendants and Counterclaimants Forrest McKinley and Emerco, Inc., d/b/a Imperial Industrial Coatings' ("Imperial") objections made during depositions and Imperial's counter-designations. Imperial hereby replies to Brechan's Opposition as follows:

1. **Deposition of David Rohner – Objections to Counter-Designations**

There is no question at Page 123, Line 9 to Page 23, Line 23 that calls for the witness to speculate. Brechan's objection should be disregarded.

Brechan cites to Page 124, Line 4 to Page 123, Line 7 (sic). Obviously, this objection should be disregarded.

There is no objection of hearsay interposed at Page 131, Line 22 to Page 132, Line 25. Therefore, Brechan has waived its right to object to the testimony at this time.

2. **Deposition of Charlie Mathias – Imperial's Counter-Designations.**

Page 36, Line 15 to Page 36, Line 18 was inadvertently counter-designated. Imperial's counter-designation should read Page 36, Line 15 to Page 36, Line 25.

Brechan objects to Imperial's designation of Page 43, Line 21 to Page 43, Line 24 on the basis of hearsay. The conversation at issue concerned the gray paint differing site condition

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

and involved Mr. Mathias and Mr. Puett. Mr. Puett will testify that he told Mr. Mathias about the discovery of the gray paint and that it was difficult to remove. In the event that Brechan or another party challenges this assertion by Mr. Puett, Imperial reserves the right to refer to Mathias testimony that it has counter-designated.

3.  **Deposition of Paul Pederson – Brechan's Responses to Objections**

Brechan takes issue with the leading question objection interposed by Imperial's counsel during Mr. Pederson's deposition. The objection is found at Page 53, Line 14. Brechan erroneously maintains that Mr. Pederson is identified with parties adverse to Brechan and Safeco. Mr. Pederson was an employee of Imperial on the Kodiak project, but was never identified as adverse to Brechan or Safeco. The leading objection to the question was appropriate and should be sustained.

Contrary to Brechan's assertion, the question at Page 60, Line 5 of Mr. Pederson's deposition is leading and should be sustained. Mr. Pederson was an employee of Imperial on the Kodiak project, but was never identified as adverse to Brechan or Safeco as is claimed by Brechan. Therefore the question is improper.

The leading objection at Page 72, Line 20 is well-founded and should be sustained. The question does suggest an answer and Mr. Pederson was never identified as adverse to Brechan or Safeco. Therefore, Brechan's objection should be disregarded.

The question at Page 77, Line 17 is leading and Mr. Pederson was never identified as adverse to Brechan or Safeco. Therefore, Brechan's objection should be disregarded.

4.  **Deposition of Josh Belville – Brechan's Responses to Imperial's Objections**

The question at Page 42, Lines 1-4 is vague and the objection should be sustained. The question was: "In connection with your job as foreman for the Kodiak Wharf Project, did you

familiarize yourself with the applicable industry standards identified in the specifications for the job?" The question is vague in that it does not specify what, if any, applicable industry standards are contained in the specifications. Therefore, the objection should be sustained.

The question at Page 44, Lines 6-9 reads: "Imperial has not to my knowledge produced documents that would reflect that there was a detailed review by you of these materials . . ." Mr. Belville had nothing to do with producing documents in conjunction with this litigation. The "question" by opposing counsel is actually a statement concerning his apparent dissatisfaction with Imperial's disclosures and production of documents. The question is argumentative and the objection should be sustained.

At Page 45, Line 15, opposing counsel asked Mr. Belville when he read the specifications. Mr. Belville responds that he "I couldn't have a date for you." At page 45, Lines 20-22, opposing counsel asks whether he read them before coming on the job or after coming on the job. This was essentially the same question and the objection of asked and answered should be sustained.

Imperial's objections at Page 46, Lines 15, 19 and 24 are valid and should be sustained. The question "How big a packet is it" is vague as is the question "Is it a half-inch high or is it four inches high." Mr. Belville then said he didn't remember and opposing counsel responded by saying "You don't' remember actually reading them do you." Imperial's objection that the last question was argumentative is valid and should be sustained.

5. **Deposition of Michael Anderson – Brechan's Objections to Imperial's Counter-Designations**

Brechan complains Mr. Anderson's testimony at page 142, Line 12 to Page 143, Line 6 is irrelevant because it concerns resolution of a contractual dispute with Swalling during Phase

I of the project. The court has ruled that testimony concerning Phase I will be allowed at trial. Therefore, Brechan's objection to this testimony should be disregarded.

DATED this 28th day of September, 2006 at Anchorage, Alaska.

JERMAIN DUNNAGAN & OWENS, P.C.
Attorneys for Defendant Forrest J. McKinley, and Defendant/Counter-Claimant/Third-Party Claimant Emerco, Inc. dba Imperial Industrial Coatings

By: /s/ Eric J. Brown
Eric J. Brown
ABA No. 9011084

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of the U.S. District Court at Anchorage, Alaska, using the CM/ECF system, which will automatically send notification of this filing (together with a copy of the actual filing) to the following interested parties:

| | |
|---|---|
| Terry R. Marston<br>MARSTON HEFFERNAN FOREMAN, PLLC<br>16880 N.E. 79th Street<br>Redmond, WA 98052 | Patrick Duffy / William Baerg<br>MONTELEONE & McCRORY, LLP<br>725 S. Figueroa Street, Suite 3200<br>Los Angeles, CA 90017-5446 |
| James B. Stoetzer<br>LANE POWELL SPEARS LUBERSKY<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101 | Peter Partnow<br>LANE POWELL SPEARS LUBERSKY<br>301 West Northern Lights Blvd., Suite 301<br>Anchorage, AK 99503 |
| | Mike Kreger / Jacob Nist<br>PERKINS COIE LLP<br>1029 West Third Avenue, Suite 300<br>Anchorage, AK 99501 |

I further certify that on this 28th day of September, 2006, a copy of the foregoing document was served via U.S. First Class, postage prepaid Mail, upon the following interested party:

Paul J. Nangle
PAUL J. NANGLE & ASSOCIATES
101 Christensen Drive
Anchorage, AK 99501

DATED AND CERTIFIED this 28th day of September, 2006.

/s/ Eric J. Brown

8140.001/131593

LAW OFFICES OF JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANT FORREST J. McKINLEY'S AND DEFENDANT/COUNTER-CLAIMANT EMERCO, INC. DBA IIC'S REPLY TO BRECHAN'S RESPONSES TO EMERCO AND McKINLEY'S DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS
Case No. A03-0199CV (RRB) - 6 of 6