ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930 (baerg@mmlawyers.com)

Attorneys for Defendant Forrest J. McKinley and
Defendant and Counter-Claimant EMERCO, INC.,
dba Imperial Industrial Coatings

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>*Defendants.*<br><br>EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,<br><br>*Counter-Claimant/Third Party Claimant,*<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al.,<br><br>*Cross-Defendants/Third Party Defendants.* | CASE NO. A-03-0199<br>Civil (RRB)<br><br>**MOTION OF DEFENDANT AND CROSS-CLAIMANT EMERCO, INC., DBA IMPERIAL INDUSTRIAL COATINGS AND DEFENDANT FORREST J. McKINLEY TO AMEND EXHIBIT I-456 AND ADD EXHIBIT I-597** |

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., and Alaska corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, | ) ) ) |
| Defendant. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Counterclaim Plaintiff, | ) ) |
| v. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, | ) ) ) |
| Counterclaim Defendant. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| COFFMAN ENGINEERS, INC., a Washington corporation, | ) ) ) |
| Third-Party Defendant. | ) ) |

Emerco, Inc., dba Imperial Industrial Coatings and Forrest J. McKinley respectfully request the Court to permit them to amend their Exhibit List to change the existing Exhibit I-456 with the new Exhibit I-456 (a Summary of Claims chart) attached hereto as Exhibit I-456, and to add Exhibit I-597 (an Organizational Chart), a true and correct copy of which is attached hereto

1  as Exhibits I-597.

2      The replacement of Exhibit I-456 is necessary to correct an error in the amount of
3  damages claimed for "Goods Sold and Delivered." The amount is being reduced from $518,320
4  to 397,968.80, in order to correct an error in the calculation. In addition, the sums claimed as
5  pre-judgment interest are being removed because, pursuant to Local Rule 58.1, pre-judgment
6  interest is to be calculated after trial, and is not a matter for the jury to determine.

7      With respect to Exhibit I-597, the moving parties anticipate using this as demonstrative
8  evidence to show the jury the relationships between the parties, and the identity of the
9  participants, in a simple fashion that will make this case easier to understand for the jury.

11  DATED: September 28, 2006      MONTELEONE & McCRORY LLP

12      Attorneys for Emerco, Inc., dba Imperial Industrial
13      Coatings and Forrest J. McKinley

15  By _____
16      PATRICK J. DUFFY III, ESQ.
    CSBN 45042
17      WILLIAM R. BAERG, ESQ.
    CSBN 167399
    WSBN 23052

## CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on September 28, 2006, a copy of the foregoing was served by ECF on:

Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
Peter C. Partnow, PartnowP@LanePowell.com
James B. Stoetzer, StoetzerJ@LanePowell.com

and by facsimile on:

Paul J. Nangle
Paul J. Nangle & Associates
101 Christensen Dr.
Anchorage, AK 99501
FAX NO.:    (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 28, 2006, at Los Angeles, California.

_____
William R. Baerg