# EXHIBIT I-456

## SUMMARY OF CLAIMS

| | | |
|---|---|---|
| Unpaid Contract Work | $ | 116,309.68 |
| Profit on Deleted Work | $ | 130,952.06 |
| Profit on Tanks N12/M60 | $ | 119,752.32 |
| Extra Work | | |
|     Remove Conduit | $ | 850.00 |
|     Stripe/Caulk Welds | $ | 29,898.64 |
|     Cathodic Protection | $ | 7,476.32 |
|     Nonstructural Steel | $ | 47,305.69 |
|     Coating Bent 12-13 | $ | 29,202.64 |
|     Undisclosed Gray Paint | $ | 92,029.21 |
| Goods Sold and Delivered | $ | 397,968.80 |

_____

**TOTAL**                 **$   971,745.36**