EXHIBIT I-597

