ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930 (baerg@mmlawyers.com)

Attorneys for Defendant Forrest J. McKinley and
Defendant and Counter-Claimant EMERCO, INC.,
dba Imperial Industrial Coatings

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>*Defendants.*<br><br>EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,<br><br>*Counter-Claimant/Third Party Claimant*,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al.,<br><br>*Cross-Defendants/Third Party Defendants.* | CASE NO. A-03-0199 Civil (RRB)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO AMEND EXHIBIT LIST (I-456, I-597)** |

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA for the use ) |
|   | and benefit of ABSOLUTE ENVIRONMENTAL ) |
| 2 | SERVICES, INC., and Alaska corporation, ) |
|   | ) |
| 3 | *Plaintiff,* ) |
|   | ) |
| 4 | v. ) |
|   | ) |
| 5 | SAFECO INSURANCE COMPANY OF ) |
|   | AMERICA, a Washington corporation, ) |
| 6 | ) |
|   | Defendant. ) |
| 7 | ) |
|   | BRECHAN ENTERPRISES, INC., an Alaska ) |
| 8 | corporation, ) |
|   | ) |
| 9 | Counterclaim Plaintiff, ) |
|   | ) |
| 10 | v. ) |
|   | ) |
| 11 | ABSOLUTE ENVIRONMENTAL SERVICES, ) |
|    | INC., an Alaska corporation, ) |
| 12 | ) |
|    | Counterclaim Defendant. ) |
| 13 | ) |
|    | BRECHAN ENTERPRISES, INC., an Alaska ) |
| 14 | corporation, ) |
|    | ) |
| 15 | Third-Party Plaintiff, ) |
|    | ) |
| 16 | v. ) |
|    | ) |
| 17 | COFFMAN ENGINEERS, INC., a Washington ) |
|    | corporation, ) |
| 18 | ) |
|    | Third-Party Defendant. ) |
| 19 | ) |

25  Pursuant to the motion of defendants Emerco, Inc., dba Imperial Industrial Coatings and
26  Forrest J. McKinley for an order amending their Exhibit List to include Exhibits I-456 and I-597,
27  and good cause appearing:
28  IT IS ORDERED that corrected Exhibit I-456 and the new I-597 are hereby included in

the Exhibit List of defendant Forrest J. McKinley and defendant and cross-claimant Emerco, Inc., dba Imperial Industrial Coatings.

DATED: September __, 2006        By_____
                                    HON. RALPH S. BEISTLINE
                                    UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on September 28, 2006, a copy of the foregoing was served by ECF on:

    Eric J. Brown, ebrown@jdolaw.com
    Robert J. Dickson, acgecf@acglaw.com
    Patrick J. Duffy, duffy@mmlawyers.com
    Jami K. Elison, jamie@mhf-law.com
    Michael E. Kreger, mkreger@perkinscoie.com
    Terry R. Marston, terry@mhf-law.com
    Peter C. Partnow, PartnowP@LanePowell.com
    James B. Stoetzer, StoetzerJ@LanePowell.com

and by facsimile on:

Paul J. Nangle
Paul J. Nangle & Associates
101 Christensen Dr.
Anchorage, AK 99501
FAX NO.:    (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 28, 2006, at Los Angeles, California.

_____
WILLIAM R. BAERG