Terry R. Marston, *pro hac vice,* terry@mhf-law.com
Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
Jesse P. Elison, *pro hac vice,* jessee@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington  98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska  99501
Telephone:  (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) ) ) | Case No.: A03-0199CV (RRB) |
| Plaintiff, ) ) | **ORDER GRANTING ABSOLUTE'S** |
| vs. ) | **MOTION FOR RECONSIDERATION OF** |
| ) | **PUNITIVE DAMAGES ORDER** |
| FORREST J. MCKINLEY, an individual, ) | **(DOCKET NO. 397) OR,** |
| d/b/a "Imperial Industrial Coatings" and ) | **ALTERNATIVELY, MOTION FOR** |
| EMERCO, INC., a California Corporation, ) | **LEAVE TO PRESENT SPECIAL** |
| d/b/a Imperial Industrial Coatings, BRECHAN ) | **INTERROGATORIES TO JURY** |
| ENTERPRISES, INC., an Alaska corporation; ) | |
| and SAFECO INSURANCE COMPANY OF ) | **[PROPOSED]** |
| AMERICA, a Washington Corporation. ) ) | |
| Defendants. ) | |
| EMERCO, INC., a California corporation d/b/a) Imperial Industrial Coatings, and the States for ) Use and Benefit of EMERCO, INC., ) ) | |
| Counterclaimant/Third-party Claimant, ) ) | |
| v. ) ) | |
| ABSOLUTE ENVIRONMENTAL SERVICES) INC., an Alaska corporation, et al., ) ) | |
| Cross-defendants/Third-party Defendants. ) ) ) | |

1    THE UNITED STATES OF AMERICA *for* )
     *the use and benefit of* ABSOLUTE        )
2    ENVIRONMENTAL SERVICES, INC., an     )
     Alaska Corporation,                            )
3                                                          )
                              Plaintiff,                 )
4         vs.                                             )
                                                            )
5                                                          )
     SAFECO INSURANCE COMPANY OF         )
6    AMERICA, a Washington Corporation.       )
                                                            )
7                         Defendants.                  )
                                                            )
8    _____
     BRECHAN ENTERPRISES, INC., an Alaska )
9    corporation,                                      )
                                                            )
10                       Counterclaim Plaintiff,    )
          vs.                                            )
11                                                         )
     ABSOLUTE ENVIRONMENTAL              )
12   SERVICES, INC., an Alaska Corporation,    )
                                                            )
13                       Counterclaim Defendant.  )
     _____
     BRECHAN ENTERPRISES, INC., an Alaska )
14   corporation,                                      )
                                                            )
15                       Third-Party Plaintiff,      )
          vs.                                            )
16                                                         )
     COFFMAN ENGINEERS, INC, a Washington )
17   Corporation.                                     )
                                                            )
18                       Third-Party Defendant.     )
                                                            )
19   _____
     ABSOLUTE ENVIRONMENTAL SERVICES )
20   INC., an Alaska Corporation,                 )
                                                            )
21                       Plaintiff/Cross-claimant,   )
          vs.                                            )
22                                                         )
     COFFMAN ENGINEERS, INC, a Washington )
23   Corporation.                                     )
                                                            )
24                       Third-Party Defendant.     )
                                                            )
     _____

25

26

ORDER GRANTING ABSOLUTE'S MOTION FOR RECONSIDERATION OF PUNITIVE DAMAGES
ORDER (DOCKET NO. 397) OR, ALTERNATIVELY, MOTION FOR LEAVE TO PRESENT SPECIAL
INTERROGATORIES TO JURY
Case No. A03-0199CV (RRB)-- 2

THIS MATTER came before the Court on Absolute's motion for reconsideration of of punitive damages order (Docket No. 397) or, alternatively, Absolute's motion for leave to present special interrogatories to jury. Having entertained the memoranda, exhibits and declarations supporting and in opposition to the motion, the Court ORDERS that Absolute's motion for reconsideration of of punitive damages order (Docket No. 397) is GRANTED and the Court's Order re Punitive Damages (Docket No. 397) is VACATED.

OR, in the alternative, the Court ORDERS that Absolute's motion for leave to present special interrogatories to the jury is GRANTED.

Dated this _____ day of _____, 2006.


_____
The Honorable Ralph R. Beistline
United States District Court Judge