ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930 (baerg@mmlawyers.com)

Attorneys for Defendant Forrest J. McKinley and
Defendant and Counter-Claimant EMERCO, INC.,
dba Imperial Industrial Coatings

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>*Defendants.* | CASE NO. A-03-0199 Civil (RRB)<br><br>[PROPOSED] ORDER TO BIFURCATE TRIAL |
| EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,<br><br>*Counter-Claimant/Third Party Claimant*,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al.,<br><br>*Cross-Defendants/Third Party Defendants.* | |

| | |
|---|---|
| 1<br>2 | THE UNITED STATES OF AMERICA for the use )<br>and benefit of ABSOLUTE ENVIRONMENTAL )<br>SERVICES, INC., and Alaska corporation, ) |
| 3 | *Plaintiff*, ) |
| 4 | v. ) |
| 5<br>6 | SAFECO INSURANCE COMPANY OF )<br>AMERICA, a Washington corporation, ) |
| | Defendant. ) |
| 7<br>8 | BRECHAN ENTERPRISES, INC., an Alaska )<br>corporation, ) |
| 9 | Counterclaim Plaintiff, ) |
| 10 | v. ) |
| 11<br>12 | ABSOLUTE ENVIRONMENTAL SERVICES, )<br>INC., an Alaska corporation, ) |
| | Counterclaim Defendant. ) |
| 13<br>14 | BRECHAN ENTERPRISES, INC., an Alaska )<br>corporation, ) |
| 15 | Third-Party Plaintiff, ) |
| 16 | v. ) |
| 17<br>18 | COFFMAN ENGINEERS, INC., a Washington )<br>corporation, ) |
| 19 | Third-Party Defendant. ) |

Pursuant to the stipulation of the plaintiff Absolute Environmental Services, Inc., and defendants Emerco, Inc., dba Imperial Industrial Coatings and Forrest J. McKinley, and good cause appearing:

IT IS ORDERED that Count III (Piercing Corporate Veil) and Count IV (Liability of Agent for Contract of Undisclosed Principal) of Absolute's First Amended Complaint for Breach

1  of Contract, Breach of Warranty, Alter Ego, and Agent Liability shall be severed from and tried
2  by the court after all other causes of action or issues in the above-referenced action, and no
3  evidence supporting or refuting these claims will be presented during the first phase of trial.

DATED: September 29, 2006       By /s/ RRB
                                 HON. RALPH S. BEISTLINE
                                 UNITED STATES DISTRICT JUDGE