ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
Email: ebrown@jdolaw.com

PATRICK J. DUFFY III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930
Email: duffy@mmlawyers.com; baerg@mmlawyers.com

Attorneys for Defendant Forrest J. McKinley and
Defendant/Counter-Claimant, EMERCO, INC. dba
Imperial Industrial Coatings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL
SERVICES, INC., an Alaska Corporation,

                              Plaintiff,

v.

FORREST J. McKINLEY and "JANE DOE"
McKINLEY, and the marital community
composed thereof d/b/a/ "Imperial Industrial
Coatings" and EMERCO, INC., a California
corporation d/b/a Imperial Industrial Coatings,

                           Defendants,

CASE NO. A03-0199 CV (RRB)

**DEFENDANT FORREST McKINLEY'S AND DEFENDANT/COUNTER-CLAIMANT EMERCO, INC. DBA IMPERIAL INDUSTRIAL COATING'S [PROPOSED] AMENDED EXHIBIT LIST**

EMERCO, INC., a California Corp. d/b/a
Imperial Industrial Coatings, and the United
States for the Use and Benefit of EMERCO,
Inc.,

      Counter-Claimant/Third Party Claimants,

v.

ABSOLUTE ENVIRONMENTAL
SERVICES, INC., an Alaska Corporation,
BRECHAN ENTERPRISES, INC., an Alaska
corporation, SPECIALTY POLYMER
COATING USA, INC., a Canadian Corp.,
COFFMAN ENGINEERS, INC., a Washington
Corp., and SAFECO INSURANCE CO. OF
AMERICA, a Washington corporation,

      Cross-Defendants/Third Party Defendants,

---

THE UNITED STATES OF AMERICA for the
use and benefit of ABSOLUTE
ENVIRONMENTAL SERVICES, INC., an
Alaskan corporation,

Plaintiff,

v.

SAFECO INSURANCE COMPANY OF
AMERICA, a Washington corporation,

Defendant.

---

BRECHAN ENTERPRISES, INC., an Alaskan
corporation,

Counterclaim Plaintiff,

v.

ABSOLUTE ENVIRONMENTAL SERVICES,

INC., an Alaska corporation,

Counterclaim Defendant.

_____

BRECHAN ENTERPRISES, INC., an Alaskan corporation,

Third-Party Plaintiff,

v.

COFFMAN ENGINEERS, INC., a Washington corporation,

Third-Party Defendant.

_____

Defendant Forrest J. McKinley and Defendant and Counter-claimant Emerco, Inc., dba Imperial Industrial Coatings, by and through their attorneys of record, submit the following list of proposed exhibits that they intend to offer into evidence at the trial of this action. A copy of each proposed exhibit has been scanned onto the attached CD-ROM. Lead Counsel Patrick Duffy has noted on each proposed exhibit the identifying code of: IIC/exhibit number/page number. The list of each proposed exhibit is as follows:

| EXHIBIT NUMBER | ADM/ID | DESCRIPTION | IDENTIFIER |
|---|---|---|---|
| I-1 | | Subcontract (short form) between Absolute Environmental Services, Inc. ("AES") and Imperial Industrial Coatings ("IIC"), dated 01/31/03 | IIC-000001-71 |
| I-2 | | Letter from T. Puett of IIC to J. Peterson of AES, dated 09/16/02 | IIC-000325 |
| I-3 | | Overview drawing of Cargo Pier | BEI2434 |
| I-4 | | Detailed drawing of Cargo Pier | IIC-000072 |

