| | | | |
|---|---|---|---|
| | | attachment, dated 07/29/03 | |
| I-258 | | Fax Memo from Arnold Erikson to Todd Elmore re Imperial Industrial Coatings outstanding invoices, with attachments, dated 07/30/03 | IIC-000443-46 |
| I-259 | | Letter from David Olson to Matt Holmstrom re dew point meter dated 07/30/03 | IIC-000560 |
| I-260 | | Letter from David Olson to Forrest McKinley re Brechan Enterprise letter dated 07/15/03 dated 07/30/03 | IIC-000562-63 |
| I-261 | | Letter from Tom Puett to David Olson re Malcolm Campbell & Son MCS invoices dated 07/31/03 | IIC-000800 |
| I-262 | | Letter from Tom Puett to David Olson re Brechan letter dated July 3, 2003, dated 07/31/03 | IIC-000801 |
| I-263 | | Letter from Tom Puett to Dave Olson re Jerry Hardenbergh inspection instrument certificate of calibration dated 07/31/03 | IIC-000797-98 |
| I-264 | | Letter from Tom Puett to Dave Olson re Brechan Enterprise dated 15 July 2003 answered by AES 30 July 2003, IIC Letter No. 84 dated 07/31/03 | IIC-000804-05 |
| I-265 | | Letter from Tom Puett to Dave Olson re conversation between Dave Olson and Forrest McKinley on 29 July 2003, with attachment, dated 07/31/03 | IIC-000802-03 |
| I-266 | | N12/N60 exterior tank coating cost estimate dated 08/01/03 | BEI2492-93 |
| I-267 | | Typed letter from Charlie Matthias to Tom Puett re decertification dated 08/04/03 | BEI1810 |
| I-268 | | Typed letter from Charlie Matthias to Tom Puett re decertification dated 08/04/03 | BEI1811 |
| I-269 | | Letter from Charlie Matthias to Tom Puett re decertification dated 08/04/03 | IIC-000565 |
| I-270 | | Letter from David Olson to Forrest McKinley re AESI response to IIC response to AESI notice to cure - certification dated 08/06/03 | IIC-000567 |
| I-271 | | Letter from David Olson to Forrest McKinley re notice to cure - certification dated 08/06/03 | IIC-000566 |
| I-272 | | Letter of Tom Puett to Charlie Matthias of | IIC-000419 |

| | | | |
|---|---|---|---|
| | | SPC re SPC letter dated 08/05/03 decertification dated 08/06/03 | |
| I-273 | | Letter from Tom Puett to David Olson re certification dated 08/06/03 | IIC-000806 |
| I-274 | | Letter from David Olson to Matt Holmstrom re base access revocation dated 08/06/03 | |
| I-275 | | Letter from Tom Puett to Darryl McColl of Malcolm Campbell & Sons re repairs dated 08/07/03 | IIC-000448 |
| I-276 | | Letter from Tom Puett to Charlie Matthias of SPC re decertification letter dated 08/07/03 | IIC-000421 |
| I-277 | | Letter from Todd Elmore to Tom Puett of IIC re further correspondence with AESI personnel or company dated 08/07/03 | IIC-000568 |
| I-278 | | Letter from William R. Baerg to David Olson re notice of termination and default dated 08/07/03 | IIC-002669 |
| I-279 | | Letter from William R. Baerg to David Olson re notice of conversion dated 08/07/03 | IIC-002672-75 |
| I-280 | | Letter from William R. Baerg to David Olson re purchase of equipment dated 08/08/03 | IIC-002666 |
| I-281 | | Letter from Rob Alliston of SPC to Tom Puett of IIC re coatings decertification dated 08/11/03 | IIC-000423 |
| I-282 | | Handwritten notes of Charlie Matthias dated 08/11/03 | SPC 233-34 |
| I-283 | | Letter from David Olson to Forrest McKinley re conversion response dated 08/08/03 | IIC-000569-70 |
| I-284 | | Coffman Engineers Non-Conformance Report No. 4 dated 08/10/03 | IIC-013832 |
| I-285 | | Coffman Engineers Non-Conformance Report No. 5 dated 08/10/03 | IIC-013833 |
| I-286 | | Coffman Engineers Non-Conformance Report No. 6 dated 08/10/03 | IIC-013834 |
| I-287 | | E-mail string from Matt Holmstrom to Andrew Brown re NCRs dated 08/11/03 | IIC-13776-77 |
| I-288 | | Letter from Matt Holmstrom to Maggie Wilson re N12/N60 exterior tank coating revised dated 09/16/03 | BEI1936-38 |

