Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
James E. Niemer, *pro hac vice*
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>         Plaintiff,<br><br>v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>         Defendants. | Case No. 3:03-cv-00199-RRB<br><br>**COMMENTS OF<br>COFFMAN ENGINEERS, INC.<br>ON PROPOSED FACTUAL STATEMENT<br><u>(DOCKET 392)</u>** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br> Counterclaimant/Third-Party Claimant,<br><br>  v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br> Cross-Defendants/Third-Party Defendants. | |

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| |
|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>                                        Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>                                        Defendants. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                    Counterclaim Plaintiff,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>                    Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                        Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC, a Washington Corporation.<br><br>                        Third-Party Defendant. |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation,<br><br>                    Plaintiff/Cross-Claimant,<br><br>v.<br><br>COFFMAN ENGINEERS, INC, a Washington Corporation.<br><br>                        Third-Party Defendant. |

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Comments of Coffman Engineers, Inc. on Proposed Factual Statement (Docket 392)**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**          **Page 2 of 4**

Pursuant to the Court's request for comments on its proposed factual statement to be read to the jury panel (Docket 391), Coffman Engineers, Inc. respectfully submits a slightly revised, very pithy, statement intended to make the Court's proposal more precise.

The reasons for the proposed changes are (1) to avoid an inaccurate characterization of the relationship between Coffman and Brechan at the outset of the project (when Coffman was a sub-consultant to the project designer, Tryck Nyman & Hayes, and was not hired directly by Brechan); (2) to precisely describe Coffman's Phase II function, namely to provide quality assurance (since the sub-contractor Absolute, and ultimately its sub, Imperial, was contractually required to provide the primary quality control inspection services; and (3) to delete reference to Safeco, or the bond issue (since reference to that potential legal issue between Brechan and Absolute in this terse factual statement over emphasizes that issue, which Coffman believes is prejudicial and should not be raised at trial in any event, but which, if permitted by the Court, can be addressed through an appropriate instruction during the course of the trial and/or at the end of the case.)

That stated, Coffman respectfully suggests the following as the revised factual statement which should be read by the Court to the jury panel:

**PROPOSED FACTUAL STATEMENT**

This lawsuit arises from a construction project involving the removal and then replacement of a paint-like protective coating on a cargo wharf owned by the United States Coast Guard in Kodiak, Alaska. A cargo wharf is a mooring platform that extends partially into the ocean, like a dock or a pier, at which ships tie up for loading and unloading.

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

This project was actually carried out in two phases. It is the second phase of the project that is the subject of this lawsuit.

The prime contractor hired by the Coast Guard to perform this project was Brechan Enterprises, Inc. Coffman Engineers, Inc. was hired as a sub-consultant to perform the corrosion engineering work and the quality assurance function for the project. For Phase II, Brechan subcontracted with Absolute Environmental Services, Inc. to remove the existing coatings and replace it with a new coating. Absolute in turn sub-contracted the actual coating removal and replacment work to Emerco, Inc., d/b/a Imperial Industrial Coatings, which company is owned by Forrest J. McKinley.

As it turned out, a number of disputes arose among the parties while work was being performed and afterwards. These disputes led to the present law suit and the need for your assistance in resolving the various disagreements.

DATED this 29th day of September, 2006.

LANE POWELL LLC
Attorneys for Coffman Engineers, Inc.

By  s/ Peter C. Partnow
  Peter C. Partnow, ASBA No. 7206029
  James B Stoetzer, ASBA No. 7911130
  301 W. Northern Lights Blvd., Suite 301
  Anchorage, Alaska 99503-2648
  Tel: 907-277-9511
  Fax: 907-276-2631
  Email: PartnowP@LanePowell.com

I certify that on September 29, 2006, a copy of the foregoing was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com
James E. Niemer, niemerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow

011680.0076/156811.1

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631