ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930 (baerg@mmlawyers.com)

Attorneys for Defendant Forrest J. McKinley and Defendant and Counter-Claimant EMERCO, INC., dba Imperial Industrial Coatings

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,

*Plaintiff,*

v.

FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,

*Defendants.*

EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,

*Counter-Claimant/Third Party Claimant,*

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al.,

*Cross-Defendants/Third Party Defendants.*

CASE NO. A-03-0199 Civil (RRB)

**DEFENDANT FORREST J. McKINLEY AND DEFENDANT AND CROSS-CLAIMANT EMERCO, INC., DBA IMPERIAL INDUSTRIAL COATINGS' LIST OF EXHIBITS TO BE USED DURING OPENING STATEMENTS**

THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., and Alaska corporation,

*Plaintiff,*

v.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

Defendant.

---

BRECHAN ENTERPRISES, INC., an Alaska corporation,

Counterclaim Plaintiff,

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,

Counterclaim Defendant.

---

BRECHAN ENTERPRISES, INC., an Alaska corporation,

Third-Party Plaintiff,

v.

COFFMAN ENGINEERS, INC., a Washington corporation,

Third-Party Defendant.

---

Emerco, Inc., dba Imperial Industrial Coatings ("Imperial") and Forrest J. McKinley ("McKinley") intend to use the following exhibits during opening statements:

Exhibit I-1

Exhibit I-2

Exhibit I-32

Exhibit I-42

Exhibit I-77

Exhibit I-80

Exhibit I-90

Exhibit C-217 (f/k/a I-185)

Exhibit I-199

Exhibit C-57 (f/k/a I-210)

Exhibit I-213

Exhbit I-250

Exhibit I-269

Exhibit I-271

Exhibit I-272

Exhibit I-276

Exhibit I-456

Exhibit I-515

Exhibit I-516

Exhibti I-597

In addition, said parties intend to call the following witnesses in the following order:

1. Mark Schilling (October 10 – out of order)
2. Tom Puett
3. Josh Belville
4. David Rohner
5. Keith MacLeod (via video-taped deposition)

DATED: September 29, 2006

MONTELEONE & McCRORY LLP

Attorneys for Emerco, Inc., dba Imperial Industrial Coatings and Forrest J. McKinley

By ____________________
PATRICK J. DUFFY III, ESQ.
CSBN 45042
WILLIAM R. BAERG, ESQ.
CSBN 167399
WSBN 23052

**CERTIFICATE OF SERVICE BY ECF**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on September 29, 2006, a copy of the foregoing was served by ECF on:

Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
Peter C. Partnow, PartnowP@LanePowell.com
James B. Stoetzer, StoetzerJ@LanePowell.com

and by facsimile on:

Paul J. Nangle
Paul J. Nangle & Associates
101 Christensen Dr.
Anchorage, AK 99501
FAX NO.: (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 29, 2006, at Los Angeles, California.

SALLIE RASPA