ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930 (baerg@mmlawyers.com)

Attorneys for Defendant Forrest J. McKinley and
Defendant and Counter-Claimant EMERCO, INC.,
dba Imperial Industrial Coatings

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>*Defendants.* | CASE NO. A-03-0199<br>Civil (RRB)<br><br>**DEFENDANT FORREST J. McKINLEY AND DEFENDANT AND CROSS-CLAIMANT EMERCO, INC., DBA IMPERIAL INDUSTRIAL COATINGS' OBJECTIONS TO COFFMAN ENGINEER'S RESPONSE TO THE COURT'S FACTUAL STATEMENT OF THE CASE** |
| EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,<br><br>*Counter-Claimant/Third Party Claimant,*<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al.,<br><br>*Cross-Defendants/Third Party Defendants.* | |

2

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA for the use ) |
| | and benefit of ABSOLUTE ENVIRONMENTAL ) |
| 2 | SERVICES, INC., and Alaska corporation, ) |
| 3 | *Plaintiff,* ) |
| 4 | v. ) |
| 5 | SAFECO INSURANCE COMPANY OF ) |
| | AMERICA, a Washington corporation, ) |
| 6 | ) |
| | Defendant. ) |
| 7 | |
| | BRECHAN ENTERPRISES, INC., an Alaska ) |
| 8 | corporation, ) |
| 9 | Counterclaim Plaintiff, ) |
| 10 | v. ) |
| 11 | ABSOLUTE ENVIRONMENTAL SERVICES, ) |
| | INC., an Alaska corporation, ) |
| 12 | ) |
| | Counterclaim Defendant. ) |
| 13 | |
| | BRECHAN ENTERPRISES, INC., an Alaska ) |
| 14 | corporation, ) |
| 15 | Third-Party Plaintiff, ) |
| 16 | v. ) |
| 17 | COFFMAN ENGINEERS, INC., a Washington ) |
| | corporation, ) |
| 18 | ) |
| | Third-Party Defendant. ) |
| 19 | |

23  Emerco, Inc., dba Imperial Industrial Coatings ("Imperial") and Forrest J. McKinley
24 object to the response of Coffman Engineers, Inc., to the Court's proposed factual statement of
25 the case. Specifically, objection is made to Coffman's use of the wording "actual coating
26 removal and replacement work to Emerco" as the scope of the work actually subcontracted by
27 Imperial is in dispute. The sole word "coating" work in the Court's version is sufficiently broad
28 so that it avoids the specific implications attempted by Coffman's version. Also, given the

1 | bifurcation order, the reference to the subcontractor should just be to Imperial and reference to
2 | McKinley should probably be removed from the Court's version.
3 |
4 | DATED: September 29, 2006          MONTELEONE & McCRORY LLP
5 |                                    Attorneys for Emerco, Inc., dba Imperial Industrial
6 |                                    Coatings and Forrest J. McKinley
7 |
8 |                              By_____
9 |                                    PATRICK J. DUFFY III, ESQ.
                                       CSBN 45052
10|                                    WILLIAM R. BAERG, ESQ.
                                       CSBN 167399
11|                                    WSBN 23052

## CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on September 29, 2006, a copy of the foregoing was served by ECF on:

Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
Peter C. Partnow, PartnowP@LanePowell.com
James B. Stoetzer, StoetzerJ@LanePowell.com

and by facsimile on:

Paul J. Nangle
Paul J. Nangle & Associates
101 Christensen Dr.
Anchorage, AK 99501
FAX NO.:    (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 29, 2006, at Los Angeles, California.

_____
SALLIE RASPA