Terry R. Marston, *pro hac vice,* terry@mhf-law.com
Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
Jesse P. Elison, *pro hac vice,* jessee@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington  98052
(425) 861-5700

PAUL J.  NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska  99501
Telephone:  (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants. | Case No.: A03-0199CV (RRB)<br><br>**PLAINTIFF ABSOLUTE'S MOTION FOR LEAVE TO PRESENT ACCOMPANYING PROPOSED VOIR DIRE** |

|   |   |
|---|---|
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC., | ) ) ) ) |
| Counterclaimant/Third-party Claimant, | ) ) |
| v. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al., | ) ) ) |
| Cross-defendants/Third-party Defendants. | ) ) ) |

|   |   |
|---|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) ) ) |
| Plaintiff, vs. | ) ) ) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | ) ) ) |
| Defendants. | ) ) |

|   |   |
|---|---|
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Counterclaim Plaintiff, vs. | ) ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Counterclaim Defendant. | ) |

PLAINTIFF ABSOLUTE'S MOTION FOR LEAVE TO PRESENT ACCOMPANYING PROPOSED
VOIR DIRE
Case No. A03-0199CV (RRB)-- 2

|  |  |
|---|---|
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) |
| Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, | ) ) ) |
| Plaintiff/Cross-claimant, | ) ) |
| vs. | ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) ) |

Plaintiff, ABSOLUTE ENVIRONMENTAL SERVICES, INC., by and through its undersigned attorneys of record, hereby joins in the voir dire topics by other parties, and requests the Court accept this late submission and add the following areas of inquiry for voir dire.

**<u>Proposed Voir Dire</u>**

1. Do you, a family member, or close acquaintance, work for an insurance company or agent.

2. Do you know anyone in the courtroom today, including anyone in the jury pool?

3. Have you or any member of your family been victim of a crime?

4. Have you or any family member been seriously injured in an accident?

5. Have you or any family member, or close acquaintance, ever been a victim of fraud?

6. Do you stay in touch with old friends (Yes or No)?

PLAINTIFF ABSOLUTE'S MOTION FOR LEAVE TO PRESENT ACCOMPANYING PROPOSED
VOIR DIRE
Case No. A03-0199CV (RRB)-- 3

DATED this 29th day of September, 2006.

                                    MARSTON HEFFERNAN FOREMAN, PLLC

                                    By _____s/Jami K. Elison_____
                                        Terry R. Marston II, WSBA No. 14440
                                        Jami K. Elison,   WSBA No. 31007
                                    Attorneys for Plaintiff Absolute Environmental Service, Inc.

I hereby certify that on the date given a copy of the forgoing was served electronically on the following:

William R. Baerg, Patrick J. Duffy
Eric J. Brown
Robert J. Dickson
Michael E Kreger, Jacob Nist
James B. Stoetzer, Peter C. Partnow

s/Jami K. Elison         .

PLAINTIFF ABSOLUTE'S MOTION FOR LEAVE TO PRESENT ACCOMPANYING PROPOSED VOIR DIRE
Case No. A03-0199CV (RRB)-- 4