Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>         Plaintiff,<br>v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>         Defendants.<br><br>EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br> Counterclaimant/Third-Party Claimant,<br><br>  v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br> Cross-Defendants/Third-Party Defendants. | Case No. 3:03-cv-00199-RRB<br><br>**COFFMAN ENGINEERS, INC.'S LIST OF EXHIBITS TO BE USED IN OPENING STATEMENT** |

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| |
|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>          Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>          Defendants. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>         Counterclaim Plaintiff,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>         Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>         Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC, a Washington Corporation.<br><br>         Third-Party Defendant. |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation,<br><br>         Plaintiff/Cross-Claimant,<br><br>v.<br><br>COFFMAN ENGINEERS, INC, a Washington Corporation.<br><br>         Third-Party Defendant. |

Pursuant to the Court's September 26, 2006 Order (Docket 379), Coffman Engineers, Inc. anticipates referencing the following exhibits in its opening statement to the jury[1]:

1. Exhibit C-81    E mail string
2. Exhibit C-84    February 2003 Agenda
3. Exhibit C-114   Wharf schematic
4. Exhibit B-7     June 2001 Spec
5. Exhibit C-48    November 26, 2002 Spec
6. Exhibit C-258   MOD 5
7. Exhibit B-22    02/12/02 letter
8. Exhibit C-311   Absolute/Imperial Subcontract
9. Exhibit C-266   E mail string
10. Exhibit C-267  E mail string
11. Exhibit C-310  Imperial Interrogatory Responses
12. Exhibit C-38   Tryck Nyman Hayes Report
13. Exhibit C-27   2001 Coffman Photos
14. Exhibit C-29   2003 Coffman Photos
15. Exhibit B-13   Hardenbergh 10-30-01 Memo
16. Exhibit C-145  Holmstrom 12-03-02 E-mail
17. Exhibit B-283  Mathias Photos
18. Exhibit C-42   Coffman/Brechan Contract

---

[1] Specific photos are available for review.

**Coffman Engineers, Inc.'s List of Exhibits to Be Used in Opening Statement**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**      **Page 3 of 4**

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

|   |   |   |
|---|---|---|
| 19. | Exhibit B-284 | Hardenbergh Photos |
| 20. | Exhibit C-126 | Email string |
| 21. | Exhibit C-123 | E mail string |
| 22. | Exhibit C- 406 | Hardenbergh 7-29-03 report |
| 23. | Exhibit C-407 | Hardenbergh 7-30-03 report |
| 24. | Exhibit C-410 | Hardenbergh 7-31-03 report |

DATED this 29th day of September, 2006.

> LANE POWELL LLC
> Attorneys for Coffman Engineers, Inc.
>
> By  s/ Peter C. Partnow
>    Peter C. Partnow, ASBA No. 7206029
>    James B Stoetzer, ASBA No. 7911130
>    301 W. Northern Lights Blvd., Suite 301
>    Anchorage, Alaska 99503-2648
>    Tel:  907-277-9511
>    Fax:  907-276-2631
>    Email:  PartnowP@LanePowell.com

I certify that on September 29, 2006, a copy of the foregoing was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com
James E. Niemer, niemerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow

011680.0076/156793.1

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301  Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Coffman Engineers, Inc.'s List of Exhibits to Be Used in Opening Statement**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**    Page 4 of 4