Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                        Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRIESES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                        Defendants. | Case No. 3:03-cv-00199-RRB |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>    Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>    Cross-Defendants/Third-Party Defendants. | **COFFMAN ENGINEERS, INC.'S**<br>**SEQUENCE OF TRIAL WITNESSES** |

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| |
|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, <br><br>                             Plaintiff, <br><br> v. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, <br><br>                             Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>                             Counterclaim Plaintiff, <br><br> v. <br><br> ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, <br><br>                             Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>                             Third-Party Plaintiff, <br><br> v. <br><br> COFFMAN ENGINEERS, INC., a Washington corporation, <br><br>                             Third-Party Defendant. |

      As Coffman will likely be the last party to call witnesses, it is difficult to be precise on who it will call or the precise order. It is anticipated that many of the witnesses Coffman intends to call, either live or through deposition, will have already been called by one or more of the other parties. In some cases, when witnesses are called, particularly by deposition, testimony will go on for all purposes, thus making it unnecessary for the witness to be recalled. With at least some witnesses, however, particularly live witnesses, Coffman will reserve the right to recall the witness to testify as to issues which pertain particularly to Coffman's involvement and defense.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

1. Jerry Hardenbergh (live)
2. Jason Peterson (live)
3. Todd Elmore (live)
4. Dave Olson (live)
5. Chris Lynch (deposition)
6. Matt Holmstrom (live)
7. William Oliver (live)
8. Tim Lawrence (live)[1]
9. Tom Puett (live)
10. Josh Bellville[2]
11. Keith McLead (deposition)
12. Dan Yell (live)
13. Peter Williams[3]
14. Robert Alliston (deposition)
15. Charles Mathias[4]
16. Skip Vernon (deposition)
17. Mark Schilling[5]

---

[1] Mr. Lawrence is leaving the country and will not be available after October 13. Thus it is requested that he be called out of order if necessary.

[2] Deposition testimony has been designated, but he may be brought to trial for live testimony by Imperial.

[3] Witness lives in Canada and was not deposed. Attempting to secure testimony either live or telephonically.

[4] Mr. Mathias was deposed and his testimony has been designated. When SPC settled, indicated he would be available to testify live. Travel arrangements

[5] It is assumed that Mr. Schilling will be brought to trial for live testimony by Imperial. Deposition testimony has been designated.

18. Steve Ross (live)

19. William Mott (live)

20. Dan Stears (live)

21. Dave Rohner (deposition)

22. Jason Tenderella (deposition)

23. Paul Pederson (live)

DATED this 29th day of September, 2006.

<div style="margin-left:40%">

LANE POWELL LLC
Attorneys for Coffman Engineers, Inc.

By  s/ Peter C. Partnow
    Peter C. Partnow, ASBA No. 7206029
    301 W. Northern Lights Blvd., Suite 301
    Anchorage, Alaska 99503-2648
    Tel:  907-277-9511
    Fax:  907-276-2631
    Email:  PartnowP@LanePowell.com

</div>

I certify that on September 29, 2006, a copy of the foregoing was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com
James E. Niemer, niemerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow

011680.0076/156812.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631