Michael E. Kreger
James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc. and
Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>　　　　Plaintiff,<br>v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>　　　　Defendants. | Case No. 3:03-cv-0199-RRB |

**BRECHAN AND SAFECO'S
SEQUENCE OF TRIAL WITNESSES**

Brechan and Safeco submit the following list of witnesses in the sequence they are presently expected to be called during trial.

　　　　Jerry Hardenbergh
　　　　Chris Lynch (deposition testimony)
　　　　James Houck

ABSOLUTE v. MCKINLEY, et al.
Case No. 3:03-cv-0199-RRB            - 1 -            [38599-0012/AA062720.022]

    Matt Holmstrom
    William Oliver
    Mike Martin
    Bryant W. "Web" Chandler
    Robert Dun
    Steven Ross (may be called during Coffman's case in chief)

  Brechan expects to examine most witnesses at the times they are called by others. However, Brechan reserves the right to recall live witnesses who have been called and to call witnesses who are presently scheduled to be called after Brechan's case.

  DATED at Anchorage, Alaska on September 29, 2006.

        PERKINS COIE LLP
        Attorneys for Defendant
        Brechan Enterprises, Inc.


        By /s/ Michael E. Kreger
          Michael E. Kreger
          Alaska Bar No. 8311170
          James N. Leik
          Alaska Bar No. 8111109
          Perkins Coie LLP
          1029 W. Third Avenue, Suite 300
          Anchorage, Alaska 99501
          (907) 279-8561
          (907) 276-3108 (Facsimile)
          Email: mkreger@perkinscoie.com

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. MCKINLEY, et al.
Case No. 3:03-cv-0199-RRB     - 2 -     [38599-0012/AA062720.022]

I hereby certify that on September 29, 2006, the foregoing was served electronically on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

　/s/ Michael E. Kreger　
　　　Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

**ABSOLUTE v. MCKINLEY, et al.**
**Case No. 3:03-cv-0199-RRB**　- 3 -　[38599-0012/AA062720.022]