Terry R. Marston, *pro hac vice,* terry@mhf-law.com
Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
Jesse P. Elison, *pro hac vice,* jessee@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington  98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska  99501
Telephone:  (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants. | Case No.: A03-0199CV (RRB)<br><br>**ABSOLUTE'S LIST OF EXHIBITS TO BE USED IN OPENING STATEMENT** |

| | |
|---|---|
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC., | ) ) ) ) |
| Counterclaimant/Third-party Claimant, | ) ) |
| v. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al., | ) ) ) |
| Cross-defendants/Third-party Defendants. | ) ) ) |

| | |
|---|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | ) ) ) |
| Defendants. | ) ) |

| | |
|---|---|
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Counterclaim Plaintiff, vs. | ) ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Counterclaim Defendant. | ) |

ABSOLUTE'S LIST OF EXHIBITS TO BE USED IN OPENING STATEMENT
Case No. A03-0199CV (RRB)-- 2

| | |
|---|---|
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Third-Party Plaintiff, | ) |
| vs. | ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, | ) ) ) |
| Plaintiff/Cross-claimant, | ) |
| vs. | ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) ) |

Pursuant to Court's Order (Docket No. 379), plaintiff Absolute Environmental Services, Inc. anticipates to reference the following exhibits in its opening statement to the jury:

1. B-79 (Phase I & II Wharf drawings)

2. A-1 (1989 Wharf Renovation drawings)

3. A-433, 434, 435, 441, 442 (Jerry Hardenbergh photos)

4. A-11

5. A-30

6. B-7 (June 21, 2001 Specs)

7. A-65

8. A-80

9. A-91 & A-96

10. A-94

ABSOLUTE'S LIST OF EXHIBITS TO BE USED IN OPENING STATEMENT
Case No. A03-0199CV (RRB)-- 3

11. A-107

12. A-121

13. A-122

14. A-123

15. A-125

16. A-127

17. A-129

18. A-129

19. A-4

20. A425, 426. 427

21. A-138

22. C-48

23. A-418

24. A-417

25. A-416

26. A-240

27. A-278

28. A-341

29. A-343

30. A-346

31. A-433, 434, 435, 441, 442 (Jerry Hardenbergh photos)

DATED this 29th day of September, 2006.

MARSTON HEFFERNAN FOREMAN, PLLC

By _____s/Jami K. Elison_____
   Terry R. Marston II, WSBA No. 14440
   Jami K. Elison,  WSBA No. 31007
Attorneys for Plaintiff Absolute Environmental Service, Inc.

I hereby certify that on the date given a copy of the forgoing was served electronically on the following:

William R. Baerg, Patrick J. Duffy
Eric J. Brown
Robert J. Dickson
Michael E Kreger, Jacob Nist
James B. Stoetzer, Peter C. Partnow

s/Jami K. Elison_____ .

ABSOLUTE'S LIST OF EXHIBITS TO BE USED IN OPENING STATEMENT
Case No. A03-0199CV (RRB)-- 5