### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL SERVICES, INC.   v.   FORREST J. McKINLEY, et al.

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                                  CASE NO.  3:03-CV-00199-RRB

John W. Erickson, Jr.                             DATE: October 2, 2006

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**MOTION TO AMEND JURY INSTRUCTION NO. 4**

---

Pursuant to the motion of Defendants Emerco, Inc., et al. ("Defendants") at Docket 402 for an order amending their specialty preparing jury instruction number 4, and good cause appearing:

**IT IS HEREBY ORDERED** that **Docket 402** is **GRANTED** and the proposed amended jury instruction attached as Exhibit A to Docket 402 shall replace their existing jury instruction entitled, "Imperial/McKinley's Specially Prepared Jury Instruction 4."