```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

                 ABSOLUTE ENVIRONMENTAL SERVICES INC.
                                 vs.
                      FORREST J. MCKLINLEY, et al.
```

BEFORE THE HONORABLE RALPH R. BEISTINE    CASE NO. 3:03-CV-00199-RRB

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON

APPEARANCES:    PLAINTIFF:      TERRY MARSTON / JAMI ELISON

                DEFENDANT:      PATRICK DUFFY, deft Emerco Inc.
                                MICHAEL KREGER, deft Brechan
                                DAVID NEST, deft Brechan
                                PETER PARTNOW, deft Coffman
                                JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 1 Held 10/02/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:36 a.m. court convened without the prospective jury present.

Court and counsel heard re parties, trial scheduling, ruling on exhibits to be used for opening statements, opening statements, closing statements, peremptory challenges and pending motions in limine.

at 8:59 a.m. court recessed this matter until 9:19 a.m. with 70 prospective jurors present.

Court reads an overview of the case to the prospective jurors.

Introduction of counsel and parties.

Oath as to qualifications given to prospective jury panel.

General voir dire conducted.

At 10:03 juror excused.

At 10:20 a.m. court recessed this matter until 10:39 a.m. with 69 prospective jurors present.

Continued To Page 2

DATE:    October 2, 2006         DEPUTY CLERK'S INITIALS:    ce

```
                       Continuation - Page 2
     Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                                et al.
                         Trial by Jury - Day 1
                            October 2, 2006
---------------------------------------------------------------------
```

General voir dire continued.

At 10:41 a.m. juror excused.

Court reads list of witnesses.

Court directed clerk to call 28 names; 28 names called.

Individual voir dire conducted.

At 12:41 all jurors except the 28 jurors called excused and the jurors exited the courtroom.

Court and counsel heard re peremptory challenges.

At 12:47 p.m. court recessed until 1:16 without the prospective jury panel present.

Court and counsel heard re jury selection, proposed jury instructions, opening statements and trial scheduling.

At 1:20 p.m. the 28 prospective jurors entered the courtroom.

Peremptory challenges taken; jury panel of 10 selected.

At 1:24 p.m. all other prospective jurors excused and exited the courtroom.

Oath as to trial jurors administered.

Court addressed the jury panel re trial schedule, verdict, evidence, note taking, witness testimony and admonished the jury panel.

At 1:46 p.m. the jury panel exited the courtroom to reconvene Tuesday, October 3, 2006 at 9:00 a.m.

Court and counsel heard trial schedule and witnesses.

At 1:54 p.m. court recessed this matter to reconvene **Tuesday, October 3, 2006 at 8:30 a.m.**

DATE:    October 2, 2006       DEPUTY CLERK'S INITIALS:   ce