Terry R. Marston, *pro hac vice,* terry@mhf-law.com
Jami K. Elison, *pro hac vice*, jamie@mhf-law.com
Jesse P. Elison, *pro hac vice*, jessee@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants. | Case No.: A03-0199CV (RRB)<br><br>**PLAINTIFF ABSOLUTE'S SEQUENCE OF TRIAL WITNESSES** |

| | |
|---|---|
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | ) |
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>Counterclaim Plaintiff,<br><br>vs.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Counterclaim Defendant. | ) |

BRECHAN ENTERPRISES, INC., an Alaska corporation,

Third-Party Plaintiff,

vs.

COFFMAN ENGINEERS, INC, a Washington Corporation.

Third-Party Defendant.

ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation,

Plaintiff/Cross-claimant,

vs.

COFFMAN ENGINEERS, INC, a Washington Corporation.

Third-Party Defendant.

Plaintiff, ABSOLUTE ENVIRONMENTAL SERVICES, INC., submits the following list of witnesses in the sequence they are expected to be called during trial. This list was also emailed to all counsel of record on Friday, September 29, 2006.

1. Jason Peterson
2. Andy Romine
3. Michael Andersen
4. Mike Swalling
5. Dan Yell
6. Brechan corporate representative — if needed to authenticate documents
7. Coffman corporate representative — if needed to authenticate documents
8. David E. Olson
9. Margaret Wilson (via transcript designation)
10. Martin Boivin (via transcript designation)
11. Anita Repanich (via transcript designation)
12. William Oliver
13. Safeco Corporate Representative

14. Matt Holmstrom
15. Daniel Stears
16. Jerry Hardenbergh
17. Ralph Thomas Puett
18. Jeremy Hailey
19. Dawni Haines
20. Mike Lembke

Possible Rebuttal Witnesses

21. Todd Elmore
22. Skip Vernon
23. Michael R. Tope
24. Thomas, Head & Greisen, Representative of
25. Donovan Rulien
26. Charles Mathias
27. Rob Alliston
28. Forrest J. McKinley
29. Grant de Line
30. George Kontra
31. Mark Schilling

Absolute reserves the right to recall live witnesses who have been called and to call witnesses who are presently scheduled to be called after Absolute's case.

DATED this 2nd day of October, 2006.

MARSTON HEFFERNAN FOREMAN, PLLC

By s/Terry R. Marston
Terry R. Marston II, WSBA No. 14440
Jami K. Elison, WSBA No. 31007
Attorneys for Plaintiff Absolute Environmental Service, Inc.

I hereby certify that on the date given a copy of the forgoing was served electronically on the following:

William R. Baerg, Patrick J. Duffy
Eric J. Brown
Robert J. Dickson
Michael E Kreger, Jacob Nist
James B. Stoetzer, Peter C. Partnow

s/Terry R. Marston .