```
          MINUTES OF THE UNITED STATES DISTRICT COURT
                      DISTRICT OF ALASKA
```

ABSOLUTE ENVIRONMENTAL SERVICES INC.
vs.
FORREST J. MCKLINLEY, et al.

BEFORE THE HONORABLE RALPH R. BEISTINE   CASE NO. 3:03-CV-00199-RRB

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON

APPEARANCES:   PLAINTIFF:   TERRY MARSTON / JAMI ELISON

               DEFENDANT:   PATRICK DUFFY, deft Imperial
                           MICHAEL KREGER, deft Brechan
                           DAVID NEST, deft Brechan
                           PETER PARTNOW, deft Coffman
                           JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 2 Held 10/03/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:39 a.m. court convened without the jury panel present.

Court and counsel heard re exhibits during opening statements and pending motions in limine.

At 8:54 a.m. court recessed until 9:02 a.m. without the jury panel present.

Court and counsel heard re opening statements and court reading instruction to the jury panel.

At 9:05 a.m. the jury panel entered the courtroom.

Court addressed the jury panel and read statement to the jury panel regarding opening statements.

Opening statements heard.

At 10:03 a.m. court recessed until 10:15 a.m. without the jury panel present.

Court and counsel heard re jury question.

At 10:17 a.m. the jury panel entered the courtroom.

Opening statements continued.

Court read instruction to the jury panel regarding witnesses and exhibits.

Continued To Page 2

DATE:    October 3, 2006         DEPUTY CLERK'S INITIALS:    ce

```
                        Continuation - Page 2
     Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                                 et al.
                         Trial by Jury - Day 2
                            October 3, 2006
------------------------------------------------------------------
```

Jason Andrew Peterson sworn and testified on behalf of the plaintiff.

At 11:55 a.m. the jury panel exited the courtroom.

Court and counsel heard re witness exclusionary rule invoked.

At 11:57 a.m. court recessed this matter until 1:31 p.m. without the jury panel present.

Court and counsel heard re issues re witness exclusionary rule.

At 1:36 p.m. the jury panel entered the courtroom.

Jason Andrew Peterson resumed the stand and testified further on behalf of the plaintiff.  Plaintiff's exhibits A-50, A-91, A-176, A-248 **ADMITTED**. Defendant Imperial's exhibit I-1 **IDENTIFIED.** Defendant Coffman's exhibits C-296, C-297, C-298 **ADMITTED**.

At 3:12 p.m. court recessed until 3:23 p.m. with the jury panel present.

Jason Andrew Peterson resumed the stand and testified further on behalf of the plaintiff.  Defendant Brechan's exhibits B-48, B-49, B-64 **ADMITTED.**  Defendant Coffman's exhibit C-294, C-295 **ADMITTED.**  Defendant Imperial's exhibit I-2 **ADMITTED.**

Andrew Michael Romine sworn and testified on behalf of the plaintiff.  Plaintiff's exhibit A-47 **ADMITTED**.

At 4:32 p.m. the jury panel exited the courtroom to reconvene Tuesday, October 4, 2006 at 9:00 a.m.

Court and counsel heard trial schedule, deposition and witnesses.

At 4:34 p.m. court recessed this matter to reconvene **Wednesday, October 4, 2006 at 9:00 a.m.**

DATE:   October 3, 2006    DEPUTY CLERK'S INITIALS:  ce