Peter C. Partnow, ASBA No. 7206029
James E. Niemer, *pro hac vice*
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com
NiemerJ@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, <br><br> Plaintiff, <br><br> v. <br><br> FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRIESES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, <br><br> Defendants. | Case No. 3:03-cv-00199-RRB |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC., <br><br> Counterclaimant/Third-Party Claimant, <br><br> v. <br><br> ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al., <br><br> Cross-Defendants/Third-Party Defendants. | **OBJECTIONS AND COUNTER-DESIGNATIONS OF COFFMAN ENGINEERS, INC. REGARDING COAST GUARD DEPOSITIONS** |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, | |
| Plaintiff, | |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, | |
| Defendant. | |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | |
| Counterclaim Plaintiff, | |
| v. | |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, | |
| Counterclaim Defendant. | |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | |
| Third-Party Plaintiff, | |
| v. | |
| COFFMAN ENGINEERS, INC., a Washington corporation, | |
| Third-Party Defendant. | |

COMES NOW Coffman Engineers, Inc., by and through its counsel of record, Lane Powell LLC, and submits its objections to the deposition designations of plaintiff Absolute Environmental Services, Inc. ("Absolute"), and its counter-designations regarding Coast Guard witnesses, as follows:

**GENERAL OBJECTIONS RELATIVE TO
ALL COAST GUARD DEPOSITION DESIGNATIONS**

Defendant Coffman objects to all of plaintiff Absolute's designations of Coast Guard personnel, including Margaret Wilson, Martin Boivin, and Anita Repanich. All of the designated

testimony is irrelevant to the issues presented in the case, namely, the job site conditions encountered by Absolute and defendant Imperial during Phase II of the subject project, and the alleged extra work Absolute and Imperial claim that they were required to perform. Absolute's deposition designations regarding these three witnesses relate almost exclusively to contractual and financial dealings between the Coast Guard and defendant Brechan Enterprises, Inc. ("Brechan"). Most transactions and dealings bear no relevance to the issues presented by the claims of Absolute and Imperial, and would only extend the trial in the matter and confuse the jury with testimony that has no bearing on the issues.

**Deposition of Martin Boivin, taken June 29, 2006:**
Page 8, Line 23 to Page 9, Line 21
Page 24, Line 3 to Page 24, Line 16
Page 41, Line 14 to Page 42, Line 5
Page 42, Line 10 to Page 42, Line 17
Page 47, Line 2 to Page 47, Line 4
Page 65, Line 5 to Page 65, Line 7
Page 66, Line 13
Page 67, Line 15
Page 67, Line 22
Page 67, Line 24
Page 69, Line 19 to Page 70, Line 3
Page 75, Line 1
Page 76, Line 14 to Page 77, Line 10
Page 101, Line 11 to Page 101, Line 19
Page 107, Line 19 to Page 107, Line 25
Page 110, Line 5 to Page 110, Line 11
Page 111, Line 4 to Page 111, Line 7
Page 113, Line 2 to Page 113, Line 10
Page 118, Line 7 to Page 118, Line 8
Page 121, Line 14 to Page 121, Line 15
Page 125, Line 2
Page 125, Line 5
Page 125, Line 12

**Deposition of Margaret M. Wilson, taken June 29, 2006:**
Page 35, Line 17 to Page 36, Line 9
Page 41, Line 6 to Page 41, Line 16
Page 64, Line 10

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

Page 64, Line 22
Page 74, Line 10 to Page 75, Line 3
Page 94, Line 7 to Page 94, Line 8
Page 97, Line 11 to Page 97, Line 20
Page 98, Line 18 to Page 99, Line 25
Page 109, Line 11 to Page 109, Line 25
Page 110, Line 1 to Page 110, Line 16
Page 116, Line 10 to Page 117, Line 16

**Deposition of Anita Repanich, taken June 28, 2006**:
Page 60, Line 1 to Page 60, Line 14
Page 62, Line 10 to Page 62, Line 23
Page 100, Line 17 to Page 101, Line 2
Page 108, Line 6 to Page 108, Line 14
Page 115, Line 4 to Page 115, Line 14
Page 121, Line 13 to Page 121, Line 20
Page 123, Line 25 to Page 124, Line 10
Page 131, Line 22 to Page 132, Line 3

DATED this 4th day of October, 2006.

                LANE POWELL LLC
                Attorneys for Coffman Engineers, Inc.

                By  s/ Peter C. Partnow
                    Peter C. Partnow, ASBA No. 7206029
                    301 W. Northern Lights Blvd., Suite 301
                    Anchorage, Alaska 99503-2648
                    Tel:  907-277-9511
                    Fax:  907-276-2631
                    Email:  PartnowP@LanePowell.com

I certify that on October 4, 2006, a copy of the
foregoing was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com
James E. Niemer, niemerj@lanepowell.com

and by mail on:
Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501


 s/Peter C. Partnow
011680.0076/156869.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Objections and Counter-Designations of Coffman Engineers, Inc. Regarding Coast Guard Depositions**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**          Page 4 of 4