```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

<u>ABSOLUTE ENVIRONMENTAL SERVICES INC.</u>
vs.
<u>FORREST J. MCKLINLEY, et al.</u>

BEFORE THE HONORABLE <u>RALPH R. BEISTINE</u> CASE NO. <u>3:03-CV-00199-RRB</u>

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON

APPEARANCES:   PLAINTIFF:    TERRY MARSTON / JAMI ELISON

               DEFENDANT:    PATRICK DUFFY, deft Imperial
                             MICHAEL KREGER, deft Brechan
                             DAVID NEST, deft Brechan
                             PETER PARTNOW, deft Coffman
                             JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 3 Held 10/04/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:02 a.m. court convened without the jury panel present.

Court and counsel heard re parties stipulation to exhibits. Mr. Marston to indicate during hearing which exhibits these will be.

At 9:05 a.m. the jury panel entered the courtroom.

Andrew Michael Romine resumed the stand and testified further on behalf of the plaintiff. Plaintiff's exhibit A-48, A-74, A-78, A-79, A-88, A-92, A-93, A-97, A-113, A-127 **ADMITTED**. Plaintiff's exhibits A-103, A-104, A-117, A-121, A-125 **IDENTIFIED.**

At 10:30 a.m. court recessed until 10:45 a.m. without the jury panel present.

Court and counsel heard re juror note and exhibits.

At 10:51 a.m. the jury panel entered the courtroom.

Court addressed the jury panel re exhibits.

Andrew Michael Romine resumed the stand and testified further on behalf of the plaintiff. Plaintiff's exhibits A-107**,** A-139, A-150, A-157, A-169, A-188 **ADMITTED.**

At 11:48 a.m. the court recessed until 1:21 p.m. without the jury panel present.

Continued To Page 2

DATE: <u>   October 4, 2006   </u>   DEPUTY CLERK'S INITIALS: <u>  ce   </u>

```
                        Continuation - Page 2
      Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                                 et al.
                         Trial by Jury - Day 3
                            October 4, 2006
--------------------------------------------------------------------
```
Court and counsel heard re stipulation entered into by defendant's Brechan and Coffman for dismissal with prejudice and each side to bare their own costs re indemnity issues. Court directed parties to file the appropriate paperwork with the court.

Court and counsel heard re parties joint stipulation re discovery issues.

At 1:24 p.m. the jury panel entered the courtroom.

Andrew Michael Romine resumed the stand and testified further on behalf of the plaintiff. Defendant's exhibit I-4 **IDENTIFIED**.

Michael Albert Andersen sworn and testified on behalf of the plaintiff.

At 2:58 p.m. court recessed this matter until 3:20 p.m. without the jury panel present.

Court and counsel heard re Mr. Kreger's oral motion to replace one of the courts monitors with another monitor from his office; **GRANTED.**

Michael Albert Andersen sworn and testified on behalf of the plaintiff. Plaintiff's exhibits A-52, A-83, A-95, A-441-1734, A-441-1735 **ADMITTED.**

Court and counsel heard re plaintiff's exhibit A-441. Court directed Mr. Marston to bring a supplemental list regarding exhibit A-441 numbering the pictures in order for the clerk to mark the exhibits appropriately.

At 4:29 p.m. the jury panel exited the courtroom to reconvene Wednesday, October 5, 2006 at 9:00 a.m.

Court and counsel heard trial schedule, depositions, objections to depositions, documents to used with witnesses, deep pocket theory, Coast Guard documents and witnesses.

Court directed that the parties file any objections to the depositions tonight, **October 4, 2006**.

At 5:00 p.m. court recessed this matter to reconvene **Thursday, October 5, 2006 at 9:00 a.m.**

DATE:___October 4, 2006_____   DEPUTY CLERK'S INITIALS:___ce_____