James B. Stoetzer, ASBA No. 7911130
Peter Partnow, ASBA No. 7206029
LANE POWELL LLC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
Telephone: 206.223.7019
Facsimile: 206.223.7107

Attorneys for Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants.| Case No. A03-0199CV (RRB)<br><br>**STIPULATION AND ORDER OF DISMISSAL REGARDING CLAIMS BETWEEN BRECHAN ENTERPRISES, INC. AND COFFMAN ENGINEERS, INC.** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-Party Defendants. | |

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| |
|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>         Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>         Defendants. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>         Counterclaim Plaintiff,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>         Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>         Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC, a Washington Corporation.<br><br>Counterclaim Plaintiff/Third-Party Defendant. |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation,<br><br>         Plaintiff/Cross-Claimant,<br><br>v.<br><br>COFFMAN ENGINEERS, INC, a Washington Corporation.<br><br>Counterclaim Plaintiff/Third-Party Defendant. |

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

STIPULATION AND ORDER OF DISMISSAL
REGARDING CLAIMS BETWEEN BRECHAN ENTERPRISES,
INC. AND COFFMAN ENGINEERS, INC.
*Absolute Environmental Services, Inc. v. Forrest J. McKinley, et al.* (Case No. A03-0199CV (RRB))   Page 2 of 4

COMES NOW Defendant/Third-Party Plaintiff, Brechan Enterprises, Inc., by and through its counsel of record, Perkins Coie LLP, and Counterclaim Plaintiff/Third-Party Defendant, Coffman Engineers, Inc., by and through its counsel of record, Lane Powell LLC, and hereby stipulate that any and all claims asserted by Defendant/Third-Party Plaintiff Brechan Enterprises, Inc. against Counterclaim Plaintiff/Third-Party Defendant Coffman Engineers, Inc., and any and all claims asserted by Counterclaim Plaintiff/Third-Party Defendant Coffman Engineers, Inc. against Defendant/Third-Party Plaintiff Brechan Enterprises, Inc. shall be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 4th day of October, 2006.

LANE POWELL LLC

By _____
James B. Stoetzer, ASBA No. 7911130
Peter Partnow, ASBA No. 7206029
Attorneys for Counterclaim Plaintiff/Third-Party Defendant Coffman Engineers, Inc.

PERKINS COIE LLP

By _____
Michael E. Kreger, ASBA No. 8311170
James N. Leik, ASBA No. 8111109
Jacob Nist, ASBA No. 0211051
Attorney for Defendant/Third-Party Plaintiff Brechan Enterprises, Inc.

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

STIPULATION AND ORDER OF DISMISSAL
REGARDING CLAIMS BETWEEN BRECHAN ENTERPRISES,
INC. AND COFFMAN ENGINEERS, INC.
*Absolute Environmental Services, Inc. v. Forrest J. McKinley, et al. (Case No. A03-0199CV (RRB))*   Page 3 of 4

I certify that on October 4, 2006, a copy of the foregoing was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com
James E. Niemer, niemerj@lanepowell.com

and by mail on:

Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

s/Peter C. Partnow
011680.0076/156894.1

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

STIPULATION AND ORDER OF DISMISSAL
REGARDING CLAIMS BETWEEN BRECHAN ENTERPRISES,
INC. AND COFFMAN ENGINEERS, INC.
*Absolute Environmental Services, Inc. v. Forrest J. McKinley, et al. (Case No. A03-0199CV (RRB))*   Page 4 of 4