**Kristy L. Martyn**

| | | | |
|---|---|---|---|
| **From:** | Kristy L. Martyn | **Sent:** | Wed 10/4/2006 8:58 PM |
| **To:** | duffy@mmlawyers.com; mkreger@perkinscoie.com; jnist@perkinscoie.com; partnowp@lanepowell.com; stoetzerj@lanepowell.com | | |
| **Cc:** | ebrown@jdolaw.com | | |
| **Subject:** | AES/Mckinley | | |
| **Attachments:** | | | |

Dear Counsel:

Below is the list of documents produced by the Coast Guard that we intend to use at trial.

Regards, Kristy

A-7
A-16
A-18
A-19
A-20
A-21
A-67
A-84
A-151
A-154
A-168
A-170
A-196
A-214
A-225
A-240
A-241
A-244
A-253
A-357
A-430
A-433
A-434
A-435
A-441