```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

<u>ABSOLUTE ENVIRONMENTAL SERVICES INC.</u>
vs.
<u>FORREST J. MCKLINLEY, et al.</u>

BEFORE THE HONORABLE <u>RALPH R. BEISTINE</u> CASE NO. <u>3:03-CV-00199-RRB</u>

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON/APRIL KARPER

APPEARANCES:    PLAINTIFF:     TERRY MARSTON / JAMI ELISON

                DEFENDANT:     PATRICK DUFFY, deft Imperial
                               MICHAEL KREGER, deft Brechan
                               DAVID NEST, deft Brechan
                               PETER PARTNOW, deft Coffman
                               JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 4 Held 10/05/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:56 a.m. court convened without the jury panel present.

Court and counsel heard re possible stipulation.

At 8:57 a.m. court recessed until 9:02 a.m. with the jury panel present.

Michael Albert Anderson resumed the stand and testified further on behalf of the plaintiff. Plaintiff's exhibits A441-1, A441-2, A441-3, A441-4, A441-5, A442, A442-1, A442-2, A442-3, A442-4, A442-5, A442-6, A442-7, and A442-8 **ADMITTED.** Defendant's exhibit I-4 **ADMITTED.**

At 10:05 the jury panel exited the courtroom.

Michael Albert Anderson resumed the stand and testified further on behalf of the plaintiff.

At 10:09 a.m. court recessed until 10:25 a.m. without the jury panel present.

At 10:27 a.m. the jury panel entered the courtroom.

Michael Albert Anderson resumed the stand and testified further on behalf of the plaintiff. Defendant's exhibit B38 **IDENTIFIED.** Defendant's exhibits B21, B38-1, B38-2, B38-3, C27-1, C27-2, C27-3, and C27-4 **ADMITTED.**

Continued To Page 2

DATE:    October 5, 2006          DEPUTY CLERK'S INITIALS:    ak

```
                     Continuation - Page 2
     Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                              et al.
                       Trial by Jury - Day 4
                         October 5, 2006
--------------------------------------------------------------------
```
Daniel Eyell sworn and testified on behalf of the plaintiff.
Defendant's exhibit B75 **IDENTIFIED.**

At 12:00 p.m. court recessed until 1:15 p.m. with the jury panel present.

Daniel Eyell resumed the stand and testified further on behalf of the plaintiff.  Defendant Brechan's exhibit B-284-1 **ADMITTED.**
Defendant Coffman's exhibit C-404 **IDENTIFIED.**  Defendant Coffman's exhibits C-27-5, C-27-6, C-27-6, C-27-7 **ADMITTED.**

At 2:38 p.m. the jury panel exited the courtroom.

Court and counsel heard re questions to witness Daniel Eyell and jury note.

At 2:51 p.m. the court recessed this matter until 3:15 p.m. with the jury panel present.

Daniel Eyell resumed the stand and testified further on behalf of the plaintiff.  Defendant Coffman's exhibit C-404, C-405, C-406, C-407, C-410 **ADMITTED.**

At 4:43 p.m. the jury panel exited the courtroom to reconvene Thursday, October 6, 2006 at 8:45 a.m.

Court and counsel heard re depositions, trial scheduling and witnesses.

At 4:52 p.m. court recessed this matter to reconvene **Friday, October 6, 2006 at 8:45 a.m.**

DATE:     October 5, 2006          DEPUTY CLERK'S INITIALS: ak/ce