ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930 (baerg@mmlawyers.com)

Attorneys for Defendant Forrest J. McKinley and
Defendant and Counter-Claimant EMERCO, INC.,
dba Imperial Industrial Coatings

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>*Defendants.* | CASE NO. A-03-0199<br>Civil (RRB)<br><br>**DESIGNATION OF DEPOSITION TESTIMONY OF CHRIS LYNCH BY DEFENDANT FORREST J. McKINLEY AND DEFENDANT AND COUNTER-CLAIMANT EMERCO, INC., DBA IMPERIAL INDUSTRIAL COATINGS** |
| EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,<br><br>*Counter-Claimant/Third Party Claimant,*<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al.,<br><br>*Cross-Defendants/Third Party Defendants.* | |

```
 1  THE UNITED STATES OF AMERICA for the use  )
    and benefit of ABSOLUTE ENVIRONMENTAL     )
 2  SERVICES, INC., and Alaska corporation,   )
                                              )
 3         Plaintiff,                         )
                                              )
 4  v.                                        )
                                              )
 5  SAFECO INSURANCE COMPANY OF               )
    AMERICA, a Washington corporation,        )
 6                                            )
    Defendant.                                )
 7  _____    )
    BRECHAN ENTERPRISES, INC., an Alaska      )
 8  corporation,                              )
                                              )
 9         Counterclaim Plaintiff,            )
                                              )
10  v.                                        )
                                              )
11  ABSOLUTE ENVIRONMENTAL SERVICES,          )
    INC., an Alaska corporation,              )
12                                            )
    Counterclaim Defendant.                   )
13                                            )
```

Defendant Forrest J. McKinley and Defendant and Counter-claimant Emerco, Inc., dba Imperial Industrial Coatings, submit the following designation of the deposition testimony of Chris Lynch that they intend to offer into evidence at the trial of this action:

**Deposition of Chris Lynch**

Page 58, line 1 through Page 59, line 14

DATED: October 6, 2006                MONTELEONE & McCRORY LLP

Attorneys for Emerco, Inc., dba Imperial Industrial Coatings and Forrest J. McKinley

By _____
PATRICK J. DUFFY III, ESQ.
CSBN 45042
WILLIAM R. BAERG, ESQ.
CSBN 167399
WSBN 23052

# CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on October 6, 2006, a copy of the foregoing was served by ECF on:

Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
Peter C. Partnow, PartnowP@LanePowell.com
James B. Stoetzer, StoetzerJ@LanePowell.com

and by facsimile on:

Paul J. Nangle
Paul J. Nangle & Associates
101 Christensen Dr.
Anchorage, AK 99501
FAX NO.:     (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on October 6, 2006, at Los Angeles, California.

*/s/ Sallie Raspa*
SALLIE RASPA