1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>*Defendants.* | CASE NO. A-03-0199<br>Civil (RRB)<br><br>**GENERAL VERDICT WITH JURY INTERROGATORIES** |
| EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,<br><br>*Cross-Claimant/Third Party Claimant,*<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al.,<br><br>*Cross-Defendants/Third Party Defendants.* | |

| | |
|---|---|
| 1<br>2 | THE UNITED STATES OF AMERICA for the use )<br>and benefit of ABSOLUTE ENVIRONMENTAL )<br>SERVICES, INC., and Alaska corporation, ) |
| 3 | *Plaintiff,* ) |
| 4 | v. ) |
| 5<br>6 | SAFECO INSURANCE COMPANY OF )<br>AMERICA, a Washington corporation, ) |
| 7 | Defendant. ) |
| 8 | BRECHAN ENTERPRISES, INC., an Alaska )<br>corporation, ) |
| 9 | Counterclaim Plaintiff, ) |
| 10 | v. ) |
| 11<br>12 | ABSOLUTE ENVIRONMENTAL SERVICES, )<br>INC., an Alaska corporation, ) |
| 13 | Counterclaim Defendant. ) |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska )<br>corporation, ) |
| 15 | Third-Party Plaintiff, ) |
| 16 | v. ) |
| 17<br>18 | COFFMAN ENGINEERS, INC., a Washington )<br>corporation, ) |
| 19 | Third-Party Defendant. ) |

## **ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S CLAIMS AGAINST EMERCO, INC., DBA IMPERIAL INDUSTRIAL COATINGS**

BREACH OF CONTRACT/BREACH OF WARRANTY

1.  When Absolute escorted Imperial off the project's job site and ordered them not to return to the project, did that constitute a material breach of the subcontract by Absolute and excuse Imperial from further performance of the subcontract?

    ANSWER: _____ [Yes/No].

2. Did Absolute's failure to pay Imperial all that it was due under the subcontract constitute a material breach of the subcontract by Absolute and excuse Imperial from performance of the subcontract after August 7, 2003?

ANSWER: _____ [Yes/No].

[If your answer to Questions 1 or 2 was "Yes" go to Question 5. If your anser to both questions was "Yes" go to question 3.]

3. Did Imperial materially breach its contract with Absolute causing Absolute damages?

ANSWER: _____ [Yes/No].

[If your answer to Question 3 was "Yes" go Question 4. If your answer to Question 3 was "No" go to Question 5.]

4. What is the amount of damages that Absolute is entitled to recover from Imperial?

ANSWER: $ _____.

## EMERCO, INC., DBA IMPERIAL INDUSTRIAL COATINGS' CLAIMS AGAINST ABSOLUTE ENVIRONMENTAL SERVICES, INC.

### FOR CONTRACT BALANCE

5. Did Absolute fail to pay Imperial all of the money earned by Imperial for work of the Kodiak Cargo Wharf project?

ANSWER: _____ [Yes/No].

[If your answer to Question 5 was "Yes" go to Question 6. If your answer to Question 5 was "No" go to Question 7,]

6. What is the amount Absolute owes Imperial unpaid contract earnings?

ANSWER: $ _____.

///

7. Did Absolute materially breach the contract with Imperial causing Imperial damages?

ANSWER: _____ [Yes/No].

[If your answer to Question 7 was "Yes" go to Question 8. If your answer to Question 7 was "No" go to Question 9.]

8. What is the amount of damages Imperial is entitled to recover from Absolute?

ANSWER: $_____.

### GOODS SOLD AND DELIVERED

9. On or after August 7, 2003, did Absolute convert property of Imperial that was on or near the Kodiak Cargo Wharf?

ANSWER: _____ [Yes/No].

[If your answer to Question 9 was "Yes" go to Question 10. If your answer to Question 9 was "No" go to Question 11.

10. What is the amount of money that Imperial entitled to recover against Absolute for the conversion of its property?

ANSWER: $_____.

## ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S CLAIMS AGAINST BRECHAN ENTERPRISES AND SAFECO INSURANCE CO. OF AMERICA

### BREACH OF CONTRACT

11. On the complaint filed by Absolute against Brechan Enterprises, Inc. ("Brechan") for breach of contract, we the jury in the above-entitled action find for _____ [Absolute/Brechan].

