Peter C. Partnow, ASBA No. 7206029
James E. Niemer, *pro hac vice*
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com
NiemerJ@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>        Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRIESES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>        Defendants. | Case No. 3:03-cv-00199-RRB |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>   Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>   Cross-Defendants/Third-Party Defendants. | ~~Proposed~~<br>**ORDER OF DISMISSAL REGARDING CLAIMS BETWEEN BRECHAN ENTERPRISES, INC. AND COFFMAN ENGINEERS, INC.** |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

| |
|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                                  Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                                  Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                                Counterclaim Plaintiff,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                                Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                                Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC., a Washington corporation,<br><br>                                Third-Party Defendant. |

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

       This Court being duly advised in the premises, having before it the file herein, hereby ORDERS, ADJUDGES AND DECREES as follows:

       That any and all claims asserted by Defendant/Third-Party Plaintiff Brechan Enterprises, Inc. against Counterclaim Plaintiff/Third-Party Defendant Coffman Engineers, Inc. are hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees, and

That any and all claims asserted by Counterclaim Plaintiff/Third-party Defendant Coffman Engineers, Inc. against Defendant/Third-Party Plaintiff Brechan Enterprises, Inc. are hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

ORDERED this 5 day of October, 2006.

/s/ RRB
_____
Ralph R. Beistline
United States District Court Judge

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631