```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

<u>ABSOLUTE ENVIRONMENTAL SERVICES INC.</u>
vs.
<u>FORREST J. MCKLINLEY, et al.</u>

BEFORE THE HONORABLE <u>RALPH R. BEISTINE</u> CASE NO. <u>3:03-CV-00199-RRB</u>

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON

APPEARANCES:    PLAINTIFF:       TERRY MARSTON / JAMI ELISON

                DEFENDANT:       PATRICK DUFFY, deft Imperial
                                 MICHAEL KREGER, deft Brechan
                                 JACOB NIST, deft Brechan
                                 PETER PARTNOW, deft Coffman
                                 JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 5 Held 10/06/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:48 a.m. court convened without the jury panel present.

Court and counsel heard re voir dire on discovery issues and Mr. Olson's testimony, scheduling of witnesses testimony, and trial schedule.

Court and counsel heard re courts ruling on pending motions.

Motion in Limine To Exclude Evidence Regarding Brechan's Contracts And Relationships With The Coast Guard (Docket 321); **GRANTED.**

Motion in Limine Regarding David Olson's Testimony (Docket 322); **GRANTED IN PART/DENIED IN PART.**

Motion in Limine To Exclude Expert Opinion Testimony Regarding Brechan's "Loss Exposure" During Phase I Of The Cargo Wharf Project (Task Order 7)(Docket 323); **DENIED.**

Motion in Limie (Docket 326); **DENIED.**

Supplemental Motion In Limine (Docket 355); **DENIED as MOOT.**

Motion To Amend/Correct [350] Exhibit List (Docket 401); **GRANTED.**

Motion To Amend/Correct [305] Exhibit List (Docket 405); **GRANTED.**

Continued To Page 2

DATE:    October 6, 2006            DEPUTY CLERK'S INITIALS:   CE

```
                     Continuation - Page 2
     Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                              et al.
                     Trial by Jury - Day 5
                        October 6, 2006
```
--------------------------------------------------------------------

Motion For Reconsideration re [397] Order Absolute's Motion for Reconsideration of Punitive Damages Order or, alternatively, Motion for Leave to Present Special Interrogatories to Jury (Docket 406); **DENIED.**

Motion for Leave to File Motion for Leave to Present Accompanying Proposed Voir Dire (Docket 413); **GRANTED.**

Stipulation of Dismissal RE Claims Between Brechan Enterprises and Coffman Engineers Motion (Docket 430); **GRANTED.**

Court and counsel heard re pending Coast Guard Documents, pre-warf documents will not be permitted and post-warf documents will be permitted, unless court rules otherwise.

At 9:00 a.m. the jury panel entered the courtroom.

David E. Olson sworn and testified on behalf of the plaintiff. Plaintiff's exhibits A-278, A-281 **ADMITTED**. Plaintiff's exhibit A-283 **IDENTIFIED.**

At 10:22 a.m. court recessed until 10:40 a.m. with the jury panel present.

David E. Olson resumed the stand and testified further on behalf of the plaintiff. Defendant Brechan's exhibits B-141 **ADMITTED**. Plaintiff's exhibit A-287, A-341, A-342, A-343, A-348, **ADMITTED**. Plaintiff's exhibits A-345, A-346 **IDENTIFIED.** Defendant Imperials exhibit I-278, I-279 **ADMITTED.**

At 12:00 p.m. the jury panel exited the courtroom.

Court and counsel heard re witnesses.

At 12:02 p.m. court recessed until 1:20 p.m. with the jury panel present.

David E. Olson resumed the stand and testified further on behalf of the plaintiff. Defendant Brechan's exhibits B-198 **ADMITTED.** Defendant Imperials exhibits I-88, I-133, I-140, I-141, I-143, I-172, **ADMITTED.** Defendant Imperials exhibit I-149, I-152, I-581 **IDENTIFIED.**

                     Continued To Page 3

DATE:____October 6, 2006_____   DEPUTY CLERK'S INITIALS:___CE____

```
                    Continuation - Page 3
    Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                              et al.
                      Trial by Jury - Day 5
                        October 6, 2006
-----------------------------------------------------------------
```

at 2:57 p.m. court recessed until 3:14 p.m. without the jury panel present.

Court and counsel heard re jury note.

At 3:16 p.m. the jury panel entered the courtroom.

Court addressed the jury panel re jury note.

David E. Olson resumed the stand and testified further on behalf of the plaintiff.  Defendant Imperials exhibit I-7, I-59, I-159, I-249, I-272, I-273, I-274, **ADMITTED**. Defendant Imperials exhibits I-210, I-267, I-270, I-275 **IDENTIFIED.**  Defendant Coffman's exhibit C-287 **ADMITTED**.  Defendant Brechan's exhibit B-45, B-84, B-99, **ADMITTED.**

At 4:26 p.m. the jury panel exited the courtroom to reconvene Tuesday, October 10, 2006 at 9:00 a.m.

Court and counsel heard re objections to exhibits and depositions and trial scheduling.

At 4:38 p.m. court recessed this matter to reconvene **Tuesday, October 10, 2006 at 9:00 a.m.**

DATE:    October 6, 2006          DEPUTY CLERK'S INITIALS:   CE