```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

<u>ABSOLUTE ENVIRONMENTAL SERVICES INC.</u>
vs.
<u>FORREST J. MCKLINLEY, et al.  </u>

BEFORE THE HONORABLE<u> RALPH R. BEISTINE </u> CASE NO.<u> 3:03-CV-00199-RRB</u>

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON

APPEARANCES:     PLAINTIFF:       TERRY MARSTON / JAMI ELISON

                 DEFENDANT:       PATRICK DUFFY, deft Imperial
                                  MICHAEL KREGER, deft Brechan
                                  JACOB NIST, deft Brechan
                                  PETER PARTNOW, deft Coffman
                                  JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 6 Held 10/10/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:24 a.m. court convened without the jury panel present.

Court and counsel heard re trial schedule.

At 9:27 a.m. the jury panel entered the courtroom.

David E. Olson resumed the stand and testified further on behalf of the plaintiff. Defendant Brechan's exhibits B-5, B-47, B-284-287 **ADMITTED.** Defendant Coffman's exhibits C-402, C-403 **IDENTIFIED.** Defendant Coffman's exhibits C-256 **ADMITTED.**

At 10:42 a.m. court recessed until 11:00 a.m. with the jury panel present.

David E. Olson resumed the stand and testified further on behalf of the plaintiff. Plaintiff's exhibit A-406 (Interrogatory #5 only) **ADMITTED.** Defendant Brehan's exhibit B-55 **IDENTIFIED.**

At 11:32 the jury exited the courtroom.

Court and counsel heard re objections to deposition testimony.

At 1:02 p.m. court recessed until 1:28 p.m. without the jury panel present.

Court and counsel heard re objections to deposition testimony.

Continued To Page 2

DATE:<u>   October 10, 2006      </u>  DEPUTY CLERK'S INITIALS:<u>   CE    </u>

```
                    Continuation - Page 2
    Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                             et al.
                     Trial by Jury - Day 6
                       October 10, 2006
    ----------------------------------------------------------------
```

Jami Elison sworn as reader for deposition testimony of Margaret Wilson.

At 1:36 p.m. the jury panel entered the courtroom.

Margaret Wilson deposition testimony read for the jury panel.

At 2:34 p.m. the jury panel exited the courtroom to reconvene Wednesday, October 11, 2006 at 9:00 a.m.

Court and counsel heard re objections to deposition testimony.

At 3:24 p.m. court recessed until 3: p.m. without the jury panel present.

Court and counsel heard re objections to deposition testimony, witnesses and trial scheduling.

At 4:52 p.m. court recessed this matter to reconvene **Wednesday, October 11, 2006 at 9:00 a.m.**

DATE:   October 10, 2006      DEPUTY CLERK'S INITIALS:   CE