```
           MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

<u>ABSOLUTE ENVIRONMENTAL SERVICES INC.</u>
vs.
<u>FORREST J. MCKLINLEY, et al.</u>

BEFORE THE HONORABLE <u>RALPH R. BEISTINE</u> CASE NO. <u>3:03-CV-00199-RRB</u>

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON/APRIL KARPER

APPEARANCES:   PLAINTIFF:     TERRY MARSTON / JAMI ELISON

               DEFENDANT:     PATRICK DUFFY, deft Imperial
                              MICHAEL KREGER, deft Brechan
                              JACOB NIST, deft Brechan
                              PETER PARTNOW, deft Coffman
                              JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 7 Held 10/11/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:49 a.m. court convened without the jury panel present.

Court and counsel heard re objections to deposition testimony.

At 9:18 a.m. the jury panel entered the courtroom.

Jami Elison sworn as reader for deposition testimony of Martin Boivin.

At 10:46 a.m. court recessed until 10:58 a.m. without the jury panel present.

Court and counsel heard re witnesses, trial scheduling and objections to deposition testimony.

At 12:59 p.m. court recessed until 1:22 p.m. without the jury panel present.

Court and counsel heard re deposition testimony.

Melissa Ann Bast sworn as reader for deposition testimony of Anita Repanich.

At 1:26 p.m. the jury panel entered the courtroom .

Court addressed the jury panel re reader of deposition testimony.

Deposition of testimony of Anita Repanich heard.

Continued To Page 2

DATE: <u>   October 11, 2006   </u>   DEPUTY CLERK'S INITIALS: <u>   CE   </u>

```
                    Continuation - Page 2
   Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                             et al.
                    Trial by Jury - Day 7
                       October 11, 2006
--------------------------------------------------------------------
```

At 2:25 p.m. court recessed until 2:43 p.m. without the jury panel present.

At 2:46 p.m. the jury panel entered the courtroom.

Continued reading deposition of testimony of Anita Repanich heard.

At 3:35 p.m. court recessed until 3:44 p.m. with the jury panel present.

Continued reading deposition of testimony of Anita Repanich heard.

At 4:34 p.m. the jury panel exited the courtroom to reconvene Thursday, October 12, 2006 at 9:00 a.m.

Court and counsel heard re witnesses, trial scheduling and objections to deposition testimony.

At 4:41 p.m. court recessed this matter to reconvene **Thursday, October 12, 2006 at 9:00 a.m.**

DATE:     October 11, 2006          DEPUTY CLERK'S INITIALS:   AK/CE