```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

<u>ABSOLUTE ENVIRONMENTAL SERVICES INC.</u>
vs.
<u>FORREST J. MCKLINLEY, et al.</u>

BEFORE THE HONORABLE <u>RALPH R. BEISTINE</u> CASE NO. <u>3:03-CV-00199-RRB</u>

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON/APRIL KARPER

APPEARANCES:   PLAINTIFF:    TERRY MARSTON / JAMI ELISON

               DEFENDANT:    PATRICK DUFFY, deft Imperial
                             MICHAEL KREGER, deft Brechan
                             JACOB NIST, deft Brechan
                             PETER PARTNOW, deft Coffman
                             JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 8 Held 10/12/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:26 a.m. court convened without the jury panel present.

Court and counsel heard re witnesses.

At 9:29 a.m. the jury panel entered the courtroom.

Mark Stephen Schilling sworn and testified on behalf of the defendant Imperial, as an expert witness. Defendant Imperial's exhibits I-461, I-462, I-465, I-598 **ADMITTED**.

At 10:51 a.m. court recessed until 11:05 a.m. with the jury panel present.

Mark Stephen Schilling resumed the stand and testified further on behalf of defendant Imperial, as an expert witness. Defendant Imperial's exhibits I-201, I-204, I-425 **ADMITTED.**

At 12:00 p.m. court recessed until 1:23 p.m. without the jury panel present.

At 1:24 p.m. the jury panel entered the courtroom.

Mark Stephen Schilling resumed the stand and testified further on behalf of defendant Imperial, as an expert witness. Defendant Imperial's exhibits I-418, I-419, I-434, I-435, I-599, I-601, I-602, I-603 **ADMITTED.**

Continued To Page 2

DATE:   October 12, 2006        DEPUTY CLERK'S INITIALS: AK/CE

```
                    Continuation - Page 2
    Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                             et al.
                     Trial by Jury - Day 8
                       October 12, 2006
---------------------------------------------------------------
```

At 2:42 p.m. court recessed until 2:59 p.m. without the jury panel present.

At 3:00 p.m. the jury panel entered the courtroom.

Mark Stephen Schilling resumed the stand and testified further on behalf of defendant Imperial, as an expert witness. Defendant Coffman's exhibit C-37 **IDENTIFIED.** Defendant Imperial's exhibit I-464 **ADMITTED.** Defendant Brechan's exhibit B-89 **ADMITTED.**

At 4:25 p.m. court recessed this matter to reconvene **Friday, October 13, 2006 at 8:45 a.m.**

DATE:     October 12, 2006        DEPUTY CLERK'S INITIALS:  AK/CE