```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

ABSOLUTE ENVIRONMENTAL SERVICES INC.
vs.
FORREST J. MCKLINLEY, et al.

BEFORE THE HONORABLE RALPH R. BEISTINE   CASE NO. 3:03-CV-00199-RRB

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON

APPEARANCES:    PLAINTIFF:      TERRY MARSTON / JAMI ELISON

                DEFENDANT:      PATRICK DUFFY, deft Imperial
                                MICHAEL KREGER, deft Brechan
                                JACOB NIST, deft Brechan
                                PETER PARTNOW, deft Coffman
                                JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 9 Held 10/13/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:47 a.m. court convened with the jury panel present.

Mark Stephen Schilling resumed the stand and testified further on behalf of defendant Imperial, as an expert. Defendant Coffman's exhibit C-48 **ADMITTED.** Defendant Brechan's exhibit B-288 **ADMITTED.**

At 10:07 a.m. court recessed until 10:22 a.m. without the jury panel present.

Court and counsel heard re witnesses.

At 10:24 a.m. the jury panel entered the courtroom.

William Edward Oliver sworn and testified on behalf of the plaintiff. Plaintiff's exhibits A-7, A-147, A-214 **ADMITTED.**

At 11:53 a.m. the jury panel exited the courtroom.

Court and counsel heard re witness and exhibits.

At 11:55 a.m. court recessed until 1:17 p.m. without the jury panel present.

Court and counsel heard re witnesses, testimony and evidence.

At 1:21 p.m. court recessed until 1:36 p.m. without the jury panel present.

Continued To Page 2

DATE:    October 13, 2006          DEPUTY CLERK'S INITIALS:   CE

```
                     Continuation - Page 2
     Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                              et al.
                       Trial by Jury - Day 9
                         October 13, 2006
------------------------------------------------------------------
```

Court and counsel heard re witnesses, testimony and exhibits.

At 1:38 p.m. the jury panel entered the courtroom.

William Edward Oliver resumed the stand and testified further on behalf of the plaintiff.  Plaintiff's exhibit A-53, A-109, A-112, **ADMITTED.**

At 3:01 p.m. court recessed until 3:16 p.m. without the jury panel present.

Court and Counsel heard re witnesses, depositions and trial scheduling.

At 3:23 p.m. the jury panel entered the courtroom.

William Edward Oliver resumed the stand and testified further on behalf of the plaintiff.  Plaintiff's exhibit A-132, A-133, A-152 **ADMITTED.**

At 4:33 p.m. the jury panel exited the courtroom to reconvene Monday, October 16, 2006 at 9:00 a.m.

Court and counsel heard re trial scheduling and witnesses.

At 4:37 p.m. court recessed this matter to reconvene **Monday, October 16, 2006 at 9:00 a.m.**

DATE:___October 13, 2006_____     DEPUTY CLERK'S INITIALS:___CE___