MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL SERVICES INC.
vs.
FORREST J. MCKLINLEY, et al.

BEFORE THE HONORABLE RALPH R. BEISTINE CASE NO. 3:03-CV-00199-RRB

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON

APPEARANCES:    PLAINTIFF:        TERRY MARSTON / JAMI ELISON

                DEFENDANT:        PATRICK DUFFY, deft Imperial
                                  MICHAEL KREGER, deft Brechan
                                  JACOB NIST, deft Brechan
                                  PETER PARTNOW, deft Coffman
                                  JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 10 Held 10/16/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:48 a.m. court convened with the jury panel present.

William Edward Oliver resumed the stand and testified further on
behalf of the plaintiff.  Plaintiff's exhibit A-6, A-18, A-135,
A-143, A-167, A-436 **ADMITTED.**

At 10:16 a.m. court recessed until 10:36 a.m. with the jury panel
present.

William Edward Oliver resumed the stand and testified further on
behalf of the plaintiff.  Plaintiff's exhibit A-436 (Pages 210 &
211)(Pages 286 & 287) **ADMITTED.**  Defendant Brechan's exhibit
B-207 **ADMITTED.**  Defendant Imperial's I-600 **ADMITTED.**

At 11:49 a.m. court recessed until 1:32 p.m. without the jury
panel present.

Court and counsel heard re exhibits.

At 1:35 p.m. the jury panel entered the courtroom.

Matthew Claire Holmstrom sworn and testified on behalf of the
plaintiff.  Plaintiff's exhibit A-51, A-254 **ADMITTED.**
Plaintiff's exhibit A-430 **IDENTIFIED.**

At 2:56 p.m. court recessed until 3:14 p.m. without the jury
panel present.

Continued To Page 2

DATE:      October 16, 2006        DEPUTY CLERK'S INITIALS:    CE

```
                    Continuation - Page 2
  Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                         et al.
                  Trial by Jury - Day 10
                    October 16, 2006
-----------------------------------------------------------------
```

Court and counsel heard re witnesses and exhibits.

At 3:20 p.m. the jury panel entered the courtroom.

Matthew Claire Holmstrom resumed the stand and testified further on behalf of the plaintiff.  Plaintiff's exhibits A-61, A-90, A-171, A-430 **ADMITTED.**  Plaintiff's exhibit A-20 **IDENTIFIED.**

At 4:31 p.m. the jury panel exited the courtroom to reconvene Tuesday, October 17, 2006 at 9:00 a.m.

Court and counsel heard re trial scheduling and witnesses.

At 4:40 p.m. court recessed this matter to reconvene **Tuesday, October 17, 2006 at 9:00 a.m.**

DATE:___October 16, 2006_____ DEPUTY CLERK'S INITIALS:___CE___