```
           MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

<u>ABSOLUTE ENVIRONMENTAL SERVICES INC.</u>
vs.
<u>FORREST J. MCKLINLEY, et al.</u>

BEFORE THE HONORABLE <u>RALPH R. BEISTINE</u> CASE NO. <u>3:03-CV-00199-RRB</u>

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON

APPEARANCES:    PLAINTIFF:     TERRY MARSTON / JAMI ELISON

                DEFENDANT:     PATRICK DUFFY, deft Imperial
                               MICHAEL KREGER, deft Brechan
                               JACOB NIST, deft Brechan
                               PETER PARTNOW, deft Coffman
                               JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 11 Held 10/17/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:00 a.m. court convened without the jury panel present.

Court and counsel heard re witness testimony.

At 9:04 a.m. the jury panel entered the courtroom.

Matthew Claire Holmstrom resumed the stand and testified further on behalf of the plaintiff.

At 9:37 a.m. the jury panel exited the courtroom.

Court and counsel heard re witnesses and testimony.

At 9:43 a.m. the jury panel entered the courtroom.

Matthew Claire Holmstrom resumed the stand and testified further on behalf of the plaintiff.  Plaintiff's exhibits A-12, A-13, A-14 (Pages 1 & 2) **ADMITTED.**  Plaintiff's exhibit A-14 **IDENTIFIED.**

At 10:25 a.m. the jury panel exited the courtroom.

Court and counsel heard re trial schedule.

At 10:27 a.m. court recessed until 10:44 a.m. without the jury panel present.

Court and counsel heard re trial issues.

                        Continued To Page 2

DATE:   <u>October 17, 2006</u>      DEPUTY CLERK'S INITIALS: <u>CE</u>

```
                      Continuation - Page 2
      Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                               et al.
                        Trial by Jury - Day 11
                          October 17, 2006
---------------------------------------------------------------------
```

at 10:52 a.m. the jury panel entered the courtroom.

Matthew Claire Holmstrom resumed the stand and testified further on behalf of the plaintiff.  Plaintiff's exhibits A-64, A-119, A-122, A-123, A-193 **ADMITTED**. Plaintiff's exhibits A-63, A-125 **IDENTIFIED.**

At 12:01 p.m. court recessed until 1:18 p.m. with the jury panel present.

Matthew Claire Holmstrom resumed the stand and testified further on behalf of the plaintiff.  Plaintiff's exhibits A-49, A-65, A-66, A-67, A-104, A-110, A-436 (Pages 160, 161, 245, 253, 254, 302, 620) **ADMITTED**.  Plaintiff's exhibit A-103 **IDENTIFIED.**

At 2:55 p.m. court recessed until 3:11 p.m. with the jury panel present.

Matthew Claire Holmstrom resumed the stand and testified further on behalf of the plaintiff.  Plaintiff's Exhibits A-121, A-250, A-436 (Pages 354, 355, 407, 415, 416, 417, 524, 530) **ADMITTED.** Defendant Imperial's exhibit I-6, I-23, I-32, I-42, I-85 **ADMITTED**.  Defendant Imperial's exhibit I-29 **IDENTIFIED**.

At 4:43 p.m. the jury panel exited the courtroom to reconvene Wednesday, October 18, 2006 at 9:00 a.m.

Court and counsel heard re trial scheduling and witnesses.

At 4:44 p.m. court recessed this matter to reconvene **Wednesday, October 18, 2006 at 9:00 a.m.**

DATE:___October 17, 2006_____ DEPUTY CLERK'S INITIALS:___CE__