```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

<u>ABSOLUTE ENVIRONMENTAL SERVICES INC.</u>
vs.
<u>FORREST J. MCKLINLEY, et al.</u>

BEFORE THE HONORABLE <u>RALPH R. BEISTINE</u> CASE NO. <u>3:03-CV-00199-RRB</u>

DEPUTY CLERK/RECORDER: APRIL KARPER / CAROLINE EDMISTON

APPEARANCES:    PLAINTIFF:      TERRY MARSTON / JAMI ELISON

                DEFENDANT:      PATRICK DUFFY, deft Imperial
                                MICHAEL KREGER, deft Brechan
                                JACOB NIST, deft Brechan
                                PETER PARTNOW, deft Coffman
                                JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 12 Held 10/18/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:13 a.m. court convened without the jury panel present.

Court and counsel heard re witnesses.

At 9:15 a.m. the jury panel entered the courtroom.

Charles Daniel Stears sworn and testified on behalf of the plaintiff. Plaintiff's exhibit A-27 **ADMITTED.**

At 10:34 a.m. court recessed until 10:51 a.m. without the jury panel present.

At 10:52 a.m. the jury panel entered the courtroom.

Charles Daniel Stears resumed the stand and testified further on behalf of the plaintiff. Plaintiff's exhibit A-11, A-28, A-36, A-41, A-230 **ADMITTED.** Plaintiff's exhibits A-32, A-40, A-42 **IDENTIFIED.**

At 12:07 p.m. court recessed until 1:18 p.m. without the jury panel present.

At 1:20 p.m. the jury panel entered the courtroom.

Charles Daniel Stears resumed the stand and testified further on behalf of the plaintiff. Plaintiff's exhibits A-87, A-137, and A-436 pages 47-50, 171-173, 236-237, and 290-294 **ADMITTED.**

Continued To Page 2

DATE:    October 18, 2006        DEPUTY CLERK'S INITIALS: AK/CE

```
                    Continuation - Page 2
    Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                              et al.
                      Trial by Jury - Day 12
                        October 18, 2006
------------------------------------------------------------------
```

At 2:46 p.m. court recessed until 3:03 p.m. without the jury panel present.

At 3:04 p.m. the jury panel entered the courtroom.

Charles Daniel Stears resumed the stand and testified further on behalf of the plaintiff. Plaintiff's exhibits A-164, and A-436 pages 337-339 **ADMITTED.** Defendant Brechan's exhibits B-3 and B-27 **ADMITTED.** Defendant Brechan's exhibit B-32 **IDENTIFIED.**

At 4:46 p.m. court recessed this matter to reconvene **Thursday, October 19, 2006 at 9:00 a.m.**

DATE:     October 18, 2006        DEPUTY CLERK'S INITIALS:  AK/CE