```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

<u>ABSOLUTE ENVIRONMENTAL SERVICES INC.</u>
vs.
<u>FORREST J. MCKLINLEY, et al.</u>

BEFORE THE HONORABLE <u>RALPH R. BEISTINE</u> CASE NO. <u>3:03-CV-00199-RRB</u>

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON

APPEARANCES:   PLAINTIFF:    TERRY MARSTON / JAMI ELISON

               DEFENDANT:    PATRICK DUFFY, deft Imperial
                             MICHAEL KREGER, deft Brechan
                             JACOB NIST, deft Brechan
                             PETER PARTNOW, deft Coffman
                             JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 13 Held 10/19/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:16 a.m. court convened with the jury panel present.

Jerry Reed Hardenbergh sworn and testified on behalf of the plaintiff. Plaintiff's exhibits A-195 **ADMITTED**.

At 10:30 a.m. court recessed until 10:48 a.m. with the jury panel present.

Jerry Reed Hardenbergh resumed the stand and testified further on behalf of the plaintiff. Plaintiff's exhibits A-57, A-76, A-80, A-86, A-96 **ADMITTED.**

At 12:02 p.m. court recessed until 1:16 p.m. without the jury panel present.

Court and counsel heard re trial scheduling.

At 1:22 p.m. the jury panel entered the courtroom.

Jerry Reed Hardenbergh resumed the stand and testified further on behalf of the plaintiff. Plaintiff's exhibits A-155, A-182, A-197, A-198, A-205, A-253, A-255, A-256, A-257, A-273 **ADMITTED.**
Defendant Coffman's exhibit C-29 (Page 85 & 86) **ADMITTED.**

At 2:43 p.m. court recessed until 3:04 p.m. without the jury panel present.

Court and counsel heard re exhibits.

Continued To Page 2

DATE:   October 19, 2006         DEPUTY CLERK'S INITIALS:   CE

```
                    Continuation - Page 2
     Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                              et al.
                      Trial by Jury - Day 13
                        October 19, 2006
------------------------------------------------------------------
```

At 3:07 p.m. the jury panel entered the courtroom.

Jerry Reed Hardenbergh resumed the stand and testified further on behalf of the plaintiff.  Plaintiff's Exhibits A-442 (Photos 9-64 ; Photos 1-8 previously admitted on 10/5/06) **ADMITTED.**

At 4:40 p.m. the jury panel exited the courtroom to reconvene Friday, October 20, 2006 at 8:45 a.m.

Court and counsel heard re trial scheduling, witnesses, exhibits, pending motions, and damages.

At 5:06 p.m. court recessed this matter to reconvene **Friday, October 20, 2006 at 8:45 a.m.**

DATE:   October 19, 2006      DEPUTY CLERK'S INITIALS:   CE