1  ERIC J. BROWN, ESQ.
   JERMAIN DUNNAGAN & OWENS, P.C.
2  3000 A. Street, Suite 300
   Anchorage, Alaska 99503-4097
3  Telephone: (907) 563-8844
   Facsimile: (907) 563-7322 (ebrown@jdolaw.com)
4
   PATRICK J. DUFFY, III, ESQ.
5  WILLIAM R. BAERG, ESQ.
   MONTELEONE & McCRORY, LLP
6  725 S. Figueroa Street, Suite 3200
   Los Angeles, California 90017-5446
7  Telephone: (213) 612-9900
   Facsimile: (213) 612-9930 (baerg@mmlawyers.com)
8
   Attorneys for Defendant Forrest J. McKinley and
9  Defendant and Counter-Claimant EMERCO, INC.,
   dba Imperial Industrial Coatings

10

11                     IN THE UNITED STATES DISTRICT COURT

12                          FOR THE DISTRICT OF ALASKA

13

14 | ABSOLUTE ENVIRONMENTAL SERVICES,     )   CASE NO. A-03-0199
   | INC., an Alaskan Corporation,         )   Civil (RRB)
15 |                                       )
   | *Plaintiff*,                          )   **SUPPLEMENTAL DESIGNATION**
16 |                                       )   **OF DEPOSITION TESTIMONY BY**
   | v.                                    )   **DEFENDANT FORREST J.**
17 |                                       )   **McKINLEY AND DEFENDANT**
   | FORREST J. McKINLEY and "JANE DOE"    )   **AND COUNTER-CLAIMANT**
18 | McKINLEY, and the marital community property )   **EMERCO, INC., DBA IMPERIAL**
   | composed thereof d/b/a/ "Imperial Industrial )   **INDUSTRIAL COATINGS**
19 | Coatings" and EMERCO, INC., a California )
   | Corporation d/b/a/ Imperial Industrial Coatings, )
20 |                                       )
   | *Defendants.*                         )
21 |_____)
   | EMERCO, INC., a California Corporation d/b/a )
22 | Imperial Industrial Coatings, and the United States )
   | for the Use and Benefit of EMERCO, Inc., )
23 |                                       )
   | *Counter-Claimant/Third Party Claimant,* )
24 |                                       )
   | v.                                    )
25 |                                       )
   | ABSOLUTE ENVIRONMENTAL SERVICES, )
26 | INC., an Alaskan Corporation, et al.,  )
   |                                       )
27 | *Cross-Defendants/Third Party Defendants.* )
   |_____)
28

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA for the use ) |
|   | and benefit of ABSOLUTE ENVIRONMENTAL ) |
| 2 | SERVICES, INC., and Alaska corporation, ) |
|   | ) |
| 3 | *Plaintiff,* ) |
|   | ) |
| 4 | v. ) |
|   | ) |
| 5 | SAFECO INSURANCE COMPANY OF ) |
|   | AMERICA, a Washington corporation, ) |
| 6 | ) |
|   | Defendant. ) |
| 7 | ) |
|   | BRECHAN ENTERPRISES, INC., an Alaska ) |
| 8 | corporation, ) |
|   | ) |
| 9 | Counterclaim Plaintiff, ) |
|   | ) |
| 10 | v. ) |
|   | ) |
| 11 | ABSOLUTE ENVIRONMENTAL SERVICES, ) |
|   | INC., an Alaska corporation, ) |
| 12 | ) |
|   | Counterclaim Defendant. ) |
| 13 | |

Defendant Forrest J. McKinley and Defendant and Counter-claimant Emerco, Inc., dba Imperial Industrial Coatings, submit the following supplemental designation of deposition testimony that they intend to offer into evidence at the trial of this action:

**Deposition of Jason Tenderella** (Page:Line)

55:1-13

DATED: October 20, 2006         MONTELEONE & McCRORY LLP

Attorneys for Emerco, Inc., dba Imperial Industrial Coatings and Forrest J. McKinley

By _____
PATRICK J. DUFFY III, ESQ.
CSBN 45042
WILLIAM R. BAERG, ESQ.
CSBN 167399
WSBN 23052

## CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on October 20, 2006, a copy of the foregoing was served by ECF on:

Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
Peter C. Partnow, PartnowP@LanePowell.com
James B. Stoetzer, StoetzerJ@LanePowell.com

and by facsimile on:

Paul J. Nangle
Paul J. Nangle & Associates
101 Christensen Dr.
Anchorage, AK 99501
FAX NO.:    (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on October 20, 2006, at Los Angeles, California.

_____
SALLIE RASPA