Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc. and
Safeco Insurance Company of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, |  |
| Plaintiff, |  |
| v. |  |
| FORREST J. MCKINLEY, et al., | Case No. 3:03-cv-0199-RRB |
| Defendants. |  |

## SPECIAL VERDICT FORM

Brechan Enterprises and Safeco Insurance Company submit the attached proposed Special Verdict Form.

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

DATED at Anchorage, Alaska on October 20, 2006.

**PERKINS COIE** LLP
Attorneys for Defendant
Brechan Enterprises, Inc.

By   /s/ Michael E. Kreger
       Michael E. Kreger
       Alaska Bar No. 8311170
       James N. Leik
       Alaska Bar No. 8111109
       Perkins Coie LLP
       1029 W. Third Avenue, Suite 300
       Anchorage, Alaska  99501
       (907) 279-8561
       (907) 276-3108 (Facsimile)
       Email:  mkreger@perkinscoie.com

I hereby certify that on October 20, 2006, the
foregoing was served electronically on Robert J.
Dickson, Peter C. Partnow, William R. Baerg, Terry
R. Marston II, James B. Stoetzer, and Eric J. Brown.

   /s/ Michael E. Kreger
       Michael E. Kreger

**ABSOLUTE v. MCKINLEY, et al.**
**Case No. 3:03-cv-0199-RRB**                    - 2 -                    [/AA062920.007]

## SPECIAL VERDICT

We, the jury in the above-entitled case, find the following special verdict:

**(1)**    Did Imperial fail to perform its obligations under the contract between Imperial and Absolute?

Answer "yes" or "no."  Answer: _____

If the answer to Question 1 is "no," do not answer Question 2.  Answer Question 3.

If the answer to Question 1 is "yes," answer Question 2.

**(2)**    Was Imperial's failure to perform its obligations under its contract with Absolute a legal cause of financial loss to Absolute?

Answer "yes" or "no."  Answer: _____

Now answer Question 3.

(3)    Did Absolute fail to perform its obligations under the contract between Imperial and Absolute?

Answer "yes" or "no."  Answer:  _____

If the answer to Question 3 is "no," do not answer Question 4.  Answer Question 5.

If the answer to Question 3 is "yes," answer Question 4.

(4)    Was Absolute's failure to perform its obligations under its contract with Imperial a legal cause of financial loss to Imperial?

Answer "yes" or "no."  Answer:  _____

Now answer Question 5.

(5)    Did Absolute wrongfully take possession of property owned by Imperial?

Answer "yes" or "no."  Answer:  _____

If the answer to Question 5 is "no," do not answer Question 6.  Answer Question 7.

If the answer to Question 5 is "yes," answer Question 6.

(6)    Was Absolute's wrongful possession of Imperial's property a legal cause of financial loss to Imperial?

Answer "yes" or "no."  Answer:  _____

Now answer Question 7.

(7)    Was Coffman negligent in performing engineering services?

Answer "yes" or "no."  Answer: _____

If the answer to Question 7 is "no," do not answer Question 8.  Answer Question 9.

If the answer to Question 7 is "yes," answer Question 8.


(8)    Was Coffman's negligence a legal cause of financial loss to Absolute?

Answer "yes" or "no."  Answer: _____

Now answer Question 9.


(9)    Did Coffman fail to disclose information to Absolute that Coffman had a duty to disclose?

Answer "yes" or "no."  Answer: _____

If the answer to Question 9 is "no," do not answer Question 10.  Answer Question 11.

If the answer to Question 9 is "yes," answer Question 10.


(10)    Was Coffman's failure to disclose information to Absolute a legal cause of financial loss to Absolute?

Answer "yes" or "no."  Answer: _____

Now answer Question 11.

**(11)** Did Brechan fail to perform its obligations under the contract between Brechan and Absolute?

Answer "yes" or "no."  Answer: _____

If the answer to Question 11 is "no," do not answer Question 12.  Answer Question 13.

**(12)** Was Brechan's failure to perform its obligations under its contract with Absolute a legal cause of financial loss to Absolute?

Answer "yes" or "no."  Answer: _____

Now answer Question 13.

**(13)** Did Brechan fail to disclose information to Absolute that Brechan had a duty to disclose?

Answer "yes" or "no."  Answer: _____

If the answer to Question 13 is "no," do not answer Question 14.  Answer Question 15.

**(14)** Was Brechan's failure to disclose information to Absolute a legal cause of financial loss to Absolute?

Answer "yes" or "no."  Answer: _____

## DAMAGES

Questions 15, 16, 17, 18, 19 and 20 address damages.  Depending on your answers to Questions 1 through 14, you may not need to answer some, or all, of the following questions.  Read the instructions before each question to determine whether you need to answer that question.

Questions 15, 16 and 17 address the damages, if any, to Absolute that were legally caused by the conduct of defendants Imperial, Brechan or Coffman. Any amount that you award to Absolute from any defendant must be for damages that were legally caused by that defendant's conduct, and not damages that were legally caused by another defendant's conduct.  Any damage amount that you enter on any one of these lines (15, 16, or 17) should not duplicate the damage amount that you enter on another one of these lines (15, 16, or 17).

(15)  Answer this question ONLY if you answered "yes" to Question 1 and "yes" to Question 2.

What is the amount of the financial loss, if any, to Absolute that was legally caused by Imperial's failure to perform its obligations under the contract between Absolute and Imperial?

Answer:  $_____

**(16)** Answer this question <u>ONLY</u> if you answered "yes" to both Questions 7 and 8 OR "yes" to both Questions 9 and 10.

What is the amount of the financial loss, if any, to Absolute that was legally caused by Coffman's negligence [Question 8], OR by Coffman's failure to disclose information to Absolute [Question 10], or both?

Answer: $_____

**(17)** Answer this question <u>only</u> if you answered "yes" to both Questions 11 and 12 OR "yes" to both Questions 13 and 14.

What is the amount of the financial loss, if any, to Absolute that was legally caused by Brechan's failure to perform its obligations under the contract between Brechan and Absolute [Question 12], OR by Brechan's failure to disclose information to Absolute [Question 14], or both?

Answer: $_____

**(18)** If you did not answer Question 17, or if your answer to Question 17 was "zero", do not answer Question 18. Otherwise, answer Question 18.

What was the last date when Absolute performed original contract work on the Cargo Wharf project? Original contract work does not include any work that Absolute did to repair work that had been previously completed.

Date:_____

Questions 19 and 20 address the damages, if any, to Imperial that were legally caused by Absolute's conduct.

**(19)** Answer this question only if you answered "yes" to Question 3 and "yes" to Question 4.

What is the amount of the financial loss, if any, to Imperial that was legally caused by Absolute's breach of its contract with Imperial?

Answer:  $_____

**(20)** Answer this question only if you answered "yes" to Question 5 and "yes" to Question 6.

What is the amount of the financial loss to Imperial, if any, that was legally caused by Absolute taking Imperial's property?

Answer:  $_____

DATED:_____, 2006

SIGNED:_____
                JURY FOREPERSON