```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

<u>ABSOLUTE ENVIRONMENTAL SERVICES INC.</u>
vs.
<u>FORREST J. MCKLINLEY, et al.</u>

BEFORE THE HONORABLE <u>RALPH R. BEISTINE</u> CASE NO. <u>3:03-CV-00199-RRB</u>

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON

APPEARANCES:    PLAINTIFF:     TERRY MARSTON / JAMI ELISON

                DEFENDANT:     PATRICK DUFFY, deft Imperial
                               MICHAEL KREGER, deft Brechan
                               JACOB NIST, deft Brechan
                               PETER PARTNOW, deft Coffman
                               JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 14 Held 10/20/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:07 a.m. court convened with the jury panel present.

Jerry Reed Hardenbergh resumed the stand and testified further on behalf of the plaintiff. Defendant Imperial's exhibit I-11, I-12, I-17 **IDENTIFIED.** Plaintiff's exhibits A-259 **ADMITTED.** Defendant Imperial's exhibits I-63, I-154, I-158 **ADMITTED.**

At 10:22 a.m. the court recessed until 10:40 a.m. with the jury panel present.

Jerry Reed Hardenbergh resumed the stand and testified further on behalf of the plaintiff. Defendant Imperial's exhibits I-422, I-191 **ADMITTED.** Defendant Brechan's exhibit B-289 **ADMITTED.** Plaintiff's exhibit A-3 **ADMITTED.**

At 12:00 p.m. court recessed until 1:17 p.m. with the jury panel present.

Jerry Reed Hardenbergh resumed the stand and testified further on behalf of the plaintiff. Defendant Coffman's exhibit C-28 **ADMITTED.** Defendant Brechan's exhibit B-13 **ADMITTED.** Plaintiff's exhibit A-186, A-258 **ADMITTED.**

At 2:49 p.m. court recessed until 3:05 p.m. with the jury panel present.

Continued To Page 2

DATE:   October 20, 2006        DEPUTY CLERK'S INITIALS:   CE

```
                    Continuation - Page 2
   Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                             et al.
                    Trial by Jury - Day 14
                       October 20, 2006
------------------------------------------------------------------
```

Jeremy Hailey sworn and testified on behalf of the plaintiff, as an expert witness.  Plaintiff's exhibit A-5 **ADMITTED.**

At 4:38 p.m. the jury panel exited the courtroom to reconvene Monday, October 23, 2006 at 8:45 a.m.

Court and counsel heard re trial scheduling, witnesses, exhibits, pending motions, depositions, jury instructions, pretrial order and objections, revised witness lists and damages.

Court and counsel heard re Defendant's Motion for Summary Judgment (Docket 218) **DENIED.**

At 4:51 p.m. court recessed this matter to reconvene **Monday, October 23, 2006 at 8:45 a.m.**

DATE:   October 20, 2006      DEPUTY CLERK'S INITIALS:   CE