```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                      DISTRICT OF ALASKA
```

ABSOLUTE ENVIRONMENTAL SERVICES INC.
vs.
FORREST J. MCKLINLEY, et al.

BEFORE THE HONORABLE RALPH R. BEISTINE   CASE NO. 3:03-CV-00199-RRB

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON

APPEARANCES:   PLAINTIFF:      TERRY MARSTON / JAMI ELISON

               DEFENDANT:      PATRICK DUFFY, deft Imperial
                               MICHAEL KREGER, deft Brechan
                               JACOB NIST, deft Brechan
                               PETER PARTNOW, deft Coffman
                               JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 15 Held 10/23/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:51 a.m. court convened without the jury panel present.

Court and counsel heard re joint and several damages, verdict forms.

At 9:01 a.m. the jury panel entered the courtroom.

Dawni Jo Haines sworn and testified on behalf of the plaintiff. Plaintiff's Exhibits A-368 (Pages 35-55,57,59-63,65-66,68,74, 76-78) **ADMITTED.** Plaintiff's exhibit A-368 (Page 72) **IDENTIFIED.** Defendant Brechan's exhibit B-210 **IDENTIFIED**.

At 9:45 a.m. the jury panel exited the courtroom.

Court and counsel heard re witness testimony.

At 9:51 a.m. court recessed until 10:08 a.m. without the jury panel present.

Court and counsel heard re witness testimony, exhibits and damage issues.

At 10:33 a.m. court recessed until 10:52 a.m. without the jury panel present.

Court and counsel heard re testimony.

At 10:57 a.m the jury panel entered the courtroom.

                      Continued To Page 2

DATE:    October 23, 2006        DEPUTY CLERK'S INITIALS:   CE

```
                    Continuation - Page 2
   Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                              et al.
                      Trial by Jury - Day 15
                         October 23, 2006
-----------------------------------------------------------------
```

Michael K. Lembke sworn and testified on behalf of the plaintiff, as an expert.  Plaintiff's exhibit A-449, A-450 **IDENTIFIED**.

At 12:01 p.m. court recessed until 1:14 p.m. without the jury panel present.

Court and counsel heard re exhibits.

At 1:37 p.m. the jury panel entered the courtroom.

Michael K. Lembke resumed the stand and testified further on behalf of the plaintiff as an expert.  Plaintiff's Exhibits A-451, A-452, A-453, A-454, A-455, A-457 **IDENTIFIED**.

At 3:05 p.m. court recessed until 3:21 p.m. with the jury panel present.

Michael K. Lembke resumed the stand and testified further on behalf of the plaintiff as an expert.  Defendant Brechan's exhibit B-240 **IDENTIFIED**.

At 4:22 p.m. the jury panel exited the courtroom to reconvene Tuesday, October 24, 2006 at 8:55 a.m.

Court and counsel heard witness testimony, impeachment and trial scheduling.

At 4:39 p.m. court recessed this matter to reconvene **Tuesday, October 24, 2006 at 8:55 a.m.**

DATE:___October 23, 2006_____  DEPUTY CLERK'S INITIALS:___CE___