Peter C. Partnow, ASBA No. 7206029
James E. Niemer, *pro hac vice*
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com
NiemerJ@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRIESES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>　　　　　　　　　Defendants. | Case No. 3:03-cv-00199-RRB<br><br>**<u>NOTICE OF FILING AMENDED<br>SPECIAL VERDICT FORM</u>** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br>　　Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>　　Cross-Defendants/Third-Party Defendants. | |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,

                              Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

                              Defendant.

BRECHAN ENTERPRISES, INC., an Alaska corporation,

                              Counterclaim Plaintiff,

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,

                              Counterclaim Defendant.

BRECHAN ENTERPRISES, INC., an Alaska corporation,

                              Third-Party Plaintiff,

v.

COFFMAN ENGINEERS, INC., a Washington corporation,

                              Third-Party Defendant.

COMES NOW Coffman Engineers, Inc., by and through counsel of record, and provides notice of submitting its Amended Special Verdict Form, attached hereto.

DATED this 23rd day of October, 2006.

                              LANE POWELL LLC
                              Attorneys for Coffman Engineers, Inc.

I certify that on October 23, 2006, a copy of the foregoing was served by ECF on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com
James E. Niemer, niemerj@lanepowell.com
and by mail on: Paul J. Nangle

s/Peter C. Partnow

By s/ Peter C. Partnow
   Peter C. Partnow, ASBA No. 7206029
   301 W. Northern Lights Blvd., Suite 301
   Anchorage, Alaska 99503-2648
   Tel: 907-277-9511
   Fax: 907-276-2631
   Email: PartnowP@LanePowell.com

**Notice of Filing Amended Special Verdict Form**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**      **Page 2 of 2**