MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL SERVICES INC.
vs.
FORREST J. MCKLINLEY, et al.

BEFORE THE HONORABLE RALPH R. BEISTINE  CASE NO. 3:03-CV-00199-RRB

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON

APPEARANCES:    PLAINTIFF:      TERRY MARSTON / JAMI ELISON

                DEFENDANT:      PATRICK DUFFY, deft Imperial
                                MICHAEL KREGER, deft Brechan
                                JACOB NIST, deft Brechan
                                PETER PARTNOW, deft Coffman
                                JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 16 Held 10/24/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:13 a.m. court convened with the jury panel present.

Jeremy Hailey resumed the stand and testified further ,
telephonically, on behalf of the plaintiff as an expert.

At 9:44 a.m. court recessed until 10:10 a.m. with the jury panel
present.

Michael K. Lembke resumed the stand and testified further on
behalf of the plaintiff as an expert.  Defendant Brechan's
exhibit B-240 **IDENTIFIED**.  Defendant Brechan's exhibit B-290
**ADMITTED**.  Defendant Coffman's exhibit C-454,  C-455 **IDENTIFIED.**

At 11:16 a.m. the court recessed until 11:23 a.m. with the jury
panel present.

Michael K. Lembke resumed the stand and testified further on
behalf of the plaintiff as an expert.  Defendant Coffman's
exhibit C-310 **ADMITTED**.

At 12:05 p.m. court recessed until 1:19 p.m. with the jury panel
present.

Michael K. Lembke resumed the stand and testified further on
behalf of the plaintiff as an expert.  Defendant Brechan's
exhibit B-75 **IDENTIFIED**.

Continued To Page 2

DATE:     October 24, 2006      DEPUTY CLERK'S INITIALS:   CE

Continuation - Page 2
Absolute Environmental Services Inc.  vs.  Forrest J. McKinley, et al.
Trial by Jury - Day 16
October 24, 2006
----------------------------------------------------------------

At 2:25 p.m. court recessed until 2:42 p.m. without the jury panel present.

Court and counsel heard re exhibits and witness testimony.

At 2:49 p.m. the jury panel entered the courtroom.

Michael K. Lembke resumed the stand and testified further on behalf of the plaintiff as an expert.  Plaintiff's exhibit A-458 (Illustration only) **IDENTIFIED**.  Defendant Imperial's exhibit I-210 **IDENTIFIED**.  Defendant Brechan's exhibit B-240 **IDENTIFIED**.

Plaintiff Rests.

At 3:34 p.m. the jury panel exited the courtroom to reconvene Wednesday, October 25, 2006 at 8:45 a.m.

Court and counsel heard re defendant Coffman's oral motion for directed verdict.

Arguments heard.

Court heard; defendant Coffman's oral motion for directed verdict **DENIED WITHOUT PREJUDICE.**

Court and counsel heard re defendant Brechan's oral motion for directed verdict.

Arguments heard.

Court heard; defendant Brechan's oral motion for directed verdict **DENIED WITHOUT PREJUDICE.**

Court and counsel heard witness testimony and trial scheduling.

At 4:30 p.m. court recessed this matter to reconvene **Wednesday, October 25, 2006 at 8:45 a.m.**

DATE:___October 24, 2006_____  DEPUTY CLERK'S INITIALS:___CE___