```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

<u>ABSOLUTE ENVIRONMENTAL SERVICES INC.</u>
vs.
<u>FORREST J. MCKLINLEY, et al.</u>

BEFORE THE HONORABLE <u>RALPH R. BEISTINE</u> CASE NO. <u>3:03-CV-00199-RRB</u>

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON

APPEARANCES:   PLAINTIFF:    TERRY MARSTON / JAMI ELISON

               DEFENDANT:    PATRICK DUFFY, deft Imperial
                             MICHAEL KREGER, deft Brechan
                             JACOB NIST, deft Brechan
                             PETER PARTNOW, deft Coffman
                             JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 17 Held 10/25/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:48 a.m. court convened without the jury panel present.

Court and counsel heard re trial schedule.

At 8:50 a.m. the jury panel entered the courtroom.

Joshua Belville sworn and testified on behalf of defendant Imperial.  Defendant Imperial's exhibits I-293, I-294, I-295, I-298, I-299, I-302, I-304, I-306, I-308, I-311, I-312, I-318, I-319, I-320, I-321, I-336, I-342, I-343, I-344, I-361, I-371, I-372, I-374, I-377, I-383, I-390, I-391, I-394, I-395, I-396, I-397, **ADMITTED.**
Defendant Imperial's exhibits I-130, I-131 **IDENTIFIED.**

At 10:16 a.m. the jury panel exited the courtroom.

Court and counsel heard re witness testimony.

At 10:19 a.m. court recessed until 10:37 a.m. with the jury panel present.

Joshua Belville resumed the stand and testified further on behalf of defendant Imperial.  Defendant Imperial's exhibits I-400, I-403, I-410,   I-411, I-412, I-413, I-414 **ADMITTED.**
Defendant Brechan's exhibit B-225 **ADMITTED.**

At 11:58 a.m. court recessed until 1:21 p.m. with the jury panel present.

Continued To Page 2

DATE:   <u>October 25, 2006</u>        DEPUTY CLERK'S INITIALS: <u>  CE  </u>

```
                    Continuation - Page 2
     Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                              et al.
                      Trial by Jury - Day 17
                         October 25, 2006
    ----------------------------------------------------------------
```

Joshua Belville resumed the stand and testified further on behalf of defendant Imperial.  Defendant Brechan's exhibit B-214 **ADMITTED.**  Defendant Imperial's exhibits I-315, I-384, I-405, I-415 **ADMITTED.**

David Rohner sworn and testified on behalf of defendant Imperial.

At 3:02 p.m. court recessed until 3:25 p.m. without the jury panel present.

Court and counsel heard re trial scheduling and miscellaneous issues.

At 3:28 p.m. the jury panel entered the courtroom

Ralph Thomas Puett sworn and testified on behalf of defendant Imperial.  Plaintiff's exhibit A-1 (Illustration only) **IDENTIFIED.**  Defendant Imperials exhibit I-515, I-516 **ADMITTED.**

At 4:26 p.m. the jury panel exited the courtroom to reconvene Thursday, October 26, 2006 at 8:50 a.m.

Court and counsel heard re trial scheduling, witnesses, exhibits, jury instructions and verdict forms.

At 4:35 p.m. court recessed this matter to reconvene **Thursday, October 26, 2006 at 8:50 a.m.**

DATE:___October 25, 2006_____  DEPUTY CLERK'S INITIALS:___CE___