Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc. and
Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>　　Plaintiff,<br>v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>　　Defendants. | Case No. 3:03-cv-0199-RRB |

### BRECHAN AND SAFECO'S
### SEQUENCE OF TRIAL WITNESSES *REVISED 10/26/06*

Brechan and Safeco submit the following revised list of witnesses in the sequence they are expected to be called during trial.

　　James Houck (out of town, out of order, if necessary, on
　　Friday, October 27)
　　Chris Lynch (by deposition testimony)

ABSOLUTE v. MCKINLEY, et al.
Case No. 3:03-cv-0199-RRB         - 1 -                    [/AA062990.002]

William Oliver (Friday am)
Matt Holmstrom (Monday)
Bryant W. "Web" Chandler (Monday)
Robert Dun (Tuesday am)
Steven Ross (Out of town witness—will testify on Thursday, November 2 during Brechan's or Coffman's case )

DATED at Anchorage, Alaska on October 26, 2006.

**PERKINS COIE LLP**
Attorneys for Defendant
Brechan Enterprises, Inc.

By  /s/ Michael E. Kreger
Michael E. Kreger
Alaska Bar No. 8311170
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
Email:  mkreger@perkinscoie.com

I hereby certify that on October 26, 2006, the foregoing was served electronically on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

  /s/ Michael E. Kreger
    Michael E. Kreger

ABSOLUTE v. MCKINLEY, et al.
Case No. 3:03-cv-0199-RRB          - 2 -                          [/AA062990.002]