```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

                ABSOLUTE ENVIRONMENTAL SERVICES INC.
                                vs.
                      FORREST J. MCKLINLEY, et al.
```

BEFORE THE HONORABLE RALPH R. BEISTINE   CASE NO. 3:03-CV-00199-RRB

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON/APRIL KARPER

APPEARANCES:    PLAINTIFF:      TERRY MARSTON / JAMI ELISON

                DEFENDANT:      PATRICK DUFFY, deft Imperial
                                MICHAEL KREGER, deft Brechan
                                JACOB NIST, deft Brechan
                                PETER PARTNOW, deft Coffman
                                JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 18 Held 10/26/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:58 a.m. court convened without the jury panel present.

Court and counsel heard re trial scheduling and jury instructions.

At 9:04 a.m. the jury panel entered the courtroom.

Ralph Thomas Puett resumed the stand and testified further on behalf of defendant Imperial. Defendant Imperial's exhibit I-5, I-9, I-16, I-34, I-36, I-39, I-488, I-498, I-499, I-503, I-518, I-519, I-520 **ADMITTED**. Defendant Imperial's exhibit I-43 **IDENTIFIED**. Defendant Coffman's exhibit C-167 **IDENTIFIED**.

At 10:25 a.m. court recessed until 10:43 a.m. without the jury panel present.

Court and counsel heard re trial scheduling.

At 10:45 a.m. the jury panel entered the courtroom.

Ralph Thomas Puett resumed the stand and testified further on behalf of defendant Imperial. Defendant Imperial's exhibits I-45, I-48, I-49, I-51, I-52, I-55, I-57, I-58, I-60, I-65, I-77, I-80, I-86, I-98, I-99, I-114, I-118, I-119, I-125, I-126, I-136, I-160, I-521, I-522, I-523, I-528, I-529, I-530, I-531, I-569 **ADMITTED**.
Defendant Imperial's exhibit I-47, I-78, I-153 **IDENTIFIED**.

Continued To Page 2

DATE:    October 26, 2006       DEPUTY CLERK'S INITIALS:   CE

```
                     Continuation - Page 2
     Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                              et al.
                       Trial by Jury - Day 18
                         October 26, 2006
     ------------------------------------------------------------------
```

At 12:02 p.m. court recessed until 1:20 p.m. without the jury panel present.

Court and counsel heard re trial schedule.

At 1:24 p.m. the jury panel entered the courtroom.

Ralph Thomas Puett resumed the stand and testified further on behalf of defendant Imperial. Defendant Imperial's exhibit I-100 **IDENTIFIED.** Defendant Imperial's exhibits I-95, I-121, I-124, I-157, I-161, I-185, I-226, I-250, I-251, I-269, I-452, I-536, I-547 **ADMITTED.** Plaintiff's exhibit A-290 **ADMITTED.**

At 2:20 p.m. the jury panel exited the courtroom.

At 2:21 p.m. court recessed until 2:38 p.m. without the jury panel present.

At 2:40 p.m. the jury panel entered the courtroom.

Ralph Thomas Puett resumed the stand and testified further on behalf of defendant Imperial. Defendant Imperial's exhibits I-27, I-37, and I-456 **IDENTIFIED.** Defendant Imperial's exhibits I-24, I-44, I-271 **ADMITTED.**

Keith MacLeod sworn and testified by video deposition on behalf of defendant Imperial.

At 4:30 p.m. the jury panel exited the courtroom to reconvene Friday, October 27, 2006 at 8:45 a.m.

Court and counsel heard re witnesses and jury instructions.

At 4:32 p.m. court recessed this matter to reconvene **Friday, October 27, 2006 at 8:45 a.m.**

DATE:    October 26, 2006         DEPUTY CLERK'S INITIALS: ce/ak