```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

<u>ABSOLUTE ENVIRONMENTAL SERVICES INC.</u>
vs.
<u>FORREST J. MCKLINLEY, et al.</u>

BEFORE THE HONORABLE <u>RALPH R. BEISTINE</u> CASE NO. <u>3:03-CV-00199-RRB</u>

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON

APPEARANCES:      PLAINTIFF:      TERRY MARSTON / JAMI ELISON

                  DEFENDANT:      PATRICK DUFFY, deft Imperial
                                  MICHAEL KREGER, deft Brechan
                                  JACOB NIST, deft Brechan
                                  PETER PARTNOW, deft Coffman
                                  JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 19 Held 10/27/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:52 a.m. court convened without the jury panel present.

Court and counsel heard re trial scheduling.

At 8:54 a.m. the jury panel entered the courtroom.

Keith MacLeod resumed the stand and testified further on behalf of defendant Imperial, by video deposition.

James Leo Houck sworn and testified on behalf of defendant Brechan. Plaintiff's exhibit A-436 (Page 586) **IDENTIFIED.**

At 10:28 a.m. the court recessed until 10:44 a.m. without the jury panel present.

Court and counsel heard re trial scheduling and jury deliberation.

At 10:50 a.m. the jury panel entered the courtroom.

Court and counsel heard re defendant Imperial's exhibit I-420 **ADMITTED.**

James Leo Houck resumed the stand and testified further on behalf of defendant Brechan.

Continued To Page 2

DATE:     October 27, 2006          DEPUTY CLERK'S INITIALS:    CE

```
                    Continuation - Page 2
     Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                               et al.
                      Trial by Jury - Day 19
                         October 27, 2006
    ---------------------------------------------------------------
```

Ralph Thomas Puett resumed the stand and testified further on behalf of defendant Imperial.  Plaintiff's exhibits A-446 **ADMITTED.**  Plaintiff's exhibit A-459 **IDENTIFIED.**

Court and counsel heard re trial scheduling.

At 11:57 a.m. the jury panel exited the courtroom to reconvene Monday, October 30, 2006 at 8:45 a.m.

Court and counsel heard re trial scheduling, witnesses, exhibits, jury instructions and verdict forms.

At 12:00 p.m. court recessed this matter to reconvene **Monday, October 30, 2006 at 8:45 a.m.**

DATE:____October 27, 2006_____   DEPUTY CLERK'S INITIALS:___CE___