```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

<u>ABSOLUTE ENVIRONMENTAL SERVICES INC.</u>
vs.
<u>FORREST J. MCKLINLEY, et al.</u>

BEFORE THE HONORABLE <u>RALPH R. BEISTINE</u> CASE NO. <u>3:03-CV-00199-RRB</u>

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON

APPEARANCES:   PLAINTIFF:    TERRY MARSTON / JAMI ELISON

               DEFENDANT:    PATRICK DUFFY, deft Imperial
                             MICHAEL KREGER, deft Brechan
                             JACOB NIST, deft Brechan
                             PETER PARTNOW, deft Coffman
                             JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 20 Held 10/30/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:52 a.m. court convened without the jury panel present.

Court and counsel heard re trial scheduling, jury instructions, verdict forms, tort claims, and witnesses.

At 9:04 a.m. the jury panel entered the courtroom.

Paul Pederson sworn and testified on behalf of defendant Coffman. Coffman exhibit C-37 **IDENTIFIED**.

At 10:10 a.m. court recessed until 10:30 a.m. with the jury panel present.

Paul Pederson resumed the stand and testified further on behalf of defendant Coffman.

At 11:56 a.m. the jury panel exited the courtroom.

Court and counsel heard re jury instructions, verdict forms, and witness testimony.

At 12:04 p.m. court recessed until 1:21 p.m. without the jury panel present.

Court and counsel heard re jury instructions.

At 1:23 p.m. the jury panel entered the courtroom.

Continued To Page 2

DATE:   <u>October 30, 2006</u>        DEPUTY CLERK'S INITIALS:  <u>CE</u>

```
                     Continuation - Page 2
    Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                              et al.
                      Trial by Jury - Day 20
                        October 30, 2006
-----------------------------------------------------------------
```

Ralph Thomas Puett resumed the stand and testified further on behalf of defendant Imperial.  Plaintiff's exhibit A-459 (Illustrative only), A-460 (Illustrative only) **IDENTIFIED.**

At 2:28 p.m. court recessed until 2:45 p.m. with the jury panel present.

Ralph Thomas Puett resumed the stand and testified further on behalf of defendant Imperial.  Plaintiff's exhibit A-366 **IDENTIFIED.**

At 3:40 p.m. court recessed until 3:47 p.m. with the jury panel present.

Ralph Thomas Puett resumed the stand and testified further on behalf of defendant Imperial.  Defendant Coffman's exhibit C-430 **IDENTIFIED.**  Defendant Imperial's I-456 **IDENTIFIED.**  Defendant Brechan's exhibit B-63, B-114 **ADMITTED.**

At 4:32 p.m. the jury panel exited the courtroom to reconvene Tuesday, October 31, 2006 at 9:00 a.m.

Court and counsel heard re trial scheduling, witnesses, exhibits, jury instructions and verdict forms.

At 4:47 p.m. court recessed this matter to reconvene **Tuesday, October 31, 2006 at 9:00 a.m.**

DATE:   October 30, 2006        DEPUTY CLERK'S INITIALS:   CE