MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL SERVICES INC.
vs.
FORREST J. MCKLINLEY, et al.

BEFORE THE HONORABLE RALPH R. BEISTINE CASE NO. 3:03-CV-00199-RRB

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON / APRIL KARPER

APPEARANCES:    PLAINTIFF:        TERRY MARSTON / JAMI ELISON

                DEFENDANT:        PATRICK DUFFY, deft Imperial
                                  MICHAEL KREGER, deft Brechan
                                  JACOB NIST, deft Brechan
                                  PETER PARTNOW, deft Coffman
                                  JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 21 Held 10/31/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:06 a.m. court convened without the jury panel present.

Court and counsel heard re trial scheduling.

At 9:08 a.m. the jury panel entered the courtroom.

Ralph Thomas Puett resumed the stand and testified further on
behalf of defendant Imperial.
Defendant Coffman's exhibit C-62, C-430 **IDENTIFIED**.
Defendant Brechan's exhibit B-73, B-80, B-224 (Pages 905, 906,
907), B-284 (Page 40) **ADMITTED**.
Defendant Brechan's exhibit B-224 (Page 957) **IDENTIFIED**.

At 10:21 a.m. court recessed until 10:39 a.m. without the jury
panel present.

Ralph Thomas Puett resumed the stand and testified further on
behalf of defendant Imperial.
Plaintiff's exhibits A-306, A-321 **ADMITTED**.
Defendant Coffman's exhibit C-62, C-348 **ADMITTED**.
Defendant Coffman's exhibit C-34,C-328 **IDENTIFIED**.
Defendant Brechan's exhibits B-334 (Pages 855, 856, 907)
**ADMITTED**.
Defendant Brechan's exhibit B-334 (Page 960) **IDENTIFIED**.

At 11:55 a.m. the jury panel exited the courtroom.


Continued To Page 2

DATE:    October 31, 2006        DEPUTY CLERK'S INITIALS:    CE

```
                    Continuation - Page 2
  Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                           et al.
                   Trial by Jury - Day 21
                    October 31, 2006
--------------------------------------------------------------------
```

Court and counsel heard re witness testimony and claims.

At 12:10 p.m. the court recessed until 1:19 p.m. without the jury panel present.

Court and counsel heard re trial scheduling and evidence.

At 1:38 p.m. the jury panel entered the courtroom.

Ralph Thomas Puett resumed the stand and testified further on behalf of defendant Imperial.
Defendant Coffman's exhibit C-166 **IDENTIFIED.**

At 3:07 p.m. court recessed until 3:22 p.m. without the jury panel present.

Court and counsel heard re jury note and trial scheduling.

At 3:31 p.m. the jury panel entered the courtroom.

Ralph Thomas Puett resumed the stand and testified further on behalf of defendant Imperial.

Matthew Clair Holmstrom resumed the stand and testified further on behalf of defendant Brechan. Defendant Brechan's exhibits B-39, B-41, and B-56 **ADMITTED.**

At 4:24 p.m. the jury panel exited the courtroom to reconvene Wednesday, November 1, 2006 at 8:45 a.m.

Court and counsel heard re trial scheduling, witnesses, exhibits, and jury instructions.

At 4:41 p.m. court recessed this matter to reconvene **Wednesday, November 1, 2006 at 8:45 a.m.**

DATE:     October 31, 2006     DEPUTY CLERK'S INITIALS:   CE/AK