```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

<u>ABSOLUTE ENVIRONMENTAL SERVICES INC.</u>
vs.
<u>FORREST J. MCKLINLEY, et al.</u>

BEFORE THE HONORABLE <u>RALPH R. BEISTINE</u> CASE NO. <u>3:03-CV-00199-RRB</u>

DEPUTY CLERK/RECORDER: APRIL KARPER

APPEARANCES:    PLAINTIFF:     TERRY MARSTON / JAMI ELISON

                DEFENDANT:     PATRICK DUFFY, deft Imperial
                               MICHAEL KREGER, deft Brechan
                               JACOB NIST, deft Brechan
                               PETER PARTNOW, deft Coffman
                               JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 22 Held 11/01/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:50 a.m. court convened without the jury panel present.

Court and counsel heard re trial scheduling and non-availability of return flight for juror.

At 8:55 a.m. the jury panel entered the courtroom.

Matthew Clair Holmstrom resumed the stand and testified further on behalf of defendant Brechan. Plaintiff's exhibits A-228 and A-229 **ADMITTED**.

At 9:54 a.m. the jury panel exited the courtroom.

Court and counsel heard re witness testimony.

At 10:13 a.m. court recessed until 10:25 a.m. without the jury panel present.

Court and counsel heard re witness testimony and stipulation.

At 10:32 a.m. the jury panel entered the courtroom.

Matthew Clair Holmstrom resumed the stand and testified further on behalf of defendant Brechan. Plaintiff's exhibit A-395 **IDENTIFIED**. Plaintiff's exhibits A-138, A-240, A-268, A-280, A-301, A-362, and A-436 pages 589, 591, 600, 603, and 613 **ADMITTED**.

At 12:04 p.m. the jury panel exited the courtroom.

Continued To Page 2

DATE: <u>  November 1, 2006  </u>   DEPUTY CLERK'S INITIALS: <u>  AK  </u>

```
                        Continuation - Page 2
      Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                                   et al.
                           Trial by Jury - Day 22
                              November 1, 2006
----------------------------------------------------------------------
```

Court and counsel heard re witness testimony.

At 12:05 p.m. court recessed until 1:19 p.m. without the jury panel present.

Court and counsel heard re witnesses, juror flight, and trial schedule.

At 1:26 p.m. the jury panel entered the courtroom.

Matthew Clair Holmstrom resumed the stand and testified further on behalf of defendant Brechan. Plaintiff's exhibit A-461 **ADMITTED**. Defendant Imperial's exhibit I-210 **IDENTIFIED**. Defendant Imperial's exhibits I-56, I-79, I-90, I-116, I-117, I-120, I-127, I-337, and I-423 **ADMITTED**.

At 2:37 p.m. court recessed until 2:54 p.m. without the jury panel present.

Court and counsel heard re trial schedule.

At 3:02 p.m. the jury panel entered the courtroom.

Matthew Clair Holmstrom resumed the stand and testified further on behalf of defendant Brechan. Defendant Coffman's exhibits C-84 and C-145 **ADMITTED**. Defendant Brechan's exhibits B-113 and B-130 **ADMITTED**.

Jeri Ann Jenson sworn as reader for deposition testimony of Chris Lynch.

At 4:32 p.m. the jury panel exited the courtroom to reconvene Thursday, November 2, 2006 at 8:45 a.m.

At 4:33 p.m. court recessed this matter to reconvene **Thursday, November 2, 2006 at 8:45 a.m.**

DATE:    November 1, 2006        DEPUTY CLERK'S INITIALS:   AK