ORIGINAL

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF     ALASKA

| ABSOLUTE ENVIRONMENTAL SERVICES, INC., | **SUBPOENA IN A CIVIL CASE** |
|---|---|
| v | |
| FORREST J. MCKINLEY, ET AL. | Case Number:[1] A-03-0199 Civil (RRB) |

TO:  Randy Flower
      6701 Tiber River Lane
      Bakersfield, CA 93308

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| 423 Truxtun Ave., Bakersfield, CA 93301 | 2/18/05 at 2:00 p.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All documents in your possession or control regarding the United States Coast Guard construction project known as "Cargo Wharf Pile Coating, Phase II," physically located on Kodiak Island in Alaska, which documents include but are not limited to correspondence, memos, diaries, contracts, certifications, contracts, submittals, photographs and drawings.

| PLACE | DATE AND TIME |
|---|---|
| 423 Truxtun Ave., Bakersfield,CA 93301 | 2/18/05 at 2:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Defendants | 1/10/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

William R. Baerg    Tel. (213) 612-9900
Monteleone & McCrory, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017

(see Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Exhibit 1 p. 1 of 1

4