ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3750
Los Angeles, California 90017-5402
Telephone: (213) 612-9900
Facsimile: (213) 612-9930

Attorneys for Defendant and
Cross-Complainant EMERCO, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, | CASE NO. A-03-0199 Civil (RRB) |
| Plaintiff, | |
| v. | NOTICE OF ORAL DEPOSITION OF RANDY FLOWER |
| FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings, | |
| Defendants. | |
| EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc., | |
| Counter-Claimant/Third Party Claimant, | |
| v. | |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al., | |
| Cross-Defendants/Third Party Defendants. | |

1  TO EACH PARTY AND TO EACH ATTORNEY OF RECORD IN THIS ACTION:
2      YOU ARE HEREBY NOTIFIED THAT THE ORAL DEPOSITION OF
3  **RANDY FLOWER** will be taken at the office of Wood & Randall Court
4  Reporters, 423 Truxtun Avenue, Bakersfield, California, 93301, commencing
5  at 2:00 p.m. on February 18, 2005, and continuing from day to day
6  thereafter until complete.
7      YOU ARE FURTHER NOTIFIED THAT:
8  [X]   Non-Party Deponent: The deponent is not a party to this action.
9        So far as known to the deposing party, the deponent's address
10       and telephone number are as follows: 6701 Tiber River Lane,
11       Bakersfield, California 93308, Telephone number unknown. Said
12       deponent is being served with a Deposition Subpoena. A COPY
13       OF THE DEPOSITION SUBPOENA IS ATTACHED HERETO AND
14       SERVED HEREWITH.
15  .
16     A list of all parties or attorneys for parties on whom this Notice of
17  Deposition is being served is shown on the accompanying Proof of Service.
18
19  DATED: January 10, 2005           MONTELEONE & McCRORY LLP
20                                    Attorneys for Emerco, Inc.
21
22
23                                    By _____
                                         WILLIAM R. BAERG, ESQ.
24                                       CSBN 167399
                                         WSBN 23052

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF     ALASKA

ABSOLUTE ENVIRONMENTAL SERVICES, INC.,

v.

FORREST J. MCKINLEY, ET AL.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] A-03-0199 Civil (RRB)

TO: Randy Flower
      6701 Tiber River Lane
      Bakersfield, CA 93308

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| 423 Truxtun Ave., Bakersfield, CA 93301 | 2/18/05 at 2:00 p.m. |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All documents in your possession or control regarding the United States Coast Guard construction project known as "Cargo Wharf Pile Coating, Phase II," physically located on Kodiak Island in Alaska, which documents include but are not limited to correspondence, memos, diaries, contracts, certifications, contracts, submittals, photographs and drawings.

| PLACE | DATE AND TIME |
|---|---|
| 423 Truxtun Ave., Bakersfield, CA 93301 | 2/18/05 at 2:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Defendants | 1/10/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

William R. Baerg     Tel. (213) 612-9900
Monteleone & McCrory, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017

(see Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Exhibit 2 p. 3 of 5

7

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 725 South Figueroa Street, Suite 3200, Los Angeles, California 90017-5446.

On this date, I served the foregoing document(s) described as **NOTICE OF ORAL DEPOSITION OF RANDY FLOWER** on the interested parties in this action by overnight courier. I caused the above-referenced document(s) to be delivered to Federal Express, an overnight courier service, for delivery to the above addressee(s) by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the Unites States that the above is true and correct. Executed on January 10, 2005, at Los Angeles, California.

_____
MICHELLE MENDEZ

## SERVICE LIST

Attorneys for Absolute Environmental Services, Inc.
Lawrence a. Pederson
Paul J. Nangle & Associates
Kerry Building
101 Christensen Drive
Anchorage, AK 99501

Richard R. Roland, Esq.
Marston Heffernan Foreman
Anderson Park Building
16880 NE 79th Street
Redmond, WA 98052-4424

Attorneys for Coffman Engineers, Inc.
James B., Stoetzer
Lane Powell Spears & Lubersky, LLP
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101

Attorneys for Brechan Enterprises, Inc. and SafeCo Insurance Company
Michael E. Kreger
Perkins Coie, LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501

Attorneys for Specialty Polymer Coating USA, Inc.
Robert J. Dickson
Atkinson Conway & Gagnon
420 "L" Street, Suite 500
Anchorage, AK 99501-1989

Co-Counsel for Emerco, Inc. and Forrest McKinley
ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097