ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930

Attorneys for Defendant and
Cross-Complainant EMERCO, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>Defendants.<br><br>EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,<br><br>Counter-Claimant/Third Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al.,<br><br>Cross-Defendants/Third Party Defendants. | CASE NO. A-03-0199<br>Civil (RRB)<br><br>**NOTICE OF CANCELLATION OF DEPOSITION OF RANDY FLOWER** |

NOTICE OF CANCELLATION OF DEPOSITION OF RANDY FLOWER
Page 1

Exhibit 3 p. 1 of 4

1  TO EACH PARTY AND TO EACH ATTORNEY OF RECORD IN THIS ACTION:
2     YOU ARE HEREBY NOTIFIED THAT THE ORAL DEPOSITION OF
3  **RANDY FLOWER**, previously scheduled to be taken at the office of Wood &
4  Randall Court Reporters, 423 Truxtun Avenue, Bakersfield, California,
5  93301, at 2:00 p.m. on February 18, 2005, has been **CANCELLED**.
6  .
7     A list of all parties or attorneys for parties on whom this Notice of
8  Deposition is being served is shown on the accompanying Proof of Service.
9
10 DATED: February 2, 2005          MONTELEONE & McCRORY LLP
11                                   Attorneys for Emerco, Inc.
12
13
                                    By _____
14                                       WILLIAM R. BAERG, ESQ.
                                         CSBN 167399
15                                       WSBN 23052

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 725 South Figueroa Street, Suite 3200, Los Angeles, California 90017-5446.

On this date, I served the foregoing document(s) described as **NOTICE OF CANCELLATION OF DEPOSITION OF RANDY FLOWER** on the interested parties in this action by facsimile and First Class, U.S. Mail by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on February 2, 2005, at Los Angeles, California.

_____
SALLIE RASPA

## SERVICE LIST

| | |
|---|---|
| Attorneys for Absolute Environmental Services, Inc. | Attorneys for Absolute Environmental Services, Inc. |
| Lawrence A. Pederson, Esq.<br>Paul J. Nangle & Associates<br>Kerry Building<br>101 Christensen Drive<br>Anchorage, AK 99501<br>FAX: (907) 279-1794 | Richard R. Roland, Esq.<br>Marston Heffernan Foreman<br>Anderson Park Building<br>16880 NE 79th Street<br>Redmond, WA 98052-4424<br>FAX: (425) 861-6969 |
| Attorneys for Coffman Engineers, Inc. | Attorneys for Brechan Engerprises, Inc. and SafeCo Insurance Company |
| James B. Stoetzer, Esq.<br>Lane Powell Spears & Lubersky, LLP<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101<br>FAX: (206) 223-7107 | Michael E. Kreger, Esq.<br>Perkins Coie, LLP<br>1029 West Third Avenue, Suite 300<br>Anchorage, AK 99501<br>FAX: (907) 276-3108 |
| Attorneys for Specialty Polymer Coating USA, Inc. | Co-Counsel for Emerco, Inc. and Forrest J. McKinley |
| Robert J. Dickson, Esq.<br>Atkinson Conway & Gagnon<br>420 "L" Street, Suite 500<br>Anchorage, AK 99501-1989<br>FAX: (907) 272-2082 | Eric J. Brown, Esq.<br>Jermain Dunnagan & Owens, P.C.<br>3000 A Street, Suite 300<br>Anchorage, AK 99503-4097<br>FAX: (907) 563-7322 |