```
 1  ERIC J. BROWN, ESQ.
    JERMAIN DUNNAGAN & OWENS, P.C.
 2  3000 A. Street, Suite 300
    Anchorage, Alaska 99503-4097
 3  Telephone: (907) 563-8844
    Facsimile: (907) 563-7322
 4
    PATRICK J. DUFFY, III, ESQ.
 5  WILLIAM R. BAERG, ESQ.
    MONTELEONE & McCRORY, LLP
 6  725 S. Figueroa Street, Suite 3750
    Los Angeles, California 90017-5402
 7  Telephone: (213) 612-9900
    Facsimile: (213) 612-9930
 8
    Attorneys for Defendant and
 9  Cross-Complainant EMERCO, INC.

10              IN THE UNITED STATES DISTRICT COURT

11                    FOR THE DISTRICT OF ALASKA

12  ABSOLUTE ENVIRONMENTAL SERVICES,  )
    INC., an Alaskan Corporation,     )   CASE NO. A-03-0199
13                                    )   Civil (RRB)
    Plaintiff,                        )
14                                    )
    v.                                )   NOTICE OF TAKING RECORDS
15                                    )   DEPOSITION OF CORRPRO
    FORREST J. McKINLEY and "JANE DOE")   COMPANIES, INC.
16  McKINLEY, and the marital community)
    property composed thereof d/b/a/ "Imperial )
17  Industrial Coatings" and EMERCO, INC., a )
    California Corporation d/b/a/ Imperial )
18  Industrial Coatings,              )
                                      )
19  Defendants.                       )
                                      )
20  EMERCO, INC., a California Corporation )
    d/b/a Imperial Industrial Coatings, and the )
21  United States for the Use and Benefit of )
    EMERCO, Inc.,                     )
22                                    )
    Counter-Claimant/Third Party Claimant, )
23                                    )
    v.                                )
24                                    )
    ABSOLUTE ENVIRONMENTAL SERVICES,  )
25  INC., an Alaskan Corporation, et al., )
                                      )
26  Cross-Defendants/Third Party Defendants. )
                                      )
27
28
```

1  TO EACH PARTY AND TO EACH ATTORNEY OF RECORD IN THIS ACTION:

2  YOU ARE HEREBY NOTIFIED THAT THE RECORDS-ONLY DEPOSITION OF **CORRPRO COMPANIES, INC.** will be taken at 423 Truxtun Avenue, Bakersfield, California, 93301, commencing at 9:00 a.m. on February 11, 2005, and continuing from day to day thereafter until complete.

YOU ARE FURTHER NOTIFIED THAT **CORRPRO COMPANIES, INC.** is to produce all documents in its possession or control regarding the United States Coast Guard construction project known as "Cargo Wharf Pile Coating, Phase II," which project was physically located on Kodiak Island, Alaska, and which documents include but are not limited to:

1. Correspondence;
2. Memos;
3. Diaries;
4. Contracts;
5. Certifications;
6. Submittals;
7. Photographs; and
8. Drawings.

A list of all parties or attorneys for parties on whom this Notice of Deposition is being served is shown on the accompanying Proof of Service.

DATED: January 10, 2005          MONTELEONE & McCRORY LLP
                                 Attorneys for Emerco, Inc.

                                 By _____
                                 WILLIAM R. BAERG, ESQ.
                                 CSBN 167399
                                 WSBN 23052

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL SERVICES, INC.,

v.

FORREST J. MCKINLEY, ET AL.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] A-03-0199 Civil (RRB)

TO: Corrpro Companies, Inc.
6837 Krebs Road
Bakersfield, CA 93308

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All documents in your possession or control regarding the United States Coast Guard construction project known as "Cargo Wharf Pile Coating, Phase II," physically located on Kodiak Island in Alaska, which documents include but are not limited to correspondence, memos, diaries, contracts, certifications, contracts, submittals, photographs and drawings.

| PLACE | DATE AND TIME |
|---|---|
| 423 Truxtun Ave., Bakersfield, CA 93301 | 2/11/05 at 9:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Defendants | 1/10/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

William R. Baerg     Tel. (213) 612-9900
Monteleone & McCrory, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017

(see Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Exhibit 5 p. 3 of 5

17

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 725 South Figueroa Street, Suite 3200, Los Angeles, California 90017-5446.

On this date, I served the foregoing document(s) described as **NOTICE OF TAKING RECORDS DEPOSITION OF CORRPRO COMPANIES, INC.** on the interested parties in this action by Federal Express by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the Unites States that the above is true and correct. Executed on January 10, 2005, at Los Angeles, California.

/s/ Michelle Mendez
MICHELLE MENDEZ

## SERVICE LIST

Attorneys for Absolute Environmental Services, Inc.
Lawrence a. Pederson
Paul J. Nangle & Associates
Kerry Building
101 Christensen Drive
Anchorage, AK 99501

Richard R. Roland, Esq.
Marston Heffernan Foreman
Anderson Park Building
16880 NE 79th Street
Redmond, WA 98052-4424

Attorneys for Coffman Engineers, Inc.
James B., Stoetzer
Lane Powell Spears & Lubersky, LLP
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101

Attorneys for Brechan Enterprises, Inc. and SafeCo Insurance Company
Michael E. Kreger
Perkins Coie, LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501

Attorneys for Specialty Polymer Coating USA, Inc.
Robert J. Dickson
Atkinson Conway & Gagnon
420 "L" Street, Suite 500
Anchorage, AK 99501-1989

Co-Counsel for Emerco, Inc. and Forrest McKinley
ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097