| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> MONTELEONE & MCCRORY, LLP <br> WILLIAM R. BAERG, <br> 725 SOUTH FIGUEROA STREET, SUITE 3750 <br> LOS ANGELES, CA  90017 <br> ATTORNEY FOR (Name):  DEFENDANTS | TELEPHONE NO.: <br> (213) 612-9**** <br><br> Ref. No. or File No. | FOR COURT USE ONLY |
|---|---|---|

ORIGINAL

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
, CA

PLAINTIFF:
ABSOLUTE ENVIRONMENTAL SERVICES, INC.

DEFENDANT:
FORREST J. MCKINLEY, ET AL.

| PROOF OF SERVICE | DATE: <br> February 11, 2005 | TIME: <br> 09:00 am | DEPT/DIV: | CASE NUMBER: <br> A-03-0199 CIVIL (RRB) |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

**SUBPOENA IN A CIVIL CASE**

PARTY SERVED: CORRPRO COMPANIES, INC.

PERSON SERVED: JIM ODOM - DISTRICT MANAGER

DATE & TIME OF DELIVERY: January 10, 2005
02:30 pm

ADDRESS, CITY, AND STATE: 6837 KREBS ROAD
BAKERSFIELD, CA 93308
(BUSINESS)

MANNER OF SERVICE:
Personal Service - By Personally delivering copies.

Fee for Service: $82.50
PROCESS SERVER
County: **KERN**
Registration No.: **404**
Expiration: **August 21, 2005**
FIRST LEGAL SUPPORT SERVICES
1511 WEST BEVERLY BOULEVARD
LOS ANGELES, CA 90026
(213) 250-1111

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 12, 2005** at **BAKERSFIELD**, California.

Signature: _/s/ Joe Devers_
JOE DEVERS

PROOF OF SERVICE

Exhibit 6 p. 1 of 1