

February 10, 2005

*VIA Overnight Mail*

**World Headquarters**
1090 Enterprise Drive
Medina, OH 44256
Tel: 330/723-5082 • Fax: 330/723-0694
http://www.corrpro.com

Wood & Randall
423 Truxton Avenue
Bakersfield, CA 03301

    Re:    *Absolute Environmental Services, Inc. v. Forrest J. McKinley, et al.*
           *United States District Court, District of Alaska*
           Case No.: A-03-0199 Civil (RRE)

To Whom It May Concern:

In response to a subpoena issued to Corrpro Companies, Inc. ("Corrpro") in connection with the above-referenced matter, please find enclosed copies of certified payroll records and other payroll information for Randy Powers and Peter Williams, who were employed respectively at the time by Corrpro and CSI Coating Systems, Inc. Also enclosed are copies of an unexecuted proposal, miscellaneous rate information and a billing for September 2003. These documents are responsive to the subpoena, and are being produced primarily as they are kept in the usual course of business.

For your information, Corrpro closed down its Alaska office in November 2004 and thereafter effected a company-wide reduction in force. Most, if not all, the employees of the Alaska office are no longer with Corrpro as a result of the closing of the office, the reduction in force, or departure from the company prior to November 2004.

Sincerely,

*[signature]*

Denise K. Patterson
Attorney

Enclosures

cc:    William R. Baerg, Esq. (w/o encl.)
        Monteleone & McCrory, LLP
        725 South Figueroa Street
        Suite 3200 Los Angeles, California 90017-5446

21

Exhibit 7 p. 1 of 1