IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

---

In Re:                            )
                                  )
ABSOLUTE ENVIRONMENTAL   )
SERVICES INC.                     )
                                  )
        Plaintiff,                )
                                  )
        vs.                       ) Case No. A-03-0199 Civil (RRE)
                                  )
FORREST J. MCKINLEY, et al.,      )
                                  )
        Defendant.                )
                                  )

RECORDS DEPOSITION OF

CORRPRO COMPANIES INC.

1090 ENTERPRISE DRIVE

MEDINA, OHIO  44256

Friday,  February 11,  2005

Bakersfield, California



Wood &
Randall
Certified Shorthand Reporters
A Professional Corporation

ORIGINAL

423 Truxtun Avenue  •  Bakersfield, CA  93301  •  (661) 395-1050
516 West Shaw Avenue, Suite 200  •  Fresno, CA 93704  •  (559) 224-2223

**Exhibit 8 p. 1 of 100**                              22



**CORRPRO**
COMPANIES INC
*For Every Corner of Your World*

February 10, 2005

*VIA Overnight Mail*

**World Headquarters**
1090 Enterprise Drive
Medina, OH 44256
Tel: 330/723-5082 • Fax: 330/723-0694
http://www.corrpro.com

Wood & Randall
423 Truxton Avenue
Bakersfield, CA 03301

> Re:    *Absolute Environmental Services, Inc. v. Forrest J. McKinley, et al.*
> *United States District Court, District of Alaska*
> *Case No.: A-03-0199 Civil (RRE)*

To Whom It May Concern:

In response to a subpoena issued to Corrpro Companies, Inc. ("Corrpro") in connection with the above-referenced matter, please find enclosed copies of certified payroll records and other payroll information for Randy Powers and Peter Williams, who were employed respectively at the time by Corrpro and CSI Coating Systems, Inc. Also enclosed are copies of an unexecuted proposal, miscellaneous rate information and a billing for September 2003. These documents are responsive to the subpoena, and are being produced primarily as they are kept in the usual course of business.

For your information, Corrpro closed down its Alaska office in November 2004 and thereafter effected a company-wide reduction in force. Most, if not all, the employees of the Alaska office are no longer with Corrpro as a result of the closing of the office, the reduction in force, or departure from the company prior to November 2004.

Sincerely,

Denise K. Patterson
Attorney

Enclosures

cc:    William R. Baerg, Esq. (w/o encl.)
Monteleone & McCrory, LLP
725 South Figueroa Street
Suite 3200 Los Angeles, California 90017-5446

**Exhibit 8 p. 2 of 100**                23

P.O. Box 112807
Anchorage Alaska 99511-2807
Phone 907-345-4490
Fax   907-345-4491
Cell   907-830-6117
E-mail – jasonp@absoluteenv.com

**Absolute Environmental Services, Inc.**

# Fax

| To: Dan Yell | From: Martha |
|---|---|
| Fax: 345-7796 | Pages: 2 |
| Phone: | Date: 7·22·03 |
| Re: | |
| | CC: |

☐ Urgent   ☑ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

• Comments:

Here is the requested information,

DON B: WHEN I RECEIVED THIS —
I WAS NOT TOLD ANYTHING.
ABOUT "MINIMUM PAY RATES"
I HAD ONLY REQUESTED A
FAXED BUSINESS CARD SO WE WOULD
Sincerely, KNOW WHERE TO SEND THE
QUOTE TO. INFO TO RIGHT
M WAS PROVIDED UNSOLICITED WITHOUT
EXPLANATION
Absolute Environmental Services, inc.

D.B. RATE

24.28 Base Rate

8.40 Fringe

44.82 O.T. Rate

Please Send Quote To    Att:

FAX
C.C. 907 345-7796    Dan Yell

PH
907-345-7786

**Exhibit 8 p. 3 of 100**

Canadian                          U.S.

$ 33.75                           $ 24.28

$ 11.68                           $ 8.40

$ 62.30                           $ 44.82


Pay for this Job will be    24.28   Base pay
                            8.40   Fringes
                            44.82   O.T pay


Canadian Pay for Job

    ST = $37.80
    OT = $56.70

Exhibit 8 p. 4 of 100                                    25

# CORRPRO COATING SERVICES
## Provide Absolute Environmental with Two Plural Component Applicators for Work on Kodiak Island



Please accept Corrpro Coating Services proposal for work on the USCG facility at Kodiak Island Alaska.

## Scope of Work:

Provide a plural component applicator and assistant for coating work on USCG facility, Kodiak Alaska.

## Quality Assurance

- All work performed by CCS applicator will be in accordance and compliant with technical specifications provided by the prime contractor.
- Certified Coating Inspectors provided by others.
- Inspection and quality reporting by others.
- CCS is committed to following both our own and the customer's safety requirements

## Specifications:

- Apply SPC Plural Component coating as directed by prime contractor. (Absolute Environmental)

## Price:

- Unit rates for the coating crew provided on following page.

## Proposed Schedule:

- To be provided by client. Current schedule tentatively has the two crew members arriving in Anchorage Alaska on August 5, 2003 and working at the USCG facility on Kodiak Island for four to five weeks. Work is scheduled for 12-hour shifts, seven days a week.

## Proposed Plan for Removal & Handling of Lead Based Paint on Piping:

- Client will verify that any and all existing coating that is to be sandblasted off existing surfaces is lead free.

## Bid Proposal Qualifications:

- Pricing is based on having adequate and uninterrupted access to the site. Any delays out of the control of Corrpro are to be charged out on a per Unit Rate basis.
- Temporary shelters to facilitate coating application to be provided by contractor.
- All application equipment and consumables to be provided by contractor.
- Safety harness and fall protection PPE provided by contractor.
- Air fare and travel arrangements to and from the job to be paid for by contractor.
- Light vehicles and fuel needed to travel to and from work site provided by contractor.
- Housing on Kodiak Island provided by contractor.
- Eight hours travel time will be paid CCS employees each way for mobilization and demobe from the work site, Kodiak Island. Rate for this travel will be $25/hr. or $200 per man each way.

1

**Exhibit 8 p. 5 of 100**

26

## CORRPRO COATING SERVICES
### Provide Absolute Environmental with Two Plural Component Applicators for Work on Kodiak Island



# *2003 UNIT RATE SCHEDULE*

### A. LABOR:

|                | Regular Time | Overtime    |
|----------------|--------------|-------------|
| SPC Applicator | $54.65/Hr.   | $72.75/Hr.  |
| Tradesman      | $54.65/Hr.   | $72.75/Hr.  |

Standby Charges:     Above rates apply

Regular Time - Monday through Friday - up to 8 hours per day and/or 40 hours per week.

Overtime     - All hours over 8 hours per day and/or 40 hours per week.
             - All hours on Saturday and Sunday.
               Statutory holidays are charged at 2 times the regular time rates.

