## CONTRACTS & SUBCONTRACTORS
### PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including operations) shall file with the Department, a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region I, North of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station H
Fairbanks, AK 99701-4593
(907) 451-2886

Region II, South of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region III-A, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: _Aug 3 9/3_

---

I, _Patrick Williams_ _Operations Mgr_
(Name of Signatory Party)                      (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by
_CSI Coating Systems Inc._
(Contractor/Subcontractor)                                                on the
_CSI Coating Systems Inc._ _____
(Building or Work)
during the payroll period commencing on _Aug 3 9/3_ and ending
on _Aug 3 9/3_ (date), all persons employed on said project have been
paid full weekly wages earned, that no rebates have been or will be made
either directly or indirectly to or on behalf of said
_CSI Coating Systems Inc._
(Contractor/Subcontractor)
from the full weekly wages earned by any person, and that no deductions have
been made either directly or indirectly from the full wages earned by any
person, other than permissible deductions, or projects covered by Alaska
Statute 36 as defined in regulations issued by the Commissioner of Labor; or
on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A),
Statute 48 by the Secretary of Labor under the Copeland Act, as amended (48
Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), as amended,
and described below.

(2) That _CSI Coating Systems Inc._ _____
(Contractor/Subcontractor)                                                  and

Is in full compliance with the provisions set forth in AS 36.10, which requires
employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) That any payrolls otherwise under this contract required to be submitted
for the above period are correct and complete; that the wage rates for laborers,
mechanics or field surveyors contained herein are not less than the current
applicable wage rates established by the Alaska Department of Labor; that the
classification set forth therein for each laborer, mechanic or field surveyor
conforms with the work performed, and

(4) That any apprentices employed in the above period are duly registered in a
bona fide apprenticeship program registered with the State apprenticeship
agency recognized by the Bureau of Apprenticeship and Training, United
States Department of Labor, or if no such agency exists in the State, are
registered with the Bureau of Apprenticeship and Training, United States
Department of Labor; or

(5) That I am a bona fide owner/operator and that my contract amount meets
or exceeds the prevailing wage for each hour I have worked. My last progress
payment was received on. ____ (or $ ____)

---

### STATEMENT OF COMPLIANCE
_____ _____
(date)
(check all applicable items)

(a) That where fringe benefits are paid to approved plans, funds or programs

□ In addition to the basic hourly wage rates paid to each laborer,
mechanic or field surveyor listed on this payroll, payments of fringe benefits as
currently published by the Alaska Department of Labor have been or will be
made to a trust fund.

□ (b) In addition to the basic hourly wage rates paid to each laborer,
mechanic or field surveyor listed on the payroll, payments of fringe benefits as
currently published by the Alaska Department of Labor have been or will be
made to the appropriate programs for the benefit of such workers, except as
noted in Section 8(c) below. Fringe benefit payments will be made at least
quarterly to an approved plan. The name of the plan is ____

□ X (c) Each laborer, mechanic or field surveyor listed on the payroll has
been paid, as indicated on the payroll, an amount not less than the sum of the
applicable basic hourly wage plus the amount of the required fringe
benefits as currently published by the Alaska Department of Labor, except as
noted in Section 8(d).

(d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
| | |
| | |

**Remarks:**
_The language used on this form is identified as the language on Form DD 875_

_____ (Signature)
(original signature required)
Name & Title (Print or Type)

The willful falsification of any of the above statements or information
may subject the contractor or subcontractor to civil or criminal
prosecution. See Section 1001 of Title 18 and Section 231 of the United
States Code. Also see AS 36.05.060.

Exhibit 8 p. 34 of 100                                                        55



Exhibit 8 p. 35 of 100

56

**CONTRACTS & SUBCONTRACTORS**
**PLEASE NOTE!!**

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or political subdivision thereof (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region I, North of NKG*
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

Region II, South of NKG*
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region III, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form must contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

**CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.**

Date: _SEPTEMBER 6/03_

---

I, _Ginett Chuck Operations Coordinator_
            (Name of Signatory Party)                    (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by _CSI Coating Systems Inc._
                                                                        (Contractor/Subcontractor)
on the _USCG Cargo Pile Coating Phase II_ project, that
                    (Building or Work)
on the payroll period commencing on _September 6/03_ and ending
                                        (date)
on _August 23/03_, all persons employed on said project have been paid full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said _CSI Coating Systems Inc._
                                    (Contractor/Subcontractor)
from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by any Statute 38 as defined in regulations issued by the Commissioner of Labor, on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108; 72 Stat. 967; Stat. 357, 40 USC 276(c), and described below.

(2) That _CSI Coating Systems Inc._ and
            (Contractor/Subcontractor)

is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) That any payrolls otherwise under this contract required to be submitted for the period are correct and complete, that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates set forth in the attached herein for each laborer, mechanic or field surveyor are duly registered in the above period, and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State Apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor, or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $_____.

