**CONTRACTS & SUBCONTRACTORS**
**PLEASE NOTE!!**

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or a political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

**Region I, North of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

**Region II, South of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

**Region IIA, Southeast Alaska (from Yakutat south)**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 021630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit, setting out the classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: 09/22/03

---

I, ___Tina Odom___ ___Office Administrator___
(Name of Signatory Party)   (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by

___Corrpro Companies Inc___ on the
(Contractor/Subcontractor)

___USCG Cargo Wharf Pile Coating___ ; that
(Building or Work)

during the payroll period commencing on 09/14/03 and ending

on 09/20/03, all persons employed on said project have been
(date)

paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

___Corrpro Companies Inc.___
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by Alaska Statute 36 as defined in regulations issued by the Commissioner of Labor, or on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described below.

(2) That ___Corrpro Companies Inc.___ and
(Contractor/Subcontractor)

is in full compliance with the provisions set forth in A.S 36.10, which requires employment preference for Alaska residents as outlined in A.S 36.95.010; and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor; that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed, and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $_____

---

**STATEMENT OF COMPLIANCE**
_____ (date)

(6) That where fringe benefits are paid to approved plans, funds or programs (check all applicable items)

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is _____

☒ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Remarks: The language used on this form is identical to the language of form DD879

Signature (original signature required) ___[signature]___

Name & Title (Print or Type)
Tina Odom, Office Administrator

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see A.S 36.05.060.

---

76

Exhibit 8 p. 55 of 100

# CERTIFIED PAYROLL

**Alaska Department of Labor**
Labor Standards &
Safety Division
Wage & Hour Administration

| | |
|---|---|
| Contractor Name | Corpro Companies Inc. |
| ☐ Contractor  ☐ Subcontractor | Address 6837 Krebs Rd. Bakersfield, CA 93308 |
| Phone 661-588-1196 | Week Ending 9/27/03 | Payroll No. N/A | Contracting Agency Project Number AE #2003304 Part II |
| Contractor License Number MODIFIED | Project Name and Location USCG CALED WHARF PILE COATING | Date You Work Started 9/05/03 | Your Est. Completion Date 10/31/03 | Amount of Your Contract 100,000.00 | Dept of Labor Project N/A |

**Name, Social Security Number Permanent Domicile Address (NO P.O. BOX or RURAL ROUTES ACCEPTED) and Mailing Address (if different)**

RANDY ROGERS
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
6701 TIBBS RIVER LN
BAKERSFIELD, CA
93308

| Classification | Day of the Month | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | FICA | FED W/H TAX | State ESD | Union Dues | Other (explain) SUI | Total Deductions | Net Amount Paid | Check Number (optional) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ANTI HOC SPRAY SANDBLAST EPOXY APPLICATOR | 21 22 23 24 25 26 27 / S M T W T F S / 2 2 3 4 12 12 / 8 8 8 8 8 8 | 75 / 40 / 35 | 8.46 / 24.28 / 32.42 | 2875.90 | 220.01 | 557.11 | 198.42 | | 25.88 | 993.42 | 1882.48 | 308826.01 |

Form 07-6006 (Rev. 8/97)

◆ CODES found in Laborers' & Mechanical Minimum Rates of Pay, Pamphlet 600.

*Classification requires current State Certificate.

Exhibit 8 p. 56 of 100

77

# CONTRACTS & SUBCONTRACTORS
## PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or a political subdivision of the state (including subcontractors) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

**Region I, North of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

**Region II, South of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

**Region IIA, Southeast Alaska (from Yakutat south)**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, with the detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: 09/29/03

---

I, __Tina Odom__ , __Office Administrator__
(Name of Signatory Party)    (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by __Corcoro Companies Inc.__
(Contractor/Subcontractor)

__USCG Cargo Wharf Pile Coating__ ; that
(Building or Work)    on the

during the payroll period commencing on __09/21/03__ and ending
on __09/27/03__ (date) __09/21/03__ and ending all persons employed on said project have been paid full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, as defined by any Statute 36 as defined in regulations issued by the Commissioner of Labor on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 946, 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described below.

(2) That __Corcoro Companies Inc.__ and
(Contractor/Subcontractor)

is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current classification set forth therein for each laborer, mechanic or field surveyor that the classification wage rates established by the Alaska Department of Labor, that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed; and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; and

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on ____ for $ ____

---

## STATEMENT OF COMPLIANCE
(date)

(8) That where fringe benefits are paid to approved plans, funds or programs
(check all applicable items)

☐ (a) _____ to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on the payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b) _____ to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(c) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is _____

☒ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor.

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Remarks: The language used on this form is identical to the language of form DD879

Signature (original signature required)   _[signature]_

Name & Title (Print or Type)
__Tina Odom__, __Office Administrator__

The willful falsification of any of the above statements or information may subject a contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

---

Exhibit 8 p. 57 of 100

## CONTRACTS & SUBCONTRACTORS
### PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or for a political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

**Region I, North of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

**Region II, South of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

**Region IIA, Southeast Alaska (from Yakutat south)**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor an affidavit that the wages paid, the payroll, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUC-TION.

Date: 09/26/03

---

I, Tina Odom
(Name of Signatory Party)

Office Administrator
(Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by

Corpro Companies Inc.
(Contractor/Subcontractor)

USCG Chago Wharf Pile Coating
(Building or Work)

on the _____ ; that during the payroll period commencing on 09/21/03 and ending on 09/21/03, all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

Corpro Companies, Inc.
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by Statute 36 as defined in regulations issued by the Commissioner of Labor, or on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the The Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described below.

(2) That
(Contractor/Subcontractor)    and

is in full compliance with the provisions set forth in AS 36.10, which require employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) Then any payrolls otherwise under this contract required to be submitted for the above period are correct and that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor; that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed; and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $ _____.

