## CONTRACTS & SUBCONTRACTORS PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(a) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region I, North of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

Region II, South of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4842 or (907) 465-4842

Region IIA, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous work week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: ___Oct 18/03___

## I. CLINETTE CRACK OF COORDINATOR
(Name of Signatory Party)    (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by

CSI CONTING SYSTEMS INC. _____ on the
(Contractor/Subcontractor)

ALASKA CARGO WHAREF PILE CONTING PHASE II. that
(Building of Work)

during the payroll period commencing on ___Oct 5/03___, that
(date)

on ___Oct 18/03___, all persons employed on said project have been
(date)

paid in full weekly wages earned, that no rebates have been or will be made
either directly or indirectly to or on behalf of said

CSI CONTING SYSTEMS INC. _____
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by Alaska Statute 36 as defined in regulations issued by the Commissioner of Labor, or on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A) issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276d), and described below.

(2) That CSI CONTING SYSTEMS INC. _____ and
(Contractor/Subcontractor)

is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010, and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete, that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor, that the classification set forth herein for each laborer, mechanic or field surveyor conforms with the work performed, and

(4) That apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency (recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $_____.

## STATEMENT OF COMPLIANCE
(date)

(6) That where fringe benefits are paid to approved plans, funds or programs
(check all applicable items)

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on the payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is _____

☐ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d) below.

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Remarks:
THE LANGUAGE USED ON THIS FORM IS IDENTICAL TO THE LANGUAGE USED ON FORM DD879

Signature (original signature required)

Name & Title (Print or Type)

CLINETTE CRACK, OPERATIONS COORDINATOR

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 79 of 100

100

# CERTIFIED PAYROLL

**Alaska Department of Labor**
**Labor Standards &**
**Safety Division**
**Wage & Hour Administration**

Contractor Name: CSIC Coating Systems Inc.

□ Contractor  ☒ Subcontractor

Address: 2103 - 5th Street, Niska, AB Canada T4E T8S

Phone: 780 455 2856

Contractor License Number: Applied

Week Ending: Oct 25/03

Payroll No.

Contracting Agency Project Number: AB 200304

Project Name and Location: USCG Cargo Wharf Pile Coating Phase II

Date Your Work Started: Aug 5/03

Your Est. Completion Date: Nov 10/03

Amount of Your Contract: $100,000

Dept. of Labor Project: N/A

| Name, Social Security Number Permanent Domicile Address (NO P.O. BOX or RURAL ROUTES ACCEPTED) and Mailing Address (if different) | Specific Work Class Code # Including #'s for Electricians, Plumbers, Painters, Welders, Truck drivers, Include truck license number. | Apprentice (if applicable) | Initial Bargaining Agreement received to this job if none put N/A | | Date of the Month | | | | | | | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | DEDUCTIONS | | | | | Total Deductions | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Day of the Week | S | M | T | W | Th | F | S | | | | FICA | FED W/H TAX | ESD | Union Dues | Other (explain) | | | |
| Peter E Williams Box 152, Site 1, RR2 Tofield, AB Canada, T0B 4J0 SIN 637675 484 | Classification Code # PAINT 1140c Classification spray, sandblast epoxy application Classification Truck License #¹ | | | OT | 4 | 4 | 3 | 8 | 9 | | | 19 | 36.42 | | | | | | | | | |
| | | | | ST | 8 | 8 | 8 | 8 | 8 | | | 40 | 24.28 | 1999.48 | | | | | | 449.07 | 1550.41 | Direct Deposit |
| | | | | FB | 105 | 12 | 105 | 3 | 105 | | | 5a | 5.70 | | | | | | | | | |
| | Classification Code # | | | OT | | | | | | | | | | | | | | | | | | |
| | Classification | | | ST | | | | | | | | | | | | | | | | | | |
| | Classification Truck License #¹ | | | FB | | | | | | | | | | | | | | | | | | |
| | Classification Code # | | | OT | | | | | | | | | | | | | | | | | | |
| | Classification | | | ST | | | | | | | | | | | | | | | | | | |
| | Classification Truck License #¹ | | | FB | | | | | | | | | | | | | | | | | | |
| | Classification Code # | | | OT | | | | | | | | | | | | | | | | | | |
| | Classification | | | ST | | | | | | | | | | | | | | | | | | |
| | Classification Truck License #¹ | | | FB | | | | | | | | | | | | | | | | | | |
| | Classification Code # | | | | | | | | | | | | | | | | | | | | | |
| | Classification | | | | | | | | | | | | | | | | | | | | | |
| | Classification Truck License #¹ | | | | | | | | | | | | | | | | | | | | | |

* CODES found in Laborers' & Mechanics' Minimum Rates of Pay, Pamphlet 600.

*Classification requires current State Certificate.

Form 07-6058 (Rev. 6/00)

**Exhibit 8 p. 80 of 100**

101

## CONTRACTS & SUBCONTRACTORS PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region I, North of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

Region II, South of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region IIA, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK MAY BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date ___Oct 25/03___

---

I, __LISETTE ORUCK__ __Op. COORDINATOR__
(Name of Signatory Party)                            (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by

__CSI CONTING SYSTEMS INC.__ __on the__
(Contractor/Subcontractor)

__USIBELLI COAL MINE FIRE CONTROL PHASE II__; that
(Building or Work)

during the payroll period commencing on __Oct 14/03__, and ending

on __Nov 1/03__, all persons employed on said project have been

paid the full weekly wages earned, that no rebates have been or will be made

either directly or indirectly to or on behalf of said

__CSI CONTING SYSTEMS INC.__
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by Alaska Statute 36 as defined in regulations issued by the Commissioner of Labor, or on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described below.

(2) That __CSI CONTING SYSTEMS INC.__
(Contractor/Subcontractor)

is in full compliance with provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) That any payrolls otherwise under this contract required to be paid for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor; that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed, and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $_____

---

## STATEMENT OF COMPLIANCE

(check all applicable items)

(date)

(6) That fringe benefits are paid to approved plans, funds or programs.

