ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3750
Los Angeles, California 90017-5402
Telephone: (213) 612-9900
Facsimile: (213) 612-9930

Attorneys for Defendant and
Cross-Complainant EMERCO, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, <br><br>Plaintiff, <br><br>v. <br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings, <br><br>Defendants. <br><br>EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc., <br><br>Counter-Claimant/Third Party Claimant, <br><br>v. <br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al., <br><br>Cross-Defendants/Third Party Defendants. | CASE NO. A-03-0199 <br>Civil (RRB) <br><br>**NOTICE OF ORAL DEPOSITION OF CORRPRO COMPANIES, INC.** |

1  TO EACH PARTY AND TO EACH ATTORNEY OF RECORD IN THIS ACTION:
2      YOU ARE HEREBY NOTIFIED THAT THE ORAL DEPOSITION OF
3  **CORRPRO COMPANIES, INC.** will be taken at 423 Truxtun Avenue,
4  Bakersfield, California, 93301, commencing at 9:00 a.m. on February 18,
5  2005, and continuing from day to day thereafter until complete.
6      YOU ARE FURTHER NOTIFIED THAT:
7  [X]  Non-Party Deponent: The deponent is not a party to this action.
8       So far as known to the deposing party, the deponent's address
9       and telephone number are as follows: 6837 Krebs Road,
10      Bakersfield, California 93308, Telephone (661) 588-1196. Said
11      deponent is being served with a Deposition Subpoena. A COPY
12      OF THE DEPOSITION SUBPOENA IS ATTACHED HERETO AND
13      SERVED HEREWITH.
14 [X]  Deponent a Corporation or other entity: The deponent is not a
15      natural person. The matters on which the deponent will be
16      examined are as follows:
17      1.  The negotiation of, and terms and conditions of, the
18          contract(s) which obligated Corrpro Companies, Inc., to
19          perform work on the United States Coast Guard
20          construction project known as "Cargo Wharf Pile Coating,
21          Phase II" located on Kodiak Island in Alaska.
22      2.  The actual performance of work by Corrpro Companies,
23          Inc., on the United States Coast Guard construction project
24          known as "Cargo Wharf Pile Coating, Phase II" located on
25          Kodiak Island in Alaska.
26      3.  Payments requested and received for work performed by
27          Corrpro Companies, Inc., on the United States Coast Guard
28          construction project known as "Cargo Wharf Pile Coating,

Phase II" located on Kodiak Island in Alaska.

A list of all parties or attorneys for parties on whom this Notice of Deposition is being served is shown on the accompanying Proof of Service.

DATED: January 10, 2005              MONTELEONE & McCRORY LLP

Attorneys for Emerco, Inc.


By _____
WILLIAM R. BAERG, ESQ.
CSBN 167399
WSBN 23052

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF     ALASKA

ABSOLUTE ENVIRONMENTAL SERVICES, INC.,

v

FORREST J. MCKINLEY, ET AL.

SUBPOENA IN A CIVIL CASE

Case Number:[1] A-03-0199 Civil (RRB)

TO: Corrpro Companies, Inc. (its Persons Most Knowledgeable regarding the Cargo Wharf Pile Coating Phase II project per the Notice of Deposition served with this Subpoena)
6837 Krebs Road, Bakersfield, CA 93308

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| 423 Truxtun Ave., Bakersfield, CA 93301 | 2/18/05 at 9:00 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All documents in your possession or control regarding the United States Coast Guard construction project known as "Cargo Wharf Pile Coating, Phase II," physically located on Kodiak Island in Alaska, which documents include but are not limited to correspondence, memos, diaries, contracts, certifications, contracts, submittals, photographs and drawings.

| PLACE | DATE AND TIME |
|---|---|
| 423 Truxtun Ave., Bakersfield, CA 93301 | 2/18/05 at 9:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]  Attorney for Defendants | 1/10/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

William R. Baerg     Tel. (213) 612-9900
Monteleone & McCrory, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Exhibit 10 p. 4 of 6

126

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 725 South Figueroa Street, Suite 3200, Los Angeles, California 90017-5446.

On this date, I served the foregoing document(s) described as **NOTICE OF ORAL DEPOSITION OF CORRPRO COMPANIES, INC.** on the interested parties in this action by Federal Express by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the Unites States that the above is true and correct. Executed on January 10, 2005, at Los Angeles, California.



MICHELLE MENDEZ

NOTICE OF ORAL DEPOSITION OF CORRPRO COMPANIES, INC.
Page 4

Exhibit 10 p. 5 of 6

127

## SERVICE LIST

Attorneys for Absolute Environmental Services, Inc.
Lawrence a. Pederson
Paul J. Nangle & Associates
Kerry Building
101 Christensen Drive
Anchorage, AK 99501

Richard R. Roland, Esq.
Marston Heffernan Foreman
Anderson Park Building
16880 NE 79th Street
Redmond, WA 98052-4424

Attorneys for Coffman Engineers, Inc.
James B., Stoetzer
Lane Powell Spears & Lubersky, LLP
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101

Attorneys for Brechan Enterprises, Inc. and SafeCo Insurance Company
Michael E. Kreger
Perkins Coie, LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501

Attorneys for Specialty Polymer Coating USA, Inc.
Robert J. Dickson
Atkinson Conway & Gagnon
420 "L" Street, Suite 500
Anchorage, AK 99501-1989

Co-Counsel for Emerco, Inc. and Forrest McKinley
ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097