| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| MONTELEONE & MCCRORY, LLP<br>WILLIAM R. BAERG,<br>725 SOUTH FIGUEROA STREET, SUITE 3750<br>LOS ANGELES, CA 90017 | (213) 612-9900 | |
| ATTORNEY FOR (Name): DEFENDANTS | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
, CA

PLAINTIFF:
ABSOLUTE ENVIRONMENTAL SERVICES, INC.

DEFENDANT:
FORREST J. MCKINLEY, ET AL.

| PROOF OF SERVICE | DATE: February 18, 2005 | TIME: 09:00 am | DEPT/DIV: | CASE NUMBER: A-03-0199 CIVIL (RRB) |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

**SUBPOENA IN A CIVIL CASE**

PARTY SERVED: CORRPRO COMPANIES, INC. (ITS PERSONS MOST KNOWLEDGEABLE REGARDING THE CARGO WHARF PILE COATING PHASE II PROJECT PER THE NOTICE OF DEPOSITION SERVED WITH THIS SUBPOENA)

PERSON SERVED: JIM ODOM - DISTRICT MANAGER

DATE & TIME OF DELIVERY: January 10, 2005
02:30 pm

ADDRESS, CITY, AND STATE: 6837 KREBS ROAD
BAKERSFIELD, CA 93308
(BUSINESS)

MANNER OF SERVICE:
Personal Service - By Personally delivering copies.

WITNESS FEES:
Witness fees were tendered in the the amount of $35.00.

Fee for Service: $184.25
PROCESS SERVER
County: KERN
Registration No.: 404
Expiration: August 21, 2005
FIRST LEGAL SUPPORT SERVICES
1511 WEST BEVERLY BOULEVARD
LOS ANGELES, CA 90026
(213) 250-1111

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 12, 2005 at BAKERSFIELD, California.

Signature: _____ JOE DEVERS

Exhibit 11. p. 1 of 1   PROOF OF SERVICE   129