1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE DISTRICT OF ALASKA**

10

11 ABSOLUTE ENVIRONMENTAL SERVICES,     )    CASE NO. A-03-0199
INC., an Alaskan Corporation,     )    Civil (RRB)

12     )

*Plaintiff,*     )
13     )

v.     )    **GENERAL VERDICT WITH**
14     )    **JURY INTERROGATORIES**
FORREST J. McKINLEY and "JANE DOE"     )
15 McKINLEY, and the marital community     )
property composed thereof d/b/a/ "Imperial     )
16 Industrial Coatings" and EMERCO, INC., a     )
California Corporation d/b/a/ Imperial     )
17 Industrial Coatings,     )
    )
18 *Defendants.*     )
    )
19 ————————————————————)
    )
20 EMERCO, INC., a California Corporation     )
d/b/a Imperial Industrial Coatings,     )
    )
21 *Counter-Claimant/Third Party Claimant,*     )
    )
22 v.     )
    )
23 ABSOLUTE ENVIRONMENTAL SERVICES,     )
INC., an Alaskan Corporation, et al.,     )
24     )
*Cross-Defendant/Third Party Defendant.*     )
25 ————————————————————)

26

27

28

THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., and Alaska corporation,

*Plaintiff,*

v.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

*Defendant.*

BRECHAN ENTERPRISES, INC., an Alaska corporation,

*Counterclaim Plaintiff,*

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,

*Counterclaim Defendant.*

BRECHAN ENTERPRISES, INC., an Alaska corporation,

*Third-Party Plaintiff,*

v.

COFFMAN ENGINEERS, INC., a Washington corporation,

*Third-Party Defendant.*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S CLAIMS

## AGAINST EMERCO, INC, DBA IMPERIAL INDUSTRIAL COATINGS

### BREACH OF CONTRACT / BREACH OF WARRANTY

1.     When Absolute escorted Imperial off the project's job site and ordered them not to return to the project, did that constitute a material breach

/ / /

1    of the subcontract by Absolute and excuse Imperial from further

2    performance of the subcontract?

3          ANSWER:    _____    [Yes/No].

4

5    2.    Did Absolute's failure to pay Imperial all that it was due under the

6          subcontract constitute a material breach of the subcontract by

7          Absolute and excuse Imperial from performance of the subcontract

8          after August 7, 2003?

9          ANSWER:    _____    [Yes/No].

10    [If your answer to Question 1 or 2 was "Yes" go to Question 5.

11    If your answer to both questions was "Yes" go to Question 3.]

12

13    3.    Did Imperial materially breach its contract with Absolute causing

14          Absolute damages?

15          ANSWER:    _____    [Yes/No].

16    [If your answer to Question 3 was "Yes" go to Question 4.

17    If your answer to Question 3 was "No" go to question 5.]

18

19    4.    What is the amount of damages that Absolute is entitled to recover

20          from Imperial?

21          ANSWER:    $_____

22

23    **EMERCO, INC., dba IMPERIAL INDUSTRIAL COATINGS' CLAIMS**

24    **AGAINST ABSOLUTE ENVIRONMENTAL SERVICES, INC.**

25          CONTRACT BALANCE

26    5.    Did Absolute fail to pay Imperial all of the money earned by Imperial

27          for work on the Kodiak Cargo Wharf project?

28          ANSWER:    _____    [Yes/No].

1    [If your answer to Question 5 was "Yes" go to Question 6.

2    If your answer to Question 5 was "No" go to Question 7.]

3

4        6.    What is the amount Absolute owes Imperial for unpaid contract

5              earnings?

6              ANSWER:    $_____

7

8        7.    Did Absolute materially breach the contract with Imperial causing

9              Imperial damages?

10             ANSWER:    _____    [Yes/No].

11   [If your answer to Question 7 was "Yes" go to Question 8.

12   If your answer to Question 7 was "No" go to Question 9.]

13

14       8.    What is the amount of damages Imperial is entitled to recover from

15             Absolute?

16             ANSWER:    $_____

17

18                      GOODS SOLD AND DELIVERED

19       9.    On or after August 7, 2003, did Absolute convert property of Imperial

20             that was on or near the Kodiak Cargo Wharf?

21             ANSWER:    _____    [Yes/No].

22   [If your answer to Question 9 was "Yes" go to Question 10.

23   If your answer to Question 9 was "No" go to Question 11.]

24

25       10.   What is the amount of money that Imperial is entitled to recover

26             against Absolute for the conversion of its property?

