```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

<u>ABSOLUTE ENVIRONMENTAL SERVICES INC.</u>
vs.
<u>FORREST J. MCKLINLEY, et al.</u>

BEFORE THE HONORABLE <u>RALPH R. BEISTINE</u> CASE NO. <u>3:03-CV-00199-RRB</u>

DEPUTY CLERK/RECORDER: APRIL KARPER

APPEARANCES:    PLAINTIFF:     TERRY MARSTON / JAMI ELISON

                DEFENDANT:     PATRICK DUFFY, deft Imperial
                               MICHAEL KREGER, deft Brechan
                               JACOB NIST, deft Brechan
                               PETER PARTNOW, deft Coffman
                               JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 23 Held 11/02/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:49 a.m. court convened without the jury panel present.

At 8:51 a.m. the jury panel entered the courtroom.

Continued reading deposition of testimony of Chris Lynch heard.

Bryant Webster Chandler sworn and testified on behalf of defendant Brechan as an expert. Defendant Brechan's exhibit B-274 **IDENTIFIED.**

At 9:58 a.m. court recessed until 10:20 a.m. without the jury panel present.

Court and counsel heard re expert witnesses.

At 10:25 a.m. the jury panel entered the courtroom.

Bryant Webster Chandler resumed the stand and testified further on behalf of defendant Brechan as an expert. Defendant Brechan's exhibits B-284 pages 4, 6, 092, 114, 122, 123, 133, 211, 218, 232, 262, 268, 331, 341, 562, 568, 578, 907, and 909 **ADMITTED.**

At 11:57 a.m. court recessed until 1:15 p.m. without the jury panel present.

Court and counsel heard re witnesses.

At 1:18 p.m. the jury panel entered the courtroom.

Continued To Page 2

DATE: <u>  November 2, 2006  </u>     DEPUTY CLERK'S INITIALS: <u>  AK  </u>

```
                     Continuation - Page 2
       Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                              et al.
                       Trial by Jury - Day 23
                         November 2, 2006
--------------------------------------------------------------------
```

Bryant Webster Chandler resumed the stand and testified further on behalf of defendant Brechan as an expert. Defendant Coffman's exhibit C-29 page 136 **ADMITTED.**

At 2:51 p.m. the jury panel exited the courtroom.

Court and counsel heard re witnesses.

At 2:54 p.m. court recessed until 3:17 p.m. without the jury panel present.

Court and counsel heard re depositions and witnesses.

At 3:28 p.m. the jury panel entered the courtroom.

Peter Earl Ferninane Williams sworn and testified telephonically on behalf of defendant Coffman.

At 4:30 p.m. the jury panel exited the courtroom to reconvene Friday, November 3, 2006 at 8:45 a.m.

Court and counsel heard re witnesses, jury instructions, special verdict forms, and trial schedule.

Court and counsel heard re plaintiff's oral motion to admit defendant Coffman's exhibit C-29 in it's entirety; **GRANTED.**

At 4:43 p.m. court recessed this matter to reconvene **Friday, November 3, 2006 at 8:45 a.m.**

DATE:   November 2, 2006        DEPUTY CLERK'S INITIALS:   AK