```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

<u>ABSOLUTE ENVIRONMENTAL SERVICES INC.</u>
vs.
<u>FORREST J. MCKLINLEY, et al.</u>

BEFORE THE HONORABLE <u>RALPH R. BEISTINE</u> CASE NO. <u>3:03-CV-00199-RRB</u>

DEPUTY CLERK/RECORDER: APRIL KARPER

APPEARANCES:   PLAINTIFF:    TERRY MARSTON / JAMI ELISON

               DEFENDANT:    PATRICK DUFFY, deft Imperial
                             MICHAEL KREGER, deft Brechan
                             JACOB NIST, deft Brechan
                             PETER PARTNOW, deft Coffman
                             JAMES NIEMER, deft Coffman
                             BENJAMIN ROESCH, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 25 Held 11/06/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:46 a.m. court convened without the jury panel present.

Court and counsel heard re witnesses.

At 8:49 a.m. the jury panel entered the courtroom.

David E. Olson resumed the stand and testified further on behalf of defendant Coffman. Defendant Coffman's exhibits C-4, C-19, and C-444 **IDENTIFIED**. Defendant Coffman's exhibits C-197, C-700, and C-701 **ADMITTED**. Defendant Brechan's exhibits B-171, B-173, and B-179 **ADMITTED**.

At 10:09 a.m. the jury panel exited the courtroom.

Court and counsel heard re verdict forms, jury instructions, and claims.

Court and counsel heard re defendant Coffman's oral motion to admit Coffman's exhibit C-444 page 10; **GRANTED.**

At 10:22 a.m. court recessed until 10:43 a.m. without the jury panel present.

Court and counsel heard re defendant Coffman's offer of proof re depositions.

At 10:46 a.m. the jury panel entered the courtroom.

Continued To Page 2

DATE: <u>  November 6, 2006  </u>    DEPUTY CLERK'S INITIALS: <u>  AK  </u>

```
                    Continuation - Page 2
     Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                             et al.
                    Trial by Jury - Day 25
                       November 6, 2006
```
--------------------------------------------------------------

David E. Olson resumed the stand and testified further on behalf of defendant Coffman.

Jerry Reed Hardenbergh resumed the stand and testified further on behalf of defendant Coffman. Defendant Coffman's exhibits C-29h, C-29i, C-29j, and C-29k **IDENTIFIED**. Defendant Coffman's exhibits C-29a, C-29b, C-29c, C-29d, C-29e, C-29f, C-29g, C-702, C-703, and C-704 **ADMITTED**. Defendant Imperial's exhibits I-171 and I-196 **ADMITTED**.

At 12:02 p.m. the jury panel exited the courtroom.

Court and counsel heard re exhibits and witnesses.

At 12:19 p.m. court recessed until 1:30 p.m. without the jury panel present.

Court and counsel heard re witness.

At 1:32 p.m. the jury panel entered the courtroom.

Kenneth Todd Elmore sworn and testified on behalf of defendant Coffman. Defendant Coffman's exhibit C-83 **ADMITTED**.

At 2:32 p.m. court recessed until 2:49 p.m. without the jury panel present.

At 2:51 p.m. the jury panel entered the courtroom.

Jerry Reed Hardenbergh resumed the stand and testified further on behalf of defendant Coffman. Defendant Imperial's exhibit I-170 **IDENTIFIED**. Defendant Imperial's exhibit I-147 **ADMITTED**. Defendant Coffman's exhibit's C-27a, C-27b, C-27c, C-27d, C-28a, C-28b, C-29h, C-29i, C-29j, C-29k, C-29l, C-29m, C-29n, C-37, C-37a, C-37b, C-37c, C-37d, and C-37e **ADMITTED**.

At 4:35 p.m. the jury panel exited the courtroom to reconvene Tuesday, November 7, 2006 at 8:45 a.m.

Court and counsel heard re claims, witnesses, jury instructions, and special verdict forms.

At 5:01 p.m. court recessed this matter to reconvene **Tuesday, November 7, 2006 at 8:45 a.m.**

DATE:___November 6, 2006_____   DEPUTY CLERK'S INITIALS:___AK___