```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

ABSOLUTE ENVIRONMENTAL SERVICES INC.
vs.
FORREST J. MCKLINLEY, et al.

BEFORE THE HONORABLE RALPH R. BEISTINE   CASE NO. 3:03-CV-00199-RRB

DEPUTY CLERK/RECORDER: APRIL KARPER

APPEARANCES:    PLAINTIFF:      TERRY MARSTON / JAMI ELISON

                DEFENDANT:      PATRICK DUFFY, deft Imperial
                                MICHAEL KREGER, deft Brechan
                                JACOB NIST, deft Brechan
                                PETER PARTNOW, deft Coffman
                                JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 26 Held 11/07/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:48 a.m. court convened without the jury panel present.

Court and counsel heard re witnesses.

At 8:50 a.m. the jury panel entered the courtroom.

William Richard Mott sworn and testified on behalf of defendant Coffman as an expert.

At 10:17 a.m. the jury panel exited the courtroom.

At 10:20 a.m. court recessed until 10:37 a.m. without the jury panel present.

At 10:38 a.m. the jury panel entered the courtroom.

William Richard Mott resumed the stand and testified further on behalf of defendant Coffman as an expert. Plaintiff's exhibit A-403 **IDENTIFIED.** Defendant Imperial's exhibits I-604 and I-605 **ADMITTED.**

At 12:01 p.m. the jury panel exited the courtroom.

At 12:01 p.m. court recessed until 12:08 p.m. without the jury panel present.

At 12:09 p.m. the jury panel entered the courtroom.

Continued To Page 2

DATE:   November 7, 2006          DEPUTY CLERK'S INITIALS:    AK

```
                     Continuation - Page 2
      Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                              et al.
                       Trial by Jury - Day 26
                         November 7, 2006
      ----------------------------------------------------------------
```

William Richard Mott resumed the stand and testified further on behalf of defendant Coffman as an expert.

At 12:09 p.m. court recessed until 1:31 p.m. without the jury panel present.

At 1:33 p.m. the jury panel entered the courtroom.

Charlie Mathies sworn and testified on behalf of defendant Coffman. Defendant Coffman's exhibits C-164, C-165, C-167, and C-172 **ADMITTED.** Defendant Brechan's exhibits B-283-1, B-283-2, B-283-3, B-283-4, B-283-5, B-283-6, B-283-7, B-283-8, B-283-9, B-283-10, B-283-11, B-283-12, B-283-13, and B-283-14 **ADMITTED.**

At 3:00 p.m. court recessed until 3:19 p.m. without the jury panel present.

At 3:21 p.m. the jury panel entered the courtroom.

Charlie Mathies resumed the stand and testified further on behalf of defendant Coffman. Defendant Imperial's exhibit I-606 **ADMITTED.** Defendant Coffman's exhibit C-171 **IDENTIFIED.** Defendant Coffman's exhibit C-168 **ADMITTED.** Plaintiff's exhibit A-436 page 222 **IDENTIFIED.** Defendant Brechan's exhibit B-291 **IDENTIFIED.**

At 4:49 p.m. the jury panel exited the courtroom to reconvene Wednesday, November 8, 2006 at 8:45 a.m.

Court and counsel heard re jury instructions, special verdict forms, and claims.

At 4:59 p.m. court recessed this matter to reconvene **Wednesday, November 8, 2006 at 8:45 a.m.**

DATE:     November 7, 2006          DEPUTY CLERK'S INITIALS:    AK