Terry R. Marston, *pro hac vice,* terry@mhf-law.com
Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington  98052
(425) 861-5700

PAUL J.  NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska  99501
Telephone:  (907) 274-8866


Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation,<br><br>              Plaintiff,<br>    vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings,<br><br>              Defendant.<br>_____<br>EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | Case No.: A03-0199CV (RRB)<br><br>**NOTICE OF SUPPLEMENTAL BRIEF REGARDING PLAINTIFF'S FRCP 50 MOTION TO DISMISS BRECHAN'S INDEMNITY CLAIM** |

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | ) ) ) |
| Defendants. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Counterclaim Plaintiff, | ) |
| vs. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, | ) ) ) |
| Counterclaim Defendant | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Third-Party Plaintiff, | ) |
| vs. | ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, | ) ) ) |
| Plaintiff/Cross-claimant, | ) |
| vs. | ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) |

NOTICE OF SUPPLEMENTAL BRIEF RE PLAINTIFF'S FRCP 50 MOTION TO DIMISS
BRECHAN'S INDEMNITY CLAIM
Case No. A03-0199CV (RRB)-- 2

In open court on November 8, 2006, Brechan's counsel offered to stipulate to dismiss with prejudice its counterclaim against Absolute for indemnity. However, Brechan's offer was based on a condition that the counterclaim and dismissal would have no bearing on any Rule 82 Attorney's Fees determinations. The indemnity claim should be dismissed on the merits and the Court should reserve any ruling regarding Rule 82. The dismissal of the counterclaim may or may not have any bearing on future determinations under Rule 82, but it is premature and potentially prejudicial to Absolute to eliminate the topic entirely.

Absolute's ability to argue that it was a "prevailing party" by virtue of defeating the counterclaim will only be worth as much as the counterclaim was worth. But there is also another concern. As allowed by 82(b)(3), upon receipt of the verdict Absolute intends to move this Court for a variation from the fee awards set by 82(b)(1). Considerations upon which the Court may allow a variation include the complexity of litigation, length of trial, and multiple considerations regarding reasonableness. Another identified consideration is vexatious conduct by the non-prevailing party. *See* 82(b)(3)(G). Plaintiff will argue that Brechan has engaged in a pattern of vexatious conduct both before and during the litigation. Suing Absolute for indemnity of attorney's fees incurred by Brechan in defense of Imperial's conspiracy action against Brechan will be one of many examples of vexatious conduct.

Absolute did not stipulate to the condition presented by Brechan because the motion to dismiss is valid and should be granted on the merits without any "horse-trading." Additionally, Absolute elects to reserve its right to present arguments and evidence demonstrating Brechan's vexatious conduct before and during litigation, including its counterclaim against Absolute.

RESPECTFULLY SUBMITTED this 9th day of November, 2006.

                MARSTON HEFFERNAN FOREMAN, PLLC


                By s/Jami K. Elison_____
                    Terry R. Marston II, WSBA No. 14440
                    Jami K. Elison, WSBA No. 31007
            Attorneys for Plaintiff Absolute Environmental Service, Inc.

---

I hereby certify that on the date given a copy of the forgoing was electronically filed with the Clerk of Court using the CM/ECF system and was served electronically on the following:

William R. Baerg, Patrick J. Duffy
Eric J. Brown
Robert J. Dickson
Michael E Kreger, Jacob Nist
James B. Stoetzer, Peter C. Partnow

s/Jami K. Elison_____ .

---

NOTICE OF SUPPLEMENTAL BRIEF RE PLAINTIFF'S FRCP 50 MOTION TO DIMISS
BRECHAN'S INDEMNITY CLAIM
Case No. A03-0199CV (RRB)-- 4