```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

<u>ABSOLUTE ENVIRONMENTAL SERVICES INC.</u>
vs.
<u>FORREST J. MCKLINLEY, et al.</u>

BEFORE THE HONORABLE <u>RALPH R. BEISTINE</u>  CASE NO. <u>3:03-CV-00199-RRB</u>

DEPUTY CLERK/RECORDER: APRIL KARPER

APPEARANCES:   PLAINTIFF:   TERRY MARSTON / JAMI ELISON

                DEFENDANT:   PATRICK DUFFY, deft Imperial
                            MICHAEL KREGER, deft Brechan
                              PETER PARTNOW, deft Coffman
                              JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 27 Held 11/08/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:53 a.m. court convened without the jury panel present.

Court and counsel heard re witnesses.

At 8:56 a.m. the jury panel entered the courtroom.

Benjamin Roesch sworn as reader for deposition testimony of L. Skip Vernon.

At 10:06 a.m. court recessed until 10:24 a.m. without the jury panel present.

At 10:27 a.m. the jury panel entered the courtroom.

Continued reading deposition of testimony of L. Skip Vernon.

Jerry Reed Hardenbergh resumed the stand and testified further on behalf of defendant Coffman. Defendant Coffman's exhibits C-29o, C-29p, C-29q, C-29r, C-29s, and C-276 **ADMITTED.**

At 11:47 a.m. the jury panel exited the courtroom.

Court and counsel heard re claims, jury instructions, verdict forms, and trial schedule.

At 11:55 a.m. court recessed until 1:16 p.m. without the jury panel present.

Continued To Page 2

DATE: <u>  November 8, 2006  </u>   DEPUTY CLERK'S INITIALS: <u>  AK  </u>

```
                    Continuation - Page 2
    Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                             et al.
                    Trial by Jury - Day 27
                       November 8, 2006
--------------------------------------------------------------------
```

At 1:18 p.m. the jury panel entered the courtroom.

Jerry Reed Hardenbergh resumed the stand and testified further on behalf of defendant Coffman. Defendant Imperial's exhibit I-147, I-153, I-433, and I-564 **ADMITTED.**

At 2:34 p.m. court recessed until 2:54 p.m. without the jury panel present.

At 2:58 p.m. the jury panel entered the courtroom.

Jerry Reed Hardenbergh resumed the stand and testified further on behalf of defendant Coffman. Plaintiff's exhibit A-350 **ADMITTED.**

Defendant Coffman rests.

Court and counsel heard re rebuttal.

At 3:53 p.m. the jury panel exited the courtroom to reconvene Thursday, November 9, 2006 at 8:45 a.m.

Court and counsel heard re jury instructions, special verdict forms, claims, contracts, witnesses, depositions, and plaintiff's Motion to Dismiss Plaintiff's FRCP 50 Motions to Dismiss Specific Damage Claims by Imperial (dkt 472) and Motion to Dismiss Plaintiff's FRCP 50 Motion to Dismiss Brechans Indemnity Claim (dkt 473).

At 4:33 p.m. court recessed this matter to reconvene **Thursday, November 9, 2006 at 8:45 a.m.**

DATE:＿＿November 8, 2006＿＿＿＿   DEPUTY CLERK'S INITIALS:＿＿AK＿＿＿