```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

ABSOLUTE ENVIRONMENTAL SERVICES INC.
vs.
FORREST J. MCKLINLEY, et al.

BEFORE THE HONORABLE RALPH R. BEISTINE   CASE NO. 3:03-CV-00199-RRB

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON/ROBIN CARTER

APPEARANCES:   PLAINTIFF:    TERRY MARSTON / JAMI ELISON

               DEFENDANT:    PATRICK DUFFY, deft Imperial
                             MICHAEL KREGER, deft Brechan
                             JACOB NIST, deft Brechan
                             MELISSA ANN BAST, deft Brechan
                             PETER PARTNOW, deft Coffman
                             JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 24 Held 11/03/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:49 a.m. court convened without the jury panel present.

Court and counsel heard re trial scheduling.

At 8:54 a.m. the jury panel entered the courtroom.

Bryant Webster Chandler resumed the stand as testified further on behalf of defendant Brechan, as an expert.
Defendant Brechan's exhibit B-236 **IDENTIFIED.**
Defendant Brechan's exhibit B-284 (Page 304) **ADMITTED**.

At 10:06 a.m. court recessed until 10:24 a.m. without the jury panel present.

Court and counsel heard re witnesses.

At 10:26 a.m. the jury panel entered the courtroom.

William Edward Oliver resumed the stand and testified further on behalf of Brechan.
Defendant Brechan's exhibit B-240 **ADMITTED.**

Stephen Charles Ross sworn and testified on behalf of defendant Brechan.

Continued To Page 2

DATE:    November 3, 2006         DEPUTY CLERK'S INITIALS:   CE/RMC

```
                      Continuation - Page 2
      Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                               et al.
                       Trial by Jury - Day 24
                         November 3, 2006
------------------------------------------------------------------
```

At 11:52 a.m. the jury panel exited the courtroom.

Court and counsel heard re witness testimony.

At 12:03 p.m. court recessed until 1:13 p.m. without the jury panel present.

Court and counsel heard re trial schedule.

At 1:17 p.m. the jury panel entered the courtroom.

Stephen Charles Ross resumed the stand and testified further. Plaintiff Absolute exhibit A454 **IDENTIFIED**.

At 2:50 p.m. court recessed until 3:05 p.m. with the jury panel present.

Stephen Charles Ross resumed the stand and testified further. Plaintiff Absolute exhibit A462 **ADMITTED**.

Defendant Brechan rested.

Defendant Emerco rested.

Jason G. Tenderella sworn and testified on behalf of defendant Coffman via deposition.

At 4:27 p.m. the jury panel exited the courtroom to reconvene Monday, November 6, 2006 at 8:45 a.m.

Court and counsel heard re trial scheduling, witnesses, exhibits, and jury instructions.

At 4:37 p.m. court recessed this matter to reconvene **Monday, November 6, 2006 at 8:45 a.m.**

DATE:___November 3, 2006_____  DEPUTY CLERK'S INITIALS:___CE/RMC