```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

<u>ABSOLUTE ENVIRONMENTAL SERVICES INC.</u>
vs.
<u>FORREST J. MCKLINLEY, et al.</u>

BEFORE THE HONORABLE <u>RALPH R. BEISTINE</u>   CASE NO. <u>3:03-CV-00199-RRB</u>

DEPUTY CLERK/RECORDER: APRIL KARPER / ROBIN CARTER

APPEARANCES:    PLAINTIFF:     TERRY MARSTON / JAMI ELISON

                DEFENDANT:     PATRICK DUFFY, deft Imperial
                               MICHAEL KREGER, deft Brechan
                               PETER PARTNOW, deft Coffman
                               JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 28 Held 11/09/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:55 a.m. court convened without the jury panel present.

Court and counsel heard re plaintiff's Motion to Dismiss Plaintiff's FRCP 50 Motions to Dismiss Specific Damage Claims by Imperial (dkt 472) and Motion to Dismiss Plaintiff's FRCP 50 Motion to Dismiss Brechans Indemnity Claim (dkt 473); taken **UNDER ADVISEMENT.**

Court and counsel heard re stipulation.

Court and counsel heard re defendant Coffman's oral motion to admit exhibit C-27; **GRANTED.**

Court and counsel heard re plaintiff's oral motion to admit exhibits A-173, A-175, and A-271; Absolute Exhibit A-271; **ADMITTED.**

At 9:30 a.m. the jury panel entered the courtroom.

Defendant Coffman exhibit C-706; **IDENTIFIED**, defendant Coffman exhibits C-707 A-G; **IDENTIFIED.**

Michael Lembke previously sworn testified telephonically on behalf of the plaintiff on rebuttal. Absolute exhibits A-463 and A-464; **IDENTIFIED.**

At 10:29 a.m. court recessed until 10:42 a.m. without the jury panel present.

Continued On Page 2

DATE: <u>  November 9, 2006  </u>     DEPUTY CLERK'S INITIALS: <u>  AK/RMC  </u>

```
                    Continuation - Page 2
     Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                              et al.
                     Trial by Jury - Day 28
                        November 9, 2006
--------------------------------------------------------------------
```

Court and counsel heard re exhibits; defendant Coffman exhibits C-706, C-707 A-G; **ADMITTED**.

At 10:45 a.m. the jury panel entered the courtroom.

Michael Tope sworn and testified on behalf of the plaintiff on rebuttal. Absolute exhibit A-369; **ADMITTED**.

Forrest James McKinley sworn and testified on behalf of the plaintiff on rebuttal. Absolute exhibits A-346 and A-347; **ADMITTED**. Absolute exhibit A-345; **IDENTIFIED**.

At 12:01 p.m. the jury panel exited the courtroom.

Court and counsel heard re witness testimony.

At 12:07 p.m. court recessed until 1:18 p.m. without the jury panel present.

Court and counsel heard re witnesses.

At 1:26 p.m. the jury panel entered the courtroom.

Forrest James McKinley resumed the stand and testified further on behalf of the plaintiff on rebuttal. Defendant Coffman's exhibit C-75 **ADMITTED.** Defendant Brechan's exhibit B-212 **ADMITTED.**

David E. Olson resumed the stand and testified further on behalf of the plaintiff on rebuttal. Plaintiff's exhibits A465 and A-466 **IDENTIFIED.**

At 2:33 p.m. the jury panel exited the courtroom.

Court and counsel heard re exhibits and witnesses.

At 2:38 p.m. court recessed until 2:50 p.m. without the jury panel present.

At 2:52 p.m. the jury panel entered the courtroom.

Continued On Page 3

DATE:   November 9, 2006            DEPUTY CLERK'S INITIALS:   AK/RMC

```
                       Continuation - Page 3
      Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                                et al.
                        Trial by Jury - Day 28
                          November 9, 2006
--------------------------------------------------------------------
```

David E. Olson resumed the stand and testified further on behalf of the plaintiff on rebuttal. Defendant Brechan's exhibit B-231 page 19 **ADMITTED.**

Scott Hobin sworn as reader for deposition testimony of Robert Archie Alliston.

At 4:32 p.m. the jury panel exited the courtroom to reconvene Wednesday, November 15, 2006 at 8:30 a.m.

Court and counsel heard re jury instructions, exhibits, trial scheduling, and closing arguments.

Court and counsel heard re defendant Imperial's oral motion to admit exhibit I-210; **GRANTED;** court instructed the Mr. Duffy to appropriately redact exhibit I-210 re parties names.

Court and counsel heard re plaintiff's oral motion to admit exhibit A-148 and A-173.

At 4:56 p.m. court recessed this matter to reconvene **Tuesday, November 14, 2006 at 10:00 a.m.**

DATE:___November 9, 2006_____   DEPUTY CLERK'S INITIALS:___AK____