Page 60

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, | ) ) ) | Case 3:03-CV-0199-RRB |
| Plaintiff, | ) ) ) | Anchorage, Alaska October 24, 2006 |
| vs | ) ) | 9:13 a.m. |
| FORREST J. MCKINLEY, et al | ) ) | TRIAL BY JURY |
| Defendants.) | / | |

TRIAL BY JURY, EXCERPT
TESTIMONY OF JEREMY HAILEY
VOLUME 2

PAGES 60 THROUGH 83
BEFORE THE HONORABLE RALPH BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

NOTE:
1) SEVERAL TIMES MR. MARSTON WAS TOO CLOSE TO A MICROPHONE, CAUSING REVERBERATION AND A GARBLED RECORDING.
2) NO LOG NOTES WERE SUPPLIED BY THE U.S. DISTRICT COURT, THEREFORE "UNIDENTIFIED SPEAKERS" APPEAR IN THIS TRANSCRIPT.
3) TRANSCRIPT CONTAINS ONLY TESTIMONY, NO OBJECTIONS OR COLLOQUY ARE INCLUDED.

Case 3:03-cv-00199-RRB   Document 488-2   Filed 11/13/2006   Page 2 of 3

ABSOLUTE ENVIRONMENTAL SERVICES v. FORREST J. MCKINLEY, ET AL
JEREMY HAILEY - VOLUME 2

3:03-CV-00199-44B
10/24/06

Page 64

1  ~~information regarding the Phase I weld conditions~~
2  should have been communicated to Absolute and
3  Imperial prior to their bid?
4  A    That's correct.  The known site conditions --
5  it's my testimony, the known site conditions
6  should have been adequately presented to the
7  bidding contractor.
8  Q    Were you made aware that Coffman was not
9  informed prior to Absolute and Imperial
10 submitting their bid, that a bid was going to be
11 submitted?
12      (Object - compound; facts not in evidence)
13 Q    I'll ask you to assume that Coffman was not
14 aware that Absolute and/or Imperial were
15 submitting a bid prior to their revision of the
16 specification.  If you assume that fact, would
17 that impact your opinion?
18 A    No, because my opinion still stands that the
19 known site conditions should have been included
20 ~~in the specifications.~~
21 Q    If Absolute and Imperial were informed through
22 other means about the weld conditions encountered
23 on Bents 1 through 5 in Phase I, would that
24 impact your opinion?
25 A    If they had been made aware, then I would

Page 65

```
 1           certainly have taken that into consideration.
 2    Q      Are you familiar with the term in the
 3           construction industry, "front end documents"?
 4    A      "Front end document"?  No, I'm not familiar
 5           with that specific term.
 6    Q      So you've never heard of a technical
 7           specification being referred to as a "front end
 8           document"?
 9    A      No.  I've heard technical specifications
10           referred to as simply "technical specifications."
11    Q      And you reviewed the technical specification
12           in this matter?  Specifically the November 26th,
13           2002 specification in the course of your
14           engagement?
15    A      Yes.  And, along with the previous revisions
16           of specification of 2001.
17    Q      Do you have the 2002 specification in front of
18           you by chance?
19    A      Actually I do, yes.
20           (Page 9)
21    Q      Mr. Hailey, it's true, isn't it, that Phase I
22           specification -- that's the November 26th, 2002
23           specification -- alerted the contractor that poor
24           qualify defective or water weeping welds might be
25           encountered in Phase II, is that correct?
```