Page 77

```
 1          want to ask you if you've seen or read an e-mail
 2          that Mr. Holmstrom sent to Mr. Peterson.  It was
 3          dated November 18th, 2002.  It's Exhibit...
 4    A     I'm sorry.  What was the year on that, Mr.
 5          Kreger?
 6    Q     November 18th, 2002.
 7    A     Okay.  I'll see if I can find that real quick.
 8    Q     Okay.  While you're doing that,
 9          maybe we can bring it up.
10          (C-297)
11    Q     And if you don't have it, I -- the part that
12          I'm going to ask you about is pretty short and I
13          can probably read it to you over the phone.
14    A     Okay.
15    Q     Okay.  This is an e-mail that we're looking at
16          here in the courtroom.  It's dated, about halfway
17          down, Monday, November 18th, 2002.  And there is
18          a very short statement from Mr. Holmstrom to Mr.
19          Peterson, in which he says, "We're getting input
20          from the coatings designer.  Stay tuned.  Thanks.
21          Matt."
22    A     Okay.  And just for your information, Mr.
23          Kreger, I do have that in front of me right now.
24    Q     Excellent.  Thank you.  So you saw where I was
25          reading from, about in the middle of the page
```

Page 78

```
 1              there?
 2    A         "We're getting input from the coatings
 3              designer.  Stay tuned.  Thanks.  Matt."
 4    Q         Yes, sir.
 5    A         Yes.
 6    Q         And would you look down below that -- the
 7              e-mail immediately below it.  And do you
 8              recognize that as an e-mail from Dan Stears to
 9              Matt Holmstrom?
10    A         Yes.  That's what the heading states on it.
11    Q         And the second line down, where he writes, "I
12              believe there's about a half dozen issues to
13              modify."  And he lists them.  One of them is the
14              seal weld issue.  Do you see that?
15    A         "I believe there are a half dozen issues to
16              modify before proceeding to Phase II.  Test
17              levels need revision.  The seal weld issue.  The
18              issue of coating to mud line."  Yes, I do see
19              that.
20    Q         Okay.  And then just draw your attention to
21              one more e-mail and then I'll ask you a question
22              about these three.  And that's the one
23              immediately below that, in which Matt Holmstrom
24              is writing to Dan Stears on November 14th.  And
25              he says, "Dan, do you have a..., quote,
```

```
 1              "'final'," closed quote, "...coating spec, 09967
 2         that includes the changes we made regarding the
 3         seal weld issue."  Do you see that?
 4    A    I do see that.
 5    Q    You've worked as a designer of coating
 6         specifications before, haven't you?
 7    A    That is correct.
 8    Q    And isn't it common in the industry to
 9         circulate communications between owners and
10         designers and potential contractors regarding the
11         content of specifications?
12    A    I would say that it's more common to circulate
13         them between owners and designers as the
14         specifications are being developed.
15    Q    Sure.  And if you were trying to hide the
16         existence of a seal weld issue, would you forward
17         those e-mails to the contractor?
18    A    If I was trying to hide something from the
19         contractor, would I forward them that
20         information?
21    Q    Yeah.
22         (Object)
23    A    I would have no reason to try to hide
24         something from a contractor.
25         (Inadequate hypothetical)
```