ABSOLUTE ENVIRONMENTAL SERVICES v. FORREST J. MCKINLEY, ET AL                    3:03-CV-00199-44B
JEREMY HAILEY - VOLUME 2                                                          10/24/06

Page 79

1        "'final'," closed quote, "...coating spec, 09967

2        that includes the changes we made regarding the

3        seal weld issue."  Do you see that?

4   A        I do see that.

5   Q        You've worked as a designer of coating

6        specifications before, haven't you?

7   A        That is correct.

8   Q        And isn't it common in the industry to

9        circulate communications between owners and

10       designers and potential contractors regarding the

11       content of specifications?

12  A        I would say that it's more common to circulate

13       them between owners and designers as the

14       specifications are being developed.

15  Q        Sure.  And if you were trying to hide the

16       existence of a seal weld issue, would you forward

17       those e-mails to the contractor?

18  A        If I was trying to hide something from the

19       contractor, would I forward them that

20       information?

21  Q        Yeah.

22           (Object)

23  A        I would have no reason to try to hide

24       something from a contractor.

25           (Inadequate hypothetical)

H&M Court Reporting
(907) 274-5661

EXHIBIT ____C____

PAGE __l__ OF __l__