Case 3:03-cv-00199-RRB   Document 488-5   Filed 11/13/2006   Page 1 of 2

ABSOLUTE ENVIRONMENTAL SERVICES v. FORREST J. MCKINLEY, ET AL
JEREMY HAILEY - VOLUME 2

3:03-CV-00199-44B
10/24/06

Page 79

| | | |
|---|---|---|
| 1 | | "'final'," closed quote, "...coating spec, 09967 |
| 2 | | that includes the changes we made regarding the |
| 3 | | seal weld issue." Do you see that? |
| 4 | A | I do see that. |
| 5 | Q | You've worked as a designer of coating |
| 6 | | specifications before, haven't you? |
| 7 | A | That is correct. |
| 8 | Q | And isn't it common in the industry to |
| 9 | | circulate communications between owners and |
| 10 | | designers and potential contractors regarding the |
| 11 | | content of specifications? |
| 12 | A | I would say that it's more common to circulate |
| 13 | | them between owners and designers as the |
| 14 | | specifications are being developed. |
| 15 | Q | Sure. And if you were trying to hide the |
| 16 | | existence of a seal weld issue, would you forward |
| 17 | | those e-mails to the contractor? |
| 18 | A | If I was trying to hide something from the |
| 19 | | contractor, would I forward them that |
| 20 | | information? |
| 21 | Q | Yeah. |
| 22 | | (Object) |
| 23 | A | I would have no reason to try to hide |
| 24 | | something from a contractor. |
| 25 | | (Inadequate hypothetical) |

Page 80

1  Q       And you -- go ahead and testify again, please.
2          We may not have picked up your answer.
3  A       Okay.  I would have no reason to hide
4          information from a contractor, but I suppose if
5          you -- if somebody wanted to hide something, they
6          would not forward information to them.
7  Q       Thank you, Mr. Hailey.
8          (Court/attorney comment)
9                    RECROSS EXAMINATION
10 BY MR. NIEMER:
11 Q       Mr. Hailey, if you could still hear me.
12 A       Yes.
13 Q       Yes?
14 A       Yes, I can hear you, sir.
15 Q       The e-mail that you just looked at with Mr.
16         Kreger.  Were you aware that that was attached t
17         the Absolute/Imperial subcontract?
18 A       No, I was not aware of that.
19 Q       And in your experience have you ever seen a
20         situation where e-mails between a designer and a
21         design build contractor were attached to a
22         subcontract?
23 A       E-mails between a designer and a design build
24         contractor attached to the contract documents?
25         No, I have no seen that.