MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL SERVICES INC.
vs.
FORREST J. MCKLINLEY, et al.

BEFORE THE HONORABLE RALPH R. BEISTINE CASE NO. 3:03-CV-00199-RRB

DEPUTY CLERK/RECORDER: APRIL KARPER / CAROLINE EDMISTON

APPEARANCES:    PLAINTIFF:        TERRY MARSTON / JAMI ELISON

                DEFENDANT:        PATRICK DUFFY, deft Imperial
                                  WILLIAM BAERG, deft Imperial
                                  MICHAEL KREGER, deft Brechan
                                  JACOB NIST, deft Brechan
                                  MELISSA BAST, deft Brechan
                                  PETER PARTNOW, deft Coffman
                                  JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 29 Held 11/15/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:42 a.m. court convened without the jury panel present.

Court and counsel heard re verdict forms and jury instructions.

At 8:45 a.m. the jury panel entered the courtroom.

Ralph Thomas Puett resumed the stand and testified on behalf of
defendant Imperial on rebuttal.    Defendant Brechan's exhibits
B-203 and B-292 **IDENTIFIED.**  Defendant Imperial's exhibits I-38,
I-67, I-83, and I-96 **IDENTIFIED.**

At 9:45 a.m. court recessed until 9:47 a.m. without the jury
panel present.

Court and counsel heard re exhibits, jury instructions, and
verdict forms.

At 10:01 a.m. court recessed until 10:14 a.m. without the jury
panel present.

Court and counsel heard re jury instructions.

At 10:20 a.m. court recessed until 10:29 a.m. without the jury
panel present.

Court and counsel heard re jury instructions.

Continued On Page 2

DATE:  November 15, 2006      DEPUTY CLERK'S INITIALS:  ak/ce

Continuation - Page 2
Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
et al.
Trial by Jury - Day 29
November 15, 2006
------------------------------------------------------------------

At 10:48 a.m. the jury panel entered the courtroom.

Closing arguments heard.

At 11:53 a.m. the jury panel exited the courtroom.

At 11:53 a.m. court recessed until 12:01 p.m. without the jury
panel present.

Court and counsel heard re closing arguments.

At 12:04 p.m. the jury panel entered the courtroom.

Closing arguments heard.

At 1:12 p.m. the jury panel exited the courtroom.

Court and counsel heard re jury instructions and verdict forms.

At 1:22 p.m. court recessed until 1:50 p.m. with the jury panel
present.

Closing arguments continued.

At 3:25 p.m. court recessed until 3:39 p.m. without the jury
panel present.

Court and counsel heard re closing arguments.

At 3:40 p.m. court recessed until 3:50 p.m. without the jury
panel present.

Court and counsel heard re jury instructions and closing
arguments.

At 3:54 p.m. the jury panel entered the courtroom.

Rebuttal argument heard.

Continued On Page 3

DATE:___November 15, 2006_____  DEPUTY CLERK'S INITIALS:__ak/ce__

Continuation - Page 3
Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
et al.
Trial by Jury - Day 29
November 15, 2006
----------------------------------------------------------------

At 4:56 p.m. the jury panel exited the courtroom to reconvene
Thursday, November 16, 2006 at 8:45 a.m.

Court and counsel heard re jury instructions, exhibits and trial
scheduling.

At 4:58 p.m. court recessed this matter to reconvene **Thursday,
November 16, 2006 at 8:30 a.m.**

DATE:_____November 15, 2006_____ DEPUTY CLERK'S INITIALS:_ak/ce___