```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

<u>ABSOLUTE ENVIRONMENTAL SERVICES INC.</u>
vs.
<u>FORREST J. MCKLINLEY, et al.</u>

BEFORE THE HONORABLE <u>RALPH R. BEISTINE</u> CASE NO. <u>3:03-CV-00199-RRB</u>

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON

APPEARANCES:    PLAINTIFF:      TERRY MARSTON / JAMI ELISON

                DEFENDANT:      PATRICK DUFFY, deft Imperial
                                WILLIAM BAERG, deft Imperial
                                MICHAEL KREGER, deft Brechan
                                JACOB NIST, deft Brechan
                                MELISSA BAST, deft Brechan
                                PETER PARTNOW, deft Coffman
                                JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 30 Held 11/16/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:33 a.m. court convened without the jury panel present.

Court and counsel heard re verdict forms, jury instructions and exhibits.

At 8:35 a.m. court recessed until 8:49 a.m. without the jury panel present.

Court and counsel heard re jury instructions and defendant Brechan's exhibit B-240 and plaintiff's exhibit A-368.

At 8:55 a.m. the jury panel entered the courtroom.

Court read jury instructions.

Court addressed the jury panel re deliberations.

At 9:32 a.m. the jury panel exited the courtroom to begin deliberations.

Court and counsel heard re exhibits, jury deliberations, jury notes, jury instructions, and speaking to the jury panel after deliberations.

Court and counsel heard re defendant Brechan's exhibit B-240 (page 72) **ADMITTED ONLY**.

Continued On Page 2

DATE: <u>November 16, 2006</u>    DEPUTY CLERK'S INITIALS: <u>ce</u>

```
                     Continuation - Page 2
     Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                              et al.
                       Trial by Jury - Day 30
                         November 16, 2006
-----------------------------------------------------------------
```

At 9:42 a.m. court recessed until 12:04 p.m. without the jury panel present.

Court and counsel heard re jury note.

At 12:08 a.m. court recessed until 1:30 p.m. without the jury panel present.

Court and counsel heard re jury note and exhibits.

At 1:42 p.m. court recessed this matter to reconvene **Friday, November 17, 2006 at 9:00 a.m.**

At 4:30 p.m. the jury panel exited the deliberation room to reconvene for further deliberations on Friday, November 17, 2006 at 9:00 a.m.

**OFF RECORD NOTE:** All admitted exhibits, blank jury notes, original verdict forms and original jury instructions forwarded to the jury panel via the bailiff.

DATE:     November 16, 2006      DEPUTY CLERK'S INITIALS:    ce