```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

<u>ABSOLUTE ENVIRONMENTAL SERVICES INC.</u>
vs.
<u>FORREST J. MCKLINLEY, et al.</u>

BEFORE THE HONORABLE <u>RALPH R. BEISTINE</u> CASE NO. <u>3:03-CV-00199-RRB</u>

DEPUTY CLERK/RECORDER: SUZANNETTE LUCERO

APPEARANCES:   PLAINTIFF:      TERRY MARSTON / JAMI ELISON

               DEFENDANT:      WILLIAM BAERG, deft Imperial
                               MICHAEL KREGER, deft Brechan
                               JACOB NIST, deft Brechan
                               JAMES LEIK, deft Brechan
                               MELISSA BAST, deft Brechan
                               PETER PARTNOW, deft Coffman
                               JAMES NIEMER, deft Coffman

PROCEEDINGS: HEARING RE JURY INSTRUCTIONS Held 11/14/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:04 a.m. court convened without the jury panel present.

Motion for Directed Verdict (Dkt 488); **DENIED**. Motion for Reconsideration re Dkt 484 Order (Dkt 492); **DENIED**. Motion for Reconsideration re Dkt 485 Order(Dkt 492); **GRANTED IN PART**.

At 10:09 a.m. court recessed until 10:11 a.m. without the jury panel present.

At 10:11 a.m. court recessed until 10:31 a.m. court without the jury panel present.

At 10:33 a.m. court recessed until 10:44 a.m. court without the jury panel present.

Court and counsel heard re jury instructions.

At 12:06 p.m. court recessed until 12:20 p.m. court without the jury panel present.

Court and counsel heard re jury instructions.

At 12:54 p.m. court recessed until 1:33 p.m. court without the jury panel present.

Continued On Page 2

DATE: <u>  November 14, 2006  </u>     DEPUTY CLERK'S INITIALS: <u>  SCL  </u>

```
                  Continuation - Page 2
    Absolute Environmental Services Inc.  vs.  Forrest J. McKinley,
                           et al.
                  Hearing Re Jury Instructions
                      November 14, 2006
-----------------------------------------------------------------
```

Court and counsel heard re jury instructions.

At 3:26 p.m. court recessed until 3:33 p.m. court without the jury panel present.

Court and counsel heard re jury instructions.

At 4:25 p.m. court adjourned.

OFF RECORD NOTE: All pending requests re exhibits; **DENIED**.

DATE:___November 14, 2006_____  DEPUTY CLERK'S INITIALS:___SCL___