```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

<u>ABSOLUTE ENVIRONMENTAL SERVICES INC.</u>
vs.
<u>FORREST J. MCKLINLEY, et al.</u>

BEFORE THE HONORABLE <u>RALPH R. BEISTINE</u> CASE NO. <u>3:03-CV-00199-RRB</u>

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON

APPEARANCES:   PLAINTIFF:    TERRY MARSTON / JAMI ELISON

               DEFENDANT:    PATRICK DUFFY, deft Imperial
                             WILLIAM BAERG, deft Imperial
                             MICHAEL KREGER, deft Brechan
                             JACOB NIST, deft Brechan
                             MELISSA BAST, deft Brechan
                             PETER PARTNOW, deft Coffman
                             JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY - DAY 31 Held 11/17/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 4:30 p.m. court recessed this matter to reconvene **Monday, November 20, 2006 at 9:00 a.m.**

At 4:30 p.m. the jury panel exited the deliberation room to reconvene for further deliberations on Monday, November 20, 2006 at 9:00 a.m.

DATE:   November 17, 2006     DEPUTY CLERK'S INITIALS:   ce