```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

<u>ABSOLUTE ENVIRONMENTAL SERVICES INC.</u>
vs.
<u>FORREST J. MCKLINLEY, et al.</u>

BEFORE THE HONORABLE <u>RALPH R. BEISTINE</u> CASE NO. <u>3:03-CV-00199-RRB</u>

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON

APPEARANCES:    PLAINTIFF:      TERRY MARSTON / JAMI ELISON

                DEFENDANT:      PATRICK DUFFY, deft Imperial
                                WILLIAM BAERG, deft Imperial
                                MICHAEL KREGER, deft Brechan
                                JACOB NIST, deft Brechan
                                MELISSA BAST, deft Brechan
                                PETER PARTNOW, deft Coffman
                                JAMES NIEMER, deft Coffman

PROCEEDINGS: TRIAL BY JURY / VERDICT - DAY 32 Held 11/20/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 11:10 a.m. court convened without the jury panel present.

Court and counsel heard re jury note.

At 11:12 a.m. the jury panel entered the courtroom.

Verdict published.  Jury found in favor of the plaintiff.

Jury polled; all answered in the affirmative.

At 11:18 a.m. court thanked and excused the jury panel.

Court and counsel heard re exhibits and verdict.

At 11:19 court adjourned.

Original Verdict form and Jury Instructions, List of Witnesses and List of Exhibits **FILED.**

**OFF RECORD NOTE:**  All admitted exhibits returned to counsel.

DATE: <u>   November 20, 2006   </u>   DEPUTY CLERK'S INITIALS: <u>  ce  </u>