Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>Plaintiff,<br>v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>Defendants. | Case No. 3:03-cv-0199-RRB |

### ~~[PROPOSED]~~ ORDER GRANTING MOTION FOR DISMISSAL (FRCP 50) AT DOCKET 473

Based on Absolute's motion and Brechan's non-opposition thereto, the Court grants Absolute's motion at Docket 473 to dismiss Brechan's counterclaim against Absolute for indemnity in connection with Brechan's defense of Imperial's claims against Brechan. The dismissal is without prejudice to Brechan's right to oppose any application for attorneys' fees in connection with this counterclaim or

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB                - 1 -                [38599-0012/12268373_1.DOC]

to either party's right to seek attorneys' fees under ARCP Rule 82 in connection with Absolute's claims against Brechan in this matter.

DATED: November 20, 2006.

_____
Ralph Beistline
U.S. District Court Judge

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB                - 2 -                [38599-0012/12268373_1.DOC]