# BRECHAN ENTERPRISES INC.
# LIST OF EXHIBITS

------------------------------------------------------------

Case No.   3:03-CV-RRB          Judge:     **RALPH R. BEISTLINE**

Title         ABSOLUTE ENVIRONMENTAL SERVICES INC.

VS.

FORREST J. MCKINLEY, ET AL.

Dates of Trial:     October 2, 2006  thru ~~October~~  November 20, 2006 ~~, 2006.~~

Deputy Clerk/Recorder: Caroline Edmiston  / April Kamen / Robin Carter

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Terry Marston | Patrick Duffy, Deft Imperial |
| Jami Elison | Michael Kreger, Deft Brechan<br>David Nest |
|  | Peter C. Partnow, Deft Coffman<br>James Niemer |

--------------------------------------------------EXHIBITS--------------------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|  |  |  |  | B-1 |  |  |  |
|  |  |  |  | B2 |  |  |  |
|  |  |  |  | B3 | X | 10/18 | Project Scope & Fee Narrative |
|  |  |  |  | B4 |  |  |  |
|  |  |  |  | B5 | X | 10/10 | Fax |
|  |  |  |  | B6 |  |  |  |
|  |  |  |  | B7 |  |  |  |
|  |  |  |  | B8 |  |  |  |
|  |  |  |  | B9 |  |  |  |
|  |  |  |  | B10 |  |  |  |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | B11 | | | |
| | | | | B12 | | | |
| | | | | B13 | X | 10/20 | Coffman memo |
| | | | | B14 | | | |
| | | | | B15 | | | |
| | | | | B16 | | | |
| | | | | B17 | | | |
| | | | | B18 | | | |
| | | | | B19 | | | |
| | | | | B20 | | | |
| | | | | B21 | X | 10/5 | meeting minutes |
| | | | | B22 | | | |
| | | | | B23 | | | |
| | | | | B24 | | | |
| | | | | B25 | | | |
| | | | | B26 | | | |
| | | | | B27 | X | 10/18 | E-Mail Thread re seal welding issue |
| | | | | B28 | | | |
| | | | | B29 | | | |
| | | | | B30 | | | |

Case No: 3:03-CV-00199-RRB          Judge: RALPH R. BEISTLINE

| PLAINTIFF | | | | DEFENDANT | | | |
|-----------|---|---|------------------------|------|----|------|------------------------|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | B31 | | | |
| | | | | B32 | X | | Modification #5 |
| | | | | B33 | | | |
| | | | | B34 | | | |
| | | | | B35 | | | |
| | | | | B36 | | | |
| | | | | B37 | | | |
| | | | | B38 | X | | Reports — see page |
| | | | | B39 | X | 10/31 | Request for Proposal |
| | | | | B40 | | | |
| | | | | B41 | X | 10/31 | Delivery Order |
| | | | | B42 | | | |
| | | | | B43 | | | |
| | | | | B44 | | | |
| | | | | B45 | X | 10/6 | subcontract |
| | | | | B46 | | | |
| | | | | B47 | X | 10/10 | email to C.G. |
| | | | | B48 | X | 10/3 | email re: Sq. Footing Coating work |
| | | | | B49 | X | 10/3 | email |
| | | | | B50 | | | |

