## ABSOLUTE ENVIRONMENTAL SERVICES INC.
## LIST OF EXHIBITS

(Rev 10/06)

---

Case No.   3:03-CV-RRB        Judge:   **RALPH R. BEISTLINE**

Title        ABSOLUTE ENVIRONMENTAL SERVICES INC.

vs.

FORREST J. MCKINLEY, ET AL.

Dates of Trial:      October 2, 2006  thru October ~~October~~ November 20, 2006 ~~, 2006~~

Deputy Clerk/Recorder: Caroline Edmiston  / April Kamper / Robin Carter

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Terry Marston | Patrick Duffy, Deft Imperial |
| Jami Elison | Michael Kreger, Deft Brechan<br>David Nest |
|  | Peter C. Partnow, Deft Coffman<br>James Niemer |

--------------------------------------------------------EXHIBITS--------------------------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| A-1 | X | | Illustrated Diagram | | | | |
| A-2 | | | | | | | |
| A-3 | X | 10/20 | Application spec. pg 1-4 | | | | |
| A-4 | | | | | | | |
| A5 | X | 10/20 | NACE Report | | | | |
| A6 | X | 10/16 | aneta Lepanich email | | | | |
| A7 | X | 10/13 | 1st JOC contract | | | | |
| A8 | | | | | | | |
| A9 | | | | | | | |
| A10 | | | | | | | |

Case No: 3:03-CV-00199-RRB          Judge: RALPH R. BEISTLINE

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| A11 | X | 10/18 | email | | | | |
| A12 | X | 10/17 | Locher email to Holmstrom | | | | |
| A13 | X | 10/17 | Locher email to Stears | | | | |
| A14 | X | 10-7/12 PG 1 and 2 | email | | | | |
| A15 | | | | | | | |
| A16 | | | | | | | |
| A17 | | | | | | | |
| A18 | X | 10/16 | Steve Locher email to Holmstrom | | | | |
| A19 | | | | | | | |
| A20 | X | | Gov. Estimate | | | | |
| A21 | | | | | | | |
| A22 | | | | | | | |
| A23 | | | | | | | |
| A24 | | | | | | | |
| A25 | | | | | | | |
| A26 | | | | | | | |
| A27 | X | 10/18 | John Daily to Matt Holmstrom 115% Submittal | | | | |
| A28 | X | 10/18 | 105% Specification Submittal Review Comments | | | | |
| A29 | X | | email | | | | |
| A30 | | | | | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| A31 | | | | | | | |
| A32 | X | | Parrish bid Proposal | | | | |
| A33 | | | | | | | |
| A34 | | | | | | | |
| A35 | | | | | | | |
| A36 | X | 10/18 | Radcliff Bid evaliation | | | | |
| A37 | | | | | | | |
| A38 | | | | | | | |
| A39 | | | | | | | |
| A40 | X | | SCCI key personnol projects | | | | |
| A41 | X | 10/18 | Radcliff email | | | | |
| A42 | X | | Holmstrom Doc to Rendon | | | | |
| A43 | | | | | | | |
| A44 | | | | | | | |
| A45 | | | | | | | |
| A46 | | | | | | | |
| A47 | X | 10/3 | andy Romine agrees 40,000 SF | | | | |
| A48 | X | 10/4 | Letter Holmstrom | | | | |
| A49 | X | 10/17 | email | | | | |
| A50 | X | 10/3 | Phase I Final Specifications | | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| A51 | X | 10/16 | Spencer email to Holmstrom | | | | |
| A52 | X | 10/4 | proposed prejob | | | | |
| A53 | X | 10/13 | Anita Repanich email to Holmstrom | | | | |
| A54 | | | | | | | |
| A55 | | | | | | | |
| A56 | | | | | | | |
| A57 | X | 10/19 | email | | | | |
| A58 | | | | | | | |
| A59 | | | | | | | |
| A60 | | | | | | | |
| A61 | X | 10/16 | Rendon email to Holmstrom | | | | |
| A62 | | | | | | | |
| A63 | X | | | | | | |
| A64 | X | 10/17 | attachment | | | | |
| A65 | X | 10/17 | email | | | | |
| A66 | X | 10/17 | email | | | | |
| A67 | X | 10/17 | Cost proposal | | | | |
| A68 | | | | | | | |
| A69 | | | | | | | |
| A70 | | | | | | | |

Case No: 3:03-CV-00199-RRB          Judge: RALPH R. BEISTLINE

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| A71 | | | | | | | |
| A72 | | | | | | | |
| A73 | | | | | | | |
| A74 | X | 10/4 | Hardenbergh Daily report | | | | |
| A75 | | | | | | | |
| A76 | V | 10/19 | Daily report | | | | |
| A77 | | | | | | | |
| A78 | X | 10/4 | Hardenbergh daily report | | | | |
| A79 | V | 10/4 | Hardenbergh daily report | | | | |
| A80 | X | 10/19 | email | | | | |
| A81 | | | | | | | |
| A82 | | | | | | | |
| A83 | X | 10/4 | Hardenbergh Daily Report | | | | |
| A84 | | | | | | | |
| A85 | | | | | | | |
| A86 | X | 10/19 | Hardenbergh Daily Report | | | | |
| A87 | X | 10/18 | Jerry Hardenbergh Daily Report | | | | |
| A88 | X | 10/4 | Hardenbergh daily report addendum | | | | |
| A89 | | | | | | | |
| A90 | X | 10/16 | Holmstrom notes | | | | |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| A91 | X | 10/3 | 10-31-01 Hardanbaugh Memo to Bonney | | | | |
| A92 | X | 10/4 | Mike Anderson Letter 1-5 | | | | |
| A93 | X | 10/4 | Hardenberg e.mail | | | | |
| A94 | | | | | | | |
| A95 | X | 10/4 | Hardenbergh Daily Report | | | | |
| A96 | X | 10/19 | | | | | |
| A97 | X | 10/4 | anderson Letter to SCCI | | | | |
| A98 | | | | | | | |
| A99 | | | | | | | |
| A100 | | | | | | | |
| A101 | | | | | | | |
| A102 | | | | | | | |
| A103 | X | | Hardenbergh project meeting agenda | | | | |
| A104 | X | 10/17 | Holmstrom MEMO | | | | |
| A105 | | | | | | | |
| A106 | | | | | | | |
| A107 | X | 10/4 | Romine proposal | | | | |
| A108 | | | | | | | |
| A109 | X | 10/13 | Anita Repanich email response | | | | |
| A110 | X | 10/17 | eMail | | | | |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| A111 | | | | | | | |
| A112 | X | 10/13 | Repanich email to F & R Inc. | | | | |
| A113 | X | 10/4 | Holmstrom Letter to Romine | | | | |
| A114 | | | | | | | |
| A115 | | | | | | | |
| A116 | | | | | | | |
| A117 | X | | Holmstrom Letter to Romine | | | | |
| A118 | | | | | | | |
| A119 | X | 10/17 | Rendon email | | | | |
| A120 | | | | | | | |
| A121 | X | 10/17 | Repanich email to Holmstrom | | | | |
| A122 | X | 10/17 | Rendon email | | | | |
| A123 | X | 10/17 | Holmstrom email CEI | | | | |
| A124 | | | | | | | |
| A125 | X | | BEI Meeting Minutes | | | | |
| A126 | | | | | | | |
| A127 | X | 10/4 | Andy Romaine SCCI | | | | |
| A128 | | | | | | | |
| A129 | | | | | | | |
| A130 | | | | | | | |

Case No: 3:03-CV-00199-RRB          Judge: RALPH R. BEISTLINE

| PLAINTIFF | | | | DEFENDANT | | | |
|-----------|-----|-----|-----------------------|------|-----|-----|-----------------------|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| A131 | | | | | | | |
| A132 | Y | 10/13 | Repanuch letter to Holmstrom | | | | |
| A133 | X | 10/13 | 2-25-02 enclosure | | | | |
| A134 | | | | | | | |
| A135 | X | 10/16 | oliver email | | | | |
| A136 | | | | | | | |
| A137 | X | 10/16 | Arears email to Holmstrom | | | | |
| A138 | X | 11/1 | memo | | | | |
| A139 | X | 10/4 | Memorandum | | | | |
| A140 | | | | | | | |
| A141 | | | | | | | |
| A142 | | | | | | | |
| A143 | X | 10/16 | oliver memo to Romine | | | | |
| A144 | | | | | | | |
| A145 | | | | | | | |
| A146 | | | | | | | |
| A147 | X | 10/13 | BEI Building 25 Job Cost Report | | | | |
| A148 | | | | | | | |
| A149 | | | | | | | |
| A150 | X | 10/4 | Modification Subcontract | | | | |

**Case No: 3:03-CV-00199-RRB**          **Judge: RALPH R. BEISTLINE**

| | PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| A151 | | | | | | | |
| A152 | X | 10/13 | dluer letter | | | | |
| A153 | | | | | | | |
| A154 | | | | | | | |
| A155 | ✗ | 10/19 | | | | | |
| A156 | | | | | | | |
| A157 | X | 10/4 | Romine letter | | | | |
| A158 | | | | | | | |
| A159 | | | | | | | |
| A160 | | | | | | | |
| A161 | | | | | | | |
| A162 | | | | | | | |
| A163 | | | | | | | |
| A164 | X | 10/18 | Steens c-meil to Holmston | | | | |
| A165 | | | | | | | |
| A166 | | | | | | | |
| A167 | X | 10/16 | Ripanich eval | | | | |
| A168 | | | | | | | |
| A169 | X | 10/4 | Oliver letter to Romine | | | | |
| A170 | | | | | | | |

**Case No: 3:03-CV-00199-RRB**      **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| A171 | X | 10/14 | Rendon email to Holmstrom | | | | |
| A172 | | | | | | | |
| A173 | X | | email | | | | |
| A174 | | | | | | | |
| A175 | X | | email | | | | |
| A176 | X | 10/3 | signed Mod. 0005 USCG Contract | | | | |
| A177 | | | | | | | |
| A178 | | | | | | | |
| A179 | | | | | | | |
| A180 | | | | | | | |
| A181 | | | | | | | |
| A182 | X | 10/19 | Hardenbergh email | | | | |
| A183 | | | | | | | |
| A184 | | | | | | | |
| A185 | | | | | | | |
| A186 | X | 10/20 | Holmstrom email | | | | |
| A187 | | | | | | | |
| A188 | X | 10/4 | Routine letter to Oliver | | | | |
| A189 | | | | | | | |
| A190 | | | | | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| A191 | | | | | | | |
| A192 | | | | | | | |
| A193 | X | 10/17 | Holmstrom hand written notes | | | | |
| A194 | | | | | | | |
| A195 | X | 10/19 | Nardenbergh Daily Report | | | | |
| A196 | | | | | | | |
| A197 | X | 10/19 | daily report | | | | |
| A198 | X | 10/19 | Summary Report | | | | |
| A199 | | | | | | | |
| A200 | | | | | | | |
| A201 | | | | | | | |
| A202 | | | | | | | |
| A203 | | | | | | | |
| A204 | | | | | | | |
| A205 | X | 10/19 | daily report | | | | |
| A206 | | | | | | | |
| A207 | | | | | | | |
| A208 | | | | | | | |
| A209 | | | | | | | |
| A210 | | | | | | | |

Case No: 3:03-CV-00199-RRB          Judge: RALPH R. BEISTLINE

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| A211 | | | | | | | |
| A212 | | | | | | | |
| A213 | | | | | | | |
| A214 | X | 10/13 | FDCC JDC 2 TO BEI, J55 | | | | |
| A215 | | | | | | | |
| A216 | | | | | | | |
| A217 | | | | | | | |
| A218 | | | | | | | |
| A219 | | | | | | | |
| A220 | | | | | | | |
| A221 | | | | | | | |
| A222 | | | | | | | |
| A223 | | | | | | | |
| A224 | | | | | | | |
| A225 | | | | | | | |
| A226 | | | | | | | |
| A227 | | | | | | | |
| A228 | X | 11/1 | email to Holmstrom | | | | |
| A229 | X | 11/1 | email to Stears | | | | |
| A230 | X | 10/18 | Stears email to Holmstrom | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| A231 | | | | | | | |
| A232 | | | | | | | |
| A233 | | | | | | | |
| A234 | | | | | | | |
| A235 | | | | | | | |
| A236 | | | | | | | |
| A237 | | | | | | | |
| A238 | | | | | | | |
| A239 | | | | | | | |
| A240 | X | 11/1 | Coast Guard's Solicitation Proposal, & Award & memo | | | | |
| A241 | | | | | | | |
| A242 | | | | | | | |
| A243 | | | | | | | |
| A244 | | | | | | | |
| A245 | | | | | | | |
| A246 | | | | | | | |
| A247 | | | | | | | |
| A248 | X | 10/3 | AES/IIC Subcontract | | | | |
| A249 | | | | | | | |
| A250 | V | 10/17 | e-mail | | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| PLAINTIFF | | | | DEFENDANT | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| A251 | | | | | | | |
| A252 | | | | | | | |
| A253 | X | 10/19 | | | | | |
| A254 | X | 10/16 | Hardenbergh Warranty inspec. | | | | |
| A255 | X | 10/19 | Brown email | | | | |
| A256 | X | 10/19 | Brown email | | | | |
| A257 | X | 10/19 | Contra email | | | | |
| A258 | X | 10/20 | email | | | | |
| A259 | X | 10/20 | Houck email | | | | |
| A260 | | | | | | | |
| A261 | | | | | | | |
| A262 | | | | | | | |
| A263 | | | | | | | |
| A264 | | | | | | | |
| A265 | | | | | | | |
| A266 | | | | | | | |
| A267 | | | | | | | |
| A268 | X | 11/1 | letter | | | | |
| A269 | | | | | | | |
| A270 | | | | | | | |

**Case No: 3:03-CV-00199-RRB**   **Judge: RALPH R. BEISTLINE**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| A271 | X | 11\9 | e-mail | | | | |
| A272 | | | | | | | |
| A273 | X | 10\9 | | | | | |
| A274 | | | | | | | |
| A275 | | | | | | | |
| A276 | | | | | | | |
| A277 | | | | | | | |
| A278 | X | 10/6 | AESI LETTER notice to cure | | | | |
| A279 | | | | | | | |
| A280 | X | 11/1 | e-mail | | | | |
| A281 | X | 10/6 | Follow up letter notice to cure | | | | |
| A282 | | | | | | | |
| A283 | X | | | | | | |
| A284 | | | | | | | |
| A285 | | | | | | | |
| A286 | | | | | | | |
| A287 | X | 10/6 | LETTER IIC response | | | | |
| A288 | | | | | | | |
| A289 | | | | | | | |
| A290 | X | 10\20 | letter | | | | |

**Case No: 3:03-CV-00199-RRB**    **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| A291 | | | | | | | |
| A292 | | | | | | | |
| A293 | | | | | | | |
| A294 | | | | | | | |
| A295 | | | | | | | |
| A296 | | | | | | | |
| A297 | | | | | | | |
| A298 | | | | | | | |
| A299 | | | | | | | |
| A300 | | | | | | | |
| A301 | X | 11/1 | letter | | | | |
| A302 | | | | | | | |
| A303 | | | | | | | |
| A304 | | | | | | | |
| A305 | | | | | | | |
| A306 | Y | 10/31 | IIC LeTTer | | | | |
| A307 | | | | | | | |
| A308 | | | | | | | |
| A309 | | | | | | | |
| A310 | | | | | | | |

Case No: 3:03-CV-00199-RRB          Judge: RALPH R. BEISTLINE

| PLAINTIFF | | | | DEFENDANT | | | |
|-----------|----|----|------------------------|------|----|----|------------------------|
| EX# | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| A311 | | | | | | | |
| A312 | | | | | | | |
| A313 | | | | | | | |
| A314 | | | | | | | |
| A315 | | | | | | | |
| A316 | | | | | | | |
| A317 | | | | | | | |
| A318 | | | | | | | |
| A319 | | | | | | | |
| A320 | | | | | | | |
| A321 | Y | 10/31 | .11C letter | | | | |
| A322 | | | | | | | |
| A323 | | | | | | | |
| A324 | | | | | | | |
| A325 | | | | | | | |
| A326 | | | | | | | |
| A327 | | | | | | | |
| A328 | | | | | | | |
| A329 | | | | | | | |
| A330 | | | | | | | |

| Case No: 3:03-CV-00199-RRB | | | Judge: RALPH R. BEISTLINE | | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| A331 | | | | | | | |
| A332 | | | | | | | |
| A333 | | | | | | | |
| A334 | | | | | | | |
| A335 | | | | | | | |
| A336 | | | | | | | |
| A337 | | | | | | | |
| A338 | | | | | | | |
| A339 | | | | | | | |
| A340 | | | | | | | |
| A341 | X | 10/6 | AESI LETTER TO IIC | | | | |
| A342 | X | 10/6 | AESI LETTER | | | | |
| A343 | X | 10/6 | IIC lETTER | | | | |
| A344 | | | | | | | |
| A345 | X | | SUMMONS | | | | |
| A346 | X | 11/9 | LETTER BERG Notice Termination | | | | |
| A347 | X | 11/9 | letter to absolute 8/7/03 motion of conversion | | | | |
| A348 | X | 10/6 | response to letter re: materials | | | | |
| A349 | | | | | | | |
| A350 | X | 11/8 | e-mail | | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| A351 | | | | | | | |
| A352 | | | | | | | |
| A353 | | | | | | | |
| A354 | | | | | | | |
| A355 | | | | | | | |
| A356 | | | | | | | |
| A357 | | | | | | | |
| A358 | | | | | | | |
| A359 | | | | | | | |
| A360 | | | | | | | |
| A361 | | | | | | | |
| A362 | X | 11/1 | email | | | | |
| A363 | | | | | | | |
| A364 | | | | | | | |
| A365 | | | | | | | |
| A366 | X | | Phelph pett Dept. | | | | |
| A367 | | | | | | | |
| A368 | X | 10/23 | 31-55, 57, 59-63, 65-66, 68 74, 76-78 | | | | |
| A369 | X | 11/9 | pg 3 g upt g Toke | | | | |
| A370 | | | | | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| A371 | | | | | | | |
| A372 | | | | | | | |
| A373 | | | | | | | |
| A374 | | | | | | | |
| A375 | | | | | | | |
| A376 | | | | | | | |
| A377 | | | | | | | |
| A378 | | | | | | | |
| A379 | | | | | | | |
| A380 | | | | | | | |
| A381 | | | | | | | |
| A382 | | | | | | | |
| A383 | | | | | | | |
| A384 | | | | | | | |
| A385 | | | | | | | |
| A386 | | | | | | | |
| A387 | | | | | | | |
| A388 | | | | | | | |
| A389 | | | | | | | |
| A390 | | | | | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| A391 | | | | | | | |
| A392 | | | | | | | |
| A393 | | | | | | | |
| A394 | | | | | | | |
| A395 | X | | Holmstrom Depo | | | | |
| A396 | | | | | | | |
| A397 | | | | | | | |
| A398 | | | | | | | |
| A399 | | | | | | | |
| A400 | | | | | | | |
| A401 | | | | | | | |
| A402 | | | | | | | |
| A403 | X | | Report - Mott | | | | |
| A404 | | | | | | | |
| A405 | | | | | | | |
| A406 | X | 10/10 | - only #5 | | | | |
| A407 | | | | | | | |
| A408 | | | | | | | |
| A409 | | | | | | | |
| A410 | | | | | | | |

Case No: 3:03-CV-00199-RRB          Judge: RALPH R. BEISTLINE

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| A411 | | | | | | | |
| A412 | | | | | | | |
| A413 | | | | | | | |
| A414 | | | | | | | |
| A415 | | | | | | | |
| A416 | | | | | | | |
| A417 | | | | | | | |
| A418 | | | | | | | |
| A419 | | | | | | | |
| A420 | | | | | | | |
| A421 | | | | | | | |
| A422 | | | | | | | |
| A423 | | | | | | | |
| A424 | | | | | | | |
| A425 | | | | | | | |
| A426 | | | | | | | |
| A427 | | | | | | | |
| A428 | | | | | | | |
| A429 | | | | | | | |
| A430 | X | 10/16 | weekly meeting bullets to Rendon | | | | |

**Case No: 3:03-CV-00199-RRB    Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| A431 | | | | | | | |
| A432 | | | | | | | |
| A433 | | | | | | | |
| A434 | | | | | | | |
| A435 | | | | | | | |
| A436 | X | 10/16 | Ex #1 to Depo of Dan Stears ) see pg 25 | | | | |
| A437 | | | | | | | |
| A438 | | | | | | | |
| A439 | | | | | | | |
| A440 | | | | | | | |
| A441 | X | 10/4 10/5 | Photos 1734,1735 Photos 1-5 | | | | |
| A442 | X | 10/5 10/9 | Photos (1-64) | | | | |
| A443 | | | | | | | |
| A444 | | | | | | | |
| A445 | | | | | | | |
| A446 | X | 10/27 | Pluett hand notes | | | | |
| A447 | | | | | | | |
| A448 | | | | | | | |
| A449 | X | | Illustration diagram | | | | |
| A450 | X | | Illustration diagram | | | | |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| A451 | X | | Illustrated document | | | | |
| A452 | Y | | Illustrated diagram | | | | |
| A453 | V | | Illustrated diagram | | | | |
| A454 | V | | Illustrated diagram | | | | |
| A455 | X | | Illustrated diagram | | | | |
| A456 | | | | | | | |
| A457 | V | | Illustrated diagram | | | | |
| A458 | X | | Illustrated Diagram | | | | |
| A459 | X | | Illustrated Document | | | | |
| A460 | X | | Illustrated Document | | | | |
| A461 | X | 11/1 | e-mail | | | | |
| A462 | X | 11/3 | same up as Cosco olson depo (handwritten) | | | | |
| A463 | V | | list of costs from Imperial | | | | |
| A464 | V | | Summary of Costs (typed) | | | | |
| A465 | V | 1 | reconculiation | | | | |
| A466 | V | | illustration | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | A-436 | | | | |
| 47 | X | 10/18 | | | | | |
| 48 | Y | 10/18 | | | | | |
| 49 | X | 10/18 | | | | | |
| 50 | X | 10/18 | | | | | |
| 160 | X | 10/17 | | | | | |
| 161 | X | 10/17 | | | | | |
| 171 | X | 10/18 | | | | | |
| 172 | Y | 10/18 | | | | | |
| 173 | X | 10/18 | | | | | |
| 210 | X | 10/16 | | | | | |
| 211 | Y | 10/16 | | | | | |
| 222 | X | | | | | | |
| 236 | X | 10/18 | | | | | |
| 237 | X | 10/18 | | | | | |
| 245 | Y | 10/17 | | | | | |
| 253 | X | 10/17 | | | | | |
| 254 | X | 10/17 | | | | | |
| 286 | X | 10/16 | | | | | |
| 287 | X | 10/16 | | | | | |

Case No: 3:03-CV-00199-RRB    Judge: RALPH R. BEISTLINE

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | A - 436 | | | | |
| 290 | X | 10/18 | | | | | |
| 291 | X | 10/18 | | | | | |
| 292 | X | 10/18 | | | | | |
| 293 | X | 10/18 | | | | | |
| 294 | X | 10/18 | | | | | |
| 302 | X | 10/17 | | | | | |
| 337 | X | 10/18 | | | | | |
| 338 | X | 10/18 | | | | | |
| 339 | X | 10/18 | | | | | |
| 354 | X | 10/17 | | | | | |
| 355 | X | 10/17 | | | | | |
| 407 | X | 10/17 | | | | | |
| 415 | X | 10/17 | | | | | |
| 416 | X | 10/17 | | | | | |
| 417 | X | 10/17 | | | | | |
| 524 | X | 10/17 | | | | | |
| 530 | X | 10/17 | | | | | |
| 586 | X | | | | | | |
| 589 | X | 11/1 | | | | | |

| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
|------|----|----|-----------------------|------|----|----|-----------------------|

Case No: 3:03-CV-00199-RRB          Judge: RALPH R. BEISTLINE

**PLAINTIFF**                                          **DEFENDANT**

| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
|------|----|----|-----------------------|------|----|----|-----------------------|
|      |    |    | A-436 |      |    |    |  |
| 591 | X | 11/1 |  |      |    |    |  |
| 600 | X | 11/1 |  |      |    |    |  |
| 603 | X | 11/1 |  |      |    |    |  |
| 613 | X | 11/1 |  |      |    |    |  |
| 620 | X | 10/17 |  |      |    |    |  |
|      |    |    |  |      |    |    |  |
|      |    |    |  |      |    |    |  |
|      |    |    |  |      |    |    |  |
|      |    |    |  |      |    |    |  |
|      |    |    |  |      |    |    |  |
|      |    |    |  |      |    |    |  |
|      |    |    |  |      |    |    |  |
|      |    |    |  |      |    |    |  |
|      |    |    |  |      |    |    |  |
|      |    |    |  |      |    |    |  |
|      |    |    |  |      |    |    |  |
|      |    |    |  |      |    |    |  |
|      |    |    |  |      |    |    |  |
|      |    |    |  |      |    |    |  |