------------------------------------------------------------------------

Case No.  3:03-CV-RRB          Judge:     **RALPH R. BEISTLINE**

Title      ABSOLUTE ENVIRONMENTAL SERVICES INC.

vs.

FORREST J. MCKINLEY, ET AL.

Dates of Trial:      October 2, 2006  thru October ~~30, 2006~~ November 30, 2006

Deputy Clerk/Recorder: Caroline Edmiston / April Karper / Robin Carter

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Terry Marston | Patrick Duffy, Deft Imperial |
| Jami Elison | Michael Kreger, Deft Brechan<br>David Nest |
|  | Peter C. Partnow, Deft Coffman<br>James Niemer |

--------------------------------------------------**EXHIBITS**--------------------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 2. |  |  |  | C-1 |  |  |  |
|  |  |  |  | C-2 |  |  |  |
|  |  |  |  | C3 |  |  |  |
|  |  |  |  | C4 | X |  | Declaration-Moushu |
|  |  |  |  | C5 |  |  |  |
|  |  |  |  | C6 |  |  |  |
|  |  |  |  | C7 |  |  |  |
|  |  |  |  | C8 |  |  |  |
|  |  |  |  | C9 |  |  |  |
|  |  |  |  | C10 |  |  |  |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C11 | | | |
| | | | | C12 | | | |
| | | | | C13 | | | |
| | | | | C14 | | | |
| | | | | C15 | | | |
| | | | | C16 | | | |
| | | | | C17 | | | |
| | | | | C18 | | | |
| | | | | C19 | X | | Declaration-Olson |
| | | | | C20 | | | |
| | | | | C21 | | | |
| | | | | C22 | | | |
| | | | | C23 | | | |
| | | | | C24 | | | |
| | | | | C25 | | | |
| | | | | C26 | | | |
| | | | | C27 | X | 11/9 | See page 24 |
| | | | | C28 | X | 10/20 | Coffman oculus see pg 29 |
| | | | | C29 | X | 10/19 | Pg 85-86 only pg 130 per ship |
| | | | | C30 | | | |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C31 | | | |
| | | | | C32 | | | |
| | | | | C33 | | | |
| | | | | C34 | ✓ | | warrantl |
| | | | | C35 | | | |
| | | | | C36 | | | |
| | | | | C37 | X | ¹¹/6 | Video - also see page 30 |
| | | | | C38 | | | |
| | | | | C39 | | | |
| | | | | C40 | | | |
| | | | | C41 | | | |
| | | | | C42 | | | |
| | | | | C43 | | | |
| | | | | C44 | | | |
| | | | | C45 | | | |
| | | | | C46 | | | |
| | | | | C47 | | | |
| | | | | C48 | X | ¹⁰/13 | 11-26-02 coating Spec. |
| | | | | C49 | | | |
| | | | | C50 | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C51 | | | |
| | | | | C52 | | | |
| | | | | C53 | | | |
| | | | | C54 | | | |
| | | | | C55 | | | |
| | | | | C56 | | | |
| | | | | C57 | | | |
| | | | | C58 | | | |
| | | | | C59 | | | |
| | | | | C60 | | | |
| | | | | C61 | | | |
| | | | | C62 | X | 10/31 | Sept. Paint app. |
| | | | | C63 | | | |
| | | | | C64 | | | |
| | | | | C65 | | | |
| | | | | C66 | | | |
| | | | | C67 | | | |
| | | | | C68 | | | |
| | | | | C69 | | | |
| | | | | C70 | | | |

Case No: 3:03-CV-00199-RRB     Judge: RALPH R. BEISTLINE

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C 71 | | | |
| | | | | C 72 | | | |
| | | | | C 73 | | | |
| | | | | C 74 | | | |
| | | | | C 75 | X | 11/9 | Pricing Notes |
| | | | | C 76 | | | |
| | | | | C 77 | | | |
| | | | | C 78 | | | |
| | | | | C 79 | | | |
| | | | | C 80 | | | |
| | | | | C 81 | | | |
| | | | | C 82 | | | |
| | | | | C 83 | X | 11/6 | Conference Agenda |
| | | | | C 84 | X | 11/1 | Pre Job Conf. Agenda |
| | | | | C 85 | | | Memo |
| | | | | C 86 | | | |
| | | | | C 87 | | | |
| | | | | C 88 | | | |
| | | | | C 89 | | | |
| | | | | C 90 | | | |

**Case No: 3:03-CV-00199-RRB**          **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C91 | | | |
| | | | | C92 | | | |
| | | | | C93 | | | |
| | | | | C94 | | | |
| | | | | C95 | | | |
| | | | | C96 | | | |
| | | | | C97 | | | |
| | | | | C98 | | | |
| | | | | C99 | | | |
| | | | | C100 | | | |
| | | | | C101 | | | |
| | | | | C102 | | | |
| | | | | C103 | | | |
| | | | | C104 | | | |
| | | | | C105 | | | |
| | | | | C106 | | | |
| | | | | C107 | | | |
| | | | | C108 | | | |
| | | | | C109 | | | |
| | | | | C110 | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C 111 | | | |
| | | | | C 112 | | | |
| | | | | C 113 | | | |
| | | | | C 114 | | | |
| | | | | C 115 | | | |
| | | | | C 116 | | | |
| | | | | C 117 | | | |
| | | | | C 118 | | | |
| | | | | C 119 | | | |
| | | | | C 120 | | | |
| | | | | C 121 | | | |
| | | | | C 122 | | | |
| | | | | C 123 | | | |
| | | | | C 124 | | | |
| | | | | C 125 | | | |
| | | | | C 126 | | | |
| | | | | C 127 | | | |
| | | | | C 128 | | | |
| | | | | C 129 | | | |
| | | | | C 130 | | | |

**Case No: 3:03-CV-00199-RRB**      **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C131 | | | |
| | | | | C132 | | | |
| | | | | C133 | | | |
| | | | | C134 | | | |
| | | | | C135 | | | |
| | | | | C136 | | | |
| | | | | C137 | | | |
| | | | | C138 | | | |
| | | | | C139 | | | |
| | | | | C140 | | | |
| | | | | C141 | | | |
| | | | | C142 | | | |
| | | | | C143 | | | |
| | | | | C144 | | | |
| | | | | C145 | X | 11/1 | 9-men |
| | | | | C146 | | | |
| | | | | C147 | | | |
| | | | | C148 | | | |
| | | | | C149 | | | |
| | | | | C150 | | | |

**Case No: 3:03-CV-00199-RRB**      **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C151 | | | |
| | | | | C152 | | | |
| | | | | C153 | | | |
| | | | | C154 | | | |
| | | | | C155 | | | |
| | | | | C156 | | | |
| | | | | C157 | | | |
| | | | | C158 | | | |
| | | | | C159 | | | |
| | | | | C160 | | | |
| | | | | C161 | | | |
| | | | | C162 | | | |
| | | | | C163 | | | |
| | | | | C164 | X | 11/7 | letter |
| | | | | C165 | X | 11/7 | Blank Cards |
| | | | | C166 | X | | |
| | | | | C167 | X | 11/7 | . |
| | | | | C168 | X | 11/7 | letter / report |
| | | | | C169 | | | |
| | | | | C170 | | | |

**Case No: 3:03-CV-00199-RRB**          **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|-----------|----|----|------------------------|------|----|----|------------------------|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C171 | X | | letter |
| | | | | C172 | X | 11/7 | field notes |
| | | | | C173 | | | |
| | | | | C174 | X | | |
| | | | | C175 | | | |
| | | | | C176 | | | |
| | | | | C177 | | | |
| | | | | C178 | | | |
| | | | | C179 | | | |
| | | | | C180 | | | |
| | | | | C181 | | | |
| | | | | C182 | | | |
| | | | | C183 | | | |
| | | | | C184 | | | |
| | | | | C185 | | | |
| | | | | C186 | | | |
| | | | | C187 | | | |
| | | | | C188 | | | |
| | | | | C189 | | | |
| | | | | C190 | | | |

Case No: 3:03-CV-00199-RRB          Judge: RALPH R. BEISTLINE

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C191 | | | |
| | | | | C192 | | | |
| | | | | C193 | | | |
| | | | | C194 | | | |
| | | | | C195 | | | |
| | | | | C196 | | | |
| | | | | C197 | X | 11/6 | letter |
| | | | | C198 | | | |
| | | | | C199 | | | |
| | | | | C200 | | | |
| | | | | C201 | | | |
| | | | | C202 | | | |
| | | | | C203 | | | |
| | | | | C204 | | | |
| | | | | C205 | | | |
| | | | | C206 | | | |
| | | | | C207 | | | |
| | | | | C208 | | | |
| | | | | C209 | | | |
| | | | | C210 | | | |

**Case No: 3:03-CV-00199-RRB**          **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C211 | | | |
| | | | | C212 | | | |
| | | | | C213 | | | |
| | | | | C214 | | | |
| | | | | C215 | | | |
| | | | | C216 | | | |
| | | | | C217 | | | |
| | | | | C218 | | | |
| | | | | C219 | | | |
| | | | | C220 | | | |
| | | | | C221 | | | |
| | | | | C222 | | | |
| | | | | C223 | | | |
| | | | | C224 | | | |
| | | | | C225 | | | |
| | | | | C226 | | | |
| | | | | C227 | | | |
| | | | | C228 | | | |
| | | | | C229 | | | |
| | | | | C230 | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C-231 | | | |
| | | | | C232 | | | |
| | | | | C233 | | | |
| | | | | C234 | | | |
| | | | | C235 | | | |
| | | | | C236 | | | |
| | | | | C237 | | | |
| | | | | C238 | | | |
| | | | | C239 | | | |
| | | | | C240 | | | |
| | | | | C241 | | | |
| | | | | C242 | | | |
| | | | | C243 | | | |
| | | | | C244 | | | |
| | | | | C245 | | | |
| | | | | C246 | | | |
| | | | | C247 | | | |
| | | | | C248 | | | |
| | | | | C249 | | | |
| | | | | C250 | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C251 | | | |
| | | | | C252 | | | |
| | | | | C253 | | | |
| | | | | C254 | | | |
| | | | | C255 | | | |
| | | | | C256 | X | 10/10 | OLSon Depo |
| | | | | C257 | | | |
| | | | | C258 | | | |
| | | | | C259 | | | |
| | | | | C260 | | | |
| | | | | C261 | | | |
| | | | | C262 | | | |
| | | | | C263 | | | |
| | | | | C264 | | | |
| | | | | C265 | | | |
| | | | | C266 | | | |
| | | | | C267 | | | |
| | | | | C268 | | | |
| | | | | C269 | | | |
| | | | | C270 | | | |

**Case No: 3:03-CV-00199-RRB**      **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C271 | | | |
| | | | | C272 | | | |
| | | | | C273 | | | |
| | | | | C274 | | | |
| | | | | C275 | | | |
| | | | | C276 | X | 11/8 | PA 1 |
| | | | | C277 | | | |
| | | | | C278 | | | |
| | | | | C279 | | | |
| | | | | C280 | | | |
| | | | | C281 | | | |
| | | | | C282 | | | |
| | | | | C283 | | | |
| | | | | C284 | | | |
| | | | | C285 | | | |
| | | | | C286 | | | |
| | | | | C287 | X | 10/6 | Peterson Depo |
| | | | | C288 | | | |
| | | | | C289 | | | |
| | | | | C290 | | | |

**Case No: 3:03-CV-00199-RRB**        **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
|  |  |  |  | C291 |  |  |  |
|  |  |  |  | C292 |  |  |  |
|  |  |  |  | C293 |  |  |  |
|  |  |  |  | C294 | X | 10/3 | Peterson depo. Ex # 10 |
|  |  |  |  | C295 | X | 10/3 | Peterson Depo. Ex # 11 |
|  |  |  |  | C296 | X | 10/3 | Peterson Depo. Ex # 12 |
|  |  |  |  | C297 | X | 10/3 | Peterson Depo Ex # 13 |
|  |  |  |  | C298 | X | 10/3 | Peterson Depo Ex # 14 |
|  |  |  |  | C299 |  |  |  |
|  |  |  |  | C300 |  |  |  |
|  |  |  |  | C301 |  |  |  |
|  |  |  |  | C302 |  |  |  |
|  |  |  |  | C303 |  |  |  |
|  |  |  |  | C304 |  |  |  |
|  |  |  |  | C305 |  |  |  |
|  |  |  |  | C306 |  |  |  |
|  |  |  |  | C307 |  |  |  |
|  |  |  |  | C308 |  |  |  |
|  |  |  |  | C309 |  |  |  |
|  |  |  |  | C310 | X | 10/24 | Pruett Deposition |

**Case No: 3:03-CV-00199-RRB**      **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C311 | | | |
| | | | | C312 | | | |
| | | | | C313 | | | |
| | | | | C314 | | | |
| | | | | C315 | | | |
| | | | | C316 | | | |
| | | | | C317 | | | |
| | | | | C318 | | | |
| | | | | C319 | | | |
| | | | | C320 | | | |
| | | | | C321 | | | |
| | | | | C322 | | | |
| | | | | C323 | | | |
| | | | | C324 | | | |
| | | | | C325 | | | |
| | | | | C326 | | | |
| | | | | C327 | | | |
| | | | | C328 | X | | estimate summ. sheet. |
| | | | | C329 | | | |
| | | | | C330 | | | |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C331 | | | |
| | | | | C332 | | | |
| | | | | C333 | | | |
| | | | | C334 | X | — | See page 25 |
| | | | | C335 | | | |
| | | | | C336 | | | |
| | | | | C337 | | | |
| | | | | C338 | | | |
| | | | | C339 | | | |
| | | | | C340 | | | |
| | | | | C341 | | | |
| | | | | C342 | | | |
| | | | | C343 | | | |
| | | | | C344 | | | |
| | | | | C345 | | | |
| | | | | C346 | | | |
| | | | | C347 | | | |
| | | | | C348 | X | 10/31 | Priest Settle |
| | | | | C349 | | | |
| | | | | C350 | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C351 | | | |
| | | | | C352 | | | |
| | | | | C353 | | | |
| | | | | C354 | | | |
| | | | | C355 | | | |
| | | | | C356 | | | |
| | | | | C357 | | | |
| | | | | C358 | | | |
| | | | | C359 | | | |
| | | | | C360 | | | |
| | | | | C361 | | | |
| | | | | C362 | | | |
| | | | | C363 | | | |
| | | | | C364 | | | |
| | | | | C365 | | | |
| | | | | C366 | | | |
| | | | | C367 | | | |
| | | | | C368 | | | |
| | | | | C369 | | | |
| | | | | C370 | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C371 | | | |
| | | | | C372 | | | |
| | | | | C373 | | | |
| | | | | C374 | | | |
| | | | | C375 | | | |
| | | | | C376 | | | |
| | | | | C377 | | | |
| | | | | C378 | | | |
| | | | | C379 | | | |
| | | | | C380 | | | |
| | | | | C381 | | | |
| | | | | C382 | | | |
| | | | | C383 | | | |
| | | | | C384 | | | |
| | | | | C385 | | | |
| | | | | C386 | | | |
| | | | | C387 | | | |
| | | | | C388 | | | |
| | | | | C389 | | | |
| | | | | C390 | | | |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C391 | | | |
| | | | | C392 | | | |
| | | | | C393 | | | |
| | | | | C394 | | | |
| | | | | C395 | | | |
| | | | | C396 | | | |
| | | | | C397 | | | |
| | | | | C398 | | | |
| | | | | C399 | | | |
| | | | | C400 | | | |
| | | | | C401 | | | |
| | | | | C402 | X | | Vernon Depo |
| | | | | C403 | X | | Vernon Depo |
| | | | | C404 | X | 10/5 | Eyell Deposition |
| | | | | C405 | X | 10/5 | Eyell Deposition |
| | | | | C406 | X | 10/5 | Eyell Deposition |
| | | | | C407 | X | 10/5 | Eyell Depo |
| | | | | C408 | | | |
| | | | | C409 | | | |
| | | | | C410 | X | 10/5 | Eyell Depo |

**Case No: 3:03-CV-00199-RRB**      **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C411 | | | |
| | | | | C412 | | | |
| | | | | C413 | | | |
| | | | | C414 | | | |
| | | | | C415 | | | |
| | | | | C416 | | | |
| | | | | C417 | | | |
| | | | | C418 | | | |
| | | | | C419 | | | |
| | | | | C420 | | | |
| | | | | C421 | | | |
| | | | | C422 | | | |
| | | | | C423 | | | |
| | | | | C424 | | | |
| | | | | C425 | | | |
| | | | | C426 | | | |
| | | | | C427 | | | |
| | | | | C428 | | | |
| | | | | C429 | | | |
| | | | | C430 | X | | DEPOSITION Ralph Puett |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case No: 3:03-CV-00199-RRB** | | | | **Judge: RALPH R. BEISTLINE** | | | |
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C 431 | | | |
| | | | | C432 | | | |
| | | | | C 433 | | | |
| | | | | C434 | | | |
| | | | | C435 | | | |
| | | | | C436 | | | |
| | | | | C437 | | | |
| | | | | C438 | | | |
| | | | | C439 | | | |
| | | | | C440 | | | |
| | | | | C441 | | | |
| | | | | C442 | | | |
| | | | | C443 | | | |
| | | | | C444 | X | | Absolute Dispose see page 27 |
| | | | | C445 | | | |
| | | | | C446 | | | |
| | | | | C447 | | | |
| | | | | C448 | | | |
| | | | | C449 | | | |
| | | | | C450 | | | |

Case No: 3:03-CV-00199-RRB          Judge: RALPH R. BEISTLINE

| PLAINTIFF | | | | DEFENDANT | | | |
|-----------|----|----|------------------------|-------|----|----|------------------------|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C27-1 | X | 10/5 | Photo |
| | | | | C27-2 | X | 10/5 | Photo |
| | | | | C27-3 | X | 10/5 | Photo |
| | | | | C27-4 | X | 10/5 | photo |
| | | | | C27-5 | X | 10/5 | Photo |
| | | | | C27-6 | X | 10/5 | Photo |
| | | | | C27-7 | X | 10/5 | Photo |
| | | | | C27-a | X | 11/6 | Photo |
| | | | | C27-b | X | 11/6 | " " " |
| | | | | C27-c | X | 11/6 | " " " |
| | | | | C27-d | X | 11/6 | " " " |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Case No: 3:03-CV-00199-RRB**    **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | C-334 | 855 | X | 10/31 | |
| | | | | 856 | X | 10/31 | |
| | | | | 907 | Y | 10/31 | |
| | | | | 960 | X | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C-700 | X | 11/6 | letter |
| | | | | C-701 | X | 11/6 | Certified payroll time card |
| | | | | C-702 | X | 11/6 | Hardenburgn Certification |
| | | | | C-703 | X | 11/6 | " " |
| | | | | C-704 | X | 11/6 | website Search |
| | | | | | | | |
| | | | | C706 | ✓ | 11/9 | Affidavit |
| | | | | C707A | ✓ | 11/9 | pictures |
| | | | | C707B | ✓ | 11/9 | picture |
| | | | | C707C | ✓ | 11/9 | picture |
| | | | | C707d | ✓ | 11/9 | picture |
| | | | | C707e | ✓ | 11/9 | picture |
| | | | | C707f | ✓ | 11/9 | picture |
| | | | | C707G | ✓ | 11/9 | picture |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | page | | | C-44 |
| | | | | 10 | ✓ | 11/6 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Case No: 3:03-CV-00199-RRB**      **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | | | | C-29 |
| | | | | a | ✓ | 13"6 | photo |
| | | | | b | ∪ | 11/6 | ( ) |
| | | | | c | ✓ | 11/u | ( ( |
| | | | | d | ✓ | 11/6 | \ \ |
| | | | | e | ✓ | 11/4 | 1 1 |
| | | | | f | ✓ | 14/6 | ( / |
| | | | | g | ✓ | 1/16 | 1 / |
| | | | | h | ✓ | 11/6 | \ ( |
| | | | | i | ✓ | 11/6 | ( / |
| | | | | j | ✓ | 11/4 | ( / |
| | | | | K | ✓ | 14/4 | ( ( |
| | | | | l | ✓ | 11/6 | \ \ |
| | | | | m | ✓ | 11/4 | ∪ / |
| | | | | n | ✓ | 14/4 | \ \ |
| | | | | o | ✓ | 11/8 | ∪ \ |
| | | | | p | ✓ | 11/8 | \ \ |
| | | | | q | ✓ | 11/8 | \ \ |
| | | | | r | ✓ | 11/8 | \ \ |
| | | | | s | ✓ | 11/8 | \ \ |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | | | | C-28 |
| | | | | C28-a | X | 11/6 | Photo |
| | | | | C28-b | X | 11/6 | " " " |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | | | | C-37 |
| | | | | C-37 a | X | 11/6 | still shot |
| | | | | C-37-b | X | 11/6 | '' '' |
| | | | | C-37-c | X | 11/6 | '' '' |
| | | | | C-37-d | X | 11/6 | '' '' |
| | | | | C-37-e | X | 11/6 | '' '' |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |