Case No.   3:03-CV-RRB          Judge:   **RALPH R. BEISTLINE**

Title        ABSOLUTE ENVIRONMENTAL SERVICES INC.

vs.

FORREST J. MCKINLEY, ET AL.

Dates of Trial:        October 2, 2006  thru ~~October~~ November 20, 2006 ~~, 2006~~

Deputy Clerk/Recorder: Caroline Edmiston

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Terry Marston | Patrick Duffy, Deft Imperial |
| Jami Elison | Michael Kreger, Deft Brechan<br>David Nest |
|  | Peter C. Partnow, Deft Coffman<br>James Niemer |

----------------------------------------------------------**EXHIBITS**----------------------------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|  |  |  |  | I-1 | X |  | Subcontract 1-31-03 |
|  |  |  |  | I-2 | X | 10/3 | Letter T. Prett |
|  |  |  |  | I-3 |  |  |  |
|  |  |  |  | I-4 | X | 10/5 | Detailed drawing |
|  |  |  |  | I-5 | X | 10/20 | agreement |
|  |  |  |  | I-6 | X | 10/7 | Subcontract |
|  |  |  |  | I-7 | X | 10/6 | Chart |
|  |  |  |  | I-8 |  |  |  |
|  |  |  |  | I-9 | X | 10/26 | Personnel |
|  |  |  |  | I-10 |  |  |  |

**Case No: 3:03-CV-00199-RRB**  **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | I-11 | X | | |
| | | | | 12 | X | | |
| | | | | 13 | | | |
| | | | | 14 | | | |
| | | | | 15 | | | |
| | | | | 16 | X | 10/26 | |
| | | | | 17 | X | | |
| | | | | 18 | | | |
| | | | | 19 | | | |
| | | | | 20 | | | |
| | | | | 21 | | | |
| | | | | 22 | | | |
| | | | | 23 | X | 10/17 | email |
| | | | | 24 | X | 10/26 | letter |
| | | | | 25 | | | |
| | | | | 26 | | | |
| | | | | 27 | X | | E-Mail |
| | | | | 28 | | | |
| | | | | 29 | X | | email |
| | | | | 30 | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 31 | | | |
| | | | | 32 | X | 10/17 | Design request |
| | | | | 33 | | | |
| | | | | 34 | X | 10/26 | letter |
| | | | | 35 | | | |
| | | | | 36 | X | 10/26 | letter Puiett |
| | | | | 37 | X | | letter |
| | | | | 38 | X | | letter |
| | | | | 39 | X | 10/26 | Fax transmittal |
| | | | | 40 | | | |
| | | | | 41 | | | |
| | | | | 42 | X | 10/17 | email |
| | | | | 43 | X | | Certification Card |
| | | | | 44 | X | 10/26 | letter |
| | | | | 45 | X | | |
| | | | | 46 | | | |
| | | | | 47 | X | | |
| | | | | 48 | X | 10/26 | |
| | | | | 49 | X | 10/26 | |
| | | | | 50 | | | |

**Case No: 3:03-CV-00199-RRB**        **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 51 | X | 10/26 | letter |
| | | | | 52 | X | 10/26 | |
| | | | | 53 | | | |
| | | | | 54 | | | |
| | | | | 55 | X | 10/26 | letter |
| | | | | 56 | X | 11/1 | DCR #15 |
| | | | | 57 | X | 10/26 | |
| | | | | 58 | X | 10/26 | Photo |
| | | | | 59 | X | 10/16 | letter |
| | | | | 60 | X | 10/26 | letter |
| | | | | 61 | | | |
| | | | | 62 | | | |
| | | | | 63 | X | 10/20 | email |
| | | | | 64 | | | |
| | | | | 65 | X | 10/26 | letter |
| | | | | 66 | | | |
| | | | | 67 | X | | letter |
| | | | | 68 | X | 10/26 | letter |
| | | | | 69 | | | |
| | | | | 70 | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 71 | | | |
| | | | | 72 | | | |
| | | | | 73 | | | |
| | | | | 74 | | | |
| | | | | 75 | | | |
| | | | | 76 | | | |
| | | | | 77 | X | 10/26 | letter |
| | | | | 78 | X | | |
| | | | | 79 | X | 11/1 | e-mail |
| | | | | 80 | X | 10/24 | BCR |
| | | | | 81 | | | |
| | | | | 82 | | | |
| | | | | 83 | X | | letter |
| | | | | 84 | | | |
| | | | | 85 | X | 10/17 | email |
| | | | | 86 | X | | |
| | | | | 87 | | | |
| | | | | 88 | X | 10/6 | June 3, 2003 letter |
| | | | | 89 | | | |
| | | | | 90 | X | 11/1 | fax from Coatings Laboratory |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 91 | | | |
| | | | | 92 | | | |
| | | | | 93 | | | |
| | | | | 94 | | | |
| | | | | 95 | X | 4/30 | Letter |
| | | | | 96 | X | | letter |
| | | | | 97 | | | |
| | | | | 98 | X | 10/26 | letter |
| | | | | 99 | X | 10/26 | letter |
| | | | | 100 | X | | Memorandum |
| | | | | 101 | | | |
| | | | | 102 | | | |
| | | | | 103 | | | |
| | | | | 104 | | | |
| | | | | 105 | | | |
| | | | | 106 | | | |
| | | | | 107 | | | |
| | | | | 108 | | | |
| | | | | 109 | | | |
| | | | | 110 | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 111 | | | |
| | | | | 112 | | | |
| | | | | 113 | | | |
| | | | | 114 | X | 10/26 | letter |
| | | | | 115 | X | 10/26 | letter |
| | | | | 116 | X | 11/1 | e-mail |
| | | | | 117 | X | 11/1 | e-mail |
| | | | | 118 | X | 10/26 | letter |
| | | | | 119 | X | 10/26 | letter |
| | | | | 120 | X | 11/1 | letter |
| | | | | 121 | X | 10/26 | letter |
| | | | | 122 | | | |
| | | | | 123 | | | |
| | | | | 124 | X | 10/26 | letter |
| | | | | 125 | X | 10/26 | letter |
| | | | | 126 | X | 10/26 | letter |
| | | | | 127 | X | 11/1 | letter |
| | | | | 128 | | | |
| | | | | 129 | | | |
| | | | | 130 | X | | |

**Case No: 3:03-CV-00199-RRB**  **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|-----|-----|-----|-----|-----|-----|-----|-----|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 131 | X | | |
| | | | | 132 | | | |
| | | | | 133 | X | 10/6 | letter 6/23/03 |
| | | | | 134 | | | |
| | | | | 135 | | | |
| | | | | 136 | X | 10/26 | littl |
| | | | | 137 | | | |
| | | | | 138 | | | |
| | | | | 139 | | | |
| | | | | 140 | X | 10/6 | letter 6/23/03 Puett to Olson |
| | | | | 141 | X | 10/6 | |
| | | | | 142 | | | |
| | | | | 143 | X | 10/6 | letter McKinley |
| | | | | 144 | | | |
| | | | | 145 | | | |
| | | | | 146 | | | |
| | | | | 147 | X | 11/8 | transmittal |
| | | | | 148 | | | |
| | | | | 149 | X | | letter olson |
| | | | | 150 | | | |

**Case No: 3:03-CV-00199-RRB**  **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 151 | | | |
| | | | | 152 | X | 10/20 | letter |
| | | | | 153 | X | 11/8 | letter |
| | | | | 154 | ✓ | | letter TO TOM |
| | | | | 155 | | | |
| | | | | 156 | | | |
| | | | | 157 | X | 10/20 | letter |
| | | | | 158 | ✓ | 10/20 | LETTER TO TOM |
| | | | | 159 | ✓ | 10/6 | letter |
| | | | | 160 | ✓ | 10/20 | letter |
| | | | | 161 | X | 10/20 | letter |
| | | | | 162 | | | |
| | | | | 163 | | | |
| | | | | 164 | | | |
| | | | | 165 | | | |
| | | | | 166 | | | |
| | | | | 167 | | | |
| | | | | 168 | | | |
| | | | | 169 | | | |
| | | | | 170 | X | | letter |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 171 | X | 11/6 | e mail |
| | | | | 172 | X | 10/6 | letter |
| | | | | 173 | | | |
| | | | | 174 | | | |
| | | | | 175 | | | Memorandum |
| | | | | 176 | | | |
| | | | | 177 | | | |
| | | | | 178 | | | |
| | | | | 179 | | | |
| | | | | 180 | | | |
| | | | | 181 | | | |
| | | | | 182 | | | |
| | | | | 183 | | | |
| | | | | 184 | | | |
| | | | | 185 | X | 10/6 | letter |
| | | | | 186 | | | |
| | | | | 187 | | | |
| | | | | 188 | | | |
| | | | | 189 | | | |
| | | | | 190 | | | |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 191 | X | 10/20 | email |
| | | | | 192 | | | |
| | | | | 193 | | | |
| | | | | 194 | | | |
| | | | | 195 | | | |
| | | | | 196 | X | 11/6 | e-mail |
| | | | | 197 | | | |
| | | | | 198 | | | |
| | | | | 199 | | | |
| | | | | 200 | | | |
| | | | | 201 | X | 10/12 | Coffman record notes 7-15-03 |
| | | | | 202 | | | |
| | | | | 203 | | | |
| | | | | 204 | X | 10/12 | Coffman |
| | | | | 205 | | | |
| | | | | 206 | | | |
| | | | | 207 | | | |
| | | | | 208 | | | |
| | | | | 209 | | | |
| | | | | 210 | X | 11/9 | Email string -as app. redacted |

**Case No: 3:03-CV-00199-RRB**      **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 211 | | | |
| | | | | 212 | | | |
| | | | | 213 | | | |
| | | | | 214 | | | |
| | | | | 215 | | | |
| | | | | 216 | | | |
| | | | | 217 | | | |
| | | | | 218 | | | |
| | | | | 219 | | | |
| | | | | 220 | | | |
| | | | | 221 | | | |
| | | | | 222 | | | |
| | | | | 223 | | | |
| | | | | 224 | | | |
| | | | | 225 | | | |
| | | | | 226 | X | 10/26 | letter |
| | | | | 227 | | | |
| | | | | 228 | | | |
| | | | | 229 | | | |
| | | | | 230 | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 231 | | | |
| | | | | 232 | | | |
| | | | | 233 | | | |
| | | | | 234 | | | |
| | | | | 235 | | | |
| | | | | 236 | | | |
| | | | | 237 | | | |
| | | | | 238 | | | |
| | | | | 239 | | | |
| | | | | 240 | | | |
| | | | | 241 | | | |
| | | | | 242 | | | |
| | | | | 243 | | | |
| | | | | 244 | | | |
| | | | | 245 | | | |
| | | | | 246 | | | |
| | | | | 247 | | | |
| | | | | 248 | | | |
| | | | | 249 | X | 10/6 | decertification letter |
| | | | | 250 | X | 10/26 | letter |

Case No: 3:03-CV-00199-RRB          Judge: RALPH R. BEISTLINE

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 251 | X | 10/20 | letter |
| | | | | 252 | | | |
| | | | | 253 | | | |
| | | | | 254 | | | |
| | | | | 255 | | | |
| | | | | 256 | | | |
| | | | | 257 | | | |
| | | | | 258 | | | |
| | | | | 259 | | | |
| | | | | 260 | | | |
| | | | | 261 | | | |
| | | | | 262 | | | |
| | | | | 263 | | | |
| | | | | 264 | | | |
| | | | | 265 | | | |
| | | | | 266 | | | |
| | | | | 267 | X | | typed letter |
| | | | | 268 | | | |
| | | | | 269 | X | 10/20 | letter |
| | | | | 270 | X | | letter olson |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 271 | X | 10/20 | letter |
| | | | | 272 | X | 10/6 | letter |
| | | | | 273 | X | 10/6 | letter |
| | | | | 274 | X | 10/6 | letter |
| | | | | 275 | X | | letter |
| | | | | 276 | | | |
| | | | | 277 | | | |
| | | | | 278 | X | 10/6 | Letter |
| | | | | 279 | X | 10/6 | Letter |
| | | | | 280 | | | |
| | | | | 281 | | | |
| | | | | 282 | | | |
| | | | | 283 | | | |
| | | | | 284 | | | |
| | | | | 285 | | | |
| | | | | 286 | | | |
| | | | | 287 | | | |
| | | | | 288 | | | |
| | | | | 289 | | | |
| | | | | 290 | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 291 | | | |
| | | | | 292 | | | |
| | | | | 293 | X | 10/25 | 4-1-03 Daily Log |
| | | | | 294 | X | 10/25 | 4-2-03 Daily Log |
| | | | | 295 | X | 10/25 | 4-3-03 Daily Log |
| | | | | 296 | | | |
| | | | | 297 | | | |
| | | | | 298 | X | 10/25 | 4-6-03 Daily Log |
| | | | | 299 | X | 10/25 | 4-7-03 Daily Log |
| | | | | 300 | | | |
| | | | | 301 | | | |
| | | | | 302 | X | 10/25 | 4-10-03 Daily Log |
| | | | | 303 | | | |
| | | | | 304 | X | 10/25 | 4-12-03 Daily Log |
| | | | | 305 | | | |
| | | | | 306 | X | 10/25 | 4-14-03 Daily Log |
| | | | | 307 | | | |
| | | | | 308 | X | 10/25 | 4-16-03 Daily Log |
| | | | | 309 | | | |
| | | | | 310 | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 311 | X | 10/25 | 4-19-03 Daily Log |
| | | | | 312 | X | 10/25 | 4/20/03 Daily Log |
| | | | | 313 | | | |
| | | | | 314 | | | |
| | | | | 315 | X | 10/25 | |
| | | | | 316 | | | |
| | | | | 317 | | | |
| | | | | 318 | X | 10/25 | 4/27/03 Daily Log |
| | | | | 319 | X | 10/25 | 4/28/03 Daily Log |
| | | | | 320 | X | 10/25 | 4/29/03 Log |
| | | | | 321 | V | 10/25 | 4/30/03 Log |
| | | | | 322 | | | |
| | | | | 323 | | | |
| | | | | 324 | | | |
| | | | | 325 | | | |
| | | | | 326 | | | |
| | | | | 327 | | | |
| | | | | 328 | | | |
| | | | | 329 | | | |
| | | | | 330 | | | |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 331 | | | |
| | | | | 332 | | | |
| | | | | 333 | | | |
| | | | | 334 | | | |
| | | | | 335 | | | |
| | | | | 336 | X | 10/25 | |
| | | | | 337 | X | 11/1 | Daily Log |
| | | | | 338 | | | |
| | | | | 339 | | | |
| | | | | 340 | | | |
| | | | | 341 | | | |
| | | | | 342 | X | 10/25 | |
| | | | | 343 | X | 10/25 | |
| | | | | 344 | X | 10/25 | 5/23/03 Log |
| | | | | 345 | | | |
| | | | | 346 | | | |
| | | | | 347 | | | |
| | | | | 348 | | | |
| | | | | 349 | | | |
| | | | | 350 | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 351 | | | |
| | | | | 352 | | | |
| | | | | 353 | | | |
| | | | | 354 | | | |
| | | | | 355 | | | |
| | | | | 356 | | | |
| | | | | 357 | | | |
| | | | | 358 | | | |
| | | | | 359 | | | |
| | | | | 360 | | | |
| | | | | 361 | X | 10/25 | |
| | | | | 362 | | | |
| | | | | 363 | | | |
| | | | | 364 | | | |
| | | | | 365 | | | |
| | | | | 366 | | | |
| | | | | 367 | | | |
| | | | | 368 | | | |
| | | | | 369 | | | |
| | | | | 370 | | | |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 371 | X | 10/25 | |
| | | | | 372 | X | 10/25 | |
| | | | | 373 | | | |
| | | | | 374 | X | 10/25 | |
| | | | | 375 | | | |
| | | | | 376 | | | |
| | | | | 377 | X | 10/25 | |
| | | | | 378 | | | |
| | | | | 379 | | | |
| | | | | 380 | | | |
| | | | | 381 | | | |
| | | | | 382 | | | |
| | | | | 383 | X | 10/25 | |
| | | | | 384 | X | 10/25 | |
| | | | | 385 | | | |
| | | | | 386 | | | |
| | | | | 387 | | | |
| | | | | 388 | | | |
| | | | | 389 | | | |
| | | | | 390 | X | 10/25 | |

**Case No: 3:03-CV-00199-RRB**    **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 391 | X | 10/26 | |
| | | | | 392 | | | |
| | | | | 393 | | | |
| | | | | 394 | X | 10/25 | |
| | | | | 395 | X | 10/25 | |
| | | | | 396 | X | 10/25 | |
| | | | | 397 | X | 10/26 | |
| | | | | 398 | | | |
| | | | | 399 | | | |
| | | | | 400 | X | 10/25 | |
| | | | | 401 | | | |
| | | | | 402 | | | |
| | | | | 403 | X | 10/25 | |
| | | | | 404 | | | |
| | | | | 405 | X | 10/25 | |
| | | | | 406 | | | |
| | | | | 407 | | | |
| | | | | 408 | | | |
| | | | | 409 | | | |
| | | | | 410 | X | 10/25 | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 411 | X | 10/25 | |
| | | | | 412 | X | 10/25 | |
| | | | | 413 | X | 10/25 | |
| | | | | 414 | X | 10/25 | |
| | | | | 415 | X | 10/25 | |
| | | | | 416 | | | |
| | | | | 417 | | | |
| | | | | 418 | X | 10/12 | Coffman Engineers Coatings Quality ✓13 |
| | | | | 419 | X | 10/12 | DFT Raw Data Report |
| | | | | 420 | X | 10/27 | |
| | | | | 421 | | | |
| | | | | 422 | X | 10/20 | Daily Summary Report |
| | | | | 423 | X | 11/1 | Daily Summ Report |
| | | | | 424 | | | |
| | | | | 425 | X | 10/12 | Summary Report |
| | | | | 426 | | | |
| | | | | 427 | | | |
| | | | | 428 | | | |
| | | | | 429 | | | |
| | | | | 430 | | | |

**Case No: 3:03-CV-00199-RRB**      **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 431 | | | |
| | | | | 432 | | | |
| | | | | 433 | X | 11/8 | Standard Test Method |
| | | | | 434 | X | 10/12 | Specialty Polymer Coating Inc, spray Grade |
| | | | | 435 | X | 10/12 | SPC Paint Application Standard No. 2 |
| | | | | 436 | | | |
| | | | | 437 | | | |
| | | | | 438 | | | |
| | | | | 439 | | | |
| | | | | 440 | | | |
| | | | | 441 | | | |
| | | | | 442 | | | |
| | | | | 443 | | | |
| | | | | 444 | | | |
| | | | | 445 | | | |
| | | | | 446 | | | |
| | | | | 447 | | | |
| | | | | 448 | | | |
| | | | | 449 | | | |
| | | | | 450 | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 451 | | | |
| | | | | 452 | X | 10/20 | Invoice |
| | | | | 453 | | | |
| | | | | 454 | | | |
| | | | | 455 | | | |
| | | | | 456 | X | | IIC's Summary of Claims |
| | | | | 457 | | | |
| | | | | 458 | | | |
| | | | | 459 | | | |
| | | | | 460 | | | |
| | | | | 461 | ✓ | 10/12 | Letter From M. Schilling |
| | | | | 462 | X | 10/12 | Expert Report |
| | | | | 463 | X | | |
| | | | | 464 | X | 10/12 | Photos |
| | | | | 465 | X | 10/12 | Expert Report Mark Schilling |
| | | | | 466 | | | |
| | | | | 467 | | | |
| | | | | 468 | | | |
| | | | | 469 | | | |
| | | | | 470 | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 471 | | | |
| | | | | 472 | | | |
| | | | | 473 | | | |
| | | | | 474 | | | |
| | | | | 475 | | | |
| | | | | 476 | | | |
| | | | | 477 | | | |
| | | | | 478 | | | |
| | | | | 479 | | | |
| | | | | 480 | | | |
| | | | | 481 | | | |
| | | | | 482 | | | |
| | | | | 483 | | | |
| | | | | 484 | | | |
| | | | | 485 | | | |
| | | | | 486 | | | |
| | | | | 487 | | | |
| | | | | 488 | X | 10/06 | Photo |
| | | | | 487 | | | |
| | | | | 490 | | | |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 491 | | | |
| | | | | 492 | | | |
| | | | | 493 | | | |
| | | | | 494 | | | |
| | | | | 495 | | | |
| | | | | 496 | | | |
| | | | | 497 | | | |
| | | | | 498 | X | 10/26 | Photo |
| | | | | 499 | X | 10/26 | |
| | | | | 500 | | | |
| | | | | 501 | | | |
| | | | | 502 | | | |
| | | | | 503 | X | 10/26 | Photo |
| | | | | 504 | | | |
| | | | | 505 | | | |
| | | | | 506 | | | |
| | | | | 507 | | | |
| | | | | 508 | | | |
| | | | | 509 | | | |
| | | | | 510 | | | |

| Case No: 3:03-CV-00199-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 511 | | | |
| | | | | 512 | | | |
| | | | | 513 | | | |
| | | | | 514 | | | |
| | | | | 515 | X | 10/25 | Photo |
| | | | | 516 | X | 10/25 | Photo |
| | | | | 517 | | | |
| | | | | 518 | X | 10/26 | Photo |
| | | | | 519 | X | 10/26 | Photo |
| | | | | 520 | X | 10/26 | Photo |
| | | | | 521 | X | 10/26 | Photo |
| | | | | 522 | X | 10/26 | Photo |
| | | | | 523 | X | 10/26 | Photo |
| | | | | 524 | | | |
| | | | | 525 | | | |
| | | | | 526 | | | |
| | | | | 527 | | | |
| | | | | 528 | X | 10/26 | Photo |
| | | | | 529 | X | 10/26 | Photo |
| | | | | 530 | X | 10/26 | Photo |

**Case No: 3:03-CV-00199-RRB**      **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 531 | X | 10/26 | Photo |
| | | | | 532 | | | |
| | | | | 533 | | | |
| | | | | 534 | | | |
| | | | | 535 | | | |
| | | | | 536 | X | 10/26 | Photo |
| | | | | 537 | | | |
| | | | | 538 | | | |
| | | | | 539 | | | |
| | | | | 540 | | | |
| | | | | 541 | | | |
| | | | | 542 | | | |
| | | | | 543 | | | |
| | | | | 544 | | | |
| | | | | 545 | | | |
| | | | | 546 | | | |
| | | | | 547 | X | 10/26 | Photo |
| | | | | 548 | | | |
| | | | | 549 | | | |
| | | | | 550 | | | |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 551 | | | |
| | | | | 552 | | | |
| | | | | 553 | | | |
| | | | | 554 | | | |
| | | | | 555 | | | |
| | | | | 556 | | | |
| | | | | 557 | | | |
| | | | | 558 | | | |
| | | | | 559 | | | |
| | | | | 560 | | | |
| | | | | 561 | | | |
| | | | | 562 | | | |
| | | | | 563 | | | |
| | | | | 564 | X | 11/8 | Photo |
| | | | | 565 | | | |
| | | | | 566 | | | |
| | | | | 567 | | | |
| | | | | 568 | | | |
| | | | | 569 | X | 10/26 | Photo |
| | | | | 570 | | | |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 571 | | | |
| | | | | 572 | | | |
| | | | | 573 | | | |
| | | | | 574 | | | |
| | | | | 575 | | | |
| | | | | 576 | | | |
| | | | | 577 | | | |
| | | | | 578 | | | |
| | | | | 579 | | | |
| | | | | 580 | | | |
| | | | | 581 | X | | David Olson Deposition |
| | | | | 582 | | | |
| | | | | 583 | | | |
| | | | | 584 | | | |
| | | | | 585 | | | |
| | | | | 586 | | | |
| | | | | 587 | | | |
| | | | | 588 | | | |
| | | | | 589 | | | |
| | | | | 590 | | | |

**Case No: 3:03-CV-00199-RRB**     **Judge: RALPH R. BEISTLINE**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | 591 | | | |
| | | | | 592 | | | |
| | | | | 593 | | | |
| | | | | 594 | | | |
| | | | | 595 | | | |
| | | | | 596 | | | |
| | | | | 597 | | | |
| | | | | 598 | ↢ | 10/2 | written correspondence wit. Puett. |
| | | | | 599 | X | 10/12 | Photos |
| | | | | 600 | X | 10/16 | Invoice spreadsheet |
| | | | | 601 | X | 10/12 | Photo |
| | | | | 602 | X | 10/12 | Photo |
| | | | | 603 | X | 10/12 | Photo |
| | | | | 604 | X | 11/7 | mod documents |
| | | | | 605 | X | 11/7 | memo |
| | | | | 606 | X | 11/7 | certification |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |