Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>  Plaintiff,<br>v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>  Defendants. | Case No. 3:03-cv-0199-RRB |

**REQUEST FOR CLARIFICATION**

Brechan Enterprises, Inc. requests clarification of the Court's order at Docket 510 regarding submission of a proposed judgment for the Court's review and the timing for any response by defendants. Brechan requests a clarification of the order to indicate any response date for defendants to comment on or object to the proposed judgment. Defendants' proposed comments or objections shall be filed no later than seven days following service of the proposed judgment.

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB         - 1 -          [38599-0012/12573735_1.DOC]
38599-0012/LEGAL12573735.1

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Counsel for Coffman Engineers, Inc. has advised me that they join in this request.

DATED: December 6, 2006.

**PERKINS COIE** LLP
Attorneys for Defendant
Brechan Enterprises, Inc.

By   /s/ Michael E. Kreger
   Michael E. Kreger
   Alaska Bar No. 8311170
   Perkins Coie LLP
   1029 W. Third Avenue, Suite 300
   Anchorage, Alaska  99501
   (907) 279-8561
   (907) 276-3108 (Facsimile)
   Email:  mkreger@perkinscoie.com

I hereby certify that on December 6, 2006, the foregoing has been served by electronic mail on Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

  /s/ Michael E. Kreger
     Michael E. Kreger

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB                - 2 -                [38599-0012/12573735_1.DOC]
38599-0012/LEGAL12573735.1