Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings"; EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; Brechan ENTERPRISES, INC., an Alaska corporation; SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation; and COFFMAN ENGINEERS, INC., a Washington corporation,<br><br>    Defendants. | Case No. 3:03-cv-0199-RRB<br><br>**PROPOSED ORDER CLARIFYING RESPONSES TO PROPOSED JUDGMENT** |

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Absolute Environmental Services v. McKinley, et al.
Case No. 3:03-cv-0199-RRB                    - 2 -                    [38599-0012/12574664_1.TMP]
38599-0012/LEGAL12574664.1

IT IS HEREBY ORDERED that defendants shall have seven days from the date of service of plaintiff's proposed judgment within which to comment on or submit objections to the proposed judgment.

DATED:_____.

                                        Ralph R. Beistline
                                        District Court Judge

I hereby certify that on December 6, 2006, the foregoing has been served by electronic mail on Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

  /s/ Michael E. Kreger
      Michael E. Kreger

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Absolute Environmental Services v. McKinley, et al.
Case No. 3:03-cv-0199-RRB      - 3 -      [38599-0012/12574664_1.TMP]
38599-0012/LEGAL12574664.1