**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>ABSOLUTE ENVIRONMENTAL SERVICES,INC.</u>   v.   <u>FOREST McKINLEY, et al</u>

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                          CASE NO.  <u>3:03-cv-00199-RRB</u>

<u>CAROLYN BOLLMAN</u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: December 8, 2006</u>

      The parties may file objections to plaintiff's proposed judgment no later than seven (7) days following service of the proposed judgment.

[303-cv-190-RRB MO re no status report.wpd]{IID3.WPD*Rev.12/96}