Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>       Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>       Defendants. | Case No. 3:03-cv-00199-RRB |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br> Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br> Cross-Defendants/Third-Party Defendants. | **STIPULATION TO<br>EXTEND DATE FOR FILING<br><u>PROPOSED JUDGMENT</u>** |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

|  |
|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, <br><br>                                Plaintiff, <br><br>v. <br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, <br><br>                                Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>                                Counterclaim Plaintiff, <br><br>v. <br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, <br><br>                                Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, <br><br>                                Third-Party Plaintiff, <br><br>v. <br><br>COFFMAN ENGINEERS, INC., a Washington corporation, <br><br>                                Third-Party Defendant. |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

      COME NOW plaintiff Absolute Environmental Services, Inc. and third party defendant Coffman Engineers, Inc., by and through their counsel of record, and request that the date by which plaintiff Absolute Environmental Services, Inc. file and serve a proposed judgment in the captioned matter be extended from December 15, 2006 until December 19, 2006. The purpose of this request is to permit additional time to pursue possible settlement opportunities.

<div style="writing-mode: vertical"><b>LANE POWELL LLC</b>
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631</div>

|  |  |
|---|---|
|  | MARSTON ELISON, PLLC<br>Attorneys for Absolute Environmental Services, Inc. |
| Dated:  December 15, 2006 | By  s/ Jami K. Elison (with consent)<br>Jami K. Elison, *pro hac vice*<br>16880 N.E. 79th Street<br>Redmond, Washington 98052<br>Tel:  425-861-5700<br>Fax:  425-861-6969<br>Email:  richr@mhf-law.com |
|  | LANE POWELL LLC<br>Attorneys for Coffman Engineers, Inc. |
| Dated:  December 15, 2006 | By  s/ Peter C. Partnow<br>James B. Stoetzer, ASBA No. 7911130<br>Peter C. Partnow, ASBA No. 7206029<br>301 W. Northern Lights Blvd., Suite 301<br>Anchorage, Alaska 99503-2648<br>Tel:  907-277-9511<br>Fax:  907-276-2631<br>Email:  PartnowP@LanePowell.com |

I certify that on December 15, 2006, a copy of the foregoing was served by ECF on:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:    Paul J. Nangle, Paul J. Nangle & Associates
                             101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow
011680.0076/157682.1