Terry R. Marston, *pro hac vice,* terry@mhf-law.com
Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings,<br><br>Defendant. | Case No.: A03-0199CV (RRB)<br><br>**JUDGMENT**<br><br>**[PROPOSED]** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | |

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA for the ) and benefit of ABSOLUTE ENVIRONMENTA ) |
| 2 | SERVICES, INC., an Alaska Corporation, ) |
| 3 | Plaintiff, ) |
| 4 | vs. ) |
| 5 | SAFECO INSURANCE COMPANY OF ) AMERICA, a Washington Corporation. ) |
| 6 | ) |
| 7 | Defendants. ) |

BRECHAN ENTERPRISES, INC., an Alaska )
corporation,                            )
                                        )
            Counterclaim Plaintiff,     )
    vs.                                 )
                                        )
ABSOLUTE ENVIRONMENTAL SERVICES )
INC., an Alaska Corporation,            )
                                        )
            Counterclaim Defendant      )

BRECHAN ENTERPRISES, INC., an Alaska )
corporation,                            )
                                        )
            Third-Party Plaintiff,      )
    vs.                                 )
                                        )
COFFMAN ENGINEERS, INC, a Washington )
Corporation.                            )
                                        )
            Third-Party Defendant.      )

ABSOLUTE ENVIRONMENTAL              )
SERVICES, INC., an Alaska Corporation, )
                                        )
            Plaintiff/Cross-claimant,   )
    vs.                                 )
                                        )
COFFMAN ENGINEERS, INC, a Washington )
Corporation.                            )
                                        )
            Third-Party Defendant.      )

[PROPOSED] JUDGMENT
Case No. A03-0199CV (RRB)-- 2

This action came on for trial before the Court and a jury, Honorable Ralph R. Beistline, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, as well as the Court having entered Orders on stipulations made by the parties, and having otherwise made dispositive rulings in this matter,

## JUDGMENT SUMMARY

1. The claim(s) of Absolute Environmental Services, Inc. against Forrest J. McKinley for liability as an agent of an undisclosed principal (Count IV of Absolute's Amended Complaint) are BIFURCATED for later resolution by this Court by Stipulation and Order entered September 29, 2006.

2. The claim(s) of Absolute Environmental Services, Inc. against Forrest J. McKinley and Emerco, Inc. for liability under a theory of corporate disregard or "piercing the corporate veil" (Count III of Absolute's Amended Complaint) are BIFURCATED for later resolution by this Court by Stipulation and Order entered September 29, 2006.

3. The claim(s) of Absolute Environmental Services, Inc. against Brechan Enterprises, Inc. for the tort of non-disclosure are DISMISSED by Order of this Court entered November 13, 2006.

4. The claim(s) of Absolute Environmental Services, Inc. against Brechan Enterprises, Inc. for negligence are DISMISSED by Order of this Court entered September 15, 2006.

5. The claim(s) of Absolute Environmental Services, Inc. against Brechan Enterprises, Inc. for business devastation are DISMISSED by Orders of this Court entered September 15, 2006 and September 28, 2006.

6. The claim(s) of Absolute Environmental Services, Inc. against Brechan Enterprises, Inc. for punitive damages are DISMISSED by Orders of this Court entered September 28, 2006 and November 13, 2006.

7. The claim(s) of Absolute Environmental Services, Inc. against Coffman Engineers, Inc. for business devastation are DISMISSED by Orders of this Court entered September 15, 2006 and September 28, 2006.

8. The claim(s) of Absolute Environmental Services, Inc. against Coffman Engineers, Inc. for punitive damages are DISMISSED by Orders of this Court entered September 28, 2006 and November 13, 2006.

9. The claim(s) of Emerco, Inc. against Specialty Polymer Coatings USA, Ltd. for conspiracy are DISMISSED by Stipulation and Order of this Court entered September 27, 2006.

10. The claim(s) of Brechan Enterprises, Inc. against Absolute Environmental Services, Inc. for indemnity for the cost of Brechan's defense of claims brought by Emerco, Inc. were DISMISSED by Order of this Court entered November 21, 2006.

11. The claim(s) of Brechan Enterprises, Inc. against Coffman Engineers, Inc. for indemnity from the claims of Absolute and associated defense costs are DISMISSED by Stipulation and Order of this Court entered October 6, 2006; and

12. The claim(s) of Coffman Engineers, Inc. against Brechan Enterprises, Inc. for indemnity from the claims of Absolute and associated defense costs are DISMISSED by Stipulation and Order of this Court entered October 6, 2006.

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that the Court incorporates the above Orders into this Final Judgment and further enters FINAL JUDGMENT on the verdict of the jury rendered on November 20, 2006, as follows:

13. The claim(s) of Absolute Environmental Services, Inc. against Emerco, Inc. for breach of contract are hereby GRANTED.

14. The claim(s) of Absolute Environmental Services, Inc. against Brechan Enterprises, Inc. for breach of contract, including without limitation breach of the warranty of plans and specifications, are hereby GRANTED.

15. The claim(s) of Absolute Environmental Services, Inc. against Brechan Enterprises, Inc. for implied contract/quantum meruit are hereby GRANTED.

16. The claim(s) of Absolute Environmental Services, Inc. against Brechan Enterprises, Inc. for fraud/intentional misrepresentation are hereby GRANTED.

17. The claim(s) of Absolute Environmental Services, Inc. against Safeco Insurance Company for breach of contract are hereby GRANTED.

18. The claim(s) of Absolute Environmental Services, Inc. against Coffman Engineers, Inc. for negligence are hereby GRANTED.

19. The claim(s) of Absolute Environmental Services, Inc. against Coffman Engineers, Inc. for fraud/intentional misrepresentation are hereby GRANTED.

20. The claim(s) of Emerco, Inc. against Absolute Environmental Services, Inc. for breach of contract are hereby DISMISSED with prejudice.

21. The claim(s) of Emerco, Inc. against Absolute Environmental Services, Inc. for conversion/goods sold & delivered/implied contract are hereby DISMISSED with prejudice.

22. Any claim or cause of action asserted by any party to this action, other than those claims or causes of action otherwise addressed here, are hereby DISMISSED with prejudice.

23. Plaintiff Absolute Environmental Services, Inc. is awarded damages against EMERCO, INC. in the principal sum of TWO HUNDRED FIVE THOUSAND SIXTY-EIGHT AND 70/100 DOLLARS ($205,068.70) with interest thereon from and after August 3, 2003 (the date of defendant's breach).

24. Plaintiff Absolute Environmental Services, Inc. is awarded damages against COFFMAN ENGINEERS, INC. in the principal sum of FIVE HUNDRED THOUSAND AND NO/100 DOLLARS ($500,000) with interest thereon from and after the date of November 14, 2005 (the date suit was commenced against Coffman).

25. Plaintiff Absolute Environmental Services, Inc. is awarded damages against BRECHAN ENTERPRISES, INC. in the principal sum of ONE MILLION ONE HUNDRED THIRTY NINE THOUSAND TWO HUNDRED SIXTY-EIGHT AND 50/100 DOLLARS ($1,139,268.50) with interest thereon from and after the date of January 1, 2003 (the date of defendant's breach).

26. Plaintiff Absolute Environmental Services, Inc. is awarded damages against SAFECO INSURANCE COMPANY in the principal sum of ONE MILLION ONE HUNDRED THIRTY NINE THOUSAND TWO HUNDRED SIXTY-EIGHT AND 50/100 DOLLARS ($1,139,268.50) with interest thereon from and after the date of June 23, 2005 (the date of defendant's breach).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the amount of the principal damage award against Brechan reflects the sum of the segregated damages assessed by the jury against Brechan and the percentage of the non-segregated damage pool the jury allocated to Brechan plus the percentage of the non-segregated damage pool the jury allocated to Brechan for negligent design. Under the implied warranty of plans and specifications, Brechan is as a

matter of law liable for losses to Absolute caused by Coffman's defective plans and specifications as well as for losses it is independently responsible for. For this reason, Brechan is entitled to a credit against the amount of the judgment against it for any payments of principal and/or interest (but not for fees or costs) paid by Coffman to Absolute. Brechan is also entitled to a credit against the amount of the judgment against it for any payments of principal and/or interest (but not for fees or costs) paid by Safeco to Absolute. As a surety, the amount of the damage award against Safeco is equal to the amount of the damages awarded against Brechan, its bond principal. Safeco is entitled to a credit against the amount of the judgment against it for any payments of principal and/or interest (but not for fees or costs) paid by Brechan or Coffman to Absolute. In no event is Absolute entitled to recover damages in excess of $1,344,337.20 ($1.25 million + $10,000 + $35,518.50 + $48,818.70) plus interest and fees and costs:

//

//

//

//

//

//

//

//

//

//

//

//

//

# JUDGMENT SUMMARY

## Part (A): EMERCO, INC.

1. **Judgment Creditor:**                 Absolute Environmental Services, Inc.

2. **Judgment Debtor:**                  EMERCO, INC.

3. **Attorneys for Judgment Creditor:**
   Terry R. Marston II
   Jami K. Elison
   MARSTON ELISON, PLLC
   16880 NE 79th St.
   Redmond, WA 98052-4424

4. **Principal Judgment Amount:**                  $    205,068.70

5. **Prejudgment Interest:**                       $    57,197.31
   (through _____)

6. **Costs**
   Filing Fee                                                $
   Service Fee                                            $
   Reasonable Attorney Fees                     $    185,548.38

7. **Total Judgment Amount:**                    $

8. **Other Recovery Amount:** (Costs and reasonable attorney fees   $
   incurred in collecting the above amounts.)

9. Total Judgment Amount shall bear interest at the rate of 8.25% per   $
   annum from the date of entry.

## Part (B): COFFMAN ENGINEERS, INC.

10. **Judgment Creditor:**           Absolute Environmental Services, Inc.

11. **Judgment Debtor:**             Coffman Engineers, Inc.

12. **Attorneys for Judgment Creditor:**
    Terry R. Marston II
    Jami K. Elison
    MARSTON ELISON, PLLC
    16880 NE 79th St.
    Redmond, WA  98052-4424

13. **Principal Judgment Amount:**                                    $   500,000.00

14. **Prejudgment Interest:**                                         $    45,318.49
    (through _____)

15. **Costs**
    Filing Fee                                                        $
    Service Fee                                                       $
    Reasonable Attorney Fees                                          $   593,754.80

16. **Total Judgment Amount:**                                        $

17. **Other Recovery Amount:** (Costs and reasonable attorney fees    $
    incurred in collecting the above amounts.)

18. Total Judgment Amount shall bear interest at the rate of 8.25% per $
    annum from the date of entry.

## Part (C): BRECHAN ENTERPRISES, INC.

19. **Judgment Creditor:**         Absolute Environmental Services, Inc.

20. **Judgment Debtor:**          Brechan Enterprises, Inc.

21. **Attorneys for Judgment Creditor:**
    Terry R. Marston II
    Jami K. Elison
    MARSTON ELISON, PLLC
    16880 NE 79th St.
    Redmond, WA  98052-4424

22. **Principal Judgment Amount:**                                  $    1,139,268.50

23. **Prejudgment Interest:**                                       $      287,119.07
    (through _____)

24. **Costs**
    Filing Fee                                                      $
    Service Fee                                                     $
    Reasonable Attorney Fees                                        $      705,083.83
25. **Total Judgment Amount:**                                      $

26. **Other Recovery Amount:** (Costs and reasonable attorney fees  $
    incurred in collecting the above amounts.)

27. Total Judgment Amount shall bear interest at the rate of 8.25% per  $
    annum from the date of entry.

## Part (D): SAFECO INSURANCE COMPANY

28. **Judgment Creditor:**  Absolute Environmental Services, Inc.

29. **Judgment Debtor:**  Safeco Insurance Company of America, Inc.

30. **Attorneys for Judgment Creditor:**
    Terry R. Marston II
    Jami K. Elison
    MARSTON ELISON, PLLC
    16880 NE 79th St.
    Redmond, WA  98052-4424

31. **Principal Judgment Amount:**  $ 1,139,268.50

32. **Prejudgment Interest:**  $ 140,341.71
    (through _____)

33. **Costs**
    Filing Fee                          $
    Service Fee                         $
    Reasonable Attorney Fees            $ 705,083.83

34. **Total Judgment Amount:**  $

35. **Other Recovery Amount:** (Costs and reasonable attorney fees  $
    incurred in collecting the above amounts.)

36. Total Judgment Amount shall bear interest at the rate of 8.25% per  $
    annum from the date of entry.


DATED this _____ day of _____, 2006.

                                        _____
                                        The Honorable Ralph R. Beistline
                                        United States District Court Judge

*PRESENTED BY:*

**MARSTON ELISON, PLLC**

By <u>s/Terry R. Marston</u>
    Terry R. Marston II, WSBA No. 14440
    Jami K. Elison, WSBA No. 31007
Attorneys for Plaintiff Absolute Environmental Service, Inc.

> I hereby certify that on the date given a copy of the forgoing was electronically filed with the Clerk of Court using the CM/ECF system and was served electronically on the following:
>
> William R. Baerg, Patrick J. Duffy
> Eric J. Brown
> Robert J. Dickson
> Michael E Kreger, Jacob Nist
> James B. Stoetzer, Peter C. Partnow
>
> <u>s/Terry R. Marston</u>           .