```
             UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF ALASKA


              ABSOLUTE   v.   MCKINLEY

DATE:   December 20, 2006    CASE NO.   3:03-CV-0199-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               RE SETTLEMENT CONFERENCE
```

While the Court believes that settlement is the wisest course of action in this matter, for all parties, the Court is reluctant to order a settlement conference without Plaintiff's concurrence. There must be some indication that most, if not all, of the parties would take part in such a conference in good faith. Moreover, the Court is not convinced that having another judge conduct the settlement conference would be the most efficient or practical way of proceeding, even given Coffman's concerns. Nevertheless, the Court will attempt to find another judge if all, or most, of the parties so request.

M.O. RE SETTLEMENT CONFERENCE