Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>　　　Plaintiff,<br>v.<br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings"; EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br>　　　Defendants. | Case No. 3:03-cv-0199-rrb<br><br>BRECHAN ENTERPRISES, INC.'S AND SAFECO INSURANCE COMPANY'S JOINDER IN COFFMAN ENGINEER'S NOTICE OF INTENT TO FILE OPPOSITION TO ABSOLUTE'S PROPOSED JUDGMENT<br>　　(Docket 520) |

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

BRECHAN'S AND SAFECO'S JOINDER IN COFFMAN ENGINEER'S NOTICE OF INTENT TO FILE OPPOSITION TO ABSOLUTE'S PROPOSED JUDGMENT (DOCKET 520)
3:03-cv-0199-rrb                                        - 1 -[38599-0012/joinder in coffman's intent file opposition to absolute proposed judgme
38599-0012/LEGAL12932375.1

| |
|---|
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the use and benefit of EMERCO, INC.,<br>  Counterclaimant/Third-Party Claimant,<br>v.<br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br>  Cross-defendants/Third-party Defendants. |
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>        Plaintiff,<br>v.<br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br>        Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br>        Counterclaim Plaintiff,<br>v.<br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>        Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br>        Third-Party Plaintiff,<br>v.<br>COFFMAN ENGINEERS, INC., a Washington corporation,<br>        Third-Party Defendant. |

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

BRECHAN'S AND SAFECO'S JOINDER IN COFFMAN ENGINEER'S NOTICE OF INTENT TO FILE OPPOSITION TO ABSOLUTE'S PROPOSED JUDGMENT (DOCKET 520)
3:03-cv-0199-rrb                                                            - 2 -[38599-0012/joinder in coffman's intent file opposition to absolute proposed judgme
38599-0012/LEGAL12932375.1

| |
|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br>    Plaintiff/Cross-claimant,<br>v.<br>COFFMAN ENGINEERS, INC., a Washington corporation,<br>    Defendant/Cross-claim Respondent. |

Brechan Enterprises, Inc. and Safeco Insurance Company of America join in Coffman Engineers' notice of intent to respond to the proposed form of judgment and the calculation of the date for the response.

DATED at Anchorage, Alaska, this 27th day of December, 2006.

By   /s/ Michael E. Kreger
Michael E. Kreger
Alaska Bar No. 8311170
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
Email:  mkreger@perkinscoie.com

I hereby certify that on December 27, 2006, the foregoing has been served by electronic mail on Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

  /s/ Michael E. Kreger
     Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

BRECHAN'S AND SAFECO'S JOINDER IN COFFMAN ENGINEER'S NOTICE OF INTENT TO FILE OPPOSITION TO ABSOLUTE'S PROPOSED JUDGMENT (DOCKET 520)
3:03-cv-0199-rrb                                           - 3 -[38599-0012/joinder in coffman's intent file opposition to absolute proposed judgme
38599-0012/LEGAL12932375.1