ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930 (baerg@mmlawyers.com)

Attorneys for Defendant Forrest J. McKinley and
Defendant and Counter-Claimant EMERCO, INC.,
dba Imperial Industrial Coatings

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>       Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>       Defendants.<br><br>EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,<br><br>       Counter-Claimant/Third Party Claimant,<br><br>v. | CASE NO. A-03-0199<br>Civil (RRB)<br><br>**DEFENDANT FORREST J. McKINLEY AND DEFENDANT AND CROSS-CLAIMANT EMERCO, INC., DBA IMPERIAL INDUSTRIAL COATINGS' JOINDER IN COFFMAN ENGINEERS' NOTICE OF INTENT TO FILE OPPOSITION TO PLAINTIFF ABSOLUTE ENVIRONMENTAL SERVICES, INC.'S PROPOSED JUDGMENT [DOCKET 520]** |

| | |
|---|---|
| 1 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al., )
| 2 | )
| | Cross-Defendants/Third Party Defendants. )
| 3 | )
| 4 | )
| 5 | THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., and Alaska corporation, )
| 6 | )
| 7 | Plaintiff, )
| 8 | v. )
| 9 | SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, )
| 10 | )
| | Defendant. )
| 11 | )
| 12 | )
| 13 | BRECHAN ENTERPRISES, INC., an Alaska corporation, )
| 14 | )
| | Counterclaim Plaintiff, )
| 15 | )
| 16 | v. )
| | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, )
| 17 | )
| 18 | Counterclaim Defendant. )
| 19 | )
| 20 | BRECHAN ENTERPRISES, INC., an Alaska corporation, )
| 21 | )
| | Third-Party Plaintiff, )
| 22 | )
| 23 | v. )
| | COFFMAN ENGINEERS, INC., a Washington corporation, )
| 24 | )
| 25 | Third-Party Defendant. )
| 26 |
| 27 | / / /
| 28 | / / /

Defendant Forrest J. McKinley and Defendant and Cross-Claimant Emerco, Inc. dba Imperial Industrial Coatings join with Brechan Enterprises, Inc. and Safeco Insurance Company [Docket 521] in Coffman Engineers' notice of intent [Docket 520] to respond to the proposed form of judgment [Docket 517] and the calculation of the date for the response [Docket 515].

DATED:    December 28, 2006

MONTELEONE & McCRORY LLP
Attorneys for Forrest J. McKinley and
Emerco, Inc., dba Imperial Industrial Coatings

By _____
PATRICK J. DUFFY III, ESQ.
CSBN 45042
WILLIAM R. BAERG, ESQ.
CSBN 167399; WSBN 23052

**CERTIFICATE OF SERVICE BY ECF**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on December 28, 2006, a copy of the foregoing was served by ECF on:

Eric J. Brown, ebrown@jdolaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Peter C. Partnow, PartnowP@LanePowell.com
James B. Stoetzer, StoetzerJ@LanePowell.com
Michael E. Kreger, mkreger@perkinscoie.com
Jami K. Elison, jamie@mhf-law.com
Terry R. Marston, terry@mhf-law.com

and by facsimile on:    Paul J. Nangle
Paul J. Nangle & Associates
FAX NO.:  (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on December 28, 2006, at Los Angeles, California.

_____
SALLIE RASPA