Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>      Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>      Defendants. | Case No. 3:03-cv-00199-RRB |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC.,<br><br> Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br> Cross-Defendants/Third-Party Defendants. | .<br>**NOTICE OF SETTLEMENT OF CLAIMS<br>BETWEEN ABSOLUTE AND COFFMAN** |

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,

        Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

        Defendant.

BRECHAN ENTERPRISES, INC., an Alaska corporation,

        Counterclaim Plaintiff,

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,

        Counterclaim Defendant.

BRECHAN ENTERPRISES, INC., an Alaska corporation,

        Third-Party Plaintiff,

v.

COFFMAN ENGINEERS, INC., a Washington corporation,

        Third-Party Defendant.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,

        Plaintiff/Cross-Claimant,

v.

COFFMAN ENGINEERS, INC., a Washington corporation,

        Third-Party Defendant.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

COME NOW plaintiff Absolute Environmental Services, Inc., and third-party defendant Coffman Engineers, Inc., by and through their counsel of record, and notify the court and the other parties that they have achieved a settlement of all claims between them in this litigation. Absolute and Coffman are in the process of completing the settlement agreement documents and anticipate filing with the court a stipulation for dismissal with prejudice and a proposed order of dismissal with prejudice as to the settled claims within the next few days. Absolute and Coffman note that because of their settlement, no judgment of any sort should be entered in this case with regard to any claims between them. As a result, Absolute shall, on or before January 2, 2007, file with the court and serve on the remaining parties a revised proposed judgment which eliminates all reference to any claims between Absolute and Coffman.

MARSTON ELISON, PLLC
Attorneys for Absolute Environmental Services, Inc.

Dated:  December 28, 2006

By  s/ Jami K. Elison (with consent)
Jami K. Elison, *pro hac vice*
16880 N.E. 79th Street
Redmond, Washington 98052
Tel:  425-861-5700
Fax:  425-861-6969
Email:  richr@mhf-law.com

LANE POWELL LLC
Attorneys for Coffman Engineers, Inc.

Dated:  December 28, 2006

By  s/ Peter C. Partnow
James B. Stoetzer, ASBA No. 7911130
Peter C. Partnow, ASBA No. 7206029
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
Email:  PartnowP@LanePowell.com

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Notice of Settlement of Claims Between Absolute and Coffman**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. 3:03-cv-00199-RRB)    Page 3 of 4

I certify that on December 28, 2006, a copy of the foregoing was served by ECF on:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:    Paul J. Nangle, Paul J. Nangle & Associates
                   101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow
011680.0076/157959.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

**Notice of Settlement of Claims Between Absolute and Coffman**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. 3:03-cv-00199-RRB)                                Page 4 of 4