Terry R. Marston, *pro hac vice*, terry@mhf-law.com
Jami K. Elison, *pro hac vice*, jamie@mhf-law.com
MARSTON ELISON, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings,<br><br>Defendant. | Case No.: A03-0199CV (RRB)<br><br><br><br>**NOTICE OF INTENT TO FILE AMENDED PROPOSED JUDGMENT** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | |

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA for the ) and benefit of ABSOLUTE ENVIRONMENTA ) |
| 2 | SERVICES, INC., an Alaska Corporation, ) |
| 3 | Plaintiff, ) |
| 4 | vs. ) |
| 5 | SAFECO INSURANCE COMPANY OF ) AMERICA, a Washington Corporation. ) |
| 6 | ) |
| | Defendants. ) |
| 7 | BRECHAN ENTERPRISES, INC., an Alaska ) corporation, ) |
| 8 | ) |
| 9 | Counterclaim Plaintiff, ) vs. ) |
| 10 | ) |
| 11 | ABSOLUTE ENVIRONMENTAL SERVICES ) INC., an Alaska Corporation, ) |
| 12 | ) Counterclaim Defendant ) |
| 13 | BRECHAN ENTERPRISES, INC., an Alaska ) corporation, ) |
| 14 | ) |
| 15 | Third-Party Plaintiff, ) vs. ) |
| 16 | COFFMAN ENGINEERS, INC, a Washington ) Corporation. ) |
| 17 | ) |
| 18 | Third-Party Defendant. ) |
| 19 | ABSOLUTE ENVIRONMENTAL ) SERVICES, INC., an Alaska Corporation, ) |
| 20 | ) Plaintiff/Cross-claimant, ) |
| 21 | vs. ) ) |
| 22 | COFFMAN ENGINEERS, INC, a Washington ) Corporation. ) |
| 23 | ) |
| | Third-Party Defendant. ) |

NOTICE OF INTENT TO FILE AMENDED PROPOSED JUDGMENT
Case No. A03-0199CV (RRB)-- 2

Please take notice that Plaintiff Absolute Environmental Services, Inc. and Third-Party Defendant Coffman Engineers, Inc. have agreed to settle their claims and are agreeing to a stipulation and order of dismissal of claims by and between them. Therefore, this settlement makes it necessary for Absolute to amend its Proposed Judgment (Docket No. 517). Absolute intends to submit an Amended Proposed Judgment no later than January 2, 2007. The court is therefore requested to not enter judgment pending receipt of Absolute's revised Proposed Judgment.

DATED this 28th day of December, 2006.

**MARSTON ELISON, PLLC**

By <u>s/Jami K. Elison</u>
   Terry R. Marston II, WSBA No. 14440
   Jami K. Elison, WSBA No. 31007
Attorneys for Plaintiff Absolute Environmental Service, Inc.

---

I hereby certify that on the date given a copy of the forgoing was electronically filed with the Clerk of Court using the CM/ECF system and was served electronically on the following:

William R. Baerg, Patrick J. Duffy
Eric J. Brown
Robert J. Dickson
Michael E Kreger, Jacob Nist
James B. Stoetzer, Peter C. Partnow

<u>s/Jami K. Elison</u>           .