Michael E. Kreger
James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>    Plaintiff,<br>v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>    Defendants. | Case No. 3:03-cv-0199-RRB<br><br>**STIPULATION FOR TIME TO FILE RESPONSES TO REVISED PROPOSED JUDGMENT** |

    Plaintiff Absolute Environmental Services, Inc. ("Absolute") has proposed that Absolute shall file and serve a revised proposed form judgment by January 2, 2007. *See* Docket No. 524. Absolute and defendants Brechan Enterprises, Inc. ("Brechan") and Safeco Insurance Company of America, Inc. ("Safeco") stipulate that Brechan and Safeco shall file and serve their responses to the proposed

STIPULATION
ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB      - 1 -      [38599-0012/12045887_1.DOC]

judgment by Friday, January 5, 2007.  Counsel for Absolute has authorized the undersigned to advise the Court of this stipulation.

DATED:  December 29, 2006.

> **PERKINS COIE LLP**
> Attorneys for Defendant
> Brechan Enterprises, Inc.
>
> By  /s/ Michael E. Kreger
>     Michael E. Kreger
>     Alaska Bar No. 8311170
>     Perkins Coie LLP
>     1029 W. Third Avenue, Suite 300
>     Anchorage, Alaska  99501
>     (907) 279-8561
>     (907) 276-3108 (Facsimile)
>     Email:  mkreger@perkinscoie.com

I hereby certify that on December 29, 2006, the foregoing has been served by electronic mail on Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

 /s/ Michael E. Kreger
    Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

STIPULATION
ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB                - 2 -                [38599-0012/12045887_1.DOC]