Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ABSOLUTE ENVIRONMENTAL SERVICES, INC., et al.<br>    Plaintiffs<br><br>v.<br><br>FORREST J. MCKINLEY, et al.,<br>    Defendants. | Case No. 3:03-cv-0199-rrb |
|---|---|

## PROPOSED ORDER

Having considered Brechan Enterprises, Safeco Insurance Company of America, and Absolute Environmental Services' Stipulation for Time to File Responses to Revised Proposed Judgment, and good cause appearing;

IT IS HEREBY ORDERED that the stipulation is GRANTED.

DATED at Anchorage, Alaska, this _____ day of _____, 200__.

_____
Honorable Ralph Beistline
U.S. District Court Judge

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

PROPOSED ORDER
*Absolute Environmental Services, Inc. v. McKinley*
Case No. 3:03-cv-0199-rrb
- 1 -
[38599-0012-000000/12045901_1.DOC]

I hereby certify that on December 29, 2006, the foregoing has been served by electronic mail on Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

  /s/ Michael E. Kreger
       Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

PROPOSED ORDER
*Absolute Environmental Services, Inc. v. McKinley*
Case No. 3:03-cv-0199-rrb

[38599-0012-000000/12045901_1.DOC]