ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930 (baerg@mmlawyers.com)

Attorneys for Defendant Forrest J. McKinley and
Defendant and Counter-Claimant EMERCO, INC.,
dba Imperial Industrial Coatings

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>    Defendants.<br><br>EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,<br><br>    Counter-Claimant/Third Party Claimant,<br><br>v. | CASE NO. A-03-0199<br>Civil (RRB)<br><br><br><br><br><br>**OBJECTIONS OF EMERCO, INC., DBA IMPERIAL INDUSTRIAL COATINGS TO PROPOSED JUDGMENT [DOCKET 517]** |

|    |    |    |
|----|----|----|
| 1  | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al., | ) ) ) |
| 2  |    | ) |
|    | Cross-Defendants/Third Party Defendants. | ) |
| 3  | _____ | ) ) |
| 4  |    | ) ) |
| 5  | THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., and Alaska corporation, | ) ) ) |
| 6  |    | ) |
| 7  | Plaintiff, | ) ) |
| 8  | v. | ) ) |
| 9  | SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, | ) ) |
| 10 |    | ) |
| 11 | Defendant. _____ | ) ) ) |
| 12 |    | ) |
| 13 | BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) |
| 14 |    | ) |
| 15 | Counterclaim Plaintiff, | ) ) |
| 16 | v. | ) ) |
| 17 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, | ) ) |
| 18 | Counterclaim Defendant. | ) ) |
| 19 | _____ | ) ) |
| 20 | BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) |
| 21 |    | ) |
| 22 | Third-Party Plaintiff, | ) ) |
| 23 | v. | ) ) |
| 24 | COFFMAN ENGINEERS, INC., a Washington corporation, | ) ) |
| 25 | Third-Party Defendant. | ) ) |
| 26 | _____ |    |
| 27 | / / / |    |
| 28 | / / / |    |

Emerco, Inc., dba Imperial Industrial Coatings, objects to the judgment proposed by plaintiff Absolute Environmental Services, Inc., on the following grounds:

1. The proposed judgment reads as a ruling on a motion rather than a judgment that simply states "who has won and what relief has been awarded." *Otis v. City of Chicago* (7th Cir. 1994) 29 F.3d 1159, 1163.

2. The proposed judgment improperly contains a legal argument at pages 6 and 7.

3. The proposed judgment does not quote the jury verdict or otherwise comply with Form 31 of the *Federal Rules of Civil Procedure*.

4. The proposed judgment includes proposed sums as "Reasonable Attorney Fees" prior to the submission of a Bill of Costs, or a motion for attorney fees. See, *Local Rule* 54.3.

5. The proposed judgment includes proposed sums as prejudgment interest without having established that prior to the submission of a motion for such interest. See, *Local Rule* 58.1

DATED:    January 2, 2007

MONTELEONE & McCRORY LLP
Attorneys for Forrest J. McKinley and
Emerco, Inc., dba Imperial Industrial Coatings

By _____
PATRICK J. DUFFY III, ESQ.
CSBN 45042
WILLIAM R. BAERG, ESQ.
CSBN 167399; WSBN 23052

**CERTIFICATE OF SERVICE BY ECF**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on January 2, 2007, a copy of the foregoing was **served by ECF** on:

Eric J. Brown, ebrown@jdolaw.com
Peter C. Partnow, PartnowP@LanePowell.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com

Patrick J. Duffy, duffy@mmlawyers.com
James B. Stoetzer, StoetzerJ@LanePowell.com
Jami K. Elison, jamie@mhf-law.com

**and by facsimile on:**    Paul J. Nangle, Paul J. Nangle & Associates   [FAX NO.:  (907) 279-1794]

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on January 2, 2007, at Los Angeles, California.

_____
SALLIE RASPA