Terry R. Marston, *pro hac vice,* terry@mhf-law.com
Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
MARSTON HEFFERNAN FOREMAN, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | Case No.: A03-0199CV (RRB) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, | **[SUBSTITUTE PROPOSED]** |
| Defendant. | |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC., | |
| Counterclaimant/Third-party Claimant, | |
| v. | |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al., | |
| Cross-defendants/Third-party Defendants. | |

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | ) ) ) |
| Defendants. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Counterclaim Plaintiff, | ) |
| vs. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Counterclaim Defendant | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Third-Party Plaintiff, | ) |
| vs. | ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Plaintiff/Cross-claimant, | ) |
| vs. | ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) |

[SUBSTITUTE PROPOSED] JUDGMENT
Case No. A03-0199CV (RRB)-- 2

This action came on for trial before the Court and a jury, Honorable Ralph R. Beistline, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, as well as the Court having entered Orders on stipulations made by the parties, and having otherwise made dispositive rulings in this matter,

## JUDGMENT

1. The claim(s) of Absolute Environmental Services, Inc. against Forrest J. McKinley for liability as an agent of an undisclosed principal (Count IV of Absolute's Amended Complaint) are BIFURCATED for later resolution by this Court by Stipulation and Order entered September 29, 2006.

2. The claim(s) of Absolute Environmental Services, Inc. against Forrest J. McKinley and Emerco, Inc. for liability under a theory of corporate disregard or "piercing the corporate veil" (Count III of Absolute's Amended Complaint) are BIFURCATED for later resolution by this Court by Stipulation and Order entered September 29, 2006.

3. The claim(s) of Absolute Environmental Services, Inc. against Brechan Enterprises, Inc. for the tort of non-disclosure are DISMISSED by Order of this Court entered November 13, 2006.

4. The claim(s) of Absolute Environmental Services, Inc. against Brechan Enterprises, Inc. for negligence are DISMISSED by Order of this Court entered September 15, 2006.

5. The claim(s) of Absolute Environmental Services, Inc. against Brechan Enterprises, Inc. for business devastation are DISMISSED by Orders of this Court entered September 15, 2006 and September 28, 2006.

6. The claim(s) of Absolute Environmental Services, Inc. against Brechan Enterprises, Inc. for punitive damages are DISMISSED by Orders of this Court entered September 28, 2006 and November 13, 2006.

7. The claim(s) of Emerco, Inc. against Specialty Polymer Coatings USA, Ltd. for conspiracy are DISMISSED by Stipulation and Order of this Court entered September 27, 2006.

8. The claim(s) of Brechan Enterprises, Inc. against Absolute Environmental Services, Inc. for indemnity for the cost of Brechan's defense of claims brought by Emerco, Inc. were DISMISSED by Order of this Court entered November 21, 2006.

9. The claim(s) of Brechan Enterprises, Inc. against Coffman Engineers, Inc. for indemnity from the claims of Absolute and associated defense costs are DISMISSED by Stipulation and Order of this Court entered October 6, 2006; and

10. The claim(s) of Coffman Engineers, Inc. against Brechan Enterprises, Inc. for indemnity from the claims of Absolute and associated defense costs are DISMISSED by Stipulation and Order of this Court entered October 6, 2006.

IT IS FURTHER ORDERED AND ADJUDGED:

11. That Imperial Industrial Coatings failed to perform its obligations under the Absolute/Imperial Cargo Wharf subcontract (Verdict Form, Interrogatory 1.)

12. That Imperial Industrial Coatings failed to perform quality control services that it was obligated to perform on this project (Verdict Form, Interrogatory 33.)

13. That BRECHAN failed to perform its obligations under contract with Absolute (Verdict Form, Interrogatory 11.)

14. That BRECHAN failed to perform obligations arising from an agreement with Absolute, or from a request to Absolute, to perform Phase 1 warranty work (Verdict Form, Interrogatory 29. )

15. That BRECHAN failed to pay a contract balance (Verdict Form, Interrogatory 31.)

16. That BRECHAN'S conduct toward Absolute was fraudulent and/or intentional (Verdict Form, Interrogatory 39.)

17. That plaintiff, ABSOLUTE ENVIRONMENTAL SERVICES, INC., recover of the defendant, EMERCO, INC., the sum of TWO HUNDRED FIVE THOUSAND SIXTY-EIGHT AND 70/100 DOLLARS ($205,068.70), with interest at the rate of percent as provided by law, with attorneys' fees in accordance with the terms of the parties' contract, and with costs of the action.

18. That plaintiff, ABSOLUTE ENVIRONMENTAL SERVICES, INC., recover of the defendant, BRECHAN ENTERPRISES, INC., the sum of EIGHT HUNDRED THIRTY-EIGHT THOUSAND SIX HUNDRED FORTY-FIVE AND 90/100 ($838,645.90), with interest at the rate of percent as provided by law, with attorneys' fees in accordance with AS Rule 82, and with costs of the action.

19. That plaintiff, ABSOLUTE ENVIRONMENTAL SERVICES, INC., recover of the defendant, SAFECO INSURANCE COMPANY OF AMERICA, the sum of EIGHT HUNDRED THIRTY-EIGHT THOUSAND SIX HUNDRED FORTY-FIVE AND 90/100 ($838,645.90), with interest at the rate of percent as provided by law, with attorneys' fees in accordance with AS Rule 82, and with costs of the action.

20. The claim(s) of EMERCO, INC. against ABSOLUTE ENVIRONMENTAL SERVICES, INC. for breach of contract are hereby DISMISSED with prejudice.

21. The claim(s) of EMERCO, INC. against ABSOLUTE ENVIRONMENTAL SERVICES, INC. for conversion/goods sold & delivered/implied contract are hereby DISMISSED with prejudice.

22. Any claim or cause of action asserted by any party to this action, other than those claims or causes of action otherwise addressed here, are hereby DISMISSED with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that BRECHAN is entitled to a credit against the amount of the judgment entered against it for any payments of principal and/or interest (but not fees or costs) paid by SAFECO to ABSOLUTE and that SAFECO is entitled to a credit against the amount of the judgment entered against it for any payments of principal or interest (as distinguished from fees and costs) paid by BRECHAN to ABSOLUTE.

//
//
//
//
//
//
//
//
//
//
//
//
//

**JUDGMENT SUMMARY**

Part (A):  <u>EMERCO, INC.</u>

1. **Judgment Creditor:**          Absolute Environmental Services, Inc.

2. **Judgment Debtor:**            EMERCO, INC.

3. **Attorneys for Judgment Creditor:**
    Terry R. Marston II
    Jami K. Elison
    MARSTON ELISON, PLLC
    16880 NE 79th St.
    Redmond, WA  98052-4424

4. **Principal Judgment Amount:**                                  $    205,068.70

5. **Prejudgment Interest:**                                       $        TBD
   (through 12/31/06)

6. **Costs**
   Filing Fee                                                      $
   Service Fee                                                     $
   Reasonable Attorney Fees                                        $        TBD
7. **Total Judgment Amount:**                                      $

8. **Other Recovery Amount:**  (Costs and reasonable attorney fees  $
   incurred in collecting the above amounts.)

9. Total Judgment Amount shall bear interest at the rate of 8.25% per annum from the date of entry until paid.

## Part (B):  BRECHAN ENTERPRISES, INC.

10. **Judgment Creditor:**         Absolute Environmental Services, Inc.

11. **Judgment Debtor:**           Brechan Enterprises, Inc.

12. **Attorneys for Judgment Creditor:**
    Terry R. Marston II
    Jami K. Elison
    MARSTON ELISON, PLLC
    16880 NE 79th St.
    Redmond, WA  98052-4424

13. **Principal Judgment Amount:**                              $   838,645.90

14. **Prejudgment Interest:**                                   $   TBD
    (through 12/31/06)

15. **Costs**
    Filing Fee                                                  $
    Service Fee                                                 $
    Reasonable Attorney Fees                                    $   TBD

16. **Total Judgment Amount:**                                  $

17. **Other Recovery Amount:**  (Costs and reasonable attorney fees   $
    incurred in collecting the above amounts.)

18. Total Judgment Amount shall bear interest at the rate of 8.25% per annum from the date of entry until paid.

## Part (C):  SAFECO INSURANCE COMPANY

19. **Judgment Creditor:**           Absolute Environmental Services, Inc.

20. **Judgment Debtor:**             Safeco Insurance Company of America, Inc.

21. **Attorneys for Judgment Creditor:**
    Terry R. Marston II
    Jami K. Elison
    MARSTON ELISON, PLLC
    16880 NE 79th St.
    Redmond, WA  98052-4424

22. **Principal Judgment Amount:**                                    $     838,645.90

23. **Prejudgment Interest:**                                          $         TBD
    (through 12/31/06)

24. **Costs**
    Filing Fee                                                         $
    Service Fee                                                        $
    Reasonable Attorney Fees                                           $         TBD

25. **Total Judgment Amount:**                                         $

26. **Other Recovery Amount:**  (Costs and reasonable attorney fees    $
    incurred in collecting the above amounts.)

27. Total Judgment Amount shall bear interest at the rate of 8.25% per annum from the date of entry until paid.

    DATED this _____ day of January, 2007.

    _____
    The Honorable Ralph R. Beistline
    United States District Court Judge

*PRESENTED BY:*

**MARSTON ELISON, PLLC**

By s/Terry R. Marston_____
    Terry R. Marston II, WSBA No. 14440
    Jami K. Elison, WSBA No. 31007
Attorneys for Plaintiff Absolute Environmental Service, Inc.

I hereby certify that on the date given a copy of the forgoing was electronically filed with the Clerk of Court using the CM/ECF system and was served electronically on the following:

William R. Baerg, Patrick J. Duffy
Eric J. Brown
Robert J. Dickson
Michael E Kreger, Jacob Nist
James B. Stoetzer, Peter C. Partnow

s/Terry R. Marston               .