Peter C. Partnow, ASBA No. 7206029
James B. Stoetzer, ASBA No. 7911130
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

Terry R. Marston, *pro hoc vice,* terry@mhf-law.com
Jami K. Elison, *pro hoc vice,* jamie@mhf-law.com
MARSTON ELISON, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
Telephone:  (425) 861-5700

PAUL J.  NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone:  (907) 274-8866

Attorneys for Plaintiff
Absolute Environmental Services, Inc.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                                 Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY, an individual, d/b/a "Imperial industrial Coatings"; and EMERCO, INC., a California corporation, d/b/a Imperial Industrial Coatings; BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                                 Defendants. | Case No. 3:03-cv-00199-RRB<br><br>**STIPULATION BY AND BETWEEN ABSOLUTE ENVIRONMENTAL SERVICES, INC. AND COFFMAN ENGINEERS, INC. FOR DISMISSAL WITH PREJUDICE** |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| |
|---|
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, INC., <br><br>      Counterclaimant/Third-Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al.,<br><br>   Cross-Defendants/Third-Party Defendants. |
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                    Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>               Counterclaim Plaintiff,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>             Counterclaim Defendant. |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>               Third-Party Plaintiff,<br><br>v.<br><br>COFFMAN ENGINEERS, INC., a Washington corporation,<br><br>              Third-Party Defendant. |

**Stipulation By and Between Absolute Environmental Services, Inc. and Coffman Engineers, Inc. for Dismissal With Prejudice**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**                **Page 2 of 4**

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,

        Plaintiff/Cross-Claimant,

v.

COFFMAN ENGINEERS, INC., a Washington corporation,

        Third-Party Defendant.

COME NOW plaintiff Absolute Environmental Services, Inc., and third-party defendant Coffman Engineers, Inc., by and through their counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(2), stipulate that all claims between them in this litigation be dismissed with prejudice, with each of them to bear their own costs and attorneys' fees with regards to the claims between them (except to the extent paid by Coffman pursuant to the Settlement Agreement), and with no judgment of any sort to be entered in this proceeding with regard to any claims between Absolute Environmental Services, Inc., and Coffman Engineers, Inc. All other claims against Coffman by other parties have been dismissed previously. This stipulation is made pursuant to the Mutual Release and Settlement Agreement between Absolute Environmental Services, Inc., and Coffman Engineers, Inc., dated December 29, 2006.

    MARSTON ELISON, PLLC
    Attorneys for Absolute Environmental Services, Inc.

Dated: January 3, 2007    By s/ Jami K. Elison (with consent)
    Jami K. Elison, *pro hac vice*
    16880 N.E. 79th Street
    Redmond, Washington 98052
    Tel: 425-861-5700
    Fax: 425-861-6969
    Email: richr@mhf-law.com

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

|  |  |
|---|---|
|  | LANE POWELL LLC<br>Attorneys for Coffman Engineers, Inc. |
| Dated: January 3, 2007 | By  s/ Peter C. Partnow<br>James B. Stoetzer, ASBA No. 7911130<br>Peter C. Partnow, ASBA No. 7206029<br>301 W. Northern Lights Blvd., Suite 301<br>Anchorage, Alaska 99503-2648<br>Tel: 907-277-9511<br>Fax: 907-276-2631<br>Email: PartnowP@LanePowell.com |

I certify that on January 3, 2007, a copy
of the foregoing was served by ECF on:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Terry R. Marston, terry@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:   Paul J. Nangle, Paul J. Nangle & Associates
                  101 Christensen Dr, Anchorage, AK 99501

 s/Peter C. Partnow

011680.0076/157950.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Stipulation By and Between Absolute Environmental Services,
Inc. and Coffman Engineers, Inc. for Dismissal With Prejudice**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* **(Case No. 3:03-cv-00199-RRB)**         **Page 4 of 4**