1   ERIC J. BROWN, ESQ.
    JERMAIN DUNNAGAN & OWENS, P.C.
2   3000 A. Street, Suite 300
    Anchorage, Alaska 99503-4097
3   Telephone: (907) 563-8844
    Facsimile: (907) 563-7322 (ebrown@jdolaw.com)
4
    PATRICK J. DUFFY, III, ESQ.
5   WILLIAM R. BAERG, ESQ.
    MONTELEONE & McCRORY, LLP
6   725 S. Figueroa Street, Suite 3200
    Los Angeles, California 90017-5446
7   Telephone: (213) 612-9900
    Facsimile: (213) 612-9930
8   (duffy@mmlawyers.com)
    (baerg@mmlawyers.com)
9
    Attorneys for Defendant and
10  Cross-Complainant EMERCO, INC.

11                  IN THE UNITED STATES DISTRICT COURT
12                      FOR THE DISTRICT OF ALASKA
13

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, ) | CASE NO. A-03-0199 Civil (RRB) |
| Plaintiff, ) ) ) | **ORDER GRANTING MOTION FOR NEW TRIAL OR IN THE ALTERNATIVE MOTION FOR ORDER TO ALTER OR AMEND JUDGMENT** |
| v. ) | |
| FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings, ) ) ) ) ) ) | **[FRCP 59]** |
| Defendants. ) ) | |
| AND RELATED CROSS-ACTIONS ) ) | |

25       Pursuant to Federal Rule of Civil Procedure 59, the motion of defendant and cross-

26  claimant Emerco, Inc., dba Imperial Industrial Coatings ("Imperial") for a new trial on the

27  claims asserted by Imperial against plaintiff and cross-defendant Absolute Environmental

28  Services, Inc. ("Absolute") and on the claim for damages Absolute sought against Imperial in

1 | this action is GRANTED.

2 | *Alternative Order:*

3 | The motion of defendant and cross-claimant Emerco, Inc., dba Imperial Industrial

4 | Coatings ("Imperial") for an order correcting the Judgment Entered on the Jury Verdict to

5 | conform to the undisputed evidence is GRANTED and the judgment entered in this action

6 | shall be corrected to reflect the following answers on the Jury Verdict form:

7 | Jury Question No. 1 – No

8 | Jury Question No. 3 – Yes

9 | Jury Question No. 4 – Yes

10 | Jury Question No. 9 – Yes

11 | Jury Question No. 10 – Yes

12 | Jury Question No. 22 – $0

13 | Jury Question No. 33 – No.

14 | Jury Question No. 34 – $0

15 | Jury Question No. 35 – $87,528.96

16 | Jury Question No. 37 – $78,959.32

17 |

18 | DATE:

19 | _____
HON. RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

1  **CERTIFICATE OF SERVICE BY ECF**

2  **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3          I certify that on January 3, 2007, a copy of the foregoing was **served by ECF** on:
   Eric J. Brown, ebrown@jdolaw.com                    Patrick J. Duffy, duffy@mmlawyers.com
4  Peter C. Partnow, PartnowP@LanePowell.com           James B. Stoetzer, StoetzerJ@LanePowell.com
   Michael E. Kreger, mkreger@perkinscoie.com          Jami K. Elison, jamie@mhf-law.com
5  Terry R. Marston, terry@mhf-law.com
   **and by facsimile on**:      Paul J. Nangle, Paul J. Nangle & Associates   [FAX NO.:   (907) 279-1794]
6
   I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on
7  January 3, 2007, at Los Angeles, California.

8

9                                        SALLIE RASPA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28