Michael E. Kreger
Jacob Nist
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Absolute Environmental Services, Inc. et al., <br><br> Plaintiffs, <br><br> v. <br><br> Forrest J. McKinley, et al., <br><br> Defendants. | Case No. 3:03-CV-0199-RRB |

**NONOPPOSITION TO MOTION ON STIPULATION BETWEEN COFFMAN AND ABSOLUTE TO DISMISS CLAIMS**

Brechan and Safeco do not oppose Coffman and Absolute's Motion on Stipulation to Dismiss Claims of Absolute Against Coffman. However, Brechan and Safeco reserve the right to obtain disclosure of the settlement amount paid to Absolute and to receive credit for such amount paid by Coffman against the judgments (including interest, costs and fees), if any, entered against other defendants.

NONOPPOSITION TO MOTION ON STIPULATION
ABSOLUTE V. BRECHAN, ET AL.
3:03-CV-0199-RRB
PAGE 1 of 2

/LEGAL12942694.1

DATED: January 4, 2007.

                      **PERKINS COIE LLP**
                      Attorneys for Defendants
                      Brechan Enterprises, Inc. and
                      Safeco Insurance Company of America

                      By:  /s/ Michael E. Kreger
                          Michael E. Kreger
                          Alaska Bar No. 8311170
                          mkreger@perkinscoie.com
                          1029 West Third Avenue, Suite 300
                          Anchorage, AK  99501-1981
                          Telephone: 907.279.8561
                          Facsimile: 907.276.3108

I hereby certify that on January 4, 2007, the foregoing has been served by electronic mail on Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

  /s/ Michael E. Kreger
     Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
907.279.8561 / Facsimile 907.276.3108

99999-6121/LEGAL12942694.1