Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>Defendants. | Case No. 3:03-cv-0199-rrb<br><br>**BRECHAN ENTERPRISES, INC.'S AND SAFECO INSURANCE COMPANY'S SUGGESTION FOR COURT SPONSORED SETTLEMENT CONFERENCE** |

    Brechan Enterprises, Inc. and Safeco Insurance Company of America join in the prior suggestion for a settlement conference. Although there was a recent exchange of settlement offers between Absolute Environmental and Brechan/Safeco, Brechan believes that a settlement conference could provide a useful format to explore any current opportunities for settlement.

DATED at Anchorage, Alaska, on January 4, 2007.

By   /s/ Michael E. Kreger
Michael E. Kreger
Alaska Bar No. 8311170
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
Email:  mkreger@perkinscoie.com

I hereby certify that on January 4, 2007, the foregoing has been served by electronic mail on Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

  /s/ Michael E. Kreger
Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

BRECHAN/SAFECO'S SUGGESTION FOR
COURT SPONSORED SETTLEMENT CONFERENCE
3:03-cv-0199-rrb     - 2 -    [38599-0012/12931911_1.DOC]