ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930 (baerg@mmlawyers.com)

Attorneys for Defendant Forrest J. McKinley and
Defendant and Counter-Claimant EMERCO, INC.,
dba Imperial Industrial Coatings

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>　　Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>　　Defendants.<br><br>EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,<br><br>　　Counter-Claimant/Third Party Claimant,<br><br>v. | CASE NO. A-03-0199<br>Civil (RRB)<br><br><br><br><br>**DEFENDANT FORREST J. McKINLEY AND DEFENDANT AND CROSS-CLAIMANT EMERCO, INC., DBA IMPERIAL INDUSTRIAL COATINGS' JOINDER IN BRECHAN ENTERPRISES, INC.'S AND SAFECO INSURANCE COMPANY OF AMERICA, INC.'S OBJECTION TO THE SUBSTITUTE PROPOSED JUDGMENT OF ABSOLUTE ENVIRONMENTAL SERVICES, INC. [DOCKET NOS. 517, 527 AND 534]** |

| | |
|---|---|
| 1  ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al., | ) ) ) |
| 2 | ) |
| 3       Cross-Defendants/Third Party Defendants. | ) ) |
| 4 | ) ) |
| 5  THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., and Alaska corporation, | ) ) ) |
| 6 | ) |
| 7       Plaintiff, | ) ) |
| 8  v. | ) ) |
| 9  SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, | ) ) |
| 10 | ) |
|      Defendant. | ) |
| 11 | ) ) |
| 12 | ) ) |
| 13  BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) |
| 14 | ) |
| 15       Counterclaim Plaintiff, | ) ) |
| 16  v. | ) ) |
| 17  ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, | ) ) |
| 18       Counterclaim Defendant. | ) ) |
| 19 | ) ) |
| 20  BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) |
| 21 | ) |
| 22       Third-Party Plaintiff, | ) ) |
| 23  v. | ) ) |
| 24  COFFMAN ENGINEERS, INC., a Washington corporation, | ) ) |
| 25       Third-Party Defendant. | ) ) |
| 26 | ) |

27  / / /

28  / / /

1  Defendant Forrest J. McKinley and Defendant and Cross-Claimant Emerco, Inc.
2  dba Imperial Industrial Coatings join with Brechan Enterprises, Inc. and Safeco Insurance
3  Company in their objection [Docket 534] to substitute proposed judgment of Absolute
4  Environmental Services, Inc. [Docket Nos. 517 and 527.]

6  DATED:    January 8, 2007

MONTELEONE & McCRORY LLP
Attorneys for Forrest J. McKinley and
Emerco, Inc., dba Imperial Industrial Coatings

By _____
PATRICK J. DUFFY III, ESQ.
CSBN 45042
WILLIAM R. BAERG, ESQ.
CSBN 167399; WSBN 23052

**CERTIFICATE OF SERVICE BY ECF**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on January 8, 2007, a copy of the foregoing was served by ECF on:

Eric J. Brown, ebrown@jdolaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Peter C. Partnow, PartnowP@LanePowell.com
James B. Stoetzer, StoetzerJ@LanePowell.com
Michael E. Kreger, mkreger@perkinscoie.com
Jami K. Elison, jamie@mhf-law.com
Terry R. Marston, terry@mhf-law.com

and by facsimile on:    Paul J. Nangle
Paul J. Nangle & Associates
FAX NO.:  (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on January 8, 2007, at Los Angeles, California.

_____
SALLIE RASPA