| PAYMENT BOND (See instructions on Page 2) Bond No. 6165609 | DATE BOND EXECUTED (Must be same or later than date of contract) August 6, 2002 | FORM APPROVED OMB NO. 9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0045), Washington, D.C. 20503.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" ONE) |
|---|---|
| Brechan Enterprises, Inc. 2705 Mill Bay Road Kodiak, AK 99615 | ☐ INDIVIDUAL   ☐ PARTNERSHIP ☐ JOINT VENTURE   ☒ CORPORATION STATE OF INCORPORATION Alaska |

| SURETY(IES) (Name(s) and business(es) address) | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| Safeco Insurance Company of America Safeco Plaza Seattle, WA 98185 | MILLION(S) | THOUSAND(S) 100 | HUNDRED(S) 000 | CENTS 00 |
| | CONTRACT DATE July 18, 2002 | | CONTRACT NO. DTCG50-02-D-643J55 | |

**OBLIGATION**
We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**
The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**
The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**PRINCIPAL** — Brechan Enterprises, Inc.

Signature(s): 1. (Seal)   2. (Seal)   3. (Seal)
Name(s) & Title(s) (Typed): 1. W. E. Oliver, Vice President

CORPORATE SEAL

**INDIVIDUAL SURETY(IES)**

Signature(s): 1. (Seal)   2. (Seal)
Name(s) (Typed): 1.   2.

**CORPORATE SURETY(IES)**

| | | | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|---|---|
| S U R E T Y A | Name & Address | Safeco Insurance Company of America Safeco Plaza, Seattle, WA 98185 | WA | $ 100% | |
| | Signature(s) | 1. [signed] 2. | | | CORPORATE SEAL |
| | Name(s) & Title(s) (Typed) | 1. Christin M. Sweet, Attorney-in-Fact   2. | | | |

NSN 7540-01-152-8061
PREVIOUS EDITION IS USABLE
S-1917/GEEF 7/99

25-205
Page 1 of 2

STANDARD FORM 25-A (REV.10-98)
Prescribed by GSA
FAR (48 CFR) 53.228(c)

EXHIBIT 1

BEI20716
38599-0012

| | | CORPORATE SURETY(IES) (Cont'd) | | | |
|---|---|---|---|---|---|
| S U R E T Y  B | Name & Address | | STATE OF INC. | LIABILITY LIMIT $ | CORPORATE SEAL |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| S U R E T Y  C | Name & Address | | STATE OF INC. | LIABILITY LIMIT $ | CORPORATE SEAL |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| S U R E T Y  D | Name & Address | | STATE OF INC. | LIABILITY LIMIT $ | CORPORATE SEAL |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| S U R E T Y  E | Name & Address | | STATE OF INC. | LIABILITY LIMIT $ | CORPORATE SEAL |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| S U R E T Y  F | Name & Address | | STATE OF INC. | LIABILITY LIMIT $ | CORPORATE SEAL |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| S U R E T Y  G | Name & Address | | STATE OF INC. | LIABILITY LIMIT $ | CORPORATE SEAL |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seals," and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

BEI20717
38599-0012

 **SAFECO** POWER OF ATTORNEY

SAFECO INSURANCE COMPANY OF AMERICA
GENERAL INSURANCE COMPANY OF AMERICA
HOME OFFICE: SAFECO PLAZA
SEATTLE, WASHINGTON 98185

No. 4153

**KNOW ALL BY THESE PRESENTS:**

That SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA, each a Washington corporation, does each hereby appoint

**************************JAMES L. FERGUSON; KURT IMIG; CHRISTIN M. SWEET; LISA M. BATTISTA, Anchorage, Alaska**********************************

its true and lawful attorney(s)-in-fact, with full authority to execute on its behalf fidelity and surety bonds or undertakings and other documents of a similar character issued in the course of its business, and to bind the respective company thereby.

IN WITNESS WHEREOF, SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA have each executed and attested these presents

this 31st day of January, 2000

R.A. Pierson
**R.A. PIERSON, SECRETARY**

W. Randall Stoddard
**W. RANDALL STODDARD, PRESIDENT**

### CERTIFICATE

Extract from the By-Laws of SAFECO INSURANCE COMPANY OF AMERICA
and of GENERAL INSURANCE COMPANY OF AMERICA:

"Article V, Section 13. - FIDELITY AND SURETY BONDS ... the President, any Vice President, the Secretary, and any Assistant Vice President appointed for that purpose by the officer in charge of surety operations, shall each have authority to appoint individuals as attorneys-in-fact or under other appropriate titles with authority to execute on behalf of the company fidelity and surety bonds and other documents of similar character issued by the company in the course of its business... On any instrument making or evidencing such appointment, the signatures may be affixed by facsimile. On any instrument conferring such authority or on any bond or undertaking of the company, the seal, or a facsimile thereof, may be impressed or affixed or in any other manner reproduced; provided, however, that the seal shall not be necessary to the validity of any such instrument or undertaking."

Extract from a Resolution of the Board of Directors of SAFECO INSURANCE COMPANY OF AMERICA
and of GENERAL INSURANCE COMPANY OF AMERICA adopted July 28, 1970.

"On any certificate executed by the Secretary or an assistant secretary of the Company setting out,
  (i) The provisions of Article V, Section 13 of the By-Laws, and
  (ii) A copy of the power-of-attorney appointment, executed pursuant thereto, and
  (iii) Certifying that said power-of-attorney appointment is in full force and effect,
the signature of the certifying officer may be by facsimile, and the seal of the Company may be a facsimile thereof."

I, R.A. Pierson, Secretary of SAFECO INSURANCE COMPANY OF AMERICA and of GENERAL INSURANCE COMPANY OF AMERICA, do hereby certify that the foregoing extracts of the By-Laws and of a Resolution of the Board of Directors of these corporations, and of a Power of Attorney issued pursuant thereto, are true and correct, and that both the By-Laws, the Resolution and the Power of Attorney are still in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the facsimile seal of said corporation

this 6th day of August, 2002



R.A. Pierson
**R.A. PIERSON, SECRETARY**

S-0974/SAEF 7/98

® Registered trademark of SAFECO Corporation
1/31/00 PDF

BEI20718
38599-0012