53.301-1442                                          FEDERAL ACQUISITION REGULATION (FAR)

| OFFER *(Must be fully completed by offeror)* | | |
|---|---|---|
| 14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*<br><br>Brechan Enterprises, Inc.<br>2705 Mill Bay Road<br>Kodiak, Alaska 99615 | 15. TELEPHONE NO. *(Include area code)*<br>907 486-3215 | |
| | 16. REMITTANCE ADDRESS *(Include only if different than Item 14)* | |

DUNS : 044035061                                email address:   fandrinc@gci.net

| CODE | FACILITY CODE |
|---|---|

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing _____ calendar days after the date offers are due.  (Insert any number equal to or greater than the minimum requirement stated in Item 13D.  Failure to insert any number means the offeror accepts the minimum in Item 13D.)

Provide your proposed coefficients with your price proposal in accordance with the instructions in Section L.

**AMOUNTS** ▶

18. The offeror agrees to furnish any required performance and payment bonds

| 19. ACKNOWLEDGMENT OF AMENDMENTS | | | | | | |
|---|---|---|---|---|---|---|
| *(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)* | | | | | | |
| AMENDMENT NO. | 0001 | 0002 | 0003 | | | |
| DATE | 5/8/02 | 5/23/02 | 5/31/02 | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*<br><br>W.E. Oliver, vice president | 20B. SIGNATURE | 20C. OFFER DATE<br><br>June 6, 2002 |
|---|---|---|

| AWARD *(To be completed by Government)* | | |
|---|---|---|
| ITEMS ACCEPTED: | | **EXHIBIT**<br><br>2 |

| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA | |
|---|---|---|
| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN<br>*(4 copies unless otherwise specified)* ▶ | ITEM<br><br>7 | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br>☐ 10 USC 2304(c) (    )  ☐ 41 USC USC 253(c) (    ) |
| 26. ADMINISTERED BY          CODE<br><br>See Block 7 | | 27. PAYMENT WILL BE MADE BY<br><br>USCG Finance Center<br>1430A Kristina Way<br>Chesapeake, VA  23326-0324<br>For payment inquiries, call: (757)523-6940 |

| CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE | |
|---|---|
| ☒ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _____ copies to issuing office.)*<br><br>Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract.  The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications as incorporated in or attached to this contract. | ☐ 29. AWARD *(Contractor is not required to sign this document.)*<br><br>Your offer on this solicitation is hereby accepted as to the items listed.  This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award.  No further contractual document is necessary. |
| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN<br>*(Type or print)*<br><br>Anita Repanich | 31A. NAME OF CONTRACTING OFFICER *(Type or print)*<br><br>BEI0002<br>38599-0012 |
| 30B. SIGNATURE<br>Anita Repanich | 30C. DATE<br>18 July 02 | 31B. UNITED STATES OF AMERICA<br>BY | 31C. AWARD DATE |

# UNITED STATES COAST GUARD

## Facilities Design and Construction Center Pacific

### REQUEST FOR PROPOSAL
### INDEFINITE DELIVERY-INDEFINITE QUANTITY
### MULTI TRADE CONSTRUCTION CONTRACT

### U.S. COAST GUARD INTEGRATED SUPPORT COMMAND
### KODIAK, ALASKA

### DTCG50-02-R-643J55



1442.doc

**TO ACCESS THE STANDARD FORM (SF) 1442, DOUBLE-CLICK ON ABOVE ICON.
AFTER OBTAINING THE SF 1442, CLOSE THE DOCUMENT AND CONTINUE SCROLLING DOWN
FROM THIS POINT TO OBTAIN THE REMAINDER OF THE Request FOR PROPOSALS (RFP).**

**PLEASE MAIL YOUR PROPOSAL TO THE ADDRESS LISTED IN BLOCK 7 OF SF-1442.**

#### NOTICE TO OFFERORS

It is the policy of the Coast Guard to issue solicitations and make contract awards in a fair and timely manner. To
further this policy, the Commandant has created the position of Solicitation Ombudsman
who is empowered to investigate issues raised by prospective offerors and resolve them, where possible, without
expensive and time-consuming litigation.

Potential offerors who believe that a Coast Guard solicitation is unfair or otherwise defective, should first direct
their concerns to the cognizant Contracting Officer.
If the Contracting Officer is unable to satisfy the concerns, the offeror should then contact the Coast Guard
Solicitation Ombudsman at the address below:

> Commandant (G-CPM/3)
> 2100 Second Street, SW
> Washington, D.C. 20593
> Telephone: (202) 267-2285
> FAX: (202) 267-4011

Potential offerors should provide the following information to the Ombudsman in order to insure a timely response:
Solicitation Number, Contracting Office, Contracting Officer and the solicitation closing date.

BEI0003
38599-0012

# TABLE OF CONTENTS

## PART I – THE SCHEDULE

| SECTION | TITLE | PAGES |
|---|---|---|
| A | Solicitation & TOC | 1 - 2 |
| B | Supplies or Services and Prices/Costs | 3 - 5 |
| C | Description/Specifications/Statement of Work | 6 - 65 |
| D | Packaging and Marking | 66 |
| E | Inspection and Acceptance | 67 - 68 |
| F | Deliveries or Performance | 69 - 73 |
| G | Contract Administration Data | 74 - 76 |
| H | Special Contract Requirements | 77 - 81 |

## PART II – CONTRACT CLAUSES

| I | Contract Clauses | 82 - 88 |
|---|---|---|

## PART III – LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS

| J | List of Attachments | NA |
|---|---|---|

## PART IV – REPRESENTATIONS AND INSTRUCTIONS

| K | Representation, Certifications, and Other Statement of Offerors | 89 - 96 |
|---|---|---|
| L | Instructions, Conditions, and Notice to Offerors or Respondents | 97 - 107 |
| M | Evaluation Factors for Award | 108 - 111 |

BEI0004
38599-0012

## SECTION B - SCHEDULE OF PRICES

## OFFERS

(a) The offeror must submit **one coefficient factor** for the **line items below** , supported by a detailed cost breakdown on how the coefficient factor was developed. **Refer to Paragraph L.8.2 (Volume II Cost)** for instructions on submitting your cost proposal.

| CONTRACT LINE ITEM NUMBER | DESCRIPTION | COEFFICIENT % FACTOR |
|---|---|---|
| 0001 | DELIVERY ORDER COEFFICIENT FOR ALL WORK | _____ |

BEI0005
38599-0012

# NOTES

## COEFFICIENT

(a) **The coefficient factor** will be the multiplier used to determine the price of the work for each task on individual delivery orders. The offeror's price coefficient must be all inclusive and must contain the Prime Contractor's and Subcontractor's overhead, profit, bond premiums, social security contributions, general insurances, workman's compensations insurance, state unemployment insurance, federal unemployment insurance, mobilization and demobilization costs, labor factor adjustments between the Means given labor rates and the Davis/Bacon Labor Rates included in the contract, Prime's overhead and profit on Subcontractors, supervision, transportation, adjustment factors to account for small jobs, incidental tools and equipment, Means Division I items identified below, any markups for materials and all contingencies in connection therewith, since no allowance will be made later for additional costs. The offeror's price coefficient should not include any costs for Longshoremen and Harbor Worker's Act Insurance. These costs will be compensated as non-pre-priced work when applicable.

(1) Costs of items in Division 1 of the RSMeans *Facilities Construction Cost Data* base are already included in the line item cost extension for that item. Therefore, such items as small tools, and other Division 1 items not specifically included below are to be considered as included in the coefficient and the line item extended price. The following items from Division 1 of the RSMeans *Facilities Construction Cost Data* base *shall not be included* in the coefficient and may be added or used as separate and distinct line items when preparing estimates for Task Orders:

> Section 01107-700: "Surveying"
> Section 01450-500: "Field Testing"
> Section 01540-750: "Scaffolding" items under Construction Aids
> Section 01540-755: "Scaffolding Specialties" under Construction Aids
> Section 01590: "Equipment Rental" (this may be used only if the other line item chosen does not include equipment necessary to perform the work).

(2) Non-pre-priced work to be included in each task order may be proposed by the Contractor or Government.

## NON-PRE-PRICED WORK:

(a) Facilities engineering tasks that are not specifically included in the Means Facilities Construction Cost Data base, but that are within the basic intent and general scope of the contract.

(b) Facilities engineering tasks that are included in the Means Facilities Construction

BEI0006
38599-0012

Cost Data base, but require adjustment because of unusual site conditions, which differ materially from those ordinarily encountered and generally inherent in the character of the work provided for in the contract.

(c) Longshoremen and Harbor's Worker's Act Insurance Costs. Non-pre-priced items may be negotiated by the Contracting Officer and added by modification at any time during the contract period. Added items of work shall be incorporated into and made a part of the delivery order and shall be performed at the negotiated unit price and multiplied by the applicable coefficient bid by the Contractor. Previously non-pre-priced work items may subsequently be added to the contract as pre-priced items for use on additional task orders.

Non-pre-priced work to be included in an individual requirement must be proposed by the Contractor in a format acceptable to the Government. All non-pre-priced items shall be negotiated on an individual basis. The non-pre-priced item shall be determined by three (3) written estimates from verifiable sources (market surveys, published price list, catalog prices, subcontractor quote or estimate, etc.) provided by the Contractor to the Contracting Officer for verification and approval. Contractor's discounts and Contractor list prices shall be passed onto the Government. The non-pre-priced item shall be multiplied by the coefficient.

For categories (a) and (b) above, the labor rate taken shall be the bare cost from Means for the particular trade involved. This information is available from the "Crews" section. This rate shall then be multiplied by the appropriate installation weighted average city cost index. Productivity, (i.e. the number of man hours required), shall be from Means for work of a similar nature whenever possible. Finally, line items shall be multiplied by the contractor's coefficient.

Coefficients should be represented in your proposal as follows. An offer of "net" would be represented by "1.0". An example of a decrease from the prices listed in RS MEANS ® would be "0.98". An example of an increase above the prices in RS MEANS ® would be "1.10". The proposed coefficient can be two decimal places.

Proposers are required to use the Ketchikan City Cost Index in calculating their coefficient. There are items that the Ketchikan City Cost Index does not compensate adequately for while performing work on Kodiak. When computing and proposing your coefficient you address these areas and how your proposed coefficient does or does not take them into account. Refer to the RFP, page 111 , Evaluation Areas, Price Cost, para C addressing the completeness, reasonableness and realism of your coefficient.

BEI0007
38599-0012

5

## SECTION C- DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

1.01    PROJECT DESCRIPTION: All work shall be in conformance with the requirements of the contract including, but not limited to, furnishing all materials, labor, plant, tools, equipment, transportation, supervision, management, and other services (including engineering/technical design support), items, and incidentals necessary for the successful completion of each issued task order. Common trades which may be needed include, carpentry, plumbing, electrical, laborers, power equipment operators, concrete workers, asbestos removers, painters, trades identified in the Davis Bacon Wage Determination and other trades common to the construction industry. This contract is for a broad range of maintenance, repair, remodeling, and minor construction work using these common trades. The contract is a Small Business competitive request for proposal, Job Order Contract (JOC).

1.02    PROJECT LOCATION: Work shall be accomplished at Integrated Support Command (ISC) Kodiak and its tenant commands on Kodiak Island (Communications Station Kodiak and LORAN Station Kodiak), Alaska. The Contractor shall provide a coefficient relative to Coast Guard work accomplished on Kodiak Island. (Refer to Section B for a description of the coefficient).

1.03    HISTORICAL DATA: Provided at the end of Section C is Historical Data from FY01 and FY02, as well as anticipated workload for FY03-FY05. The data is provided to bidders for use as they see fit in determining their desire to compete for this contract, in developing a meaningful coefficient, or other purposes. The Government shall not be held liable for the accuracy of the information provided, nor is this a guarantee that future work will fit any trends revealed here. It is simply a good faith effort to represent past work. The Government reserves the right to change the amount, number, value, location, etc. of the work at any time. If such action is taken it shall not constitute a change warranting adjustment to the coefficients.

1.04    SITE INVESTIGATION: A pre-proposal conference and site visit will be conducted at 0900 on Thursday 16 May 2002 at United States Coast Guard Integrated Support Command (ISC) Kodiak, Alaska. You must provide your company name and list of proposed attendees to Ms. Anita Repanich at (206) 220-7426 or arepanich@pacnorwest.uscg.mil. The list of attendees must be received before 1200 on 09 May 2002. Attendees will meet at ISC Kodiak in the Large Conference room of the Administration Building (Building N38).

1.05    COMMENCEMENT OF WORK: Within nineteen (19) calendar days after contract award, the Contractor shall be capable of responding to requests for proposals. Within thirty (30) calendar days after contract award, the Contractor shall be fully operational and capable of performing work on task orders.

1.06    HOURS OF OPERATION: Perform all on-site work between the hours of 7:00 AM and 5:00 PM, Monday through Friday (Federal Holidays excluded), unless otherwise approved by the Contracting Officer.

1.07    REGULATIONS:

1.07.1    The Contractor shall comply with all applicable Federal, State, local, Coast Guard, and DoT regulations, including supplements pertaining to safety, traffic control, and fire prevention.

1.07.2    The task orders shall be designed in accordance with the design and construction standards contained in the Uniform Building Code, National Fire Protection Code, National Electrical Code, National Plumbing Code, and other applicable Department of Transportation and Coast Guard regulations, manuals, engineering technical letters, and energy conservation criteria.

1.07.3    The latest edition of the following Building Codes shall be used and maintained for all construction under this contract.

BEI0008
38599-0012



Uniform Building Code
Uniform Mechanical Code
Uniform Plumbing Code
National Electrical Code
Life Safety Code – 101
National Fire Code
National Electrical Safety Code

1.07.4  The Contractor shall have a current copy of each of these documents available for use during the term of this contract.

1.07.5  If there is a conflict between these codes, regulations, and specifications, the most stringent requirements shall apply at all times.

1.08    MATERIALS FOR DESIGN:

1.08.1  Drawings:  The Government will furnish available blueprints of as-built drawings, which are pertinent to the facility/area involved in the Statement of Work to the Contracting Officer who, in turn will provide them to the Contractor.

1.08.2  The Government does not guarantee the accuracy or adequacy of the available as-built drawings.  The Contractor shall verify, by field investigation, all conditions and information relevant to the project, including dimensions, prior to the issuance of each task order.  This confirmation of accuracy shall enhance the quality of the task order's design.  The Contractor shall advise the Contracting Officer, or his/her authorized representative, in writing of any discrepancies prior to submitting the proposal.

1.08.3  Where exact locations are not given in the Statement of Work for the positioning of equipment, devices, and work; they shall be positioned to permit easy access for maintenance and for removal and replacement of component parts with Government approval.  The Contractor is responsible for the coordination and proper relation of the work with the existing surroundings.

1.09    EQUIPMENT/SUPPLIES:  The Contractor awarded this contract will be required to provide to the Government and to maintain the following equipment and programs at the Contractor's expense:

1.09.1  Electronic Format:  All electronic correspondence of information outside of e-mail shall be done in Microsoft Word, Microsoft Excel, or Microsoft Project.  Contractors and their personnel will not be granted access to Integrated Support Command Kodiak's Local Area Network (LAN).  All access to the World Wide Web (WWW) will be accomplished through the use of an independent internet contractor.  Access to the WWW is mandatory.  The Contractor shall establish and maintain a WWW website, throughout the duration of the contract, for

BEI0009
38599-0012

7

posting project related information, such as project schedules, milestone dates, site visit notes, and various project related activities.

1.09.2  Publications:  The Contractor shall provide the Government with the number of copies indicated below of the following publications, the latest edition, and any updates, for the life of the contract.  These publications shall be furnished to the Contracting Officer no later than 30 days after contract award and within 30 days of each exercised option year.  The cost of these publications will be priced as non-pre-priced items.

| Copies | Publication |
|---|---|
| 3 | R.S. Means Facilities Construction Cost Data |
| 2 | R.S. Means Mechanical Cost Data |
| 2 | R.S. Means Electrical Cost Data |
| 2 | R.S. Means Repair and Remodeling Cost Data |

These publications shall remain the property of the government.

1.09.3                          Communication Equipment:  The Contractor shall provide and maintain three way communications for (1) Project Management, (2) Project Site and (3) Coast Guard at all times.  This should be accomplished by providing all field contract staff with cellular telephones.  The Government provides such communication means for Government staff only.

1.10   DESIGN CERTIFICATION:  Design certification, in some projects, will be required to be certified by an appropriately registered State of Alaska Professional Engineer, employed or retained by the contractor.  This individual(s) shall have oversight of all project design and planning activities and must be promptly available to provide support and Professional Engineering certification when necessary.  The requirement for a professional engineer shall not be construed to imply that normal designs require professional engineering certification.  However, the possibility exists that unforeseen events or unexpected site conditions require modifications to the completed designs that will require proof of licensing (i.e., an Engineer's stamp) for the modification.  The Government anticipates less than five percent (5%) of the designs will require this type of modification.  However, when such conditions do occur, the contractor shall provide said proof for the discipline appropriate to the modification.  This requirement is not an additional cost under the contract and should not be included in the coefficient.  This requirement will be negotiated as a non-pre-priced item, and will be outlined from the Government in the task order statement of work.

1.11   RECORDING AND PRESERVING HISTORICAL AND ARCHAEOLOGICAL FINDS:  All items having any apparent historical or archaeological interest which are discovered in the course of any construction activities shall be carefully preserved.  The Contractor shall leave the archaeological find undisturbed and shall immediately report the find to the Contracting Officer, or his/her designated representative, so that the proper

BEI0010
38599-0012

authorities may be notified.

1.12    STANDARD PRODUCTS: Materials and equipment shall be standard products of a manufacturer regularly engaged in the manufacture of such products, which are of a similar material, design, and workmanship. The standard products shall have been in satisfactory commercial and/or industrial use for 2 years prior to use. The 2-year use shall include applications of equipment and materials under similar circumstances and of similar size. The 2-year experience must be satisfactorily completed by a product that has been sold or is offered for sale on the commercial market through advertisements, manufacturers' catalogs, or brochures. Products having less than a 2-year field service record will be acceptable, if a certified record of satisfactory field operation, for not less than 6,000 hours exclusive of the manufacturer's factory or laboratory tests, can be shown and approved by the Government. The Contractor shall not purchase "close-out" products that are being discontinued by the manufacturer.

1.13    PERFORMANCE OF WORK BY CONTRACTOR:

1.13.1    The Contractor shall perform on the site, and with its own organization, work equivalent to at least fifteen percent (15%) of the total amount of work to be performed under the contract. This percentage may be reduced by a supplemental agreement to this contract if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government.

1.13.2    The Contractor shall maintain an organizational chart showing the total organization, on site staff and engineering support team. The on site staff shall include the relationship of the Project Manager, Site Superintendent and Quality Control Inspector. A final organizational chart shall be provided to the government at the start of the contract and after any personnel changes.

1.13.3    The Organization chart shall provide clear, logical lines of authority from Program Manager to subcontracting management, demonstrating technical sufficiency, including site superintendents and quality control.

1.13.4    The Contractor shall provide a position description of the on site staff. This shall include a brief job description, qualifications, responsibilities and decision-making authority of each member.

1.13.5    The Contractor shall provide an on-site Project Manager, Site Superintendent and Quality Control Inspector. The Project Manager must provide on site decision-making authority.

1.13.5.1    On-Site Project Manager: It shall be the responsibility of the Contractor to provide a responsible Project Manager to represent the Contractor in all matters pertaining to work under this contract including, but not

BEI0011
38599-0012

limited to, construction, day-to-day coordination of activities, task order negotiations, control over employees and subcontractors, and coordination with local Coast Guard personnel. The Project Manager shall have the responsibility of overall contract management and shall not be assigned any other duties. He/she shall be available in person, by telephone, or radio to respond to any and all problems during normal working hours. The Contractor shall provide a detailed resume of the proposed Project Manager for review and approval by the Contracting Officer. If during the life of this contract, the Contractor changes or replaces the Project Manager, approval by the Contracting Officer is required.

1.13.5.2    On-Site Superintendent(s): It shall be the responsibility of the Contractor to provide a responsible On-Site Superintendent(s) to represent the Contractor in the field in all matters pertaining to this contract. He/she shall be available on site in person, by telephone, or radio to respond to any and all problems during normal working hours and shall not be assigned any other duties. The Contractor shall provide a detailed resume of the proposed on-site superintendent(s) for review and approval by the Contracting Officer. If during the life of this contract, the contractor changes or replaces the on-site superintendent(s), approval by the Contracting Officer is required

1.14    APPLICATION OF WAGE RATES AND FRINGE BENEFITS: For the application of the wage rates and fringe benefits contained in the Decision of the Secretary of Labor, attached to and a part of this contract, all work shall be considered Building Construction.

1.15    SAFETY: Compliance with the current U.S. Army Corps of Engineers "Safety and Health Requirements Manual", (EM 385-1-1); Occupational Safety and Health Act (OSHA) standards, 29 CFR Part 1926 – Safety and Health Regulations for Construction, and current ISC Kodiak safety regulations is mandatory. The prime Contractor shall be held responsible to insure that his/her workforce and any subcontractor or supplier workforce comply to the above safety requirements.

1.15.1    ISC Kodiak has a medical clinic on site. Should an injury occur, base medical staff can provide emergency medical treatment. Follow-on care after initial emergency treatment will not be provided. The Contractor will be required to reimburse the Government at an established rate for non-beneficiaries in accordance with Coast Guard Regulations.

1.15.2    Personal Safety: Adequate protection of all persons shall be provided at all times. Work shall proceed in a manner to prevent hazard.

1.15.3    Special Safety Requirements: The Contractor shall comply with Coast Guard and local fire regulations and NFPA 241-1986 "Safeguarding

BEI0012
38599-0012

Building Construction and Demolition Operations." Fire extinguishers rated and approved by the National Fire Protection Association, of sufficient size, type, and quantity to cope with all known hazards, shall be provided by the Contractor at the construction site during the execution of this contract; the extinguishers shall be removed upon acceptance of the project.

1.16    PARTNERING:

1.16.1                The Government intends to encourage the formation of a cohesive partnership with the Contractor. This partnership will be structured to draw on the strengths of each organization to identify and achieve reciprocal goals. The objective is effective contract performance in achieving completion within budget, on schedule and in accordance with plans and specifications.

1.16.2                After the Pre-construction conference, and on a mutually agreed upon date, the appropriate Contractor's key personnel and a maximum of ten (10) Government key personnel will attend a 1-day team-building workshop sponsored by the Contractor. Follow-up workshops of 1 or 2 days duration may be held periodically throughout the duration of the contract as agreed to by the Contractor and the Government. Costs for the Partnering sessions will be shared equally by the Contractor and the Government.

BEI0013
38599-0012

# GENERAL CONDITIONS

2.01                                LOCATION OF STAFF:  The Contractor will be required
to maintain an on-site project management staff, including, but not limited to, Project
Manager, Quality Control Inspector(s), and On-Site Superintendent(s), equipped with cellular
phone and electronic mail capabilities, to respond to the requirements set forth in this
contract.  The contractor will be responsible for providing an adequate temporary office
trailer, including mobilization costs for office set up after contract award and demobilization
costs for office removal at contract completion.  Space for the temporary structure is provided
at the Contractor's Office Park, previously the location of Building 53.  Additional
engineering staff may be established at an off-site location in close proximity to ISC Kodiak.

  2.01.1  Utilities:

      2.01.1.1  Water in quantities for minimum operations.  Contractor can connect to
                nearest existing Base service point as approved by the Contracting
                Officer's Representative.  This use is voluntary, and all connections,
                service lines and meters shall be made and removed at the expense of the
                Contractor.

      2.01.1.2  Electricity is available at the contractor's expense.  All connections,
                service lines and meters shall be made and removed at the expense of the
                Contractor.

      2.01.1.3  Sanitary facilities are not available at the Contractor's Office Park.  The
                Contractor is responsible for providing the necessary toilet facilities for
                his/her employees at the on-site office location at his expense.

2.02                                STAGING/OUTSIDE STORAGE AREA:  The location for
exterior stock piling of materials shall be arranged with the Contracting Officer's
Representative (COR) and Project Manager.  The Coast Guard will provide adequate lay-
down area as close to the project site or temporary office trailer as practicable.  The Coast
Guard will not provide covered storage/lay-down/staging areas to the Contractor.  The
Contractor shall be responsible for protecting materials stockpiled against weather, damage,
theft, and other risks of loss.  The Coast Guard assumes no responsibility for material or
equipment left in the storage area and recommends the Contractor provide temporary fencing
around all Contractor owned materials.  Use of the "Staging/Outside Storage Area" is
voluntary, and all site improvements shall be made and removed at the expense of the
Contractor.

  2.02.1                            Fence:  The Contractor shall maintain the staging/outside
            storage area as a fenced area for the term of the contract.  Fence will be 6 feet high
            privacy fence to avoid any unsightly material or equipment stockpiles.  Exact
            location will be negotiated prior to construction.

BEI0014
38599-0012

2.02.2          Sign:  At the Outside Storage Area, the Contractor shall erect a sign (exact sign standards will be provided by the Government after contract award) that will prominently display the company's name and phone number and the words "JOC Contractor."

2.02.3          Housekeeping:  The Contractor shall perform normal housekeeping functions, at the Contractor's expense, inside and outside his/her facilities and at the Staging/Outside Storage Area as directed by the Contracting Officer.  Such functions include snow and ice removal, sweeping, mopping, dusting, disposal of accumulated waste materials and rubbish, and other operations necessary to present a neat appearance at all times.  Contractor facilities shall conform to base standards, including the color of the temporary office space.  All rubbish and waste materials shall be removed daily and shall be placed in approved containers outside the building where designated.  Trash disposal will be at the Contractor's expense.  The Contractor shall not allow grass/weeds within the staging/outside storage area to exceed six inches in height.

2.03          VEHICLES, PASS AND IDENTIFICATION, SECURITY
REQUIREMENTS:

2.03.1  Search, Inspection, and Seizure:  All vehicles, personnel, and hand-carried items, entering or exiting any base control point, or while on the base, are subject to search and inspection and seizure of any prohibited item, at any time.  Random, unannounced, and regular searches and inspections can be conducted.  These searches and inspections are intended to assure prohibited articles are not introduced into, and government property is not removed from the base or its facilities.  These delays will not be charged to the Government, as they are to be expected entry procedures for the installation.  Delays entering the installation can be experienced during military exercises and increased threat postures; the contractor assumes all liabilities associated with such delays.

2.03.2  Parking:  Parking of the Contractor's vehicles shall be restricted to the area of work.  The company name shall be prominently displayed on all construction vehicles parked where work is being accomplished.

2.03.3  Driver's Licenses:  All persons entering or working on ISC Kodiak that are required to operate a motor vehicle shall possess a valid State of Alaska Driver's License.  For personnel operating specialized equipment, a Commercial Drivers License (CDL) is required as appropriate.

2.03.4  Seatbelts:  The use of seatbelts by all vehicle operators and passengers is mandatory on ISC Kodiak.  Vehicle operators caught not wearing seatbelts will lose their driving privileges, subject to laws governing Military and Civilian Employees.

13

BEI0015
38599-0012

2.03.5   On-base contractor employees shall ensure the following pass and identification items required for contract performance, are obtained for employees and non-government owned vehicles.

2.03.6   Visitor/Vehicle Pass, will be issued by the Military Police, Pass and Identification Office, upon proof of employment, insurance, ownership of vehicle, certified State of Alaska vehicle emissions tag, and a valid drivers license as authorized by the contracting officer.

2.03.7   Retrieving Identification Media.  The contractor shall retrieve all identification media, including vehicle passes from employees who depart for any reason before the contract expires; e.g., terminated for cause, retirement, etc.

2.03.8   Traffic Laws.  The contractor and its employees shall comply with base traffic regulations.

2.03.9   Key Control.  The contractor shall establish and implement methods of making sure all keys issued to the contractor by the Government are not lost or misplaced and are not used by unauthorized persons.  The contractor shall not duplicate any keys issued by the Government.

2.03.9.1   The contractor shall immediately report to the Contracting Officer any occurrences of lost or duplicated keys.

2.03.9.2   In the event keys, other than master keys, are lost or duplicated, the contractor may be required, upon written direction of the Contracting Officer, to re-key or replace the affected lock or locks without cost to the government.  The government may, however, at its option, replace the affected lock or locks or perform re-keying and deduct the cost of such from the monthly payment due the contractor.  In the event a master key is lost or duplicated, the government shall replace all locks and keys for that system and the total cost deducted from the monthly payment due the contractor.

2.03.9.3   The contractor shall prohibit the use of keys, issued by the government, by any persons other than the contractor's employees and the opening of locked areas by contractor employees to permit entrance of persons other than contractor employees engaged in performance of contract work requirements in those areas.

2.03.10  Lock Combinations:  The contractor shall control access to all government provided lock combinations to preclude unauthorized entry.

2.04          CONTRACTOR'S TELEPHONE:

BEI0016
38599-0012

14

2.04.1 Upon Award: At the beginning of the contract, prior to telephone installation, the Contractor shall provide the Contracting Officer with a telephone number at which the Contractor, or his/her representative, may be contacted at any time during standard working hours.

2.04.2 Telephone Service: With the Contractor located on Base the Contractor shall have temporary telephone service line(s) installed at the office site. A company with compatible hook-ups to existing systems shall be the installation agent and shall be consulted prior to installing any telephone equipment.

2.04.3 Contract Completion: At the completion of the contract, all temporary telephone equipment shall be removed at the expense of the Contractor.

2.04.4 Costs: All costs incurred as a result of the telephone installation and service shall be borne by the Contractor.

2.04.5 Emergency Phone Number: An after standard hours emergency telephone number for the Contractor shall be provided to the Contracting Officer or his/her authorized representative. Updates shall be provided to the Contracting Officer, or his/her authorized representative, in a timely manner.

2.05  EMPLOYEE STANDARDS: The Contracting Officer may, in writing, require the Contractor to remove from the site any employee the Contracting Officer deems incompetent, careless, or otherwise objectionable. The following shall apply:

2.05.1 All work under this contract shall be performed in a skillful, workmanlike, and professional manner.

2.05.2 Proper Attire: Improper attire, i.e. attire not providing sufficient safety protection and a professional appearance (minimum of long trousers, shirt and shoes) will be reported to the Ground Safety Office and the Contracting Officer respectively. In addition, no profane, illegal, offensive or discriminatory language/symbols shall be displayed.

2.05.3 Subcontractors: The Government shall not exercise any supervision or control over the Contractor's employees performing service under this contract; such employees shall be accountable not to the Government, but solely to the Contractor, who in turn, is responsible to the Government.

2.06  PROHIBITED ITEMS: Certain items are prohibited on base. Personnel who are found to be in possession of prohibited items will be challenged and the item confiscated pending an investigation. Personnel in possession of prohibited items are subject to disciplinary action, withdrawal of access authorization, or arrest and prosecution. The following non-government owned items are prohibited on base, unless an exception is noted:

BEI0017
38599-0012

2.06.1 Smoking is permitted in designated, outside smoking areas only. No smoking will be allowed within any base facility.

2.06.2 Alcohol, controlled substances, including illegal drugs and associated paraphernalia, except for prescription medicine, are prohibited.

2.06.3 Firearms, ammunition, and other dangerous or deadly weapons, explosives or incendiary devices.

2.06.4 Pets, wild or domestic.

2.06.5 Other items prohibited by local, state, or federal law.

2.06.6 Other items prohibited by ISC Kodiak instructions and regulations, Coast Guard instructions, or DoT regulations.

2.07 GOVERNMENT FURNISHED EQUIPMENT/MATERIALS (GFE/M): Government furnished materials will not be provided to the Contractor as a general rule. However, the government reserves the right to use GFE/M on any task order. In such cases, the Contractor shall receipt for these materials and the non-pre-priced line item material cost shall be excluded from the price of the task order. The Contractor shall follow the instructions of the Contracting Officer's representative regarding the disposition of all government-furnished property not consumed in performance of the task order.

2.07.1 Property Administrator: The Base Facility Engineer, or his/her authorized representative, is designated as the Property Administrator for Government Furnished equipment/material to be furnished to the Contractor for performance under this contract.

2.07.2 Transportation: The Contractor, with his own forces, shall transport all Government furnished equipment/materials (GFE/M), if any, described on the task order. The equipment/material shall be transported from the Government storage area to the work site indicated on the task order.

2.07.3 Contractor Responsibility: The Contractor assumes the risk and responsibility for the loss or damage to the Government-furnished property.

2.08 GOVERNMENT LIABILITY: The Government shall not be liable for any loss or damage to the Contractor's property, including stock or for expense incidental to such loss or damage. Suspected theft shall be reported to the Military Police as soon as possible.

2.09 WORK:

BEI0018
38599-0012

16

2.09.1 Scheduling:  Schedule work to minimize interference with any on-site housing residents and the facilities normal operations.  Before any of the work is initiated under any individual task order, the Contractor shall confer with the Contracting Officer, or his/her authorized representative(s), and agree on:  a sequence of procedure; means of access to premises and building; space for storage of materials and equipment; delivery of materials and use of approaches; use of corridors, stairways, elevators, and means of communications; and the location of partitions, eating spaces, and restrooms for Contractor's employees.  The Contractor shall also develop and maintain, throughout the life of the contract, a Master Schedule showing all active projects (i.e. projects under construction, projects awarded but construction start pending, projects not under construction but still active due to close-out documents pending such as O&M Manuals, As-Builts, etc.).

2.09.2 Permits:  The Contractor is responsible for acquisition of all permits required by ISC Kodiak, State, and Federal Governments, to include Dig Permits and Work Clearance Request.  Required permits may include, but are not limited to, environmental permits, such as asbestos disposal documents and storm drainage permits, transportation permits, and welding permits.  The Contractor shall obtain a welding permit from the Base Fire Chief 72 hours prior to performing any welding by a certified welder.

2.09.3 Concealed Work:  All items of work to be concealed shall be Government inspected prior to concealment.  Contractor shall notify the Contracting Officer's Representative (COR) and/or Government Construction Inspector's (CI's) of his/her intention to conceal, a minimum of 24 hours in advance and no items shall be concealed until the contractor has received approval to do so from the COR/CI's.

2.09.4 Furniture Moving:  Furniture and portable office equipment in the immediate area shall be moved by the Contractor and replaced to original position as identified in each task order upon completion of the work.  If the work required by the task order will not allow furniture and portable office equipment to be replaced to its original position, new locations will be designated by the Contracting Officer or the Contracting Officer's Representative for replacement by the Contractor.  This work will be identified in the Task Order as a line item.

2.09.5 Material Delivery:  Delivery of materials and equipment shall be made with a minimum of interference to Government operations and personnel.  All deliveries shall be made to the Contractor, not to the Government, unless specifically stated otherwise in the task order statement of work.

2.09.5.1 Incoming Supplies:  The Contractor shall coordinate with suppliers and shippers to ensure incoming materials are properly identified with the Contractor's name, contract number, and task order description.  Also, a

BEI0019
38599-0012

designated individual shall be identified to receive shipments. No
covered storage area is available for the Contractor's use.

2.09.6   Material Testing: The Contractor shall notify the Contracting Officer or the
Contracting Officer's Representative a minimum of 24 hours in advance of when
and where testing is to be performed so the Government will have the option of
witnessing the test.

2.09.7   Site Fencing And Mowing: When safety dictates, as defined by the government,
the Contractor shall provide and maintain, at his expense, adequate orange snow
fencing around each work site; all site storage areas are considered a part of the
work site and should be controlled in such a fashion that safety is paramount.
When grass/weeds exceed six inches in height, all areas contained within each
task order shall be mowed. Snow fencing on pavement shall be supported by
weighted orange barrels. The contractor is responsible for maintaining all newly
sod/seeded areas established due to the work performed by the contractor for a
period not to exceed one (1) growing season at no additional cost to the
government.

2.09.8   Area: The work shall, so far as practicable, be done in definite sections or
divisions and confined to limited areas which shall be completed before work in
other sections or divisions is begun in each individual task order.

2.09.9   Occasionally weather dictates early release, late report, or complete base closure
resulting in absence of ISC Kodiak personnel. When such weather conditions
cause one of the above situations, contractor personnel will be denied access to
the base, unless they have been notified by the Contracting Officer that their
contract service has been determined essential. Denied access in these situations
will result in no additional cost to the Government and no additional
compensation to the Contractor.

2.09.10  Elevators: Any temporary use of an existing elevator shall be by arrangement
through the Contracting Officer's Representative and subject to his/her controls.
Such use will be of an intermittent nature. The Contractor shall provide and
maintain suitable and adequate protection covering for the elevator machinery, the
hatchway entrance, and the interior of elevator during the period of temporary use.
Loads in excess of the rated capacity of the elevator will not be permitted. On
completion of the work, the Contractor shall remove the protection coverings
together with any resultant dirt and debris, and leave the equipment in a condition
equal to or better than that in which it was found.

2.09.11  Toilet Facilities: Contractor's personnel will be permitted to use existing toilet
facilities, if available, on the work premises unless disapproved by the
Contracting Officer or his/her designated representative, on an individual task
order basis. If toilet facilities are not available then the Contractor shall provide

BEI0020
38599-0012

portable restroom units for his employees on the job site at his expense.

2.09.12 Security At The Work Site:  Whenever facility security is breached to perform work required under this contract, the Contractor will be responsible for providing temporary measures in order to assure security is maintained at the level existing prior to construction.  The Contractor shall provide adequate protection at his cost against vandalism and theft for all parts of the building wherever work under this contract is performed.  This may include such security items as fencing around a facility or closing all openings in a structure during non-working hours.  If vandalism or theft occurs as a result of contractor negligence, it will be the responsibility of the contractor to repair or replace lost or damaged materials, equipment, or facilities.

2.09.13 Equipment On The Work Site:  The contractor shall store all supplies and equipment on the project site so as to preclude theft or damage.  The contractor is responsible for securing all their equipment left on the work site.  The contractor shall cover equipment that is to remain in-place within the area of work and protect it against loss or damage.  Equipment temporarily removed shall be protected, cleaned, and replaced equal to its condition prior to starting work.  Security for equipment and material that is to be reused and is removed for temporary storage shall be the sole responsibility of the Contractor.  Contractor shall maintain the work site in a safe and orderly manner.

2.09.14 Fill Materials:  Excess fill material, including rock, gravel, sod, broken concrete or asphalt, plaster, etc., shall be hauled off ISC Kodiak grounds and disposed of in accordance with applicable state and local regulations.  Additional fill material shall be hauled to the site from off the ISC Kodiak grounds as a necessary part of the work.

2.09.15 Roadways:

2.09.15.1 Cleanliness Of Paved Surfaces:  When paved surfaces are jointly used by the Coast Guard and Contractor, the Contractor shall keep all paved surfaces, such as runways and taxiways, clean at all times and, specifically, free from small stones which might damage aircraft propellers.

2.09.15.2 Hauling:  Loose debris on trucks leaving the site shall be loaded in a manner that will prevent dropping of materials on streets and conform to local ordinances and laws.  Fasten suitable cover, such as a tarpaulin, over the load before entering surrounding streets.  The Contractor shall be responsible for cleaning up materials that fall from trucks immediately after he becomes aware of it.

2.09.15.3 Load Limits On Pavement:  Vehicle traffic on concrete pavement shall

BEI0021
38599-0012