be restricted to equipment with pneumatic tires.

2.09.16 Traffic Control: The Contractor shall insure proper warnings to motorists and adequate traffic control. All signs, warning lights, barricades, and other traffic control devices shall be provided by the Contractor at his expense.

2.09.17 Upkeep And Work Adjacent To Roads And Highways: In addition to the requirements in Contract Clause entitled "Operations and Storage Areas," (FAR 52.236-10 Apr 1984) the Contractor shall comply with the following requirements: Where the construction work is on or adjacent to, or involves hauling over public or private roads, streets, or highways, as herein referred to as "roads," the said roads shall, except as otherwise specified or directed, be kept open for traffic at all times during the construction period. Further, the Contractor shall, during said construction, provide, erect and maintain warning signs, lanterns or torches or other safety devices and, when necessary, provide flagmen for protection of traffic to the satisfaction of the Contracting Officer and local authorities. The Contractor shall keep the right-of-way of the roads free of debris that might be caused to accumulate thereon by his operations, and upon completion of the work, shall clean up the said roads and repair any damage to the roads occasioned by his operations under this contract to the satisfaction of the Contracting Officer and the Highway Department. The drainage from the roads shall not be obstructed by the construction work. The Contractor shall be responsible for obtaining and paying for all permits required for operation on all roads.

2.09.18 Cleanup And Disposal Of Debris: At the end of each work day, the Contractor shall clean the work area and stack building materials in a neat manner as approved by the Contracting Officer or his/her designated representative. Contractor shall ensure that trash is contained and not allowed to be blown around by the wind. Upon completion of the work, the Contractor shall ensure that all dirt, trash and debris resulting from construction operations is removed from the work area. Disposal of debris shall be made by the Contractor at his/her expense. All debris shall be delivered to a state approved sanitary landfill.

2.09.19 Precautionary Measures. It is the contractor's responsibility to take all necessary precautions to minimize delays resulting from weather conditions. This may include, but is not limited to, trenching, protective covering(s), temporary structures (walls to prevent mud slides), etc.

2.10 AIRFIELD REQUIREMENTS:

2.10.1 The Contractor shall coordinate with the Contracting Officer's Representative for construction restrictions involving the flightline, taxiway, and runway areas and shall comply with Coast Guard regulations.

2.10.2 Government provided two-way VHF radio contact shall be maintained with Base Operations and all vehicles, equipment, Contractor and Subcontractor personnel working on the flightline, taxiways, and runways. The frequency shall be addressed at the Pre-Construction Conference.

2.11 UTILITIES SERVICES:

2.11.1 Government Provision: Available water and electricity for Task Orders may be used in reasonable quantities in this work at no cost to the Contractor. The Contractor shall make arrangements for such services with the Contracting Officer or his/her designated representative. Should utilities not exist it is the Contractor's responsibility to provide them if necessary.

2.11.2 Contractor-Caused Outage: It is the responsibility of the Contractor to make all appropriate notifications to facilities, residents and building occupants of any anticipated utility outages. All temporary outages of any utility services required for the performance of work shall be *scheduled* through the Contracting Officer's Representative no less than seven (7) calendar days in advance of outages. Requests shall be made in writing to the Contracting Officer. Requests shall stipulate specific utility system(s) (and circuits) to be affected, the location of the work, the time at which the shutdown will occur, and the duration of the outage for each system. Outages shall be kept to a minimum both in number and duration. Where multiple outages are required, as many outages as can be accurately scheduled shall be submitted as a group. In addition to verbal notification, the Contractor shall post written notifications visual to occupants 24 hours in advance of scheduled outages.

2.11.2.1 In the event of a contractor caused utility failure/disruption, the Contractor will first make the area safe, then immediately contact the Contracting Officer's Representative and the Contracting Officer.

2.11.2.2 If the damaged utilities are previously known or were shown to the contractor, or there is negligence on his part, the utilities will be repaired by the Contractor in a timely manner at no cost to the Government. Should the Contractor opt not to fix the damage, it can be repaired by the Government and billed to the Contractor.

2.11.3 Government Responsibility: The Government will approve service tie-in points, disconnect and reconnect utility service for Contractor tie-ins. Connections to these tie-in points shall be the responsibility of the Contractor.

2.11.4 Interruption Of Service: The Government may not be held responsible for interruptions of utility service and will not be liable for Contractor delays, damages, or increased costs occasioned by any interruption of service.

BEI0023
38599-0012

2.11.5 Contractor Responsibility: The Contractor shall be responsible for installing and maintaining temporary cords, lines, or other equipment in a safe condition. Only compatible adapters shall be utilized for hydrant connections. A hydrant wrench of correct size shall be used to control the flow. Temporary connections to fire hydrants shall be disconnected at the end of each work day. The temporary connections shall be controlled with an auxiliary valve such that the hydrant remains at a full-open or full-closed position, and a backflow preventer.

2.11.6 Prior to Final Acceptance: All temporary cords, lines, or other equipment shall be removed and the existing outlets and lines restored to the condition existing prior to the start of construction.

2.11.7 Existing Utility Verification: The locations, sizes, and types of all utility lines shown on the Plans are for informational purposes only and are not to be relied upon without verification by exploratory digging. The Contractor shall verify the field location of all existing underground utilities in service within the immediate area of any proposed construction, which may conflict with existing utilities. No less than ten (10) working days written notice shall be given (see paragraph 2.11.8) by the Contractor for locating and flagging of existing utilities. The Contractor shall excavate exploratory trenches in the presence of representatives from all utility companies and the Contracting Officer's Representative. The trench shall be a minimum of three (3) feet wide and excavated to a depth at least two feet below the respective construction shown on the plans, or deeper if directed by the Contracting Officer's Representative. Hand digging, probing, sonic, electronic or magnetic detection devices and techniques shall precede machine excavation. It is the responsibility of the Contractor to protect all utilities which are to remain in service for the duration of the project construction, or until their abandonment is directed by the Contracting Officer's Representative.

2.11.8 Excavation permits: The Contractor shall obtain and process a written dig permit before starting any excavation on this project. Contractor shall allow a minimum of ten (10) working days from date of application to process the dig permit.

2.11.9 Protection Of Utility Lines: It shall be the Contractor's responsibility to protect all existing utility lines from damage during excavation for utilities systems. Any damage resulting to existing utility systems shall be repaired by the Contractor, to the satisfaction of the Contracting Officer, at no additional cost to the Government.

2.11.9.1 Existing buried utility lines will be marked to delineate a four (4) foot area of liability. Any damage done to an existing line within two (2) feet of the flag shall be repaired by the Contractor. If the damage occurs outside the area, the Contracting Officer's Representative will assume responsibility for needed repairs.

2.11.10 Operation Of All Hydrants And Valves On The Base Water Distribution System: The contractor shall not open and close any valves unless granted approval from the Base Fire Chief and after notifying the Contracting Officer's Representative. In an emergency (water main break) the Contractor may close a valve and immediately notify the Fire Department and Contracting Officer's Representative.

2.12 SURVEY MARKERS: Reference is made to Contract Clause titled "Permits and Responsibilities" (FAR 52.236-7). The Contractor shall be responsible for removing and relocating survey markers affected by individual task orders. Relocation shall be performed by a professional registered Land Surveyor or supervised by the same. Carefully maintain all benchmarks, monuments, and other survey reference points. If it is necessary to disturb or destroy a benchmark, monument, or survey reference point, notify the Contracting Officer's Representative before proceeding. Any benchmark, monument, or other survey reference point already disturbed or destroyed requires immediate notification by the Contractor to the Contracting Officer's Representative. All disturbed or destroyed bench marks, monuments, or other survey reference points shall be restored to their original location as nearly as possible, or as otherwise directed by the Contracting Officer. When a benchmark, monument, or other survey reference point is restored, the record of the survey shall indicate the deviation from the original location. Field notes shall be recorded in hardbound field books, which shall become property of the Government.



BEI0025
38599-0012

## TASK ORDER PROCEDURES

3.01 CONTRACT ADMINISTRATION: Administration of the task orders under this contract will be performed by Facilities Design and Construction Center Pacific (FD&CC Pac) located in Seattle, Washington. No changes, deviations, or waivers shall be effective without a modification of the contract or task orders executed by the Contracting Officer authorizing such changes, deviations, or waivers.

3.01.1 Correspondence Identification: All correspondence and data submitted by the Contractor under this contract shall reference the Project Number, Task Order Number and Project Name.

3.01.2 Adjustments To Basic Prices: The Contracting Officer will include the current Davis-Bacon wage determination with the exercise of each option, and the Contractor will be required to pay those rates. The pricing database (RS Means) shall be updated annually, and line item costs will be based on those updates. The Contractor shall bear the cost of Means Pricing Guide Software updates.

3.02 ORDERING PROCEDURES:

3.02.1 Notification of Contractor: As the need exists for performance under the terms of this contract, the Contracting Officer, or his/her authorized representative, will notify the Contractor of a new requirement. The Contractor shall receive a preliminary Task Order package consisting of a Statement of Work (SOW) and preliminary sketches or advance concept drawings. The typical level of detail will be approximately 35% design, depending on the complexity of the particular project.

3.02.2 Site Visit: A site visit will be completed in the company of the Contracting Officer's Representative and/or Construction Inspector, Facility Engineering Division representatives, and other Government personnel as necessary, as well as the Contractor's Project Manager, Quality Control Inspector, Site Superintendent, and other Contractor or Subcontractor personnel as necessary. The purpose of the visit is to review the preliminary task order package and identify site constraints, environmental issues, customer coordination requirements, and define materials and quality guidelines. Any changes to the preliminary task order package as a result of the site visit, will be documented by the Contractor in a Site Visit Memorandum and incorporated into the final Task Order package by the Government.

3.02.3 Request For Proposal (RFP): Within five (5) working days after conducting the site visit, the Contracting Officer will issue a Request For Proposal, which will include the final Task Order package incorporating all changes and information resulting from the site visit.

BEI0026
38599-0012

3.02.4 Contractor's Proposal: Upon receipt of the final Task Order package and within fourteen (14) working days, the Contractor shall prepare and submit his/her cost proposal for accomplishment of the task. The RSMeans *Facilities Construction Cost Data* shall serve as the basis for establishing the value of the work to be performed on a unit price basis.

3.02.4.1 The Contractor's cost proposal will be prepared in sufficient detail to allow the Contracting Officer to conduct a thorough review and evaluation of the Contractor's proposal. Single total, lump sum cost estimates for a total job are not acceptable. Major, significant components of work and all non-pre-priced items will be identified in this cost proposal.

3.02.4.2 Costs of items in Division 1 of the RSMeans *Facilities Construction Cost Data* base are already included in the line item cost extension for that item. Therefore, such items as small tools, and other Division 1 items not specifically included below are to be considered as included in the coefficient and the line item extended price. The following items from Division 1 of the RSMeans *Facilities Construction Cost Data* base *shall not be included* in the coefficient and may be added or used as separate and distinct line items when preparing estimates for Task Orders:

3.02.4.2.1.1 Section 01107-700: "Surveying"
3.02.4.2.1.2 Section 01450-500: "Field Testing"
3.02.4.2.1.3 Section 01540-750: "Scaffolding" items under Construction Aids
3.02.4.2.1.4 Section 01540-755: "Scaffolding Specialties" under Construction Aids
3.02.4.2.1.5 Section 01590: "Equipment Rental" (this may be used only if the other line item chosen does not include equipment necessary to perform the work).

3.02.4.3 Non-pre-priced work to be included in each task order may be proposed by the Contractor or Government.

3.02.4.4 The Contractor's proposal must be supported by necessary documentation to indicate that adequate engineering and planning to accomplish the requirement have been done. Examples of documentation that might reasonably be expected would include drawings, calculations, catalog cuts, specifications, architectural renderings, etc.

3.02.4.5 The time allowed for submittal of the Contractor's proposal for non-emergency individual requirements will be 14 working days from date of

issuance of RFP by the Contracting Officer.

3.02.5 Negotiations: Upon receipt of the Contractor's proposal, the Government will review the proposal for completeness, use of the proper line items of work, review pricing and the necessity of non-pre-priced line items. The Contracting Officer or authorized representative will negotiate with the Contractor the appropriateness of selected line items, quantities required for all pre-priced and non-pre-priced items, and the performance time. The Government will negotiate with the Contractor where there is disagreement. After agreement is reached, the Contracting Officer will issue a Task Order for performance of work.

3.03 NON-PRE-PRICED WORK: (a) Facilities engineering tasks that are not specifically included in the Means Facilities Construction Cost Data base, but that are within the basic intent and general scope of the contract. (b) Facilities engineering tasks that are included in the Means Facilities Construction Cost Data base, but require adjustment because of unusual site conditions, which differ materially from those ordinarily encountered and generally inherent in the character of the work provided for in the contract. (c) Longshoremen and Harbor's Worker's Act Insurance Costs. Non-pre-priced items may be negotiated by the Contracting Officer and added by modification at any time during the contract period. Added items of work shall be incorporated into and made a part of the delivery order and shall be performed at the negotiated unit price and multiplied by the applicable coefficient bid by the Contractor. Previously non-pre-priced work items may subsequently be added to the contract as pre-priced items for use on additional task orders.

3.03.1 Non-Pre-Priced Items: Non-pre-priced work to be included in an individual requirement must be proposed by the Contractor in a format acceptable to the Government. All non-pre-priced items shall be negotiated on an individual basis. The non-pre-priced item shall be determined by three (3) written estimates from verifiable sources (market surveys, published price list, catalog prices, subcontractor quote or estimate, etc.) provided by the Contractor to the Contracting Officer for verification and approval. Contractor's discounts and Contractor list prices shall be passed onto the Government. The non-pre-priced item shall be multiplied by the appropriate coefficient.

3.04 JOC PROJECT ESTIMATING:

3.04.1 Line items in the RS Means Pricing Data Base are not negotiable as it pertains to the production rate for labor, materials and equipment of the line items.

3.04.2 Negotiation may occur between the Government and the Contractor; however, that negotiation will involve only decisions concerning which particular line item is most correct for the particular item of performance and the number of units required in order to fulfill the request for performance.

3.04.3 Sample Calculation:

**THIS IS AN EXAMPLE ONLY**

**SAMPLE CALCULATION OF BOTH PRE-PRICED & NON-PRE-PRICED WORK**

Job Location Kodiak

CONTRACTOR'S PROPOSAL

| | Mean's Item # | Description | Quant | Unit | Materials | Equipment | Hrs | Labor | Ttl mat'l/Eqp | Ttl labor | Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Means Prime & Subcontractor Work** | | | | | | | | | | | |
| 1 | 163-260-0300 | Switchboard w/600A Main Lugs Only | 1 | ea | $ 2,850.00 | | | $ 560.00 | $ 2,850 | $ 560 | $ 3,410 |
| 2 | 163-266-0160 | Branch/Feeder Circuit Breaker - 30A/1P | 6 | ea | $ 58.50 | | | $ 30.00 | $ 351 | $ 180 | $ 531 |
| 3 | 163-266-0170 | Branch/Feeder Circuit Breaker - 30A/2P | 4 | ea | $ 97.50 | | | $ 34.50 | $ 390 | $ 138 | $ 528 |
| 4 | 161-165-0640 | #1/0 Copper Conductor | 2 | CLF | $ 47.00 | | | $ 67.00 | $ 94 | $ 134 | $ 228 |
| 5 | 160-205-5140 | 3" EMT Conduit | 150 | LF | $ 5.70 | | | $ 4.81 | $ 855 | $ 722 | $ 1,577 |
| 6 | 016-420-2700 | 100KW Generator Rental; 1 week | 1 | ea | | $ 490.00 | | | $ 490 | $ - | $ 490 |
| 7 | | Tax on Items 1 - 5 (6%) | 1 | jb | $ 183.52 | | | | $ 184 | $ - | $ 184 |
| | | **Subtotal Prime & Sub Work** | | | | | | | $ 5,214 | $ 1,734 | $ 6,947 |
| | | Weighted Average City Cost Index for work in Ketchikan; subtotal X 1.301 | | | | | | | | | 9,038.08 |
| **Non-Pre-Priced Work** | | | | | | | | | | | |
| 8 | | Generator Fuel | 100 | gal | $ 1.70 | | | $ - | $ 170 | $ - | $ 170 |
| 9 | | Label distribution Board (electrician) (Labor X Installation Wtd Avg CCI of 1.042) | 1 | jb | $ 10.00 | | 4.0 | $ 31.31 | $ 10 | $ 125 | $ 135 |
| 10 | | Disassemble temp Power (elect.) (Labor X Installation Wtd Avg CCI of 1.042) | 1 | jb | $ - | | 2.0 | $ 31.31 | $ - | $ 63 | $ 63 |
| 11 | | Disassemble temp Power (com. laborer) (Labor X Installation Wtd Avg CCI of 1.042) | 1 | jb | $ - | | 2.0 | $ 21.10 | $ - | $ 42 | $ 42 |
| | | **Subtotal Non-Pre-Priced Work** | | | | | | | | | $ 410 |
| | | **Summary** | | | | | | | | | |
| | | **Means Prime & Subcontractor Work** | | | | | | | | | $ 9,038 |
| | | **Non-Pre-Priced Work** | | | | | | | | | $ 410 |
| | | **Subtotal** | | | | | | | | | $ 9,448 |
| | | **Total** (Subtotal X Contractor's Coefficient of 1.01) | | | | | | | | | 9,542.63 |

## 3.05 MEETINGS AND CONFERENCES:

3.05.1 Pre-Construction (PreCon) Meeting: A meeting attended by designated representatives of the Government, the Contractor and Customer after project award but before the start of work to discuss all aspects of the required work for a delivery order.

3.05.2 Weekly Meetings: A weekly meeting between the Contractor's Project Manager, Quality Control Inspector(s), Site Superintendent(s), other Contractor staff as necessary, the Government's Project Manager, Contracting Officer's Representative, Government Construction Inspectors (CI's), and Facility Engineering Division personnel shall be held to discuss project status for each task order, any problems and scheduling of work.

3.05.3 Safety Assurance:

3.05.3.1 Safety Meeting: The Contractor shall keep a Safety Meeting log of weekly meetings held with his/her employees on Safety, and the

BEI0029
38599.0012

government has the right to inspect it at any time. Representatives of the Contractor shall meet with the Contracting Officer's Representative prior to the start of repair, alteration or construction activities for the purpose of reviewing the Contractor's safety and health programs and discussing implementation of all safety and health provisions pertinent to the work to be performed under the contract. The Contractor shall be prepared to discuss, in detail, the measures he/she intends to take in order to control any unsafe or unhealthy conditions associated with the work to be performed under the contract. This meeting may be held in conjunction with the pre-construction conference. The level of detail for the safety meeting is dependent upon the nature of the work and the potential inherent hazards. The Contractor's principal on site representative(s), the general superintendent, and his/her safety representative(s) shall attend this meeting.

3.06 RECORD DRAWINGS: During the progress of the work, the Contractor shall keep a careful record at the job site of all changes and corrections from the layouts shown on the drawings, if applicable. The Contractor shall enter such changes and corrections on contract or record drawings promptly as neat red line changes to keep the record drawings current and submit drawings to the Contracting Officer in accordance with the schedule provided in the task order. The record drawings shall indicate, in addition to all changes and corrections, the actual location of all subsurface utility lines. In order that the location of these lines and appurtenances may be determined in the event the surface openings or indicators become covered over or obscured, the record drawings shall show, by offset dimensions to two (2) permanently fixed surface features, the end of each run including each change in direction. Valves, splice boxes, and similar appurtenances shall be located by dimensioning along the utility run from a reference point. The depth below the surface of each run shall also be recorded. At the time of beneficial occupancy of each structure or facility involved under the contract, the Contractor shall submit to the Contracting Officer as-built prints showing the aforementioned data. If the Contractor fails to maintain the record drawings as required herein, the Contracting Officer shall consider that satisfactory progress has not been achieved for the period in question. Request for final payment will not be approved until the marked prints are delivered to the Contracting Officer.

3.06.1 CAD Drawing Requirements: All drawings shall be prepared in accordance with USCG COMMANDANT INSTRUCTION 11000.1, Section 7e. (dated June 24, 1996), and the USCG Application and Standards Manual, Technical Report CADD-97 (dated June 1997). These documents will be provided to the Contractor by the Contracting Officer after contract award.

3.06.2 CADD Standards: All drawing for Schematic design phases, and beyond must be produced using the Coast Guard CE-CADD Version 6.11c1 standards in conjunction with AutoCAD Release 14. The AutoCAD Release 14 ".DWG" format will be the only file format acceptable. The CE-CADD software

and manual are publicly available for downloading from the USCG Civil Engineering Technology Center. The website address is: www.uscg.mil/mlclant/cetc Contractors are encouraged to visit this website to familiarize themselves with Coast Guard CADD standards and requirements.

3.06.2.1 Exceptions:

3.06.2.1.1 North Arrows: Use a cross hair type north arrow showing both compass north and project north. *This symbol is not available in the CE-CADD package.* Use the following example. Each plan view must include a north arrow (Site and Vicinity plans, Floor Plans, Roof Plans, etc.).




3.06.2.1.2 Section and Detail References: Section and detail reference markers shall be a three-part symbol as shown below. *This symbol is not available in the CE-CADD package.*




3.06.2.1.3 Layering: Layering per the U.S. National CAD Standard (formally AIA CAD Layering Standard) shall also be acceptable.

3.06.2.1.4 Drawing File Names: Do not use the CE-CADD file naming convention. Use the following file naming convention for all submitted drawings:

**Project Number _ Sheet Number**
Examples: 13X02123_A5.dwg
13X02123_A12.dwg

Use underscores to separate project number from sheet number. Dashes, dots, tildes and etc. will not be accepted.

3.06.2.2 Sheet Borders and Title Blocks: The use of CE-CADD sheet borders and title blocks is mandatory. Borders (ANSI A through ANSI E sizes) can be accessed through the CE-CADD software or by downloading from the FD&CC Pacific web site. FD&CC Pacific uses title block attributes to populate a drawing database, the information must be correct and consistent. DO NOT "RENAME" OR "EXPLODE" THE SHEET BORDER, this will cause the attribute information to be corrupted. Contact the Coast Guard Project Manager for the correct title block format and information. Files and

instructions can be found on the FD&CC Pacific Web site.

3.06.2.3 Sheet Naming: Use only the single character discipline designator as shown on page 21 of the CE-CADD Manual. Do not use dashes between the discipline identifier and the sheet number.








3.06.2.4 Submission Format for Electronic Files: At the conclusion of each task order the Contractor shall submit electronic documentation, with transmittal, in one single three ring binder to the Contracting Officer, as follows:

3.06.2.4.1 All drawing files as they appear in the submitted printed form on CD-ROM disk in a plastic sleeve. External references, if used, must be bound to the parent file before submittal. Each drawing file will be organized so that the entire sheet can be plotted in one operation. The CD disk shall be labeled with "Project Number - Project Name", Contract # - Task Order #", design status (i.e. record) and submittal date. "Zip" tapes will not be accepted.

3.06.2.4.2 8 1/2" x 11" sheet(s) index indicating drawing list and file names.

3.06.2.4.3 8 1/2" x 11" print of each drawing in the submittal.

3.06.2.4.4 Clearly mark the binder on its front panel with "Project Number - Project Name", "Contract # - Task Order #", design status (i.e. Record...), and submittal date. An 8 1/2" x 11" print of the title sheet is acceptable. Mark the binder side panel with "Project Number - Project Name", "Contract # - Task Order #", only.

3.06.2.4.5 For Record (as-built) drawing submittals, two sets of documentation are required.

3.07 NOTIFICATION OF START AND COMPLETION OF WORK:

3.07.1 The Contractor shall notify the Contracting Officer's Representative in writing seven (7) calendar days prior to construction start of each individual task order to allow the Government sufficient time to notify the applicable using organization, customer or residents.

3.07.2 Pre-Final Inspection: Prior to requesting a Final Inspection, the Contractor shall request a Pre-Final Inspection. The request shall be made in writing, electronic mail requests are authorized, 10 calendar days prior to the anticipated date of the Pre-Final Inspection. The Pre-final Inspection will be conducted at least seven (7) calendar days prior to the final inspection date with the Government inspector, the contractor's quality control representative, the contractor's project manager, and any technical experts or other parties as deemed necessary by the Government. Any discrepancies noted during the pre-final

inspection will be corrected prior to the final inspection. If discrepancies are noted during the pre-final inspection the Contractor shall state in writing a date when the discrepancies will be corrected and upon completion of the discrepancy correction will notify the Contracting Officer or his/her representative in writing that the discrepancies have been corrected and request a final inspection.

3.07.3 Notice of Completion of Task Order: When the Contractor is ready for the final inspection, he/she will request the inspection in writing to the Contracting Officer five (5) working days before the desired date.

3.07.4 Final Inspection: The Final Inspection will be performed, no later than seven (7) calendar days prior to the end of the performance period of each task order, with the Contractor by the Government Inspector and other pertinent Government and contractor personnel. If any discrepancies are found, the final inspection becomes a pre-final inspection. Accepted projects will be fully operational for the purpose intended. As-builts and Operation and Maintenance (O&M) Manuals shall be submitted the date the final inspection is made. In the event the as-built submittal is disapproved, it will be resubmitted within seven (7) calendar days after disapproval.

3.08 RECYCLING AND DISPOSAL OF REFUSE: With the exception of materials specifically indicated or specified to be salvaged for reuse in construction, or turned over to the Government, all refuse, excess or waste materials, resulting from construction operations shall become the property of the Contractor and shall be recycled and/or disposed of off Government property. All disposal shall be done in accordance with federal, state, and local laws and regulations. No viewing or sale of materials and/or equipment shall be allowed on Government property

3.09 CLOSEOUT OF TASK ORDER: The closing out of various features of the contract shall not exceed thirty (30) calendar days after the date of the Final Inspection. The Contractor's specific submittals and items required for closeout may include, but are not limited to, Operation and Maintenance Manuals (O&M), training, spare parts, equipment list, guarantees, warranty certificates and points of contact for warranty purposes, approved as-built shop drawings.

3.09.1 The following is a general list of the various types of closeout materials and the data required for each.

3.09.1.1 O&M Manuals:

3.09.1.1.1 Manual Format & Size: Identify each volume with printed title on the spine and front cover as follows:

**OPERATION AND MAINTENANCE MANUAL**
USCG ISC Kodiak, Alaska



BEI0033
38599-0012

Manual Format:
(a) Size 8-1/2 inches x 11 inches
(b) Paper 20 pound minimum, white
(c) Text manufacturer's printed data
(d) Drawings provide reinforced punched binder tab, bind with text pages (fold large drawings to size of text pages)
(e) Binders Provide commercial quality three-ring binders (**D-Ring binders**) with durable and cleanable plastic covers, maximum ring size of two-inch. When multiple binders are used, correlate the data into related groupings

3.09.1.1.2 Manual Content: Provide the following:

3.09.1.1.2.1 List of each product showing name an/or other identifying symbol, local source of supply for parts replacement, subcontractor's name, address, and telephone number.

3.09.1.1.2.2 A copy of all field test results done for each system.

3.09.1.1.2.3 Product Data: include only those sheets which are pertinent to the specific product, annotate each sheet to clearly identify specific product or part installed, data applicable to installation, and delete inapplicable information.

3.09.1.1.2.4 Drawings: supplement product data with drawings as necessary to clearly illustrate relations of component parts of equipment and systems, coordinate drawings with information on as-built shop drawings to assure correct illustration of completed installation.

3.09.1.1.2.5 Service Information: provide a copy of each warranty, provide an information sheet for government personnel with proper

procedures in event of a failure, provide an information sheet for government personnel explaining instances which might affect validity of warranties.

3.09.1.1.3 Types of Information Included: Include specific instructions, procedures, and illustrations as follows:

3.09.1.1.3.1 Operating Instructions: include specific instructions, procedures, and illustrations.

3.09.1.1.3.2 Safety Precautions: list personnel hazards and equipment or product safety precautions for all operating conditions.

3.09.1.1.3.3 Operator Pre-Start: include requirements to set up and prepare each system for use, startup, shutdown, and post-shutdown procedures - include a control sequence for each of these operations.

3.09.1.1.3.4 Normal Operations: include control diagrams with data to explain operation and control of systems and specific equipment.

3.09.1.1.3.5 Emergency Operations: include emergency procedures for equipment malfunctions to permit a short period of continued operation or to shut down the equipment to prevent further damage to systems and equipment. Include emergency shutdown instructions for fire, explosion, spills, or other foreseeable contingencies. Provide guidance on emergency operations of all utility systems including valve locations and portions of systems controlled.

3.09.1.1.3.6 Operator Service Requirements: include instructions for services to be performed by the operator such as lubrication, adjustments, and inspection.

3.09.1.1.3.7 Environmental Conditions: include a list of environmental conditions (temperature, humidity, and other relevant data), which are

best suited for each product or piece of equipment and describe conditions under which equipment should be allowed to run.

3.09.1.1.4 Maintenance Instructions: Include the following information for preventive and scheduled maintenance to minimize corrective maintenance and repair.

3.09.1.1.4.1 Lubrication data: a table showing recommended lubricants for specific temperature ranges and applications, charts with a schematic diagram of the equipment showing lubrication points, recommended types and grades of lubricants, and capacities, a lubrication schedule showing service interval frequency.

3.09.1.1.4.2 Corrective Maintenance: include manufacturer's recommendations on procedures and instructions for correcting problems and making repairs.

3.09.1.1.4.3 Preventative Maintenance Plan and Schedule: manufacturer's schedule for routine preventative maintenance, inspections, tests, and adjustments required to ensure proper and economical operation and to minimize corrective maintenance and repair, manufacturer's projection of preventative maintenance man-hours on a daily, weekly, monthly, and annual basis including craft requirements by type of craft.

3.09.1.1.4.4 Troubleshooting Guides and Diagnostic Techniques: include step-by-step procedures to promptly isolate the cause of typical malfunctions, describe clearly why the checkout is performed and what conditions are to be sought, identify tests or inspections and test equipment required to determine whether parts and equipment may be reused or require replacement.

3.09.1.1.5 Wiring and Control Diagrams: Provide a complete and accurate depiction of the actual job specific wiring and

control work. On diagrams, number the electrical and electronic wiring and pneumatic control tubing and the terminals for each type identically with actual installation numbering.

3.09.1.1.6 Removal and Replacement Instructions: Using a combination of text and illustrations, include step-by-step procedures and list required tools and supplies for removal, replacement, disassembly, and assembly of components, assemblies, subassemblies, accessories and attachments. Provide tolerances, dimensions, settings, and adjustments required.

3.09.1.1.7 Contractor information: Provide a list that includes the name, address, and telephone number of the General Contractor and each Subcontractor installing the product or equipment. Include local representatives and service organization most convenient to the project site. Provide the name, address, and telephone number of the product or equipment manufacturers.

3.09.1.1.8 Testing equipment and special tool information: Include information on test equipment required to perform specified tests and on special tools needed for the operation, maintenance, and repair of components.

3.09.1.1.9 Parts Identification: Identify parts by make, model, serial number, and source of supply to allow reordering without further identification. Provide clear and legible illustrations, drawings, and exploded views to enable easy identification of the items. When illustrations omit the part numbers and description, both the illustrations and separate listings must show the index, reference, or key number, which will cross-reference the illustrated part to the listed part. Group parts shown in the listings by components, assemblies, and subassemblies.

3.09.1.2 Training Requirements: Provide length of training required (1 day, 2 days, etc.), date scheduled, date training was held, attendance list, and instructors name and qualifications. Training shall be conducted within ten (10) working days after project completion. It is preferred by the Government, but not required by the Contractor, to provide all instructions in conjunction with the Final Inspection.

3.09.1.2.1 The contractor shall furnish the services of competent

instructors to give full instructions to designated government personnel in the adjustment, operation, maintenance, and safety requirements of all equipment and systems installed. Submit a proposed outline and time requirements for approval. Training shall include hands on experience whenever necessary to ensure full understanding by participants.

3.09.1.2.2 Instructions shall cover installation, connection, start-up, operation, shutdown, troubleshooting, maintenance, lubrication, overhaul operations, and emergency procedures at a minimum, and include any other topics required to provide personnel with a full and complete understanding of the equipment and systems.

3.09.1.2.3 Each instructor must be thoroughly familiar with all parts of the installation and trained in operating theory as well as practical operation and maintenance work. Use manufacturer's representatives where practical. Instructors will use approved O&M manuals, or other information available from the manufacturers, as reference material during training.

3.09.1.2.4 Coordinate scheduling of training with the Project Manager (PM) and Facilities Engineer (FE). Unwitnessed instructions or instructions given to non-designated personnel will not constitute compliance with these requirements.

3.09.1.3 Spare Parts and Supply Lists: Include lists of spare parts and supplies required for maintenance and repair to ensure continued service or operation without unreasonable delays. List spare parts and supplies that have a long lead time.

3.09.1.4 Final As-Built Submittals: As defined in 3.06.

3.09.1.5 Warranty information. List and explain the various warranties and include the servicing and technical precautions prescribed by the manufacturers or contract documents to keep warranties in force.

3.09.1.5.1 Not later than the date the final invoice is submitted, the Contractor shall provide a listing to the Contracting Officer identifying as a minimum: the Task Order Number, Project Number and Project Title; the location of work (Building number or structure), extent of the work accomplished (e.g.,

entire roof or 1st floor remodel, etc.), the date of final acceptance by the Government; and the date, 1 year from acceptance, each warranty will expire.

3.09.1.5.2 In connection with these requirements, the Contractor shall be responsible for all call-outs on warranty work. The Contractor will then be responsible to ensure that the warranty work is completed. Response times for call-outs on warranty work are as follows: For urgent calls, the contractor shall respond within 24 hours of notification and initiate corrective action within 48 hours. For emergency calls, the contractor shall respond within 2 hours of notification and initiate corrective action within 24 hours. Contractor names, addresses, and telephone numbers for day, night, weekend, and holiday warranty service responses shall be furnished to the Contracting Officer and also posted at a conspicuous location in each mechanical and electrical room or close to the unit. This submittal may be provided to the contracting officer upon project completion.

3.09.1.5.3 Compliance with this paragraph does not relieve the Contractor of any responsibility in connection with providing specific warranties and/or guarantees as required by this contract.

3.09.1.5.4 In the event the Contractor or his designated representative fails to commence and diligently pursue any warranty work required, within a reasonable time after notification, the Government shall have the right to have the work performed by others, and after completion make demand for reimbursement of any and all expenses incurred by the Government while performing the work, including, but not limited to, administrative expenses.

3.09.1.5.5 Warranty repair work which arises to threaten the health or safety of personnel or the safety of property or equipment will be handled by the Contractor on an immediate basis as directed verbally by the Contracting Officer. Failure of the Contractor to respond as verbally directed will be cause for the Contracting Officer to have the warranty repair work performed by other and to proceed against the Contractor as outlined above.

3.09.1.6 During the phase-out period, the incumbent Contractor shall be fully

responsible for completion of all delivery orders and warranty periods issued within the contract term.

3.10 CONTRACTOR-FURNISHED EQUIPMENT DATA: Prior to final inspection and acceptance of the work, the Contractor shall submit the data mentioned in the following subparagraphs.

3.10.1 Equipment List: An itemized equipment list showing unit retail value and nameplate data including serial number, model number, size, manufacturer, etc., for all Contractor-furnished items of mechanical equipment, electrical equipment, and fire protection systems installed under this contract.

3.10.2 Guarantees: A list of all equipment items that are specified to be guaranteed accompanied by a copy of each specific guarantee therefore. For each specific guaranteed item, a name, address, and telephone number shall be shown on the list and warranty sticker for subcontractor who installed equipment, equipment supplier or distributor and equipment manufacturer. The completion date of the guarantee period shall correspond to the applicable specification requirements for each guaranteed item.

3.10.3 Warranty Stickers: The Contractor shall furnish and place equipment warranty stickers on all warranted equipment in the location designated by the Contracting Officer's representative.