# SUBMITTAL PROCEDURES

4.01    SUBMITTAL CLASSIFICATIONS: Submittals are classified as follows:

4.01.1        Government Approved: Governmental approval is required for critical materials, deviations, equipment whose compatibility with the entire system must be checked, and other items as designated by the Contracting Officer. Within the terms of the Contract Clause entitled "Specifications and Drawings for Construction," they are considered to be "shop drawings".

4.01.2        Re-Certification: If the contractor intends to use previously approved materials or equipment, a letter certifying the specific material or equipment in lieu of a submittal is acceptable. Certification letter will contain the delivery order number and one (1) copy of the approved submittal.

4.02    APPROVED SUBMITTALS: The Contracting Officer's approval of submittals shall not be construed as a complete check, but will indicate only that the general method of construction, materials, detailed and other information are satisfactory. Approval will not relieve the Contractor of the responsibility for any error that may exist, as the Contractor under the Contractor Quality Control (CQC) requirements of this contract is responsible for dimensions, the design of adequate connections and details, and the satisfactory construction of all work. After submittals have been approved by the Contracting Officer, no re-submittal for the purpose of substituting materials or equipment will be considered, unless accompanied by an explanation of why a substitution is necessary.

4.03    DISAPPROVED SUBMITTALS: The Contractor shall make all corrections required by the Contracting Officer and furnish a corrected submittal. Corrected submittals shall be submitted within three (3) working days, after receipt of the disapproved submittal. The Contractor shall re-submit the corrected submittal in the form and number of copies specified for the initial submittal. If the Contractor considers any correction indicated on the submittals to constitute a change to the contract, a notice in accordance with the Contract Clause "Changes" shall be given promptly to the Contracting Officer.

4.04    GENERAL: The Contractor shall make submittals as required by the Task Order Scope of Work and/or drawings. The Contracting Officer may request submittals, in addition to those specified, when deemed necessary to adequately describe the work covered in the respective sections. Units of weights and measures used on all submittals shall be the same as those used in the contract drawings. Each submittal shall be complete and in sufficient detail to allow ready determination of compliance with contract requirements. Prior to submittal, all items shall be checked and approved by the Contractor's Quality Control (CQC) representative and each item shall be stamped, signed, and dated by the CQC representative indicating action taken. Proposed deviations from the contract requirements shall be clearly identified. Submittals shall include items such as: Contractor's, manufacturer's, or fabricator's drawings; as-built drawings; descriptive literature including, but not limited to, catalog cuts, diagrams, operating charts or curves;

39

BEI0041
38599-0012

test reports; test cylinders; samples; O&M manuals (including parts list); certificates of compliance; hazardous material identification (i.e. MSDS's); statements of procedures; warranties; and other such required submittals. Submittals requiring Government approval shall be scheduled and made prior to the acquisition of the material or equipment covered thereby.

4.04.1        Definitions:

4.04.1.1  Catalog Cuts:  Catalog cuts shall contain manufacturer's description, specifications and sketches of the material and equipment provided. The catalog cut shall contain sufficient information, which can be used to determine compliance with these specifications. Submit catalog cuts as required by the task order. Clearly indicate selected item and components being proposed.

4.04.1.2  Certificates of Compliance:  Certificates of compliance shall be signed by an authorized officer of the manufacturing company furnishing the material which states that the material being furnished meets all requirements of these specifications and referenced specifications. Submit certificates of compliance as required by the task order.

4.04.1.3  Samples:  Submit samples that include color, pattern, style, etc. as required by the task order.

4.04.1.4  Shop Drawings:  Submit shop drawings if required by the task order. Drawings shall indicate layouts, dimensions, materials, and other information required to fully describe the items being installed. When required by the task order, in addition to shop drawings for approval, submit one reproducible set of as-built shop drawings at completion of work.

4.04.1.5  Statements of Procedure:  Prepare and follow job-specific detailed procedure statements for aspects of the project requiring special attention. The statements shall indicate all methods and materials to be used for proper execution of the work. The statements shall also indicate any limiting criteria and scheduling requirements. All personnel shall be briefed on and thoroughly familiar with these procedure statements. Prepare and use statements of procedures for the following:

4.04.1.5.1    Asbestos Removal

4.04.1.5.2    Lead Paint or Ceramic tile glazes containing lead

4.04.1.5.3    Scaffolding

BEI0042
38599-0012

4.04.1.5.4    Selective Demolition

Additional statements of procedures may be required for other types of work. Any additional statements needed will be specified in future task orders.

4.04.1.6  Standard Compliance:  When materials or equipment must conform to the standards of organizations such as the American Society for Testing and Materials (ASTM), and Underwriter's Laboratories (UL), proof of such conformance shall be submitted to the Contracting Officer for approval.  If an organization uses a label or listing to indicate compliance with a particular standard, the label or listing will be acceptable evidence.  In lieu of the label or listing, submit a certificate from an independent testing organization, which is competent to perform the test.  The certificate shall state that the item has been tested in accordance with the specified organization's standard.

4.04.1.7  Test Results:  Submit test results as required by the task order.

4.04.1.8  Permits and Certificates:  Submit copies of all permits and certificates as required by task orders.

4.04.1.9  Hazardous Material Identification:  See Paragraph 7 of this Section.

4.04.1.10 As-Built Drawings:  See Paragraph 3 of this Section.

4.04.1.11 Operation and Maintenance (O&M) Manuals:  See Paragraph 3 of this Section.

4.05    MATERIAL APPROVAL SUBMITTAL FORM (Form CGJOC-01)

4.05.1        The Contractor shall fill out and submit a Material Approval Submittal (Form CGJOC-01) listing items of equipment and materials that are required by the specifications; this list may not be all inclusive and additional submittals may be required.  Submit the material submittals and shop drawings to the Contracting Officer for approval within ten (10) calendar days after issuance of the Notice to Proceed for each task order.

4.05.2        Submittal Procedure:  Submittals shall be made as follows:

4.05.2.1  Procedures: The Contractor shall submit to the Contracting Officer for approval two (2) copies of all submittals. Items not to be submitted in duplicate, such as samples and test cylinders, shall be submitted to the Contracting Officer accompanied by two (2) copies of Form CGJOC-01 (Material Approval Submittal).

BEI0043
38599-0012

4.05.2.2 Scheduling: Submittals covering component items forming a system or items that are interrelated shall be scheduled to be coordinated and submitted concurrently. Certifications to be submitted with the pertinent drawings shall be so scheduled.

4.05.2.3 Submittal Logs (Form CGJOC-02) shall be submitted by the Contractor at the time the initial cost proposal is presented to the Contracting Officer.

4.05.2.4 Allow five (5) calendar days for government review of submittals. Review time shall commence upon satisfactory receipt of all information required to completely and thoroughly evaluate the submittal. Time shall start anew for each submittal and any required resubmissions.

4.06    CONTROL OF SUBMITTALS: The Contractor shall carefully control his procurement operations to ensure that each individual submittal is made on or before the Contractor scheduled submittal date.

4.07    GOVERNMENT APPROVED SUBMITTALS: Upon completion of review of submittals requiring Government approval, the submittals will be identified as having received approval by being so stamped and dated. One copy of the submittal will be returned to the Contractor.

42

BEI0044
38599-0012

# QUALITY CONTROL

5.01    GENERAL: The Contractor is responsible for quality control and shall establish and maintain an effective quality control system in compliance with the Contract Clause entitled "Inspection of Construction." The quality control system shall consist of plans, procedures, and organization necessary to produce an end product that complies with the contract requirements. The system shall cover all construction operations, both on-site and off-site, and shall be keyed to the proposed construction sequence.

5.02    PAYMENT: Separate payment will not be made for providing and maintaining an effective Quality Control program, and all costs associated therewith shall be included in the contractor coefficient.

5.03    QUALITY CONTROL PLAN:

5.03.1    General: The Contractor shall furnish for review by the Government, not later than 30 calendar days after contract award, the Contractor Quality Control (CQC) Plan proposed to implement the requirements of the Contract Clause entitled "Inspection of Construction" FAR 52.246-12. The plan shall identify personnel, procedures, control, instructions, test, records, and forms to be used. Construction will be permitted to begin only after acceptance of the CQC Plan by the Contracting Officer.

5.03.2    Content of the CQC Plan: The CQC plan shall include, as a minimum, the following to cover all construction operations, both on-site and off-site, including work by subcontractors, fabricators, suppliers, and purchasing agents:

5.03.2.1 A description of the quality control organization, including a chart showing lines of authority and acknowledgment that the CQC staff shall implement the three phase control system (Paragraphs 5.06.1, 5.06.2, 5.06.3) for all aspects of the work specified. The staff shall include a CQC system manager who shall report to the project manager or someone higher in the Contractor's organization. Project manager in this context shall mean the individual with responsibility for the overall management of the project including quality and production.

5.03.2.2 The name, qualifications (in resume format), duties, responsibilities, and authorities of each person assigned a CQC function. Any replacements must have similar qualifications.

5.03.2.3 A copy of the letter to the CQC System Manager signed by an authorized official of the firm which describes the responsibilities and delegates sufficient authorities to adequately perform the functions of the CQC System Manger, including authority to stop work which is not in compliance with the contract. The CQC System Manager shall issue letters of direction to all other various quality control representatives outlining duties, authorities, and responsibilities. Two copies of each of

BEI0045
38599-0012

these letters will also be furnished to the Contracting Officer.

5.03.2.4 Procedures for scheduling, reviewing, certifying, and managing submittals, including those of subcontractors, off-site fabricators, suppliers, and purchasing agents. These procedures shall be in accordance with Section entitled SUBMITTAL PROCEDURES.

5.03.2.5 Control, verification, and acceptance testing procedures for each specific test to include the test name, specification paragraph requiring test, feature of work to be tested, test frequency, and person responsible for each test. Laboratory facilities utilized will be state approved.

5.03.2.6 Procedures for tracking preparatory, initial, and follow-up control phases and control, verification, and acceptance tests including documentation.

5.03.2.7 Procedures for tracking construction deficiencies from identification through acceptable corrective action. These procedures will establish verification that identified deficiencies have been corrected.

5.03.2.8 Procedures for managing subcontractors, tracking deficiencies and the means of correcting such deficiencies.

5.03.2.9 Reporting procedures, including proposed reporting formats.

5.03.2.10 A list of the definable features of work. A definable feature of work is a task that is separate and distinct from other tasks and has separate control requirements. It could be identified by different trades or disciplines, or it could be work by the same trade in a different environment. Although each section of the specifications may generally be considered as a definable feature of work, there are frequently more than one definable feature under a particular section. This list will be agreed upon during the coordination meeting.

5.03.3     Acceptance of Plan: Acceptance of the Contractor's plan is required prior to the start of construction. Acceptance is conditional and will be predicated on satisfactory performance during the construction. The Contracting Officer reserves the right to require the Contractor to make changes in his CQC plan and operations including removal of personnel, as necessary, to obtain the quality specified.

5.03.4     Notification of Changes: After acceptance of the CQC plan, the Contractor shall notify the Contracting Officer in writing a minimum of seven (7) calendar days prior to any proposed change. Proposed changes are subject to acceptance by the Contracting Officer.

BEI0046
38599-0012

5.04    QUALITY CONTROL ORGANIZATION:  The Contractor shall identify an individual within his organization at the worksite who shall be responsible for overall management of CQC and have the authority to act in all CQC matters for the Contractor.  This CQC System Manager shall be on the site at all times during construction and will be employed by the Contractor, except as noted in the following:  an alternate for the CQC System Manager will be identified in the plan to serve in the event of the System Manager's absence.  The requirements for the alternate will be the same as for the designated CQC Manager.

5.04.1  CQC Organizational Staffing:  The Contractor shall provide a CQC staff which shall be at the worksite at all times during progress, with complete authority to take any action necessary to ensure compliance with the contract.

5.04.1.1  CQC Staff:  Following are the minimum requirements for the CQC staff. These minimum requirements will not necessarily assure an adequate staff to meet the CQC requirements at all times during construction. The actual strength of the CQC staff may vary during any specific work period to cover the needs of the work period.  When necessary for a proper CQC organization, the Contractor will add additional staff at no cost to the Government.  This listing of minimum staff in no way relieves the Contractor of meeting the basic requirements of quality construction in accordance with contract requirements.

5.04.1.2  CQC System Manager: The CQC System Manager shall be an experienced construction person with a minimum of five years experience in related work.  The CQC System Manager *shall be assigned no other duties.*

5.05    SUBMITTALS:  Submittals shall be made as specified in Section entitled SUBMITTAL PROCEDURES.  The CQC organization shall be responsible for certifying that all submittals are in compliance with the contract requirements before submitting to Government.

5.06    CONTROL:  The controls shall include at least three phases of control to be conducted by the CQC System Manager for all definable features of work, as follows:

5.06.1  Preparatory Phase:  This phase shall be performed prior to beginning work on each definable feature of work and shall include:

5.06.1.1  A review of each paragraph of applicable specifications.

5.06.1.2  A review of the contract drawings.

BEI0047
38599-0012

5.06.1.3 A check to assure that all materials and/or equipment have been tested, submitted, and approved.

5.06.1.4 A check to assure that provisions have been made to provide required control inspection and testing.

5.06.1.5 Examination of the work area to assure that all required preliminary work has been completed and is in compliance with the contract.

5.06.1.6 A physical examination of required materials, equipment, and sample work to assure that they are on hand, conform to approved shop drawings or submitted data, and are properly stored.

5.06.1.7 A review of the appropriate activity hazard analysis to assure safety requirements are met.

5.06.1.8 Discussion of procedures for constructing the work including repetitive deficiencies. Document construction tolerances and workmanship standards for that phase of work.

5.06.1.9 A check to ensure that the portion of the plan for the work to be performed has been accepted by the Contracting Officer.

5.06.1.10 The Government shall be notified at least 48 hours in advance of beginning any of the required action by the preparatory phase. This phase shall include a meeting conducted by the CQC System Manager and attended by the superintendent, other CQC personnel (as applicable), and the foreman responsible for the definable feature. The results of the preparatory phase actions shall be documented by separate minutes prepared by the CQC System Manager and attached to the daily CQC report. The Contractor shall instruct applicable workers as to the acceptable level of workmanship required in order to meet contract specifications. Exact location of initial phase shall be indicated for future reference and comparison with follow-up phases.

5.06.2 Initial Phase: This phase shall be accomplished at the beginning of a definable feature of work. The following shall be accomplished:

5.06.2.1 A check of preliminary work to ensure that it is in compliance with contract requirements. Review minutes of the preparatory meeting.

5.06.2.2 Verification of full contract compliance. Verify required control inspection and testing.

5.06.2.3 Establish level of workmanship and verify that it meets minimum

BEI0048
38599-0012

acceptable workmanship standards.

5.06.2.4  Check safety to include compliance with and upgrading of the safety plan and activity hazard analysis. Review the activity analysis with each worker.

5.06.2.5  The initial phase should be repeated for each new crew to work on-site, or any time acceptable specified quality standards are not being met.

5.06.3  Follow-up Phase:  Daily checks shall be performed to assure continuing compliance with contract requirements, including control testing, until completion of the particular feature of work. The checks shall be made a matter of record in the CQC documentation. Final follow-up checks shall be conducted and all deficiencies corrected prior to the start of additional features of work, which may be affected by the deficient work. The Contractor shall not build upon or conceal non-conforming work.

5.06.4  Additional Preparatory and Initial Phases:  As determined by the Contracting Officer, additional preparatory and initial phases may be conducted on the same definable features of work if the quality of on-going work is unacceptable, if there are changes in the applicable CQC staff, on-site production supervision or work crew, if work on a definable feature is resumed after a substantial period of inactivity, or if other problems develop.

5.07    TESTS:

5.07.1  Testing Procedure:  The Contractor shall perform specified or required tests to verify that control measures are adequate to provide a product which conforms to contract requirements. Testing includes operation and/or acceptance tests when specified. The Contractor shall procure the services of an approved testing laboratory or establish an approval testing laboratory at the project site. The Contractor shall perform the following activities and record and provide the following data to the Contracting Officer in writing in duplicate:

5.07.1.1  Verify that testing procedures comply with contract requirements.

5.07.1.2  Verify that facilities and testing equipment are available and comply with testing standards.

5.07.1.3  Check test instrument calibration data against certified standards.

5.07.1.4  Verify that recording forms and test identification control number system, including all of the test documentation requirements, have been prepared.

BEI0049
38599-0012

5.07.1.5 Results of all tests taken shall be submitted in duplicate to the Contracting Officer for approval as a submittal. Both passing and failing tests, will be recorded on the CQC report for the date taken. Specification paragraph reference, location where tests were taken, and the sequential control number identifying the test will be given. If approved by the Contracting Officer, actual test reports may be submitted later with a reference to the test number and date taken. An information copy of tests performed by an off-site or commercial test facility will be provided directly to the Contracting Officer. Failure to submit timely test reports as stated may result in nonpayment for related work performed and disapproval of the test facility for this contract.

5.07.2 Testing Laboratories:

5.07.2.1 Capability Check: The Government reserves the right to check laboratory equipment in the proposed laboratory for compliance with the standards set forth in the contract specifications and to check the laboratory technician's testing procedures and techniques. Laboratories utilized for testing soils, concrete, asphalt, and steel shall meet criteria detailed in ASTM D 3740 and ASTM E 329.

5.07.3    Laboratory: The Government reserves the right to utilize the Contractor's control testing laboratory and equipment to make assurance tests and to check the Contractor's testing procedures, techniques, and test results at no additional cost to the Government.

5.07.4 Furnishing or Transportation of Samples for Testing: Costs incidental to the transportation of samples or materials will be borne by the Contractor.

5.08    COMPLETION INSPECTION: At the completion of all work or any increment thereof established by a completion time stated in the Special clause entitled "Commencement, Prosecution, and Completion of Work," or stated elsewhere in the specifications, the CQC System Manager shall conduct an inspection of the work and develop a "punch list" of items which do not conform to the approved drawings and specifications. Such a list of deficiencies shall be included in the CQC documentation, as required by 5.10 below, and shall include the estimated date by which the deficiencies will be corrected. The CQC System Manager or staff shall make a second inspection to ascertain that all deficiencies have been corrected and so notify the Government for a pre-final inspection. These inspections and any deficiency corrections required by this paragraph will be accomplished within the time stated for completion of the entire work or any particular increment thereof if the project is divided into increments by separate completion dates.

5.09    DOCUMENTATION: The Contractor shall maintain current records

BEI0050
38599-0012

providing factual evidence that required quality control activities and/or tests have been performed. These records shall include the work of subcontractors and suppliers and shall be on an acceptable form that includes, as a minimum, the following information:

5.09.1    Contractor/subcontractor and their area of responsibility.

5.09.2    Operating plant/equipment with hours worked, idle, or down for repair.

5.09.3    Work performed each day, giving location, description, and by whom.

5.09.4    Test and/or control activities performed with results and references to specifications/drawings requirements. The control phase should be identified (Preparatory, Initial, Follow-Up). List deficiencies noted along with corrective action.

5.09.5    Submittals reviewed, with contract reference, by whom, and action taken.

5.09.6    Job safety evaluations stating what was checked, results, and instructions or corrective actions.

5.09.7    Instructions given/received and conflicts in plans and/or specifications.

5.09.8    Contractor's verification statement: These records shall indicate a description of trades working on the project; the number of personnel working; weather conditions encountered; and any delays encountered. These records shall cover both conforming and deficient features and shall include a statement that equipment and materials incorporated in the work and workmanship comply with the contract. The Contractor shall keep these records on file in the on-site office trailer. The Contracting Officer's Representative will perform daily checks of the records to assure they are being completed and maintained on file. Reports shall be signed and dated by the CQC System Manager. The report from the CQC System Manager shall include copies of test reports and copies of reports prepared by all subordinate quality control personnel.

5.10    NOTIFICATION OF NONCOMPLIANCE: The Contracting Officer shall notify the Contractor in writing of any detected noncompliance with the foregoing requirements. The Contractor shall take immediate corrective action after receipt of such notice. Such notice, when delivered to the Contractor at the worksite, shall be deemed sufficient for the purpose of notification. If the Contractor fails or refuses to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the time lost, due to such stop orders, shall be made the subject of claim for extension of time or for excess costs or damages by the Contractor.

BEI0051
38599-0012

BEI0052
38599-0012

## MISCELLANEOUS

6.01    DRAINAGE:  Grading and excavating shall be done in a manner to prevent standing water in all cases.

6.02    EMERGENCY OUTAGES:  The Contractor shall notify the Contracting Officer's Representative immediately when an emergency outage of a utility occurs.  No outage shall exceed four (4) hours in duration.  The Contractor shall bear the cost for all repairs.

6.03    SECURITY FENCE WORK:  Any digging under the security fence due to contractor operations shall be backfilled by the end of the contractor's workday so that no breach of physical security is present overnight.  All excavations underneath the security fence shall be backfilled or barricaded in a manner acceptable to the Contracting Officer's Representative prior to the end of each workday or when the Contractor leaves the immediate work site.

6.04    SECURITY LIGHTING/COMMUNICATION OUTAGES:  All outages of the existing security lighting system must be coordinated seven (7) working days in advance through the Contracting Officer and must not exceed four (4) hours in duration.  The security lighting system must be functional at all times during hours of darkness.  Work on this lighting system must be scheduled and performed in stages with this requirement in mind.  Lighting, being replaced by new lighting, cannot be deactivated until the new system is proven completely functional unless otherwise coordinated through the Contracting Officer.

6.05    COORDINATION WITH HOUSING TENANTS:  All projects associated with Government Housing shall be coordinated closely with the Contracting Officer's Representative, Base Facilities Engineering Division and Local Housing Authority.  No work shall commence until work plans and coordination efforts with the housing tenants are clearly defined and approved by the Contracting Officer's Representative.  All work will be scheduled to minimize disruption to the housing tenants.

BEI0053
38599-0012

## SAFETY, HEALTH, AND ENVIRONMENTAL PROTECTION

7.01            GENERAL:  Provide and maintain environmental protection controls as outlined in the following paragraphs.  Comply with all Federal, State, and local regulations pertaining to water, air, and noise pollution.

7.02            APPLICABLE PUBLICATIONS:

7.02.1            The publications listed below form part of this specification to the extent referenced.  They are referred to in the text by the basic designation only.

7.02.1.1 Environmental Protection Agency (EPA) Regulations:

40 CFR 61    National Emission Standards for Asbestos
40 CFR 204   Noise Emission Standards for Construction Equipment
40 CFR 248   Guideline for Federal Procurement of Building Insulation Products Containing Recovered Materials
40 CFR 249   Guideline for Federal Procurement of Cement and Concrete Containing Fly Ash
40 CFR 261   Identification and Listing of Hazardous Waste
40 CFR 262   Standards Applicable to Generators of Hazardous Waste
40 CFR 263   Standards Applicable to Transporters of Hazardous Waste
40 CFR 761   Polychlorinated Biphenyl (PCB) Manufacturing, Processing, Distribution in Commerce, and Use Prohibitions

7.02.1.2 U.S. Department of Labor Occupational Safety and Health Administration (OSHA) Regulations:

29 CFR    1910.120 Hazardous Waste Operations
29 CFR    1926.1101 Asbestos
29 CFR    1926.62 Lead

7.02.1.3 U.S. Department of Transportation Regulations:

49 CFR    100-199 Hazardous Materials Transportation, Handling, and Storage Regulations

7.02.2            The statutes listed below form part of this specification:

Clean Air Act (CAA) (42-U.S.C. §§ 7401 to 7642)
Comprehensive Environmental Response, Compensation, and Liabilities Act (CERCLA) (42 U.S.C. §§ 9601 to 9675)
Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) (7 U.S.C. §§ 136 to 139y)
Noise Control Act (NCA) (42 USC §§ 4901 to 4918)

BEI0054
38599-0012

Pollution Prevention Act (PPA) (42 U.S.C. §§ 13101 to 13109)
Resource Conservation and Recovery Act (RCRA) (42 U.S.C. §§ 6901 to 6991i)
Solid Waste Disposal Act (SWDA) (42 U.S.C. §§ 6901 to 6991i)
Toxic Substance Control Act (TSCA) (15 U.S.C. §§2601 to 2654)

7.03                    DEFINITIONS:

| | |
|---|---|
| Sediment | Soil and other debris that has been eroded and transported by runoff water. |
| Solid Waste | Rubbish, debris, garbage, and other discarded solid materials resulting from industrial, commercial, and agricultural operations, and from community activities as defined in 40 CFR 261.2. |
| Rubbish | A variety of combustible and noncombustible wastes such as paper, boxes, glass, crockery, metal, lumber, cans, and bones. |
| Debris | Includes combustible and noncombustible wastes, such as ashes, waste materials that result from construction or maintenance and repair work, leaves, and tree trimmings. |
| Chemical Wastes | Includes salts, acids, alkalis, herbicides, pesticides, and organic chemicals. |
| Sewage | Wastes characterized as domestic sanitary sewage. |
| Garbage | Refuse and scraps resulting from preparation, cooking, dispensing, and consumption of food. |
| Asbestos | Asbestos means actinolite, amosite, antophyllite, chrysotile, crocidolite, and tremolite. Asbestos material means asbestos or any material containing asbestos such as asbestos waste, scrap, debris bags, containers, equipment, and asbestos-contaminated clothing consigned for disposal. Friable asbestos material means any material that contains more than one percent asbestos by weight and that can be crumbled, pulverized, or reduced to powder, when dry, by hand pressure. |
| Oily Waste | Includes petroleum products and bituminous materials. |
| PCB | Polychlorinated Biphenyls. A toxic and non biodegradable materials used extensively under trade names, such as Pyranol or Askarel, as insulating cooling fluids in capacitors and transformers. |
| Hazardous | chemicals defined under the U.S. Department of Transportation (DOT) regulations |

BEI0055
38599-0012

53

Material (HM)   (Title 49 CFR Parts 100 through 199), which are determined by the Secretary of Transportation to present risks to safety, health, and property during transportation. The DOT regulations include requirements for shipping papers, package marking, labeling, transport vehicle placarding, and training of personnel handling hazardous materials.

Hazardous   substances defined under the Clean Water Act and CERCLA as chemicals, which are

Substance   harmful to aquatic life or the environment and are regulated, if spilled or otherwise released to the environment. The EPA has designated "reportable quantities" for each hazardous substance under CERCLA. If an amount equal to or greater than the reportable quantity of a hazardous substance is released to the environment, that spill must be reported.

Hazardous Waste   a substance which is hazardous and which has been discarded is regulated as hazardous waste under RCRA. RCRA considers a waste hazardous if meets certain levels of reactivity, ignitability, corrosivity, or toxicity, or is otherwise listed as a hazardous waste in Title 40 CFR Part 261.

7.04   KNOWN HAZARDS:

7.04.1   PCB contaminated electrical equipment may be removed as part of this contract. Fluorescent light fixture ballasts removed under this contract and are not labeled as "non-PCB containing" are to be considered to be PCB-containing and shall be properly disposed of by the Contractor.

7.04.2   Asbestos containing materials that may be removed as part of this contract may include, but are not limited to:

7.04.2.1   Roof shingles

7.04.2.2   Roof underlayment

7.04.2.3   Sheet vinyl flooring

7.04.2.4   Vinyl asbestos tile (VAT)

7.04.2.5   Tile mastic

7.04.2.6   Wall plaster

7.04.2.7   Ceiling texture

BEI0056
38599-0012

BEI0057
38599-0012

       7.04.2.8  Wall texture

       7.04.2.9  Window putty

       7.04.2.10 Acoustic texturing

       7.04.2.11 Joint compound

       7.04.2.12 Pipe lagging

       7.04.2.13 Insulation

       7.04.2.14 Dust

       7.04.2.15 Gypsum board

7.04.3      Creosote treated wood containing polycyclic aromatic hydrocarbons may be removed as part of this contract and will be noted on the task order if applicable.

7.04.4      Soils known to be contaminated with petroleum hydrocarbons may be removed as part of this contract and will be noted on the delivery order if applicable.

7.04.5      Paint or ceramic tile glazing containing lead may be removed as part of this contract and will be noted on the delivery order if applicable.

7.05      SUBMITTALS:  Submit environmental information listed below.

7.05.1      Solid Waste Disposal Acceptance Receipts:  Provide copies of the acceptance receipts from the disposal site.  If the disposal receipts do not provide the following information, provide a transmittal letter showing the following:

       7.05.1.1  A description of the wastes.

       7.05.1.2  The quantities involved.

       7.05.1.3  Locations of disposal facilities.

       7.05.1.4  Dates of disposal.

       7.05.1.5  The transmittal letter must also provide similar information for materials removed from the job-site that are recycled rather than disposed of.  This requirement applies to all non-hazardous wastes generated as part of this contract.

55

BEI0058
38599-0012

7.05.2        Hazardous Materials/Hazardous Waste Handling Plan:  Comply with all local, state, and Federal Laws and Regulations when handling Hazardous Materials and when disposing of, or handling Hazardous and other wastes. Develop a compliance program outlining how you will handle and dispose of Hazardous Materials, Petroleum Products, Hazardous Substances, and Hazardous Waste.  Submit Your Program for the Contracting Officer's review.  The plan must include, but is not limited to, the following elements as appropriate:

7.05.2.1  A general storage site plan.

7.05.2.2  Methods used to analyze whether generated material is hazardous.

7.05.2.3  Any hazardous waste licenses and permits.

7.05.2.4  Air district permits.

7.05.2.5  The identification of hazardous waste and material transportation and disposal contractors.

The Contracting Officer has the right to require removal of any subcontractor who fails to comply with these laws and regulations.

7.05.3        Volatile Organic Compounds (VOCS) Plan:  Submit a VOC compliance plan for the Contracting Officer's review.  The plan must demonstrate that the use of paints, solvents, adhesives, and cleaners comply with local VOC laws and regulations governing VOC materials, and that all required permits have been obtained or will be obtained prior to starting work involving VOCS, in the air quality management district in which the work will be performed.  Submit the compliance plan prior to the start of work and include, as a minimum, the following:

7.05.3.1  A listing of each material subject to restrictions in the air quality management district.

7.05.3.2  The rules governing its use.

7.05.3.3  A description of the actions that will be used to comply with the laws and regulations.

7.05.3.4  Any changes in the status of compliance during the life of the contract.

7.05.3.5  Alternatively, if no materials are subject to restrictions in the air quality management district where the work will be performed, or if there are no restrictions, the compliance plan shall so state.

BEI0059
38599-0012

7.05.4          Manifests:  Provide copies of the completed manifests within five (5) calendar days of delivery of the wastes to the approved treatment, storage and disposal facility.

7.05.5          Material Safety Data Sheets (MSDS):  Submit one (1) copy of all MSDS for all hazardous materials (including petroleum products), along with a listing of quantities of hazardous materials proposed to be stored on-site, to the Contracting Officer.  One (1) copy of each MSDS shall be submitted to the Contracting Officer's Representative no later than the delivery date of the product.

7.05.6          Erosion Control and Temporary Drainage Plan:  Submit for the Contracting Officer's review, the measures you will use to protect erosion control and sedimentation.  These measures must prevent visible or measurable erosion of soils leaving the construction site.  Plan shall detail erosion and sediment control measures, locations, and expected flow paths.  Best Management Practices shall be developed and detailed on the plan in accordance with the Alaska State Dept. of Ecology Stormwater Management Manual.

7.06          PROTECTION OF NATURAL RESOURCES:

7.06.1          Protect natural resources within the project boundaries and outside the limits of permanent work performed under this Contract in their existing condition, or restore to an equivalent or improved condition upon completion of the work.  Except in areas indicated to be cleared, do not remove, cut, deface, injure, or destroy trees or shrubs without special permission from the Contracting Officer.  Protect existing trees, which may be damaged by construction operations.  Repair or restore to original condition all trees or other landscape features scarred or damaged by equipment or operations.

7.06.2          Before any repair or restoration, obtain Contracting Officer's approval.  Contract Clause FAR 52.236-9, Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements applies.

7.06.3          Oil and other hazardous substances shall be prevented from contacting the ground or entering the drainage area or local bodies of water.  All temporary fuel oil or petroleum storage tanks shall be surrounded with a temporary berm of sufficient size and strength to contain the contents of the tanks in the event of leakage or spillage.

7.06.4          You shall have an on site spill kit, including absorbents, 55-gallon drums, pump(s), oil solvents and personnel protective equipment.  Provide proof of training of your personnel in response to oil/hazardous material spills.  In addition, stencil the name and phone number on the side of the spill kit of the petroleum spill response company you intend to use in the event of a spill.

BEI0060
38599-0012

7.06.5        Construction equipment is to be kept in good repair, without leaks of hydraulic or lubricating fluids. If such leaks do occur, clean them up immediately. Use drip pans when vehicles are parked. Confine equipment maintenance or repair to one location. Control runoff in this area to prevent contamination of soils and water.

7.06.6        At or before Contract completion, obliterate all signs of temporary construction facilities such as haul roads, work areas, structures, foundations of temporary structures, stockpiles of excess or waste materials, and all other vestiges of construction. Temporary roads, parking areas, and similar temporary use areas shall be graded in conformance with surrounding areas. Include topsoil, nutriment, till, and seed those areas previously covered by lawn, to establish a suitable stand of new grass. Restore all disturbed areas to their original condition.

7.06.7        When working over or near water, take special precautions to prevent construction or demolition debris from entering the water. Retrieve any such debris that may enter the water.

7.07          EROSION AND SEDIMENT CONTROL:

7.07.1        Take special precautions to prevent soils and debris from entering adjacent waters.

7.07.2        Provide temporary protection for erodable soils. Employ methods such as mechanical retardation, sediment basins, or vegetation and mulch. Your temporary measures must prevent visible sediment or turbid water from entering surface water or storm drains. All earthwork brought to final grade shall be immediately finished as indicated or specified. Immediately protect side slopes and back slopes upon completion of rough grading. Plan and conduct all earthwork to minimize duration of exposure of unprotected soils. In no case shall soil stabilization measures be delayed more than 7 days following temporary or permanent ceasing of construction activity in that portion of the site.

7.08          CONTROL AND DISPOSAL OF WASTES:

7.08.1        With the exception of materials specifically indicated or specified to be salvaged for reuse in construction, or turned over to the Government, all wastes and demolished materials become your property and must be removed from the job site daily. Supply and empty waste containers daily, in accordance with Federal, State, and local regulations. Coordinate use of sanitary, odor, and pest control systems with the Contracting Officer's Representative. You are responsible for compliance with the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) at the work site.

BEI0061
38599-0012

7.08.2    Hazardous Waste: Any hazardous waste generated by work under this Contract shall be disposed of in accordance with all applicable federal, state and local regulatory requirements. Comply with 40 CFR 262 and 263, 29 CFR 1910.120, and state regulations for removal, transportation and disposal of hazardous waste as discussed in your HM/HW Handling Plan. Arrange and be responsible for the transportation and final disposal of hazardous waste. The Coast Guard will make available the facility's EPA generator ID number for manifesting of hazardous waste. Any manifest of hazardous waste shall be signed by the Government Hazardous Materials/Hazardous Waste Coordinator at the work site (hereinafter "HM/HW Coordinator"). No contractor or subcontractor shall have the authority to sign a hazardous waste manifest for hazardous waste using the facility's EPA generator ID number. Only the HM/HW Coordinator may sign a manifest for hazardous waste. Moreover, the contractor is responsible for the release of any hazardous substance generated by work under this contract that is directly created or aggravated by negligent actions of the contractor in performance of this work whether preexisting or not.

7.08.3    Hazardous Materials/Hazardous Waste Spill Response: Store chemical waste in corrosion resistant containers labeled to identify type of waste and date filled. Comply with 49 CFR 178. Remove containers from Government property and dispose of in accordance with Federal, State, and local regulations. Submit a certified copy of the acceptance receipts for these materials, indicating quantities. For oil and hazardous material spills take reasonable efforts to contain spill, and then notify the Contracting Officer immediately.

7.08.4    Herbicides and Pesticides: Any herbicides and pesticides shall be applied in strict compliance with the product's EPA or state registered labeling. All manufacturer's instructions and recommendations for the preparation and application of herbicides and pesticides shall be adhered to. Follow your HM/HW Plan concerning application, storage and disposal of such chemicals.

7.08.5    Petroleum Products: Dispose of petroleum products and petroleum contaminated soil and water in accordance with procedures meeting Federal, State, and local regulations.

7.08.6    Removal and Disposal of PCB Containing Articles: Comply with 40 CFR 761.

7.08.7    Mercury Containing Light Fixtures: Comply with all applicable local, state and federal laws and regulations. Recycle or dispose of as hazardous waste.

7.08.8    Refrigerants: Adhere to the requirements of section 608 of the Clean Air Act, 42 §§ 7401 et seq., and any implementing regulations. Do not vent, release or dispose of any Class I or Class II refrigerants, as defined in 42 USC §7401a, into the environment. Ensure that when servicing small appliances (refrigerators,

BEI0062
38599-0012

freezers, water coolers etc.), high pressure systems, or low pressure systems, all servicing and recovery requirements are met. Whenever recovered refrigerant is used, provide the COR proof that the refrigerant meets the relevant standard of purity, unless it was recovered from the same system or other documented Government system. All servicing technicians must have the required level of Environmental Protection Agency certification necessary to service the equipment (i.e., small appliances, high pressure systems, low pressure systems, etc.) in question. Any new system(s) or appliances containing chloroflourcarbon (CFC) or hydrochloroflourocarbon (HCFC) refrigerants shall be labeled as follows:

"WARNING: Contains (or manufactured with)(name of substance), a substance which harms public health and the environment by destroying ozone in the upper atmosphere."

7.08.9    Lead-Based Paint: Comply with all applicable local, state, and Federal laws and regulations regarding lead-based or lead-containing paint, when engaging in lead-based paint activities, or when addressing lead-based paint hazards. Whenever this contract provides more than one standard for regulating lead-based paint, comply with the most restrictive law or regulation. Applicable laws or regulations include, but are not limited to, 16 CFR §1303, Ban of Lead-Containing Paint; 29 CFR 1926.62, Occupational Safety and Health Standards for Construction; 15,USC §2601, et. seq., and the Residential Lead-Based Paint Exposure Reduction Act. Work involving lead based paint will be identified in individual task orders where applicable.

7.08.10    Asbestos: In no case, will any asbestos abatement operations, nor will any asbestos be cut or otherwise treated without compliance with all Federal, state and local laws and regulations (including 40 CFR 61.150; National Emission Standards for Asbestos). The primary regulations for asbestos abatement are OSHA Standards in 29 CFR 1926.1101. Provide forty-eight (48) hours written notice to the COR before commencing any asbestos work. Should there be any question as to the existence of asbestos in any material, which may be disturbed, it must be treated as if it were asbestos until positively identified. Plan in advance and obtain all necessary permits. Allow for a 10-day filing period.

7.09    DUST CONTROL: Keep dust down at all times, including non-working hours, weekends, and holidays. Sprinkle or treat with dust suppressers all areas disturbed by operations. No dry power brooming is permitted. Instead, use vacuuming, wet mopping, wet sweeping, or wet power brooming. Air blowing is permitted only for cleaning non-particulate debris, such as steel reinforcing bars. No sandblasting is permitted unless dust is confined. Only wet cutting of concrete blocks, concrete, and asphalt is permitted. No unnecessary shaking of bags is permitted where bagged cement, concrete mortar, and plaster is used. Mechanically sweep the entire construction area upon completion of all work and prior to Final Inspection.

7.10    NOISE: Make the maximum use of low-noise emission products as

BEI0063
38599-0012

certified by EPA.  No blasting or use of explosives is permitted.  Comply with federal, state, and local noise control laws and regulations.

7.11               SMOKING:  No smoking is allowed in Coast Guard buildings. Smoking is allowed only in designated areas.

BEI0064
38599-0012

| Project Name | Price Range | | | | |
|---|---|---|---|---|---|
| | < $25K | $ 25K-$100K | $ 101K-500K | $ 501K-$1M | > $1M |
| **FY01 – ISC Kodiak Project History** | | | | | |
| Cargo Wharf Maintenance (Design-Build) - Phase I | | | | | X |
| Demo Nemetz Housing - Phase I | | | | | X |
| Rehab Billiken Theater | | | | X | |
| Demo Building 53 | | | | X | |
| Steam & Condensate Repairs - Phase I | | | | X | |
| Paint Exterior/Interior Old Woman's Water Tank | | | X | | |
| Paint Lower Gov't Hill Housing, Replace Fences - Phase I | | | X | | |
| Demo Various Buildings - Spruce Cape | | | X | | |
| Construct Work Spaces - CGC SPAR Cutter Support Team | | | X | | |
| Demo Buildings T172 & B165 | | | X | | |
| Hangar 1 Taildoor Platforms | | | X | | |
| Barracks 1 & 2: Replace Windows, Paint - Phase I | | | X | | |
| Barracks 3 & 4: Replace Windows, Paint - Phase II | | | X | | |
| Taxiway "A" - Install Guardrails & Perimeter Fence | | | X | | |
| Roadway/Utilities - Beacon | | | X | | |
| Roadway/Utilities & Steam - Race Rock Court | | | X | | |
| Child Development Center - Install Playground | | | X | | |
| Gingerbread Housing - Replace Porches | | | X | | |
| Rehab Barracks 1, 2, 3 & 4 Laundry Facilities | | | X | | |
| Building N90 - Install Radiant Floor Heating System | | | X | | |
| Order Transformers for CGC SPAR & CGC ALEX HALEY | | X | | | |
| Steam Meter Installation | | X | | | |
| Billiken Theater Ashpalt Parking Lot | | X | | | |
| Install Street Lights between Piers & Building N27 | | X | | | |
| Senior Officer Quarters "B" & "D" - Asbestos Abatement | | X | | | |
| Paint N19 & N20 Fuel Tanks | | X | | | |
| As-Built Survey of CG Base | | X | | | |
| Senior Officer Quarters "B" & Chapel - Paint Exterior | | X | | | |
| Building T1 - Replace Electrical Load Bank | | X | | | |
| Building 3 (Galley) - Replace Electrical Panel Boards | | X | | | |
| Install 2 Transformers on Trailers | | X | | | |
| Building 614 - Upgrade Laundry Facility | | X | | | |
| Lake Louise Housing - Pave Dumpster Area | | X | | | |
| Building N27 - Paint Exterior | | X | | | |
| Senior Officer Quarters "A" - Electrical Wiring & Lights | X | | | | |
| Nemetz RV Park - Install Green Slats in Fence | X | | | | |
| Narrow Cape Street - Install Fence & Gates | X | | | | |
| Building 54 - Replace Fire Rated Doors | X | | | | |
| Hangar II - Replace Exit Signs | X | | | | |
| Senior Officer Quarters "C" - Paving | X | | | | |
| Building T2 Lead Removal | X | | | | |
| Child Development Center - Replace Wood Deck | X | | | | |
| Married Officer Quarters - Install Fence | X | | | | |

BEI0065
38599-0012





| FY02 - ISC Kodiak Project History | | | | | |
|---|---|---|---|---|---|
| Project Name | Price Range | | | | |
| | < $25K | $ 25K-$100K | $ 101K-500K | $ 501K-$1M | > $1M |
| Steam & Condensate Repairs - Phase II | | | | | X |
| Cargo Wharf Electrical Upgrades - Shoreties | | | | | X |
| Demo Nemetz Housing - Phase II | | | | X | |
| Demo Nemetz Housing - Phase III | | | | X | |
| Paint Lower Gov't Hill Housing, Replace Fences - Phase II | | | | X | |
| Upper Gov't Hill Housing - Install Vinyl Siding - Phase I | | | | X | |
| Demo Building 25 | | | | X | |
| Insulator Replacement at Tower VR-1 | | | X | | |
| Upper Gov't Hill Hsg - Install Vinyl Siding (9 units) - Phase II | | | X | | |
| Cape Hinchinbrook & Chapel - Roads & Utilities, Parking Lot | | | X | | |
| Barracks 8: Replace Windows, Paint - Phase III | | | X | | |
| Taxiway "A" - Repair Cracks & Sealcoat | | | X | | |
| Building 597 - Direct Buried Steam Line | | | X | | |
| Building N90 - Install Direct Buried Steam Line | | | X | | |
| Building 576 - Consolidate ESU | | | X | | |
| Loran Station - Demo Fuel Tanks | | | X | | |
| Buidling 10 - Replace Roof | | X | | | |
| N57/Small Boat Dock Expansion | | X | | | |
| Building 26 - Remodel for CG Exchange | | X | | | |
| Barracks 8 (Building 553) - Rehab Laundry | | X | | | |
| Cargo Wharf Bldg N7 (Design-Build) - Deck Penetrations | X | | | | |
| Relocate JOC Trailers | X | | | | |

BEI0066
38599-0012



| FY03 - ISC Kodiak Anticipated Projects | | | | | |
|---|---|---|---|---|---|
| Project Name | Price Range | | | | |
| | < $25K | $ 25K-$100K | $ 101K-500K | $ 501K-$1M | > $1M |
| Fuel Pier Maintenance (Design-Build) | | | | | X |
| Cargo Wharf Maintenance (Design-Build) - Phase II | | | | | X |
| Rehab Townhouses (Buildings 775 & 776) - Phase I | | | | | X |
| Roads & Utilities - Cape Sarichef & Fire House | | | | | X |
| Water Treatment Plant Upgrades | | | | X | |
| Upper Gov't Hill Housing - Install Vinyl Siding - Phase III | | | | X | |
| Paving: Lighthouse-Parks to Beacon; Parking | | | | X | |
| Waste Water Treatment Plant - Upgrades | | | | X | |
| Building T1: CB-1 Electrical Repairs | | | X | | |
| Storm Sewer - Cleaning | | | X | | |
| Storm Sewer - Repairs | | | X | | |
| Demo Building 477 (Army Diesel) | | | X | | |
| Replace Chapel Windows & Siding | | | X | | |
| Building N38 - Reconfigure Basement | | | X | | |
| Building 576 & 603 - Exterior Repairs | | | X | | |
| Bunkers & Magazine Storage - Exterior Repairs | | | X | | |
| Demo Bridge - Buskin | | | X | | |
| Gingerbread Housing - Replace Doors & Windows | | | X | | |
| Barracks 7: Replace Windows, Paint - Phase IV | | | X | | |
| Lake Louise Housing - Exterior Repairs | | | X | | |
| Building N1 - Paving & Deluge Backflow Preventer | | | X | | |
| Building 26 - Replace Elevator | | | X | | |
| Install Deluge Line from VAS to Old Woman's Water Tank | | | X | | |
| King Fisher Upgrade | | | X | | |
| Sanitary Sewer Repairs - Liftstations, Inflow | | | X | | |
| Electrical Conversion - Overhead to Underground | | | X | | |
| Remove Underwater Obstruction in Women's Bay | | | X | | |
| Air Station parking & Lighting | | | X | | |
| Personnel Activity Center - Reconfigure | | | X | | |
| Barracks Heating | | | X | | |
| Barracks Bathrooms & Squadbays | | | X | | |
| Industrial Access Road | | | X | | |
| Sealcoat Lake Louise | | X | | | |
| Demo Country Store - Building A110 | | X | | | |
| All anticipated projects are subject to funding levels, not yet set by Congress. | | | | | |

BEI0067
38599-0012



| FY04 – ISC Kodiak Anticipated Projects | | | | | |
|---|---|---|---|---|---|
| Project Name | Price Range | | | | |
| | < $25K | $ 25K-$100K | $ 101K-500K | $ 501K-$1M | > $1M |
| Rehab Townhouses (Buildings 774 & 777) - Phase II | | | | | X |
| Hangar 1 Utilities | | | | | X |
| Install Foam in Hangar 1 | | | | | X |
| Selected Pavement | | | | | X |
| Demo Building 10 | | | | X | |
| Waterline on Nymen's Peninsula | | | X | | |
| ESU Building - Parking Lot | | | X | | |
| Demo Building 624 - Salt Water Intake | | | X | | |
| Waterfront Paving & Parking | | | X | | |
| Replace Chapel Windows & Siding | | | X | | |
| Replace Underground Deluge Line Between Two Hangars | | | X | | |
| Upper Gov't Hill & Lake Louise Hsg - Insulate, Heat | | | X | | |
| Fuel System Telemetry | | | X | | |
| Temp AirSta Admin Building Convert to GSE | | | X | | |
| Ready Crew Berthing - Replace Windows | | | X | | |
| GSE Conversion to R & G | | | X | | |
| Storm Sewer - Cleaning & Repairs | | | X | | |
| Building 26 - Mail Center, Cabin Cache | | | X | | |
| Personnel Activity Center - Reconfigure | | | X | | |
| Repair AirSta Motor Lifeboat Dock | | X | | | |
| All anticipated projects are subject to funding levels, not yet set by Congress. | | | | | |

| FY05 – ISC Kodiak Anticipated Projects | | | | | |
|---|---|---|---|---|---|
| Project Name | Price Range | | | | |
| | < $25K | $ 25K-$100K | $ 101K-500K | $ 501K-$1M | > $1M |
| Dredging at Cargo Pier | | | | X | |
| Demo/Fill Nyman's FS6 Tanks - Phase I | | | X | | |
| Demo/Fill Nyman's FS6 Tanks - Phase II | | | X | | |
| Demo Building 524A | | X | | | |
| Demo R13 - Water Tank at Holiday Beach | | X | | | |
| All anticipated projects are subject to funding levels, not yet set by Congress. | | | | | |

END OF SECTION

BEI0068
38599-0012

**SECTION D PACKAGING AND MARKING**

**D.1 - PACKAGING AND MARKING**

(a)     All shipments of materials, equipment and/or supplies to the project site shall be addressed to the Contractor and not the U.S. Coast Guard. Preservation, packaging and packing shall be in accordance with standard practices for commercial packaging.

BEI0069
38599-0012



## SECTION E INSPECTION AND ACCEPTANCE CONSTRUCTION

### E.1  FAR 52.252-2  CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates the following clauses by reference with the same force and effect as if they were given in full text.  Upon request the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this address: http://www.gsa.gov

CLAUSE NO.    TITLE:
FAR 52.236-11   Use and Possession Prior to Completion (APR 1984)
FAR 52.246-12   Inspection of Construction (AUG 1996)
FAR 52.246-21   Warranty of Construction (MAR 1994)

### E.2  DAILY REPORTING REQUIREMENT

The Contractor shall prepare and file a "Contractor's Daily Report" for each day of contract performance. <u>Description must include delivery order number and work being performed.</u>  These reports shall be delivered to, or if directed, mailed to the Project Manager on Fridays. Each Daily Report shall include all Contractor and subcontractor personnel on the project site, all work performed, equipment used, tests performed, and all general activities for each day of work. Reports shall be numbered, dated and signed by the Contractor or his Project Manager. Failure to submit the daily reports could result in payments being withheld until such time as all daily reports are current.

### E.3  CONTRACTING OFFICER'S REPRESENTATIVE (GOVERNMENT INSPECTOR)

A Contracting Officer's Representative (COR), may be appointed for the purpose of representing the Contracting Officer and assuring compliance with the contract requirements.  The COR has NO AUTHORITY to make any changes which effect cost, money or time.

The Contracting Officer's Representative (COR) is authorized to issue notices regarding noncompliance with contract requirements, and to stop work on any portion of the job if the Contractor's methods cause unsafe conditions or will result in noncompliance work which would be impracticable to correct or to replace while permitting other (conforming) portions of the work to continue. Issuing of a Notice of Noncompliance as described herein does not constitute a suspension of work as described in FAR Clause 52.242-14, Suspension of Work (April 1984).

BEI0070
38599-0012

## E.4  FINAL INSPECTION

Final inspection, punch list, acceptance and cleanup of the project site will be completed before the delivery order due date.

Final inspection and acceptance of the work will be by the Contracting Officer or his authorized representative.

## E.5  WARRANTY OF CONSTRUCTION - ADDITIONAL REQUIREMENTS

If an extended warranty is required on a specific delivery order, this requirement and the extent of the warranty will be addressed in the scope of work issued to the Contractor for that specific delivery order.

Cost for the extended warranty will be included in the Contractor's cost proposal as a non-pre-price item, unless the warranty is a flow down type from a specific manufacturer.

**End of Section**

BEI0071
38599-0012

## SECTION F    DELIVERIES AND PERFORMANCE

## F.1 TERMS AND REQUIREMENTS: MULTI-TRADE CONSTRUCTION CONTRACT

(a)  A Multi Trade Construction Contract is a fixed price, indefinite-quantity contract which consists of a collection of detailed task specifications encompassing most aspects of facilities engineering work.  Contractors bidding for the Multi-Trade Contract are required to submit three coefficients or multipliers, one for normal working hours and one for non-standard working hours, and one for work in family housing.

(b)  The Means Facilities Construction Cost Data, latest Edition, serves as the basis for establishing the values of the work to be performed on a unit price bare cost basis.  Where confusion might exist as to which edition is the most current, the edition will be specified in the scope of work for that particular task order.

(c)  The price of a unit of work is determined by adding together the base cost of material, equipment, labor, and materials &/or equipment sales tax for a line item bare cost total.  Next, the figure is multiplied by the appropriate total weighted average city cost index. Finally, this figure is multiplied by the Contractor's bid coefficient.  Refer to the example in paragraph F.2. This computation shall not include any markups for materials, equipment, labor, subcontractor's overhead, profit, etc., as they are already included in the Contractor's bid price coefficient.

## F.2  PROJECT SCOPING/COST PROPOSAL PROCEDURES

(a)  As the need exists for performance under the terms of this contract, the Contracting Officer or his authorized representative will notify the Contractor of an existing requirement and provide the Contractor with a general scope of work, drawings, and specifications.

(a)    Upon receipt of this notification, the Contractor shall:

(i) Within five (5) work days visit the proposed work site in the company of the Contracting Officer or his authorized representative.  Establish, clarify, and define the scope of work of the individual requirement to prepare a detailed cost proposal.

(ii) Within fourteen (14) work days from the date of the site visit, submit to the Contracting Officer a detailed cost proposal, prepared using the Means Facilities Construction Cost Data.  All subcontractor quotes shall be prepared in the same manner using the Means Facilities Construction Cost Data.  The Contractor's cost proposal will be prepared in sufficient detail to allow the Contracting Officer to conduct a thorough review and evaluation of the Contractor's

BEI0072
38599-0012

proposal. The cost proposal will include any changes to general scope of work, drawings, and specifications, resulting from the site visit required in paragraph (b) (i) above. Single total, lump-sum cost estimates for a total job are not acceptable. Major, significant components of work and all non-pre-priced items will be identified in this cost proposal.

(iii) Non-pre-priced work to be included in an individual requirement must be proposed by the Contractor in a format acceptable to the Government. Cost for non-pre-priced items shall be supported by market surveys, catalog prices or other acceptable evidence that the price is a fair and reasonable market price for the item. Contractor's discounts and Contractor list prices shall be passed onto the Government.

(iv) The Contractor's proposal must be supported, when appropriate by necessary documentation to indicate that adequate planning to accomplish the requirement has been done. Examples of documentation that might reasonably expected would include shop drawings, catalog cuts, required submittals, etc.

(v) Upon receipt of the Contractor's proposal, the Government will review the proposal for completeness, use of the proper line items of work for the required work, and review pricing and necessity of non-pre-priced line items. The Government will negotiate with the Contractor where there is disagreement. After agreement is reached, the Contracting Officer will issue a Delivery Order for performance of work.

## THIS IS AN EXAMPLE ONLY
### SAMPLE CALCULATION OF BOTH PRE-PRICED & NON-PRE-PRICED WORK

Job Location Kodiak

CONTRACTOR'S PROPOSAL

| Mean's Item # | Description | Quan | Unit | Materials | Equipment | Hrs | Labor | Ttl mat'l/Eqp | Ttl labor | Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| **Means Prime & Subcontractor Work** | | | | | | | | | | |
| 1 163-260-0300 | Switchboard w/600A Main Lugs Only | 1 | ea | $ 2,850.00 | | | $560.00 | $ 2,850 | $ 560 | $ 3,410 |
| 2 163-266-0160 | Branch/Feeder Circuit Breaker - 30A/1P | 6 | ea | $ 58.50 | | | $ 30.00 | $ 351 | $ 180 | $ 531 |
| 3 163-266-0170 | Branch/Feeder Circuit Breaker - 30A/2P | 4 | ea | $ 97.50 | | | $ 34.50 | $ 390 | $ 138 | $ 528 |
| 4 161-165-0640 | #1/0 Copper Conductor | 2 | CLF | $ 47.00 | | | $ 67.00 | $ 94 | $ 134 | $ 228 |
| 5 160-205-5140 | 3" EMT Conduit | 150 | LF | $ 5.70 | | | $ 4.81 | $ 855 | $ 722 | $ 1,577 |
| 6 016-420-2700 | 100KW Generator Rental; 1 week | 1 | ea | | $ 490.00 | | | $ 490 | $ - | $ 490 |
| 7 | Tax on Items 1 - 5 (6%) | 1 | jb | $ 183.52 | | | | $ 184 | $ - | $ 184 |
| | Subtotal Prime & Sub Work | | | | | | | $ 5,214 | $ 1,734 | $ 6,947 |
| | Weighted Average City Cost Index for work in Ketchikan; subtotal X 1.301 | | | | | | | | | 9,038.08 |
| **Non-Pre-Priced Work** | | | | | | | | | | |
| 8 | Generator Fuel | 100 | gal | $ 1.70 | | | $ - | $ 170 | $ - | $ 170 |
| 9 | Label distribution Board (electrician) | 1 | jb | $ 10.00 | | 4.0 | $ 31.31 | $ 10 | $ 125 | $ 135 |
| | (Labor X Installation Wtd Avg CCI of 1.042) | | | | | | | | | |
| 10 | Disassemble temp Power (elect.) | 1 | jb | $ - | | 2.0 | $ 31.31 | $ - | $ 63 | $ 63 |
| | (Labor X Installation Wtd Avg CCI of 1.042) | | | | | | | | | |
| 11 | Disassemble temp Power (com. laborer) | 1 | jb | $ - | | 2.0 | $ 21.10 | $ - | $ 42 | $ 42 |
| | (Labor X Installation Wtd Avg CCI of 1.042) | | | | | | | | | |
| | Subtotal Non-Pre-Priced Work | | | | | | | | | $ 410 |
| | **Summary** | | | | | | | | | |
| | Means Prime & Subcontractor Work | | | | | | | | | $ 9,038 |
| | Non-Pre-Priced Work | | | | | | | | | $ 410 |
| | Subtotal | | | | | | | | | $ 9,448 |
| | **Total** (Subtotal X Contractor's Coefficient of 1.01) | | | | | | | | | 9,542.63 |

BEI0073
38599-0012



## F.3  DELIVERY ORDER (DO)

(a)  A delivery order is the contractual instrument issued by the Government to the Contractor to order work.  The delivery order is issued upon agreement between the Government and the Contractor on the scope of work, performance time, and the fixed price for the work. The signed delivery order becomes the Contractor's notice to proceed (NTP).  Each individual delivery order becomes a fixed priced contract.  OF Form 347, Order for Supplies or Services, will be issued for each delivery order.  A delivery order when mailed, shall be issued for purposes of this contract at the time the Government deposits the order in the mail.  The Government reserves the right to issue delivery orders unilaterally if prior negotiated agreement to the terms of that order cannot be reached before the date that the Contracting Officer determine that prosecution of work must begin.

(b)  Orders placed under this indefinite delivery contract shall contain the following information, (1) Date of order.  (2) Contract number and order number.  (3) Item number and scope of work as defined by paragraph F.4(a), and modified by paragraph F.4(b)(ii) above quantity, and unit price.  (4) Delivery or performance date.  (5) Place of delivery or performance. (6) Packaging, packing, and shipping instructions.  (7) Accounting and appropriation data.  (8) Any other pertinent information.

(c)  An accelerated delivery order may be initiated by telephone in urgent situations determined by the Contracting Officer.  Upon receipt of this accelerated delivery order notification, the contractor shall:

(i)  Within one (1) calendar day visit the proposed work site in the company of the Contracting Officer or his authorized representative.

(ii)  Within two (2) calendar days from the date of the site visit, submit to the Contracting Officer a detailed cost proposal, prepared using the Means Facility Construction Data.

(d)  Modifications to delivery orders may be required due to differing site conditions, increased scope of work or a decreased scope of work, which are beyond the control of the Contractor or the Government.  Modifications are issued pursuant to specific standard clauses contained in the basic contract.  If a modification to a delivery order is required, the Contractor shall submit a detailed cost proposal in the same manner and form as required for the initial scope of work.

(e)  All delivery orders or task orders are subject to the terms and conditions of this contract.  In the event of conflict between a delivery order or task order and this contract, the contract shall control.

BEI0074
38599-0012

### F.4   CONTRACT PERIOD

    (a)   Contract period shall commence upon date of contract award and shall remain in effect for a one (1) year period or a total of $10,000,000. Option years will commence on the same month and day as the original contract award or when the $10,000,000.00 per year estimate is reached. The contract has a potential for four option years.

### F.5   MINIMUM AND MAXIMUM

  (a)  Minimum Amount: The Government shall order a guaranteed minimum of $100,000.00 in the first year. If the Government exercises an option, the Government also shall order a guaranteed minimum of $100,000.00 in each option year exercised.

  (b)  Maximum Amount: The estimated contract amount per year shall not exceed $10,000,000.00 per year. Options will be exercised prior to the one year period of the dollar limit is exceeded. The total contract value will not exceed 50,000,000.00, or 5 years, whichever comes first.

### F.6   CONTRACTOR LIABILITY

If the Contractor fails to complete the work within the time specified, or any extensions thereto, the Contractor shall be liable for the total amount of actual damages incurred by the Government due to any inexcusable delay caused by the Contractor until actual contract/delivery order completion.. The above actual damages are in addition to other contractual, regulatory, statutory, and Federal Common Law remedies, protection and damages.

### F.7   OFFICE AND STORAGE SPACE

A10' X 24' area will be made available for the contractor's office trailer. Utility connections shall be the responsibility of the contractor. Restroom facilities may be available. Use of these areas will be restricted to that necessary for meeting the needs of the contractor. Security of contractor spaces is the contractor's responsibility. The Government shall not be liable for lost, stolen, or damaged property. Space at other Coast Guard sites will be on a case by case basis.

Remove all materials, equipment, trailer, etc. within 5 days of completion of final inspection on the last Delivery Order issued on the contract. Upon completion of the contract, a final inspection of the area and facilities will be made. Any discrepancies will be corrected and the areas returned to like condition as when they were received.

If improvements, modifications have been made to the areas, it will be the Governments sole decision to have the improvements, modifications removed or accepted at no cost to the Government.

BEI0075
38599-0012



During use of the areas provided, it will be the contractor's sole responsibility to maintain these facilities, and to comply with all local, state, or Federal laws and codes.

## F.8  FAR 52.211-10 COMMENCEMENT, PROSECUTION AND COMPLETION OF WORK (APR 1984)

The Contractor shall be required to: (a) commence work on any delivery order issued within FIVE (5) CALENDAR DAYS, unless otherwise specified within the delivery order, after the date the  Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than the date specified in the delivery order for completion. The time stated for completion shall include final cleanup of the premises.

(End of clause)

## F.9  FAR 52.252-2  CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates the following clauses by reference with the same force and effect as if they were given in full text.  Upon request the Contracting Officer will make their full text available.  Also, the full text of a clause may be accessed electronically at this address: http://www.gsa.gov

| CLAUSE NO. | TITLE: |
| --- | --- |
| FAR 52.211-18 | Variation in Estimated Quantity (APR 1984) |
| FAR 52.236-6 | Superintendence by the Contractor (APR 1984) |
| FAR 52.242-14 | Suspension of Work (APR 1984) |

73

BEI0076
38599-0012

## SECTION G - CONTRACT ADMINISTRATION DATA

### G.1  CONTRACT ADMINISTRATION

(a) Contracting Officer means a person with the authority to enter into, administer and/or terminate contracts and make related determinations and findings. The Contracting Officer signs all contractual documents, approves and signs all modifications to contracts, processes and approves payment requests, reviews and makes final decisions on contractual discrepancies, and administers the contract. The Contracting Officer is the only authorized individual to make changes to a contract.

(b) The Contracting Officer or his authorized representative is located at USCG Facilities Design and Construction Pacific in Seattle, WA and will be the Contract Administer of the contract. Ordering Officer authority may be delegated in writing to another Coast Guard Contracting Unit to perform administration functions set out in FAR 42.302(a) to the extent that they apply to this contract and are not specifically withheld or modified by the FDCC Contracting Officer.

(c) The individual appointed as Contract Administrator for this procurement is identified in Block 9 of the SF-1442, Solicitation Offer and Award Form.

### G.2  ADDRESS OF CORRESPONDENCE

All correspondence, unless otherwise specified, shall be directed to the following address:

(a) The address and telephone number of the principal Contracting Officer is:

Anita Repanich
Email:  arepanich@pacnorwest.uscg.mil

Overnight Mail Address and  U.S. Mail Address:

U.S Coast Guard Facilities Design and Construction Center
Contracting & Procurement Division
915 Second Avenue, Room 2664
Seattle, WA 98174-1011
Telephone Numbers:   Commercial: (206) 220-7426
                FAX:      (206) 220-7390

NOTE:  Include Contract Number and Delivery Order Number on all
       correspondence.

BEI0077
38599-0012



## G.3   REQUIREMENT FOR INSURANCE

In accordance with the provisions of FAR Clause 52.228-5, Insurance-Work on a Government
Installation, (Jan 1997), the Contractor shall furnish to the Contracting Officer a certificate of
insurance, identified by contract number, as evidence of the following minimum insurance
coverages. The Contractor shall furnish this certificate before commencing work at the job site.
In addition, the Contractor shall maintain a certificate of insurance for each sub working at the
job site.

MINIMUM COVERAGE REQUIRED

| Type of Accident | Per Person | Per Accident |
|---|---|---|
| Property Comprehensive General Liability | | $500,000 |
| Automobile Liability | $200,000 | $500,000 |

Full insurance coverage in accordance with the United States Longshoremen's and Harbor
Worker's Compensation Act, 33 U.S.C. 901 et seq will be required when a specific project
involves operations in or on piers or waterways.

Workmen's Compensation--As required by Federal and State Laws.

All insurance policies shall provide for a notice of cancellation and shall be given to the
Contracting Officer, not less than 30 days before the effective date of such cancellation and the
certificates of insurance shall indicate that the above provision has been included.

## G.4   INVOICING REQUIREMENTS

(a) Invoices shall be prepared and submitted in accordance with the provisions of FAR Clause
52.232-27, PROMPT PAYMENT FOR CONSTRUCTION CONTRACTS (JUN 1997).

(b) Invoice shall be submitted in original and one copy on form KO-2 to the Contracting
Officer identified in Block 21 of the OF-347, Order for Supplies or Services, for each delivery
order issued.

(c) Contractor's are directed to contact the U.S. Coast Guard Finance Center at (804) 523-

BEI0078
38599-0012

6940 concerning payment information.

## G..5  CERTIFICATION OF PAYMENTS-RELEASE OF CLAIM

The Contractor, prior to receiving a progress or final payment under this contract, shall submit to the Contracting Officer a certification that the Contractor has made payment from proceeds of prior payments, or that he will make timely payment from the proceeds of the progress or final payment then due him, to his subcontractors and suppliers in accordance with his contractual arrangements. The Contractor shall submit to the Contracting Officer, together with his request for final payment, a properly executed Contractor's Release, DOT Form F-4220.4. Failure to submit this completed release shall result in delay of final payment.

## G.6  VEHICLE PARKING AND PASSES

Two parking spaces will be designated & marked for use by the Contractor.  Additional parking is of a premium on Integrated Support Center (ISC) Kodiak and is available on a first come basis. Parking at other Coast Guard sites will be on a case by case basis.

The Contractor shall obtain a temporary vehicle pass, if required from the local U.S. Coast Guard Activity where performance is to take place.

Temporary vehicle passes will be issued for the duration of the contract only. It shall be the Contractor's responsibility to contact the Security Police and have a vehicle pass extended.

Proof of why the extended time is needed will be required. (Copy of modification extending performance time).

To obtain a temporary vehicle pass, the Contractor must have in his possession at the time of application, a current vehicle registration card for each vehicle he wishes to register, a current valid drivers license for each operator, and proof of insurance covering each vehicle to be registered.

If the Contractor changes vehicles, or a new vehicle is used, a new vehicle pass will be needed. CONTRACTOR'S SHALL NOT EXCHANGE VEHICLE PASSES

BEI0079
38599-0012

## SECTION H - SPECIAL CONTRACT REQUIREMENTS

### H.1    ACCIDENT PREVENTION STATE OSHA HEALTH AND SAFETY STANDARDS

This contract is for construction, dismantling, demolition or removal of improvements and the contractor shall comply with all pertinent provisions of the latest version of U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385-1-1, in effect on the date of the solicitation.

In addition to the safety requirements above, all State OSHA Health and Safety Standards are included into this contract in full force and effect, and the most stringent of the standards will apply.

### H.2    SIGNAL LIGHTS  (Applies ONLY to contracts requiring use of Marine equipment)

The Contractor shall display signal lights and conduct his operations in accordance with the General Regulations of the Department of the Army and of the Coast Guard governing lights and day signals to be displayed by towing vessels with tows on which no signals can be displayed, vessels working on wrecks, dredges, and vessels of more than 65 feet in length moored or anchored in a fairway or channel, and the passing by other vessels of floating plant working in navigable channels, as approved by the Secretary of the Army (33 CFR 201.10-201-16) and the Commandant, U.S. Coast Guard (33 CFR 80.18-80.31a and 33 CFR 95.51-97.700)

### H.3   VOLATILE ORGANIC COMPOUNDS (VOC) COMPLIANCE PLAN

(a) Contractor's are required to comply with local VOC laws and regulations and shall have an acceptable VOC compliance plan.  The plan shall demonstrate that the use of paints, solvents, adhesives and cleaners comply with local VOC laws and regulations governing VOC materials, and that all required permits have been obtained or will be obtained prior to starting work involving VOC's, in the air quality district in which the work will be performed.

(b)  The compliance plan shall be submitted by the Contractor  to the Contracting Officer within five calendar days after receipt of a Delivery Order, and prior to the use of any "VOC" materials on the project site. The Government will approve or disapprove the Contractor's compliance plan within five calendar days after receipt. Should the Government reject the compliance plan, the Contractor shall resubmit a revised compliance plan within three calendar days after receipt of the rejection notification. Failure on the part of the Contractor to submit an acceptable "VOC" plan, shall not be grounds for a time extension to the performance period.

(c)  An acceptable compliance plan shall contain, as a minimum:

BEI0080
38599-0012