(i) A listing of each material subject to restrictions in the air quality management district in question;

(ii) The rule governing its use;

(iii) A description of the actions which the Contractor will use to comply with the laws and regulations, and plans to report to the Contracting Officer any changes in the status of compliance during the life of the contract.

(iv) Alternatively, if no materials are subject to the restrictions in the air quality management district where the work will be performed, or if there are no restrictions, the compliance plan shall so state.

## H.4  SUBCONTRACT DATA

The Contractor shall submit an executed Statement and Acknowledgment Standard Form 1413, to the Contracting Officer for every subcontractor (including every subcontractor of the second or lower tier) that will be performing work at the construction site. This shall be done before the subcontractor begins work. This form provides an acknowledgment by the subcontractor that mandatory "flow-down" contract clauses have been included in his contract in accordance with FAR Clause 52.222-11. The Prime Contractors will be given copies of Form SF 1413 after award of a contract. Completing this form creates no contractual relationship between subcontractors and the Government.

## H.5  PARTNERING

The Government desires to establish a partnering relationship with the Contractor. This partnering relationship will be structured to draw on the strengths of each organization to identify and achieve our common goals for this project. The objectives of partnering are simply to promote good working relations and excellent performance on this project.

## H.6  MISPLACED MATERIAL (FOR MARINE WORK ONLY)

Should the Contractor, during the progress of the work, lose, dump, throw overboard, sink, or misplace any material, plant, machinery, or appliance, which in the opinion of the Contracting Officer may be dangerous to or obstruct navigation, the Contractor shall recover and remove the same with the utmost dispatch. The Contractor shall give immediate notice, with description and location of such obstructions, to the Contracting Officer or inspector and when required shall mark or buoy such obstructions until the same are removed. Should he refuse, neglect, or delay compliance with the above requirements, such obstructions may be removed by the Contracting Officer, and the cost of such removal may be deducted from any money due or to become due the Contractor, or may be recovered under his bond. The liability of the Contractor for the removal

BEI0081
38599-0012



of a vessel wrecked or sunk without fault or negligence shall be limited to that provided in Section 15, 19, and 20 of the River and Harbor Act of March 3, 1899 (33 U.S.C. 410 et seq).

## H.7  ADJUSTMENT TO COEFFICIENT FOR OPTION YEARS

No adjustments to the coefficient for option years shall be allowed. Instead, the effects of inflation (or deflation) shall be accounted for by using the latest version of Means (see paragraph F.1).

## H.8  DAVIS BACON WAGE DETERMINATION

**Base Year:** Minimum Wage Determination specified in the Davis Bacon Wage Determinations, included below, shall remain in effect for the base year of the contract period only.
Wage Determination AK020001 dated 12 April 2002 with modification 001 through 5.
**Option Years:** With each option year exercised, a current Davis Bacon Wage Determination will be issued to replace the previous years determination. Contractor shall comply with the new minimum wages set by the Dept. of Labor.

## H.9  PROFESSIONAL ENGINEERING REQUIREMENT

The contractor shall have ready access to the services of a professional engineer. This individual(s) shall have oversight of all project design and planning activities and must be promptly available to provide support and Professional Engineering certification when necessary. The requirement for a professional engineer shall not be construed to imply that normal designs require professional engineering certification. However, the possibility exists that unforeseen events or unexpected site conditions require modifications to the completed designs that will require proof of licensing (i.e., an Engineer's stamp) for the modification. The Government anticipates less than five percent (5%) of the designs will require this type of modification. However, when such conditions do occur, the contractor shall provide said proof for the discipline appropriate to the modification. This requirement is not an additional cost under the contract and should not be included in the coefficient.

## H.10  KEY PERSONNEL SUBSTITUTION REQUIREMENTS

(a)  The Contractor shall assign to this contract those persons whose resumes were submitted and approved by the Government. No substitutions shall be made except in accordance with this clause.
(b)  The Contractor agrees that during the first 180 days of the contract performance period, no personnel substitutions shall be permitted unless such substitutions are necessitated by an individual's sudden illness, death, or termination of employment. In any of these events, the Contractor shall promptly notify the Contracting Officer and provide the information required below. After the initial 180 day period, proposed substitutions shall be submitted, in writing, at least 15 calendar days, (45 calendar working days if security clearance is to be obtained) in

BEI0082
38599-0012

advance of the proposed substitutions, to the Contracting Officer, and provide information required below.

(c)    Proposed substitutes shall have qualifications that are equal to or higher than the qualifications of the person to be replaced.

(d)    Requests for additions or substitutions shall provide a detailed explanation of the circumstances necessitating proposed substitutions or additions, a complete resume of the proposed substitute or addition, and any other information requested by the Contracting Officer. The Contracting Officer will evaluate such requests and notify the Contractor in writing of approval or disapproval.

(e)    For purposes of this clause, key personnel consist of the following:

Program Manager
Project Superintendents
Quality Control (QC) Manager

The list of key personnel may be amended from time to time by contract modification to either add or substitute personnel in accordance with key personnel substitution requirements specified herein.

## H 11  PRICING OF REQUESTS FOR EQUITABLE ADJUSTMENT

The cost principles and procedures of FAR Subpart 31.2, prescribed by Federal Acquisition Regulations (FAR) Subpart 31.105, are incorporated in this contract.

(a) Submit detailed price proposals for all Contract Modification Requests (CMR's) and/or changes in the work to the Contracting Officer when requested. Submit proposals in the format of FDCC(PAC) Form KO-8 within 20 calendar days after receipt of request, or such other time as prescribed by the Contracting Officer. The proposal must consist of an itemized price breakdown in sufficient detail to permit an analysis of all materials, labor, equipment and overhead at both the prime and subcontractor levels and must cover all work involved whether such work was deleted, added or changed. Furnish the above itemized breakdown signed by each subcontractor participating in the change regardless of tier. Determine the reasonableness of the subcontractors proposal. An itemized breakdown will not be required for proposals amounting to less than $2,500. In addition, if your proposal includes a request for a time extension clearly show the effect of the modification/change on your construction schedule including which activities will be impacted, the extent of the impact, and an explanation of why the remainder of the schedule can't be adjusted to reduce this impact.

(b) When the necessity to proceed with a change does not allow sufficient time to negotiate a modification or because of failure to reach an agreement the Contracting Officer may, under the authority of the Changes clause of this contract (52.243-4), issue a Change Order instructing you to proceed on the basis of a tentative price based on the best estimate available at the time, with the firm price to be determined later. Furthermore, when a Change Order is issued, you must submit a price proposal following the procedure in (a), above, for the equitable adjustment within 20 calendar days, or such other time as prescribed by the Contracting Officer.

BEI0083
38599-0012

(c) The Contracting Officer will consider issuing a unilateral modification to the contract, if your proposal, prepared as required by paragraphs (a) and (b) of this clause, is not received within the required time, or if agreement is not reached.

(d)  The proper measure of the amount of downward adjustment in the contract price when the change involves credit to the Government, is your reasonable costs had you performed the deleted work.  Also, a reasonable allowance for overhead and profit should be included as part of the downward adjustment for deductive changes.  This allowance is subject to negotiations.

(e) Bond premium adjustment, consequent upon changes ordered, will be made based upon the bond percentages as reflected on your Payment and Performance Bonds.

(f) Equipment Rental charges shall be based upon the following:
    (1) Rental equipment will be priced at the actual rate paid at the equipment rental supplier's quoted rate for the time the equipment was actually used on the changed work.

    (2) Owned equipment shall be priced at the lower of either the actual costs as reflected in the equipment owners accounting records or the Dataquest "Rental Rate Blue Book".

## H.12  CONTRACTOR INITIATED CHANGES

Contractor initiated requests for changes to the contract will be considered by the Government only if they meet all of the following conditions.

(a) The request shall be submitted to the Contracting Officer by separate correspondence signed by your authorized representative.

(b) The request shall state how the proposed change would be incorporated into the construction schedule; whether or not a time extension will be necessary, and the calendar date by which you must receive approval or disapproval so as not to effect the existing schedule.

(c) The request shall include a complete listing of labor, materials and equipment costs, and proposed changes to the original contract requirements as well as all indirect costs, and delays.  It shall include a listing, with telephone number, of all sources necessary for Government verification of proposed costs and your offer.

The Government will reject any request that does not provide ALL of the above information in a single submission.
    (d) Cost and Pricing information shall be submitted according to the provisions of I.6 above.

BEI0084
38599-0012

SECTION I   CONTRACT CLAUSES CONSTRUCTION

## I.1 FAR 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates the following clauses by reference with the same force and effect as if they were given in full text.  Upon request the Contracting Officer will make their full text available.  Also, the full text of a clause may be accessed electronically at this address: http://www.gsa.gov

CLAUSE NO.                          TITLE:

| | |
|---|---|
| FAR 52.202-1 | Definitions (DEC 2001) Alternate I (MAR 2001) |
| FAR 52.203-3 | Gratuities (APR 1984) |
| FAR 52.203-5 | Covenant Against Contingent Fees (APR 1984) |
| FAR 52.203-6 | Restrictions on Subcontractor Sales to the Government (JUL 1995) |
| FAR 52.203-7 | Anti-Kickback Procedures (JUL 1995) |
| FAR 52.203-8 | Cancellation, Rescission, and Recovery of Funds For Illegal or Activity (JAN 1997) |
| FAR 52.203-10 | Price or Fee Adjustment for Illegal or Improper Activity (JAN 1997) |
| FAR 52.203-12 | Limitation on Payments to Influence Certain Federal Transactions (JUN 1997) |
| FAR 52.204-4 | Printing/Copying Double Sided on Recycled Paper (AUG 2000) |
| FAR 52.209-6 | Protecting the Government's Interest when Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment (JUL 1995) |
| FAR 52.215-2 | Audit and Records - Negotiations (JUN 1999) |
| FAR 52.215-8 | Order of Precedence-Uniform Contract Format (OCT 1997) |
| FAR 52.215-19 | Notification of Ownership Changes (OCT 1997) |
| FAR 52.215-20 | Requirements for Cost or Price Data or Information Other than Cost or Pricing Data (OCT 1997)Alternate IV (OCT 1997) (b)  See Paragraph L.8 |
| FAR 52.216-18 | Ordering (OCT 1995) |
| FAR 52.216-19 | Order Limitations (OCT 1995) (a) $2,500.00 (b)(1) $1,000,000.00     (2) $1,000,000.00     (3) 5 days (c)  5 days |
| FAR 52.216-22 | Indefinite Quantity (OCT 1995) |
| FAR 52.217-9 | Option to Extend the Terms of the Contract (MAR 1989) (a)     30 Calendar days (c)     5 Years |
| FAR 52.219-6 | Notice of Total Small Business Set-Aside (Jul 1996) |
| FAR 52.219-8 | Utilization of Small Business Concerns (OCT 1999) |

BEI0085
3B599-0012

| | |
|---|---|
| FAR 52.219-14 | Limitations on Subcontracting (DEC 1996) |
| FAR 52.222-3 | Convict Labor (AUG 1996) |
| FAR 52.222-4 | Contract Work Hours and Safety Standards Act--Overtime Compensation (Sep 2000) |
| FAR 52.222-6 | Davis-Bacon Act (FEB 1995) |
| FAR 52.222-7 | Withholding of Funds (FEB 1988) |
| FAR 52.222-8 | Payrolls and Basic Records (FEB 1988) |
| FAR 52.222-9 | Apprentices and Trainees (FEB 1988) |
| FAR 52.222-10 | Compliance with Copeland Act Requirements (FEB 1988) |
| FAR 52.222-11 | Subcontracts (Labor Standards) (FEB 1988) |
| FAR 52.222-12 | Contract Termination-Debarment (FEB 1988) |
| FAR 52.222-13 | Compliance with Davis-Bacon and Related Act Regulations (FEB 1988) |
| FAR 52.222-14 | Disputes Concerning Labor Standards (FEB 1988) |
| FAR 52.222-15 | Certification of Eligibility (FEB 1988) |
| FAR 52.222-21 | Prohibition of Segregated Facilities (FEB 1999) |
| FAR 52.222-26 | Equal Opportunity (Apr 2002) |
| FAR 52.222-27 | Affirmative Action Compliance Requirements for Construction (FEB 1999) |
| FAR 52.222-35 | Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (APR 1998) |
| FAR 52.222-36 | Affirmative Action for Workers with Disabilities (JUN 1998) |
| FAR 52.222-37 | Employment Reports on Disabled Veterans and Veterans of the Vietnam Era (JAN 1999) |
| FAR 52.223-3 | Hazardous Material Identification and Material Safety Data (JAN 1997) Alternate I (JUL 1995) |
| FAR 52.223-5 | Pollution Prevention and Right-to-Know Information (APR 1998) |
| FAR 52.223-6 | Drug-Free Workplace (MAY 2001) |
| FAR 52.223-12 | Refrigeration Equipment and Air Conditioners (May 1995) |
| FAR 52.223-14 | Toxic Chemical Release Reporting (OCT 2000) |
| FAR 52.225-13 | Restrictions On Certain Foreign Purchases (FEB 2000) |
| FAR 52.227-1 | Authorization and Consent (JUL 1995) |
| FAR 52.227-2 | Notice and Assistance Regarding Patent and Copyright Infringement (Aug 1996) |
| FAR 52.227-4 | Patent Indemnity--Construction Contracts (APR 1984) |
| FAR 52.228-1 | Bid Guarantee (SEP 1996) (c) 20% of minimum guarantee of $100,000.00 (i.e. $20,000.00). |
| FAR 52.228-2 | Additional Bond Security (OCT 1997) |
| FAR 52.228-5 | Insurance Work on a Government Installation (JAN 1997) |
| FAR 52.228-11 | Pledge of Assets (FEB 1992) |
| FAR 52.228-14 | Irrevocable Letter of Credit (DEC 1999) |
| FAR 52.228-15 | Performance and Payment Bonds--Construction (JUL 2000) (b)(1)--for the purpose of determining original contract price, the guaranteed minimum of $100,000 will apply. |

83

BEI0086
38599-0012

|  | (b)(2)(A)-for the purpose of determining the contract price, the guaranteed minimum of $100,000 will apply. |
| FAR 52.229-3 | Federal, State, and Local Taxes (JAN 1991) |
| FAR 52.232-5 | Payments Under Fixed Price Construction Contracts (MAY 1997) |
| FAR 52.232-17 | Interest (JUN 1996) |
| FAR 52.232-18 | Availability of Funds (APR 1984) |
| FAR 52.232-23 | Assignment of Claims (JAN 1986) |
| FAR 52.232-27 | Prompt Payment for Construction Contracts (FEB 2002) |
| FAR 52.232-33 | Payment by Electronic Funds Transfer--Central Contractor Registration (MAY 1999) |
| FAR 52.233-1 | Disputes (DEC 1998) - Alternate I (DEC 1991) |
| FAR 52.233-3 | Protest After Award (AUG 1996) |
| FAR 52.236-2 | Differing Site Conditions (APR 1984) |
| FAR 52.236-3 | Site Investigation and Conditions Affecting the Work (APR 1984) |
| FAR 52.236-5 | Material and Workmanship (APR 1984) |
| FAR 52.236-6 | Superintendence by the Contractor (APR 1984) |
| FAR 52.236-7 | Permits and Responsibilities (NOV 1991) |
| FAR 52.236-8 | Other Contracts (APR 1984) |
| FAR 52.236-9 | Protection of Existing Vegetation, Structure, Equipment, Utilities, and Improvements (APR 1994) |
| FAR 52.236-10 | Operations and Storage Areas (APR 1984) |
| FAR 52.236-11 | Use and Possession Prior to Completion (APR 1984) |
| FAR 52.236-12 | Cleaning Up (APR 1984) |
| FAR 52.236-13 | Accident Prevention (NOV 1991) Alternate I (NOV 1991) |
| FAR 52.236-14 | Availability and Use of Utility Services (APR 1984) |
| FAR 52.236-15 | Schedule for Construction Contracts (APR 1984) |
| FAR 52.236-17 | Layout of Work (APR 1984) |
| FAR 52.236-21 | Specifications and Drawings For Construction (FEB 1997) Alternate I (APR 1984) |
| FAR 52.236-26 | Preconstruction Conference (FEB 1995) |
| FAR 52.242-13 | Bankruptcy (JUL 1995) |
| FAR 52.243-4 | Changes (AUG 1987) |
| FAR 52.245-1 | Property Records (APR 1984) |
| FAR 52.245-2 | Government Property (Fixed-Price Contracts) (DEC 1989) |
| FAR 52.246-21 | Warranty of Construction (MAR 1994) |
| FAR 52.248-3 | Value Engineering-Construction (MAR 1989) |
| FAR 52.249-2 | Termination for Convenience of the Government (Fixed-Price)(SEP 1996) Alternate I (SEP 1996) |
| FAR 52.249-10 | Default (Fixed-Price Construction) (APR 1984) |
| FAR 52.253-1 | Computer Generated Forms (JAN 1991) |

## I.2    THE FOLLOWING DEPARTMENT OF TRANSPORTATION ACQUISITION REGULATION CLAUSES ARE HEREBY INCORPORATED

BEI0087
38599-0012

This contract incorporates the following clauses by reference with the same force and effect as if they were given in full text. Upon request the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this address: http://www.dot.gov

| CLAUSE NO | TITLE |
|---|---|
| TAR 1252.209-70 | Disclosure of Conflicts of Interest (OCT 1994) |
| TAR 1252.211-71 | Index for Specifications (OCT 1996) |
| TAR 1252.222-70 | Strikes or Picketing Affecting Timely Completion of the Contract Work (OCT 1994) |
| TAR 1252.222-71 | Strikes or Picketing Affecting Access to a DOT Facility (OCT 1994) |
| TAR 1252.223-70 | Removal or Disposal of Hazardous Substances-Applicable Licenses and Permits (DEC 1997) |
| | Contractor must obtain all licenses and permits within **10** days of award |
| TAR 1252.223-71 | Accident and Fire Reporting (OCT 1994) |
| TAR 1225.228-90 | Notification of Miller Act Payment Bond Protection (OCT 1994) |
| TAR 1252.242-72 | Dissemination of Contract Information (OCT 1994) |
| TAR 1252.242-73 | Contracting Officers Technical Representative (OCT 1994) |
| TAR 1252.245-70 | Government Property Reports (OCT 1994) |

**I.3  FAR 52.204-1 Approval of Contract (Dec 1989)**

This contract is subject to the written approval of the Chief of the Contracting Office, FD&CC Seattle and shall not be binding until so approved.

(End of clause)

**I.4  FAR 52.225-9 Buy American Act-Balance of Payments Program-Construction Materials (Feb 2002)**

(a) *Definitions.* As used in this clause-
"Component" means an article, material, or supply incorporated directly into a construction material.
"Construction material" means an article, material, or supply brought to the construction site by the Contractor or a subcontractor for incorporation into the building or work. The term also includes an item brought to the site preassembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to

BEI0088
38599-0012

the construction site. Materials purchased directly by the Government are supplies, not construction material.

"Cost of components" means-

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the construction material (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the end product.

"Domestic construction material" means-

(1) An unmanufactured construction material mined or produced in the United States; or

(2) A construction material manufactured in the United States, if the cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic.

"Foreign construction material" means a construction material other than a domestic construction material.

"United States" means the 50 States and the District of Columbia, U.S. territories and possessions, Puerto Rico, the Northern Mariana Islands, and any other place subject to U.S. jurisdiction, but does not include leased bases.

(b) *Domestic preference.*

(1) This clause implements the Buy American Act (41 U.S.C. 10a - 10d) and the Balance of Payments Program by providing a preference for domestic construction material. The Contractor shall use only domestic construction material in performing this contract, except as provided in paragraphs (b)(2) and (b)(3) of this clause.

(2) This requirement does not apply to the construction material or components listed by the Government as follows:

_____NONE_____

[*Contracting Officer to list applicable excepted materials or indicate "none"*]

(3) The Contracting Officer may add other foreign construction material to the list in paragraph (b)(2) of this clause if the Government determines that-

(i) The cost of domestic construction material would be unreasonable. The cost of a particular domestic construction material subject to the requirements of the Buy American Act is unreasonable when the cost of such material exceeds the cost of foreign material by more than 6 percent. For determination of unreasonable cost under the Balance of Payments Program, the Contracting Officer will use a factor of 50 percent;

(ii) The application of the restriction of the Buy American Act or Balance of Payments Program to a particular construction material would be impracticable or inconsistent with the public interest; or

(iii) The construction material is not mined, produced, or manufactured in the United States in sufficient and reasonably available commercial quantities of a satisfactory quality.

(c) *Request for determination of inapplicability of the Buy American Act or Balance of Payments Program.*

BEI0089
38599-0012

(1)(i) Any Contractor request to use foreign construction material in accordance with paragraph (b)(3) of this clause shall include adequate information for Government evaluation of the request, including-

(A) A description of the foreign and domestic construction materials;

(B) Unit of measure;

(C) Quantity;

(D) Price;

(E) Time of delivery or availability;

(F) Location of the construction project;

(G) Name and address of the proposed supplier; and

(H) A detailed justification of the reason for use of foreign construction materials cited in accordance with paragraph (b)(3) of this clause.

(ii) A request based on unreasonable cost shall include a reasonable survey of the market and a completed price comparison table in the format in paragraph (d) of this clause.

(iii) The price of construction material shall include all delivery costs to the construction site and any applicable duty (whether or not a duty-free certificate may be issued).

(iv) Any Contractor request for a determination submitted after contract award shall explain why the Contractor could not reasonably foresee the need for such determination and could not have requested the determination before contract award. If the Contractor does not submit a satisfactory explanation, the Contracting Officer need not make a determination.

(2) If the Government determines after contract award that an exception to the Buy American Act or Balance of Payments Program applies and the Contracting Officer and the Contractor negotiate adequate consideration, the Contracting Officer will modify the contract to allow use of the foreign construction material. However, when the basis for the exception is the unreasonable price of a domestic construction material, adequate consideration is not less than the differential established in paragraph (b)(3)(i) of this clause.

(3) Unless the Government determines that an exception to the Buy American Act or Balance of Payments Program applies, use of foreign construction material is noncompliant with the Buy American Act or Balance of Payments Program.

(d) *Data.* To permit evaluation of requests under paragraph (c) of this clause based on unreasonable cost, the Contractor shall include the following information and any applicable supporting data based on the survey of suppliers:

| Foreign and Domestic Construction Materials Price Comparison | | | |
|---|---|---|---|
| Construction Material Description | Unit of Measure | Quantity | Price (Dollars)* |
| *Item 1:* | | | |
| Foreign construction material | _____ | _____ | _____ |
| Domestic construction material | _____ | _____ | _____ |
| | | | |
| *Item 2:* | | | |

BEI0090
38599-0012

| Foreign construction material | | | | |
|---|---|---|---|---|
| Domestic construction material | | | | |

*[List name, address, telephone number, and contact for suppliers surveyed. Attach copy of response; if oral, attach summary.]*
*[Include other applicable supporting information.]*
*[\* Include all delivery costs to the construction site and any applicable duty (whether or not a duty-free entry certificate is issued).]*

### I.5  FAR 52.244-6 Subcontracts for Commercial Items (Dec 2001)

(a) *Definitions.* As used in this clause-
"Commercial item" has the meaning contained in the clause at 52.202-1, Definitions.
"Subcontract" includes a transfer of commercial items between divisions, subsidiaries, or affiliates of the Contractor or subcontractor at any tier.
(b) To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial items or nondevelopmental items as components of items to be supplied under this contract.
(c)(1) The Contractor shall insert the following clauses in subcontracts for commercial items:
(i) 52.219-8, Utilization of Small Business Concerns (Oct 2000) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.
(ii) 52.222-26, Equal Opportunity (Feb 1999) (E.O. 11246).
(iii) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Dec 2001) (38 U.S.C. 4212(a));
(iv) 52.222-36, Affirmative Action for Workers with Disabilities (June 1998) (29 U.S.C. 793).
(v) 52.247-64, Preference for Privately Owned U.S.-Flagged Commercial Vessels (June 2000) (46 U.S.C. Appx 1241) (flowdown not required for subcontracts awarded beginning May 1, 1996).
(2) While not required, the Contractor may flow down to subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.
(d) The Contractor shall include the terms of this clause, including this paragraph (d), in subcontracts awarded under this contract.

(End of clause)

BEI0091
38599-0012



## SECTION K  REPRESENTATION, CERTIFICATIONS AND OTHER STATEMENTS OF OFFEROR'S

### K.1 FAR 52.203-2  CERTIFICATE OF INDEPENDENT PRICE DETERMINATION (APR 1985)

(a)     The offeror certifies that—

    (1)     The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, cr agreement with any other offeror or competitor relating to (I) those prices, (ii) the intention to submit an offer, or (iii) the methods or factors used to calculate the prices offered;

    (2)     The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and

    (3)     No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b)     Each signature on the offer is considered to be a certification by the signatory that the signatory—

    (1)     Is the person in the offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to subparagraph (a)(1) through (a)(3) above; or

    (2)     (i)Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraph (a)(1) through (a)(3) above_____

        *[insert full name of person(s) in the offeror's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the offeror's organization]*;

        (ii) As an authorized agent, does certify that the Principals named in subdivision (b)(2)(I) of this provision have not participated, and will not participate, in any action contrary to subparagraph (a)(1) through (a)(3) of this provision; and

        (iii) As an agent, has not personally participated, and will not participate, in any action contrary to subparagraph (a)(1) through (a)(3) of this provision.

(c)     If the offeror deletes or modifies subparagraph (a)(2) above, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

BEI0092
38599-0012



## K.2  FAR 52.204-3 TAXPAYER IDENTIFICATION (OCT 1998)

(a) Definitions.

"Common parent," as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

"Taxpayer Identification Number (TIN)," as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b)  All offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M and implementing regulations issued by the IRS. If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c)  The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(d)  *Taxpayer Identification Number (TIN).*

[X] TIN: ___92-0030431___

[ ] TIN has been applied for.

[ ] TIN is not required because:

[ ] Offeror is a non-resident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the U. S. and does not have an office or place of business or fiscal paying agent in the U.S.;

[ ] Offeror is an agency or instrumentality of a foreign government;

[ ] Offeror is an agency or instrumentality of the Federal Government;

(e)  *Type of organization.*

[ ] Sole Proprietorship;

[ ] Partnership;

[X] Corporate entity (not-tax exempt);

[ ] Corporate entity (tax-exempt);

[ ] Government entity (Federal, State, or local);

[ ] Foreign government;

[ ] International organization per 26 CFR 1.6049-4;

[ ] Other_____

(f)  *Common Parent.*

[ ] **Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this clause.**

[X] Name and TIN of common parent:

Name: ___F and R, Inc.___

TIN: ___92-0030430___

(End of Provision)

BEI0093

38599-0012



K. 4    FAR 52.209-5  CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS (DEC 2001)

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that-

(i) The Offeror and/or any of its Principals-

(A) Are o are not ⊠ presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have o have not ⊠, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and

(C) Are o are not ⊠ presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in paragraph (a)(1)(i)(B) of this provision.

(ii) The Offeror has o has not ⊠, within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

This Certification Concerns a Matter Within the Jurisdiction of an Agency of the United States and the Making of a False, Fictitious, or Fraudulent Certification May Render the Maker Subject to Prosecution Under Section 1001, Title 18, United States Code.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

(End of provision)

BEI0094
33599-0012

**K.5    FAR 52.219-1 SMALL BUSINESS PROGRAM REPRESENTATIONS (APRIL 2002)**

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is ___233320_____ [insert NAICS code].

(2) The small business size standard is ___$27.5 MIL_____ [insert size standard].

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) Representations.

(1) The offeror represents as part of its offer that it ⊠ is, o is not a small business concern.

(2) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents, for general statistical purposes, that it o is, ⊠ is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents as part of its offer that it o is, ⊠ is not a women-owned small business concern.

(4) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents as part of its offer that it o is, o is not a veteran-owned small business concern.

(5) [Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b)(4) of this provision.] The offeror represents as part of its offer that it o is, o is not a service-disabled veteran-owned small business concern.

(6) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents, as part of its offer, that-

(i) It o is, ⊠ is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It o is, ⊠ is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (b)(6)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. [The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture: _____.] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(c) Definitions. As used in this provision-

"Service-disabled veteran-owned small business concern"-

(1) Means a small business concern-

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

BEI0095
38599-0012

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and the size standard in paragraph (a) of this provision.

"Veteran-owned small business concern" means a small business concern-

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern" means a small business concern-

(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) *Notice.*

(1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, HUBZone small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to section 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall-

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

(End of provision)

*Alternate I (Apr 2002).* As prescribed in 19.307(a)(2), add the following paragraph (b)(7) to the basic provision:

(7) [*Complete if offeror represented itself as disadvantaged in paragraph (b)(2) of this provision.*] The offeror shall check the category in which its ownership falls:

\_\_\_\_\_ Black American.

·\_\_\_\_\_ Hispanic American.

\_\_\_\_\_ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

\_\_\_\_\_ Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic

BEI0096
38599-0012

of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).
_____ Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).
_____ Individual/concern, other than one of the preceding.

## K.6    FAR 52.222-22    PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (FEB 1999)

The offeror represents that:

(a)    It [ XX ] has, [_____] has not participated in a previous contract or subcontract subject either to the Equal Opportunity clause of this solicitation, the clause originally contained in Section 310 of Executive Order no. 10925, or the clause contained in Section 201 of Executive Order No. 11114;

(b)    It [ XX ] has, [_____] has not, filed all required compliance reports;

(c)    Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

(End of Provision)

## K.8    FAR 52.223-13 CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING (OCT 2000)

(a) Submission of this certification is a prerequisite for making or entering into this contract imposed by Executive Order 12969, August 8, 1995.

(b) By signing this offer, the offeror certifies that-

(1) As the owner or operator of facilities that will be used in the performance of this contract that are subject to the filing and reporting requirements described in section 313 of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA) (42 U.S.C. 11023) and section 6607 of the Pollution Prevention Act of 1990 (PPA) (42 U.S.C. 13106), the offeror will file and continue to file for such facilities for the life of the contract the Toxic Chemical Release Inventory Form (Form R) as described in sections 313(a) and (g) of EPCRA and section 6607 of PPA; or

(2) None of its owned or operated facilities to be used in the performance of this contract is subject to the Form R filing and reporting requirements because each such facility is exempt for at least one of the following reasons: [Check each block that is applicable.]

[X] (i) The facility does not manufacture, process, or otherwise use any toxic chemicals listed under section 313(c) of EPCRA, 42 U.S.C. 11023(c);

[ ] (ii) The facility does not have 10 or more full-time employees as specified in section 313(b)(1)(A) of EPCRA, 42 U.S.C. 11023(b)(1)(A);

[ ] (iii) The facility does not meet the reporting thresholds of toxic chemicals established under section 313(f) of EPCRA, 42 U.S.C. 11023(f) (including the alternate thresholds at 40 CFR 372.27, provided an appropriate certification form has been filed with EPA);

BEI0097
38599-0012



[ ] (iv) The facility does not fall within Standard Industrial Classification Code (SIC) major groups 20 through 39 or their corresponding North American Industry Classification System (NAICS) sectors 31 through 33; or

[ ] (v) The facility is not located within any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, Guam, American Samoa, the United States Virgin Islands, the Northern Mariana Islands, or any other territory or possession over which the United States has jurisdiction.

(End of provision)

## K.9   FAR 52.252-1  SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es): http://www.arnet.gov,http://www.arnet.gov,http://farsite.hill.af.mil,http://farsite.hill.af.mil

| CLAUSE NO. | TITLE: |
|---|---|
| FAR 52.203-11 | Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions (APR 1991) |
| FAR 52.222-23 | Notice of Requirement for Affirmative Action to Ensure Equal Employment Opportunity For Construction (FEB 1999) Covered Area Kodiak AK, WA, Goals for each trade:  Minority Participation  15.1%  Female Participation  6.9% |
| FAR 52.222-38 | Compliance with Veterans' Employment Reporting Requirements (Dec 2001) |

## K.10   CERTIFICATE OF AUTHORIZATION TO BIND CORPORATION FAR 4.102(C)

The Bidder, if a corporation, shall have this certificate executed under its corporate seal, provided that the same officer of the corporation shall not execute both the bid and this certificate, which shall be submitted with the bid.

I, Nancy J. Moore , certify that I am the Assistant Secretary of the corporation named as the Bidder therein; that W.E. Oliver who signed the bid on behalf of the Offeror, was then Vice President of said corporation; and that said bid was duly signed for and on behalf of said corporation by authority

BEI0098
38599-0012

of its governing body and is within the scope of its corporate powers.  In witness whereof, I have hereunto affixed my hand and the seal of said corporation this _____third_____ day of ____June_____, 19 2002.

Corporate Seal

*(End of Provision)*

BEI0099
38599-0012

GENERAL DECISION AK020001 05/17/2002 AK1

Date: May 17, 2002
General Decision Number **AK020001**

Superseded General Decision No. AK010001

State: Alaska

Construction Type:
BUILDING
HEAVY

County(ies):
STATEWIDE

BUILDING AND HEAVY CONSTRUCTION PROJECTS (does not include
residential construction consisting of single family homes
and apartments up to and including 4 stories)

| Modification Number | Publication Date |
|---|---|
| 0 | 03/01/2002 |
| 1 | 03/08/2002 |
| 2 | 03/22/2002 |
| 3 | 03/29/2002 |
| 4 | 04/05/2002 |
| 5 | 04/12/2002 |
| 6 | 05/03/2002 |
| 7 | 05/10/2002 |
| 8 | 05/17/2002 |

COUNTY(ies):
STATEWIDE

ASBE0097A 04/01/2002

|  | Rates | Fringes |
|---|---|---|
| ASBESTOS WORKERS/INSULATORS (includes application of all insulating materials protective coverings, coatings and finishings to all types of mechanical systems) | 28.31 | 6.24 |

----------------------------------------------------------------

ASBE0097B 04/01/2002

|  | Rates | Fringes |
|---|---|---|
| HAZARDOUS MATERIAL HANDLER (includes preparation, wetting, stripping, removal scrapping, vacuming, bagging, and disposing of all insulation materials, whether they contain asbestos or not, from mechanical systems) | 24.30 | 8.11 |

----------------------------------------------------------------

BOIL0502A 01/01/2002

BEI0100
38599-0012

|                                                        | Rates | Fringes |
|--------------------------------------------------------|-------|---------|
| BOILERMAKERS                                           | 34.35 | 12.20   |

--------------------------------------------------------------------

BRAK0001A  08/01/2001

|                                                        | Rates | Fringes |
|--------------------------------------------------------|-------|---------|
| BRICKLAYERS, BLOCKLAYERS, STONEMASON, MARBLE MASON, TILE SETTER & TERRAZZO WORKER | 28.22 | 11.80 |
| TILE & TERRAZZO FINISHERS                              | 22.79 | 11.80   |

--------------------------------------------------------------------

CARP1243A  09/01/2001

NORTH OF THE 63RD PARALLEL

|                                                        | Rates | Fringes |
|--------------------------------------------------------|-------|---------|
| CARPENTERS/LATHER/DRYWALL APPLICATOR                   | 30.60 | 10.60   |
| DEWALT OR SIMILAR TYPE SAW OPERATORS; SAW FILERS; NAILING MACHINE OPERATORS; POWER-ACTUATED TOOL OPERATOR; MAR-LITE AND ACOUSTICAL APPLICATOR FLOOR WORKERS; FIRE OR FLOOD REPAIR WORK | 31.17 | 10.60 |
| MILLWRIGHTS*                                           | 31.55 | 10.60   |

--------------------------------------------------------------------

CARP1281A  09/01/2001

SOUTH OF 63RD PARALLEL

|                                                        | Rates | Fringes |
|--------------------------------------------------------|-------|---------|
| CARPENTERS & DRYWALLERS                                | 27.10 | 11.70   |
| ACOUSTICAL APPLICATOR AND LATHERS                      | 27.10 | 11.70   |
| MILLWRIGHTS                                            | 27.80 | 11.70   |

--------------------------------------------------------------------

CARP2520A  07/01/2001

|                                                        | Rates | Fringes |
|--------------------------------------------------------|-------|---------|
| DIVERS:                                                |       |         |
| WORKING                                                | 58.80 | 11.60   |
| STAND-BY                                               | 29.40 | 11.60   |
| TENDER                                                 | 28.40 | 11.60   |
|                                                        |       |         |
| PILEDRIVERS:                                           |       |         |
| WELDER                                                 | 27.00 | 11.60   |
| CARPENTER                                              | 26.40 | 11.60   |
| SHEET PILE STABBER                                     | 26.24 | 11.60   |
| PILEDRIVER; SKIFF OPERATOR AND RIGGER                  | 25.24 | 11.60   |

--------------------------------------------------------------------

ELEC1547A  04/29/2002

|                                                        | Rates | Fringes   |
|--------------------------------------------------------|-------|-----------|
| ELECTRICIANS; TECHNICIANS                              | 30.67 | 3%+11.35  |

BEI0101
38599-0012

```
CABLE SPLICERS                    32.42           3%+11.35
------------------------------------------------------------
```

ELEC1547B  01/01/2002

|                                    | Rates  | Fringes  |
|------------------------------------|--------|----------|
| LINEMEN; EQUIPMENT OPERATORS;      |        |          |
|  TECHNICIAN                        | 33.60  | 3%+14.05 |
| CABLE SPLICER                      | 35.35  | 3%+14.05 |
| POWDERMAN                          | 31.60  | 3%+14.05 |
| TREE TRIMMER                       | 22.40  | 3%+14.05 |

------------------------------------------------------------

ELEV0019A  04/10/2002

|                    | Rates  | Fringes |
|--------------------|--------|---------|
| ELEVATOR MECHANICS | 34.925 | 7.455+a |

FOOTNOTE: a.  Employer contributes 8% of the basic hourly rate
    for over 5 year's service and 6% of the basic
    hourly rate for 6 months to 5 years' of service
    as vacation paid credit.  Seven paid holidays:
    New Year's Day; Memorial Day; Independence Day;
    Labor Day, Thanksgiving Day; Friday after
    Thanksgiving and Christmas Day
------------------------------------------------------------

ENGI0302A  07/01/2001

|                     | Rates  | Fringes |
|---------------------|--------|---------|
| POWER EQUIPMENT OPERATORS: |  |      |

PROJECT COST (excluding cost of materials)
OVER $4 MILLION

|           | Rates | Fringes |
|-----------|-------|---------|
| GROUP 1   | 31.01 | 9.49    |
| GROUP 1A  | 32.55 | 9.49    |
| GROUP 2   | 30.34 | 9.49    |
| GROUP 3   | 29.71 | 9.49    |
| GROUP 4   | 24.29 | 9.49    |

PROJECT COST (excluding cost of materials)
$4 MILLION AND UNDER

|           | Rates | Fringes |
|-----------|-------|---------|
| GROUP 1   | 24.60 | 8.99    |
| GROUP 1A  | 25.83 | 8.99    |
| GROUP 2   | 24.06 | 8.99    |
| GROUP 3   | 23.56 | 8.99    |
| GROUP 4   | 19.22 | 8.99    |

POWER EQUIPMENT OPERATOR CLASSIFICATIONS

GROUP 1:  Asphalt Roller; Back Filler; Barrier Machine (Zipper);
Batch Plant Operator: Batch and Mixer over 200 yds.; Beltcrete
with power pack and similar conveyors; Bending Machine; Boat
Coxwains; Bulldozers; Cableways, Highlines and Cablecars;
Cleaning Machine; Coating Machine; Concrete Hydro Blaster;
Cranes-45 tons and under or 150 foot boom and under (including
jib and attachments): (a) Shovels, Backhoes, Draglines,
Clamshells; Gradalls-3 yards and under; (b) Hydralifts or
Transporters, all track or truck type, (c) Derricks; Crushers;
Deck Winches-Double Drum; Ditching or Trenching Machine (16 inch

BEI0102
38599-0012

or over); Drilling Machines, core, cable, rotary and exploration; Finishing Machine Operator, concrete paving, Laser Screed, sidewalk, curb and gutter machine; Helicopters: Hover Craft, Flex Craft, Loadmaster, Air Cushion, All Terrain Vehicle, Rollagon, Bargecable, Nodwell Sno Cat; Hydro Ax: Feller Buncher and similar; Loaders: Forklifts with power boom and swing attachment, Overhead and front end, 2 1/2 yards through 5 yards, Loaders with forks or pipe clamps, Loaders, elevating belt type, Euclid and similar types; Mechanics, Bodyman; Micro Tunneling Machine; Mixers: Mobile type w/hoist combination; Motor Patrol Grader; Mucking Machines: Mole, Tunnel Drill, Horizontal/Directional Drill Operator, and/or Shield; Operator on Dredges; Piledriver Engineers, L. B. Foster, Puller or similar Paving Breaker; Power Plant, Turbine Operator, 200 k.w. and over (power plants or combination of power units over 300 k.w.); Sauerman-Bagley; Scrapers-through 40 yards; Service Oiler/Service Engineer; Sidebooms-under 45 tons; Shot Blast Machine; Spreaders, Blaw Knox, Cedarapids, Barber Greene, Slurry Machine; Sub-grader (Gurries, C.M.I. and C.M.I. Roto Mills and similar types); Tack tractor; Truck mounted Concrete Pumps, Conveyor, Creter; Water Kote Machine; Unlicensed off road hauler

 GROUP 1A:  Cranes-over 45 tons or 150 foot (including jib and attachments): (a) Shovels, backhoes, draglines, clamshells-over 3 yards, (b) Tower cranes; Loaders over 5 yds.; Motor Patrol Grader (finish: when finishing to final graders and/or to hubs, or for asphalt); Power Plants: 1000 k.w. and over; Quad; Screed;

Sidebooms over 45 tons; Slip Form Paver C.M.I. and similar types; Scrapers over 40 yards

 GROUP 2: Batch Plant Operators: Batch and Mixer 200 yds. per hour and under; Boiler-fireman; Cement Hog and Concrete Pump Operator; Conveyors (except as listed in group 1); Hoist on steel erection; Towermobiles and Air Tuggers; Horizontal/Directional Drill Locator; Loaders, Elevating Grader, Dumor and similar; Locomotives: rod and geared engines; Mixers; Screening, Washing Plant; Sideboom (cradling rock drill regardless of size); Skidder; Trencing Machine under 16 inches.

 GROUP 3: "A" Frame Trucks, Deck Winches: single power drum; Bombardier (tack or tow rig); Boring Machine; Brooms-power; Bump Cutter; Compressor; Farm tractor; Forklift, industrial type; Gin Truck or Winch Truck with poles when used for hoisting; Grade Checker and Stake Hopper; Hoist, Air Tuggers, Elevators; Loaders: (a) Elevating-Athey, Barber Green and similar types
 (b) Forklifts or Lumber Carrier (on construction job site)
 (c) Forklifts with Tower
 (d) Overhead and Front-end, under 2 1/2 yds.
Locomotives:Dinkey (air, steam, gas and electric) Speeders; Mechanics (light duty); Mixers: Concrete Mixers and Batch 200 yds. per hour and under; Oil, Blower Distribution; Post Hole Diggers, mechanical; Pot Fireman (power agitated); Power Plant, Turbine Operator, under 300 k.w.; Pumps-water; Rig oiler/assistant engineer, over 45 ton, over 3 yards or over 150 foot boom; Roller-other than Plantmix; Saws, concrete; Straightening Machine; Tow Tractor

BEI0103
38599-0012

GROUP 4:  Rig Oiler/Assistant Engineer (Advances to Group III if over 45 tons or 3 yards or 150 ft. boom); Swamper (on trenching machines or shovel type equipment); Spotter; Steam Cleaner

FOOTNOTE:  Groups 1-4 receive 10% premium while performing tunnel or underground work.
----------------------------------------------------------------

IRON0751A  08/01/2001

| | Rates | Fringes |
|---|---|---|
| IRONWORKERS: | | |
| BRIDGE, STRUCTURAL, ORNAMENTAL, REINFORCING MACHINERY MOVER, RIGGER, SHEETER, STAGE RIGGER, BENDER OPERATOR | 27.50 | 13.10 |
| GUARDRAIL LAYOUT MAN | 24.74 | 13.10 |
| FENCE, BARRIER AND GUARDRAIL INSTALLERS | 24.00 | 13.10 |
| HELICOPTER, TOWER | 28.50 | 13.10 |

----------------------------------------------------------------

LABO0341A  08/01/2001

| | Rates | Fringes |
|---|---|---|
| LABORERS: | | |
| GROUP 1 | 24.94 | 9.20 |
| GROUP 2 | 25.69 | 9.20 |
| GROUP 3 | 26.34 | 9.20 |
| GROUP 3A | 27.14 | 9.20 |
| GROUP 4 | 17.29 | 9.20 |

### LABORERS CLASSIFICATIONS

GROUP 1:  Asphalt Workers (shovelman, plant crew); Brush Cutters; Camp Maintenance Laborer; Carpenter Tenders; Choke Setters, Hook Tender, Rigger, Signalman; Concrete Laborer(curb and gutter, chute handler, grouting, curing, screeding); Crusher Plant Laborer; Demolition Laborer; Ditch Diggers; Dump Man; Environmental Laborer (asbestos (limited to nonmechanical systems), hazardous and toxic waste, oil spill); Fence Installer; Fire Watch Laborer; Flagman; Form Strippers; General Laborer; Guardrail Laborer, Bridge Rail Installers; Hydro-Seeder Nozzleman; Laborers (building); Landscape or Planter; Material Handlers; Pneumatic or Power Tools; Portable or Chemical Toilet Serviceman; Pump Man or Mixer Man; Railroad Track Laborer; Sandblast, Pot Tender; Saw Tenders; Scaffold Building and Erecting; Slurry Work; Stake Hopper; Steam Point or Water Jet Operator; Steam Cleaner Operator; Tank Cleaning; Utiliwalk and Utilidor Laborer; Watchman (construction projects); Window Cleaner

GROUP 2: Burning and Cutting Torch; Cement or Lime Dumper or Handler (sack or bulk); Choker Splicer; Chucktender (wagon, airtrack and hydraulic drills); Concrete Laborers (power buggy, concrete saws, pumpcrete nozzleman, vibratorman); Culvert pipe

BEI0104
38599-0012

laborer; Environmental Laborer (marine work); Foam Gun or Foam Machine Operator; Green Cutter (dam work); Guardrail Machine Operator; Gunnite Operator; Hod Carriers; Jackhammer or Pavement Breakers (more than 45 pounds); Mason Tender and Mud Mixer (sewer work); Pilot car; Plasterer, Bricklayer and Cement Finisher Tenders; Power Saw Operator; Railroad Switch Layout Laborer; Sandblaster; Sewer Caulkers; Sewer Plant Maintenance Man; Thermal Plastic Applicator; Timber Faller, chain saw operator, filer; Timberman

GROUP 3: Bit Grinder; Drill Doctor (in the field); Drillers (including, but not limited to, wagon drills, air track drills; hydraulic drills); High Rigger and tree topper; Higher Scaler; Multiplate; Pioneer Drilling and Drilling Off Tugger (all type drills); Slurry Seal Squeegee Man

GROUP 3A: Asphalt Raker, Asphalt Belly dump lay down; Grade checker (setting or transfering of grade marks, line and grade); Powderman; Pipelayers

GROUP 4:  Final Building Cleanup

TUNNELS, SHAFTS, AND RAISES

| | Rates | Fringes |
|---|---|---|
| GROUP 1 | 27.43 | 9.20 |
| GROUP 2 | 28.26 | 9.20 |
| GROUP 3 | 28.97 | 9.20 |
| GROUP 3A | 28.95 | 9.20 |

TUNNELS, SHAFTS, AND RAISES CLASSIFICATIONS
GROUP 1:  Brakeman; Muckers; Nippers; Topman and Bull Gang; Tunnel Track Laborer

GROUP 2:  Burning and Cutting Torch; Concrete Laborers; Jackhammers; Laser Instrument Operators; Nozzleman, Pumpcrete or Shotcrete; Pipelayers

GROUP 3:  Miner; Retimberman

GROUP 3A: Powderman

Tunnel shaft and raise rates only apply to workers regularly employed inside a tunnel portal or shaft collar.
----------------------------------------------------------------

PAIN1140C  07/01/2001

SOUTH OF THE 63RD PARALLEL

| | Rates | Fringes |
|---|---|---|
| PAINTERS | | |
| Brush, Roller, Sign Paper and Vinyl, Swing Stage, Taper/Drywall, | 23.28 | 8.40 |
| Structural Steel | 23.68 | 8.40 |
| Spray-Sand/Blast, Epoxy and Tar Applicator | 24.28 | 8.40 |

BEI0105
38599-0012

```
Steeple Jack & Tower              25.28         8.40
------------------------------------------------------------

PAIN1140E  07/01/2001
                                   Rates        Fringes
SOFT FLOOR LAYERS                  23.80        6.68
------------------------------------------------------------

PAIN1140F  06/01/2001
                                   Rates        Fringes
SOUTH OF THE 63RD PARALLEL

GLAZIERS                           24.07        10.08
------------------------------------------------------------

  * PAIN1555C  04/01/2002
                                   Rates        Fringes
NORTH OF THE 63RD PARALLEL

PAINTERS:
  BRUSH, BUFFER OPERATOR, FLOOR-
   COVERER, POT TENDER, ROLL
   SPRAY, WALLCOVERER              26.50        9.80

  HAZARDOUS MATERIAL APPLICATOR,
  LEAD BASED PAINT ABATEMENT,

  RADON MITIGATION, SANDBLAST,
  STRUCTURAL STEEL, TAPING,
  TEXTURING                        27.00        9.80
------------------------------------------------------------

  * PAIN1555E  01/01/2002
                                   Rates        Fringes
NORTH OF THE 63RD PARALLEL

GLAZIERS                           26.62        8.30
------------------------------------------------------------

PLAS0867A  02/01/2002
                                   Rates        Fringes
NORTH OF THE 63RD PARALLEL:
  CEMENT MASONS                    29.36        8.65
  PLASTERERS                       30.84        8.65

SOUTH OF THE 63RD PARALLEL
  CEMENT MASONS                    29.11        8.65
  PLASTERERS                       30.59        8.65
------------------------------------------------------------

PLUM0262C  01/01/2002
                                   Rates        Fringes
East of the 141st Meridian

PLUMBERS; STEAMFITTERS             28.09        10.00
------------------------------------------------------------
```

BEI0106
38599-0012

PLUM0367B  11/01/2001

|  | Rates | Fringes |
|---|---|---|
| South of the 63rd Parallel | | |
| PLUMBERS; STEAMFITTERS | 29.30 | 10.75 |

----------------------------------------------------------------

PLUM0375A  07/01/2000

|  | Rates | Fringes |
|---|---|---|
| North of the 63rd Parallel | | |
| PLUMBERS; STEAMFITTERS | 32.61 | 10.60 |

----------------------------------------------------------------

PLUM0669A  04/01/2002

|  | Rates | Fringes |
|---|---|---|
| SPRINKLER FITTER | 35.30 | 8.55 |

----------------------------------------------------------------

ROOF0190A  03/01/2002

|  | Rates | Fringes |
|---|---|---|
| NORTH OF THE 63RD PARALLEL: | | |
| ROOFERS | 31.10 | 9.25 |
| SOUTH OF THE 63RD PARALLEL | | |
| ROOFERS | 29.10 | 9.25 |

----------------------------------------------------------------

SHEE0023A  04/01/2002

|  | Rates | Fringes |
|---|---|---|
| South of the 63rd Parallel: | | |
| SHEET METAL WORKERS | 30.75 | 9.64 |

----------------------------------------------------------------

SHEE0023B  04/01/2002

|  | Rates | Fringes |
|---|---|---|
| North of the 63rd Parallel: | | |
| SHEET METAL WORKERS | 32.76 | 11.04 |

----------------------------------------------------------------

TEAM0959A  09/01/2001

|  | Rates | Fringes |
|---|---|---|
| TRUCK DRIVERS: | | |
| GROUP 1 | 30.60 | 9.22 |
| GROUP 1A | 31.65 | 9.22 |
| GROUP 2 | 29.55 | 9.22 |
| GROUP 3 | 28.87 | 9.22 |
| GROUP 4 | 28.40 | 9.22 |
| GROUP 5 | 27.76 | 9.22 |

GROUP 1:  Semi with Double Box Mixer; Dump Trucks (including
rockbuggy and trucks with pups) over 40 yards up to and including
60 yards; Deltas, Commanders, Rollogans and similar equipment
when pulling sleds, trailers or similar equipment; Boat Coxswain;
Lowboys including attached trailers and jeeps, up to and

BEI0107
38599-0012

including 12 axles; Ready-mix over 12 yards up to and including 15 yards)

GROUP 1A:  Dump Trucks (including Rockbuggy and Trucks with pups) over 60 yards up to and including 100 yards

GROUP 2: Turn-O-Wagon or DW-10 not self-loading; All Deltas, Commanders, Rollogans, and similar equipment; Mechanics; Tireman, heavy duty; Dump Trucks (including Rockbuggy and Trucks with pups) over 20 yards up to and including 40 yards; Lowboys including attached trailers and jeeps up to and including 8 axles; Super vac truck/cacasco truck/heat stress truck; Ready-mix over 7 yards up to and including 12 yards

GROUP 3: Dump Trucks (including Rockbuggy and Trucks with pups) over 10 yards up to and including 20 yards; Ready mix/batch trucks 8 yards and up; Oil distributor drivers; Greaser; Water Wagon (when pulled by Euclid or similar type equipment); Partsman

GROUP 4: Buggymobile; Semi or Truck and trailer; Dumpster; Tireman (light duty); Dump Trucks (including Rockbuggy and Truck with pups) up to and including 10 yards; Track Truck Equipment; Stringing Truck; Fuel Truck; Fuel Handler with truck; Grease Truck; Flat Beds, dual rear axle; Hyster Operators (handling bulk aggregate); Lumber Carrier; Water Wagon, semi; Water Wagon, dual

axle; Gin Pole Truck, Winch Truck, Wrecker, Truck Mounted "A" Frame manufactured rating over 5 tons; Bull Lifts and Fork Lifts with Power Boom and Swing attachments, over 5 tons; Front End Loader with Forks; Bus Operator over 30 passengers; All Terrain Vehicles; Boom Truck/Knuckle Truck over 5 tons; Foam Distributor Truck/dual axle; Hydro-seeders, dual axle; Vacuum Trucks, Truck Vacuum Sweepers; Vacuum Trucks, Truck Vacuum Sweepers; Loadmaster (air and water); Air Cushion or similar type vehicle; Fire Truck; Combination Truck-fuel and grease; Compactor (when pulled by rubber tired equipment); Rigger (air/water/oilfield); Ready Mix, up to and including 7 yards

GROUP 5: Gravel Spreader Box Operator on Truck; Flat Beds, single rear axle; Boom Truck/Knuckle Truck up to and including 5 tons; Pickups (Pilot Cars and all light duty vehicles); Water Wagon, single axle; Gin Pole Truck, Winch Truck, Wrecker, Truck Mounted "A" Frame, manufactured rating 5 tons and under; Bull Lifts and Fork Lifts (fork lifts with power broom and swing attachments up to and including 5 tons); Buffer Truck; Tack Truck; Bus Operators (up to 30 passengers); Farm type Rubber Tired Tractor (when material handling or pulling wagons on a construction project); Foam Distributor, single axle; Hydro-Seeders, single axle; Team Drivers (horses, mules and similar equipment); Rigger (warehouse operation); Fuel Handler (station/bulk attendant); Batch Truck, up to and including 7 yards

----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

BEI0108
38599-0012

==========================================================

Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29 CFR 5.5(a)(1)(v)).

----------------------------------------------------------

In the listing above, the "SU" designation means that rates
listed under that identifier do not reflect collectively
bargained wage and fringe benefit rates.  Other designations
indicate unions whose rates have been determined to be
prevailing.

            WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter?  This can
be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a
  position on a wage determination matter

* a conformance (additional classification and rate)
  ruling

On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
Regional Office for the area in which the survey was conducted
because those Regional Offices have responsibility for the
Davis-Bacon survey program.  If the response from this initial
contact is not satisfactory, then the process described in 2.)
and 3.) should be followed.

With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the Branch
of Construction Wage Determinations.  Write to:

        Branch of Construction Wage Determinations
        Wage and Hour Division
        U. S. Department of Labor
        200 Constitution Avenue, N. W.
        Washington, D. C.  20210

2.) If the answer to the question in 1.) is yes, then an
interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

        Wage and Hour Administrator
        U.S. Department of Labor
        200 Constitution Avenue, N. W.
        Washington, D. C.  20210

The request should be accompanied by a full statement of the
interested party's position and by any information (wage payment
data, project description, area practice material, etc.) that the

BEI0109
38599-0012

requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an
interested party may appeal directly to the Administrative Review
Board (formerly the Wage Appeals Board). Write to:

       Administrative Review Board
       U. S. Department of Labor
       200 Constitution Avenue, N. W.
       Washington, D. C.  20210

4.) All decisions by the Administrative Review Board are final.
       END OF GENERAL DECISION

BEI0110
33599-0012

07-17-2002  15:48    From-BRECHAN ENT                    +19074864889        T-277  P.001/001  F-691
07/17/2002 16:46 FAX

☑001/001

**U.S. Department**
**of Transportation**

**United States**
**Coast Guard**

Commanding Officer
United States Coast Guard
Facilities Design and Construction
Center(Pacific)

915 Second Ave., Room 2664
Seattle, WA 98174-1011
Staff Symbol:
Phone: (206) 220-7423
FAX: (206) 220-7390

Brechan Enterprises, Inc
2705 Mill Bay Road
Kodiak, Alaska 99615

4200
17 July 2002

NOTICE OF AWARD

Subj.: CONTRACT NO. DTCG50-02-D-643J55

Dear Sirs:

Enclosed is your copy of the contract. The contract award date is 18 July 2002. This contract is for a basic and 4 one year options.

The contract requires performance and payment bonds be submitted. An SF-25, Performance Bond, and SF-25A, Payment Bond forms are enclosed for your use. One original of each bond is required.

An Express Payment form is enclosed for starting automated payments. Please send the completed form directly to the Finance Center address shown on the form as well as a copy of the form to me for our records. It is recommended that a copy of these documents be submitted with your first pay request when that time comes.

If you have any questions regarding any of the above, please contact me.

Sincerely,

ANITA REPANICH
Contracting Officer

Encl: DTCG50-01-C-643A81, SF-25, SF-25A, Payment Express Form
  Copies: PM, COR, EIC, Unit

BEI0112
38599-0012

05/14/2002 16:15 FAX 9074864889          BRECHAN ENTERPRISES INC  → IDIQ:Matt/George  ☑001

OMB Approval 2700-0042

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | 1 | | 5 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| ONE | 8 May 2002 | | |

6. ISSUED BY                                       CODE

Contracting Officer
USCG FDCCPAC; 915 Second Ave, Room 2664
Seattle, WA  98174-1011

7. ADMINISTERED BY (If other than Item 6)          CODE

8. NAME AND ADDRESS OF CONTRACTOR (No. Street, county, State and ZIP: Code)

| (4) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| X | DTCG50-02-R-643J55 |
| | 9B. DATED (SEE ITEM 11) |
| | 3 May 2002 |
| | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | |
| | 10B. DATED (SEE ITEM 13) |

CODE                          FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☒ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers  ☐ is extended,  ☒ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning one (1) copy of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATA SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and data specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (4) | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. | OTHER Specify type of modification and authority) |

E.  IMPORTANT:  Contractor  ☐ is not,  ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this amendment is to provide the Past Performance Survey omitted from the solicitation and a change to Section F in regards to the coefficient.

A.  See Section L, page 103 for requirements of the Past Performance Survey.

B.  Delete the last sentence in Section F.1 (a), page 69.  There will be only one coefficient for all work, all hours.

C.  The time and date of proposal receipt has not been extended and the preproposal conference remains scheduled for 9:00 am, 16 May 2002.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER  (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER  (Type or print) |
|---|---|
| | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| | | BY | |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070              30-105                    STANDARD FORM 30 (REV. 10-83)
PREVIOUS EDITION UNUSABLE        Computer Generated          Prescribed by GSA

BEI0113
38599-0012

**PAST PERFORMANCE QUESTIONNAIRE**



## UNITED STATES COAST GUARD
## FACILITIES DESIGN and CONSTRUCTION CENTER PACIFIC

Jackson Federal Building
915 Second Avenue, Room 2664
Seattle, WA. 98174-1011
Attn: Anita Repanich
Phone: (206) 220-7426
Fax:    (206) 220-7390

The contractor listed below is being considered in a Source Selection by the United States Coast Guard, Facilities Design and Construction Center Pacific (FD&CC Pac), Seattle, Washington. The project the firm is being considered for is a IDIQ Job Order Contract, ISC Kodiak Alaska. Please complete this questionnaire regarding the quality of the contractor's past performance. Your comments are considered Source Selection Sensitive, so your name and comments will be **confidential**. In order to maintain the integrity of the source selection process, we respectfully request that you do not divulge that this contractor is being considered, nor discuss your comments with any other individuals.

## I.  CONTRACT IDENTIFICATION

A.  Contractor Name          _____

B.  Contract Number          _____

C.  Contract Type            _____

                             Competitive:    {   } Yes          {   } No

D.  Period of Performance     Initial Schedule (# of days): _____

                             Current Schedule:          _____

E.  Initial Contract Cost     $_____

F.  Current Contract Cost     $_____
    (Including all mods to date)

G.  Project Title/Description, and/or    _____
    Services Provided
                             _____

                             _____

H.  Location of Project       _____

BEI0114
38599-0012

05/14/2002 16:16 FAX 9074864889          BRECHAN ENTERPRISES INC → IDIQ:Matt/George   ☑003

## II.  AGENCY/EVALUATOR IDENTIFICATION

A.  Agency Name                          _____

B.  Evaluator Name                       _____

C.  Position held or function in         _____
    relation to referenced project.

D.  Address                              _____

                                         _____

E.  Phone Number                         _____

F.  Fax Number                           _____

## III.  EVALUATION

Please utilize the following performance ratings:

**Exceptional (E)** — The contractor's performance demonstrated an innovative, comprehensive, outstanding approach, which clearly exceeded the contract requirements.

**Very Good (VG)** — The contractor's performance demonstrated an innovative, comprehensive, very good approach, which exceeded the contract requirements.

**Acceptable (A)** — The contractor's performance demonstrated an acceptable approach which met the contract requirements.

**Unacceptable (U)** — The contractor's performance failed to meet contract requirements.

**No Response (NR)** — Unable to evaluate, due to lack of knowledge of the contractor's performance on this item.

A.  QUALITY OF PRODUCT OR SERVICE                    (Circle Ratings)

    1.  Quality of workmanship:                U    A    VG    E    NR

    2.  Quality of QC Documentation:           U    A    VG    E    NR

    3.  Quality of Submittals:                 U    A    VG    E    NR

    4.  Adequacy of QC Testing:                U    A    VG    E    NR

    5.  Identification and Correction of Deficient Work:    U    A    VG    E    NR

        Comments:    _____

                     _____

                     _____

                     _____

BEI0115
38599-0012

B.  TIMELINESS OF PERFORMANCE                                  (Circle Ratings)

   1.  Adherence to Approved Schedule:                    U   A   VG   E   NR

   2.  Resolution of Delays:                               U   A   VG   E   NR

   3.  Submission of Required Documentation, such as
      Progress Reports, Submittals, As-Builts, etc:       U   A   VG   E   NR

   4.  Completion of Punch List Items:                    U   A   VG   E   NR

   5.  Submission of Updated and Revised Progress Schedules:  U   A   VG   E   NR

   6.  Warranty Response:                                 U   A   VG   E   NR

      Comments:   _____
               _____
               _____
               _____

C.  EFFECTIVENESS OF MANAGEMENT AND BUSINESS RELATIONS (Circle Ratings)

   1.  Cooperation & Responsiveness to Your/Customer Needs:   U   A   VG   E   NR

   2.  Management of Resources/Personnel:                 U   A   VG   E   NR

   3.  Coordination and Control of Major/Critical Subcontractors:  U   A   VG   E   NR

   4.  Ability to Coordinate Work with Customers:          U   A   VG   E   NR

   5.  Contractor Interface with Agency Staff and End Users:  U   A   VG   E   NR

   6.  Effectiveness of Key Personnel (Superintendent, Engineering,
      Project Manager, Field Forman, Quality Control Inspector):   U   A   VG   E   NR

   7.  O & M Manuals/Instructions:                        U   A   VG   E   NR

      Comments:   _____
               _____
               _____
               _____

D.  COMPLIANCE WITH SAFETY STANDARDS                          (Circle Ratings)

   1.  Adequacy and Implementation of Safety Plan:        U   A   VG   E   NR

   2.  Correction of Noted Deficiencies:                  U   A   VG   E   NR

   3.  Compliance with Regulatory Requirements, such as
      Hazardous Waste Management, Transportation, and Disposal:   U   A   VG   E
      NR

      Comments:   _____
               _____
               _____

E. **COST-EFFECTIVE PERFORMANCE**                              (Circle Ratings)

   1.  Reasonableness, Timeliness and Accuracy of Cost Proposals    U   A   VG   E   NR
       and Supporting Data:

   Comments: _____

              _____

              _____

F. **GENERAL SATISFACTION**

   1.  Is/Was the contractor committed to customer satisfaction?    YES    NO

   2.  If you had a choice, would you contract with this contractor again?    YES    NO

      If "NO", why not?_____

      _____

   3.  Any Additional Comments:_____

      _____

      _____

      _____

      _____

      _____

      _____

      _____

**Thank you very much for your time and input to our evaluation process.**

**BRECHAN ENTERPRISES, INC.**
**PRICE SCHEDULE**

| | |
|---|---|
| **Contract No.:** | **DTCG-50-02-D-643J55** |
| **TASK ORDER #:** | **DTCG50-03-F-643P92** |
| **Contractor:** | **BRECHAN ENTERPRISES, INC.** |
| **IDIQ Project #:** | **41007 - Cargo Wharf Pile Coating Phase II** |

| Item # Activity | Total | % to Date | Allowed to Date | Previous Billings |
|---|---|---|---|---|
| Mobilizations/tools | 63,987.00 | 0.00% | 0.00 | 0.00 |
| Scaffold | 84,138.00 | 0.00% | 0.00 | 0.00 |
| Containment - Tarps | 318,114.00 | 0.00% | 0.00 | 0.00 |
| Containment - Cofferdams | 428,694.00 | 0.00% | 0.00 | 0.00 |
| Pile Prep | 209,820.00 | 0.00% | 0.00 | 0.00 |
| Pile Coating | 145,229.00 | 0.00% | 0.00 | 0.00 |
| Remove/Reinstall Cathodic Protection | 14,078.00 | 0.00% | 0.00 | 0.00 |
| Remove Under Pier Utilities | 7,840.00 | 0.00% | 0.00 | 0.00 |
| Repair Defective Structural Welds | 11,200.00 | 0.00% | 0.00 | 0.00 |
| CP Commissioning Report | 3,920.00 | 0.00% | 0.00 | 0.00 |
| QA Services | 126,000.00 | 0.00% | 0.00 | 0.00 |
| | | 0.00% | 0.00 | 0.00 |
| | 1,413,020.00 | | 0.00 | 0.00 |

*Rounde to even #'s*

BEI2876
38599-0012

05/24/2002 08:12 FAX 9074864889          BRECHAN ENTERPRISES INC → IDIQ:Matt/George      ☒001

OMB Approval 2700-0042

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | 1 | | |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0002 | 23 May 2002 | | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| Contracting Officer<br>USCG FDCCPAC; 915 Second Ave, Room 2664<br>Seattle, WA  98174-1011 | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, county, State and ZIP: Code) | | (√) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| | | | DTCG50-02-R-643J55 |
| | | X | 9B. DATED (SEE ITEM 11) |
| | | | 3 May 2002 |
| | | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | | |
| | | | 10B. DATED (SEE ITEM 13) |
| CODE | FACILITY CODE | | |

## 11.  THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☒ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers ☐ is extended, ☒ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning one (1) copy of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13.  THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (√) | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. | OTHER Specify type of modification and authority) |

E.  IMPORTANT:  Contractor  ☐ is not,  ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this amendment is to provide information from the preproposal conference.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SEE PAGE 2 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| _____<br>(Signature of person authorized to sign) | | BY _____<br>(Signature of Contracting Officer) | |

| NSN 7540-01-152-8070<br>PREVIOUS EDITION UNUSABLE | 30-105<br>Computer Generated | STANDARD FORM 30 (REV. 10-83)<br>Prescribed by GSA |
|---|---|---|

BEI0118
38599-0012

05/24/2002 08:13 FAX 9074864889    BRECHAN ENTERPRISES INC → IDIQ:Matt/George    ☑003

DTCG50-02-R-643G14
Page 3 of 4

A Preproposal Conference was held at the Community Center at ISC Kodiak on 16 May 2002. The following is a list of attendees.

Anita Repanich, Contracting Officer
USCG, FD&CC PAC
(206) 220-7426
arepanich@pacnorwest.uscg.mil

Maggie Wilson, Contracting Officer
USCG, FD&CC PAC
(206) 220-7424

Mike Sandstrom
KUK Construction
Anchorage AK
(907) 562-8705

Mike Martin
Brechan Enterprises
Kodiak AK
(907) 486-3215

Matt Holmstrom
Brechan Enterprises
Kodiak AK
(907) 487-2223

Ray Camerdella
Brechan Enterprises
Kodiak AK

Lt. Andy Brown, Project Manager
USCG, FD&CC PAC
(206) 220-7437

LCDR Joel Dolbeck
ISC Kodiak
Kodiak, AK

Wayne Johnson
Chenega Management LLC
Anchorage AK
(907) 277-8844

Bill Oliver
Brechan Enterprises
Kodiak AK
(907) 486-3215

Grand Deline
Brechan Enterprises
Kodiak AK
(907) 486-3215

BEI0119
38599-0012

06/01/2002 09:21 FAX 9074864889    BRECHAN ENTERPRISES INC → IDIQ:Matt/George    ☒001

OMB Approval 2700-0042

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0003 | 31 May 2002 | | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| Contracting Officer<br>USCG FDCCPAC; 915 Second Ave, Room 2664<br>Seattle, WA  98174-1011 | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No. Street, county, State and ZIP: Code) | | (4) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| | | | DTCG50-02-R-643J55 |
| | | X | 9B. DATED (SEE ITEM 11) |
| | | | 3 May 2002 |
| | | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | | |
| CODE | FACILITY CODE | | 10B. DATED (SEE ITEM 13) |

## 11.  THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☒ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers ☐ is extended, ☒ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning one (1) copy of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATA SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and data specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13.  THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (4) | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. | OTHER Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this amendment is to provide the wage determination provided in amendment 0002 in a word format and provide for a change to the RFP requirement for construction management experience.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SEE PAGE 2 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER  (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER  (Type or print) | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| | | BY | |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

| NSN 7540-01-152-8070<br>PREVIOUS EDITION UNUSABLE | 30-105<br>Computer Generated | STANDARD FORM 30 (REV. 10-83)<br>Prescribed by GSA |
|---|---|---|

BEI0120
38599-0012

DTCG50-02-R-643J55
Page 2 of 2

The following changes are made to the solicitation:

A. Included in this amendment is the most current Wage Decision, AK 020001 dated 17 May 2002.

B. See Section L.8.2 Specific Instructions, Volume I- Technical and Management, Factor 2: Construction management Experience, Past and Present Performance, SUBFACTOR 1: Multi-project and Multi-discipline construction management experience within the last three (3) years. Under the RFP REQUIREMENT: Delete the first sentence and replace it with "Present the following data for yourself."

The Government will not be considering the experience or past performance for either proposed team contractors or subcontractors. Experience and past performance for Joint Ventures will be considered.

C. The time and date for receipt of proposals remains 4:00 PM, 7 June 2002.

BEI0121
38599-0012

DTCG50-02-R-643G14
Page 3 of 4

A Prepoposal Conference was held at the Community Center at ISC Kodiak on 16 May 2002.  The following is a list of attendees.

Anita Repanich, Contracting Officer
USCG, FD&CC PAC
(206) 220-7426
arepanich@pacnorwest.uscg.mil

Maggie Wilson, Contracting Officer
USCG, FD&CC PAC
(206) 220-7424

Mike Sandstrom
KUK Construction
Anchorage AK
(907) 562-8705

Mike Martin
Brechan Enterprises
Kodiak AK
(907) 486-3215

Matt Holmstrom
Brechan Enterprises
Kodiak AK
(907) 487-2223

Ray Camerciella
Brechan Enterprises
Kodiak AK

Lt. Andy Brown, Project Manager
USCG, FD&CC PAC
(206) 220-7437

LCDR Joel Dolbeck
ISC Kodiak
Kodiak, AK

Wayne Johnson
Chenega Management LLC
Anchorage AK
(907) 277-8844

Bill Oliver
Brechan Enterprises
Kodiak AK
(907) 486-3215

Grand Deline
Brechan Enterprises
Kodiak AK
(907) 486-3215

BEI0122
38599-0012

DTCG50-02-R-643J55
Page 4 of 4

Questions/Answers:

1. Question:  What percent of work do you anticipate to be non-priced?
    Answer:  There is a 5% limitation on each order for non-pre-priced.  See the Notes for the coefficient in section B for more information.

2. Question:  On the list of proposed projects, what percent of them are pre-priced?
    Answer:  Estimates have not been done for these projects at this time.  There may or may not be non-pre-priced items on any of the orders.  If there is, it will be subject to the 5% limitation.

3. Question:  Page 70 says the initial contract is one year or $10 million.  Should "whichever comes first" be inserted?
    Answer:  Yes.

4. Question:  Page 71 says the government will provide space for a 10x24 office trailer, and 2 parking places.  That will not be adequate for the scope of work you propose. Answer:  That space will be increased to 10x40 or whatever size is needed.

5. Question  Page 99, how many copies of the technical proposal?
    Answer:  A original and five (5) copies.

6. Question:  Are Past Performance Surveys counted in the 35 pages allowed for the Technical Proposal?
    Answer:  No.

7. Question:  Will there be an adjustment to the coefficient for the option years?
    Answer:  No.  With each option year a new Means book will be incorporated.  This should account for any changes in costs.

8. Question:  Can you use your company's name in the proposal?
    Answer:  Yes.  Evaluators are cautioned prior to starting the evaluation not to bring their past experience, good or bad, into the evaluations.  They are to evaluate based only on the information provided in the proposal.

9. Question:  Are the required Management positions anticipated to be full time?  Can one person fulfill more than 1 position.
    Answer:   The RFP Requirement for FACTOR 1, Subfactor 1, Key Project Management  Staff states those people defined as Key Project Management Staff shall not have any other responsibilities or "share" positions other than their primary duty. They are anticipated to be full time positions.

10. Question:  Are these people required to be on site or can they be at a home office?
    Answer:  On Site

11. Question:  Who should we direct any further questions to?
    Answer:  The contracting officer, Anita Repanich.

BEI0123
38599-0012