| PAYMENT BOND (See instructions on reverse) Bond No. 6165609-0001 | DATE BOND EXECUTED (Must be same or later than date of contract) May 1 2003 | OMB No.: 9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, D.C. 20405.

| PRINCIPAL (Legal name and business address) Brechan Enterprises, Inc. 2705 Mill Bay Road Kodiak, AK 99615 | TYPE OF ORGANIZATION ("X" one) ☐ INDIVIDUAL   ☐ PARTNERSHIP ☐ JOINT VENTURE   ☒ CORPORATION STATE OF INCORPORATION Alaska | | | |
|---|---|---|---|---|
| SURETY(IES) (Name(s) and business address(es)) Safeco Insurance Company of America Safeco Plaza Seattle, WA 98185 | PENAL SUM OF BOND | | | |
| | MILLION(S) | THOUSAND(S) 100 | HUNDRED(S) 000 | CENTS 00 |
| | CONTRACT DATE 03/19/03 | CONTRACT NO. DTCG50-02-D-643J55 Option Year 1 | | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

EXHIBIT 3

PRINCIPAL
Brechan Enterprises, Inc.

| SIGNATURE(S) | 1. [signature] (Seal) | 2. (Seal) | 3. (Seal) | CORPORATE SEAL |
|---|---|---|---|---|
| NAME(S) & TITLE(S) (Typed) | 1. W. E. Oliver Vice President | 2. | 3. | |

INDIVIDUAL SURETY(IES)

| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
|---|---|---|
| NAME(S) (Typed) | 1. | 2. |

CORPORATE SURETY(IES)

| S U R E T Y A | NAME & ADDRESS | Safeco Insurance Company of America Safeco Plaza, Seattle, WA 98185 | STATE OF INC. Washington | LIABILITY LIMIT $ 100% | CORPORATE SEAL |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. [signature] | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. Christin M. Hubble Attorney-in-Fact | 2. | | |

Exhibit A

## CORPORATE SURETY(IES) (Continued)

| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | CORPORATE SEAL |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | CORPORATE SEAL |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | CORPORATE SEAL |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | CORPORATE SEAL |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | CORPORATE SEAL |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | CORPORATE SEAL |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

(a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a complete Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

Exhibit A
Page 2 of 4

# SAFECO
## POWER OF ATTORNEY

SAFECO Insurance Company
PO Box 34526
Seattle, WA 98124-1526

No. 4153

KNOW ALL BY THESE PRESENTS:
SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA, each a Washington corporation, does hereby appoint

**********************JAMES L. FERGUSON; KURT IMIG; CHRISTIN M. HUBBLE; LISA M. BATTISTA; Anchorage, Alaska**********************************

its true and lawful attorney(s)-in-fact, with full authority to execute on its behalf fidelity and surety bonds or undertakings and other documents of a similar character issued in the course of its business, and to bind the respective company thereby.

IN WITNESS WHEREOF, SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA, have each executed and attested these presents

this 30th day of January, 2003

Roderick A. Williams, Assistant Vice President

### ACKNOWLEDGEMENT

State of Washington } ss.
County of King

On this 30th day of January, 2003, before me personally came Roderick A. Williams, Assistant Vice President of SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA, to me known, who being duly sworn, did depose and say that he/she resides in Seattle, Washington, that he/she is a Assistant Vice President of SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA, the Corporations described in and which executed the above instrument; that he/she knows the seals of each Corporation; that the seals affixed to said instrument are such corporate seals; that they were so affixed by order of the Board of Directors of each Corporation, and that he/she signed his/her name thereto by like order.

Robert A. Cooper

My commission expires  October 5 2004

### CERTIFICATE

Extract from the By-Laws of SAFECO INSURANCE COMPANY OF AMERICA
and of GENERAL INSURANCE COMPANY OF AMERICA

"Article V, Section 13. - FIDELITY AND SURETY BONDS ... the President, any Vice President, the Secretary, and any Assistant Vice President appointed for that purpose by the officer in charge of surety operations, shall each have authority to appoint individuals as attorneys-in-fact or under other appropriate titles with authority to execute on behalf of the company fidelity and surety bonds and other documents of similar character issued by the company in the course of its business... On any instrument making or evidencing such appointment, the signatures may be affixed by facsimile. On any instrument conferring such authority or on any bond or undertaking of the company, the seal, or a facsimile thereof, may be impressed or affixed or in any other manner reproduced; provided, however, that the seal shall not be necessary to the validity of any such instrument or undertaking."

I, James A. Schrader, Assistant Vice President of SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA, do hereby certify that the foregoing is a true and correct copy of Article V, Section 13 of the By-Laws of each corporation and of powers of attorney executed pursuant thereto and that both said By-Laws and said Powers of Attorney are still in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the facsimile seal of each corporation

this 1st day of May, 2003

James A. Schrader, Assistant Vice President

Exhibit A

# IMPORTANT NOTICE TO SURETY BOND CUSTOMERS REGARDING THE TERRORISM RISK INSURANCE ACT OF 2002

As a surety bond customer of one of the SAFECO insurance companies (SAFECO Insurance Company of America, General Insurance Company of America, First National Insurance Company of America, American States Insurance Company or American Economy Insurance Company), it is our duty to notify you that the Terrorism Risk Insurance Act of 2002 extends to "surety insurance". This means that under certain circumstances we may be eligible for reimbursement of certain surety bond losses by the United States government under a formula established by this Act.

Under this formula, the United States government pays 90% of losses caused by certified acts of terrorism that exceed a statutorily established deductible to be paid by the insurance company providing the bond. The Act also establishes a $100 billion cap for the total of all losses to be paid by all insurers for certified acts of terrorism. Losses on some or all of your bonds may be subject to this cap.

This notice does not modify any of the existing terms and conditions of this bond, the underlying agreement guaranteed by this bond, any statutes governing the terms of this bond or any generally applicable rules of law.

At this time there is no premium change resulting from this Act.



Exhibit A