# ORDER FOR SUPPLIES OR SERVICES

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

PAGE 1 OF PAGES 2

| 1. DATE OF ORDER | 2. CONTRACT NO. (If any) | 6. SHIP TO: |
|---|---|---|
| /12/2002 | DTCG50-02-D-643J55 | a. NAME OF CONSIGNEE: FD &#38; CC Pacific |

| 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. |
|---|---|
| DTCG50-03-F-643P92 | 2403503643P92 |

5. ISSUING OFFICE (Address correspondence to)
FD & CC Pacific
915 Second Ave, RM 2664
Seattle WA 981741011

b. STREET ADDRESS
915 Second Ave, RM 2664
2664
Attn: ANDY S. BROWN

c. CITY: Seattle  d. STATE: WA  e. ZIP CODE: 981741011

7. TO: W. E. Oliver
a. NAME OF CONTRACTOR: Brechan Enterprises, Inc.
b. COMPANY NAME:
c. STREET ADDRESS: 2705 Mill Bay Road
d. CITY: Kodiak  e. STATE: AK  f. ZIP CODE: 99615

f. SHIP VIA:

8. TYPE OF ORDER
[ ] a. PURCHASE  REFERENCE YOUR:
[✓] b. DELIVERY

Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheets, if any, including delivery as indicated.

9. ACCOUNTING AND APPROPRIATIONS DATA
26301 13343013/46000/3227/33S01171V/V

10. REQUISITIONING OFFICE
FD&CC Pacific

11. BUSINESS CLASSIFICATION (Check appropriate box(es))
[✓] a. SMALL   [ ] b. OTHER THAN SMALL   [ ] c. DISADVANTAGED   [ ] d. WOMEN-OWNED

12. F.O.B. POINT: Destination

13. PLACE OF
a. INSPECTION: Destination
b. ACCEPTANCE: Destination

14. GOVERNMENT B/L NO.: N/A
15. DELIVER TO F.O.B. POINT ON OR BEFORE (Date): 12/29/2002
16. DISCOUNT TERMS: Net 14

## 17. SCHEDULE (See reverse for Rejections)

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| 00001 | Provide labor, materials and equipment to provide steel waterfront coating services on the original Cargo Wharf, Bents 12-33 Continued ... | 1.00 | LS | 1,413,020.00 | 1,413,020.00 | |

18. SHIPPING POINT:
19. GROSS SHIPPING WEIGHT:
20. INVOICE NO.:

SEE BILLING INSTRUCTIONS ON REVERSE

21. MAIL INVOICE TO:
a. NAME: Commanding Officer USCG FDCC PAC
b. STREET ADDRESS (or P.O. Box): 915 Second Ave, RM 2664
c. CITY: Seattle  d. STATE: WA  e. ZIP CODE: 98174-1011

17(h). TOT. (Cont. pages): 0.00

POSTED

17(i). GRAND TOTAL: 1,413,020.00

22. UNITED STATES OF AMERICA BY (Signature): *Margaret Wilson*
23. NAME (Typed): MARGARET WILSON
TITLE: CONTRACTING/ORDERING OFFICER

NSN 7540-01-152-8083
Previous edition not usable

EXHIBIT 4

BEI0133
38599-0012

OPTIONAL FORM 347 (Rev. 6/95)
Prescribed by GSA, FAR(48 CFR) 53.213(e)

| | ORDER FOR SUPPLIES OR SERVICES SCHEDULE - CONTINUATION | | | | | PAGE 2 | OF 2 |
|---|---|---|---|---|---|---|---|

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| TE OF ORDER | CONTRACT NO. | | | | ORDER NO. | | |
|---|---|---|---|---|---|---|---|
| /12/2002 | DTCG50-02-D-643J55 | | | | DTCG50-03-F-643P92 | | |

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | including all access ramps in accordance with Scope of work, specifications and drawings.<br><br>Proj#33S01171<br><br>Total amount of award: $1,413,020.00. The obligation for this award is shown in box 17(i). | | | | | |

TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H))

NSN 7540-01-152-8082   50348-101   BEI0134   38599-0012   OPTIONAL FORM 348 (REV. 6/95)
Prescribed by GSA
FAR (48 CFR) 53.213(c)