IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL
SERVICES, INC., an Alaska corporation,

Plaintiff,

v.

FORREST J. MCKINLEY, et al.,

Defendants.

Case No. A03-0199 Civil (RRB)

**DECLARATION OF GUY P.
ARMFIELD**

I, Guy P. Armfield, hereby declare under penalty of perjury, that:

1.    I am employed by Safeco Insurance Company of America as a senior construction bond underwriter.  In my position with Safeco, I am the current underwriter at Safeco responsible for the Brechan Enterprises, Inc. surety bond account.  I make this declaration based on personal knowledge and a review of Safeco's underwriting files.  Because many of the early transactions reflected in Safeco records and described below were authorized by my predecessor, my declaration is also based on information and belief.

2.    Two bonds were issued by Safeco on behalf of Brechan Enterprises in connection with Contract DTCG50-020D-643J55.

3.    Attached to this declaration as Exhibit 1 are printouts I made of transaction notes from Safeco's computer records concerning the transactions for these two bonds.  A brief description of each transaction processed ("tran note")

DECLARATION OF GUY ARMFIELD
Page 1

EXHIBIT

5

AA062220.011.DOC

for bonds 6165609 and 6165609-0001 follows. The transactions referred to below were entered into the Safeco system by administrative assistants after authorization from an underwriter.

### Bond 6165609

4.    Bond 6165609 was originally entered into the Safeco system on August 26, 2002. The bond is for Contract DTCG50-020D-643J55 and has a contract date of July 18, 2002. The penal sum of the bond is $100,000.

5.    A transaction was processed on April 10, 2003, per the trans note entry date issuing an additional billing because the agent (Willis) advised us the contract amount had increased to $5,627,594. As is customary in the surety industry, we billed for premium based on the reported value of the contract. No rider was issued increasing the penal sum of the bond, which remained at $100,000. The "Perf and Pymt Amount" sections of the tran note should have indicated that by remaining at $100,000, but they were incorrectly modified to reflect the reported contract amount of $5,627,594.

6.    On July 15, 2003 a transaction was processed per the tran note issuing an additional billing because the agent (Willis) advised us the contract amount had increased to $10,000,000. No rider was issued increasing the penal sum of the bond, so it remained at $100,000. The Perf and Pymt sections of the tran were again incorrectly modified to indicate the reported contract amount of $10,000,000.

7.    On September 8, 2005 a transaction was processed to change the renewal method of the bond from 5 to 6. This is an internal Safeco code which

DECLARATION OF GUY ARMFIELD
Page 2

tells the bond whether to remain open for additional billings, or to close automatically. The bond was originally entered with an incorrect renewal method of 5.

8.    Based on a Brechan provided spreadsheet detailing the task orders issued under the contract, on September 8, 2005 a transaction was processed to close our file with a final contract price of $10,241,119 and a billing is generated. No rider was ever issued increasing the penal sum of this bond.

9.    On September 19, 2005 our file is reinstated because the final contract price was entered incorrectly on September 8, 2005.

10.    On October 3, 2005 our file for this bond was closed with a final contract amount of $14,759,935 from the Brechan-provided spreadsheet. The final billing was generated.

### Bond 6165609-0001

11.    On July 8, 2003 Bond 6165609-0001 was originally entered into the Safeco system. The bond is for Contract DTCG50-02-D-643J55 Option Year 1, and has a contract date of March 9, 2003. The penal sum of the bond is $100,000.

12.    A transaction was processed on July 15, 2003, per the trans note issuing an additional billing because the agent (Willis) advised us the contract amount had increased to $1,080,947. As is customary in the surety industry, we bill for premium based on the total value of the contract. No rider was issued increasing the penal sum of the bond. The Perf and Pymt sections of the tran note were incorrectly modified to reflect the reported contract amount of $1,080,947.

13.   On October 30, 2003 a transaction was processed per the tran note issuing an additional billing because the agent (Willis) advised us the contract had increased to $4,044,964.  No rider was issued increasing the penal sum of the bond.

14.   On September 8, 2005 a transaction is processed issuing an additional billing because the agent (Willis) advised us the contract amount had increased to $14,286,083.  No rider was issued increasing the penal sum of the bond.  The "Perf and Pymt Amount" entries were not modified.

15.   On September 19, 2005 the transaction processed on September 8, 2005 was reversed as it was done incorrectly.

16.   On September 19, 2005, based on a Brechan provided spreadsheet detailing the task orders issued under the contract, a transaction was processed to increase our billing based on a contract amount of $10,241,119.  No rider was issued increasing the penal sum of the bond.  The Perf and Pymt amount sections of the tran were incorrectly modified to reflect the reported contract amount of $10,241,119.

17.   On April 10, 2006 a note is added to the file indicating that the next sequence of billings will be documented under an entry described as 6165609-0002.  No bond was ever issued with a bond number 6165609-0002.  The change in our file is necessary due to a system limitation presented by the change of agents handling Brechan's business.  This is the final entry in the system for Bond 6165609-0001.

18.   On April 20, 2006, based on a Brechan provided spreadsheet, a billing was generated based on a reported contract value of $10,252,413. The premium billing for that contract value was billing is processed under an entry of "bond 6165609-0002," as explained above. No bond by that number exists. No other bonds for Brechan's task orders under Contract DTCG50-020D-643J55 besides Bond No. 6165609 and Bond No. 6165609-0001 were ever issued.

19.   Based upon our review of the files, which were prompted by Mr. Marston's recent motion to compel, Safeco has determined that an over billing occurred because of a processing/system error. Safeco has or will make an appropriate adjustment to the Brechan account to correct this error.

DATED this  11th  day of August, 2006.

Guy P. Armfield

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0000 NB      3020 ENTRY DATE 08-26-02  CHG DATE 08-21-02
                                  3015 BILL AMT    1,265.00          STATUS V
Bond No 6165609 -       Trans NB  Chg Date    -    -    Serv Cntr SEA
Prin    BRECHAN ENTERPRISES, INC.
Street  2705 MILL BAY ROAD
City    KODIAK         State AK  Zip 99615                    UPLOAD
Obligee U.S. DEPT OF TRANSPORATION, UNITED STATES COAST GUARD
Street  915 SECOND AVENUE, ROOM 2664
City    SEATTLE        State WA  Zip 981741011
Desc    IDIQ - MULTI TRADE CONSTRUCTION CONTRACT
        CONTRACT NO. DTCG50-02-D-643J55
DATES:  Eff  8 - 21 - 02 Exp  8 - 21 - 2003 Trm  8 - 21 - 2003 Inc  8 - 21 - 02
AMNTS:  Bond    100,000 Cont    100,000  Perf    100,000 Pymt     100,000
RATES:  Company S  Bond Type C    Rating State AK  Class Code 619  TOC 6
        E&O _     PLAN Type ___    Yrs in Bus       R/E Equity
OTHER:  Div SEA   Agent 12 - 110   Renl Meth 5      Cancel Days      DB _
        Acct S180 Prod Line CON    Claim? _         Stmt Code    _____
        Form # O - S1816           Tax Auth ____    Coll ____
        Reinsurance A -            Prem Waiver _    JV% ____       Schedule? N
Attorney _____
Remark  _____
Tran Note _____
Next:  1820 PAGING PAST EARLIEST TRANSACTION NOT ALLOWED
Screen  _ Bond _____ - _____   Acct _____ I/X _ S/M _     Switch to _____
```

EXHIBIT ___1___
PAGE _1 of 16_

BEI20719
38599-0012

Page: 1 Document Name: untitled
_____

BONDINQ EXEC 6165609-0000 EN      3020 ENTRY DATE 04-10-03  CHG DATE 08-21-02
                                  3015 BILL AMT    44,677.00        STATUS V
Bond No 6165609 -        Trans EN  Chg Date 8 - 21 - 02  Serv Cntr SEA
Prin      BRECHAN ENTERPRISES, INC.
Street    2705 MILL BAY ROAD
City      KODIAK           State AK   Zip 99615
Obligee U.S. DEPT OF TRANSPORATION, UNITED STATES COAST GUARD
Street    915 SECOND AVENUE, ROOM 2664
City      SEATTLE          State WA   Zip 981741011
Desc      IDIQ - MULTI TRADE CONSTRUCTION CONTRACT
          CONTRACT NO. DTCG50-02-D-643J55
DATES:  Eff  8 - 21 - 02 Exp  8 - 21 - 2003 Trm  8 - 21 - 2003 Inc  8 - 21 - 02
AMNTS:  Bond   5,627,594 Cont   5,627,594   Perf   5,627,594 Pymt   5,627,594
RATES:  Company S  Bond Type C      Rating State AK   Class Code 619  TOC 6
        E&O _      Plan Type __      Yrs in Bus        R/E Equity _____
OTHER:  Div SEA    Agent 12 -  110  Renl Meth 5        Cancel Days ____ DB _
        Acct S180  Prod Line CON     Claim? _          Stmt Code _____
        Form # O - S1816              Tax Auth          Coll _____
        Reinsurance A - ___          Prem Waiver N     JV% _____    Schedule? N
Attorney  _____
Remark    _____
Tran Note CHANGE CONTRACT AMT PER AGENT: OK PER REP: JAG
Next:  Men(U) ; (E)xec; (M)ods; (R)ate; (D)ir Bill; (T)ran; (A)cct
Screen  _  Bond _____ - ____   Acct ____ I/X _ S/M _        Switch to _____

Date: 08/07/2006 Time: 8:16:39 AM

EXHIBIT  1
PAGE  2 of 16

BEI20720
38599-0012

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0000 EN       3020 ENTRY DATE 07-15-03   CHG DATE 08-21-02
                                   3015 BILL AMT    27,483.00          STATUS V
Bond No 6165609 -       Trans EN  Chg Date 8 - 21 - 02  Serv Cntr SEA
Prin     BRECHAN ENTERPRISES, INC.
Street   2705 MILL BAY ROAD
City     KODIAK           State AK  Zip 99615
Obligee  U.S. DEPT OF TRANSPORATION, UNITED STATES COAST GUARD
Street   915 SECOND AVENUE, ROOM 2664
City     SEATTLE          State WA  Zip 981741011
Desc     IDIQ - MULTI TRADE CONSTRUCTION CONTRACT
         CONTRACT NO. DTCG50-02-D-643J55
DATES: Eff  8 - 21 - 02 Exp  8 - 21 - 2003 Trm  8 - 21 - 2003 Inc  8 - 21 - 02
AMNTS: Bond  10,000,000 Cont  10,000,000   Perf  10,000,000 Pymt  10,000,000
RATES: Company S  Bond Type C      Rating State AK  Class Code 619   TOC 6
       E&O _      Plan Type __      Yrs in Bus ____  R/E Equity _____
OTHER: Div SEA    Agent 12 - 110    Renl Meth 5      Cancel Days ___ DB _
       Acct S180  Prod Line CON     Claim? _         Stmt Code _____
       Form # O - S1816             Tax Auth ____    Coll _____
       Reinsurance A - ___          Prem Waiver N    JV% _____        Schedule? N
Attorney _____
Remark SEE ALSO BOND #6165609-0001_____
Tran Note FCP $10,000,000 PER AGENT: OK PER REP: JAG
Next: Men(U);(E)xec;(M)ods;(R)ate;(D)ir Bill;(T)ran;(A)cct
Screen _ Bond _____ - ____   Acct ____ I/X _ S/M _      Switch to _____
```

Date: 08/07/2006 Time: 8:16:41 AM

EXHIBIT _1_
PAGE _3 of 16_

BEI20721
38599-0012

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0000 EN      3020 ENTRY DATE 09-08-05  CHG DATE 08-21-02
                                  3015 BILL AMT          .00         STATUS V
Bond No 6165609 -        Trans EN  Chg Date  8 - 21 - 02  Serv Cntr SEA
Prin     BRECHAN ENTERPRISES, INC.
Street   2705 MILL BAY ROAD
City     KODIAK           State AK  Zip 99615
Obligee  U.S. DEPT OF TRANSPORATION, UNITED STATES COAST GUARD
Street   915 SECOND AVENUE, ROOM 2664
City     SEATTLE          State WA  Zip 981741011
Desc     IDIQ - MULTI TRADE CONSTRUCTION CONTRACT
         CONTRACT NO. DTCG50-02-D-643J55
DATES: Eff  8 - 21 - 02 Exp  8 - 21 - 2003 Trm  8 - 21 - 2003 Inc  8 - 21 - 02
AMNTS: Bond  10,000,000 Cont  10,000,000   Perf  10,000,000  Pymt  10,000,000
RATES: Company S  Bond Type C      Rating State AK  Class Code 619  TOC 6
       E&O        Plan Type 00     Yrs in Bus ____  R/E Equity _____
OTHER: Div SEA    Agent 12 - 110   Renl Meth 6      Cancel Days ____  DB _
       Acct S180  Prod Line CON    Claim? _         Stmt Code _____
       Form # O - S1816            Tax Auth ____    Coll _____
       Reinsurance A - ____        Prem Waiver N    JV% _____     Schedule? N
Attorney _____
Remark SEE ALSO BOND #6165609-0001
Tran Note EN TO CHANGE RM. TL
Next:  Men(U);(E)xec;(M)ods;(R)ate;(D)ir Bill;(T)ran;(A)cct
Screen  _  Bond _____ - ____     Acct ____ I/X _ S/M _      Switch to _____
```

Date: 08/07/2006 Time: 8:16:43 AM

EXHIBIT 1

PAGE 4 of 16

BEI20722
38599-C012

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0000 CA      3020 ENTRY DATE 09-08-05  CHG DATE 08-21-02
                                  3015 BILL AMT    1,459.00        STATUS V
Bond No 6165609 -        Trans CA  Chg Date    -    -    Serv Cntr SEA
Prin     BRECHAN ENTERPRISES, INC.
Street   2705 MILL BAY ROAD
City     KODIAK          State AK  Zip 99615
Obligee  U.S. DEPT OF TRANSPORATION, UNITED STATES COAST GUARD
Street   915 SECOND AVENUE, ROOM 2664
City     SEATTLE         State WA  Zip 981741011
Desc     IDIQ - MULTI TRADE CONSTRUCTION CONTRACT
         CONTRACT NO. DTCG50-02-D-643J55
DATES:  Eff  8 - 21 - 02 Exp  8 - 21 - 2003 Trm  8 - 21 - 2003 Inc  8 - 21 - 02
AMNTS:  Bond  10,000,000 Cont  10,241,119   Perf  10,000,000 Pymt  10,000,000
RATES:  Company S  Bond Type C     Rating State AK   Class Code 619  TOC 6
        E&O _       Plan Type 00    Yrs in Bus ___    R/E Equity
OTHER:  Div SEA     Agent 12 - 110  Renl Meth 6       Cancel Days        DB
        Acct S180   Prod Line CON   Claim? _          Stmt Code
        Form # O - S1816            Tax Auth _        Coll
        Reinsurance A - ___         Prem Waiver N     JV%              Schedule? N
Attorney
Remark SEE ALSO BOND #6165609-0001
Tran Note CLOSE OUT PER AGT OK BY REP. TL
Next:  Men(U);(E)xec;(M)ods;(R)ate;(D)ir Bill;(T)ran;(A)cct
Screen _ Bond _____ - _____  Acct _____ I/X _ S/M _    Switch to _____
```

Date: 08/07/2006 Time: 8:16:45 AM

EXHIBIT 1
PAGE 5 of 16

BEI20723
38599-0012

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0000 RS      3020 ENTRY DATE 09-19-05   CHG DATE 08-21-02
                                  3015 BILL AMT    1,459.00-         STATUS V
Bond No 6165609 -          Trans RS  Chg Date    -     -    Serv Cntr SEA
Prin    BRECHAN ENTERPRISES, INC.
Street  2705 MILL BAY ROAD
City    KODIAK            State AK  Zip 99615
Obligee U.S. DEPT OF TRANSPORATION, UNITED STATES COAST GUARD
Street  915 SECOND AVENUE, ROOM 2664
City    SEATTLE           State WA  Zip 981741011
Desc    IDIQ - MULTI TRADE CONSTRUCTION CONTRACT
        CONTRACT NO. DTCG50-02-D-643J55
DATES: Eff  8 - 21 - 02  Exp  8 - 21 - 2003  Trm  8 - 21 - 2003 Inc  8 - 21 - 02
AMNTS: Bond  10,000,000 Cont  10,241,119   Perf  10,000,000  Pymt  10,000,000
RATES: Company S   Bond Type C       Rating State AK  Class Code 619   TOC 6
       E&O _        Plan Type 00      Yrs in Bus ___   R/E Equity _____
OTHER: Div SEA      Agent 12 - 110    Renl Meth 6      Cancel Days ___ DB _
       Acct S180    Prod Line CON     Claim? _         Stmt Code _____
       Form # O - S1816               Tax Auth ____    Coll _____
       Reinsurance A - ___            Prem Waiver N    JV% _____      Schedule? N
Attorney
Remark SEE ALSO BOND #6165609-0001
Tran Note RE-INSTATE TO CORRECT CONTRACT PRICE. TL
Next: Men(U);(E)xec;(M)ods;(R)ate;(D)ir Bill;(T)ran;(A)cct
Screen _ Bond _____ - ____   Acct ____ I/X _ S/M _       Switch to _____
```

Date: 08/07/2006 Time: 8:16:47 AM

EXHIBIT ____1____

PAGE 6 of 16

BEI20724

38599-0012

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0000 CA      3020 ENTRY DATE 10-03-05  CHG DATE 08-21-02
                                  3015 BILL AMT    28,798.00          STATUS
Bond No 6165609 -        Trans CA  Chg Date    -    -    Serv Cntr SEA
Prin     BRECHAN ENTERPRISES, INC.
Street   2705 MILL BAY ROAD
City     KODIAK          State AK  Zip 99615
Obligee  U.S. DEPT OF TRANSPORATION, UNITED STATES COAST GUARD
Street   915 SECOND AVENUE, ROOM 2664
City     SEATTLE          State WA  Zip 981741011
Desc     IDIQ - MULTI TRADE CONSTRUCTION CONTRACT
         CONTRACT NO. DTCG50-02-D-643J55
DATES:  Eff  8 - 21 - 02 Exp  8 - 21 - 2003 Trm  8 - 21 - 2003 Inc  8 - 21 - 02
AMNTS:  Bond  10,000,000 Cont  14,759,935   Perf  10,000,000 Pymt  10,000,000
RATES:  Company S  Bond Type C      Rating State AK  Class Code 619  TOC 6
        E&O _      Plan Type 00     Yrs in Bus ___   R/E Equity ____
OTHER:  Div SEA    Agent 12 - 110   Renl Meth 6      Cancel Days      DB _
        Acct S180  Prod Line CON    Claim? _         Stmt Code _____
        Form # O - S1816            Tax Auth ____    Coll _____
        Reinsurance A - ___         Prem Waiver N    JV%          Schedule? N
Attorney _____
Remark SEE ALSO BOND #6165609-0001
Tran Note CA PER AGT. OK PER REP. BILL AP. TL
Next:  Men(U);(E)xec;(M)ods;(R)ate;(D)ir Bill;(T)ran;(A)cct
Screen _ Bond _____ - ____   Acct ____ I/X _ S/M _      Switch to _____
```

Date: 08/07/2006  Time: 8:16:49 AM

EXHIBIT 1
PAGE 7 of 16

BEI20725
38599-0012

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0001 NB      3020 ENTRY DATE 07-08-03   CHG DATE 06-30-03
                                  3015 BILL AMT     1,265.00        STATUS V
Bond No 6165609 -    1  Trans NB  Chg Date   -    -    Serv Cntr SEA
Prin      BRECHAN ENTERPRISES, INC.
Street    2705 MILL BAY ROAD
City      KODIAK          State AK  Zip 99615                    UPLOAD
Obligee   US COAST GUARD FD & CC PACIFIC
Street    915 SECOND AVENUE, ROOM 2664
City      SEATTLE         State WA  Zip 981741011
Desc      2003-2004 IDIQ CONTRACT INDEFINITE DELIVERY, QUANTITY MULTI
          TRADE CONSTRUCTION CONTRACT NO. DTCG50-02-D-643J55
DATES: Eff  6 - 30 - 03  Exp  6 - 30 - 2004 Trm  6 - 30 - 2004 Inc  6 - 30 - 03
AMNTS: Bond    100,000 Cont    100,000  Perf   100,000 Pymt     100,000
RATES: Company S  Bond Type C     Rating State AK   Class Code 619  TOC 6
       E&O _      PLAN Type ___    Yrs in Bus        R/E Equity
OTHER: Div SEA    Agent  1 - 5250  Renl Meth 5       Cancel Days ___ DB _
       Acct S180  Prod Line CON    Claim? _          Stmt Code _____
       Form # O - _____         Tax Auth ____     Coll _____
       Reinsurance A -             Prem Waiver _     JV% _____    Schedule? N
Attorney  ANDY LEE WADKINS,
Remark XREF: 6165609
Tran Note _____
Next:  1820 PAGING PAST EARLIEST TRANSACTION NOT ALLOWED
Screen  _  Bond _____ - ____     Acct ____ I/X _ S/M _    Switch to _____
```

Date: 08/07/2006 Time: 8:17:15 AM

EXHIBIT 1
PAGE 8 of 16

BEI20726
38599-0012

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0001 EN      3020 ENTRY DATE 07-15-03   CHG DATE 06-30-03
                                  3015 BILL AMT    10,172.00          STATUS V
Bond No 6165609 -     1   Trans EN  Chg Date  6 - 30 - 03  Serv Cntr SEA
Prin   BRECHAN ENTERPRISES, INC.
Street 2705 MILL BAY ROAD
City   KODIAK            State AK  Zip 99615
Obligee US COAST GUARD FD & CC PACIFIC
Street  915 SECOND AVENUE, ROOM 2664
City    SEATTLE          State WA  Zip 981741011
Desc   2003-2004 IDIQ CONTRACT INDEFINITE DELIVERY, QUANTITY MULTI
       TRADE CONSTRUCTION CONTRACT NO. DTCG50-02-D-643J55
DATES: Eff  6 - 30 - 03 Exp  6 - 30 - 2004 Trm  6 - 30 - 2004 Inc  6 - 30 - 03
AMNTS: Bond  1,080,947 Cont  1,080,947  Perf  1,080,947 Pymt  1,080,947
RATES: Company S  Bond Type C      Rating State AK  Class Code 619   TOC 6
       E&O _      Plan Type __      Yrs in Bus ___   R/E Equity _____
OTHER: Div SEA     Agent  1 - 5250  Renl Meth 5      Cancel Days ___ DB _
       Acct S180  Prod Line CON     Claim? _         Stmt Code _____
       Form # O - _____           Tax Auth ____    Coll _____
       Reinsurance A - ___          Prem Waiver N    JV% _____    Schedule? N
Attorney  ANDY LEE WADKINS,
Remark XREF: 6165609
Tran Note INCREASE PER AGENT: OK PER REP: JAG
Next: Men(U);(E)xec;(M)ods;(R)ate;(D)ir Bill;(T)ran;(A)cct
Screen _ Bond _____ - ____   Acct ____ I/X _ S/M _        Switch to _____
```

EXHIBIT 1
PAGE 9 of 16

BEI20727
38599-0012

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0001 EN          3020 ENTRY DATE 10-30-03   CHG DATE 06-30-03
                                      3015 BILL AMT    23,535.00          STATUS V
Bond No 6165609 -   1   Trans EN  Chg Date  6 - 30 - 03  Serv Cntr SEA
Prin     BRECHAN ENTERPRISES, INC.
Street   2705 MILL BAY ROAD
City     KODIAK            State AK  Zip 99615
Obligee  US COAST GUARD FD & CC PACIFIC
Street   915 SECOND AVENUE, ROOM 2664
City     SEATTLE           State WA  Zip 981741011
Desc     2003-2004 IDIQ CONTRACT INDEFINITE DELIVERY, QUANTITY MULTI
         TRADE CONSTRUCTION CONTRACT NO. DTCG50-02-D-643J55
DATES:  Eff  6 - 30 - 03 Exp  6 - 30 ~ 2004 Trm  6 - 30 - 2004 Inc  6 - 30 - 03
AMNTS:  Bond   1,080,947 Cont   4,044,964  Perf   1,080,947 Pymt   1,080,947
RATES:  Company S  Bond Type C      Rating State AK  Class Code 619  TOC 6
        E&O        Plan Type __    Yrs in Bus ____  R/E Equity    _____
OTHER:  Div SEA    Agent 1 - 5250  Renl Meth 5      Cancel Days      DB _
        Acct S180  Prod Line CON   Claim? _         Stmt Code
        Form # O - _____       Tax Auth ____    Coll          _____
        Reinsurance A - ____       Prem Waiver N    JV% _____      Schedule? N
Attorney ANDY LEE WADKINS,
Remark XREF: 6165609
Tran Note CONTRACT INCREASE PER AGENT: OK PER REP: JAG
Next:  Men(U);(E)xec;(M)ods;(R)ate;(D)ir Bill;(T)ran;(A)cct
Screen _  Bond _____ - ____    Acct ____ I/X _ S/M _        Switch to _____
```

Date: 08/07/2006 Time: 8:17:18 AM

PAGE 10 of 16

BEI20728
38599-0012

Page: 1 Document Name: untitled

BONDINQ EXEC 6165609-0001 EN      3020 ENTRY DATE 09-08-05   CHG DATE 06-30-03
                                  3015 BILL AMT    19,075.00        STATUS V
Bond No 6165609 -    1   Trans EN   Chg Date  6 - 30 - 03   Serv Cntr SEA
Prin    BRECHAN ENTERPRISES, INC.
Street  2705 MILL BAY ROAD
City    KODIAK            State AK   Zip 99615
Obligee US COAST GUARD FD & CC PACIFIC
Street  915 SECOND AVENUE, ROOM 2664
City    SEATTLE           State WA   Zip 981741011
Desc    2003-2004 IDIQ CONTRACT INDEFINITE DELIVERY, QUANTITY MULTI
        TRADE CONSTRUCTION CONTRACT NO. DTCG50-02-D-643J55
DATES:  Eff  6 - 30 - 03  Exp  6 - 30 - 2004 Trm  6 - 30 - 2004 Inc  6 - 30 - 03
AMNTS:  Bond  1,080,947 Cont 14,286,083   Perf   1,080,947 Pymt   1,080,947
RATES:  Company S  Bond Type C      Rating State AK  Class Code 619  TOC 6
        E&O _       Plan Type 00     Yrs in Bus ___   R/E Equity _____
OTHER:  Div SEA     Agent  1 - 5250  Renl Meth 6      Cancel Days ___  DB _
        Acct S180  Prod Line CON     Claim? _         Stmt Code _____
        Form # O - _____        Tax Auth ____    Coll _____
        Reinsurance A - ___          Prem Waiver N    JV% _____    Schedule? N
Attorney  ANDY LEE WADKINS,
Remark XREF: 6165609
Tran Note REC AGT RIDER INC BOND FROM 4,044,964 OK PER REP. AMEND RM. TL
Next:   Men(U);(E)xec;(M)ods;(R)ate;(D)ir Bill;(T)ran;(A)cct
Screen  _  Bond _____ - ____    Acct ____ I/X _ S/M _       Switch to _____

Date: 08/07/2006 Time: 8:17:19 AM

EXHIBIT           1
PAGE 11 of 16

BEI20729
38599-0012

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0001 EN        3020 ENTRY DATE 09-19-05   CHG DATE 06-30-03
                                    3015 BILL AMT    19,075.00-          STATUS V
Bond No 6165609 -   1   Trans EN  Chg Date  6 - 30 - 03  Serv Cntr SEA
Prin     BRECHAN ENTERPRISES, INC.
Street   2705 MILL BAY ROAD
City     KODIAK            State AK  Zip 99615
Obligee  US COAST GUARD FD & CC PACIFIC
Street   915 SECOND AVENUE, ROOM 2664
City     SEATTLE           State WA  Zip 981741011
Desc     2003-2004 IDIQ CONTRACT INDEFINITE DELIVERY, QUANTITY MULTI
         TRADE CONSTRUCTION CONTRACT NO. DTCG50-02-D-643J55
DATES: Eff  6 - 30 - 03 Exp  6 - 30 - 2004 Trm  6 - 30 - 2004 Inc  6 - 30 - 03
AMNTS: Bond   1,080,947 Cont   4,044,964  Perf   1,080,947 Pymt   1,080,947
RATES: Company S  Bond Type C       Rating State AK   Class Code 619   TOC 6
       E&O _      Plan Type 00      Yrs in Bus ___    R/E Equity _____
OTHER: Div SEA     Agent  1 - 5250  Renl Meth 6       Cancel Days ___ DB _
       Acct S180  Prod Line CON     Claim? _          Stmt Code _____
       Form # O -  _____        Tax Auth ____     Coll _____
       Reinsurance A -  _____    Prem Waiver N     JV% _____      Schedule? N
Attorney  ANDY LEE WADKINS,
Remark XREF: 6165609
Tran Note REV PREV EN DONE IN ERROR. TL
Next: Men(U);(E)xec;(M)ods;(R)ate;(D)ir Bill;(T)ran;(A)cct
Screen _ Bond _____ - ____    Acct ____ I/X _ S/M _        Switch to _____
```

Date: 08/07/2006 Time: 8:17:20 AM

EXHIBIT    1
PAGE 12 of 16

BEI20730
38599-0012

Page: 1 Document Name: untitled

BONDINQ EXEC 6165609-0001 EN      3020 ENTRY DATE 09-19-05   CHG DATE 06-30-03
                                  3015 BILL AMT    39,912.00        STATUS V
Bond No 6165609 -   1   Trans EN  Chg Date  6 - 30 - 03  Serv Cntr SEA
Prin     BRECHAN ENTERPRISES, INC.
Street   2705 MILL BAY ROAD
City     KODIAK          State AK  Zip 99615
Obligee  US COAST GUARD FD & CC PACIFIC
Street   915 SECOND AVENUE, ROOM 2664
City     SEATTLE         State WA  Zip 981741011
Desc     2003-2004 IDIQ CONTRACT INDEFINITE DELIVERY, QUANTITY MULTI
         TRADE CONSTRUCTION CONTRACT NO. DTCG50-02-D-643J55
DATES:  Eff  6 - 30 - 03  Exp  6 - 30 - 2004  Trm  6 - 30 - 2006  Inc  6 - 30 - 03
AMNTS:  Bond  10,241,119  Cont  10,241,119    Perf  10,241,119  Pymt  10,241,119
RATES:  Company S   Bond Type C       Rating State AK    Class Code 619   TOC 6
        E&O _         Plan Type 00     Yrs in Bus ___     R/E Equity _____
OTHER:  Div SEA      Agent  1 - 5250   Renl Meth 6        Cancel Days ___  DB _
        Acct S180    Prod Line CON     Claim? _           Stmt Code _____
        Form # O -                    Tax Auth ____       Coll _____
        Reinsurance A - ___           Prem Waiver N       JV% _____      Schedule? N
Attorney  ANDY LEE WADKINS,
Remark XREF: 6165609
Tran Note REC AGT RIDER INC BOND FROM 4,044,964 OK PER REP. TL
Next:  Men(U);(E)xec;(M)ods;(R)ate;(D)ir Bill;(T)ran;(A)cct
Screen _ Bond _____ - ____   Acct ____ I/X _ S/M _        Switch to _____

Date: 08/07/2006 Time: 8:17:22 AM        EXHIBIT        1        BEI20731
                                         PAGE 13 of 16           38599-0012

Page: 1 Document Name: untitled

BONDINQ EXEC 6165609-0001 EN      3020 ENTRY DATE 04-10-06   CHG DATE 06-30-03
                                  3015 BILL AMT          .00        STATUS
Bond No 6165609 -   1   Trans EN  Chg Date 6 - 30 - 03  Serv Cntr SEA
Prin      BRECHAN ENTERPRISES, INC.
Street    2705 MILL BAY ROAD
City      KODIAK          State AK  Zip 99615
Obligee   US COAST GUARD FD & CC PACIFIC
Street    915 SECOND AVENUE, ROOM 2664
City      SEATTLE         State WA  Zip 981741011
Desc      2003-2004 IDIQ CONTRACT INDEFINITE DELIVERY, QUANTITY MULTI
          TRADE CONSTRUCTION CONTRACT NO. DTCG50-02-D-643J55
DATES: Eff  6 - 30 - 03 Exp  6 - 30 - 2004 Trm  6 - 30 - 2006 Inc  6 - 30 - 03
AMNTS: Bond  10,241,119 Cont  10,241,119  Perf  10,241,119  Pymt  10,241,119
RATES: Company S  Bond Type C    Rating State AK  Class Code 619  TOC 6
       E&O _      Plan Type 00    Yrs in Bus ___  R/E Equity _____
OTHER: Div SEA    Agent  1 - 5250  Renl Meth 6    Cancel Days ___ DB _
       Acct S180  Prod Line CON   Claim? _        Stmt Code _____
       Form # O - _____         Tax Auth ____   Coll _____
       Reinsurance A - ____       Prem Waiver N   JV% _____      Schedule? N
Attorney  ANDY LEE WADKINS
Remark XREF: 6165609, 6165609-0002
Tran Note AGT INC RIDER PROCESSED ON BOND 6165609-0002. LJ
Next: Men(U);(E)xec;(M)ods;(R)ate;(D)ir Bill;(T)ran;(A)cct
Screen  _  Bond _____ - ____    Acct ____ I/X _ S/M _      Switch to _____

Date: 08/07/2006 Time: 8:17:23 AM

BEI20732
38599-0012

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0002 NB      3020 ENTRY DATE 04-10-06  CHG DATE 06-30-03
                                  3015 BILL AMT    62,027.00        STATUS
Bond No 6165609 -  2   Trans NB  Chg Date   -   -   Serv Cntr SEA
Prin      BRECHAN ENTERPRISES, INC.
Street    2705 MILL BAY ROAD
City      KODIAK           State AK  Zip 99615
Obligee   US COAST GUARD FD & CC PACIFIC
Street    915 SECOND AVENUE, ROOM 2664
City      SEATTLE          State WA  Zip 981741011
Desc      2003-2004 IDIQ CONTRACT INDEFINITE DELIVERY, QUANTITY MULTI
          TRADE CONSTRUCTION CONTRACT NO. DTCG50-02-D-643J55
DATES: Eff  6 - 30 - 03  Exp  6 - 30 - 2004  Trm  6 - 30 - 2004  Inc  6 - 30 - 03
AMNTS: Bond 10,252,413 Cont 10,252,413   Perf 10,252,413 Pymt 10,252,413
RATES: Company S  Bond Type C     Rating State WA  Class Code 619   TOC 6
       E&O _       PLAN Type 00    Yrs in Bus       R/E Equity
OTHER: Div SEA     Agent  1 - 5250  Renl Meth 6     Cancel Days     DB _
       Acct S180   Prod Line CON   Claim? _         Stmt Code
       Form # O - _____        Tax Auth ____     Coll
       Reinsurance A - ___        Prem Waiver _     JV%            Schedule? N
Attorney ___ ____
Remark X-REF 6165609 & 6165609-0001
Tran Note LJ
Next:  1820 PAGING PAST EARLIEST TRANSACTION NOT ALLOWED
Screen _ Bond _____ - ____   Acct ____ I/X _ S/M _      Switch to _____
```

Date: 08/07/2006 Time: 8:17:42 AM

1

15 of 16

BEI20733
38599-0012

Page: 1 Document Name: untitled

```
BONDINQ EXEC 6165609-0002 NB      3020 ENTRY DATE 04-10-06   CHG DATE 06-30-03
                                  3015 BILL AMT    62,027.00           STATUS
Bond No 6165609 -   2   Trans NB  Chg Date   -    -    Serv Cntr SEA
Prin     BRECHAN ENTERPRISES, INC.
Street   2705 MILL BAY ROAD
City     KODIAK          State AK  Zip 99615
Obligee  US COAST GUARD FD & CC PACIFIC
Street   915 SECOND AVENUE, ROOM 2664
City     SEATTLE         State WA  Zip 981741011
Desc     2003-2004 IDIQ CONTRACT INDEFINITE DELIVERY, QUANTITY MULTI
         TRADE CONSTRUCTION CONTRACT NO. DTCG50-02-D-643J55
DATES: Eff  6 - 30 - 03 Exp  6 - 30 - 2004 Trm  6 - 30 - 2004 Inc  6 - 30 - 03
AMNTS: Bond 10,252,413 Cont  10,252,413   Perf  10,252,413  Pymt  10,252,413
RATES: Company S  Bond Type C      Rating State WA  Class Code 619  TOC 6
       E&O _      Plan Type 00     Yrs in Bus ___   R/E Equity _____
OTHER: Div SEA    Agent  1 - 5250  Renl Meth 6      Cancel Days ___  DB _
       Acct S180  Prod Line CON    Claim?            Stmt Code _____
       Form # O - ___             Tax Auth          Coll _____
       Reinsurance A - ___        Prem Waiver       JV% _____    Schedule? N
Attorney
Remark X-REF 6165609 & 6165609-0001
Tran Note LJ
Next:  1821 PAGING PAST LATEST TRANSACTION NOT ALLOWED
Screen _ Bond _____ - ____   Acct ____ I/X _ S/M _      Switch to _____
```

BEI20734
38599-0012