Michael E. Kreger
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>Plaintiff,<br>v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>Defendants. | Case No. 3:03-cv-0199-RRB |

**ORDER ESTABLISHING THE PENAL SUM OF THE BOND ISSUED BY SAFECO INSURANCE COMPANY OF AMERICA**

The Court having considered the motion by Safeco Insurance Company of America to determine the penal sum of the bond, any opposition thereto, and good cause having been shown,

IT IS HEREBY ORDERED that the motion is GRANTED. The penal amount of the bond at issue in this case is set at $100,000.

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB                     - 1 -                    [38599-0012/12955170_1.DOC]
38599-0012/LEGAL12955170.1

DATED this _____ day of _____, 2007.

_____
Ralph R. Beistline
District Court Judge

I hereby certify that on January 10, 2007, the
foregoing has been served by electronic mail on
Peter C. Partnow, William R. Baerg, Terry R.
Marston II, James B. Stoetzer, and Eric J. Brown.

  /s/ Michael E. Kreger
     Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB                    - 2 -                    [38599-0012/12955170_1.DOC]
38599-0012/LEGAL12955170.1