1  Terry R. Marston, *pro hac vice*, terry@marstonelison.com
   Jami K. Elison, *pro hac vice*, jami@marstonelison.com
2  Jesse P. Elison, *pro hac vice*, jesse@marstonelison.com
   MARSTON ELISON, PLLC
3  16880 N.E. 79th Street
   Redmond, Washington 98052
4  (425) 861-5700

5  PAUL J. NANGLE & ASSOCIATES
   Kerry Building
   101 Christensen Drive
6  Anchorage, Alaska 99501
   Telephone: (907) 274-8866
7

8  Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

9                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | Case No.: A03-0199CV (RRB) |
| Plaintiff, | |
| vs. | **ORDER DENYING EMERCO'S MOTION FOR NEW TRIAL DATE OR TO ALTER OR AMEND JUDGMENT** |
| FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | **[PROPOSED]** |
| Defendants. | |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC., | |
| Counterclaimant/Third-party Claimant, | |
| v. | |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al., | |
| Cross-defendants/Third-party Defendants. | |

ORDER DENYING EMERCO'S MOTION FOR NEW TRIAL DATE OR TO ALTER OR AMEND
JUDGMENT
Case No. A03-0199CV (RRB)-- 1

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, )))) |
| 2 | |
| 3 | ) |
| 4 | Plaintiff, )) |
| | vs. ) |
| 5 | ) |
| 6 | SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. )) |
| 7 | ) |
| | Defendants. )) |
| 8 | |
| 9 | BRECHAN ENTERPRISES, INC., an Alaska corporation, )) |
| 10 | ) |
| | Counterclaim Plaintiff, ) |
| 11 | vs. ) |
| 12 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, )) |
| 13 | ) |
| | Counterclaim Defendant. ) |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska corporation, )) |
| 15 | ) |
| 16 | Third-Party Plaintiff, ) |
| | vs. ) |
| 17 | COFFMAN ENGINEERS, INC, a Washington Corporation. )) |
| 18 | ) |
| | Third-Party Defendant. ) |
| 19 | ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, )) |
| 20 | ) |
| 21 | Plaintiff/Cross-claimant, ) |
| | vs. ) |
| 22 | COFFMAN ENGINEERS, INC, a Washington Corporation. )) |
| 23 | ) |
| 24 | Third-Party Defendant. )) |
| 25 | |
| 26 | |

ORDER DENYING EMERCO'S MOTION FOR NEW TRIAL DATE OR TO ALTER OR AMEND JUDGMENT
Case No. A03-0199CV (RRB)-- 2

THIS MATTER came before the Court on Emerco's Motion for New Trial Date or to Alter or Amend Judgment. Having entertained the memoranda, exhibits and declarations supporting and in opposition to the motion, the Court ORDERS that Emerco's motion is DENIED.

Dated this _____ day of _____, 2007.

_____
The Honorable Ralph R. Beistline
United States District Court Judge