1  ERIC J. BROWN, ESQ.
   JERMAIN DUNNAGAN & OWENS, P.C.
2  3000 A. Street, Suite 300
   Anchorage, Alaska 99503-4097
3  TEL:  (907) 563-8844; FAX:  (907) 563-7322
   Email:  ebrown@jdolaw.com
4
   PATRICK J. DUFFY, III, ESQ.
5  WILLIAM R. BAERG, ESQ.
   MONTELEONE & McCRORY, LLP
6  725 S. Figueroa Street, Suite 3200
   Los Angeles, California 90017-5446
7  TEL:  (213) 612-9900  FAX:  (213) 612-9930
   Email:  baerg@mmlawyers.com
8
   Attorneys for Defendant FORREST J. McKINLEY
9  and Defendant and Cross-Claimant EMERCO, INC.

10                  IN THE UNITED STATES DISTRICT COURT

11                    FOR THE DISTRICT OF ALASKA

12

13  ABSOLUTE ENVIRONMENTAL            )   CASE NO. A-03-0199 Civil
    SERVICES, INC., an Alaskan Corporation,)  (RRB)
14                                     )
             Plaintiff,               )
15                                     )   REPLY DECLARATION OF
       v.                             )   PATRICK J. DUFFY, III
16                                     )   IN SUPPORT OF MOTION FOR
    FORREST J. McKINLEY and "JANE DOE")   NEW TRIAL
17  McKINLEY, and the marital community )
    property composed thereof d/b/a/   )
18  "Imperial Industrial Coatings" and )
    EMERCO, INC., a California Corporation )
19  d/b/a/ Imperial Industrial Coatings, )
                                       )
20           Defendants.              )
                                       )
21  EMERCO, INC., a California Corporation )
    d/b/a Imperial Industrial Coatings, and )
22  the United States for the Use and Benefit )
    of EMERCO, Inc.,                  )
23                                     )
            Counter-Claimant/          )
24          Third Party Claimant,      )
                                       )
25  v.                                 )
                                       )
26  ABSOLUTE ENVIRONMENTAL            )
    SERVICES, INC., an Alaskan Corporation,)
27  et al.,                           )
            Cross-Defendants/          )
28          Third Party Defendants.    )

1    I, PATRICK J. DUFFY, III, declare:

2

3    1.    I have reviewed the declaration of Jami K. Elison filed with

4    the Court on January 16, 2007 and hereby reply thereto.

5    2.    Mr. Elison  obfuscates the issue of the location of my

6    personal law office with to the address of my client when he contends I

7    referred to Southern California in my opening statement.  I always referred to

8    my client's location in opening statement and at trial; it was _my_ address that

9    was in issue as Mr. Elison well knows.

10    3.    In relation to paragraph 3, when I used the answers to

11    interrogatories for testimony, it was without displaying my address.  By the

12    time the evidence was to go to the jury redaction of the address would have

13    been pointless.  The location of my office had long since been clearly

14    revealed.

15    4.    In relation to paragraph 6, the statements made therein are

16    incorrect.  After the Court's order regarding not disclosing the location of my

17    office, I provided redacted copies of the documents in issue to be used by

18    Absolute during trial, but Absolute used non-redacted exhibits.  At the time

19    Mr. Elison claimed to me that Mr. Marston used the non-redacted documents

20    by mistake.

21    5.    In paragraph 7, Mr. Elison contends Emerco was overpaid

22    on the project, but cites to no evidence nor does he rebut the evidence on

23    the subject of the contract balance set forth in my original declaration.

24    6.    In paragraphs 8 and 9, Mr. Elison contends the jury could

25    have concluded that bents 12-13 were included in Emerco's work, but cites

26    to no supporting evidence nor does he deny that his client admitted at trial

27    that the work was outside the requirements of the subcontract.  His

28    reference to his client's testimony that Mr. Puitt knew where Swalling's

1  work ended is a reference to irrelevant testimony.  Mr Puitt testified he

2  assumed at contracting that the bent 12 to 13 work was part of Swalling

3  warranty work.  The subcontract clearly provides that Emerco work begins

4  at Bent 13 and Mr. Olson clearly admitted that was the case at trial.

5          7.      In paragraph 11, Mr. Elison refers to non-existent

6  testimony.  None of those witnesses testified as he claims and neither Paul

7  Pederson or Dan Yell were ever even present at the job-site during the

8  performance time at issue.  They could not have had any knowledge on the

9  subject and did not claim any.  In fact, Mr. Yell's first knowledge of the

10  project came much later in time when he was hired to take over Emerco's

11  work.  Mr. Coffman never testified that Emerco failed to perform it's QC

12  responsibilities. He said nothing whatever on the subject.

13          8.      Paragraph 12 of Mr. Elison's declaration is the statement

14  of a legal conclusion unsupported by any cited evidence.

15          9.      In paragraph 13, Mr. Elison continues with the word games

16  argument made about his client's conversion of Emerco property, but does

17  not deny that every element of the remedy sought by Emerco as set forth in

18  the court's jury instructions was established by the evidence.  His argument

19  on the contents of the subcontract is a contrivance; the subcontract has no

20  provision purporting to allow the seizure of property. Finally the purported

21  reservation of Mr. Tope's testimony was a nullity as noted by the Court at

22  the time the reservation was attempted.

23          10.    Paragraph 14 is an unsupported legal conclusion.

24  / /

25  / /

26  / /

27  / /

28

1    Executed at Los Angeles, California this 19th day of January,

2    2007.

3    I declare under penalty of perjury that the foregoing is true and

4    correct and under the laws of the State of California.

PATRICK J. DUFFY, III

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

4      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 725 South Figueroa Street, Suite 3200, Los Angeles, California 90017-

5      5446.

6      On this date, I served the foregoing document(s) described as **REPLY DECLARATION OF PATRICK J. DUFFY, III IN SUPPORT OF MOTION FOR NEW**

7      **TRIAL** on the interested parties in this action by email to:

8          Eric J. Brown, ebrown@jdolaw.com
           Robert J. Dickson, acgecf@acglaw.com

9          Jami K. Elison, jamie@mhf-law.com
           Michael E. Kreger, mkreger@perkinscoie.com

10         Terry R. Marston, terry@mhf-law.com
           Peter C. Partnow, PartnowP@LanePowell.com

11         James B. Stoetzer, StoetzerJ@LanePowell.com

12     and by facsimile to:

13         Lawrence A. Pederson, Esq.
           Paul J. Nangle & Associates

14         FAX: (907) 279-1794

15     and by U.S. mail by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

16                    SEE ATTACHED SERVICE LIST

17     I declare under penalty of perjury under the laws of the United States

18     that the above is true and correct. Executed on January 19, 2007, at Los Angeles, California.

19

20     _____
                      MARY DUFFY

21

22

23

24

25

26

27

28

1                              SERVICE LIST

2   Attorneys for Absolute              Attorneys for Absolute
    Environmental Services, Inc.        Environmental Services, Inc.
3
    Lawrence A. Pederson, Esq.          Terry R. Marston, Esq.
4   Paul J. Nangle & Associates         Jami K. Elison, Esq.
    Kerry Building                      Marston Heffernan Foreman
5   101 Christensen Drive               Anderson Park Building
    Anchorage, AK 99501                 16880 NE 79th Street
6   TEL: (907) 274-8866                 Redmond, WA 98052-4424
    FAX: (907) 279-1794                 TEL: (425) 861-5700
7                                       FAX: (425) 861-6969

8   Attorneys for Specialty Polymer     Attorneys for Brechan Enterprises,
    Coating USA, Inc.                   Inc. and Safeco Insurance
9                                       Company of America
    Robert J. Dickson, Esq.
10  Atkinson Conway & Gagnon            Michael E. Kreger, Esq.
    420 "L" Street, Suite 500           Jacob Nist, Esq.
11  Anchorage, AK 99501-1989            Perkins Coie LLP
    TEL: (907) 276-1700                 1029 West Third Avenue,
12  FAX: (907) 272-2082                 Suite 300
                                        Anchorage, AK 99501
13                                      TEL: (907) 279-8561
                                        FAX: (907) 276-3108
14
    Attorneys for Coffman Engineers,    Co-Counsel for Coffman Engineers,
15  Inc.                                Inc.

16  Peter C. Partnow, Esq.              James B. Stoetzer, Esq.
    Lane Powell PC                      Lane Powell PC
17  301 W. Northern Lights Blvd.,       1420 Fifth Avenue, Suite 4100
    Suite 301                           Seattle, WA 98101-2338
18  Anchorage, AK 99503-2648            TEL: (206) 223-7019
    TEL: (907) 277-9522                 FAX: (206) 223-7107
19  FAX: (907) 276-2631

20  Co-Counsel for Emerco, Inc. and
    Forrest J. McKinley
21
    Eric J. Brown, Esq.
22  Jermain Dunnagan & Owens, P.C.
    3000 A Street, Suite 300
23  Anchorage, AK 99503-4097
    TEL: (907)563-8844
24  FAX: (907) 563-7322

25

26

27

28