ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
TEL: (907) 563-8844; FAX: (907) 563-7322
Email: ebrown@jdolaw.com

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
TEL: (213) 612-9900  FAX: (213) 612-9930
Email: baerg@mmlawyers.com

Attorneys for Defendant FORREST J. McKINLEY
and Defendant and Cross-Claimant EMERCO, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>Defendants.<br><br>EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,<br><br>Counter-Claimant/<br>Third Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al.,<br><br>Cross-Defendants/<br>Third Party Defendants. | CASE NO. A-03-0199 Civil (RRB)<br><br>ERRATA TO REPLY DECLARATION OF PATRICK J. DUFFY, III IN SUPPORT OF MOTION FOR NEW TRIAL |

1  I, PATRICK J. DUFFY, III, declare:

2  

3  1.  In paragraph 7 at Line 11 of Page 2 of my declaration
4  dated January 19, 2007, I refer to "Mr. Coffman" when I meant to refer to
5  "Mr. Hardenbergh".

6  

7  Executed at Los Angeles, California this 23rd day of January,
8  2007.

9  I declare under penalty of perjury that the foregoing is true and
10 correct and under the laws of the State of California.

_____
PATRICK J. DUFFY, III

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 725 South Figueroa Street, Suite 3200, Los Angeles, California 90017-5446.

On this date, I served the foregoing document(s) described as **ERRATA TO REPLY DECLARATION OF PATRICK J. DUFFY, III IN SUPPORT OF MOTION FOR NEW TRIAL** on the interested parties in this action by email to:

Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
Peter C. Partnow, PartnowP@LanePowell.com
James B. Stoetzer, StoetzerJ@LanePowell.com

and by facsimile to:

Lawrence A. Pederson, Esq.
Paul J. Nangle & Associates
FAX: (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on January 23, 2007, at Los Angeles, California.

_____
MARY DUFFY