```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA


               ABSOLUTE   v.   MCKINLEY

DATE:    January 23, 2007      CASE NO.   3:03-CV-0199-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
```

Emerco, Inc., d/b/a Imperial Industrial Coatings (Imperial), has filed a Motion for New Trial or Motion to Alter or Amend Judgment at Docket 530..

Imperial received a fair trial in this matter. It was not "home towned." The jury rendered its decision after a fair consideration of all the evidence. It is highly unlikely that the locale of any of the attorneys played a role in the jury's determination. Imperial's motion is therefore **DENIED.**

M.O. DENYING MOTION FOR NEW TRIAL