ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
TEL: (907) 563-8844; FAX: (907) 563-7322
Email: ebrown@jdolaw.com

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
TEL: (213) 612-9900  FAX: (213) 612-9930
Email: baerg@mmlawyers.com

Attorneys for Defendant FORREST J. McKINLEY
and Defendant and Cross-Claimant EMERCO, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>Defendants.<br><br>EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc.,<br><br>Counter-Claimant/<br>Third Party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation, et al.,<br>Cross-Defendants/<br>Third Party Defendants. | CASE NO. A-03-0199 Civil (RRB)<br><br>IMPERIAL INDUSTRIAL COATINGS' REQUEST FOR CLARIFICATION OF ORDER |

1   While the Court's Order of January 23, 2007 (document 543)
2  clearly denies defendant Imperial's Motion for New Trial (Docket 530), it
3  does not directly address Imperial's alternative Motion to Alter or Amend the
4  Judgment which is based on the trial evidence and the jury's verdict and
5  completely different grounds that the one ruled upon. Defendant Imperial
6  respectfully requests clarification of the Order for that reason.

7
8  DATED:   January 24, 2007
9                                         MONTELEONE & McCRORY
10
11                                         By _____
12                                              PATRICK J. DUFFY, III

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 725 South Figueroa Street, Suite 3200, Los Angeles, California 90017-5446.

On this date, I served the foregoing document(s) described as **REQUEST FOR CLARIFICATION OF ORDER** on the interested parties in this action by email to:

> Eric J. Brown, ebrown@jdolaw.com
> Robert J. Dickson, acgecf@acglaw.com
> Jami K. Elison, jamie@mhf-law.com
> Michael E. Kreger, mkreger@perkinscoie.com
> Terry R. Marston, terry@mhf-law.com
> Peter C. Partnow, PartnowP@LanePowell.com
> James B. Stoetzer, StoetzerJ@LanePowell.com

and by facsimile to:

> Lawrence A. Pederson, Esq.
> Paul J. Nangle & Associates
> FAX: (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on January 24, 2007, at Los Angeles, California.

_____
MARY DUFFY