Michael E. Kreger
James N. Leik
Melissa A. Bast
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
mkreger@perkinscoie.com

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>    Plaintiff,<br>v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>    Defendants. | Case No. 3:03-cv-0199-RRB |

**NOTICE OF WITHDRAWAL OF MOTION [Docket 537]**

    Defendant Safeco Insurance Company of America ("Safeco") hereby withdraws its Motion to Establish the Penal Sum of the Bond, filed on January 10, 2007.

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB                                  - 1 -                              [38599-0012/12982636_1.DOC]
38599-0012/LEGAL12982636.1

DATED:  January 24, 2007.

          **PERKINS COIE LLP**
          Attorneys for Defendant
          Brechan Enterprises, Inc.


          By   /s/ Michael E. Kreger
             Michael E. Kreger
             Alaska Bar No. 8311170
             James N. Leik
             Alaska Bar No. 8111109
             Perkins Coie LLP
             1029 W. Third Avenue, Suite 300
             Anchorage, Alaska  99501
             (907) 279-8561
             (907) 276-3108 (Facsimile)
             Email:  mkreger@perkinscoie.com

I hereby certify that on January 24, 2007, the foregoing has been served by electronic mail on Robert J. Dickson, Peter C. Partnow, William R. Baerg, Terry R. Marston II, James B. Stoetzer, and Eric J. Brown.

  /s/ Michael E. Kreger
    Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ABSOLUTE v. McKINLEY et al.
Case No. 3:03-cv-0199-RRB - 2 - [38599-0012/12982636_1.DOC]
38599-0012/LEGAL12982636.1