**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**


 ABSOLUTE    v.   MCKINLEY 

DATE:    February 9, 2007    CASE NO.    3:03-CV-0199-RRB 


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE DOCKET 544**

═══════════════════════════════════════════════════════════


        Imperial seeks clarification, at Docket 544, of this
Court's prior Order Denying Motion for New Trial at Docket 543.
Although final judgment has yet to be entered, it was the Court's
intention to deny Imperial's motion at Docket 530 in its entirety.
IT IS SO ORDERED.

        The jury adequately considered and fairly resolved the
very complex factual issues presented to it.  There is no reason to
alter its decision.