```
            UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF ALASKA


             ABSOLUTE   v.   MCKINLEY
DATE:   February 9, 2007    CASE NO.   3:03-CV-0199-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               RE FINAL JUDGMENT
```

Final judgment has yet to be entered in this matter. Plaintiff's proposed judgment is far more detailed than contemplated by Federal Civil Rule 54. The Court will sign a judgment pursuant to the Federal Rules of Civil Procedure and consistent with Alaska substantive law. The parties shall submit a proposed judgment consistent with the above on or before **February 26, 2007.**

M.O. RE FINAL JUDGMENT