Michael E. Kreger, Alaska Bar No. 8311170
MKreger@perkinscoie.com
Jacob B. Nist, Alaska Bar No. 211051
JNist@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Absolute Environmental Services, Inc. et al.,

Plaintiffs,

v.

Forrest J. McKinley, et al.,

Defendants.

Case No. 3:03-cv-0199-rrb

**MOTION FOR SUBSTITUTION OF COUNSEL**

Pursuant to D. Ak. LR 11.1(c), defendant Safeco Insurance Company of America hereby moves that Michael E. Kreger be permitted to withdraw as attorney for Safeco Insurance Company of America and for substitution of Thomas A. Larkin as attorney for Safeco Insurance Company of America.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-rrb
- 1 -
[38599-0012/13021084_1.DOC]
38599-0012/LEGAL13021084.1

DATED at Anchorage, Alaska, this 13th day of February, 2007.

By /s/ Michael E. Kreger

Michael E. Kreger
Alaska Bar No. 8311170
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
Email: mkreger@perkinscoie.com

**CONSENT TO SUBSTITUTION AND ENTRY OF APPEARANCE**

Thomas A. Larkin hereby consents to substitution as attorney for Safeco Insurance Company of America in this action, and enters his appearance on behalf of Safeco Insurance Company of America. All pleadings and papers, except process, shall be served on said attorney at Stewart Sokol & Gray, LLC, 2300 SW First Avenue, Suite 200, Portland, OR 97201-5047, telephone 503-221-0699, facsimile 503-227-5028 and email address talarkin@lawssg.com.

DATED at Anchorage, Alaska, this 13th day of February, 2007.

By /s/ Thomas A. Larkin

Thomas A. Larkin
Alaska Bar No. 0009055
Stewart Sokol & Gray, LLC
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
503-221-0699
503-227-5028 (Facsimile)
Email: talarkin@lawssg.com

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-rrb
38599-0012/LEGAL13021084.1

- 2 -

[38599-0012/13021084_1.DOC]

I hereby certify that on February 13, 2007, the foregoing has been served by electronic mail on William R. Baerg, Terry R. Marston II, Eric J. Brown, Jan D. Sokol, and Thomas A. Larkin.

/s/ Michael E. Kreger
Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-rrb
38599-0012/LEGAL13021084.1
- 3 -
[38599-0012/13021084_1.DOC]