ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
(ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930
(duffy@mmlawyers.com)
(baerg@mmlawyers.com)

Attorneys for Defendant and
Cross-Complainant EMERCO, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. A-03-0199 Civil (RRB)<br><br>**[PROPOSED]**<br><br>**JUDGMENT ON VERDICT** |

This cause came on regularly for trial. A jury of 9 persons was impaneled and sworn to try the cause. After hearing the evidence, the arguments of counsel, and instructions of the court, the jury retired to consider their verdict, and subsequently returned into court, and being called, answered to their names, and said they found a verdict for the plaintiff and against the defendants.

WHEREFORE, by virtue of the law and on the verdict of the jury,

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff Absolute Environmental Services, Inc., recover from defendant Emerco, Inc., dba Imperial Industrial Coatings, the sum of $205,068.70 found due by the jury, less a credit of $_____ for the amount already paid by Coffman Engineers, Inc., and that plaintiff recover from said defendant its costs and disbursements incurred in this action, amounting to the sum of $_____.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiff Absolute Environmental Services, Inc., recover from defendants Brechan Enterprises, Inc., and Safeco Insurance Company the sum of $838,645.90 found due by the jury, less a credit of $_____ for the amount already paid by Coffman Engineers, Inc., and that plaintiff recover from said defendants its costs and disbursements incurred in this action, amounting to the sum of $_____.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that counter-claimant Emerco, Inc., dba Imperial Industrial Coatings recover nothing from cross-defendant Absolute Environmental Services, Inc.

DATED: _____    _____

Hon. Ralph R. Beistline

UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE BY ECF

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I certify that on February 26, 2007, a copy of the foregoing was served by ECF on:

Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
Peter C. Partnow, PartnowP@LanePowell.com
James B. Stoetzer, StoetzerJ@LanePowell.com

and by facsimile on:

Paul J. Nangle
Paul J. Nangle & Associates
101 Christensen Dr.
Anchorage, AK 99501
FAX NO.:     (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on February 26, 2007, at Los Angeles, California.

_____
SALLIE RASPA