Terry R. Marston, *pro hac vice,* terry@marstonelison.com
Jami K. Elison, *pro hac vice,* jami@marstonelison.com
MARSTON ELISON, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation,<br><br>Plaintiff,<br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings,<br><br>Defendant.<br>_____<br>EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | Case No.: A03-0199CV (RRB)<br><br><br><br><br>**JUDGMENT**<br><br>**[PROPOSED]** |

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | ) ) ) |
| Defendants. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Counterclaim Plaintiff, | ) |
| vs. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, | ) ) ) |
| Counterclaim Defendant | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Third-Party Plaintiff, | ) |
| vs. | ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Plaintiff/Cross-claimant, | ) |
| vs. | ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) |

This action came on for trial before the Court and a jury, Honorable Ralph R. Beistline, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the Court enters FINAL JUDGMENT on the verdict of the jury rendered on November 20, 2006, as follows:

1. ABSOLUTE ENVIRONMENTAL SERVICES, INC., is awarded a judgment against BRECHAN ENTERPRISES, INC., in the sum of One Million One Hundred Thirty-Nine Thousand Two Hundred Sixty-Eight and 50/100 DOLLARS ($1,139,268.50), plus interest, attorneys' fees (in accordance with AS Rule 82) and costs, all in amounts to be determined; subject to an offset for amounts paid against contract losses;

2. ABSOLUTE ENVIRONMENTAL SERVICES, INC., is awarded a judgment against SAFECO INSURANCE COMPANY OF AMERICA, in the sum of One Million One Hundred Thirty-Nine Thousand Two Hundred Sixty-Eight and 50/100 DOLLARS ($1,139,268.50), plus interest, attorneys' fees (in accordance with AS Rule 82) and costs, all in amounts to be determined; subject to an offset for amounts paid against contract losses; and

3. ABSOLUTE ENVIRONMENTAL SERVICES, INC., is awarded a judgment against EMERCO, INC., in the sum of Two Hundred Five Thousand Sixty-Eight And 70/100 Dollars ($205,068.70), plus interest, attorneys' fees (in accordance with the terms of their contract) and costs, all in amounts to be determined.

4. The claim(s) of ABSOLUTE ENVIRONMENTAL SERVICES, INC. against FORREST J. MCKINLEY for liability (a) as an agent of an undisclosed principal (Count IV of

Absolute's Amended Complaint) and (b) under a theory of corporate disregard or "piercing the corporate veil" (Count III of Absolute's Amended Complaint) were BIFURCATED by Stipulation and Order entered September 29, 2006, and remain pending before this Court for resolution.

5. Except as otherwise provided above, all claims and causes of action asserted between the parties hereto are DISMISSED WITH PREJUDICE.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

# JUDGMENT SUMMARY

## Part (A): EMERCO, INC.

1. **Judgment Creditor:**  Absolute Environmental Services, Inc.

2. **Judgment Debtor:**  EMERCO, INC.

3. **Attorneys for Judgment Creditor:**
   Terry R. Marston II
   Jami K. Elison
   MARSTON ELISON, PLLC
   16880 NE 79th St.
   Redmond, WA  98052-4424

4. **Principal Judgment Amount:**  $   205,068.70

5. **Prejudgment Interest:**  $
   (through _____ )

6. **Costs**
   Filing Fee  $
   Service Fee  $
   Reasonable Attorney Fees  $

7. **Allowable Offset**  $ (         )

8. **Total Judgment Amount:**  $

9. **Other Recovery Amount:**  (Costs and reasonable attorney fees  $
   incurred in collecting the above amounts.)

10. Total Judgment Amount shall bear interest at the rate of 8.25% per  $
    annum from the date of entry.

## Part (B): BRECHAN ENTERPRISES, INC.

11. **Judgment Creditor:**           Absolute Environmental Services, Inc.

12. **Judgment Debtor:**             Brechan Enterprises, Inc.

13. **Attorneys for Judgment Creditor:**
    Terry R. Marston II
    Jami K. Elison
    MARSTON ELISON, PLLC
    16880 NE 79th St.
    Redmond, WA  98052-4424

14. **Principal Judgment Amount:**                                $   1,139,268.50

15. **Prejudgment Interest:**                                     $
    (through _____ )

16. **Costs**
    Filing Fee                                                    $
    Service Fee                                                   $
    Reasonable Attorney Fees                                      $

17. **Allowable Offset**                                          $  (_____)

18. **Total Judgment Amount:**                                    $

19. **Other Recovery Amount:** (Costs and reasonable attorney fees $
    incurred in collecting the above amounts.)

20. Total Judgment Amount shall bear interest at the rate of 8.25% per  $
    annum from the date of entry.

## Part (C): SAFECO INSURANCE COMPANY

21. **Judgment Creditor:**           Absolute Environmental Services, Inc.

22. **Judgment Debtor:**             Safeco Insurance Company of America, Inc.

23. **Attorneys for Judgment Creditor:**
    Terry R. Marston II
    Jami K. Elison
    MARSTON ELISON, PLLC
    16880 NE 79th St.
    Redmond, WA  98052-4424

24. **Principal Judgment Amount:**                              $   1,139,268.50

25. **Prejudgment Interest:**                                    $
    (through _____)

26. **Costs**
    Filing Fee                                                   $
    Service Fee                                                  $
    Reasonable Attorney Fees                                     $

27. **Allowable Offset**                                         $  (         )

28. **Total Judgment Amount:**                                   $

29. **Other Recovery Amount:** (Costs and reasonable attorney fees   $
    incurred in collecting the above amounts.)

30. Total Judgment Amount shall bear interest at the rate of 8.25% per   $
    annum from the date of entry.

//

//

//

//

//

//

DATED this _____ day of _____, 2007.

_____
The Honorable Ralph R. Beistline
United States District Court Judge

*PRESENTED BY:*

**MARSTON ELISON, PLLC**

By s/Terry R. Marston_____
    Terry R. Marston II, WSBA No. 14440
    Jami K. Elison, WSBA No. 31007
Attorneys for Plaintiff Absolute Environmental Service, Inc.

---

I hereby certify that on the date given a copy of the forgoing was electronically filed with the Clerk of Court using the CM/ECF system and was served electronically on the following:

William R. Baerg, Patrick J. Duffy
Eric J. Brown
Robert J. Dickson
Michael E Kreger, Jacob Nist
James B. Stoetzer, Peter C. Partnow

s/Terry R. Marston_____ .

---