Michael E. Kreger, Alaska Bar No. 8311170
MKreger@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendants Brechan Enterprises,
Inc. And Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>　　　　　Defendants. | Case No. 3:03-CV-0199-RRB |

**NOTICE OF FILING PROPOSED JUDGMENT**

Defendants Brechan Enterprises, Inc. and Safeco Insurance Company of American hereby give notice of filing the proposed Partial Final Judgment on Jury Verdict against Brechan Enterprises. The proposed judgment is supported by a memorandum and worksheet filed under seal.

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-RRB
38599-0012/LEGAL13056908.1

-1-

DATED at Anchorage, Alaska on February 26, 2007.

By  /s/ Michael E. Kreger
Michael E. Kreger
Alaska Bar No. 8311170
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
Email:  mkreger@perkinscoie.com

I hereby certify that on February 26, 2007, the
foregoing has been served by electronic mail on
William R. Baerg, Terry R. Marston II, Eric J. Brown,
and Thomas A. Larkin.

  /s/ Michael E. Kreger
       Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
907.279.8561 / Facsimile 907.276.3108

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-RRB                -2-
38599-0012/LEGAL13056908.1