Michael E. Kreger, Alaska Bar No. 8311170
MKreger@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:  907.279.8561
Facsimile:  907.276.3108

Attorneys for Defendants Brechan Enterprises,
Inc. And Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>　　　　Defendants. | Case No. 3:03-CV-0199-RRB |

**(PROPOSED) PARTIAL FINAL JUDGMENT ON JURY VERDICT**

　　　This action came on for trial before the Court and a jury, the Honorable Ralph R. Beistline, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, there being no just reason for delay and upon the express direction for the entry of judgment,

　　　IT IS ORDERED AND ADJUDGED that plaintiff Absolute Environmental Services, Inc. recover of defendant Emerco, Inc. the sum of $81,329.82, with prejudgment interest thereon at the rate of 9.25% percent as provided by law, in the

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

amount of $_____ and its allowable attorneys' fees, if any, and costs of action in the amount of $_____, for a total final judgment against Emerco, Inc in the amount of $_____.

IT IS FURTHER ORDERED AND ADJUDGED that defendant Emerco, Inc. take nothing on its counterclaims against plaintiff Absolute Environmental Services, Inc., the defendant Emerco, Inc.'s counterclaim being dismissed on the merits.

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Absolute Environmental Services, Inc. recover of defendant Brechan Enterprises, Inc., the sum of $169,085.74, with prejudgment interest thereon at the rate of 9.25% percent as provided by law, in the amount of $_____ and its allowable attorneys' fees, if any, and costs of action in the amount of $_____, for a total final judgment against Brechan Enterprises, Inc. in the amount of $_____.

Post judgment interest at the rate of _____% will accrue from the date of judgment.

DATED at Anchorage, Alaska, this _____ day of _____, 2007.

_____
Ralph R. Beistline
U.S. District Judge

I hereby certify that on February 26, 2007, the
foregoing has been served by electronic mail on
William R. Baerg, Terry R. Marston II, Eric J. Brown,
and Thomas A. Larkin.

  /s/ Michael E. Kreger
        Michael E. Kreger

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-RRB                    -2-
38599-0012/LEGAL12942071.1