Michael E. Kreger, Alaska Bar No. 8311170
MKreger@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:  907.279.8561
Facsimile:  907.276.3108

Attorneys for Defendants Brechan Enterprises,
Inc. And Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>Defendants. | Case No. 3:03-CV-0199-RRB |

**AFFIDAVIT OF MICHAEL E. KREGER**

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

    Michael Kreger, being first duly sworn, deposes and says:

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-RRB                    -1-
38599-0012/LEGAL13058485.1

PERKINS COIE LLP
1029 West Third Avenue, Suite300
Anchorage, AK  99501-1981
907.279.8561 / Facsimile 907.276.3108

1. I am one of the attorneys representing Brechan Enterprises, Inc. and Safeco Insurance Company of America in this matter.[1]

2. Brechan has moved to file its judgment worksheet under seal.

3. An order shortening time on the motion is needed so that Brechan can file its proposed post-verdict judgment calculations most efficiently.

4. Brechan has attempted to obtain a stipulation from counsel that all parties may file their judgment calculations or responses to other parties' calculations under seal and thereby preserve any interest Coffman or others may have in the confidentiality of the Absolute/Coffman settlement. Counsel for Absolute has agreed to a filing under seal. Counsel for Imperial has been in court and not yet returned the call.

5. Entry of judgment in this matter against one or more remaining defendants may be delayed unless the court is able to promptly perform the required post-verdict calculations.

DATED: _____.

_____
Michael E. Kreger

SUBSCRIBED AND SWORN TO OR AFFIRMED before me on February ___, 2007.

_____
Notary Public in and for Alaska
My commission expires:_____

---

[1] A motion for leave to substitute counsel for Safeco is pending before the court.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-RRB
38599-0012/LEGAL13058485.1
-2-

I hereby certify that on February 26, 2007, the foregoing has been served by electronic mail on William R. Baerg, Terry R. Marston II, Eric J. Brown, and Thomas A. Larkin.

  /s/ Michael E. Kreger
     Michael E. Kreger

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-RRB
38599-0012/LEGAL13058485.1

-3-