Michael E. Kreger, Alaska Bar No. 8311170
MKreger@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:  907.279.8561
Facsimile:  907.276.3108

Attorneys for Defendants Brechan Enterprises,
Inc. And Safeco Insurance Company of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br> Plaintiff, <br><br> v. <br><br> FORREST J. MCKINLEY, et al., <br><br> Defendants. | Case No. 3:03-CV-0199-RRB |

## (PROPOSED) ORDER

The court having considered Brechan Enterprises, Inc. and Safeco

Insurance Company of America's Motion to Shorten Time for consideration of

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-rrb                    - 1 -                    [38599-0012-000000/13058517_1.DOC]
38599-0012/LEGAL13058517.1

Brechan and Safeco's Motion to File Memorandum Regarding Post-Verdict

Judgment Calculation Under Seal and any opposition thereto,

    IT IS HEREBY ORDERED that the motion is GRANTED.  Any party

opposing the motion to file sealed memoranda shall file its opposition no later than

_____.

    DATED at Anchorage, Alaska, this _____ day of _____, 2007.

                        _____

                        Ralph R. Beistline
                        U.S. District Judge

I hereby certify that on February 26, 2007, the
foregoing has been served by electronic mail on
William R. Baerg, Terry R. Marston II, Eric J.
Brown, and Thomas A. Larkin.

  /s/ Michael E. Kreger
     Michael E. Kreger

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-rrb      - 2 -      [38599-0012-000000/13058517_1.DOC]
38599-0012/LEGAL13058517.1