Michael E. Kreger, Alaska Bar No. 8311170
MKreger@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:  907.279.8561
Facsimile:  907.276.3108

Attorneys for Defendants Brechan Enterprises,
Inc. And Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>  Defendants. | Case No. 3:03-CV-0199-RRB |

**MOTION TO FILE MEMORANDUM REGARDING POST-VERDICT JUDGMENT CALCULATION UNDER SEAL**

Defendants Brechan Enterprises, Inc. and Safeco Insurance Company of America move for an order directing that their Memorandum Regarding Post-Verdict Judgment Calculations be filed under seal.  This motion is based on the following memorandum and the file in the case.

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-RRB
38599-0012/LEGAL13054629.1

-1-

Local Civil Rule 5.3(g)(1) anticipates that the Court, in appropriate cases, may order that documents be filed under seal. This Court has ordered the parties to submit proposed forms of judgment. Brechan has filed a proposed form of judgment. After the verdict, Coffman Engineering, Inc. entered into a settlement agreement with Absolute Environmental Services, Inc. The Coffman settlement amount reduces the judgments to be entered against the remaining parties.

Coffman and Absolute have agreed that, unless otherwise ordered by the court, the terms of their settlement, including the amount of the settlement payment, would remain confidential. Coffman and Absolute, however, have agreed to provide that information to counsel for other parties with expectations of continuing confidentiality.

Rather than disclose the amount of the Coffman settlement, Brechan submits its memorandum of post-verdict calculations under seal and files this simultaneous motion for leave to do so. Counsel for Absolute has advised the undersigned that it does not oppose an order allowing sealed filing of pleadings disclosing confidential information from the Coffman/Absolute settlement.

## CONCLUSION

For the foregoing reasons, Brechan requests that the Court grant this motion to file its judgment calculation under seal.

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
907.279.8561 / Facsimile 907.276.3108

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-RRB                -2-
38599-0012/LEGAL13054629.1

DATED at Anchorage, Alaska on February 26, 2007.

By  /s/ Michael E. Kreger
Michael E. Kreger
Alaska Bar No. 8311170
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
Email:  mkreger@perkinscoie.com

I hereby certify that on February 26, 2007, the
foregoing has been served by electronic mail on
William R. Baerg, Terry R. Marston II, Eric J. Brown,
and Thomas A. Larkin.

 /s/ Michael E. Kreger
      Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
907.279.8561 / Facsimile 907.276.3108

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-RRB                       -3-
38599-0012/LEGAL13054629.1