Michael E. Kreger, Alaska Bar No. 8311170
MKreger@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:  907.279.8561
Facsimile:  907.276.3108

Attorneys for Defendants Brechan Enterprises,
Inc. And Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>  Defendants. | Case No. 3:03-CV-0199-RRB |

**ERRATA**

On February 26, 2007, defendants Brechan Enterprises, Inc. and Safeco Insurance Company of America filed their Motion to Shorten time for consideration of their Motion to File Memorandum Regarding Post-Verdict Judgment Calculation Under Seal, along with the Affidavit of Michael E. Kreger and a proposed Order.  The affidavit was mistakenly filed without being signed or notarized.  A fully executed copy of this affidavit is filed herewith.

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-RRB                          -1-
38599-0012/LEGAL13059227.1

DATED at Anchorage, Alaska on February 27, 2007.

By   /s/ Michael E. Kreger
Michael E. Kreger
Alaska Bar No. 8311170
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
Email:  mkreger@perkinscoie.com

I hereby certify that on February 27, 2007, the
foregoing has been served by electronic mail on
William R. Baerg, Terry R. Marston II, Eric J. Brown,
and Thomas A. Larkin.

  /s/ Michael E. Kreger
     Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
907.279.8561 / Facsimile 907.276.3108

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-RRB
38599-0012/LEGAL13059227.1

-2-