Michael E. Kreger, Alaska Bar No. 8311170
MKreger@perkinscoie.com
Jacob B. Nist, Alaska Bar No. 211051
JNist@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendants Brechan Enterprises, Inc.
and Safeco Insurance Company of America, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Absolute Environmental Services, Inc. et al., <br><br> Plaintiffs, <br><br> v. <br><br> Forrest J. McKinley, et al., <br><br> Defendants. | Case No. 3:03-cv-0199-rrb |

## ~~PROPOSE~~D ORDER FOR SUBSTITUTION OF COUNSEL

The court having considered Safeco Insurance Company of America's motion for substitution of Thomas A. Larkin as counsel in place of Michael E. Kreger and good cause having been shown,

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-rrb                    - 1 -                    [38599-0012/13021160_1.DOC]
38599-0012/LEGAL13021160.1

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

IT IS HEREBY ORDERED that the motion is GRANTED. Thomas A. Larkin is substituted for Michael E. Kreger as counsel for Safeco Insurance Company of America.

DATED at Anchorage, Alaska, this 27 day of February, 2007.

S/RRB
Ralph R. Beistline
U.S. District Judge

I hereby certify that on February 13, 2007, the foregoing has been served by electronic mail on William R. Baerg, Terry R. Marston II, Eric J. Brown, Jan D. Sokol, and Thomas A. Larkin.

/s/ Michael E. Kreger
Michael E. Kreger

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-rrb         - 2 -         [38599-0012/13021160_1.DOC]
38599-0012/LEGAL13021160.1

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108