Michael E. Kreger, Alaska Bar No. 8311170
MKreger@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendants Brechan Enterprises,
Inc. And Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>Defendants. | Case No. 3:03-CV-0199-RRB |

(~~PROPOSED~~) ORDER

Brechan Enterprises, Inc. and Safeco Insurance Company of America's

Motion to File Memorandum Regarding Post-Verdict Judgment Calculation Under

Seal is GRANTED. Parties may file with this Court pleadings under seal disclosing information from the Coffman/Absolute settlement.

DATED at Anchorage, Alaska, this 28 day of February, 2007.

_S/RRB_
Ralph R. Beistline
U.S. District Judge

I hereby certify that on February 26, 2007, the foregoing has been served by electronic mail on William R. Baerg, Terry R. Marston II, Eric J. Brown, and Thomas A. Larkin.

/s/ Michael E. Kreger
Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108