Thomas A. Larkin, ASB #0009055
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 227-5028
Email: tlarkin@lawssg.com
  Of Attorneys for Defendant Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | | |
|---|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, | ) ) ) | Case No. 3:03-cv-0199-RRB |
| Plaintiff, | ) ) | |
| v. | ) ) | **SAFECO INSURANCE COMPANY OF AMERICA'S JOINDER IN BRECHAN'S OBJECTIONS TO ABSOLUTE'S PROPOSED JUDGMENT** |
| FORREST J. MCKINLEY, et al., | ) ) ) | |
| Defendants. | ) ) | |

Safeco Insurance Company of America ("Safeco") joins in Brechan's objections to Absolute's proposed judgment.

No judgment can be entered against Safeco until the amount of Safeco's bond has been established. Once the amount is established, recovery under the bond is limited to the amount owing for labor or materials provided to the subject project. 40 USC § 3133; *Wyatt and Kipper Engineers, Inc. v. Ramstad Constr. Co.*, 194 F. Supp. 379, 381-82 (D. Alaska 1961).

In addition to the arguments that Brechan makes in its objections to Absolute's proposed judgment, Safeco cannot be liable for Coffman's damages because the jury found that Coffman was "negligent in performing engineering services" (Jury Verdict, Docket No. 509, at ¶ 13).

SAFECO'S JOINDER IN BRECHAN'S OBJECTIONS TO ABSOLUTE'S PROPOSED JUDGMENT - Page 1 of 2

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com

Damages resulting from negligence in performing engineering services are not labor or materials provided to the project. For the above reasons and those contained in Brechan's objections, Absolute's proposed judgment must be rejected.

    Respectfully submitted this 2nd day of March, 2007

                          STEWART SOKOL & GRAY LLC

                          s/ Thomas A. Larkin
                          Thomas A. Larkin, ASB # 0009055
                          2300 SW First Avenue, Suite 200
                          Portland, Oregon 97201-5047
                          Telephone:  (503) 221-0699
                          Fax:  (503) 227-5028
                          E-mail:  tlarkin@lawssg.com
                              Of Attorneys for Defendant Safeco Insurance
                              Company of America

I hereby certify that on the 2nd day of March, 2007,
the foregoing has been served by electronic mail on
William R. Baerg, Terry R. Marston II, Eric J. Brown
and Michael E. Kreger

s/ Thomas A. Larkin
   Thomas A. Larkin

W:\Work\Clients Q-S\Safeco\Brechan Absolute Environmental Services\Pleadings\Joinder in Brechan Objection to Absolute Proposed Judgment.wpd

SAFECO'S JOINDER IN BRECHAN'S OBJECTIONS TO ABSOLUTE'S PROPOSED JUDGMENT - Page 2 of 2

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com