Michael E. Kreger
Alaska Bar No. 8311170
MKreger@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:  907.279.8561
Facsimile:  907.276.3108

Attorneys for Defendant Brechan Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>　　　　Defendants. | Case No. 3:03-CV-0199-RRB |

**NOTICE OF INTENT TO RESPOND TO
SEALED MEMORANDUM OF ABSOLUTE**

Brechan gives notice of its intent to respond to the sealed memorandum of Absolute in connection with treatment of the offset.  Docket 562.  Brechan requests until the close of business on March 6, 2007 to file its response.

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-RRB
38599-0012/LEGAL13072120.1

-1-

DATED at Anchorage, Alaska on March 5, 2007.

By   /s/ Michael E. Kreger
Michael E. Kreger
Alaska Bar No. 8311170
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
Email:  mkreger@perkinscoie.com

I hereby certify that on March 5, 2007, the foregoing has been served by electronic mail on William R. Baerg, Terry R. Marston II, Eric J. Brown, and Thomas A. Larkin.

  /s/ Michael E. Kreger
    Michael E. Kreger

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
907.279.8561 / Facsimile 907.276.3108

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-RRB
38599-0012/LEGAL13072120.1

-2-