Michael E. Kreger
Alaska Bar No. 8311170
MKreger@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:  907.279.8561
Facsimile:  907.276.3108

Attorneys for Defendant Brechan Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>  Defendants. | Case No. 3:03-CV-0199-RRB |

**NOTICE OF PERTINENT SUPPLEMENTAL AUTHORITY**

Pursuant to LR 7.1(h)(1)(B), Brechan gives notice of <u>Gibson v. GEICO General Insurance Company</u>, _____ P.3d _____ (Alaska 2007), Supreme Court Opinion No. 6106, March 2, 2007 (available online at www.state.ak.us/courts/sp.htm). The citation pertains to the argument regarding offset and the treatment of prejudgment interest in Brechan's sealed memorandum at 3-8 (Docket 558).

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-RRB                              -1-
38599-0012/LEGAL13072123.1

DATED at Anchorage, Alaska on March 5, 2007.

By   /s/ Michael E. Kreger
Michael E. Kreger
Alaska Bar No. 8311170
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
Email: mkreger@perkinscoie.com

I hereby certify that on March 5, 2007, the foregoing has been served by electronic mail on William R. Baerg, Terry R. Marston II, Eric J. Brown, and Thomas A. Larkin.

  /s/ Michael E. Kreger
    Michael E. Kreger

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-RRB
38599-0012/LEGAL13072123.1

-2-