IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENT SERVICES, INC., an Alaska Corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>FORREST J. MCKINLEY, <u>et</u> <u>al.</u>,<br><br>      Defendants. | Case No. 3:03-CV-0199-RRB<br><br>**ORDER RE FINAL JUDGMENT** |

      The parties continue to complicate what has already proven to be a very complicated case. The jury, however, has spoken and it is clear, at least to the Court, how this matter should be resolved.

      Imperial lost its claim against Absolute. That matter is over.

      Absolute won its claim against Imperial, Brechan, and Coffman.

      Absolute has settled with Coffman. That matter is over.

The only remaining issue as to Imperial and Brechan is the proper amount of the Judgment.

Absolute also won its claim against Safeco, although further motion practice is required to determine the extent of Safeco's responsibility in this matter and what offset the remaining parties are entitled to.

Other than the Safeco matter, there are no further legitimate issues regarding offset or contribution, for no other culpable parities were identified by the jury and the jury determined the total damages and relative portion of fault among the parties.  One possible exception to this is the issue of attorney fees, for the Plaintiff cannot obviously be compensated twice for the same work.

Absolute's general damages were $1,250,000.

Absolute is entitled to Judgment against Brechan for 47.5% of $1,250,000, or $593,750, plus $10,000 for unpaid contract balance (verdict 35), plus $35,515.50 as the unpaid balance of worked performed by Absolute on Phase 1 (verdict 30), for a total of $639,265.50, plus costs, interest, and attorney fees.

Absolute is entitled to Judgment against Imperial for 12.5% of $1,250,000, or $156,250, plus $48,818.70 for the KTA Quality Control service (verdict 34), for a total of $205,068.70, plus costs, interest, and attorney fees.

With this clarification, the parties should now proceed to complete the motion practice regarding Safeco and with regard to the issue of attorney fees.  Thereafter, a final Judgment can enter and the appeal process can begin.

Absolute's request for sanctions is without merit.

ENTERED this 7th day of March, 2007.

                               S/RALPH R. BEISTLINE
                               UNITED STATES DISTRICT JUDGE