1  Terry R. Marston, *pro hac vice,* terry@marstonelison.com
   Jami K. Elison, *pro hac vice,* jami@marstonelison.com
2  MARSTON ELISON, PLLC
   16880 N.E. 79th Street
3  Redmond, Washington 98052
   (425) 861-5700

4  PAUL J. NANGLE & ASSOCIATES
   Kerry Building
5  101 Christensen Drive
   Anchorage, Alaska 99501
6  Telephone: (907) 274-8866

7

8  Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

9                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF ALASKA

10 ABSOLUTE ENVIRONMENTAL SERVICES)
   INC., an Alaska Corporation,              )    Case No.: A03-0199CV (RRB)
11                                           )
                                             )
       Plaintiff,                            )
12                                           )
           vs.                               )
                                             )    **NOTICE OF TRIAL READINESS**
13 FORREST J. MCKINLEY, an individual,       )
   d/b/a "Imperial Industrial Coatings" and  )
14 EMERCO, INC., a California Corporation,    )
   d/b/a Imperial Industrial Coatings,       )
15                                           )
       Defendant.                            )
16 _____)
   EMERCO, INC., a California corporation d/b/a)
17 Imperial Industrial Coatings, and the States for )
   Use and Benefit of EMERCO, INC.,          )
18                                           )
   Counterclaimant/Third-party Claimant,     )
19                                           )
   v.                                        )
20                                           )
   ABSOLUTE ENVIRONMENTAL SERVICES)
21 INC., an Alaska corporation, et al.,      )
                                             )
22 Cross-defendants/Third-party Defendants.  )
                                             )
23 _____)

24

25

26

1  THE UNITED STATES OF AMERICA for the)
   and benefit of ABSOLUTE ENVIRONMENTAL)
2  SERVICES, INC., an Alaska Corporation,      )
                                               )
3                      Plaintiff,              )
                                               )
4          vs.                                 )
                                               )
5  SAFECO INSURANCE COMPANY OF                 )
   AMERICA, a Washington Corporation.          )
6                                              )
                                Defendants.    )
7  _____
   BRECHAN ENTERPRISES, INC., an Alaska )
8  corporation,                                )
                                               )
9                         Counterclaim Plaintiff,  )
           vs.                                 )
10                                             )
   ABSOLUTE ENVIRONMENTAL SERVICES)
11 INC., an Alaska Corporation,                )
                                               )
12                     Counterclaim Defendant)
   _____
13 BRECHAN ENTERPRISES, INC., an Alaska )
   corporation,                                )
14                                             )
                         Third-Party Plaintiff,  )
15         vs.                                 )
                                               )
16 COFFMAN ENGINEERS, INC, a Washington)
   Corporation.                                )
17                                             )
                         Third-Party Defendant.  )
18 _____
   ABSOLUTE ENVIRONMENTAL               )
19 SERVICES, INC., an Alaska Corporation,    )
                                               )
20                     Plaintiff/Cross-claimant,)
21         vs.                                 )
                                               )
22 COFFMAN ENGINEERS, INC, a Washington)
   Corporation.                                )
23                                             )
                         Third-Party Defendant.  )
24 _____

25

26

1    PLEASE TAKE NOTICE that Plaintiff Absolute Environmental Services, Inc., with the

2    approval of counsel for Defendant Forrest J. McKinley, would like a 5-day trial to be scheduled for

3    September, 2007 to resolve the remaining issues between Absolute Environmental Services, Inc. and

4    Forrest J. McKinley.

5    DATED this 16th day of March, 2007.

6

7                                    **MARSTON ELISON, PLLC**

8

9    By s/Terry R. Marston II_____
                Terry R. Marston II, WSBA No. 14440
10               Jami K. Elison, WSBA No. 31007
         Attorneys for Plaintiff Absolute Environmental
11       Service, Inc.

12

13

I hereby certify that on the date given a copy of the
14   forgoing was electronically filed with the Clerk of
     Court using the CM/ECF system and was served
15   electronically on the following:

16   William R. Baerg, Patrick J. Duffy
     Eric J. Brown
     Robert J. Dickson
17   Michael E Kreger, Jacob Nist
     James B. Stoetzer, Peter C. Partnow
18   Thomas A. Larkin

19   s/Terry R. Marston II_____:

20

21

22

23

24

25

26