| | Value of Work Performed by Absolute Environmental Services | | | | | | | | Brechan Enterprises | | | Brechan & Safeco Interest Liability | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ABSOLUTE'S DIRECT COST | | | ABSOLUTE'S MARKUP | | | | | Brechan Payment | | | | |
| Date | Labor Costs | Vendor Costs | Monthly Cost Subtotal | 10% Overhead on Direct Cost | Subtotal of Direct Cost + Overhead | 5% Profit on Direct Cost + Overhead | Total Value of Work at Cost Plus* | Cumulative Total Value of Work | Monthly Payments | Cumulative Payments | Cumulative Over/Under-Payments | Monthly Interest @ 9.25% | Cumulative Interest Liability To Date |
| Jan-03 | $0.00 | $571.95 | $571.95 | $57.20 | $629.15 | $31.46 | $660.60 | $660.60 | $0.00 | $0.00 | $660.60 | $5.09 | $5.09 |
| Feb-03 | $0.00 | $9,527.60 | $9,527.60 | $952.76 | $10,480.36 | $524.02 | $11,004.38 | $11,664.98 | $0.00 | $0.00 | $11,664.98 | $89.92 | $95.01 |
| Mar-03 | $491.38 | $42.75 | $534.13 | $53.41 | $587.54 | $29.38 | $616.92 | $12,281.90 | $0.00 | $0.00 | $12,281.90 | $94.67 | $189.68 |
| Apr-03 | $21,661.03 | $97,412.64 | $119,073.67 | $11,907.37 | $130,981.04 | $6,549.05 | $137,530.09 | $149,811.99 | -$130,932.00 | -$130,932.00 | $18,879.99 | $145.53 | $335.22 |
| May-03 | $0.00 | $127,858.45 | $127,858.45 | $12,785.85 | $140,644.30 | $7,032.21 | $147,676.51 | $297,488.50 | -$143,454.92 | -$274,386.92 | $23,101.58 | $178.07 | $513.29 |
| Jun-03 | $11,132.56 | $104,120.73 | $115,253.29 | $11,525.33 | $126,778.62 | $6,338.93 | $133,117.55 | $430,606.05 | -$141,677.21 | -$416,064.13 | $14,541.92 | $112.09 | $625.38 |
| Jul-03 | $27,545.99 | $73,548.28 | $101,094.27 | $10,109.43 | $111,203.70 | $5,560.18 | $116,763.88 | $547,369.93 | -$64,423.17 | -$480,487.30 | $66,882.63 | $515.55 | $1,140.94 |
| Aug-03 | $228,517.69 | $89,916.98 | $318,434.67 | $31,843.47 | $350,278.14 | $17,513.91 | $367,792.04 | $915,161.97 | -$201,685.04 | -$682,172.34 | $232,989.63 | $1,795.96 | $2,936.90 |
| Sep-03 | $172,002.64 | $160,260.13 | $332,262.77 | $33,226.28 | $365,489.05 | $18,274.45 | $383,763.50 | $1,298,925.47 | -$118,382.05 | -$800,554.39 | $498,371.08 | $3,841.61 | $6,778.51 |
| Oct-03 | $148,041.80 | $101,083.55 | $249,125.35 | $24,912.54 | $274,037.89 | $13,701.89 | $287,739.78 | $1,586,665.25 | -$42,607.42 | -$843,161.81 | $639,268.50 | $4,927.69 | $11,706.21 |
| Nov-03 | $84,770.52 | $140,841.51 | $225,612.03 | $22,561.20 | $248,173.23 | $12,408.66 | $260,581.89 | $1,847,247.15 | $0.00 | -$843,161.81 | $639,268.50 | $4,927.69 | $16,633.90 |
| Dec-03 | $813.63 | $119,277.19 | $120,090.82 | $12,009.08 | $132,099.90 | $6,605.00 | $138,704.90 | $1,985,952.05 | $0.00 | -$843,161.81 | $639,268.50 | $4,927.69 | $21,561.59 |
| Jan-04 | $0.00 | $29,225.52 | $29,225.52 | $2,922.55 | $32,148.07 | $1,607.40 | $33,755.48 | $2,019,707.52 | $0.00 | -$843,161.81 | $639,268.50 | $4,927.69 | $26,489.29 |
| Feb-04 | $0.00 | $15,695.53 | $15,695.53 | $1,569.55 | $17,265.08 | $863.25 | $18,128.34 | $2,037,835.86 | $0.00 | -$843,161.81 | $639,268.50 | $4,927.69 | $31,416.98 |
| Mar-04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,037,835.86 | $0.00 | -$843,161.81 | $639,268.50 | $4,927.69 | $36,344.68 |
| Apr-04 | $0.00 | $13,178.11 | $13,178.11 | $1,317.81 | $14,495.92 | $724.80 | $15,220.72 | $2,053,056.57 | $0.00 | -$843,161.81 | $639,268.50 | $4,927.69 | $41,272.37 |
| May-04 | $0.00 | $42,233.42 | $42,233.42 | $4,223.34 | $46,456.76 | $2,322.84 | $48,779.60 | $2,101,836.17 | $0.00 | -$843,161.81 | $639,268.50 | $4,927.69 | $46,200.07 |
| Jun-04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,101,836.17 | -$18,900.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $51,127.76 |
| Jul-04 | $0.00 | $14,823.19 | $14,823.19 | $1,482.32 | $16,305.51 | $815.28 | $17,120.78 | $2,118,956.96 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $56,055.46 |
| Aug-04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,118,956.96 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $60,983.15 |
| Sep-04 | $24,089.98 | $1,215.81 | $25,305.79 | $2,530.58 | $27,836.37 | $1,391.82 | $29,228.19 | $2,148,185.15 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $65,910.85 |
| Oct-04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,148,185.15 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $70,838.54 |
| Nov-04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,148,185.15 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $75,766.24 |
| Dec-04 | $0.00 | $19,019.34 | $19,019.34 | $1,901.93 | $20,921.27 | $1,046.06 | $21,967.34 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $80,693.93 |
| Jan-05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $85,621.63 |
| Feb-05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $90,549.32 |
| Mar-05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $95,477.01 |
| Apr-05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $100,404.71 |
| May-05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $105,332.40 |
| Jun-05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $110,260.10 |
| Jul-05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $115,187.79 |
| Aug-05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $120,115.49 |
| Sep-05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $125,043.18 |
| Oct-05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $129,970.88 |
| Nov-05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $134,898.57 |
| Dec-05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $139,826.27 |
| Jan-06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $144,753.96 |
| Feb-06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $149,681.66 |
| Mar-06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $154,609.35 |
| Apr-06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $159,537.05 |
| May-06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $164,464.74 |
| Jun-06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $169,392.44 |
| Jul-06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $174,320.13 |
| Aug-06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $179,247.82 |
| Sep-06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $184,175.52 |
| Oct-06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $189,103.21 |
| Nov-06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $194,030.91 |
| Dec-06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $0.00 | -$862,061.81 | $639,268.50 | $4,927.69 | $198,958.60 |
| Jan-07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $1.00 | -$862,060.81 | $639,268.50 | $4,927.69 | $203,886.30 |
| Feb-07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $2.00 | -$862,058.81 | $639,268.50 | $4,927.69 | $208,813.99 |
| Mar-07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $3.00 | -$862,055.81 | $639,268.50 | $4,927.69 | $213,741.69 |
| Apr-07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,170,152.48 | $4.00 | -$862,051.81 | $639,268.50 | $4,927.69 | $218,669.38 |