| Safeco Insurance Company, Inc. - Accrued Interest | | | |
|---|---|---|---|
| | | $ 639,268.50 | **Judgment Amount** |
| Annual Interest Rate | 9.25% | 0.02534% | **Daily Interest Rate** |
| Starting Date 6/23/2005 | Through Date  3/19/2007 | 634 | **Total Days** |
| | | **$ 102,712.06** | **Accrued Interest to Date** |

Continuing daily interest accrual:  $ 162.01