**Emerco, Inc. Accrued Interest**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | $ 205,068.70 | **Judgment Amount** |
|  | Annual Interest Rate | 9.25% | 0.02534% | **Daily Interest Rate** |
| Starting Date | 8/3/2003 | Through Date    3/19/2007 | 1,324 | **Total Days** |
|  | *3 years, 7 months, 16 days* |  | **$ 68,807.57** | **Accrued Interest to Date** |

Continuing daily interest accrual:  $ 51.97