## Principal Judgment Award Spreadsheet

|  | Jury's Award from Pooled Damages ||| Jury's Other Damage Awards ||| Judgments |
|---|---|---|---|---|---|---|---|
|  | Total Pooled Damages (Interrog. 21) | Portion Caused by Party (Interrog. Nos. 22-24) | Damages Identfied by Party | Repair of Swalling's Work (Interrog. 30) | Unpaid Contract Price (Interrog. 32) | QC Expense - KTA-Tator (Interrog. 34) | Before interest, fees & costs |
| **Emerco** | $ 1,250,000.00 | 12.5% | $ 156,250.00 |  |  | $ 48,818.70 | $ 205,068.70 |
| **Brechan** | $ 1,250,000.00 | 47.5% | $ 593,750.00 | $ 35,518.50 | $ 10,000.00 |  | $ 639,268.50 |
| **Safeco** |  |  |  |  |  |  | $ 639,268.50 |