Terry R. Marston, *pro hac vice,* terry@marstonelison.com
Jami K. Elison, *pro hac vice,* jami@marstonelison.com
Jesse P. Elison, *pro hac vice,* jesse@marstonelison.com
MARSTON ELISON, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | )<br>)<br>) Case No.: A03-0199CV (RRB) |
| Plaintiff, | ) |
| vs. | ) |
| FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, | )<br>) **DECLARATION OF TERRY R.**<br>) **MARSTON REGARDING MOTION**<br>) **FOR FEES**<br>) |
| Defendant. | ) |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for the Use and Benefit of EMERCO, INC., | )<br>)<br>)<br>) |
| Counterclaimant/Third-party Claimant, | ) |
| v. | ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al., | )<br>)<br>) |
| Cross-defendants/Third-party Defendants. | |

DECLARATION OF TERRY R. MARSTON REGARDING MOTION FOR FEES
Case No. A03-0199CV (RRB)-- 1

|   |   |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) ) ) |
| Plaintiff, vs. | ) ) ) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | ) ) ) |
| Defendants. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) |
| Counterclaim Plaintiff, vs. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Counterclaim Defendant. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) |
| Third-Party Plaintiff, vs. | ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Plaintiff/Cross-claimant, vs. | ) ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) |

DECLARATION OF TERRY R. MARSTON REGARDING MOTION FOR FEES
Case No. A03-0199CV (RRB)-- 2

I, Terry R. Marston II declare as follows:

1. I am an attorney for Absolute Environmental Services, Inc. ("Absolute"), plaintiff in the above captioned action. I am competent to testify and base these declarations on personal knowledge.

2. Attached hereto are true and correct copies of Absolute's attorney fee records for this matter.

3. Billings from Marston, Heffernan, Foreman, PLLC are attached hereto as **Exhibit 1**.

4. On the date of the commencement of trial the Marston, Heffernan, Foreman PLLC firm dissolved. The representation of Absolute was taken over by the new firm of Marston Elison, PLLC. The billings from Marston Elison are attached hereto as **Exhibit 2**.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a page from the Absolute/Emerco Subcontract Agreement showing the right to attorney fees under contract.

6. At all times during the pendency of the litigation in Federal District Court in Alaska, Absolute was represented by local counsel in the person of Paul Nangle, Esq. Mr. Nangle's separate affidavit and billings are attached as **Exhibit 4** and **Exhibit 5**.

7. Both Marston, Heffernan, Foreman, PLLC and Marston Elison, PLLC are AV rated law firms.

8. Absolute has learned that its total fees are far less than Brechan's in this matter, despite the fact that Absolute litigated this matter twice as long and carried the burdens of being plaintiff. The hours incurred were reasonably necessary for the successful prosecution of this case.

9.  The staffing of this litigation was reasonable and the rates charged by attorneys and paralegals are fair and reasonable in the market. The attorneys who contributed significant time on this matter, in addition to Mr. Nangle, included Terry R. Marston II, Jami Elison, Jesse Elison, and Richard Roland. The hourly rates of these attorneys spanned from Mr. Marston at $300 per hour to Jesse Elison at $150 per hour. The paralegal assigned to this matter, Kristy Martyn, billed at the rate of $100 per hour. These rates are all fair and reasonable given the experience, knowledge, and expertise of the individuals involved. Mr. Marston, in particular, has over 20 years concentrated experience in complex construction litigation.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 19th day of March, 2007, at Redmond, Washington.

_____
Terry R. Marston II