**Detail Fee Transaction File List**
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount |
|---|---|---|---|---|---|---|---|
| Client ID 1012.011 Absolute Environmental Services, Inc. | | | | | | | |
| 1012.011 | 12/17/2004 | KLM | A | 16 | 95.00 | 0.40 | 38.00 |
| 1012.011 | 12/20/2004 | KLM | A | 16 | 95.00 | 4.20 | 399.00 |
| 1012.011 | 12/21/2004 | KLM | A | 16 | 95.00 | 2.60 | 247.00 |
| 1012.011 | 12/22/2004 | KLM | A | 16 | 95.00 | 4.20 | 399.00 |
| 1012.011 | 01/03/2005 | KLM | A | 16 | 100.00 | 1.80 | 180.00 |
| 1012.011 | 01/04/2005 | KLM | A | 16 | 100.00 | 1.80 | 180.00 |
| 1012.011 | 01/05/2005 | KLM | A | 16 | 100.00 | 2.70 | 270.00 |
| 1012.011 | 01/06/2005 | KLM | A | 16 | 100.00 | 3.10 | 310.00 |
| 1012.011 | 01/07/2005 | KLM | A | 16 | 100.00 | 4.00 | 400.00 |
| 1012.011 | 01/09/2005 | KLM | A | 16 | 100.00 | 2.40 | 240.00 |
| 1012.011 | 01/10/2005 | KLM | A | 16 | 100.00 | 7.60 | 760.00 |
| 1012.011 | 01/11/2005 | KLM | A | 16 | 100.00 | 5.20 | 520.00 |
| 1012.011 | 01/12/2005 | KLM | A | 16 | 100.00 | 4.80 | 480.00 |
| 1012.011 | 01/13/2005 | KLM | A | 16 | 100.00 | 5.80 | 580.00 |
| 1012.011 | 01/14/2005 | KLM | A | 16 | 100.00 | 1.00 | 100.00 |
| 1012.011 | 01/17/2005 | KLM | A | 16 | 100.00 | 6.50 | 650.00 |
| 1012.011 | 01/18/2005 | KLM | A | 18 | 100.00 | 3.90 | 390.00 |
| 1012.011 | 01/19/2005 | KLM | A | 16 | 100.00 | 5.10 | 510.00 |
| 1012.011 | 01/20/2005 | KLM | A | 16 | 100.00 | 2.80 | 280.00 |
| 1012.011 | 01/21/2005 | KLM | A | 16 | 100.00 | 2.20 | 220.00 |
| 1012.011 | 01/24/2005 | KLM | A | 16 | 100.00 | 3.90 | 390.00 |
| 1012.011 | 01/25/2005 | KLM | A | 16 | 100.00 | 1.70 | 170.00 |
| 1012.011 | 01/26/2005 | KLM | A | 18 | 100.00 | 0.60 | 60.00 |
| 1012.011 | 01/27/2005 | KLM | A | 16 | 100.00 | 1.80 | 180.00 |
| 1012.011 | 01/28/2005 | KLM | A | 18 | 100.00 | 3.00 | 300.00 |
| 1012.011 | 01/29/2005 | KLM | A | 18 | 100.00 | 2.00 | 200.00 |
| 1012.011 | 01/31/2005 | KLM | A | 16 | 100.00 | 2.40 | 240.00 |
| 1012.011 | 02/01/2005 | KLM | A | 16 | 100.00 | 1.50 | 150.00 |
| 1012.011 | 02/02/2005 | KLM | A | 16 | 100.00 | 1.10 | 110.00 |
| 1012.011 | 02/03/2005 | KLM | A | 16 | 100.00 | 4.80 | 480.00 |
| 1012.011 | 02/04/2005 | KLM | A | 16 | 100.00 | 4.50 | 450.00 |
| 1012.011 | 02/07/2005 | KLM | A | 16 | 100.00 | 3.50 | 350.00 |
| 1012.011 | 02/08/2005 | KLM | A | 16 | 100.00 | 3.50 | 350.00 |
| 1012.011 | 02/09/2005 | KLM | A | 16 | 100.00 | 9.50 | 950.00 |
| 1012.011 | 02/10/2005 | KLM | A | 16 | 100.00 | 8.70 | 870.00 |
| 1012.011 | 02/11/2005 | KLM | A | 16 | 100.00 | 0.10 | 10.00 |
| 1012.011 | 02/12/2005 | KLM | A | 16 | 100.00 | 3.10 | 310.00 |
| 1012.011 | 02/16/2005 | KLM | A | 16 | 100.00 | 1.60 | 160.00 |
| 1012.011 | 02/17/2005 | KLM | A | 16 | 100.00 | 3.40 | 340.00 |
| 1012.011 | 02/18/2005 | KLM | A | 16 | 100.00 | 0.40 | 40.00 |
| 1012.011 | 02/22/2005 | KLM | A | 16 | 100.00 | 2.50 | 250.00 |
| 1012.011 | 02/23/2005 | KLM | A | 16 | 100.00 | 0.50 | 50.00 |
| 1012.011 | 02/25/2005 | KLM | A | 16 | 100.00 | 3.30 | 330.00 |
| 1012.011 | 02/28/2005 | KLM | A | 16 | 100.00 | 1.10 | 110.00 |
| 1012.011 | 03/01/2005 | KLM | A | 16 | 100.00 | 2.90 | 290.00 |
| 1012.011 | 03/02/2005 | KLM | A | 16 | 100.00 | 6.20 | 620.00 |
| 1012.011 | 03/03/2005 | KLM | A | 18 | 100.00 | 5.80 | 580.00 |
| 1012.011 | 03/04/2005 | KLM | A | 18 | 100.00 | 3.10 | 310.00 |
| 1012.011 | 03/07/2005 | KLM | A | 18 | 100.00 | 4.10 | 410.00 |

# Detail Fee Transaction File List

Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount |
|---|---|---|---|---|---|---|---|
| **Client ID 1012.011 Absolute Environmental Services, Inc.** | | | | | | | |
| 1012.011 | 03/08/2005 | KLM | A | 18 | 100.00 | 3.10 | 310.00 |
| 1012.011 | 03/09/2005 | KLM | A | 18 | 100.00 | 4.30 | 430.00 |
| 1012.011 | 03/10/2005 | KLM | A | 18 | 100.00 | 1.40 | 140.00 |
| 1012.011 | 03/15/2005 | KLM | A | 16 | 100.00 | 2.90 | 290.00 |
| 1012.011 | 03/16/2005 | KLM | A | 16 | 100.00 | 3.60 | 360.00 |
| 1012.011 | 03/17/2005 | KLM | A | 16 | 100.00 | 1.20 | 120.00 |
| 1012.011 | 03/22/2005 | KLM | A | 16 | 100.00 | 1.30 | 130.00 |
| 1012.011 | 03/23/2005 | KLM | A | 16 | 100.00 | 0.60 | 60.00 |
| 1012.011 | 03/24/2005 | KLM | A | 16 | 100.00 | 2.80 | 280.00 |
| 1012.011 | 03/25/2005 | KLM | A | 16 | 100.00 | 3.60 | 360.00 |
| 1012.011 | 03/28/2005 | KLM | A | 16 | 100.00 | 0.30 | 30.00 |
| 1012.011 | 03/29/2005 | KLM | A | 16 | 100.00 | 0.10 | 10.00 |
| 1012.011 | 03/30/2005 | KLM | A | 16 | 100.00 | 0.40 | 40.00 |
| 1012.011 | 04/01/2005 | KLM | A | 16 | 100.00 | 0.60 | 60.00 |
| 1012.011 | 04/04/2005 | KLM | A | 16 | 100.00 | 0.90 | 90.00 |
| 1012.011 | 04/05/2005 | KLM | A | 16 | 100.00 | 1.80 | 180.00 |
| 1012.011 | 04/06/2005 | KLM | A | 16 | 100.00 | 5.20 | 520.00 |
| 1012.011 | 04/07/2005 | KLM | A | 16 | 100.00 | 2.20 | 220.00 |
| 1012.011 | 04/11/2005 | KLM | A | 16 | 100.00 | 2.00 | 200.00 |
| 1012.011 | 04/12/2005 | KLM | A | 16 | 100.00 | 3.60 | 360.00 |
| 1012.011 | 04/13/2005 | KLM | A | 16 | 100.00 | 1.20 | 120.00 |
| 1012.011 | 04/14/2005 | KLM | A | 16 | 100.00 | 2.00 | 200.00 |
| 1012.011 | 04/19/2005 | KLM | A | 16 | 100.00 | 1.00 | 100.00 |
| 1012.011 | 04/21/2005 | KLM | A | 16 | 100.00 | 0.80 | 80.00 |
| 1012.011 | 04/22/2005 | KLM | A | 16 | 100.00 | 0.90 | 90.00 |
| 1012.011 | 04/25/2005 | KLM | A | 16 | 100.00 | 0.50 | 50.00 |
| 1012.011 | 04/26/2005 | KLM | A | 16 | 100.00 | 2.30 | 230.00 |
| 1012.011 | 04/27/2005 | KLM | A | 16 | 100.00 | 1.90 | 190.00 |
| 1012.011 | 04/29/2005 | KLM | A | 16 | 100.00 | 0.50 | 50.00 |
| 1012.011 | 05/02/2005 | KLM | A | 16 | 100.00 | 1.30 | 130.00 |
| 1012.011 | 05/03/2005 | KLM | A | 16 | 100.00 | 0.10 | 10.00 |
| 1012.011 | 05/04/2005 | KLM | A | 16 | 100.00 | 0.90 | 90.00 |
| 1012.011 | 05/05/2005 | KLM | A | 16 | 100.00 | 2.90 | 290.00 |
| 1012.011 | 05/06/2005 | KLM | A | 16 | 100.00 | 1.20 | 120.00 |
| 1012.011 | 05/09/2005 | KLM | A | 16 | 100.00 | 0.10 | 10.00 |
| 1012.011 | 05/10/2005 | KLM | A | 16 | 100.00 | 1.20 | 120.00 |
| 1012.011 | 05/11/2005 | KLM | A | 16 | 100.00 | 1.90 | 190.00 |
| 1012.011 | 05/12/2005 | KLM | A | 16 | 100.00 | 1.20 | 120.00 |
| 1012.011 | 05/16/2005 | KLM | A | 16 | 100.00 | 2.10 | 210.00 |
| 1012.011 | 05/17/2005 | KLM | A | 16 | 100.00 | 5.40 | 540.00 |
| 1012.011 | 05/18/2005 | KLM | A | 16 | 100.00 | 1.80 | 180.00 |
| 1012.011 | 05/20/2005 | KLM | A | 16 | 100.00 | 1.70 | 170.00 |
| 1012.011 | 05/21/2005 | KLM | A | 16 | 100.00 | 1.90 | 190.00 |
| 1012.011 | 05/22/2005 | KLM | A | 16 | 100.00 | 3.50 | 350.00 |
| 1012.011 | 05/25/2005 | KLM | A | 16 | 100.00 | 0.70 | 70.00 |
| 1012.011 | 05/26/2005 | KLM | A | 16 | 100.00 | 1.50 | 150.00 |
| 1012.011 | 05/31/2005 | KLM | A | 16 | 100.00 | 0.40 | 40.00 |
| 1012.011 | 06/01/2005 | KLM | A | 16 | 100.00 | 1.60 | 160.00 |
| 1012.011 | 06/02/2005 | KLM | A | 16 | 100.00 | 0.40 | 40.00 |

# Detail Fee Transaction File List
## Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount |
|---|---|---|---|---|---|---|---|
| **Client ID 1012.011 Absolute Environmental Services, Inc.** | | | | | | | |
| 1012.011 | 06/06/2005 | KLM | A | 16 | 100.00 | 0.70 | 70.00 |
| 1012.011 | 06/07/2005 | KLM | A | 16 | 100.00 | 0.80 | 80.00 |
| 1012.011 | 06/08/2005 | KLM | A | 16 | 100.00 | 0.50 | 50.00 |
| 1012.011 | 06/14/2005 | KLM | A | 16 | 100.00 | 0.30 | 30.00 |
| 1012.011 | 06/21/2005 | KLM | A | 16 | 100.00 | 2.80 | 280.00 |
| 1012.011 | 06/22/2005 | KLM | A | 16 | 100.00 | 4.10 | 410.00 |
| 1012.011 | 06/23/2005 | KLM | A | 16 | 100.00 | 3.60 | 360.00 |
| 1012.011 | 06/24/2005 | KLM | A | 16 | 100.00 | 3.90 | 390.00 |
| 1012.011 | 07/18/2005 | KLM | A | 16 | 100.00 | 0.20 | 20.00 |
| 1012.011 | 07/20/2005 | KLM | A | 16 | 100.00 | 0.50 | 50.00 |
| 1012.011 | 07/27/2005 | KLM | A | 16 | 100.00 | 0.60 | 60.00 |
| 1012.011 | 07/28/2005 | KLM | A | 16 | 100.00 | 0.30 | 30.00 |
| 1012.011 | 07/29/2005 | KLM | A | 18 | 100.00 | 0.60 | 60.00 |
| 1012.011 | 08/01/2005 | KLM | A | 16 | 100.00 | 5.50 | 550.00 |
| 1012.011 | 08/02/2005 | KLM | A | 16 | 100.00 | 0.70 | 70.00 |
| 1012.011 | 08/03/2005 | KLM | A | 16 | 100.00 | 2.20 | 220.00 |
| 1012.011 | 08/05/2005 | KLM | A | 16 | 100.00 | 1.10 | 110.00 |
| 1012.011 | 08/08/2005 | KLM | A | 16 | 100.00 | 0.80 | 80.00 |
| 1012.011 | 08/09/2005 | KLM | A | 16 | 100.00 | 0.70 | 70.00 |
| 1012.011 | 08/11/2005 | KLM | A | 16 | 100.00 | 0.70 | 70.00 |
| 1012.011 | 08/12/2005 | KLM | A | 16 | 100.00 | 1.10 | 110.00 |
| 1012.011 | 08/17/2005 | KLM | A | 16 | 100.00 | 0.30 | 30.00 |
| 1012.011 | 08/18/2005 | KLM | A | 16 | 100.00 | 1.80 | 180.00 |
| 1012.011 | 08/19/2005 | KLM | A | 16 | 100.00 | 0.10 | 10.00 |
| 1012.011 | 08/22/2005 | KLM | A | 16 | 100.00 | 0.30 | 30.00 |
| 1012.011 | 08/23/2005 | KLM | A | 16 | 100.00 | 2.50 | 250.00 |
| 1012.011 | 08/24/2005 | KLM | A | 16 | 100.00 | 3.40 | 340.00 |
| 1012.011 | 08/25/2005 | KLM | A | 16 | 100.00 | 3.20 | 320.00 |
| 1012.011 | 08/26/2005 | KLM | A | 16 | 100.00 | 1.50 | 150.00 |
| 1012.011 | 08/29/2005 | KLM | A | 16 | 100.00 | 0.90 | 90.00 |
| 1012.011 | 08/30/2005 | KLM | A | 16 | 100.00 | 2.60 | 260.00 |
| 1012.011 | 08/31/2005 | KLM | A | 16 | 100.00 | 2.20 | 220.00 |
| 1012.011 | 09/02/2005 | KLM | A | 16 | 100.00 | 3.60 | 360.00 |
| 1012.011 | 09/09/2005 | KLM | A | 16 | 100.00 | 2.00 | 200.00 |
| 1012.011 | 09/14/2005 | KLM | A | 16 | 100.00 | 1.00 | 100.00 |
| 1012.011 | 09/23/2005 | KLM | A | 16 | 100.00 | 0.50 | 50.00 |
| 1012.011 | 09/27/2005 | KLM | A | 16 | 100.00 | 1.00 | 100.00 |
| 1012.011 | 09/28/2005 | KLM | A | 16 | 100.00 | 0.70 | 70.00 |
| 1012.011 | 09/29/2005 | KLM | A | 16 | 100.00 | 0.50 | 50.00 |
| 1012.011 | 10/04/2005 | KLM | A | 16 | 100.00 | 0.70 | 70.00 |
| 1012.011 | 10/05/2005 | KLM | A | 16 | 100.00 | 4.90 | 490.00 |
| 1012.011 | 10/27/2005 | KLM | A | 16 | 100.00 | 0.20 | 20.00 |
| 1012.011 | 11/07/2005 | KLM | A | 16 | 100.00 | 0.90 | 90.00 |
| 1012.011 | 11/09/2005 | KLM | A | 16 | 100.00 | 0.90 | 90.00 |
| 1012.011 | 11/10/2005 | KLM | A | 16 | 100.00 | 1.30 | 130.00 |
| 1012.011 | 11/14/2005 | KLM | A | 16 | 100.00 | 3.70 | 370.00 |
| 1012.011 | 11/15/2005 | KLM | A | 16 | 100.00 | 1.10 | 110.00 |
| 1012.011 | 11/16/2005 | KLM | A | 16 | 100.00 | 3.30 | 330.00 |
| 1012.011 | 11/22/2005 | KLM | A | 16 | 100.00 | 1.30 | 130.00 |

**Detail Fee Transaction File List**
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount |
|---|---|---|---|---|---|---|---|
| **Client ID 1012.011 Absolute Environmental Services, Inc.** | | | | | | | |
| 1012.011 | 11/28/2005 | KLM | A | 16 | 100.00 | 0.30 | 30.00 |
| 1012.011 | 11/29/2005 | KLM | A | 16 | 100.00 | 4.20 | 420.00 |
| 1012.011 | 12/01/2005 | KLM | A | 16 | 100.00 | 0.40 | 40.00 |
| 1012.011 | 12/02/2005 | KLM | A | 16 | 100.00 | 0.40 | 40.00 |
| 1012.011 | 12/05/2005 | KLM | A | 16 | 100.00 | 0.20 | 20.00 |
| 1012.011 | 12/06/2005 | KLM | A | 16 | 100.00 | 0.90 | 90.00 |
| 1012.011 | 12/07/2005 | KLM | A | 16 | 100.00 | 1.10 | 110.00 |
| 1012.011 | 12/09/2005 | KLM | A | 16 | 100.00 | 2.30 | 230.00 |
| 1012.011 | 12/13/2005 | KLM | A | 16 | 100.00 | 1.60 | 160.00 |
| 1012.011 | 12/15/2005 | KLM | A | 16 | 100.00 | 1.90 | 190.00 |
| 1012.011 | 12/16/2005 | KLM | A | 16 | 100.00 | 2.00 | 200.00 |
| 1012.011 | 12/22/2005 | KLM | A | 16 | 100.00 | 0.40 | 40.00 |
| 1012.011 | 12/28/2005 | KLM | A | 16 | 100.00 | 1.00 | 100.00 |
| 1012.011 | 12/29/2005 | KLM | A | 16 | 100.00 | 0.40 | 40.00 |
| 1012.011 | 01/03/2006 | KLM | A | 16 | 100.00 | 0.70 | 70.00 |
| 1012.011 | 01/05/2006 | KLM | A | 16 | 100.00 | 0.60 | 60.00 |
| 1012.011 | 01/10/2006 | KLM | A | 16 | 100.00 | 0.60 | 60.00 |
| 1012.011 | 01/11/2006 | KLM | A | 16 | 100.00 | 3.00 | 300.00 |
| 1012.011 | 01/12/2006 | KLM | A | 16 | 100.00 | 1.40 | 140.00 |
| 1012.011 | 01/13/2006 | KLM | A | 16 | 100.00 | 0.30 | 30.00 |
| 1012.011 | 01/16/2006 | KLM | A | 16 | 100.00 | 0.70 | 70.00 |
| 1012.011 | 01/17/2006 | KLM | A | 16 | 100.00 | 0.90 | 90.00 |
| 1012.011 | 01/19/2006 | KLM | A | 16 | 100.00 | 1.80 | 180.00 |
| 1012.011 | 01/20/2006 | KLM | A | 16 | 100.00 | 2.00 | 200.00 |
| 1012.011 | 01/25/2006 | KLM | A | 16 | 100.00 | 1.50 | 150.00 |
| 1012.011 | 01/26/2006 | KLM | A | 16 | 100.00 | 0.50 | 50.00 |
| 1012.011 | 01/31/2006 | KLM | A | 16 | 100.00 | 0.60 | 60.00 |
| 1012.011 | 02/01/2006 | KLM | A | 16 | 100.00 | 1.50 | 150.00 |
| 1012.011 | 02/02/2006 | KLM | A | 16 | 100.00 | 0.30 | 30.00 |
| 1012.011 | 02/03/2006 | KLM | A | 16 | 100.00 | 0.70 | 70.00 |
| 1012.011 | 02/06/2006 | KLM | A | 16 | 100.00 | 7.60 | 760.00 |
| 1012.011 | 02/07/2006 | KLM | A | 16 | 100.00 | 2.50 | 250.00 |
| 1012.011 | 02/08/2006 | KLM | A | 16 | 100.00 | 1.30 | 130.00 |
| 1012.011 | 02/09/2006 | KLM | A | 16 | 100.00 | 1.50 | 150.00 |
| 1012.011 | 02/10/2006 | KLM | A | 16 | 100.00 | 1.20 | 120.00 |
| 1012.011 | 02/13/2006 | KLM | A | 16 | 100.00 | 1.40 | 140.00 |
| 1012.011 | 02/14/2006 | KLM | A | 16 | 100.00 | 1.20 | 120.00 |
| 1012.011 | 02/15/2006 | KLM | A | 16 | 100.00 | 0.50 | 50.00 |
| 1012.011 | 02/16/2006 | KLM | A | 16 | 100.00 | 1.10 | 110.00 |
| 1012.011 | 02/21/2006 | KLM | A | 16 | 100.00 | 0.30 | 30.00 |
| 1012.011 | 02/22/2006 | KLM | A | 16 | 100.00 | 4.20 | 420.00 |
| 1012.011 | 02/23/2006 | KLM | A | 16 | 100.00 | 0.70 | 70.00 |
| 1012.011 | 02/24/2006 | KLM | A | 16 | 100.00 | 0.30 | 30.00 |
| 1012.011 | 02/27/2006 | KLM | A | 16 | 100.00 | 0.20 | 20.00 |
| 1012.011 | 02/28/2006 | KLM | A | 16 | 100.00 | 0.90 | 90.00 |
| 1012.011 | 03/01/2006 | KLM | A | 16 | 100.00 | 2.50 | 250.00 |
| 1012.011 | 03/02/2006 | KLM | A | 16 | 100.00 | 0.20 | 20.00 |
| 1012.011 | 03/06/2006 | KLM | A | 16 | 100.00 | 4.10 | 410.00 |
| 1012.011 | 03/07/2006 | KLM | A | 16 | 100.00 | 3.90 | 390.00 |

Date: 03/19/2007
**Detail Fee Transaction File List**
Marston Heffernan Foreman, P.L.L.C.
Page: 30

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount |
|---|---|---|---|---|---|---|---|
| Client ID 1012.011 Absolute Environmental Services, Inc. | | | | | | | |
| 1012.011 | 03/08/2006 | KLM | A | 16 | 100.00 | 0.40 | 40.00 |
| 1012.011 | 03/09/2006 | KLM | A | 16 | 100.00 | 1.50 | 150.00 |
| 1012.011 | 03/14/2006 | KLM | A | 16 | 100.00 | 2.30 | 230.00 |
| 1012.011 | 03/15/2006 | KLM | A | 16 | 100.00 | 5.90 | 590.00 |
| 1012.011 | 03/16/2006 | KLM | A | 16 | 100.00 | 1.50 | 150.00 |
| 1012.011 | 03/17/2006 | KLM | A | 16 | 100.00 | 1.20 | 120.00 |
| 1012.011 | 03/17/2006 | KLM | A | 16 | 100.00 | 0.60 | 60.00 |
| 1012.011 | 03/20/2006 | KLM | A | 16 | 100.00 | 3.20 | 320.00 |
| 1012.011 | 03/21/2006 | KLM | A | 16 | 100.00 | 6.70 | 670.00 |
| 1012.011 | 03/22/2006 | KLM | A | 16 | 100.00 | 1.00 | 100.00 |
| 1012.011 | 03/27/2006 | KLM | A | 16 | 100.00 | 0.20 | 20.00 |
| 1012.011 | 03/28/2006 | KLM | A | 16 | 100.00 | 1.60 | 160.00 |
| 1012.011 | 03/29/2006 | KLM | A | 16 | 100.00 | 0.80 | 80.00 |
| 1012.011 | 03/30/2006 | KLM | A | 16 | 100.00 | 1.50 | 150.00 |
| 1012.011 | 03/31/2006 | KLM | A | 16 | 100.00 | 3.10 | 310.00 |
| 1012.011 | 04/05/2006 | KLM | A | 16 | 100.00 | 1.60 | 160.00 |
| 1012.011 | 04/06/2006 | KLM | A | 16 | 100.00 | 0.60 | 60.00 |
| 1012.011 | 04/10/2006 | KLM | A | 16 | 100.00 | 2.90 | 290.00 |
| 1012.011 | 04/12/2006 | KLM | A | 16 | 100.00 | 3.60 | 360.00 |
| 1012.011 | 04/14/2006 | KLM | A | 16 | 100.00 | 2.80 | 280.00 |
| 1012.011 | 04/17/2006 | KLM | A | 16 | 100.00 | 1.90 | 190.00 |
| 1012.011 | 04/19/2006 | KLM | A | 16 | 100.00 | 0.80 | 80.00 |
| 1012.011 | 04/20/2006 | KLM | A | 16 | 100.00 | 7.50 | 750.00 |
| 1012.011 | 04/21/2006 | KLM | A | 16 | 100.00 | 3.70 | 370.00 |
| 1012.011 | 04/24/2006 | KLM | A | 16 | 100.00 | 4.00 | 400.00 |
| 1012.011 | 04/25/2006 | KLM | A | 16 | 100.00 | 0.80 | 80.00 |
| 1012.011 | 04/26/2006 | KLM | A | 16 | 100.00 | 5.40 | 540.00 |
| 1012.011 | 04/27/2006 | KLM | A | 16 | 100.00 | 5.40 | 540.00 |
| 1012.011 | 04/28/2006 | KLM | A | 16 | 100.00 | 4.30 | 430.00 |
| 1012.011 | 04/30/2006 | KLM | A | 16 | 100.00 | 0.10 | 10.00 |
| 1012.011 | 05/01/2006 | KLM | A | 16 | 100.00 | 0.60 | 60.00 |
| 1012.011 | 05/02/2006 | KLM | A | 16 | 100.00 | 1.30 | 130.00 |
| 1012.011 | 05/03/2006 | KLM | A | 16 | 100.00 | 0.40 | 40.00 |
| 1012.011 | 05/04/2006 | KLM | A | 16 | 100.00 | 0.30 | 30.00 |
| 1012.011 | 05/05/2006 | KLM | A | 16 | 100.00 | 1.10 | 110.00 |
| 1012.011 | 05/09/2006 | KLM | A | 16 | 100.00 | 3.10 | 310.00 |
| 1012.011 | 05/10/2006 | KLM | A | 16 | 100.00 | 2.60 | 260.00 |
| 1012.011 | 05/11/2006 | KLM | A | 16 | 100.00 | 6.50 | 650.00 |
| 1012.011 | 05/15/2006 | KLM | A | 16 | 100.00 | 6.20 | 620.00 |
| 1012.011 | 05/16/2006 | KLM | A | 16 | 100.00 | 3.70 | 370.00 |
| 1012.011 | 05/17/2006 | KLM | A | 16 | 100.00 | 1.20 | 120.00 |
| 1012.011 | 05/18/2006 | KLM | A | 16 | 100.00 | 0.10 | 10.00 |
| 1012.011 | 05/19/2006 | KLM | A | 16 | 100.00 | 0.30 | 30.00 |
| 1012.011 | 05/22/2006 | KLM | A | 16 | 100.00 | 4.30 | 430.00 |
| 1012.011 | 05/24/2006 | KLM | A | 16 | 100.00 | 0.50 | 50.00 |
| 1012.011 | 05/25/2006 | KLM | A | 16 | 100.00 | 0.30 | 30.00 |
| 1012.011 | 05/31/2006 | KLM | A | 16 | 100.00 | 0.20 | 20.00 |
| 1012.011 | 06/01/2006 | KLM | A | 16 | 100.00 | 0.50 | 50.00 |
| 1012.011 | 06/02/2006 | KLM | A | 16 | 100.00 | 1.30 | 130.00 |

Monday 03/19/2007 11:30 pm

# Detail Fee Transaction File List
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount |
|---|---|---|---|---|---|---|---|
| **Client ID 1012.011 Absolute Environmental Services, Inc.** | | | | | | | |
| 1012.011 | 06/05/2006 | KLM | A | 16 | 100.00 | 1.30 | 130.00 |
| 1012.011 | 06/06/2006 | KLM | A | 16 | 100.00 | 1.30 | 130.00 |
| 1012.011 | 06/07/2006 | KLM | A | 16 | 100.00 | 4.80 | 480.00 |
| 1012.011 | 06/08/2006 | KLM | A | 16 | 100.00 | 6.40 | 640.00 |
| 1012.011 | 06/09/2006 | KLM | A | 16 | 100.00 | 0.80 | 80.00 |
| 1012.011 | 06/13/2006 | KLM | A | 16 | 100.00 | 4.00 | 400.00 |
| 1012.011 | 06/14/2006 | KLM | A | 16 | 100.00 | 3.70 | 370.00 |
| 1012.011 | 06/15/2006 | KLM | A | 16 | 100.00 | 3.00 | 300.00 |
| 1012.011 | 06/16/2006 | KLM | A | 16 | 100.00 | 3.30 | 330.00 |
| 1012.011 | 06/19/2006 | KLM | A | 16 | 100.00 | 5.10 | 510.00 |
| 1012.011 | 06/20/2006 | KLM | A | 16 | 100.00 | 4.20 | 420.00 |
| 1012.011 | 06/21/2006 | KLM | A | 16 | 100.00 | 1.60 | 160.00 |
| 1012.011 | 06/22/2006 | KLM | A | 16 | 100.00 | 0.70 | 70.00 |
| 1012.011 | 06/23/2006 | KLM | A | 16 | 100.00 | 1.30 | 130.00 |
| 1012.011 | 06/26/2006 | KLM | A | 16 | 100.00 | 4.80 | 480.00 |
| 1012.011 | 06/27/2006 | KLM | A | 16 | 100.00 | 3.60 | 360.00 |
| 1012.011 | 06/28/2006 | KLM | A | 16 | 100.00 | 1.60 | 160.00 |
| 1012.011 | 06/29/2006 | KLM | A | 16 | 100.00 | 6.30 | 630.00 |
| 1012.011 | 07/05/2006 | KLM | A | 16 | 100.00 | 2.90 | 290.00 |
| 1012.011 | 07/06/2006 | KLM | A | 16 | 100.00 | 0.20 | 20.00 |
| 1012.011 | 07/07/2006 | KLM | A | 16 | 100.00 | 1.80 | 180.00 |
| 1012.011 | 07/10/2006 | KLM | A | 16 | 100.00 | 5.30 | 530.00 |
| 1012.011 | 07/11/2006 | KLM | A | 16 | 100.00 | 1.50 | 150.00 |
| 1012.011 | 07/12/2006 | KLM | A | 16 | 100.00 | 0.20 | 20.00 |
| 1012.011 | 07/13/2006 | KLM | A | 16 | 100.00 | 0.60 | 60.00 |
| 1012.011 | 07/14/2006 | KLM | A | 16 | 100.00 | 1.10 | 110.00 |
| 1012.011 | 07/17/2006 | KLM | A | 16 | 100.00 | 1.00 | 100.00 |
| 1012.011 | 07/18/2006 | KLM | A | 16 | 100.00 | 1.10 | 110.00 |
| 1012.011 | 07/19/2006 | KLM | A | 16 | 100.00 | 0.40 | 40.00 |
| 1012.011 | 07/24/2006 | KLM | A | 16 | 100.00 | 0.10 | 10.00 |
| 1012.011 | 07/25/2006 | KLM | A | 16 | 100.00 | 2.10 | 210.00 |
| 1012.011 | 07/26/2006 | KLM | A | 16 | 100.00 | 2.70 | 270.00 |
| 1012.011 | 07/27/2006 | KLM | A | 16 | 100.00 | 0.80 | 80.00 |
| 1012.011 | 07/28/2006 | KLM | A | 16 | 100.00 | 3.00 | 300.00 |
| 1012.011 | 07/31/2006 | KLM | A | 16 | 100.00 | 0.40 | 40.00 |
| 1012.011 | 08/01/2006 | KLM | A | 16 | 100.00 | 1.00 | 100.00 |
| 1012.011 | 08/02/2006 | KLM | A | 16 | 100.00 | 3.50 | 350.00 |
| 1012.011 | 08/03/2006 | KLM | A | 16 | 100.00 | 4.80 | 480.00 |
| 1012.011 | 08/04/2006 | KLM | A | 16 | 100.00 | 8.80 | 880.00 |
| 1012.011 | 08/07/2006 | KLM | A | 16 | 100.00 | 0.90 | 90.00 |
| 1012.011 | 08/08/2006 | KLM | A | 16 | 100.00 | 4.70 | 470.00 |
| 1012.011 | 08/09/2006 | KLM | A | 16 | 100.00 | 2.50 | 250.00 |
| 1012.011 | 08/10/2006 | KLM | A | 16 | 100.00 | 3.90 | 390.00 |
| 1012.011 | 08/11/2006 | KLM | A | 16 | 100.00 | 3.70 | 370.00 |
| 1012.011 | 08/14/2006 | KLM | A | 16 | 100.00 | 0.50 | 50.00 |
| 1012.011 | 08/15/2006 | KLM | A | 16 | 100.00 | 1.10 | 110.00 |
| 1012.011 | 08/16/2006 | KLM | A | 16 | 100.00 | 8.90 | 890.00 |
| 1012.011 | 08/17/2006 | KLM | A | 16 | 100.00 | 4.50 | 450.00 |
| 1012.011 | 08/18/2006 | KLM | A | 16 | 100.00 | 12.80 | 1280.00 |

Date: 03/19/2007
**Detail Fee Transaction File List**
Marston Heffernan Foreman, P.L.L.C.
Page: 32

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount |
|---|---|---|---|---|---|---|---|
| Client ID 1012.011 Absolute Environmental Services, Inc. | | | | | | | |
| 1012.011 | 08/21/2006 | KLM | A | 16 | 100.00 | 10.80 | 1080.00 |
| 1012.011 | 08/22/2006 | KLM | A | 16 | 100.00 | 7.60 | 760.00 |
| 1012.011 | 08/23/2006 | KLM | A | 16 | 100.00 | 3.20 | 320.00 |
| 1012.011 | 08/24/2006 | KLM | A | 16 | 100.00 | 3.90 | 390.00 |
| 1012.011 | 08/25/2006 | KLM | A | 16 | 100.00 | 12.60 | 1260.00 |
| 1012.011 | 08/27/2006 | KLM | A | 16 | 100.00 | 4.30 | 430.00 |
| 1012.011 | 08/28/2006 | KLM | A | 16 | 100.00 | 13.00 | 1300.00 |
| 1012.011 | 08/29/2006 | KLM | A | 16 | 100.00 | 13.30 | 1330.00 |
| 1012.011 | 08/30/2006 | KLM | A | 16 | 100.00 | 12.50 | 1250.00 |
| 1012.011 | 08/31/2006 | KLM | A | 16 | 100.00 | 1.90 | 190.00 |
| 1012.011 | 09/01/2006 | KLM | A | 16 | 100.00 | 7.50 | 750.00 |
| 1012.011 | 09/05/2006 | KLM | A | 16 | 100.00 | 1.80 | 180.00 |
| 1012.011 | 09/06/2006 | KLM | A | 16 | 100.00 | 2.50 | 250.00 |
| 1012.011 | 09/07/2006 | KLM | A | 16 | 100.00 | 6.70 | 670.00 |
| 1012.011 | 09/08/2006 | KLM | A | 16 | 100.00 | 5.80 | 580.00 |
| 1012.011 | 09/11/2006 | KLM | A | 16 | 100.00 | 7.00 | 700.00 |
| 1012.011 | 09/12/2006 | KLM | A | 16 | 100.00 | 14.00 | 1400.00 |
| 1012.011 | 09/13/2006 | KLM | A | 16 | 100.00 | 8.90 | 890.00 |
| 1012.011 | 09/14/2006 | KLM | A | 16 | 100.00 | 2.00 | 200.00 |
| 1012.011 | 09/15/2006 | KLM | A | 16 | 100.00 | 0.20 | 20.00 |
| 1012.011 | 09/18/2006 | KLM | A | 16 | 100.00 | 5.80 | 580.00 |
| 1012.011 | 09/19/2006 | KLM | A | 16 | 100.00 | 21.40 | 2140.00 |
| 1012.011 | 09/20/2006 | KLM | A | 16 | 100.00 | 3.00 | 300.00 |
| 1012.011 | 09/21/2006 | KLM | A | 16 | 100.00 | 4.80 | 480.00 |
| 1012.011 | 09/22/2006 | KLM | A | 16 | 100.00 | 4.50 | 450.00 |
| 1012.011 | 09/25/2006 | KLM | A | 16 | 100.00 | 14.60 | 1460.00 |
| 1012.011 | 09/26/2006 | KLM | A | 16 | 100.00 | 4.50 | 450.00 |
| 1012.011 | 09/27/2006 | KLM | A | 16 | 100.00 | 3.70 | 370.00 |
| 1012.011 | 09/28/2006 | KLM | A | 16 | 100.00 | 9.10 | 910.00 |
| 1012.011 | 09/29/2006 | KLM | A | 16 | 100.00 | 14.10 | 1410.00 |
| 1012.011 | 09/30/2006 | KLM | A | 16 | 100.00 | 7.30 | 730.00 |
| 1012.011 | 03/30/2004 | DMS | A | 16 | 75.00 | 0.70 | 52.50 |
| 1012.011 | 03/31/2004 | DMS | A | 16 | 75.00 | 2.00 | 150.00 |
| 1012.011 | 04/02/2004 | DMS | A | 16 | 75.00 | 2.50 | 187.50 |
| 1012.011 | 04/06/2004 | DMS | A | 16 | 75.00 | 0.60 | 45.00 |
| 1012.011 | 04/07/2004 | DMS | A | 16 | 75.00 | 3.20 | 240.00 |
| 1012.011 | 04/08/2004 | DMS | A | 16 | 75.00 | 1.90 | 142.50 |
| 1012.011 | 04/09/2004 | DMS | A | 16 | 75.00 | 0.90 | 67.50 |
| 1012.011 | 04/19/2004 | DMS | A | 16 | 75.00 | 1.50 | 112.50 |
| 1012.011 | 04/20/2004 | DMS | A | 16 | 75.00 | 2.50 | 187.50 |
| 1012.011 | 06/28/2004 | DMS | A | 16 | 75.00 | 1.30 | 97.50 |
| 1012.011 | 06/29/2004 | DMS | A | 16 | 75.00 | 1.90 | 142.50 |
| 1012.011 | 06/30/2004 | DMS | A | 16 | 75.00 | 1.50 | 112.50 |
| 1012.011 | 07/12/2004 | DMS | A | 16 | 75.00 | 0.80 | 60.00 |
| 1012.011 | 07/14/2004 | DMS | A | 16 | 75.00 | 1.10 | 82.50 |
| 1012.011 | 08/26/2004 | DMS | A | 16 | 75.00 | 2.90 | 217.50 |
| 1012.011 | 08/30/2004 | DMS | A | 16 | 75.00 | 0.70 | 52.50 |
| 1012.011 | 08/31/2004 | DMS | A | 16 | 75.00 | 2.20 | 165.00 |
| 1012.011 | 09/02/2004 | DMS | A | 16 | 75.00 | 1.00 | 75.00 |

Exhibit 1, Page 32 of 36

Date: 03/19/2007                                                                Page: 33
**Detail Fee Transaction File List**
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount |
|---|---|---|---|---|---|---|---|
| **Client ID 1012.011 Absolute Environmental Services, Inc.** | | | | | | | |
| 1012.011 | 09/03/2004 | DMS | A | 16 | 75.00 | 1.40 | 105.00 |
| 1012.011 | 09/13/2004 | DMS | A | 16 | 75.00 | 0.60 | 45.00 |
| 1012.011 | 09/14/2004 | DMS | A | 16 | 75.00 | 2.20 | 165.00 |
| 1012.011 | 09/16/2004 | DMS | A | 16 | 75.00 | 1.00 | 75.00 |
| 1012.011 | 10/06/2004 | DMS | A | 16 | 75.00 | 1.10 | 82.50 |
| 1012.011 | 10/13/2004 | DMS | A | 16 | 75.00 | 1.20 | 90.00 |
| 1012.011 | 10/14/2004 | DMS | A | 16 | 75.00 | 1.40 | 105.00 |
| 1012.011 | 11/02/2004 | DMS | A | 16 | 75.00 | 1.40 | 105.00 |
| 1012.011 | 11/08/2004 | DMS | A | 16 | 75.00 | 3.20 | 240.00 |
| 1012.011 | 11/09/2004 | DMS | A | 16 | 75.00 | 1.90 | 142.50 |
| 1012.011 | 12/08/2004 | DMS | A | 16 | 75.00 | 0.40 | 30.00 |
| 1012.011 | 12/09/2004 | DMS | A | 16 | 75.00 | 1.50 | 112.50 |
| 1012.011 | 12/10/2004 | DMS | A | 16 | 75.00 | 1.50 | 112.50 |
| 1012.011 | 03/03/2005 | DMS | A | 16 | 75.00 | 2.40 | 180.00 |
| 1012.011 | 07/21/2004 | PAR | A | 16 | 110.00 | 0.10 | 11.00 |
| 1012.011 | 05/08/2006 | PAR | A | 16 | 110.00 | 0.40 | 44.00 |
| 1012.011 | 05/12/2006 | PAR | A | 16 | 110.00 | 0.50 | 55.00 |
| 1012.011 | 05/24/2006 | PAR | A | 16 | 110.00 | 0.50 | 55.00 |
| 1012.011 | 05/25/2006 | PAR | A | 16 | 110.00 | 0.50 | 55.00 |
| 1012.011 | 05/26/2006 | PAR | A | 16 | 110.00 | 0.10 | 11.00 |
| 1012.011 | 06/30/2006 | PAR | A | 16 | 110.00 | 0.40 | 44.00 |
| 1012.011 | 09/20/2006 | PAR | A | 16 | 110.00 | 2.00 | 220.00 |
| 1012.011 | 02/10/2005 | ACC | A | 18 | 165.00 | 1.10 | 181.50 |
| 1012.011 | 06/17/2004 | JMH | A | 18 | 165.00 | 1.10 | 181.50 |
| 1012.011 | 06/21/2004 | JMH | A | 18 | 165.00 | 2.30 | 379.50 |
| 1012.011 | 06/22/2004 | JMH | A | 18 | 165.00 | 7.70 | 1270.50 |
| 1012.011 | 06/30/2004 | JMH | A | 18 | 165.00 | 1.10 | 181.50 |
| 1012.011 | 07/01/2004 | JMH | A | 18 | 165.00 | 3.90 | 643.50 |
| 1012.011 | 07/02/2004 | JMH | A | 18 | 165.00 | 4.50 | 742.50 |
| 1012.011 | 07/06/2004 | JMH | A | 18 | 165.00 | 8.90 | 1468.50 |
| 1012.011 | 07/07/2004 | JMH | A | 18 | 165.00 | 0.30 | 49.50 |
| 1012.011 | 07/13/2004 | JMH | A | 18 | 165.00 | 0.10 | 16.50 |
| 1012.011 | 07/16/2004 | JMH | A | 18 | 165.00 | 4.60 | 759.00 |
| 1012.011 | 07/19/2004 | JMH | A | 18 | 165.00 | 3.20 | 528.00 |
| 1012.011 | 07/20/2004 | JMH | A | 18 | 165.00 | 2.10 | 346.50 |
| 1012.011 | 07/21/2004 | JMH | A | 18 | 165.00 | 2.20 | 363.00 |
| 1012.011 | 07/22/2004 | JMH | A | 18 | 165.00 | 6.30 | 1039.50 |
| 1012.011 | 07/23/2004 | JMH | A | 18 | 165.00 | 5.90 | 973.50 |
| 1012.011 | 07/26/2004 | JMH | A | 18 | 165.00 | 4.60 | 759.00 |
| 1012.011 | 07/28/2004 | JMH | A | 18 | 165.00 | 0.10 | 16.50 |
| 1012.011 | 07/30/2004 | JMH | A | 18 | 165.00 | 4.80 | 792.00 |
| 1012.011 | 08/02/2004 | JMH | A | 18 | 165.00 | 5.50 | 907.50 |
| 1012.011 | 08/03/2004 | JMH | A | 18 | 165.00 | 7.10 | 1171.50 |
| 1012.011 | 08/04/2004 | JMH | A | 18 | 165.00 | 2.40 | 396.00 |
| 1012.011 | 08/05/2004 | JMH | A | 18 | 165.00 | 5.20 | 858.00 |
| 1012.011 | 08/06/2004 | JMH | A | 18 | 165.00 | 2.70 | 445.50 |
| 1012.011 | 08/09/2004 | JMH | A | 18 | 165.00 | 5.50 | 907.50 |
| 1012.011 | 08/13/2004 | JMH | A | 18 | 165.00 | 0.40 | 66.00 |
| 1012.011 | 08/23/2004 | JMH | A | 18 | 165.00 | 2.20 | 363.00 |

Exhibit 01, Page 33 of 36

*Monday 03/19/2007 11:30 pm*

Date: 03/19/2007                                   **Detail Fee Transaction File List**                                   Page: 34
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount |
|---|---|---|---|---|---|---|---|
| **Client ID 1012.011 Absolute Environmental Services, Inc.** | | | | | | | |
| 1012.011 | 08/25/2004 | JMH | A | 18 | 165.00 | 0.80 | 132.00 |
| 1012.011 | 11/16/2004 | JMH | A | 18 | 165.00 | 6.50 | 1072.50 |
| 1012.011 | 11/17/2004 | JMH | A | 18 | 165.00 | 9.00 | 1485.00 |
| 1012.011 | 11/18/2004 | JMH | A | 18 | 165.00 | 4.30 | 709.50 |
| 1012.011 | 11/19/2004 | JMH | A | 18 | 165.00 | 1.50 | 247.50 |
| 1012.011 | 11/23/2004 | JMH | A | 18 | 165.00 | 1.90 | 313.50 |
| 1012.011 | 11/29/2004 | JMH | A | 18 | 165.00 | 2.30 | 379.50 |
| 1012.011 | 12/02/2004 | JMH | A | 18 | 165.00 | 1.10 | 181.50 |
| 1012.011 | 12/03/2004 | JMH | A | 18 | 165.00 | 0.10 | 16.50 |
| 1012.011 | 12/06/2004 | JMH | A | 18 | 165.00 | 4.30 | 709.50 |
| 1012.011 | 12/10/2004 | JMH | A | 18 | 165.00 | 2.20 | 363.00 |
| 1012.011 | 12/13/2004 | JMH | A | 18 | 165.00 | 1.10 | 181.50 |
| 1012.011 | 12/14/2004 | JMH | A | 18 | 165.00 | 1.30 | 214.50 |
| 1012.011 | 12/15/2004 | JMH | A | 18 | 165.00 | 3.20 | 528.00 |
| 1012.011 | 12/22/2004 | JMH | A | 18 | 165.00 | 0.10 | 16.50 |
| 1012.011 | 12/30/2004 | JMH | A | 18 | 165.00 | 0.40 | 66.00 |
| 1012.011 | 01/03/2005 | JMH | A | 18 | 165.00 | 2.20 | 363.00 |
| 1012.011 | 01/04/2005 | JMH | A | 18 | 165.00 | 4.00 | 660.00 |
| 1012.011 | 01/19/2005 | JMH | A | 18 | 165.00 | 2.20 | 363.00 |
| 1012.011 | 01/20/2005 | JMH | A | 18 | 165.00 | 5.30 | 874.50 |
| 1012.011 | 01/21/2005 | JMH | A | 18 | 165.00 | 7.40 | 1221.00 |
| 1012.011 | 01/23/2005 | JMH | A | 18 | 165.00 | 1.50 | 247.50 |
| 1012.011 | 01/24/2005 | JMH | A | 18 | 165.00 | 8.60 | 1419.00 |
| 1012.011 | 01/25/2005 | JMH | A | 18 | 165.00 | 5.50 | 907.50 |
| 1012.011 | 01/26/2005 | JMH | A | 18 | 165.00 | 7.70 | 1270.50 |
| 1012.011 | 01/27/2005 | JMH | A | 18 | 165.00 | 4.90 | 808.50 |
| 1012.011 | 02/01/2005 | JMH | A | 18 | 165.00 | 2.30 | 379.50 |
| 1012.011 | 02/02/2005 | JMH | A | 18 | 165.00 | 3.90 | 643.50 |
| 1012.011 | 02/03/2005 | JMH | A | 18 | 165.00 | 6.90 | 1138.50 |
| 1012.011 | 02/07/2005 | JMH | A | 18 | 165.00 | 5.50 | 907.50 |
| 1012.011 | 02/08/2005 | JMH | A | 18 | 165.00 | 6.60 | 1089.00 |
| 1012.011 | 02/11/2005 | JMH | A | 18 | 165.00 | 0.10 | 16.50 |
| 1012.011 | 02/12/2005 | JMH | A | 18 | 165.00 | 7.10 | 1171.50 |
| 1012.011 | 02/14/2005 | JMH | A | 18 | 165.00 | 5.20 | 858.00 |
| 1012.011 | 02/19/2005 | JMH | A | 18 | 165.00 | 3.60 | 594.00 |
| 1012.011 | 02/20/2005 | JMH | A | 18 | 165.00 | 6.50 | 1072.50 |
| 1012.011 | 02/21/2005 | JMH | A | 18 | 165.00 | 6.80 | 1122.00 |
| 1012.011 | 02/22/2005 | JMH | A | 18 | 165.00 | 6.10 | 1006.50 |
| 1012.011 | 02/23/2005 | JMH | A | 18 | 165.00 | 5.60 | 924.00 |
| 1012.011 | 02/26/2005 | JMH | A | 18 | 165.00 | 5.40 | 891.00 |
| 1012.011 | 02/27/2005 | JMH | A | 18 | 165.00 | 2.80 | 462.00 |
| 1012.011 | 03/01/2005 | JMH | A | 18 | 165.00 | 0.60 | 99.00 |
| 1012.011 | 03/02/2005 | JMH | A | 18 | 165.00 | 5.70 | 940.50 |
| 1012.011 | 03/04/2005 | JMH | A | 18 | 165.00 | 0.30 | 49.50 |
| 1012.011 | 03/05/2005 | JMH | A | 18 | 165.00 | 3.40 | 561.00 |
| 1012.011 | 03/06/2005 | JMH | A | 18 | 165.00 | 8.80 | 1452.00 |
| 1012.011 | 03/07/2005 | JMH | A | 18 | 165.00 | 10.80 | 1782.00 |
| 1012.011 | 03/08/2005 | JMH | A | 18 | 165.00 | 12.90 | 2128.50 |
| 1012.011 | 03/16/2005 | JMH | A | 18 | 165.00 | 4.10 | 676.50 |

Exhibit 1, Page 34 of 36

Date: 03/19/2007　　　　　　　　**Detail Fee Transaction File List**　　　　　　　　Page: 35
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount |
|---|---|---|---|---|---|---|---|
| **Client ID 1012.011 Absolute Environmental Services, Inc.** | | | | | | | |
| 1012.011 | 03/18/2005 | JMH | A | 18 | 165.00 | 1.40 | 231.00 |
| 1012.011 | 03/20/2005 | JMH | A | 18 | 165.00 | 1.60 | 264.00 |
| 1012.011 | 03/21/2005 | JMH | A | 18 | 165.00 | 0.90 | 148.50 |
| 1012.011 | 03/22/2005 | JMH | A | 18 | 165.00 | 1.30 | 214.50 |
| 1012.011 | 03/23/2005 | JMH | A | 18 | 165.00 | 1.10 | 181.50 |
| 1012.011 | 03/24/2005 | JMH | A | 18 | 165.00 | 2.90 | 478.50 |
| 1012.011 | 03/31/2005 | JMH | A | 18 | 165.00 | 3.00 | 495.00 |
| 1012.011 | 04/01/2005 | JMH | A | 18 | 165.00 | 6.10 | 1006.50 |
| 1012.011 | 04/04/2005 | JMH | A | 18 | 165.00 | 5.70 | 940.50 |
| 1012.011 | 04/05/2005 | JMH | A | 18 | 165.00 | 5.40 | 891.00 |
| 1012.011 | 04/06/2005 | JMH | A | 18 | 165.00 | 8.20 | 1353.00 |
| 1012.011 | 04/07/2005 | JMH | A | 18 | 165.00 | 7.60 | 1254.00 |
| 1012.011 | 04/08/2005 | JMH | A | 18 | 165.00 | 6.40 | 1056.00 |
| 1012.011 | 04/09/2005 | JMH | A | 18 | 165.00 | 2.80 | 462.00 |
| 1012.011 | 04/11/2005 | JMH | A | 18 | 165.00 | 6.50 | 1072.50 |
| 1012.011 | 04/12/2005 | JMH | A | 18 | 165.00 | 5.80 | 957.00 |
| 1012.011 | 04/13/2005 | JMH | A | 18 | 165.00 | 4.40 | 726.00 |
| 1012.011 | 04/14/2005 | JMH | A | 18 | 165.00 | 7.20 | 1188.00 |
| 1012.011 | 04/15/2005 | JMH | A | 18 | 165.00 | 6.10 | 1006.50 |
| 1012.011 | 04/18/2005 | JMH | A | 18 | 165.00 | 5.00 | 825.00 |
| 1012.011 | 04/19/2005 | JMH | A | 18 | 165.00 | 4.00 | 660.00 |
| 1012.011 | 04/20/2005 | JMH | A | 18 | 165.00 | 5.40 | 891.00 |
| 1012.011 | 04/21/2005 | JMH | A | 18 | 165.00 | 5.70 | 940.50 |
| 1012.011 | 04/22/2005 | JMH | A | 18 | 165.00 | 5.00 | 825.00 |
| 1012.011 | 04/25/2005 | JMH | A | 18 | 165.00 | 5.10 | 841.50 |
| 1012.011 | 04/26/2005 | JMH | A | 18 | 165.00 | 7.20 | 1188.00 |
| 1012.011 | 04/27/2005 | JMH | A | 18 | 165.00 | 2.30 | 379.50 |
| 1012.011 | 04/28/2005 | JMH | A | 18 | 165.00 | 1.80 | 297.00 |
| 1012.011 | 04/29/2005 | JMH | A | 18 | 165.00 | 5.30 | 874.50 |
| 1012.011 | 05/02/2005 | JMH | A | 18 | 165.00 | 5.50 | 907.50 |
| 1012.011 | 05/03/2005 | JMH | A | 18 | 165.00 | 8.50 | 1402.50 |
| 1012.011 | 05/04/2005 | JMH | A | 18 | 165.00 | 7.00 | 1155.00 |
| 1012.011 | 05/05/2005 | JMH | A | 18 | 165.00 | 6.70 | 1105.50 |
| 1012.011 | 05/06/2005 | JMH | A | 18 | 165.00 | 5.80 | 957.00 |
| 1012.011 | 05/11/2005 | JMH | A | 18 | 165.00 | 1.80 | 297.00 |
| 1012.011 | 05/12/2005 | JMH | A | 18 | 165.00 | 5.70 | 940.50 |
| 1012.011 | 05/13/2005 | JMH | A | 18 | 165.00 | 2.70 | 445.50 |
| 1012.011 | 05/26/2005 | JMH | A | 18 | 165.00 | 0.90 | 148.50 |
| 1012.011 | 05/31/2005 | JMH | A | 18 | 165.00 | 3.60 | 594.00 |
| 1012.011 | 06/04/2005 | JMH | A | 18 | 165.00 | 1.00 | 165.00 |
| 1012.011 | 06/06/2005 | JMH | A | 18 | 165.00 | 1.70 | 280.50 |
| 1012.011 | 06/07/2005 | JMH | A | 18 | 165.00 | 1.90 | 313.50 |
| 1012.011 | 06/22/2005 | JMH | A | 18 | 165.00 | 2.20 | 363.00 |
| 1012.011 | 07/27/2005 | JMH | A | 18 | 165.00 | 0.40 | 66.00 |
| 1012.011 | 09/12/2005 | JMH | A | 18 | 165.00 | 3.40 | 561.00 |
| 1012.011 | 09/14/2005 | JMH | A | 18 | 165.00 | 1.20 | 198.00 |
| 1012.011 | 09/16/2005 | JMH | A | 18 | 165.00 | 2.50 | 412.50 |
| 1012.011 | 09/19/2005 | JMH | A | 18 | 165.00 | 5.70 | 940.50 |
| 1012.011 | 09/20/2005 | JMH | A | 18 | 165.00 | 3.30 | 544.50 |

Exhibit 1, Page 35 of 36

**Detail Fee Transaction File List**
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount |
|---|---|---|---|---|---|---|---|
| **Client ID 1012.011 Absolute Environmental Services, Inc.** | | | | | | | |
| 1012.011 | 09/26/2005 | JMH | A | 18 | 165.00 | 5.60 | 924.00 |
| **Total for Client ID 1012.011** | | | | | Billable | 5983.70 | 1230021.50 |
| | | | | | Non-billable | 32.50 | 8900.00 |
| | | | | | Total | 6016.20 | 1238921.50 |
| **Client ID 1012.012 Absolute Environmental Services, Inc.** | | | | | | | |
| 1012.012 | 05/05/2004 | TRM | A | 18 | 250.00 | 1.00 | 250.00 |
| 1012.012 | 01/05/2006 | TRM | A | 18 | 250.00 | 4.30 | 1075.00 |
| 1012.012 | 01/06/2006 | TRM | A | 18 | 250.00 | 3.10 | 775.00 |
| 1012.012 | 01/06/2006 | JPE | A | 18 | 150.00 | 1.00 | 150.00 |
| 1012.012 | 04/08/2004 | RRR | A | 1 | 200.00 | 0.40 | 80.00 |
| 1012.012 | 05/05/2004 | RRR | A | 1 | 200.00 | 0.70 | 140.00 |
| 1012.012 | 05/06/2004 | RRR | A | 1 | 200.00 | 2.70 | 540.00 |
| 1012.012 | 05/19/2004 | RRR | A | 1 | 200.00 | 0.20 | 40.00 |
| 1012.012 | 07/02/2004 | RRR | A | 1 | 200.00 | 2.50 | 500.00 |
| 1012.012 | 07/19/2004 | RRR | A | 1 | 200.00 | 0.80 | 160.00 |
| 1012.012 | 08/04/2004 | RRR | A | 1 | 200.00 | 1.00 | 200.00 |
| 1012.012 | 08/06/2004 | RRR | A | 1 | 200.00 | 0.20 | 40.00 |
| 1012.012 | 08/24/2004 | RRR | A | 1 | 200.00 | 0.20 | 40.00 |
| 1012.012 | 09/01/2004 | RRR | A | 1 | 200.00 | 0.30 | 60.00 |
| 1012.012 | 09/07/2004 | RRR | A | 1 | 200.00 | 0.30 | 60.00 |
| 1012.012 | 09/08/2004 | RRR | A | 1 | 200.00 | 0.20 | 40.00 |
| 1012.012 | 09/30/2004 | RRR | A | 1 | 200.00 | 0.20 | 40.00 |
| 1012.012 | 10/13/2004 | RRR | A | 1 | 200.00 | 0.30 | 60.00 |
| 1012.012 | 10/14/2004 | RRR | A | 1 | 200.00 | 0.60 | 120.00 |
| 1012.012 | 10/15/2004 | RRR | A | 1 | 200.00 | 0.30 | 60.00 |
| 1012.012 | 11/24/2004 | RRR | A | 1 | 200.00 | 0.20 | 40.00 |
| 1012.012 | 11/29/2004 | RRR | A | 1 | 200.00 | 0.20 | 40.00 |
| 1012.012 | 05/17/2004 | KLM | A | 16 | 95.00 | 0.30 | 28.50 |
| 1012.012 | 01/05/2006 | KLM | A | 16 | 100.00 | 0.50 | 50.00 |
| 1012.012 | 01/06/2006 | KLM | A | 16 | 100.00 | 1.00 | 100.00 |
| 1012.012 | 02/27/2006 | KLM | A | 16 | 100.00 | 1.00 | 100.00 |
| **Total for Client ID 1012.012** | | | | | Billable | 23.50 | 4788.50 |

**GRAND TOTALS**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Billable | 6007.20 | 1234810.00 |
| | | | | | Non-billable | 32.50 | 8900.00 |
| | | | | | Total | 6039.70 | 1243710.00 |