Paul J. Nangle, Esq.
Paul J. Nangle & Associates
101 Christensen Drive
Anchorage, Alaska 99501
(907) 274-8866   Fax: 279-1794

Terry Marston, Esq.
Marston Heffernan Foreman
16880 NE 79th St.
Redmond, Washington 98052
(425)-861-5700  Fax: (425)-861-6969

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation<br><br>       Plaintiff<br>vs.<br><br>FORREST J. MCKINLEY and EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings.<br><br>       Defendants<br>_____<br>EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the States for the Use and Benefit of EMERCO, INC.<br><br>     Counter-Claimant<br>     Third Party Claimant<br>vs.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, et al.,<br><br>     Cross-Defendants<br>     Third Party Defendant | Case No: A-03-0199 Civil (RRB) |

## AFFIDAVIT OF PAUL J. NANGLE

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

I, Paul J. Nangle, being first duly subscribed and sworn, do hereby state as follows:

1. I am the local attorney of record for Absolute Environmental Services, Inc. in the above entitled matter.

2. My firm consisted of Lawrence A. Pederson and myself. Our normal billing rate is $150. Mr. Pederson was the primary attorney at the beginning of this lawsuit. However, I took over after he received a job with the State of Alaska in June 2005.

3. As of today, our firm has included attorney's fees in the amount of $14,625 in the prosecution of this case and $2,958.68 in costs. All fees and costs were ordinary and necessary in the prosecution of Absolute Environmental Services Inc's causes of action.

4. I have attached a copy of our billing to this Affidavit.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Paul J. Nangle

SUBSCRIBED and SWORN to before me this 20th day of November 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 5-12-09

Absolute/McKinley/2541.6
Affidavit of Paul Nangle
Case No: A-03-0199 Civil (RRB)

Page 2
Exhibit 4, Page 2 of 2