## PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

October 31, 2006

In Reference To: Emerco

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 10/23/06 PJN | Status conference with client | 0.75 | 112.50 |
| | For professional services rendered | 0.75 | $112.50 |
| | Interest on overdue balance | | $22.78 |
| | Total amount of this bill | | $135.28 |
| | Previous balance | | $3,627.94 |
| | Balance due | | $3,763.22 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

September 30, 2006

In Reference To:  Emerco

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/13/06 | PJN | Conference with client regarding oral argument | 0.25 | 37.50 |
| 9/14/06 | PJN | To hearing; Conference w/client | 0.50 | 75.00 |
| 9/19/06 | PJN | Status conference | 0.25 | 37.50 |
|  |  | For professional services rendered | 1.00 | $150.00 |
|  |  | Interest on overdue balance |  | $21.06 |
|  |  | Total amount of this bill |  | $171.06 |
|  |  | Previous balance |  | $3,456.88 |
|  |  | Balance due |  | $3,627.94 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J.D

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

August 31, 2006

In Reference To:  Emerco

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/25/06 | PJN | Review settlement breif | 0.50 | 75.00 |
|  | For professional services rendered |  | 0.50 | $75.00 |
|  | Interest on overdue balance |  |  | $21.25 |
|  | Total amount of this bill |  |  | $96.25 |
|  | Previous balance |  |  | $3,360.63 |
|  | Balance due |  |  | $3,456.88 |

# PAUL J. NANGLE & ASSOCIATES

### ATTORNEYS AT LAW
KERRY BUILDING, 101 CHRISTENSEN DRIVE
ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

July 31, 2006

In Reference To:  Emerco

Professional Services

|  | Hours | Amount |
|---|---|---|
| 7/3/06 LAP    Status conference with client | 0.50 | 75.00 |
| For professional services rendered | 0.50 | $75.00 |
| Interest on overdue balance |  | $25.91 |
| Total amount of this bill |  | $100.91 |
| Previous balance |  | $4,259.72 |
| 7/24/06 Payment - thank you |  | ($1,000.00) |
| Total payments and adjustments |  | ($1,000.00) |
| Balance due |  | $3,360.63 |

# PAUL J. NANGLE & ASSOCIATES

### ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D

TELEPHONE
(907) 274-8886

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

June 30, 2006

In Reference To:  Emerco

Professional Services

|  | | | Hours | Amount |
|---|---|---|---|---|
| 6/22/06 | PJN | Meeting w/client, Marston, Morford regarding various cases | 2.00 | 300.00 |
| 6/27/06 | PJN | Deposition of Rulien | 6.00 | 900.00 |
|  | | For professional services rendered | 8.00 | $1,200.00 |
|  | | Interest on overdue balance | | $18.64 |
|  | | Total amount of this bill | | $1,218.64 |
|  | | Previous balance | | $3,041.08 |
|  | | Balance due | | $4,259.72 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J.D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

May 31, 2006

In Reference To:  Emerco

Professional Services

|  | | Hours | Amount |
|---|---|---|---|
| 5/15/06 PJN | Conference w/client; File authority to admit attorney | 0.50 | 75.00 |
| | For professional services rendered | 0.50 | $75.00 |
| | Interest on overdue balance | | $18.76 |
| | Total amount of this bill | | $93.76 |
| | Previous balance | | $2,947.32 |
| | Balance due | | $3,041.08 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.,C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

April 30, 2006

In Reference To: Emerco

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 4/12/06 PJN | Review documents; Telephone client | 0.50 | 75.00 |
| 4/18/06 PJN | Review exhibits | 0.25 | 37.50 |
| 4/26/06 PJN | Status conference regarding judgment, motion for discovery, deposition of Andy Brown | 0.25 | 37.50 |
| | For professional services rendered | 1.00 | $150.00 |
| | Interest on overdue balance | | $17.16 |
| | Total amount of this bill | | $167.16 |
| | Previous balance | | $2,780.16 |
| | Balance due | | $2,947.32 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.,

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

March 31, 2006

In Reference To:  Emerco

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 3/16/06 PJN | Deposition of Todd Elmore | 4.00 | 600.00 |
| 3/21/06 PJN | Telephone calls to client | 0.75 | 112.50 |
| | For professional services rendered | 4.75 | $712.50 |
| | Additional Charges : | | |
| 3/20/06 | (2) Long distance charges (2/27/06) | | 2.00 |
| | Total costs | | $2.00 |
| | Interest on overdue balance | | $12.88 |
| | Total amount of this bill | | $727.38 |
| | Previous balance | | $2,402.78 |
| 3/1/06 | Payment - thank you | | ($350.00) |
| | Total payments and adjustments | | ($350.00) |
| | Balance due | | $2,780.16 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

PAUL J. NANGLE, J. D.

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

February 28, 2006

In Reference To:  Emerco

|  | Amount |
|---|---|
| Interest on overdue balance | $13.78 |
| Total amount of this bill | $13.78 |
| Previous balance | $2,389.00 |
| Balance due | $2,402.78 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J.D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

January 31, 2006

In Reference To: Emerco

|  | Amount |
|---|---|
| Interest on overdue balance | $15.75 |
| Total amount of this bill | $15.75 |
| Previous balance | $2,373.25 |
| Balance due | $2,389.00 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

December 30, 2005

In Reference To:  Emerco

|                              | Amount     |
|------------------------------|-----------:|
| Interest on overdue balance  | $14.77     |
| Total amount of this bill    | $14.77     |
| Previous balance             | $2,358.48  |
| Balance due                  | $2,373.25  |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KEHPY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.,

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

November 30, 2005

In Reference To:  Emerco

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/14/05 | PJN | Review and sign Absolute's cross-claim against Coffman; Deliver to attorneys | 1.25 | 187.50 |
| | | For professional services rendered | 1.25 | $187.50 |
| | | Additional Charges : | | |
| 11/14/05 | | Photocopies: Absolute's crossclaim against Coffman | | 9.00 |
| | | Total costs | | $9.00 |
| | | Interest on overdue balance | | $13.48 |
| | | Total amount of this bill | | $209.98 |
| | | Previous balance | | $2,148.50 |
| | | Balance due | | $2,358.48 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

October 31, 2005

In Reference To: Emerco

Additional Charges :

| | Amount |
|---|---:|
| 10/13/05 (2) Long distance charges (9/13,20/05) | 2.00 |
| Total costs | $2.00 |
| Interest on overdue balance | $13.91 |
| Total amount of this bill | $15.91 |
| Previous balance | $2,132.59 |
| Balance due | $2,148.50 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J.D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

September 30, 2005

In Reference To:  Emerco

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 9/1/05 PJN | Telephone calls | 0.25 | 37.50 |
| 9/2/05 PJN | Trial setting conference; Conference w/client regarding witnesses | 1.50 | 225.00 |
| 9/6/05 PJN | Conference; Telephone calls | 0.25 | 37.50 |
| 9/13/05 PJN | Telephone client; Fax scheduling order to Marston | 0.75 | 112.50 |
| | For professional services rendered | 2.75 | $412.50 |
| | Additional Charges : | | |
| 9/22/05 (9) Long distance charges (8/12-19/05) | | | 9.00 |
| | Total costs | | $9.00 |
| | Interest on overdue balance | | $10.69 |
| | Total amount of this bill | | $432.19 |
| | Previous balance | | $1,700.40 |
| | Balance due | | $2,132.59 |

# PAUL J. NANGLE & ASSOCIATES

### ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J.D

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

August 31, 2005

In Reference To: Emerco

Additional Charges :

|  |  | Amount |
|---|---|---|
| 8/12/05 | Express Mail - Requested documents to Marston | 17.85 |
| 8/19/05 | (3) Long distance charges (7/5,18,26/05) | 3.00 |
|  | Total costs | $20.85 |
|  | Interest on overdue balance | $13.89 |
|  | Total amount of this bill | $34.74 |
|  | Previous balance | $2,415.66 |
| 8/12/05 | Payment - thank you | ($750.00) |
|  | Total payments and adjustments | ($750.00) |
|  | Balance due | $1,700.40 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.,

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

July 29, 2005

In Reference To: Emerco

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 7/28/05 PJN | Telephone Marston regarding hearing reschedule and status report | 0.25 | 37.50 |
|  | For professional services rendered | 0.25 | $37.50 |
|  | Interest on overdue balance |  | $14.63 |
|  | Total amount of this bill |  | $52.13 |
|  | Previous balance |  | $2,363.53 |
|  | Balance due |  | $2,415.66 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D., C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

June 30, 2005

In Reference To:  Emerco

Additional Charges :

| | Amount |
|---|---|
| 6/28/05  (3) Long distance charges (5/16,17,23/05) | 3.00 |
| Total costs | $3.00 |
| Interest on overdue balance | $15.14 |
| Total amount of this bill | $18.14 |
| Previous balance | $2,345.39 |
| Balance due | $2,363.53 |

# PAUL J. NANGLE & ASSOCIATES

### ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

May 31, 2005

In Reference To: Emerco

### Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/1/05 | LAP | Draft Notice of Change of Counsel | 0.25 | 37.50 |
| 5/18/05 | PJN | Conference with client | 0.50 | 75.00 |
| 5/23/05 | PJN | Conference with client; Went with client to deliver Plaintiff's Unopposed Motion for Join Parties | 1.00 | 150.00 |
| 5/24/05 | PJN | Status hearing | 2.00 | 300.00 |
|  | PJN | Review Plaintiff's Unopposed Motion to Join Parties | 0.50 | 75.00 |
|  |  | For professional services rendered | 4.25 | $637.50 |

Additional Charges :

| | | | |
|---|---|---|---|
| 5/27/05 | (2) Long distance charges (4/6,27/05) | | 2.00 |
| | Total costs | | $2.00 |
| | Interest on overdue balance | | $13.97 |
| | Total amount of this bill | | $653.47 |
| | Previous balance | | $1,691.92 |
| | Balance due | | $2,345.39 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D., C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

April 29, 2005

In Reference To:  Emerco

Additional Charges :

|  |  | Amount |
|---|---|---|
| 4/5/05 | Alaska Legal Inv. 216514 - Copies of documents from Jermain, Dunnagan, Owens | 195.38 |
| 4/26/05 | (9) Long distance charges (3/8-25/05) | 9.00 |
|  | (6) Long distance charges (3/1-25/05) | 6.00 |
|  | Total costs | $210.38 |
|  | Interest on overdue balance | $6.92 |
|  | Total amount of this bill | $217.30 |
|  | Previous balance | $1,474.62 |
|  | Balance due | $1,691.92 |

# PAUL J. NANGLE & ASSOCIATES

### ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.,C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

March 31, 2005

In Reference To: Emerco

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 3/1/05 LAP | Conference with client regarding discovery and documents | 0.25 | 37.50 |
| 3/8/05 LAP | Telephone Kristy; Review Motion to Strike; File "Reply" | 1.00 | 150.00 |
| 3/23/05 LAP | Telephone client and Brown's office regarding Supplemental Disclosures | 0.25 | 37.50 |
| 3/25/05 LAP | Telephone Kristy; Review, sign, and file "Reply" | 0.50 | 75.00 |
| | For professional services rendered | 2.00 | $300.00 |
| | Additional Charges : | | |
| 3/1/05 | Photocopies: Emerco's Opposition to Plaintiff's Motion in Limine w/o Exhibits | | 7.40 |
| 3/7/05 | Photocopies: Exhibits to Emerco's Opposition to Plaintiff's Motion in Limine | | 44.40 |
| 3/16/05 | (6) Long distance charges (2/4-14/05) | | 6.00 |
| | (6) Long distance charges (2/2-25/05) | | 6.00 |
| | Total costs | | $63.80 |
| | Interest on overdue balance | | $9.72 |
| | Total amount of this bill | | $373.52 |
| | Previous balance | | $1,101.10 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.,C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8856

FACSIMILE
(907) 279-1794

DAVID OLSON

Page 2

|  | Amount |
| --- | --- |
| Balance due | $1,474.62 |

# PAUL J. NANGLE & ASSOCIATES

### ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.,C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

February 28, 2005

In Reference To:  Emerco

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/31/05 | PJN | Delivery discovery | 0.25 | 37.50 |
| 2/2/05 | LAP | File discovery motion | 0.25 | 37.50 |
| 2/9/05 | LAP | Review and file Motion In Limine | 0.50 | 75.00 |
| 2/10/05 | LAP | Telephone Kristy regarding Motion to Compel | 0.25 | 37.50 |
| 2/11/05 | LAP | Telephone Elison; Review and file Opposition to Motion to Compel | 0.50 | 75.00 |
| 2/14/05 | LAP | Telephone client and Marston regarding deposition | 0.25 | 37.50 |
| 2/15/05 | LAP | Telephone client regarding deposition scheduling | 0.25 | 37.50 |
| | | For professional services rendered | 2.25 | $337.50 |

Additional Charges :

| | | Amount |
|---|---|---|
| 1/28/05 | Filing fee - Elison's application, consent, and order for Pro Hac Vice | 150.00 |
| 2/18/05 | Absolute Services of Los Angeles' Invoice 03075-1-1 - Served 1st amended complaint on McKinley | 175.00 |
| | Total costs | $325.00 |
| | Interest on overdue balance | $0.29 |
| | Total amount of this bill | $662.79 |
| | Previous balance | $438.31 |

# PAUL J. NANGLE & ASSOCIATES

### ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D., C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

**DAVID OLSON**

**Page 2**

| | Amount |
|---|---|
| Balance due | $1,101.10 |

# PAUL J. NANGLE & ASSOCIATES

### ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.,C.P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

January 31, 2005

In Reference To:  Emerco

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 12/29/04 LAP | Telephone Roland regarding Witness List | 0.25 | 37.50 |
| 12/30/04 LAP | Sign and file Witness List; Conference with client | 0.50 | 75.00 |
| 1/5/05 LAP | Review Brown's letter regarding depositions and discovery | 0.25 | 37.50 |
| 1/6/05 LAP | Telephone Roland and Marston regarding discovery supplement | 0.25 | 37.50 |
| 1/11/05 LAP | Review Supplemental Disclosures | 0.25 | 37.50 |
| 1/14/05 LAP | Review David's affidavit regarding compliance | 0.25 | 37.50 |
| 1/26/05 LAP | Telephone Kristy regarding new deposition notices and stipulation | 0.25 | 37.50 |
| 1/28/05 LAP | Review and reply to Terry's e-mail; File Elison application | 0.50 | 75.00 |
| | For professional services rendered | 2.50 | $375.00 |
| | Additional Charges : | | |
| 1/25/05 | (4) Long distance charges (12/1-30/04) | | 4.00 |
| | Total costs | | $4.00 |
| | Interest on overdue balance | | $2.61 |
| | Total amount of this bill | | $381.61 |
| | Previous balance | | $2,056.70 |

# PAUL J. NANGLE & ASSOCIATES

### ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.,C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON

Page 2

|  |  | Amount |
|---|---|---|
| 12/30/04 | Payment - thank you | ($2,000.00) |
|  | Total payments and adjustments | ($2,000.00) |
|  | Balance due | $438.31 |