# PAUL J. NANGLE & ASSOCIATES
### ATTORNEYS AT LAW
KERRY BUILDING, 101 CHRISTENSEN DRIVE
ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J.D., C.P.A.
OF COUNSEL
LAWRENCE A. PEDERSON, J.D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

October 31, 2003

In Reference To: Emerco

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/30/03 | LAP | Telephone Roland regarding California case | 0.25 | 37.50 |
| 10/1/03 | LAP | Review California pleading; Letter to Roland; Telephone Elmore, Roland, and process server | 1.00 | 150.00 |
| 10/7/03 | LAP | Telephone calls: Roland and process server | 0.25 | 37.50 |
| 10/22/03 | LAP | Telephone Roland regarding service and PI | 0.50 | 75.00 |
| 10/24/03 | LAP | Telepone Baerg regarding service; Telephone client and Roland | 0.50 | 75.00 |
|  |  | For professional services rendered | 2.50 | $375.00 |

Additional Charges :

| | | Amount |
|---|---|---|
| 10/1/03 | Photocopies: Letter to Roland w/attachments | 2.80 |
|  | Postage: Letter to Roland w/attachments | 0.60 |
| 10/24/03 | Photocopies: Letter to Baerg w/attachments | 4.00 |
|  | Postage: Letter to Baerg w/attachments | 5.85 |
|  | Total costs | $13.25 |
|  | Total amount of this bill | $388.25 |
|  | Previous balance | $1,181.49 |

# PAUL J. NANGLE & ASSOCIATES
### ATTORNEYS AT LAW

PAUL J. NANGLE, J.D.,C.P.A.
OF COUNSEL
LAWRENCE A. PEDERSON, J.D.

KERRY BUILDING, 101 CHRISTENSEN DRIVE
ANCHORAGE, ALASKA 99501

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
Page 2

| Date | Description | Amount |
|---|---|---|
| 10/24/03 | Payment - thank you | ($1,716.79) |
| | Total payments and adjustments | ($1,716.79) |
| | Credit balance | ($147.05) |

# PAUL J. NANGLE & ASSOCIATES
ATTORNEYS AT LAW
KERRY BUILDING, 101 CHRISTENSEN DRIVE
ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J.D., C.P.A.
OF COUNSEL
LAWRENCE A. PEDERSON, J.D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

September 30, 2003

In Reference To: Emerco

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/29/03 | PJN | Conference w/L.Pederson | 0.25 | 37.50 |
|  | LAP | Finalize and file Emerco complaint | 5.00 | 750.00 |
| 9/4/03 | LAP | Draft corporate disclosures | 0.25 | 37.50 |
| 9/9/03 | LAP | Telephone Rich Roland on California removal; Telephone call and letter to California process server | 0.50 | 75.00 |
| 9/12/03 | LAP | Review California court filing | 0.50 | 75.00 |
| 9/23/03 | LAP | Telephone Elmore regarding Emerco suit and subcontractos | 0.25 | 37.50 |
|  |  | For professional services rendered | 6.75 | $1,012.50 |

Additional Charges :

| 8/29/03 | Filing fee | 150.00 |
|---|---|---|
| 9/10/03 | Photocopies: Letter to Blomdahl w/attachements | 6.40 |
|  | Postage: Letter to Blomdahl w/attachments | 2.20 |
| 9/29/03 | (8) Long distance charges (8/28,29/03) | 5.66 |
|  | Total costs | $164.26 |
|  | Interest on overdue balance | $4.73 |

# PAUL J. NANGLE & ASSOCIATES
## ATTORNEYS AT LAW
KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D., C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
Page 2

|  | Amount |
|---|---:|
| Total amount of this bill | $1,181.49 |
| Previous balance | $675.00 |
| 9/30/03 Payment - thank you | ($675.00) |
| Total payments and adjustments | ($675.00) |
| Balance due | $1,181.49 |

# PAUL J. NANGLE & ASSOCIATES
### ATTORNEYS AT LAW
KERRY BUILDING, 101 CHRISTENSEN DRIVE
ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J.D., C.P.A.
OF COUNSEL
LAWRENCE A. PEDERSON, J.D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

August 29, 2003

In Reference To: Emerco

Professional Services

|            |     |                                                                                                                           | Hours | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 8/27/03    | LAP | Telephone calls: Client and Roland regarding Emerco suit                                                                  | 0.50  | 75.00    |
| 8/28/03    | LAP | Telephone Roland; Conference w/client; Revise draft Complaint/ Review California suit; Emerco corporate research          | 4.00  | 600.00   |
|            |     | For professional services rendered                                                                                        | 4.50  | $675.00  |
|            |     | Balance due                                                                                                               |       | $675.00  |