there was no fault whatsoever on the part of Absolute. In its own words, Brechan is *malum in se.*

Declaration made under penalty of perjury this 14th day of March, 2007.

*[signature]*
David E. Olson
Grangeville, Idaho