Date: 03/19/2007

# Detail Fee Transaction File List

Marston Elison, PLLC

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount | Ref # |
|--------|-----------|------|-----|-----|------|--------------|--------|-------|
| **Client ID 1012.011 Absolute Environmental Services, Inc.** | | | | | | | | |
| 1012.011 | 10/01/2006 | JPE | A | 18 | 150.00 | 0.40 | 60.00 | ARCH |
| 1012.011 | 10/01/2006 | KLM | A | 16 | 100.00 | 8.90 | 890.00 | ARCH |
| 1012.011 | 10/01/2006 | TRM | A | 18 | 300.00 | 9.00 | 2700.00 | ARCH |
| 1012.011 | 10/01/2006 | JKE | A | 18 | 225.00 | 12.00 | 2700.00 | ARCH |
| 1012.011 | 10/02/2006 | JPE | A | 18 | 150.00 | 2.60 | 390.00 | ARCH |
| 1012.011 | 10/02/2006 | KLM | A | 16 | 100.00 | 12.10 | 1210.00 | ARCH |
| 1012.011 | 10/02/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 10/02/2006 | JKE | A | 18 | 225.00 | 12.00 | 2700.00 | ARCH |
| 1012.011 | 10/03/2006 | KLM | A | 16 | 100.00 | 10.50 | 1050.00 | ARCH |
| 1012.011 | 10/03/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 10/03/2006 | JKE | A | 18 | 225.00 | 9.00 | 2025.00 | ARCH |
| 1012.011 | 10/04/2006 | JPE | A | 18 | 150.00 | 1.70 | 255.00 | ARCH |
| 1012.011 | 10/04/2006 | KLM | A | 16 | 100.00 | 15.00 | 1500.00 | ARCH |
| 1012.011 | 10/04/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 10/04/2006 | JKE | A | 18 | 225.00 | 9.00 | 2025.00 | ARCH |
| 1012.011 | 10/05/2006 | KLM | A | 16 | 100.00 | 13.00 | 1300.00 | ARCH |
| 1012.011 | 10/05/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 10/05/2006 | JKE | A | 18 | 225.00 | 9.00 | 2025.00 | ARCH |
| 1012.011 | 10/06/2006 | JPE | A | 18 | 150.00 | 0.30 | 45.00 | ARCH |
| 1012.011 | 10/06/2006 | TRM | A | 18 | 300.00 | 9.00 | 2700.00 | ARCH |
| 1012.011 | 10/06/2006 | JKE | A | 18 | 225.00 | 8.00 | 1800.00 | ARCH |
| 1012.011 | 10/07/2006 | TRM | A | 18 | 300.00 | 4.00 | 1200.00 | ARCH |
| 1012.011 | 10/08/2006 | JPE | A | 18 | 150.00 | 1.60 | 240.00 | ARCH |
| 1012.011 | 10/08/2006 | TRM | A | 18 | 300.00 | 4.00 | 1200.00 | ARCH |
| 1012.011 | 10/08/2006 | JKE | A | 18 | 225.00 | 4.00 | 900.00 | ARCH |
| 1012.011 | 10/09/2006 | JPE | A | 18 | 150.00 | 2.50 | 375.00 | ARCH |
| 1012.011 | 10/09/2006 | KLM | A | 16 | 100.00 | 9.00 | 900.00 | ARCH |
| 1012.011 | 10/09/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 10/09/2006 | JKE | A | 18 | 225.00 | 9.00 | 2025.00 | ARCH |
| 1012.011 | 10/10/2006 | KLM | A | 16 | 100.00 | 10.00 | 1000.00 | ARCH |
| 1012.011 | 10/10/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 10/10/2006 | JKE | A | 18 | 225.00 | 9.00 | 2025.00 | ARCH |
| 1012.011 | 10/11/2006 | KLM | A | 16 | 100.00 | 10.50 | 1050.00 | ARCH |
| 1012.011 | 10/11/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 10/11/2006 | JKE | A | 18 | 225.00 | 12.00 | 2700.00 | ARCH |
| 1012.011 | 10/12/2006 | JPE | A | 18 | 150.00 | 2.40 | 360.00 | ARCH |
| 1012.011 | 10/12/2006 | KLM | A | 16 | 100.00 | 9.50 | 950.00 | ARCH |
| 1012.011 | 10/12/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 10/12/2006 | JKE | A | 18 | 225.00 | 9.00 | 2025.00 | ARCH |
| 1012.011 | 10/13/2006 | KLM | A | 16 | 100.00 | 10.00 | 1000.00 | ARCH |
| 1012.011 | 10/13/2006 | TRM | A | 18 | 300.00 | 9.00 | 2700.00 | ARCH |
| 1012.011 | 10/13/2006 | JKE | A | 18 | 225.00 | 8.00 | 1800.00 | ARCH |
| 1012.011 | 10/14/2006 | JPE | A | 18 | 150.00 | 2.50 | 375.00 | ARCH |
| 1012.011 | 10/14/2006 | KLM | A | 16 | 100.00 | 5.00 | 500.00 | ARCH |
| 1012.011 | 10/14/2006 | TRM | A | 18 | 300.00 | 4.00 | 1200.00 | ARCH |
| 1012.011 | 10/15/2006 | JPE | A | 18 | 150.00 | 2.50 | 375.00 | ARCH |
| 1012.011 | 10/15/2006 | KLM | A | 16 | 100.00 | 3.00 | 300.00 | ARCH |
| 1012.011 | 10/15/2006 | TRM | A | 18 | 300.00 | 4.00 | 1200.00 | ARCH |
| 1012.011 | 10/15/2006 | JKE | A | 18 | 225.00 | 4.00 | 900.00 | ARCH |

Date: 03/19/2007

**Detail Fee Transaction File List**

Marston Elison, PLLC

Page: 2

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount | Ref # |
|--------|-----------|------|-----|-----|------|--------------|--------|-------|
| **Client ID 1012.011 Absolute Environmental Services, Inc.** | | | | | | | | |
| 1012.011 | 10/16/2006 | KLM | A | 16 | 100.00 | 13.00 | 1300.00 | ARCH |
| 1012.011 | 10/16/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 10/16/2006 | JKE | A | 18 | 225.00 | 9.00 | 2025.00 | ARCH |
| 1012.011 | 10/17/2006 | KLM | A | 16 | 100.00 | 10.00 | 1000.00 | ARCH |
| 1012.011 | 10/17/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 10/17/2006 | JKE | A | 18 | 225.00 | 9.00 | 2025.00 | ARCH |
| 1012.011 | 10/18/2006 | JPE | A | 18 | 150.00 | 2.10 | 315.00 | ARCH |
| 1012.011 | 10/18/2006 | KLM | A | 16 | 100.00 | 10.00 | 1000.00 | ARCH |
| 1012.011 | 10/18/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 10/18/2006 | JKE | A | 18 | 225.00 | 9.00 | 2025.00 | ARCH |
| 1012.011 | 10/19/2006 | KLM | A | 16 | 100.00 | 9.00 | 900.00 | ARCH |
| 1012.011 | 10/19/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 10/19/2006 | JKE | A | 18 | 225.00 | 12.00 | 2700.00 | ARCH |
| 1012.011 | 10/20/2006 | KLM | A | 16 | 100.00 | 9.50 | 950.00 | ARCH |
| 1012.011 | 10/20/2006 | TRM | A | 18 | 300.00 | 9.00 | 2700.00 | ARCH |
| 1012.011 | 10/20/2006 | JKE | A | 18 | 225.00 | 8.00 | 1800.00 | ARCH |
| 1012.011 | 10/21/2006 | KLM | A | 16 | 100.00 | 2.00 | 200.00 | ARCH |
| 1012.011 | 10/21/2006 | TRM | A | 18 | 300.00 | 4.00 | 1200.00 | ARCH |
| 1012.011 | 10/22/2006 | KLM | A | 16 | 100.00 | 3.00 | 300.00 | ARCH |
| 1012.011 | 10/22/2006 | TRM | A | 18 | 300.00 | 4.00 | 1200.00 | ARCH |
| 1012.011 | 10/22/2006 | JKE | A | 18 | 225.00 | 4.00 | 900.00 | ARCH |
| 1012.011 | 10/23/2006 | KLM | A | 16 | 100.00 | 10.00 | 1000.00 | ARCH |
| 1012.011 | 10/23/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 10/23/2006 | JKE | A | 18 | 225.00 | 9.00 | 2025.00 | ARCH |
| 1012.011 | 10/24/2006 | KLM | A | 16 | 100.00 | 15.00 | 1500.00 | ARCH |
| 1012.011 | 10/24/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 10/24/2006 | JKE | A | 18 | 225.00 | 9.00 | 2025.00 | ARCH |
| 1012.011 | 10/25/2006 | KLM | A | 16 | 100.00 | 0.60 | 60.00 | ARCH |
| 1012.011 | 10/25/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 10/25/2006 | JKE | A | 18 | 225.00 | 9.00 | 2025.00 | ARCH |
| 1012.011 | 10/26/2006 | KLM | A | 16 | 100.00 | 0.40 | 40.00 | ARCH |
| 1012.011 | 10/26/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 10/26/2006 | JKE | A | 18 | 225.00 | 9.00 | 2025.00 | ARCH |
| 1012.011 | 10/27/2006 | KLM | A | 16 | 100.00 | 0.30 | 30.00 | ARCH |
| 1012.011 | 10/27/2006 | TRM | A | 18 | 300.00 | 9.00 | 2700.00 | ARCH |
| 1012.011 | 10/27/2006 | JKE | A | 18 | 225.00 | 8.00 | 1800.00 | ARCH |
| 1012.011 | 10/28/2006 | TRM | A | 18 | 300.00 | 4.00 | 1200.00 | ARCH |
| 1012.011 | 10/29/2006 | TRM | A | 18 | 300.00 | 4.00 | 1200.00 | ARCH |
| 1012.011 | 10/29/2006 | JKE | A | 18 | 225.00 | 4.00 | 900.00 | ARCH |
| 1012.011 | 10/30/2006 | JPE | A | 18 | 150.00 | 0.70 | 105.00 | ARCH |
| 1012.011 | 10/30/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 10/30/2006 | JKE | A | 18 | 225.00 | 9.00 | 2025.00 | ARCH |
| 1012.011 | 10/31/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 10/31/2006 | JKE | A | 18 | 225.00 | 9.00 | 2025.00 | ARCH |
| 1012.011 | 11/01/2006 | JPE | A | 18 | 150.00 | 5.40 | 810.00 | ARCH |
| 1012.011 | 11/01/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 11/01/2006 | JKE | A | 18 | 225.00 | 9.00 | 2025.00 | ARCH |
| 1012.011 | 11/01/2006 | KLM | A | 16 | 100.00 | 1.90 | 190.00 | ARCH |
| 1012.011 | 11/02/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |

# Detail Fee Transaction File List
## Marston Elison, PLLC

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount | Ref # |
|--------|-----------|------|-----|-----|------|---------------|--------|-------|
| **Client ID 1012.011 Absolute Environmental Services, Inc.** | | | | | | | | |
| 1012.011 | 11/02/2006 | JKE | A | 18 | 225.00 | 8.00 | 1800.00 | ARCH |
| 1012.011 | 11/02/2006 | KLM | A | 16 | 100.00 | 0.90 | 90.00 | ARCH |
| 1012.011 | 11/03/2006 | TRM | A | 18 | 300.00 | 9.00 | 2700.00 | ARCH |
| 1012.011 | 11/03/2006 | JKE | A | 18 | 225.00 | 3.00 | 675.00 | ARCH |
| 1012.011 | 11/04/2006 | TRM | A | 18 | 300.00 | 4.00 | 1200.00 | ARCH |
| 1012.011 | 11/05/2006 | JPE | A | 18 | 150.00 | 4.50 | 675.00 | ARCH |
| 1012.011 | 11/05/2006 | TRM | A | 18 | 300.00 | 4.00 | 1200.00 | ARCH |
| 1012.011 | 11/05/2006 | JKE | A | 18 | 225.00 | 4.00 | 900.00 | ARCH |
| 1012.011 | 11/06/2006 | JPE | A | 18 | 150.00 | 2.00 | 300.00 | ARCH |
| 1012.011 | 11/06/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 11/06/2006 | JKE | A | 18 | 225.00 | 9.00 | 2025.00 | ARCH |
| 1012.011 | 11/06/2006 | KLM | A | 16 | 100.00 | 1.50 | 150.00 | ARCH |
| 1012.011 | 11/07/2006 | JPE | A | 18 | 150.00 | 5.80 | 870.00 | ARCH |
| 1012.011 | 11/07/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 11/07/2006 | JKE | A | 18 | 225.00 | 9.00 | 2025.00 | ARCH |
| 1012.011 | 11/07/2006 | KLM | A | 16 | 100.00 | 2.40 | 240.00 | ARCH |
| 1012.011 | 11/08/2006 | JPE | A | 18 | 150.00 | 3.90 | 585.00 | ARCH |
| 1012.011 | 11/08/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 11/08/2006 | JKE | A | 18 | 225.00 | 12.00 | 2700.00 | ARCH |
| 1012.011 | 11/08/2006 | KLM | A | 16 | 100.00 | 3.70 | 370.00 | ARCH |
| 1012.011 | 11/09/2006 | JKE | A | 18 | 225.00 | 9.00 | 2025.00 | ARCH |
| 1012.011 | 11/09/2006 | KLM | A | 16 | 100.00 | 2.90 | 290.00 | ARCH |
| 1012.011 | 11/10/2006 | JKE | A | 18 | 225.00 | 4.00 | 900.00 | ARCH |
| 1012.011 | 11/10/2006 | KLM | A | 16 | 100.00 | 0.50 | 50.00 | ARCH |
| 1012.011 | 11/11/2006 | TRM | A | 18 | 300.00 | 4.00 | 1200.00 | ARCH |
| 1012.011 | 11/12/2006 | TRM | A | 18 | 300.00 | 8.00 | 2400.00 | ARCH |
| 1012.011 | 11/12/2006 | JKE | A | 18 | 225.00 | 4.00 | 900.00 | ARCH |
| 1012.011 | 11/12/2006 | KLM | A | 16 | 100.00 | 4.00 | 400.00 | ARCH |
| 1012.011 | 11/13/2006 | JPE | A | 18 | 150.00 | 3.50 | 525.00 | ARCH |
| 1012.011 | 11/13/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 11/13/2006 | JKE | A | 18 | 225.00 | 12.00 | 2700.00 | ARCH |
| 1012.011 | 11/13/2006 | KLM | A | 16 | 100.00 | 12.50 | 1250.00 | ARCH |
| 1012.011 | 11/14/2006 | JPE | A | 18 | 150.00 | 0.20 | 30.00 | ARCH |
| 1012.011 | 11/14/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 11/14/2006 | JKE | A | 18 | 225.00 | 9.00 | 2025.00 | ARCH |
| 1012.011 | 11/14/2006 | KLM | A | 16 | 100.00 | 10.50 | 1050.00 | ARCH |
| 1012.011 | 11/15/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 11/15/2006 | JKE | A | 18 | 225.00 | 8.00 | 1800.00 | ARCH |
| 1012.011 | 11/15/2006 | KLM | A | 16 | 100.00 | 11.00 | 1100.00 | ARCH |
| 1012.011 | 11/16/2006 | TRM | A | 18 | 300.00 | 12.00 | 3600.00 | ARCH |
| 1012.011 | 11/16/2006 | JKE | A | 18 | 225.00 | 6.00 | 1350.00 | ARCH |
| 1012.011 | 11/16/2006 | KLM | A | 16 | 100.00 | 8.20 | 820.00 | ARCH |
| 1012.011 | 11/17/2006 | JPE | A | 18 | 150.00 | 2.50 | 375.00 | ARCH |
| 1012.011 | 11/17/2006 | TRM | A | 18 | 300.00 | 8.00 | 2400.00 | ARCH |
| 1012.011 | 11/17/2006 | JKE | A | 18 | 225.00 | 3.00 | 675.00 | ARCH |
| 1012.011 | 11/20/2006 | JPE | A | 18 | 150.00 | 2.20 | 330.00 | ARCH |
| 1012.011 | 11/20/2006 | TRM | A | 18 | 300.00 | 8.00 | 2400.00 | ARCH |
| 1012.011 | 11/20/2006 | JKE | A | 18 | 225.00 | 1.50 | 337.50 | ARCH |
| 1012.011 | 11/21/2006 | KLM | A | 16 | 100.00 | 0.30 | 30.00 | ARCH |

Exhibit 2, Page 3 of 6

# Detail Fee Transaction File List
## Marston Elison, PLLC

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount | Ref # |
|--------|-----------|------|-----|-----|------|--------------|--------|-------|
| **Client ID 1012.011 Absolute Environmental Services, Inc.** | | | | | | | | |
| 1012.011 | 11/21/2006 | JKE | A | 18 | 225.00 | 2.50 | 562.50 | ARCH |
| 1012.011 | 11/22/2006 | JKE | A | 18 | 225.00 | 1.50 | 337.50 | ARCH |
| 1012.011 | 11/26/2006 | JKE | A | 18 | 225.00 | 3.00 | 675.00 | ARCH |
| 1012.011 | 11/27/2006 | KLM | A | 16 | 100.00 | 3.00 | 300.00 | ARCH |
| 1012.011 | 11/27/2006 | JKE | A | 18 | 225.00 | 2.00 | 450.00 | ARCH |
| 1012.011 | 11/28/2006 | JKE | A | 18 | 225.00 | 1.50 | 337.50 | ARCH |
| 1012.011 | 11/30/2006 | KLM | A | 16 | 100.00 | 0.10 | 10.00 | ARCH |
| 1012.011 | 11/30/2006 | JKE | A | 18 | 225.00 | 2.20 | 495.00 | ARCH |
| 1012.011 | 12/01/2006 | JKE | P | 18 | 225.00 | 1.60 | 360.00 | 238 |
| 1012.011 | 12/04/2006 | KLM | P | 16 | 100.00 | 0.20 | 20.00 | 167 |
| 1012.011 | 12/04/2006 | JKE | P | 18 | 225.00 | 0.80 | 180.00 | 239 |
| 1012.011 | 12/05/2006 | JKE | P | 18 | 225.00 | 1.30 | 292.50 | 240 |
| 1012.011 | 12/06/2006 | JKE | P | 18 | 225.00 | 0.80 | 180.00 | 241 |
| 1012.011 | 12/07/2006 | KLM | P | 16 | 100.00 | 0.40 | 40.00 | 168 |
| 1012.011 | 12/07/2006 | JKE | P | 18 | 225.00 | 1.40 | 315.00 | 242 |
| 1012.011 | 12/08/2006 | KLM | P | 16 | 100.00 | 0.10 | 10.00 | 169 |
| 1012.011 | 12/08/2006 | JKE | P | 18 | 225.00 | 1.70 | 382.50 | 243 |
| 1012.011 | 12/09/2006 | JKE | P | 18 | 225.00 | 1.20 | 270.00 | 244 |
| 1012.011 | 12/10/2006 | JKE | P | 18 | 225.00 | 1.20 | 270.00 | 245 |
| 1012.011 | 12/11/2006 | JPE | P | 18 | 150.00 | 1.60 | 240.00 | 151 |
| 1012.011 | 12/11/2006 | KLM | P | 16 | 100.00 | 0.20 | 20.00 | 170 |
| 1012.011 | 12/11/2006 | JKE | P | 18 | 225.00 | 2.30 | 517.50 | 220 |
| 1012.011 | 12/12/2006 | JPE | P | 18 | 150.00 | 1.10 | 165.00 | 152 |
| 1012.011 | 12/12/2006 | JKE | P | 18 | 225.00 | 0.80 | 180.00 | 221 |
| 1012.011 | 12/13/2006 | JPE | P | 18 | 150.00 | 3.60 | 540.00 | 153 |
| 1012.011 | 12/13/2006 | KLM | P | 16 | 100.00 | 1.40 | 140.00 | 171 |
| 1012.011 | 12/13/2006 | JKE | P | 18 | 225.00 | 2.60 | 585.00 | 222 |
| 1012.011 | 12/14/2006 | KLM | P | 16 | 100.00 | 0.30 | 30.00 | 172 |
| 1012.011 | 12/14/2006 | JKE | P | 18 | 225.00 | 2.40 | 540.00 | 223 |
| 1012.011 | 12/15/2006 | KLM | P | 16 | 100.00 | 0.50 | 50.00 | 173 |
| 1012.011 | 12/15/2006 | JKE | P | 18 | 225.00 | 2.30 | 517.50 | 229 |
| 1012.011 | 12/16/2006 | JKE | P | 18 | 225.00 | 1.00 | 225.00 | 230 |
| 1012.011 | 12/17/2006 | JPE | P | 18 | 150.00 | 2.70 | 405.00 | 154 |
| 1012.011 | 12/17/2006 | JKE | P | 18 | 225.00 | 1.30 | 292.50 | 180 |
| 1012.011 | 12/18/2006 | JPE | P | 18 | 150.00 | 1.00 | 150.00 | 155 |
| 1012.011 | 12/18/2006 | JKE | P | 18 | 225.00 | 2.70 | 607.50 | 164 |
| 1012.011 | 12/18/2006 | KLM | P | 16 | 100.00 | 2.80 | 280.00 | 174 |
| 1012.011 | 12/19/2006 | JPE | P | 18 | 150.00 | 2.00 | 300.00 | 156 |
| 1012.011 | 12/19/2006 | JKE | P | 18 | 225.00 | 5.00 | 1125.00 | 165 |
| 1012.011 | 12/19/2006 | KLM | P | 16 | 100.00 | 6.60 | 660.00 | 175 |
| 1012.011 | 12/20/2006 | JKE | P | 18 | 225.00 | 0.80 | 180.00 | 166 |
| 1012.011 | 12/20/2006 | KLM | P | 16 | 100.00 | 0.70 | 70.00 | 176 |
| 1012.011 | 12/21/2006 | JKE | P | 18 | 225.00 | 2.50 | 562.50 | 179 |
| 1012.011 | 12/22/2006 | JKE | P | 18 | 225.00 | 3.00 | 675.00 | 231 |
| 1012.011 | 12/24/2006 | JKE | P | 18 | 225.00 | 2.00 | 450.00 | 246 |
| 1012.011 | 12/26/2006 | JKE | P | 18 | 225.00 | 1.50 | 337.50 | 232 |
| 1012.011 | 12/27/2006 | JKE | P | 18 | 225.00 | 3.50 | 787.50 | 233 |
| 1012.011 | 12/28/2006 | JPE | P | 18 | 150.00 | 1.60 | 240.00 | 157 |
| 1012.011 | 12/28/2006 | KLM | P | 16 | 100.00 | 0.90 | 90.00 | 177 |

Exhibit D, Page 4 of 6

Date: 03/19/2007
**Detail Fee Transaction File List**
Page: 5
Marston Elison, PLLC

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 1012.011 Absolute Environmental Services, Inc.** | | | | | | | | |
| 1012.011 | 12/28/2006 | JKE | P | 18 | 225.00 | 3.50 | 787.50 | 236 |
| 1012.011 | 12/29/2006 | JPE | P | 18 | 150.00 | 2.40 | 360.00 | 158 |
| 1012.011 | 12/29/2006 | KLM | P | 16 | 100.00 | 0.20 | 20.00 | 178 |
| 1012.011 | 12/29/2006 | JKE | P | 18 | 225.00 | 5.00 | 1125.00 | 237 |
| 1012.011 | 12/30/2006 | JKE | P | 18 | 225.00 | 1.00 | 225.00 | 247 |
| 1012.011 | 01/02/2007 | JPE | P | 18 | 160.00 | 5.20 | 832.00 | 181 |
| 1012.011 | 01/02/2007 | KLM | P | 16 | 100.00 | 4.20 | 420.00 | 198 |
| 1012.011 | 01/02/2007 | JKE | P | 18 | 240.00 | 4.00 | 960.00 | 248 |
| 1012.011 | 01/03/2007 | JKE | P | 18 | 240.00 | 3.30 | 792.00 | 249 |
| 1012.011 | 01/04/2007 | KLM | P | 16 | 100.00 | 0.40 | 40.00 | 199 |
| 1012.011 | 01/04/2007 | JKE | P | 18 | 240.00 | 1.30 | 312.00 | 250 |
| 1012.011 | 01/05/2007 | JKE | P | 18 | 240.00 | 1.80 | 432.00 | 251 |
| 1012.011 | 01/08/2007 | JPE | P | 18 | 160.00 | 0.80 | 128.00 | 182 |
| 1012.011 | 01/08/2007 | KLM | P | 16 | 100.00 | 0.90 | 90.00 | 200 |
| 1012.011 | 01/08/2007 | JKE | P | 18 | 240.00 | 2.80 | 672.00 | 252 |
| 1012.011 | 01/09/2007 | KLM | P | 16 | 100.00 | 1.00 | 100.00 | 201 |
| 1012.011 | 01/09/2007 | JKE | P | 18 | 240.00 | 1.50 | 360.00 | 253 |
| 1012.011 | 01/10/2007 | JKE | P | 18 | 240.00 | 2.40 | 576.00 | 254 |
| 1012.011 | 01/11/2007 | KLM | P | 16 | 100.00 | 0.10 | 10.00 | 202 |
| 1012.011 | 01/11/2007 | JKE | P | 18 | 240.00 | 2.80 | 672.00 | 255 |
| 1012.011 | 01/12/2007 | JPE | P | 18 | 160.00 | 1.50 | 240.00 | 185 |
| 1012.011 | 01/12/2007 | JKE | P | 18 | 240.00 | 1.80 | 432.00 | 256 |
| 1012.011 | 01/15/2007 | JPE | P | 18 | 160.00 | 4.30 | 688.00 | 186 |
| 1012.011 | 01/15/2007 | JKE | P | 18 | 240.00 | 2.00 | 480.00 | 257 |
| 1012.011 | 01/16/2007 | JPE | P | 18 | 160.00 | 3.40 | 544.00 | 187 |
| 1012.011 | 01/16/2007 | KLM | P | 16 | 100.00 | 1.80 | 180.00 | 189 |
| 1012.011 | 01/16/2007 | JKE | P | 18 | 240.00 | 3.50 | 840.00 | 258 |
| 1012.011 | 01/17/2007 | JPE | P | 18 | 160.00 | 0.80 | 128.00 | 188 |
| 1012.011 | 01/17/2007 | KLM | P | 16 | 100.00 | 0.10 | 10.00 | 190 |
| 1012.011 | 01/17/2007 | JKE | P | 18 | 240.00 | 2.70 | 648.00 | 259 |
| 1012.011 | 01/18/2007 | KLM | P | 16 | 100.00 | 0.40 | 40.00 | 203 |
| 1012.011 | 01/18/2007 | JKE | P | 18 | 240.00 | 3.80 | 912.00 | 260 |
| 1012.011 | 01/19/2007 | KLM | P | 16 | 100.00 | 1.50 | 150.00 | 204 |
| 1012.011 | 01/19/2007 | JKE | P | 18 | 240.00 | 2.30 | 552.00 | 261 |
| 1012.011 | 01/22/2007 | JPE | P | 18 | 160.00 | 0.30 | 48.00 | 191 |
| 1012.011 | 01/22/2007 | KLM | P | 16 | 100.00 | 0.80 | 80.00 | 205 |
| 1012.011 | 01/22/2007 | JKE | P | 18 | 240.00 | 1.40 | 336.00 | 262 |
| 1012.011 | 01/23/2007 | JPE | P | 18 | 160.00 | 1.00 | 160.00 | 192 |
| 1012.011 | 01/23/2007 | KLM | P | 16 | 100.00 | 1.30 | 130.00 | 206 |
| 1012.011 | 01/23/2007 | JKE | P | 18 | 240.00 | 2.80 | 672.00 | 263 |
| 1012.011 | 01/24/2007 | JPE | P | 18 | 160.00 | 3.60 | 576.00 | 193 |
| 1012.011 | 01/24/2007 | KLM | P | 16 | 100.00 | 0.80 | 80.00 | 207 |
| 1012.011 | 01/25/2007 | JKE | P | 18 | 240.00 | 0.90 | 216.00 | 264 |
| 1012.011 | 01/26/2007 | JKE | P | 18 | 240.00 | 1.60 | 384.00 | 265 |
| 1012.011 | 01/29/2007 | JPE | P | 18 | 160.00 | 0.50 | 80.00 | 194 |
| 1012.011 | 01/29/2007 | JKE | P | 18 | 240.00 | 0.90 | 216.00 | 266 |
| 1012.011 | 01/30/2007 | JKE | P | 18 | 240.00 | 1.50 | 360.00 | 267 |
| 1012.011 | 01/31/2007 | JPE | P | 18 | 160.00 | 1.20 | 192.00 | 195 |
| 1012.011 | 02/01/2007 | JPE | P | 18 | 160.00 | 0.50 | 80.00 | 196 |

Exhibit 2, Page 5 of 6

# Detail Fee Transaction File List

Marston Elison, PLLC

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount | Ref # |
|--------|-----------|------|-----|-----|------|---------------|--------|-------|
| **Client ID 1012.011 Absolute Environmental Services, Inc.** | | | | | | | | |
| 1012.011 | 02/01/2007 | JKE | P | 18 | 240.00 | 1.80 | 432.00 | 285 |
| 1012.011 | 02/01/2007 | KLM | P | 16 | 100.00 | 0.30 | 30.00 | 300 |
| 1012.011 | 02/02/2007 | JKE | P | 18 | 240.00 | 2.00 | 480.00 | 286 |
| 1012.011 | 02/05/2007 | JPE | P | 18 | 160.00 | 2.00 | 320.00 | 197 |
| 1012.011 | 02/05/2007 | JKE | P | 18 | 240.00 | 3.00 | 720.00 | 287 |
| 1012.011 | 02/06/2007 | JPE | P | 18 | 160.00 | 2.80 | 448.00 | 208 |
| 1012.011 | 02/06/2007 | JKE | P | 18 | 240.00 | 2.80 | 672.00 | 288 |
| 1012.011 | 02/07/2007 | JPE | P | 18 | 160.00 | 1.50 | 240.00 | 209 |
| 1012.011 | 02/07/2007 | JKE | P | 18 | 240.00 | 2.50 | 600.00 | 289 |
| 1012.011 | 02/08/2007 | JPE | P | 18 | 160.00 | 2.50 | 400.00 | 210 |
| 1012.011 | 02/08/2007 | JKE | P | 18 | 240.00 | 1.50 | 360.00 | 290 |
| 1012.011 | 02/09/2007 | JPE | P | 18 | 160.00 | 0.40 | 64.00 | 211 |
| 1012.011 | 02/09/2007 | JKE | P | 18 | 240.00 | 1.00 | 240.00 | 291 |
| 1012.011 | 02/09/2007 | KLM | P | 16 | 100.00 | 0.60 | 60.00 | 301 |
| 1012.011 | 02/12/2007 | JPE | P | 18 | 160.00 | 0.50 | 80.00 | 212 |
| 1012.011 | 02/13/2007 | JPE | P | 18 | 160.00 | 4.50 | 720.00 | 213 |
| 1012.011 | 02/13/2007 | KLM | P | 16 | 100.00 | 0.50 | 50.00 | 282 |
| 1012.011 | 02/13/2007 | JKE | P | 18 | 240.00 | 1.50 | 360.00 | 292 |
| 1012.011 | 02/13/2007 | KLM | P | 16 | 100.00 | 0.30 | 30.00 | 302 |
| 1012.011 | 02/14/2007 | JPE | P | 18 | 160.00 | 1.00 | 160.00 | 214 |
| 1012.011 | 02/15/2007 | JPE | P | 18 | 160.00 | 2.00 | 320.00 | 215 |
| 1012.011 | 02/15/2007 | KLM | P | 16 | 100.00 | 0.60 | 60.00 | 303 |
| 1012.011 | 02/16/2007 | JPE | P | 18 | 160.00 | 2.00 | 320.00 | 216 |
| 1012.011 | 02/16/2007 | KLM | P | 16 | 100.00 | 0.30 | 30.00 | 304 |
| 1012.011 | 02/19/2007 | JPE | P | 18 | 160.00 | 6.80 | 1088.00 | 217 |
| 1012.011 | 02/19/2007 | JKE | P | 18 | 240.00 | 3.00 | 720.00 | 293 |
| 1012.011 | 02/20/2007 | JPE | P | 18 | 160.00 | 2.30 | 368.00 | 218 |
| 1012.011 | 02/20/2007 | JKE | P | 18 | 240.00 | 2.00 | 480.00 | 294 |
| 1012.011 | 02/21/2007 | JPE | P | 18 | 160.00 | 1.90 | 304.00 | 219 |
| 1012.011 | 02/21/2007 | JKE | P | 18 | 240.00 | 1.50 | 360.00 | 295 |
| 1012.011 | 02/21/2007 | KLM | P | 16 | 100.00 | 1.40 | 140.00 | 305 |
| 1012.011 | 02/22/2007 | KLM | P | 16 | 100.00 | 0.60 | 60.00 | 283 |
| 1012.011 | 02/22/2007 | JKE | P | 18 | 240.00 | 1.00 | 240.00 | 296 |
| 1012.011 | 02/26/2007 | JPE | P | 18 | 160.00 | 4.70 | 752.00 | 227 |
| 1012.011 | 02/26/2007 | JKE | P | 18 | 240.00 | 3.50 | 840.00 | 297 |
| 1012.011 | 02/26/2007 | KLM | P | 16 | 100.00 | 3.10 | 310.00 | 306 |
| 1012.011 | 02/27/2007 | JPE | P | 18 | 160.00 | 0.20 | 32.00 | 226 |
| 1012.011 | 02/27/2007 | JKE | P | 18 | 240.00 | 3.00 | 720.00 | 298 |
| 1012.011 | 02/28/2007 | JKE | P | 18 | 240.00 | 2.00 | 480.00 | 225 |
| 1012.011 | 02/28/2007 | JPE | P | 18 | 160.00 | 1.10 | 176.00 | 228 |
| 1012.011 | 02/28/2007 | KLM | P | 16 | 100.00 | 0.50 | 50.00 | 284 |
| 1012.011 | 02/28/2007 | JKE | P | 18 | 240.00 | 7.00 | 1680.00 | 299 |

**Total for Client ID 1012.011**                    Billable        1360.70        294806.00

## GRAND TOTALS

Billable        1360.70        294806.00