# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D., C.P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

December 28, 2004

In Reference To:  Emerco

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 11/30/04 LAP | Deliver discovery | 0.50 | 75.00 |
| 12/2/04 LAP | Telephone Kristy regaridng discovery and expert report | 0.25 | 37.50 |
| | For professional services rendered | 0.75 | $112.50 |
| | Additional Charges : | | |
| 12/27/04 (8) Long distance charges (11/22,26,29/04) | | | 8.00 |
| | (2) Long distance charges (11/22,24/04) | | 2.00 |
| | Total costs | | $10.00 |
| | Interest on overdue balance | | $10.07 |
| | Total amount of this bill | | $132.57 |
| | Previous balance | | $1,924.13 |
| | Balance due | | $2,056.70 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.,C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

November 30, 2004

In Reference To:  Emerco

Professional Services

|  | Hours | Amount |
|---|---|---|
| 11/22/04 LAP    Telephone client and Kristi; Hand file "Reply" | 1.25 | 187.50 |
| 11/26/04 LAP    Review discovery order; Telephone client | 0.25 | 37.50 |
| For professional services rendered | 1.50 | $225.00 |
| Additional Charges : |  |  |
| 11/22/04 Photocopies: Plaintiff's Reply in Support of Motion to Compel Discovery |  | 12.00 |
| Total costs |  | $12.00 |
| Interest on overdue balance |  | $10.79 |
| Total amount of this bill |  | $247.79 |
| Previous balance |  | $1,676.34 |
| Balance due |  | $1,924.13 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.,C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

October 31, 2004

In Reference To:  Emerco

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 10/1/04 LAP | Telephone Roland regarding documents; Assemble paperwork for shipment; Conference w/Peggy @ Atkinson regarding discovery | 0.50 | 75.00 |
| 10/21/04 LAP | Telephone Roland regarding protective order opposition | 0.25 | 37.50 |
| 10/22/04 LAP | Telephone Kristy; Hand file opposition | 0.50 | 75.00 |
| 10/26/04 LAP | Telephone Dickson regarding Puett deposition | 0.25 | 37.50 |
| 10/29/04 LAP | Review and file Motion to Compel | 0.50 | 75.00 |
| | For professional services rendered | 2.00 | $300.00 |
| | Additional Charges : | | |
| 10/28/04 | (3) Long distance charges (9/1,3,8/04) | | 3.00 |
| | Long distance charges (9/22/04) | | 1.00 |
| | Total costs | | $4.00 |
| | Interest on overdue balance | | $9.09 |
| | Total amount of this bill | | $313.09 |
| | Previous balance | | $1,363.25 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.,C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON

Page  2

| | Amount |
|---|---|
| Balance due | $1,676.34 |

# PAUL J. NANGLE & ASSOCIATES

### ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.,C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8856

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

September 30, 2004

In Reference To: Emerco

### Professional Services

|  | Hours | Amount |
|---|---|---|
| 9/15/04 LAP   Telephone Eric Brown regarding discovery | 0.25 | 37.50 |
| 9/24/04 LAP   Conference with client regarding Emerco documents | 0.25 | 37.50 |
| For professional services rendered | 0.50 | $75.00 |

Additional Charges :

| | Amount |
|---|---|
| 9/13/04 Photocopies: Emerco's Response to Plaintiff's 2nd Request for Production to Roland | 8.00 |
| Photocopies: Brechan/Safeco's Motion for Partial Summary Judgment on Count 6 and Count 4 to client | 36.60 |
| Photocopies: McKinley's Response to Plaintiff's 1st Request for Production to client | 18.20 |
| Photocopies: Emerco's Response to Plaintiff's 2nd Request for Production to client | 8.00 |
| Postage: Priority mail - documents to Roland | 9.45 |
| Photocopies: McKinley's Response to Plaintiff's 1st Request for Production to Roland | 18.20 |
| Photocopies: Brechan/Safeco's Motion for Partial Summary Judgment as to Count 6 and Count 4 to Roland | 36.60 |
| 9/17/04 Postage: Brechan/Safeco's Motion for Partial Summary Judgment as to Count 6 and Count 4 to client | 5.00 |
| Postage: McKinley's Respone to Plaintiff's 1st Request for Production and Emerco's Response to Plaintiff's 2nd Request for Production to client | 4.00 |

# PAUL J. NANGLE & ASSOCIATES

### ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D., C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON

Page  2

|  | Amount |
|---|---|
| 9/29/04 (10) Long distance charges (8/4-20/04) | 10.00 |
| (14) Long distance charges (8/4-27/04) | 14.00 |
| 9/30/04 (7) Long distance charges (8/3-20/04) | 7.00 |
| Total costs | $175.05 |
| Interest on overdue balance | $13.58 |
| Total amount of this bill | $263.63 |
| Previous balance | $2,902.63 |
| 9/17/04 Payment - thank you | ($1,803.01) |
| Total payments and adjustments | ($1,803.01) |
| Balance due | $1,363.25 |

# PAUL J. NANGLE & ASSOCIATES

### ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D., C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

August 31, 2004

In Reference To:  Emerco

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 7/30/04 LAP | To federal court; Telephone Joaquin regarding records deposition | 0.50 | 75.00 |
| 8/3/04 LAP | Telephone calls to Roland regarding discovery and deposition subpoenas | 0.25 | 37.50 |
| 8/6/04 LAP | Telephone Kristy regarding Coffman documents | 0.25 | 37.50 |
| 8/11/04 LAP | Telephone Joaquin regarding depositions and scheduling depositions | 0.75 | 112.50 |
| 8/13/04 LAP | Telephone Joaquin and Roland regarding depositions | 0.25 | 37.50 |
| 8/20/04 LAP | Telephone calls regarding records depositions; Review produced records | 1.75 | 262.50 |
| 8/22/04 LAP | Review Kodiak Rental's documents | 0.25 | 37.50 |
| 8/26/04 LAP | Telephone Coffman's lawyer regarding deposition documents | 0.25 | 37.50 |
| 8/27/04 LAP | Telephone client and Roland regarding Brechan motion; Review exhibits | 0.50 | 75.00 |
| | For professional services rendered | 4.75 | $712.50 |

Additional Charges :

| | | |
|---|---|---|
| 8/3/04 | Postage: Plaintiff's Response to Emerco's 1st set Interrogatories | 1.30 |
| | Photocopies: Plaintiff's Response to Emerco's 1st set Interrogatories | 4.60 |
| 8/6/04 | Postage: Express Mail - documents to Roland | 18.80 |
| | Downtown Legal Copy Inv. 91959 - Discovery documents | 201.24 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D., C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 278-1794

DAVID OLSON

Page 2

|  | | Amount |
|---|---|---|
| 8/11/04 | Photocopies: Letter to counsel; Notice of Taking Records Depositions on Polar, Kodiak, and Business Insurance | 17.60 |
|  | Postage: Letter to counsel; Notice of Taking Records Deposition on Kodiak, Polar, Business Insurance | 3.60 |
| 8/12/04 | Photocopies: Letter, Subpoena/Declaration of Records Custodian to Kodiak, Polar, Business Insurance | 2.40 |
| 8/20/04 | Postage: Express Mail - Documents to Roland | 21.05 |
|  | Photocopies: Declaration of Records Custodian and Records - Business Insurance | 37.00 |
| 8/23/04 | Alaska Court Services Inv. 6381 - Served subpoena on Kodiak Rental | 50.00 |
| 8/25/04 | (4) Long distance charges (7/9-30/04) | 4.00 |
|  | (6) Long distance charges (7/6-23/04) | 6.00 |
|  | Photocopies: Letter to counsel | 1.20 |
|  | Postage: Letter to counsel | 2.22 |
| 8/31/04 | (4) Long distance charges (u/9,29,30/04) | 4.00 |
|  | Total costs | $375.01 |
|  | Interest on overdue balance | $12.11 |
|  | Total amount of this bill | $1,099.62 |
|  | Previous balance | $1,803.01 |
|  | Balance due | $2,902.63 |

# PAUL J. NANGLE & ASSOCIATES

### ATTORNEYS AT LAW

PAUL J. NANGLE, J. D.,C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

KERRY BUILDING, IOI CHRISTENSEN DRIVE
ANCHORAGE, ALASKA 99501

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

July 30, 2004

In Reference To: Emerco

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 7/2/04 LAP | Discovery | 0.50 | 75.00 |
| 7/8/04 LAP | Telephone calls to Roland regarding discovery; Conference w/client regarding discovery | 0.50 | 75.00 |
| 7/9/04 LAP | Review discovery response; Telephone Roland | 0.50 | 75.00 |
| 7/16/04 LAP | Telephone Roland and Brown's office regarding obtaining Emerco's discovery | 0.25 | 37.50 |
| 7/20/04 LAP | Telephone Roland regarding court deadlines for ADR, obtaining discovery | 0.25 | 37.50 |
| 7/22/04 LAP | Conference w/Dickson (Specialty Polymer) on discovery; Telephone Brown's office | 0.50 | 75.00 |
| 7/27/04 LAP | Review Joaquin e-mail on record depositions | 0.25 | 37.50 |
| | For professional services rendered | 2.75 | $412.50 |

Additional Charges :

| | | |
|---|---|---|
| 7/14/04 | Photocopies: Plaintiff's Response to Emerco's 1st Request for Production to Atkinson | 9.60 |
| | Postage: Plaintiff's Response to Emerco's 1st Request for Production to Atkinson | 0.60 |
| 7/23/04 | Photocopies: Letter from Brown - Emerco's additional documents for Request for Production | 58.00 |
| | Postage: Letter from Brown - Emerco's additional documents to Request for Production | 8.00 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.,C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON

Page 2

|  |  | Amount |
|---|---|---|
| 7/26/04 | Long distance charges (6/2,10,14/04) | 5.00 |
|  | Long distance charges (6/21,24/04) | 4.00 |
|  | Action Video Invoice 16963 - Copies of tapes | 68.00 |
|  | Total costs | $153.20 |
|  | Interest on overdue balance | $16.69 |
|  | Total amount of this bill | $582.39 |
|  | Previous balance | $3,220.62 |
| 7/21/04 | Payment - thank you | ($2,000.00) |
|  | Total payments and adjustments | ($2,000.00) |
|  | Balance due | $1,803.01 |

# PAUL J. NANGLE & ASSOCIATES

### ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.,C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

June 30, 2004

In Reference To:  Emerco

Professional Services

| | Hours | Amount |
|---|---|---|
| 6/2/04 LAP   Review discovery requests; Telephone client | 0.25 | 37.50 |
| 6/8/04 LAP   Telephone client regarding discovery | 0.25 | 37.50 |
| 6/14/04 LAP   Telephone Roland, Kreger, Client regarding possible site inspections | 0.25 | 37.50 |
| For professional services rendered | 0.75 | $112.50 |

Additional Charges :

| | Amount |
|---|---|
| 6/10/04 Filing fee - Marston's Pro Hac Vice | 150.00 |
| Postage: Marston's appearance | 3.00 |
| 6/14/04 Photocopies: Request for Production to Brechan, Coffman, Absolute, Polymer | 34.80 |
| Postage: Request for Production to Brechan, Coffman, Absolute, Polymer | 9.40 |
| Total costs | $197.20 |
| Interest on overdue balance | $29.03 |
| Total amount of this bill | $338.73 |
| Previous balance | $2,881.89 |
| Balance due | $3,220.62 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

PAUL J. NANGLE, J. D.,C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

KERRY BUILDING, 101 CHRISTENSEN DRIVE
ANCHORAGE, ALASKA 99501

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

May 28, 2004

In Reference To:  Emerco

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 4/30/04 LAP | Telephone Roland and client regarding finalizing and filing Preliminary Witness List | 0.50 | 75.00 |
| 5/7/04 LAP | Telephone client regarding alter ego issue | 0.25 | 37.50 |
| 5/10/04 LAP | Telephone clinet regarding Brechan issue | 0.25 | 37.50 |
| 5/11/04 LAP | Telephone Roland regarding contracts | 0.25 | 37.50 |
| 5/12/04 LAP | Telephone Roland regarding contract issue; Research | 1.75 | 262.50 |
| 5/13/04 LAP | Review and reply to Roland's e-mail; Letter to tate regarding Emerco | 0.50 | 75.00 |
| 5/19/04 LAP | Review and respond to Roland's e-mail on Emerco contract status | 0.25 | 37.50 |
| 5/24/04 LAP | Telephone Kreger regarding Emerco contract status; Telephone client; Review discovery responses | 0.50 | 75.00 |
| | For professional services rendered | 4.25 | $637.50 |
| | Additional Charges : | | |
| 4/30/04 | Photocopies: Absolute's Preliminary Witness List | | 23.40 |
| | Postage: Absolute's Preliminary Witness List | | 5.81 |
| 5/3/04 | Photocopies: Polymer's Preliminary Witness List; McKinley's Initial Disclosures | | 3.80 |
| | Postage: Polymer's Preliminary Witness List; McKinley's Initial Disclosures | | 1.30 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D., C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON

Page 2

| | Amount |
|---|---|
| 5/6/04 Photocopies: Coffman's Preliminary Witness List to client | 1.00 |
| Postage: Coffman's Preliminary Witness List | 0.60 |
| 5/24/04 (4) Long distance charges (4/5-30/04) | 5.22 |
| Total costs | $41.13 |
| Interest on overdue balance | $13.67 |
| Total amount of this bill | $692.30 |
| Previous balance | $3,875.83 |
| 5/25/04 Payment - thank you | ($1,686.24) |
| Total payments and adjustments | ($1,686.24) |
| Balance due | $2,881.89 |

# PAUL J. NANGLE & ASSOCIATES
### ATTORNEYS AT LAW

PAUL J. NANGLE, J. D., C.P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

KERRY BUILDING, 101 CHRISTENSEN DRIVE
ANCHORAGE, ALASKA 99501

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

April 30, 2004

In Reference To: Emerco

### Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 4/1/04 LAP | Revise supplemental disclosures | 0.50 | 75.00 |
| 4/5/04 LAP | Telephone calls: Rich Roland and client regarding supplemental disclosures; Telephone Brown regarding IIC documents | 0.50 | 75.00 |
| 4/6/04 LAP | Review IIC documents at Brown's office | 0.75 | 112.50 |
| 4/9/04 LAP | Telephone Sally at Brown's office and Roland regarding IIC copies | 0.25 | 37.50 |
| 4/12/04 LAP | Review Roland's discovery requests | 0.25 | 37.50 |
| 4/15/04 LAP | Revise discovery requests; Telephone Brown's office | 0.50 | 75.00 |
| 4/16/04 LAP | Telephone Roland regarding discovery | 0.25 | 37.50 |
| 4/20/04 LAP | Revise and sign discovery requests; Telephone call and conference w/client | 0.50 | 75.00 |
| 4/23/04 LAP | Conference with client regarding discovery | 0.25 | 37.50 |
| 4/27/04 LAP | Telephone Roland regarding Preliminary Witness List and expert deadlines | 0.25 | 37.50 |
| 4/28/04 LAP | Telephone Roland regarding witness list | 0.25 | 37.50 |
| | For professional services rendered | 4.25 | $637.50 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

PAUL J. NANGLE, J. D.,C.P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

KERRY BUILDING, 101 CHRISTENSEN DRIVE
ANCHORAGE, ALASKA 99501

TELEPHONE
(907) 274-8866
FACSIMILE
(907) 279-1794

DAVID OLSON

Page 2

Additional Charges :

| | | Amount |
|---|---|---|
| 4/7/04 | Postage: Absolute's 1st Supplemental Initial Disclosures | 4.98 |
| | Photocopies: Absolute's 1st Supplemental Initial Disclosures | 12.00 |
| 4/13/04 | (3) Long distance charges (3/1-17/04) | 0.72 |
| | (4) Long distance charges (3/3-12/04) | 3.42 |
| 4/16/04 | Downtown Legal Copy's Invoice 88181: 2nd set of copies of documents from Brown's office | 264.46 |
| | Downtown Legal Copy's Invoice 88147: Copies of documents from Brown's office | 404.46 |
| 4/19/04 | Photocopies: Letter to Brown | 1.20 |
| | Postage: Letter to Brown | 2.22 |
| 4/20/04 | Postage: Copy of documents sent to Roland | 37.45 |
| | Photocopies: Absolute's Request for Production to Emerco | 30.80 |
| | Postage: Absolute's Request for Production to Emerco | 9.10 |
| | Total costs | $770.81 |
| | Interest on overdue balance | $17.00 |
| | Total amount of this bill | $1,425.31 |
| | Previous balance | $3,513.85 |
| 4/5/04 | Payment - thank you | ($1,063.33) |
| | Total payments and adjustments | ($1,063.33) |
| | Balance due | $3,875.83 |

# PAUL J. NANGLE & ASSOCIATES

### ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.,C.P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

March 31, 2004

In Reference To: Emerco

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 2/27/04 LAP | Telephone client and Roland regarding witness supplement | 0.25 | 37.50 |
| 3/3/04 LAP | Telephone client regarding Disclosures | 0.25 | 37.50 |
| 3/4/04 LAP | Telephone Roland regarding documents | 0.25 | 37.50 |
| 3/5/04 LAP | Review documents; Telephone client | 1.25 | 187.50 |
| 3/8/04 LAP | Telephone Roland and client regarding discovery | 0.25 | 37.50 |
| 3/11/04 LAP | Telephone Roland; Conference w/Dickson regarding Emerco documents | 0.75 | 112.50 |
| | For professional services rendered | 3.00 | $450.00 |
| | Additional Charges : | | |
| 3/10/04 | (19) Long distance charges (2/25,27/04) | | 10.40 |
| | (10) Long distance charges (2/3-27/04) | | 3.96 |
| | Total costs | | $14.36 |
| | Interest on overdue balance | | $25.64 |
| | Total amount of this bill | | $490.00 |
| | Previous balance | | $3,023.85 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.,C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON

Page 2

Amount

Balance due                                                $3,513.85

# PAUL J. NANGLE & ASSOCIATES

### ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.,C.P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

February 27, 2004

In Reference To:  Emerco

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 2/4/04 LAP | Telephone Roland regarding conference issue | 0.25 | 37.50 |
| 2/5/04 LAP | Conference w/defense counsel on joint defense issues and Rule 26 conference | 0.50 | 75.00 |
| 2/8/04 LAP | Telephone Roland; Review Pro Hoc Vice applications | 0.25 | 37.50 |
| 2/9/04 LAP | Review and revise 26(f) report | 0.75 | 112.50 |
| 2/10/04 LAP | Review Dickson's e-mail; Revise report | 0.50 | 75.00 |
| 2/11/04 LAP | Rule 26(f) conference; Revise report | 1.75 | 262.50 |
| 2/12/04 LAP | Telephone Roland; Revise report | 0.50 | 75.00 |
| 2/18/04 LAP | Telephone Roland and client regarding Disclosures | 0.50 | 75.00 |
| 2/23/04 LAP | Conference w/client regarding Emerco documents | 0.25 | 37.50 |
| 2/24/04 LAP | Telephone Roland regarding disclosures | 0.25 | 37.50 |
| 2/25/04 LAP | Telephone calls: Roland and client regarding disclosures; Revise Disclosure Statement; Review Coffman's disclosures | 2.50 | 375.00 |
|  | For professional services rendered | 8.00 | $1,200.00 |

# PAUL J. NANGLE & ASSOCIATES

### ATTORNEYS AT LAW

PAUL J. NANGLE, J. D.,C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

KERRY BUILDING, 101 CHRISTENSEN DRIVE
ANCHORAGE, ALASKA 99501

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON

Page  2

Additional Charges :

| | | Amount |
|---|---|---|
| 2/10/04 | (6) Long distance charges (1/6-15/04) | 3.42 |
| | (7) Long distance charges (1/15-29/04) | 2.34 |
| 2/11/04 | Filing fee: Roland's Application for Pro Hac Vice Admission | 100.00 |
| | Photocopies: Roland's Application, Consent, and Order for Pro Hac Vice Admission | 10.80 |
| | Postage: Roland's Application, Consent, and Order for Pro Hac Vice Admission | 4.20 |
| 2/18/04 | Photocopies: Scheduling and Planning Report | 9.80 |
| | Postage: Scheduling and Planning Report | 3.60 |
| 2/25/04 | Photocopies: Absolute's Initial Disclosures | 8.40 |
| | Postage: Absolute's Initial Disclosures | 4.20 |
| | Total costs | $146.76 |
| | Interest on overdue balance | $7.46 |
| | Total amount of this bill | $1,354.22 |
| | Previous balance | $2,113.18 |
| 2/11/04 | Payment - thank you | ($443.55) |
| | Total payments and adjustments | ($443.55) |
| | Balance due | $3,023.85 |

# PAUL J. NANGLE & ASSOCIATES

### ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.,C.P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

January 30, 2004

In Reference To: Emerco

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 1/8/04 LAP | Telephone Roland regarding answer | 0.25 | 37.50 |
| 1/13/04 LAP | Review and revise Answer; Telephone Roland | 1.25 | 187.50 |
| 1/14/04 LAP | Telephone Roland regarding Answer revisions | 0.25 | 37.50 |
| 1/15/04 LAP | Telephone Roland; Revise and file Answer; Review SPC and Coffman's Answer | 1.25 | 187.50 |
| 1/16/04 LAP | Telephone client regarding Answers filed by Coffman and SPC and Brechan | 0.25 | 37.50 |
| 1/26/04 LAP | Review Baerg Letter | 0.25 | 37.50 |
| 1/27/04 LAP | Telephone Roland regarding Baerg's letter, pro hac | 0.25 | 37.50 |
| 1/29/04 LAP | Letter to Baerg regarding Puett | 0.25 | 37.50 |
| | For professional services rendered | 4.00 | $600.00 |
| | Additional Charges : | | |
| 1/15/04 | Photocopies: Absolute's Answser to Counterclaim | | 12.60 |
| | Postage: Absolute's Answer to Counterclaim | | 4.20 |
| 1/26/04 | (12) Long distance charges (12/3-29/03) | | 14.85 |

# PAUL J. NANGLE & ASSOCIATES

### ATTORNEYS AT LAW

KERRY BUILDING, IOI CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D., C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON

Page 2

|  | Amount |
|---|---|
| 1/26/04  (3) Long distance charges (12/15,16,22/03) | 3.06 |
| Total costs | $34.71 |
| Interest on overdue balance | $9.66 |
| Total amount of this bill | $644.37 |
| Previous balance | $1,468.81 |
| Balance due | $2,113.18 |

# PAUL J. NANGLE & ASSOCIATES

### ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

### ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.,C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

December 31, 2003

In Reference To:  Emerco

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 12/1/03 LAP | Conference with client regarding amended complaint | 0.25 | 37.50 |
| 12/3/03 LAP | Telephone Baerg and Roland regarding Brecha, amended complaint; Review bond correspondence | 0.75 | 112.50 |
| 12/8/03 LAP | Telephone client regarding Emerco's answer; Check deadline | 0.25 | 37.50 |
| 12/9/03 LAP | Check federal court file | 0.25 | 37.50 |
| 12/10/03 LAP | Check federal court file; Telephone client regarding counterclaims | 0.50 | 75.00 |
| 12/11/03 LAP | Review answer and counterclaims; Telephone Kreger and Roland; Telephone conference w/client; Research on incomplete answer | 2.50 | 375.00 |
| 12/15/03 LAP | Telephone Stoetzer (Coffman Engineer) | 0.25 | 37.50 |
| 12/16/03 LAP | Telephone Roland regarding Coffman Engineers, bar admission requirement; Conference calls: Kreger/Roland and Roland/Olson | 1.50 | 225.00 |
| 12/19/03 LAP | Check on Emerco's registered agent status | 0.25 | 37.50 |
| 12/22/03 LAP | Review Roland's e-mail | 0.25 | 37.50 |
| 12/23/03 LAP | Telephone Roland regarding extension, pro hac | 0.50 | 75.00 |
| 12/24/03 LAP | Telephone Brown's office regarding extension | 0.25 | 37.50 |
| 12/29/03 LAP | Review Kreger letter; Telephone Roland; Draft Stipulation for Extension | 1.50 | 225.00 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.,C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON

Page 2

|  | Hours | Amount |
|---|---|---|
| 12/30/03 LAP    Review client memo on counterclaim | 0.75 | 112.50 |
| For professional services rendered | 9.75 | $1,462.50 |
| Additional Charges : | | |
| 12/15/03 (3) Long distance charges (11/17,21,25/03) | | 0.92 |
| (2) Long distance charges (11/18,24/03) | | 2.16 |
| 12/18/03 Photocopies: Proof of Service by Certified Mail to Roland | | 2.40 |
| Postage: Proof of Service by Certified Mail to Roland | | 0.83 |
| Total costs | | $6.31 |
| Total amount of this bill | | $1,468.81 |
| Previous balance | | $464.05 |
| 12/16/03 Payment - thank you | | ($464.05) |
| Total payments and adjustments | | ($464.05) |
| Balance due | | $1,468.81 |

# PAUL J. NANGLE & ASSOCIATES

ATTORNEYS AT LAW

KERRY BUILDING, 101 CHRISTENSEN DRIVE

ANCHORAGE, ALASKA 99501

PAUL J. NANGLE, J. D.,C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON
ABSOLUTE ENVIRONMENTAL
P.O. BOX 112807
ANCHORAGE AK 99511-2807

November 30, 2003

In Reference To:  Emerco

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 11/4/03 LAP | File "Proof of Service" | 0.25 | 37.50 |
| 11/6/03 LAP | Telephone Roland regarding service; Call California appeal; Letter to Baerg | 0.25 | 37.50 |
| 11/21/03 LAP | Review Roland's e-mail; Telephone calls: Roland and Olson regarding Jermain; Letter to Jermain | 0.75 | 112.50 |
| 11/24/03 LAP | Research on agency; Telephone Roland | 0.50 | 75.00 |
| 11/25/03 LAP | Review Roland's e-mail; Revise Complaint; Telephone Roland | 1.25 | 187.50 |
| 11/26/03 LAP | File "Amended Complaint" | 0.25 | 37.50 |
| | For professional services rendered | 3.25 | $487.50 |
| | Additional Charges : | | |
| 11/17/03 | Blomdahl Attorney's Invoice 15741: Attempted service on McKinley | | 98.50 |
| 11/20/03 | (5) Long distance charges (10/23,24/03) | | 1.02 |
| | (7) Long distance charges (10/1 - 22/03) | | 7.16 |
| | Long distance charges (10/1/03) | | 0.32 |
| 11/26/03 | Photocopies: Notice of Filing Amended Complaint; 1st Amended Complaint | | 13.20 |

# PAUL J. NANGLE & ASSOCIATES

### ATTORNEYS AT LAW

PAUL J. NANGLE, J. D.,C. P. A.
OF COUNSEL
LAWRENCE A. PEDERSON, J. D.

KERRY BUILDING, 101 CHRISTENSEN DRIVE
ANCHORAGE, ALASKA 99501

TELEPHONE
(907) 274-8866

FACSIMILE
(907) 279-1794

DAVID OLSON

Page 2

|  | Amount |
|---|---|
| 11/26/03 Postage: Notice of Filing Amended Complaint; 1st Amended Complaint | 3.40 |
| Total costs | $123.60 |
| Total amount of this bill | $611.10 |
| Previous balance | ($147.05) |
| Balance due | $464.05 |