```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


                      ABSOLUTE   v.   MCKINLEY

DATE:    March 28, 2007        CASE NO.    3:03-CV-0199-RRB


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               SCHEDULING HEARING
```

A trial setting conference will be held in this matter on **Thursday, April 12, 2007,** at **9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska. Parties and counsel may attend telephonically by contacting Carolyn Bollman, at 907-451-5791 at least two days prior to the hearing, to make appropriate arrangements.

M.O. SCHEDULING HEARING