ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930
(duffy@mmlawyers.com)
(baerg@mmlawyers.com)

Attorneys for Defendant and
Cross-Complainant EMERCO, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>　　Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. A-03-0199 Civil (RRB)<br><br>**DECLARATION OF WILLIAM R. BAERG IN OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |

I, William R. Baerg, declare:

1.　I am an attorney at law licensed by the State of California and specially admitted to this honorable court for the within case. I represent Emerco, Inc., a California corporation doing business as Imperial Industrial Coating ("Imperial").

2. Attached hereto as Exhibit 1 is a true and correct copy of a demand letter from Terry Marston, the attorney for Absolute Environmental Services, Inc., dated December 15, 2004, wherein he demanded from Imperial on behalf of his client the sum of $1,327,899.

Executed at Los Angeles, California this 2nd day of April, 2007.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

_____
WILLIAM R. BAERG

# CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on April 2, 2007, a copy of the foregoing was served by ECF on:

Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, III, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Thomas A. Larkin, tlarkin@lawssg.com
Terry R. Marston, terry@mhf-law.com
Peter C. Partnow, PartnowP@LanePowell.com
James B. Stoetzer, StoetzerJ@LanePowell.com

and by facsimile on:

Paul J. Nangle
Paul J. Nangle & Associates
101 Christensen Dr.
Anchorage, AK 99501
FAX NO.:     (907) 279-1794

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on April 2, 2007, at Los Angeles, California.

_____
SALLIE RASPA