Michael E. Kreger, Alaska Bar No. 8311170
MKreger@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendant
Brechan Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>Defendants. | Case No. 3:03-CV-0199-RRB |

**AFFIDAVIT OF MICHAEL E. KREGER**

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

Michael Kreger, being first duly sworn, deposes and says:

1. I am one of the attorneys representing Brechan Enterprises, Inc. in this matter.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

2.   Attached to this Affidavit as Exhibit 1 is a copy of a trial exhibit admitted as C-256, Absolute Environmental's May 6, 2005 Request for Equitable Adjustment to Brechan Enterprises, Inc., with attachments. A more legible copy of the letter is attached as Exhibit 1A.

3.   Attached to this Affidavit as Exhibit 2 is a letter sent from counsel for Brechan to counsel for Absolute dated May 27, 2005.

4.   Attached to this Affidavit as Exhibit 3 is the subcontract between Absolute and Brechan. The subcontract (along with attachments not pertinent to the instant motion) was admitted as trial exhibit B-45.

DATED: April 2, 2007.

*Michael E. Kreger*
_____
Michael E. Kreger

SUBSCRIBED AND SWORN TO OR AFFIRMED before me on April 2, 2007

Karen A. Richard
_____
Notary Public in and for Alaska
My commission expires: 11/16/09

I hereby certify that on April 2, 2007 the foregoing has been served by electronic mail on William R. Baerg, Terry R. Marston II, Eric J. Brown, and Thomas A. Larkin.

/s/ Michael E. Kreger
_____
Michael E. Kreger

AFFIDAVIT OF MICHAEL E. KREGER
Absolute v. McKinley, et al.                         -2-
Case No. 3:03-cv-0199-RRB
38599-0012/LEGAL13123246.1

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108