

Michael E. Kreger
PHONE: 907.263.6916
EMAIL: mkreger@perkinscoie.com

1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
PHONE: 907.279.8561
FAX: 907.276.3108
www.perkinscoie.com

May 23, 2005

Marston & Heffernan
Attn: Terry Marston
16880 NE 79th Street
Redmond, WA 98052-4424

Re: **Request for Equitable Adjustment
Cargo Wharf Pile Coating Phase II**

Dear Terry:

This letter is to confirm that Brechan Enterprises, Inc. ("Brechan") has received Absolute Environmental Services, Inc.'s ("Absolute") request for equitable adjustment dated May 6, 2005, relating to the Kodiak Cargo Wharf Pile Coating Phase II subcontract. Brechan is currently in the process of reviewing this request. Pending requests for additional information as to entitlement or quantum, Brechan anticipates providing a written decision within 45 days.

Sincerely,

*Michael E. Kreger*
Michael E. Kreger

MEK:ljk

[38599-0012/AA051380.011]