Michael E. Kreger, Alaska Bar No. 8311170
MKreger@perkinscoie.com
Jacob B. Nist, Alaska Bar No. 211051
JNist@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:  907.279.8561
Facsimile:  907.276.3108

Attorneys for Defendant
Brechan Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. MCKINLEY, et. al,<br><br>Defendants. | Case No.: 3:03-cv-0199-RRB<br><br>**(PROPOSED) ORDER ON PREJUDGMENT INTEREST AGAINST BRECHAN** |

The court having considered Absolute Environmental Services Inc's application for prejudgment interest against Brechan Enterprises, Inc. and Brechan's response,

IT IS HEREBY ORDERED that prejudgment interest against Brechan is awarded as follows:

The verdict amount against Brechan is $639,268.50.  The breach of contract occurred on June 22, 2005, the date when Absolute's May 6, 2005 Request for Equitable Adjustment was effectively denied.  Prejudgment interest accrues

PROPOSED ORDER
Absolute v. Brechan, et al.
Case No. 3:03-cv-0199-RRB                                      - 1 -                                      [38599-0012/13116293_1.DOC]

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

beginning on June 23, 2005.  The calculation of prejudgment interest is as follows:

**Calculation of per diem rate**     .0925 per annum rate x $639,268.50

$59,132.34 ÷ 365 days = $162.00 per day

**Calculation of prejudgment interest through March 31, 2007**

6/23/05 through 3/31/07 = 645 days

645 days (through March 31, 2007) x $162.00 per day =$104,490.00

**Calculation to actual date of entry of judgment**

Prejudgment interest after March 31, 2007 to date of entry of judgment shall be calculated as follows: $104,490.00 plus $162.00 per day x the number of days after March 31, 2007 when judgment is entered.

Dated:_____.

_____
Ralph R. Beistline
United States District Judge

I hereby certify that on April 2, 2007, the foregoing
has been served by electronic mail on William R.
Baerg, Terry R. Marston II, Eric J. Brown, and
Thomas A. Larkin.

  /s/ Michael E. Kreger
       Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

PROPOSED ORDER
Absolute v. Brechan, et al.
Case No. 3:03-cv-0199-RRB                - 2 -                [38599-0012/13116293_1.DOC]