


Michael E. Kreger, Alaska Bar No. 8311170
MKreger@perkinscoie.com
James N. Leik, Alaska Bar No. 811109
JLeik@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:  907.279.8561
Facsimile:  907.276.3108

Attorneys for Defendant
Brechan Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>FORREST J. MCKINLEY, et. al,<br><br>      Defendants. | Case No.: 3:03-cv-0199-RRB |

**(PROPOSED) ORDER ON ABSOLUTE'S MOTION
FOR ATTORNEYS' FEES**

This matter comes before the Court on the application of Absolute

Environmental Services, Inc. for an award of attorneys' fees against Brechan

Enterprises, Inc.

Attorneys' fees are awarded to Absolute against Brechan pursuant to Alaska Rule of Civil Procedure 82(b)(1) in the amount of $_____.

DATED at Anchorage, Alaska, this ____ day of _____, 2007.

                                        Ralph R. Beistline
                                        United States District Judge

I hereby certify that on April 2, 2007, the foregoing has been served by electronic mail on William R. Baerg, Terry R. Marston II, Eric J. Brown, and Thomas A. Larkin.

  /s/ Michael E. Kreger
      Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

(PROPOSED) ORDER                        -2-
<u>Absolute v. McKinley, et al</u>.
Case No. 3:03-cv-0199-RRB
38599-0012/LEGAL13134672.1