Thomas A. Larkin, ASB #0009055
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon  97201-5047
Telephone:	(503) 221-0699
Fax:		(503) 227-5028
Email:		tlarkin@lawssg.com
   Of Attorneys for Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, ) ) ) | Case No. 3:03-cv-0199-RRB |
| Plaintiff, ) ) | |
| v. ) ) | **SAFECO INSURANCE COMPANY OF AMERICA'S MEMORANDUM IN RESPONSE TO MOTION FOR AWARD OF PRE-JUDGMENT INTEREST** |
| FORREST J. MCKINLEY, et al., ) ) ) | |
| Defendants. ) _____ ) | |

Safeco Insurance Company of America ("Safeco") submits the following memorandum in response to Absolute Environmental Services, Inc.'s ("Absolute") Motion for Award of Pre-Judgment Interest.

Safeco does not dispute that the applicable prejudgment interest rate is 9.25%, as established by Alaska Statute § 09.30.070(a).  Safeco also does not dispute that because the first notice to Safeco of any claim on the bond was the date the action was filed against Safeco (June 23, 2005), that the filing date is the earliest that pre-judgment interest could accrue.  Safeco further agrees that under its Miller Act Bond, it is liable to Absolute for Brechan's failure to pay Absolute for labor, materials or equipment provided to the project.

Safeco disputes, however, that 9.25% is the applicable post-judgment rate. As noted in

SAFECO'S MEMORANDUM IN RESPONSE TO MOTION FOR AWARD OF PRE-JUDGMENT INTEREST, Case No. A03-0119CV (RRB) - Page 1 of 3

Brechan's Response to Application for Pre-Judgment Interest, at 9-10 (Docket #583), the federal post-judgment interest rate controls on a claim based solely on federal law, the Miller Act. Under L.R. 58.1(e), the clerk will enter the post-judgment interest rate.

On page 7 of its motion, Absolute states that "Safeco has acknowledged its liability for the amount of the judgment entered against Brechan and has waived any claim that the judgment exceeded the penal sum of its bond." That is not entirely accurate. What Safeco agreed is that based on the judgment amount, $639,268.50, Safeco would not assert any defense to **that judgment** being entered against it based on an allegation that the amount sought ($639,268.50) exceeds the penal sum of the bond. Safeco has reserved the right to assert other defenses to the

///

///

///

///

///

///

///

///

///

///

///

///

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com

SAFECO'S MEMORANDUM IN RESPONSE TO MOTION FOR AWARD OF PRE-JUDGMENT INTEREST, Case No. A03-0119CV (RRB) - Page 2 of 3

amount of that judgment, either directly or through incorporation by reference of Brechan's defenses.[1]

Respectfully submitted this 3rd day of April, 2007.

                                STEWART SOKOL & GRAY LLC


                                /s/Thomas A. Larkin
                                Thomas A. Larkin, ASB # 0009055
                                2300 SW First Avenue, Suite 200
                                Portland, Oregon 97201-5047
                                Telephone:    (503) 221-0699
                                Fax:                (503) 227-5028
                                E-mail:           tlarkin@lawssg.com
                                         Of Attorneys for Safeco Insurance Company
                                         of America

I hereby certify that on the 3rd day of April, 2007,
the foregoing has been served by electronic mail on
William R. Baerg, Terry R. Marston II, Eric J. Brown
and Michael E. Kreger.


/s/ Thomas A. Larkin

W:\Work\Clients Q-S\Safeco\Brechan Absolute Environmental Services\Pleadings\Memo Response Motion Pre-Judgment Interest.wpd

---

[1] Safeco and Absolute also agreed that if Absolute appealed the court's decision on punitive damages and/or business devastation, and Absolute prevailed on those issues, such additional damages, if any, resulting from these claims would not be covered under Safeco's bond. In addition, the parties reserved the right to again dispute the bond penalty in the event that Brechan or Absolute appealed from the jury's award and in a subsequent retrial, damages in excess of the current judgment amount ($639,268.50) are awarded.

SAFECO'S MEMORANDUM IN RESPONSE TO MOTION FOR AWARD OF PRE-JUDGMENT INTEREST, Case No. A03-0119CV (RRB) - Page 3 of 3

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com