Terry R. Marston, *pro hac vice*, terry@marstonelison.com
Jami K. Elison, *pro hac vice*, jami@marstonelison.com
Jesse P. Elison, *pro hac vice*, jesse@marstonelison.com
MARSTON ELISON, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, <br><br> Defendant. | Case No.: A03-0199CV (RRB) <br><br> **SECOND DECLARATION OF TERRY R. MARSTON REGARDING MOTION FOR FEES** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for the Use and Benefit of EMERCO, INC., <br><br> Counterclaimant/Third-party Claimant, <br><br> v. <br><br> ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation, et al., <br><br> Cross-defendants/Third-party Defendants. | |

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>                    Plaintiff,<br>    vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                    Counterclaim Plaintiff,<br>    vs.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>                    Counterclaim Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation,<br><br>                    Third-Party Plaintiff,<br>    vs.<br><br>COFFMAN ENGINEERS, INC, a Washington Corporation.<br><br>                    Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>                    Plaintiff/Cross-claimant,<br>    vs.<br><br>COFFMAN ENGINEERS, INC, a Washington Corporation.<br><br>                    Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

SECOND DECLARATION OF TERRY R. MARSTON REGARDING MOTION FOR FEES
Case No. A03-0199CV (RRB)-- 2

I, Terry R. Marston II declare as follows:

1. I am an attorney for Absolute Environmental Services, Inc. ("Absolute"), plaintiff in the above captioned action. I am competent to testify and base these declarations on personal knowledge.

2. This declaration is a supplement to my previously filed declaration (docket no. 572) and errata (docket no. 576). Attached hereto are true and correct copies of Absolute's detailed attorney fee records for this matter.

3. Detailed billings from Marston Heffernan Foreman PLLC are attached hereto as **Exhibit 1**.

4. Detailed billings from Marston Elison PLLC are attached hereto as **Exhibit 2**.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 3rd day of April, 2007, at Redmond, Washington.

s/Terry R. Marston II
Terry R. Marston II

I hereby certify that on the date given a copy of the forgoing was electronically filed with the Clerk of Court using the CM/ECF system and was served electronically on the following:

William R. Baerg, Patrick J. Duffy
Eric J. Brown
Robert J. Dickson
Michael E Kreger, Jacob Nist
James B. Stoetzer, Peter C. Partnow
Thomas A. Larkin

s/Terry R. Marston II

SECOND DECLARATION OF TERRY R. MARSTON REGARDING MOTION FOR FEES
Case No. A03-0199CV (RRB)-- 3