**Detail Fee Transaction File List**
Marston Elison, PLLC

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|----------|-----|------|---------------|--------|---|-------|
| **Client ID 1012.011 Absolute Environmental Services, Inc.** | | | | | | | | |
| 1012.011 | 10/01/2006 | 3 A | 18 | 150.00 | 0.40 | 60.00 | Review response to subpoenas and forward same to K. Martyn. | ARCH |
| 1012.011 | 10/01/2006 | 4 A | 16 | 100.00 | 8.90 | 890.00 | Assist J. Elison and T. Marston for trial; collect and send exhibits to Andy Romine and Mike Andersen; make arrangements for witness meetings. | ARCH |
| 1012.011 | 10/01/2006 | 1 A | 18 | 300.00 | 9.00 | 2700.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/01/2006 | 2 A | 18 | 225.00 | 12.00 | 2700.00 | Preparation for trial. | ARCH |
| 1012.011 | 10/02/2006 | 3 A | 18 | 150.00 | 2.60 | 390.00 | Research Federal Rules of Evidence on hearsay exceptions for admitting Coast Guard correspondence. | ARCH |
| 1012.011 | 10/02/2006 | 4 A | 16 | 100.00 | 12.10 | 1210.00 | Assist J. Elison and T. Marston for trial; attend voir dire; assist J. Elison and T. Marston with preparation for opening statements and examination of J. Peterson and Swalling employees; telephone conference with A. Romine regarding trial testimony; assist with witness preparation. | ARCH |
| 1012.011 | 10/02/2006 | 1 A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/02/2006 | 2 A | 18 | 225.00 | 12.00 | 2700.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/03/2006 | 4 A | 16 | 100.00 | 10.50 | 1050.00 | Trial and trial preparation. | ARCH |
| 1012.011 | 10/03/2006 | 1 A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/03/2006 | 2 A | 18 | 225.00 | 9.00 | 2025.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/04/2006 | 3 A | 18 | 150.00 | 1.70 | 255.00 | Legal research authorities on the relevance of information and the standard of care. | ARCH |
| 1012.011 | 10/04/2006 | 4 A | 16 | 100.00 | 15.00 | 1500.00 | Trial preparation and trial attendance. | ARCH |
| 1012.011 | 10/04/2006 | 1 A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/04/2006 | 2 A | 18 | 225.00 | 9.00 | 2025.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/05/2006 | 4 A | 16 | 100.00 | 13.00 | 1300.00 | Trial preparation and attend trial; travel to Seattle. | ARCH |
| 1012.011 | 10/05/2006 | 1 A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/05/2006 | 2 A | 18 | 225.00 | 9.00 | 2025.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/06/2006 | 3 A | 18 | 150.00 | 0.30 | 45.00 | Review Holmstrom letter to judge and email to Jami Elison. | ARCH |
| 1012.011 | 10/06/2006 | 1 A | 18 | 300.00 | 9.00 | 2700.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/06/2006 | 2 A | 18 | 225.00 | 8.00 | 1800.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/07/2006 | 1 A | 18 | 300.00 | 4.00 | 1200.00 | Preparation for trial. | ARCH |
| 1012.011 | 10/08/2006 | 3 A | 18 | 150.00 | 1.60 | 240.00 | Legal research statutes and cases in Alaska on prejudgment interest and email same to J. Elison. | ARCH |
| 1012.011 | 10/08/2006 | 1 A | 18 | 300.00 | 4.00 | 1200.00 | Preparation for trial. | ARCH |
| 1012.011 | 10/08/2006 | 2 A | 18 | 225.00 | 4.00 | 900.00 | Preparation for trial. | ARCH |
| 1012.011 | 10/09/2006 | 3 A | 18 | 150.00 | 2.50 | 375.00 | Legal research authorities and statutes on damages and federal regulations on pricing contracts; email to J. Elison regarding same. | ARCH |
| 1012.011 | 10/09/2006 | 4 A | 16 | 100.00 | 9.00 | 900.00 | Travel to Anchorage for trial. | ARCH |
| 1012.011 | 10/09/2006 | 1 A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/09/2006 | 2 A | 18 | 225.00 | 9.00 | 2025.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/10/2006 | 4 A | 16 | 100.00 | 10.00 | 1000.00 | Attend trial and trial preparation. | ARCH |
| 1012.011 | 10/10/2006 | 1 A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/10/2006 | 2 A | 18 | 225.00 | 9.00 | 2025.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/11/2006 | 4 A | 16 | 100.00 | 10.50 | 1050.00 | Attend trial; trial preparation. | ARCH |
| 1012.011 | 10/11/2006 | 1 A | 18 | 300.00 | 12.00 | 3600.00 | | ARCH |
| 1012.011 | 10/11/2006 | 2 A | 18 | 225.00 | 12.00 | 2700.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/12/2006 | 3 A | 18 | 150.00 | 2.40 | 360.00 | Review Alaska authorities addressing statute about apportionment of damages. | ARCH |
| 1012.011 | 10/12/2006 | 4 A | 16 | 100.00 | 9.50 | 950.00 | Attend trial; trial preparation. | ARCH |
| 1012.011 | 10/12/2006 | 1 A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/12/2006 | 2 A | 18 | 225.00 | 9.00 | 2025.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/13/2006 | 4 A | 16 | 100.00 | 10.00 | 1000.00 | Attend trial; trial preparation. | ARCH |
| 1012.011 | 10/13/2006 | 1 A | 18 | 300.00 | 9.00 | 2700.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/13/2006 | 2 A | 18 | 225.00 | 8.00 | 1800.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/14/2006 | 3 A | 18 | 150.00 | 2.50 | 375.00 | Legal research authorities addressing apportionment statute in light of breach of contract claims. | ARCH |
| 1012.011 | 10/14/2006 | 4 A | 16 | 100.00 | 5.00 | 500.00 | Trial preparation. | ARCH |
| 1012.011 | 10/14/2006 | 1 A | 18 | 300.00 | 4.00 | 1200.00 | Preparation for trial. | ARCH |
| 1012.011 | 10/15/2006 | 3 A | 18 | 150.00 | 2.50 | 375.00 | Legal research and summary of Alaska authorities addressing difference between tort and contract claims under apportionment statute. | ARCH |
| 1012.011 | 10/15/2006 | 4 A | 16 | 100.00 | 3.00 | 300.00 | Trial preparation. | ARCH |
| 1012.011 | 10/15/2006 | 1 A | 18 | 300.00 | 4.00 | 1200.00 | Preparation for trial. | ARCH |
| 1012.011 | 10/15/2006 | 2 A | 18 | 225.00 | 4.00 | 900.00 | Preparation for trial. | ARCH |
| 1012.011 | 10/16/2006 | 4 A | 16 | 100.00 | 13.00 | 1300.00 | Attend trial; trial preparation. | ARCH |
| 1012.011 | 10/16/2006 | 1 A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/16/2006 | 2 A | 18 | 225.00 | 9.00 | 2025.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/17/2006 | 4 A | 16 | 100.00 | 10.00 | 1000.00 | Attend trial; trial preparation. | ARCH |
| 1012.011 | 10/17/2006 | 1 A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |

Exhibit 2, Page 1 of 10

**Detail Fee Transaction File List**

Marston Elison, PLLC

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|----------|-----|------|---------------|--------|--|-------|
| **Client ID 1012.011 Absolute Environmental Services, Inc.** | | | | | | | | |
| 1012.011 | 10/17/2006 | 2 A | 18 | 225.00 | 9.00 | 2025.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/18/2006 | 3 A | 18 | 150.00 | 2.10 | 315.00 | Correspondence to Owen of US Coast Guard regarding payment of deposition transcripts; work on motion to strike Skip Vernon's deposition transcript. | ARCH |
| 1012.011 | 10/18/2006 | 4 A | 16 | 100.00 | 10.00 | 1000.00 | Attend trial; trial preparation. | ARCH |
| 1012.011 | 10/18/2006 | 1 A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/18/2006 | 2 A | 18 | 225.00 | 9.00 | 2025.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/19/2006 | 4 A | 16 | 100.00 | 9.00 | 900.00 | Attend trial; trial preparation. | ARCH |
| 1012.011 | 10/19/2006 | 1 A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/19/2006 | 2 A | 18 | 225.00 | 12.00 | 2700.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/20/2006 | 4 A | 16 | 100.00 | 9.50 | 950.00 | Attend trial; trial preparation. | ARCH |
| 1012.011 | 10/20/2006 | 1 A | 18 | 300.00 | 9.00 | 2700.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/20/2006 | 2 A | 18 | 225.00 | 8.00 | 1800.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/21/2006 | 4 A | 16 | 100.00 | 2.00 | 200.00 | Trial preparation. | ARCH |
| 1012.011 | 10/21/2006 | 1 A | 18 | 300.00 | 4.00 | 1200.00 | Preparation for trial. | ARCH |
| 1012.011 | 10/22/2006 | 4 A | 16 | 100.00 | 3.00 | 300.00 | Trial preparation. | ARCH |
| 1012.011 | 10/22/2006 | 1 A | 18 | 300.00 | 4.00 | 1200.00 | Preparation for trial. | ARCH |
| 1012.011 | 10/22/2006 | 2 A | 18 | 225.00 | 4.00 | 900.00 | Preparation for trial. | ARCH |
| 1012.011 | 10/23/2006 | 4 A | 16 | 100.00 | 10.00 | 1000.00 | Attend trial; trial preparation. | ARCH |
| 1012.011 | 10/23/2006 | 1 A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/23/2006 | 2 A | 18 | 225.00 | 9.00 | 2025.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/24/2006 | 4 A | 16 | 100.00 | 15.00 | 1500.00 | Attend trial; trial preparation; travel to Seattle. | ARCH |
| 1012.011 | 10/24/2006 | 1 A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/24/2006 | 2 A | 18 | 225.00 | 9.00 | 2025.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/25/2006 | 4 A | 16 | 100.00 | 0.60 | 60.00 | Telephone conference with Jami Elison regarding subpoena for F. McKinley; draft subpoena; request witness fee check for Forrest McKinley; send same to T. Marston in Alaska for service. | ARCH |
| 1012.011 | 10/25/2006 | 1 A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/25/2006 | 2 A | 18 | 225.00 | 9.00 | 2025.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/26/2006 | 4 A | 16 | 100.00 | 0.40 | 40.00 | Telephone conference with Buell regarding US Coast Guard deposition transcript invoices; send email to Jami Elison and Terry Marston regarding same. | ARCH |
| 1012.011 | 10/26/2006 | 1 A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/26/2006 | 2 A | 18 | 225.00 | 9.00 | 2025.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/27/2006 | 4 A | 16 | 100.00 | 0.30 | 30.00 | Telephone conference with Jami Elison regarding special interrogatories; send email to Jami Elison and Terry Marston regarding same. | ARCH |
| 1012.011 | 10/27/2006 | 1 A | 18 | 300.00 | 9.00 | 2700.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/27/2006 | 2 A | 18 | 225.00 | 8.00 | 1800.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/28/2006 | 1 A | 18 | 300.00 | 4.00 | 1200.00 | Preparation for trial. | ARCH |
| 1012.011 | 10/29/2006 | 1 A | 18 | 300.00 | 4.00 | 1200.00 | Preparation for trial. | ARCH |
| 1012.011 | 10/29/2006 | 2 A | 18 | 225.00 | 4.00 | 900.00 | Preparation for trial. | ARCH |
| 1012.011 | 10/30/2006 | 3 A | 18 | 150.00 | 0.70 | 105.00 | Create verdict form template and incorporate text; review record to locate McKinley answer and counterclaim and faxed to T. Marston and D. Olson. | ARCH |
| 1012.011 | 10/30/2006 | 1 A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/30/2006 | 2 A | 18 | 225.00 | 9.00 | 2025.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/31/2006 | 1 A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 10/31/2006 | 2 A | 18 | 225.00 | 9.00 | 2025.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 11/01/2006 | 3 A | 18 | 150.00 | 5.40 | 810.00 | Review of record for motion to amend and punitive damages; review of Alaska statutes for attorney's lien; review of federal authorities on "empty chair defense"; pleading affirmative defenses; whether in Alaska with its allocation statute the empty chair defense was viable; summary of the defense in Ninth Circuit. | ARCH |
| 1012.011 | 11/01/2006 | 1 A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 11/01/2006 | 2 A | 18 | 225.00 | 9.00 | 2025.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 11/01/2006 | 4 A | 16 | 100.00 | 1.90 | 190.00 | Telephone conference with Jami Elison regarding verdict form; send email to J. Elison and T. Marston regarding same; telephone conference with Jami Elison regarding trial exhibits; update excel spreadsheet with all admitted exhibits and send same to Jami Elison. | ARCH |
| 1012.011 | 11/02/2006 | 1 A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 11/02/2006 | 2 A | 18 | 225.00 | 8.00 | 1800.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 11/02/2006 | 4 A | 16 | 100.00 | 0.90 | 90.00 | Telephone conference with Jami Elison regarding pocket brief and Supreme Court ruling; research to locate recent ruling Scoccolo v. City of Renton; send email to Jami Elison regading same. | ARCH |
| 1012.011 | 11/03/2006 | 1 A | 18 | 300.00 | 9.00 | 2700.00 | Preparation for and conduct of trial. | ARCH |

**Detail Fee Transaction File List**
Marston Elison, PLLC

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref# |
|---|---|---|---|---|---|---|---|---|
| Client ID 1012.011 Absolute Environmental Services, Inc. | | | | | | | | |
| 1012.011 | 11/03/2006 | 2 A | 18 | 225.00 | 3.00 | 675.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 11/04/2006 | 1 A | 18 | 300.00 | 4.00 | 1200.00 | Preparation for trial. | ARCH |
| 1012.011 | 11/05/2006 | 3 A | 18 | 150.00 | 4.50 | 675.00 | Legal research for Alaska and federal authorities that address the threshold issue of substantial damages requiring actual evidence; search of courts addressing role of judge and jury in indemnity claims and the underlying factual cause of damages; review of Emerco pocket briefs; legal research on account stated. | ARCH |
| 1012.011 | 11/05/2006 | 1 A | 18 | 300.00 | 4.00 | 1200.00 | Preparation for trial. | ARCH |
| 1012.011 | 11/05/2006 | 2 A | 18 | 225.00 | 4.00 | 900.00 | Preparation for trial. | ARCH |
| 1012.011 | 11/06/2006 | 3 A | 18 | 150.00 | 2.00 | 300.00 | Legal research on standard for directed verdict in the Ninth Circuit; research on cases requiring factual determinations or damages; email summary of authorities to Jami Elison. | ARCH |
| 1012.011 | 11/06/2006 | 1 A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 11/06/2006 | 2 A | 18 | 225.00 | 9.00 | 2025.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 11/06/2006 | 4 A | 16 | 100.00 | 1.50 | 150.00 | Review Jami Elison emails regarding Emerco's pocket briefs; print briefs for Jesse Elison's review; scan Brechan's answer and counterclaim and email to Jami Elison; scan Emerco's answer and counterclaim and email to Jami Elison; telephone conference with clerk's office regarding complaint filing date; search files for complaint filing date; telephone conference with Jami Elison regarding exhibits. | ARCH |
| 1012.011 | 11/07/2006 | 3 A | 18 | 150.00 | 5.80 | 870.00 | Legal research of election of remedies; summary of authorities; legal research on appropriateness of equitable remedies, unclean hands, conversion and market value of goods. | ARCH |
| 1012.011 | 11/07/2006 | 1 A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 11/07/2006 | 2 A | 18 | 225.00 | 9.00 | 2025.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 11/07/2006 | 4 A | 16 | 100.00 | 2.40 | 240.00 | Telephone conference with Jami Elison regarding admitted exhibit list; telephone conference with Jami Elison regarding Brechan's motion for summary judgment; scan and send to Jami Elison; review Jami Elison email regarding same; scan and email Brechan's brief regarding multi-theories to Jami Elison. | ARCH |
| 1012.011 | 11/08/2006 | 3 A | 18 | 150.00 | 3.90 | 585.00 | Conference with K. Martyn regarding attorney lien; review of jury instructions and search for "material breach" instruction; research Alaska case law with a definition of "material breach" for purpose of writing a jury instruction; research for contract interpretation principle of incorporation by reference and subcontracts incorporating FAR. | ARCH |
| 1012.011 | 11/08/2006 | 1 A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 11/08/2006 | 2 A | 18 | 225.00 | 12.00 | 2700.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 11/08/2006 | 4 A | 16 | 100.00 | 3.70 | 370.00 | Telephone conference with Jami Elison regarding motions; telephone conference Jami Elison regarding filing of Rule 50 motion regarding Brechan; finalize and file motions to dismiss regarding Brechan and Imperial; finalize and file proposed verdict form; review, finalize and file prepared directed verdict form; telephone conference with Jami Elison regarding travel arrangements; serach for airfare to/from Anchorage, Alaska; hold reservations; email to Cassie for purchasing; draft notice of attorney lien; email same to Jami Elison for review. | ARCH |
| 1012.011 | 11/09/2006 | 2 A | 18 | 225.00 | 9.00 | 2025.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 11/09/2006 | 4 A | 16 | 100.00 | 2.90 | 290.00 | Telephone conference with Jami Elison regarding supplemental briefs; finalize and file supplemental briefs; make travel arrangements; review Jesse Elison's email regarding material breach and jury instructions. | ARCH |
| 1012.011 | 11/10/2006 | 2 A | 18 | 225.00 | 4.00 | 900.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 11/10/2006 | 4 A | 16 | 100.00 | 0.50 | 50.00 | Telephone conference with Jami Elison regarding travel; make travel arrangements with C. Olson. | ARCH |
| 1012.011 | 11/11/2006 | 1 A | 18 | 300.00 | 4.00 | 1200.00 | Preparation for trial. | ARCH |
| 1012.011 | 11/12/2006 | 1 A | 18 | 300.00 | 8.00 | 2400.00 | Preparation for trial. | ARCH |
| 1012.011 | 11/12/2006 | 2 A | 18 | 225.00 | 4.00 | 900.00 | Preparation for trial. | ARCH |
| 1012.011 | 11/12/2006 | 4 A | 16 | 100.00 | 4.00 | 400.00 | Assist T. Marston and J. Elison with trial preparation and closing preparations. | ARCH |
| 1012.011 | 11/13/2006 | 3 A | 18 | 150.00 | 3.50 | 525.00 | Legal research for federal authorities on federal common law and for Alaska authorities on the definition of special damages. | ARCH |
| 1012.011 | 11/13/2006 | 1 A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 11/13/2006 | 2 A | 18 | 225.00 | 12.00 | 2700.00 | Preparation for and conduct of trial. | ARCH |

Exhibit 2, Page 3 of 10

**Detail Fee Transaction File List**
Marston Elison, PLLC

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 1012.011 Absolute Environmental Services, Inc.** | | | | | | | | | |
| 1012.011 | 11/13/2006 | 4 | A | 16 | 100.00 | 12.50 | 1250.00 | Travel to Anchorage; assist T. Marston and J. Elison with trial preparation. | ARCH |
| 1012.011 | 11/14/2006 | 3 | A | 18 | 150.00 | 0.20 | 30.00 | Conference with Jami Elison regarding strategy on jury instructions. | ARCH |
| 1012.011 | 11/14/2006 | 1 | A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 11/14/2006 | 2 | A | 18 | 225.00 | 9.00 | 2025.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 11/14/2006 | 4 | A | 16 | 100.00 | 10.50 | 1050.00 | Assist T. Marston and J. Elison with trial preparation; edit, revise and finalize objections and proposed alternatives to jury instructions; file notice regarding reconsideration. | ARCH |
| 1012.011 | 11/15/2006 | 1 | A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 11/15/2006 | 2 | A | 18 | 225.00 | 8.00 | 1800.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 11/15/2006 | 4 | A | 16 | 100.00 | 11.00 | 1100.00 | Attend trial; assist T. Marston with closing; prepare admitted exhibits to be presented to jury. | ARCH |
| 1012.011 | 11/16/2006 | 1 | A | 18 | 300.00 | 12.00 | 3600.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 11/16/2006 | 2 | A | 18 | 225.00 | 6.00 | 1350.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 11/16/2006 | 4 | A | 16 | 100.00 | 8.20 | 820.00 | Attend trial and closing. | ARCH |
| 1012.011 | 11/17/2006 | 3 | A | 18 | 150.00 | 2.50 | 375.00 | Conference Seacon Construction director and retrieved and transported payment to Alaska. | ARCH |
| 1012.011 | 11/17/2006 | 1 | A | 18 | 300.00 | 8.00 | 2400.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 11/17/2006 | 2 | A | 18 | 225.00 | 3.00 | 675.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 11/20/2006 | 3 | A | 18 | 150.00 | 2.20 | 330.00 | Prepare promissory note between Absolute and Marston Elison; research Washington statute regarding filing of a financing statement for Absolute's assets. | ARCH |
| 1012.011 | 11/20/2006 | 1 | A | 18 | 300.00 | 8.00 | 2400.00 | Preparation for and conduct of trial. | ARCH |
| 1012.011 | 11/20/2006 | 2 | A | 18 | 225.00 | 1.50 | 337.50 | Analyze jury verdict; legal research issues regarding remittitur; analyze theories for defending verdict; analyze rules regarding judgment proposals. | ARCH |
| 1012.011 | 11/21/2006 | 4 | A | 16 | 100.00 | 0.30 | 30.00 | Telephone conference with R. Dickson regarding jury verdict; send email to T. Marston and Jami Elison regarding same; fax promissory note to Absolute Environmental office for D. Olson's signature. | ARCH |
| 1012.011 | 11/21/2006 | 2 | A | 18 | 225.00 | 2.50 | 562.50 | Study rules and procedures regarding proposal of judgments; study rules and authorities applicable to prejudgment and post-judgment interest awards; prepare issue list; review court orders. | ARCH |
| 1012.011 | 11/22/2006 | 2 | A | 18 | 225.00 | 1.50 | 337.50 | Study authorities and prepare settlement strategies and issues. | ARCH |
| 1012.011 | 11/26/2006 | 2 | A | 18 | 225.00 | 3.00 | 675.00 | Prepare authorities and motion for increased fee award. | ARCH |
| 1012.011 | 11/27/2006 | 4 | A | 16 | 100.00 | 3.00 | 300.00 | Review Jami Elison email regarding entry of judgment; contact court regarding same; scan and email Nangle's fee petition to D. Olson; review local and federal rules regarding attorney fees and interest; review and respond to Jami Elison email regarding same; telephone conference with J. Elison and T. Marston regarding same; review J. Elison email regarding cost form; search clerk's website for same; conference with J. Elison regarding cost bill. | ARCH |
| 1012.011 | 11/27/2006 | 2 | A | 18 | 225.00 | 2.00 | 450.00 | Prepare authorities for fee and interest awards; prepare issues for settlement and proposed judgment; conference with T. Marston and K. Martyn; analyze "cost" issues. | ARCH |
| 1012.011 | 11/28/2006 | 2 | A | 18 | 225.00 | 1.50 | 337.50 | Prepare issues for appeals; legal research appeal issues to support settlement negotiations. | ARCH |
| 1012.011 | 11/30/2006 | 4 | A | 16 | 100.00 | 0.10 | 10.00 | Telephone conference with D. Hawnes regarding financial documents to be sent. | ARCH |
| 1012.011 | 11/30/2006 | 2 | A | 18 | 225.00 | 2.20 | 495.00 | Analyze court's order regarding jury verdict; prepare issue list; prepare proofs and legal research to support verdict; prepare settlement strategy; conference with T. Marston and with client. | ARCH |
| 1012.011 | 12/01/2006 | 2 | P | 18 | 225.00 | 1.60 | 360.00 | Analyze dates for interest accrual based; analyze bad faith claim for negotiations. | 238 |
| 1012.011 | 12/04/2006 | 4 | P | 16 | 100.00 | 0.20 | 20.00 | Correspondence with M. Tope regarding professional services. | 167 |
| 1012.011 | 12/04/2006 | 2 | P | 18 | 225.00 | 0.80 | 180.00 | Conference with client's accountant; study to support settlement negotiations; analyze interest claims with expert. | 239 |
| 1012.011 | 12/05/2006 | 2 | P | 18 | 225.00 | 1.30 | 292.50 | Prepare materials for judgment and settlement. | 240 |
| 1012.011 | 12/06/2006 | 2 | P | 18 | 225.00 | 0.80 | 180.00 | Analyze court orders; analyze appeal issues; prepare settlement strategy. | 241 |
| 1012.011 | 12/07/2006 | 4 | P | 16 | 100.00 | 0.40 | 40.00 | Review and finalize T. Marston ER 408 letter to Stoetzer regarding settlement; scan and send letter to T. Marston. | 168 |
| 1012.011 | 12/07/2006 | 2 | P | 18 | 225.00 | 1.40 | 315.00 | Settlement negotiations with Coffman; prepare letters | 242 |
| 1012.011 | 12/08/2006 | 4 | P | 16 | 100.00 | 0.10 | 10.00 | Forward ER 408 settlement letter to Stoetzer. | 169 |
| 1012.011 | 12/08/2006 | 2 | P | 18 | 225.00 | 1.70 | 382.50 | Settlement negotiations with Coffman; prepare letters; analyze | 243 |

Exhibit 2, Page 4 of 10

**Detail Fee Transaction File List**

Marston Elison, PLLC

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|----------|-----|------|---------------|--------|--|-------|

**Client ID 1012.011 Absolute Environmental Services, Inc.**

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | Description | Ref # |
|--------|-----------|----------|-----|------|---------------|--------|-------------|-------|
| | | | | | | | court order; study issues for judgment. | |
| 1012.011 | 12/09/2006 | 2 P | 18 | 225.00 | 1.20 | 270.00 | Legal research and study issues to support appeals and settlement negotiations. | 244 |
| 1012.011 | 12/10/2006 | 2 P | 18 | 225.00 | 1.20 | 270.00 | Prepare settlement outline; legal research and study settlement issues. | 245 |
| 1012.011 | 12/11/2006 | 3 P | 18 | 150.00 | 1.60 | 240.00 | Research on limit of damages pursuant to payment bonds under the Miller Act. | 151 |
| 1012.011 | 12/11/2006 | 4 P | 16 | 100.00 | 0.20 | 20.00 | Upload courts order regarding proposed judgment and send to D. Olson. | 170 |
| 1012.011 | 12/11/2006 | 2 P | 18 | 225.00 | 2.30 | 517.50 | Study issues for surety obligations; settlement negotiations; legal research to support settlement. | 220 |
| 1012.011 | 12/12/2006 | 3 P | 18 | 150.00 | 1.10 | 165.00 | Legal research authorities regarding surety duty to conduct a reasonable investigation and surety's obligation to pay fees and costs. | 152 |
| 1012.011 | 12/12/2006 | 2 P | 18 | 225.00 | 0.80 | 180.00 | Settlement negotiations; study and prepare settlement issues. | 221 |
| 1012.011 | 12/13/2006 | 3 P | 18 | 150.00 | 3.60 | 540.00 | Legal research of prejudgment interest statute and authorities to establish right under breach of contract; summary of authorities. | 153 |
| 1012.011 | 12/13/2006 | 4 P | 16 | 100.00 | 1.40 | 140.00 | Calculate interest for Brechan, Safeco, Coffman and Emerco per Jami Elison request; send email to Jami Elison regarding same; calculate additional interest; send email to Jami Elison regarding same. | 171 |
| 1012.011 | 12/13/2006 | 2 P | 18 | 225.00 | 2.60 | 585.00 | Study, analyze and prepare interest calculations; emails and telephone calls with counsel for Brechan; study and prepare appeal and settlement issues. | 222 |
| 1012.011 | 12/14/2006 | 4 P | 16 | 100.00 | 0.30 | 30.00 | Finalize and send Jami Elison letter to Stoetzer and Partnow regarding proposed judgment; telephone conference with J. Stoetzer regarding stipulation to extend deadline to file proposed judgment. | 172 |
| 1012.011 | 12/14/2006 | 2 P | 18 | 225.00 | 2.40 | 540.00 | Prepare settlement strategies; study and prepare interest and attorney fee issues; negotiations with counsel for Brechan; prepare materials for judgment. | 223 |
| 1012.011 | 12/15/2006 | 4 P | 16 | 100.00 | 0.50 | 50.00 | Telephone conference with Jami Elison regarding stipulated judgment and filing; review court docket regarding same. | 173 |
| 1012.011 | 12/15/2006 | 2 P | 18 | 225.00 | 2.30 | 517.50 | Analyze rules regarding final judgment; study and legal research to support settlement negotiations; prepare inserts for judgment. | 229 |
| 1012.011 | 12/16/2006 | 2 P | 18 | 225.00 | 1.00 | 225.00 | Negotiate and review documents for stipulation regarding judgment deadline; prepare settlement arguments and strategy. | 230 |
| 1012.011 | 12/17/2006 | 3 P | 18 | 150.00 | 2.70 | 405.00 | Legal research authorities regarding civil rule for attorney fees with attention to reasons for enhancement. | 154 |
| 1012.011 | 12/17/2006 | 2 P | 18 | 225.00 | 1.30 | 292.50 | Prepare emails and memos regarding settlement negotiations with Coffman; analyze authorities and conference with Jesse Elison regarding research. | 180 |
| 1012.011 | 12/18/2006 | 3 P | 18 | 150.00 | 1.00 | 150.00 | Work on portion of proposed judgment that addresses Alaska Civil Rule for attorney fees regarding enhancement. | 155 |
| 1012.011 | 12/18/2006 | 2 P | 18 | 225.00 | 2.70 | 607.50 | Legal research and analyze issues and proofs regarding fees and interest; settlement negotiations and study in support of negotiations. | 164 |
| 1012.011 | 12/18/2006 | 4 P | 16 | 100.00 | 2.80 | 280.00 | Conference with T. Marston regarding judgment; send Jami Elison email to J. Stoetzer regarding settlement; forward to T. Marston; review federal rules regarding entry of judgment; draft proposed judgment and send to T. Marston for review; calculate additional interest owed by defendants; send email to Jami Elison regarding depositions; finalize proposed judgment and electronically file and serve. | 174 |
| 1012.011 | 12/19/2006 | 3 P | 18 | 150.00 | 2.00 | 300.00 | Research authorities in support of upholding jury verdicts for memorandum in support of proposed judgment. | 156 |
| 1012.011 | 12/19/2006 | 2 P | 18 | 225.00 | 5.00 | 1125.00 | Prepare memoranda in support of proposed judgment; conference calls with Coffman's insurers and coverage counsel; emails and telephone calls for settlement negotiations; legal research issues pertaining to jury verdict to support settlement negotiations. | 165 |
| 1012.011 | 12/19/2006 | 4 P | 16 | 100.00 | 6.60 | 660.00 | Download final jury instructions; review and respond to Jami Elison email regarding same; review interest calculations; create spreadsheet of depositions taken for purpose of negotiation and proposed jury verdict; edit proposed judgment form; draft memo in support of proposed judgment; send same to Jami Elison and Jesse Elison for review and edit; review minute orders for rulings; finalize and file proposed judgment | 175 |

**Detail Fee Transaction File List**
Marston Elison, PLLC

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----|-----|------|--------------|--------|--|-------|

**Client ID 1012.011 Absolute Environmental Services, Inc.**

| | | | | | | | | | |
|--------|-----------|------|-----|-----|------|--------------|--------|--|-------|
| | | | | | | | | and memorandum; send proposed order to Judge in Word; send all to D. Olson. | |
| 1012.011 | 12/20/2006 | 2 | P | 18 | 225.00 | 0.80 | 180.00 | Settlement negotiations with Coffman. | 166 |
| 1012.011 | 12/20/2006 | 4 | P | 16 | 100.00 | 0.70 | 70.00 | Review T. Marston email regarding settlement with Coffman; draft response notice regarding settlement conference; finalize same and electronically file with court and serve on counsel. | 176 |
| 1012.011 | 12/21/2006 | 2 | P | 18 | 225.00 | 2.50 | 562.50 | Settlement negotiations; conference, analysis and legal research in support of negotiations; analyze Qui Tam rights and legal research to support claim. | 179 |
| 1012.011 | 12/22/2006 | 2 | P | 18 | 225.00 | 3.00 | 675.00 | Settlement negotiations with Coffman; analyze insurance issues; telephone conference with insurance carriers, coverage counsel and Jim Stoezer; emails with opposing counsel; study and prepare settlement strategies. | 231 |
| 1012.011 | 12/24/2006 | 2 | P | 18 | 225.00 | 2.00 | 450.00 | Settlement negotiations with counsel for Coffman; analyze issues for remaining defendants; prepare business devastation memo. | 246 |
| 1012.011 | 12/26/2006 | 2 | P | 18 | 225.00 | 1.50 | 337.50 | Analyze issues and prepare settlement strategies. | 232 |
| 1012.011 | 12/27/2006 | 2 | P | 18 | 225.00 | 3.50 | 787.50 | Prepare business devastation abstract; settlement negotiations with Coffman including exchange and analysis of materials, telephone calls and emails; conference with client and T. Marston. | 233 |
| 1012.011 | 12/28/2006 | 3 | P | 18 | 150.00 | 1.60 | 240.00 | Research on Miller Act annotations for scope of coverage for all federal law. | 157 |
| 1012.011 | 12/28/2006 | 4 | P | 16 | 100.00 | 0.90 | 90.00 | Draft notice of intent to file amended proposed judgment; send notice to J. Stoetzer for review and comments; email exchange with Stoetzer regarding notice; telephone conference with J. Stoetzer regarding same. | 177 |
| 1012.011 | 12/28/2006 | 2 | P | 18 | 225.00 | 3.50 | 787.50 | Settlement negotiations; prepare issues and authorities for settlement with surety; legal research and study issues; prepare business devastation issues. | 236 |
| 1012.011 | 12/29/2006 | 3 | P | 18 | 150.00 | 2.40 | 360.00 | Research scope of Miller Act for coverage of attorney fees and prejudgment interest. | 158 |
| 1012.011 | 12/29/2006 | 4 | P | 16 | 100.00 | 0.20 | 20.00 | Telephone conference with D. Olson regarding settlement agreement. | 178 |
| 1012.011 | 12/29/2006 | 2 | P | 18 | 225.00 | 5.00 | 1125.00 | Prepare settlement documents; review notices to court; prepare settlement issues and strategies for remaining parties; legal research bond and attorney fee issues; legal research and analyze appeal issues. | 237 |
| 1012.011 | 12/30/2006 | 2 | P | 18 | 225.00 | 1.00 | 225.00 | Finalize settlement issues with Coffman; pick-up check. | 247 |
| 1012.011 | 01/02/2007 | 3 | P | 18 | 160.00 | 5.20 | 832.00 | Legal research on Miller Act and punitive or exemplary damages; research on scale of coverage of payment bonds; review of Safeco bonds for language excluding coverage; summary of findings and email to T. Marston. | 181 |
| 1012.011 | 01/02/2007 | 4 | P | 16 | 100.00 | 4.20 | 420.00 | Review Jesse Elison email regarding payment bond information; review Brechan and Safeco document for payment bond information; conference with Jesse Elison regarding same; conference with T. Marston regarding amended proposed judgment; draft amended proposed judgment and electronically file with court and serve on counsel. | 198 |
| 1012.011 | 01/02/2007 | 2 | P | 18 | 240.00 | 4.00 | 960.00 | Review proposed stipulations and dismissals; analyze objections to proposed judgment; prepare supplements for judgment; study and prepare issues for surety; prepare settlement negotiation materials. | 248 |
| 1012.011 | 01/03/2007 | 2 | P | 18 | 240.00 | 3.30 | 792.00 | Analyze Emerco's motion for new trial; prepare outline; prepare settlement documents with Coffman; analyze Brechan's coverage lawsuit. | 249 |
| 1012.011 | 01/04/2007 | 4 | P | 16 | 100.00 | 0.40 | 40.00 | Telephone conference with Judge Beistline's assistant regarding stipulation and order of dismissal; send email to Jami Elison and T. Marston regarding same. | 199 |
| 1012.011 | 01/04/2007 | 2 | P | 18 | 240.00 | 1.30 | 312.00 | Settlement negotiations with Brechan; conference with Coffman regarding disclosures and perform legal services. | 250 |
| 1012.011 | 01/05/2007 | 2 | P | 18 | 240.00 | 1.80 | 432.00 | Study authorities regarding new trials; outline opposition to Emerco's motion; study objections to judgment. | 251 |
| 1012.011 | 01/08/2007 | 3 | P | 18 | 160.00 | 0.80 | 128.00 | Review insurer's claim for declaratory judgment; email to Jami Elison and T. Marston regarding same. | 182 |
| 1012.011 | 01/08/2007 | 4 | P | 16 | 100.00 | 0.90 | 90.00 | Conference with T. Marston regarding proposed judgment. | 200 |
| 1012.011 | 01/08/2007 | 2 | P | 18 | 240.00 | 2.80 | 672.00 | Analyze cost bill; review and analyze vendor claims; conference with T. Marston; conference with client; prepare settlement issues and strategies; legal research regarding | 252 |

Exhibit 2, Page 6 of 10

**Detail Fee Transaction File List**
Marston Elison, PLLC

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----|-----|------|--------------|--------|--|-------|

**Client ID 1012.011 Absolute Environmental Services, Inc.**

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount | Description | Ref # |
|--------|-----------|------|-----|-----|------|--------------|--------|-------------|-------|
| | | | | | | | | appeals and preservation. | |
| 1012.011 | 01/09/2007 | 4 | P | 16 | 100.00 | 1.00 | 100.00 | Update outstanding vendor invoice spreadsheet; conference with T. Marston regarding same. | 201 |
| 1012.011 | 01/09/2007 | 2 | P | 18 | 240.00 | 1.50 | 360.00 | Meeting with client; prepare case issues and strategies. | 253 |
| 1012.011 | 01/10/2007 | 2 | P | 18 | 240.00 | 2.40 | 576.00 | Review and analyze Safeco's motion to establish penal sum of bond; outline opposition; study and legal research issues. | 254 |
| 1012.011 | 01/11/2007 | 4 | P | 16 | 100.00 | 0.10 | 10.00 | Finalize Jami Elison letter to Kreger regarding conflict of interest. | 202 |
| 1012.011 | 01/11/2007 | 2 | P | 18 | 240.00 | 2.80 | 672.00 | Analyze issues and prepare letter to Mike Kreger regarding surety issues and conflict of interest; conference with T. Marston; conference with client; negotiate disclosure stipulations; analyze issues in support of settlements. | 255 |
| 1012.011 | 01/12/2007 | 3 | P | 18 | 160.00 | 1.50 | 240.00 | Review authorities for business devastation appeal. | 185 |
| 1012.011 | 01/12/2007 | 2 | P | 18 | 240.00 | 1.80 | 432.00 | Legal research requirements for judgment content; legal research preservation issues for appeals; analyze fraud consequences. | 256 |
| 1012.011 | 01/15/2007 | 3 | P | 18 | 160.00 | 4.30 | 688.00 | Legal research authorities in support of opposition to Imperial's motion for new trial. | 186 |
| 1012.011 | 01/15/2007 | 2 | P | 18 | 240.00 | 2.00 | 480.00 | Prepare opposition to Emerco's motion. | 257 |
| 1012.011 | 01/16/2007 | 3 | P | 18 | 160.00 | 3.40 | 544.00 | Legal research in support of Absolute's opposition to Imperial's motion for new trial including prejudicial statements and failure to make objections. | 187 |
| 1012.011 | 01/16/2007 | 4 | P | 16 | 100.00 | 1.80 | 180.00 | Draft Jami Elison declaration to opposition to Emerco's motion for new trial date; edit opposition brief and send to T. Marston for review; finalize opposition, declaration and proposed order and electronically file and serve same. | 189 |
| 1012.011 | 01/16/2007 | 2 | P | 18 | 240.00 | 3.50 | 840.00 | Prepare and finalize opposition to Emerco's motion for new trial. | 258 |
| 1012.011 | 01/17/2007 | 3 | P | 18 | 160.00 | 0.80 | 128.00 | Review authorities for outline regarding appeal on business devastation claim. | 188 |
| 1012.011 | 01/17/2007 | 4 | P | 16 | 100.00 | 0.10 | 10.00 | Check request for trial proceedings. | 190 |
| 1012.011 | 01/17/2007 | 2 | P | 18 | 240.00 | 2.70 | 648.00 | Prepare materials for settlement negotiations with Brechan; advise client regarding settlement. | 259 |
| 1012.011 | 01/18/2007 | 4 | P | 16 | 100.00 | 0.40 | 40.00 | Order CDs for trial proceedings; telephone conference with clerk of court regarding same. | 203 |
| 1012.011 | 01/18/2007 | 2 | P | 18 | 240.00 | 3.80 | 912.00 | Legal research and prepare memorandum regarding Qui Tam actions; settlement negotiations; analyze fraud considerations; conference with T. Marston; conference with client. | 260 |
| 1012.011 | 01/19/2007 | 4 | P | 16 | 100.00 | 1.50 | 150.00 | Review local rules regarding trial setting; telephone conference with Beistline's case manager regarding same; send email to T. Marston, Jami Elison and Jesse Elison regarding same. | 204 |
| 1012.011 | 01/19/2007 | 2 | P | 18 | 240.00 | 2.30 | 552.00 | Prepare letter for surety regarding tort claims and conflict of interests; prepare litigation materials; settlement negotiations. | 261 |
| 1012.011 | 01/22/2007 | 3 | P | 18 | 160.00 | 0.30 | 48.00 | Work on issues to oppose Safeco's motion to limit peril sum amount. | 191 |
| 1012.011 | 01/22/2007 | 4 | P | 16 | 100.00 | 0.80 | 80.00 | Telephone conference with Buell regarding outstanding invoices and deposition transcript of Safeco 30(b)(6) deposition; review Safeco 30(b)(6) deposition regarding investigation and bond penal sum; send emails to Jami Elison, Jesse Elison and T. Marston regarding same. | 205 |
| 1012.011 | 01/22/2007 | 2 | P | 18 | 240.00 | 1.40 | 336.00 | Analyze issues and legal research in support of motions and settlement negotiations. | 262 |
| 1012.011 | 01/23/2007 | 3 | P | 18 | 160.00 | 1.00 | 160.00 | Review of Safeco's motion with attention to authorities for opposition; conference with T. Marston concerning research in support of opposition to Safeco's motion; review of strategy to defeat Safeco's motion. | 192 |
| 1012.011 | 01/23/2007 | 4 | P | 16 | 100.00 | 1.30 | 130.00 | Review and respond to Jesse Elison email regarding Safeco's bond motion; edit and finalize two letters from Jami Elison to B. Echigoshima with Safeco; find documents to assist T. Marston with Safeco letter. | 206 |
| 1012.011 | 01/23/2007 | 2 | P | 18 | 240.00 | 2.80 | 672.00 | Prepare opposition to motion regarding penal sum of bond; prepare letter to Jan Sokol; analyze issues and prepare settlement negotiation materials; prepare letter to Safeco in care of Mike Kreger. | 263 |
| 1012.011 | 01/24/2007 | 3 | P | 18 | 160.00 | 3.60 | 576.00 | Review Safeco's motion and its supporting authorities; review record; legal research authorities regarding penal sum on the bond; conference with T. Marston and D. Olson regarding Alaska judgments against client and resolving them. | 193 |
| 1012.011 | 01/24/2007 | 4 | P | 16 | 100.00 | 0.80 | 80.00 | Send email to T. Marston regarding final transcript of | 207 |

Exhibit 2, Page 7 of 10

**Detail Fee Transaction File List**

Marston Elison, PLLC

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 1012.011 Absolute Environmental Services, Inc.** | | | | | | | | |
| | | | | | | | Echigoshima 30(b)(6) deposition; research Echigoshima transcript for information regarding investigation; finalize Jami Elison letter to Sokol regarding same. | |
| 1012.011 | 01/25/2007 | 2 P | 18 | 240.00 | 0.90 | 216.00 | Prepare settlement materials; settlement negotiations. | 264 |
| 1012.011 | 01/26/2007 | 2 P | 18 | 240.00 | 1.60 | 384.00 | Study motion issues and legal research; prepare appeal outlines. | 265 |
| 1012.011 | 01/29/2007 | 3 P | 18 | 160.00 | 0.50 | 80.00 | Conference with D. Olson regarding creditors; telephone call to CIT Group; letter to CIT Group. | 194 |
| 1012.011 | 01/29/2007 | 2 P | 18 | 240.00 | 0.90 | 216.00 | Prepare ER 408 letter to Jan Sokol; advise client; conference with T. Marston. | 266 |
| 1012.011 | 01/30/2007 | 2 P | 18 | 240.00 | 1.50 | 360.00 | Prepare materials for motion and settlement negotiations. | 267 |
| 1012.011 | 01/31/2007 | 3 P | 18 | 160.00 | 1.20 | 192.00 | Review Paul Nangle correspondence; telephone conference with P. Nangle; email to T. Marston and Jami Elison; telephone calls to CIT1 Group; telephone calls to Jane at Dawnie Haines' office; review of bookkeeping for Absolute. | 195 |
| 1012.011 | 02/01/2007 | 3 P | 18 | 160.00 | 0.50 | 80.00 | Review of accounting for Absolute; telephone conference with D. Olson regarding numbers; voicemail left with CITI Group regarding same. | 196 |
| 1012.011 | 02/01/2007 | 2 P | 18 | 240.00 | 1.80 | 432.00 | Telephone conference with M. Kreger; analyze settlement strategies with Emerco; prepare letter to Emerco. | 285 |
| 1012.011 | 02/01/2007 | 4 P | 16 | 100.00 | 0.30 | 30.00 | Edit and finalize Jami Elison ER 904 letter to P. Duffy. | 300 |
| 1012.011 | 02/02/2007 | 2 P | 18 | 240.00 | 2.00 | 480.00 | Prepare issues regarding negotiations with Brechan and Safeco. | 286 |
| 1012.011 | 02/05/2007 | 3 P | 18 | 160.00 | 2.00 | 320.00 | Legal research federal and state authorities regarding fraudulent transfers; legal research for CFR definition of "civil offense"; review of contractor qualification section. | 197 |
| 1012.011 | 02/05/2007 | 2 P | 18 | 240.00 | 3.00 | 720.00 | Analyze issues regarding fraud finding; analyze issues for post-trial motions. | 287 |
| 1012.011 | 02/06/2007 | 3 P | 18 | 160.00 | 2.80 | 448.00 | Research on CFR regulations and federal authorities that address "civil offense"; research and summary of Alaska authorities on fraudulent transfers. | 208 |
| 1012.011 | 02/06/2007 | 2 P | 18 | 240.00 | 2.80 | 672.00 | Emails with counsel for Brechan; legal research in support of issues for post-trial motions. | 288 |
| 1012.011 | 02/07/2007 | 3 P | 18 | 160.00 | 1.50 | 240.00 | Conference with Jami Elison regarding meaning of "civil offense" and appropriate response to opposing counsel; review of CFR; legal research on "civil offense" in context of federal violations. | 209 |
| 1012.011 | 02/07/2007 | 2 P | 18 | 240.00 | 2.50 | 600.00 | Analyze issues for motions and negotiations; conference with client. | 289 |
| 1012.011 | 02/08/2007 | 3 P | 18 | 160.00 | 2.50 | 400.00 | Review CFRs and federal authorities that address disbarment and suspension. | 210 |
| 1012.011 | 02/08/2007 | 2 P | 18 | 240.00 | 1.50 | 360.00 | Analyze issues for motions and negotiations; conference with client. | 290 |
| 1012.011 | 02/09/2007 | 3 P | 18 | 160.00 | 0.40 | 64.00 | Telephone conference with D. Olson; telephone call from Jennifer Mata of CITGroup; email exchange with D. Olson; telephone conference with Jennifer Mata. | 211 |
| 1012.011 | 02/09/2007 | 2 P | 18 | 240.00 | 1.00 | 240.00 | Analyze court order regarding final judgment and order regarding clarification; prepare outline. | 291 |
| 1012.011 | 02/09/2007 | 4 P | 16 | 100.00 | 0.60 | 60.00 | Upload court orders regarding final judgment and Emerco's motion to clarify; send copy to client; edit and finalize Jami Elison letter to Stoetzer regarding Safeco settlement; finalize Jami Elison letter to Stoetzer regarding Safeco negotiations. | 301 |
| 1012.011 | 02/12/2007 | 3 P | 18 | 160.00 | 0.50 | 80.00 | Email exchange with Joanne at Absolute's bookkeeper's office; Telephone call to Jennifer Mata of CIT Group; email to D. Olson. | 212 |
| 1012.011 | 02/13/2007 | 3 P | 18 | 160.00 | 4.50 | 720.00 | Legal research in Ninth Circuit and Alaska for authorities addressing remedies and standards for summary judgments for correspondence to M. Kreger. | 213 |
| 1012.011 | 02/13/2007 | 4 P | 16 | 100.00 | 0.50 | 50.00 | Review Jami Elison email regarding business devastation; search briefing for information regarding same. | 282 |
| 1012.011 | 02/13/2007 | 2 P | 18 | 240.00 | 1.50 | 360.00 | Analyze and legal research issues for motions and negotiations; conference with client. | 292 |
| 1012.011 | 02/13/2007 | 4 P | 16 | 100.00 | 0.30 | 30.00 | Finalize and send Jami Elison letter to P. Duffy regarding trial continuation; upload Safeco's motion to sub-counsel and sent same to D. Olson. | 302 |
| 1012.011 | 02/14/2007 | 3 P | 18 | 160.00 | 1.00 | 160.00 | Telephone call to CIT Group; conference with K. Martyn regarding spreadsheets to be produced to CIT Group; legal research in support of business devastation analysis for correspondence with M. Kreger. | 214 |
| 1012.011 | 02/15/2007 | 3 P | 18 | 160.00 | 2.00 | 320.00 | Legal research for business devastation outline for purpose of | 215 |

Exhibit 2, Page 8 of 10

**Detail Fee Transaction File List**

Marston Elison, PLLC

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----|-----|------|---------------|--------|---|------|

**Client ID 1012.011 Absolute Environmental Services, Inc.**

| | | | | | | | | | |
|--------|-----------|------|-----|-----|------|------|--------|----------------------------------------------------|------|
| | | | | | | | | appeal and for correspondence with M. Kreger. | |
| 1012.011 | 02/15/2007 | 4 | P | 16 | 100.00 | 0.60 | 60.00 | Draft shells for motion for attorney fees and sward of pre-judgment interest; send email to Jesse Elison regarding same. | 303 |
| 1012.011 | 02/16/2007 | 3 | P | 18 | 160.00 | 2.00 | 320.00 | Continue work on motion for fees; telephone conference with Jennifer Mata of CIT Group; email to Dave and Dawnie regarding discrepancy of amount. | 216 |
| 1012.011 | 02/16/2007 | 4 | P | 16 | 100.00 | 0.30 | 30.00 | Review M. Kreger's letter regarding case analysis and settlement; scan and send same to D. Olson. | 304 |
| 1012.011 | 02/19/2007 | 3 | P | 18 | 160.00 | 6.80 | 1088.00 | Legal research Alaska authorities regarding setoffs from settlements; research Alaska authorities concerning binding settlement agreements; research Ninth Circuit authorities regarding summary judgment being granted on improper bases; legal research authorities addressing jury award and allocation. | 217 |
| 1012.011 | 02/19/2007 | 2 | P | 18 | 240.00 | 3.00 | 720.00 | Analyze, legal research and prepare issues for motions. | 293 |
| 1012.011 | 02/20/2007 | 3 | P | 18 | 160.00 | 2.30 | 368.00 | Legal research authorities to rebut M. Kreger's memo; email to Dawnie and Joann about main discrepancy in billing by CIT Group; conference with D. Olson. | 218 |
| 1012.011 | 02/20/2007 | 2 | P | 18 | 240.00 | 2.00 | 480.00 | Prepare letters to opposing counsel; legal research and prepare materials for briefing regarding offsets. | 294 |
| 1012.011 | 02/21/2007 | 3 | P | 18 | 160.00 | 1.90 | 304.00 | Work on motion for attorney fees and motion for pre-judgment interest. | 219 |
| 1012.011 | 02/21/2007 | 2 | P | 18 | 240.00 | 1.50 | 360.00 | Prepare letter and exchange emails with opposing counsel; legal research and prepare materials for briefing. | 295 |
| 1012.011 | 02/21/2007 | 4 | P | 16 | 100.00 | 1.40 | 140.00 | Finalize Jami Elison letter to J. Sokol; edit judgment calculations spreadsheet and scan to pdf. | 305 |
| 1012.011 | 02/22/2007 | 4 | P | 16 | 100.00 | 0.60 | 60.00 | Conference with Jami Elison regarding final judgment. | 283 |
| 1012.011 | 02/22/2007 | 2 | P | 18 | 240.00 | 1.00 | 240.00 | Emails and telephone calls with opposing parties regarding motions; briefing and disclosures. | 296 |
| 1012.011 | 02/26/2007 | 3 | P | 18 | 160.00 | 4.70 | 752.00 | Work on memorandum in support of proposed judgment. | 227 |
| 1012.011 | 02/26/2007 | 2 | P | 18 | 240.00 | 3.50 | 840.00 | Prepare proposed judgment; study proposed judgment submitted by other parties; analyze and legal research issues. | 297 |
| 1012.011 | 02/26/2007 | 4 | P | 16 | 100.00 | 3.10 | 310.00 | Conference with T. Marston regarding amended proposed judgment; edit, finalize and file proposed judgment; edit, finalize and file memorandum in support of proposed judgment. | 306 |
| 1012.011 | 02/27/2007 | 3 | P | 18 | 160.00 | 0.20 | 32.00 | Email to D. Olson regarding CIT Group. | 226 |
| 1012.011 | 02/27/2007 | 2 | P | 18 | 240.00 | 3.00 | 720.00 | Analyze and prepare materials for submission under seal. | 298 |
| 1012.011 | 02/28/2007 | 2 | P | 18 | 240.00 | 2.00 | 480.00 | Emails and telephone calls with counsel for Brechan to negotiate settlement; analyze Brechan's memorandum regarding offsets; prepare response regarding offsets. | 225 |
| 1012.011 | 02/28/2007 | 3 | P | 18 | 160.00 | 1.10 | 176.00 | Telephone conference with Scott Lifrese, counsel for CIT Group; email exchanges with S. Lifrese; email to D. Olson regarding negotiations; email to S. Lifrese; conference with Jami Elison regarding memorandum under seal. | 228 |
| 1012.011 | 02/28/2007 | 4 | P | 16 | 100.00 | 0.50 | 50.00 | Research Alaska Superior Court rules and administration rules regarding depositions money in registry of court; telephone conference with court clerk regarding same; send email to Jami Elison regarding same. | 284 |
| 1012.011 | 02/28/2007 | 2 | P | 18 | 240.00 | 7.00 | 1680.00 | Analyze Brechan's motion under seal; legal research and prepare response. | 299 |
| 1012.011 | 03/01/2007 | 3 | P | 18 | 160.00 | 5.90 | 944.00 | Work on motion in support of Absolute's proposed judgment under seal. | 234 |
| 1012.011 | 03/01/2007 | 2 | P | 18 | 240.00 | 6.00 | 1440.00 | Prepare memorandum regarding offsets for filing. | 268 |
| 1012.011 | 03/01/2007 | 4 | P | 16 | 100.00 | 0.30 | 30.00 | Draft and file notice of interest to file memorandum regarding documents under seal. | 307 |
| 1012.011 | 03/02/2007 | 3 | P | 18 | 160.00 | 2.00 | 320.00 | Work on motion in support of proposed judgment; telephone conference with CIT Group; email to D. Olson regarding same. | 235 |
| 1012.011 | 03/02/2007 | 2 | P | 18 | 240.00 | 1.40 | 336.00 | Finalize offset brief for filing; analyze proposed verdict forms for appeal issues; settlement negotiations with counsel for Brechan. | 269 |
| 1012.011 | 03/02/2007 | 4 | P | 16 | 100.00 | 2.20 | 220.00 | Review, edit and finalize memorandum regarding offsets under seal; telephone conference with court clerk regarding filing of motions under seal. | 308 |
| 1012.011 | 03/04/2007 | 2 | P | 18 | 240.00 | 0.50 | 120.00 | Prepare strategies and study settlement issues. | 270 |
| 1012.011 | 03/05/2007 | 2 | P | 18 | 240.00 | 3.30 | 792.00 | Prepare materials for filing regarding judge's authority to rule as matter of law after jury verdict; conference with T. Marston regarding motion and settlement strategies; settlement | 271 |

Exhibit 2, Page 9 of 10

Date: 04/03/2007

**Detail Fee Transaction File List**

Marston Elison, PLLC

Page: 10

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----|-----|------|--------------|--------|---|------|

**Client ID 1012.011 Absolute Environmental Services, Inc.**

| | | | | | | | | negotiations with counsel for Brechan; analyze supplemental authority submitted by Brechan. | |
|--------|-----------|------|-----|-----|------|--------------|--------|---|------|
| 1012.011 | 03/05/2007 | 3 | P | 18 | 160.00 | 2.60 | 416.00 | Legal research regarding a judge's authority to rule on a matter of law at any time; review of Brechan's authority submitted to the court. | 276 |
| 1012.011 | 03/05/2007 | 1 | P | 1 | 300.00 | 2.40 | 720.00 | Outline remaining issues before the judge before entry of judgment; conference with JKE re same; tc/w Jan Sokol regarding whether Safeco's asserting the $100,000 limit on the penal sum of the bond (Answer: No); draft reply to Safeco's argument. | 314 |
| 1012.011 | 03/05/2007 | 1 | P | 1 | 300.00 | | 0.00 | Analyze | 315 |
| 1012.011 | 03/06/2007 | 2 | P | 18 | 240.00 | 2.60 | 624.00 | Conference with T. Marston and client and provide advice; analyze surety issues; prepare materials for filing; settlement negotiations. | 272 |
| 1012.011 | 03/06/2007 | 3 | P | 18 | 160.00 | 0.20 | 32.00 | Email to CIT Group counsel; telephone conference with D. Olson regarding counteroffer. | 277 |
| 1012.011 | 03/06/2007 | 1 | P | 1 | 300.00 | 4.10 | 1230.00 | dra reply brief to Brechan's denial of liability under implied warranty of plans and specifications, locate | 316 |
| 1012.011 | 03/07/2007 | 2 | P | 18 | 240.00 | 2.80 | 672.00 | Prepare materials for filing; conference with T. Marston and client; provide legal advice; analyze court order; prepare strategies. | 273 |
| 1012.011 | 03/07/2007 | 3 | P | 18 | 160.00 | 3.60 | 576.00 | Review of authorities in motion to oppose Brechan's reply motion in support of their proposed judgment allocation; provide edits; work on motions for attorney fees and prejudgment interest. | 278 |
| 1012.011 | 03/07/2007 | 1 | P | 1 | 300.00 | 11.00 | 3300.00 | Review Judge's entry of judgment; tcw client; work on motion for new trial | 317 |
| 1012.011 | 03/08/2007 | 2 | P | 18 | 240.00 | 0.60 | 144.00 | Prepare attorney fee arguments; analyze motion for new trial regarding warranty of plans and specs. | 274 |
| 1012.011 | 03/08/2007 | 3 | P | 18 | 160.00 | 4.50 | 720.00 | Work on motion for attorney fees and motion for prejudgment interest. | 279 |
| 1012.011 | 03/08/2007 | 4 | P | 16 | 100.00 | 4.30 | 430.00 | Conference with Jesse Elison regarding motion for fees; conference with T. Marston regarding motion for new trial and establishing of penal sum; review motion and locate all exhibits. | 309 |
| 1012.011 | 03/08/2007 | 1 | P | 1 | 300.00 | 0.50 | 150.00 | Review Absolute's proposed jury instructions and verdict forms for motion for a new trial. | 318 |
| 1012.011 | 03/08/2007 | 1 | P | 1 | 300.00 | 0.60 | 180.00 | Review Absolute's proposed jury instructions and verdict forms for motion for new trial | 319 |
| 1012.011 | 03/09/2007 | 2 | P | 18 | 240.00 | 0.50 | 120.00 | Study attorney fee motion. | 275 |
| 1012.011 | 03/12/2007 | 3 | P | 18 | 160.00 | 1.50 | 240.00 | Review spreadsheet and settlement scenario and email to D. Olson regarding negotiations; review D. Olson's declaration; conference with K. Martyn regarding same and motion for fees. | 280 |
| 1012.011 | 03/13/2007 | 3 | P | 18 | 160.00 | 0.50 | 80.00 | Telephone conference with client; emails to Jami Elison and Terry Marston regarding motion for fees; telephone conference with Dave Olson; conference with K. Martyn regarding D. Olson declaration. | 281 |
| 1012.011 | 03/13/2007 | 4 | P | 16 | 100.00 | 0.90 | 90.00 | Edit D. Olson declaration regarding fees; send to D. Olson for review. | 310 |
| 1012.011 | 03/16/2007 | 4 | P | 16 | 100.00 | 0.30 | 30.00 | Draft and file notice of trial readiness. | 311 |
| 1012.011 | 03/19/2007 | 2 | P | 18 | 240.00 | 6.50 | 1560.00 | Prepare materials for filings regarding interest and attorney fees. | 312 |
| 1012.011 | 03/19/2007 | 3 | P | 18 | 160.00 | 6.30 | 1008.00 | Work on motion for attorney fees; work on motion for prejudgment interest. | 313 |
| 1012.011 | 03/26/2007 | 3 | P | 18 | 160.00 | 0.20 | 32.00 | Email from opposing counsel sent to D. Olson with proposed response. | 320 |

**Total for Client ID 1012.011**        Billable    1438.80    311362.00  Absolute Environmental Services, Inc.
McKinley

| | | | | **GRAND TOTALS** | | |
|---|---|---|---|---|---|---|

Billable    1438.80    311362.00

Exhibit 2, Page 10 of 10