1 | ERIC J. BROWN (ebrown@jdolaw.com)
  | JERMAIN DUNNAGAN & OWENS, P.C.
2 | 3000 A. Street, Suite 300
  | Anchorage, Alaska 99503-4097
3 | Telephone: (907) 563-8844
  | Facsimile: (907) 563-7322
4 |
5 | PATRICK J. DUFFY, III (duffy@mmlawyers.com)
  | WILLIAM R. BAERG (baerg@mmlawyers.com)
6 | MONTELEONE & McCRORY, LLP
  | 725 S. Figueroa Street, Suite 3200
7 | Los Angeles, California 90017-5446
  | Telephone: (213) 612-9900
8 | Facsimile: (213) 612-9930
9 | Attorneys for Defendant and
  | Cross-Claimant EMERCO, INC.
10| dba Imperial Industrial Coatings

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) CASE NO. A-03-0199 Civil (RRB) |
|---|---|
| Plaintiff, | ) **NOTICE OF APPEAL** |
| v. | ) |
| FORREST J. McKINLEY, an individual, d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings, | ) |
| Defendants. | ) |
| EMERCO, INC., a California Corporation d/b/a Imperial Industrial Coatings, and the United States for the Use and Benefit of EMERCO, Inc., | ) |
| Counter-Claimant/Third Party Claimant, | ) |
| vs. | ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, et al. | ) |
| Cross-Defendants/Third Party Defendants. | ) |

1   **NOTICE IS HEREBY GIVEN** that Emerco, Inc., doing business as
2   Imperial Industrial Coatings, defendant and cross-claimant in the above named
3   case, hereby appeals to the United States Court of Appeals for the Ninth Circuit
4   from the Order re Final Judgment entered in this action on the 7th day of March,
5   2007.

8   DATED:   April 3, 2007

PATRICK J. DUFFY, III
WILLIAM R. BAERG
MONTELEONE & McCRORY LLP
Attorneys for Appellant
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017

## CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on April 4, 2007, a copy of the foregoing was electronically filed with the Clerk of the United States District Court, District of Alaska, using the CM/ECF System and was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com

Eric J. Brown, ebrown@jdolaw.com

Robert J. Dickson, acgecf@acglaw.com

Patrick J. Duffy, III, duffy@mmlawyers.com

Jami K. Elison, jamie@marstonelison.com

Michael E. Kreger, mkreger@perkinscoie.com

Thomas A. Larkin, tlarkin@lawssg.com

Terry R. Marston, terry@marstonelison.com

Paul J. Nangle, PaulJ.Nangle@acsalaska.net

Jacob B. Nist, jnist@perkinscoie.com

Peter C. Partnow, PartnowP@LanePowell.com

James B. Stoetzer, StoetzerJ@LanePowell.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on April 4, 2007, at Los Angeles, California.

_____
SALLIE RASPA