IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENT SERVICES, INC., an Alaska Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FORREST J. MCKINLEY, et al.,<br><br>　　　　Defendants. | Case No. 3:03-CV-0199-RRB<br><br>**ORDER RE FINAL JUDGMENT** |

　　　　The parties continue to complicate what has already proven to be a very complicated case. The jury, however, has spoken and it is clear, at least to the Court, how this matter should be resolved.

　　　　Imperial lost its claim against Absolute. That matter is over.

　　　　Absolute won its claim against Imperial, Brechan, and Coffman.

　　　　Absolute has settled with Coffman. That matter is over.

The only remaining issue as to Imperial and Brechan is the proper amount of the Judgment.

Absolute also won its claim against Safeco, although further motion practice is required to determine the extent of Safeco's responsibility in this matter and what offset the remaining parties are entitled to.

Other than the Safeco matter, there are no further legitimate issues regarding offset or contribution, for no other culpable parities were identified by the jury and the jury determined the total damages and relative portion of fault among the parties. One possible exception to this is the issue of attorney fees, for the Plaintiff cannot obviously be compensated twice for the same work.

Absolute's general damages were $1,250,000.

Absolute is entitled to Judgment against Brechan for 47.5% of $1,250,000, or $593,750, plus $10,000 for unpaid contract balance (verdict 35), plus $35,515.50 as the unpaid balance of worked performed by Absolute on Phase 1 (verdict 30), for a total of $639,265.50, plus costs, interest, and attorney fees.

Absolute is entitled to Judgment against Imperial for 12.5% of $1,250,000, or $156,250, plus $48,818.70 for the KTA Quality Control service (verdict 34), for a total of $205,068.70, plus costs, interest, and attorney fees.

With this clarification, the parties should now proceed to complete the motion practice regarding Safeco and with regard to the issue of attorney fees. Thereafter, a final Judgment can enter and the appeal process can begin.

Absolute's request for sanctions is without merit.

ENTERED this 7th day of March, 2007.

                         S/RALPH R. BEISTLINE
                         UNITED STATES DISTRICT JUDGE

# Sallie Raspa

**From:** cmecfmail@akd.uscourts.gov
**Sent:** Wednesday, March 07, 2007 12:38 PM
**To:** cmecfmail@akd.uscourts.gov
**Subject:** Activity in Case 3:03-cv-00199-RRB Absolute Environmental Services Inc. v. McKinley et al "Order"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Alaska

Notice of Electronic Filing

The following transaction was received from JPS, COURT STAFF entered on 3/7/2007 at 11:37 AM AST and filed on 3/7/2007
**Case Name:** Absolute Environmental Services Inc. v. McKinley et al
**Case Number:** 3:03-cv-199
**Filer:**
**Document Number:** 567

**Docket Text:**
ORDER REGARDING FINAL JUDGMENT. (JPS, COURT STAFF)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=3/7/2007] [FileNumber=166705-0]
[1b026691d0a71e691bc083fae8b39175c0e3e51b1614df9d19c33498ae52977c05b16
87145a19a5e230b5b3641a67dba442eed587190a16fad0e8066f091eaa3]]

**3:03-cv-199 Notice will be electronically mailed to:**

William R. Baerg    baerg@mmlawyers.com, raspa@mmlawyers.com

Eric J. Brown    ebrown@jdolaw.com, sgreen@jdolaw.com

Robert J. Dickson    acgecf@acglaw.com, jkt@acglaw.com; rjd@acglaw.com

Patrick J. Duffy, III    duffy@mmlawyers.com, mduffy@mmlawyers.com

Jami K. Elison    jamie@mhf-law.com, kristym@mhf-law.com

Michael E. Kreger    mkreger@perkinscoie.com, ancefiling@perkinscoie.com; jkearse@perkinscoie.com; ajarrell@perkinscoie.com; jnist@perkinscoie.com; mbast@perkinscoie.com

Thomas A. Larkin    tlarkin@lawssg.com

3/7/2007

Terry R. Marston !    terry@marstonelison.com, kristy@marstonelison.com

Peter C. Partnow    partnowp@lanepowell.com, jensonj@lanepowell.com; gerkenl@lanepowell.com; wagnerf@lanepowell.com; biggerstaffn@lanepowell.com; USDC-AK@lanepowell.com

James B. Stoetzer    stoetzerj@lanepowell.com, flabela@lanepowell.com, niemerj@lanepowell.com; nordinp@lanepowell.com; killing@lanepowell..com

**3:03-cv-199 Notice will be delivered by other means to:**

Paul J. Nangle
Paul J. Nangle & Associates
101 Christensen Drive
Anchorage, AK 99501

3/7/2007