Form 6. Civil Appeals Docketing Statement | USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: Absolute Environmental Services, Inc., an Alaska corporation, vs. Forrest J. McKinley, an individual d/b/a "Imperial Industrial Coatings" and Emerco, Inc., a California Corporation, d/b/a Imperial Industrial Coatings | DISTRICT: ALASKA | JUDGE: Ralph R. Beistline |
|---|---|---|
| | DISTRICT COURT NUMBER: A-03-0199 Civil (RRB) | |
| | DATE NOTICE OF APPEAL FILED: 04/04/2007 | IS THIS A CROSS-APPEAL?  ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): | |

BRIEF DESCRIPTION OF ACTION AND RESULT BELOW: Action for breach of a contract by prime contractor against coatings subcontractor relating to U.S. Coast Guard Cargo Wharf. Cross-complaint by subcontractor for goods sold and delivered and breach of contract. Judgment in favor of plaintiff and cross-defendant and against defendant and cross-complainant.

PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL: Inconsistencies in verdict do not support judgment; no substantial evidence to support jury's finding of breach of contract by subcontractor; no substantial evidence exonerating prime contractor's conversion of subcontractor's property.

PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS): Pending motions for attorneys' fees and pre-judgment interest; bifurcation of trial on alter ego cause of action.

DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:
☐ Possibility of settlement
☐ Likelihood that intervening precedent will control outcome of appeal
☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (specify)


☐ Any other information relevant to the inclusion of this case in the Mediation Program



☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges.

| LOWER COURT INFORMATION | | | Page 2 of 2 |
|---|---|---|---|
| JURISDICTION | | DISTRICT COURT DISPOSITION | |
| FEDERAL | APPELLATE | TYPE OF JUDGMENT / ORDER APPEALED | RELIEF |
| ☐ FEDERAL QUESTION<br>☒ DIVERSITY<br>☐ OTHER (SPECIFY) | ☒ FINAL DECISION OF DISTRICT COURT<br>☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT<br>☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):<br>☐ OTHER (SPECIFY): | ☐ DEFAULT JUDGMENT<br>☐ DISMISSAL / JURISDICTION<br>☐ DISMISSAL / MERITS<br>☐ SUMMARY JUDGMENT<br>☐ JUDGMENT / COURT DECISION<br>☒ JUDGMENT / JURY VERDICT<br>☐ DECLARATORY JUDGMENT<br>☐ JUDGMENT AS A MATTER OF LAW<br>☐ OTHER (SPECIFY): | ☒ DAMAGES:<br>SOUGHT $1,327,899<br>AWARDED $1,250,000<br>☐ INJUNCTIONS:<br>☐ PRELIMINARY<br>☐ PERMANENT<br>☐ GRANTED<br>☐ DENIED<br>☒ ATTORNEY FEES:<br>SOUGHT $875,372.54<br>AWARDED $_____<br>☒ PENDING<br>☒ COSTS: $ pending |

## CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**
1. COPIES OF ORDER / JUDGMENT APPEALED FROM ARE ATTACHED.
2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED ( SEE 9TH CIR. RULE 3-2
3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.
4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_[signature]_
Signature

April 3, 2007
Date

## COUNSEL WHO COMPLETED THIS FORM

NAME: William R. Baerg

FIRM: Monteleone & McCrory, LLP

ADDRESS: 725 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017-5446

E-MAIL: baerg@mmlawyers.com

TELEPHONE: (213) 612-9900

FAX: (213) 612-9930

* THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL*
* IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS*

## CERTIFICATE OF SERVICE BY ECF

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I certify that on April 4, 2007, a copy of the foregoing was electronically filed with the Clerk of the United States District Court, District of Alaska, using the CM/ECF System and was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com

Eric J. Brown, ebrown@jdolaw.com

Robert J. Dickson, acgecf@acglaw.com

Patrick J. Duffy, III, duffy@mmlawyers.com

Jami K. Elison, jamie@marstonelison.com

Michael E. Kreger, mkreger@perkinscoie.com

Thomas A. Larkin, tlarkin@lawssg.com

Terry R. Marston, terry@marstonelison.com

Paul J. Nangle, PaulJ.Nangle@acsalaska.net

Jacob B. Nist, jnist@perkinscoie.com

Peter C. Partnow, PartnowP@LanePowell.com

James B. Stoetzer, StoetzerJ@LanePowell.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on April 4, 2007, at Los Angeles, California.

*/s/ Sallie Raspa*
SALLIE RASPA