INSTRUCTION NO. _31_

Absolute has also asserted claims against Brechan in this matter. Absolute claims that Brechan breached its contract with Absolute by failing to disclose certain information.

Absolute has the burden of proving each of the following elements by a preponderance of the evidence:

1.  That Brechan had superior knowledge about conditions which were encountered by Swalling during the Phase I project. Superior knowledge is information that is vital to the performance of a contract, material to the performance problems that arose, and that can only be reasonably obtained from one source.

2.  That Absolute was not aware of the vital information Brechan had concerning the prior project and could not reasonably discover this information through its own efforts.

3.  That Brechan recognized that the disclosure of this information would be vital to Absolute to prepare a reasonable proposal for the next project.

4.  That Brechan knew that Absolute did not have this information and that Absolute was not reasonably likely to learn this information from its own inquiries or from any other source.

5.  That Brechan did not provide this information to Absolute.

Exhibit _1_
Page _1_ of _2_

6. That the revised coating specification for Absolute's project did not put Absolute on notice of such vital conditions.

7. That Absolute would have made a different price proposal to Brechan had it been provided with the superior knowledge prior to entering into the subcontract with Brechan.

8. That in performing its work, Absolute encountered undisclosed material conditions that required Absolute to perform extra work under the contract.

If you find that Absolute has established all of these elements, then you must find in favor of Absolute on this claim and then determine damages legally caused by the non-disclosure of the information.

If Absolute has failed to prove any one of these elements, then you must find against Absolute on this claim and you may not award damages to Absolute based on this claim.

Exhibit 1
Page 2 of 2