Michael E. Kreger
Alaska Bar No. 8311170
MKreger@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:  907.279.8561
Facsimile:  907.276.3108

Attorneys for Defendant
Brechan Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. MCKINLEY, et. al,<br><br>Defendants. | Case No.: 3:03-cv-0199-RRB |

**OBJECTION TO ABSOLUTE'S REPLY
IN SUPPORT OF ITS MOTION FOR ATTORNEYS' FEES**

Brechan Enterprises objects to the "Reply Declaration of Terry R. Marston Regarding Motion for Fees", Docket 599.  In the materials Absolute submitted in support of its Motion for Attorneys' Fees (Dockets 571, 572, 573), Absolute made a cursory reference to its views about the production or "concealment" of documents by Brechan, but did not offer any support for its allegations. Now, in Mr. Marston's

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
907.279.8561 / Facsimile 907.276.3108

Absolute v. McKinley, et al.
Case No. 3:"03-cv-0199-RRB
38599-0012/LEGAL13155070.1

-1-

Reply Declaration, Absolute offers two pages of conclusions on an issue which was never raised in a discovery motion. If the Court may attach significance to these belated allegations in its present decision concerning Absolute's motion for attorneys' fees, Brechan requests the opportunity to respond to these allegations.

DATED at Anchorage, Alaska on April 11, 2007.

**PERKINS COIE LLP**
Attorneys for Defendant
Brechan Enterprises, Inc.

By   /s/ Michael e. Kreger
Michael E. Kreger
Alaska Bar No. 8311170
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
Email:  mkreger@perkinscoie.com

I hereby certify that on April 11, 2007, the foregoing has been served by electronic mail on William R. Baerg, Terry R. Marston II, Eric J. Brown, and Thomas A. Larkin.

  /s/ Michael E. Kreger
Michael E. Kreger

Absolute v. McKinley, et al.                                   -2-
Case No. 3:"03-cv-0199-RRB
38599-0012/LEGAL13155070.1