MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL SERVICES INC vs. FORREST J. MCKINLEY, ET AL

BEFORE THE HONORABLE RALPH R. BEISTLINE CASE NO. 3:03-cv-00199-RRB

DEPUTY CLERK/RECORDER:          APRIL KARPER

APPEARANCES:    PLAINTIFF:      TERRY MARSTON - TELEPHONIC

                DEFENDANT:      ERIC BROWN
                                WILLIAM BAERG - TELEPHONIC
                                MICHAEL KREGER - TELEPHONIC

PROCEEDINGS: TRIAL SETTING CONFERENCE HELD APRIL 12, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:05 a.m. court convened.

Court and counsel heard re trial matters, attorney's fees, and
pending appeal. Trial by Court set for **September 17, 2007 at 8:30
a.m.**

At 9:17 a.m. court adjourned.

DATE:      April 12, 2007         DEPUTY CLERK'S INITIALS:    amk