ERIC J. BROWN (ebrown@jdolaw.com)
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322

PATRICK J. DUFFY, III (duffy@mmlawyers.com)
WILLIAM R. BAERG (baerg@mmlawyers.com)
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930

Attorneys for Defendant
Forrest J. McKinley

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>FORREST J. McKINLEY, an individual, d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. A-03-0199 Civil (RRB)<br><br>**DECLARATION OF WILLIAM R. BAERG IN SUPPORT OF MOTION FOR ORDER VACATING TRIAL DATE AND STAYING ACTION PENDING APPEAL** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# DECLARATION OF WILLIAM R. BAERG

I, William R. Baerg, declare:

1. I am an attorney at law licensed by the State of California and specially admitted to this court for the within case. I am a partner with Monteleone & McCrory LLP, attorneys for Forrest J. McKinley and Emerco, Inc., a California corporation doing business as Imperial Industrial Coatings ("Imperial").

2. This case arises from a contract to re-coat a wharf for the U.S. Coast Guard. I am informed and believe the prime contractor, Brechan Enterprises, Inc. ("Brechan"), subcontracted with Absolute to perform all the coating work. I am informed and believe Absolute, in turn, subcontracted with Imperial to perform most of the coating work. I am informed and believe that during the performance of the project several disputes arose between the parties and this litigation ensued. Absolute filed this action against Imperial and McKinley on August 29, 2003. [Docket No. 1]. Later, Absolute amended its pleadings to include claims against Brechan and the project's engineer Coffman Engineers, Inc. [Docket No. 7]. Count III of the amended complaint alleged at paragraph 47:

"47. Defendant Forrest J. McKinley is liable for the acts and omissions of Emerco, Inc. d/b/a Imperial Industrial Coatings, relating to the matters stated herein."

Count IV of the lawsuit alleged at paragraph 49:

"49. In acting as an agent on behalf of his undisclosed principal Emerco, Inc., Forrest J. McKinley is personally and individually liable to Absolute for performance and damages under the Subcontract to the same extent as Emerco, Inc.

3. On September 27, 2006, Absolute, Imperial and McKinley entered into a stipulation to bifurcate the trial so that Count III (piercing the corporate veil) and Count IV (liability of Agent for Contract of Undisclosed Principal) of Absolute's First Amended Complaint for Breach of Contract, Breach of Warranty, Alter Ego and Agent Liability would be severed and tried by the court after all other causes of action or issues in the case. [Docket No. 384]. On September 29, 2006, the Court accepted the stipulation and entered an order thereon. [Docket No. 407] Trial of this action commenced on October 2, 2006. The verdict was rendered

1. on November 20, 2006. [Docket No. 509] This Court issued its Order re Final Judgment on March 7, 2007. [Docket No. 567] Imperial timely filed its Notice of Appeal on April 4, 2007. [Docket No 593].

    4.    On April 12, 2007, the Court conducted a trial setting conference to set a trial date for the bifurcated claims. Trial on the bifurcated claims is set for September 17, 2007. [Docket No. 603]

Executed at Los Angeles, California this 17th day of April, 2007.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

_____
WILLIAM R. BAERG

## CERTIFICATE OF SERVICE BY ECF

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I certify that on April 17, 2007, a copy of the foregoing was electronically filed with the Clerk of the United States District Court, District of Alaska, using the CM/ECF System and was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com

Eric J. Brown, ebrown@jdolaw.com

Robert J. Dickson, acgecf@acglaw.com

Patrick J. Duffy, III, duffy@mmlawyers.com

Jami K. Elison, jamie@marstonelison.com

Michael E. Kreger, mkreger@perkinscoie.com

Thomas A. Larkin, tlarkin@lawssg.com

Terry R. Marston, terry@marstonelison.com

Paul J. Nangle, PaulJ.Nangle@acsalaska.net

Jacob B. Nist, jnist@perkinscoie.com

Peter C. Partnow, PartnowP@LanePowell.com

James B. Stoetzer, StoetzerJ@LanePowell.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on April 17, 2007, at Los Angeles, California.

_/s/ Sallie Raspa_
SALLIE RASPA