IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENT SERVICES, INC., an Alaska Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FORREST J. MCKINLEY, <u>et</u> <u>al.</u>,<br><br>　　　　Defendants. | Case No. 3:03-CV-0199-RRB<br><br>**<u>ORDER RE FINAL JUDGMENTS</u>** |

　　　　Plaintiff Absolute Environmental Services, Inc. obtained a jury verdict against Brechan Enterprises, Inc. in the amount of $639,265.50.  Plaintiff, as the prevailing party, is entitled to partial attorney fees in accordance with Alaska Civil Rule 82. Brechan's conduct during the course of this litigation was not vexatious or in bad faith.  Nevertheless, the litigation was complex and protracted with considerable effort, determination, and expense required on Plaintiff's behalf to obtain recovery. Therefore, the Court will award "enhanced" attorney fees of 50% of the award against Brechan, or $319,632.75.

　　　　Judgment shall enter against Brechan for $639,265.50, plus prejudgment interest at the rate of 9.5% per annum beginning

August 7, 2003, the date Emerco formally terminated its contract and Absolute's damages began to materialize, and continuing until present, plus attorney fees as set forth above, and allowable costs.

Judgment shall also enter against Emerco using its percent of the overall judgment plus the KTA-Tator costs and applying a 50% enhanced attorney fee award as well.  Prejudgment interest shall begin to run as of August 7, 2003.

Plaintiff shall submit final judgments against the aforesaid parties consistent herewith, plus a proposed judgment against Safeco.

**IT IS SO ORDERED.**

ENTERED this 18th day of April, 2007.

                      s/RALPH R. BEISTLINE
                      UNITED STATES DISTRICT JUDGE