Thomas A. Larkin, ASB #0009055
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon  97201-5047
Telephone:	(503) 221-0699
Fax:	(503) 227-5028
Email:	tlarkin@lawssg.com
	Of Attorneys for Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,  ) ) ) | Case No. 3:03-cv-0199-RRB |
| Plaintiff,  ) ) | |
| v.  ) ) | **NOTICE OF SAFECO INSURANCE COMPANY OF AMERICA'S** |
| FORREST J. MCKINLEY, et al.,  ) ) | **WITHDRAWAL OF THE BIFURCATED DEFENSE** |
| Defendants.  ) ) | |

Pursuant to the court's inquiry at the recent trial setting conference, Safeco Insurance Company of America ("Safeco") submits the following notice of withdrawal of the bifurcated defense.

Pursuant to the parties' agreement before trial, Safeco's limitation of liability defense based on the penal sum of its bond was bifurcated for resolution by the court after the jury returned its verdict.  Based on the jury's verdict, Safeco hereby withdraws its limitation of liability defense **provided** that the amount of judgment to be entered against Safeco does not exceed the principal amount of $639,268.50.

NOTICE OF SAFECO'S WITHDRAWAL OF THE BIFURCATED DEFENSE
Case No. A03-0199CV (RRB) - Page 1 of 2

Safeco specifically denies any liability for attorney fees under Rule 82, and has filed an opposition to Absolute Environmental Services, Inc.'s ("Absolute") Motion for Attorney Fees against Safeco, which fully sets forth the reasons for that opposition.

In the event Absolute's claims against Safeco or Brechan Enterprises, Inc. ("Brechan") are for any reason ever re-tried, Safeco retains the right to assert its defense based on the penal sum of the bond at that time. Safeco further reserves all other defenses (none of which were the subject of the bifurcation) whether asserted directly or through incorporation by reference of the defenses asserted by Brechan.

Respectfully submitted this 19th day of April, 2007

STEWART SOKOL & GRAY LLC

/s/Thomas A. Larkin
Thomas A. Larkin, ASB #0009055
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 227-5028
E-mail: tlarkin@lawssg.com
Of Attorneys for Safeco Insurance Company
of America

I hereby certify that on the 19th day of April, 2007,
the foregoing has been served by electronic mail on
William R. Baerg, Terry R. Marston II, Eric J. Brown
and Michael E. Kreger

/s/ Thomas A. Larkin

W:\Work\Clients Q-S\Safeco\Brechan Absolute Environmental Services\Pleadings\Notice of Safeco Wdraw Bifurcated Defense.wpd