### ARTICLE 5

FAILURE OF PERFORMANCE.    Should Subcontractor fail to satisfy contractual deficiencies within three (3) working days from receipt of Contractor's written notice, then the Contractor, without prejudice to any right or remedies, shall have the right to take whatever steps it deems necessary to correct said deficiencies and charge the cost thereof to Subcontractor, who shall be liable for payment of same, including reasonable overhead, profit, and attorneys fees.

### ARTICLE 6

INSURANCE.    Prior to the start of Subcontractor's Work, Subcontractor shall procure and maintain in force for the duration of the Work, Worker's Compensation Insurance, Employer's Liability Insurance, Comprehensive General Liability Insurance and all insurance required of Contractor under the Contract Documents. Contractor, Owner, and Architect shall be named as additional insured on each of these policies, except for Worker's Compensation.

### ARTICLE 7

INDEMNIFICATION.    To the fullest extent permitted by law, Subcontractor shall indemnify and hold harmless Owner, Architect, Architect's consultants, and Contractor from all damages, losses, or expenses, including attorneys fees, from any claims or damages for bodily injury, sickness, disease, or death, or from claims for damage to tangible property, other than the Work itself. This indemnification shall extend to claims resulting from performance of this Subcontract and shall apply only to the extent that the claim or loss is caused in whole or in part by any negligent act or omission of Subcontractor or any of its agents, employees, or subcontractors. This indemnity shall be effective regardless of whether the claim or loss is caused in some part by a party to be indemnified. The obligation of Subcontractor under this Article shall not extend to claims or losses that primarily caused by the Architect, or Architect's consultant's performance or failure to perform professional responsibilities.

### ARTICLE 8

WARRANTY.    Subcontractor warrants its work against all deficiencies and defects in material and/or workmanship and agrees to satisfy same without cost to Owner or Contractor for a period of one (1) year from the date of Substantial Completion of the Project or per Contract Documents, whichever is longer.

### ARTICLE 9

SPECIAL PROVISIONS.    (Insert any special provisions required by this Subcontract).

ATTACHMENTS I THROUGH VII

In witness whereof, the parties have executed this Agreement under Seal, the day and year first written above.

| | |
|---|---|
| _Imperial Industrial Coatings_ | Absolute Environmental Services, Inc. |
| SUBCONTRACTOR FIRM NAME | CONTRACTOR FIRM NAME |
| _Forrest J McKinley    President_ | David Olson    Owner/President |
| BY (TYPE OR PRINT SIGNER'S NAME AND TITLE) | BY (TYPE OR PRINT SIGNER'S NAME AND TITLE) |

Subcontractor's Federal Tax ID Number:    33-0918232

IIC-000002