UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


ABSOLUTE   v.   MCKINLEY, et al.

DATE:   April 24, 2007         CASE NO.   3:03-cv-0199-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE MOTION FOR PARTIAL RECONSIDERATION
AND CLARIFICATION**

---

      The Court is in receipt of Absolute's Motion for Partial Reconsideration & Clarification (Docket 608), which will be treated as a motion for reconsideration. Pursuant to D. Ak. LR 59.1(d), Defendants have until the close of business on **Friday, May 11, 2007,** in which to file a response to Absolute's motion, after which the Court will take the matter under advisement.

ORDER RE MOTION FOR PARTIAL RECONSIDERATION