Thomas A. Larkin, ASB #0009055
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 227-5028
Email: tlarkin@lawssg.com
  Of Attorneys for Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska corporation,  )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FORREST J. MCKINLEY, et al., )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:03-cv-0199-RRB<br><br>**LIMITED RESPONSE TO ABSOLUTE'S MOTION FOR PARTIAL RECONSIDERATION AND CLARIFICATION** |

    Safeco Insurance Company of America ("Safeco") submits the following limited response to Absolute's Motion for Partial Reconsideration and Clarification (the" Motion").

    None of the relief requested by Absolute is directed toward Safeco. No attorney's fees were awarded against Safeco in the Court's April 18, 2007 Order Re Final Judgments. Safeco

/ / /

/ / /

/ / /

/ / /

LIMITED RESPONSE TO ABSOLUTE'S MOTION FOR PARTIAL RECONSIDERATION AND CLARIFICATION, Case No. A03-0119CV (RRB) - Page 1 of 2

awaits plaintiff's proposed judgment against it as required by the April 18, 2007 Order Re: Final Judgments.

Respectfully submitted this 24th day of April, 2007.

STEWART SOKOL & GRAY LLC

/s/Thomas A. Larkin
Thomas A. Larkin, ASB # 0009055
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone:   (503) 221-0699
Fax:   (503) 227-5028
E-mail:   tlarkin@lawssg.com
Of Attorneys for Safeco Insurance Company of America

I hereby certify that on the 24th day of April, 2007,
the foregoing has been served by electronic mail on
William R. Baerg, Terry R. Marston II, Eric J. Brown
and Michael E. Kreger.

/s/ Thomas A. Larkin

W:\Work\Clients Q-S\Safeco\Brechan Absolute Environmental Services\Pleadings\Memo Limited Response to Motion for Partial Reconsideration and Clarification.wpd

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com

LIMITED RESPONSE TO ABSOLUTE'S MOTION FOR PARTIAL RECONSIDERATION AND CLARIFICATION, Case No. A03-0119CV (RRB) - Page 2 of 2