RECEIVED

APR 2 3 2007

CLERK, U.S. ~~~~~~~~~ COURT
ANCHORAGE, ALASKA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

07-35303

**CASE INFORMATION:**
Short Case Title: <u>Absolute Environmental Services Inc v McKinley, et al</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>Ralph R. Beistline, 3:03-cv-00199-RRB</u>
Date Complaint/Indictment/Petition Filed: <u>08/29/2003</u>
Date Appealed Order/Judgment *entered*: <u>03/07/2007</u>
Date NOA *filed*: <u>04/04/2007</u>
COA Status (check one): N/A

Court Reporter(s) Name and Phone Number: <u>U.S. District Court / ECRO Office (907) 677-6104</u>

Magistrate Judge's Order? If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: <u>04/05/2007</u>

US Government Appeal? no
Companion Cases? Please list: <u>N/A</u>

Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:
Eric J. Brown
Jermain Dunnagan & Owens
3000 A. Street, Suite 300
Anchorage, AK 99501
US
907-563-8844
Fax: 907-563-7322
Email: ebrown@jdolaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

William R. Baerg
Monteleone & McCrory, LLP
725 S. Fiqueroa Street, Suite 3200
Los Angeles, CA 90017-5446
US
213-612-9900
Fax: 213-612-9930
Email: baerg@mmlawyers.com
ATTORNEY TO BE NOTICED

Appellee Counsel:

Jami K. Elison
Marston Heffeman Foreman, PLLC
16880 NE 79th Street
Redmond, WA 98052
US
425-861-5700
Fax: 425-861-6969
Email: jami@marstonelison.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Paul J. Nangle
Paul J. Nangle & Associates
101 Christensen Drive
Anchorage, AK 99501
US
907-274-8866
Fax: 907-279-1794
Email: PaulJ.Nangle@acsalaska.net
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Terry R. Marston
Marston Heffeman Foreman, PLLC
16880 NE 79th Street
Redmond, WA 98052
US
425-861-5700
Fax: 425-861-6969
Email: terry@marstonelison.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Michael E. Kreger
Perkins Coie, LLP
1029 W. 3rd Avenue, Suite 300
Anchorage, AK 99501
US
907-279-8561
Fax: 907-276-3108
Email: mkreger@perkinscoie.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Defendant

Thomas A. Larkin
Stewart Sokol & Gray, LLC
2300 SW First Avenue, Suite 200
Portland, OR 97221
US
503-221-0699
Fax: 503-223-5706
Email: tlarkin@lawssg.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Peter C. Partnow
Lane Powell LLC
301 W. Nothern Lights Blvd., Suite 301
Anchorage, AK 99503-2648
US
907-277-9511
Fax: 907-276-2631
Email: partnowp@lanepowell.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

James B. Stoetzer
Lane Powell PC (SEA)
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
US
206-223-7019
Fax: 206-223-7107
Email: stoetzerj@lanepowell.com
ATTORNEY TO BE NOTICED

 XX  retained   __CJA   __FPD   __FPD   __Other    Please attach Appointment Order.

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __455.00 Receipt 00130157__          9th Circuit Docket Number: __

| Name and phone number of person completing this form: | Carolyn Bollman<br>U.S. District Court<br>101 12th Avenue - Room 332<br>Fairbanks, Alaska 99701<br>(907)451-5792 |
|---|---|