1  ERIC J. BROWN (ebrown@jdolaw.com)
   JERMAIN DUNNAGAN & OWENS, P.C.
2  3000 A. Street, Suite 300
   Anchorage, Alaska 99503-4097
3  Telephone: (907) 563-8844
   Facsimile: (907) 563-7322
4

5  PATRICK J. DUFFY, III (duffy@mmlawyers.com)
   WILLIAM R. BAERG (baerg@mmlawyers.com)
6  MONTELEONE & McCRORY, LLP
   725 S. Figueroa Street, Suite 3200
7  Los Angeles, California 90017-5446
   Telephone: (213) 612-9900
8  Facsimile: (213) 612-9930

9  Attorneys for Appellant, EMERCO, INC.,
   dba Imperial Industrial Coatings
10

11              IN THE UNITED STATES DISTRICT COURT

12                  FOR THE DISTRICT OF ALASKA

13

| | |
|---|---|
| 14  ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | CASE NO. A-03-0199 Civil (RRB) |
| 15  | USCA NO. 07-35303 |
|     Plaintiff, | |
| 16  v. | **APPELLANT'S DESIGNATION OF TRANSCRIPTS ON APPEAL** |
| 17  FORREST J. McKINLEY, an individual, d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings, | |
| 20     Defendants. | |
| 21  AND RELATED CROSS-ACTIONS. | |

23

24   Appellant Emerco, Inc., dba Imperial Industrial Coatings ("Imperial") designates the

25 following portion(s) of the transcript for purposes of appeal:

26   Proceeding                        Date

27   Trial by Jury Day 1               October 2, 2006

28   Trial by Jury Day 2               October 3, 2006

| | | |
|---|---|---|
| 1 | Trial by Jury Day 3 | October 4, 2006 |
| 2 | Trial by Jury Day 4 | October 5, 2006 |
| 3 | Trial by Jury Day 5 | October 6, 2006 |
| 4 | Trial by Jury Day 6 | October 10, 2006 |
| 5 | Trial by Jury Day 7 | October 11, 2006 |
| 6 | Trial by Jury Day 8 | October 12, 2006 |
| 7 | Trial by Jury Day 9 | October 13, 2006 |
| 8 | Trial by Jury Day 10 | October 16, 2006 |
| 9 | Trial by Jury Day 11 | October 17, 2006 |
| 10 | Trial by Jury Day 12 | October 18, 2006 |
| 11 | Trial by Jury Day 13 | October 19, 2006 |
| 12 | Trial by Jury Day 14 | October 20, 2006 |
| 13 | Trial by Jury Day 15 | October 23, 2006 |
| 14 | Trial by Jury Day 16 | October 24, 2006 |
| 15 | Trial by Jury Day 17 | October 25, 2006 |
| 16 | Trial by Jury Day 18 | October 26, 2006 |
| 17 | Trial by Jury Day 19 | October 27, 2006 |
| 18 | Trial by Jury Day 20 | October 30, 2006 |
| 19 | Trial by Jury Day 21 | October 31, 2006 |
| 20 | Trial by Jury Day 22 | November 1, 2006 |
| 21 | Trial by Jury Day 23 | November 2, 2006 |
| 22 | Trial by Jury Day 24 | November 3, 2006 |
| 23 | Trial by Jury Day 25 | November 6, 2006 |
| 24 | Trial by Jury Day 26 | November 7, 2006 |
| 25 | Trial by Jury Day 27 | November 8, 2006 |
| 26 | Trial by Jury Day 28 | November 9, 2006 |
| 27 | Trial by Jury Day 29 | November 15, 2006 |
| 28 | Trial by Jury Day 30 | November 16, 2006 |

1     Trial by Jury Day 31            November 17, 2006

2     Trial by Jury Day 32            November 20, 2006

4     In the event any other party to this action files a Notice of Appeal, they will be

5 responsible for sharing, pro rata, the costs of preparing the transcripts.

7 DATED: May 2, 2007            MONTELEONE & McCRORY LLP

11            By _____
12                     PATRICK J. DUFFY III
                       WILLIAM R. BAERG
                       Attorneys for Appellant

# CERTIFICATE OF SERVICE BY ECF

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I certify that on May 4, 2007, a copy of the foregoing was electronically filed with the Clerk of the United States District Court, District of Alaska, using the CM/ECF System and was served electronically on the following:

Jami K. Elison, jamie@marstonelison.com

Paul J. Nangle, PaulJ.Nangle@acsalaska.net

Terry R. Marston, terry@marstonelison.com

Eric J. Brown, ebrown@jdolaw.com

William R. Baerg, baerg@mmlawyers.com

Patrick J. Duffy, III, duffy@mmlawyers.com

Michael E. Kreger, mkreger@perkinscoie.com

Thomas A. Larkin, tlarkin@lawssg.com

Robert J. Dickson, acgecf@acglaw.com

Peter C. Partnow, PartnowP@LanePowell.com

James B. Stoetzer, StoetzerJ@LanePowell.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on May 4, 2007, at Los Angeles, California.

*Sallie Raspa*
SALLIE RASPA