UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # __07-35303_____   U.S. District Court # __CV-03-00199-RRB__
Short Case Title   __Absolute v. McKinley__
Date Notice of Appeal Filed by Clerk of District Court __04/04/2007__

Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
|  |  | VOIR DIRE |
| **PLEASE SEE ATTACHMENT "A" FOR COMPLETE LIST** |  | OPENING STATEMENTS |
| **OF DATES AND PROCEEDINGS** |  | SETTLEMENT INSTRUCTIONS |
|  |  | CLOSING ARGUMENTS |
|  |  | JURY INSTRUCTIONS |
|  |  | PRE-TRIAL PROCEEDINGS |
|  |  | OTHER |

(Attach Additional Page for Designations if Necessary)

(XX) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. *I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).*

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered __05/04/2007__   Estimated Date for Completion _____
Signature of Attorney _[signature]_   Phone Number __(213) 612-9900__
Address __Monteleone & McCrory, LLP, 725 S. Figueroa Street, Suite 3200, Los Angeles, CA 90017__

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).
   Approximate Number of Pages _____   Due Date _____

Section C - To Be Completed by Court Reporter
   Date Transcript Filed _____   Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)

## ATTACHMENT "A" — Transcript Designation Form

| Proceeding | Date | Proceeding | Date |
|---|---|---|---|
| Trial by Jury Day 1 | — October 2, 2006 | Trial by Jury Day 2 | — October 3, 2006 |
| Trial by Jury Day 3 | — October 4, 2006 | Trial by Jury Day 4 | — October 5, 2006 |
| Trial by Jury Day 5 | — October 6, 2006 | Trial by Jury Day 6 | — October 10, 2006 |
| Trial by Jury Day 7 | — October 11, 2006 | Trial by Jury Day 8 | — October 12, 2006 |
| Trial by Jury Day 9 | — October 13, 2006 | Trial by Jury Day 10 | — October 16, 2006 |
| Trial by Jury Day 11 | — October 17, 2006 | Trial by Jury Day 12 | — October 18, 2006 |
| Trial by Jury Day 13 | — October 19, 2006 | Trial by Jury Day 14 | — October 20, 2006 |
| Trial by Jury Day 15 | — October 23, 2006 | Trial by Jury Day 16 | — October 24, 2006 |
| Trial by Jury Day 17 | — October 25, 2006 | Trial by Jury Day 18 | — October 26, 2006 |
| Trial by Jury Day 19 | — October 27, 2006 | Trial by Jury Day 20 | — October 30, 2006 |
| Trial by Jury Day 21 | — October 31, 2006 | Trial by Jury Day 22 | — November 1, 2006 |
| Trial by Jury Day 23 | — November 2, 2006 | Trial by Jury Day 24 | — November 3, 2006 |
| Trial by Jury Day 25 | — November 6, 2006 | Trial by Jury Day 26 | — November 7, 2006 |
| Trial by Jury Day 27 | — November 8, 2006 | Trial by Jury Day 28 | — November 9, 2006 |
| Trial by Jury Day 29 | — November 15, 2006 | Trial by Jury Day 30 | — November 16, 2006 |
| Trial by Jury Day 31 | — November 17, 2006 | Trial by Jury Day 32 | — November 20, 2006 |