1  ERIC J. BROWN, ESQ.
   JERMAIN DUNNAGAN & OWENS, P.C.
2  3000 A. Street, Suite 300
   Anchorage, Alaska 99503-4097
3  Telephone: (907) 563-8844
   Facsimile: (907) 563-7322 (ebrown@jdolaw.com)
4
   PATRICK J. DUFFY, III, ESQ.
5  WILLIAM R. BAERG, ESQ.
   MONTELEONE & McCRORY, LLP
6  725 S. Figueroa Street, Suite 3200
   Los Angeles, California 90017-5446
7  Telephone: (213) 612-9900
   Facsimile: (213) 612-9930
8  (duffy@mmlawyers.com)
   (baerg@mmlawyers.com)
9
   Attorneys for Defendant and
10 Cross-Complainant EMERCO, INC.

11
12                    IN THE UNITED STATES DISTRICT COURT

13                         FOR THE DISTRICT OF ALASKA

14 ABSOLUTE ENVIRONMENTAL SERVICES,    )  CASE NO. A-03-0199 Civil (RRB)
   INC., an Alaskan Corporation,       )
15                                     )  **REPLY BRIEF IN SUPPORT OF**
          Plaintiff,                   )  **MOTION FOR ORDER VACATING**
16                                     )  **TRIAL DATE AND STAYING**
     v.                                )  **ACTION PENDING APPEAL**
17                                     )
   FORREST J. McKINLEY and "JANE DOE"  )
18 McKINLEY, and the marital community property )
   composed thereof d/b/a/ "Imperial Industrial )
19 Coatings" and EMERCO, INC., a California )
   Corporation d/b/a/ Imperial Industrial Coatings, )
20                                     )
          Defendants.                  )
21 _____ )
                                       )
22 AND RELATED CROSS-ACTIONS           )
   _____ )
23

24

25       The opposition of Absolute Environmental Services, Inc., to defendant Forrest J.

26 McKinley's ("McKinley"), motion to vacate the September 17, 2007, trial date and stay

27 this action during the pendency of the appeal from the Judgment entered in favor of

28 Absolute and against Emerco, Inc., dba Imperial Industrial Coatings ("Imperial") fails to

answer the most fundamental questions raised by the motion: What is the point of finding McKinley to be the alter ego of Imperial in the absence of a final Judgment against Imperial? What claims, separate and apart from the Judgment on appeal, does Absolute have against McKinley?

The answer to both of these questions is "none." Absolute simply seeks an advisory opinion, which at this point in time, is not ripe. The alter ego claim against McKinley appears to be more tactical than material, and the trial on such a claim should be stayed pending the appeal from the Judgment.

DATED: May 10, 2007

MONTELEONE & McCRORY LLP

Attorneys for Forrest J. McKinley

By _____
PATRICK J. DUFFY III
WILLIAM R. BAERG

# CERTIFICATE OF SERVICE BY ECF

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I certify that on May 11, 2007, a copy of the foregoing was electronically filed with the Clerk of the United States District Court, District of Alaska, using the CM/ECF System and was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com

Eric J. Brown, ebrown@jdolaw.com

Robert J. Dickson, acgecf@acglaw.com

Patrick J. Duffy, III, duffy@mmlawyers.com

Jami K. Elison, jamie@marstonelison.com

Michael E. Kreger, mkreger@perkinscoie.com

Thomas A. Larkin, tlarkin@lawssg.com

Terry R. Marston, terry@marstonelison.com

Paul J. Nangle, PaulJ.Nangle@acsalaska.net

Jacob B. Nist, jnist@perkinscoie.com

Peter C. Partnow, PartnowP@LanePowell.com

James B. Stoetzer, StoetzerJ@LanePowell.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on May 11, 2007, at Los Angeles, California.

_____
SALLIE RASPA