1  ERIC J. BROWN, ESQ.
   JERMAIN DUNNAGAN & OWENS, P.C.
2  3000 A. Street, Suite 300
   Anchorage, Alaska 99503-4097
3  Telephone: (907) 563-8844
   Facsimile: (907) 563-7322 (ebrown@jdolaw.com)
4

   PATRICK J. DUFFY, III, ESQ.
5  WILLIAM R. BAERG, ESQ.
   MONTELEONE & McCRORY, LLP
6  725 S. Figueroa Street, Suite 3200
   Los Angeles, California 90017-5446
7  Telephone: (213) 612-9900
   Facsimile: (213) 612-9930
8  (duffy@mmlawyers.com)
   (baerg@mmlawyers.com)
9

   Attorneys for Defendant and
10 Cross-Complainant EMERCO, INC.

11

12                    IN THE UNITED STATES DISTRICT COURT

13                          FOR THE DISTRICT OF ALASKA

14 | ABSOLUTE ENVIRONMENTAL SERVICES,  )  CASE NO. A-03-0199 Civil (RRB)
   | INC., an Alaskan Corporation,     )
                                       )  **[PROPOSED] ORDER ON**
15 |     Plaintiff,                    )  **PLAINTIFF'S MOTION FOR**
                                       )  **PARTIAL RECONSIDERATION**
16 | v.                                )  **AND CLARIFICATION**
                                       )
17 | FORREST J. McKINLEY and "JANE DOE" )
   | McKINLEY, and the marital community property )
18 | composed thereof d/b/a/ "Imperial Industrial )
   | Coatings" and EMERCO, INC., a California )
19 | Corporation d/b/a/ Imperial Industrial Coatings, )
                                       )
20 |     Defendants.                   )
                                       )
21                                     )
   | AND RELATED CROSS-ACTIONS         )
22                                     )

23

24     The motion of plaintiff Absolute Environmental Services, Inc. for partial

25 reconsideration and clarification is denied.

26

27 DATE: _____
                                        _____
28                                      HON. RALPH R. BEISTLINE
                                        UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on May 11, 2007, a copy of the foregoing was electronically filed with the Clerk of the United States District Court, District of Alaska, using the CM/ECF System and was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com

Eric J. Brown, ebrown@jdolaw.com

Robert J. Dickson, acgecf@acglaw.com

Patrick J. Duffy, III, duffy@mmlawyers.com

Jami K. Elison, jamie@marstonelison.com

Michael E. Kreger, mkreger@perkinscoie.com

Thomas A. Larkin, tlarkin@lawssg.com

Terry R. Marston, terry@marstonelison.com

Paul J. Nangle, PaulJ.Nangle@acsalaska.net

Jacob B. Nist, jnist@perkinscoie.com

Peter C. Partnow, PartnowP@LanePowell.com

James B. Stoetzer, StoetzerJ@LanePowell.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on May 11, 2007, at Los Angeles, California.

*/s/ Sallie Raspa*
SALLIE RASPA