Michael E. Kreger, Alaska Bar No. 8311170
MKreger@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:  907.279.8561
Facsimile:  907.276.3108

Attorneys for Defendants Brechan Enterprises,
Inc. And Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>          Defendants. | Case No. 3:03-CV-0199-RRB |

**NOTICE OF REPLACEMENT**

On May 12, 1007, defendant Brechan Enterprises, Inc. electronically filed with the court a Notice of Settlement of Claims between Absolute, Brechan and Safeco. After submission to the court, counsel discovered that an earlier version of the Notice of Settlement was filed, rather than the final version.

Brechan hereby replaces the Notice of Settlement filed at Docket 619 with the Amended Notice of Settlement filed herewith.

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-RRB                    -1-
38599-0012/LEGAL13233310.1

DATED at Anchorage, Alaska on May 14, 2007.

By   /s/ Michael E. Kreger
Michael E. Kreger
Alaska Bar No. 8311170
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
Email:  mkreger@perkinscoie.com

I hereby certify that on May 14, 2007, the foregoing has been served by electronic mail on William R. Baerg, Terry R. Marston II, Eric J. Brown, and Thomas A. Larkin.

  /s/ Michael E. Kreger
     Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
907.279.8561 / Facsimile 907.276.3108

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-RRB
38599-0012/LEGAL13233310.1
-2-