Michael E. Kreger, Alaska Bar No. 8311170
MKreger@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:  907.279.8561
Facsimile:  907.276.3108

Attorneys for Defendants Brechan Enterprises,
Inc. And Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>Defendants. | Case No. 3:03-CV-0199-RRB |

**AMENDED
NOTICE OF SETTLEMENT OF CLAIMS
BETWEEN ABSOLUTE, BRECHAN AND SAFECO
(REPLACING DOCKET 619)**

Plaintiff Absolute Environmental Services, Inc. and defendants Brechan Enterprises, Inc. and Safeco Insurance Company of America, by and through their counsel of record, hereby notify the court and the other parties that they have achieved a settlement of all claims between them in this litigation.  Absolute, Brechan and Safeco are in the process of completing the settlement agreement documents and

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-RRB                -1-
38599-0012/LEGAL13233310.1

anticipate filing with the court a stipulation for dismissal with prejudice and a proposed order of dismissal with prejudice of all claims between them at the end of this week.

Absolute, Brechan and Safeco note that because of their settlement, no further rulings on pending motions involving the parties are required and no judgment of any sort should be entered in this case with regard to any claims between them.

This Notice of Settlement does not involve the claims of Absolute against Forrest J. McKinley and Emerco, Inc. and, therefore, should not delay the Court's ruling on the motions pending between them.

DATED at Anchorage, Alaska on May 14, 2007.

By  /s/ Michael E. Kreger
Michael E. Kreger
Alaska Bar No. 8311170
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
Email:  mkreger@perkinscoie.com

I hereby certify that on May 14, 2007, the foregoing has been served by electronic mail on William R. Baerg, Terry R. Marston II, Eric J. Brown, and Thomas A. Larkin.

  /s/ Michael E. Kreger
     Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
907.279.8561 / Facsimile 907.276.3108

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199-RRB
38599-0012/LEGAL13233310.1
-2-