UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ABSOLUTE   v.   MCKINLEY, et al.

DATE:   May 14, 2007     CASE NO.   3:03-cv-0199-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
DENYING MOTION AT DOCKET 604**

      The Motion for Order Vacating Trial date and Staying Action Pending Appeal, filed by Defendant McKinley at Docket 604, is hereby **DENIED**.

M.O. DENYING MOTION AT DOCKET 604