Michael E. Kreger
Alaska Bar No. 8311170
mkreger@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendant Brechan Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>   Plaintiff,<br><br> v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>   Defendants. | Case No. 3:03-CV-0199-RRB |

**MOTION BY ABSOLUTE, BRECHAN AND SAFECO
FOR DISMISSAL WITH PREJUDICE**

  COME NOW plaintiff Absolute Environmental; Services, Inc. ("Absolute"), and defendants Brechan Enterprises, Inc. ("Brechan"), and Safeco Insurance Company of America ("Safeco"), by and through their counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(2), jointly move upon stipulation that all claims between Absolute and Brechan, and Absolute and Safeco in this litigation be dismissed with prejudice, with each of them to bear their own costs and attorneys' fees, and with no judgment to be entered in this proceeding

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199
38599-0012/LEGAL13238168.1  -1-

with regard to any claims by Absolute against Brechan or Safeco.  Other claims against Absolute and Brechan and have been dismissed previously.  There are no other claims against Safeco.

This motion is made pursuant to the Settlement Agreement and Release between Absolute, Brechan and Safeco, dated May 18, 2007.

| | | |
|---|---|---|
| Dated:  May 23, 2007 | By | /s/ Jami K. Elison |
| | | Jami K. Elison, pro hac vice |
| | | WABA No. 31007 |
| | | Marston Elison, PLLC |
| | | 16880 N.E. 79th Street |
| | | Redmond, Washington  98052 |
| | | (425) 861-5700 |
| | | (425) 861-6969 (Facsimile) |
| | | email:  jami@marstonelison.com |

| | | |
|---|---|---|
| Dated:  May 23, 2007 | By | /s/ Michael E. Kreger |
| | | Michael E. Kreger |
| | | Alaska Bar No. 8311170 |
| | | Perkins Coie LLP |
| | | 1029 W. Third Avenue, Suite 300 |
| | | Anchorage, Alaska  99501 |
| | | (907) 279-8561 |
| | | (907) 276-3108 (Facsimile) |
| | | email:  mkreger@perkinscoie.com |

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199
38599-0012/LEGAL13238168.1                    -2-

Dated:  May 23, 2007 By   /s/ Thomas A. Larkin
Thomas A. Larkin
ASB No. 0009055
Stewart Sokol & Gray, LLC
2300 SW First Avenue, Suite 200
Portland, OR  97221
(503) 221-0699
(503) 223-5706 (Facsimile)
email:  tlarkin@lawssg.com

I hereby certify that on May 23, 2007, the foregoing
has been served by electronic mail on William R.
Baerg, Terry R. Marston II, Eric J. Brown, and
Thomas A. Larkin.

  /s/ Michael E. Kreger
     Michael E. Kreger

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199
38599-0012/LEGAL13238168.1                    -3-