1  Terry R. Marston, *pro hac vice,* terry@marstonelison.com
   Jami K. Elison, *pro hac vice,* jami@marstonelison.com
2  MARSTON ELISON, PLLC
   16880 N.E. 79th Street
3  Redmond, Washington  98052
   (425) 861-5700
4
   PAUL J. NANGLE & ASSOCIATES
5  Kerry Building
   101 Christensen Drive
6  Anchorage, Alaska  99501
   Telephone: (907) 274-8866
7

8  Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

9              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF ALASKA
10 ABSOLUTE ENVIRONMENTAL SERVICES)
   INC., an Alaska Corporation,          )    Case No.: A03-0199CV (RRB)
11                                        )
                                          )
12          Plaintiff,                    )
                                          )
       vs.                                )
13                                        )    **JUDGMENT**
   FORREST J. MCKINLEY, an individual,   )
14 d/b/a "Imperial Industrial Coatings" and )  **[PROPOSED]**
   EMERCO, INC., a California Corporation, )
15 d/b/a Imperial Industrial Coatings,    )
                                          )
          Defendant.                      )
16 _____ )
   EMERCO, INC., a California corporation d/b/a)
17 Imperial Industrial Coatings, and the States for )
   Use and Benefit of EMERCO, INC.,      )
18                                        )
   Counterclaimant/Third-party Claimant,  )
19                                        )
   v.                                     )
20                                        )
   ABSOLUTE ENVIRONMENTAL SERVICES)
21 INC., an Alaska corporation, et al.,    )
                                          )
22 Cross-defendants/Third-party Defendants. )
                                          )
23 _____ )

24

25

26

1 | THE UNITED STATES OF AMERICA for the )
  | and benefit of ABSOLUTE ENVIRONMENT/ )
2 | SERVICES, INC., an Alaska Corporation,   )
  |                                          )
3 |                    Plaintiff,            )
  |                                          )
4 |          vs.                             )
  |                                          )
5 | SAFECO INSURANCE COMPANY OF              )
  | AMERICA, a Washington Corporation.       )
6 |                                          )
  |                    Defendants.           )
7 | BRECHAN ENTERPRISES, INC., an Alaska )
  | corporation,                             )
8 |                                          )
  |                 Counterclaim Plaintiff,  )
9 |          vs.                             )
  |                                          )
10| ABSOLUTE ENVIRONMENTAL SERVICES )
  | INC., an Alaska Corporation,             )
11|                                          )
  |                 Counterclaim Defendant )
12| BRECHAN ENTERPRISES, INC., an Alaska )
  | corporation,                             )
13|                                          )
  |                 Third-Party Plaintiff,   )
14|          vs.                             )
  |                                          )
15| COFFMAN ENGINEERS, INC, a Washington )
  | Corporation.                             )
16|                                          )
  |                 Third-Party Defendant.   )
17| ABSOLUTE ENVIRONMENTAL                   )
  | SERVICES, INC., an Alaska Corporation,   )
18|                                          )
  |                 Plaintiff/Cross-claimant,)
19|          vs.                             )
  |                                          )
20| COFFMAN ENGINEERS, INC, a Washington )
  | Corporation.                             )
21|                                          )
  |                 Third-Party Defendant.   )

This action came on for trial before the Court and a jury, Honorable Ralph R. Beistline, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the Court enters FINAL JUDGMENT on the verdict of the jury rendered on November 20, 2006, as follows:

1. ABSOLUTE ENVIRONMENTAL SERVICES, INC., is awarded a judgment against EMERCO, INC., in the sum of Two Hundred Five Thousand Sixty-Eight And 70/100 Dollars ($205,068.70), plus prejudgment interest in the amount of $74,723.66, attorneys' fees in the amount of $237,148.00 and costs in an amount determined to be allowed by subsequent petition and order.

2. The claim(s) of ABSOLUTE ENVIRONMENTAL SERVICES, INC. against FORREST J. MCKINLEY for liability (a) as an agent of an undisclosed principal (Count IV of Absolute's Amended Complaint) and (b) under a theory of corporate disregard or "piercing the corporate veil" (Count III of Absolute's Amended Complaint) were BIFURCATED by Stipulation and Order entered September 29, 2006, and remain pending before this Court for resolution. Trial is set for September 17, 2007.

3. Except as otherwise provided above, all claims and causes of action asserted between the parties hereto are DISMISSED WITH PREJUDICE.

//
//
//
//

1

**JUDGMENT SUMMARY**

2

<u>EMERCO, INC.</u>

3

| | | |
|---|---|---|
| 1. | **Judgment Creditor:** | Absolute Environmental Services, Inc. |

4

| | | |
|---|---|---|
| 2. | **Judgment Debtor:** | EMERCO, INC. |

5

6

3.  **Attorneys for Judgment Creditor:**
    Terry R. Marston II
    Jami K. Elison
    MARSTON ELISON, PLLC
    16880 NE 79th St.
    Redmond, WA  98052-4424

7

8

9

| | | | |
|---|---|---|---|
| 4. | **Principal Judgment Amount:** | $ | 205,068.70 |

10

| | | | |
|---|---|---|---|
| 5. | **Prejudgment Interest:** | $ | 74,723.66 |

11

(9.5% per annum beginning August
7, 2003 through June 7, 2007)

12

13

6.  **Costs**
    Filing Fee                                    $
    Service Fee                                   $
    Reasonable Attorney Fees                      $    237,148.00

14

15

7.

    **Allowable Offset**                          $    (                )

16

8.

    **Total Judgment Amount:**                    $

17

9.  **Other Recovery Amount:**  (Costs and reasonable attorney fees    $
    incurred in collecting the above amounts.)

18

10. Total Judgment Amount shall bear interest at the rate of 9.5% per    $
    annum from the date of entry.

19

20

21

//

22

//

23

//

24

//

25

26

DATED this _____ day of _____, 2007.


_____
The Honorable Ralph R. Beistline
United States District Court Judge




*PRESENTED BY:*

**MARSTON ELISON, PLLC**


By s/Jami K. Elison_____
    Terry R. Marston II, WSBA No. 14440
    Jami K. Elison, WSBA No. 31007
Attorneys for Plaintiff Absolute Environmental Service, Inc.




I hereby certify that on the date given a copy of the forgoing was electronically filed with the Clerk of Court using the CM/ECF system and was served electronically on the following:

William R. Baerg, Patrick J. Duffy
Eric J. Brown
Robert J. Dickson
Michael E Kreger, Jacob Nist
James B. Stoetzer, Peter C. Partnow

s/Jami K. Elison_____.