ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930
(duffy@mmlawyers.com)
(baerg@mmlawyers.com)

Attorneys for Defendant and
Cross-Complainant EMERCO, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. A-03-0199 Civil (RRB)<br><br>**OBJECTIONS OF EMERCO, INC., DBA IMPERIAL INDUSTRIAL COATINGS TO PLAINTIFF'S PROPOSED JUDGMENT** |

Defendant Emerco, Inc., dba Imperial Industrial Coatings ("Imperial") objects to the proposed judgment submitted by Absolute Environmental Services, Inc. ("Absolute"), on the following grounds:

1. The proposed judgment purports to award Absolute attorneys' fees in the total sum it requested ($237,148.00), rather than the sum awarded by the Court ($102,534.35). Hence, the proposed judgment does not comport with the true order of this Court.

2. The proposed judgment reads as a ruling on a motion (i.e., it identifies a future trial date) rather than a judgment that simply states "who has won and what relief has been awarded." *Otis v. City of Chicago* (7th Cir. 1994) 29 F.3d 1159, 1163, and does not otherwise comply with the Federal Rules of Civil Procedure.

3. The proposed judgment is not self contained in that it includes a "Judgment Summary" which is not authorized by law.

DATED: June 11, 2007

MONTELEONE & McCRORY LLP

Attorneys for Emerco, Inc., dba Imperial Industrial Coatings

By _____
PATRICK J. DUFFY III
WILLIAM R. BAERG

# CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on June 11, 2007, a copy of the foregoing was electronically filed with the Clerk of the United States District Court, District of Alaska, using the CM/ECF System and was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com

Eric J. Brown, ebrown@jdolaw.com

Robert J. Dickson, acgecf@acglaw.com

Patrick J. Duffy, III, duffy@mmlawyers.com

Jami K. Elison, jamie@marstonelison.com

Michael E. Kreger, mkreger@perkinscoie.com

Thomas A. Larkin, tlarkin@lawssg.com

Terry R. Marston, terry@marstonelison.com

Paul J. Nangle, PaulJ.Nangle@acsalaska.net

Jacob B. Nist, jnist@perkinscoie.com

Peter C. Partnow, PartnowP@LanePowell.com

James B. Stoetzer, StoetzerJ@LanePowell.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on June 11, 2007, at Los Angeles, California.

_____
SALLIE RASPA