ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
(ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930
(duffy@mmlawyers.com)
(baerg@mmlawyers.com)

Attorneys for Defendant and
Cross-Complainant EMERCO, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>　　Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. A-03-0199 Civil (RRB)<br><br>**[PROPOSED]**<br><br>**JUDGMENT ON VERDICT** |

This cause came on regularly for trial. A jury of 9 persons was impaneled and sworn to try the cause. After hearing the evidence, the arguments of counsel, and instructions of the court, the jury retired to consider their verdict, and subsequently returned into court, and being called, answered to their names, and said they found a verdict for the plaintiff and against the defendants.

WHEREFORE, by virtue of the law and on the verdict of the jury,

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff Absolute Environmental Services, Inc., recover from defendant Emerco, Inc., dba Imperial Industrial Coatings, the sum of $205,068.70 found due by the jury, and that plaintiff recover from said defendant its costs and disbursements incurred in this action, amounting to the sum of $_____, plus prejudgment interest at the rate of 9.5% per annum from August 7, 2003, in the sum of $_____.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that counter-claimant Emerco, Inc., dba Imperial Industrial Coatings recover nothing from cross-defendant Absolute Environmental Services, Inc.

DATED: _____

Hon. Ralph R. Beistline

UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on June 11, 2007, a copy of the foregoing was electronically filed with the Clerk of the United States District Court, District of Alaska, using the CM/ECF System and was served electronically on the following:

    William R. Baerg, baerg@mmlawyers.com

    Eric J. Brown, ebrown@jdolaw.com

    Robert J. Dickson, acgecf@acglaw.com

    Patrick J. Duffy, III, duffy@mmlawyers.com

    Jami K. Elison, jamie@marstonelison.com

    Michael E. Kreger, mkreger@perkinscoie.com

    Thomas A. Larkin, tlarkin@lawssg.com

    Terry R. Marston, terry@marstonelison.com

    Paul J. Nangle, PaulJ.Nangle@acsalaska.net

    Jacob B. Nist, jnist@perkinscoie.com

    Peter C. Partnow, PartnowP@LanePowell.com

    James B. Stoetzer, StoetzerJ@LanePowell.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on June 11, 2007, at Los Angeles, California.

*/s/ Sallie Raspa*
SALLIE RASPA