Terry R. Marston, *pro hac vice,* terry@marstonelison.com
Jami K. Elison, *pro hac vice,* jami@marstonelison.com
MARSTON ELISON, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866


Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, <br><br> Defendant. | Case No.: A03-0199CV (RRB) <br><br> **JUDGMENT** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC., <br><br> Counterclaimant/Third-party Claimant, <br><br> v. <br><br> ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al., <br><br> Cross-defendants/Third-party Defendants. | |

[PROPOSED] JUDGMENT
Case No. A03-0199CV (RRB)-- 1

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA for the ) |
| 2 | and benefit of ABSOLUTE ENVIRONMENTAL ) SERVICES, INC., an Alaska Corporation, ) |
| 3 | ) Plaintiff, ) |
| 4 | vs. ) ) |
| 5 | SAFECO INSURANCE COMPANY OF ) AMERICA, a Washington Corporation. ) |
| 6 | ) Defendants. ) |
| 7 | |
| | BRECHAN ENTERPRISES, INC., an Alaska ) |
| 8 | corporation, ) ) |
| 9 | Counterclaim Plaintiff, ) |
| 10 | vs. ) ) |
| 11 | ABSOLUTE ENVIRONMENTAL SERVICES ) INC., an Alaska Corporation, ) |
| 12 | ) Counterclaim Defendant ) |
| 13 | BRECHAN ENTERPRISES, INC., an Alaska ) |
| | corporation, ) |
| 14 | ) |
| 15 | Third-Party Plaintiff, ) vs. ) |
| 16 | ) COFFMAN ENGINEERS, INC, a Washington ) |
| 17 | Corporation. ) ) |
| 18 | Third-Party Defendant. ) |
| 19 | ABSOLUTE ENVIRONMENTAL ) |
| | SERVICES, INC., an Alaska Corporation, ) |
| 20 | ) |
| 21 | Plaintiff/Cross-claimant, ) vs. ) |
| 22 | ) COFFMAN ENGINEERS, INC, a Washington ) |
| 23 | Corporation. ) ) |
| 24 | Third-Party Defendant. ) |
| 25 | |
| 26 | |

[PROPOSED] JUDGMENT
Case No. A03-0199CV (RRB)-- 2

1  This action came on for trial before the Court and a jury, Honorable Ralph R. Beistline,

2  District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its

3  verdict, and the Court having duly decided issues regarding fees and interest, it is hereby

4  **ORDERED, ADJUDGED, AND DECREED** that the plaintiff ABSOLUTE

5  ENVIRONMENTAL SERVICES, INC., recover of the defendant, EMERCO, INC., the sum of

6  Two Hundred Five Thousand Sixty-Eight And 70/100 Dollars ($205,068.70), with prejudgment

7  interest at the rate of 9.5 % per annum from August 7, 2003 in the amount of Seventy-Five

8  Thousand Forty-Three and 91/100 Dollars ($75,043.91), attorneys' fees in the amount of ~~Two~~ One

9  Hundred ~~Thirty-Seven~~ and Two Thousand ~~One~~ Five Hundred ~~Forty-Eight~~ Thirty-Four Dollars and thirty five cents and 00/100 ~~Dollars~~ (~~$237,148.00~~) ($102,534.35)

10  and costs as subject to subsequent petition. Interest shall accrue hereafter as authorized by law.

11  DATED this 14 day of June, 2007.

12  [signature]

13  The Honorable Ralph R. Beistline
    United States District Court Judge

14  PRESENTED BY:
    **MARSTON ELISON, PLLC**

15  By s/Jami K. Elison
        Terry R. Marston II, WSBA No. 14440
        Jami K. Elison, WSBA No. 31007
    Attorneys for Plaintiff Absolute Environmental Service, Inc.

I hereby certify that on the date given a copy of the forgoing was electronically filed with the Clerk of Court using the CM/ECF system and was served electronically on the following:

William R. Baerg, Patrick J. Duffy
Eric J. Brown
Robert J. Dickson
Michael E Kreger, Jacob Nist
James B. Stoetzer, Peter C. Partnow

s/Jami K. Elison

[PROPOSED] JUDGMENT
Case No. A03-0199CV (RRB)-- 3