Terry R. Marston, *pro hac vice,* terry@marstonelison.com
Jami K. Elison, *pro hac vice,* jami@marstonelison.com
Jesse P. Elison, *pro hac vice*, jesse@marstonelison.com
MARSTON ELISON, PLLC
16880 N.E. 79th Street
Redmond, Washington  98052
(425) 861-5700

PAUL J.  NANGLE & ASSOCIATES
PaulJ.Nangle@acsalaska.net
Kerry Building
101 Christensen Drive
Anchorage, Alaska  99501
Telephone:  (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants. | Case No.: A03-0199CV (RRB)<br><br>**BILL OF COSTS**<br><br>**Noted before the Clerk of the Court on June 27, 2007 at 9:00am AKDT (<u>WITH</u> oral argument via telephone)** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | |

**BILL OF COSTS**
Case No. A03-0199CV (RRB)-- 1

|   |   |
|---|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | ) ) ) |
| Defendants. | ) ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Counterclaim Plaintiff, | ) |
| vs. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Counterclaim Defendant. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Third-Party Plaintiff, | ) |
| vs. | ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Plaintiff/Cross-claimant, | ) |
| vs. | ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) ) |

**BILL OF COSTS**
Case No. A03-0199CV (RRB)-- 2

Judgment having been entered in the above entitled action on June 15, 2007 against Emerco, Inc., the Clerk is requested to tax the following as costs.

| | |
|---|---:|
| Fees of the Clerk | $ 350.00 |
| Fees for service of summons and subpoena (see attached **Exhibit A**) | $ 463.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (see attached **Exhibit B**) | $33,593.84 |
| Fees and disbursements for printing | $ |
| Fees for witnesses (see attached **Exhibit C**) | $ 5,127.90 |
| Fees for exemplification and copies of papers necessarily obtained for use in case (see attached **Exhibit D**) | $ 3,922.00 |
| Docket fees under 28 U.S.C. § 1923 | $ 20.00 |
| Costs as shown on Mandate of Court of Appeals | $ |
| Compensation of court-appointed experts | $ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | $ |
| Other Costs (see attached **Exhibit E**) | $28,879.16 |

**TOTAL   $72,355.90**

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. I hereby certify that on the date given a copy of the forgoing was electronically filed with the Clerk of Court using the CM/ECF system and was served electronically on the following:

William R. Baerg, Patrick J. Duffy
Eric J. Brown
Robert J. Dickson
Michael E Kreger, Jacob Nist
James B. Stoetzer, Peter C. Partnow

        Thomas A. Larkin
        Paul J. Nangle

RESPECTFULLY SUBMITTED this 25th day of June, 2007.

                MARSTON ELISON, PLLC


                By s/Terry R. Marston_____
                     Terry R. Marston II, WSBA No. 14440
                     Jami K. Elison, WSBA No. 31007
                     Attorneys for Plaintiff Absolute Environmental Service, Inc.


Costs are hereby taxed in the following amount and included in the judgment:

Amount Taxed:  $_____

Dated this _____ day of _____, 2007.

                CLERK OF THE COURT



                _____
                By Deputy Clerk