# Exhibit A
## Service of Summons and Subpoena

| Vender | Invoice Date | Invoice # | Amount | Description | Check # |
|---|---|---|---|---|---|
| Alaska Court Services | 6/27/2005 | 7429 | $ 80.00 | Service of Summons & Complaint on Brechan | 141705 |
| Alaska Court Services | 10/8/2006 | 9033 | $ 190.00 | Service on Matt Holmstrom | 15064 |
| Allied Investigations | 12/5/2006 | 28732 | $ 88.00 | Location of Matt Holmstrom | 15018 |
| State of Alaska Division of Insurance | 6/21/2005 | 38524 | $ 25.00 | Service on Safeco | 141819 |
| Midnight Sun Messengers | 12/15/2005 | 38701 | $ 35.00 | Messenger Fee | 142098 |
| Elite Courier Services | 3/24/2006 | 4177 | $ 45.00 | Service on Jerry Hardenbergh | 142323 |
| **Total Service for Summons** | | | **$ 463.00** | | |

# INVOICE

Alaska Court Services Inc.
PO Box 212041
Anchorage, AK 99521-2041

| DATE | INVOICE NO. |
|---|---|
| 6/27/2005 | 7429 |




2262

| BILL TO |
|---|
| Marston, Heffernan, Foreman<br>16880 NE 79th Street<br>Redmond, WA 98052-4424 |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | FOB | PROJECT |
|---|---|---|---|---|---|---|
| | Due on receipt | | 6/27/2005 | | | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| S&C | ABSOLUTE ENVIROMENTAL SERVICES, INC<br>vs<br>Brechan Enterprises, Inc. | 1 | 80.00 | 80.00 |
| | | | **Total** | $80.00 |

Vendor: Alaska Court Serv  es Inc.



| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 06/27/05 | 1012.010 | 7429 | 80.00 | | 80.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 08/01/05 | 141705 | 80.00 | 0.00 | 80.00 |

DELUXE BUSINESS FORMS 1-800-328-0304 www.deluxeforms.com

Alaska Court Services Inc.
PO Box 212041
Anchorage, AK 99521-2041




# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 10/8/2006 | 9033 |

| BILL TO |
|---|
| Marston Heffernan Foreman<br>16880 N.E. 79th Street<br>Redmond, WA 98052-4424 |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | FOB | PROJECT |
|---|---|---|---|---|---|---|
| | Due on receipt | | 10/8/2006 | | | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| SUBP | Absolute Environmental Services, Inc<br>vs<br>Forrest J. McKinley et. al.<br><br>Served Matt Holmstrom | 1 | 190.00 | 190.00 |
| | | **Total** | | $190.00 |

Post in AE

15064

**MARSTON ELISON PLLC**

Vendor: Alaska Court Services Inc.

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 10/08/06 | 1012.011 - Served Matt Holmstrom | 9033 | 190.00 | | 190.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 01/25/07 | 15064 | 190.00 | 0.00 | 190.00 |

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

ALLIED INVESTIGATIONS, INC.

# LATE STATEMENT

12-05-2006
Allied Number: 28732

Marston Heffernan Foreman PLLC
16880 NE 79th St
Redmond, WA 98052-0902
Attention: Christy Martin

Client Number: 4075

Claim or File Number: N/A
Name of Subject: Matthew HOLMSTROM
Name of Insured: N/A

Date Ordered: 10/6/2006
DOL:

| TYPE OF INVESTIGATION | HOURS | AMOUNT |
|---|---|---|
| Subrogation - Assets | | |
| Surveillance | | |
| Witness Location | | |
| Skip Trace - Location | 1.00 | $70.00 |
| Obtain Statement | | |
| Special Investigation | | |
| Minimum Economy Report | | |
| Work Comp. Activities Check | | |
| Bodily Injury Activities Check | | |
| Photos Required | | |
| Process Service | | |
| Special Services* | | |
| Other** | | $10.00 |
| | **Total** | $80.00 |

* Special Services:

** Other: Search

INCLUDE ALLIED NUMBER 28732 ON DRAFT FOR PAYMENT.
PAYMENT DUE UPON RECEIPT.
10% PER MONTH WILL BE ADDED EACH
30 DAY PERIOD LEFT UNPAID
FROM 12-05-2006.

ALLIED THANKS YOU!
IRS Number: 91-1521593

**48 DAYS PAST DUE**

**PAST DUE TOTAL $88.00**

Corporate Office
P.O. Box 1022 • Woodinville, WA 98072-1022
(425) 487-2271 • (800) 835-6622 • Fax: (425) 487-1704 • alliedinvestigations@comcast.net

ARSTON ELISON PLLC 15018

Vendor: Allied Investigations, Inc.

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 10/06/06 | Absolute/McKinley | 28732 | 88.00 | | 88.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 12/13/06 | 15017 | 88.00 | 0.00 | 88.00 |

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

# CHECK REQUEST

DATE REQUESTED: [illegible]/21/05

SUBMITTED BY: [illegible]

NEED BY: [illegible]

CLIENT NAME/MATTER: [illegible]

PAYABLE TO: [illegible] Division of Insurance

IN THE SUM OF: $ 25.00

FOR: Service of Process of on Safeco Insurance Company of America

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| | State of Alaska Division of Insurance | | | | |
| 06/21/05 | Process of service on Safeco Ins. Co.of America-1012.011 | | 25.00 | | 25.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ |
|---|---|---|
| 06/21/05 | 141619 | Gross: 25.00 Ded: 0.00 Net: 25.00 |

141619

LAW OFFICES OF
**MARSTON HEFFERNAN FOREMAN**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET (425) 861-5700
REDMOND, WA 98052-4424

**KEYBANK NATIONAL ASSOCIATION**
SEATTLE, WASHINGTON 98104
19-57-1250

| DATE | CHECK | AMOUNT |
|---|---|---|
| 06/21/05 | 141619 | *****$25.00 |

PAY *** TWENTY-FIVE & 00/100 DOLLARS

TO THE ORDER OF: State of Alaska Division of Insurance

MP

⑈141619⑈ ⑆125000574⑆ 4719140000081⑈

**MARSTON HEFFERNAN FOREMAN, PLLC**

141619

Vendor: State of Alaska Division of Insurance

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 06/21/05 | Process of service on Safeco Ins. Co.of America-1012.011 | | 25.00 | | 25.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 06/21/05 | 141619 | 25.00 | 0.00 | 25.00 |

DELUXE BUSINESS FORMS 1-800-328-0304 www.deluxeforms.com

**Doylean M. Shinners**

**From:** Kristy L. Martyn
**Sent:** Thursday, December 15, 2005 3:56 PM
**To:** Doylean M. Shinners
**Subject:** Another ASAP check request
**Importance:** High

Hi Doylean:

Could you please cut me another check for the below referenced? Thanks

Client/Matter: Absolute/McKinley
To: Midnight Sun Messenger Service
Amount: $35
For: Messenger Delivery Service

*Kristy L. Martyn*
PARALEGAL
MARSTON HEFFERNAN FOREMAN, PLLC.
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET
REDMOND, WASHINGTON 98052-4424
PHONE: 425.861.5700 • FAX: 425.861.6969
EMAIL: kristym@mhf-law.com

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| | Midnight Sun Messenger Service | | | | |
| 12/15/05 | Messenger Delivery Service - Absolute/McKinley | | 35.00 | | 35.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ |
|---|---|---|
| 12/15/05 | 142098 | Gross: 35.00 Ded: 0.00 Net: 35.00 |

142098

LAW OFFICES OF
**MARSTON HEFFERNAN FOREMAN**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET (425) 861-5700
REDMOND, WA 98052-4424

**KEYBANK NATIONAL ASSOCIATION**
SEATTLE, WASHINGTON 98104
19-57-1250

| DATE | CHECK | AMOUNT |
|---|---|---|
| 12/15/05 | 142098 | *****$35.00 |

PAY *** THIRTY-FIVE & 00/100 DOLLARS

TO THE ORDER OF:

Midnight Sun Messenger Service
3300 Artic Blvd., Suite 203 A
Anchorage AK 99503

MP

⑈142098⑈ ⑆125000574⑆ 4719140000 8 1⑈

**MARSTON HEFFERNAN FOREMAN, PLLC**

142098

Vendor: Midnight Sun Messenger Service

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 12/15/05 | Messenger Delivery Service - Absolute/McKinley | | 35.00 | | 35.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 12/15/05 | 142098 | 35.00 | 0.00 | 35.00 |

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

**Company Info**

Elite Courier Services

PO Box 101482

Anchorage AK 99510

Phone: 907-569-4440

Fax: 907-569-4441

Email:

FEB 24 2006

ECS

**Billing**

Marston, Heffernan, Foreman

Anderson Park Building

Redmond WA 98052-4424

**Invoice**

Date: 2/22/2006

Invoice Number: 4177

Due Date: 3/24/2006

Billing Terms: Net 30

| Item | Description | Hours | Rate | Total |
|---|---|---|---|---|
| On Call Delivery | Re:Jerry Hardenbergh 2-21-06 | 1 | 10 | 10.00 |
| Subpoena | Re:Jerry Hardenbergh 2-21-06 | 1 | 35 | 35.00 |

Subtotal: 45.00

Total: 45.00