**Exhibit B**
**Court Reporter Fees**

| Vendor | Invoice Date | Invoice # | Amount | | Description | Check # |
|---|---|---|---|---|---|---|
| Buell | 2/10/2005 | 403677 | $ | 121.45 | Balance of Deposition of Jerry Hardenbergh | 142225 |
| Buell | 2/11/2005 | 403674 | $ | 288.05 | Deposition of Mike Lembke | 142225 |
| Buell | 2/11/2005 | 403680 | $ | 416.65 | Deposition of Skip Vernon | 141321 |
| Buell | 2/14/2007 | 409546 | $ | 740.45 | Deposition of Bruce Echigoshima | |
| Buell | 2/10/2005 | 403674 | $ | 978.65 | Deposition of Jerry Hardenbergh | 5129  partial $6000 |
| Buell | 3/9/2005 | 403949 | $ | 1,142.80 | Deposition of Forrest McKinley Vol II | 5129 |
| Buell | 5/16/2006 | 407200 | $ | 761.05 | Deposition of Jeremy Hailey, P.E. | 15061 |
| Buell | 6/30/2006 | 407507 | $ | 520.00 | Depositions of Jerald Johnson and Robert Dun | 15061 |
| Buell | 6/29/2006 | 407514 | $ | 355.00 | Deposition of Margaret Wilson | 15061 |
| Buell | 6/27/2006 | 407515 | $ | 870.00 | Deposition of Jerry Hardenbergh | 15061 |
| Buell | 6/28/2006 | 407516 | $ | 585.00 | Deposition of Anita Repanich | 15061 |
| Buell | 6/29/2006 | 407517 | $ | 305.00 | Deposition of Martin Boivin | 15061 |
| Buell | 7/11/2006 | 407567 | $ | 968.35 | Deposition of Bryant W. Chandler | 15061 |
| Buell | 7/10/2006 | 407574 | $ | 260.00 | Deposition of Bruce Echigoshima | 15061 |
| Buell | 7/11/2006 | 407575 | $ | 227.50 | Deposition of Stephen Ross | 15061 |
| Buell | 6/28/2006 | 407744 | $ | 1,003.50 | Deposition of Anita Repanich | 15061 |
| Buell | 6/27/2006 | 407749 | $ | 660.10 | Deposition of Jerry Hardenbergh, Vol II | 15061 |
| Buell | 6/29/2006 | 407755 | $ | 544.80 | Deposition of Margaret Wilson | 15061 |
| Buell | 6/29/2006 | 407758 | $ | 584.30 | Deposition of Martin Boivin | 15061 |
| Midnight Sun Court Reporters | 11/30/2004 | 38437 | $ | 569.97 | Deposition of Ralph T. Pruett, Vol. I | 5130 |
| Midnight Sun Court Reporters | 11/30/2004 | 38442 | $ | 1,049.48 | Deposition of Ralph T. Pruett, Vol. II | 5130 |
| Adams & Phelps Reporting & Video | 03/10 & 03/11/06 | AP27044B | $ | 777.50 | Deposition of Robert Alliston & Charles Mathias | 5127 |
| Atkinson-Baker | 4/7/2006 | A002461E | $ | 392.98 | Electronic transcript of Keith Macleod | 142697 |
| Alaska Stenotype Reporters | 02/06& 02/14/06 | 32 | $ | 728.65 | Deposition of Matt Holmstrom | Visa | 256 |
| Alaska Stenotype Reporters | 4/27/2006 | 216 | $ | 499.65 | Original and one exhibit scanned to disk/Daniel Yell | 256 |
| Alaska Stenotype Reporters | 6/7/2006 | 303 | $ | 315.00 | Appearance Fee for William Oliver | 256 |
| Alaska Stenotype Reporters | 6/22/2006 | 346 | $ | 270.00 | Appearance Fee for William Mott | 256 |
| Alaska Stenotype Reporters | 6/8/2008 | 343 | $ | 891.45 | Transcript of Matt Holmstrom | 256 |
| Alaska Stenotype Reporters | 6/9/2006 | 399 | $ | 390.00 | Appearance Fee for Forrest McKinley | 256 |

**Exhibit B**
**Court Reporter Fees**

| | | | | | |
|---|---|---|---|---|---|
| Alaska Stenotype Reporters | 6/8/2006 | 471 | $ 542.00 | Appearance Fee for Matt Holmstrom | MC |
| Alaska Stenotype Reporters | 8/28/2006 | 459 | $ 23.70 | Postage | 2971 |
| Alaska Stenotype Reporters | 6/7/2006 | 490 | $ 1,003.80 | Deposition and Transcript of William Oliver | 2971 |
| Alaska Stenotype Reporters | 6/22/2006 | 529 | $ 393.30 | Copy of Transcript of William Mott | 2971 |
| Alaska Stenotype Reporters | 9/21/2006 | 533 | $ 243.20 | Copy of Deposition of David Olson | 2971 |
| Alaska Stenotype Reporters | 6/21/2006 | 534 | $ 500.20 | Copy of Deposition of Daniel Stears | Check # 15072 |
| Seijas Court Reporters | 2/16/2005 | 122192 | $ 1,085.00 | Original and one copy of transcript of Laura Emery | 142164 |
| Seijas Court Reporters | 2/14/2005 | 122116 | $ 3,333.18 | Original and one copy of transcript of Mark Schiling | 5133 |
| Seijas Court Reporters | 2/9/2005 | 122147 | $ 1,971.40 | Original and certified copy of transcript/Forrest McKinley | 5133 |
| Seijas Court Reporters | 2/15/2005 | 122149 | $ 942.75 | Original and one copy of transcript/Vinesh R. Nathu | 5133 |
| Seijas Court Reporters | 2/16/2006 | 122192 | $ 1,647.05 | Original and one certified copy/Laura Emery | 5133 |
| Seijas Court Reporters | 5/8/2006 | 124177 | $ 1,129.30 | Certified copy of transcript of Tom Pruett | 0 |
| Moburg & Associates | 1/15/2005 | 39118 | $ 700.80 | Deposition | 15096 |
| Gillis & Nathu | 1/31/2005 | 500151 | $ 1,031.00 | Deposition of Nathu | 0 |
| Alaska Legal Video | 2/16/2006 | 527 | $ 695.00 | Video Deposition of Matt Holmstrom | 15066 |
| Alaska Legal Video | 3/3/2006 | 528 | $ 175.00 | Video Deposition of Matt Holmstrom, Vol II | 15066 |
| Professional Video Service | 3/1/2006 | 6255 | $ 81.83 | Video Deposition of David Olson | 15071 |
| Media Impressions | 2/8/2006 | 38756 | $ 878.00 | Deposition of Matt Holmstrom | |
| **Total Court Reporter Fees** | | | **$ 33,593.84** | | |



FEB - 2006

MARSTON HEFFERNAN FOREMAN

**BUELL**
REALTIME REPORTING, LLC
Leaders in Realtime Technology

**B**
PLEASE NOTE:
Buell Realtime Reporting has moved.
Our suite has changed to 820.
Everything else remains the same.
1411 Fourth Avenue, Suite 820 • Seattle, WA 98101
PHONE 206.287.9066

Terry Marston
Marston Heffernan Foreman
16880 NE 79th Street
Redmond, Washington 98052

February  3, 2006

**Invoice#** 403674

**Balance:**    $121.45

**Re:** Absolute vs. Emerco
    A-03-0199
    *on* 02/10/05 *by* Jolene Haneca
**Billed:** 03/02/05                    <-- 331 Days Old!

## *Invoicing Information*

Charge Description                                               Amount
Deposition of Jerry Hardenbergh

Transcript Copy                                                  596.25
Condensed Transcript/E-transcript                                 40.00
ASCII DISK                                                        10.00
Exhibit Production - 1,068 copies                               320.40
Delivery/Handling                                                12.00



                                   Sub Total:    978.65
                           - Payments/Credits:    857.20
P l e a s e   R e m i t  - - - >   Total Due:  **$121.45**

                    *Tax ID# 91-2101641*

This invoice is  331  days past due, Please Remit - Thank You!
*************************************************************

1411 Fourth Avenue, Suite 820  Seattle, Washington 98101  Telephone 206.287.9832
e-mail info@buellrealtime.com   www.buellrealtime.com

# BUELL
**REALTIME REPORTING, LLC**
*Leaders in Realtime Technology*

**PLEASE NOTE:**
Buell Realtime Reporting has moved.
Our suite has changed to 820.
Everything else remains the same.

1411 Fourth Avenue, Suite 820 • Seattle, WA 98101
**PHONE** 206.287.9066

Terry Marston
Marston Heffernan Foreman
16880 NE 79th Street
Redmond, Washington 98052

February 3, 2006

**Invoice#** 403677

**Balance:**     $288.05

**Re:** Absolute vs. Emerco
     A-03-0199
     *on* 02/11/05 *by* Jolene Haneca
**Billed:** 03/02/05

<-- 331 Days Old!

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Deposition of Michael Lembke | |
| | |
| Transcript Copy | 235.85 |
| Exhibit Production | 40.20 |
| Delivery/Handling | 12.00 |



P l e a s e   R e m i t   - - - >   Total Due:   $288.05

*Tax ID# 91-2101641*

This invoice is  331  days past due, Please Remit - Thank You!
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1411 Fourth Avenue, Suite 820 Seattle, Washington 98101 Telephone 206.287.9832
e-mail info@buellrealtime.com  www.buellrealtime.com

Vendor: Buell Realtime Reporting

| Date | Description | | Invoice # | Amount | Disc | Net Amt |
|------|-------------|---|-----------|--------|------|---------|
| 02/10/06 | Absolute | | 403674 | 121.45 | | 121.45 |
| 02/10/06 | Absolute | | 403677 | 288.05 | | 288.05 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 02/10/06 | 142225 | 409.50 | 0.00 | 409.50 |



DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

# BUELL REALTIME REPORTING, LLC

*1411 Fourth Avenue*
*Suite 803*
*Seattle, Washington 98101*
*Office (206)287-9066 Fax (206)287-9832*
*Tax ID# 91-2101641*



RECEIVED
MAR - 8 2005
MARSTON HEFFERNAN FOREMAN

Terry Marston
Marston Heffernan
16880 NE 79th Street
Redmond, Washington 98052

March  4, 2005

**Invoice#** 403680

**Balance:**    $416.65

**Re:** Absolute vs. Emerco
A-03-0199
*on* 02/11/05 *by* Jolene Haneca

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Deposition of L. Skip Vernon | |
| | |
| Transcript Copy | 384.25 |
| Exhibit Production | 20.40 |
| Delivery/Handling | 12.00 |

**P l e a s e   R e m i t   - - - >   Total Due:    $416.65**

**MARSTON HEFFERNAN FOREMAN, PLLC**

*Absolute/MCK 141321*

Vendor: Buell Realtime Reporting

| Date | Description | | Invoice # | Amount | Disc | Net Amt |
|------|-------------|--|-----------|--------|------|---------|
| 03/04/05 | 1012.011 | | 403680 | 416.65 | | 416.65 |

| | Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|--|-----------|---------|-----------|----------|---------|
| | 03/15/05 | 141321 | 416.65 | 0.00 | 416.65 |

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

# BUELL REALTIME REPORTING, LLC

*1411 Fourth Avenue*
*Suite 803*
*Seattle, Washington 98101*
*Office (206)287-9066 Fax (206)287-9832*
*Tax ID# 91-2101641*



Terry Marston
Marston Heffernan
16880 NE 79th Street
Redmond, Washington 98052

March  4, 2005

**Invoice#** 403674

**Balance:**    $978.65

**Re:** Absolute vs. Emerco
A-03-0199
*on* 02/10/05 *by* Jolene Haneca

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Deposition of Jerry Hardenbergh | |
| | |
| Transcript Copy | 596.25 |
| Condensed Transcript/E-transcript | 40.00 |
| ASCII DISK | 10.00 |
| Exhibit Production - 1,068 copies | 320.40 |
| Delivery/Handling | 12.00 |

P l e a s e   R e m i t   - - - >   Total Due:    $978.65

# BUELL REALTIME REPORTING, LLC

*1411 Fourth Avenue*
*Suite 803*
*Seattle, Washington 98101*
*Office (206)287-9066 Fax (206)287-9832*
*Tax ID# 91-2101641*



Terry Marston
Marston Heffernan
16880 NE 79th Street
Redmond, Washington 98052

March 31, 2005

**Invoice#** 403949

**Balance:** $1,142.80

**Re:** Absolute vs. Emerco
A03-0199LV
*on* 03/09/05 *by* Jolene Haneca

## *Invoicing Information*

| <u>Charge Description</u> | <u>Amount</u> |
|---|---|
| Deposition of Forrest E. McKinley, Volume II | |
| Appearance Fee | 390.00 |
| Original and one copy | 695.20 |
| Condensed Transcript/E-transcript | 30.00 |
| Exhibit Production | 12.60 |
| Delivery/Handling(includes filing of original) | 15.00 |

P l e a s e   R e m i t   - - - >   Total Due:  $1,142.80

Exhibit B, Page 9 of 66

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------|------------|

Buell Realtime Reporting
05/26/05 1012.011-Payment made on
      inv.403674,403677,403949      2000.00      2000.00

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ Gross: | Ded: | Net: |
|------------|----------------|-----------------|------|------|
| 05/26/05 | 5129 | 2000.00 | 0.00 | 2000.00 |

5129

**LAW OFFICES OF**
**MARSTON & HEFFERNAN, P.L.L.C.**
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET (425) 861-5700
REDMOND, WA 98502

KeyBank National Association
**KeyBank**
19-57/1250

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 05/26/05 | 5129 | **$2,000.00 |

PAY     *** TWO THOUSAND & 00/100 DOLLARS

TO THE
ORDER
OF

Buell Realtime Reporting
1411 Fourth Ave., Suite 803
Seattle  WA  98101

TWO SIGNATURES REQUIRED

⑈005129⑈ ⑆125000574⑆ 47166101616 5⑈

MARSTON & HEFFERNAN, P.L.L.C.                  5129

Vendor: Buell Realtime Reporting

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 05/26/05 | 1012.011-Payment made on inv.403674,403677,403949 | | 2000.00 | | 2000.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 05/26/05 | 5129 | 2000.00 | 0.00 | 2000.00 |

 

Terry Marston
Marston Heffernan Foreman
16880 NE 79th Street
Redmond, Washington 98052

November 17, 2006

**Invoice#** 407200

**Balance:**    $761.05

**Re:** Absolute Environmental Services, Inc. v. Emerco, Inc.
   A-03-0199
   *on* 05/16/06 *by* Lisa Buell, RPR, CRR, CCR
**Billed:** 05/26/06                    **<-- 171 Days Old!**

## *Invoicing Information*

Charge Description                                              Amount
Deposition of Jeremy Hailey, P.E.

Transcript Copy                                                 641.25
Condensed Transcript/E-transcript                                40.00
Exhibit Production                                               65.80
Delivery/Handling                                                14.00


**P l e a s e   R e m i t   - - - >   Total Due:    $761.05**

*Tax ID# 91-2101641*

**This invoice is  171  days past due, Please Remit - Thank You!**
***************************************************************

1411 Fourth Avenue, Suite 820 Seattle, Washington 98101 Telephone 206.287.9066 Facsimile 206.287.9832
e-mail info@buellrealtime.com  www.buellrealtime.com





Terry Marston
Marston Heffernan Foreman
16880 NE 79th Street
Redmond, Washington 98052

November 17, 2006

**Invoice#** 407507

**Balance:**    $520.00

**Re:** Absolute v. McKinley, et al.
    A-03-0199
    *on* 06/30/06 *by* Christine Hougen, RPR, CCR
**Billed:** 07/11/06                    **<-- 126 Days Old!**

## *Invoicing Information*

Charge Description                                    Amount
Depositions of Jerald Johnson and Robert Dun

Appearance Fee                                        520.00
- Transcript not ordered

**P l e a s e   R e m i t   - - - >   Total Due:   $520.00**

*Tax ID# 91-2101641*

**This invoice is  126  days past due, Please Remit - Thank You!**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

1411 Fourth Avenue, Suite 820 Seattle, Washington 98101 Telephone 206.287.9066 Facsimile 206.287.9832
e-mail info@buellrealtime.com  www.buellrealtime.com

Exhibit B, Page 12 of 66





Terry Marston
Marston Heffernan Foreman
16880 NE 79th Street
Redmond, Washington 98052

November 17, 2006

**Invoice#** 407514

**Balance:**    $355.00

**Re:** Absolute Environmental v. McKinley, et al.
    A-03-0199
    *on* 06/29/06 *by* Lisa Buell, RPR, CRR, CCR
**Billed:** 07/13/06                        **<-- 124 Days Old!**

## *Invoicing Information*

Charge Description                                              Amount
Deposition of Margaret Wilson

Appearance Fee                                                  355.00


**P l e a s e    R e m i t    - - - >    Total Due:    $355.00**


*Tax ID# 91-2101641*


**This invoice is  124  days past due, Please Remit - Thank You!**
**************************************************************

1411 Fourth Avenue, Suite 820  Seattle, Washington 98101  Telephone 206.287.9066  Facsimile 206.287.9832
e-mail info@buellrealtime.com  www.buellrealtime.com





Terry Marston
Marston Heffernan Foreman
16880 NE 79th Street
Redmond, Washington 98052

November 17, 2006

**Invoice#** 407515

**Balance:**    $870.00

**Re:** Absolute Environmental v. McKinley, et al.
    A-03-0199
    *on* 06/27/06 *by* Lisa Buell, RPR, CRR, CCR
**Billed:** 07/13/06                          **<-- 124 Days Old!**

## *Invoicing Information*

Charge Description                                              Amount
Deposition of Jerry R. Hardenbergh (Volume II)

Appearance Fee                                                  870.00

**P l e a s e   R e m i t   - - >   Total Due:   $870.00**

*Tax ID# 91-2101641*

**This invoice is  124  days past due, Please Remit - Thank You!**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1411 Fourth Avenue, Suite 820 Seattle, Washington 98101 Telephone 206.287.9066 Facsimile 206.287.9832
e-mail info@buellrealtime.com  www.buellrealtime.com

Exhibit B, Page 14 of 66





Terry Marston                          November 17, 2006
Marston Heffernan Foreman
16880 NE 79th Street                   **Invoice#** 407516
Redmond, Washington 98052
                                       **Balance:**    $585.00

**Re:** Absolute Environmental v. McKinley, et al.
     A-03-0199
     *on* 06/28/06 *by* Lisa Buell, RPR, CRR, CCR
**Billed:** 07/13/06                          **<-- 124 Days Old!**

## *Invoicing Information*

Charge Description                                       Amount
Deposition of Anita Repanich

Appearance Fee                                           585.00


         **P l e a s e   R e m i t   - - - >   Total Due:   $585.00**

                    *Tax ID# 91-2101641*


     **This invoice is  124  days past due, Please Remit - Thank You!**
     ************************************************************

1411 Fourth Avenue, Suite 820  Seattle, Washington 98101  Telephone 206.287.9066  Facsimile 206.287.9832
e-mail info@buellrealtime.com  www.buellrealtime.com





Terry Marston
Marston Heffernan Foreman
16880 NE 79th Street
Redmond, Washington 98052

November 17, 2006

**Invoice#** 407517

**Balance:**    $305.00

**Re:** Absolute Environmental v. McKinley, et al.
A-03-0199
*on* 06/29/06 *by* Lisa Buell, RPR, CRR, CCR
**Billed:** 07/13/06                          **<-- 124 Days Old!**

## *Invoicing Information*

Charge Description                                                                      Amount
Deposition of Martin Boivin

Appearance Fee                                                                          305.00


**P l e a s e   R e m i t   - - - >   Total Due:    $305.00**

*Tax ID# 91-2101641*

**This invoice is  124  days past due, Please Remit – Thank You!**
************************************************************

1411 Fourth Avenue, Suite 820  Seattle, Washington 98101  Telephone 206.287.9066  Facsimile 206.287.9832
e-mail info@buellrealtime.com  www.buellrealtime.com





Terry Marston
Marston Heffernan Foreman
16880 NE 79th Street
Redmond, Washington 98052

November 17, 2006

**Invoice#** 407567

**Balance:**    $968.35

**Re:** Absolute v. McKinley
    A-03-0199
    *on* 07/11/06 *by* Christine Hougen, RPR, CCR
**Billed:** 07/30/06                            **<-- 107 Days Old!**

## *Invoicing Information*

Charge Description                                                    Amount
Deposition of Bryant Webster Chandler

| | |
|---|---|
| Appearance Fee | 308.75 |
| Original and one copy | 525.35 |
| Condensed Transcript/E-transcript | 40.00 |
| Exhibit Production | 78.25 |
| Delivery/Handling (Includes Filing of Original) | 16.00 |

**P l e a s e   R e m i t   - - - >   Total Due:    $968.35**

*Tax ID# 91-2101641*

**This invoice is  107  days past due, Please Remit - Thank You!**
**********************************************************

1411 Fourth Avenue, Suite 820 Seattle, Washington 98101 Telephone 206.287.9066 Facsimile 206.287.9832
e-mail info@buellrealtime.com  www.buellrealtime.com

 

Terry Marston
Marston Heffernan Foreman
16880 NE 79th Street
Redmond, Washington 98052

November 17, 2006

**Invoice#** 407574

**Balance:**    $260.00

**Re:** Absolute v. McKinley
      A-03-0199
      *on* 07/10/06 *by* Christine Hougen, RPR, CCR
**Billed:** 07/30/06                    **<-- 107 Days Old!**

## *Invoicing Information*

Charge Description                                          Amount
Deposition of 30 (b)(6) Bruce Echigoshima

Appearance Fee                                              260.00


**P l e a s e    R e m i t    - - - >**    **Total Due:**    **$260.00**


*Tax ID# 91-2101641*


**This invoice is  107  days past due, Please Remit - Thank You!**
**************************************************************

1411 Fourth Avenue, Suite 820  Seattle, Washington 98101  Telephone 206.287.9066  Facsimile 206.287.9832
e-mail info@buellrealtime.com  www.buellrealtime.com





Terry Marston                          November 17, 2006
Marston Heffernan Foreman
16880 NE 79th Street                   **Invoice#** 407575
Redmond, Washington 98052
                                       **Balance:**    $227.50


**Re:** Absolute v. McKinley
     A-03-0199
     *on* 07/11/06 *by* Christine Hougen, RPR, CCR
**Billed:** 07/30/06                    **<-- 107 Days Old!**

## *Invoicing Information*

Charge Description                                      Amount
Deposition of Stephen Ross

Appearance Fee                                          227.50


           **P l e a s e    R e m i t   - - - >   Total Due:   $227.50**


                    *Tax ID# 91-2101641*


     **This invoice is  107  days past due, Please Remit - Thank You!**
     **************************************************************

1411 Fourth Avenue, Suite 820  Seattle, Washington 98101  Telephone 206.287.9066  Facsimile 206.287.9832
e-mail info@buellrealtime.com  www.buellrealtime.com





Terry Marston
Marston Heffernan Foreman
16880 NE 79th Street
Redmond, Washington 98052

November 17, 2006

**Invoice#** 407744

**Balance:**  $1,003.50

**Re:** Absolute Environmental v. McKinley, et al.
    A-03-0199
    *on* 06/28/06 *by* Lisa Buell, RPR, CRR, CCR
**Billed:** 08/20/06               **<-- 87 Days Old!**

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Deposition of Anita Repanich | |
| | |
| Original and one copy | 987.50 |
| Delivery/Handling (Includes Filing of Original) | 16.00 |

**P l e a s e    R e m i t   - - - >   Total Due:  $1,003.50**

*Tax ID# 91-2101641*

**This invoice is   87  days past due, Please Remit - Thank You!**
**************************************************************

1411 Fourth Avenue, Suite 820 Seattle, Washington 98101 Telephone 206.287.9066 Facsimile 206.287.9832
e-mail info@buellrealtime.com   www.buellrealtime.com




Terry Marston
Marston Heffernan Foreman
16880 NE 79th Street
Redmond, Washington 98052

November 17, 2006

**Invoice#** 407749

**Balance:**    $660.10

**Re:** Absolute Environmental v. McKinley, et al.
A-03-0199
*on* 06/27/06 *by* Lisa Buell, RPR, CRR, CCR
**Billed:** 08/20/06                          **<-- 87 Days Old!**

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Deposition of Jerry Hardenbergh, Vol. II | |
| | |
| Transcript copy - discounted rate from original | 644.10 |
| Delivery/Handling (Includes Filing of Original) | 16.00 |

**P l e a s e    R e m i t    - - - >    Total Due:    $660.10**

*Tax ID# 91-2101641*

**This invoice is   87  days past due, Please Remit - Thank You!**
**************************************************************

1411 Fourth Avenue, Suite 820 Seattle, Washington 98101 Telephone 206.287.9066 Facsimile 206.287.9832
e-mail info@buellrealtime.com  www.buellrealtime.com





Terry Marston
Marston Heffernan Foreman
16880 NE 79th Street
Redmond, Washington 98052

November 17, 2006

**Invoice#** 407755

**Balance:**    $544.80

**Re:** Absolute Environmental v. McKinley, et al.
       A-03-0199
       *on* 06/29/06 *by* Lisa Buell, RPR, CRR, CCR
**Billed:** 08/24/06                        **<-- 83 Days Old!**

## *Invoicing Information*

Charge Description                                          Amount
Deposition of Margaret Wilson

Original and One Copy                                       489.80
Condensed Transcript/E-Transcript                           40.00
No Exhibits
Delivery/Handling(Includes Original filing)                 15.00


**P l e a s e    R e m i t    - - >    Total Due:    $544.80**

*Tax ID# 91-2101641*

**This invoice is    83   days past due, Please Remit - Thank You!**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

1411 Fourth Avenue, Suite 820 Seattle, Washington 98101 Telephone 206.287.9066 Facsimile 206.287.9832
e-mail info@buellrealtime.com  www.buellrealtime.com

  

Terry Marston
Marston Heffernan Foreman
16880 NE 79th Street
Redmond, Washington 98052

November 17, 2006    

**Invoice#** 407758

**Balance:**    $584.30

**Re:** Absolute Environmental v. McKinley, et al.
    A-03-0199
    *on* 06/29/06 *by* Lisa Buell, RPR, CRR, CCR
**Billed:** 08/24/06                    **<-- 83 Days Old!**

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Deposition of Martin Boivin | |
| Original and One Copy | 529.30 |
| Condensed Transcript/E-Transcript | 40.00 |
| No Exhibits | |
| Delivery/Handling(Includes Original filing) | 15.00 |

**P l e a s e   R e m i t   - - - >   Total Due:    $584.30**

*Tax ID# 91-2101641*

**This invoice is   83   days past due, Please Remit - Thank You!**
**************************************************************

1411 Fourth Avenue, Suite 820 Seattle, Washington 98101 Telephone 206.287.9066 Facsimile 206.287.9832
e-mail info@buellrealtime.com   www.buellrealtime.com

**MARSTON ELISON PLLC**                                                          15061
  Vendor: Buell Realtime Reporting, LLC

| Date | Description | | Invoice # | Amount | Disc | Net Amt |
|------|-------------|--|-----------|--------|------|---------|
| 08/24/06 | 1012.011 | | 407758 | 584.30 | | 584.30 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 01/25/07 | 15061 | 7644.60 | 0.00 | 7644.60 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

**MARSTON ELISON PLLC**                                                          15060
  Vendor: Buell Realtime Reporting, LLC

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 05/26/06 | 1012.011 | 407200 | 761.05 | | 761.05 |
| 07/11/06 | 1012.011 | 407507 | 520.00 | | 520.00 |
| 07/13/06 | 1012.011 | 407514 | 355.00 | | 355.00 |
| 07/13/06 | 1012.011 | 407515 | 870.00 | | 870.00 |
| 07/13/06 | 1012.011 | 407516 | 585.00 | | 585.00 |
| 07/13/06 | 1012.011 | 407517 | 305.00 | | 305.00 |
| 07/30/06 | 1012.011 | 407567 | 968.35 | | 968.35 |
| 07/30/06 | 1012.011 | 407574 | 260.00 | | 260.00 |
| 07/30/06 | 1012.011 | 407575 | 227.50 | | 227.50 |
| 08/20/06 | 1012.011 | 407744 | 1003.50 | | 1003.50 |
| 08/20/06 | 1012.011 | 407749 | 660.10 | | 660.10 |
| 08/24/06 | 1012.011 | 407755 | 544.80 | | 544.80 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

| | | | CHECK | | |
| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | Buell Realtime Reporting, LLC | | | | |
| 02/14/07 | 1012.011 Absolute/McKinley | 409546 | 740.45 | | 740.45 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | Gross: | | Ded: | | Net: | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 02/15/07 | 15093 | | | 740.45 | | 0.00 | | 740.45 |

15093

LAW OFFICES OF
**MARSTON ELISON PLLC**
ANDERSON PARK BUILDING
16880 NE 79TH STREET  (425) 861-5890
REDMOND, WA  98052-4424

KEYBANK NATIONAL ASSOCIATION
SEATTLE, WASHINGTON  98188
19-57-1250

| DATE | CHECK | AMOUNT |
| --- | --- | --- |
| 02/15/07 | 15093 | ****$740.45 |

PAY

*** SEVEN HUNDRED FORTY & 45/100 DOLLARS

TO THE
ORDER
OF:

Buell Realtime Reporting, LLC
1411 Fourth Avenue, Suite 820
Seattle  WA  98101

MP

⑃015093⑃ ⑃125000574⑃ 479081070662⑃

---

**MARSTON ELISON PLLC**                                             15093
Vendor: Buell Realtime Reporting, LLC

| Date | Description | Invoice # | Amount | Disc | Net Amt |
| --- | --- | --- | --- | --- | --- |
| 02/14/07 | 1012.011 Absolute/McKinley | 409546 | 740.45 | | 740.45 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
| --- | --- | --- | --- | --- |
| 02/15/07 | 15093 | 740.45 | 0.00 | 740.45 |

Exhibit B, Page 25 of 66

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com





**MARSTON ELISON**

Terry Marston
Marston Elison
16880 NE 79th Street
Redmond, Washington 98052

February  5, 2007

**Invoice#** 409546

**Balance:**    $740.45

**Re:** Absolute v. McKinley
   A-03-0199
   *on* 07/10/06 *by* Christine Hougen, RPR, CCR

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Deposition of 30(b)(6) Bruce Echigoshima | |
| | |
| Original and one copy - expedited | 669.30 |
| Condensed Transcript/E-transcript | 45.00 |
| Exhibit Production | 10.15 |
| Delivery/Handling (Includes Filing of Original) | 16.00 |

**P l e a s e   R e m i t   - - - >   Total Due:    $740.45**

*Tax ID# 91-2101641*

1411 Fourth Avenue, Suite 820 Seattle, Washington 98101 Telephone 206.287.9066 Facsimile 206.287.9832
e-mail info@buellrealtime.com  www.buellrealtime.com

# Midnight Sun Court Reporters

511 West 9ᵗʰ Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6721
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com



RECEIVED
MAR - 8 2005
MARSTON HEFFERNAN FOREMAN

## Statement

**Marston, Heffernan, Foreman, PLLC**
**Attn: Terry R. Marston, II**
**16880 N.E. 79th Street**
**Redmond, WA 98502**

| DATE | AMOUNT DUE |
|------|-----------|
| 3/1/2005 | $1,619.45 |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | | | 0.00 |
| 10/31/2004 | Balance forward | | |
| 11/30/2004 | TERRY R. MARSTON, II:Absolute Env. Svc. vs Forrest McKinley:Ralph Thomas Puett, Vol. I- INV #38437. Due 11/30/2004. | 1,133.56 | 1,133.56 |
| 01/18/2005 | PMT #809129. Perkins Coie | -563.59 | 569.97 |
| 11/30/2004 | TERRY R. MARSTON, II:Absolute Env. Svc. vs Forrest McKinley:Ralph Thomas Puett, Vol. II- INV #38442. Due 11/30/2004. | 1,613.07 | 2,183.04 |
| 01/18/2005 | PMT #809129. Perkins Coie | -563.59 | 1,619.45 |

# PAST DUE

## PLEASE SEND PAYMENT

REMITTANCE ADVICE SLIP - PLEASE RETURN THIS STUB WITH PAYMENT TO:
Midnight Sun Court Reporters • 511 West 9ᵗʰ Avenue, Suite 1 • Anchorage, Alaska 99501

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---------|--------------------|--------------------|--------------------|----------------------|-----------|
| 0.00 | 0.00 | 0.00 | 1,619.45 | 0.00 | $1,619.45 |

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------|------------|

Midnight Sun Court Reporters
05/26/05 1012.011-Payment made on inv.
          38437, 38442                                      1300.00         1300.00

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ Gross: | 1300.00 | Ded: | 0.00 Net: | 1300.00 |
|------------|----------------|------------------|---------|------|-----------|---------|
| 05/26/05   | 5130           |                  |         |      |           |         |

5130

**LAW OFFICES OF**
**MARSTON & HEFFERNAN, P.L.L.C.**
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET (425) 861-5700
REDMOND, WA 98502

KeyBank National Association
**KeyBank**
19-57/1250

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 05/26/05 | 5130 | **$1,300.00 |

PAY    *** ONE THOUSAND THREE HUNDRED & 00/100 DOLLARS

TO THE
ORDER
OF

Midnight Sun Court Reporters
511 West 9th Ave., Suite 1
Anchorage  AK  99501

TWO SIGNATURES REQUIRED

⑈005130⑈ ⑆125000574⑆ 471661016165⑈

MARSTON & HEFFERNAN, P.L.L.C.                                    5130

Vendor: Midnight Sun Court Reporters

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 05/26/05 | 1012.011-Payment made on inv. 38437, 38442 | | 1300.00 | | 1300.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 05/26/05 | 5130 | 1300.00 | 0.00 | 1300.00 |

# ADAMS & PHELPS REPORTING & VIDEO LTD.
### Registered Professional Reporters
### 1430 – 1075 W. Georgia Street
### Vancouver, BC  V6E 3C9
Tel:  604.682.6757 – Fax:  604.682.6756 – E-mail:  info@BookaReporter.com

**RECEIVED**
**APR – 1 2005**
MARSTON HEFFERNAN FOREMAN

Marston Heffernan Foreman
Attn. Richard R. Roland, Esq.
Anderson Park Bldg 16880 NE 79th Street
Redmond, WA 98052 - 4424

**DATE:**  March 31, 2005

**INVOICE:** AP 27044B
**TAX #:** 133853184

*Interest @ 2% per month on unpaid balance*

Re: ABSOLUTE ENVIRONMENTAL SERVICES vs. FORREST J. McKINLEY et al.

March 10 & 11, 2005

TO:  Deposition upon oral examination of ROBERT ALLISTON & CHARLES MATHIAS
:    Attendance of reporter……….………….……….…………….......  $   N/A
:    Copy of each transcript………………….……………….……......  $   724.50
:    Condensed transcript, word index & ASCII disk…………………...  NO CHARGE
:    International courier...……...……….……….……….…………......  $     53.00

Sub-total……….   $   777.50
GST……....……..   EXEMPT

Total Due………   $   777.50 U.S.

*Thank you, we appreciate your business!   Did you know you can now schedule your appointments online @ www.BookaReporter.com*

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------|------------|

Adams & Phelps Reporting & Video LTD.
05/26/05 1012.011- Payment made on
         inv.# AP27044B                          650.00        650.00

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ Gross: | Ded: | Net: |
|------------|----------------|-----------------|------|------|
| 05/26/05 | 5127 | Gross: 650.00 | Ded: 0.00 | Net: 650.00 |

---

5127

**LAW OFFICES OF**
**MARSTON & HEFFERNAN, P.L.L.C.**
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET (425) 861-5700
REDMOND, WA 98502

KeyBank National Association
**KeyBank**
19-57/1250

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 05/26/05 | 5127 | ****$650.00 |

*** SIX HUNDRED FIFTY & 00/100 DOLLARS

PAY

TO THE
ORDER
OF

Adams & Phelps Reporting & Video LTD.
1430-1075 W. Georgia Street
Vancouver   BC   V6E 3C9

TWO SIGNATURES REQUIRED

⑈005127⑈ ⑆125000574⑆ 4716610161 65⑈

---

MARSTON & HEFFERNAN, P.L.L.C.                                   5127

Vendor: Adams & Phelps Reporting & Video LTD.

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 05/26/05 | 1012.011- Payment made on inv.# AP27044B | | 650.00 | | 650.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 05/26/05 | 5127 | 650.00 | 0.00 | 650.00 |

Exhibit B, Page 30 of 66

**INVOICE # A002461E**
**FIRM # 1215024**
**INVOICE DATE: 4/25/2006**
**DUE UPON RECEIPT**

**Jami K. Elison**
**Marston Heffernan Foreman PLLC**
**16880 Northeast 79th Street**
**Redmond, WA  98052 4424**

| ITEM | AMOUNT |
|------|--------|
| Electronic transcript of the deposition of Keith MacLeod, taken April 7, 2006. | $   381.45 |
| BALANCE DUE | $   392.98 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . Fold and tear at this perforation, then return stub with payment. . . . . . . . . . . . .

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------|------------|
| | Atkinson-Baker, Inc. | | | | |
| 09/11/06 | Absolute/McKinley | A002461E | 392.98 | | 392.98 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ Gross: | 392.98 | Ded: | 0.00 Net: | 392.98 |
|------------|----------------|-----------------|--------|------|-----------|--------|
| 09/13/06 | 142697 | | | | | |

142697

LAW OFFICES OF
**MARSTON HEFFERNAN FOREMAN**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET  (425) 861-5700
REDMOND, WA  98052-4424

**KEYBANK NATIONAL ASSOCIATION**
SEATTLE, WASHINGTON  98104
19-57-1250

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 09/13/06 | 142697 | ****$392.98 |

PAY
TO THE
ORDER
OF:

*** THREE HUNDRED NINETY-TWO & 98/100 DOLLARS

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale  CA  91203-4725

⑈142697⑈ ⑆125000574⑆ 47191⑆0000081⑈

---

**MARSTON HEFFERNAN FOREMAN, PLLC**            142697

Vendor: Atkinson-Baker, Inc.

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 09/11/06 | Absolute/McKinley | A002461E | 392.98 | | 392.98 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 09/13/06 | 142697 | 392.98 | 0.00 | 392.98 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

*Alaska Stenotype Reporters*

511 West Ninth Ave.
Anchorage, AK 99501

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/16/2006 | 32 |

**Bill To**

MARSTON HEFFERNAN & FORMAN
TERRY MARSTON, ESQ.
16880 NE 79 TH STREET
REDMOND, WA 98052



| Assignment Date | Deponent | Terms | Due Date | Reporter | Case # |
|-----------------|----------|-------|----------|----------|--------|
| 2/06/ & 2/14/2006 | MATT HOLMSTR... | Due on receipt | 2/16/2006 | BC | A03-0199 CV |

| Item | Description | Pg./Hr. | Rate | Amount |
|------|-------------|---------|------|--------|
| APF | APPEARANCE FEE ( 2/06/2006) | 7 | 45.00 | 315.00 |
| APF | APPEARANCE FEE (2/14/2006) | 4 | 45.00 | 180.00 |
| APF-LUNCH/AF... | APPEARANCE FEE (LUNCH/AFTER 5) | 3.5 | 60.00 | 210.00 |
| EXHIBITS-HARD | EXHIBITS HARD COPY | 56 | 0.35 | 19.60 |
| POSTAGE FEE | POSTAGE | | 4.05 | 4.05 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (907) 276-1680 | (907) 276-8016 | aksteno@acsalaska.net |

**Total** $728.65

**Balance Outstanding** $2,706.20

TAX ID: 92-0082177

*Alaska Stenotype Reporters*

511 West Ninth Ave.
Anchorage, AK 99501

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/11/2006 | 216 |

**Bill To**

MARSTON HEFFERNAN & FORMAN
TERRY MARSTON, ESQ.
16880 NE 79 TH STREET
REDMOND, WA 98052

PAID

| Assignment Date | Deponent | Terms | Due Date | Reporter | Case # |
|-----------------|----------|-------|----------|----------|--------|
| 04/27/2006 | DANIEL YELL | Due on receipt | 5/11/2006 | BC | A03-0199 |

| Item | Description | Pg./Hr. | Rate | Amount |
|------|-------------|---------|------|--------|
| R-TRANSCRIBED EXHIBITS-SCAN... POSTAGE FEE | ORIGINAL & ONE EXHIBITS SCANNED TO DISC POSTAGE | 120 184 | 3.90 0.15 4.05 | 468.00 27.60 4.05 |
| | THANKS FOR YOUR BUSINESS | | | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (907) 276-1680 | (907) 276-8016 | aksteno@acsalasku.net |

| **Total** | $499.65 |
|-----------|---------|
| **Balance Outstanding** | $2,706.20 |

TAX ID: 92-0082177

Exhibit B, Page 34 of 66

*Alaska Stenotype Reporters*
511 West Ninth Ave.
Anchorage, AK 99501

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/16/2006 | 303 |

**Bill To**

MARSTON HEFFERNAN & FORMAN
TERRY MARSTON, ESQ.
16880 NE 79 TH STREET
REDMOND, WA 98052



| Assignment Date | Deponent | Terms | Due Date | Reporter | Case # |
|-----------------|----------|-------|----------|----------|--------|
| 06/07/2006 | WILLIAM OLIVER | Due on receipt | 6/16/2006 | MV | A-03-0199CV |

| Item | Description | Pg./Hr. | Rate | Amount |
|------|-------------|---------|------|--------|
| APF | APPEARANCE FEE-HOLD | 7 | 45.00 | 315.00 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (907) 276-1680 | (907) 276-8016 | nksteno@acsalaska.net |

| **Total** | $315.00 |
|-----------|---------|
| **Balance Outstanding** | $2,706.20 |

TAX ID: 92-0082177

Exhibit B, Page 35 of 66

# *Alaska Stenotype Reporters*

511 West Ninth Ave.
Anchorage, AK 99501

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/12/2006 | 346 |

**Bill To**

MARSTON HEFFERNAN & FORMAN
TERRY MARSTON, ESQ.
16880 NE 79 TH STREET
REDMOND, WA 98052



| Assignment Date | Deponent | Terms | Due Date | Reporter | Case # |
|-----------------|----------|-------|----------|----------|--------|
| 06/22/2006 | WILLIAM MOTT | Due on receipt | 7/12/2006 | RS | A03-0199CV |

| Item | Description | Pg./Hr. | Rate | Amount |
|------|-------------|---------|------|--------|
| APF | APPEARANCE FEE | 6 | 45.00 | 270.00 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (907) 276-1680 | (907) 276-8016 | akstcno@ncsalaska.net |

| **Total** | $270.00 |
|-----------|---------|
| **Balance Outstanding** | $2,706.20 |

TAX ID: 92-0082177

Exhibit B, Page 36 of 66

*Alaska Stenotype Reporters*

511 West Ninth Ave.
Anchorage, AK 99501

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/12/2006 | 343 |

Bill To

MARSTON HEFFERNAN & FORMAN
TERRY MARSTON, ESQ.
16880 NE 79 TH STREET
REDMOND, WA 98052



PAID

| Assignment Date | Deponent | Terms | Due Date | Reporter | Case # |
|-----------------|----------|-------|----------|----------|--------|
| 06/08/2006 | MATT HOLMSTR... | Due on receipt | 7/12/2006 | RS | A03-0199CV |

| Item | Description | Pg./Hr. | Rate | Amount |
|------|-------------|---------|------|--------|
| R-TRANSCRIBED | ORIGINAL & ONE | 227 | 3.90 | 885.30 |
| EXHIBITS-HARD | EXHIBITS HARD COPY | 6 | 0.35 | 2.10 |
| POSTAGE FEE | POSTAGE | 1 | 4.05 | 4.05 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (907) 276-1680 | (907) 276-8016 | aksteno@acsalaska.net |

## Total

$891.45

## Balance Outstanding

$2,706.20

TAX ID: 92-0082177

*Alaska Stenotype Reporters*

511 West Ninth Ave.
Anchorage, AK 99501

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/28/2006 | 399 |



**Bill To**

MARSTON HEFFERNAN & FORMAN
TERRY MARSTON, ESQ.
16880 NE 79 TH STREET
REDMOND, WA 98052

| Assignment Date | Deponent | Terms | Due Date | Reporter | Case # |
|-----------------|----------|-------|----------|----------|--------|
| 06/09/2006 | STEARS | Due on receipt | 7/28/2006 | RS | A-03-0199 |

| Item | Description | Pg./Hr. | Rate | Amount |
|------|-------------|---------|------|--------|
| APF | APPEARANCE FEE-ABSOLUTE v FOREST MCKINLEY (DEPO OF DANIEL STEARS) | 7 | 45.00 | 315.00 |
| APF-LUNCH/AF... | APPEARANCE FEE (LUNCH/AFTER 5) | 1.5 | 50.00 | 75.00 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (907) 276-1680 | (907) 276-8016 | akstcno@ncsalaska.net |

**Total**                     $390.00

**Balance Outstanding**        $2,706.20

TAX ID: 92-0082177

# *Alaska Stenotype Reporters*

511 West Ninth Ave.
Anchorage, AK 99501

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/28/2006 | 471 |

**Bill To**

MARSTON HEFFERNAN & FORMAN
TERRY MARSTON, ESQ.
16880 NE 79 TH STREET
REDMOND, WA 98052

| Assignment Date | Deponent | Terms | Due Date | Reporter | Case # |
|---|---|---|---|---|---|
| 06/08/206 | MATT HOLMSTR... | Due on receipt | 8/4/2006 | RS | A03-0199 CIV |

| Item | Description | Pg./Hr. | Rate | Amount |
|---|---|---|---|---|
| APF | APPEARANCE FEE | 7 | 45.00 | 315.00 |
| RD | ROUGH DRAFT | 227 | 1.00 | 227.00 |

| Phone # | Fax # | E-mail |
|---|---|---|
| (907) 276-1680 | (907) 276-8016 | aksteno@acsalaska.net |

| **Total** | $542.00 |
|---|---|
| **Balance Outstanding** | $2,206.00 |

TAX ID: 92-0082177

# *Alaska Stenotype Reporters*

511 West Ninth Ave.
Anchorage, AK 99501

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/28/2006 | 459 |

Bill To

MARSTON HEFFERNAN & FORMAN
TERRY MARSTON, ESQ.
16880 NE 79 TH STREET
REDMOND, WA 98052

| Assignment Date | Deponent | Terms | Due Date | Reporter | Case # |
|-----------------|----------|-------|----------|----------|--------|
| 08/28/2006 | | Due on receipt | 8/28/2006 | | A03-0199 |

| Item | Description | Pg./Hr. | Rate | Amount |
|------|-------------|---------|------|--------|
| POSTAGE FEE | POSTAGE-SHIPMENT OF ORIGINAL DEPOSITION | 1 | 23.70 | 23.70 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (907) 276-1680 | (907) 276-8016 | aksteno@acsalaska.net |

| **Total** | | $23.70 |
|-----------|--|--------|
| **Balance Outstanding** | | $2,206.00 |

TAX ID: 92-0082177

### *Alaska Stenotype Reporters*

511 West Ninth Ave.
Anchorage, AK 99501

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/8/2006 | 490 |

| Bill To |
|---------|
| MARSTON HEFFERNAN & FORMAN<br>TERRY MARSTON, ESQ.<br>16880 NE 79 TH STREET<br>REDMOND, WA 98052 |

| Assignment Date | Deponent | Terms | Due Date | Reporter | Case # |
|-----------------|----------|-------|----------|----------|--------|
| 6/07/2006 | WILLIAM OLIVER | Due on receipt | 9/8/2006 | MV | A-03-0199CV |

| Item | Description | Pg./Hr. | Rate | Amount |
|------|-------------|---------|------|--------|
| R-TRANSCRIBED | ORIGINAL & ONE-DEPOSIITON OF WILLIAM OLIVER ORIGINAL ORDER IN AUGUST | 213 | 3.90 | 830.70 |
| R-TRANSCRIBED | ORIGINAL & ONE-EXCERPT | 9 | 3.90 | 35.10 |
| EXHIBITS-SCAN... | EXHIBITS SCANNED TO DISC | 893 | 0.15 | 133.95 |
| POSTAGE FEE | POSTAGE | 1 | 4.05 | 4.05 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (907) 276-1680 | (907) 276-8016 | aksteno@acsalaska.net |

**Total** $1,003.80

**Balance Outstanding** $2,206.00

TAX ID: 92-0082177

Exhibit B, Page 41 of 66

# *Alaska Stenotype Reporters*

511 West Ninth Ave.
Anchorage, AK 99501

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/21/2006 | 529 |

**Bill To**

MARSTON HEFFERNAN & FORMAN
TERRY MARSTON, ESQ.
16880 NE 79 TH STREET
REDMOND, WA 98052

| Assignment Date | Deponent | Terms | Due Date | Reporter | Case # |
|-----------------|----------|-------|----------|----------|--------|
| 06/22/2006 | WILLIAM MOTT | Due on receipt | 9/21/2006 | RS | A03-0199 CV |

| Item | Description | Pg./Hr. | Rate | Amount |
|------|-------------|---------|------|--------|
| R-COPY | ONE COPY | 207 | 1.90 | 393.30 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (907) 276-1680 | (907) 276-8016 | aksteno@acsalaska.net |

| Total | $393.30 |
|-------|---------|
| **Balance Outstanding** | $2,206.00 |

TAX ID: 92-0082177

# *Alaska Stenotype Reporters*

511 West Ninth Ave.
Anchorage, AK 99501

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/21/2006 | 533 |

**Bill To**

MARSTON HEFFERNAN & FORMAN
TERRY MARSTON, ESQ.
16880 NE 79 TH STREET
REDMOND, WA 98052

| Assignment Date | Deponent | Terms | Due Date | Reporter | Case # |
|-----------------|----------|-------|----------|----------|--------|
| 09/21/2006 | DAVID OLSON | Due on receipt | 9/21/2006 | RS | A03-01199 |

| Item | Description | Pg./Hr. | Rate | Amount |
|------|-------------|---------|------|--------|
| R-COPY | ONE COPY-DEPOSIITION OF DAVID OLSON RECIEVED BY KRISTY VIA EMAIL | 128 | 1.90 | 243.20 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (907) 276-1680 | (907) 276-8016 | aksteno@acsalaska.net |

| **Total** | $243.20 |
|-----------|---------|
| **Balance Outstanding** | $2,206.00 |

TAX ID: 92-0082177

Alaska Stenotype Reporters
511 West Ninth Avenue
Anchorage, AK 99501
Phone: 907/276-1680 Fax: 907/276-8016

Terrry Marston, Esq.
Marston, Heffernan, & Foreman
16880 NE 79th Street
Redmond, VA 98052

Dear Mr. Marston:

The following items are paid in our system:

| Invoice No | Amount | Paid Type | Date Paid |
|---|---|---|---|
| 32 | 728.56 | VISA, XXX0256 | 8/25/2006 |
| 216 | 499.65 | VISA, XXX0256 | 8/25/2006 |
| 303 | 315.00 | VISA, XXX0256 | 8/25/2006 |
| 343 | 891.45 | VISA, XXX0256 | 8/25/2006 |
| 346 | 270.00 | VISA, XXX0256 | 8/25/2006 |
| 399 | 390.00 | VISA, XXX0256 | 8/25/2006 |
| 459 | 542.00 | MC, XXX2971 | 9/28/2006 |
| 471 | 23.70 | MC, XXX2971 | 9/28/2006 |
| 490 | 1003.80 | MC, XXX2971 | 9/28/2006 |
| 529 | 393.30 | MC, XXX2971 | 9/28/2006 |
| 533 | 243.20 | MC, XXX2971 | 9/28/2006 |
| 534 | 500.20 | CHECK, #15072 | 02/02/2007 |

I hope this was helpful. Please let me know if you have any questions.

Sincerely,

Anne Nusanth
/ Office Manager

| DATE | DESCRIPTION | INVOICE # | AMOUNT | CHECK DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------------|------------|
| Alaska Stenotype Reporters 09/25/06   1012.011 | | 534 | 500.20 | | 500.20 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | Gross: | 500.20 | Ded: | 0.00 | Net: | 500.20 |
|------------|----------------|----------|--------|--------|------|------|------|--------|
| 01/26/07 | 15072 | | | | | | | |

15072

LAW OFFICES OF
**MARSTON ELISON PLLC**
ANDERSON PARK BUILDING
16880 NE 79TH STREET  (425) 861-5890
REDMOND, WA  98052-4424

KEYBANK NATIONAL ASSOCIATION
SEATTLE, WASHINGTON  98188
19-57-1250

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 01/26/07 | 15072 | ****$500.20 |

PAY

*** FIVE HUNDRED & 20/100 DOLLARS

TO THE
ORDER
OF:

Alaska Stenotype Reporters
511 West Ninth Avenue
Anchorage  AK  99501

⑈0 5072⑈ ⑆125000574⑆ 479081070662⑈

**MARSTON ELISON PLLC**                                    15072

Vendor: Alaska Stenotype Reporters

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 09/25/06 | 1012.011 | 534 | 500.20 | | 500.20 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 01/26/07 | 15072 | 500.20 | 0.00 | 500.20 |

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

Exhibit B, Page 45 of 66

# Invoice

*Alaska Stenotype Reporters*

511 West Ninth Ave.
Anchorage, AK 99501

| Date | Invoice # |
|------|-----------|
| 9/25/2006 | 534 |

| Bill To |
|---------|
| MARSTON HEFFERNAN & FORMAN<br>TERRY MARSTON, ESQ.<br>16880 NE 79 TH STREET<br>REDMOND, WA 98052 |

| Assignment Date | Deponent | Terms | Due Date | Reporter | Case # |
|-----------------|----------|-------|----------|----------|--------|
| 06/21/2006 | DANIEL STEARS | Due on receipt | 9/25/2006 | RS | A03-0199 CV |

| Item | Description | Pg./Hr. | Rate | Amount |
|------|-------------|---------|------|--------|
| R-COPY | ONE COPY | 259 | 1.90 | 492.10 |
| POSTAGE FEE | POSTAGE | 1 | 8.10 | 8.10 |

| Phone # | Fax # | E-mail | | Total | $500.20 |
|---------|-------|--------|--|-------|---------|
| (907) 276-1680 | (907) 276-8016 | aksteno@acsalaska.net | | | |

TAX ID: 92-0082177

Seijas Court Reporters
1260 Huntington Drive
Suite 107
South Pasadena, CA 91030-4561
(626) 799-0810  Fax  (626) 799-5565

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 122192 | 03/09/2005 | 01-62033 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/16/2005 | WILLSH | A03-0199CV (RF |

| CASE CAPTION |
|---|
| Absolute vs. McKinley |

| TERMS |
|---|
| Past due acct., 1.5% per month |

Terry Marston
Marston. Heffernan & Foreman
16880 N.E. 79th Street
Redmond, WA 98052

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Laura Emery                                                          1,647.05

                                    TOTAL  DUE  >>>>        1,647.05

                        PAID  $561.76                        - 561.76
                        on    5/31/05                        $ 1085.29
                                                    BALANCE DUE

# 5 MONTHS PAST DUE
# URGENT

| (-) PAYMENTS/CREDITS | 561.76 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 1,085.29 |
|---|---|---|---|---|---|

TAX ID NO.: 95-4234988                                    (425) 861-5700  Fax (425) 861-6969

*Please detach bottom portion and return with payment.*

Terry Marston
Marston, Heffernan & Foreman
16880 N.E. 79th Street
Redmond, WA 98052

Invoice No.:  122192
Date         :  03/09/2005
TOTAL DUE   :    1,085.29


Job No.     :  01-62033
Case No.    :  A03-0199CV (RRB)
Absolute vs. McKinley

Remit To:   Seijas Court Reporters
            1260 Huntington Drive
            Suite 107
            South Pasadena, CA 91030-4561

CHECK

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------|------------|
| Seijas Court Reporters | | | | | |
| 02/16/05 | 122192 | 122192 | 1085.00 | 1085.00 | |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ Gross: | | Ded: | | Net: | |
|------------|----------------|------|------|------|------|------|------|
| 01/12/06 | 142164 | | 1085.00 | | 0.00 | | 1085.00 |

142164

LAW OFFICES OF
**MARSTON HEFFERNAN FOREMAN**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET (425) 861-5700
REDMOND, WA 98052-4424

**KEYBANK NATIONAL ASSOCIATION**
SEATTLE, WASHINGTON 98104
19-57-1250

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 01/12/06 | 142164 | **$1,085.00 |

PAY    *** ONE THOUSAND EIGHTY-FIVE & 00/100 DOLLARS

TO THE
ORDER
OF:
Seijas Court Reporters
1260 Huntington Dr., Suite 107
South Pasadena  CA  91030-4561

MP

⑈142164⑈ ⑆125000574⑆ 4719140000081⑈

---

**MARSTON HEFFERNAN FOREMAN, PLLC**                                                      142164

Vendor: Seijas Court Reporters

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 02/16/05 | 122192 | 122192 | 1085.00 | | 1085.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 01/12/06 | 142164 | 1085.00 | 0.00 | 1085.00 |

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

Seijas Court Reporters
1260 Huntington Drive
Suite 107
South Pasadena, CA 91030-4561
(626) 799-0810   Fax (626) 799-5565

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 122116 | 02/25/2005 | 01-62031 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/14/2005 | WILLSH | A03-0199CV (F |

| CASE CAPTION |
|---|
| Absolute vs. McKinley |

| TERMS |
|---|
| Past due acct., 1.5% per month |

Terry Marston
Marston, Heffernan & Foreman
16880 N.E. 79th Street
Redmond, WA 98052

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Mark Schilling                                               3,333.18
                                                         _____
                          TOTAL   DUE   >>>>              3,333.18

# 60 DAYS PAST DUE
# URGENT

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 3,333.18 |
|---|---|---|---|---|---|

TAX ID NO. : 95-4234988                                    (425) 861-5700   Fax (425) 861-6969

*Please detach bottom portion and return with payment.*

Terry Marston
Marston, Heffernan & Foreman
16880 N.E. 79th Street
Redmond, WA 98052

Invoice No.:  122116
Date       :  02/25/2005
**TOTAL DUE :   3,333.18**


Job No.   :  01-62031
Case No.  :  A03-0199CV (RRB)
Absolute vs. McKinley

Remit To:   **Seijas Court Reporters**
            **1260 Huntington Drive**
            **Suite 107**
            **South Pasadena, CA 91030-4561**

Seijas Court Reporters
1260 Huntington Drive
Suite 107
South Pasadena. CA 91030-4561
(626) 799-0810   Fax (626) 799-5565

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 122147 | 03/01/2005 | 01-62030 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/09/2005 | WILLSH | A03-0199CV (RE |

| CASE CAPTION |
|---|
| Absolute vs. McKinley |

| TERMS |
|---|
| Past due acct., 1.5% per month |

Terry Marston
Marston, Heffernan & Foreman
16880 N.E. 79th Street
Redmond, WA 98052

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Forrest J. McKinley                                              1,971.40

                                        TOTAL   DUE   >>>>         1,971.40

# 45 DAYS PAST DUE

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 1,971.40 |
|---|---|---|---|---|---|

TAX ID NO.: 95-4234988                                 (425) 861-5700   Fax (425) 861-6969

*Please detach bottom portion and return with payment.*

Terry Marston
Marston, Heffernan & Foreman
16880 N.E. 79th Street
Redmond. WA 98052

Invoice No.:   122147
Date        :  03/01/2005
**TOTAL DUE  :    1,971.40**


Job No.     :  01-62030
Case No.    :  A03-0199CV (RRB)
Absolute vs. McKinley

Remit To:   **Seijas Court Reporters**
            **1260 Huntington Drive**
            **Suite 107**
            **South Pasadena, CA 91030-4561**

Seijas Court Reporters
1260 Huntington Drive
Suite 107
South Pasadena, CA 91030-4561
(626) 799-0810   Fax (626) 799-5565

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 122149 | 03/01/2005 | 01-62032 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/15/2005 | WILLSH | A03-0199CV (R: |

| CASE CAPTION |
|---|
| Absolute vs. McKinley |

| TERMS |
|---|
| Past due acct., 1.5% per month |

Terry Marston
Marston, Heffernan & Foreman
16880 N.E. 79th Street
Redmond, WA 98052

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Vinesh R. Nethu                                942.75

                              TOTAL   DUE   >>>>       942.75

# 45 DAYS PAST DUE

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 942.75 |
|---|---|---|---|---|---|

TAX ID NO. : 95-4234988                              (425) 861-5700    Fax (425) 861-6969

*Please detach bottom portion and return with payment.*

Terry Marston
Marston, Heffernan & Foreman
16880 N.E. 79th Street
Redmond, WA 98052

Invoice No.:  122149
Date        :  03/01/2005
**TOTAL DUE**   :     942.75


Job No.      :  01-62032
Case No.    :  A03-0199CV (RRB)
Absolute vs. McKinley

Remit To:    **Seijas Court Reporters**
               **1260 Huntington Drive**
               **Suite 107**
               **South Pasadena, CA 91030-4561**

Seijas Court Reporters
1260 Huntington Drive
Suite 107
South Pasadena, CA 91030-4561
(626) 799-0810   Fax (626) 799-5565

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 122192 | 03/09/2005 | 01-62033 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/16/2005 | WILLSH | A03-0199CV (R. |

| CASE CAPTION |
|---|
| Absolute vs. McKinley |
| **TERMS** |
| Past due acct., 1.5% per month |

Terry Marston
Marston, Hefferman & Foreman
16880 N.E. 79th Street
Redmond, WA 98052

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Laura Emery                                          1,647.05
                                             _____
                          TOTAL   DUE   >>>>          1,647.05

# 45 DAYS PAST DUE

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 1,647.05 |
|---|---|---|---|---|---|

TAX ID NO.: 95-4234988                          (425) 861-5700   Fax (425) 861-6969

*Please detach bottom portion and return with payment.*

Terry Marston
Marston, Hefferman & Foreman
16880 N.E. 79th Street
Redmond, WA 98052

Invoice No.:  122192
Date        :  03/09/2005
**TOTAL DUE  :   1,647.05**


Job No.   :  01-62033
Case No.  :  A03-0199CV (RRB)
Absolute vs. McKinley

Remit To:   **Seijas Court Reporters**
            **1260 Huntington Drive**
            **Suite 107**
            **South Pasadena, CA 91030-4561**

# INVOICE

Seijas Court Reporters
1260 Huntington Drive
Suite 107
South Pasadena, CA 91030-4561
(626) 799-0810   Fax (626) 799-5565

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 124177 | 05/25/2006 | 01-64823 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/08/2006 | WILLSH | A-03-0199 |

| CASE CAPTION |
|---|
| Absolute vs. McKinley |
| **TERMS** |
| Past due acct., 1.5% per month |

Terry R. Marston II
Marston, Heffernan & Foreman
16880 N.E. 79th Street
Redmond, WA 98052

1 CERTIFIED COPY OF TRANSCRIPT OF:                                          1,129.30
  Tom Puett

                                                     TOTAL   DUE   >>>>              1,129.30



**30 DAYS PAST DUE**

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 1,129.30 |
|---|---|---|---|---|---|

TAX ID NO. : 95-4234988

(425) 861-5700   Fax (425) 861-6969

*Please detach bottom portion and return with payment.*

Terry R. Marston II
Marston, Heffernan & Foreman
16880 N.E. 79th Street
Redmond, WA 98052

Invoice No.:  124177
Date        :  05/25/2006
**TOTAL DUE** :   1,129.30

Job No.   :  01-64823
Case No.  :  A-03-0199
Absolute vs. McKinley

Remit To:   **Seijas Court Reporters**
           **1260 Huntington Drive**
           **Suite 107**
           **South Pasadena, CA 91030-4561**

CHECK

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------|------------|
| | Seijas Court Reporters | | | | |
| 05/26/05 | 1012.011-Payment on inv.122116,122147,122149,1221 92 | | 6000.00 | 6000.00 | |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ Gross: | 6000.00 | Ded: | 0.00 | Net: | 6000.00 |
|------------|----------------|-----------------|---------|------|------|------|---------|
| 05/26/05 | 5133 | | | | | | |

---

5133

LAW OFFICES OF
**MARSTON & HEFFERNAN, P.L.L.C.**
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET (425) 861-5700
REDMOND, WA 98502

KeyBank National Association
**KeyBank**
19-57/1250

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 05/26/05 | 5133 | **$6,000.00 |

**PAY**              *** SIX THOUSAND & 00/100 DOLLARS

TO THE
ORDER
OF

Seijas Court Reporters
1260 Huntington Dr., Suite 107
South Pasadena  CA  91030-4561

TWO SIGNATURES REQUIRED

⑈005133⑈ ⑆125000574⑆ 4716610161 65⑈

---

MARSTON & HEFFERNAN, P.L.L.C.                                    5133

Vendor: Seijas Court Reporters

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 05/26/05 | 1012.011-Payment on inv.122116,122147,122149,1221 92 | | 6000.00 | | 6000.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 05/26/05 | 5133 | 6000.00 | 0.00 | 6000.00 |

# OUTSTANDING INVOICES, PLEASE REMIT



**Statement Date**  2/05/2007

Charges From  1/01/2002  to  1/01/2007

45974     TERRY MARSTON, II
          ABSOLUTE VS. MCKINLEY

6/28/2006

                              700.80  –       0.00  =      700.80

Total Charges       **700.80**
Total Payments        **0.00**
Balance             **700.80**



RECEIVED
FEB 06 2007
MARSTON ELISON

**CANNON REPORTING, INC. dba**
**MOBURG & ASSOCIATES**
**TAX ID #91-1833386**
1601 FIFTH AVENUE, SUITE 860
SEATTLE, WA 98101
206-622-3110  FAX 206-343-2272

CREDIT CARDS ACCEPTED

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------|------------|
| | Moburg & Associates | | | | |
| 02/14/07 | 1012.011 Absolute/McKinley | 45974 | 700.80 | | 700.80 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | Gross: | 700.80 | Ded: | 0.00 | Net: | 700.80 |
|------------|----------------|----------|--------|--------|------|------|------|--------|
| 02/15/07 | 15096 | | | | | | | |

15096

LAW OFFICES OF
**MARSTON ELISON PLLC**
ANDERSON PARK BUILDING
16880 NE 79TH STREET  (425) 861-5890
REDMOND, WA  98052-4424

**KEYBANK NATIONAL ASSOCIATION**
SEATTLE, WASHINGTON  98188
19-57-1250

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 02/15/07 | 15096 | ****$700.80 |

*** SEVEN HUNDRED & 80/100 DOLLARS

PAY

TO THE
ORDER
OF:

Moburg & Associates
1601 Fifth Avenue, Suite 860
Seattle  WA  98101

⑈0 15096⑈ ⑆1 2500057 4⑆ 4790 8 10 7066 2⑈

MARSTON ELISON PLLC

15096

Vendor: Moburg & Associates

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 02/14/07 | 1012.011 Absolute/McKinley | 45974 | 700.80 | | 700.80 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 02/15/07 | 15096 | 700.80 | 0.00 | 700.80 |

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

# Gillis & Nathu

**Invoice**

Certified Public Accountants

9045 Corbin Avenue, Suite 302
Northridge, CA 91324-3300

# 500151

**Date**

1/31/2005

Terry Marston II
16880 N.E. 79th Street
Redmond WA 98052-4424

| DATE | FEE MEMORANDUM | AMOUNT |
|---|---|---|
| 1/15/2005 | Fee for services rendered in connection with attendance at deposition in connection with Emerco matter as previously advised. | 1,000.00 |
| | VRN   4hrs @ $250/hr (9:30 to 1:30pm) | |
| 1/31/2005 | Out of pocket expenses-Parking-$7<br>                      -Travelling 60 miles @ 40.5c/mile | 31.00 |

**Total**        $1,031.00

STEPHEN MONTELEONE
(1886-1962)

MONTELEONE & McCRORY, LLP

LAWYERS

A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

725 SOUTH FIGUEROA STREET, SUITE 3200

LOS ANGELES, CALIFORNIA 90017-5446

TELEPHONE (213) 612-9900

FACSIMILE (213) 612-9930

ORANGE COUNTY OFFICE
450 WEST FOURTH STREET, SUITE 130
SANTA ANA, CALIFORNIA 92701

TELEPHONE
(714) 565-3170

FACSIMILE
(714) 565-3184

**RECEIVED**
**MAR - 7 2005**
MARSTON HEFFERNAN FOREMAN

March 4, 2005

OUR FILE NUMBER

14852

Terry Marston, Esq.
Marston Heffernan Foreman
16880 N.E. 79th Street
Redmond, WA 98052-0902

Re:    *Absolute Environmental Services v. Emerco, Inc.*

Dear Mr. Marston:

Enclosed is Mr. Nathu's invoice for his deposition appearance.  Please make payment directly to him.

Very truly yours,

MONTELEONE & McCRORY, LLP

By _____

WILLIAM R. BAERG

**Alaska Legal Video**
645 G St. # 892
Anchorage, AK  99501
(907) 276-8601
Tax ID No: 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

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/3/2006 | 528 |

| Bill To |
|---------|
| Terry R. Marston<br>MARSTON HEFFERNAN<br>FOREMAN, PLLC<br>16880 N.E. 79th Street<br>Redmond, WA  98052 |

| Date | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| 2/14/2006 | Video Deposition of Matt Holmstrom - Vol 2<br>-- Case:  Absolute Environ. vs. McKinley et al., Case No. A03-0199CV (RRB) | | | |
| | Encode video to DVD | 3 | 50.00 | 150.00 |
| | Second copy of DVD | 3 | 25.00 | 75.00 |
| | *Credit for charge of $50 on Invoice No. 527 for (2) VHS copies of deposition<br>-- no charge for previous VHS copies<br>-- total amount due of $ 870.00 per Invoice Nos. 527 & 528 | | -50.00 | -50.00 |
| | **Total** | | | $175.00 |

**Alaska Legal Video**
645 G St. # 892
Anchorage, AK 99501
(907) 276-8601
Tax ID No: 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

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/16/2006 | 527 |

| Bill To |
|---------|
| Terry R. Marston<br>MARSTON HEFFERNAN<br>FOREMAN, PLLC<br>16880 N.E. 79th Street<br>Redmond, WA 98052 |

| Date | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| 2/14/2006 | Video Deposition of Matt Holmstrom - Vol 2<br>-- Absolute Environmental Services, Inc. vs. McKinley et al., Case No. A03-0199CV (RRB) | | | |
| | Base charge<br> * includes set-up and first 2 hours of depo. | 1 | 200.00 | 200.00 |
| | Additional hours of depo. | 5 | 75.00 | 375.00 |
| | Professional digital video master tape (DVCAM)<br> * includes 5-year retention and storage by Alaska Legal Video | 2 | 35.00 | 70.00 |
| | VHS dub<br> * VHS copy of original digital master | 2 | 25.00 | 50.00 |
| | **Total** | | | **$695.00** |

15066

**MARSTON ELISON PLLC**
Vendor: Alaska Legal Video

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 02/16/06 | 1012.011 | 527 | 695.00 | | 695.00 |
| 03/03/06 | 1012.011 | 528 | 175.00 | | 175.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 01/25/07 | 15066 | 870.00 | 0.00 | 870.00 |



DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

FROM :PACIFIC RIMREPORTING          FAX NO. :                    Jan. 26 2007 04:00PM P1

# BILLING STATEMENT

*ADDRESSEE:*
Absolute Environmental Services
c/o Marston, Heffernan & Foreman
Anderson Park Bldg., 16880 NE 79th St.
Redmond, WA 98052

**Invoice Number:**  6255
**Invoice Date:**  1 Mar 2006

*MAKE PAYMENT TO:*
Professional Business Video
PO Box 140583
Anchorage, AK 99514
(907) 258-4664

**Tax I.D. Number:**
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

**Payment Is Due Upon Receipt Of Invoice—Accounts 30 Days Past Due Subject To Late Fee
To Ensure Proper Credit Please Include Invoice Number With Payment**

| Date | Description | Amount |
|------|-------------|--------|
| 1 Mar 2006 | Copy/Encode (4x1, DVD) Video Deposition: David Olson, 13 Feb 2006 | |
| | 6.183 hrs V-Dub | 61.83 |
| | 4 DVD media | 20.00 |
| | | |
| | AES v McKINLEY ET AL | |
| | A03-0199 Civil (RRB) | |

| | **Total Due** | **$   81.83** |
|--|---------------|---------------|

*THANK YOU*

MARSTON ELISON PLLC

15071

| DATE | DESCRIPTION | INVOICE # | CHECK AMOUNT | DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------|------------|
| Professional Business Video 03/01/06   1012.011 | | 6255 | 81.83 | | 81.83 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | Gross: | | Ded: | | Net: | |
|------------|----------------|----------|--------|--|------|--|------|--|
| 01/26/07 | 15071 | | | 81.83 | | 0.00 | | 81.83 |

15071

LAW OFFICES OF
**MARSTON ELISON PLLC**
ANDERSON PARK BUILDING
16880 NE 79TH STREET  (425) 861-5890
REDMOND, WA 98052-4424

KEYBANK NATIONAL ASSOCIATION
SEATTLE, WASHINGTON 98188
19-57-1250

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 01/26/07 | 15071 | *****$81.83 |

PAY

*** EIGHTY-ONE & 83/100 DOLLARS

TO THE
ORDER
OF:

Professional Business Video
1337 Inlet Place
Anchorage  AK  99501

⑈015071⑈ ⑆125000574⑆ 479081070662⑈

MARSTON ELISON PLLC

15071

Vendor: Professional Business Video

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 03/01/06 | 1012.011 | 6255 | 81.83 | | 81.83 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 01/26/07 | 15071 | 81.83 | 0.00 | 81.83 |

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

**MARSTON ELISON PLLC**
Vendor: Professional Business Video

| Date | Description | Check Date | Check # | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|---|---|
| 03/01/06 | 1012.011 | 01/26/07 | 15071 | 6255 | 81.83 | | 81.83 |

| | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|
| | 81.83 | 0.00 | 81.83 |

15071

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

# Media

## Impressions  legal video services

P.O. 112081 Anchorage, Alaska 99511 • (907) 276-3473

---

**CLIENT:**    T. R. Marston

**DATE:**    8 FEBRUARY 2006

**CASE:**    Absolute Environ Vs. McKinley, et al
Deposition of Matt Holmstrom

## SERVICES:

Location video services, equipment and operations
(Minimum one hour)    6 hours                  $ 330.00

---

Set-Up                                          45.00

---

Tape Stock            6 tapes                   108.00

---

Duplication (includes stock, transfer time )
                     12  DVD dubs               360.00

---

Delivery / Shipping                            35.00
Original delivered FED EX COD
Dubs delivered 9FEB2006 to Absolute Environ , Anchorage, Alaska

---

Editing/ Consulting

---

Cancellation (When we book your job we turn down other work)
24 Hours-No Charge    Less than 4 hours - $50

                          TOTAL $  878.00

---

**Thank You**
Delivered _____ Original _____    Copies __12 DVD___
Signed _____    Date __2 MAR 06___

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------|------------|

Media Impressions Legal Video Services
03/03/06   Absolute/McKinley - Video
           Deposition of Matt Holmstrom                          878.00                878.00

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ Gross: | | Ded: | | Net: | |
|------------|----------------|-----------------|--|------|--|------|--|
| 03/03/06 | 142303 | | 878.00 | | 0.00 | | 878.00 |

142303

LAW OFFICES OF
**MARSTON HEFFERNAN FOREMAN**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET (425) 861-5700
REDMOND, WA  98052-4424

**KEYBANK NATIONAL ASSOCIATION**
SEATTLE, WASHINGTON  98104
19-57-1250

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 03/03/06 | 142303 | ****$878.00 |

PAY

TO THE
ORDER
OF:

*** EIGHT HUNDRED SEVENTY-EIGHT & 00/100 DOLLARS

Media Impressions Legal Video Services
P.O. Box 112081
Anchorage  AK  99511

MP

⑈142303⑈ ⑆125000574⑆ 4719140000811⑈

**MARSTON HEFFERNAN FOREMAN, PLLC**                                    142303

Vendor: Media Impressions Legal Video Services

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 03/03/06 | Absolute/McKinley - Video<br>Deposition of Matt Holmstrom | | 878.00 | | 878.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 03/03/06 | 142303 | 878.00 | 0.00 | 878.00 |

DELUXE BUSINESS FORMS  1•800-328-0304  www.deluxeforms.com