**Exhibit C**
**Witness Fees**

| Vendor | Invoice Date | Invoice # | Amount | Description | Check # |
|---|---|---|---|---|---|
| Atkinson, Conway & Gagnon | 1/20/2005 | 38372 | $ 65.00 | ME portion airfare for J. Tenderella | 141221 |
| Jerry Hardenbergh | 2/16/2006 | 38399 | $ 40.00 | Witness Attendance Fee for Deposition | 142264 |
| Margaret Wilson | 5/12/2006 | 38849 | $ 40.00 | Witness Attendance Fee for Deposition | 142693 |
| Anita Repanich | 5/12/2006 | 38849 | $ 40.00 | Witness Attendance Fee for Deposition | 142441 |
| Martin Boivin | 5/12/2006 | 38849 | $ 40.00 | Witness Attendance Fee for Deposition | 142438 |
| Jerald Johnson | 5/12/2006 | 38849 | $ 40.00 | Witness Attendance Fee for Deposition | 142430 |
| Martin Boivin | 9/12/2006 | 38972 | $ 40.00 | Witness Attendance Fee for Deposition | 142694 |
| Anita Repanich | 9/12/2006 | 38972 | $ 40.00 | Witness Attendance Fee for Deposition | 142695 |
| Margaret Wilson | 9/12/2006 | 38972 | $ 40.00 | Witness Attendance Fee for Deposition | 142693 |
| William Oliver | 9/28/2006 | 38988 | $ 40.00 | Witness Attendance Fee for Trial | 142739 |
| Andy Romaine | 9/28/2006 | 38988 | $ 40.00 | Witness Attendance Fee for Trial | 142741 |
| Mike Anderson | 9/28/2006 | 38988 | $ 40.00 | Witness Attendance Fee for Trial | 142742 |
| Mike Swalling | 9/28/2006 | 38988 | $ 40.00 | Witness Attendance Fee for Trial | 142743 |
| Forrest J. McKinley | 10/25/2006 | 39015 | $ 40.00 | Witness Attendance Fee for Trial | 142779 |
| **Total Witness Fees** | | | **$ 605.00** | | |
| **Expert Witness Fees** | | | | | |
| MLK Associates | 08/21/06-11/09/06 | 39060 | $ 40.00 | Travel to Anchorage for Trial 10/02/2007 | 15027 |
| | | | $ 40.00 | Trial Testimony 10/23/2007 | |
| | | | $ 40.00 | Trial Testimony 10/24/2007 | |
| | | | $ 40.00 | Travel to Seattle after Trial 10/25/2006 | |
| | | | $ 40.00 | Trial Testimony 11/09/2006 | |
| | | | $ 268.80 | Hotel in Anchorage for Trial (4 of 23 days) | |
| | | | $ 899.70 | Airline Tickets to/from Anchorage for Trial | |
| | | | $ 270.40 | Rental Car for Trial (4 days out of 23 at $67.60 per day) | |
| | | | $ 183.54 | Copying Costs at Office Depot during Trial | |
| | | | $ 587.24 | Food and Beverage during Trial | |
| | | | $ 62.60 | Parking Expenses during Trial (1 day at Anchorage and 4 of 23 days at SeaTac) | |
| | | | $ 1,886.62 | Shipping Expenses for Trial | |
| Northwest Corrosion Engineering | 11/4/2006 | 378 | $ 40.00 | Travel to Anchorage for Trial 10/19/2006 | 15070 |
| | | | $ 40.00 | Trial Testimony 10/20/2006 | |
| | | | $ 40.00 | Trial Testimony 10/24/2006 | |
| | | | $ 44.00 | Parking Expenses during trial | |
| **Total Expert Witness Fees** | | | **$ 4,522.90** | | |
| | | **Total Witness Fees** | **$ 5,127.90** | | |

Exhbit C, Page 1 of 36

Atkinson, Conway & Gagnon, Inc.
01/26/05 1012.011-reimbursement for J.
Tenderella                                        85.00                    85.00

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ Gross: | 85.00 | Ded: | 0.00 Net: | 85.00 |
| 01/26/05 | 141221 | | | | | |

141221

LAW OFFICES OF
**MARSTON HEFFERNAN FOREMAN**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET (425) 861-5700
REDMOND, WA 98052-4424

KEYBANK NATIONAL ASSOCIATION
SEATTLE, WASHINGTON 98104
19-57-1250

|  | DATE | CHECK | AMOUNT |
|  | 01/26/05 | 141221 | *****$85.00 |

PAY
TO THE
ORDER
OF:

*** EIGHTY-FIVE & 00/100 DOLLARS

Atkinson, Conway & Gagnon, Inc.
420 L. Street
Suite 500
Anchorage AK 99501

MP

⑈141221⑈ ⑆125000574⑆ 4719140000081⑈

**MARSTON HEFFERNAN FOREMAN, PLLC**                                        141221

Vendor: Atkinson, Conway & Gagnon, Inc.

| Date | Description | Invoice # | Amount | Disc | Net Amt |
| --- | --- | --- | --- | --- | --- |
| 01/26/05 | 1012.011-reimbursement for J. Tenderella | | 85.00 | | 85.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
| --- | --- | --- | --- | --- |
| 01/26/05 | 141221 | 85.00 | 0.00 | 85.00 |

JS 1-800-328-0304 www.deluxeforms.com

LAW OFFICES OF

**ATKINSON, CONWAY & GAGNON, INC.**
A PROFESSIONAL CORPORATION
420 L STREET
SUITE 500
ANCHORAGE, ALASKA 99501

BRUCE E. GAGNON
ROBERT J. DICKSON
W. MICHAEL MOODY
PATRICK B. GILMORE
RICHARD E. VOLLERTSEN
NEIL T. O'DONNELL
JEROME H. JUDAY
DANIEL F. FITZGERALD
CHRISTOPHER J. SLOTTEE

TELEPHONE:
(907) 276-1700

TELECOPIER/FACSIMILE:
(907) 272-2082

OF COUNSEL
JOHN M. CONWAY
KENNETH R. ATKINSON

January 20, 2005

Michael E. Kreger, Esq.
Perkins Coie, LLP
1029 W. Third Ave., Suite 300
Anchorage AK 99501

Terry R. Marston II, Esq.
Marston, Heffernan Foreman, PLLC
16880 NE 79h Street
Redmond WA 98052

James B. Stoetzer, Esq.
Lane Powell Spears & Lubersky, LLP
1420 Fifth Avenue, Suite 4100
Seattle WA 98101

Re:   Absolute Environ. v. Emerco v. Specialty Polymer

Gentlemen:

        Enclosed please find correspondence with Jason Tenderella arranging for him to be present for his deposition as noticed by Terry's office. As you will see, he was going to be in Fairbanks and was not agreeable to appearing at the scheduled time without airfare. If we subpoenaed him, we would have had to have provided him with airfare from Fairbanks anyway. Consequently, I agreed to pay for and arrange the airfare. I did so with the assumption that SPC's fellow "conspiracy defendants" would be agreeable to paying their one-fourth of the cost each. Given that roundtrip airfare from Fairbanks to Anchorage is roughly $350, we anticipate the cost to be $80-$90 per party. We ask that you forward your respective checks promptly.

        As you will see from the enclosed the air connection were such that it was better to start the deposition at 10:00 a.m. rather than 9:00 a.m.

                                        Very truly yours,

                                        ATKINSON, CONWAY & GAGNON

                                        By
                                           Robert J. Dickson

RJD/jga
Enclosures
cc:   Lawrence Pederson, Esq.
75920/7413.1

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 02/16/06 | Witness Attendance Fee - Deposition 3/15/06 | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 02/16/06 | 142264 | 40.00 | 0.00 | 40.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

**MARSTON HEFFERNAN FOREMAN**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET  (425) 861-5700
REDMOND, WA  98052-4424

19-57-1250

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 02/16/06 | 142264 | *****$40.00 |

PAY

TO THE
ORDER
OF:

*** FORTY & 00/100 DOLLARS

Jerry Hardenbergh

MP

⑊142264⑊ ⑆1250005740⑆ 4719140000840⑊

---

**MARSTON HEFFERNAN FOREMAN, PLLC**

Vendor: Jerry Hardenbergh

142264

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 02/16/06 | Witness Attendance Fee - Deposition 3/15/06 | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 02/16/06 | 142264 | 40.00 | 0.00 | 40.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 05/12/06 | AESI/McKinley - Witness Attendance Fees | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 05/12/06 | 142440 | 40.00 | 0.00 | 40.00 |

DELUXE BUSINESS FORMS  1•800-328-0304  www.deluxeforms.com

**MARSTON HEFFERNAN FOREMAN**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET  (425) 861-5700
REDMOND, WA  98052-4424

19-57-1250

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 05/12/06 | 142440 | *****$40.00 |

*** FORTY & 00/100 DOLLARS

PAY
TO THE
ORDER
OF:

Margaret Wilson

⑆142440⑆ ⑈125000574⑈ 4719140000081⑈

---

**MARSTON HEFFERNAN FOREMAN, PLLC**

Vendor: Margaret Wilson

142440

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 05/12/06 | AESI/McKinley - Witness Attendance Fees | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 05/12/06 | 142440 | 40.00 | 0.00 | 40.00 |

DELUXE BUSINESS FORMS  1•800-328-0304  www.deluxeforms.com

Vendor: Anita Repanich

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 05/12/06 | AESI/McKinley - Witness Attendance Fees | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 05/12/06 | 142441 | 40.00 | 0.00 | 40.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

LAW OFFICES OF
**MARSTON HEFFERNAN FOREMAN**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET  (425) 861-5700
REDMOND, WA  98052-4424

SEATTLE, WASHINGTON  98104
19-57-1250

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 05/12/06 | 142441 | *****$40.00 |

*** FORTY & 00/100 DOLLARS

PAY
TO THE
ORDER
OF:

Anita Repanich

⑈142441⑈ ⑆125000574⑆ 47191400008⑈

---

**MARSTON HEFFERNAN FOREMAN, PLLC**

Vendor: Anita Repanich                                                    142441

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 05/12/06 | AESI/McKinley - Witness Attendance Fees | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 05/12/06 | 142441 | 40.00 | 0.00 | 40.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

Vendor: Martin Boivin

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 05/12/06 | AEIS/McKinley - Witness Attendance Fees | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 05/12/06 | 142438 | 40.00 | 0.00 | 40.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

**MARSTON HEFFERNAN FOREMAN**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET  (425) 861-5700
REDMOND, WA  98052-4424

19-57-1250

| | DATE | CHECK | AMOUNT |
|---|------|-------|--------|
| | 05/12/06 | 142438 | *****$40.00 |

PAY

*** FORTY & 00/100 DOLLARS

TO THE
ORDER
OF:    Martin Boivin

MP

⑈142438⑈ ⑈125000574⑈ 4719140000081⑈

---

**MARSTON HEFFERNAN FOREMAN, PLLC**

Vendor: Martin Boivin

142438

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 05/12/06 | AEIS/McKinley - Witness Attendance Fees | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 05/12/06 | 142438 | 40.00 | 0.00 | 40.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 05/12/06 | AESI/McKinley - Wittness Attendance Fees | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 05/12/06 | 142439 | 40.00 | 0.00 | 40.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

**MARSTON HEFFERNAN FOREMAN**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET  (425) 861-5700
REDMOND, WA  98052-4424

19-57-1250

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 05/12/06 | 142439 | *****$40.00 |

PAY
TO THE
ORDER
OF:

*** FORTY & 00/100 DOLLARS

Jerald Johnson

MP

⑈142439⑈ ⑆125000574⑈ 47191400008⑈

**MARSTON HEFFERNAN FOREMAN, PLLC**

142439

Vendor: Jerald Johnson

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 05/12/06 | AESI/McKinley - Wittness Attendance Fees | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 05/12/06 | 142439 | 40.00 | 0.00 | 40.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

Vendor: William Oliver

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 09/28/06 | 1012.011 - Witness Attendance Fee | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 09/28/06 | 142739 | 40.00 | 0.00 | 40.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

LAW OFFICES OF
**MARSTON HEFFERNAN FOREMAN**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET  (425) 861-5700
REDMOND, WA  98052-4424

KEYBANK NATIONAL ASSOCIATION
SEATTLE, WASHINGTON  98104
19-57-1250

142739

| | DATE | CHECK | AMOUNT |
|---|------|-------|--------|
| | 09/28/06 | 142739 | *****$40.00 |

PAY
TO THE
ORDER
OF:

*** FORTY & 00/100 DOLLARS

William Oliver

⑈"142739"⑈ ⑈125000574⑈ 4719140000 81"⑈

**MARSTON HEFFERNAN FOREMAN, PLLC**

Vendor: William Oliver

142739

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 09/28/06 | 1012.011 - Witness Attendance Fee | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 09/28/06 | 142739 | 40.00 | 0.00 | 40.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

**MARSTON HEFFERNAN FOREMAN, PLLC**

Vendor: Andy Romine

142741

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 09/28/06 | 1012.011 - Witness Attendance Fee | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 09/28/06 | 142741 | 40.00 | 0.00 | 40.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

**MARSTON HEFFERNAN FOREMAN**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET  (425) 861-5700
REDMOND, WA  98052-4424

19-57-1250

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 09/28/06 | 142741 | *****$40.00 |

PAY

*** FORTY & 00/100 DOLLARS

TO THE
ORDER
OF:

Andy Romine

⑈ 142741 ⑈  ⑆125000574⑆  47191400008 ⑈

---

**MARSTON HEFFERNAN FOREMAN, PLLC**

Vendor: Andy Romine

142741

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 09/28/06 | 1012.011 - Witness Attendance Fee | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 09/28/06 | 142741 | 40.00 | 0.00 | 40.00 |

Exhbit C, Page 10 of 36

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

**MARSTON HEFFERNAN FOREMAN, PLLC**

Vendor: Mike Andersen

142742

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 09/28/06 | 1012.011 - Witness Attendance Fee | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 09/28/06 | 142742 | 40.00 | 0.00 | 40.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

**MARSTON HEFFERNAN FOREMAN**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET  (425) 861-5700
REDMOND, WA  98052-4424

19-57-1250

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 09/28/06 | 142742 | *****$40.00 |

PAY
TO THE
ORDER
OF:

*** FORTY & 00/100 DOLLARS

Mike Andersen

⑈"142742"⑈ ⑆125000574⑆ 47191400008 ⑈"

---

**MARSTON HEFFERNAN FOREMAN, PLLC**

Vendor: Mike Andersen

142742

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 09/28/06 | 1012.011 - Witness Attendance Fee | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 09/28/06 | 142742 | 40.00 | 0.00 | 40.00 |

Exhbit C, Page 11 of 36

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

MARSTON HEFFERNAN FOREMAN, PLLC

Vendor: Mike Swalling

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 09/28/06 | 1012.011 - Witness Attendance Fee | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 09/28/06 | 142743 | 40.00 | 0.00 | 40.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

**MARSTON HEFFERNAN FOREMAN**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET  (425) 861-5700
REDMOND, WA  98052-4424

SEATTLE, WASHINGTON 98104
19-57-1250

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 09/28/06 | 142743 | *****$40.00 |

*** FORTY & 00/100 DOLLARS

PAY
TO THE
ORDER
OF:

Mike Swalling

⑆142743⑆ ⑆125000574⑆ 471914000081⑆

---

MARSTON HEFFERNAN FOREMAN, PLLC

Vendor: Mike Swalling

142743

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 09/28/06 | 1012.011 - Witness Attendance Fee | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 09/28/06 | 142743 | 40.00 | 0.00 | 40.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

MARSTON HEFFERNAN FOREMAN, PLLC

142779

Vendor: Forest J. McKinley

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 10/25/06 | 1012.011 Subpoena | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 10/25/06 | 142779 | 40.00 | 0.00 | 40.00 |

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

LAW OFFICES OF
**MARSTON HEFFERNAN FOREMAN**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET  (425) 861-5700
REDMOND, WA  98052-4424

SEATTLE, WASHINGTON  98104
19-57-1250

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 10/25/06 | 142779 | *****$40.00 |

PAY

*** FORTY & 00/100 DOLLARS

TO THE
ORDER
OF:

Forest J. McKinley

MP

⑆142779⑆ ⑈125000574⑈ 47191400008⑆

---

MARSTON HEFFERNAN FOREMAN, PLLC

142779

Vendor: Forest J. McKinley

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 10/25/06 | 1012.011 Subpoena | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 10/25/06 | 142779 | 40.00 | 0.00 | 40.00 |

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

Vendor: Martin Boivin

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 09/12/06 | AEIS/McKinley - Witness Attendance Fees - Trial | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 09/12/06 | 142694 | 40.00 | 0.00 | 40.00 |

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

**MARSTON HEFFERNAN FOREMAN**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET  (425) 861-5700
REDMOND, WA  98052-4424

SEATTLE, WASHINGTON 98104
19-57-1250

| DATE | CHECK | AMOUNT |
|---|---|---|
| 09/12/06 | 142694 | *****$40.00 |

PAY

TO THE
ORDER
OF:

*** FORTY & 00/100 DOLLARS

Martin Boivin

⑆142694⑆ ⑆125000574⑆ 47191400008 1⑈

---

**MARSTON HEFFERNAN FOREMAN, PLLC**

142694

Vendor: Martin Boivin

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 09/12/06 | AEIS/McKinley - Witness Attendance Fees - Trial | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 09/12/06 | 142694 | 40.00 | 0.00 | 40.00 |

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

Vendor: Anita Repanich

142695

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 09/12/06 | AESI/McKinley - Witness Attendance Fees- Trial | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 09/12/06 | 142695 | 40.00 | 0.00 | 40.00 |

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

MARSTON HEFF...
A PROFESSIONAL LIMITED LIABILITY COMPANY
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET   (425) 861-5700
REDMOND, WA  98052-4424

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 09/12/06 | 142695 | *****$40.00 |

PAY

TO THE
ORDER
OF:      Anita Repanich

*** FORTY & 00/100 DOLLARS

⑈142695⑈ ⑆125000574⑇ 4719140000081⑈

---

**MARSTON HEFFERNAN FOREMAN, PLLC**

142269

Vendor: Anita Repanich

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 09/12/06 | AESI/McKinley - Witness Attendance Fees- Trial | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 09/12/06 | 142695 | 40.00 | 0.00 | 40.00 |

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

MARSTON HEFFERNAN FOREMAN, PLLC

Vendor: Margaret Wilson

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 09/12/06 | AESI/McKinley - Witness Attendance Fees - Trial | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 09/12/06 | 142693 | 40.00 | 0.00 | 40.00 |

Deluxe Business Forms 1+800-328-0304 www.deluxeforms.com

142693

LAW OFFICES OF
**MARSTON HEFFERNAN FOREMAN**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET  (425) 861-5700
REDMOND, WA  98052-4424

KEYBANK NATIONAL ASSOCIATION
SEATTLE, WASHINGTON  98104
19-57-1250

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 09/12/06 | 142693 | *****$40.00 |

PAY

*** FORTY & 00/100 DOLLARS

TO THE
ORDER
OF:

Margaret Wilson

⑈"142693"⑈ ⑆125000574⑆ 471914000081"⑈

---

MARSTON HEFFERNAN FOREMAN, PLLC                                    142693

Vendor: Margaret Wilson

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 09/12/06 | AESI/McKinley - Witness Attendance Fees - Trial | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 09/12/06 | 142693 | 40.00 | 0.00 | 40.00 |

Vendor: Forest J. McKinley

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 10/25/06 | 1012.011 Subpoena | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 10/25/06 | 142779 | 40.00 | 0.00 | 40.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

142779

LAW OFFICES OF
**MARSTON HEFFERNAN FOREMAN**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET  (425) 861-5700
REDMOND, WA  98052-4424

KEYBANK NATIONAL ASSOCIATION
SEATTLE, WASHINGTON  98104
19-57-1250

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 10/25/06 | 142779 | *****$40.00 |

*** FORTY & 00/100 DOLLARS

PAY
TO THE
ORDER
OF:

Forest J. McKinley

MP

⑈142779⑈ ⑆125000574⑆ 47191400008⑈

---

**MARSTON HEFFERNAN FOREMAN, PLLC**

142779

Vendor: Forest J. McKinley

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 10/25/06 | 1012.011 Subpoena | | 40.00 | | 40.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 10/25/06 | 142779 | 40.00 | 0.00 | 40.00 |

Exhibit C, Page 17 of 36

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com



# MKL Associates, LLC
## Construction Consultants

December 9, 2006        **INVOICE FOR SERVICES**

Mr. David Olson, Absolute Environmental Services, Inc.
C/O Marston Heffernan Foreman, PLLC
Anderson Park Building
16880 N.E. 79th Street
Redmond, WA 98052-4424

ATTN:     Accounts Payable
MATTER: **Absolute v. McKinley, et al.**

| Date | Description | Hours | Charge |
|------|-------------|-------|--------|
| 08/21/06 | Assist with responses to motions for summary judgement | 9.00 | $1,170.00 |
| 08/24/06 | Call to counsel re: mediation schedule | 0.25 | $32.50 |
| 08/25/06 | Travel MKL to Lane Powell Seattle for mediation | 1.00 | $130.00 |
| | Mediation | 2.50 | $325.00 |
| | Travel back top MKL from mediation | 0.50 | $65.00 |
| 09/19/06 | Call from counsel re: trial schedule | 0.25 | $32.50 |
| 09/20/06 | Trial preparation | 0.50 | $65.00 |
| | Call to MHF re: documents | 0.25 | $32.50 |
| | Meeting at MHF re: trial participation | 2.00 | $260.00 |
| | Pickup documents and transfer to MKL | 1.00 | $130.00 |
| 09/21/06 | Call to MHF re;: travel/ hotel arrangements | 0.25 | $32.50 |
| 09/24/06 | Hearing & trial preparation | 8.50 | $1,105.00 |
| 09/25/06 | Hearing & trial preparation | 14.00 | $1,820.00 |
| 09/26/06 | Hearing & trial preparation | 4.00 | $520.00 |
| | Standby for Daubert hearing | 2.00 | $260.00 |
| | Discussion with counsel re: trial and future hearing | 0.50 | $65.00 |
| | Research graphics presentation(s) | 0.75 | $97.50 |
| 09/27/06 | travel and meeting with associate re: graphics | 3.75 | $487.50 |
| | Prepare documents and exhibits for trial | 1.75 | $227.50 |
| | Call to MHF re: travel schedules | 0.25 | $32.50 |
| | Call to Dave Olson re: photographs for trial illustration | 0.25 | $32.50 |
| 09/28/06 | Review draft graphics | 0.50 | $65.00 |
| 09/29/06 | Review draft graphics | 0.25 | $32.50 |

| | | | |
|---|---|---|---|
| 09/30/06 | Pack and ship documents and supplies to Anchorage | 4.00 | $520.00 |
| | Review graphic illustrations | 0.50 | $65.00 |
| | Call to MHF re: addenda | 0.25 | $0.00 |
| | Call to MHF re: travel arrangements | 0.25 | $0.00 |
| 10/02/06 | Travel to Anchorage AM; attend Court PM | 8.00 | $1,040.00 |
| 10/03/06 | Attend Court to hear testimony | 8.00 | $260.00 |
| 10/04/06 | Attend Court to hear testimony | 8.00 | $260.00 |
| 10/05/06 | Attend Court to hear testimony | 8.00 | $260.00 |
| 10/06/06 | Attend Court to hear testimony | 8.00 | $260.00 |
| 10/07/06 | Trial Prerparation | 8.00 | $260.00 |
| 10/08/06 | Trial Prerparation | 8.00 | $260.00 |
| 10/09/06 | Trial Prerparation | 8.00 | $260.00 |
| 10/10/06 | Attend Court to hear testimony | 8.00 | $260.00 |
| 10/11/06 | Attend Court to hear testimony | 8.00 | $260.00 |
| 10/12/06 | Attend Court to hear testimony | 8.00 | $260.00 |
| 10/13/06 | Attend Court to hear testimony | 8.00 | $260.00 |
| 10/14/06 | Trial Prerparation | 8.00 | $260.00 |
| 10/15/06 | Trial Prerparation | 8.00 | $260.00 |
| 10/16/06 | Attend Court to hear testimony | 8.00 | $260.00 |
| 10/17/06 | Attend Court to hear testimony | 8.00 | $260.00 |
| 10/18/06 | Attend Court to hear testimony | 8.00 | $260.00 |
| 10/19/06 | Trial Prerparation | 8.00 | $260.00 |
| 10/20/06 | Trial Prerparation | 8.00 | $260.00 |
| 10/21/06 | Trial Prerparation | 8.00 | $1,040.00 |
| 10/22/06 | Trial Prerparation | 8.00 | $1,040.00 |
| 10/23/06 | Testimony in Court | 8.00 | $1,040.00 |
| 10/24/06 | Testimony in Court/ pack & ship documents and supplies to Seattle | 8.00 | $1,040.00 |
| 10/25/06 | Travel back to Seattle | 8.00 | $1,040.00 |
| 11/07/06 | Prepare for additional testimony | 4.00 | $520.00 |
| 11/08/06 | Prepare for additional testimony | 4.00 | $520.00 |
| 11/09/06 | Prepare for additional testimony | 5.00 | $650.00 |
| | Telephonic testimony re: IIC counterclaim | 1.50 | $195.00 |
| | | 259.00 | $20,410.00 |

|  |  |  |
|---|---|---|
| Total current hours | 259.00 | |
| Total **billed** hours | 157.50 | $20,410.00 |
| Current Expenses-attached | | $6,260.22 |
| **Balance Currently Due** | | **$26,670.22** |

Thank you for allowing MKL Associates, LLC to be of service to you

## Account Reconciliation                    12/9/2006

**MKL Associates, LLC**

**AESI v. McKinley, et al.**

| Date | Billing | Paid | Cumulative Billings | Balance on Account | |
|------|---------|------|---------------------|--------------------|---|
| 09/17/04 | $4,811.50 | $0.00 | $4,811.50 | $4,811.50 | |
| 12/7/2004 | $21,096.42 | $0.00 | $25,907.92 | $25,907.92 | |
| 1/12/2005 | $0.00 | $20,000.00 | $25,907.92 | $5,907.92 | Lump Sum Payment |
| 3/1/2005 | $7,163.94 | $0.00 | $33,071.86 | $13,071.86 | |
| 5/9/2005 | $2,961.25 | $0.00 | $36,033.11 | $16,033.11 | |
| 5/26/2005 | $0.00 | $13,000.00 | $36,033.11 | $3,033.11 | Lump Sum Payment |
| 7/6/2005 | $3,033.11 | $0.00 | $36,033.11 | $3,033.11 | |
| 10/15/2005 | $1,230.00 | $0.00 | $37,263.11 | $4,263.11 | |
| 11/15/2005 | $63.95 | $0.00 | $37,327.06 | $4,327.06 | |
| 3/28/2006 | $5,395.00 | $0.00 | $42,722.06 | $9,722.06 | Billing balance incorrect this invoice |
| 6/5/2006 | $6,045.00 | $0.00 | $48,767.06 | $15,767.06 | Billing balance incorrect this invoice |
| 7/31/2006 | $1,787.50 | $0.00 | $50,554.56 | $17,554.56 | Billing balance incorrect this invoice |
| 12/9/2006 | $26,670.22 | $0.00 | $77,224.78 | **$44,224.78** | See separate Correspondence dated 9-Dec-06 |

**Balance Due  $44,224.78**



# ESD Anchorage - Downtown
## 108 East 8th Avenue
### Anchorage, AK 99501
### 907-868-1605
### Property ID: 9857

Folio # 19278
Lembke, Michael
9427 ne 138th st
KIRKLAND, WA 98034
Company: MKL Associates, LLC

Room: 312
Arrival: 10/2/2006
Departure: 10/25/2006

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| | | | $0.00 | $336.00 | ($336.00) |
| 38422 | 10/2/2006 | VISA | $60.00 | $0.00 | ($276.00) |
| 38471 | 10/2/2006 | Rm: 312 User Override | $7.20 | $0.00 | ($268.80) |
| 38472 | 10/2/2006 | CITY ROOM TAX | $60.00 | $0.00 | ($208.80) |
| 38550 | 10/3/2006 | Rm: 312 User Override | $7.20 | $0.00 | ($201.60) |
| 38551 | 10/3/2006 | CITY ROOM TAX | $60.00 | $0.00 | ($141.60) |
| 38649 | 10/4/2006 | Rm: 312 User Override | $7.20 | $0.00 | ($134.40) |
| 38650 | 10/4/2006 | CITY ROOM TAX | $60.00 | $0.00 | ($74.40) |
| 38769 | 10/5/2006 | Rm: 312 User Override | $7.20 | $0.00 | ($67.20) |
| 38770 | 10/5/2006 | CITY ROOM TAX | $60.00 | $0.00 | ($7.20) |
| 38938 | 10/6/2006 | Rm: 312 User Override | $7.20 | $0.00 | $0.00 |
| 38939 | 10/6/2006 | CITY ROOM TAX | $0.00 | $470.40 | ($470.40) |
| 38992 | 10/7/2006 | VISA | $60.00 | $0.00 | ($410.40) |
| 39051 | 10/7/2006 | Rm: 312 User Override | $7.20 | $0.00 | ($403.20) |
| 39052 | 10/7/2006 | CITY ROOM TAX | $60.00 | $0.00 | ($343.20) |
| 39142 | 10/8/2006 | Rm: 312 User Override | $7.20 | $0.00 | ($336.00) |
| 39143 | 10/8/2006 | CITY ROOM TAX | $60.00 | $0.00 | ($276.00) |
| 39253 | 10/9/2006 | Rm: 312 User Override | $7.20 | $0.00 | ($268.80) |
| 39254 | 10/9/2006 | CITY ROOM TAX | $60.00 | $0.00 | ($208.80) |
| 39347 | 10/10/2006 | Rm: 312 User Override | $7.20 | $0.00 | ($201.60) |
| 39348 | 10/10/2006 | CITY ROOM TAX | $60.00 | $0.00 | ($141.60) |
| 39444 | 10/11/2006 | Rm: 312 User Override | $7.20 | $0.00 | ($134.40) |
| 39445 | 10/11/2006 | CITY ROOM TAX | $60.00 | $0.00 | ($74.40) |
| 39532 | 10/12/2006 | Rm: 312 User Override | $7.20 | $0.00 | ($67.20) |
| 39533 | 10/12/2006 | CITY ROOM TAX | $60.00 | $0.00 | ($7.20) |
| 39615 | 10/13/2006 | Rm: 312 User Override | $7.20 | $0.00 | $0.00 |
| 39616 | 10/13/2006 | CITY ROOM TAX | $0.00 | $470.40 | ($470.40) |
| 39628 | 10/14/2006 | VISA | $60.00 | $0.00 | ($410.40) |
| 39721 | 10/14/2006 | Rm: 312 User Override | $7.20 | $0.00 | ($403.20) |
| 39722 | 10/14/2006 | CITY ROOM TAX | $60.00 | $0.00 | ($343.20) |
| 39785 | 10/15/2006 | Rm: 312 User Override | $7.20 | $0.00 | ($336.00) |
| 39786 | 10/15/2006 | CITY ROOM TAX | $60.00 | $0.00 | ($276.00) |
| 39914 | 10/16/2006 | Rm: 312 User Override | $7.20 | $0.00 | ($268.80) |
| 39915 | 10/16/2006 | CITY ROOM TAX | $60.00 | $0.00 | ($208.80) |
| 40021 | 10/17/2006 | Rm: 312 User Override | $7.20 | $0.00 | ($201.60) |
| 40022 | 10/17/2006 | CITY ROOM TAX | $60.00 | $0.00 | ($141.60) |
| 40142 | 10/18/2006 | Rm: 312 User Override | | | |

| 40143 | 10/18/2006 | CITY ROOM TAX | $7.20 | $0.00 | ($134.40) |
| 40253 | 10/19/2006 | Rm: 312 User Override | $60.00 | $0.00 | ($74.40) |
| 40254 | 10/19/2006 | CITY ROOM TAX | $7.20 | $0.00 | ($67.20) |
| 40365 | 10/20/2006 | Rm: 312 User Override | $60.00 | $0.00 | ($7.20) |
| 40366 | 10/20/2006 | CITY ROOM TAX | $7.20 | $0.00 | $0.00 |
| 40396 | 10/21/2006 | VISA | $0.00 | $268.80 | ($268.80) |
| 40473 | 10/21/2006 | Rm: 312 User Override | $60.00 | $0.00 | ($208.80) |
| 40474 | 10/21/2006 | CITY ROOM TAX | $7.20 | $0.00 | ($201.60) |
| 40570 | 10/22/2006 | Rm: 312 User Override | $60.00 | $0.00 | ($141.60) |
| 40571 | 10/22/2006 | CITY ROOM TAX | $7.20 | $0.00 | ($134.40) |
| 40673 | 10/23/2006 | Rm: 312 User Override | $60.00 | $0.00 | ($74.40) |
| 40674 | 10/23/2006 | CITY ROOM TAX | $7.20 | $0.00 | ($67.20) |
| 40765 | 10/24/2006 | Rm: 312 User Override | $60.00 | $0.00 | ($7.20) |
| 40766 | 10/24/2006 | CITY ROOM TAX | $7.20 | $0.00 | $0.00 |
| | | | | Balance: | $0.00 |

**Method of Pay:** Credit Card

**Signature:**

| Folio Summary | |
|---|---|
| Previous Balance: | $0.00 |
| Room Charges: | $1,380.00 |
| Other Charges/Credits: | $0.00 |
| Phone Charges: | $0.00 |
| Tax: | $165.60 |
| Less Payments: | $1,545.60 |
| Total Amount Due: | $0.00 |

THANK YOU
WE APPRECIATE YOUR BUSINESS

*Alaska Airlines* *Horizon Air*

Sign In /
| My Account |

| Reservations ▼ | Deals ▼ | Day of Flight ▼ | Destinations ▼ | Mileage Plan ▼ | More... ▼ |

Air Fares   Hotel Rooms   Car Rentals   Vacation Packages   Schedules   Electronic Timetables   Route Map   Show All...

SEARCH   SELECT   REVIEW   TRAVELERS   SEATS   RESERVE   **CONFIRMATION**

# Confirmation - Purchased Reservation

**Your reservation is complete.**
Print this page for your check-in and airport use. A confirmation
letter, including your itinerary, receipt and consumer notices, will be
e-mailed to you.

**Confirmation Code: EEDCVD**

## Itinerary, Traveler Information, and Reserved Seats°

| Flight | Departs | Arrives | Details |
|---|---|---|---|
| Alaska Airlines 81 | Seattle (SEA) **6:00 am** Mon, Oct 02 | Anchorage (ANC) **8:45 am** Mon, Oct 02 | Coach◦ · Boeing 737-400 Nonstop · 70% On-Time Meal: None Total: 1,444 mi · 3 hr 45 min |
| Alaska Airlines 190 | Anchorage (ANC) **8:30 am** Sat, Oct 07 | Seattle (SEA) **12:58 pm** Sat, Oct 07 | Coach · Boeing MD-80 Nonstop · % on-time: N/A Meal: None Total: 1,444 mi · 3 hr 28 min |

*(handwritten: 10/6/06 1:00PM  BUBBA — SAME CODE  SAME)*
*(handwritten: 19A  19D  8:30AM 10/14/06)*
*(handwritten: KLM 8/13/06 10F  8:30AM - 12:58 10/28/06)*

◦ Flight available for Gold and MVP members upgrade.

| Traveler Information | Reserved Seats for Flight(s) | | Additional Services Requested |
|---|---|---|---|
| | 81 | 190 | |
| Name: Michale Lembke | 19A | 11A | Request additional services (Wheelchair, etc) |
| MP#: Enter mileage program | | Change seats | |
| E-ticket: 0272138485847 | | | |

° Air Carrier Access Act requires us to make certain seats available to customers with disabilities. If you are assigned one of these seats and a qualified person requests it, you will be reaccommodated at the airport in another seat.

**Thank you for your purchase at alaskaair.com**

The VISA ending with *******4601 has been charged a total of
US$899.70.

| | Total Fare |
|---|---|
| Base fare and surcharges: | $858.78 |
| Applicable taxes, segment fees, airport facility charges and/or September 11th security fees: | $40.92 |
| Total per person: | $899.70 |
| **Grand Total for 1 Traveler:** | **US$899.70** |

🔳 (Currency Converter)

FormID: 3eaf6f5d86460437fb8b26b6a0dd9adc2

For additional assistance with your reservation send us an e-mail or
call Alaska Airlines Reservations at 1-800-ALASKAAIR
(1-800-252-7522) or Horizon Air Reservations at 1-800-547-9308.

**AT YOUR SERVICE**

**Hotel Deals**
Add a hotel in Anchorage

**Car Rental Savings**
Add a car in Anchorage

**Web Check-In**
Learn how to get out of line online.

**Best Places**
Discover the best of Anchorage
(sights, shopping, and dining)

**Maps & Directions**
Find your way around Anchorage

**AVIS**

**829672465**

Avis System Licensee

RA DOCUMENT 89695091 3

AVIS RENT A CAR
P.O. BOX 190028
4900 AIRCRAFT DRIVE
ANCHORAGE, AK 99519-0028
PHONE: 907-243-4300
RATE: EDIT/C

| | | |
|---|---|---|
| XXXXXXXXXXX4601 | RENTED: 10-02-06/0840 | AT:ANCH ARPT |
| CAR# 074935 | RETURN 10-25-06/0739 | AT:ANCH ARPT |

MI OUT: 11699      MI IN:  11908      \*\*\*\*\*\*\*OPTIONAL SERVICES\*\*\*\*\*\*\*
TOTAL MILES DRIVEN:  209
PLATE# EYE674    FUEL OUT 8/8      LDW1    19.99/DAY DECLINED
GRAY  66    66      IN  8/8      ALI     12.44/DAY DECLINED
                                 PP FUEL           DECLINED

METHOD OF PAYMENT: VS
CONTACT: ASPEN EXTENDED STAY
DRIVERS LIC# LEMBKMK532NZ WA 08-09-08
DATE OF BIRTH: 08091947
AUTH#           AMT:

AWD# A108300
FREQUENT FLYER # AS 89968405
ARC/IATA NO.
CONF # 22830111U3

| EDIT/C | | | |
|---|---|---|---|
| DAYS | 20 | 54.40 | 108.80 |
| WEEKS | 30 | 326.40 | 979.20 |
| SUBTOTAL | | | 1088.00 |
| T&M CHARG | | | 1088.00 |
| 8%ANC TAX | @ | 8.00% | 87.04 |
| 11.1%APFE | @ | 11.10% | 120.77 |
| SUBTOTAL | | | 1295.81 |
| 10%AK TAX | @ | 10.00% | 108.80 |
| FACILITY | @ | 4.30/Day | 98.90 |
| FUEL SERV | @ | 5.00/Gal | |
| TOTAL CHARGES | | | 1503.51 |
| DEPOSIT: | VS | | 1554.65 |
| REFUNDED | | | 51.14 |
| NET DUE | | | |

MICHAEL LEMBKE
9427 NE 138TH ST
KIRKLAND    WA 98034

DO NOT RETURN INSIDE
THE PARKING GARAGE.
SUBJECT TO $11 FEE.      RENTING AGENT: ANITA    RETURN AGENT: BOB

\*\*\*\*\*\*NOTICES\*\*\*\*\*\*NOTICES\*\*\*\*\*\*NOTICES\*\*\*\*\*\*NOTICES\*\*\*\*\*\*NOTICES\*\*\*\*\*\*NOTICES\*\*\*\*\*\*NOTICES\*\*\*\*\*\*NOTICES\*\*\*\*\*\*

—RENTERS ARE NOT REQUIRED TO PURCHASE LOSS DAMAGE WAIVER (LDW) IT IS NOT MANDATORY. BEFORE PURCHASING LDW, RENTER
SHOULD CHECK IF OWN INSURANCE COVERS DAMAGE TO AND LOSS OF THE VEHICLE, THE LIMIT OF COVERAGE AND DEDUCTIBLE.IF THE
RENTER DECLINES LDW, RENTER MAY BE LIABLE FOR UP TO THE RETAIL FAIR MARKET VALUE (LESS SALVAGE) OF THE VEHICLE,
REGARDLESS OF FAULT, UNLESS LAW EXCLUDES ORDINARY NEGLIGENCE. REPAIRS ARE AT AVIS' COST. READ LDW TERMS ON THE
RENTAL DOCUMENT JACKET TERMS AND CONDITIONS, INCLUDING EXCLUSIONS FROM LDW, SUCH AS DWI/ABUSE OR DRIVING ON UNPAVED
ROADS.
—RENTALS ARE BASED ON A TWENTY FOUR HOUR PERIOD WITH A MINIMUM CHARGE OF
ONE DAY(24 HOURS) PLUS MILEAGE. FUEL SERVICES ADDITIONAL.
—NO ADDITIONAL OPERATORS ARE AUTHORIZED OR PERMITTED WITHOUT AVIS' PRIOR WRITTEN APPROVAL IN ACCORDANCE WITH THE
TERMS AND CONDITIONS OF THE RENTAL AGREEMENT OR APPLICABLE STATE LAW.
—IF CAR IS RETURNED WITH LESS FUEL THAN WHEN RENTED A SERVICE CHARGE APPLIES.
—IF I HAVE PRESENTED A CREDIT CARD FOR PAYMENT, ALL CHARGES, INCLUDING PARKING TICKET EXPENSES, MAY BE BILLED TO
THE CARD, AND MY SIGNATURE BELOW WILL BE CONSIDERED TO HAVE BEEN MADE ON THE APPLICABLE CARD VOUCHERS.
—BY MY SIGNATURE, I ACKNOWLEDGE RECEIPT OF ALL NOTICES WHICH APPEAR ON THIS RENTAL DOCUMENT AND AGREE TO THE TERMS
AND CONDITIONS ON THE SEPARATE RENTAL DOCUMENT JACKET PROVIDED TO ME.
—FOR LOCAL ALASKA BILLING INQUIRIES CALL 907-243-4300 (ANCHORAGE).
—CHARGES ARE SUBJECT TO FINAL AUDIT.
—THANK YOU FOR RENTING FROM AVIS.

—CANADIAN CITIZENS ARE NOT PERMITTED TO DRIVE AN AMERICAN REGISTERED
VEHICLE INTO CANADA. TO REACH SKAGWAY, HAINES, AND JUNEAU YOU MUST TRAVEL
THROUGH CANADA.

X _____

—ON WEEKEND RENTAL RATES THE VEHICLE MUST BE RETURNED BY MONDAY AT 2359
OR HIGHER RATE APPLIES FOR ENTIRE RENTAL.



```
OFFICE DEPOT
201 EAST 6TH AVENUE
ANCHORAGE, AK  99501
907-277-7470

SALE    STR0557  REG001  TRI
10/08/06 13:16  EMP 489815  POS

011461000232 PPR,ADD,2.25X130,3
013803042924 CALC,PRNTNG,P1-DHV
       SUBTOTAL
      SALES TAX
          TOTAL
     VISA 4601
**********************************
     For a chance to Win
   One of 40-$100 or 1-$1000
   Quarterly Shopping Sprees
    visit www.od.bizrate.com
        En Espanol
    ID:  3HD PRAPP9 JTVX1

L2TT5Q9PAXQ5REC6C
```

```
201 EAST 6TH AVENUE
ANCHORAGE, AK  99501
907-277-7470
SALE    STR0557  REG001  TRN1592
10/07/06 12:11 EMP 487276   POS 5.02A

735854750886 PAD,EASEL,RESTICKA 24.99
026426006655 BRD,DRYERASE,14X11 11.99
070530603552 PEN,ROLRBALL,VISIO  9.59
735854147891 DIV OD.5ST,COLOR
          2 @ 1.39             2.78
078910301227 BDR,LKNG-RRV 2"BLU  7.99
021200469114 NTES,OD,1.5X2,PK12  5.99
071641810297 MRKR,DRYERASE,4PK   5.39
735854994006 PAD,OD,8.5X11,12PK  5.99
735854994013 PAD,OD,8.5X11,12PK  5.99
735854063320 LS LF,RNG,2",12PK   4.59
735854063313 LSE LF RNGS,1",20P  4.59
       SUBTOTAL               89.88
      SALES TAX                0.00
          TOTAL               89.88
     VISA 4601                89.88
**********************************
     For a chance to Win
   One of 40-$100 or 1-$1000
   Quarterly Shopping Sprees.
    visit www.od.bizrate.com
        En Espanol
    ID:  G6 ZH6P9 P4NL1
```

```
OFFICE DEPOT
201 EAST 6TH AVENUE
ANCHORAGE, AK  99501
907-277-7470
SALE    STR0557  REG001  TRN1639
10/07/06 14:31 EMP 489815  POS 5 02A

735854582050 SHP,OD,HVY,50/BX    9.79
       SUBTOTAL                9.79
      SALES TAX                0.00
          TOTAL                9.79
     VISA 4601                9.79
**********************************
     For a chance to Win
   One of 40-$100 or 1-$1000
   Quarterly Shopping Sprees.
    visit www.od.bizrate.com
        En Espanol
    ID:  G6 F46P9 TU31

L2TT9Q9P3XQ58E86C
```

```
OFFICE DEPOT
201 EAST 6TH AVENUE
ANCHORAGE, AK  99501
907-277-7470

SALE    STR0557  REG001  TRN4229
10/19/06 13:12  EMP 493666  POS 5.02A

0324765492271 PPR,MULTI,8.5X11,0  4.89
       SUBTOTAL                4.89
      SALES TAX                0.00
          TOTAL                4.89
       CASH                   20.00
       CHANGE                -15.11
**********************************
     For a chance to Win
   One of 40-$100 or 1-$1000
   Quarterly Shopping Sprees.
    visit www.od.bizrate.com
        En Espanol
    ID:  XT YG9X9 G7KZT

L2TT9Q9PQX358EWBC
```

```
OFFICE DEPOT
201 E. TUDOR ROAD
ANCHORAGE, AK  99503
907-562-3993
SALE    STR0646  REG002  TRN8460
10/23/06 20:06  EMP 476263   POS 5.02A

013803020892 CRG,INK,BCI 15,CLR
          2 @ 26.99           53.98
       SUBTOTAL               53.98
      SALES TAX                0.00
          TOTAL               53.98
     VISA 4601                53.98
**********************************
     For a chance to Win
   One of 40-$100 or 1-$1000
   Quarterly Shopping Sprees.
    visit www.od.bizrate.com
        En Espanol
    ID:  3HG JKLL9 RTVX1

L2TTA39PXY5Y5BHWC
```

```
OFFICE DEPOT
201 EAST 6TH AVENUE
ANCHORAGE, AK  99501
907-277-7470
SALE    STR0557  REG014  TRN
10/23/06 18:47  EMP 489815   POS 5

013803020885 CRG,INK,BCI 15,BLK
          2 @ 12.99                25
       SUBTOTAL                    25
      SALES TAX                    25
          TOTAL                    25
     VISA 4601                     25
**********************************
     For a chance to Win
   One of 40-$100 or 1-$1000
   Quarterly Shopping Sprees
    visit www.od.bizrate.com
        En Espanol
    ID:  4T XX69 6X271

L2TTAQ9AXX546EMCC
```

Long Branch
Saloon
Anchorage, Alaska

Date:        Oct 14'06 05:00PM
Card Type:   Visa/M.C.
Acct #:      XXXXXXXXXXXX4601
Exp Date:    07/07
Auth Code:   077708
Check:       4995
Table:       10/1
Server:      126 FELICIA
             MICHAEL LEMBKE

Subtotal:        53.50

Tip: _____ 12.00

Total: _____ 65.50

Signature

Please retain this copy for you
records.
* * * * Customer Copy * * * *

---

Server: ALLEN L           Rec: 60
10/09/06 16:04, Swiped    Terminal: 4

BOSTON'S ANCHORAGE
2830 C STREET
ANCHORAGE ALASKA
(907)770-1270
MERCHANT #: 295260991886

CARD TYPE       ACCOUNT NUMBER
VISA            XXXXXXXXXXXX4601
Name: MICHAEL LEMBKE
00 TRANSACTION APPROVED
AUTHORIZATION #: 067272
Reference: 1009010000099
TRANS TYPE: Credit Card SALE

TOTAL:              45.40

ADDL. TIP: _____ 10.00

TOTAL: _____ 55.40

X

PHONE: (    )    -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
top copy -> customer

---

Server: MARIANA S         Rec: 97
10/07/06 18:36, Swiped    Terminal: 4

BOSTON'S ANCHORAGE
2830 C STREET
ANCHORAGE ALASKA
(907)770-1270
MERCHANT #: 295260991886

CARD TYPE       ACCOUNT NUMBER
VISA            XXXXXXXXXXXX4601
Name: MICHAEL LEMBKE
00 TRANSACTION APPROVED
AUTHORIZATION #: 026085
Reference: 1007010000136
TRANS TYPE: Credit Card SALE

TOTAL:             126.20

ADDL. TIP: _____ 25.00

TOTAL: _____ 151.2

X

PHONE: (    )    -
CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
top copy -> customer

---

320 West 5th Ave.
Anchorage, AK 99501
(907) 258-2882

rver: Party 1           DOB: 10/21/2006
:02 PM                      10/17/2006
le 12/1                     2/20013

ss                      4194314
d #XXXXXXXXXXXX4601      Exp:0707
gnetic card present: LEMBKE MICHAEL
roval: 047428

        Amount:       222.39

        + Tip: _____ 45.00

        = Total: ___ 267.39

roval: 047428

Guest Copy

---

GWENNIES

(907) 24-2030

SERVER  SAMANTH         8
CHECK #A2037    TABLE  B-3
DATE  10-15-0    TIME  09 28AM

MERCHANT #    18994884

CARDMEMBER  MICHAEL LEMBKE
VISA              ******4601
EXP        */**

PURCHASES         $    37.75
TIP ..........    $    10.00
TOTAL ........    $    4775

GUEST COPY
AUTHORIZATION# 023573

Port of Seattle

SeaTac International Airport
P.O. Box 68727
Seattle, WA 98168
Phone: (206) 433 5308

Receipt #12700619769 10/25/06 13:37

010100 pay parking ticket$    362.00
10/02/06 04:07 - 10/25/06 13:37
Length of stay: 23 Dy. 9 Hr. 30 Min.
000001 City of SeaTac tax $      1.00

total amount      $   363.00

    WA St. Tax 8.80 %$    29.28
                    - $     0.00

              Visa

LEMBKE/MICHAEL
Amount = $ 363.00
Card Number: XXXXXXXXXXXX4601

Authorization Code: 023537

*****************************************
**            Thank You           **
**        Have a nice trip        **
*****************************************

RECEIPT
ANCHORAGE INTL  AIRPORT
------4151 12:44:01 10-19-2006 03-----

9052  5 346560 12:04 10/19 12:43 10/19

PARKING                 2.00

CASH                    5.00

CHANGE                  3.00

REPUBLIC PARKING SYSTEM
PHONE 907-677-1074
-----THANK YOU FOR PARKING WITH US----
----------------------------------------

**SHIP DATE:**
Sat, Sep 30, 2006

**EXPECTED DELIVERY DATE:**
MON, OCT 2, 2006 12:00 PM

**SHIP FROM:**
akl assoc.,llc
9427 ne 138th st
Kirkland WA 98034
(425) 823-6388

**SHIP TO:**
EXTENDED STAY
ANCHORAGE DOWNTOWN
108 EAST 8TH AVE
HOLD FOR GUEST MICHEAL LEMBKE 10/2
Anchorage AK 99501
Business
(206) 406-0825

**SHIPPED THROUGH:**
The UPS Store #0158
KIRKLAND,WA 98034-4399
(425) 823-3198

**SHIPMENT INFORMATION:**
UPS Next Day Air Com
45lbs / 45lbs Billed
Cont Pack: 20.5x15.5x15.5 in

Tracking Number: 1Z3317X40145235804
Shipment ID: MM1530JGPJ1J5
Or/Item#: - -
Ref#: - -

**DESCRIPTION OF GOODS:**
NOTEBOOKS

**SHIPMENT CHARGES:**
| | |
|---|---|
| Next Day Air Com | $159.50 |
| Service Options | $0.00 |
| Fuel Surcharge | $27.12 |
| Total | $186.62 |

**COMPLETE ONLINE TRACKING:**
Enter either of these addresses in your web browser to trf(6's)
http://thewsaestore.com (select Tracking, enter Shipment ID's)
http://xbe.com (select Tracking, enter Shipment ID's)

**SHIPMENT QUESTIONS?**
Contact SHIPPED THROUGH above.

Customer Acknowledgement
I acknowledge I accept Terms & Conditions in force for tendering shipments
through this location and certify that address, contents and values provided
for this shipment are accurate in all respects.

ShipmentID: MM1530JGPJ1J5

Powered by iShip(tm)
09/30/2006 11:01 AM Pacific Time

---

**SHIP DATE:**
Sat, Sep 30, 2006

**EXPECTED DELIVERY DATE:**
MON, OCT 2, 2006 12:00 PM

**SHIP FROM:**
akl assoc.,llc
9427 ne 138th st
Kirkland WA 98034
(425) 823-6388

**SHIP TO:**
EXTENDED STAY
ANCHORAGE DOWNTOWN
108 EAST 8TH AVE
HOLD FOR GUEST MICHEAL LEMBKE 10/2
Anchorage AK 99501
Business
(206) 406-0825

**SHIPPED THROUGH:**
The UPS Store #0158
KIRKLAND,WA 98034-4399
(425) 823-3198

**SHIPMENT INFORMATION:**
UPS Next Day Air Com
45lbs / 45lbs Billed
Cont Pack: 20.5x15.5x15.5 in

Tracking Number: 1Z3317X40178565328
Shipment ID: MM1530JHTPXAD
Or/Item#: - -
Ref#: - -

**DESCRIPTION OF GOODS:**
NOTEBOOKS

**SHIPMENT CHARGES:**
| | |
|---|---|
| Next Day Air Com | $159.50 |
| Service Options | $0.00 |
| Fuel Surcharge | $27.12 |
| Total | $186.62 |

**COMPLETE ONLINE TRACKING:**
Enter either of these addresses in your web browser to trf(6's)
http://thewsaestore.com (select Tracking, enter Shipment ID's)
http://xbe.com (select Tracking, enter Shipment ID's)

**SHIPMENT QUESTIONS?**
Contact SHIPPED THROUGH above.

Customer Acknowledgement
I acknowledge I accept Terms & Conditions in force for tendering shipments
through this location and certify that address, contents and values provided
for this shipment are accurate in all respects.

ShipmentID: MM1530JHTPXAD

Powered by iShip(tm)
09/30/2006 11:00 AM Pacific Time

## Left Receipt

**Shipment Receipt    Page #1 of 1**

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS

SHIP DATE:
Sat, Sep 30, 2006

EXPECTED DELIVERY DATE:
MON, OCT 2, 2006 12:00 PM

SHIP FROM:
akl assoc.,llc
9427 ne 138th st
Kirkland WA 98034
(425) 823-6388

SHIP TO:
EXTENDED STAY
ANCHORAGE DOWNTOWN
108 EAST 8TH AVE
HOLD FOR GUEST MICHEAL LEMBKE 10/2
Anchorage AK 99501
Business
(206) 406-0825

SHIPPED THROUGH:
The UPS Store #0158
KIRKLAND,WA 98034-4399
(425) 823-3198

SHIPMENT INFORMATION:
UPS Next Day Air Com
34.3lbs / 35lbs Billed
Cust Pack: 18.5x12x18 in
Declared Value : $1,500.00

Tracking Number: 1Z3317X40145238010
Shipment ID: MM1530JD5NM2F
Or/Item#: - -
Ref#: - -

DESCRIPTION OF GOODS:
PAPERS AND NOTEBOOKS

SHIPMENT CHARGES:
Next Day Air Com          $131.50
Service Options           $20.75
Fuel Surcharge            $22.36

Total                     $174.61

COMPLETE ONLINE TRACKING:
Enter either of these addresses in your web browser to track's
http://theupsstore.com (select Tracking, enter Shipment ID's)
http://ups.com (select Tracking, enter Shipment ID's)
SHIPMENT QUESTIONS?
Contact SHIPPED THROUGH above.
Customer Acknowledgement
I acknowledge & accept Terms & Conditions in force for tendering shipments
through this location and certify that address, contents and values provided
for this shipment are accurate in all respects.

ShipmentID: MM1530JD5NM2F



Powered by iShip(tm)
09/30/2006 11:04 AM  Pacific Time

## Right Receipt

**Shipment Receipt    Page #1 of 1**

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS

SHIP DATE:
Sat, Sep 30, 2006

EXPECTED DELIVERY DATE:
MON, OCT 2, 2006 12:00 PM

SHIP FROM:
akl assoc.,llc
9427 ne 138th st
Kirkland WA 98034
(425) 823-6388

SHIP TO:
EXTENDED STAY
ANCHORAGE DOWNTOWN
108 EAST 8TH AVE
HOLD FOR GUEST MICHEAL LEMBKE 10/2
Anchorage AK 99501
Business
(206) 406-0825

SHIPPED THROUGH:
The UPS Store #0158
KIRKLAND,WA 98034-4399
(425) 823-3198

SHIPMENT INFORMATION:
UPS Next Day Air Com
33lbs / 44lbs Billed (DimWt)
Cont Pack: 20.5x20.5x18.5 in
Declared Value : $5,000.00
Sig Req (w/Delv Confirm)

Tracking Number: 1Z3317X42445228989
Shipment ID: MM1530JGB50OJ
Or/Item#: - -
Ref#: - -

DESCRIPTION OF GOODS:
LAPTOP COMPUTER (DELL)

SHIPMENT CHARGES:
Next Day Air Com          $156.75
Service Options           $61.30
Fuel Surcharge            $26.65

Total                     $244.70

COMPLETE ONLINE TRACKING:
Enter either of these addresses in your web browser to track's
http://theupsstore.com (select Tracking, enter Shipment ID's)
http://ups.com (select Tracking, enter Shipment ID's)
SHIPMENT QUESTIONS?
Contact SHIPPED THROUGH above.
Customer Acknowledgement
I acknowledge & accept Terms & Conditions in force for tendering shipments
through this location and certify that address, contents and values provided
for this shipment are accurate in all respects.

ShipmentID: MM1530JGB50OJ



Powered by iShip(tm)
09/30/2006 10:55 AM  Pacific Time

The UPS Store - #158
11410 NE 124th St.
Kirkland, WA 98034-4399
(425) 823-3198
******* DUPLICATE RECEIPT *******

09/30/06   11:04 AM

We are the one stop for all your
shipping, postal and business needs.

We offer all the services you need
to keep your business going.

```
001 001005 (001)            TO $ 244.70
    NDA
    Tracking# 1Z3317X42445228989
002 001005 (001)            TO $ 186.62
    NDA
    Tracking# 1Z3317X40178565328
003 001005 (001)            TO $ 186.62
    NDA
    Tracking# 1Z3317X40145235004
004 001005 (001)            TO $ 174.61
    NDA
    Tracking# 1Z3317X40145238010
005 500043 (009) 400005000430  T1 $   6.10
    16x16x16 Std Pack
006 500076 (016) 400005000766  TO $   4.50
    16x16x16 Std Svc
007 500045 (009) 400005000454  T1 $  10.60
    20x20x20 Std Pack
008 500076 (016) 400005000782  TO $   6.00
    20x20x20 Std Svc
009 500117 (009) 400005001178  T1 $   7.00
    20x15x15 Std Pack
010 500283 (016) 400005002830  TO $   5.30
    20x15x15 Std Svc
011 500117 (009) 400005001178  T1 $   7.00
    20x15x15 Std Pack
012 500283 (016) 400005002830  TO $   5.30
    20x15x15 Std Svc
```

```
                    SubTotal  $ 844.35
         8.9% Sales Tax (T1)  $   2.74
                       Total  $ 847.09

                      VISA  $ 847.09
ACCOUNT NUMBER *     ************4601
```

Receipt ID 83857612493477886063 012 Items
CSH: Matt          Tran: 1755 Reg: 001

Thank you for visiting our store.
Please come back again soon.

Whatever your business and personal
needs, we are here to serve you.



The UPS Store   PARCEL SHIPPING ORDER   Rev. 8/03

CUSTOMER (please print)

PARCEL SHIPPING ORDER
No. 20385100

Shipment Receipt:  Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS

SHIP DATE:
Thur, Oct 5, 2006

EXPECTED DELIVERY DATE:
Fri, Oct 6, 2006 12:00 PM

SHIP FROM:
MICHAEL LEKBIE
9427 NE 138TH ST
Kirkland WA 98034
(425) 823-5122

SHIP TO:
EXTENDED STAY AMERICA
Michael LEKBIE, ROOM #112
108 E 8TH AVE
ANCHORAGE AK 99501-3614
Business

SHIPPED THROUGH:
The UPS Store #0158
KIRKLAND WA 98034-4399
(425) 823-3198

SHIPMENT INFORMATION
UPS Next Day Air Com
6.45lbs / 7lbs Billed
Cust Pack: 14x10x0 in

Tracking Number: 1Z317X4014586710B
Shipment ID: MM1530J8KX99A
Of/Item#: - -
Ref#: - -

DESCRIPTION OF GOODS:

SHIPMENT CHARGES:
Next Day Air Com          $57.25
Service Options           $0.00
Fuel Surcharge            $9.45

Total                     $66.70

ShipmentID: MM1530J8KX99A

SHIP CHG $57.25
DEC VAL $0.00
COD $9.45

Pkg. Charges
Amt    Type

PKG A
SHP CHG
DEC VAL
COD
PKG LABOR
PKG MAT

PKG B
SHP CHG
DEC VAL
COD
PKG LABOR
PKG MAT

PKG C
SHP CHG
DEC VAL
COD
PKG LABOR
PKG MAT

1. Subject to the terms and conditions herein, this The UPS Store center ("we" or "us") will receive and forward parcels for customer ("you"). The carrier for all parcels accepted by us shall be UPS unless otherwise noted (other _____). Parcels accepted from you are subject to refusal for shipment by the carrier. You represent that your true name and address appear above.

2. We do not accept hazardous material, illegal items or articles of unusual value, including but not limited to cash and jewelry for shipment.

3. We assume no liability for the delivery of the parcels accepted for shipment or loss or damage by any cause to the parcels or their contents while in transit. We are not liable for the failure of the carrier to properly collect or remit funds for C.O.D. parcels. If recipient's form of payment is accepted for C.O.D. parcels, you assume all risk. You acknowledge that you have read

CUSTOMER COPY     www.theupsstore.com

and understand the instructions on the C.O.D. Tag and further agree that you accept all risk, including but not limited to, risk of nonpayment, insufficient funds and forgery. You further agree that we will not be liable upon any such instrument.

(Continued on back).

CUSTOMER'S SIGNATURE

© 2003 MAIL BOXES ETC., INC. ® (2003 Ed., Rev.2003) (FORM #220105)

SUB-TOTAL  $
TAX
TOTAL CHARGES

The UPS Store - #158
11410 NE 124th St.
Kirkland, WA 98034-4399
(425) 823-3198

10/05/06 :03:28 PM:4244 00 SW

We are the one stop for all your
shipping, postal and business needs.

We offer all the services you need
to keep your business going.

                                        TO $ 66.70
001 001005 (001)
  NDA
  Tracking# 1Z317X4014586710B
002 500096 (009) 400005000966 T1 $  2.30
  14x10x0 Basic Pack
003 500218 (016, 400005002182  TO $  2.25
  14x10x0 Basic Svc

            SubTotal  $ 71.25
  8.9% Sales Tax (T1)      0.21
             Total  $ 71.46
                 VISA  $ 71.46
  ************9244

ACCOUNT NUMBER #

Receipt ID 83837612462874808428 003 Items
CSH: Fawna    Tran: 2057 Reg: 001

Thank you for visiting our store.
Please come back again soon.

Whatever your business and personal
needs, we are here to serve you.

The UPS Store "PARCEL SHIPPING ORDER"

## Shipment Receipt:    Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
Tues, Oct 24, 2006

EXPECTED DELIVERY DATE:
WED, NOV 1, 2006 8:00 AM

SHIP FROM:
MKL ASSOCIATES, LLC
9427 NE 138TH ST
Kirkland WA 98034
(206) 406-0825

SHIP TO:
MKL ASSOCIATES, LLC
9427 NE 138TH ST
KIRKLAND WA 98034-1822
Residential
(206) 406-0825

SHIPPED THROUGH:
The UPS Store #0131
ANCHORAGE,AK 99501
(907) 276-7888

SHIPMENT INFORMATION:
UPS Ground Residential
26.28lbs / 27lbs Billed
Cust Pack: 15x15x15 in
E-mail Shipment Notification

Tracking Number: 1Z79E51V0301484662
Shipment ID: MM0WG617CY6B4
Or/Item#: - -
Ref#: - -

DESCRIPTION OF GOODS:
- -

SHIPMENT CHARGES:
Ground Residential        $49.75
Service Options            $0.00
Fuel Surcharge             $2.61

Total                     $52.36

COMPLETE ONLINE TRACKING:
Enter either of these addresses in your web browser to track:
http://theupsstore.com (select tracking, enter Shipment ID #)
http://www.com (select tracking, enter Shipment ID #)
SHIPMENT QUESTIONS?
Contact SHIPPED THROUGH above.

Customer Acknowledgement
Acknowledgee's accept Terms & Conditions in force for tendering shipments
through this location and certify that address, contents and values provided
for this shipment are accurate in all respects.

ShipmentID: MM0WG617CY6B4

## Shipment Receipt:    Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
Tues, Oct 24, 2006

EXPECTED DELIVERY DATE:
WED, NOV 1, 2006 8:00 AM

SHIP FROM:
MKL ASSOCIATES, LLC
9427 NE 138TH ST
Kirkland WA 98034
(206) 406-0825

SHIP TO:
MKL ASSOCIATES, LLC
9427 NE 138TH ST
KIRKLAND WA 98034-1822
Residential
(206) 406-0825

SHIPPED THROUGH:
The UPS Store #0131
ANCHORAGE,AK 99501
(907) 276-7888

SHIPMENT INFORMATION:
UPS Ground Residential
8lbs / 30lbs Billed (Oversize)
Cont Pack: 25x26x6 in
E-mail Shipment Notification

Tracking Number: 1Z79E51V0334821459
Shipment ID: MM0WG61CCAPF5
Or/Item#: - -
Ref#: - -

DESCRIPTION OF GOODS:
- -

SHIPMENT CHARGES:
Ground Residential        $53.64
Service Options            $0.00
Fuel Surcharge             $2.82

Total                     $56.46

COMPLETE ONLINE TRACKING:
Enter either of these addresses in your web browser to track:
http://theupsstore.com (select tracking, enter Shipment ID #)
http://www.com (select tracking, enter Shipment ID #)
SHIPMENT QUESTIONS?
Contact SHIPPED THROUGH above.

Customer Acknowledgement
Acknowledgee's accept Terms & Conditions in force for tendering shipments
through this location and certify that address, contents and values provided
for this shipment are accurate in all respects.

ShipmentID: MM0WG61CCAPF5

The UPS Store - #131
645 G Street, Suite 100
Anchorage, AK 99501
(907) 276-7888

10/24/06  05:04 PM

We are the one stop for all your
shipping, postal and business needs.
We offer all the services you need
to keep your business going.

001 500009 (009)                    TO $  15.00
   Pnuts/Bbl Wrp/Etc.
002 500008 (016)                    TO $   5.00
   Packaging Services
003 001045 (001)                    TO $  52.36
   Ground Residential
   Tracking# 1Z79E51V0301484662
004 001045 (001)                    TO $  70.43
   Ground Residential
   Tracking# 1Z79E51V0334819720
005 001045 (001)                    TO $  56.46
   Ground Residential
   Tracking# 1Z79E51V0334821459

                SubTotal   $ 199.25
                   Total   $ 199.25
           VISA   $ 199.25
   ************4601

ACCOUNT NUMBER #

Receipt ID 0E8R39125464470820B1 005 items
CSH: LINDA    Tran: 8775 Reg: 002

Thank you for visiting our store.
Please come back again soon.

Whatever your business and personal
needs, we are here to serve you.



15027

LAW OFFICES OF
**MARSTON ELISON PLLC**
ANDERSON PARK BUILDING
16880 NE 79TH STREET  (425) 861-5890
REDMOND, WA 98052-4424

KEYBANK NATIONAL ASSOCIATION
SEATTLE, WASHINGTON 98188
19-57-1250

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 01/05/07 | 15027 | *$44,224.78 |

*** FORTY-FOUR THOUSAND TWO HUNDRED TWENTY-FOUR & 78/100 DOLLARS

PAY
TO THE
ORDER
OF.

Mike Lembke

⑈0⑈5027⑈ ⑈⑈250005074⑈ 47908⑈0 7066 2⑈          ⑈⑈080⑈4 22478⑈

63431488   2   01/09/07       44,224.78

PROCESSED BY
PAYOR BANK
6300401400

FIRST MUTUAL BANK     >325171232<
BOW 125107858 BELLVUEWA
100847520 010807 16 1124008205

PAY TO THE ORDER OF
FIRST MUTUAL BANK
FOR DEPOSIT ONLY
MLK ASSOCIATES, LLC
0112400820S

63431488   2   01/09/07       44,224.78

# Invoice

**N**orthwest **C**orrosion **E**ngineering

10995 Warfield Road, Sedro-Woolley, WA  98284
Phone: (360) 826-4570   Fax: (360) 826-6321

| Date | Invoice # |
|------|-----------|
| 11/4/2006 | 378 |

| Bill To |
|---------|
| Marston Heffernan Foreman, PLLC<br>Attn: Terry Marston<br>Anderson Park Building<br>16880 N.E. 79th Street<br>Redmond, WA 98052-4424 |

| Job | P.O. | Description | Item | Hours | Rate | Amount |
|-----|------|-------------|------|-------|------|--------|
| 0607 | | Expert Witness Services | Expert Witne... | 40 | 100.00 | 4,000.00 |
| 0607 | | Parking | Expenses | | 44.00 | 44.00 |

| Terms Net 30 | **Total** | $4,044.00 |
|---|---|---|

# NORTHWEST CORROSION ENGINEERING

# TIME LOG

NAME: Jeremy A. Hailey, P.E.                    JOB No.: 0607

PROJECT: Expert Witness Testimony – Absolute Environmental, Inc.

CLIENT: Marston Heffernan Foreman PLLC

CONTACT: Terry Marston, (425) 861-5700

| DATE | HOURS | DESCRIPTION |
|------|-------|-------------|
| 10/02/06 | 6.0 | Review project documents in preparation for trial. |
| 10/09/06 | 2.0 | Document review for trial. |
| 10/10/06 | 2.0 | Document review for trial. |
| 10/18/06 | 4.0 | Preparation for trial, review of transcripts. |
| 10/19/06 | 10.0 | Travel to Anchorage, review materials for trial. |
| 10/20/06 | 14.0 | Preparation for testimony, trial testimony, return from Anchorage to office. |
| 10/24/2006 | 2.0 | Telephone testimony to Anchorage. |
| Total Hours | 40.0 | |

15070

**MARSTON ELISON PLLC**

| DATE | DESCRIPTION | INVOICE # | CHECK AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| | Northwest Corrosion Engineering | | | | |
| 03/24/06 | 1012.011 | 317 | 8800.00 | | 8800.00 |
| 05/17/06 | 1012.011 | 332 | 2800.00 | | 2800.00 |
| 07/23/06 | 1012.011 | 344 | 1450.00 | | 1450.00 |
| 09/19/06 | 1012.011 | 359 | 800.00 | | 800.00 |
| 11/04/06 | 1012.011 | 378 | 4044.00 | | 4044.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | Gross: | Ded: | Net: |
|---|---|---|---|---|---|
| 01/26/07 | 15070 | | 17894.00 | 0.00 | 17894.00 |

15070

LAW OFFICES OF
**MARSTON ELISON PLLC**
ANDERSON PARK BUILDING
16880 NE 79TH STREET  (425) 861-5890
REDMOND, WA 98052-4424

KEYBANK NATIONAL ASSOCIATION
SEATTLE, WASHINGTON  98188
19-57-1250

| DATE | CHECK | AMOUNT |
|---|---|---|
| 01/26/07 | 15070 | *$17,894.00 |

PAY

*** SEVENTEEN THOUSAND EIGHT HUNDRED NINETY-FOUR & 00/100 DOLLARS

TO THE
ORDER
OF:

Northwest Corrosion Engineering
10995 Warfield Road
Sedro-Woolley  WA  98284

⑈015070⑈ ⑆125000574⑆ 479081070662⑈

**MARSTON ELISON PLLC**

15070

Vendor: Northwest Corrosion Engineering

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 03/24/06 | 1012.011 | 317 | 8800.00 | | 8800.00 |
| 05/17/06 | 1012.011 | 332 | 2800.00 | | 2800.00 |
| 07/23/06 | 1012.011 | 344 | 1450.00 | | 1450.00 |
| 09/19/06 | 1012.011 | 359 | 800.00 | | 800.00 |
| 11/04/06 | 1012.011 | 378 | 4044.00 | | 4044.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 01/26/07 | 15070 | 17894.00 | 0.00 | 17894.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

Exhbit C, Page 36 of 36