**Exhibit D**
**Exemplification and Copies of Papers**

| Vendor | Invoice Date | Invoice # | Amount | | Description | Check # |
|---|---|---|---|---|---|---|
| Perkins Coie | 10/6/2006 | 38996 | $ | 23.20 | Reimburse for 233 copies | |
| American Legal Copy | 6/30/2006 | 107993 | $ | 382.76 | Document production | 15062 |
| American Legal Copy | 7/31/2006 | 108656 | $ | 271.59 | Scanning, electronic numbering, CD creation | |
| American Legal Copy | 9/27/2006 | 110163 | $ | 644.62 | Document production | 15062 |
| Unlimited Reprographics | 2/23/2005 | 32047 | $ | 983.99 | On-Site Copies | 14182 & 5234 |
| Los Angeles Legal Copy | 2/14/2005 | 24367 | $ | 95.05 | Laser Copies, Tabs, Collate | 141535 |
| Los Angeles Legal Copies | 9/22/2004 | 23442 | $ | 25.00 | Reimburse Monteleon & McCrory for copying costs | 140930 |
| Downtown Legal Copies | 8/10/2004 | 92047 | $ | 114.89 | Copies, original of CD | 140841 |
| Downtown Legal Copies | 8/13/2004 | 92149 | $ | 257.09 | Flat Rate for 2801 copies | 140841 |
| Alaska Legal Copies | 4/29/2005 | 216845 | $ | 414.87 | Reimburse Jermain Dunnagan & Owens for 100 litigation copies 160-11X17 copies | 141556 |
| Alaska Legal Copy | 12/30/2005 | 220072 | $ | 31.70 | Postage, freight | Charge |
| Alaska Legal Copy | 12/30/2005 | 220070 | $ | 167.16 | Litigation copies, color copies, CD production | Charge |
| Alaska Legal Copy | 6/13/2006 | 222671 | $ | 210.08 | 2112 litigation copies, color copies | |
| Clerk of Court US District Court | 1/1/2007 | 39100 | $ | 300.00 | CD's of proceeding trial | 15053 |
| **Total Copies** | | | **$** | **3,922.00** | | |

# UNLIMITED
*Reprographics*

FEB 2 2005

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/23/2005 | 32047 |

P.O. Box 71467
Los Angeles, CA 90071
Phone (213) 892-9000  Fax (213) 892-9010

Bill To

Marston Heffernan Foreman, PLLC
Anderson Park Building
16880 N.E. 79th Street
Redmond, WA  98052-4424
Attn:  Kristy Martyn

| Client Matter # | Terms | Rep | Job # |
|-----------------|-------|-----|-------|
| See Below | Due on receipt | TA | 30659 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| On-Site Set-up Charge | 1 | 150.00 | 150.00T |
| On-Site Copies | 3,450 | 0.22 | 759.00T |
| | | | |
| Date of Project:  2/16/05 | | | |
| Re:  Absolute Environmental Services, Inc. v. Forrest J. McKinley, et al | | | |

Thank you for your business.

FEDERAL TAX ID # 95-4827839

Payment is due for the full amount of this invoice within 30 days of this
invoice date. Interest of 1.5% per month (18% per annum) will be applied
to any account balance not paid within 30 days of this invoice.

We now accept Visa, Mastercard and American Express.

| | |
|--|--|
| **Subtotal** | $909.00 |
| **Sales Tax (8.25%)** | $74.99 |
| **Total** | $983.99 |
| **Balance Due** | $983.99 |

# UNLIMITED
*Reprographics*

FEB 2  2005

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/23/2005 | 32047 |

P.O. Box 71467
Los Angeles, CA 90071
Phone (213) 892-9000  Fax (213) 892-9010

| Bill To |
|---------|
| Marston Heffernan Foreman, PLLC<br>Anderson Park Building<br>16880 N.E. 79th Street<br>Redmond, WA  98052-4424<br>Attn:  Kristy Martyn |

| Client Matter # | Terms | Rep | Job # |
|-----------------|-------|-----|-------|
| See Below | Due on receipt | TA | 30659 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| On-Site Set-up Charge | 1 | 150.00 | 150.00T |
| On-Site Copies | 3,450 | 0.22 | 759.00T |
| | | | |
| Date of Project:  2/16/05 | | | |
| Re:  Absolute Environmental Services, Inc. v. Forrest J. McKinley, et al | | | |

Thank you for your business.

FEDERAL TAX ID # 95-4827839

Payment is due for the full amount of this invoice within 30 days of this
invoice date. Interest of 1.5% per month (18% per annum) will be applied
to any account balance not paid within 30 days of this invoice.

We now accept Visa, Mastercard and American Express.

| | |
|---|---|
| **Subtotal** | $909.00 |
| **Sales Tax (8.25%)** | $74.99 |
| **Total** | $983.99 |
| **Balance Due** | $983.99 |

CHECK

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------|------------|
| | Unlimited Reprographics | | | | |
| 05/26/05 | 1012.011-Payment on invoice #32047 | | 800.00 | 800.00 | |

*Not Postd in MH F*

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ Gross: | Ded: | Net: |
|------------|----------------|-----------------|------|------|
| 05/26/05 | 5134 | 800.00 | 0.00 | 800.00 |

---

5134

**LAW OFFICES OF**
**MARSTON & HEFFERNAN, P.L.L.C.**
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET (425) 861-5700
REDMOND, WA 98502

KeyBank National Association
KeyBank
19-57/1250

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 05/26/05 | 5134 | ****$800.00 |

PAY                    *** EIGHT HUNDRED & 00/100 DOLLARS

TO THE
ORDER
OF

Unlimited Reprographics
P.O. Box 71467
Los Angeles  CA  90071

TWO SIGNATURES REQUIRED

⑈005134⑈ ⑆125000574⑆ 4716610161 65⑈

---

MARSTON & HEFFERNAN, P.L.L.C.                                    5134

Vendor: Unlimited Reprographics

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 05/26/05 | 1012.011-Payment on invoice #32047 | | 800.00 | | 800.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 05/26/05 | 5134 | 800.00 | 0.00 | 800.00 |

**LIMITED**
*Reprographics*

RECEIVED
JUN 1 3 2005
MARSTON HEFFERNAN FOREMAN

# Statement

| Date |
| --- |
| 6/7/2005 |

P.O. Box 71467
Los Angeles, CA 90071
Phone (213) 892-9000  Fax (213) 892-9010

Bill To:

Marston Heffernan Foreman, PLLC
Anderson Park Building
16880 N.E. 79th Street
Redmond, WA  98052-4424

| Terms | Amount Due | Amount Enc. |
| --- | --- | --- |
| Due on receipt | $183.99 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 04/30/2005 | Balance forward | | 983.99 |
| 05/31/2005 | PMT #5134. Partial payment of 32047 | -800.00 | 183.99 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 0.00 | 183.99 | $183.99 |

Vendor: Unlimited Reprographics

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 09/22/05 | 1012.011-Payment on invoice #32047 | | 183.99 | | 183.99 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 09/22/05 | 141872 | 183.99 | 0.00 | 183.99 |

DELUXE BUSINESS FORMS  1·800·328·0304  www.deluxeforms.com

| | Due on receipt | $183.99 | |
|---|---|---|---|

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 07/31/2005 | Balance forward | | 183.99 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|-----------|
| 0.00 | 0.00 | 0.00 | 0.00 | 183.99 | $183.99 |



**LEGAL TECHNOLOGIES**

*Built on Experience*
*Powered by Technology*

## Please Pay From This Invoice

This is the only invoice you will receive
Please forward it to your payable department

| DATE | INVOICE NO. |
|------|-------------|
| 6/30/2006 | 107993 |

**BILL TO**

Marston, Heffernan, & Forman P.L.L.C.
Anderson Park Building
16830 NE 79th Street
Redmond, WA 98052

**PLEASE PAY**

ALC Legal Technologies
1001 Fourth Ave. Ste 300
Seattle, WA 98154
206-521-8717

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| PL 3085 | Net 30 | House | FREE | Terry Marston | |

| QUANTITY | DESCRIPTION | ITEM | AMOUNT |
|----------|-------------|------|--------|
| | Copies from USB flash- hard copies were made on-site | | |
| 3 | Billable Hand-time hours - on-Site Employee | 14 | 87,501 |
| 1,044 | Heavy Litigation Copy Services | 4 | 261,597 |
| 8 | 11" x 17" Copies | 12 | 2,801 |
| | Sales Tax | | 30,64 |

| | | |
|---|---|---|
| **TOTAL** | | $382.76 |

Received & Approved _____ Date

The ALC Customer is ultimately
responsible for payment within our terms.

Fed ID# 91-1723980

Finance charge of 1.5% monthly, 18% per year after 30 days

ALC Legal Technologies
1001 Fourth Ave, Ste 2110
Seattle, WA  98154-1119

# Statement

| Date |
| --- |
| 10/31/2006 |

| Bill To |
| --- |
| Marston , Heffernan, & Forman P L.L.C. <br> Anderson Park Building <br> 16880 NE 79th Street <br> Redmond, WA 98052 |

| Date | Description | Amount | Balance |
| --- | --- | --- | --- |
| 02/03/2006 | INV #103609. Orig. Amount $1,605.09.  Sac | 1,605.09 | 1,605.09 |
| 02/15/2006 | INV #103962. Orig. Amount $478.70.  Sac | 478.70 | 2,083.79 |
| 06/30/2006 | INV #107993. Orig. Amount $382.76. | 382.76 | 2,466.55 |
| 09/27/2006 | INV #110163. Orig. Amount $644.62. | 644.62 | 3,111.17 |

Paid & posted

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 644.62 | 0.00 | 0.00 | 2,466.55 | $3,111.17 |

| Phone # | Fax # | E-mail | | Web Site | |
| --- | --- | --- | --- | --- | --- |
| 206-521-8717 | 206-521-8730 | crystal@alcweb.com | | www.alcweb.com | |

The ALC Legal Technology Customer is ultimately responsible for payment within our terms
Fed ID# 91-1723980

15062

**MARSTON ELISON PLLC**
Vendor: ALC Legal Technoligies

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 06/30/06 | 1012.011 | 107993 | 382.76 | | 382.76 |
| 09/27/06 | 1012.011 | 110163 | 644.62 | | 644.62 |

| Check # | Gross Amt | Disc Amt | Net Amt |
|---------|-----------|----------|---------|
| 15062 | 1027.38 | 0.00 | 1027.38 |

Check Date
01/25/07



DELUXE BUSINESS FORMS  1•800-328-0304  www.deluxeforms.com

# ALC
LEGAL TECHNOLOGIES

*Built on Experience*
*Powered by Technology*

### Please Pay From This Invoice

RECEIVED

AUG 1 2006

This is the only invoice you will receive
Please forward it to your payable department

MARSTON HEFFERNAN FOREMAN

| DATE | INVOICE NO. |
|------|-------------|
| 7/31/2006 | 108656 |

**BILL TO**

Marston, Heffernan, & Forman P.L.L.C.
Anderson Park Building
16880 NE 79th Street
Redmond, WA 98052

**PLEASE PAY**

ALC Legal Technologies
1001 Fourth Ave, Ste 800
Seattle, WA 98154
206-521-8717

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 3058-3061 1of3 | Net 30 | R/T | FREE | Kristy | 1012-011 |

| QUANTITY | DESCRIPTION | ITEM | AMOUNT | |
|----------|-------------|------|--------|---|
| 3,411 | Scanning Documents to tif images | 30 | 204.00T | 614.76 |
| 113 | Color Scanning | 42 | 18.08T | 55.37 |
| 3,526 | Electronic Document Numbering LSU34-200901 - 203528 | 34 | 11.34T | 35.25 |
| 3 | CD Creation with i-Publish Viewer | 32 | 15.00T | 45 |
| | Invoice split with Perkins and Lane, Powell. Invoice is for total quantity at 1/3 the price | | | |
| | Sales Tax | | 21.97 | 65.9 |
| | | | | 816.26 |

| | | | | |
|---|---|---|---|---|
| Received & Approved | | Date | **TOTAL** | $271.59 |

The ALC Customer is ultimately
responsible for payment within our terms.

Fed ID# 91-1723980

Finance charge of 1.5% monthly on past due past 30 days

Exhibit D - Page 10 of 25

ALC Legal Technologies
1001 Fourth Ave, Ste 2110
Seattle, WA  98154-1119

# Statement

| Date |
|------|
| 10/31/2006 |

**Bill To**

Marston , Heffernan, & Forman P L.L.C.
Anderson Park Building
16880 NE 79th Street
Redmond, WA 98052

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 02/03/2006 | INV #103609. Orig. Amount $1,605.09.  Sac | 1,605.09 | 1,605.09 |
| 02/15/2006 | INV #103962. Orig. Amount $478.70.  Sac | 478.70 | 2,083.79 |
| 06/30/2006 | INV #107993. Orig. Amount $382.76. | 382.76 | 2,466.55 |
| 09/27/2006 | INV #110163. Orig. Amount $644.62. | 644.62 | 3,111.17 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---------|---------------------|----------------------|----------------------|------------------------|------------|
| 0.00 | 644.62 | 0.00 | 0.00 | 2,466.55 | $3,111.17 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 206-521-8717 | 206-521-8730 | crystal@alcweb.com | www.alcweb.com |

The ALC Legal Technology Customer is ultimately responsible for payment within our terms
Fed ID# 91-1723980

# Los Angeles Legal Copy


Paid

**BILL TO**

Marston, Heffernan, Foreman
Anderson Park Bldg.
16880 NE 79th Street
Redmond ,Washington 98052-4424
Attn: Terry Marston, Esq.

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/14/2005 | 24367 |

FEDERAL TAX I.D. # 95-4736760

| ATTENTION | P.O. NO. | TERMS | DUE DATE | SHIP DATE |
|-----------|----------|-------|----------|-----------|
| | Absolute Env. Services v. Emer | Due on receipt | 2/14/2005 | 2/14/2005 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Total Copies | 357 | 0.12 | 42.84T |
| Color Laser Copies, 8.5 x 11. | 39 | 0.95 | 37.05T |
| Tab(s) Inserted | 36 | 0.22 | 7.92T |
| Insert colored sheets as original. | | | |
| Staple/clip copies as originals. | | | |
| Restaple/reclip originals. | | | |
| Collate copies as originals. | | | |
| Due 1:30 PM. | | | |
| Sales Tax | | 8.25% | 7.24 |

*(handwritten: Check MHF / Not on ME / Check MHF / Paid & Posted MHF)*

Thank you for your business.

**Total**     $95.05

727 West 7th Street, Suite 654    Los Angeles, CA 90017    Tel. (213) 622-0022    Fax (213) 622-8203

# Los Angeles Legal Copy

| BILL TO |
|---|
| Monteleone & McCrory |
| 725 S. Figueroa Street |
| Suite 3200 |
| Los Angeles, CA 90017 |

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/22/2004 | 23443 |

| FEDERAL TAX I.D. # 95-4736760 |
|---|

| ATTENTION | P.O. NO. | TERMS | DUE DATE | SHIP DATE |
|---|---|---|---|---|
| Sallie Raspa | 3970-14852 | Net 30 | 10/22/2004 | 9/22/2004 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bates Label Produced and Affixed, IIC-003970 - IIC-004242 | 273 | 0.06 | 16.38T |
| Total Copies | 273 | 0.11 | 30.03T |
| Insert colored sheets as original. | | | |
| Staple/clip copies as originals. | | | |
| Restaple/reclip originals. | | | |
| Due 2:30 PM. | | | |
| Sales Tax | | 8.25% | 3.83 |

Thank you for your business.

| **Total** | $50.24 |
|---|---|

727 West 7th Street, Suite 654    Los Angeles, CA 90017          Tel. (213) 622-0022    Fax (213) 622-8203

MONTELEONE & McCRORY, LLP

LAWYERS

A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

STEPHEN MONTELEONE
(1886-1962)

725 SOUTH FIGUEROA STREET, SUITE 3200
LOS ANGELES, CALIFORNIA 90017-5446
TELEPHONE (213) 612-9900
FACSIMILE (213) 612-9930

ORANGE COUNTY OFFICE
450 WEST FOURTH STREET, SUITE 130
SANTA ANA, CALIFORNIA 92701

TELEPHONE
(714) 565-3170

FACSIMILE
(714) 565-3184

September 22, 2004

OUR FILE NUMBER

3970-14852

Joaquin Hernandez
Marston Heffernan Foreman
16880 NE 79th Street
Redmond, WA 98052-0902



RECEIVED

SEP 2 4

MARSTON HEFFERNAN FOREMAN

  Re: Absolute v. Emerco

Dear Mr. Hernandez:

  Enclosed is the set of documents you requested be sent directly to your office. Also enclosed is the invoice for copying your set. Please send a check for $25.00 payable to Monteleone & McCrory LLP to cover your half of the copy costs.

    Very truly yours,

    MONTELEONE & McCRORY LLP

By_____
   WILLIAM R. BAERG

140930

Vendor: Monteleone & Mc  ry LLP

| Date | Description | | Invoice # | Amount | Disc | Net Amt |
|------|-------------|---|-----------|--------|------|---------|
| 09/22/04 | Absolute/McKinley | | 3970-14852 | 25.00 | | 25.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 09/28/04 | 140930 | 25.00 | 0.00 | 25.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

# DOWNTOWN
LEGAL COPIES, LLC

320 East Fireweed Lane
Anchorage, Alaska 99503
(907) 277-8770 • www.downtownlegal.com
Federal Tax ID: 92-0166073

RECEIVED
AUG 17 ...
MARSTON HEFFERNAN FOREMAN

## Invoice

| DATE | INVOICE N... |
|------|------|
| 8/13/2004 | 92149 |

| BILL TO | SHIP TO |
|---------|---------|
| Perkins Coie, LLP<br>1029 W. 3rd Avenue<br>Anchorage, AK 99501 | Perkins Coie, LLP<br>1029 W. 3rd Avenue<br>Anchorage, AK 99501 |

| Terms | REP | SHIP VIA | Client No. | CC | Job Tracking |
|-------|-----|----------|-----------|-----|-------------|
| EOM | | Our Truck | 38599-0012 | 773 | 2602 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| Stapled/Co... | Flat rate per copy for stapled,clipped,tagged,tabbed, | 2,801 | 0.09 | 252.09 |
| 11x17 | 11x17 Black&White Copies | 20 | 0.25 | 5.00 |

Attn : Marcie

RECEIVED BY_____

DATE:_____

Thank you and have a Great Day!

| Total | $257.09 |
|-------|---------|

**Please Remit Payment to**
**Downtown Legal Copies, LLC**
**320 E. Fireweed Lane**
**Anchorage, Alaska, 99503**



**INVOICE**

**DOWNTOWN**
LEGAL COPIES, LLC

320 East Fireweed Lane
Anchorage, Alaska 99503
(907) 277-8770 • www.downtownlegal.com
Federal Tax ID: 92-0166073

| DATE | INVOICE N... |
|------|------|
| 8/10/2004 | 92047 |

| BILL TO | SHIP TO |
|---------|---------|
| Atkinson Conway & Gagnon<br>420 L St. Suite 500<br>Anchorage, AK 99501 | Atkinson Conway & Gagnon<br>420 L St. Suite 500<br>Anchorage, AK 99501 |

| Terms | REP | SHIP VIA | Client No. | CC | Job Tracking |
|-------|-----|----------|-----------|-----|--------------|
| EOM | | Our Truck | 7413.1 | 114 | 02445 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| Stapled/Co... | Flat rate per copy for stapled,clipped,tagged,tabbed, | 411 | 0.09 | 36.99 |
| Color Copies | 8.5 x 11 Color Copies | 14 | 1.25 | 17.50 |
| CD Burn | Original or Copy of CD ROM | 4 | 15.00 | 60.00 |

Attn : Peggy

RECEIVED BY_____

DATE:_____

| You' re a valued client!!  We appreciate your business! | **Total** | $114.49 |
|---|---|---|

**Please Remit Payment to**
**Downtown Legal Copies, LLC**
**320 E. Fireweed Lane**
**Anchorage, Alaska, 99503**

Vendor: Downtown Legal Cor  ;, LLC

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 08/10/04 | Absolute/McKinley- | 92047 | 114.49 | | 114.49 |
| 08/13/04 | Absolute/McKinley- | 92149 | 257.09 | | 257.09 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 08/31/04 | 140841 | 371.58 | 0.00 | 371.58 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com



# *Alaska Legal Copy*

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/29/2005 | 216845 |

| BILL TO |
|---------|
| Jermain, Dunnagan & Owens, P.C.<br>3000 A St., #300<br>Anchorage, AK 99503 |

| SHIP TO |
|---------|
| Same<br>Attn: Heather<br>563-8844 |

| P.O. NO. | TERMS | REP | PROJECT | CLIENT MATTER # |
|----------|-------|-----|---------|-----------------|
|  | Net 30 | JMJ |  | 8140.001 |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|--------|-------------|----------|------|--------|
| 100 | 8.5 x 11 copies, litigation type, one set | 4,612 | 0.085 | 392.02 |
| 160 | 11 x 17 copies | 45 | 0.17 | 7.65 |
| 250 | Oversize bond ; price per square foot | 27 | 0.55 | 14.85 |
| 420 | Special stock; 8.5 x 11, colored | 7 | 0.05 | 0.35 |

TO BE PAID BY TERRY MARSTON

Thank you

| | Total | $414.87 |
|---|-------|---------|

Signature:

Vendor: Jermain Dunnagan    wens

| Date | Description | | Invoice # | Amount | Disc | Net Amt |
|------|-------------|--|-----------|--------|------|---------|
| 05/11/05 | 1012.011 | | | 414.87 | | 414.87 |

| | Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|--|-----------|---------|-----------|----------|---------|
| | 05/31/05 | 141556 | 414.87 | 0.00 | 414.87 |

DELUXE BUSINESS FORMS  1 - 800-328-0304  www.deluxeforms.com

# *Alaska Legal Copy*

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/30/2005 | 220072 |

| BILL TO | SHIP TO |
|---------|---------|
| Marston, Heffernan, Foreman<br>16880 NE 79th Street<br>Redmond, WA  98052 | Same<br>Attn: Kristy Martyn<br>(425) 861-5700 |

| P.O. NO. | TERMS | REP | PROJECT | CLIENT MATTER # |
|----------|-------|-----|---------|-----------------|
|  | Net 30 | RLJ |  | Swalling Originals |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|--------|-------------|----------|------|--------|
| 810 | Postage/ Freight- Swalling Construction copies mailed Anchorage AK to Whittier CA. | 1 | 24.20 | 24.20 |
| 810 | Postage/ Freight preparation & mailing. | 1 | 7.50 | 7.50 |

RECEIVED
JAN - 9 2006
MARSTON HEFFERNAN FOREMAN

Signature:

**Total** $31.70

**DO NOT WRITE**    **ABOVE THIS LINE**

Maiston, Helfernar, Foreman

EXPIRATION
☑ DATE
CHECKED

SIGN HERE

X Telephone Authorization

The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL upon proper presentation. I promise to pay such TOTAL (together with any other charges due thereon) subject to and in accordance with the agreement governing the use of such card.

| ↑ PLEASE DO NOT WRITE ABOVE THIS LINE ↑ | | | | | |
|---|---|---|---|---|---|
| QTY. | CLASS | DESCRIPTION | PRICE | AMOUNT | |
| 1 | | Postage / Handling | | 31 | 70 |
| | | Swilling Const. Copies | | | |
| | | | | | |
| | | | | | |
| DATE | | AUTHORIZATION APO 30839 | SUB TOTAL | | |
| REFERENCE NO. 0002 | | | SERVER | TAX | |
| ID-FOLIO / CHECK NO. / LIC. NO. STATE | | REG./DEPT | CLERK | TIP MISC. | |
| VISA  MasterCard 5981415 | | | | TOTAL 31 | 70 |



# *Alaska Legal Copy*

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/30/2005 | 220070 |

| BILL TO | SHIP TO |
|---------|---------|
| Marston, Heffernan, Foreman<br>16880 NE 79th Street<br>Redmond, WA  98052 | Same<br>Attn: Kristy Martyn<br>(425) 861-5700 |

| P.O. NO. | TERMS | REP | PROJECT | CLIENT MATTER # |
|----------|-------|-----|---------|-----------------|
|  | Net 30 | RLJ |  | Swalling Originals |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|--------|-------------|----------|------|--------|
| 100 | 8.5 x 11 copies, litigation type, one set | 1,384 | 0.085 | 117.64 |
| 160 | 11 x 17 copies | 6 | 0.17 | 1.02 |
| 170 | Color copies; 8.5 x 11 | 36 | 1.00 | 36.00 |
| 755 | CD Reproductions | 1 | 12.50 | 12.50 |
|  | Copies only mailed from Anchorage 12/ 30/ 05. Originals returned to Swalling Construction Co. @ 235 F St. Attn: Mike Swalling |  |  |  |
|  | To be paid with Mastercard. |  |  |  |

RECEIVED
JAN - 9 2006
MARSTON HEFFERNAN FOREMAN

| Signature: | **Total** | $167.16 |
|------------|-----------|---------|

DO NOT WRITE                          ABOVE THIS LINE

Mahston, Heffernan, Foreman

EXPIRATION
☑ DATE
CHECKED

SIGN HERE

X Telephone Authorization

The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL
upon proper presentation. I promise to pay such TOTAL (together with any other charges due
thereon) subject to and in accordance with the agreement governing the use of such card.

| ↑ PLEASE DO NOT WRITE ABOVE THIS LINE ↑ | | | | | |
|---|---|---|---|---|---|
| QTY. | CLASS | DESCRIPTION | PRICE | AMOUNT | |
| 1 pkg | | Copies | | 167 | 16 |
| | | Swalling Const. Copies | | | |
| | | | | | |
| DATE | | AUTHORIZATION APO 30000 | SUB TOTAL | | |
| REFERENCE NO. 0001 | | | SERVER | TAX | |
| ID-FOLIO / CHECK NO. / LIC. NO. STATE | REG./DEPT | CLERK | TIP MISC. | | |
| VISA  MasterCard 5981414 | | | TOTAL | 167 | 16 |

SALES SLIP

Vendor: Clerk of Court US District Court

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 01/18/07 | 1012.011 - CDs of Proceeding of the Trial | | 300.00 | | 300.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 01/18/07 | 15053 | 300.00 | 0.00 | 300.00 |

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

LAW OFFICES OF
**MARSTON ELISON PLLC**
ANDERSON PARK BUILDING
16880 NE 79TH STREET  (425) 861-5890
REDMOND, WA  98052-4424

SEATTLE, WASHINGTON 98188
19-57-1250

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 01/18/07 | 15053 | ****$300.00 |

PAY                    *** THREE HUNDRED & 00/100 DOLLARS

TO THE
ORDER
OF:        Clerk of Court US District Court
           District of Alaska

⑆015053⑈ ⑆125000574⑆ 479081070662⑈

---

MARSTON ELISON PLLC                                        15053

Vendor: Clerk of Court US District Court

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 01/18/07 | 1012.011 - CDs of Proceeding of the Trial | | 300.00 | | 300.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 01/18/07 | 15053 | 300.00 | 0.00 | 300.00 |

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

Exhibit D, Page 25 of 25