Terry R. Marston, *pro hac vice,* terry@marstonelison.com
Jami K. Elison, *pro hac vice,* jami@marstonelison.com
Jesse P. Elison, *pro hac vice*, jesse@marstonelison.com
MARSTON ELISON, PLLC
16880 N.E. 79th Street
Redmond, Washington  98052
(425) 861-5700

PAUL J.  NANGLE & ASSOCIATES
PaulJ.Nangle@acsalaska.net
Kerry Building
101 Christensen Drive
Anchorage, Alaska  99501
Telephone:  (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, ) ) ) | Case No.: A03-0199CV (RRB) |
| Plaintiff, ) ) vs. ) ) FORREST J. MCKINLEY, an individual, ) d/b/a "Imperial Industrial Coatings" and ) EMERCO, INC., a California Corporation, ) d/b/a Imperial Industrial Coatings, ) BRECHAN ENTERPRISES, INC., an Alaska ) corporation; and SAFECO INSURANCE ) COMPANY OF AMERICA, a Washington ) Corporation. ) | **MEMORANDUM IN SUPPORT OF ENTRY OF BILL OF COSTS** |
| Defendants. | |
| EMERCO, INC., a California corporation d/b/a ) Imperial Industrial Coatings, and the States for ) Use and Benefit of EMERCO, INC., ) ) Counterclaimant/Third-party Claimant, ) ) v. ) ) ABSOLUTE ENVIRONMENTAL SERVICES ) INC., an Alaska corporation, et al., ) ) Cross-defendants/Third-party Defendants. ) | |

**MEMORANDUM IN SUPPORT OF ENTRY OF BILL OF COSTS**
Case No. A03-0199CV (RRB)-- 1

| | |
|---|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | ) ) ) |
| Defendants. | ) ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Counterclaim Plaintiff, | ) |
| vs. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Counterclaim Defendant. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Plaintiff/Cross-claimant, | ) |
| vs. | ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) ) |

**MEMORANDUM IN SUPPORT OF ENTRY OF BILL OF COSTS**
Case No. A03-0199CV (RRB)-- 2

Final judgment was entered in the above entitled action on June 15, 2007 against Emerco, Inc. The Jury Verdict was against three defendants; however the judgment was only against Emerco. Pursuant to 28 U.S.C. 1821, 1920, and 1923, the Bill of Costs totals $72,355.90. Defendant Emerco should be responsible for a third of the costs (33%) equaling $24,118.63.

RESPECTFULLY SUBMITTED this 25th day of June, 2007.

MARSTON ELISON, PLLC

By s/Terry R. Marston_____
   Terry R. Marston II, WSBA No. 14440
   Jami K. Elison, WSBA No. 31007
Attorneys for Plaintiff Absolute Environmental Service, Inc.

---

I hereby certify that on the date given a copy of the forgoing was electronically filed with the Clerk of Court using the CM/ECF system and was served electronically on the following:

William R. Baerg, Patrick J. Duffy
Eric J. Brown
Robert J. Dickson
Michael E Kreger, Jacob Nist
James B. Stoetzer, Peter C. Partnow
Thomas A. Larkin
Paul J. Nangle

s/Terry R. Marston                .

---

**MEMORANDUM IN SUPPORT OF ENTRY OF BILL OF COSTS**
Case No. A03-0199CV (RRB)-- 3