

RECEIVED
JUL 02 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# UNITED STATES COURT OF APPEAL
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>    Defendant – Appellant. | CASE NO. 07-35303<br><br>**STIPULATION DISMISSING APPEAL** |

Pursuant to Federal Rule of Appellate Procedure 42(b), the parties, by and through their undersigned counsel, hereby stipulate and agree to dismiss the above captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

DATED: 6/20/07

_____
William R. Baerg
MONTELEONE & McCRORY LLP
Attorney for Appellant

DATED: 6/7/07

_____
Terry R. Marston
MARSTON ELISON PLLC
Attorney for Appellee

PROOF OF SERVICE [1013A(3) CCP]

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 725 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

     On June 27, 2007, I served the foregoing document described as: **STIPULATION DISMISSING APPEAL** on the interested parties in this action [X] by placing [] the original [X] a true copy thereof enclosed in sealed envelopes as follows:

| | |
|---|---|
| Stephen Liacouras, Circuit Mediator<br>Circuit Mediation Office<br>U.S. Court of Appeals<br>P.O. Box 193939<br>San Francisco, CA 94119-3939 | Office of the Clerk<br>Federal Building<br>U.S. District Courthouse<br>222 West Seventh Avenue, Room 229<br>Anchorage, AK 99513 |

[X]   **BY MAIL**
     []   I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with first class postage thereon fully prepaid.

     [X]   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with first class postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[]   **BY PERSONAL SERVICE**
     I delivered such envelope by hand to the person named on the attached mailing list.

[X]   **BY FACSIMILE TRANSMISSION**
     I transmitted said document to the offices of the addressee(s) on the attached service list via facsimile. The facsimile numbers are noted on the attached service list.

[]   **BY OVERNIGHT DELIVERY**
     I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery by Express Mail or Federal Express. Under that practice it would be deposited with the U.S. Postal Service on that same day with Express Mail postage thereon fully prepaid at Los Angeles, California in the ordinary course of business; or, if by Federal Express overnight courier, it would be deposited in a box regularly maintained by Federal Express for daily collection at 725 South Figueroa Street, Los Angeles, California, with delivery fees paid or provided for, addressed as set forth [] above [] on the attached service list.

[X]   **(Federal)**   I declare under penalty of perjury under the laws of the United States that the above is true and correct; I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on June 27, 2007, at Los Angeles, California.

_____
SALLIE RASPA

**APPEAL SERVICE LIST**
*Absolute Environmental Services, Inc. v. Forrest J. McKinley, etc., et al.*
U.S. District Court, District of Alaska, Case No. A 03-0199 Civil (RRB)
United States Court of Appeals For the Ninth Circuit, No. 07-35303

Eric J. Brown, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503-4097

TEL: (907)563-8844    FAX: (907)563-7322
ebrown@jdolaw.com
*Lead Attorney for Appellant, Emerco, Inc.*

Paul J. Nangle, Esq.
Paul J. Nangle & Associates
Kerry Building
101 Christensen Drive
Anchorage, AK 99501

TEL: (907)274-8866    FAX: (907)279-1794
PaulJ.Nangle@acsalaska.net
*Lead Attorney for Appellee, Absolute Environmental Services, Inc.*

Jami K. Elison, Esq.
Marston Elison, PLLC
16880 NE 79th Street
Redmond, WA 98052

TEL: (425)861-5700    FAX: (425)861-6969
jamie@marstonelison.com
*Lead Attorney for Appellee, Absolute Environmental Services, Inc.*

Terry R. Marston, Esq.
Marston Elison, PLLC
16880 NE 79th Street
Redmond, WA 98052

TEL: (425)861-5700    FAX: (425)861-6969
terry@marstonelison.com
*Attorney for Appellee, Absolute Environmental Services, Inc.*

Michael E. Kreger, Esq.
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501

TEL: (907)279-8561    FAX: (907)276-3108
mkreger@perkinscoie.com
jnist@perkinscoie.com
*Lead Attorney for Appellee, Brechan Enterprises, Inc.*

Thomas A. Larkin, Esq.
Stewart Sokol & Gray, LLC
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047

TEL: (503)221-0699    FAX: (503)227-5028
talarkin@lawssg.com
*Lead Attorney for Appellee, Safeco Insurance Company of America*

Peter C. Partnow, Esq.
Lane Powell PC
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503-2648

TEL: (907)277-9522    FAX: (907)276-2631
PartnowP@LanePowell.com
*Lead Attorney for Appellee, Coffman Engineers, Inc.*

James B. Stoetzer, Esq.
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

TEL: (206)223-7019    FAX: (206)223-7107
StoetzerJ@LanePowell.com
*Attorney for Appellee, Coffman Engineers, Inc.*