UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
JUL 0 5 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED
JUL 0 9 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> FORREST J. MCKINLEY; et al., <br><br> Defendants, <br><br> v. <br><br> COFFMAN ENGINEERS, INC., <br><br> Third-party-defendant-counter-claimant, <br><br> BRECHAN ENTERPRISES, INC., <br><br> Defendant-third-party-plaintiff, <br><br> and <br><br> EMERCO, INC., <br><br> Defendant-third-party-plaintiff - Appellant. | No. 07-35303 <br><br> D.C. No. CV-03-00199-RRB <br> District of Alaska, Anchorage <br><br> ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

*Stephen Liacouras* (signature)

Stephen Liacouras
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 0 5 2007

by Signature redacted
Deputy Clerk

2

```
INTERNAL USE ONLY: Proceedings include all events.
07-35303 Absolute Environment v. Emerco, Inc., et al
```

ABSOLUTE ENVIRONMENTAL　　　　　　Paul J. Nangle, Esq.
SERVICES, INC.　　　　　　　　　　　FAX 907/279-1794
  Plaintiff - Appellee　　　　907/274-8866
           [COR LD NTC ret]
           101 Christensen Drive
           Anchorage, AK 99501

           Jami Elison, Esq.
           425/861-5700
           [COR LD NTC ret]
           Terry R. Marston
           [COR LD ret]
           MARSTON & HEFFERNAN
           16880 NE 79th St.
           Anderson Pk Bldg
           Redmond, WA 98052-0902

  v.

FORREST J. MCKINLEY　　　　　　　　Eric J. Brown, Esq.
  Defendant　　　　　　　　　　FAX 907/563-7322
           907/563-8844
           Suite 300
           [COR LD ret]
           JERMAIN DUNNAGAN & OWENS P.C.
           3000 "A" Street
           Anchorage, AK 99503

           William Richard Baerg, Esq.
           213/612-9900
           Ste 3750
           [COR LD ret]
           MONTELEONE & McCRORY, LLP
           725 S. Figueroa St.
           Los Angeles, CA 90017-5446

SAFECO INSURANCE COMPANY OF　　　Michael E. Kreger, Esq.
AMERICA　　　　　　　　　　　　　　907/279-8561
  Defendant　　　　　　　　　　Ste. 300
           [COR LD ret]
           PERKINS COIE
           1029 W. Third Ave.
           Anchorage, AK 99501

           Thomas A. Larkin, Esq.
           FAX 503/223-5706
           503/221-0699
           Suite 200
           [COR LD ret]
           STEWART, SOKOL & GRAY, LLC
           2300 SW First Avenue
           Portland, OR 97201-5047

INTERNAL USE ONLY: Proceedings include all events.
07-35303 Absolute Environment v. Emerco, Inc., et al

v.

COFFMAN ENGINEERS, INC.
    Third-party-defendant-
counter-claimant

James B. Stoetzer
206/223-7019
[COR LD ret]
LANE POWELL, PC
1420 Fifth Ave.
Seattle, WA 98101-2338

Peter C. Partnow
FAX 907/276-2907
907/277-9511
Suite 301
[COR LD ret]
LANE POWELL, P.C.
301 West Northern Lights Blvd.
Anchorage, AK 99503-2648

EMERCO, INC.
    Defendant-third-party-
plaintiff - Appellant

Eric J. Brown, Esq.
FAX 907/563-7322
907/563-8844
Suite 300
[COR LD NTC ret]
JERMAIN DUNNAGAN & OWENS P.C.
3000 "A" Street
Anchorage, AK 99503

William Richard Baerg, Esq.
213/612-9900
Ste 3750
[COR LD ret]
MONTELEONE & McCRORY, LLP
725 S. Figueroa St.
Los Angeles, CA 90017-5446

Patrick J. Duffy, III, Esq.
FAX 213/612-9930
213/612-9900
Suite 3750
[COR LD NTC ret]
MONTELEONE & McCRORY
725 S. Figueroa St.
Los Angeles, CA 90017

BRECHAN ENTERPRISES, INC.
    Defendant-third-party-
plaintiff

Michael E. Kreger, Esq.
907/279-8561
Ste. 300
[COR LD ret]
PERKINS COIE
1029 W. Third Ave.
Anchorage, AK 99501