Terry R. Marston, *pro hac vice,* terry@marstonelison.com
Jami K. Elison, *pro hac vice,* jami@marstonelison.com
Jesse P. Elison, *pro hac vice*, jesse@marstonelison.com
MARSTON ELISON, PLLC
16880 N.E. 79th Street
Redmond, Washington  98052
(425) 861-5700

PAUL J.  NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska  99501
Telephone:  (907) 274-8866

Attorneys for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | Case No.: A03-0199CV (RRB) |
| Plaintiff, | |
| vs. | **ORDER GRANTING PLAINTIFF ABSOLUTE'S MOTION FOR SUMMARY JUDGMENT AGAINST FORREST J. MCKINLEY AS AGENT OF UNDISCLOSED PRINCIPAL** |
| FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | |
| Defendants. | **[PROPOSED]** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC., | |
| Counterclaimant/Third-party Claimant, | |
| v. | |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al., | |
| Cross-defendants/Third-party Defendants. | |

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, )))))) |
| 2 | |
| 3 | |
| 4 | Plaintiff, )<br>vs. ) |
| 5 | ) |
| 6 | SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. )) |
| 7 | Defendants. )) |
| 8 | |
| 9 | BRECHAN ENTERPRISES, INC., an Alaska corporation, )) |
| 10 | Counterclaim Plaintiff, ) |
| 11 | vs. )) |
| 12 | ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, )) |
| 13 | Counterclaim Defendant. ) |
| 14 | BRECHAN ENTERPRISES, INC., an Alaska corporation, )) |
| 15 | |
| 16 | Third-Party Plaintiff, )<br>vs. ) |
| 17 | ) |
| 18 | COFFMAN ENGINEERS, INC, a Washington Corporation. )) |
| 19 | Third-Party Defendant. ) |
| 20 | ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, )) |
| 21 | |
| 22 | Plaintiff/Cross-claimant, )<br>vs. ) |
| 23 | COFFMAN ENGINEERS, INC, a Washington Corporation. )) |
| 24 | |
| 25 | Third-Party Defendant. ) |
| 26 | |

ORDER GRANTING PLAINTIFF ABSOLUTE'S MOTION FOR SUMMARY JUDGMENT AGAINST
FORREST J. MCKINLEY AS AGENT OF UNDISCLOSED PRINCIPAL
Case No. A03-0199CV (RRB)-- 2

THIS MATTER came before the Court on Absolute Environmental Services, Inc. Motion for Summary Judgment against Forrest J. McKinley as Agent of Undisclosed Principal. Having entertained the memoranda, exhibits and declarations supporting and in opposition to the motion, the Court ORDERS that Absolute's motion is GRANTED.

IT IS FURTHER ORDERED that the Court holds Forrest J. McKinley jointly liable for the judgment entered against Emerco, Inc. in the final judgment amount of $382,646.96, plus taxable costs at $11,314.82 for a total award of $393,961.78 and post-judgment interest that shall accrue hereafter as authorized by law.

Dated this _____ day of _____, 2007.

_____
The Honorable Ralph R. Beistline
United States District Court Judge