Terry R. Marston, *pro hac vice,* terry@marstonelison.com
Jami K. Elison, *pro hac vice,* jami@marstonelison.com
Jesse P. Elison, *pro hac vice*, jesse@marstonelison.com
MARSTONELISON, PLLC
16880 N.E. 79th Street
Redmond, Washington  98052
(425) 861-5700

PAUL J.  NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska  99501
Telephone:  (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants.<br><br>EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | Case No.: A03-0199CV (RRB)<br><br>**DECLARATION OF TERRY R. MARSTON II IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST FORREST J. McKINLEY** |

**DECLARATION OF TERRY R. MARSTON II IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST FORREST J. McKINLEY**
Case No. A03-0199CV (RRB)-- 1

| | |
|---|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| vs. | )<br>) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | )<br>)<br>) |
| Defendants. | )<br>) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | )<br>)<br>) |
| Counterclaim Plaintiff, | ) |
| vs. | )<br>) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | )<br>)<br>) |
| Counterclaim Defendant. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | )<br>)<br>) |
| Third-Party Plaintiff, | ) |
| vs. | )<br>) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | )<br>)<br>) |
| Third-Party Defendant. | )<br>) |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, | )<br>)<br>) |
| Plaintiff/Cross-claimant, | ) |
| vs. | )<br>) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | )<br>)<br>) |
| Third-Party Defendant. | )<br>) |

**DECLARATION OF TERRY R. MARSTON II IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST FORREST J. McKINLEY**
Case No. A03-0199CV (RRB)-- 2

I, Terry R. Marston II, being first duly sworn, declare under penalty of perjury as follows:

1. Attached hereto as Exhibit A are true and correct excerpts of the 30(b)6 deposition of Emerco, Inc., testifying though its nominee Ralph T. "Tom" Puett.

2. Attached hereto as Exhibit B are true and correct excerpts of Volume I of the deposition of Forrest J. McKinley.

3. Attached hereto as Exhibit C are true and correct excerpts of Volume II of the deposition of Forrest J. McKinley.

4. Attached hereto as Exhibit D is a true and correct copy of the judgment entered by this Court against Emerco, Inc. in the amount of $382,646.96.

5. Attached hereto as Exhibit E is a true and correct copy of the costs assessed against Emerco, Inc. by the Clerk of the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of July, 2007 at Redmond, Washington.

                                                  s/Terry R. Marston II_____
                                                  **Terry R. Marston II**

**DECLARATION OF TERRY R. MARSTON II IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST FORREST J. McKINLEY**
Case No. A03-0199CV (RRB)-- 3

DECLARATION OF DAVID OLSON IN OPPOSITION TO BRECHAN'S MOTION TO DISMISS
Case No. A03-0199CV (RRB)-- 4