```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


ABSOLUTE ENVIRONMENTAL SERVICES,)
INC., an Alaskan Corporation,   )
                                )
          Plaintiff,            )
                                )
     vs.                        ) Case No. A03-0199CV
                                ) Civil (RRB)
FORREST J. McKINLEY and         )
"JANE DOE" McKINLEY, and the    )
marital community property      )
composed thereof d/b/a "Imperial)
Industrial Coatings" and EMERCO,)
INC., etc.,                     )
                                )
          Defendants.           )
EMERCO, INC., a California      )
Corporation d/b/a Imperial      )
Industrial Coatings, etc.,      )
                                )
          Counter-Claimant/     )
          Third Party Claimant, )
                                )
     vs.                        )
                                )
ABSOLUTE ENVIRONMENTAL SERVICES,)
INC., an Alaskan Corporation,   )
et al.,                         )
                                )
          Cross-Defendants/     )
          Third-Party Defendants.)


DEPOSITION UPON ORAL EXAMINATION

OF

FORREST J. McKINLEY (VOLUME II)



Taken at 1900 Fifth Avenue
Seattle, Washington


DATE TAKEN:      MARCH 9, 2005
```

Buell Realtime Reporting
(206)287-9066

Page 233

1  A P P E A R A N C E S
2
3  FOR EMERCO, INC.:              PATRICK J. DUFFY, III
                                  Monteleone & McCrory
4                                 725 South Figueroa Street
                                  Suite 3200
5                                 Los Angeles, California 90017
6
7  FOR ABSOLUTE ENVIRONMENTAL     TERRY R. MARSTON, II
   SERVICES, INC.:                Marston Heffernan Foreman
8                                 Anderson Park Building
                                  16880 NE 79th Street
9                                 Redmond, Washington  98052
10
11
12
   ALSO PRESENT:                  David Olson
13
14
15
   *  *  *  *  *
16
17
18
19
20
21
22
23
24
25

1  DEPOSITION OF FORREST J. McKINLEY, VOLUME II
2  EXAMINATION INDEX
3  EXAMINATION BY                                              PAGE
4  Mr. Marston  . . . . . . . . . . . . . . . . . . .  235
5
6
7
8  EXHIBIT INDEX
9  EXHIBITS FOR IDENTIFICATION                                 PAGE
10  1    6/12/03 letter from Olson to McKinley            235
11  2    FJM and Forrest's Bank Statements                299
12  3    2003 California Depreciation Schedule            324
13  4    2003 Corporate Return for Emerco, Inc.,          326
       Imperial Industrial Coatings
14
   5    IIC Purchase Order 1317                           353
15
   6    IIC Check Nos. 1251, 1248, 1239                   362
16
   7    IIC Check Nos. 1279, 1262, 1256                   363
17
   8    IIC Check Nos. 1269, 1268, 1263                   363
18
   9    6/26/03 letter from Olson to McKinley             373
19
   10   8/6/03 letter from Olson to McKinley              382
20
21
22
23
24
25

```
1    SEATTLE, WASHINGTON; MARCH 9, 2005
2    9:35 A.M.
3    --oOo--
4
5    FORREST J. McKINLEY,        witness herein, having been
6                                first duly sworn on oath,
7                                was examined and testified
8                                as follows:
9
10   E X A M I N A T I O N
11   BY MR. MARSTON:
12   Q.   Once again, I will ask you to state your name,
13   please.
14   A.   Forrest J. McKinley.
15   Q.   Mr. McKinley, this is the second day of your
16   deposition.  We had the first day of your deposition last
17   month down in California, correct?
18   A.   Correct.
19   Q.   How are you feeling today, Mr. McKinley?
20   A.   Pretty good.
21   Q.   Any reason why you couldn't give reliable
22   answers in response to my questions today?
23   A.   No.
24        (Exhibit No. 1 marked.)
25   Q.   Mr. McKinley, I'm handing you what has been
```

# Annotation Report

# MSJ; Agent's Liability for Undisclosed Principal
## Forrest J. McKinley Vol. II - Deposition Excerpts

| | |
|---:|:---|
| **Created by** | TRM |
| **Creation date** | Jul 24, 2007 |
| **Project** | absolute-mckinley70 |
| **Sort order** | Transcript, Location |

**McKinley, Forrest J. - Vol. 2**
261:25-262:3
Issues:    29 McKinley Motion
User: terry

```
261:25  Q.    How many conversations, telephone conversations
262: 1  did you have with David Olson during the course of this
     2  project?
     3  A.    Not very many.
```

**McKinley, Forrest J. - Vol. 2**
359:8-360:14
Issues:    29 McKinley Motion
User: terry

```
359: 8  MR. DUFFY:  Sure.
     9  Q.    The first deposition we took in this case was
    10  that of your project manager, Tom Puett.  He testified at
    11  that time --
    12  MR. DUFFY:  Let's not go into this again.
    13  Okay?  If you have a question, ask him.
    14  Q.    Okay, I will ask you a question.  I don't want
    15  to get Mr. Duffy upset.
    16  Can you think of any reason why Tom Puett would
    17  not have been aware that Imperial Industrial Coatings was
    18  a dba for Emerco prior to the date of that deposition?
    19  A.    I don't believe it ever came up in conversation
    20  or any paper that passed over his desk.  He was the
    21  estimator.  He was not in that position.
    22  Q.    Can you tell me why on none of your company
    23  paperwork you include the name "Emerco, Incorporated"?
    24  A.    I'm not sure at this time.
    25  Q.    At the outset of this project, in the spring of
360: 1  2003, Imperial Industrial Coatings had been in business
     2  for two to two and a half years; is that right?
     3  A.    More or less.
     4  Q.    And they had performed a number of contracts in
     5  that time?
     6  A.    Yes.
     7  Q.    Can you explain to me then why you wrote a
     8  number of letters to vendors up in Alaska stating that
     9  Imperial Industrial, that you were just starting a new
    10  business called Imperial Industrial Coatings rather than
    11  telling them that it had been in business for two and a
    12  half years?
    13  A.    The question of time never came up from the
    14  vendors.
```