| | |
|---|---|
| 1 | Terry R. Marston, *pro hac vice,* terry@marstonelison.com |
| | Jami K. Elison, *pro hac vice,* jami@marstonelison.com |
| 2 | MARSTON ELISON, PLLC |
| | 16880 N.E. 79th Street |
| 3 | Redmond, Washington 98052 |
| | (425) 861-5700 |
| 4 | |
| | PAUL J. NANGLE & ASSOCIATES |
| 5 | Kerry Building |
| | 101 Christensen Drive |
| 6 | Anchorage, Alaska 99501 |
| | Telephone: (907) 274-8866 |
| 7 | |
| 8 | Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC. |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES ) | | |
| INC., an Alaska Corporation, | ) | Case No.: A03-0199CV (RRB) |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| FORREST J. MCKINLEY, an individual, | ) | [~~████~~] |
| d/b/a "Imperial Industrial Coatings" and | ) | |
| EMERCO, INC., a California Corporation, | ) | |
| d/b/a Imperial Industrial Coatings, | ) | |
| | ) | |
| Defendant. | ) | |
| EMERCO, INC., a California corporation d/b/a ) | | |
| Imperial Industrial Coatings, and the States for ) | | |
| Use and Benefit of EMERCO, INC., | ) | |
| | ) | |
| Counterclaimant/Third-party Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ABSOLUTE ENVIRONMENTAL SERVICES ) | | |
| INC., an Alaska corporation, et al., | ) | |
| | ) | |
| Cross-defendants/Third-party Defendants. | ) | |
| | ) | |

[PROPOSED] JUDGMENT
Case No. A03-0199CV (RRB)-- 1

Exhibit D, Page 1 of 3

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA for the ) |
| 2 | and benefit of ABSOLUTE ENVIRONMENTA ) SERVICES, INC., an Alaska Corporation, ) |
| 3 | ) Plaintiff, ) |
| 4 | vs. ) ) |
| 5 | SAFECO INSURANCE COMPANY OF ) AMERICA, a Washington Corporation. ) |
| 6 | ) Defendants. ) |
| 7 | BRECHAN ENTERPRISES, INC., an Alaska ) |
| 8 | corporation, ) ) |
| 9 | Counterclaim Plaintiff, ) vs. ) |
| 10 | ) |
| 11 | ABSOLUTE ENVIRONMENTAL SERVICES ) INC., an Alaska Corporation, ) |
| 12 | ) Counterclaim Defendant ) |
| 13 | BRECHAN ENTERPRISES, INC., an Alaska ) corporation, ) |
| 14 | ) |
| 15 | Third-Party Plaintiff, ) vs. ) |
| 16 | ) COFFMAN ENGINEERS, INC, a Washington ) |
| 17 | Corporation. ) ) |
| 18 | Third-Party Defendant. ) |
| 19 | ABSOLUTE ENVIRONMENTAL ) SERVICES, INC., an Alaska Corporation, ) |
| 20 | ) |
| 21 | Plaintiff/Cross-claimant, ) vs. ) |
| 22 | ) COFFMAN ENGINEERS, INC, a Washington ) |
| 23 | Corporation. ) ) |
| 24 | Third-Party Defendant. ) |
| 25 | |
| 26 | |

[PROPOSED] JUDGMENT
Case No. A03-0199CV (RRB)-- 2

This action came on for trial before the Court and a jury, Honorable Ralph R. Beistline, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, and the Court having duly decided issues regarding fees and interest, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC., recover of the defendant, EMERCO, INC., the sum of Two Hundred Five Thousand Sixty-Eight And 70/100 Dollars ($205,068.70), with prejudgment interest at the rate of 9.5 % per annum from August 7, 2003 in the amount of Seventy-Five Thousand Forty-Three and 91/100 Dollars ($75,043.91), attorneys' fees in the amount of ~~Two~~ One Hundred ~~Thirty-Seven~~ and Two Thousand ~~One~~ Five Hundred ~~Forty-Eight~~ Thirty-Four Dollars and thirty five cents and 0~~0/100 Dollars~~ (~~$237,148.00~~ $102,534.35) and costs as subject to subsequent petition. Interest shall accrue hereafter as authorized by law.

DATED this 14 day of June, 2007.

_(signature)_
The Honorable Ralph R. Beistline
United States District Court Judge

*Presented By:*
**Marston Elison, PLLC**

By s/Jami K. Elison
    Terry R. Marston II, WSBA No. 14440
    Jami K. Elison, WSBA No. 31007
Attorneys for Plaintiff Absolute Environmental Service, Inc.

---

I hereby certify that on the date given a copy of the forgoing was electronically filed with the Clerk of Court using the CM/ECF system and was served electronically on the following:

William R. Baerg, Patrick J. Duffy
Eric J. Brown
Robert J. Dickson
Michael E Kreger, Jacob Nist
James B. Stoetzer, Peter C. Partnow

s/Jami K. Elison      .

---

[PROPOSED] JUDGMENT
Case No. A03-0199CV (RRB)-- 3