**Kristy L. Martyn**

| | |
|---|---|
| **From:** | cmecfmail@akd.uscourts.gov |
| **Sent:** | Friday, July 06, 2007 4:48 PM |
| **To:** | cmecfmail@akd.uscourts.gov |
| **Subject:** | Activity in Case 3:03-cv-00199-RRB Absolute Environmental Services Inc. v. McKinley et al Costs Taxed |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## District of Alaska

## Notice of Electronic Filing

The following transaction was entered on 7/6/2007 at 3:47 PM ADT and filed on 7/6/2007
**Case Name:**   Absolute Environmental Services Inc. v. McKinley et al
**Case Number:**   3:03-cv-199
**Filer:**
**Document Number:** 637(No document attached)

**Docket Text:**
CLERK'S TAXATION OF COSTS: Cost bill hearing held on June 27, 2007 at 9:00 a.m. Counsel, Terry Marston for Absolute Environmental and William Baerg for Emerco, Inc appeared by telephone.Oral objts by def: opposed plfs proposal that defs share of costs be 33%. Believes their share should be 15.5%, also objected to the costs listed under other costs.Costs taxed: Fees of the clerk taxed in the amount of $350.00. Fees for service of summons and subpoenas taxed in the amount of $463.00. Fees of the court reporter: Forrest McKinley $3,069.20; Margaret Wilson $844.50; Anita Repanich $1,572.50; Martin Boivin $834.30; Bryant Chandler $912.35; Ralph Pruett Vol I $459.97 Vol II $1,049.48; Matt Holmstrom $1,620.10; William Oliver $1,149.75; Mark Schilling $3,333.18; David Olson (video) $81.83; Matt Holmstrom (video) $878.00 and $1,443.70; Mike Lembke $700.80. Video deps agreed to by parties. Total deposition costs: $17,949.66. Condenses e-transcripts, delivery-filing charges, rough drafts, electronic transcripts, exhibits scanned to disk not taxable by the clerk.Fees of witnesses: J. Tenderella $85.00; Hardenbergh $40.00; Wilson (2 days) $80.00; Repanich (2 days) $80.00; J. Johnson $40.00; Oliver $40.00; Romine $40.00; M. Andersen $40.00; Swalling $40.00; McKinley $40.00; Lembke $1,619.70; J. Hailey $40.00. Total witness fees cost: $2,184.70. Rental car, parking and shipping expenses not taxable by the clerk.Fees for exemplification and copies of papers necessarily obtained for use in the case taxed in the amount of $4,121.60. Set-up charges, tabs, collating, Bates labels, restapeling, CD Rom, bond paper, special stock, postage, and CD reproduction not taxable by the clerk.Other costs: David Olson 13 air fares $4,900.80; Jeremy Hailey air fare $695.70; hotel for witness Olson $3,240.00; Costs for court filings; (counsel withdrew their request for two charges from the USDC in CA). Filing fee in USDC WWA taxed $39.00. Total other costs $8,875.50.Courier service, certifications for non registered entities, mediation fees, and conference calls not taxable by the clerk. Total costs taxed for plaintiff Absolute Environmental Services, Inc. in the amount of $33,944.46. Emercos portion of this amount is $11,314.82. Counsels attention is directed to FRCP 54(d)(1) review

of costs. (CPB, COURT STAFF)

**3:03-cv-199 Notice has been electronically mailed to:**

William R. Baerg    baerg@mmlawyers.com, raspa@mmlawyers.com

Eric J. Brown    ebrown@jdolaw.com, sgreen@jdolaw.com

Robert J. Dickson    acgecf@acglaw.com, jkt@acglaw.com, rjd@acglaw.com

Patrick J. Duffy, III    duffy@mmlawyers.com, mduffy@mmlawyers.com

Jami K. Elison    jami@marstonelison.com, kristy@marstonelison.com

Michael E. Kreger    mkreger@perkinscoie.com, ajarrell@perkinscoie.com, ancefiling@perkinscoie.com, jkearse@perkinscoie.com, jnist@perkinscoie.com, mbast@perkinscoie.com

Thomas A. Larkin    tlarkin@lawssg.com

Terry R. Marston    terry@marstonelison.com, kristy@marstonelison.com

Paul J. Nangle    PaulJ.Nangle@acsalaska.net, kr.pjn@acsalaska.net

Peter C. Partnow    partnowp@lanepowell.com, demaagdd@lanepowell.com, gerkenl@lanepowell.com, jensonj@lanepowell.com, USDC-AK@lanepowell.com, wagnerf@lanepowell.com

James B. Stoetzer    stoetzerj@lanepowell.com, flabela@lanepowell.com, killing@lanepowell.com, niemerj@lanepowell.com, nordinp@lanepowell.com

**3:03-cv-199 Notice has been delivered by other means to:**