Terry R. Marston, *pro hac vice*, terry@marstonelison.com
Jami K. Elison, *pro hac vice*, jami@marstonelison.com
Jesse P. Elison, *pro hac vice*, jesse@marstonelison.com
MARSTONELISON, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorneys for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br> Plaintiff, <br> vs. <br><br> FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. <br><br> Defendants. | Case No.: A03-0199CV (RRB) <br><br><br><br><br> **DECLARATION OF JASON PETERSON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST FORREST J. McKINLEY** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC., <br><br> Counterclaimant/Third-party Claimant, <br><br> v. <br><br> ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al., <br><br> Cross-defendants/Third-party Defendants. | |

| | |
|---|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | )<br>)<br>)<br>)<br>) |
| Plaintiff, vs. | )<br>)<br>) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | )<br>)<br>) |
| Defendants. | )<br>) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | )<br>)<br>) |
| Counterclaim Plaintiff, vs. | )<br>)<br>) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | )<br>)<br>) |
| Counterclaim Defendant. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | )<br>)<br>) |
| Third-Party Plaintiff, vs. | )<br>)<br>) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | )<br>)<br>) |
| Third-Party Defendant. | ) |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, | )<br>)<br>) |
| Plaintiff/Cross-claimant, vs. | )<br>)<br>) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | )<br>)<br>) |
| Third-Party Defendant. | ) |

DECLARATION OF JASON PETERSON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
AGAINST FORREST J. McKINLEY

I, Jason Peterson, being first duly sworn, declare under penalty of perjury as follows:

1. I am the vice president and lead estimator for Absolute Environmental Services, Inc. ("Absolute"), an Alaska corporation with its principal place of business in Anchorage, Alaska. I have personal knowledge of the facts set forth below.

2. I was introduced to Tom Puett by David Olson, the president of Absolute Environmental Services, Inc.

3. When I first became acquainted with Mr. Puett, he was working for a firm by the name of Techno Coatings.

4. Mr. Puett submitted a sub-bid to Absolute for Phase I of the Kodiak Wharf renovation project on behalf of Techno Coatings.

5. When we were invited to submit a proposal to perform Phase II of the Cargo Wharf project, I worked with Mr. Puett again to put together a proposal for Brechan Enterprises utilizing a sub-bid from Mr. Puett's new employer, <u>Imperial Industrial Coatings</u>.

6. We had several conversations in the course of identifying what the scope of work was for Phase II, what portions were to be performed by Absolute, what portions were to be performed by Imperial, what the schedule would be, and what Imperial would be paid for its work.

7. After we reached agreement on the terms, a subcontract for the work was signed.

8. The parties named in the contract were identified as "Absolute Environmental Services, Inc.' and "Imperial Industrial Coatings" because I had never been told that Imperial Industrial Coatings was a fictitious business name for Emerco, Inc.

DECLARATION OF JASON PETERSON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
AGAINST FORREST J. McKINLEY

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25 day of July, 2007 at Anchorage, Alaska.

*Jason Peterson* (signature)
Jason Peterson

DECLARATION OF JASON PETERSON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
AGAINST FORREST J. McKINLEY