ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930
(duffy@mmlawyers.com)
(baerg@mmlawyers.com)

Attorneys for Defendant and
Forrest J. McKinley

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>          Defendants. | CASE NO. A-03-0199 Civil (RRB)<br><br>**[PROPOSED] ORDER DENYING SUMMARY JUDGMENT** |

1  THIS MATTER came before the Court on Absolute Environmental Services, Inc.'s
2  motion for summary judgment against Forrest J. McKinley as Agent of Undisclosed Principal.
3  Having considered the motion, the opposition and the reply, the memorandum of points and
4  authorities, the declarations and exhibits, and oral argument of counsel, the Court DENIES the
5  motion.

8  DATED: _____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Ralph R. Beistline
9　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

## CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on August 9, 2007, a copy of the foregoing was electronically filed with the Clerk of the United States District Court, District of Alaska, using the CM/ECF System and was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com

Eric J. Brown, ebrown@jdolaw.com

Robert J. Dickson, acgecf@acglaw.com

Patrick J. Duffy, III, duffy@mmlawyers.com

Jami K. Elison, jamie@marstonelison.com

Michael E. Kreger, mkreger@perkinscoie.com

Thomas A. Larkin, tlarkin@lawssg.com

Terry R. Marston, terry@marstonelison.com

Paul J. Nangle, PaulJ.Nangle@acsalaska.net

Jacob B. Nist, jnist@perkinscoie.com

Peter C. Partnow, PartnowP@LanePowell.com

James B. Stoetzer, StoetzerJ@LanePowell.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 9, 2007, at Los Angeles, California.

*/s/ Sallie Raspa*
SALLIE RASPA