ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930
(duffy@mmlawyers.com)
(baerg@mmlawyers.com)

Attorneys for Defendant and
Forrest J. McKinley

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>    Defendants. | CASE NO. A-03-0199 Civil (RRB)<br><br>**DECLARATION OF FORREST J. McKINLEY IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

### DECLARATION OF FORREST J. McKINLEY

I, Forrest J. McKinley, declare:

1. I am the president of Emerco, Inc., doing business as Imperial Industrial Coatings. Imperial Industrial Coatings is the trade name of Emerco, Inc., which is a California corporation, incorporated in April of 2000. The corporation, and the trade name, were in good standing at the time of the subcontract was entered into and performed. Attached hereto as Exhibit 1 is a true and correct copy of the Proof of Publication of the fictitious business name statement for Imperial Industrial Coatings, dated October 17, 2000. I signed the subcontract agreement between Imperial Industrial Coatings and Absolute Environmental Services, Inc., as the president of Imperial Industrial Coatings. I also furnished the contractor's license for Imperial Industrial Coatings which is 784961.

2. I have worked in the construction industry for over 20 years. In my experience, a reasonably prudent contractor always verifies the license status of any subcontractor with whom it does business

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 9th day of August, 2007, in _____, California.

_____
FORREST J. McKINLEY

## CERTIFICATE OF SERVICE BY ECF

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I certify that on August 9, 2007, a copy of the foregoing was electronically filed with the Clerk of the United States District Court, District of Alaska, using the CM/ECF System and was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com

Eric J. Brown, ebrown@jdolaw.com

Robert J. Dickson, acgecf@acglaw.com

Patrick J. Duffy, III, duffy@mmlawyers.com

Jami K. Elison, jamie@marstonelison.com

Michael E. Kreger, mkreger@perkinscoie.com

Thomas A. Larkin, tlarkin@lawssg.com

Terry R. Marston, terry@marstonelison.com

Paul J. Nangle, PaulJ.Nangle@acsalaska.net

Jacob B. Nist, jnist@perkinscoie.com

Peter C. Partnow, PartnowP@LanePowell.com

James B. Stoetzer, StoetzerJ@LanePowell.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 9, 2007, at Los Angeles, California.

*/s/ Sallie Raspa*
SALLIE RASPA