**DAILY JOURNAL CORPORATION**
California Newspaper Service Bureau
P O Box 54026  Los Angeles  CA 90054-0026
Phone: (213) 229-5500    Fax: (213) 625-0552

09/20/00

Order #: CNS-1801107
IMPERIAL INDUSTRIAL COATINGS

FORREST J. MCKINLEY
21813 PICO
GRAND TERRACE CA 92313

Dear Customer,

    The order listed above has been received and processed. The following services will be performed:

```
FBN PUBLICATION    NEWSPAPER: THE SUN (SAN BERNARDINO)
   ON:  09/25/00   10/02/00   10/09/00   10/16/00
```

Thank you for using the California Newspaper Service Bureau.

Order Processing Department

IIC-003953

EXHIBIT 1 - Page 1 of 2

THE SUN
399 North "D" Street
San Bernardino, CA 92401
(909) 397-3986

*This space for filing stamp only*

**ORIGINAL FILED**

OCT 17 2000

COUNTY CLERK, HALL OF RECORDS
SAN BERNARDINO COUNTY

FORREST J. MCKINLEY
21813 PICO
GRAND TERRACE CA 92313

CNS1801107

**FICTITIOUS BUSINESS NAME STATEMENT**

FBN Number: 2000-09748
Original Filed: San Bernardino
County Clerk
Date: 09/20/2000

Began Transacting Business: Not Applicable
Business Is Conducted By: A Corporation AI#2229566 State: CA
Business Address: 21813 Pico, Grand Terrace, CA 92313
Phone: —
Fictitious Business Name(s): IMPERIAL INDUSTRIAL COATINGS
Registrant: Emerco, Inc.
Registrant Address: 21813 Pico, Grand Terrace, CA 92313
/s/ FORREST J. MCKINLEY
This Statement was filed with the County Clerk of SAN BERNARDINO COUNTY.
THIS FICTITIOUS NAME STATEMENT EXPIRES FIVE YEARS FROM THE DATE IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THAT TIME. THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14400, ET SEQ, BUSINESS AND PROFESSIONS CODE).
Expires On: 09/20/2005
BY: CARLA MIMS, Deputy
09/25/00, 10/02/00, 10/09/00, 10/16/00
SBS- 1578671

Proof of Publication

(2015.5 C.C.P.)

IMPERIAL INDUSTRIAL COATINGS

I am a citizen of the United States, over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the representative of the printer and publisher of The Sun, a daily newspaper printed and published in the English language in the City of San Bernardino, County of San Bernardino, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of San Bernardino, State of California, under date of June 20, 1952, Case No. 73084. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

09/25/00, 10/02/00, 10/09/00
10/16/00

EXECUTED ON : 10/16/00
AT RIVERSIDE, CALIFORNIA

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

........ *E. Parra* ........
Signature

**IIC-003954**

EXHIBIT 1 — Page 2 of 2