ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930
(duffy@mmlawyers.com)
(baerg@mmlawyers.com)

Attorneys for Defendant and
Forrest J. McKinley

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>　　　Defendants. | CASE NO. A-03-0199 Civil (RRB)<br><br>**DECLARATION OF WILLIAM R. BAERG IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

## DECLARATION OF WILLIAM R. BAERG

I, William R. Baerg, declare:

1.  I am an attorney at law licensed by the State of California and specially admitted to this honorable court for the within case. I represent Forrest J. McKinley.

2.  Attached hereto as Exhibit 1 is a true and correct copy of page 5, 38, 39 and 162 of volume 1 of the deposition transcript of David E. Olson, taken on March 7, 2005.

3.  Attached hereto as Exhibit 2 is a true and correct copy of a 2 page document I printed from the California Contractor's State License Board, found at www.clsb.ca.gov. I typed in the license number 784961 and these pages were produced, which I subsequently printed.

Executed at Los Angeles, California this 9th day of August, 2007.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

_____

WILLIAM R. BAERG

## CERTIFICATE OF SERVICE BY ECF

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I certify that on August 9, 2007, a copy of the foregoing was electronically filed with the Clerk of the United States District Court, District of Alaska, using the CM/ECF System and was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com

Eric J. Brown, ebrown@jdolaw.com

Robert J. Dickson, acgecf@acglaw.com

Patrick J. Duffy, III, duffy@mmlawyers.com

Jami K. Elison, jamie@marstonelison.com

Michael E. Kreger, mkreger@perkinscoie.com

Thomas A. Larkin, tlarkin@lawssg.com

Terry R. Marston, terry@marstonelison.com

Paul J. Nangle, PaulJ.Nangle@acsalaska.net

Jacob B. Nist, jnist@perkinscoie.com

Peter C. Partnow, PartnowP@LanePowell.com

James B. Stoetzer, StoetzerJ@LanePowell.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 9, 2007, at Los Angeles, California.

_____
SALLIE RASPA