

California Home                                                         Wednesday, August 08, 2007

**License Detail**  
**Contractor License # 784961**

CALIFORNIA CONTRACTORS STATE LICENSE BOARD

### DISCLAIMER

A license status check provides information taken from the CSLB license data base. Before relying on this information, you should be aware of the following limitations:

- CSLB complaint disclosure is restricted by law (B&P 7124.6). If this entity is subject to public complaint disclosure, a link for complaint disclosure will appear below. Click on the link or button to obtain complaint and/or legal action information.
- Per B&P 7071.17, only construction related civil judgments reported to the CSLB are disclosed.
- Arbitrations are not listed unless the contractor fails to comply with the terms of the arbitration.
- Due to workload, there may be relevant information that has not yet been entered onto the Board's license data base.

Extract Date: **08/08/2007**

\* \* \* **Business Information** \* \* \*

EMERCO INC  
dba IMPERIAL INDUSTRIAL COATINGS  
1186 CENTER STREET SUITE A  
RIVERSIDE, CA 92507  
Business Phone Number: (951) 779-2900

Entity: **Corporation**  
Issue Date: **09/25/2000**   Expire Date: **09/30/2008**

\* \* \* **License Status** \* \* \*

This license is current and active. **All information below should be reviewed.**

\* \* \* **Classifications** \* \* \*

| Class | Description |
|-------|-------------|
| C33   | PAINTING AND DECORATING |

\* \* \* **Bonding Information** \* \* \*

**CONTRACTOR'S BOND:** This license filed Contractor's Bond number **164560** in the amount of **$12,500** with the bonding company  
**AMERICAN CONTRACTORS INDEMNITY COMPANY.**  
Effective Date: **01/01/2007**

**Contractor's Bonding History**

EXHIBIT 2 - Page 1 of 2

**BOND OF QUALIFYING INDIVIDUAL(1):** The Responsible Managing Officer (RMO) FORREST JAMES MC KINLEY certified that he/she owns 10 percent or more of the voting stock/equity of the corporation. A bond of qualifying individual is **not** required.
Effective Date: **11/19/2004**

### * * * Workers Compensation Information * * *

This license has workers compensation insurance with the
**STATE COMPENSATION INSURANCE FUND**
Policy Number: **046-0009515** Effective Date: **01/01/2003** Expire Date: **01/01/2008**

Workers Compensation History

### * * * Miscellaneous Information * * *

| Date | Description |
|---|---|
| 11/21/2004 | CLASS D38 REMOVED |

**Personnel listed on this license (current or disassociated) are listed on other licenses.**

Personnel List    Other Licenses

License Number Request    Contractor Name Request    Personnel Name Request

Salesperson Request    Salesperson Name Request

© 2006 State of California. Conditions of Use Privacy Policy

EXHIBIT 2 - Page 2 of 2