UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL SERVICES, INC.   v.   FORREST J. McKINLEY, et al.
THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                                    CASE NO.  3:03-CV-00199-RRB

John W. Erickson, Jr.                               DATE: August 22, 2007

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING ABSOLUTE'S MOTION FOR SUMMARY JUDGMENT**

---

At Docket 639 is Plaintiff Absolute Environmental Services, Inc. ("Absolute") with a Motion for Summary Judgment against Forrest J. McKinley as Agent of Undisclosed Principal. The motion is opposed at Docket 645.

Having thoroughly examined the relevant memoranda, exhibits and declarations, the Court **GRANTS** Plaintiff's Motion for Summary Judgment at **Docket 639**.[1]

Moreover, the Court finds Defendant Forrest J. McKinley jointly liable for the judgment entered against Defendant Emerco, Inc., in the final judgment amount of $382,646,96, plus taxable costs at $11,314.82, for a total reward of $393,961.78, and post-judgment interest that shall accrue hereafter as authorized by law.

Trial in this matter is hereby **VACATED**.

---

[1] Inasmuch as the Court concludes the parties have submitted memoranda thoroughly discussing the law and evidence in support of their positions, it further concludes oral argument is neither necessary nor warranted with regard to the instant matter. See Mahon v. Credit Bureau of Placer County Inc., 171 F.3d 1197, 1200 (9th Cir.1999)(explaining that if the parties provided the district court with complete memoranda of the law and evidence in support of their positions, ordinarily oral argument would not be required).

ORDER GRANTING ABSOLUTE'S MOTION FOR SUMMARY JUDGMENT AT DOCKET 639