ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930
(duffy@mmlawyers.com)
(baerg@mmlawyers.com)

Attorneys for Defendant and Cross-Claimant
EMERCO, INC. dba Imperial Industrial Coatings
and for Defendant Forrest J. McKinley

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. A-03-0199 Civil (RRB)<br><br>**NOTICE OF APPEAL** |

　　　　Notice is hereby given that Forrest J. McKinley, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Minute Order From Chambers Granting Absolute's Motion for

1  Summary Judgment [Docket No. 650] entered in this action on the 22nd day of
2  August, 2007.
3
4
5  DATED: September 20, 2007            _____
6                                       PATRICK J. DUFFY, III
                                        WILLIAM R. BAERG
7                                       MONTELEONE & McCRORY LLP
                                        Attorneys for Appellant
8                                       725 S. Figueroa Street, Suite 3200
                                        Los Angeles, California 90017
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEAL
Page 2

## CERTIFICATE OF SERVICE BY ECF

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I certify that on September 20, 2007, a copy of the foregoing was electronically filed with the Clerk of the United States District Court, District of Alaska, using the CM/ECF System and was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, III, duffy@mmlawyers.com
Jami K. Elison, jamie@marstonelison.com
Michael E. Kreger, mkreger@perkinscoie.com
Thomas A. Larkin, tlarkin@lawssg.com
Terry R. Marston, terry@marstonelison.com
Paul J. Nangle, PaulJ.Nangle@acsalaska.net
Jacob B. Nist, jnist@perkinscoie.com
Peter C. Partnow, PartnowP@LanePowell.com
James B. Stoetzer, StoetzerJ@LanePowell.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 20, 2007, at Los Angeles, California.

*Sallie Raspa*
SALLIE RASPA