A-11 (rev. 7/00)                                                                            Page 1 of 2



USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: Absolute Environmental Services, Inc., an Alaska corporation vs. Forrest J. McKinley, an individual d/b/a "Imperial Industrial Coatings" and Emerco, Inc., a California Corporation, d/b/a Imperial Industrial Coatings | DISTRICT: ALASKA     JUDGE: Ralph R. Beistline |
|---|---|
| | DISTRICT COURT NUMBER: A-03-0199 Civil (RRB) |
| | DATE NOTICE OF APPEAL FILED: 09/20/2007    IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**
Motion for Summary Judgment to hold Defendant Forrest J. McKinley liable as the agent of an undisclosed principal granted.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**
Facts supporting Court's finding in dispute. Undisputed facts do not support order granting motion as a matter of law.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POSTJUDGMENT MOTIONS):**
Plaintiff may file motions for additional attorneys' fees, costs and interest.

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify) _____
_____

☐ Any other information relevant to the inclusion of this case in the Mediation Program _____
_____
_____ ☐

Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

**LOWER COURT INFORMATION**

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
| ☐ FEDERAL QUESTION | ☒ FINAL DECISION OF DISTRICT COURT | ☐ DEFAULT JUDGMENT | ☒ DAMAGES: SOUGHT $ 1,327,899 AWARDED $ 205,068.70 |
| ☒ DIVERSITY | ☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT | ☐ DISMISSAL/JURISDICTION | |
| ☐ OTHER (SPECIFY): | | ☐ DISMISSAL/MERITS | ☐ INJUNCTIONS: |
| | | ☒ SUMMARY JUDGMENT | ☐ PRELIMINARY |
| | ☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY): | ☐ JUDGMENT/COURT DECISION | ☐ PERMANENT |
| | | ☒ JUDGMENT/JURY VERDICT | ☐ GRANTED |
| | | ☐ DECLARATORY JUDGMENT | ☐ DENIED |
| | | ☐ JUDGMENT AS A MATTER OF LAW | ☒ ATTORNEY FEES: SOUGHT $ 875,372.54 AWARDED $ 102,534.35 |
| | ☐ OTHER (SPECIFY): | ☐ OTHER (SPECIFY): | ☒ ~~PENDING~~ Pre-judgment Interest $75,043.91 |
| | | | ☒ COSTS: $ 11,314.82 |

### CERTIFICATION OF COUNSEL

I CERTIFY THAT:

1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_[signature]_  September 20 2007
Signature  WILLIAM R. BAERG        Date

### COUNSEL WHO COMPLETED THIS FORM

NAME: William R. Baerg

FIRM: Monteleone & McCrory, LLP

ADDRESS: 725 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017-5446

E-MAIL: baerg@mmlawyers.com

TELEPHONE: (213) 612-9900

FAX: (213) 612-9930

**✶THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL✶**
**✶IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS✶**

# CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on September 20, 2007, a copy of the foregoing was electronically filed with the Clerk of the United States District Court, District of Alaska, using the CM/ECF System and was served electronically on the following:

- William R. Baerg, baerg@mmlawyers.com
- Eric J. Brown, ebrown@jdolaw.com
- Robert J. Dickson, acgecf@acglaw.com
- Patrick J. Duffy, III, duffy@mmlawyers.com
- Jami K. Elison, jamie@marstonelison.com
- Michael E. Kreger, mkreger@perkinscoie.com
- Thomas A. Larkin, tlarkin@lawssg.com
- Terry R. Marston, terry@marstonelison.com
- Paul J. Nangle, PaulJ.Nangle@acsalaska.net
- Jacob B. Nist, jnist@perkinscoie.com
- Peter C. Partnow, PartnowP@LanePowell.com
- James B. Stoetzer, StoetzerJ@LanePowell.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 20, 2007, at Los Angeles, California.

_/s/ Sallie Raspa_
SALLIE RASPA