## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL SERVICES, INC.    v.    FORREST J. McKINLEY, et al.
THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                          CASE NO.  3:03-CV-00199-RRB

John W. Erickson, Jr.                     DATE: August 22, 2007

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **GRANTING ABSOLUTE'S MOTION FOR SUMMARY JUDGMENT**

At Docket 639 is Plaintiff Absolute Environmental Services, Inc. ("Absolute") with a Motion for Summary Judgment against Forrest J. McKinley as Agent of Undisclosed Principal. The motion is opposed at Docket 645.

Having thoroughly examined the relevant memoranda, exhibits and declarations, the Court **GRANTS** Plaintiff's Motion for Summary Judgment at **Docket 639**.[1]

Moreover, the Court finds Defendant Forrest J. McKinley jointly liable for the judgment entered against Defendant Emerco, Inc., in the final judgment amount of $382,646,96, plus taxable costs at $11,314.82, for a total reward of $393,961.78, and post-judgment interest that shall accrue hereafter as authorized by law.

Trial in this matter is hereby **VACATED**.

---

[1] Inasmuch as the Court concludes the parties have submitted memoranda thoroughly discussing the law and evidence in support of their positions, it further concludes oral argument is neither necessary nor warranted with regard to the instant matter. See Mahon v. Credit Bureau of Placer County Inc., 171 F.3d 1197, 1200 (9th Cir.1999)(explaining that if the parties provided the district court with complete memoranda of the law and evidence in support of their positions, ordinarily oral argument would not be required).

**Sallie Raspa**

| | |
|---|---|
| **From:** | cmecfmail@akd.uscourts.gov |
| **Sent:** | Wednesday, August 22, 2007 4:06 PM |
| **To:** | cmecfmail@akd.uscourts.gov |
| **Subject:** | Activity in Case 3:03-cv-00199-RRB Absolute Environmental Services Inc. v. McKinley et al Order on Motion for Summary Judgment |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Alaska

### Notice of Electronic Filing

The following transaction was entered on 8/22/2007 at 3:05 PM ADT and filed on 8/22/2007
**Case Name:** Absolute Environmental Services Inc. v. McKinley et al
**Case Number:** 3:03-cv-199
**Filer:**
**Document Number:** 650

**Docket Text:**
ORDER granting [639] Motion for Summary Judgment and Vacating Trial Date. (JPS, COURT STAFF)

### 3:03-cv-199 Notice has been electronically mailed to:

William R. Baerg    baerg@mmlawyers.com, raspa@mmlawyers.com

Eric J. Brown    ebrown@jdolaw.com, sgreen@jdolaw.com

Robert J. Dickson    acgecf@acglaw.com, jkt@acglaw.com, rjd@acglaw.com

Patrick J. Duffy , III    duffy@mmlawyers.com, mduffy@mmlawyers.com

Jami K. Elison    jami@marstonelison.com, kristy@marstonelison.com

Michael E. Kreger    mkreger@perkinscoie.com, ajarrell@perkinscoie.com, ancefiling@perkinscoie.com, jkearse@perkinscoie.com, jnist@perkinscoie.com, mbast@perkinscoie.com

Thomas A. Larkin    tlarkin@lawssg.com

Terry R. Marston    terry@marstonelison.com, kristy@marstonelison.com

Paul J. Nangle    PaulJ.Nangle@acsalaska.net, kr.pjn@acsalaska.net

Peter C. Partnow    partnowp@lanepowell.com, demaagdd@lanepowell.com, gerkenl@lanepowell.com,

jensonj@lanepowell.com, USDC-AK@lanepowell.com, wagnerf@lanepowell.com

James B. Stoetzer    stoetzerj@lanepowell.com, flabela@lanepowell.com, killing@lanepowell.com, niemerj@lanepowell.com, nordinp@lanepowell.com

**3:03-cv-199 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=8/22/2007] [FileNumber=221892-0]
[a8ce3a67095d9f4189cc673a499dd4f8e5cfd442174728870485f1d28dc435ac2788
105fa9f1db2b7569ff2c2b89ec3bb3be771487130a844368330eca86b5b3]]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENT SERVICES,
INC., an Alaska Corporation,

      Plaintiff,

vs.

FORREST J. MCKINLEY, et al.,

      Defendants.

Case No. 3:03-CV-0199-RRB

**ORDER RE FINAL JUDGMENT**

        The parties continue to complicate what has already proven to be a very complicated case. The jury, however, has spoken and it is clear, at least to the Court, how this matter should be resolved.

        Imperial lost its claim against Absolute. That matter is over.

        Absolute won its claim against Imperial, Brechan, and Coffman.

        Absolute has settled with Coffman. That matter is over.

The only remaining issue as to Imperial and Brechan is the proper amount of the Judgment.

Absolute also won its claim against Safeco, although further motion practice is required to determine the extent of Safeco's responsibility in this matter and what offset the remaining parties are entitled to.

Other than the Safeco matter, there are no further legitimate issues regarding offset or contribution, for no other culpable parities were identified by the jury and the jury determined the total damages and relative portion of fault among the parties.  One possible exception to this is the issue of attorney fees, for the Plaintiff cannot obviously be compensated twice for the same work.

Absolute's general damages were $1,250,000.

Absolute is entitled to Judgment against Brechan for 47.5% of $1,250,000, or $593,750, plus $10,000 for unpaid contract balance (verdict 35), plus $35,515.50 as the unpaid balance of worked performed by Absolute on Phase 1 (verdict 30), for a total of $639,265.50, plus costs, interest, and attorney fees.

Absolute is entitled to Judgment against Imperial for 12.5% of $1,250,000, or $156,250, plus $48,818.70 for the KTA Quality Control service (verdict 34), for a total of $205,068.70, plus costs, interest, and attorney fees.

ORDER RE FINAL JUDGMENT - 2
3:03-CV-0199-RRB

With this clarification, the parties should now proceed
to complete the motion practice regarding Safeco and with regard to
the issue of attorney fees.  Thereafter, a final Judgment can enter
and the appeal process can begin.

Absolute's request for sanctions is without merit.

ENTERED this 7th day of March, 2007.

                              S/RALPH R. BEISTLINE
                              UNITED STATES DISTRICT JUDGE

**Sallie Raspa**

| | |
|---|---|
| **From:** | cmecfmail@akd.uscourts.gov |
| **Sent:** | Wednesday, March 07, 2007 12:38 PM |
| **To:** | cmecfmail@akd.uscourts.gov |
| **Subject:** | Activity in Case 3:03-cv-00199-RRB Absolute Environmental Services Inc. v. McKinley et al "Order" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Alaska

Notice of Electronic Filing

The following transaction was received from JPS, COURT STAFF entered on 3/7/2007 at 11:37 AM AST and filed on 3/7/2007

| | |
|---|---|
| **Case Name:** | Absolute Environmental Services Inc. v. McKinley et al |
| **Case Number:** | 3:03-cv-199 |
| **Filer:** | |
| **Document Number:** | 567 |

**Docket Text:**
ORDER REGARDING FINAL JUDGMENT. (JPS, COURT STAFF)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=3/7/2007] [FileNumber=166705-0]
[1b026691d0a71e691bc083fae8b39175c0e3e51b1614df9d19c33498ae52977c05b16
87145a19a5e230b5b3641a67dba442eed587190a16fad0e8066f091eaa3]]

**3:03-cv-199 Notice will be electronically mailed to:**

William R. Baerg    baerg@mmlawyers.com, raspa@mmlawyers.com

Eric J. Brown    ebrown@jdolaw.com, sgreen@jdolaw.com

Robert J. Dickson    acgecf@acglaw.com, jkt@acglaw.com; rjd@acglaw.com

Patrick J. Duffy , III    duffy@mmlawyers.com, mduffy@mmlawyers.com

Jami K. Elison    jamie@mhf-law.com, kristym@mhf-law.com

Michael E. Kreger    mkreger@perkinscoie.com, ancefiling@perkinscoie.com; jkearse@perkinscoie.com; ajarrell@perkinscoie.com; jnist@perkinscoie.com; mbast@perkinscoie.com

Thomas A. Larkin    tlarkin@lawssg.com

9/20/2007

Terry R. Marston !    terry@marstonelison.com, kristy@marstonelison.com

Peter C. Partnow    partnowp@lanepowell.com, jensonj@lanepowell.com; gerkenl@lanepowell.com; wagnerf@lanepowell.com; biggerstaffn@lanepowell.com; USDC-AK@lanepowell.com

James B. Stoetzer    stoetzerj@lanepowell.com, flabela@lanepowell.com, niemerj@lanepowell.com; nordinp@lanepowell.com; killing@lanepowell..com

**3:03-cv-199 Notice will be delivered by other means to:**

Paul J. Nangle
Paul J. Nangle & Associates
101 Christensen Drive
Anchorage, AK 99501

Terry R. Marston, *pro hac vice*, terry@marstonelison.com
Jami K. Elison, *pro hac vice*, jami@marstonelison.com
MARSTON ELISON, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, <br><br> Defendant. | Case No.: A03-0199CV (RRB) <br><br><br><br> **JUDGMENT** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC., <br><br> Counterclaimant/Third-party Claimant, <br><br> v. <br><br> ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al., <br><br> Cross-defendants/Third-party Defendants. | |

[PROPOSED] JUDGMENT
Case No. A03-0199CV (RRB)-- 1

THE UNITED STATES OF AMERICA for the)
and benefit of ABSOLUTE ENVIRONMENT/)
SERVICES, INC., an Alaska Corporation,        )
                                              )
                Plaintiff,                    )
         vs.                                  )
                                              )
SAFECO INSURANCE COMPANY OF                   )
AMERICA, a Washington Corporation.            )
                                              )
                Defendants.                   )

BRECHAN ENTERPRISES, INC., an Alaska )
corporation,                                  )
                                              )
                     Counterclaim Plaintiff,  )
         vs.                                  )
                                              )
ABSOLUTE ENVIRONMENTAL SERVICES)
INC., an Alaska Corporation,                  )
                                              )
                     Counterclaim Defendant)

BRECHAN ENTERPRISES, INC., an Alaska )
corporation,                                  )
                                              )
                     Third-Party Plaintiff,   )
         vs.                                  )
                                              )
COFFMAN ENGINEERS, INC, a Washington)
Corporation.                                  )
                                              )
                     Third-Party Defendant.   )

ABSOLUTE ENVIRONMENTAL                        )
SERVICES, INC., an Alaska Corporation,        )
                                              )
                     Plaintiff/Cross-claimant,)
         vs.                                  )
                                              )
COFFMAN ENGINEERS, INC, a Washington)
Corporation.                                  )
                                              )
                     Third-Party Defendant.   )

[PROPOSED] JUDGMENT
Case No. A03-0199CV (RRB)-- 2

This action came on for trial before the Court and a jury, Honorable Ralph R. Beistline,

District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its

verdict, and the Court having duly decided issues regarding fees and interest, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the plaintiff ABSOLUTE

ENVIRONMENTAL SERVICES, INC., recover of the defendant, EMERCO, INC., the sum of

Two Hundred Five Thousand Sixty-Eight And 70/100 Dollars ($205,068.70), with prejudgment

interest at the rate of 9.5 % per annum from August 7, 2003 in the amount of Seventy-Five

Thousand Forty-Three and 91/100 Dollars ($75,043.91), attorneys' fees in the amount of ~~Two~~ One

Hundred ~~Thirty-Seven~~ and Two Thousand ~~One~~ Five Hundred ~~Forty-Eight~~ Thirty-Four Dollars and thirty five cents and 00/100 ~~Dollars~~ ~~($237,148.00).~~ ($102,534.35)

and costs as subject to subsequent petition. Interest shall accrue hereafter as authorized by law.

DATED this 14 day of June , 2007.

The Honorable Ralph R. Beistline
United States District Court Judge

*PRESENTED BY:*
**MARSTON ELISON, PLLC**

By s/Jami K. Elison
        Terry R. Marston II, WSBA No. 14440
        Jami K. Elison, WSBA No. 31007
Attorneys for Plaintiff Absolute Environmental Service, Inc.

I hereby certify that on the date given a copy of the forgoing was
electronically filed with the Clerk of Court using the CM/ECF
system and was served electronically on the following:

William R. Baerg, Patrick J. Duffy
Eric J. Brown
Robert J. Dickson
Michael E Kreger, Jacob Nist
James B. Stoetzer, Peter C. Partnow

s/Jami K. Elison

[PROPOSED] JUDGMENT
Case No. A03-0199CV (RRB)-- 3

**Sallie Raspa**

| | |
|---|---|
| **From:** | cmecfmail@akd.uscourts.gov |
| **Sent:** | Friday, June 15, 2007 3:06 PM |
| **To:** | cmecfmail@akd.uscourts.gov |
| **Subject:** | Activity in Case 3:03-cv-00199-RRB Absolute Environmental Services Inc. v. McKinley et al Judgment |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Alaska

**Notice of Electronic Filing**

The following transaction was entered on 6/15/2007 at 2:05 PM ADT and filed on 6/15/2007

**Case Name:**    Absolute Environmental Services Inc. v. McKinley et al
**Case Number:**    3:03-cv-199
**Filer:**
**Document Number:** 632

**Docket Text:**
JUDGMENT in favor of Absolute Environmental Services Inc. against Emerco Inc., sum of $205,068.70, prejudgment interest from 08/07/03 in the amount of $75,043.91, attorney fees in the amount of $102,534.35. Signed by Judge Ralph R. Beistline on 06/14/2007. (LGK, COURT STAFF)

**3:03-cv-199 Notice has been electronically mailed to:**

William R. Baerg    baerg@mmlawyers.com, raspa@mmlawyers.com

Eric J. Brown    ebrown@jdolaw.com, sgreen@jdolaw.com

Robert J. Dickson    acgecf@acglaw.com, jkt@acglaw.com, rjd@acglaw.com

Patrick J. Duffy , III    duffy@mmlawyers.com, mduffy@mmlawyers.com

Jami K. Elison    jami@marstonelison.com, kristy@marstonelison.com

Michael E. Kreger    mkreger@perkinscoie.com, ajarrell@perkinscoie.com, ancefiling@perkinscoie.com, jkearse@perkinscoie.com, jnist@perkinscoie.com, mbast@perkinscoie.com

Thomas A. Larkin    tlarkin@lawssg.com

Terry R. Marston    terry@marstonelison.com, kristy@marstonelison.com

Paul J. Nangle    PaulJ.Nangle@acsalaska.net, kr.pjn@acsalaska.net

Peter C. Partnow    partnowp@lanepowell.com, demaagdd@lanepowell.com, gerkenl@lanepowell.com, jensonj@lanepowell.com, USDC-AK@lanepowell.com, wagnerf@lanepowell.com

James B. Stoetzer    stoetzerj@lanepowell.com, flabela@lanepowell.com, killing@lanepowell.com, niemerj@lanepowell.com, nordinp@lanepowell.com

**3:03-cv-199 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=6/15/2007] [FileNumber=197219-0]
[5ada0b2a6f2075d518001bf49388b414408980b518c09e4d77e0cfccc9ca0640427b
8fae1d0b4664feda64232b7b659cdb9007a88bd40fd193b54faef34e8f7d]]