UNITED STATES
DISTRICT COURT
District of Alaska
Anchorage Division

# 00131259 - PS
September 21, 2007

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 086900-F | 03-199 | | |
| 510000-C | 03-199 | | 105.00 CK |
| 086400-R | 03-199 | | 150.00 CK |
| | | | 200.00 CK |

TOTAL→                455.00

FROM: MONTELEONE & MCCRORY, LLP
FOR FORREST J. MCKINLEY
NOTICE OF APPEAL
3:03-CV-00199 RRB