ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930
(duffy@mmlawyers.com)
(baerg@mmlawyers.com)

Attorneys for Defendant and Cross-Claimant
EMERCO, INC. dba Imperial Industrial Coatings
and for Defendant Forrest J. McKinley

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. A-03-0199 Civil (RRB)<br><br>**NOTICE OF DESIGNATION OF RECORD ON APPEAL** |

Notice is hereby given that Forrest J. McKinley, defendant in the above named case, designates the following record for purposes of his appeal to the United States Court of Appeals for the Ninth Circuit from the Minute Order From

1  Chambers Granting Absolute's Motion for Summary Judgment [Docket No. 650]
2  entered in this action on the 22nd day of August, 2007:

**Reporter's Transcript:**

None –    Per court's sua sponte order, the motion was ruled upon without oral argument.

**Clerk's Transcript:**

| Docket No. 639 | - | Filed 07/25/2007 |
| Docket No. 640 | - | Filed 07/25/2007 |
| Docket No. 641 | - | Filed 07/25/2007 |
| Docket No. 642 | - | Filed 07/25/2007 |
| Docket No. 643 | - | Filed 07/25/2007 |
| Docket No. 645 | - | Filed 08/09/2007 |
| Docket No. 646 | - | Filed 08/09/2007 |
| Docket No. 647 | - | Filed 08/09/2007 |
| Docket No. 649 | - | Filed 08/16/2007 |
| Docket No. 650 | - | Filed 08/22/2007 |
| Docket No. 651 | - | Filed 09/20/2007 |
| Docket No. 652 | - | Filed 09/20/2007 |

DATED: October 4, 2007        By _____
PATRICK J. DUFFY, III
WILLIAM R. BAERG
MONTELEONE & McCRORY LLP
Attorneys for Appellant
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017

## CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on October 4, 2007, a copy of the foregoing was electronically filed with the Clerk of the United States District Court, District of Alaska, using the CM/ECF System and was served electronically on the following:

- William R. Baerg, baerg@mmlawyers.com
- Eric J. Brown, ebrown@jdolaw.com
- Robert J. Dickson, acgecf@acglaw.com
- Patrick J. Duffy, III, duffy@mmlawyers.com
- Jami K. Elison, jamie@marstonelison.com
- Michael E. Kreger, mkreger@perkinscoie.com
- Thomas A. Larkin, tlarkin@lawssg.com
- Terry R. Marston, terry@marstonelison.com
- Paul J. Nangle, PaulJ.Nangle@acsalaska.net
- Jacob B. Nist, jnist@perkinscoie.com
- Peter C. Partnow, PartnowP@LanePowell.com
- James B. Stoetzer, StoetzerJ@LanePowell.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on October 4, 2007, at Los Angeles, California.

*/s/ Sallie Raspa*
SALLIE RASPA