ORIGINAL

ERIC J. BROWN, ESQ.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322 (ebrown@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930
(duffy@mmlawyers.com)
(baerg@mmlawyers.com)

Attorneys for Defendant and Cross-Claimant
EMERCO, INC. dba Imperial Industrial Coatings
and for Defendant Forrest J. McKinley

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br> Plaintiff, <br><br> v. <br><br> FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS | CASE NO. A-03-0199 Civil (RRB) <br><br> **NOTICE OF DESIGNATION OF RECORD ON APPEAL** |

Notice is hereby given that Forrest J. McKinley, defendant in the above named case, designates the following record for purposes of his appeal to the United States Court of Appeals for the Ninth Circuit from the Minute Order From

1  Chambers Granting Absolute's Motion for Summary Judgment [Docket No. 650]
2  entered in this action on the 22nd day of August, 2007:
3
4  **Reporter's Transcript:**
5  None –     Per court's sua sponte order, the motion was ruled upon without oral
6            argument.
7
8  **Clerk's Transcript:**
9  Docket No. 639    -    Filed 07/25/2007
10 Docket No. 640    -    Filed 07/25/2007
11 Docket No. 641    -    Filed 07/25/2007
12 Docket No. 642    -    Filed 07/25/2007
13 Docket No. 643    -    Filed 07/25/2007
14 Docket No. 645    -    Filed 08/09/2007
15 Docket No. 646    -    Filed 08/09/2007
16 Docket No. 647    -    Filed 08/09/2007
17 Docket No. 649    -    Filed 08/16/2007
18 Docket No. 650    -    Filed 08/22/2007
19 Docket No. 651    -    Filed 09/20/2007
20 Docket No. 652    -    Filed 09/20/2007
21
22
23 DATED: October 4, 2007           By _____
24                                  PATRICK J. DUFFY, III
                                    WILLIAM R. BAERG
25                                  MONTELEONE & McCRORY LLP
                                    Attorneys for Appellant
26                                  725 S. Figueroa Street, Suite 3200
                                    Los Angeles, California 90017
27
28

# CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on October 4, 2007, a copy of the foregoing was electronically filed with the Clerk of the United States District Court, District of Alaska, using the CM/ECF System and was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, III, duffy@mmlawyers.com
Jami K. Elison, jamie@marstonelison.com
Michael E. Kreger, mkreger@perkinscoie.com
Thomas A. Larkin, tlarkin@lawssg.com
Terry R. Marston, terry@marstonelison.com
Paul J. Nangle, PaulJ.Nangle@acsalaska.net
Jacob B. Nist, jnist@perkinscoie.com
Peter C. Partnow, PartnowP@LanePowell.com
James B. Stoetzer, StoetzerJ@LanePowell.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on October 4, 2007, at Los Angeles, California.

_____
SALLIE RASPA

## CERTIFICATE OF SERVICE BY ECF

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I certify that on November 2, 2007, a copy of the foregoing was electronically filed with the Clerk of the United States District Court, District of Alaska, using the CM/ECF System and was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com

Eric J. Brown, ebrown@jdolaw.com

Robert J. Dickson, acgecf@acglaw.com

Patrick J. Duffy, III, duffy@mmlawyers.com

Jami K. Elison, jamie@marstonelison.com

Michael E. Kreger, mkreger@perkinscoie.com

Thomas A. Larkin, tlarkin@lawssg.com

Terry R. Marston, terry@marstonelison.com

Paul J. Nangle, PaulJ.Nangle@acsalaska.net

Jacob B. Nist, jnist@perkinscoie.com

Peter C. Partnow, PartnowP@LanePowell.com

James B. Stoetzer, StoetzerJ@LanePowell.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on November 2, 2007, at Los Angeles, California.

_____
SALLIE RASPA