Terry R. Marston, *pro hac vice,* terry@marstonelison.com
Jami K. Elison, *pro hac vice,* jami@marstonelison.com
Jesse P. Elison, *pro hac vice*, jesse@marstonelison.com
MARSTONELISON, PLLC
16880 N.E. 79th Street
Redmond, Washington  98052
(425) 861-5700

PAUL J.  NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska  99501
Telephone:  (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. <br><br> Defendants. | Case No.: A03-0199CV (RRB) <br><br><br> **DECLARATION OF TERRY R. MARSTON II IN SUPPORT OF MOTION FOR AWARD OF PREJUDGMENT INTEREST AGAINST FORREST J. MCKINLEY** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC., <br><br> Counterclaimant/Third-party Claimant, <br><br> v. <br><br> ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al., <br><br> Cross-defendants/Third-party Defendants. | |

**DECLARATION OF TERRY R. MARSTON II IN SUPPORT OF MOTION FOR AWARD OF
PREJUDGMENT INTEREST AGAINST FORREST J. MCKINLEY**
Case No. A03-0199CV (RRB)-- 1

| | |
|---|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | )<br>)<br>)<br>) |
| Plaintiff,<br>vs. | )<br>) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | )<br>) |
| Defendants. | )<br>) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | )<br>) |
| Counterclaim Plaintiff,<br>vs. | )<br>) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | )<br>) |
| Counterclaim Defendant. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | )<br>) |
| Third-Party Plaintiff,<br>vs. | )<br>) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | )<br>)<br>) |
| Third-Party Defendant. | )<br>) |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, | )<br>) |
| Plaintiff/Cross-claimant,<br>vs. | )<br>) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | )<br>)<br>) |
| Third-Party Defendant. | ) |

I, Terry R. Marston II, being first duly sworn, declare under penalty of perjury as follows:

**DECLARATION OF TERRY R. MARSTON II IN SUPPORT OF MOTION FOR AWARD OF PREJUDGMENT INTEREST AGAINST FORREST J. MCKINLEY**
Case No. A03-0199CV (RRB)-- 2

1. Attached hereto as Exhibit A is a true and correct copy of a spreadsheet illustrating that prejudgment interest was calculated by multiplying the total number of days from the contract termination date of 8/7/2003 to today's final judgment date of 12/6/2007 (1582 days total) by the daily interest rate of 9.5% annual for a total prejudgment interest award in the amount of $84,438.15.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 6th day of December, 2007 at Redmond, Washington.

                                        s/Terry R. Marston II_____
                                        **Terry R. Marston**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION OF DAVID OLSON IN OPPOSITION TO BRECHAN'S MOTION TO DISMISS
Case No. A03-0199CV (RRB)-- 4