## *McKinley Pre-Judgment Interest Calculation*

|  | Start Date (termination of contract) | End Date (final judgment) | Duration (days) | Daily Rate (9.5% annual) | Principal (judgment amount) | Accrued Prejudgment Interest |
|---|---|---|---|---|---|---|
| McKinley | 8/7/2003 | 12/6/2007 | 1582 | 0.0260% | $ 205,069.70 | $ 84,438.15 |