Terry R. Marston, *pro hac vice,* terry@mhf-law.com
Jami K. Elison, *pro hac vice,* jamie@mhf-law.com
MARSTON ELISON, PLLC
16880 N.E. 79th Street
Redmond, Washington  98052
(425) 861-5700

PAUL J.  NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska  99501
Telephone:  (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings,<br><br>    Defendant. | Case No.: A03-0199CV (RRB)<br><br><br><br><br>**FINAL JUDGMENT AGAINST FORREST J. MCKINLEY**<br><br>**[PROPOSED]** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | |

THE UNITED STATES OF AMERICA for the )
and benefit of ABSOLUTE ENVIRONMENTAL )
SERVICES, INC., an Alaska Corporation, )
                                      )
                 Plaintiff,           )
                                      )
        vs.                           )
                                      )
SAFECO INSURANCE COMPANY OF           )
AMERICA, a Washington Corporation.    )
                                      )
                 Defendants.          )
_____
BRECHAN ENTERPRISES, INC., an Alaska  )
corporation,                          )
                                      )
                 Counterclaim Plaintiff, )
        vs.                           )
                                      )
ABSOLUTE ENVIRONMENTAL SERVICES )
INC., an Alaska Corporation,          )
                                      )
                 Counterclaim Defendant )
_____
BRECHAN ENTERPRISES, INC., an Alaska  )
corporation,                          )
                                      )
                 Third-Party Plaintiff, )
        vs.                           )
                                      )
COFFMAN ENGINEERS, INC, a Washington )
Corporation.                          )
                                      )
                 Third-Party Defendant. )
_____
ABSOLUTE ENVIRONMENTAL             )
SERVICES, INC., an Alaska Corporation, )
                                      )
                 Plaintiff/Cross-claimant, )
        vs.                           )
                                      )
COFFMAN ENGINEERS, INC, a Washington )
Corporation.                          )
                                      )
                 Third-Party Defendant. )
_____

This action came on for trial before the Court and a jury, Honorable Ralph R. Beistline, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, and the Court having duly decided issues regarding fees and interest, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC., recover of the defendant FORREST J. MCKINLEY the sum of Two Hundred Five Thousand Sixty-Eight And 70/100 Dollars ($205,068.70), with prejudgment interest at the rate of 9.5 % per annum in the amount of Eighty-Four Thousand Four Hundred Thirty-Eight and 15/100 Dollars ($84,438.15), attorneys' fees in the amount of Two Hundred Eighty-Eight Thousand One Hundred Seventy-Three and 00/100 Dollars ($288,173.00), and taxable costs at $11,314.82, for a total reward of $588,994.67, and post-judgment interest shall accrue hereafter as authorized by law.

DATED this _____ day of _____, 2007.

_____
The Honorable Ralph R. Beistline
United States District Court Judge

*PRESENTED BY:*

**MARSTON ELISON, PLLC**

By _____
Terry R. Marston II, WSBA No. 14440
Jami K. Elison, WSBA No. 31007
Attorneys for Plaintiff Absolute Environmental Service, Inc.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

I hereby certify that on the date given a copy of the forgoing was electronically filed with the Clerk of Court using the CM/ECF system and was served electronically on the following:

William R. Baerg, Patrick J. Duffy
Eric J. Brown
Robert J. Dickson
Michael E Kreger, Jacob Nist
James B. Stoetzer, Peter C. Partnow

s/Terry R. Marston II_____