Terry R. Marston, *pro hac vice,* terry@marstonelison.com
Jami K. Elison, *pro hac vice,* jami@marstonelison.com
Jesse P. Elison, *pro hac vice*, jesse@marstonelison.com
MARSTONELISON, PLLC
16880 N.E. 79th Street
Redmond, Washington  98052
(425) 861-5700

PAUL J.  NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska  99501
Telephone:  (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants. | Case No.: A03-0199CV (RRB)<br><br>**DECLARATION OF TERRY R. MARSTON II IN SUPPORT OF MOTION FOR ENTRY OF FINAL JUDGMENT AND AWARD OF ATTORNEY FEES AGAINST FORREST J. MCKINLEY** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | |

**DECLARATION OF TERRY R. MARSTON II IN SUPPORT OF MOTION FOR ENTRY OF
FINAL JUDGMENT AND AWARD OF ATTORNEY FEES AGAINST FORREST J. MCKINLEY**
Case No. A03-0199CV (RRB)-- 1

| | |
|---|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | ) ) ) |
| Defendants. | ) ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Counterclaim Plaintiff, | ) |
| vs. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Counterclaim Defendant. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Third-Party Plaintiff, | ) |
| vs. | ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Plaintiff/Cross-claimant, | ) |
| vs. | ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) |

I, Terry R. Marston II, being first duly sworn, declare under penalty of perjury as follows:

**DECLARATION OF TERRY R. MARSTON II IN SUPPORT OF MOTION FOR ENTRY OF FINAL JUDGMENT AND AWARD OF ATTORNEY FEES AGAINST FORREST J. MCKINLEY**
Case No. A03-0199CV (RRB)-- 2

1. Attached hereto as Exhibit A is a true and correct copy the relevant attorneys' fee clause of the contract between Absolute and McKinley.

2. Attached hereto as Exhibit B-1 is a true and correct copy of Docket No. 652-2, which includes Order Granting Absolute's Motion for Summary Judgment (Docket 650), Order re Final Judgment (Docket 567), and Judgment (Docket 632).

3. Attached hereto as Exhibit B-2 is a true and correct copy of a Procedure to Calculate Percent of Total Judgment spreadsheet created by Terry R. Marston.

4. Attached hereto as Exhibit C is a true and correct copy of Order of Dismissal with Prejudice of Claims between Absolute Environmental Services, Inc. and Coffman Engineers, Inc.

5. Attached hereto as Exhibit D is a true and correct copy of Order of Dismissal with Prejudice of Claims by Absolute, Brechan, and Safeco dated May 23, 2007.

6. Attached hereto as Exhibit E is a true and correct copy of detailed billings from Marston Heffernan Foreman, PLLC.

7. Attached hereto as Exhibit F is a true and correct copy of detailed billings from Marston Elison from October 2006 through May 23, 2007.

8. Attached hereto as Exhibit G is a true and correct copy of detailed billings from Marston Elison from May 23, 2007 to present.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 6th day of December, 2007 at Redmond, Washington.

s/Terry R. Marston II<br>**Terry R. Marston II**

**DECLARATION OF TERRY R. MARSTON II IN SUPPORT OF MOTION FOR ENTRY OF FINAL JUDGMENT AND AWARD OF ATTORNEY FEES AGAINST FORREST J. MCKINLEY**
Case No. A03-0199CV (RRB)-- 3

1  I hereby certify that on the date given a copy of the forgoing was electronically filed with the Clerk of Court using the CM/ECF system and was served electronically on the following:

2

3  William R. Baerg, Patrick J. Duffy
   Eric J. Brown
4  Robert J. Dickson
   Michael E Kreger, Jacob Nist
5  James B. Stoetzer, Peter C. Partnow

6  s/Terry R. Marston II

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF DAVID OLSON IN OPPOSITION TO BRECHAN'S MOTION TO DISMISS
Case No. A03-0199CV (RRB)-- 4