**Procedure to Calculate Percent of Total Judgment**

|  | Jury's Award from <u>Pooled</u> Damages ||| Jury's Award of <u>Separate</u> Damages ||| Totaled Awards | Percent of Total Judgment |
|---|---|---|---|---|---|---|---|---|
|  | Total Pooled Damages (Interrog. 21) | Portion Caused by Party (Interrog. Nos. 22-24) | Damages Identfied by Party | Repair of Swalling's Work (Interrog. 30) | Unpaid Contract Price (Interrog. 32) | QC Expense - KTA-Tator (Interrog. 34) |  |  |
| **McKinley/Emerco** | $ 1,250,000.00 | 12.5% | $ 156,250.00 |  |  | $ 48,818.70 | $ 205,068.70 | **15%** |
| **Coffman** | $ 1,250,000.00 | 40.0% | $ 500,000.00 |  |  |  | $ 500,000.00 | 37% |
| **Brechan** | $ 1,250,000.00 | 47.5% | $ 593,750.00 | $ 35,518.50 | $ 10,000.00 |  | $ 639,268.50 | 48% |
|  |  |  | $ 1,250,000.00 |  |  |  | **$1,344,337.20** |  |