James B. Stoetzer, ASBA No. 7911130
Peter C. Partnow, ASBA No. 7206029
LANE POWELL LLC
301 West Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907.277.9511
Facsimile: 907.276.2631
PartnowP@LanePowell.com

Attorneys for Third-Party Defendant
Coffman Engineers, Inc.

Terry R. Marston, *pro hoc vice,* terry@mhf-law.com
Jami K. Elison, *pro hoc vice,* jamie@mhf-law.com
MARSTON ELISON, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
Telephone: (425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorneys for Plaintiff
Absolute Environmental Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants. | Case No. 3:03-cv-00199-RRB<br><br>(PROPOSED)<br>**ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS BETWEEN ABSOLUTE ENVIRONMENTAL SERVICES, INC. AND COFFMAN ENGINEERS, INC.** |

EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,

    Counterclaimant/Third-Party Claimant,

v.

ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,

    Cross-defendants/
    Third-Party Defendants.

THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.

    Defendants.

BRECHAN ENTERPRISES, INC., an Alaska corporation,

    Counterclaim Plaintiff,

v.

ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,

    Counterclaim Defendant.

BRECHAN ENTERPRISES, INC., an Alaska corporation,

    Third-Party Plaintiff,

v.

COFFMAN ENGINEERS, INC, a Washington Corporation.

    Third-Party Defendant.

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

(Proposed) Order of Dismissal With Prejudice of Claims Between
Absolute Environmental Services, Inc. and Coffman Engineers, Inc.
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. 3:03-cv-00199-RRB)    Page 2 of 3

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| |
|---|
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, <br><br>     Plaintiff/Cross-Claimant,<br>v.<br><br>COFFMAN ENGINEERS, INC, a Washington Corporation.<br><br>     Third-Party Defendant. |

Based on the stipulation of Absolute Environmental Services, Inc., and Coffman Engineers, Inc., all claims between Absolute Environmental Services, Inc., and Coffman Engineers, Inc., are hereby dismissed with prejudice, without judgment being entered, pursuant to the agreement of those parties and with each of those parties to bear its own costs and attorneys fees as to the claims between them.

IT IS SO ORDERED this ___ day of January, 2007.

_____
The Honorable Ralph R. Beistline
United States District Court Judge

I certify that on January 3, 2007, a copy of the foregoing was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Patrick J. Duffy, duffy@mmlawyers.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
James B. Stoetzer, stoetzerj@lanepowell.com

and by mail on:
Paul J. Nangle, Paul J. Nangle & Associates
101 Christensen Dr, Anchorage, AK 99501

s/Peter C. Partnow

011680.0076/157949.1

(Proposed) Order of Dismissal With Prejudice of Claims Between
**Absolute Environmental Services, Inc. and Coffman Engineers, Inc.**
*Absolute Envtl. Servs., Inc. v. Forrest McKinley, et al.* (Case No. 3:03-cv-00199-RRB)     Page 3 of 3