Michael E. Kreger
Alaska Bar No. 8311170
mkreger@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendant Brechan Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. MCKINLEY, et al.,<br><br>Defendants. | Case No. 3:03-CV-0199-RRB |



### ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS BY ABSOLUTE, BRECHAN AND SAFECO

This matter comes before the court upon motion by plaintiff Absolute Environmental; Services, Inc. ("Absolute"), and defendants Brechan Enterprises, Inc. ("Brechan"), and Safeco Insurance Company of America ("Safeco").

IT IS HEREBY ORDERED that all claims by Absolute against Brechan and Safeco and by Brechan against Absolute are hereby dismissed with prejudice,

without judgment being entered, with each of those parties to bear its own costs and attorneys' fees as to the claims between them.

IT IS SO ORDERED this 23 day of May, 2007.

*[signature]*

The Honorable Ralph R. Beistline
District Court Judge

I hereby certify that on May 23, 2007, the foregoing has been served by electronic mail on William R. Baerg, Terry R. Marston II, Eric J. Brown, and Thomas A. Larkin.

/s/ Michael E. Kreger
Michael E. Kreger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Absolute v. McKinley, et al.
Case No. 3:03-cv-0199
38599-0012/LEGAL13238967.1

-2-