| I-5 | | Painters Local Union No. 1140 Compliance Agreement, dated 03/26/03 | IIC-002793-2812 |
|---|---|---|---|
| I-6 | | Subcontract (short form) between AES and Local Electric, dated 12/18/02 | BEI0215-217 |
| I-7 | | USCG Kodiak Cargo Wharf Coating Project Phase II 2003 Organizational Chart | Hardenbergh Depo. Exhibit 2 |
| I-8 | | USCH Wharf Repair 2003 Schedule | IIC-000386-387 |
| I-9 | | IIC Personnel submittal (Tom Puett) | IIC-000276-278, 3955-3967 |
| I-10 | | E-mail string from Paul Rendon to Scott Bonney, dated 05/09/01 | BEI4341-4343 |
| I-11 | | E-mail string from Jerry Hardenbergh to Paul Rendon, dated 10/10/01 | BEI7001 |
| I-12 | | E-mail string from Jerry Hardenbergh to Paul Rendon, dated 10/23/01 | BEI7047-48 |
| I-13 | | E-mail from Paul Rendon to Matt Holmstrom, dated 02/05/02 | BEI4492 |
| I-14 | | Letter from USCG to M. Martin, dated 02/25/02 | BEI4461 |
| I-15 | | E-mail string from Jerry Hardenbergh to Matt Holmstrom, dated 07/29/02 | BEI7074 |
| I-16 | | Letter from J. Peterson to Matt Holmstrom re containment, dated 12/06/02 | BEI1089-90 |
| I-17 | | E-mail string from Charlie to Matt Holmstrom, dated 12/04/02 | |
| I-18 | | Handwritten Schedule of Value by IIC, dated 01/16/03 | IIC-000525-27 |
| I-19 | | E-mail string from Todd Elmore to Dave Olson, dated 01/21/03 | AES005394 |
| I-20 | | E-mail from idiqschedule@gci.net to IIC re tanks, dated 01/28/03 | IIC-001114-22 |
| I-21 | | Handwritten note from Jason to Tom re tank schedule, dated 02/10/03 | IIC-001148 |
| I-22 | | Proposed 2003 Pre-Job Conference Agenda, 02/18/03 | BEI1138-39 |
| I-23 | | E-mail from Matt Holmstron to Charlie Jerling re CP, dated 01/19/03 | |
| I-24 | | Letter from Tom Puett to Matt Holmstrom re tanks, dated 02/20/03 | IIC-001156-69 |
| I-25 | | Coffman Submittal Review, dated 02/20/03 | |
| I-26 | | E-mail from Jerry Hardenbergh to Charlie, dated 02/26/03 | Hardenbergh Depo. Exh. 13 |

| I-27 | | E-mail string from Matt Holmstron to Andy Brown re tanks, dated 02/28/03 | BEI2685-86 |
|------|--|------|------|
| I-28 | | Letter from SPC to Whom it May Concern re IIC submittal, dated 03/9/03 | SPC 202 |
| I-29 | | E-mail from Matt Holmstrom to Jerry Hardenbergh dated 03/10/03 | |
| I-30 | | Handwritten letter from Tom Puett to Matt Holmstrom with attached revised Tank Specifications | IIC-001094-1113 |
| I-31 | | E-mail from Todd Elmore to David Olson dated 03/27/03 | AES005464 |
| I-32 | | Design Clarification Request No. 9 dated 04/14/03 | BEI2435-37 |
| I-33 | | E-mail from George Kontra to Jerry Hardenbergh re CP dated 04/14/03 | |
| I-34 | | Letter from Dave Olson re Mike Shannon's job description dated 04/14/03 | BEI1200 |
| I-35 | | Letter from Angela Cole to IIC re SPC Applicator Certification dated 04/17/03 | SPC 205-206 |
| I-36 | | Letter from Tom Puett to AES re CP/UHP dated 04/18/03 | IIC-000574 |
| I-37 | | Letter from Matt Holmstrom to Maggie Wilson re Tanks N12/N60 dated 04/18/03 | BEI1201-1210 |
| I-38 | | Letter from Todd Elmore to Tom Puett dated 04/19/03 | IIC-000450 |
| I-39 | | Fax Transmittal from Matt Holmstrom to Brechan/Bill Oliver re CP dated 04/21/03 | BEI1219-22 |
| I-40 | | Subcontract Change Order No. 1 dated 04/23/03 | BEI2163 |
| I-41 | | Letter from Matt Holmstrom to Dave Olson dated 04/23/03 | BEI2164-67 |
| I-42 | | E-mail string from George Kontra to Jerry Hardenbergh dated 04/14/03 | BEI1199 |
| I-43 | | Signed blank SPC Certification Cards dated 04/24/03 | Mathias Depo. Exhibit 22 |
| I-44 | | Letter from Dave Olson to Matt Holmstrom re Tanks N12/N60 dated 04/24/03 | BEI1231-32 |
| I-45 | | Non-Conformance Report No. 1 dated 05/01/03 | AES005500 |
| I-46 | | E-mail string from Todd Elmore to Dave Olson dated 05/05/03 | AES005515-16 |
| I-47 | | Letter from Tom Puett to Darryl McColl | IIC-000424 |

| | | | |
|---|---|---|---|
| | | dated 05/06/03 | |
| I-48 | | Coffman Engineers Memorandum with attachments, dated 05/08/03 | Hardenbergh Depo. Exhibit10 |
| I-49 | | Letter from Matt Holmstrom to Todd Elmore re schedule concerns dated 05/09/03 | IIC-000452 |
| I-50 | | Letter from Darryl McColl of Malcolm Campbell & Son Ltd. to IIC re letter of 05/06/03 dated 05/09/03 | IIC-000426-27 |
| I-51 | | Letter from Tom Puett to AES, Todd Elmore, re Non-Conformance Report dated 05/14/03 | AES00576 |
| I-52 | | Letter from Tom Puett to Todd Elmore dated 05/14/03 | IIC-000575 |
| I-53 | | Letter from Dave Olson to Forrest McKinley re schedule concerns dated 05/14/03 | IIC-000453-54 |
| I-54 | | Letter to Tom dated 05/15/03 | IIC-00576 |
| I-55 | | Letter from Dave Olson to Forrest McKinley re schedule concerns dated 05/15/03 | IIC-000456 |
| I-56 | | Design Clarification Request No. 15 dated 05/16/03 | BEI2460-63 |
| I-57 | | Coffman Non-Conformance Report No. 2 dated 05/16/03 | BEI2459 |
| I-58 | | Letter from Tom Puett to AES re sponge blast dated 05/16/03 | IIC-000581 |
| I-59 | | Letter from Tom Puett to AES re heavy pitting dated 05/16/03 | IIC-000580 |
| I-60 | | Letter from Tom Puett to AES re schedule dated 05/16/03 | IIC-000577-79 |
| I-61 | | Letter from AES to IIC re AESI employee responsibilities dated 05/16/03 | IIC-000593 |
| I-62 | | Letter from Imperial (Tom Puett) to Darryl McColl dated 05/16/03 | IIC-000428-29 |
| I-63 | | E-mail from Todd Elmore to Dave Olson re DFT measurements dated 05/19/03 | AES004779 |
| I-64 | | Letter from David Olson to IIC re NCR-02 dated 05/19/03 | IIC-000459-64 |
| I-65 | | Letter from Tom Puett to Dave Olson re schedule/tides dated 05/19/03 | IIC-000583 |
| I-66 | | Letter from Tom Puett of IIC to Dave Olson of AES re Non-Conformance Report dated 05/19/03 | IIC-000582 |

| I-67 | | Letter from David Olson of AES to IIC re excessive coating materials dated 05/20/03 | IIC-000467 |
| I-68 | | Letter from Charlie Matthias of SPC to Jerry Hardenbergh dated 05/20/03 | IIC-000401 |
| I-69 | | E-mail from Todd Elmore to Matt Holmstrom dated 05/20/03 | AES005663 |
| I-70 | | Letter from Darryl McColl to IIC dated 05/21/03 | IIC-000434-36 |
| I-71 | | E-mail from Rob Alliston to Charlie Matthias re submerged coating dated 05/21/03 | SPC 859 |
| I-72 | | Letter from Darryl McColl to IIC re limited warranty dated 05/21/03 | IIC-000437-39 |
| I-73 | | Letter from Charlie Matthias to Tom Puett dated 05/21/03 | IIC-000402 |
| I-74 | | Letter from Tom Puett to Dave Olson of AES re Certificate of Compliance, with enclosures, dated 05/22/03 | IIC-000584-88 |
| I-75 | | Letter from Tom Puett to Dave Olson re AES letter dated 16 May 2003, this letter is now dated 05/22/03 | IIC-000591 |
| I-76 | | Letter from Tom Puett to Dave Olson re gray coating dated 05/22/03 | IIC-000590 |
| I-77 | | Letter from Tom Puett to Dave Olson re gray coating dated 05/22/03 | IIC-000589 |
| I-78 | | Letter from Paul Osipenko to Darryl dated 05/22/03 | IIC-000440 |
| I-79 | | E-mail string from Matt Holmstrom to Dan Stears dated 05/22/03 | |
| I-80 | | Design Clarification Request No. 19 dated 05/23/03 | BEI2468 |
| I-81 | | Letter from Matt Holmstrom of Brechan of Dave Olson of Absolute Environmental Services re contractor QC dated 05/23/03 | IIC-000472-73 |
| I-82 | | Fax Transmission from Pacific Rim Environmental Consultants to AES dated 05/23/03 | BEI1345-47 |
| I-83 | | Letter from Dave Olson to IIC re quality control concerns dated 05/24/03 | IIC-000470-71 |
| I-84 | | Letter from Dave Olson to IIC re response to IIC 05/22/03 correspondence dated 05/31/03 | IIC-00474 |
| I-85 | | E-mail string from Matt Holmstrom to Dave Olson dated 05/31/03 | |

| I-86 | | Letter from Tom Puett to Dave Olson re gray coating dated 06/03/03 | IIC-000596 |
|---|---|---|---|
| I-87 | | AES Statement of Performance dated 06/03/03 | AES006413 |
| I-88 | | Letter from Tom Puett to Dave Olson re letter of May 31, 2003 dated 06/03/03 | IIC-000594-95 |
| I-89 | | Letter from Jessica Wolfe to Dave Olson re certified payrolls dated 06/04/03 | IIC-000475 |
| I-90 | | Fax Transmission from The Coatings Laboratory to Jerry Hardenbergh dated 06/04/03 | IIC-000597-99 |
| I-91 | | Coffman Engineers Memorandum dated 06/04/03 | BEI2466-67 |
| I-92 | | Coffman Engineers Notes for Record dated 06/05/03 | |
| I-93 | | Coffman Engineers Notes for Record dated 06/06/03 | |
| I-94 | | Letter from Matt Holmstrom to Dave Olson re contractor QC, with enclosure, dated 06/06/03 | IIC-000489-90 |
| I-95 | | Letter from Imperial to Dave Olson re gray coating with enclosure dated 06/09/03 | IIC-000604-606 |
| I-96 | | Letter from Tom Puett to Dave Olson re coating usage dated 06/09/03 | IIC-000602-03 |
| I-97 | | Letter from Tom Puett to Dave Olson re Polar Supply dated 06/09/03 | IIC-000601 |
| I-98 | | Letter from Forrest McKinley to Dave Olson re Daily Summary Report dated 06/10/03 | IIC-000611 |
| I-99 | | Letter from Tom Puett to Dave Olson re DCR No. 19 dated 06/10/03 | IIC-000607-08 |
| I-100 | | Coffman Engineers Memorandum dated 06/11/03 | |
| I-101 | | Letter from David Olson to Forrest McKinley of IIC re damage to cathodic protection system dated 06/12/03 | IIC-000478 |
| I-102 | | Letter from Dave Olson to Forrest McKinley of IIC re directive clarification dated 06/12/03 | IIC-000481 |
| I-103 | | Letter from David Olson to Forrest McKinley of IIC re gray coating dated 06/12/03 | IIC-000480 |
| I-104 | | Letter from David Olson to Forrest McKinley of IIC re mid-project break | IIC-000479 |

| | | | |
|---|---|---|---|
| | | dated 06/12/03 | |
| I-105 | | Letter from Dave Olson to Forrest McKinley of IIC re calibration paperwork, with enclosure, dated 06/12/03 | IIC-000476-77 |
| I-106 | | Letter from David Olson to Forrest McKinley of IIC re excessive pitting and additional coating dated 06/12/03 | IIC-000482 |
| I-107 | | Letter from Dave Olson to Forrest McKinley of IIC re certified payroll reporting, with enclosed letter, dated 06/12/03 | IIC-000483-84 |
| I-108 | | Letter from Dave Olson to Forrest McKinley of IIC re deficiency notice, with enclosure, dated 06/12/03 | IIC-000491-94 |
| I-109 | | Letter from Dave Olson to Forrest McKinley of IIC re notice to cure dated 06/12/03 | IIC-000487-88 |
| I-110 | | Letter from Dave Olson to Forrest McKinley of IIC re inspection equipment paperwork, with enclosure, dated 06/12/03 | IIC-000485-86 |
| I-111 | | Letter from David Olson to Forrest McKinley of IIC re gray coating dated 06/12/03 | |
| I-112 | | Letter from Dave Olson to Matt Holmstrom re gray coating, with enclosure, dated 06/12/03 | BEI1374-77 |
| I-113 | | Letter from Dave Olson to Matt Holmstrom re DCVR 19, with enclosure, dated 06/12/03 | |
| I-114 | | Letter from Forrest McKinley of IIC to Dave Olson re Daily Summary Report Second Request dated 06/12/03 | IIC-000612 |
| I-115 | | Letter from Tom Puett to Dave Olson re gray coating dated 06/12/03 | IIC-000614 |
| I-116 | | E-mail from Matt Holmstrom to Jerry Hardenbergh re gray coating/excessive pitting dated 06/13/03 | |
| I-117 | | E-mail from Jerry Hardenbergh to Matt Holmstrom re gray coating dated 06/16/03 | |
| I-118 | | Letter from Dave Olson to Forrest McKinley of IIC re value of work dated 06/18/03 | IIC-000495 |
| I-119 | | Letter from Dave Olson to Forrest McKinley of IIC re deficient in 13 through | IIC-000496 |

| | | | |
|---|---|---|---|
| | | 15 and Area A dated 06/18/03 | |
| I-120 | | Letter from Dave Olson to Forrest McKinley of IIC re response to gray coating with enclosed letter dated 06/19/03 | III-000499-501 |
| I-121 | | Letter from Dave Olson to Forrest McKinley of IIC re RFP for conduit removal dated 06/19/03 | IIC-000497-98 |
| I-122 | | Letter from Brechan Enterprises to David Olson re DCR 19 dated 06/19/03 | BEI1416 |
| I-123 | | Letter from Matt Holmstrom to Dave Olson of AES re removal of existing conduit dated 06/19/03 | BEI1418 |
| I-124 | | Letter from Tom Puett to David Olson re alleged damage to cathodic protection system dated 06/20/03 | IIC-000616-17 |
| I-125 | | Letter from Tom Puett to David Olson re deficient work in 13 through 15 - Area A dated 06/20/03 | IIC-000619 |
| I-126 | | Letter from Tom Puett to Dave Olson re value of work dated 06/20/03 | IIC-000625 |
| I-127 | | Letter from Tom Puett to Dave Olson re Brechan Enterprise letter dated 19 June / DCR19 dated 06/20/03 | IIC-000659-60 |
| I-128 | | Letter from Dave Olson to Forrest McKinley of IIC re directive for filter tarps dated 06/21/03 | IIC-000502 |
| I-129 | | Coffman Engineers Field Memorandum dated 06/22/03 | BEI1480 |
| I-130 | | Letter from Tom Puett to David Olson re gray coating dated 06/23/03 | IIC-000631 |
| I-131 | | Letter from Tom Puett to Dave Olson re holiday testing dated 06/23/03 | IIC-000673 |
| I-132 | | Letter from Tom Puett to Dave Olson re answer to deficiency notice dated 06/23/03 | IIC-000648 |
| I-133 | | Letter from Tom Puett to Dave Olson re notice to cure complete dated 06/23/03 | IIC-000651 |
| I-134 | | Letter from Tom Puett to Dave Olson re filter tarps dated 06/23/03 | IIC-000670 |
| I-135 | | Letter from Tom Puett to Dave Olson re excessive pitting and additional coating dated 06/23/03 | IIC-000639 |
| I-136 | | Letter from Tom Puett to Dave Olson re abrasive and coating material/gray coating | IIC-000657 |

| | | dated 06/23/03 | |
|---|---|---|---|
| I-137 | | Letter from Tom Puett to Dave Olson re directive clarification dated 06/23/03 | IIC-000636 |
| I-138 | | Letter from Tom Puett to Dave Olson re mid-project break dated 06/23/03 | IIC-000628 |
| I-139 | | Letter from Tom Puett to Dave Olson re white paint dated 06/23/03 | IIC-000634 |
| I-140 | | Letter from Tom Puett to Dave Olson re submittal, with enclosures, dated 06/23/03 | IIC-000642-44 |
| I-141 | | Letter from Tom Puett to Dave Olson re calibration submittals, with enclosures, dated 06/23/03 | IIC-000664-68 |
| I-142 | | Letter from Dave Olson to Forrest McKinley of IIC re notice to cure - follow up dated 06/23/03 | IIC-000503-04 |
| I-143 | | Letter from Forrest McKinley of IIC to Dave Olson of AES re qualified person, with enclosure, dated 06/24/03 | IIC-000674-75 |
| I-144 | | Letter from Tom Puett to Dave Olson re letter of June 21, dated 06/24/03 | IIC-000677 |
| I-145 | | E-mail from Rob Alliston to Charlie Matthias dated 06/24/03 | SPC 861 |
| I-146 | | Letter from Tom Puett to Rob Alliston of SPC re adhesion specs dated 06/24/03 | IIC-000404 |
| I-147 | | Transmittal from KTA-Tator Inc. to Jerry Hardenbergh dated 06/25/03 | COFFMAN |
| I-148 | | Letter from Tom Puett to Dave Olson re quality control dated 06/25/03 | IIC-000680 |
| I-149 | | Letter from Dave Olson to Forrest McKinley of IIC re notice to cure - follow up dated 06/26/03 | IIC-000505-06 |
| I-150 | | Letter from Tom Puett to Dave Olson re coating instrument calibrations dated 06/26/03 | IIC-000681 |
| I-151 | | Letter from Tom Puett to Rob Alliston of SPC re gray coating dated 06/26/03 | IIC-000406 |
| I-152 | | Letter from Dave Olson of AES to Forrest McKinley of IIC re notice to cure - schedule dated 06/26/03 | IIC-000507-08 |
| I-153 | | Letter from Tom Puett to SPC re gray coating, with enclosure, dated 06/26/03 | IIC-000407-10 |
| I-154 | | E-mail from Jerry Hardenbergh to Dan Stears re unsupervised walk-throughs dated 06/26/03 | BEI1489 |

| I-155 | | E-mail from Jerry Hardenbergh to Dave Olson re QA daily reports dated 06/26/03 | AES005907 |
|---|---|---|---|
| I-156 | | E-mail from Amy Drabant of KTA to Jerry Hardenbergh re disposal of coating samples dated 06/26/03 | |
| I-157 | | Letter from Tom Puett to SPC re pinholes dated 06/27/03 | IIC-000411 |
| I-158 | | Letter from Tom Puett to Dave Olson re notice of inspection dated 06/27/03 | IIC-000712 |
| I-159 | | Letter from Tom Puett to Dave Olson re alleged anode damage dated 06/27/03 | IIC-000691 |
| I-160 | | Letter from Tom Puett to Dave Olson re safety dated 06/27/03 | IIC-000692 |
| I-161 | | Letter from Tom Puett to Dave Olson re response to AES notice to cure - follow up dated 06/27/03 | IIC-000695-96 |
| I-162 | | Letter from Tom Puett to Dave Olson re KTA coatings testing, with enclosure, dated 06/27/03 | IIC-000699-701 |
| I-163 | | Letter from Forrest McKinley to Todd Elmore of AES re daily reports dated 06/27/03 | IIC-000697 |
| I-164 | | Handwritten letter from Tom Puett to Dave Olson dated 06/27/03 | IIC-000693-94 |
| I-165 | | Letter from Dave Olson to Forrest McKinley of IIC re KTA coating testing letter response dated 06/27/03 | IIC-000509 |
| I-166 | | Coffman Engineers Field Memorandum dated 06/28/03 | BEI2475-76 |
| I-167 | | Handwritten letter to Laura from Tom Puett dated 06/30/03 | IIC-00683-690 |
| I-168 | | Coffman Engineers Field Memorandum dated 06/30/03 | BEI2477-78 |
| I-169 | | Letter from Tom Puett to Mr. Alliston of SPC re epoxy hotstick dated 06/30/03 | IIC-000413-14 |
| I-170 | | Letter from Mr. Alliston to Tom Puett dated 06/30/03 | IIC-000415 |
| I-171 | | E-mail from Jerry Hardenbergh to Rob Alliston re gray epoxy coating with photographs | SPC 356-358 |
| I-172 | | Letter from Tom Puett to Dave Olson re notice to cure - schedule response dated 07/01/03 | IIC-00714-16 |
| I-173 | | Letter from Forrest McKinley to David | IIC-000721 |

| | | Olson re notice to cure - schedule response dated 07/01/02 | |
|---|---|---|---|
| I-174 | | Letter from Forrest McKinley to David Olson re KTA-Tator - QC reports dated 07/02/03 | IIC-000725 |
| I-175 | | Coffman Engineers Field Memorandum dated 07/02/03 | BEI-2302-03 |
| I-176 | | Letter from Matt Holmstrom to AES re gray coating, with enclosures, dated 07/03/03 | BEI1546-1557 |
| I-177 | | Letter from Tom Puett to Dave Olson re AES letter of 07/01/03 dated 07/03/03 | IIC-00728 |
| I-178 | | Letter from Matt Holmstrom to Dave Olson re notice to cure - QC, with enclosure, dated 07/07/03 | BEI1559-62 |
| I-179 | | Brechan Enterprises, Inc. Subcontract Change Order No. 2 dated 07/07/03 | BEI2159-60 |
| I-180 | | Brechan Enterprises, Inc. Subcontract Change Order No. 3 dated 07/07/03 | BEI2942-48 |
| I-181 | | Letter from Dave Olson to Forrest McKinley of IIC re IIC's response to notice to cure - schedule dated 07/07/03 | IIC-000523-24 |
| I-182 | | Letter from Dave Olson to Forrest McKinley re schedule directive dated 07/07/03 | IIC-000520 |
| I-183 | | Letter from Dave Olson to Forrest McKinley re response of IIC to 07/03 correspondence dated 07/07/03 | IIC-000521-22 |
| I-184 | | Letter from Tom Puett to Dave Olson re containment dated 07/08/03 | IIC-000730 |
| I-185 | | Letter from Tom Puett to Dave Olson re billing dated 07/08/03 | IIC-000732-33 |
| I-186 | | Letter from Tom Puett to Dave Olson re schedule dated 07/08/03 | IIC-000735 |
| I-187 | | Transmittal from Todd of AES to Tom dated 07/09/03 | IIC-000528-29 |
| I-188 | | Coffman Engineers Field Notes dated 07/09/03 | |
| I-189 | | Letter from Tom Puett to Dave Olson re calibration submittal, with attachment, dated 07/09/03 | IIC-000737-38 |
| I-190 | | E-mail from Jerry Hardenbergh to Charlie Matthias re holiday detection on SPC 1864 dated 07/09/03 | SPC 863 |

| I-191 | | E-mail string from Charlie Matthias to Jerry Hardenbergh re holiday detection, with attachment, dated 07/09/03 | BEI1582-83 |
|---|---|---|---|
| I-192 | | Letter from Kurt Mayer of SPC to Tom Puett re spray grade manufacturing dates dated 07/10/03 | IIC-000741 |
| I-193 | | Letter from Todd Elmore to Tom Puett re response to compensation issue from excessive pitting, with attachment, dated 07/11/03 | IIC-000530-32 |
| I-194 | | Coffman Engineers Field Memorandum dated 07/11/03 | BEI2479 |
| I-195 | | E-mail string from John Houck to Todd Elmore dated 07/13/04 re N12/N60 tanks | AES004120 |
| I-196 | | E-mail string from Jerry Hardenbergh to Rob Alliston re gray epoxy coating dated 07/14/03 | SPC 371-72 |
| I-197 | | E-mail string from Jerry Hardenbergh to Charlie Matthias re hot melt stick dated 07/14/03 | SPC 864 |
| I-198 | | Letter from Tom Puett to Dave Olson re submittal dated 07/14/03 | IIC-000740 |
| I-199 | | Letter from Tom Puett to Dave Olson re billing/billing deductions dated 07/15/03 | IIC-000744-45 |
| I-200 | | Letter from Tom Puett to Dave Olson re schedule dated 07/15/03 | IIC-000751-52 |
| I-201 | | Coffman Engineers Notes for Record dated 07/15/03 | |
| I-202 | | Letter from Dave Olson to Forrest McKinley of IIC re IIC's July 15 response correspondence / billing deduction dated 07/15/03 | IIC-000533 |
| I-203 | | Letter from Matt Holmstrom to Dave Olson re schedule concerns dated 07/15/03 | IIC-000548 |
| I-204 | | Coffman Engineers Non-Conformance Report No. 3, with attachments, dated 07/15/03 | BEI2480-82 |
| I-205 | | Handwritten notes of Tom Puett dated 07/15/03 | IIC-000921 |
| I-206 | | Cargo Wharf Pile Coating Phase Incident Report dated 07/15/03 | BEI1589-1605 |
| I-207 | | Letter from David Olson to Forrest McKinley of IIC re IIC July 16 correspondence "delays, with attachment, | IIC-000536-38 |

| | | | |
|---|---|---|---|
| | | dated 07/16/03 | |
| I-208 | | Letter from Tom Puett to Dave Olson re delays dated 07/16/03 | IIC-000754 |
| I-209 | | Letter from Dave Olson to Forrest McKinley re NCR-3, with attachment, dated 07/16/03 | IIC-000534-35 |
| I-210 | | E-mail string from Tim Lawrence to Rob at SPC re Tom has been voted off the island dated 07/16/03 | SPC 374-75 |
| I-211 | | Letter from Tom Puett to Dave Olson re non-conformance response dated 07/17/03 | IIC-000761-62 |
| I-212 | | Letter from Tom Puett to Dave Olson re containment dated 07/17/03 | IIC-000759-60 |
| I-213 | | Letter from Tom Puett to Dave Olson re scaffold/local billing dated 07/17/03 | IIC-000757-58 |
| I-214 | | Letter from Tom Puett to Dave Olson re delays dated 07/17/03 | IIC-000756 |
| I-215 | | Letter from Tom Puett to Dave Olson re schedule dated 07/17/03 | IIC-000764 |
| I-216 | | Letter from Dave Olson to Forrest McKinley of IIC re IIC July 17 correspondence "delays, dated 07/17/03 | IIC-000539 |
| I-217 | | Letter from Dave Olson to Forrest McKinley re IIC July 17 correspondence "containment, dated 07/17/03 | IIC-000540 |
| I-218 | | Letter from Dave Olson to Forrest McKinley re IIC correspondence delays dated 07/17/03 | IIC-000541 |
| I-219 | | Letter from Dave Olson to Forrest McKinley re schedule correspondence dated 07/17/03 | IIC-000542 |
| I-220 | | Letter from Dave Olson to Forrest McKinley re non-conformance response dated 07/17/03 | IIC-000543 |
| I-221 | | Letter from Tom Puett to Dave Olson re green coating dated 07/18/03 | IIC-000765 |
| I-222 | | Letter from Tom Puett to Dave Olson re white paint dated 07/18/03 | IIC-000766 |
| I-223 | | E-mail from Jerry Hardenbergh to Rob Alliston re coating samples dated 07/18/03 | SPC 370 |
| I-224 | | E-mail string from Jerry Hardenbergh to Rob Alliston re coating samples dated 07/18/03 | SPC 368-69 |
| I-225 | | Handwritten letter from Tom Puett to | IIC-000767-69 |

| | | | |
|---|---|---|---|
| | | Dave Olson re delay/disruptions dated 07/19/03 | |
| I-226 | | Letter from Tom Puett to Dave Olson re billing deduction response dated 07/21/03 | IIC-000771 |
| I-227 | | Letter from Tom Puett to Dave Olson re containment dated 07/21/03 | IIC-000773 |
| I-228 | | Letter from Tom Puett to Dave Olson re non-conformance response number 2 dated 07/21/03 | IIC-775 |
| I-229 | | Letter from Tom Puett to David Olson re delays dated 07/21/03 | IIC-000777 |
| I-230 | | Letter from Tom Puett to Dave Olson re Coffman Daily Summary Report dated 17 July 2003 dated 07/21/03 | IIC-000779 |
| I-231 | | Letter from Tom Puett to Dave Olson re delays/disruption dated 07/21/03 | IIC-000781-82 |
| I-232 | | Letter from Tom Puett to Dave Olson re request for consolidation of rooms dated 07/21/03 | IIC-000545 |
| I-233 | | Letter from Dave Olson to Matt Holmstrom re response to July 15, 2003 schedule concern letter dated 07/21/03 | IIC-000546-47 |
| I-234 | | Letter from Dave Olson to Forrest McKinley re delay/disruptions dated 07/21/03 | IIC-000544 |
| I-235 | | Letter from Dave Olson to Forrest McKinley re request for consolidation of rooms dated 07/21/03 | IIC-000784 |
| I-236 | | E-mail string from Jerry Hardenbergh to Dan Stears re KTA report dated 07/22/03 | COFFMAN-NONE |
| I-237 | | E-mail from Amy Drabant to Jerry Hardenbergh re KTA report dated 07/22/03 | COFFMAN-NONE |
| I-238 | | Fax transmittal from AES to Dan Yell re Corrpro, with attachments, dated 07/22/03 | CORRPRO |
| I-239 | | E-mail from Rob Alliston to Charlie Matthias re Alaska trip dated 07/23/03 | SPC 866 |
| I-240 | | Letter from David Olson to Forrest McKinley re billing deduction response dated 07/23/03 | IIC-000555-56 |
| I-241 | | Letter from Dave Olson to Forrest McKinley re Coffman Daily Summary Report dated 07/23/03 | IIC-000554 |
| I-242 | | Letter from David Olson to Forrest | IIC-000552-53 |

| | | | |
|---|---|---|---|
| | | McKinley re delays/disruption dated 07/23/03 | |
| I-243 | | Letter from David Olson to Forrest McKinley re billing deduction response dated 07/23/03 | IIC-000549 |
| I-244 | | Letter from David Olson to Forrest McKinley re non-conformance response number 2 dated 07/23/03 | IIC-000550 |
| I-245 | | Letter from David Olson to Forrest McKinley re delays dated 07/23/03 | IIC-000551 |
| I-246 | | E-mail from Rob Alliston to Charlie Matthias re Tom Puett has shut the coating down dated 07/24/03 | SPC 861 |
| I-247 | | Coffman Engineers Employee Expense Reports dated 07/25/03 | BEI0309 |
| I-248 | | Letter from Forrest McKinley to David Olson re pay estimate dated 07/25/03 | IIC-000789 |
| I-249 | | Letter from Charlie Matthias to Tom Puett re decertification dated 07/28/03 | SPC 225 |
| I-250 | | Letter from Tom Puett to Dave Olson re Brechan Enterprise letter of July 15, 2003 dated 07/29/03 | IIC-000786-87 |
| I-251 | | Letter from Tom Puett to Dave Olson re Keith MacLeod dated 07/29/03 | IIC-000791 |
| I-252 | | Letter from Tom Puett to Dave Olson re Jerry Hardenbergh instrument certificate of calibrations dated 07/29/03 | IIC-000794 |
| I-253 | | Letter from Tom Puett to David Olson re Jerry Hardenbergh malfunction dew point meter dated 07/29/03 | IIC-000795 |
| I-254 | | Letter from Tom Puett to Rob Alliston of SPC re brush grade kits dated 07/29/03 | IIC-000416 |
| I-255 | | Letter from Tom Puett to Darryl McColl of Malcolm Campbell & Sons Limited re error readings on extreme pump dated 07/29/03 | IIC-000441 |
| I-256 | | Letter from Tom Puett to Russel of Malcolm Campbell & Sons Limited re error readings on extreme graco pump dated 07/29/03 | IIC-000442 |
| I-257 | | Letter from David Olson to Forrest McKinley re follow up to telephone conversation between David Olson and Forrest McKinley on 07/29/03, with | IIC-000557-59 |