| I-289 | | Registered Agent Notice of Resignation dated 10/06/03 | AES |
|---|---|---|---|
| I-290 | | Coffman Engineers Inspection Report dated 12/19/03 | COFFMAN |
| I-291 | | E-mail from Dave Olson to Todd Elmore re Cargo Wharf Coating Phase 2 Status dated 08/20/04 | AES004115 |
| I-292 | | Absolute Environmental Services' Statement of Performance dated 09/03/04 | AES004029 |
| I-293 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/01/03 | Hardenbergh Depo. Exhibit 17 |
| I-294 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/02/03 | Hardenbergh Depo. Exhibit 17 |
| I-295 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/03/03 | Hardenbergh Depo. Exhibit 17 |
| I-296 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/04/03 | Hardenbergh Depo. Exhibit 17 |
| I-297 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/05/03 | Hardenbergh Depo. Exhibit 17 |
| I-298 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/06/03 | Hardenbergh Depo. Exhibit 17 |
| I-299 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/07/03 | Hardenbergh Depo. Exhibit 17 |
| I-300 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/08/03 | Hardenbergh Depo. Exhibit 17 |
| I-301 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/09/03 | Hardenbergh Depo. Exhibit 17 |
| I-302 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/10/03 | Hardenbergh Depo. Exhibit 17 |
| I-303 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/11/03 | Hardenbergh Depo. Exhibit 17 |
| I-304 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/12/03 | Hardenbergh Depo. Exhibit 17 |
| I-305 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/13/03 | Hardenbergh Depo. Exhibit 17 |
| I-306 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/14/03 | Hardenbergh Depo. Exhibit 17 |
| I-307 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/15/03 | Hardenbergh Depo. Exhibit 17 |
| I-308 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/16/03 | Hardenbergh Depo. Exhibit 17 |
| I-309 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/17/03 | Hardenbergh Depo. Exhibit 17 |

| | | | |
|---|---|---|---|
| I-310 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/18/03 | Hardenbergh Depo. Exhibit 17 |
| I-311 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/19/03 | Hardenbergh Depo. Exhibit 17 |
| I-312 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/20/03 | Hardenbergh Depo. Exhibit 17 |
| I-313 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/21/03 | Hardenbergh Depo. Exhibit 17 |
| I-314 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/23/03 | Hardenbergh Depo. Exhibit 17 |
| I-315 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/24/03 | Hardenbergh Depo. Exhibit 17 |
| I-316 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/25/03 | Hardenbergh Depo. Exhibit 17 |
| I-317 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/26/03 | Hardenbergh Depo. Exhibit 17 |
| I-318 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/27/03 | Hardenbergh Depo. Exhibit 17 |
| I-319 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/28/03 | Hardenbergh Depo. Exhibit 17 |
| I-320 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/29/03 | Hardenbergh Depo. Exhibit 17 |
| I-321 | | Imperial Industrial Coatings Foreman's Daily Log dated 04/30/03 | Hardenbergh Depo. Exhibit 17 |
| I-322 | | Imperial Industrial Coatings Foreman's Daily Log dated 05/01/03 | Hardenbergh Depo. Exhibit 17 |
| I-323 | | Imperial Industrial Coatings Foreman's Daily Log dated 05/02/03 | Hardenbergh Depo. Exhibit 17 |
| I-324 | | Imperial Industrial Coatings Foreman's Daily Log dated 05/03/03 | Hardenbergh Depo. Exhibit 17 |
| I-325 | | Imperial Industrial Coatings Foreman's Daily Log dated 05/04/03 | Hardenbergh Depo. Exhibit 17 |
| I-326 | | Imperial Industrial Coatings Foreman's Daily Log dated 05/05/03 | Hardenbergh Depo. Exhibit 17 |
| I-327 | | Imperial Industrial Coatings Foreman's Daily Log dated 05/06/03 | Hardenbergh Depo. Exhibit 17 |
| I-328 | | Imperial Industrial Coatings Foreman's Daily Log dated 05/07/03 | Hardenbergh Depo. Exhibit 17 |
| I-329 | | Imperial Industrial Coatings Foreman's Daily Log dated 05/08/03 | Hardenbergh Depo. Exhibit 17 |
| I-330 | | Imperial Industrial Coatings Foreman's Daily Log dated 05/09/03 | Hardenbergh Depo. Exhibit 17 |
| I-331 | | Imperial Industrial Coatings Foreman's | Hardenbergh |

|       |   |                                                            |                              |
|-------|---|------------------------------------------------------------|------------------------------|
|       |   | Daily Log dated 05/10/03                                   | Depo. Exhibit 17             |
| I-332 |   | Imperial Industrial Coatings Foreman's Daily Log dated 05/11/03 | Hardenbergh Depo. Exhibit 17 |
| I-333 |   | Imperial Industrial Coatings Foreman's Daily Log dated 05/12/03 | Hardenbergh Depo. Exhibit 17 |
| I-334 |   | Imperial Industrial Coatings Foreman's Daily Log dated 05/13/03 | Hardenbergh Depo. Exhibit 17 |
| I-335 |   | Imperial Industrial Coatings Foreman's Daily Log dated 05/14/03 | Hardenbergh Depo. Exhibit 17 |
| I-336 |   | Imperial Industrial Coatings Foreman's Daily Log dated 05/15/03 | Hardenbergh Depo. Exhibit 17 |
| I-337 |   | Imperial Industrial Coatings Foreman's Daily Log dated 05/16/03 | Hardenbergh Depo. Exhibit 17 |
| I-338 |   | Imperial Industrial Coatings Foreman's Daily Log dated 05/17/03 | Hardenbergh Depo. Exhibit 17 |
| I-339 |   | Imperial Industrial Coatings Foreman's Daily Log dated 05/18/03 | Hardenbergh Depo. Exhibit 17 |
| I-340 |   | Imperial Industrial Coatings Foreman's Daily Log dated 05/19/03 | Hardenbergh Depo. Exhibit 17 |
| I-341 |   | Imperial Industrial Coatings Foreman's Daily Log dated 05/20/03 | Hardenbergh Depo. Exhibit 17 |
| I-342 |   | Imperial Industrial Coatings Foreman's Daily Log dated 05/21/03 | Hardenbergh Depo. Exhibit 17 |
| I-343 |   | Imperial Industrial Coatings Foreman's Daily Log dated 05/22/03 | Hardenbergh Depo. Exhibit 17 |
| I-344 |   | Imperial Industrial Coatings Foreman's Daily Log dated 05/23/03 | Hardenbergh Depo. Exhibit 17 |
| I-345 |   | Imperial Industrial Coatings Foreman's Daily Log dated 05/24/03 | Hardenbergh Depo. Exhibit 17 |
| I-346 |   | Imperial Industrial Coatings Foreman's Daily Log dated 05/25/03 | Hardenbergh Depo. Exhibit 17 |
| I-347 |   | Imperial Industrial Coatings Foreman's Daily Log dated 05/27/03 | Hardenbergh Depo. Exhibit 17 |
| I-348 |   | Imperial Industrial Coatings Foreman's Daily Log dated 05/28/03 | Hardenbergh Depo. Exhibit 17 |
| I-349 |   | Imperial Industrial Coatings Foreman's Daily Log dated 05/29/03 | Hardenbergh Depo. Exhibit 17 |
| I-350 |   | Imperial Industrial Coatings Foreman's Daily Log dated 05/30/03 | Hardenbergh Depo. Exhibit 17 |
| I-351 |   | Imperial Industrial Coatings Foreman's Daily Log dated 05/31/03 | Hardenbergh Depo. Exhibit 17 |
| I-352 |   | Imperial Industrial Coatings Foreman's Daily Log dated 06/01/03 | Hardenbergh Depo. Exhibit 17 |

| | | | |
|---|---|---|---|
| I-353 | | Imperial Industrial Coatings Foreman's Daily Log dated 06/02/03 | Hardenbergh Depo. Exhibit 17 |
| I-354 | | Imperial Industrial Coatings Foreman's Daily Log dated 06/03/03 | Hardenbergh Depo. Exhibit 17 |
| I-355 | | Imperial Industrial Coatings Foreman's Daily Log dated 06/04/03 | Hardenbergh Depo. Exhibit 17 |
| I-356 | | Imperial Industrial Coatings Foreman's Daily Log dated 06/05/03 | Hardenbergh Depo. Exhibit 17 |
| I-357 | | Imperial Industrial Coatings Foreman's Daily Log dated 06/06/03 | Hardenbergh Depo. Exhibit 17 |
| I-358 | | Imperial Industrial Coatings Foreman's Daily Log dated 06/07/03 | Hardenbergh Depo. Exhibit 17 |
| I-359 | | Imperial Industrial Coatings Foreman's Daily Log dated 06/08/03 | Hardenbergh Depo. Exhibit 17 |
| I-360 | | Imperial Industrial Coatings Foreman's Daily Log dated 06/09/03 | Hardenbergh Depo. Exhibit 17 |
| I-361 | | Imperial Industrial Coatings Foreman's Daily Log dated 06/10/03 | Hardenbergh Depo. Exhibit 17 |
| I-362 | | Imperial Industrial Coatings Foreman's Daily Log dated 06/11/03 | Hardenbergh Depo. Exhibit 17 |
| I-363 | | Imperial Industrial Coatings Foreman's Daily Log dated 06/12/03 | Hardenbergh Depo. Exhibit 17 |
| I-364 | | Imperial Industrial Coatings Foreman's Daily Log dated 06/13/03 | Hardenbergh Depo. Exhibit 17 |
| I-365 | | Imperial Industrial Coatings Foreman's Daily Log dated 06/14/03 | Hardenbergh Depo. Exhibit 17 |
| I-366 | | Imperial Industrial Coatings Foreman's Daily Log dated 06/15/03 | Hardenbergh Depo. Exhibit 17 |
| I-367 | | Imperial Industrial Coatings Foreman's Daily Log dated 06/16/03 | Hardenbergh Depo. Exhibit 17 |
| I-368 | | Imperial Industrial Coatings Foreman's Daily Log dated 06/17/03 | Hardenbergh Depo. Exhibit 17 |
| I-369 | | Imperial Industrial Coatings Foreman's Daily Log dated 06/18/03 | Hardenbergh Depo. Exhibit 17 |
| I-370 | | Imperial Industrial Coatings Foreman's Daily Log dated 06/19/03 | Hardenbergh Depo. Exhibit 17 |
| I-371 | | Imperial Industrial Coatings Foreman's Daily Log dated 06/20/03 | Hardenbergh Depo. Exhibit 17 |
| I-372 | | Imperial Industrial Coatings Foreman's Daily Log dated 06/21/03 | Hardenbergh Depo. Exhibit 17 |
| I-373 | | Imperial Industrial Coatings Foreman's Daily Log dated 06/22/03 | Hardenbergh Depo. Exhibit 17 |
| I-374 | | Imperial Industrial Coatings Foreman's | Hardenbergh |

|       |  |                                                              |                              |
|-------|--|--------------------------------------------------------------|------------------------------|
|       |  | Daily Log dated 06/23/03                                     | Depo. Exhibit 17             |
| I-375 |  | Imperial Industrial Coatings Foreman's Daily Log dated 06/24/03 | Hardenbergh Depo. Exhibit 17 |
| I-376 |  | Imperial Industrial Coatings Foreman's Daily Log dated 06/25/03 | Hardenbergh Depo. Exhibit 17 |
| I-377 |  | Imperial Industrial Coatings Foreman's Daily Log dated 06/26/03 | Hardenbergh Depo. Exhibit 17 |
| I-378 |  | Imperial Industrial Coatings Foreman's Daily Log dated 06/27/03 | Hardenbergh Depo. Exhibit 17 |
| I-379 |  | Imperial Industrial Coatings Foreman's Daily Log dated 06/28/03 | Hardenbergh Depo. Exhibit 17 |
| I-380 |  | Imperial Industrial Coatings Foreman's Daily Log dated 06/29/03 | Hardenbergh Depo. Exhibit 17 |
| I-381 |  | Imperial Industrial Coatings Foreman's Daily Log dated 06/30/03 | Hardenbergh Depo. Exhibit 17 |
| I-383 |  | Imperial Industrial Coatings Foreman's Daily Log dated 07/01/03 | Hardenbergh Depo. Exhibit 17 |
| I-383 |  | Imperial Industrial Coatings Foreman's Daily Log dated 07/08/03 | Hardenbergh Depo. Exhibit 17 |
| I-384 |  | Imperial Industrial Coatings Foreman's Daily Log dated 07/09/03 | Hardenbergh Depo. Exhibit 17 |
| I-385 |  | Imperial Industrial Coatings Foreman's Daily Log dated 07/10/03 | Hardenbergh Depo. Exhibit 17 |
| I-386 |  | Imperial Industrial Coatings Foreman's Daily Log dated 07/11/03 | Hardenbergh Depo. Exhibit 17 |
| I-387 |  | Imperial Industrial Coatings Foreman's Daily Log dated 07/12/03 | Hardenbergh Depo. Exhibit 17 |
| I-388 |  | Imperial Industrial Coatings Foreman's Daily Log dated 07/13/03 | Hardenbergh Depo. Exhibit 17 |
| I-389 |  | Imperial Industrial Coatings Foreman's Daily Log dated 07/14/03 | Hardenbergh Depo. Exhibit 17 |
| I-390 |  | Imperial Industrial Coatings Foreman's Daily Log dated 07/15/03 | Hardenbergh Depo. Exhibit 17 |
| I-391 |  | Imperial Industrial Coatings Foreman's Daily Log dated 07/16/03 | Hardenbergh Depo. Exhibit 17 |
| I-392 |  | Imperial Industrial Coatings Foreman's Daily Log dated 07/17/03 | Hardenbergh Depo. Exhibit 17 |
| I-393 |  | Imperial Industrial Coatings Foreman's Daily Log dated 07/18/03 | Hardenbergh Depo. Exhibit 17 |
| I-394 |  | Imperial Industrial Coatings Foreman's Daily Log dated 07/19/03 | Hardenbergh Depo. Exhibit 17 |
| I-395 |  | Imperial Industrial Coatings Foreman's Daily Log dated 07/20/03 | Hardenbergh Depo. Exhibit 17 |

| | | | |
|---|---|---|---|
| I-396 | | Imperial Industrial Coatings Foreman's Daily Log dated 07/21/03 | Hardenbergh Depo. Exhibit 17 |
| I-397 | | Imperial Industrial Coatings Foreman's Daily Log dated 07/22/03 | Hardenbergh Depo. Exhibit 17 |
| I-398 | | Imperial Industrial Coatings Foreman's Daily Log dated 07/23/03 | Hardenbergh Depo. Exhibit 17 |
| I-399 | | Imperial Industrial Coatings Foreman's Daily Log dated 07/24/03 | Hardenbergh Depo. Exhibit 17 |
| I-400 | | Imperial Industrial Coatings Foreman's Daily Log dated 07/25/03 | Hardenbergh Depo. Exhibit 17 |
| I-401 | | Imperial Industrial Coatings Foreman's Daily Log dated 07/26/03 | Hardenbergh Depo. Exhibit 17 |
| I-402 | | Imperial Industrial Coatings Foreman's Daily Log dated 07/27/03 | Hardenbergh Depo. Exhibit 17 |
| I-403 | | Imperial Industrial Coatings Foreman's Daily Log dated 07/28/03 | Hardenbergh Depo. Exhibit 17 |
| I-404 | | Imperial Industrial Coatings Foreman's Daily Log dated 07/29/03 | Hardenbergh Depo. Exhibit 17 |
| I-405 | | Imperial Industrial Coatings Foreman's Daily Log dated 07/30/03 | Hardenbergh Depo. Exhibit 17 |
| I-406 | | Imperial Industrial Coatings Foreman's Daily Log dated 07/31/03 | Hardenbergh Depo. Exhibit 17 |
| I-407 | | Imperial Industrial Coatings Foreman's Daily Log dated 08/01/03 | Hardenbergh Depo. Exhibit 17 |
| I-408 | | Imperial Industrial Coatings Foreman's Daily Log dated 08/02/03 | Hardenbergh Depo. Exhibit 17 |
| I-409 | | Imperial Industrial Coatings Foreman's Daily Log dated 08/03/03 | Hardenbergh Depo. Exhibit 17 |
| I-410 | | Imperial Industrial Coatings Foreman's Daily Log dated 08/04/03 | Hardenbergh Depo. Exhibit 17 |
| I-411 | | Imperial Industrial Coatings Foreman's Daily Log dated 08/05/03 | Hardenbergh Depo. Exhibit 17 |
| I-412 | | Imperial Industrial Coatings Daily Coating Inspection Report dated 08/05/03 | Hardenbergh Depo. Exhibit 17 |
| I-413 | | Imperial Industrial Coatings Foreman's Daily Log dated 08/06/03 | Hardenbergh Depo. Exhibit 17 |
| I-414 | | Imperial Industrial Coatings Foreman's Daily Log dated 08/07/03 | Hardenbergh Depo. Exhibit 17 |
| I-415 | | Imperial Industrial Coatings SSPC-PA-2 Dry Film Thickness DFT Final Inspection Reports | Hardenbergh Depo. Exhibit 15 |
| I-416 | | Coffman Engineers SSPC-PA-2 Dry Film Thickness DFT Final Inspection Reports | Hardenbergh Depo. Exhibit 21 |

| | | | |
|---|---|---|---|
| I-417 | | SPC Liquid Epoxy Coating Inspection Checklist | IIC-000369 |
| I-418 | | Coffman Engineers Coatings Quality Assurance Checklist | Hardenbergh Depo. Exhibit 14 |
| I-419 | | DFT Raw Data Report | Hardenbergh Depo. Exhibit 16 |
| I-420 | | KTA-Tator Inc. Daily Painting Inspection Report Nos. 1 through 116 | Coffman 806-995 |
| I-421 | | Coffman Engineers Coatings Adhesion Test Log | Hardenbergh Depo. Exhibit 40 |
| I-422 | | Coffman Engineers Daily Summary Reports April 2003 | Hardenbergh Depo. Exhibit 22 |
| I-423 | | Coffman Engineers Daily Summary Reports May 2003 | Hardenbergh Depo. Exhibit 22 |
| I-424 | | Coffman Engineers Daily Summary Reports June 2003 | Hardenbergh Depo. Exhibit 22 |
| I-425 | | Coffman Engineers Daily Summary Reports July 2003 | Hardenbergh Depo. Exhibit 22 |
| I-426 | | Coffman Engineers Daily Summary Reports August 2003 | Hardenbergh Depo. Exhibit 22 |
| I-427 | | Coffman Engineers Daily Summary Reports September 2003 | Hardenbergh Depo. Exhibit 22 |
| I-428 | | Coffman Engineers Daily Summary Reports October 2003 | Hardenbergh Depo. Exhibit 22 |
| I-429 | | Coffman Engineers Daily Summary Reports November 2003 | Hardenbergh Depo. Exhibit 22 |
| I-430 | | Coffman Engineers Inspection Reports December 2003 | Hardenbergh Depo. Exhibit 22 |
| I-431 | | Coffman Engineers Non-Conformance Lot | |
| I-432 | | IIC's Quality Plan Submittal | IIC-000332-369 |
| I-433 | | Standard Test Method for Pull-Off Strength of Coatings Using Portable Adhesion Testers | Hardenbergh Depo. Exhibit 8 |
| I-434 | | Specialty Polymer Coatings, Inc.'s SP-1864 Spray Grade Application Specification Steel Substrate dated October 2001 | SPC 95-99 |
| I-435 | | SSPC Paint Application Standard No. 2 dated September 2002 | Hardenbergh Depo. Exhibit 5 |
| I-436 | | NACE International's Standard Recommended Practice Discontinuity Holiday Testing of New Protective Coatings on Conductive Substrates | Hardenbergh Depo. Exhibit 11 |

DEFENDANT FORREST J. McKINLEY'S AND DEFENDANT/COUNTER-CLAIMANT
EMERCO, INC. DBA IIC'S EXHIBIT LIST
Case No. A03-0199CV (RRB) - 26 of 33

| | | | |
|---|---|---|---|
| I-437 | | Application for NACE International Recertification | |
| I-438 | | SPC Certification Program for Plural Component Contractors | IIC-002087 |
| I-439 | | KTA-Tator Inc.'s Quality Control Procedure Manual for Painting Inspection and EH&S Oversight | IIC-002150-2360 |
| I-440 | | Brechan Enterprises, Inc. Payment Application No. 1 dated 04/10/03 | BEI0497-501 |
| I-441 | | Brechan Enterprises, Inc. Payment Application No. 2 dated 04/30/03 | BEI0491, 343-359 |
| I-442 | | Brechan Enterprises, Inc. Payment Application No. 3 dated 05/31/03 | BEI479,325-342 |
| I-443 | | Brechan Enterprises, Inc. Payment Application No. 4 dated 06/30/03 | BEI0468-78 |
| I-444 | | Brechan Enterprises, Inc. Payment Application No. 5 dated 07/31/03 | BEI0456-66 |
| I-445 | | Brechan Enterprises, Inc. Payment Application No. 6 | BEO0444-54 |
| I-446 | | Brechan Enterprises, Inc. Payment Application No. 7 | BEI0425-43 |
| I-447 | | Brechan Enterprises, Inc. Payment Application No. 8 | BEI412-23 |
| I-448 | | Brechan Enterprises, Inc. Payment Application No. 9 dated 12/31/03 | BEI0399-410 |
| I-449 | | Imperial Industrial Coatings Invoice No. 162 dated 04/30/03 | IIC-000074-78 |
| I-450 | | Imperial Industrial Coatings Invoice No. 164 dated 06/05/03 | IIC-000079-86 |
| I-451 | | Imperial Industrial Coatings Invoice No. 168 dated 06/25/03 | IIC-000088-92 |
| I-452 | | Imperial Industrial Coatings Invoice No. 174 dated 08/01/03 | IIC-003639 |
| I-453 | | Imperial Industrial Coatings Invoice No. 175 dated 08/05/03 | IIC-003641-53 |
| I-454 | | Imperial Industrial Coatings Invoice No. 176 dated 08/05/03 | IIC-003654 |
| I-455 | | USCG Cargo Wharf Pile Coating Phase 2 ISC Kodiak, Alaska Summary of Payments Received from Absolute Environmental and Job Costs | IIC-003626 |
| I-456 | | IIC's Summary of Claims | |
| I-457 | | State of Alaska Certificate of Authority | IIC-003673-80 |

| | | | |
|---|---|---|---|
| | | dated 07/14/03 | |
| I-458 | | State of California Certificate of Status Domestic Corporation dated 08/26/06 | SEC. STATE CA |
| I-459 | | State of California Secretary of State Articles of Incorporation | SEC. STATE CA |
| I-460 | | Proof of Publication of fictitious business name, 09/20/00 | IIC-003953-54 |
| I-461 | | Letter from Mark Schilling to Tom Puett dated *circa* July 2003 | COFFMAN |
| I-462 | | Expert Report of Mark Schilling, dated 10/21/03 | Iic-002361-2482 |
| I-463 | | Expert Report of Mark Schilling revised [Photos previously produced IIC-014234] dated 11/28/04 | |
| I-464 | | Expert Report of Mark Schilling revised [Photos previously produced IIC-014235, 14236] dated 02/18/05 | |
| I-465 | | Expert Report of Mark Schilling revised dated 03/20/06 | |
| I-466 | | Imperial Industrial Coatings Purchase Orders for Cargo Wharf Project | IIC-000116-275 |
| I-467 | | Typed notes of Charlie Matthias undated but believed to be August of 2003 | SPC 235-36 |
| I-468 | | Handwritten notes of Tom Puett dated 08/12/03 | IIC-001017-23 |
| I-469 | | Letter from Robert Alliston to Whom it May Concern, dated 10/27/00 | IIC-002014 |
| I-470 | | Brechan transmittal to Swalling re: chemical analysis, dated 06/04/01 | IIC-000026-41 |
| I-471 | | Letter from Tom Puett to Jason Peterson (AES004973), dated 09/16/02 | AES004973 |
| I-472 | | Letter from Tom Puett to Jason Peterson (AES 001369), dated 09/16/02 | AES 001369 |
| I-473 | | Email from Jason Peterson to Dave Olson, dated 09/17/02 | AESMAIL-000491 |
| I-474 | | Email from Jason Peterson to Matt Holmstron re: Phase 2, dated 10/29/02 | AESMAIL-000479-81 |
| I-475 | | Email from Jason Peterson to Matt Holmstron re: exclusions, dated 12/02/02 | BEI1063 |
| I-476 | | Letter from Jason Peterson to Tom Puett re: Kodiak Cargo, dated 06/06/03 | AES001941-43 |
| I-477 | | Email and attachments from Bruce Rutherford to Todd Elmore, dated | AES008475-86 |

| | | | |
|---|---|---|---|
| | | 06/25/03 | |
| I-478 | | Alaska Outdoor Journal, Kodiak 2003 Water Level Predictions | |
| I-479 | | Sponge-Jet Sponge Blasting System Information, dated 12/06/00 | |
| I-480 | | Hankison Instruction Manual | |
| I-481 | | Xtreme Mix Operation Manual | |
| I-482 | | AES's First Set of Interrogatories to Forrest McKinley | |
| I-483 | | Forrest McKinley's Responses to AES's First Set of Interrogatories | |
| I-484 | | AES's First Set of Interrogatories to IIC | |
| I-485 | | IIC's Responses to AES's First Set of Interrogatories | |
| I-486 | | IIC's First Set of Interrogatories to AES | |
| I-487 | | AES Responses to IIC's First Set of Interrogatories | |
| I-488 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-489 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-490 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-491 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-492 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-493 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-494 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-495 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-496 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-497 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-498 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-499 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-500 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-501 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-502 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-503 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-504 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-505 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-506 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-507 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-508 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-509 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-510 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-511 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-512 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-513 | | Photograph of Cargo Wharf Project | IIC-002361-62 |

| | | | |
|---|---|---|---|
| I-514 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-515 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-516 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-517 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-518 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-519 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-520 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-521 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-522 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-523 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-524 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-525 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-526 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-527 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-528 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-529 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-530 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-531 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-532 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-533 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-534 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-535 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-536 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-537 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-538 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-539 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-540 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-541 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-542 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-543 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-544 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-545 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-546 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-547 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-548 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-549 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-550 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-551 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-552 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-553 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-554 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-555 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-556 | | Photograph of Cargo Wharf Project | IIC-002361-62 |

| | | | |
|---|---|---|---|
| I-557 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-558 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-559 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-560 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-561 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-562 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-563 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-564 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-565 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-566 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-567 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-568 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-569 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-570 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-571 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-572 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-573 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-574 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-575 | | Photograph of Cargo Wharf Project | IIC-002361-62 |
| I-576 | | IIC Cargo Wharf Phase 2 Coatings Video (Unedited Version) | IIC-002486 |
| I-577 | | IIC Cargo Wharf Phase 2 Coatings Video (Edited Version) | IIC-002485 |
| I-578 | | Cargo Wharf Maintenance at U.S. Coast Guard Support Center Drawings | BEI0838 - 50 |
| I-579 | | Cargo Wharf Drawings | IIC000072-73 |
| I-580 | | U.S. Coast Guard Facilities Engineering ISC Kodiak Drawings - Tanks N12 & N60. | BEI0866-69 |
| I-581 | | Deposition Transcript(s) of David Olson | |
| I-582 | | Deposition Transcript of Charlie Mathias | |
| I-583 | | Deposition Transcript of Rob Alliston | |
| I-584 | | Deposition Transcript(s) of Matt Holmstrom | |
| I-585 | | Deposition Transcript(s) of Jerry Hardenbergh | |
| I-586 | | Deposition Transcript of Keith MacLeod | |
| I-587 | | Deposition Transcript of Chris Lynch | |
| I-588 | | Deposition Transcript of Anita Repanich | |
| I-589 | | Deposition Transcript of Todd Elmore | |
| I-590 | | Deposition Transcript of Jason Peterson | |
| I-591 | | Deposition Transcript of Bill Mott | |
| I-592 | | Deposition Transcript of Mike Anderson | |

| I-593 | | Deposition Transcript of Bill Oliver | |
| I-594 | | Deposition Transcript of Dan Yell | |
| I-595 | | 48 CFR §36.502 (DSC) | |
| I-596 | | 48 CFR §52.236-2 (DSC) | |
| I-597 | | Organizational Chart | |

DATED this 29th day of September, 2006.

                                      MONTELEONE & McCRORY LLP
Attorneys for Defendant Forrest J. McKinley,
and Defendant/Counter-Claimant Emerco, Inc.
dba Imperial Industrial Coatings

By: _____
Patrick J. Duffy III
CSBA No. 45042
William R. Baerg
CSBA No. 167399
WSBA No. 23052

## CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on September 29, 2006, a copy of the foregoing was served by ECF on:

Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
Peter C. Partnow, PartnowP@LanePowell.com
James B. Stoetzer, StoetzerJ@LanePowell.com

and by facsimile on:

Paul J. Nangle
Paul J. Nangle & Associates
101 Christensen Dr.
Anchorage, AK 99501
FAX NO.:   (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 29, 2006, at Los Angeles, California.

_____
WILLIAM R. BAERG