/ / /

A.   If you find in favor of Absolute, what amount of damages is Absolute entitled to recover against Brechan?   ANSWER: $_____.

### TORT THEORIES

12.  On the complaint filed by Absolute against Brechan for claims based on tort theories, we the jury in the above-entitled action find for _____ [Absolute/Brechan].

   A.   If you find in favor of Absolute, what amount of damages is Absolute entitled to recover against Brechan?   ANSWER: $_____.

### EQUITABLE PRINCIPLES

13.  On the complaint filed by Absolute against Brechan for damages based on equitable principles, we the jury in the above-entitled action find for _____ [Absolute/Brechan].

   A.   If you find in favor of Absolute, what amount of damages is Absolute entitled to recover against Brechan?   ANSWER: $_____.

14.  On the complaint filed by Absolute against Safeco Insurance Company of America ("Safeco") for liability on its payment bond to Absolute, we the jury in the above-entitled action find for _____ [Absolute/Safeco].

   A.   If you find in favor of Absolute, what amount of damages is Absolute entitled to recover against Safeco?   ANSWER: $_____.

///
///
///
///
///

# BRECHAN ENTERPRISES, INC.'S CLAIMS AGAINST ABSOLUTE ENVIRONMENTAL SERVICES, INC.

## EXPRESS CONTRACTUAL INDEMNITY

15. On the complaint filed by Brechan against Absolute for express contractual indemnity, we the jury in the above-entitled action find for _____ [Brechan/Absolute].

   A. If you find in favor of Brechan, what amount of damages is Brechan entitled to recover against Absolute?   ANSWER: $_____.

## IMPLIED CONTRACTUAL INDEMNITY

16. On the complaint filed by Brechan against Absolute for implied contractual indemnity, we the jury in the above-entitled action find for _____ [Brechan/Absolute].

   A. If you find in favor of Brechan, what amount of damages is Brechan entitled to recover against Absolute?   ANSWER: $_____.

## ESTOPPEL

17. On the complaint filed by Brechan against Absolute for estoppel, we the jury in the above-entitled action find for _____ [Brechan/Absolute].

   A. If you find in favor of Brechan, what amount of damages is Brechan entitled to recover against Absolute?   ANSWER: $_____.

# BRECHAN ENTERPRISES, INC.'S CLAIMS AGAINST COFFMAN ENGINEERS, INC.

## CONTRACTUAL INDEMNITY

18. On the complaint filed by Brechan against Coffman Engineers, Inc. ("Coffman") for express contractual indemnity, we the jury in the above-entitled action find for _____ [Brechan/Coffman].

///

A.  If you find in favor of Brechan, what amount of damages is Brechan entitled to recover against Coffman?     ANSWER: $_____.

## IMPLIED CONTRACTUAL INDEMNITY

19. On the complaint filed by Brechan against Coffman for implied contractual indemnity, we the jury in the above-entitled action find for _____ [Brechan/Coffman].

A.  If you find in favor of Brechan, what amount of damages is Brechan entitled to recover against Coffman?     ANSWER: $_____.

## EQUITABLE APPORTIONMENT

20. On the complaint filed by Brechan against Coffman for equitable apportionment, we the jury in the above-entitled action find for _____ [Brechan/Absolute].

A.  If you find in favor of Brechan, what percentage of damages are the responsibility of Brechan, and what percentage of damages are the responsibility of Coffman? [Note: The total of both parties cannot exceed 100%].

Brechan: _____%          Coffman: _____%

Please sign, date, and return this verdict without answering any more questions.

DATED: _____          _____
                                                Presiding Juror

## CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on October 6, 2006, a copy of the foregoing was served by ECF on:

Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
Peter C. Partnow, PartnowP@LanePowell.com
James B. Stoetzer, StoetzerJ@LanePowell.com

and by facsimile on:

Paul J. Nangle
Paul J. Nangle & Associates
101 Christensen Dr.
Anchorage, AK 99501
FAX NO.:   (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on October 6, 2006, at Los Angeles, California.

SALLIE RASPA