### B. Per Diem:

$35 Dollars per day per man for meals.

_____          _____

Signature of Authorized Company Representative          Date

_____

Signing Authority Name and Title (Please Print)

2

Exhibit 8 p. 6 of 100          27

949 E. 36th Ave.
Anchorage, AK  99508
PHONE: (907) 762-1574          FAX: (907) 762-1613

Invoice No.: JI102010
Date:  9/28/03
Page:        1

REMIT TO: Corrpro Companies, Inc., 21180 Network Place, Chicago, IL 60673-1211

WC000535-000
ABSOLUTE ENVIRONMENTAL SERVICES INC
P.O. BOX 112807
Anchorage, AK  99511 2807

WC000535-000
ABSOLUTE ENVIRONMENTAL SERVICE
P.O. BOX 112807
Anchorage, AK  99511 2807

Our Job#: 670709          Order#: KODIAK DOCK WORK      Terms: UPON RECEIPT

1.00 Absolute Enviromental September Billing        37,778.55 EA      37,778.55

PARTIAL BILLING

| | |
|---|---|
| Subtotal : | $37,778.55 |
| Retainage : | $.00 |
| Freight : | $.00 |
| Sales Tax : | $.00 |
| Invoice Total : | $37,778.55 |

Exhibit 8 p. 7 of 100

# I N V O I C E

**Absolute Environmental**
**PO Box 112807**
**Anchorage, Alaska**
**99511-2807**

| | |
|---|---|
| Invoice No.: | 67300320 |
| Date: | 9/30/2003 |
| Amount: | $37,778.55 |

### INVOICE SUMMARY

| | CORRPRO JBA No. | Job No. | CORRPRO Job No. | Total Hours | Total Labor | Reimbursable Expenses | Total |
|---|---|---|---|---|---|---|---|
| JI0 | 102010 | 670709 | 670709 | 565.00 | 35,818.55 | 1,960.00 | 37,778.55 |
| **Total** | | | | 565.00 | 35,818.55 | 1,960.00 | 37,778.55 |

Exhibit 8 p. 8 of 100                                    29

## CORRPRO LABOR AND EXPENSE SUMMARY

Corrpro Job No.: 870709
Corrpro JBA No.: JI 102010

Invoice No.: 67300320
Date: 9/30/2003
Job Total: $37,778.55

### CORRPRO LABOR SUMMARY

| Week Ending | Name | Class | Hourly Rate | Total Hours | OT Rate | Mob FEE | Total Labor |
|---|---|---|---|---|---|---|---|
| 09/07/03 | Randy Powers | Tradesman | $54.65 | 24.00 | | | 1,311.60 |
| 09/07/03 | Peter Williams | Applicator | $54.65 | 29.00 | Y | | 1,584.85 |
| 09/07/03 | Randy Powers | Tradesman | $72.75 | 37.00 | Y | | 2,691.75 |
| 09/07/03 | Peter Williams | Applicator | $72.75 | 39.00 | Y | | 2,837.25 |
| 09/14/03 | Randy Powers | Tradesman | $54.65 | 40.00 | | | 2,186.00 |
| 09/14/03 | Peter Williams | Applicator | $54.65 | 39.00 | | | 2,131.35 |
| 09/14/03 | Randy Powers | Tradesman | $72.75 | 29.00 | Y | | 2,109.75 |
| 09/14/03 | Peter Williams | Applicator | $72.75 | 25.00 | Y | | 1,818.75 |
| 09/21/03 | Randy Powers | Tradesman | $54.65 | 40.00 | | | 2,186.00 |
| 09/21/03 | Peter Williams | Applicator | $54.65 | 40.00 | | | 2,186.00 |
| 09/21/03 | Randy Powers | Tradesman | $72.75 | 34.50 | Y | | 2,509.88 |
| 09/21/03 | Peter Williams | Applicator | $72.75 | 34.50 | Y | | 2,509.88 |
| 09/28/03 | Randy Powers | Tradesman | $54.65 | 40.00 | | | 2,186.00 |
| 09/28/03 | Peter Williams | Applicator | $54.65 | 40.00 | | | 2,186.00 |
| 09/28/03 | Randy Powers | Tradesman | $72.75 | 37.00 | Y | | 2,691.75 |
| 09/28/03 | Peter Williams | Applicator | $72.75 | 37.00 | Y | | 2,691.75 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |

**Total Labor**     665.00          35,818.55

### CORRPRO EXPENSE SUMMARY

| Date | Payee | Description | Amount |
|---|---|---|---|
| 09/07/03 | Randy Powers | Meals | 245.00 |
| 09/07/03 | Peter Williams | Meals | 245.00 |
| 09/14/03 | Randy Powers | Meals | 245.00 |
| 09/14/03 | Peter Williams | Meals | 245.00 |
| 09/21/03 | Randy Powers | Meals | 245.00 |
| 09/21/03 | Peter Williams | Meals | 245.00 |
| 09/28/03 | Randy Powers | Meals | 245.00 |
| 09/28/03 | Peter Williams | Meals | 245.00 |

**Total Expenses**     1,960.00

**Total Labor & Expenses**     37,778.55

Schedule A3, Page 2 of 2

**Exhibit 8 p. 9 of 100**

30

| | 9/1/2003 | 9/2/2003 | 9/3/2003 | 9/4/2003 | 9/5/2003 | 9/6/2003 | 9/7/2003 |
|---|---|---|---|---|---|---|---|
| Randy Powers | 0 | 0 | 11.5 | 13.5 | 12 | 12 | 12 |
| Peter Williams | 0 | 5 | 13.5 | 13.5 | 12 | 12 | 12 |

Exhibit 8 p. 10 of 100

| | 9/8/2003 | 9/9/2003 | 9/10/2003 | 9/11/2003 | 9/12/2003 | 9/13/2003 | 9/14/2003 |
|---|---|---|---|---|---|---|---|
| Randy Powers | 12 | 12 | 12 | 12 | 13 | 8 | 0 |
| Peter Williams | 12 | 12 | 7 | 12 | 13 | 8 | 0 |

True hours

Exhibit 8 p. 11 of 100          32

| | 9/15/2003 | 9/16/2003 | 9/17/2003 | 9/18/2003 | 9/19/2003 | 9/20/2003 | 9/21/2003 |
|---|---|---|---|---|---|---|---|
| Randy Powers | 12 | 10 | 12.5 | 11 | 9 | 10 | 10 |
| Peter Williams | 12 | 10 | 12.5 | 11 | 9 | 10 | 10 |

**Exhibit 8 p. 12 of 100**                    33

## McClure, Chad T.

From:           Todd Elmore [ToddE@absoluteenv.com]
Sent:           Monday, August 18, 2003 11:11 AM
To:             Borega, Don C. (APSC); McClure, Chad T.
Subject:        Payroll

|         | M  | T  | W  | TH | F  | S  | SUN |
|---------|----|----|----|----|----|----|-----|
| Randy   | 12 | 16 | 12 | 11 | 12 | 12 | 7   |
| Peter   | 12 | 12 | 12 | 11 | 12 | 12 | 7   |

1

Exhibit 8 p. 13 of 100

34

# Weekly Time Sheet

Page 1 Of 1

**Branch ALASKA #067**

Employee Name: Randy Powers

Signature: R Powers

ID#: 12024

Week Ending: 8/10/2003

| Client and Project / Description | Job Code | Office Use | | Posted | | Mon. | Tues. | Wed. | Thurs. | Fri. | Sat. | Sun. | R.T. | O.T. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | R.T. | O.T. | J.C. | Inv. | | | | | | | | | |
| Absolute Environmental / Kodiak Dock work | 670709 | | | | | | 2 | 8 | 8 | 6.5 | 12 | 12 | 26 | |
| Absolute Environmental / Travel hours | 670709 | | | | | | 8 | 4 | 4 | 8 | | | 8 | 38.5 |
| Overheads | 670709 | | | | | | | | | | | | | |
| ADMINISTRATIVE | ADM067 | | | | | | | | | | | | | |
| SALES | SAL067 | | | | | | | | | | | | | |
| NACE Conference | | | | | | | | | | | | | | |
| Sick or Special Leave | 900-/901- | | | | | | | | | | | | | |
| Statutory Holidays | 902-670 | | | | | | | | | | | | | |
| Vacations Taken | 211-670 | | | | | | | | | | | | | |
| Banked Time | 212-670 | | | | | | | | | | | | | |
| Labour Cost | 500-670 | | | | | | | | | | | | | |
| Approval / Totals | | | | | | | 10 | 12 | 12 | 14.5 | 12 | 12 | 34 | 38.5 |

"Number of Hours Daily" — Mon. through Sun.
"Total Hours" — R.T., O.T.

Exhibit 8 p. 14 of 100        35

## McClure, Chad T.

| | |
|---|---|
| **From:** | Todd Elmore [ToddE@absoluteenv.com] |
| **Sent:** | Monday, August 25, 2003 2:53 PM |
| **To:** | McClure, Chad T. |
| **Cc:** | Borega, Don C. (APSC) |
| **Subject:** | Hours for period ending 8-24-03 |

| | Mon | Tues | Wed | Thurs | Friday | | Sat | Sun |
|---|---|---|---|---|---|---|---|---|
| Randy Power | 10.5 | 11 | 12 | 12 | 12.5 | 12 | 12.5 | |
| Peter Williams | 10.5 | 11 | 12 | 12 | 12.5 | 12 | 12.5 |

Here you go.

Todd

1

Exhibit 8 p. 15 of 100

36

SEP 03 03 11:27A    ABSOLUTE ENVIRONMENTAL    19073454491    P.2

AUG-29-2003 FRI 11:49 AM BRECHAN ENT. IDIQ/JOC    FAX NO. 907 487 2587    P. 01

*Att. Todd*

## Project Payroll Information

Week: **8-24-02**    to Week: **8-30-03**

Project: **Cargo Pier**    Project: _____
Project: _____    Project: _____

| Name | 24 Sun | 05 Mon | 26 Tue | 27 Wed | 28 Thu | 29 Fri | 30 Sat | Reg | OT | 31. Sun |
|------|------|------|------|------|------|------|------|------|------|------|
| 1 Dave Smith Sr | 12 | 12 | 12 | 12 | 10.5 | | | | | |
| 2 Dave Smith Jr | 12 | 12 | 12 | 12 | 10.5 | | ✓ | | | |
| 3 Dan Yell | 12 | 12 | 12 | 12 | 10.5 | | | | | |
| 4 Josh Quinn Gibbs | 12 | 12 | 12 | 12 | 10.5 | | | | | |
| 5 Clayton Yell | 12 | 12 | 12 | 12 | 10.5 | | | | | |
| 6 Casey Ense | 11.5 | 0 | 12 | 12 | 8 | | | | | |
| ~~Chris Anderson~~ | | | | | | | | | | |
| 7 Lance Parker | 12.5 | 12 | 12 | 8.5 | 10.5 | | | | | |
| 8 Andy Finkie | 12.5 | 12 | 12 | 8 | 10.5 | | | | | |
| Dustin Krug | 12 | 12 | 12 | 12 | 11.5 | | | | | |
| Nick Troxell | 17.5 | 12 | 12 | 12 | 11.5 | | | | | |
| John Sandin | 12 | 12 | 12 | 12 | 10.5 | | | | | |
| Eric Wood | 0 | 9.5 | 11 | 11 | 10.5 | | | | | |
| Ken Anderson | 0 | 9.5 | 11 | 11 | 10.5 | | | | | |
| | | | | | | | | | | Sun |
| Randy Powder | 12.5 | 12 | 12 | 12 | 11.5 | 10 | 12 | | | 12 |
| Peter Williams | 12.5 | 12 | 12 | 12 | 10.5 | 10 | 12 | | | 12 |
| | | | | | | | | | | |
| | | | | | | | | | | |

*Dan Yell*

Exhibit 8 p. 16 of 100    37

SEP-29-2003 MON 10:29 AM BRECHAN ENT. IDIQ/JOC    FAX NO. 907 487 2587    P. 01

## Project Payroll Information

Week: 9-21-03    to Week: 9-27-03

Project: Cargo Pro    Project: Kodiak, AK

Project: _____    Project: _____

| Name | 21 Sun. | 22 Mon | 23 Tue | 24 Wed | 25 Thu | 26 Fri | 27 Sat | Reg. | OT | Sun |
|------|------|------|------|------|------|------|------|------|------|------|
| Randy Powers | 10 | 10 | 8 | 11 | 12 | 12 | 12 | | | 12 |
| Peter Williams | 10 | 10 | 8 | 11 | 12 | 12 | 12 | | | 12 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Exhibit 8 p. 17 of 100

38

OCT-20-2003 MON 11:52 AM BRECHAN ENT. IDIQ/JOC    FAX NO. 907 487 2587    P. 01

68
91

## Project Payroll Information

WE 10/19/03

Week: _____ to Week: _____

Project: CADga Ar    Project: Kodiak, AK

| Name | 12 Sun | 13 Mon | 14 Tue | 15 Wed | 16 Thu | 17 Fri | 18 Sat | Reg | OT | 19 |
|------|------|------|------|------|------|------|------|-----|-----|----|
| Dave Smith | 12 | 8 | 6 | 6 | 6 | 5 | 10 | | | |
| Eric Woods | 6 | 7 | 6 | 6 | 9.5 | 8.5 | 7 | | | |
| Daniel Yell | 10 | 12 | 10 | 10 | 11 | 10 | 10 | | | |
| Jahdann Gebbs | 6 | 7.5 | 6 | 6 | 9.5 | 8 | 10 | | | |
| Clayton yell | 12 | 7.5 | 6 | 6 | 10 | 4 | — | | | |
| Cole Yell | 12 | 11.5 | 8 | 10 | 10 | 9 | 7.5 | | | |
| Andy Finkie | 1.5 | 6.5 | — | 6 | 6 | 6 | — | | | |
| Dustin Krug | 8 | 7 | — | 6 | 8 | 5 | 7 | | | |
| Howard Peterson | 12 | 7.5 | 6 | 6 | 6 | 9 | 7.5 | | | |
| Grpp Peterson | 6 | 7 | — | 6 | 6 | 5 | 5 | | | |
| Randy Powers | 12 | 11.5 | 8 | 6 | 10.5 | 9.5 | 7.5 | | | |
| Peter Williams | — | 11.5 | 6 | 10 | 10.5 | 9.5 | 7.5 | | | 4 |
| Bob Erickson | 6 | 7 | 6 | 6 | 6 | 5 | 5 | | | 4 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

wood 2
3
4
5
Cole 6
7
8
Herb 9
G+BF M
10
12

Exhibit 8 p. 18 of 100

P. 2

FROM : CORRPRO COMPANIES BAKERSFIELD    PHONE NO. : 661 5880364    Sep. 09 2003 10:32AM P2

## CERTIFIED PAYROLL

### Alaska Department of Labor
### Labor Standards & Safety Division
### Wage & Hour Administration

| | | |
|---|---|---|
| Contractor Name | ☑ Contractor | ☐ Subcontractor |
| Corrpro Companies Inc. | Address | 6837 Krebs Rd. Bakersfield, CA 93308 |

| Phone | Contractor License Number | Week Ending | Payroll No. | Contracting Agency Project Number |
|---|---|---|---|---|
| 661-588-1146 | | 08/09/03 | | ABS# 200304 |

| Project Name and Location | Date Your Work Started | Your Est. Completion Date | Amount of Your Contract | Dept. of Labor Project # |
|---|---|---|---|---|
| USCG Cargo Wharf Ple Coating Phase II | 08/05/03 | 10/01/03 | $100,000.00 | II |

Phase II

| Name, Social Security Number Permanent Domicile Address (NO P.O. BOX or RURAL ROUTES ACCEPTED) and Mailing Address (if different) | Classification Code # / Classification / Certificate # / Trust License # | Apprentice (Y/N) | Collective Bargaining (Y/N) | Withholding # | Date of the Work / Days of the Week | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | DEDUCTIONS FICA | FED WH TAX | ESD | Union Dues (employee) SUI | Other Deductions | Total Deductions | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RANDY POWERS 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 6701 TIBBLE RIVER LN BAKERSFIELD, CA 93308 | AWI-11140C SPRAY SANDBLAST BLENT APPLICATOR | | | | 3 4 5 6 7 8 9 / S M T W TH F S / 8 4 4 6 12 24.5 8.0 / 2 12 12 8 8 24 20 | 24.5 / 26 / 8.0 | 20.00 / 34.42 / 20.00 | 2192.41 | 168.10 | 373.10 | 128.32 | 14.78 | | 684.30 | 1,511.11 | 300439 |
| | Classification Code # / Classification / Certificate # / Trust License # | | | | | | | | | | | | | | | |
| | Classification Code # / Classification / Certificate # / Trust License # | | | | | | | | | | | | | | | |
| | Classification Code # / Classification / Certificate # / Trust License # | | | | | | | | | | | | | | | |
| | Classification Code # / Classification / Certificate # / Trust License # | | | | | | | | | | | | | | | |
| | Classification Code # / Classification / Certificate # / Trust License # | | | | | | | | | | | | | | | |

# CODES found in Laborers' & Mechanics Minimum Rates of Pay, Pamphlet 600.

*Classification requires current State Certificate.

Form 07 6008 (Rev 6/00)

Exhibit 8 p. 19 of 100

40

FROM : CORRPRO COMPANIES BAKERSFIELD    PHONE NO. : 661 5880364    Sep. 10 2003 12:33PM P2

## CONTRACTS & SUBCONTRACTORS
### PLEASE NOTE!

● AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region I, North of IM3*
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2888

Region II, South of IM3*
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region IIA, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020030
Juneau, AK 99802-0030
(907) 465-4538 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract as required by public construction contract of the state or a political subdivision. BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: ___08/11/03___

---

I, _Tina Odom_
(Name of Signatory Party)

_Office Administrator_
(Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by
_Corrpro Companies, Inc._ on its
(Contractor/Subcontractor)

USCG Carbon Wharf Pile Controls ; that
(Building or Work)

during the payroll period commencing on _08/03/03_

on _08/04/03_ , all persons employed on said project have been
(date)

paid the full weekly wages earned, that no rebates have been or will be made
either directly or indirectly to or on behalf of said

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in regulations issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108; 72 Stat. 967; Stat. 357, 40 USC 276(c)), and described below.

(2) That -

It is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor; that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed; and

and

### STATEMENT OF COMPLIANCE
(4) That where fringe benefits are paid to approved plans, funds or programs
(check all applicable items)

☐ (a) in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to approved plans, funds or programs for the benefit of such employees, except as noted in section 4(c) below.

☐ (b.) in addition to the basic hourly wages paid to each laborer, mechanic or field surveyor listed in the payroll, payments of fringe benefits are currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such employees except as noted in section 4(c) below.

☒ (c) Each laborer, mechanic or field surveyor listed in the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 4(d).

☐ (d) Exception:

| Exception (Craft) | Explanation |
|---|---|
|  |  |
|  |  |
|  |  |

Remarks: The language used on this form is identical to the language of form DD879

Name & Title (Print or Type)
_Tina Odom, Office Administrator_

Signature (original signature required)
_Tina Odom_

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 20 of 100

41

FROM : CORRPRO COMPANIES BAKERSFIELD    PHONE NO. : 661 5880364    Sep. 09 2003 10:33AM P4

# CERTIFIED PAYROLL

**Alaska Department of Labor**
Labor Standards &
Safety Division
**Wage & Hour Administration**

Contractor Name: Corrpro Companies Inc.

GC Contractor

Address: 6837 Krebs Rd. Bakersfield, CA 93308

Phone: 661-588-1146

Contractor License Number

Project Name and Location: USCG what Pile Coating Phase II
Crop
Airplied

Week Ending: 8/16/03

Payroll No.

Date Your Work Started: 08/25/03

Your Est. Completion Date: 8/01/03

Amount of Your Contract: 100,000.00

Contracting Agency/Project Number: MLS #200304-1 Phase II

Dept. of Labor Project: N/A

| Name, Social Security Number Permanent Domicile Address (NO P.O. BOX or RURAL ROUTES ACCEPTED) and Mailing Address (if different) | | Classification | | Date of the Month / Day of the Week | | | | | | | | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | FICA | FED W/H TAX | ESD | Union Dues (explain) SUI | Other Deductions | Total Deductions | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 10 | 11 | 12 | 13 | 14 | 15 | 16 | | | | | | | | | | | |
| | | | | S | M | T | W | T | F | S | | | | | | | | | | | |
| RANDY POWERS 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 6701 Tibbie River Ln BAKERSFIELD, CA 93378 | | Classification Code # AM111HOC SPRAY SANDBLAST FIELD APPLICATOR | | 12 | 4 | 4 | 3 | 4 | 12 | | 43 | 34.42 | 1462.30 | 241.84 | 241.70 | 24.94 | 31.16 | | 262.28 | 2200.02 | 3004 59/9 |
| | | | | 8 | 8 | 8 | 8 | 8 | | | 40 | 24.28 | | | | | | | | | |
| | | | | 12 | 12 | 12 | 11 | 12 | 12 | | 87 | 8.40 | 483.2 | | | | | | | | |
| | | | | 4 | | | 8 | | 4 | | 4 | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | Classification | | | | | | | | | | | | | | | | | | | |
| | | Certificate # Cert License # | | | | | | | | | | | | | | | | | | | |
| | | Classification | | | | | | | | | | | | | | | | | | | |
| | | Classification Code # | | | | | | | | | | | | | | | | | | | |
| | | Classification | | | | | | | | | | | | | | | | | | | |
| | | Certificate # Cert License # | | | | | | | | | | | | | | | | | | | |
| | | Classification | | | | | | | | | | | | | | | | | | | |
| | | Classification Code # | | | | | | | | | | | | | | | | | | | |
| | | Classification | | | | | | | | | | | | | | | | | | | |
| | | Certificate # Cert License # | | | | | | | | | | | | | | | | | | | |

\* CODES found in Laborer's & Mechanics' Minimum Rates of Pay, Pamphlet 600.

\*Classification requires current State Certificate.

Form 07-6058 (Rev. 6/00)

Exhibit 8 p. 21 of 100    42

FROM : CORRPRO COMPANIES BAKERSFIELD    PHONE NO. : 661 5880364    Sep. 10 2003 12:34PM P3

## CONTRACTORS & SUBCONTRACTORS PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or a political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region I, North of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region IIA, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4859 or (907) 465-4842

Region II, South of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a state construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK MAY BE DEBARRED FROM PUBLIC CONSTRUC-TION.

Date: 8/18/03

---

I, **Tina Odom**
(Name of Signatory Party)   (Title) **Office Administrator**

do hereby state:

(1) That I pay or supervise the payment of persons employed by
**Corrpro Companies Inc.** , on the
(Contractor/Subcontractor)
**USCG CARLO WHALE PILE COATING** ; that
(Building or Work)

during the payroll period commencing on **08/16/03** , and ending
on **08/16/03** , all persons employed on said project have been
(date)
paid full weekly wages earned, that no rebates have been or will be made
either directly or indirectly to or on behalf of said

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 907; Stat. 357; 40 USC 276(c), and described below:

(2) That

(Contractor/Subcontractor)
employment preference for Alaska residents as outlined in AS 36.10; and

is in full compliance with AS 36.10, which requires
(Contractor/Subcontractor)

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained therein are not less than the applicable wage rates established by the Alaska Department of Labor, that the classifications set forth therein for each laborer, mechanic or field surveyor conform with the work performed; and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State Apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor, or

(5) That I am a bona fide owner/operator and that my contract amount involved or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $ _____

---

## STATEMENT OF COMPLIANCE
(date)
(check all statements that apply)

(a) That where fringe benefits are paid to approved plans, funds or program
(check all statements that apply)

☐ (i) in addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed above, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to union level.

☐ (b) in addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 9(b) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is _____

☒ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 9(b).

☐ (d) Exceptions.

| Exception (Craft) | Explanation |
|---|---|
| | |
| | |
| | |

Remarks: The language used on this
form is identical to the language
of form D0879

Signature (original signature required)
**Tina Odom**

Name & Title (Print or Type)
**Tina Odom   Office Administrator**

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 34.03.066.

Exhibit 8 p. 22 of 100

43

FROM : CORRPRO COMPANIES BAKERSFIELD    PHONE NO. : 661 5880364    Sep. 09 2003 10:33AM P5

# CERTIFIED PAYROLL

**Alaska Department of Labor**
**Labor Standards &**
**Safety Division**
**Wage & Hour Administration**

Contractor Name: Corrpro Companies Inc.

☐ Contractor    ☐ Subcontractor

Address: 6837 Krebs Rd. Bakersfield, CA 93308

Phone: 661-588-1196

Contractor License Number: 

Project Name and Location: USKG Large Diam Pile Ceating Phase II

Week Ending: 8/23/03

Project No.:

Date Your Work Started: 08/05/03

Year Est. Completion Date: 10/10/03

Amount of Prime Contract: 100,000.00

Contracting Agency/Project Number: PRO # 2000 3001 Phase II

Dept. of Labor Project: N/A

Name, Social Security Number
Permanent Domicile Address
(NO P.O. BOX or RURAL
ROUTE ACCEPTED)
and Mailing Address (if different)

RANDY POWERS
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
6701 Tiara River Ln
Bakersfield, CA
93308

Classification: SAND BLAST
EQUIP APPRENTICE

| Day of the Week | S | M | T | W | TH | F | S | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | FICA | FED W/H TAX | ESD | Union Dues (explain) SUI | Other (explain) SUI | Total Deductions | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date and Hours | 17 | 18 | 19 | 20 | 21 | 22 | 23 | | | | | | | | | | | |
| Hours Worked Each Day | | 8 | 8 | 8 | 8 | 8 | | 40 | 24.28 | 971.41 | 72.33 | 385.40 | 19.78 | ∅ | 21.74 | 1037.29 | 1434.32 | 3009/201 |
| | 8.5 | 3 | 4 | 4 | 11 | 12 | | 36.5 | 38.42 | | | | | | | | | |
| | .5 | | | | | | | .5 | 8.40 | 48.51 | | | | | | | | |

Classification requires current State Certificate.

☐ CODE# found in Labor & Mechanical Minimum Rates of Pay, Pamphlet 600.

Form 07 6608 (Rev. 8/90)

Exhibit 8 p. 23 of 100

44

ROM : CORRPRO COMPANIES BAKERSFIELD    PHONE NO. : 661 5880364    Sep. 10 2003 12:35PM P4

## CONTRACTS & SUBCONTRACTORS
### PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

**Region I, North of NW3**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

**Region II, South of NW3**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

**Region IIA, Southeast Alaska (from Yakutat south)**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 010630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or a political subdivision of the state shall BEFORE THE FRIDAY OF EACH WEEK, file with the Department a sworn statement affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

**CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE REQUIRED FROM PUBLIC CONSTRUCTION.**

Date _8/25/03_

---

I, __Tina Odom__ _Office Administrator_
   (Name of Signatory Party)          (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by __Corrpro Companies Inc.__ on the
   (Contractor/Subcontractor)
__USCG Baked Wharf Rule Coating__; that during the payroll period commencing on _08/11/03_ and ending
   (date)
on _08/22/03_, all persons employed on said project have been or will be paid full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

(Contractor/Subcontractor)
from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; Sec. 357; 40 USC 276c), and described below.

(2) That _____
   (Contractor/Subcontractor)
is in full compliance with the provisions set forth in AS 36.10, which require employment conditions for Alaska residents as outlined in AS 36.05.010; and

(3) Then any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics, or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor; that the classifications set forth for each laborer, mechanic or field surveyor conform with the work he/she performed; and

| Exception (Craft) | Explanation |
|---|---|
| | |
| | |

Remarks: _The language used on this form is identical to the language of form D8879_

Signature (original signature required)
_____
Name & Title (Print or Type)
_Tina Odom, Office Administrator_

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

**STATEMENT OF COMPLIANCE**
   (date)
(1) That the wages listed above are paid to approved plans, funds or programs

(a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such workers, except as noted in Section 6(b) below.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed in the payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such workers, except as noted in Section 6(b) below.

☑ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(b).

☐ (d) Exceptions.

Exhibit 8 p. 24 of 100                    45

FROM : CORRPRO COMPANIES BAKERSFIELD    PHONE NO. : 661 5880364    Sep. 09 2003 10:34AM P6

# CERTIFIED PAYROLL

Alaska Department of Labor
Labor Standards &
Safety Division

## Wage & Hour Administration

| | |
|---|---|
| Contractor Name | Corrpro Companies Inc. |
| □ Contractor  □ Subcontractor  Address | 6837 Krebs Rd Bakersfield, CA 93308 |
| Phone | 661-588-1196 |
| Contractor License Number | Applied |
| Week Ending | 8/30/03 |
| Payroll No. | |
| Project Name and Location | OSCS Cargo Wharf Pile Coating Phase I |
| Date Your Work Started | 08/25/03 |
| Your Est. Completion Date | 10/01/03 |
| Contracting Agency Project Number | Phase I |
| Amount of Your Contract | 100,000.00 |
| Act# 200 304 | |
| Dept. of Labor Project | n/a |

Name, Social Security Number
Permanent Durable Address
(NO P.O. BOX or RURAL
ROUTES ACCEPTED)
and Mailing Address (if different)

RANDY POWERS
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
6701 Tisra River LN
BAKERSFIELD, CA
93308

Classification Code #: AN111406
Company Painter General Apprentice

| Day of the Week | S | M | T | W | T | F | S | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | FICA | FED W/H TAX | ESD | Union Dues | Other (explain) SUI | Total Deductions | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date of the Month | 24 | 25 | 26 | 27 | 28 | 29 | 30 | | | | | | | | | | | |
| Hours Worked Each Day | | 4 | 4 | 4 | 10 | 12 | | 40.5 | 34.42 | 3,150.51 | 241.05 | 634.15 | 241.80 | — | 28.34 | 1,149.51 | 2,031.38 | 3007/201 |
| | 5 | 8 | 8 | 8 | 12 | 12 | | 40 | 24.20 | | | | | | | | | |
| | | 8 | 8 | 8 | 12 | 12,5 | | 40.5 | 0.40 | | | | | | | | | |
| | | | | | 12 | .5 | | 12 | | | | | | | | | | |
| | | | | | | | | .5 | | | | | | | | | | |

@ CODES found in Laborers' & Mechanical Minimum Rates of Pay, Pamphlet 600.
*Classification requires current State Certificate.

Form 07-6604 (Rev. 6/99)

Exhibit 8 p. 25 of 100

46

FROM : CORRPRO COMPANIES BAKERSFIELD    PHONE NO. : 661 5880364    Sep. 10 2003 12:36PM P5

## CONTRACTORS & SUBCONTRACTORS
### PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including owner/operators) shall file with the Department a copy of their payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

**Region I, North of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J1
Fairbanks, AK 99701-4593
(907) 451-2886

**Region II, South of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

**Region IIA, Southeast Alaska (from Yakutat south)**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4639 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Require that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OR THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK MAY BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: 9/2/03

---

I, _Tina Odom_ _Office Administrator_ (Title)
(Name of Signatory Party)

do hereby state:

(1) That I pay or supervise the payment of persons employed by
_Corrpro Companies Inc._ on the
(Contractor/Subcontractor)
_USCG CARGO WHARF PILE COATING_ ; that
(Building or Work)
during the payroll period commencing on _08/24/03_ and ending
on _08/30/03_ (date), all persons employed on said project during this period are paid full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said
_USCG CARGO WHARF PILE COATING_
(Contractor/Subcontractor)
from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108; 72 Stat. 987, Stat. 351; 40 USC 276(c), and described below.

(2) That _____
(Contractor/Subcontractor)
is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.90.010; and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are complete; that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates contained by the Alaska Department of Labor; that the classification set forth therein for each laborer, mechanic or field surveyor conform with the work performed; and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered by the Bureau of Apprenticeship and Training, United States Department of Labor; and

(9) That I am a bona fide owner/operator and that my contract amount (meets or exceeds the prevailing wage for each hour I have worked). My said progress payment was received on _____ for $_____

---

### STATEMENT OF COMPLIANCE

(4c) (The fringe benefit listed are paid to approved plans, funds or program)
(Please check the one needed)

☐ (a) (In addition to the basic hourly wages rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union fund...

☐ (b.) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on the payroll, an amount of fringe benefits is paid to the appropriate programs for the benefit of such workers, except as noted in Section 9(c) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is...

☒ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount equal to the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 9(c).

| Remarks | Exception (Craft) | Explanation |
|---|---|---|
| ☐ (d) Exceptions: | | The language used on this form is identical to the language of form DD879 |

Name & Title (Print or Type)
_Tina Odom    Office Administrator_

Signature (Original signatomp required)
_Tina Odom    Office Administrator_

The WILLFUL falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.046.

Exhibit 8 p. 26 of 100    47

# CERTIFIED PAYROLL

**Alaska Department of Labor**
Labor Standards &
Safety Division
Wage & Hour Administration

| Contractor Name | CSI Coating Systems Inc. | ☒ Contractor ☐ Subcontractor | Address | 3102 5th Street, Nisku, AB Canada T9E 7X3 |
|---|---|---|---|---|

| Phone | 780-955-2856 |
| Contractor License Number | Applied |
| Week Ending | 08/09/03 |
| Payroll No. | — |
| Contracting Agency Project Number | AB 200 304 |

Project Name and Location: USCG Cargo Wharf Pile Coating Phase II

| Date Your Work Started | 08/04/03 |
| Date Your Work Completed | 09/05/03 |
| Your Est. Completion Date | 10/01/03 |
| Amount of Your Contract | $100,000 |
| Dept. of Labor Project | n/a |

Name, Social Security Number, Permanent Domicile Address (NO P.O. BOX or RURAL ROUTES ACCEPTED) and Mailing Address (if different)

Peter E Williams
90715G, Site 1
RR2
Tofield, AB
Canada TOB 4J0

S I N # 634-692-494

Classification: PAINTING/Spray, Sandblast & Power Applicator

| | Day of the Week | | | | | | | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | FICA | FED W/H TAX | ESD | Union Dues | Other (explain) | Total Deductions | Net Amount Paid | Check Number Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date of the Week | 03 | 04 | 05 | 06 | 07 | 08 | 09 | | | | | | | | | | | |
| | S | M | T | W | Th | F | S | | | | | | | | | | | |
| Hours Worked Each Day | 0 | 0 | 6 | 4 | 4 | 4 | 0 | 36.47 | 24.05 | 2231.14 | | | | | Canadian Federal Tax $633.94 | $633.94 | 1597.20 | Direct Deposit |
| | 0 | 0 | 8 | 8 | 8 | 4 | 0 | 40 | 5.70 | | | | | | | | | |
| | 0 | 0 | 4 | 12 | 12 | 12 | 64.5 | | | | | | | | | | | |

*CODES found in Laborers' & Mechanics' Minimum Rates of Pay, Pamphlet 600.

*Classification requires current State Certificate.

Form 07-6058 (Rev. 6/90)

**Exhibit 8 p. 27 of 100**

48

## CONTRACTS & SUBCONTRACTORS
### PLEASE NOTE!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or a political subdivision of the state shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

(1) That they pay or supervise the payment of persons employed by

_____CSI Coating Systems Inc_____
(Contractor/Subcontractor)

**Region 1, North of NISP***
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

**Region II, South of NISP***
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

**Region IVA, Southeast Alaska (from Yakutat south)**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 021050
Juneau, AK 99802-0630
(907) 465-4842 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUC-TION.

Date:_____Aug. 9/03_____

I, _____Patrick Williams - Operations Mgr.____
(Name of Signatory Party)                        (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by

_____CSI Coating Systems Inc_____ ; that
(Contractor/Subcontractor)

during the payroll period commencing on the _____Aug. 3/03____ and ending

on ____Aug 16/03____ , all persons employed on said project have been
(date)

paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

_____CSI Coating Systems Inc____
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described below:

(2) That _____CSI Coating Systems Inc____
(Contractor/Subcontractor)

is in full compliance with the provisions in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor, that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed; and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor; or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $_____

### STATEMENT OF COMPLIANCE

(3) That where fringe benefits are paid to approved plans, funds or programs
(check all applicable boxes)

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits are currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 5(c) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is

☒ (c) Each laborer, mechanic or field surveyors listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 5(c).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
| | |
| | |

Remarks
The language used on this form is identical to the language of form DD 879.

_____
Signature (original signature required)

____Patrick Williams____ , ____Operations Mgr.____
(Name & Title (Print or Type))

_____Patrick Williams____  ____Operations Mgr____

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

**Exhibit 8 p. 28 of 100**

49



**CERTIFIED PAYROLL**

Alaska Department of Labor
Labor Standards &
Salary Division
Wage & Hour Administration

| Contractor Name | CSI Coating Systems Inc. |
|---|---|
| Phone | 780-955-2954 |
| Project Name and Location | USCG Cargo Wharf Pile Coating Phase II |
| Contractor License Number | Applied |
| Week Ending | 08/16/03 |
| Date Your Work Started | 08/05/03 |
| Your Est. Completion Date | 10/01/03 |

Address: 2102 S14 Street, Nisku, AB canada TGE 7X5
Contracting Agency Project Number: AB 200304
Amount of Your Contract: $100,000
Dept. of Labor Project: n/a

Name: Peter Williams
Box 156, Site 1
RR2
Tofield, AB canada T0B 4J0
SIN # 634 659 484

Classification: PAINTING
Spray, Sandblast & Epoxy Applicator Labor

Hours Worked Each Day: S 10, M 11, T 12, W 13, T 14, F 15, S 16

| Day | Hours |
|---|---|
| S | 4 |
| M | 4 |
| T | 4.5 |
| W | 4 |
| T | 12 |
| F | 12 |
| S | 12 |

| | S | M | T | W | T | F | S | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | FICA | FED WH TAX | ESD | Union Dues (explain) | Other (explain) | Total Deductions | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 4 | 4.5 | 4 | 12 | 12 | 12 | 44.5 | 36.46 | | | | | | | | | |
| | 8 | 8 | 8 | 8 | 0 | 0 | 0 | 40 | 24.28 | 3073.54 | | | | | Canadian Federal Tax ← $1114.79 | $1114.79 | $1958.75 | Direct Deposit |
| | 4 | 4.5 | 4 | 12 | 12 | 12 | | 44.5 | 5.30 | | | | | | | | | |

DEDUCTIONS

\# CODES found in Laborers & Mechanical Minimum Rates of Pay, Pamphlet 600.

\*Classification requires current State Certificate.

Form 07-6058 (Rev. 6/90)

Exhibit 8 p. 29 of 100

50

## CONTRACTS & SUBCONTRACTORS
### PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or a political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

**Region I, North of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

**Region II, South of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

**Region II/A, Southeast Alaska (from Yakutat south)**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract to the state or for a political subdivision of the state who employ persons BEFORE THE FRIDAY OF EACH WEEK, file with the Department a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

**CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.**

Date: _August 16/03_

---

I, _Patrick Williams   Operations Mgr_
   (Name of Signatory Party)          (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by
_CSI Coating Systems Inc._    on the
(Contractor/Subcontractor)
_USCG Cargo Wharf Pier Coating Phase II_ ; that
(Building or Work)
during the payroll period commencing on _Aug 31 03_ and ending
on _Aug 16 03_ , all persons employed on said project have been
(Date)
paid the full weekly wages earned, that no rebates have been or will be made
either directly or indirectly to or on behalf of said
_CSI Coating Systems Inc._
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by any Statute 36 as defined in regulations issued by the Commissioner of Labor or on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described below.

(2) That _CSI Coating Systems Inc._
(Contractor/Subcontractor)
is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.05.010; and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor, that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed, and

(4) That apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; or

(5) That I am a bona fide owner/operator and that my contract amount (meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $ _____.

---

(date)

### STATEMENT OF COMPLIANCE

(b) That where fringe benefits are paid to approved plans, funds or programs (check all applicable items).

■ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

■ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor will be or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(c) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is _____

■ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

□ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
| | |
| | |

Remarks
_the language used on this form is
identical to the language on
form DD 879_

_Patrick Williams  Operations Mgr_
Name & Title (Print or Type)

_[signature]_
Signature (original signature required)

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 30 of 100

# CERTIFIED PAYROLL

**Alaska Department of Labor**
Labor Standards &
Safety Division
Wage & Hour Administration

| Contractor Name | | □ Contractor  X Subcontractor | Address |
|---|---|---|---|
| (S) Coating Systems Inc | | | 2102 SW Street, Nisku, AB Canada T9E 7X3 |

| Phone | Contractor License Number | Week Ending | Payroll No. | Contracting Agency / Project Number |
|---|---|---|---|---|
| 780 955-2856 | Applied | 08/23/03 | | AB 200 304 |

| Project Name and Location | Date Your Work Started | Your Est. Completion Date | Amount of Your Contract | Dept. of Labor Project # |
|---|---|---|---|---|
| USCG Cargo Wharf Pile Coating Phase II | 08/05/03 | 10/01/03 | $100,000 | n/a |

Name, Social Security Number Permanent Domicile Address (NO P.O. BOX or RURAL ROUTES ACCEPTED) and Mailing Address (if different)

| | Classification Code # | Date of the Month August | | | | | | | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | DEDUCTIONS | | | | | Total Deductions | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 17 18 19 20 21 22 23 | | | | | | | | | | FICA | FED W/H TAX | ESD | Union Dues | Other (explain) | | | |
| | | Hours Worked Each Day | | | | | | | | | | | | | | | | | |
| | | S M T W Th F S | | | | | | | | | | | | | | | | | |
| Peter Williams Box 151 Site 1, R R 2 Tofield, AB Canada TOB 450 SIN 631468 494 | MAIN 11402 Epoxy Sandblast + Epoxy Applicator | | 12 | 3 | 4 | 8 | 12 |  | 48 | 36.47 | 3320.94 | | | | Canadian Federal Tax ↓ 1190.97 | | 1190.97 | 2059.94 | Direct Deposit |
| | | 20 | 10 | 11 | 10 | 12 | 12 | 12 | 40 | 24.28 | | | | | | | | | |

CODES issued in Laborers' & Mechanics' Minimum Rates of Pay, Pamphlet 600.
*Classification requires current State Certificate.

Form 07-6606 (Rev. 6/00)

Exhibit 8 p. 31 of 100

52

**CONTRACTS & SUBCONTRACTORS**
**PLEASE NOTE!!**

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (from 07-6059) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

**Region I, North of NSF**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4590
(907) 451-2888

**Region II, South of NSF**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region IIA, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 021900
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6059, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: _Aug 23/03_____

---

I, _Patrick Williams — Operations Mgr_
(Name of Signatory Party)                    (Title)

do hereby pay that:

(1) That I pay or supervise the payment of persons employed by _CSI Coating Systems Inc_ on the _____
(Contractor/Subcontractor)

_CSI Coating Systems Inc_ , that
(Building or Work)

during the payroll period commencing on _Aug 17/03_ and ending
on _Aug 23/03_ , all persons employed on said project have been
(Date)
paid full weekly wages earned, that no rebates have been or will be made
either directly or indirectly to or on behalf of said

_CSI Coating Systems Inc_
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by Alaska Statute 36 as defined in regulations issued by the Commissioner of Labor, or on Federal Projects as defined in Regulation, Part 3 (29 CFR Subtitle A) issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; 40 USC 276(c), and described below.

(2) That _CSI Coating Systems Inc._
(Contractor/Subcontractor)
is in full compliance with the provisions set forth in AS 36.10, which require employment preference for Alaska residents as outlined in AS 36.05.010; and

(3) Than any payrolls otherwise under the contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor; that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed; and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked My last progress payment was received on _____ 19 $ _____.

---

**STATEMENT OF COMPLIANCE**

(check applicable box)

(8) ☐ That where fringe benefits are paid to approved plans, funds or programs

(a) ☐ In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

(b) ☐ In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is

☑ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
| | |
| | |

**Remarks**

_The language used on this form is identical to the language on form_
_DD 879_

**Signature** (original signature is required)

Name & Title (Print or Type)
_Patrick Williams    Operations Mgr_

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

53

**Exhibit 8 p. 32 of 100**

# CERTIFIED PAYROLL

**Alaska Department of Labor**
Labor Standards &
Safety Division
Wage & Hour Administration

| | |
|---|---|
| Contractor Name | CSI Coating Systems Inc. |
| Phone | 780 955 3456 |
| Contractor License Number | Applied |
| ☐ Contractor ☒ Subcontractor | |
| Address | 2100 - 54 Street, Nisku, AB Canada T9E 7X3 |
| Week Ending | 08/30/03 |
| Payroll No. | |
| Contracting Agency Project Number | AB 2003 04 |
| Project Name and Location | USCG Cargo Wharf Pile Coating Phase II |
| Date Your Work Started | 08/05/03 |
| Your Est. Completion Date | 10/01/03 |
| Amount of Your Contract | $100,000 |
| Dept. of Labor Project No. | n/c |

| Name, Social Security Number Permanent Domicile Address (NO P.O. BOX or RURAL ROUTES ACCEPTED) and Mailing Address (if different) | Specify Work Class and Code (Not Including AT, WO of Electrician, Plumbers, Pipefitter, Workers, Truck drivers Include here Exclude owner) | Apprentice (No if employee) | Vital Columns Bargaining Agreement worked for Not made part II HOME part WA | | Date of the Month | | | | | | | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | FICA | FED W/H TAX | ESD | Union Dues | Other (explain) | Total Deductions | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 24 25 26 27 28 29 30 31 | | | | | | | | | | | | | | | | | |
| | | | | | S M T W T F S | | | | | | | | | | | | | | | | | |
| Peter Williams Bay 154 Site 1, RR2 Tofield, AB Canada, T0B 430 SIN 634 658 484 | Classification Code # PAINTING Classification # Epoxy Journeyman Certificate # Canada Applied Certificate # Truck License # | | | Hours Worked Each Day | 4 4 4 4 2 10.8 0 | | | | | | | 38.5 | 36.42 | 2820.22 | | | | | Canadian Federal Tax ↓ 1812.47 | 1812.47 | 1008.35 | Direct Deposit |
| | | | | | 8 8 8 8 8 0 0 | | | | | | | 40 | 24.28 | | | | | | | | | |
| | | | | | 12 12 12 12 12 10.8 0 | | | | | | | 78.5 | 5.90 | | | | | | | | | |

◆ CODES found in Laborers' & Mechanics' Minimum Rates of Pay, Pamphlet 600.

*Classification requires current State Certificate.

Form 07-6006 (Rev. 6/90)

**Exhibit 8 p. 33 of 100**

54