---

**STATEMENT OF COMPLIANCE**                                    (date)
(6) That where fringe benefits are paid to approved plans, funds or programs
☐ (a) (check all applicable items)
    In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed in this payroll, payments of fringe benefits currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is _____

☐ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
|  |  |
|  |  |
|  |  |

**Remarks**
THE LANGUAGE USED ON THIS FORM IS IDENTICAL TO THE LANGUAGE USED ON FORM DD874

**Signature (original signature required)**

**Name & Title (Print or Type)**
_Ginett Chuck Operations Coordinator_

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

---

**Exhibit 8 p. 36 of 100**

57

## CONTRACTS & SUBCONTRACTORS
## PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or a political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region I, North of NG3*
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

Region II, South of NG3*
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
3301 Eagle Street
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region I/A, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department a sworn affidavit for the previous week, setting out in detail the number of persons employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date _Sep|6|05_

---

I, _Ginette Church_ _CPL Coordinator_
(Name of Signatory Party)      (Title)

of _USG CARGO WHARF Pile Coating Phase II._
(Building or Work)

do hereby state:

(1) That I pay or supervise the payment of persons employed by _CSI Coating Systems Inc._
(Contractor/Subcontractor)

on the _CSI Coating Systems Inc._
(Contractor/Subcontractor)

on _September 05_, commencing the _Aug 31 05_ and ending during the payroll period commencing on _September 05_, all persons employed on said project have been paid full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said _____

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by any State as defined in regulations issued by the Commissioner of Labor or on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described below.

(2) That _CSI Coating Systems, Inc._
(Contractor/Subcontractor)                                 and

is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor; that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed; and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $ _____.

---

## STATEMENT OF COMPLIANCE

(date)

(6) That where fringe benefits are paid to approved plans, funds or programs
(check all applicable items)

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to appropriate programs for the benefit of such workers, except as noted in Section 6(c) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is _____

☒ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefit as currently published by the Alaska Department of Labor, except as noted in Section 6(d) below.

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
|  |  |

Remarks
The language used on this form
is identical to the language of
form DD879

Signature (Original signature required)
_Ginette Church CPL Coordinator_

Name & Title (Print or Type)
_Ginette Church CPL Coordinator_

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 37 of 100

# CERTIFIED PAYROLL

**Alaska Department of Labor**
**Labor Standards & Safety Division**
**Wage & Hour Administration**

| Contractor Name | CSI Coating Systems Inc | ☐ Contractor | ☑ Subcontractor | Address | 2100a-5th St. Nisku, AB, Canada T9E 7X3 |

| Phone | 780 955 9856 | Contractor License Number | Applied | Payroll No. | | Contracting Agency Project Number | AB200304 |

| Project Name and Location | USCG Cargo Wharf Pile Coating Phase II | Date Your Work Started | 08/05/03 | Week Ending | Sept 13/03 | Your Est. Completion Date | 10/01/03 | Amount of Your Contract | $100,000 | Dept. of Labor Project | n/a |

| Name, Social Security Number Permanent Domicile Address (NO P.O. BOX or RURAL ROUTES ACCEPTED) and Mailing Address (if different) | | Special Work Class Code # | Apprentice (%) if applicable | New Collective Bargaining Agreement covers the worker if job is "0" NONE put N/A | | Date of the Month | | | | | | | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | FICA | FED W/H TAX | ESD | Union Dues | Other (explain) | Total Deductions | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | | | | | | | | | | |
| | | | | | | S | M | T | W | TH | F | S | | | | | | | | | | | |
| Peter Williams Box 156, Sta 1, RR2 Tofield, AB Canada T0B 4T0 SIN# 634808484 | PAINTING DC sprayer/sandblaster epoxy/application | MAIN | | | OT | 4 | 4 | 4 | 4 | 4 | | | 39 | 36.48 | 2844.88 | | | | | ↓ Canadian Federal Tax 1367.48 | 1367.48 | 1474.40 | Direct Deposit |
| | | | | ST | 8 | 8 | 8 | 8 | 0 | | | 40 | 24.28 | | | | | | | | | |
| | | | | FB | 12 | 12 | 12 | 12 | 5 | | | | 5.70 | | | | | | | | | |
| Classification Code # | Certificate # Track License # | | | OT | | | | | | | | | | | | | | | | | | | |
| Classification | | | | ST | | | | | | | | | | | | | | | | | | | |
| | | | | FB | | | | | | | | | | | | | | | | | | | |
| Classification Code # | Certificate # Track License # | | | OT | | | | | | | | | | | | | | | | | | | |
| Classification | | | | ST | | | | | | | | | | | | | | | | | | | |
| | | | | FB | | | | | | | | | | | | | | | | | | | |
| Classification Code # | Certificate # Track License # | | | OT | | | | | | | | | | | | | | | | | | | |
| Classification | | | | ST | | | | | | | | | | | | | | | | | | | |
| | | | | FB | | | | | | | | | | | | | | | | | | | |
| Classification Code # | Certificate # Track License # | | | OT | | | | | | | | | | | | | | | | | | | |
| Classification | | | | ST | | | | | | | | | | | | | | | | | | | |
| | | | | FB | | | | | | | | | | | | | | | | | | | |

◆ CODES found in Laborer's & Mechanics Minimum Rates of Pay, Pamphlet 600.

*Classification requires current State Certificate.

Form 07-6058 (Rev. 6/90)

**Exhibit 8 p. 38 of 100**

## CONTRACTS & SUBCONTRACTORS
### PLEASE NOTE!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

**Region I, North of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

**Region II, South of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

**Region IIIA, Southeast Alaska (from Yakutat south)**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: SEPTEMBER 13/03

---

I, Ginette Oboak Op Coordinator
(Name of Signatory Party)                    (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by

CSI Cutting Systems Inc.    on the
(Contractor/Subcontractor)

UASCG CARGO BARGE PILE CUTTING PROJECT that
(Building or Work)

during the payroll period commencing on SEPT 7/03 and ending
on SEPT 20/03, all persons employed on said project have been
(date)
paid full weekly wages earned, that no rebates have been or will be made
either directly or indirectly to or on behalf of said

CSI CUTTING SYSTEMS INC.
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by any Alaska Statute 36 as defined in regulations issued by the Commissioner of Labor, or on Federal Projects as defined in Regulations, Part (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967, Stat. 357; 40 USC 276(c), and described below.

(2) That CSI CUTTING SYSTEMS INC.                    and
(Contractor/Subcontractor)

is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for All Alaska residents as outlined in AS 36.05.010; and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete, that the wage rates for laborers, mechanics, or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor, that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed, and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State Apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor; or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor, or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $_____

---

### STATEMENT OF COMPLIANCE
(date)

(6) That where fringe benefits are paid to approved plans, funds or programs
(check all applicable items below):

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☒ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is

☒ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
|  |  |
|  |  |
|  |  |

**Remarks**
THE LANGUAGE USED ON THIS FORM
IS IDENTICAL TO THE LANGUAGE OF
FORM DD879

Signature (original signature required)

Name & Title (Print or Type)
Ginette Obuck    Operations Coordinator

The willful falsification of any or all the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 39 of 100

60

## CONTRACTS & SUBCONTRACTORS
### PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region I, North of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

Region II, South of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region IIA, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: _Sept 13/03_

---

I, _Gretta Obuck_ , _Op. CEO/Director_
  (Name of Signatory Party)  (Title)
do hereby state:

(1) That I pay or supervise the payment of persons employed by

_CSI Coating Systems Inc._ , on the
(Contractor/Subcontractor)

_USCG Kodiak Pile Coating Phase II_ that
(Building or Work)

during the payroll period commencing on _Sept 7_ 03 and ending

on _Sept 2003_ , all persons employed on said project have been
  (date)
paid full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

_CSI Coating Systems Inc._
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by Alaska Statute 36 as defined in regulations issued by the Commissioner of Labor, or on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 83 Stat. 108; 72 Stat. 967; Stat. 357, 40 USC 276(c), and described below:

  and

(2) That _CSI Coating Systems Inc._
(Contractor/Subcontractor)
is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) Than any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor; that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed; and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State Apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $ _____

---

### STATEMENT OF COMPLIANCE
  (date)
(check all applicable items)

(6) That where fringe benefits are paid to approved plans, funds or programs

☐ (a) In addition to the basic hourly wage paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to an approved plan, funds or programs for the benefit of such workers, except as noted in Section 6(d) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is

☐ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
| --- | --- |
|  |  |
|  |  |

Remarks
THE LANGUAGE USED ON THIS FORM IS IDENTICAL TO THE LANGUAGE OF FORM DD879

Signature (original signature required)
_[signature]_

Name & Title (Print or Type)
_Gretta Obuck, Op. CEO/Director_

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

**Exhibit 8 p. 40 of 100**

61

# CERTIFIED PAYROLL

**Alaska Department of Labor**
Labor Standards &
Safety Division
Wage & Hour Administration

| Contractor Name | CSI Coating Systems Inc | | D Contractor | ☒ Subcontractor | Address | 8103 - 5th Street, Niska, MB Canada T9E 7K3 |
|---|---|---|---|---|---|---|
| Phone | 780 955 2852 | Contractor License Number | | Payroll No. | Contracting Agency Project Number | AB 20 0304 |
| Project Name and Location | USCG Cargo Wharf Pile coating Phase II | | Applied | Week Ending | Sept 20/03 | |
| | | | Date Your Work Started | Your Est. Completion Date | Amount of Your Contract | Dept. of Labor Project |
| | | | 08/05/03 | 10/01/03 | $100,000 | n/a |

| Name, Social Security Number / Permanent Domicile Address (NO P.O. BOX or RURAL ROUTES ACCEPTED) and Mailing Address (if different) | Specific Work Class Code Including certificate #'s for Electricians, Plumbers, Painters, Welders, Truck drivers include truck license number | Apprentice (%) if applicable | What Collective Agreement Beginning Amount that is per hour per M/A | | Date of the Month | | | | | | | | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | FICA | FED W/H TAX | ESD | Union Dues | Other (explain) | Total Deductions | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | | | | | | | | | | |
| | | | | 3 | M | T | W | Th | F | S | Day of the Week | | | | | | | | | | | |
| Peter E.J. Williams Box 705, Site 1, RR2 Tofield, AB Canada T0B4J0 SIN 634648 484 | Classification Code # PAINT W HDC Classification applied appliicator | | OT | 0 | 3.5 | 4 | 2 | 3 | 3 | 10 | 24.5 | 24.5 | 36.4 | 2223.14 | | | | | | 1073.59 | 1157.55 Direct Deposit |
| | Certificate # | ST | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 40 | 24.08 | | | | | | Canadian Federal Tax | | 1073.59 | |
| | Truck License #' | FB | D | 11.5 | 12 | 10 | 11 | 10 | 10 | 64.5 | 5.70 | | | | | | | | | | |
| | Classification Code # | OT | | | | | | | | | | | | | | | | | | | |
| | Certificate # | ST | | | | | | | | | | | | | | | | | | | |
| | Truck License #' | FB | | | | | | | | | | | | | | | | | | | |
| | Classification Code # | OT | | | | | | | | | | | | | | | | | | | |
| | Certificate # | ST | | | | | | | | | | | | | | | | | | | |
| | Truck License #' | FB | | | | | | | | | | | | | | | | | | | |
| | Classification Code # | OT | | | | | | | | | | | | | | | | | | | |
| | Certificate # | ST | | | | | | | | | | | | | | | | | | | |
| | Truck License #' | FB | | | | | | | | | | | | | | | | | | | |
| | Classification Code # | OT | | | | | | | | | | | | | | | | | | | |
| | Certificate # | ST | | | | | | | | | | | | | | | | | | | |
| | Truck License #' | FB | | | | | | | | | | | | | | | | | | | |

* CODES found in Laborers' & Mechanics' Minimum Rates of Pay, Pamphlet 600.

*Classification requires current State Certificate.

Form 07-6058 (Rev. 6/00)

**Exhibit 8 p. 41 of 100**

62

## CONTRACTS & SUBCONTRACTORS
### PLEASE NOTE!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including owner-operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

**Region I, North of 63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

**Region II, South of 63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

**Region IIA, Southeast Alaska (from Yakutat south)**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 021620
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: _SEPTEMBER 30/03_

---

I, _Ginette Obuck_ _____
(Name of Signatory Party)

_Op-Coordinator_
(Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by

_CSL COATING SYSTEMS INC._
(Contractor/Subcontractor)

_USCG CARGO WHARF PILE COATING PHASE II_ that
(Building or Work)

during the payroll period commencing on _SEPTEMBER 7/03_ and ending on _SEPTEMBER 20/03_, all persons employed on said project have been paid full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

_CSL COATING SYSTEMS INC._
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described below.

(2) That _CSL COATING SYSTEMS INC._ _____
(Contractor/Subcontractor)   and

is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.05.010; and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete, that the wage rates for laborers, mechanics or field surveyors contained therein are not less than the current applicable wage rates established for the Alaska Department of Labor, that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed; and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; and

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $_____

---

## STATEMENT OF COMPLIANCE
(check all applicable items)
_____ (date)

☐ (a) That where fringe benefits are paid to approved plans, funds or programs

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to appropriate programs for the benefit of such workers, except as noted in Section 6(d) below.

☐ (b) Where fringe benefits are paid in cash:

☐ Each laborer, mechanic or field surveyor listed in the above payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d) below. Fringe benefit payments will be made no less than quarterly to an approved plan. The name of the plan is

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
| | |
| | |
| | |

Remarks:
THE LANGUAGE USED ON THIS FORM IS
IDENTICAL TO THE LANGUAGE USED
ON FORM DD 879

Signature (original signature required)
_Ginette Obuck_ _____

Name & Title (Print or Type)
_Ginette Obuck, Operations Coordinator_

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 42 of 100

## CONTRACTS & SUBCONTRACTORS
### PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region I, North of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

Region II, South of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region IIA, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020620
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date ___Sept 26/03___

---

I, _Ginette Obuck Operations Coordinator_
(Name of Signatory Party)                                    (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by _CSI Coming Systems Inc._
(Contractor/Subcontractor)

_CSI Coming Wharf Pile Coming Parcel II,_
(Building or Work)

on the _Sept 7 26 03_ all persons employed on said project have been
(date)

paid full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

_CSI Coming Systems Inc._
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by any Statue 36 as defined in regulations issued by the Commissioner of Labor, or on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357, 40 USC 276(c), and described below.

(2) That _CSI Coming Systems Inc._
(Contractor/Subcontractor)                                    and

is in full compliance with the provisions set forth in AS 36.10, which require employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) Then any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor, that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed, and

| Exception (Craft) | Explanation |
|---|---|
|  |  |
|  |  |
|  |  |

Signature (original signature required)

Name & Title (Print or Type)
_Ginette Obuck, Operations Coordinator_

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

---

### STATEMENT OF COMPLIANCE

(date)

(6) That where fringe benefits are paid to approved plans, funds or programs (check all applicable items)

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently or field surveyor listed on the payroll, payments of fringe benefits as made to a union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is _____.

☒ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (d) Exceptions:

Remarks
THE LANGUAGE USED ON THIS FORM IS IDENTICAL TO THE LANGUAGE USED ON FORM DD879

Exhibit 8 p. 43 of 100                                                    64

**CERTIFIED PAYROLL**

**Alaska Department of Labor**
Labor Standards &
Safety Division
Wage & Hour Administration

| Contractor Name | ☐ Contractor ☒ Subcontractor | Address |
|---|---|---|
| CSI Coating Systems Inc | | Rioa - SW Street Nisku AB Canada T9E 7K3 |

| Phone | Contractor License Number | Week Ending | Payroll No. | Contracting Agency Project Number |
|---|---|---|---|---|
| 780 955 2856 | Applied | Sept 27/03 | | AB20030Y |

| Project Name and Location | Date You Work Started | Your Est. Completion Date | Amount of Your Contract | Dept. of Labor Project |
|---|---|---|---|---|
| USCG CARGO Wharf Pile Coating Phase II | 08/05/03 | 10/01/03 | $100,000 | n/a |

| Name, Social Security Number Permanent Domicile Address (NO P.O. BOX or RURAL ROUTES ACCEPTED) Work and Mailing Address (if different) | Specialty Work Class | What Collective Bargaining Agreement | Apprentice | Date of the Month / Day of the Week | | | | | | | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | DEDUCTIONS | | | | | Total Deductions | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 21 22 23 24 25 26 27 | | | | | | | | | | FICA | FED WH TAX | ESD | Union Dues | Other (explain) | | | |
| | | | | S M T W Th F S | | | | | | | | | | | | | | | | | |
| Pete E Williams Box 150, Stn 1, RR2 Tofield, AB Canada T0B 4J0 SIN 634 618 494 | Classification PAINTING Classification Code # Certificate/ Truck License # | Painter/Sandblast Epoxy Applicator | OT | 2 | | | | | | | 36.5 | 36.40 | 2736.18 | ╳ | ╳ | ╳ | ╳ | Canada Federal Tax 1171.18 | 1171.18 | 1565.40 | Direct deposit |
| | | | ST | 9 8 8 8 4 0 0 | | | | | | | 40 | 34.40 | | | | | | | | | |
| | | | OT | 10 8 9 8 11 | 12 | 8.5 | 12 | | | | 7.65 | 5.70 | | | | | | | | | |
| | Classification | | FB | | | | | | | | | | | | | | | | | | |
| | Classification Code # | | OT | | | | | | | | | | | | | | | | | | |
| | Certificate/ Truck License # | | ST | | | | | | | | | | | | | | | | | | |
| | Classification | | FB | | | | | | | | | | | | | | | | | | |
| | Classification Code # | | OT | | | | | | | | | | | | | | | | | | |
| | Certificate/ Truck License # | | ST | | | | | | | | | | | | | | | | | | |
| | Classification | | FB | | | | | | | | | | | | | | | | | | |
| | Classification Code # | | OT | | | | | | | | | | | | | | | | | | |
| | Certificate/ Truck License # | | ST | | | | | | | | | | | | | | | | | | |
| | Classification | | FB | | | | | | | | | | | | | | | | | | |
| | Classification Code # | | OT | | | | | | | | | | | | | | | | | | |
| | Certificate/ Truck License # | | ST | | | | | | | | | | | | | | | | | | |
| | Classification | | FB | | | | | | | | | | | | | | | | | | |

♦ CODES found in Laborers' & Mechanics' Minimum Rates of Pay, Pamphlet 600

*Classification requires current State Certificate.

Form 07-6058 (Rev. 6/00)

Exhibit 8 p. 44 of 100    65

## CONTRACTS & SUBCONTRACTORS
### PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or a political subdivision of the state (including owner/operator) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region I, North of N62°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

Region II, South of N62°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region IIA, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit its/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

**CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.**

Date: SEPTEMBER 26/03

---

I, Ginette Obuck, Op. Coordinator
(Name of Signatory Party)                    (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by

CSI COATING SYSTEMS INC.
(Contractor/Subcontractor)

on the

WSCA CARGO WHARF PILE COATING PHASE II, that
(Building or Work)

during the payroll period commencing on SEPTEMBER 21/03 and ending

on OCTOBER 5/03 , all persons employed on said project have been
paid full weekly wages earned, that no rebates have been or will be made
either directly or indirectly to or on behalf of said

CSI COATING SYSTEMS INC.
(Contractor/Subcontractor)

from the full weekly wage earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations issued by the Secretary of Labor under the Davis-Bacon Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described below.

and

(2) That CSI COATING SYSTEMS INC.
(Contractor/Subcontractor)

is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as defined in AS 36.95.010; and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete, that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor; that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed, and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor, and

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $_____.

---

### STATEMENT OF COMPLIANCE

_____
(date)

(6) That where fringe benefits are paid to approved plans, funds or programs (check all applicable items)

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as made to or under the plan, fund or program for the benefit of each laborer, mechanic or field surveyor listed on the payroll, as indicated on the payroll.

☒ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(c) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is _____

☒ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
| | |
| | |

Remarks:
THE LANGUAGE USED ON THIS FORM
IS IDENTICAL TO THE LANGUAGE
USED ON FORM DD 879

Signature (original signature required)

Ginette Obuck, Operations Coordinator
Name & Title (Print or Type)

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 45 of 100

66

## CONTRACTORS & SUBCONTRACTORS
## PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

**Region I, North of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station I
Fairbanks, AK 99701-4593
(907) 451-2886

**Region II, South of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

**Region IIA, Southeast Alaska (from Yakutat south)**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit that, file with the Department of Labor a sworn affidavit setting out the detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: _Sept 26/03_

---

I, ___Ginette Church Op Coordinator___
(Name of Signatory Party)

of ___CSI Cathing Systems Inc.___
(Contractor/Subcontractor)

do hereby state:

(1) That I pay or supervise the payment of persons employed by

___CSI Cathing Systems Inc.___
(Building or Work)
on the

___Alaska Cargo Winter Rule Cathing Phase II___, that during the payroll period commencing on ___Sept 21/03___ and ending

on ___Oct 5/03___, all persons employed on said project have been paid full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

___CSI Cathing Systems Inc.___
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in regulations issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described below.

(2) That ___CSI Cathing Systems Inc.___
(Contractor/Subcontractor)

is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as defined in AS 36.95.010, and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete, that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor; that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed; and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $_____

---

STATEMENT OF COMPLIANCE
(6) That where fringe benefits are paid to approved plans, funds or programs (check all applicable items)

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d) below.  Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is

☐ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
|  |  |
|  |  |
|  |  |

Remarks
THE LANGUAGE USED ON THIS FORM
IS IDENTICAL TO THE LANGUAGE
USED ON FORM DD879

Signature (original signature required) ___Ginette Church___

Name & Title (Print or Type)
___Ginette Church Operation Coordinator___

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 46 of 100

67

# CERTIFIED PAYROLL

**Alaska Department of Labor**
**Labor Standards &**
**Safety Division**
**Wage & Hour Administration**

THE SEAL OF ALASKA

| Contractor Name | ☐ Contractor ☐ Subcontractor | Address |
|---|---|---|
| Cripeo Companies, Inc. | | 6837 Krebs Rd. Bakersfield, CA 93308 |

| Phone | Contractor License Number | Week Ending | Payroll No. | Contracting Agency Project Number |
|---|---|---|---|---|
| 661-588-1196 | APPLIED | 9/6/03 | N/A | AE # 203 304 Phase II |

| Project Name and Location | Date Your Work Started | Your Est. Completion Date | Amount of Your Contract | Dept. of Labor Project |
|---|---|---|---|---|
| USCG CARGO WHARF PILE CONTROL | 08/05/03 | 10/01/03 | 100,000.00 | N/A |

**Name, Social Security Number**
Permanent Domicile Address
(NO P.O. BOX or RURAL ROUTES ACCEPTED)
and Mailing Address (if different)

RANDY ROGERS
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
6701 Tibbe River Ln
Bakersfield, CA
93308

| | Classification Code ◆ | | Day of the Month | | | | | | | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | FICA | FED W/H TAX | State ESC | Union Dues | Other (explain) SUI | Total Deductions | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 31 | 1 | 2 | 3 | 4 | 5 | 6 | | | | | | | | | | | |
| | Classification Code ◆ APPRENTICE | | S | M | T | W | T | F | S | | | | | | | | | | | |
| | SPRAY BANKMENT SEAL APPLICATOR | O.T. | 4 | 0 | 0 | 3.5 | 4 | 4 | 1 | 19.5 | 36.42 | 2264.63 | 173.4 | 398.41 | 191.76 | | 20.40 | 715.97 | 1550.66 | 30138115 |
| | | S.T. | 8 | 0 | 0 | 8 | 8 | 8 | 1.5 | 40 | 24.28 | | | | | | | | | |
| | | O.T. | 12.0 | 0 | 16 | 8.5 | 12 | 12 | 1.5 | 8.40 | 48.50 | | | | | | | | | |
| | Classification # Truck License # | | | | | | | | | | | | | | | | | | | |
| | Classification Code ◆ | | | | | | | | | | | | | | | | | | | |
| | Classification # Truck License # | | | | | | | | | | | | | | | | | | | |
| | Classification Code ◆ | | | | | | | | | | | | | | | | | | | |
| | Classification # Truck License # | | | | | | | | | | | | | | | | | | | |
| | Classification Code ◆ | | | | | | | | | | | | | | | | | | | |
| | Classification # Truck License # | | | | | | | | | | | | | | | | | | | |
| | Classification Code ◆ | | | | | | | | | | | | | | | | | | | |

◆ CODES found in Laborer's & Mechanic's Minimum Rates of Pay, Pamphlet 600.

*Classification requires current State Certificate.

Form 07-6058 (Rev. 6/00)

Exhibit 8 p. 47 of 100

68

## CONTRACTS & SUBCONTRACTORS
## PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department a certified payroll (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region I, North of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

Region II, South of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region IIA, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: 09/06/03

---

I, __Tina Odom__ (Name of Signatory Party), __Office Administrator__ (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by
__Corpro Companies Inc.__ (Contractor/Subcontractor) on the
__USCG Cargo Wharf Pile Coating__ (Building or Work) ; that
during the payroll period commencing on __08/31/03__, and ending
on __09/06/03__, all persons employed on said project have been
paid full weekly wages earned, that no rebates have been or will be made
either directly or indirectly to or on behalf of said __Corpro Companies Inc.__
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or charges covered by any Statute as defined in regulations issued by the Comptroller of Labor, or on Federal Projects as defined in Regulation, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; 357; 40 USC 276(c), and described below.

(2) That __Corpro Companies Inc.__ (Contractor/Subcontractor) and
is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete, that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor, that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed; and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $ _____

---

STATEMENT OF COMPLIANCE
_____ (date)

(6) That where fringe benefits are paid to approved plans, funds or programs (check all applicable items)

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently or field surveyor listed by the Alaska Department of Labor have been or will be made to union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(c) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is _____

☒ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
| --- | --- |
|  |  |
|  |  |

Remarks: The language used on this form is identical to the language of form DD879

Signature (original signature required) _[signature]_

Name & Title (Print or Type)
Tina Odom, Office Administrator

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 48 of 100

# CONTRACTS & SUBCONTRACTORS
## PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or a political subdivision of the state (including subcontractors) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

**Region I, North of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

**Region II, South of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

**Region IIA, Southeast Alaska (from Yakutat south)**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

---

I, _Tina Odom_ _____
   (Name of Signatory Party)      _Office Administrator_
                                        (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by
_Corpro Companies Inc._ _____ on the
         (Contractor/Subcontractor)

_USCG Cargo Wharf Pile Coating_ ; that
         (Building or Work)

during the payroll period commencing on _08/31/03_ and ending
                                          (date)

on _09/06/03_, all persons employed on said project have been
      (date)
paid full weekly wages earned, and that no rebates have been or will be made either directly or indirectly to or on behalf of said

_Corpro Companies Inc._ _____
         (Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by Alaska Statutes as defined in regulations issued by the Commissioner of Labor or on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described below.

☐ (2) That _Corpro Companies Inc._ _____
                  (Contractor/Subcontractor)

is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010; and

☐ (3) Than any payrolls otherwise under this contract required to be submitted for the above period are correct and complete, that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor; that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed;

☐ (4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $ _____

---

**STATEMENT OF COMPLIANCE**
                                              (date)

(6) That where fringe benefits are paid to approved plans, funds or programs
(check all applicable items)

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on the payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b ) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(c). Fringe benefit payments will be made at least quarterly to an approved plan.

☒ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
|  |  |
|  |  |
|  |  |

Remarks: _The language used on this form is identical to the language of form DD879_

_Tina Odom   Office Administrator_
Name & Title (Print or Type)

_Tina Odom  Office Administrator_
Signature (original signature required)

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Date: _09/08/03_ _____

Exhibit 8 p. 49 of 100        70

# CERTIFIED PAYROLL

**Alaska Department of Labor**
Labor Standards &
Safety Division
Wage & Hour Administration

| Contractor Name | Corpro Companies Inc. | | CI Contractor | CI Subcontractor | Address | 6837 Krebs Rd. Bakersfield, CA 93308 |
|---|---|---|---|---|---|---|
| Phone | 661-588-1186 | Contractor License Number | APPLIED | Week Ending | 9/13/03 | Payroll No. | N/A | Contracting Agency Project Number | AE#200304 Phase II |
| Project Name and Location | USCG CARGO WHARF PILE COATING, 08/05/03 | | | Date Your Work Started | 10/01/03 | Your Est. Completion Date | 100,000.00 | Amount of Your Contract | N/A | Days of Labor Project | N/A |

| Name, Social Security Number Permanent Domicile Address (NO P.O. BOX or RURAL ROUTES ACCEPTED) and Mailing Address (if different) | Classification Code & Trade or Work Class | | Date of the Month / Day of the Week — Hours Worked Each Day | | | | | | | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | FICA | FED W/H TAX | State ESD | Union Dues | Other (explain) | Total Deductions | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | | | | | | | | | | |
| | | | S | M | T | W | T | F | S | | | | | | | | | | | |
| RANDY POWERS 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 6701 Tisbe River Ln Bakersfield, CA 93308 | AH1111140C SPRAY SANDBLAST EQ'NT APPLICATOR | DT | 4 4 / 8 | 4 / 12 | 4 / 12 | 4 / 12 | 12 / 12 | 8 | 8 | 84 4 | 40 40 | 26.42 24.28 | 3320.89 | 291.29 / 285.69 | 730.45 | 29.15 | 511 | 1200.63 | 2127.21 | 801381119 |
| | | | | | | | | 8 | 8 | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |

© CODES found in Laborers' & Mechanics' Minimum Rates of Pay, Pamphlet 600.

*Classification requires current State Certificate.

Form 07-6008 (Rev. 6/00)

Exhibit 8 p. 50 of 100

71

## CONTRACTS & SUBCONTRACTORS
### PLEASE NOTE!!

**8 AAC 30.020 CERTIFIED PAYROLL.** (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

**Region I, North of 63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

**Region II, South of 63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

**Region III/A, Southeast Alaska (from Yakutat south)**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form; However, the payroll form shall contain the same information required on this form.

**Sec. 36.05.040.** Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

**CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.**

Date: 09/15/03

---

I, **Tina Odom** _____
(Name of Signatory Party)

**Office Administrator** _____ (Title)
(date)

do hereby state:

(1) That I pay or supervise the payment of persons employed by **Corrpro Companies Inc.** _____ on the
(Contractor/Subcontractor)

**USCG Cargo Wharf Pile Coating** ; that
(Building or Work)

on 09/13/03 _____ all persons employed on said project have been
(date)

paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

(Contractor/Subcontractor)
from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by state, as defined in regulations issued by the Commissioner of Labor, or on Federal Projects as defined in Regulation, Part I (29 CFR Subtitle A) issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described below.

(2) That **Corrpro Companies Inc.,** and
(Contractor/Subcontractor)

is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveys contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor, that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed; and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $ _____

---

**STATEMENT OF COMPLIANCE**

(6) That where fringe benefits are paid to approved plans, funds or programs
(check all applicable items)

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(c) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is

☐ (d) Exceptions.

☑ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

| Exception (Craft) | Explanation |
|---|---|
| | |
| | |

Remarks: The language used on this form is identical to the language of form DD879

**Signature** (original signature required) _Tina Odom_

Name & Title (Print or Type) **Tina Odom, Office Administrator**

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 51 of 100

72

## CONTRACTS & SUBCONTRACTORS PLEASE NOTE!!

**8 AAC 30.020 CERTIFIED PAYROLL. (a)** All Contractors shall perform work on a public construction contract for the state or a political subdivision of the state (including any owner-operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

**(b)** The certified payroll shall be mailed to the Department's regional office in the region in which the work is performed.

Region I, North of N65°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

Region II, South of N65°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region IIA, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

**Sec. 36.05.040.** Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, **BEFORE THE FRIDAY OF EACH WEEK**, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

**CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND MAY NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.**

Date: 09/15/03

---

I, Tina Odom
(Name of Signatory Party)

Office Administrator
(Title)

do hereby state:

**(1)** That I pay or supervise the payment of persons employed by
Corrpro Companies Inc.
(Contractor/Subcontractor)

on the USCG Cargo Wharf Pile Coating
(Building or Work)

that during the payroll period commencing on 09/07/03
(date)

and ending on 09/13/03, all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said
Corrpro Companies Inc.
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by Alaska Statute 36 as defined in regulations issued by the Commissioner of Labor, or on Federal Projects as defined in Regulation, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat 948, 63 Stat 108, 72 Stat 967, 74 Stat. 357; 40 USC 276(c), and described below:

**(2)** That Corrpro Companies Inc.
(Contractor/Subcontractor)

is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010; and

**(3)** That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete, that the wage rates for laborers, mechanics, or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor; that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed; and

**(4)** That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; and

**(5)** That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $ _____

---

**STATEMENT OF COMPLIANCE**                                 (date)

**(6)** That where fringe benefits are paid to approved plans, funds or programs
(check all applicable items)

☐ **(a)** In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed in the payroll, payments of fringe benefits as currently published for this project have been or will be made to a union trust.

☐ **(b)** In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on the payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is

☐ **(c)** Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ **(d)** Exceptions:

| Exception (Craft) | Explanation |
|---|---|
|  |  |
|  |  |
|  |  |

**Remarks:** The language used on this form is identical to the language of form DD879

Signature (original signature required) *Tina Odom*

Name & Title (Print or Type) Tina Odom, Office Administrator

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 52 of 100

73

# CERTIFIED PAYROLL

**Alaska Department of Labor**
Labor Standards &
Safety Division
**Wage & Hour Administration**

| Contractor Name | Corrro Companies, Inc. | ☐ Contractor | Address | 6857 Krebs Rd. Bakersfield, CA 93308 |

| Phone | 661-588-1196 | Contractor License Number | VANLIEO | Week Ending | 9/20/03 | Payroll No. | n/a | Contracting Agency Project Number AE # 2-0T30T/ProjeII |

Project Name and Location: USCG CARGO WHARF PILE CAPPING

| Date Your Work Started | 8/3/02 | Your Est. Completion Date | 10/21/03 | Amount of Your Contract | 100,000.00 | Dept. of Labor Project | N/A |

| Name, Social Security Number Permanent Domicile Address (NO P.O. BOX or RURAL ROUTES ACCEPTED) and Mailing Address (if different) | Classification Code # | Day of the Week / Date of the Month | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | FICA | FED W/H TAX | State ESD | Union Dues | Other (explain) SUI | Total Deductions | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

RANDY ROGERS
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
6701 Tissae River Ln
BAKERSFIELD, CA
93308

Classification: ANTI/HOC SPRAY SAND BL WT EBOX APPLICATOR

Date of Month: 14 15 16 17 18 19 20
Day of Week: S M T W T F S

DT/FE
4 2 4 3 1 10 24
.5
12 10 12.5 11 9 10 64.5

| Total Hours | Hourly Rate | Gross Amount | FICA | FED W/H TAX | State ESD | Union Dues | SUI | Total Deductions | Net Amount | Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 36.42 | | | | | | | | | |
| 40 | 24.28 | | | | | | | | | |
| .5 | 48.56 | | | | | | | | | |
| 64.5 | 8.46 | 2411.36 | 184.46 | 420.05 | 185.22 | | 21.76 | 780.41 | 1630.95 | 30185201 |

Exhibit 8 p. 53 of 100

# CODES found in Laborers' & Mechanics' Minimum Rules of Pay, Pamphlet 600.

*Classification requires current State Certificate.

Form 07-6008 (Rev. 6/00)

74

**CONTRACTS & SUBCONTRACTORS PLEASE NOTE!!**

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state are (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

**Region I, North of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

**Region II, South of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

**Region IIA, Southeast Alaska (from Yakutat south)**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4539 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of persons employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK MAY BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: 09/22/03

---

I, Tina Odom
(Name of Signatory Party)  Office Administrator (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by
Corrpro Companies Inc.
(Contractor/Subcontractor)
on the USCG Cargo Wharf Pile Coating (Building or Work), that
during the payroll period commencing on 09/14/03, and ending
on 09/20/03, all persons employed on said project have been paid full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said
Corrpro Companies Inc.
(Contractor/Subcontractor)
from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, as defined in regulations issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108; 72 Stat. 967; 40 USC 3145; 40 USC 276c), and described below.

(2) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; and

(3) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on ___ for $ ___

---

**STATEMENT OF COMPLIANCE** (date)

(4) That where fringe benefits are paid to approved plans, funds or program (check all applicable items)

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits made as indicated on the payroll by the Alaska Department of Labor have been or will b

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except a noted in Section 6(d) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is

☒ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
| | |
| | |

Remarks: The language used on this form is identical to the language of form DD879

**Signature (original signature required)**
Tina Odom

Name & Title (Print or Type)
Tina Odom, Office Administrator

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 54 of 100

75