---

### STATEMENT OF COMPLIANCE
(date)

(6) That where fringe benefits are paid to approved plans, funds or program (check all applicable items)

☐ (a) in addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b) in addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d) below. Fringe benefit payments will be made, except quarterly to an approved plan. The name of the plan is

☐ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
|  |  |
|  |  |
|  |  |

Remarks: The language used on this form is identical to the language of form DD879

Signature (original signature required) [signature: Tina Odom]

Name & Title (Print or Type)
Tina Odom, Office Administrator

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 58 of 100

79

# CERTIFIED PAYROLL

**Alaska Department of Labor**
Labor Standards &
Safety Division
Wage & Hour Administration

| Contractor Name | Corrpro Companies Inc. | ☐ Contractor | ☐ Subcontractor | Address | 6857 Krebs Rd. Bakersfield, CA 93308 |
|---|---|---|---|---|---|

| Phone 661-588-1146 | Contractor License Number | Week Ending 10/04/03 | Payroll No. | Contracting Agency Project Number AE #2003304 Phase I |

Project Name and Location: USCG Valdez Whses Pile Coating

Date Your Work Started | Your Est. Completion Date | Amount of Your Contract | Dept of Labor Project: N/A

| Name, Social Security Number Permanent Domicile Address (NO P.O. BOX or RURAL ROUTES ACCEPTED) and Mailing Address (if different) | Classification Code ◆ | | Day of the Week | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | FICA | FED WH TAX | State ESD | Union Dues | Other (explain) SUI | Total Deductions | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Date of the Month: 28 29 30 1 2 3 4
Day of the Week: S M T W T F S
Hours Worked Each Day

RANDY RHOADES
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
6701 Tibbr Rive Ln
Bakersfield, CA
93308

ANTIHOC
SPRAY SANDBLAST
ERSN APPRENTICE

Classification Code ◆

| | | 4 | 3 | 4 | 6 | 8 | 27 | 36.42 | 2988 | 27 | 205.61 | 506.55 | 170.97 | Ø | 24.19 | 907.36 | 1780.86 | 802327988 |
| 10 | 8 | 8 | 8 | 3 | | 40 | 24.28 | 48.50 | 8.40 | | | | | | | | |
| 12.4 | 11 | 9 | 15 | 8 | 10 | 40 | 24.28 | 48.50 | 8.40 | | | | | | | | |

Classification #
Truck License #

Classification

Classification Code ◆
Classification #
Truck License #
Classification

Classification Code ◆
Classification #
Truck License #
Classification

◆ CODES found in Laborer's & Mechanics' Minimum Rates of Pay, Pamphlet 600.

*Classification requires approved State Certificate.

Form 07-6064 (Rev. 6/00)

Exhibit 8 p. 59 of 100

80

CONTRACTS & SUBCONTRACTORS
PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region I, North of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

Region II, South of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region IIA, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY of each week, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: 10/04/03

---

I, _Tina Odom_
(Name of Signatory Party)

_Office Administrator_
(Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by

_Corr pro Companies Inc_
(Contractor/Subcontractor)

on the _USCG Cargo Wharf Pile Coating_ ; that
(Building or Work)

during the payroll period commencing on the _9/28/03_ , and ending

on _10/04/03_ , all persons employed on said project have been
(date)

paid full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

_Corr pro Companies Inc_
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by Alaska Statute 36 as defined in Regulations, Part 3 (29 CFR Subtitle A), on Federal Projects as defined in Regulations issued by the Commissioner of Labor, or issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described below.

(2) That _Corr pro Companies Inc_
(Contractor/Subcontractor)
                                                                and

is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete, that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor, that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed; and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; and

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $ _____.

---

STATEMENT OF COMPLIANCE
                                                        (date)

(9) That where fringe benefits are paid to approved plans, funds or programs
(check all applicable items)

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is _____

☒ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Remarks: _The language used on this form is identical to the language of form DD879_

Signature (original signature required) _____

Name & Title (Print or Type) _Tina Odom Office Administrator_

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Signature (original signature required) _Tina Odom_ _Office Administrator_

Exhibit 8 p. 60 of 100

81

## CONTRACTS & SUBCONTRACTORS
### PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL, (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

**Region I, North of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

**Region II, South of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

**Region IIA, Southeast Alaska (from Yakutat south)**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall file BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: _10/04/03_

---

I, __Tina Odom__
(Name of Signatory Party)

__Office Administrator__
(Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by __Corpro Companies, Inc.__ on the
(Contractor/Subcontractor)

__USCG Cargo Wharf Pile Coating__ ; that
(Building or Work)

during the payroll period commencing on __9/28/03__ and ending

on __10/04/03__, all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described below.

(2) That __Corpro Companies Inc.__
(Contractor/Subcontractor)

is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as established in AS 36.95.010; and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete, that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor, that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed; and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; and

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____, for $ _____.

---

### STATEMENT OF COMPLIANCE

(date)

(6) That where fringe benefits are paid to approved plans, funds or programs (check all applicable items)

☐ (a) in addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is

☒ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
|  |  |
|  |  |
|  |  |

Remarks: The language used on this form is identical to the language of form DD879

Name & Title (Print or Type) __Tina Odom__

Signature (original signature required) __Tina Odom__

Name & Title (Print or Type) __Tina Odom, Office Administrator__

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 61 of 100

# CERTIFIED PAYROLL

**Alaska Department of Labor**
Labor Standards & Safety Division
Wage & Hour Administration

| Contractor Name | □ Contractor □ Subcontractor | Address |
|---|---|---|
| Correo Companies Inc. | | 6837 Krebs Rd. Bakersfield, CA 93308 |

| Phone | Contractor License Number | Week Ending | Payroll No. | Contracting Agency Project Number |
|---|---|---|---|---|
| 661-588-1196 | | 10/11/03 | | AE #2003304 Phase II |

Project Name and Location: USCG, Based Whars Pile Coating

Your Est. Completion Date | Amount of Your Contract | Dept of Labor Project: N/A

| Name, Social Security Number Permanent Domicile Address (NO P.O. BOX or RURAL ROUTES ACCEPTED) and Mailing Address (if different) | Classification Code | | Day of the Week | | | | | | | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | FICA | FED WH TAX | State ESD | Union Dues | Other (explain) SUI | Total Deductions | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | S | M | T | W | T | F | S | | | | | | | | | | | |
| | | Date of the Month | 5 | 6 | 7 | 8 | 9 | 10 | 11 | | | | | | | | | | | |
| RANDY ROGERS 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 6701 Tibbe River Ln Bakersfield, CA 93308 | Classification: AllIIIIHOC SPRAYER-PAINT GEN APPRENTICE | Hours Worked Each Day | 0 | 0 | 0 | | | 0 | 0 | | | | | | | | | | | |
| | | | 4 | 8 | 8 | .5 | | 4 | 13 | 12.89 | 36.42 | 2930.24 | 223.45 | 457.53 | 192.55 | 0 | 26.28 | 1013.76 | 1906.50 | 30232738 |
| | | | 3 | 8 | 8 | 8 | | 5.5 | | | | | | | | | | | | |
| | | | 2.5 | 8 | 8 | 8 | | 40 | 24.28 | 48.76 | | | | | | | | | | |
| | | | 4 | 16 | | 16 | | 74.5 | 87.40 | | | | | | | | | | | |
| | Classification Code ● | | | | | | | | | | | | | | | | | | | | |
| | Classification: | | | | | | | | | | | | | | | | | | | | |
| | Certificate # Truck License # | | | | | | | | | | | | | | | | | | | | |
| | Classification Code ● | | | | | | | | | | | | | | | | | | | | |
| | Classification: | | | | | | | | | | | | | | | | | | | | |
| | Certificate # Truck License # | | | | | | | | | | | | | | | | | | | | |
| | Classification Code ● | | | | | | | | | | | | | | | | | | | | |
| | Classification: | | | | | | | | | | | | | | | | | | | | |
| | Certificate # Truck License # | | | | | | | | | | | | | | | | | | | | |
| | Classification Code ● | | | | | | | | | | | | | | | | | | | | |
| | Classification: | | | | | | | | | | | | | | | | | | | | |
| | Certificate # Truck License # | | | | | | | | | | | | | | | | | | | | |

● CODES found in Laborer's & Mechanics Minimum Rates of Pay, Pamphlet 600.

*Classification requires current State Certificate.

Form 07-6058 (Rev. 6/90)

Exhibit 8 p. 62 of 100

83

## CONTRACTS & SUBCONTRACTORS
### PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or a political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

**Region I, North of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

**Region II, South of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

**Region I/A, Southeast Alaska (from Yakutat south)**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state, **BEFORE THE FRIDAY OF EACH WEEK**, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

**CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUC-TION.**

Date: _10/13/03_

---

I, _Tina Odom_
(Name of Signatory Party)

_Office Administrator_
(Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by

_Corypro Companies Inc._
(Contractor/Subcontractor)

_USCG Cargo Wharf PK Coating_ on the
(Building or Work)

_10/1/03_ ____ all persons employed on said project have been
(date)

paid weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

during the payroll period commencing on _10/5/03_ ____ and ending
on _10/11/03_ ____ all persons employed on said project have been

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by any Alaska Statute 36 as described in regulations issued by the Commissioner of Labor, or on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c)), and described below:

(2) That _Corypro Companies Inc._,
(Contractor/Subcontractor)

is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) Than any payrolls otherwise under this contract required to be submitted for the above period are correct and complete, that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor, that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed; and:

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on ____ for $ ____.

---

### STATEMENT OF COMPLIANCE

(6) That where fringe benefits are paid to approved plans, funds or programs (check applicable items)

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on the payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b ) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be noted in the appropriate programs for the benefit of such workers, except as noted in Section 6(c) below. Fringe benefit payments will be made at least quarterly to an approved plan.

☑ (c) Each laborer, mechanic or field surveyor listed in the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
| | |
| | |
| | |

Remarks: The language used on this
form is identical to the language
of form DD879

Signature (original signature required) _Tina Odom_

Name & Title (Print or Type) _Tina Odom, Office Administrator_

_Tina Odom, Office Administrator_

The willful falsification of any of the above statements or information may subject the contractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 63 of 100

84

**CONTRACTS & SUBCONTRACTORS**
**PLEASE NOTE!!**

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or a political subdivision of the state involving development/construction shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region I, North of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

Region II, South of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 10/021
Anchorage, AK 99510-7021
(907) 269-4900

Region IIA, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 021030
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: _10/13/03_

---

I, ___Tina Odom___ , ___Office Administrator___
(Name of Signatory Party)          (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by
___Corppro Companies Inc.___ , on the
(Contractor/Subcontractor)

___USCG Cargo Wharf Pile Coating___ ; that
(Building or Work)

during the payroll period commencing on ___10/05/03___ , and ending

on ___10/11/03___ , all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

___Corppro Companies Inc.___
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by any Statute 36 as defined in regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; 40 USC 276(c), and described below.

(2) That ___Corppro Companies Inc.___ and
(Contractor/Subcontractor)

is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) Than any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor, that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed, and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; and

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $_____

---

**STATEMENT OF COMPLIANCE**
(date)

(8) That where fringe benefits are paid to approved plans, funds or programs (check all applicable items)

☐  (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐  (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d) below. Fringe benefit payments will be made at least quarterly to an approved plan.

☒  (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐  (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Remarks: The language used on this form is identical to the language of form DD879

Signature (original signature required) ___Tina Odom___

Name & Title (Print or Type) ___Tina Odom, Office Administrator___

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 64 of 100

# CERTIFIED PAYROLL

**Alaska Department of Labor**
Labor Standards &
Safety Division
Wage & Hour Administration

| Contractor Name | ☐ Contractor | ☐ Subcontractor | Address |
|---|---|---|---|
| Corpro Companies Inc. | | | 6837 Krebs Rd. Bakersfield, CA 93308 |

| Phone | Contractor License Number | Week Ending | Project No. | Contracting Agency Project Number |
|---|---|---|---|---|
| 661-588-1146 | | 10/18/03 | | AE #2003.04 Phase II |

Project Name and Location: USCG BAKED WHARF Pile COATING

| Date Your Work Started | Your Est. Completion Date | Amount of Your Contract | Dept. of Labor Project |
|---|---|---|---|
| | | | N/A |

| Name, Social Security Number, Permanent Domicile Address (No P.O. Box or RURAL ROUTES ACCEPTED) and Mailing Address (if different) | Specify Work Class | | Date of the Month | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | DEDUCTIONS | | | | | | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 12 13 14 15 16 17 18 | | | | FICA | FED W/H TAX | ESC State | Union Dues | Other (explain) | Total Deductions | Net Amount Paid |
| | | | S M T W T F S | | | | | | | | | | |
| RANDY POWERS 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 6701 Tibbie River Ln Bakersfield, CA 93308 | Classification ◆ ANTIII/HOC SPRAY SAND BLAST EQT APPLICATOR | Classification Code ◆ | Hours Worked Each Day | | | | | | | | SUI | | |
| | | | 4 35 0 0 2 5 3 5 7 5 | 25 | 34.42 | 910.50 | | | | | | | |
| | | | 8 8 8 6 8 2 6 | 40 | 24.26 | 971.20 | | | | | | | |
| | | | 12 11 5 8 6 6 10.5 4.5 3.5 | 6.5 | 8.40 | 546.00 | | | | | | | |
| | | | | | | 2427.70 | 105.74 | 433.01 | 146.74 | 21.55 | 787.92 | 1639.78 | |
| | Classification ◆ | Classification Code ◆ | | | | | | | | | | | |
| | Classification ◆ | Classification Code ◆ | | | | | | | | | | | |
| | Classification ◆ | Certificate # Trade License # | | | | | | | | | | | |
| | Classification ◆ | Certificate # Trade License # | | | | | | | | | | | |
| | Classification ◆ | Certificate # Trade License # | | | | | | | | | | | |

◆ CODES found in Laborers' & Mechanics' Minimum Rates of Pay, Pamphlet 600.

*Classification requires current State Certificate.*

Form 07-6008 (Rev. 6/00)

**Exhibit 8 p. 65 of 100**

86

## CONTRACTS & SUBCONTRACTORS
### PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region I, North of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

Region II, South of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region IIA, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall file BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, the wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUC-TION.

Date: 10/20/03

---

I, Tina Odom
        (Name of Signatory Party)

Office Administrator
        (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by

Corrpro Companies Inc.
        (Contractor/Subcontractor)

on the USCG Cargo Wharf Pile Coating
        (Building or Work)

during the payroll period commencing on 10/12/03     and ending on 10/18/03 ; that all persons employed on said project have been paid full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

Corrpro Companies Inc.
        (Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described below.

(2) That Corrpro Companies Inc.
        (Contractor/Subcontractor)
is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010, and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor; that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed; and

(4) That any apprentice employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; and

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $_____

---

### STATEMENT OF COMPLIANCE
        (date)

(6) That where fringe benefits are paid to approved plans, funds or programs (check all applicable items)

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(c) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is _____

☑ (c) Each laborer, mechanic or field surveyor listed on this payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(c).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
|  |  |
|  |  |
|  |  |

Remarks: The language used on this
form is identical to the language
of form DD879

---

Name & Title (Print or type)
Tina Odom, Office Administrator

Signature (original signature required)
Tina Odom

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 66 of 100

87

## CONTRACTS & SUBCONTRACTORS
### PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including subcontractors) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

**Region I, North of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

**Region I/A, Southeast Alaska (from Yakutat south)**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

**Region II, South of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: 10/20/03

---

I, _Tina Odom_ , _Office Administrator_
(Name of Signatory Party)                        (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by
_Corrpro Companies Inc._ , on the
(Contractor/Subcontractor)

_USCG Cargo Wharf Pile Coating_ ; that
(Building or Work)

during the payroll period commencing on _10/6/03_ and ending
on _10/12/03_ all persons employed on said project have been
(date)

paid full weekly wages earned, that no rebates have been or will be made
either directly or indirectly to or on behalf of said

_Corrpro Companies Inc._
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by Alaska Statute 36 as defined in regulations issued by the Commissioner of Labor, or on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A), Stat 948, 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described below.

(2) That _Corrpro Companies Inc._ and
(Contractor/Subcontractor)

is in full compliance with the provision set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010, and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete, that the wage rates for laborers, mechanics, or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor, that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed, and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor or the

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $_____

---

**STATEMENT OF COMPLIANCE**
_____ (date)
(check all applicable items)

☐ (8) That where fringe benefits are paid to approved plans, funds or programs

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is _____

☒ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
|  |  |
|  |  |
|  |  |

**Remarks** The language used on this form is identical to the language of form DD879

Signature (original signature required) _Tina Odom_

Name & Title (Print or Type) _Tina Odom, Office Administrator_

_Tina Odom  Office Administrator_

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 67 of 100

88

# CERTIFIED PAYROLL

**Alaska Department of Labor**
Labor Standards &
Safety Division
Wage & Hour Administration

| Contractor Name | Corrao Companies, Inc. | ☐ Contractor ☐ Subcontractor | Address 6837 Krebs Rd. Bakersfield, CA 93308 |

| Phone 661-588-1196 | Contractor License Number | Week Ending 10/25/03 | Payroll No. | Contracting Agency Project Number AE # 200304 Phase II |

| Project Name and Location USCG Calso Whale Pie Coating | Date Your Work Started | Your Est. Completion Date | Amount of Your Contract | Dept. of Labor Project N/A |

| Name, Social Security Number, Permanent Domicile Address (NO P.O. BOX or RURAL ROUTES ACCEPTED) and Mailing Address (if different) | Specific Work Class | Classification Code # | Appr % | With-hold | Date of the Month | | | | | | | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | FICA | FED W/H TAX | SSB State | Union Dues | Other (explain) SUI | Total Deductions | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 19/20 21 22 23 24 25 | | | | | | | | | | | | | | | | |
| | | | | | S M T W T F S | | | | | | | | | | | | | | | | |
| | | | | | Hours Worked Each Day | | | | | | | | | | | | | | | | |
| Randy Rogers 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 6701 Tygae River Ln Bakersfield, CA 93308 | ANI11110C Sandblaster/ Field Applicator | | | | 2 2 | 1 6 | 11 | 36.42 | 400.62 | | | | | | | | | | | |
| | | | | | 4 6 8 3 7 8 2 | 40 | 24.28 | 971.20 | | | | | | | | | | | | |
| | | | | | 4 10 10 3 7 9 8 | 51 | 8.46 | 1380.22 | 137.71 277.80 88.39 | | | 16.20 | 516.09 | 1284.13 | 05-??? | | | |
| | Classification | | | | | | | | | | | | | | | | | | | | |
| | Classification Code # | | | | | | | | | | | | | | | | | | | | |
| | Certificate # Truck License # | | | | | | | | | | | | | | | | | | | | |
| | Classification | | | | | | | | | | | | | | | | | | | | |
| | Classification Code # | | | | | | | | | | | | | | | | | | | | |
| | Certificate # Truck License # | | | | | | | | | | | | | | | | | | | | |
| | Classification | | | | | | | | | | | | | | | | | | | | |
| | Classification Code # | | | | | | | | | | | | | | | | | | | | |
| | Certificate # Truck License # | | | | | | | | | | | | | | | | | | | | |
| | Classification | | | | | | | | | | | | | | | | | | | | |
| | Classification Code # | | | | | | | | | | | | | | | | | | | | |
| | Certificate # Truck License # | | | | | | | | | | | | | | | | | | | | |

* CODES found in Laborers' & Mechanics' Minimum Rates of Pay, Pamphlet 600.

*Classification requires current State Certificate.

Form 07-6058 (Rev. 6/00)

Exhibit 8 p. 68 of 100

89

## CONTRACTS & SUBCONTRACTORS PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit that the wage or its equivalent (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region I, North of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

Region II, South of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region IIA, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 021850
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit that the wage scale or wage rates, the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: 10/27/03

---

I, **Tina Odom**
(Name of Signatory Party)

**Office Administrator**
(Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by
**Corporo Companies Inc.**
(Contractor/Subcontractor)
on the
**USCG Cargo Wharf Pile Coating**  ; that
(Building or Work)
during the payroll period commencing on 10/4/03 and ending
on 10/25/03 all persons employed on said project have been
(date)
paid full weekly wages earned, that no rebates have been or will be made
either directly or indirectly to or on behalf of said
**Corpro Companies Inc.**
(Contractor/Subcontractor)
from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by Alaska Statute 36 as defined in regulations issued by the Commissioner of Labor on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c) , and described below.

(2) That **Corpro Companies Inc.** and
(Contractor/Subcontractor)
is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete, that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor; that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed, and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $ _____

---

## STATEMENT OF COMPLIANCE
(date)

(5) That where fringe benefits are paid to approved plans, funds or programs

☐  (a) in addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been made to a union trust.

☐  (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d) below. Fringe benefit payments will be made at least quarterly in an approved plan.

☒  (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d) below.

☐  (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
|  |  |
|  |  |
|  |  |

Remarks: The language used on this
form is identical to the language
of form DD 879

Signature (original signature required)  _Tina Odom_

Name & Title (Print or Type)  Tina Odom, Office Administrator

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

90

**Exhibit 8 p. 69 of 100**

## CONTRACTS & SUBCONTRACTORS
### PLEASE NOTE!!

**8 AAC 30.020 CERTIFIED PAYROLL.** (a) All Contractors who perform work on a public construction contract for the state or for a political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region I, North of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Ave. Station J
Fairbanks, AK 99701-4593
(907) 451-2886

Region II, South of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region I/A, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

**CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.**

Date: 10/27/03

---

I, _Tina Odom_
(Name of Signatory Party)

_Office Administrator_
(Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by _Corpro Companies Inc._
(Contractor/Subcontractor)

_USCG Cargo Wharf Pile Coating_ ; that
(Building or Work)

during the weekly payroll period commencing on _10/6/03_ and ending
on _10/25/03_ all persons employed on said project have been paid full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

_Corpro Companies Inc._
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by Alaska Statute 36 as defined by the Commissioner of Labor, or issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c)), and described below.

(2) That _Corpro Companies Inc._ and
(Contractor/Subcontractor)

is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor; that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed; and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $_____

---

### STATEMENT OF COMPLIANCE

_____
(date)

(6) That where fringe benefits are paid to approved plans, funds or programs
☐ (check all applicable items)
☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on the payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.
☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made appropriate programs for the benefit of such workers, except as noted in Section 6(c) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is _____

☑ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).
☐ (d) Exceptions

| Exception (Craft) | Explanation |
|---|---|
| | |
| | |
| | |

Remarks: The language used on this form is identical to the language of form DD879

Signature (original signature required)

Name & Title (Print or Type)
_Tina Odom, Office Administrator_

_Tina Odom_
Signature (original signature required)

_Tina Odom, Office Administrator_

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 70 of 100

91

# CERTIFIED PAYROLL

**Alaska Department of Labor**
Labor Standards &
Safety Division
Wage & Hour Administration

Contractor Name: CSI Coating Systems Inc.

☐ Contractor  ☒ Subcontractor

Address: 2102 - 5th Street, Nisku, AB, Canada

Phone: 780-955-2456

Contractor License Number: Applied

Week Ending: Oct 4/03

Payroll No.

Contracting Agency Project Number: AB200304

Project Name and Location: USCG Cargo Wharf Pile Coating Project

Date Your Work Started: Aug 5/03

Your Est. Completion Date: Nov 10/03

Amount of Your Contract: $100,000

Dept. of Labor Project: n/a

**Name, Social Security Number Permanent Domicile Address (NO P.O. BOX or RURAL ROUTES ACCEPTED) and Mailing Address (if different)**

Peter E. Williams
Box 150, Site 1
RR 2
Tofield, AB
Canada T0B 4J0
SIN 634767484

Classification: Painter/Sandblast Special Coating Applicator

| | Day of the Week | | | | | | | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | FICA | FED WH TAX | ESD | Union Dues | Other (explain) | Total Deductions | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date of the Month | 28 | 29 | 30 | 1 | 2 | 3 | 4 | | | | | | | | | | | |
| | S | M | T | W | T | F | S | | | | | | | | | | | |
| OT | | 3 | 8 | 8 | 2 | | | 18 | 36.42 | | | | | | | | | |
| ST | | 8 | 8 | 8 | 8 | 8 | | 40 | 24.28 | 1957.36 | | | | | 404.00 | 1553.36 Direct Deposit | |
| FB | 12 | 11 | 6 | 6 | 9 | 8 | | 58 | 5.70 | | | | | | | | | |

Hours Worked Each Day

◆ CODES found in Laborers' & Mechanics' Minimum Rates of Pay, Pamphlet 600.

*Classification requires current State Certificate.

Form 07-6058 (Rev. 6/00)

Exhibit 8 p. 71 of 100                    92

## CONTRACTS & SUBCONTRACTORS
### PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office for the region in which the work is performed.

Region I, North of NS*
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region II, South of NS*
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

Region IIA, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020020
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: ___Oct 4/03___

---

I, __FINELLE OBLICK — OPERATIONS COORDINATOR__ _____
  (Name of Signatory Party)          (Title)          (date)

do hereby state:

(1) That I pay or supervise the payment of persons employed by

__CSI COATING SYSTEMS INC.__ on the
(Contractor/Subcontractor)

__CSI AREA WIDE PILE COATING PHASE II__ ; that
(Building or Work)

during the payroll period commencing on __Sep 21/03__ and ending

on __Oct 4/03__ all persons employed on said project have been paid full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

__CSI COATING SYSTEMS INC.__
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by Alaska Statute 36 as defined in regulations issued by the Commissioner of Labor, or on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A) issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276c), and described below.

(2) That __CSI COATING SYSTEMS INC.__
(Contractor/Subcontractor)
is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) That any payrolls otherwise under the contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor; that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed; and

---

(date)

### STATEMENT OF COMPLIANCE

(5) That applicable fringe benefits are paid to approved plans, funds or programs
☐ (check all applicable items)

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d).

☐ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d) below. The name of the plan is currently on an approved plan. The name of the plan is currently published by the Alaska Department of Labor and will be paid quarterly to an approved plan.

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
|  |  |

Remarks:
THE LANGUAGE USED ON THIS FORM IS IDENTICAL TO THE LANGUAGE USED ON FORM DD879

Signature _(Original signature required)_

Name & Title (Print or Type)
__FINELLE OBLICK — OPERATIONS COORDINATOR__

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 72 of 100

93

# CONTRACTORS & SUBCONTRACTORS
## PLEASE NOTE!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region II, North of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

Region II, South of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region IIA, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 021149
Juneau, AK 99802-0630
(907) 465-4319 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: Oct 4/03

---

I, LINETTE OBLICK  OP. COORDINATOR
(Name of Signatory Party)                    (Title)

do hereby that:

(1) That I pay or supervise the payment of persons employed by CSI CODING SYSTEMS INC.
(Contractor/Subcontractor)

on the CSI CODING UNDER PILE COATING PHASE II
(Building or Work)

during the payroll period commencing on Sep 21/03 and ending on Oct 4/03 all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said (date)

CSI CODING SYSTEMS INC
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108; 72 Stat. 967; Stat. 357, 40 USC 276(c), and described below:

(2) That CSI CODING SYSTEMS INC.
(Contractor/Subcontractor)

is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor; that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed, and

(4) That any apprentices employed in the above project are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor, or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $_____

---

## STATEMENT OF COMPLIANCE

(8) That where fringe benefits are paid to approved plans, funds or programs (check all applicable items)

☐ (a) in addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust

☐ (b) in addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(c) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is _____.

☐ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
| | |
| | |
| | |
| | |
| | |

Remarks
THE LANGUAGE USED ON THIS FORM
IS IDENTICAL TO THE LANGUAGE USED
ON FORM DD874

Signature (original signature required)

Name & Title (Print or Type)
LINETTE OBLICK  OPERATIONS COORDINATOR

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

---

Exhibit 8 p. 73 of 100

94

# CERTIFIED PAYROLL

**Alaska Department of Labor**
Labor Standards &
Safety Division
Wage & Hour Administration

☐ Contractor ☒ Subcontractor

| Contractor Name | CSI Coating Systems Inc. |
| Address | 2102 - 5th Street, Niska, AB Canada T4E 7K3 |
| Phone | 780 955 2856 |
| Contractor License Number | Applied |
| Week Ending | Oct 11/03 |
| Payroll No. | |
| Contracting Agency Project Number | AB200304 |
| Project Name and Location | USCG Cargo Wharf Pile Coating Phase II |
| Date Your Work Started | Aug 5/03 |
| Your Est. Completion Date | Nov 10/03 |
| Amount of Your Contract | $100,000 |
| Dept. of Labor Project | N/A |

| Name, Social Security Number Permanent Domicile Address P.V. for Electricians, Plumbers, Painters, Pavement, Asbestos Workers. Truck drivers include truck license number. and Mailing Address (if different) | Specific Work Class Codes including certificate | What Collective Bargaining Agreement Apprentice (%) if applicable worker, but not journey worker for the job not job class. | Day | Date of the Month | | | | | | | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | DEDUCTIONS | | | | | | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | FICA | FED W/H TAX | ESD | Union Dues | Other (explain) | Total Deductions | | |
| | | | Day of the Week | S | M | T | W | Th | F | S | | | | | | | | | | | |
| | | | | 5 | 6 | 7 | 8 | 9 | 10 | 11 | | | | | | | | | | |
| Peter E Williams | Classification Code # | | OT | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 13 | 36.42 | | | | | | | | |
| Box 152, Site 1, RR2 | Classification Spray Sandblast | | ST | 6 | 8 | 8 | 8 | 0 | 0 | 0 | 30 | 24.28 | 1446.96 | | | | | 320.02 | 1126.94 Direct Deposit | |
| Tofield, AB Canada. T0B 4J0 | Special Applicator | | FB | 6 | 4 | 5 | 0 | 0 | 0 | 0 | 43 | 5.70 | | | | | | | | |
| SIN 631 698 484 | Truck License # | | | | | | | | | | | | | | | | | | | |
| | Classification Code # | | OT | | | | | | | | | | | | | | | | | |
| | Classification | | ST | | | | | | | | | | | | | | | | | |
| | Certificate # Truck License # | | FB | | | | | | | | | | | | | | | | | |
| | Classification Code # | | OT | | | | | | | | | | | | | | | | | |
| | Classification | | ST | | | | | | | | | | | | | | | | | |
| | Certificate # Truck License # | | FB | | | | | | | | | | | | | | | | | |
| | Classification Code # | | OT | | | | | | | | | | | | | | | | | |
| | Classification | | ST | | | | | | | | | | | | | | | | | |
| | Certificate # Truck License # | | FB | | | | | | | | | | | | | | | | | |
| | Classification Code # | | OT | | | | | | | | | | | | | | | | | |
| | Classification | | ST | | | | | | | | | | | | | | | | | |

♦ CODES found in Laborers' & Mechanics' Minimum Rates of Pay, Pamphlet 600.

*Classification requires current State Certificate.

Form 07-6058 (Rev. 8/90)

Exhibit 8 p. 74 of 100          95

## CONTRACTS & SUBCONTRACTORS

### PLEASE NOTE!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, before the state or political subdivision of the state shall file with the Department a certified payroll (including owner-operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region I, North of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

Region II, South of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
(Building or Work)
Anchorage, AK 99510-7021
P.O. Box 107021
(907) 269-4900

Region IIA, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of laborers employed, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: _____

---

I, __LINETTE DRUCK__ OR __COORDINATOR__
(Name of Signatory Party)                    (Title)
do hereby state:

(1) That I pay or supervise the payment of persons employed by
__CSI CONTINA SYSTEMS INC.__
(Contractor/Subcontractor)

__USKA CARGO WHAREFILE COMPLEX PHASE II__ ; that
(Building or Work)

during the payroll period commencing on __OCT 5, 03__

on __OCT 18, 02__, all persons employed on said project have been
(date)
paid the full weekly wages earned, that no rebates have been or will be made
either directly or indirectly to or on behalf of said
__CSI CONTINA SYSTEMS INC.__
(Contractor/Subcontractor)
from the full weekly wages earned by any person, and that no deductions have
been made either directly or indirectly from the full wages earned by any
person, other than permissible deductions, or projects covered by Alaska
Statute 36, as defined in regulations issued by the Commissioner of Labor; or
on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A),
issued by the Secretary of Labor under the Copeland Act, as amended (44
Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described
below:

(2) That __CSI CONTINA SYSTEMS INC.__
(Contractor/Subcontractor)
is in full compliance with the provisions set forth in A.S 36.10, which requires
employment preference for Alaska residents as outlined in A.S 36.05.010; and

(3) That any payrolls otherwise under this contract required to be submitted
for the above period are correct and complete; that the wage rates for laborers,
mechanics, or field surveyors contained therein are not less than the current
applicable wage rates established by the Alaska Department of Labor; that the
classification set forth therein for each laborer, mechanic or field surveyor
conforms with the work performed; and

(4) That any apprentices employed in the above period are duly registered in a
bona fide apprenticeship program registered with the State apprenticeship
agency recognized by the Bureau of Apprenticeship and Training, United
States Department of Labor, or if no such agency exists in this State, are
registered with the Bureau of Apprenticeship and Training, United States
Department of Labor, or

(5) That I am a bona fide owner/operator and that my contract amount meets
or exceeds the prevailing wage for each hour I have worked. My last progress
payment was received on _____ for $_____

---

## STATEMENT OF COMPLIANCE
(date)

(6) That where fringe benefits are paid to approved plans, funds or programs
(check all applicable items)

☐ (a) In addition to the basic hourly wage rates paid to each laborer,
mechanic or field surveyor listed on the payroll, payments of fringe benefits as
currently published by the Alaska Department of Labor have been or will be
made to or have been to a union trust.

☐ (b ) In addition to the basic hourly wage rates paid to each laborer,
mechanic or field surveyor listed on this payroll, payments of fringe benefits as
currently published by the Alaska Department of Labor have been or will be
noted in Section 6(d) below. Fringe benefit of such workers, except as
noted in Section 6(d) below. The name of the plan is
quarterly to an approved plan. The name of the plan is

☐ (c) Each laborer, mechanic or field surveyor listed on the payroll has
been paid, as indicated on the payroll, an amount not less than the sum of the
applicable basic hourly wage rate plus the amount of the required fringe
benefits as currently published by the Alaska Department of Labor, except as
noted in Section 6(d).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
|  |  |
|  |  |

Remarks
THE LANGUAGE USED ON THIS FORM IS
IDENTICAL TO THE LANGUAGE USED ON
FORM 00794

Signature (Original signature required)

Name & Title (Print or Type)
__LINETTE DRUCK, OPERATIONS COORDINATOR__

The willful falsification of any of the above statements or information
may subject the contractor or subcontractor to civil or criminal
prosecution. See Section 1001 of Title 18 and Section 231 of the United
States Code. Also see AS 36.05.060.

Exhibit 8 p. 75 of 100

Date: Oct 11/03

## CONTRACTS & SUBCONTRACTORS
### PLEASE NOTE!!

**8 AAC 30.020 CERTIFIED PAYROLL.** (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region I, North of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Fairbanks, AK 99710-4593
675 7th Avenue, Station J
Regional State Office Building
(907) 451-2886

Region II, South of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
3301 Eagle Street
Anchorage, AK 99510-7021
P.O. Box 107021
(907) 269-4900

Region III, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

**Sec. 36.05.040.** Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE WORK BEGINS, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

**CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.**

Date: ___Oct 11 03___

---

I, __CLINETTE CAUCK__ __OR __COORDINATOR__
(Name of Signatory Party)                    (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by
__CSI COATING SYSTEMS INC.__ on the
(Contractor/Subcontractor)

during the payroll period commencing on __Oct 18 03__
(Building or Work)

on __Oct 18 03__, all persons employed on said project have been
(date)

paid full weekly earned, that no rebates have been or will be made
either directly or indirectly to or on behalf of said

__CSI COATING SYSTEMS INC.__
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by Alaska Statute 36 as defined in regulations issued by the Commissioner of Labor, or on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described below.

(2) That __CSI COATING SYSTEMS INC.__
(Contractor/Subcontractor)

is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete, that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor; that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed; and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $_____

---

### STATEMENT OF COMPLIANCE
(date)

(6) That where fringe benefits are paid to approved plans, funds or programs
(check all applicable items)

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 8(d) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is _____

☐ (d) Exceptions.

☐ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 8(d).

| Exception (Craft) | Explanation |
|---|---|
| | |
| | |
| | |

Remarks __THE LANGUAGE USED ON THIS FORM IS IDENTICAL TO THE LANGUAGE USED ON FORM DD 879__

Signature (original signature required)

Name & Title (Print or Type) __CLINETTE CAUCK, OPERATIONS COORDINATOR__

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 76 of 100

97

# CERTIFIED PAYROLL

**Alaska Department of Labor**
Labor Standards &
Safety Division
**Wage & Hour Administration**

| Contractor Name | □ Contractor  ☒ Subcontractor | Address |
| --- | --- | --- |
| CSI Coating Systems Inc | | 2102 54th Street, Nisku, AB Canada T9E 7X3 |

| Phone | Contractor License Number | Week Ending | Payroll No. | Contracting Agency Project Number |
| --- | --- | --- | --- | --- |
| 780 955 2830 | Applied | Oct 18/03 | | AB 200 304 |

| Project Name and Location | Date Your Work Started | Your Est. Completion Date | Amount of Your Contract | Dept. of Labor Project |
| --- | --- | --- | --- | --- |
| USCG Cargo Wharf Pile Coating Phase II | Aug 5/03 | Nov 10/03 | $100,000 | N/A |

| Name, Social Security Number Permanent Domicile Address (NO P.O. BOX or RURAL ROUTES ACCEPTED) and Mailing Address (if different) | Specific Work Class Code# including certificate | Appren-tice # applicable | Work Collective Bargaining Agreement # | | Date of the Month | | | | | | | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | DEDUCTIONS | | | | | | Net Amount Paid | Check Issued |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | 12 | 13 | 14 | 15 | 16 | 17 | 18 | | | | FICA | FED W/H TAX | ESD | Union Dues | Other (explain) | Total Deductions | | |
| | | | | | | Day of the Week | | | | | | | | | | | | | | | | |
| Peter E Williams Box 152, Site, RR2 Tofield, AB Canada T0B 4J0 SIN 634 658 484 | Classification Code # Paint 11401 Classification Code # Spray Sandblast Epoxy application Certificate # Truck License # | | | S M T W Th F S | | | | | | | | | | | | | | | | | | |
| | | | | | OT | Ø | Ø | 1 | 2 | Ø | 3 | | | | | | | | | | | |
| | | | | | ST | 8 | 8 | 8 | 8 | 7.5 | 425 | 24.28 | | 400.51 | | | | | 305.51 | 1093.97 | Direct Deposit |
| | | | | | FB | 8 | 8 | 9 | 10 | 7.5 | 3 | 45.5 | 5.70 | | | | | | | | | |
| | | | | | OT | | | | | | | | | | | | | | | | | |
| | | | | | ST | | | | | | | | | | | | | | | | | |
| | | | | | FB | | | | | | | | | | | | | | | | | |
| | Classification Code # Certificate # Truck License # | | | OT | | | | | | | | | | | | | | | | | | |
| | | | | ST | | | | | | | | | | | | | | | | | | |
| | | | | FB | | | | | | | | | | | | | | | | | | |
| | Classification Code # Certificate # Truck License # | | | OT | | | | | | | | | | | | | | | | | | |
| | | | | ST | | | | | | | | | | | | | | | | | | |
| | | | | FB | | | | | | | | | | | | | | | | | | |
| | Classification Code # Certificate # Truck License # | | | OT | | | | | | | | | | | | | | | | | | |
| | | | | ST | | | | | | | | | | | | | | | | | | |
| | | | | FB | | | | | | | | | | | | | | | | | | |

♦ CODES found in Laborers' & Mechanics' Minimum Rates of Pay, Pamphlet 600.

*Classification requires current State Certificate.

Form 07-6058 (Rev. 6/99)

Exhibit 8 p. 77 of 100

98

## CONTRACTS & SUBCONTRACTORS
### PLEASE NOTE!!

**8 AAC 30.020 CERTIFIED PAYROLL.** (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6050) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

**Region I, North of N62°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

**Region IA, Southeast Alaska (from Yakutat south)**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 021149
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

**Region II, South of N62°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

In lieu of submitting Form 07-6050, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

**Sec. 36.05.040.** Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: ___Oct 16/03___

---

I, __ LINETTE ORUCK __ , __ OP. COORDINATOR __
                (Name of Signatory Party)                        (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by

__ CSI CONTINA SYSTEMS INC. __ , on the
                                                    (Contractor/Subcontractor)

__ USCA CONDO VILLAGE FILE CONTINA PURSELL __; that
                    (Building or Work)

during the payroll period commencing on __Oct 15/03__

on __Oct 16/03__, all persons employed on said project have been
paid full weekly wage earned, that no rebates have been or will be made
either directly or indirectly to or on behalf of said

__ CSI CONTINA SYSTEMS INC. __
                    (Contractor/Subcontractor)

from the full weekly wage earned by any person, and that no deductions have
been made either directly or indirectly from the full wage earned by any
person, other than permissible deductions, or projects covered by Alaska
Statute 36 as defined in regulations issued by the Commissioner of Labor, or
on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A,
issued by the Secretary of Labor under the Copeland Act, as amended (48
Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described
below.

(2) That __ CSI CONTINA SYSTEMS INC. __
                        (Contractor/Subcontractor)
is in full compliance with the provisions set forth in AS 36.10, which requires
employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained herein are no less than the current applicable wage rates established by the Alaska Department of Labor; that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed; and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $_____.

---

### STATEMENT OF COMPLIANCE

(6) That where fringe benefits are paid to approved plans, funds or programs
☐ (a) check all applicable items)
☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b) In addition to the basic hourly wage rate paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is _____.

☐ (c) Each laborer, mechanic or field surveyor listed on this payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

**Remarks**
THE LANGUAGE USED ON THIS FORM
IS IDENTICAL TO THE LANGUAGE
USED ON FORM DD 879

Signature (original signature required)
_____

Name & Title (Print or Type)
LINETTE ORUCK, OPERATIONS COORDINATOR

**The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.**

---

Exhibit 8 p. 78 of 100