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is _____

☐ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
| | |
| | |
| | |

Remarks

THE LANGUAGE USED ON THIS FORM IS IDENTICAL TO THE LANGUAGE USED ON FORM DD879

Signature (original signature required)

Name & Title (Print or Type)

__LISETTE ORUCK, OPERATIONS COORDINATOR__

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 81 of 100

102

## CONTRACTS & SUBCONTRACTORS PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or a political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

**Region I, North of NS2\***
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

**Region II, South of NS2\***
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

**Region III, Southeast Alaska (from Yakutat south)**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall file THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

**CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.**

Date: _Oct 23 / 03_

---

I, __BURNETTE OBUCK__     De. COORDINATOR
      (Name of Signatory Party)                (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by

__CSI COATING SYSTEMS INC.__
            (Contractor/Subcontractor)

on the __USKA CARGO WHARF PILE COATING PROJECT__ ; that
                          (Building or Work)

during the payroll period commencing on __Oct 19/03__ ____ and ending

on __Nov 1/03__ , all persons employed on said project have been
         (date)

paid full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

__CSI COATING SYSTEMS INC.__
            (Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by Alaska Statute 36 as defined in regulations issued by the Commissioner of Labor on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108; 72 Stat. 967, Stat. 357; 40 USC 276(c), and described below:

(2) That __CSI COATING SYSTEMS INC.__
                    (Contractor/Subcontractor)
is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) That any payroll otherwise under this contract required to be submitted for the above period of time are correct and complete, that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor; that the classification set forth therein, for each laborer, mechanic or field surveyor conforms with the work performed, and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in this State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $ _____.

---

**STATEMENT OF COMPLIANCE**

(9) That where fringe benefits are paid to approved plans, funds or programs
                                                                (date)

(check all applicable items)

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published will be made to appropriate programs for the benefit of such workers, except as made to a union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is _____

☐ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
| | |
| | |
| | |

**Remarks**

THE LANGUAGE USED ON THIS FORM
IS IDENTICAL TO THE LANGUAGE
USED ON FORM DD874

**Signature (original signature required)**

_(signature)_

**Name & Title (Print or type)**

GINETTE OBUCK, OPERATIONS COORDINATOR

**The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.**

Exhibit 8 p. 82 of 100

103

# CERTIFIED PAYROLL

**Alaska Department of Labor**
Labor Standards & Safety Division
Wage & Hour Administration

| Field | Value |
|---|---|
| Contractor Name | Corpro Companies, Inc. |
| ☐ Contractor ☐ Subcontractor | |
| Address | 6837 Krebs Rd. Bakersfield, CA 93308 |
| Phone | 661-588-1146 |
| Contractor License Number | |
| Week Ending | 11/01/03 |
| Payroll No. | |
| Contracting Agency Project Number | AE #200304 Phase II |
| Date Your Work Started | |
| Your Est. Completion Date | |
| Amount of Your Contract | |
| Dept. of Labor Project | N/A |

Project Name and Location: USCG CARGO WHARF PILE COATING

| Name, Social Security Number | Classification Code & Trade License # | Date of the Month 24 27 28 29 30 31 01 | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | FICA | FED WH TAX | ESD State | Union Dues | Other (explain) | Total Deductions | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RANDY POWERS 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 6701 Tibbet River Ln Bakersfield, CA 93308 | A111111406 SANDBLAST/PAINT LEAD APPRENTICE | S M T W T F S | | | | | | | | | | | |
| | | 2.15 8 8 8.5 4 | 30.65 | 22.42 | 724.51 | 153.15 | 324.23 | 107.14 | ∅ | 18.02 | 602.54 | 139.37 | 36324598 |
| | | 2.15 8 11 9 | 40 | 24.28 | 971.20 | | | | | | | | |
| | | 3.5 8.5 8.5 | 55.5 | 8.40 | 444.20 | | | | | | | | |
| | | 85 | | | 2001.91 | | | | | | | | |

RANDY POWERS
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
6701 Tibbet River Ln
Bakersfield, CA 93308

Exhibit 8 p. 83 of 100     104

Form 07-6608 (Rev. 6/00)

**CONTRACTS & SUBCONTRACTORS**
**PLEASE NOTE!**

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or for a political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

**Region I, North of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

**Region II, South of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107022
Anchorage, AK 99510-7021
(907) 269-4900

**Region IIA, Southeast Alaska (from Yakutat south)**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department a sworn affidavit for the pay period of the previous week, setting out in detail the number of workers employed, wage paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

**CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.**

Date: _11/03/03_

---

I, _Tina Odom_ ,
(Name of Signatory Party)
_Office Administrator_
(Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by
_Corpro Companies Inc._
(Contractor/Subcontractor)
on the _USCG Cargo Wharf Pile Coating_
(Building or Work)
during the payroll period commencing on _10/26/03_ and ending
on _11/01/03_ , all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said
_Corpro Companies Inc._
(Contractor/Subcontractor)
from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c) , and described below.

(2) That _Corpro Companies Inc._
(Contractor/Subcontractor)
is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current classification set forth herein for each laborer, mechanic or field surveyor conforms with the work performed, and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $ _____

---

**STATEMENT OF COMPLIANCE**

(4) That where fringe benefits are paid to approved plans, funds or programs
(check all applicable items)

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on the payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d) below.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on the payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is _____

☒ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
| | |
| | |
| | |
| | |

Remarks: _The language used on this form is identical to the language of form DD879_

Name & Title (Print or Type) _Tina Odom, Office Administrator_

Signature (original signature required) _Tina Odom_

Name & Title (Print or Type) _Tina Odom, Office Administrator_

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

(date)

Exhibit 8 p. 84 of 100

105

## CONTRACTS & SUBCONTRACTORS PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region I, North of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

Region II, South of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region IIA, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department a sworn affidavit for the previous week, setting out in detail the number of workers employed, the classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUC-TION.

Date: 11/03/03

---

I, _Tina Odom_,
(Name of Signatory Party)        _Office Administrator_ (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by
_Corpro Companies Inc._
(Contractor/Subcontractor)

_USCG Cargo Wharf Pile Coating_
(Building or Work)

on _11/01/03_ (date) during the payroll period commencing on _10/26/03_ and ending on _____, all persons employed on said project have been paid full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

_Corpro Companies Inc._
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by Statute 36 as defined in regulations issued by the Commissioner of Labor or on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described below.

(2) That _Corpro Companies Inc._
(Contractor/Subcontractor)

is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010, and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete, that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor; that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed, and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $_____

---

## STATEMENT OF COMPLIANCE
(date)

(b) That where fringe benefits are paid to approved plans, funds or programs

☐ (a) In addition to the basic hourly rates paid to each laborer, mechanic or field surveyor listed on the payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be noted in Section 6(d) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is

☐ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
| --- | --- |
|  |  |
|  |  |
|  |  |

Remark: The language used on this form is identical to the language of form DD879

Signature (original signature required) _[signature]_

Name & Title (Print or Type)
_Tina Odom, Office Administrator_

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 85 of 100

106

# CERTIFIED PAYROLL

**Alaska Department of Labor**
**Labor Standards &**
**Safety Division**
**Wage & Hour Administration**

| Contractor Name | ☐ Contractor | ☐ Subcontractor | Address |
|---|---|---|---|
| Corrpro Companies, Inc. | | | 6837 Krebs Rd Bakersfield, CA 93308 |

| Phone | Contractor License Number | Week Ending | Payroll No. | Contracting Agency Project Number |
|---|---|---|---|---|
| 661-588-1416 | | 11/08/03 | | AF #200304 Phase II |

| Project Name and Location | Date Your Work Started | Your Est. Completion Date | Amount of Your Contract | Dept. of Labor Project No. |
|---|---|---|---|---|
| USCG Cargo Whale Pile Coating | | | | N/A |

| Name, Social Security Number, Permanent Domicile Address (No P.O. Box or RURAL ROUTES ACCEPTED) and Mailing Address (if different) | Specialty Work Class/Craft Including Classification | Apprentice Ind # | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | FICA | FED W/H TAX | ESD State | Union Dues | Other (explain) SUI | Total Deductions | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Day of the Week | S | M | T | W | T | F | S | | | | | | | | | | | |
| Randy Powers 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 6701 Tibbe River Ln Bakersfield, CA 93308 | Anti11146c Sp Ry Sandblast Epox Applicator | | 3 | 3 | 8 | 4 | 9 | Ø | | 33 | 36.42 | 1201.86 | | | | | | | | 3033243986 |
| | | DT | 3.25 | 8 | 8 | 11.5 | 11.5 | | | 40 | 24.28 | 971.20 | | | | | | | | |
| | | | | 8 | 8 | | | | | | 8.46 | 625.80 | 287.17 | | | | 25.84 | | | |
| | | | | | | | 1.5 | | | 1.5 | 8.56 | 72.54 | | | | | | | | |
| | | | | | | | | | | | | | 219.04 | 557.78 | 187.98 | | | 991.94 | 1879.93 | |

**Exhibit 8 p. 86 of 100**

Form 07-6004 (Rev. 6/00)

107

**CONTRACTS & SUBCONTRACTORS**
**PLEASE NOTE!!**

8 AAC 30.020 CERTIFIED PAYROLL. (a) All contractors who perform work on a public construction contract for the state or a political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

**Region I, North of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

**Region II, South of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

**Region IIA, Southeast Alaska (from Yakutat south)**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

**CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUC-TION.**

Date: __11/10/03__

---

I, __Tina Odom__ _____ __Office Administrator__
       (Name of Signatory Party)                    (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by
__Corpro Companies Inc.__
                    (Contractor/Subcontractor)
__USCG Cargo Wharf Pile Coating__
                    (Building or Work)
on __11/08/03__, all persons employed on said project have been
       (date)
paid full weekly wages earned, that no rebates have been or will be made
either directly or indirectly to or on behalf of said
_____
                    (Contractor/Subcontractor)
during the payroll period commencing on __11/02/03__ and ending
on __11/08/03__; that

from the full weekly wages earned by any person, and that no deductions have been made, either directly or indirectly from the full wage earned by any person, other than permissible deductions, or projects covered by any Statute 36 as defined in regulations issued by the Secretary of Labor, or on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described below.

(2) That __Corpro Companies Inc.__ and
                    (Contractor/Subcontractor)

is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor, that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed; and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; and

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $ _____.

---

**STATEMENT OF COMPLIANCE**
                                        (date)

(6) That where fringe benefits are paid to approved plans, funds or programs (check all applicable items)

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently listed by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits are currently listed by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is _____

☒ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
|  |  |
|  |  |
|  |  |

Remarks: The language used on this form is identical to the language of form DD819

Signature (original signature required):
Name & Title (Print or Type) __Tina Odom, Office Administrator__
__Tina Odom / Office Administrator__        __[signature] Tina Odom__

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 87 of 100

108

## CONTRACTS & SUBCONTRACTORS
### PLEASE NOTE!!

**8 AAC 30.020 CERTIFIED PAYROLL.** (a) All Contractors who perform work on a public construction contract for the state or a political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

**Region I, North of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

**Region II, South of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

**Region IIA, Southeast Alaska (from Yakutat south)**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

**CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK, MAY BE DEBARRED FROM PUBLIC CONSTRUCTION.**

Date: _11/10/03_

---

I, _Tina Odom_
(Name of Signatory Party)

do hereby state:

(1) That I pay or supervise the payment of persons employed by
_Corporo Companeres Inc_
(Contractor/Subcontractor)
on the _USCG Cargo Wharf Pile Coating_
(Building or Work) that
during the payroll period commencing on _11/02/03_ and ending
on _11/08/03_, all persons employed on said project have been paid full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said
_Corporo Companeres Inc._
(Contractor/Subcontractor)
from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by Alaska Statute 36 as defined in regulations issued by the Commissioner of Labor on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat 948; 63 Stat 108; 72 Stat 967; Stat 357; 40 USC 276(c), and described below.

(2) That _Corporo Companeres Inc._ and
(Contractor/Subcontractor)
is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) Than any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor; that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed; and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $ _____.

---

_Tina Odom_    _Office Administrator_
(Name of Signatory Party)    (Title)    (date)

**STATEMENT OF COMPLIANCE**
(check all applicable items)

(6) That where fringe benefits are paid to approved plans, funds or programs

☐ (a) in addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on the payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b) in addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d) below. Fringe benefit payments will be made at least quarterly to an approved plan.

☒ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
|  |  |
|  |  |
|  |  |

Remarks: _The language used on this form is identical to the language of form DD879_

Signature (original signature required) _Tina Odom_

Name & Title (Print or Type) _Tina Odom, Office Administrator_

_Tina Odom, Office Administrator_

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 88 of 100

# CERTIFIED PAYROLL

Alaska Department of Labor
Labor Standards &
Safety Division
Wage & Hour Administration

Contractor Name: Corrpro Companies Inc.

☐ Contractor ☐ Subcontractor

Address: 6837 Krebs Rd. Bakersfield, CA 93308

Phone: 661-588-1196

Contractor License Number

Week Ending: 11/15/03

Project Name and Location: USCG DAKD WHALE PILE COATING

Payroll No.

Contracting Agency Project Number: AE# 2003-04 Phase II

Dept. of Labor Project: N/A

| Name, Social Security Number, Address | Classification | Date of the Month | | | | | | | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | FICA | FED W/H TAX | ESD State | Union Dues | Other (explain) SUI | Total Deductions | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | S | M | T | W | T | F | S | | | | | | | | | | |
| RANDY POWERS 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 6701 Tioga River Ln Bakersfield, CA 93308 | Sandblaster Coating Applicator Lead APPLICATOR | 4 | 8 | 8 | 8 | 6.5 | | | DT 11 | 4.5 | 8 | | | | | | | |

Exhibit 8 p. 89 of 100

Form 07-6008 (Rev. 6/90)

110

## CONTRACTS & SUBCONTRACTORS
### PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

**Region I, North of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

**Region II, South of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

**Region IIA, Southeast Alaska (from Yakutat south)**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a state or public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department a sworn affidavit for the previous week, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUC-TION.

Date: _11/17/03_

---

I, _Tina Odom_
(Name of Signatory Party)
_Office Administrator_ (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by
_Carporo Companies Inc._
(Contractor/Subcontractor)
on the _USCG Cargo Wharf Pile Coating_
(Building or Work)
_11/15/03_ (date); that during the payroll period commencing on _11/09/03_ and ending
on _____, all persons employed on said project have been paid full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said
_Carporo Companies Inc._
(Contractor/Subcontractor)
from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by Alaska Statute 36 as defined in regulations issued by the Commissioner of Labor on Federal Projects as defined in in Regulations, Part 3 (29 CFR Subtitle A) issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described below.

(2) That _Carporo Companies Inc._
(Contractor/Subcontractor) and
is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained herein are not less than the current applicable wage rates established by the Alaska Department of Labor, that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed, and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; and

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $_____

---

## STATEMENT OF COMPLIANCE _____ (date)

(6) That where fringe benefits are paid to approved plans, funds or programs
(check all applicable items)

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is

☒ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

☐ (d) Exceptions.

| Exception (Craft) | Explanation |
|---|---|
|  |  |
|  |  |
|  |  |

Remark: _The language used on this form is identical to the language of form DD879_

Signature (original signature required)

Name & Title (Print or Type)

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 90 of 100

111

**CONTRACTS & SUBCONTRACTORS**
**PLEASE NOTE!!**

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including subcontractors/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

**Region I, North of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

**Region II, South of N63°**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

**Region II/A, Southeast Alaska (from Yakutat south)**
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4839 to (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

**CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.**

Date: _11/17/03_

---

I, _Tina Odom_
(Name of Signatory Party)   _Office Administrator_
(Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by
_Corpro Companies Inc_
(Contractor/Subcontractor)

_USCG Cargo Wharf Pile Coating_ on the
(Building or Work)

_11/15/03_ , that
during the payroll period commencing on _11/09/03_ and ending
on _11/15/03_ , all persons employed on said project have been
(date)
paid full weekly wages earned, that no rebates have been or will be made
either directly or indirectly to or on behalf of said
_Corpro Companies Inc_
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have
been made either directly or indirectly from the full wages earned by any
person, other than permissible deductions, or projects covered by any Alaska
Statute 36 as defined in regulations issued by the Commissioner of Labor, or
on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A),
issued by the Secretary of Labor under the Copeland Act, as amended (48
Stat. 948, 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described
below.

| Exception (Craft) | Explanation |
|---|---|
| | |
| | |
| | |

(2) That
_Corpro Companies Inc_
(Contractor/Subcontractor)

is in full compliance with the provisions set forth in AS 36.10, which requires
employment preference for Alaska residents as outlined in AS 36.95.010, and

(3) That any payrolls otherwise under this contract required to be submitted
for the above period are correct and complete; that the wage rates for laborers,
mechanics or field surveyors contained herein are not less than the current
applicable wage rates established by the Alaska Department of Labor; that the
classification set forth therein for each laborer, mechanic or field surveyor
conforms with the work performed; and

(4) That any apprentices employed in the above period are duly registered in a
bona fide apprenticeship program registered with the State apprenticeship
agency recognized by the Bureau of Apprenticeship and Training, United
States Department of Labor, or if no such agency exists in the State, are
registered with the Bureau of Apprenticeship and Training, United States
Department of Labor; and

(5) That I am a bona fide owner/operator and that my contract amount meets
or exceeds the prevailing wage for each hour I have worked. My last progress
payment was received on _____ for $_____

---

**STATEMENT OF COMPLIANCE** (date)

(8) That where fringe benefits are paid to approved plans, funds or programs
(check all applicable items)

☐ (a) In addition to the basic hourly wage rates paid to each laborer,
mechanic or field surveyor listed on this payroll, payments of fringe benefits as
currently published by the Alaska Department of Labor, payments of fringe benefits have been or will be
made to a union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer,
mechanic or field surveyor listed on this payroll, payments of fringe benefits as
currently published by the Alaska Department of Labor have been or will be
made to the appropriate programs for the benefit of such workers, except as
noted in Section 6(d) below. Fringe benefit payments will be made at least
quarterly to an approved plan. The name of the plan is

☐ (c) Each laborer, mechanic or field surveyor listed on the payroll has
been paid, as indicated on the payroll, an amount not less than the sum of the
applicable basic hourly wage rate plus the amount of the required fringe
benefits as currently published by the Alaska Department of Labor, except as
noted in Section 6(d).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
| | |
| | |
| | |

Remark: _The language used on this_
_form is identical to the language_
_of form DD879_

_____
Signature (original signature required)

_____
Name & Title (Print or Type)

**The willful falsification of any of the above statements or information
may subject the contractor or subcontractor to civil or criminal
prosecution. See Section 1001 of Title 18 and Section 231 of the United
States Code. Also see AS 36.05.060.**

---

Exhibit 8 p. 91 of 100

112

NOV.20. 2003  3:11PM                                        NO.0309  P. 7

# CERTIFIED PAYROLL

**Alaska Department of Labor**
**Labor Standards &**
**Safety Division**
**Wage & Hour Administration**

| Contractor Name | CSI Coating Systems Inc. |
| Contractor License Number | Applied |
| Project Name and Location | USCG Cargo Wharf Pile Coating Phase II |

☐ Contractor  ☒ Subcontractor
Address: 2102 - 5th Street, Nisku, AB, Canada T9E 7K3

Phone: 780 955 2856
Week Ending: Nov 1/03
Date Your Week Started: Aug 5/03
Your Est. Completion Date: Nov 15/03
Payroll No.:
Contracting Agency Project Number: A8200 304
Amount of Your Contract: $100,000
Dept. of Labor Project: N/a

**Name, Social Security Number, Permanent Domicile Address, and Mailing Address**

Peter E Williams
Box 157, Stn. 662
To Field, AB
Canada T0B 4J0
SIN 634468 484

Classification: Spray Sandblast Spray Applicator  Code: MAINTANCE

| Day of the Week | S | M | T | W | Th | F | S | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | Total Deductions | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date of the Month | 26 | 27 | 28 | 29 | 30 | 31 | 1 | | | | | | |
| Hours Worked Each Day | 3.5 | 0 | 3.5 | 8 | 8 | 8.5 | 8.5 | 40 | 36.40 | 1894.18 | 414.88 | 1479.30 | direct deposit |

Total Deductions: 414.88  Net: 1479.30

Form 07-6056 (Rev. 6/90)

**Exhibit 8 p. 92 of 100**

113

## CONTRACTS & SUBCONTRACTORS
### PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (form 07 6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region I, North of 60° *
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

Region II, South of 60° *
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region II/A, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 032600
Juneau, AK 99802-0630
(907) 465-4842 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

AS 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: Nov 1/03

---

I, __Annette Orlick__ __of CSI Coatings__
      (Name of Signatory Party)                    (Title)

do hereby declare:

(1) That I pay or supervise the payment of persons employed by

__CSI Coating Systems Inc.__ on the
                        (Contractor/Subcontractor)

that during the payroll period commencing on __Oct 19/03__ and ending

on __Nov 1/03__ all persons employed on said project have been paid full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

__CSI Coating Systems Inc.__
                  (Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described below.

(2) That __CSI Coating Systems Inc.__ and
                      (Contractor/Subcontractor)

is in full compliance with the provisions set forth in AS 36.10, which require employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained therein are not less than the currently applicable wage rates established by the Alaska Department of Labor; that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed, and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $_____

---

STATEMENT OF COMPLIANCE

_____
   (date)

(6) That where fringe benefits are paid to approved plans, funds or programs (check all applicable items)

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(c) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is

☐ (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(c).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
| | |
| | |

Remarks:
THE LANGUAGE USED ON THIS FORM
IS IDENTICAL TO THE LANGUAGE
USED ON FORM DD874

Signature (original signature required)
Annette Orlick, Operations Coordinator

Name & Title (Print or Type)
Annette Orlick, Operations Coordinator

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 93 of 100

114

CONTRACTS & SUBCONTRACTORS
PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All contractors who perform work on a public construction contract for the state or a political subdivision of the state shall, with the Department a certified payroll (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region I, Nash or N&S*
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

Region II, South of N&S*
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region IIA, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020650
Juneau, AK 99802-0630
(907) 465-4819 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit that his with the previous week, setting out in detail the number and classification of each workman employed, wages paid, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: Nov 11 03

---

I, GINETTE DRLICK
(Name of Signatory Party)

OP. COORDINATOR
(Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by

CSI COATING SYSTEMS INC.
(Contractor/Subcontractor)

USGG CARGO WHARF PILE COATING Phase II
(Building or Work)

that during the payroll period commencing on OCT 19 03

on NOV 1 03 , all persons employed on said project have been
(date)

paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

CSI COATING SYSTEMS INC.
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by Alaska Statute 36 as defined in regulations issued by the Commissioner of Labor and on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A) issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357, 40 USC 276(c), and described below:

☐ (b) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated in the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).
☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
|  |  |
|  |  |
|  |  |

Remarks
THE LANGUAGE USED ON THIS FORM
IS IDENTICAL TO THE LANGUAGE
USED ON FORM DD879

Signature (original signature required)
GINETTE DRLICK OPERATIONS COORDINATOR
Name & Title (Print or Type)
GINETTE DRLICK OPERATIONS COORDINATOR

STATEMENT OF COMPLIANCE
(date)
(check all applicable items)

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is

☐ (d) Exceptions:

(2) That CSI COATING SYSTEMS INC.
(Contractor/Subcontractor)

is in full compliance with the provisions of AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.95.010, and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained therein are not less than the current applicable wage rates established by the Alaska Department of Labor for each classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed, and

(4) That apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in this State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor, or

(5) That I am a bona fide owner/operator and that I have worked ___ for ___ or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on ___ for $ ___.

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 94 of 100

115

# CERTIFIED PAYROLL

Alaska Department of Labor
Labor Standards &
Safety Division
Wage & Hour Administration

| Contractor Name | Contractor | ☒Subcontractor | Address |
|---|---|---|---|
| CSI Coating Systems Inc. | | | 2103 - 5th Street, Nisku, AB Canada, T9E1X3 |

Phone: 780-955-2856
Contractor License Number: Applied
Week Ending: Nov 8/03
Payroll No.
Contracting Agency Project Number: AB200304

Project Name and Location: USCG CWGA Wharf Pile Coating Phase II
Date Your Work Started: Aug 5/03
Your Est. Completion Date: Nov 10/03
Amount of Your Contract: $100,000
Dept. of Labor Project: n/a

| Name, Social Security Number / Address | Classification | | Date of the Month | | | | | | | | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | FICA | FED W/H TAX | ESD | Union Dues | Other (explain) | Total Deductions | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2 | 3 | 4 | 5 | 6 | 7 | 8 | | | | | | | | | | | |
| | | | S | M | T | W | Th | F | S | | | | | | | | | | | |
| Peter E Williams Box 1750, SIG1, RR2 Tofield, AB Canada, T0B4J0 SIN 634698484 | Painter/Sandblaster Spray Supervisor | OT | 0 | 3 | 3 | | | | | 70 | 5.70 | | | | | | | | | |
| | | ST | 3 | 8 | 8 | 9.5 | 9.5 | 11.5 | | 40 | 24.08 | $949.70 | | | | | | $48.34 | 1914.46 | n/a |
| | | | 3 | 11 | 11 | 10.5 | 9.5 | 11.5 | 0 | 30 | 36.47 | | | | | | | | | |

* CODES found in Laborers' & Mechanics' Minimum Rates of Pay, Pamphlet 600.

*Classification requires current State Certificate.

Form 07-6050 (Rev. 6/90)

Exhibit 8 p. 95 of 100

116

**CONTRACTS & SUBCONTRACTORS**
**PLEASE NOTE!!**

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or a political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region I, North of 63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

Region II, South of 63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region IIA, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 021630
Juneau, AK 99802-0630
(907) 465-4839 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state submit BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of workers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: NOV 8 '03

---

## I. GINETTE ORLICK                OP. COORDINATOR

(Name of Signatory Party)                (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by

CSI COATING SYSTEMS INC.                on the
(Contractor/Subcontractor)

USCG CARGO WHARF PILE COATING PHASE(I), that
(Building or Work)

during the payroll period commencing on NOV 2/03                and ending
(date)

on NOV 16/03              all persons employed on said project have been
(date)

paid full weekly wages earned, that no rebates have been or will be made
either directly or indirectly to or on behalf of said

CSI COATING SYSTEMS INC.
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described below:

(2) That CSI COATING SYSTEMS INC.
(Contractor/Subcontractor)

is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as provided in AS 36.95.010, and

(3) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained therein are not less than the applicable wage rates established by the Alaska Department of Labor; that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work he performed, and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $ _____.

---

### STATEMENT OF COMPLIANCE

(date)

(6) That where fringe benefits are paid to approved plans, funds or programs (check all applicable items)

☐ (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(c) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is

☐ (c) Each laborer, mechanic or field surveyor listed on this payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(b).

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
| | |
| | |

Remarks:
THE LANGUAGE USED ON THIS FORM
IS IDENTICAL TO THE LANGUAGE
USED ON FORM DOL879

Signature (original signature required)

Name & Title (Print & Type)
GINETTE ORLICK, OPERATIONS COORDINATOR

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 96 of 100                117

CONTRACTS & SUBCONTRACTORS
PLEASE NOTE!!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or a political subdivision of the state (including owner/operators) shall file with the Department a certified payroll (Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region I, North of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

Region II, South of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region III, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Juneau, AK 99802-0630
(907) 465-4830 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of persons employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: _____ NOV 8|03

---

I, __AIMEE QUICK__ __OPERATIONS COORDINATOR__
       (Name of Signatory Party)                    (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by

__CSI CONTROL SYSTEMS INC.__ , on the
       (Contractor/Subcontractor)

__USCG CACO WATER PLR (DINING PHASE II)__ , that
       (Building or Work)

during the payroll period commencing on __NOV 2|03__ , and ending

on __NOV 8|03__ , all persons employed on said project have been
       (date)

paid full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

__CSI CONTROL SYSTEMS INC.__
       (Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions, or projects covered by Alaska Statute 36 as defined in regulations issued by the Commissioner of Labor on Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described below.

(2) That __CSI CONTROL SYSTEMS INC.__
       (Contractor/Subcontractor)

is in full compliance with the provisions set forth in AS 36.10, which require employment preferences for Alaska residents as outlined in AS 36.95.010, and

(3) Then any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field survey contain herein are not less than the current applicable wage rates established by the Alaska Department of Labor; that the classification set forth therein for each laborer, mechanic or field survey conforms with the work performed, and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in the State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; or

(5) That I am a bona fide owner/operator and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $ _____.

---

STATEMENT OF COMPLIANCE
(date)

(6) That where fringe benefits are paid to approved plans, funds or programs
(check all applicable items)

□  (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to a union trust.

□  (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to the appropriate programs for the benefit of such workers, except as noted in Section 6(d) below. Fringe benefit payments will be made at least quarterly to an approved plan. The name of the plan is

       (d) Exceptions:

□  (c) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(d).

□  (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Remarks

THE LANGUAGE USED ON THIS FORM
IS IDENTICAL TO THE LANGUAGE
USED ON FORM DD379

Signature (original signature required)

Name & Title (Print or Type)
__AIMEE QUICK, OPERATIONS COORDINATOR__

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 97 of 100

118

# CERTIFIED PAYROLL

Alaska Department of Labor
Labor Standards &
Safety Division
Wage & Hour Administration

| Contractor Name | CSI Coating Systems Inc | ☐ Contractor | ☒ Subcontractor | Address | 2160 - 5th Street, Niska, AB Canada. T9E 7K3 |
|---|---|---|---|---|---|

Phone: 780-955-3856
Contractor License Number: Applied
Contracting Agency Project Number: A3200304

Project Name and Location: USCG Cargo Wharf Pile Coating Phase II

Week Ending: Nov 15/03
Date Your Work Started: Aug 5/03
Your Est. Completion Date: Nov 10/03
Amount of Your Contract: $100,000
Dept. of Labor Projects: n/a

**Name, Social Security Number, Permanent Domicile Address**

Peter E. Williams
Box 129, Stc. 1, RR2
Stony Sandikst
Tofield, AB
Canada. T0B 4J0
SIN 634 648 484

Classification: min/max
Epoxy Applicator

| Day of the Month | Total Hours Worked | Hourly Rate Paid | Gross Amount Earned | FICA | FED W/H TAX | ESD | Union Dues | Other (explain) | Total Deductions | Net Amount Paid | Check # Issued |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 10 11 12 13 14 15 | | | | | | | | | | |
| S M T W T F S | | | | | | | | | | |
| 4 8 8 | 7.5 16 | 36.40 24.28 | 705.57 | | | | | 218.53 | 577.05 | Direct deposit |
| 83.5 5.30 | | | | | | | | | | |

Form 07-6058 (Rev. 6/90)

**Exhibit 8 p. 98 of 100**

119

I, __GINETTE CAULK__ __OF COORDINATOR__
(Name of Signatory Party)                    (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by

__CSI COATING SYSTEMS INC.__
(Contractor/Subcontractor)

__USCG CAIRO WINDER PILE COATING PHASE II__ that
(Building or Work)

during the payroll period commencing on __NOV 15, '03__ and ending
(date)

on __NOV 15, '03__, all persons employed on said project have been
(date)

paid the full weekly wages earned, that no rebates have been or will be made
either directly or indirectly to or on behalf of said

__CSI COATING SYSTEMS INC.__
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have
been made either directly or indirectly from the full wages earned by any
person, other than permissible deductions, or projects covered by Alaska
Statutes 36 as defined in regulations issued by the Commissioner of Labor or on
Federal Projects as defined in Regulations, Part 3 (29 CFR Subtitle A),
issued by the Secretary of Labor under the Copeland Act, as amended (48
Stat. 948; 63 Stat. 108; 72 Stat. 967; Stat. 357; 40 USC 276(c), and described
below:

(2) That __CSI COATING SYSTEMS INC.__
(Contractor/Subcontractor)

is in full compliance with the provisions set forth in AS 36.10, which requires
employment preference for Alaska residents as outlined in AS 36.95.010; and

(3) That any payrolls otherwise under this contract required to be submitted
for the above period are correct and complete; that the wage rates for laborers,
mechanics or field surveyors contained herein are not less than the current
applicable wage rates established by the Alaska Department of Labor, that the
classifications set forth therein for each laborer, mechanic or field surveyor
conform with the work performed; and

(4) That any apprentices employed in the above period are duly registered in a
bona fide apprenticeship program registered with the State apprenticeship
agency, recognized by the Bureau of Apprenticeship and Training, United
States Department of Labor, or if no such agency exists in this State, are
registered with the Bureau of Apprenticeship and Training, United States
Department of Labor; or

(5) That I am a bona fide owner/operator and that my contract amount meets
or exceeds the prevailing wage for each hour I have worked. My last progress
payment was received on _____ for $_____

### STATEMENT OF COMPLIANCE
(check all applicable items)

☐ (9) That where fringe benefits are paid to approved plans, funds or programs

☐ (a) in the basic hourly wage rates paid to each laborer,
mechanic or field surveyor listed on this payroll, payments of fringe benefits as
listed in the contract have been or will be
made to a union trust.

☐ (b) In addition to the basic hourly wage rates paid to each laborer,
mechanic or field surveyor listed on this payroll, payments of fringe benefits as
currently published by the Alaska Department of Labor have been or will be
made to the appropriate programs for the benefit of such workers, except as
noted in Section 6(c) below. Fringe benefit payments will be made at least
quarterly to an approved plan. The name of the plan is

☐ (c) Each laborer, mechanic or field surveyor listed on the payroll has
been paid, as indicated on the payroll, an amount not less than the sum of the
applicable basic hourly wage rate plus the amount of the required fringe
benefits as currently published by the Alaska Department of Labor, except as
noted in Section 6(d) below.

☐ (d) Exceptions:

| Exception (Craft) | Explanation |
|---|---|

Remarks
THE LANGUAGE ON THIS FORM IS
IDENTICAL TO THE LANGUAGE USED
ON FORM DO874

Signature (original signature required)

Name & Title (Print or Type)
__GINETTE CAULK, OPERATIONS COORDINATOR__

The willful falsification of any of the above statements or information may
subject the contractor or subcontractor to civil or criminal
prosecution. See Section 1001 of Title 18 and Section 231 of the United
States Code. Also see AS 36.05.060.

---

CONTRACTS & SUBCONTRACTORS
PLEASE NOTE!

8 AAC 30.020 CERTIFIED PAYROLL (a) All Contractors who perform work on
a public construction contract for the state or political subdivision of the state
(including owner/operators) shall file with the Department a certified payroll
(Form 07-6058) before Friday of each week that covers the preceding week.

(b) The certified payroll shall be submitted to the Department's regional office
in the region in which the work is performed.

Region I, North of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region IIA, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020620
Juneau, AK 99802-0630
(907) 465-4840 or (907) 465-4842

Region II, South of N63°
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll
form. However, the payroll form shall contain the same information required on
this form.

Sec. 36.05.040 Requires that all contractors or subcontractors who perform
work on a public construction contract for the state or a political subdivision
of the state execute, BEFORE THE FRIDAY OF EACH WEEK, file with the
Department of Labor a sworn affidavit for the previous week, setting out in
detail the number of workers employed, wages paid, job classification of each
employee, hours worked each day and week, and other information which the
Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR
EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE
PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND
PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM
PUBLIC CONSTRUCTION.

Date __NOV 15, '03__

Exhibit 8 p. 99 of 100

120

## CONTRACTS & SUBCONTRACTORS
### PLEASE NOTE!

8 AAC 30.020 CERTIFIED PAYROLL. (a) All Contractors who perform work on a public construction contract for the state or a political subdivision of the state shall file with the Department a certified payroll (including form 07-6058) before Friday of each week that covers the preceding week.

(a) The certified payroll shall be submitted to the Department's regional office in the region in which the work is performed.

Region I, North of M&P*
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
Regional State Office Building
675 7th Avenue, Station J
Fairbanks, AK 99701-4593
(907) 451-2886

Region II, South of M&P*
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 107021
Anchorage, AK 99510-7021
(907) 269-4900

Region IIA, Southeast Alaska (from Yakutat south)
Labor Standards & Safety Division
ALASKA DEPARTMENT OF LABOR
P.O. Box 020630
Juneau, AK 99802-0630
(907) 465-4859 or (907) 465-4842

In lieu of submitting Form 07-6058, a contractor may submit his/her payroll form. However, the payroll form shall contain the same information required on this form.

Sec. 36.05.040. Requires that all contractors or subcontractors who perform work on a public construction contract for the state or for a political subdivision of the state shall, BEFORE THE FRIDAY OF EACH WEEK, file with the Department of Labor a sworn affidavit for the previous week, setting out in detail the number of laborers employed, wages paid, job classification of each employee, hours worked each day and week, and other information which the Department of Labor requires.

CONTRACTORS WHO DISREGARD THEIR OBLIGATIONS TO THEIR EMPLOYEES, INCLUDING PAYMENT OF THE APPROPRIATE PREVAILING RATES OF PAY, UNCONDITIONAL PAYMENT, AND PAYMENT NOT LESS THAN ONCE A WEEK BE DEBARRED FROM PUBLIC CONSTRUCTION.

Date: _Nov 15 /03_

---

I, **LYNETTE DRUCK**, **OP COORDINATOR**
(Name of Signatory Party)        (Title)

do hereby state:

(1) That I pay or supervise the payment of persons employed by

**CSI CONTING SYSTEMS, INC.**
(Contractor/Subcontractor)

**USKG CARGO WHARF PILE CAPPING PHASE II** on the
(Building or Work)

during the payroll period commencing on _Nov 2/03_ and ending
on _Nov 15/03_, all persons employed on said project have been
(date)
paid full weekly wages earned, that no rebates have been or will be made
either directly or indirectly to or on behalf of said

**CSI CONTING SYSTEMS INC.**
(Contractor/Subcontractor)

from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948; 63 Stat. 108; 72 Stat. 987; Stat. 357; 40 USC 276(c), and described below.

(2) That **CSI CONTING SYSTEMS INC.**
(Contractor/Subcontractor)
is in full compliance with the provisions set forth in AS 36.10, which requires employment preference for Alaska residents as outlined in AS 36.05.010; and

(3) Than any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers, mechanics or field surveyors contained therein are not less than the current applicable wage rates established by the Alaska Department of Labor, that the classification set forth therein for each laborer, mechanic or field surveyor conforms with the work performed, and

(4) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with the State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such agency exists in this State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor; and that my contract amount meets or exceeds the prevailing wage for each hour I have worked. My last progress payment was received on _____ for $ _____

---

## STATEMENT OF COMPLIANCE

(a) That where fringe benefits are paid to approved plans, funds or programs
(check all applicable items)

☐  (a) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published in this payroll, payments of fringe benefits have been or will be made to approved plans, funds or programs for the benefit of such laborer, mechanic or field surveyor listed on this payroll, funds or programs for the benefit of each laborer or field surveyor are paid to approved plans, funds or programs.

☐  (b) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed in this payroll, payments of fringe benefits as listed in the contract have been or will be made to a union trust.

☐  (b ) In addition to the basic hourly wage rates paid to each laborer, mechanic or field surveyor listed on this payroll, payments of fringe benefits as currently published by the Alaska Department of Labor have been or will be made to approved plans, funds or programs.

☐  (b) Each laborer, mechanic or field surveyor listed on the payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as currently published by the Alaska Department of Labor, except as noted in Section 6(c) below.

☐  (c) Exceptions:

| Exception (Craft) | Explanation |
|---|---|
|  |  |

### Remarks

**THE LANGUAGE USED ON THIS FORM IS IDENTICAL TO THE LANGUAGE USED ON FORM 0587A**

Signature (original signature required)

Name & Title (Print or Type)
**LYNETTE DRUCK, OPERATIONS COORDINATOR**

The willful falsification of any of the above statements or information may subject the contractor or subcontractor to civil or criminal prosecution. See Section 1001 of Title 18 and Section 231 of the United States Code. Also see AS 36.05.060.

Exhibit 8 p. 0 of 100

121