27             ANSWER:    $_____

28   / / /

1

## ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S

2

## CLAIMS AGAINST BRECHAN ENTERPRISES, INC., SAFECO INSURANCE

3

## COMPANY OF AMERICA AND COFFMAN ENGINEERS, INC.

4

### BREACH OF CONTRACT

5    11.    On the complaint filed by Absolute against Brechan Enterprises, Inc.

6    ("Brechan"), for beach of contract, we the jury in the above entitled

7    action find for _____ [Absolute/Brechan].

8        A.    If you find in favor of Absolute, what amount of damages is

9            Absolute entitled to recover against Brechan for breach of

10            contract?  $_____.

11

12    ### BREACH OF THE IMPLIED WARRANTY OF CORRECTNESS

13    12.    On the complaint filed by Absolute against Brechan for beach of the

14    implied warranty of correctness of the contract's plans and

15    specifications, we the jury in the above entitled action find for

16    _____ [Absolute/Brechan].

17        A.    If you find in favor of Absolute, what amount of damages is

18            Absolute entitled to recover against Brechan for breach of the

19            implied warranty of correctness of the contract's plans and

20            specifications?  $_____.

21

22    ### PAYMENT BOND

23    13.    On the complaint filed by Absolute against Safeco Insurance Company

24    of America ("Safeco") for liability on its payment bond to Absolute,

25    we the jury in the above entitled action find for _____

26    [Absolute/Safeco].

27    / / /

28    / / /

A..    If you find in favor of Absolute, what amount of damages is
Absolute entitled to recover against Safeco on the bond?

$_____.

## FRAUD

14.    On the complaint filed by Absolute against Coffman Engineers, Inc.,
("Coffman") for willfully failing to disclose material information
Coffman learned about the job conditions during Swalling's
performance of the Phase I project, we the jury in the above entitled
action find for _____ [Absolute/Coffman].

A.    If you find in favor of Absolute, what amount of damages is
Absolute entitled to recover against Coffman?

$_____.

15.    On the complaint filed by Absolute against Brechan for willfully failing
to disclose material information Brechan learned about the job
conditions during Swalling's performance of the Phase I project, we
the jury in the above entitled action find for _____
[Absolute/Brechan].

A.    If you find in favor of Absolute, what amount of damages is
Absolute entitled to recover against Brechan?

$_____.

16.    If you find both Coffman and Brechan liable for failing to disclose
material facts to Absolute, and you awarded damages to Absolute,
what percentage of the damages are the responsibility of Brechan, and
what percentage of damages are the responsibility of Coffman?

///

1    (Note: The total of both parties' percentage of liability cannot exceed

2    100%).

3    Brechan: _____%          Coffman: _____%

4

5    **BRECHAN ENTERPRISES, INC.'S**

6    **CLAIMS AGAINST ABSOLUTE ENVIRONMENTAL SERVICES, INC.,**

7    **AND COFFMAN ENGINEERS, INC. FOR INDEMNITY**

8    17.    On the complaint filed by Brechan against Absolute for indemnity, we

9    the jury in the above entitled action find for _____

10    [Brechan/Absolute].

11    A.    If you find in favor of Brechan, what amount of damages is

12    Absolute required to indemnify Brechan?

13    $_____.

14

15    18.    On the complaint filed by Brechan against Coffman for indemnity, we

16    the jury in the above entitled action find for _____

17    [Brechan/Coffman].

18    A.    If you find in favor of Brechan, what amount of damages is

19    Coffman required to indemnify Brechan?

20    $_____.

21

22    Please sign, date and return this verdict without answering any more questions.

23

24    DATED: _____          _____

25                                        PRESIDING JUROR

26

27

28

1

## CERTIFICATE OF SERVICE BY ECF

2

3  STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

4

5     I certify that on November 6, 2006, a copy of the foregoing was served by ECF on:

6
Eric J. Brown, ebrown@jdolaw.com
7
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
8
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
9
Terry R. Marston, terry@mhf-law.com
Peter C. Partnow, PartnowP@LanePowell.com
10
James B. Stoetzer, StoetzerJ@LanePowell.com

11
and by facsimile on:

12
Paul J. Nangle
13
Paul J. Nangle & Associates
101 Christensen Dr.
14
Anchorage, AK 99501
FAX NO.:    (907) 279-1794

15
     I declare under penalty of perjury under the laws of the United States
16  that the above is true and correct. Executed on November 6, 2006, at Los Angeles, California.
17

18

19
SALLIE RASPA
20

21

22

23

24

25

26

27

28