**Case No: 3:03-CV-00199-RRB**       **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | B51 | | | |
| | | | | B52 | | | |
| | | | | B53 | | | |
| | | | | B54 | | | |
| | | | | B55 | X | | |
| | | | | B56 | X | 10/31 | E-Mail thread |
| | | | | B57 | | | |
| | | | | B58 | | | |
| | | | | B59 | | | |
| | | | | B60 | | | |
| | | | | B61 | | | |
| | | | | B62 | | | |
| | | | | B63 | X | 10/30 | specs handwritten notes |
| | | | | B64 | X | 10/3 | Fax forwarding QC Plan |
| | | | | B65 | | | |
| | | | | B66 | | | |
| | | | | B67 | | | |
| | | | | B68 | | | |
| | | | | B69 | | | |
| | | | | B70 | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | B71 | | | |
| | | | | B72 | | | |
| | | | | B73 | ✓ | 10/31 | Handwritten Submittals |
| | | | | B74 | | | |
| | | | | B75 | X | | Poster / Drawing |
| | | | | B76 | | | |
| | | | | B77 | | | |
| | | | | B78 | | | |
| | | | | B79 | | | |
| | | | | B80 | X | 10/31 | Handwritten Letter Holmstrom |
| | | | | B81 | | | |
| | | | | B82 | | | |
| | | | | B83 | | | |
| | | | | B84 | X | 10/6 | letter |
| | | | | B85 | | | |
| | | | | B86 | | | |
| | | | | B87 | | | |
| | | | | B88 | | | |
| | | | | B89 | X | 10/10 | Imperial purchase orders |
| | | | | B90 | | | |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|-----------|---|---|-----------------------|------|----|----|-----------------------|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | B91 | | | |
| | | | | B92 | | | |
| | | | | B93 | | | |
| | | | | B94 | | | |
| | | | | B95 | | | |
| | | | | B96 | | | |
| | | | | B97 | | | |
| | | | | B98 | | | |
| | | | | B99 | X | 10/6 | letter |
| | | | | B100 | | | |
| | | | | B101 | | | |
| | | | | B102 | | | |
| | | | | B103 | | | |
| | | | | B104 | | | |
| | | | | B105 | | | |
| | | | | B106 | | | |
| | | | | B107 | | | |
| | | | | B108 | | | |
| | | | | B109 | | | |
| | | | | B110 | | | |

**Case No: 3:03-CV-00199-RRB**      **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | B111 | | | |
| | | | | B112 | | | |
| | | | | B113 | X | 11/1 | DCR |
| | | | | B114 | X | 10/30 | 5/30/03 A E's Letter |
| | | | | B115 | | | |
| | | | | B116 | | | |
| | | | | B117 | | | |
| | | | | B118 | | | |
| | | | | B119 | | | |
| | | | | B120 | | | |
| | | | | B121 | | | |
| | | | | B122 | | | |
| | | | | B123 | | | |
| | | | | B124 | | | |
| | | | | B125 | | | |
| | | | | B126 | | | |
| | | | | B127 | | | |
| | | | | B128 | | | |
| | | | | B129 | | | |
| | | | | B130 | X | 1/1 | letter |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | B131 | | | |
| | | | | B132 | | | |
| | | | | B133 | | | |
| | | | | B134 | | | |
| | | | | B135 | | | |
| | | | | B136 | | | |
| | | | | B137 | | | |
| | | | | B138 | | | |
| | | | | B139 | | | |
| | | | | B140 | | | |
| | | | | B141 | X | 10/6 | Notice to Cuve |
| | | | | B142 | | | |
| | | | | B143 | | | |
| | | | | B144 | | | |
| | | | | B145 | | | |
| | | | | B146 | | | |
| | | | | B147 | | | |
| | | | | B148 | | | |
| | | | | B149 | | | |
| | | | | B150 | | | |

**Case No: 3:03-CV-00199-RRB**    **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | B38-1 | X | 10/5 | Report |
| | | | | B38-2 | X | 10/5 | Report |
| | | | | B38-3 | X | 19/5 | Report |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Case No: 3:03-CV-00199-RRB**       **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | B151 | | | |
| | | | | B152 | | | |
| | | | | B153 | | | |
| | | | | B154 | | | |
| | | | | B155 | | | |
| | | | | B156 | | | |
| | | | | B157 | | | |
| | | | | B158 | | | |
| | | | | B159 | | | |
| | | | | B160 | | | |
| | | | | B161 | | | |
| | | | | B162 | | | |
| | | | | B163 | | | |
| | | | | B164 | | | |
| | | | | B165 | | | |
| | | | | B166 | | | |
| | | | | B167 | | | |
| | | | | B168 | | | |
| | | | | B169 | | | |
| | | | | B170 | | | |

**Case No: 3:03-CV-00199-RRB**      **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | B171 | X | 11/6 | letter |
| | | | | B172 | | | |
| | | | | B173 | X | 11/6 | letter |
| | | | | B174 | | | |
| | | | | B175 | | | |
| | | | | B176 | | | |
| | | | | B177 | | | |
| | | | | B178 | | | |
| | | | | B179 | X | 11/6 | Response to 11C |
| | | | | B180 | | | |
| | | | | B181 | | | |
| | | | | B182 | | | |
| | | | | B183 | | | |
| | | | | B184 | | | |
| | | | | B185 | | | |
| | | | | B186 | | | |
| | | | | B187 | | | |
| | | | | B188 | | | |
| | | | | B189 | | | |
| | | | | B190 | | | |

**Case No: 3:03-CV-00199-RRB**    **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | B191 | | | |
| | | | | B192 | | | |
| | | | | B193 | | | |
| | | | | B194 | | | |
| | | | | B195 | | | |
| | | | | B196 | | | |
| | | | | B197 | | | |
| | | | | B198 | X | 10/6 | Field memo Hardenbergh |
| | | | | B199 | | | |
| | | | | B200 | | | |
| | | | | B201 | | | |
| | | | | B202 | | | |
| | | | | B203 | X | | Runer list |
| | | | | B204 | | | |
| | | | | B205 | | | |
| | | | | B206 | | | |
| | | | | B207 | X | 10/16 | Purchase order |
| | | | | B208 | | | |
| | | | | B209 | | | |
| | | | | B210 | X | | |

**Case No: 3:03-CV-00199-RRB**       **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | B211 | | | |
| | | | | B212 | X | 11/9 | Punch List |
| | | | | B213 | | | |
| | | | | B214 | X | 10/25 | Daily coating ensp. report |
| | | | | B215 | | | |
| | | | | B216 | | | |
| | | | | B217 | | | |
| | | | | B218 | | | |
| | | | | B219 | | | |
| | | | | B220 | | | |
| | | | | B221 | | | |
| | | | | B222 | | | |
| | | | | B223 | | | |
| | | | | B224 | X | 10/31 | rg 905, 906, 907 -see page 18 |
| | | | | B225 | X | 10/25 | Foreman's Daily Log |
| | | | | B226 | | | |
| | | | | B227 | | | |
| | | | | B228 | | | |
| | | | | B229 | | | |
| | | | | B230 | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | B231 | X | | -See page 21 |
| | | | | B232 | | | |
| | | | | B233 | | | |
| | | | | B234 | | | |
| | | | | B235 | | | |
| | | | | B236 | X | | |
| | | | | B237 | | | |
| | | | | B238 | | | |
| | | | | B239 | | | |
| | | | | B240 | X | 11/3 | Illustrative only / Lemoke Report 1/16 |
| | | | | B241 | | | |
| | | | | B242 | | | |
| | | | | B243 | | | |
| | | | | B244 | | | |
| | | | | B245 | | | |
| | | | | B246 | | | |
| | | | | B247 | | | |
| | | | | B248 | | | |
| | | | | B249 | | | |
| | | | | B250 | | | |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | B251 | | | |
| | | | | B252 | | | |
| | | | | B253 | | | |
| | | | | B254 | | | |
| | | | | B255 | | | |
| | | | | B256 | | | |
| | | | | B257 | | | |
| | | | | B258 | | | |
| | | | | B259 | | | |
| | | | | B260 | | | |
| | | | | B261 | | | |
| | | | | B262 | | | |
| | | | | B263 | | | |
| | | | | B264 | | | |
| | | | | B265 | | | |
| | | | | B266 | | | |
| | | | | B267 | | | |
| | | | | B268 | | | |
| | | | | B269 | | | |
| | | | | B270 | | | |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | B271 | | | |
| | | | | B272 | | | |
| | | | | B273 | | | |
| | | | | B274 | X | | Resume of web chandler |
| | | | | B275 | | | |
| | | | | B276 | | | |
| | | | | B277 | | | |
| | | | | B278 | | | |
| | | | | B279 | | | |
| | | | | B280 | | | |
| | | | | B281 | | | |
| | | | | B282 | | | |
| | | | | B283 | | | |
| | | | | B284 | | | See page 17 |
| | | | | B285 | | | |
| | | | | B286 | | | |
| | | | | B287 | | | |
| | | | | B288 | X | 10/13 | |
| | | | | B289 | X | 10/20 | photo |
| | | | | B290 | X | 10/24 | Lembke Chart graph |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | B284 -1 | X | 10/5 | Photo |
| | | | | -2 | | | |
| | | | | -3 | | | |
| | | | | -4 | X | 11/2 | Photo |
| | | | | -5 | | | |
| | | | | -6 | X | 11/6 | Photo |
| | | | | -7 | | | |
| | | | | -8 | | | |
| | | | | -9 | | | |
| | | | | -10 | | | |
| | | | | -11 | | | |
| | | | | -12 | | | |
| | | | | -13 | | | |
| | | | | -14 | | | |
| | | | | -15 | | | |
| | | | | -16 | | | |
| | | | | -17 | | | |
| | | | | -18 | | | |
| | | | | -19 | | | |
| | | | | -20 | | | |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | B 21 | -21 | | | |
| | | | | 22 | | | |
| | | | | 23 | | | |
| | | | | 24 | | | |
| | | | | 25 | | | |
| | | | | 26 | | | |
| | | | | 27 | | | |
| | | | | 28 | | | |
| | | | | 29 | | | |
| | | | | 30 | | | |
| | | | | 31 | | | |
| | | | | 32 | | | |
| | | | | 33 | | | |
| | | | | 34 | | | |
| | | | | 35 | | | |
| | | | | 36 | | | |
| | | | | 37 | | | |
| | | | | 38 | | | |
| | | | | 39 | | | |
| | | | | 40 | X | 10/31 | photo |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 41 | | | |
| | | | | 42 | | | |
| | | | | 43 | | | |
| | | | | 44 | | | |
| | | | | 45 | | | |
| | | | | 46 | | | |
| | | | | 47 | | | |
| | | | | 48 | | | |
| | | | | 49 | | | |
| | | | | 50 | | | |
| | | | | 51 | | | |
| | | | | 52 | | | |
| | | | | 53 | | | |
| | | | | 54 | | | |
| | | | | 55 | | | |
| | | | | 56 | | | |
| | | | | 57 | | | |
| | | | | 58 | | | |
| | | | | 59 | | | |
| | | | | 60 | | | |

Case No: 3:03-CV-00199-RRB          Judge: RALPH R. BEISTLINE

| PLAINTIFF | | | | DEFENDANT | | | |
|-----------|---|---|------------------------|-------|----|----|------------------------|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 61 | | | |
| | | | | 62 | | | |
| | | | | 63 | | | |
| | | | | 64 | | | |
| | | | | 65 | | | |
| | | | | 66 | | | |
| | | | | 67 | | | |
| | | | | 68 | | | |
| | | | | 69 | | | |
| | | | | 70 | | | |
| | | | | 71 | | | |
| | | | | 72 | | | |
| | | | | 73 | | | |
| | | | | 74 | | | |
| | | | | 75 | | | |
| | | | | 76 | | | |
| | | | | 77 | | | |
| | | | | 78 | | | |
| | | | | 79 | | | |
| | | | | 80 | | | |

Case No: 3:03-CV-00199-RRB     Judge: RALPH R. BEISTLINE

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 81 | | | |
| | | | | 82 | | | |
| | | | | 83 | | | |
| | | | | 84 | | | |
| | | | | 85 | | | |
| | | | | 86 | | | |
| | | | | 87 | | | |
| | | | | 88 | | | |
| | | | | 89 | | | |
| | | | | 90 | | | |
| | | | | 91 | | | |
| | | | | 92 | X | 11/2 | Photo |
| | | | | 93 | | | |
| | | | | 94 | | | |
| | | | | 95 | | | |
| | | | | 96 | | | |
| | | | | 97 | | | |
| | | | | 98 | | | |
| | | | | 99 | | | |
| | | | | 100 | | | |

**Case No: 3:03-CV-00199-RRB**      **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | B. 804 | 101 | | | |
| | | | | 102 | | | |
| | | | | 103 | | | |
| | | | | 104 | | | |
| | | | | 105 | | | |
| | | | | 106 | | | |
| | | | | 107 | | | |
| | | | | 108 | | | |
| | | | | 109 | | | |
| | | | | 110 | | | |
| | | | | 111 | | | |
| | | | | 112 | | | |
| | | | | 113 | | | |
| | | | | 114 | X | 11/2 | Photo |
| | | | | 115 | | | |
| | | | | 116 | | | |
| | | | | 117 | | | |
| | | | | 118 | | | |
| | | | | 119 | | | |
| | | | | 120 | | | |

Case No: 3:03-CV-00199-RRB          Judge: RALPH R. BEISTLINE

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 121 | | | |
| | | | B·384 | 122 | X | 11/2 | Photo |
| | | | | 123 | X | 11/2 | Photo |
| | | | | 124 | | | |
| | | | | 125 | | | |
| | | | | 126 | | | |
| | | | | 127 | | | |
| | | | | 128 | | | |
| | | | | 129 | | | |
| | | | | 130 | | | |
| | | | | 131 | | | |
| | | | | 132 | | | |
| | | | | 133 | X | 11/2 | Photo |
| | | | | 134 | | | |
| | | | | 135 | | | |
| | | | | 136 | | | |
| | | | | 137 | | | |
| | | | | 138 | | | |
| | | | | 139 | | | |
| | | | | 140 | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | B-284 | 141 | | | |
| | | | | 142 | | | |
| | | | | 143 | | | |
| | | | | 144 | | | |
| | | | | 145 | | | |
| | | | | 146 | | | |
| | | | | 147 | | | |
| | | | | 148 | | | |
| | | | | 149 | | | |
| | | | | 150 | | | |
| | | | | 151 | | | |
| | | | | 152 | | | |
| | | | | 153 | | | |
| | | | | 154 | | | |
| | | | | 155 | | | |
| | | | | 156 | | | |
| | | | | 157 | | | |
| | | | | 158 | | | |
| | | | | 159 | | | |
| | | | | 160 | | | |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 161 | | | |
| | | | | 162 | | | |
| | | | | 163 | | | |
| | | | | 164 | | | |
| | | | | 165 | | | |
| | | | | 166 | | | |
| | | | | 167 | | | |
| | | | | 168 | | | |
| | | | | 169 | | | |
| | | | | 170 | | | |
| | | | | 171 | | | |
| | | | | 172 | | | |
| | | | | 173 | | | |
| | | | | 174 | | | |
| | | | | 175 | | | |
| | | | | 176 | | | |
| | | | | 177 | | | |
| | | | | 178 | | | |
| | | | | 179 | | | |
| | | | | 180 | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | B-304 | 181 | | | |
| | | | | 182 | | | |
| | | | | 183 | | | |
| | | | | 184 | | | |
| | | | | 185 | | | |
| | | | | 186 | | | |
| | | | | 187 | | | |
| | | | | 188 | | | |
| | | | | 189 | | | |
| | | | | 190 | | | |
| | | | | 191 | | | |
| | | | | 192 | | | |
| | | | | 193 | | | |
| | | | | 194 | | | |
| | | | | 195 | | | |
| | | | | 196 | | | |
| | | | | 197 | | | |
| | | | | 198 | X | | |
| | | | | 199 | | | |
| | | | | 200 | | | |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 201 | | | |
| | | | B.284 | 202 | | | |
| | | | | 203 | | | |
| | | | | 204 | | | |
| | | | | 205 | | | |
| | | | | 206 | | | |
| | | | | 207 | | | |
| | | | | 208 | | | |
| | | | | 209 | | | |
| | | | | 210 | | | |
| | | | | 211 | X | 11/2 | Photo |
| | | | | 212 | | | |
| | | | | 213 | | | |
| | | | | 214 | | | |
| | | | | 215 | | | |
| | | | | 216 | | | |
| | | | | 217 | | | |
| | | | | 218 | X | 11/2 | Photo |
| | | | | 219 | | | |
| | | | | 220 | | | |

**Case No: 3:03-CV-00199-RRB**      **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | B. 204 | 221 | | | |
| | | | | 222 | | | |
| | | | | 223 | | | |
| | | | | 224 | | | |
| | | | | 225 | | | |
| | | | | 226 | | | |
| | | | | 227 | | | |
| | | | | 228 | | | |
| | | | | 229 | | | |
| | | | | 230 | | | |
| | | | | 231 | | | |
| | | | | 232 | X | 11/2 | Photo |
| | | | | 233 | | | |
| | | | | 234 | | | |
| | | | | 235 | | | |
| | | | | 236 | | | |
| | | | | 237 | | | |
| | | | | 238 | | | |
| | | | | 239 | | | |
| | | | | 240 | | | |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 241 | | | |
| | | | | 242 | | | |
| | | | | 243 | | | |
| | | | | 244 | | | |
| | | | | 245 | | | |
| | | | | 246 | | | |
| | | | | 247 | | | |
| | | | | 248 | | | |
| | | | | 249 | | | |
| | | | | 250 | | | |
| | | | | 251 | | | |
| | | | | 252 | | | |
| | | | | 253 | | | |
| | | | | 254 | | | |
| | | | | 255 | | | |
| | | | | 256 | | | |
| | | | | 257 | | | |
| | | | | 258 | | | |
| | | | | 259 | | | |
| | | | | 260 | | | |

Case No: 3:03-CV-00199-RRB        Judge: RALPH R. BEISTLINE

| PLAINTIFF | | | | DEFENDANT | | | |
|-----------|---|---|---|-----------|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 261 | | | |
| | | | | 262 | X | 11/2 | Photo |
| | | | | 263 | | | |
| | | | | 264 | | | |
| | | | | 265 | | | |
| | | | | 266 | | | |
| | | | | 267 | | | |
| | | | | 268 | X | 11/2 | Photo |
| | | | | 269 | | | |
| | | | | 270 | | | |
| | | | | 271 | | | |
| | | | | 272 | | | |
| | | | | 273 | | | |
| | | | | 274 | | | |
| | | | | 275 | | | |
| | | | | 276 | | | |
| | | | | 277 | | | |
| | | | | 278 | | | |
| | | | | 279 | | | |
| | | | | 280 | | | |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 281 | | | |
| | | | | 282 | | | |
| | | | | 283 | | | |
| | | | | 284 | | | |
| | | | | 285 | | | |
| | | | | 286 | | | |
| | | | | 287 | X | 10/10 | Photo |
| | | | | 288 | Y | 10/13 | Mark Schelling Article |
| | | | | 289 | | | |
| | | | | 2 | | | |
| | | | | 562 | X | 11/2 | Photo |
| | | | | 578 | X | 11/2 | Photo |
| | | | | 568 | X | 11/2 | Photo |
| | | | | 341 | X | 11/2 | Photo |
| | | | | 907 | X | 11/2 | Photo |
| | | | | 909 | X | 11/2 | Photo |
| | | | | 331 | X | 11/2 | Photo |
| | | | | 344 | X | 11/3 | Photo |
| | | | | | | | |
| | | | | | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 905 | X | 10/31 | |
| | | | | 906 | X | 10/31 | |
| | | | | 907 | X | 10/31 | |
| | | | | 957 | X | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Case No: 3:03-CV-00199-RRB    Judge: RALPH R. BEISTLINE

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | | | | B-283 |
| | | | | B283-1 | X | 11/7 | Photo |
| | | | | B283-2 | Y | | |
| | | | | B283-3 | Y | | |
| | | | | B283-4 | Y | | |
| | | | | B283-5 | X | | |
| | | | | B283-6 | Y | | |
| | | | | B283-7 | Y | | |
| | | | | B283-8 | X | | |
| | | | | B283-9 | Y | | |
| | | | | B283-10 | X | | |
| | | | | B283-11 | Y | | |
| | | | | B283-12 | Y | | |
| | | | | B283-13 | Y | | |
| | | | | B283-14 | Y | ✓ | ✓ |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | B-291 | | | e-mail |
| | | | | B-292 X | | | manuel |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | | | | B-231 |
| | | | | page 19 | X | 11/9 | Invoice |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |