**Detail Fee Transaction File List**

Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

**Client ID 1012.011 Absolute Environmental Services, Inc.**

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|
| 1012.011 | 10/20/2004 | 13 A | 1 | 200.00 | 4.60 | 920.00 | Final research, revisions and complete initial draft of Opposition to Motion for Protective Order. Receive and review documents produced by Brechan regarding Swalling Cargo Pier Phase I estimate, contract and claims for additional compensation. Conference with M. Lembke regarding Swalling materials and consultant's report. | ARCH |
| 1012.011 | 10/21/2004 | 15 A | 16 | 95.00 | 6.30 | 598.50 | Telephone conference with FedEx regarding latest drop time for sending packages to Alaska; telephone conference with R. Roland regarding same and regarding looking up local rules regarding marking of exhibits; look up USDC - Alaska local rules; prepare and send fax to Midnight Sun Court Reporters confirming court reporter for T. Puett deposition; telephone conference with court clerk regarding acceptance of deliveries for filing purposes; review, edit and final T. Marston declaration in support of opposition to motion for protective order; review R. Roland declaration in support of opposition to motion for protective order; review, edit and final opposition to motion for protective order; prepare tab exhibits to T. Marston's and R. Roland's declarations; telephone conference with L. Pederson regarding filing of the original and delivery of judge's working copy of the opposition and declarations; make nine copies of the opposition, T. Marston's declaration and R. Roland's declaration; fax and mail all to opposing counsel; FedEx original and two copies to L. Pederson for filing with the court. | ARCH |
| 1012.011 | 10/21/2004 | 13 A | 1 | 200.00 | 3.80 | 760.00 | Revise draft pleadings on Opposition to Protective Order. Conference with T. Marston regarding pleadings on Opposition to Emerco Motion for Protective Order. Revisions to and finalize Opposition to Protective Order, Declaration of Terry Marston and Declaration of Richard Roland. Telephone conference with potential Alaska equipment appraisers. Telephone conference with Brechan counsel Kreger. Review and analyze Brechan Reply to Emerco Opposition to Motion for Summary Judgment. Telephone conference with M. Lembke. Receive and initial review of draft statement of fact for AESI Motion to compel. Identify various document exhibits for Motion to Compel. | ARCH |
| 1012.011 | 10/22/2004 | 15 A | 16 | 95.00 | 0.50 | 47.50 | Telephone conference with J. Olson regarding more American Express invoices to be scanned, bates numbered and give to M. Lembke; gather and organize Absolute Environmental credit card invoices and prepare for scanning. | ARCH |
| 1012.011 | 10/22/2004 | 13 A | 1 | 200.00 | 1.30 | 260.00 | Telephone conference with Brechan counsel M. Kreger regarding Emerco document requests and potential protective order; regarding potential Brechan joinder to Absolute Opposition to Emerco Motion for Protective Order. Edits to draft Statement of Fact for Motion to compel. | ARCH |
| 1012.011 | 10/25/2004 | 13 A | 1 | 200.00 | 3.80 | 760.00 | Telephone conference with D. Olson on discovery responses (2). Edit and revise Preliminary Statement of Fact for Motion to compel. Review project documentation for identification as Puett deposition exhibits. Receive and review Emerco Reply pleading to AESI Opposition to Motion for Protective Order regarding depositions; review case authority cited in Reply pleading. Receive and review D. Olson revisions to Statement of Fact/Relief requested portion of Motion to Compel. | ARCH |
| 1012.011 | 10/25/2004 | 15 A | 16 | 95.00 | 3.50 | 332.50 | Locate and print documents requested by J. Hernandez to be used in motion to compel; review and edit motion to compel discovery; format and edit T. Marston, J. Hernandez, and D. Olson declarations in support of motion to compel; scan T. Puett's notebooks and import into scan-it project; telephone conferenc with M. Lembke regarding documents and information needed for expert report; search, locate and print additional document per J. Hernandez request. | ARCH |
| 1012.011 | 10/25/2004 | 1 A | 18 | 250.00 | 4.00 | 1000.00 | Deposition preparation. | ARCH |
| 1012.011 | 10/26/2004 | 13 A | 1 | 200.00 | 3.90 | 780.00 | Revisions to Motion for Protective Order and conference with J. Hernandez. Telephone call from consultant M. Lembke regarding report revisions. Telephone conference with Emerco counsel W. Baerg regarding prospective ruling on Emerco Motion for Protective Order; regarding witness attendence at deposition in Alaska. Conference with M. Lembke regarding consultant's report. Telephone conference with D. Olson | ARCH |

Exhibit E, Page 26 of 100

**Detail Fee Transaction File List**
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----|-----|------|--------------|--------|--|------|

**Client ID 1012.011 Absolute Environmental Services, Inc.**

| | | | | | | | | | |
|--------|-----------|------|-----|-----|------|--------------|--------|--|------|
| | | | | | | | | regarding Declaration on Motion for Protective Order and revisions, regarding responses to Emerco 2nd RFP. Research authority on producing witness for deposition over lack of court ruling on Protective Order. Correspondence to Emerco counsel Baerg regarding production of witness in absence of motion ruling. Conference with T. Marston regarding Emerco witness depositions. Recieve and review e-mail documents from D. Olson. Review, analyze and commence code additional project documents received from Emerco. | |
| 1012.011 | 10/26/2004 | 15 | A | 16 | 95.00 | 4.20 | 399.00 | Create new scan-it project for credit card statements; scan all American Express and other credit card statements; import into new scan-it project, bates number; create new Access database for recently scanned documents so they can be reviewed, databased and coded; transfer scanned documents into new database. | ARCH |
| 1012.011 | 10/26/2004 | 1 | A | 18 | 250.00 | 6.00 | 1500.00 | Deposition preparation. | ARCH |
| 1012.011 | 10/27/2004 | 13 | A | I | 200.00 | 7.30 | 1460.00 | Continue review, analysis and coding of remaining Emerco project documents. Internet research on potential equipment appraisers. Telephone call to various possible appraiser experts. Telephone conference with equipment appraiser consultant M. Tope. Telephone conference with D. Olson (2) regarding discovery, Emerco depositions and equipment appraiser meeting. | ARCH |
| 1012.011 | 10/27/2004 | 15 | A | 16 | 95.00 | 8.00 | 760.00 | Telephone conference with M. Lembke regarding letter needed for expert report; search database for referenced letter; telephone conference with M. Lembke regarding same; send letter via fax; review, edit and finalize plaintiff's motion to compel discovery, T. Marston declaration; D. Olson declaration; collect all exhibits to the motion and declarations; prepare declaration of service; edit J. Hernandez declaration; begin to make ten copies of the motion and supporting documents for opposing counsel, court and judge; prepare FedEx slips to be sent to California counsel W. Baerg, Alaska counsel, Brown and Pederson. | ARCH |
| 1012.011 | 10/27/2004 | 1 | A | 18 | 250.00 | 6.00 | 1500.00 | Deposition preparation. | ARCH |
| 1012.011 | 10/28/2004 | 13 | A | I | 200.00 | 6.80 | 1360.00 | Completion of review and coding of remaining Emerco project-related documents. Review Emerco discovery pleadings and prepare memo to file on issue of AESI liability for non-structural steel removal. Conference with T. Marston regarding preparation for Emerco deposition. Receive and review correspondence from W. Baerg regarding Emerco position on production of witness in absence of ruling on Motion for Protective Order. E-mail to all counsel on status of deposition scheduling. Telephone conference with SPC counsel R. Dickson. Telephone conference with Brechan counsel J. Nist re possible joinder in opposition to Emerco motion for protective order. Memo to T. Marston regarding deposition FRCP 30(b)(6) status. Receive and initial review of contract claim consultant M. Lembke draft written report. Assist in deposition preparation - identify multiple subcontract specification drafts; identify various Emerco documents regarding cathodic protection, non-structural steel issue and Emerco subcontract estimate documentation. Receive and review correspondence from SPC counsel Dickson. Receive and review Brechan Joinder in Opposition to Motion for Protective Order. Work on draft AESI responses to Emerco 2nd RFP. Conference with T. Marston and consultant M. Lembke regarding contract claim expert report. | ARCH |
| 1012.011 | 10/28/2004 | 15 | A | 16 | 95.00 | 4.30 | 408.50 | Deliver FedEx packages for W. Baerg, L. Pederson and E. Brown to FedEx drop location; search for page 15 of the 09967 specifications in Brechan documents per T. Marston's request; begin to go through Brechan documents in scan-it for preparation to be transferred to Access database for review; meeting with M. Lembke; make copies of expert report; locate all of Imperial Industrial Coating's Foreman's daily logs; create notebook with daily logs for T. Marston's use during deposition; conference with T. Marston and M. Lembke regarding documents yet to be produced including backup documents. | ARCH |
| 1012.011 | 10/28/2004 | 1 | A | 18 | 250.00 | 6.00 | 1500.00 | Deposition preparation. | ARCH |

Exhibit E, Page 27 of 100

**Detail Fee Transaction File List**
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----|-----|------|--------------|--------|---|-------|
| **Client ID 1012.011 Absolute Environmental Services, Inc.** | | | | | | | | | |
| 1012.011 | 10/29/2004 | 13 | A | 1 | 200.00 | 4.60 | 920.00 | Review Emerco documents for identification of deposition exhibits. Telephone conference with Coffman counsel J. Stoetzer regarding Emerco Alaska deposition. Telephone conference with Emerco counsel Baerg regarding Alaska depositions status and court ruling on Motion for Protective Order. Telephone conference with D. Olson regarding responses to Emerco 2nd RFP.  Conference with T. Marston and M. Lembke on consultant's report and preparation for Emerco depositions. Receive and review qualification document package from equipment appraisal consultant Tope. Telephone conference with D. Olson regarding Tope meeting. Identify and prepare various documents for deposition exhibits. Receive and review T. Marston deposition outline; conference with T. Marston. | ARCH |
| 1012.011 | 10/29/2004 | 15 | A | 16 | 95.00 | 2.70 | 256.50 | Make an additional notebook with Imperial Industrial Coating's foreman's daily logs for T. Puett's deposition; assist R. Roland with locating KTA Tator, Inc. inspection reports; begin to copy documents requested by T. Marston for use in T. Puett's deposition; put all relevant documents into chronological order; conference with D. Shinners regarding indexing of the pleadings and discovery responses; make copies of all and place into folders for T. Marston's use; assist T. Marston with final deposition preparations. | ARCH |
| 1012.011 | 10/29/2004 | 1 | A | 18 | 250.00 | 6.00 | 1500.00 | Deposition preparation. | ARCH |
| 1012.011 | 10/30/2004 | 13 | A | 1 | 200.00 | 2.50 | 500.00 | Preparation for Emerco depositions - conferences with T. Marston, identification and preparation of various documents as potential deposition exhibits. | ARCH |
| 1012.011 | 11/01/2004 | 15 | A | 16 | 95.00 | 0.80 | 76.00 | Telephone conference with T. Marston regarding court reporter; review, format, edit and finalize Absolute's responses to Emerco's 2nd requests for production; conference with R. Roland regarding same. | ARCH |
| 1012.011 | 11/01/2004 | 13 | A | 1 | 200.00 | 3.20 | 640.00 | Work on draft of AESI Responses to Emerco 2nd RFP. Telephone conference with D. Olson. | ARCH |
| 1012.011 | 11/01/2004 | 1 | A | 18 | 250.00 | 8.00 | 2000.00 | Puett deposition. | ARCH |
| 1012.011 | 11/02/2004 | 16 | A | 16 | 75.00 | 1.40 | 105.00 | Finish databasing Specialty Polymer Coating's documents; begin databasing Brechen Enterprises documents. | ARCH |
| 1012.011 | 11/02/2004 | 15 | A | 16 | 95.00 | 0.70 | 66.50 | Send email to R. Roland regarding Absolute's responses to Emerco's 2nd requests for production; conference with R. Roland regarding same; finalize Absolute's responses to defendant Emerco's 2nd requests for production; prepare and finalize declaration of service regarding same; conference with D. Shinners regarding distribution of same to all counsel of record. | ARCH |
| 1012.011 | 11/02/2004 | 13 | A | 1 | 200.00 | 3.30 | 660.00 | Completion of draft, revisions and final AESI Responses to Emerco 2nd RFP.  Telephone conference with D. Olson. E-mail to D. Olson. | ARCH |
| 1012.011 | 11/02/2004 | 1 | A | 18 | 250.00 | 8.00 | 2000.00 | Puett deposition. | ARCH |
| 1012.011 | 11/08/2004 | 16 | A | 16 | 75.00 | 3.20 | 240.00 | Databasing Brechen documents. | ARCH |
| 1012.011 | 11/08/2004 | 15 | A | 16 | 95.00 | 2.60 | 247.00 | Begin to scan additional Imperial Industrial Coating documents to be placed into Scan-It; conference with T. Marston regarding dated oppositions and reply due regarding motion to compel discovery and deposition transcript of Tom Puett; look up local rules regarding deadline for Emerco to submit opposition to Absolute's motion to compel discovery; send email to D. Shinners regarding calendaring of same deadlines; make copies of M. Lembke's expert report for T. Marston's use; update case information sheet; telephone conference with Midnight Sun Court Reporters regarding lead time needed for ordering deposition transcript; follow-up telephone conference with Lance at Midnight Sun Court Reporters regarding time needed to transcribe deposition testimony and cost of same; send email to T. Marston regarding same; 2 telephone conferences with J. Nist regarding splitting of court reporter fee for T. Puett's deposition transcript and Brechan/Absolute Environmental backcharges; conference with T. Marston regarding same; telephone conference with Midnight Sun Court Reporters to order deposition transcript. | ARCH |
| 1012.011 | 11/08/2004 | 1 | A | 18 | 250.00 | 3.00 | 750.00 | Telephone conference with J. Nist regarding final contract reconciliation from Brechan; meeting with M. Lembke to go | ARCH |

Exhibit E, Page 28 of 100

**Detail Fee Transaction File List**
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|----------|-----|------|---------------|--------|---|------|
| Client ID 1012.011 Absolute Environmental Services, Inc. | | | | | | | | |
| | | | | | | | over claim evaluation. | |
| 1012.011 | 11/08/2004 | 13 A | 1 | 200.00 | 1.80 | 360.00 | Commence review of Emerco discovery requests and materials produced by AESI for potential supplemental production. Telephone call to M. Tope. | ARCH |
| 1012.011 | 11/09/2004 | 16 A | 16 | 75.00 | 1.90 | 142.50 | Databasing Brechen documents. | ARCH |
| 1012.011 | 11/09/2004 | 13 A | 1 | 200.00 | 1.30 | 260.00 | Telephone call to M. Tope. Review of documents regarding Emerco/IIC "inventory" of equipment and property claimed as retained by AESI. Review Motion to compel discovery. | ARCH |
| 1012.011 | 11/10/2004 | 15 A | 16 | 95.00 | 0.50 | 47.50 | Begin to scan additional Absolute documents into Scan-It program. | ARCH |
| 1012.011 | 11/10/2004 | 1 A | 18 | 250.00 | 3.50 | 875.00 | Meeting with Mike Lembke; telephone conference with J. Nist regarding Brechan payment issues. | ARCH |
| 1012.011 | 11/11/2004 | 13 A | 1 | 200.00 | 1.00 | 200.00 | Review documents on issue of Emerco Alaska corporate and contractor's registration. Telephone call to M. Tope. | ARCH |
| 1012.011 | 11/12/2004 | 15 A | 16 | 95.00 | 4.40 | 418.00 | Meeting with M. Lembke regarding expert report preparation; conference with D. Shinners regarding scanning of documents in backup for costs to complete the project notebook; assist M. Lembke with reviewing and editing expert report; scan 2004 certified payroll documents; bates number all backup documents and certified payroll documents. | ARCH |
| 1012.011 | 11/12/2004 | 13 A | 1 | 200.00 | 2.30 | 460.00 | Telephone call from consultant Skip Vernon regarding expert report (x4). Initial review of draft report received from Vernon. Memo to T. Marston regarding Vernon report. Review of materials previously forwarded to Vernon and conference with K. Martin concerning document transmittal. Review M. Schilling report. Telephone call to T. Marston. | ARCH |
| 1012.011 | 11/13/2004 | 15 A | 16 | 95.00 | 3.30 | 313.50 | Conference with M. Lembke; make last minute corrections to M. Lembke's expert report; export all scanned and bates numbered documents and burn onto CD; draft letters to all counsel regarding supplemental Absolute documents AES2325 - 2962; send letter and CD with scanned documents to all counsel; travel to FedEx and send expert report and scanned documents to W. Baerg and E. Brown. | ARCH |
| 1012.011 | 11/15/2004 | 1 A | 18 | 250.00 | 3.10 | 775.00 | Review response to motion for summary judgment; outline reply; conference with J. Hernandez regarding same; work on logistics of expert report. | ARCH |
| 1012.011 | 11/15/2004 | 15 A | 16 | 95.00 | 0.70 | 66.50 | Telephone conference with R. Roland regarding expert report from Skip Vernon; telephone conference with Midnight Sun Court Reporter regarding expediting the delivery of T. Puett's deposition transcript; calculate due date of Absolute's reply in support of motion to compel discovery; conference with T. Marston regarding same. | ARCH |
| 1012.011 | 11/15/2004 | 13 A | 1 | 200.00 | 3.30 | 660.00 | Receive and review report from S. Vernon. Conference with T. Marston regarding expert reports. Conference call with T. Marston and S. Vernon. Telephone conferences with Vernon's office regarding report. Identify supplemental documents regarding damages issues to Vernon. Conference with K. Martin regarding supplemental documents. Email to T. Marston. Telephone calls to and Telephone conference with opposing counsel W. Baerg regarding timing of disclosure of experts. | ARCH |
| 1012.011 | 11/15/2004 | 1 A | 18 | 250.00 | 2.00 | 500.00 | Review documentation forwarded by Vernon; email J. Nist regarding ambiguous information received from W. Oliver in response to request for contract reconciliation including backcharges. | ARCH |
| 1012.011 | 11/16/2004 | 15 A | 16 | 95.00 | 3.20 | 304.00 | Telephone conference x2 with Susan at Midnight Sun Court Reporting regarding T. Puett's deposition transcript; telephone conference with R. Roland regarding documents to be sent to Skip Vernon; conference and send e-mail to T. Marston regarding same; search records to determine what documents were sent to Skip Vernon; conference with T. Marston and R. Roland regarding same and additional documents to be sent; begin to locate and make copy of documents (gray coating, daily reports, etc.) for Skip Vernon; create CDs with AES back-up costs notebook and Coffman reports and photos; conference with J. Hernandez regarding creation of a table to be attached as an exhibit to our reply in support of Absolute Environmental's motion to compel discovery. | ARCH |
| 1012.011 | 11/16/2004 | 13 A | 1 | 200.00 | 2.20 | 440.00 | Review Emerco Opposition pleading to Motion to Compel production. Edit draft Reply to Opposition. Edit draft | ARCH |

Exhibit E, Page 29 of 100

Date: 04/03/2007    Case 3:03-cv-00199-RRB    Document 665-8    Filed 12/06/2007    Page 5 of 25    Page: 30

Detail Fee Transaction File List
Marston Hefferman Foreman, P.L.L.C.

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref# |
|--------|-----------|----------|-----|------|---------------|--------|--|------|

**Client ID 1012.011 Absolute Environmental Services, Inc.**

|  |  |  |  |  |  |  | Declaration of D. Olson in Reply. Identify documents for exhibits to Declaration in support of AESI Reply to Opposition on Motion to Compel Production. Legal Research on Conflict of Laws issues relating to corporate status and memos to J. Hernandez. Memo to T. Marston regarding Vernon consultant's report. | |
| 1012.011 | 11/16/2004 | 1 A | 18 | 250.00 | 8.00 | 2000.00 | Working on reply brief for motion to compel; discuss scope of Vernon report; forward source documents to Skip Vernon. | ARCH |
| 1012.011 | 11/16/2004 | 19 A | 18 | 165.00 | 6.50 | 1072.50 | Review and analyze opposition of defendants Emerco, Inc. and Forrest J. McKinley to motion to compel discovery of defendants' documents; review and analyze cases cited by defendants; begin preparing reply in support of plaintiff's motion to compel discovery of documents and research supporting authority. | ARCH |
| 1012.011 | 11/17/2004 | 15 A | 16 | 95.00 | 3.50 | 332.50 | Create a chart which will be an attachment to our reply in support of Absolute's motion to compel discovery; telephone conference with J. Hernandez regarding same; email same to J. Hernandez; telephone conference with Lance at Midnight Sun Court Reporters regarding T. Puett's deposition transcript; forward e-transcript of T. Puett's deposition to T. Marston for his use; search files for letters to be used as an exhibit to R. Roland's declaration in support of our reply; exchange emails with J. Hernandez regarding same; telephone conference with T. Marston regarding documents mailed to Skip Vernon; send email to Skip Vernon regarding same; telephone conference with L. Pederson regarding filing of our reply in support of Absolute's motion to compel and regarding obtaining Imperial Industrial Coating's supplemental production documents; begin to edit and format the attachment to our reply in support of motion to compel discovery. | ARCH |
| 1012.011 | 11/17/2004 | 13 A | 1 | 200.00 | 0.10 | 20.00 | Telephone call to M. Tope. | ARCH |
| 1012.011 | 11/17/2004 | 1 A | 18 | 250.00 | 2.50 | 625.00 | Review Puett transcript for reply brief. | ARCH |
| 1012.011 | 11/17/2004 | 19 A | 18 | 165.00 | 9.00 | 1485.00 | Continue preparing reply in support of plaintiff's motion to compel discovery of documents and research supporting authority; telephone conference with client regarding beliefs of dealing with McKinley as sole proprietor; prepare additional declaration of David Olson and compile exhibits for the declaration; prepare and organize attachment to reply breif regarding the relevance of each request for production of documents. | ARCH |
| 1012.011 | 11/18/2004 | 15 A | 16 | 95.00 | 2.10 | 199.50 | Continue to edit attachments and exhibits to our motion to compel discovery; proof, edit and finalize the relevance section of the attachments; locate documents produced by Imperial Industrial Coating which indicate Absolute as being the registered agent for Emerco while doing business in Alaska; telephone conference x2 with Lance with Midnight Sun Court Reporters regarding the reporter's certifications and the finalized version of day 2 of the deposition transcript. | ARCH |
| 1012.011 | 11/18/2004 | 13 A | 1 | 200.00 | 3.20 | 640.00 | Review and revise draft declaration in support of AESI Reply to Opposition to Motion to Compel. Telephone conferences with D. Olson regarding designation as Registered Agent. Review documents on Emerco designation of David Olson as Alaska Registered Agent for Emerco. Conference with T. Marston and J. Hernandez regarding alter ego issues relating to Motion to Compel and element of undercapitalization. Review California case authority on alter ego elements as cited in Emerco Opposition pleadings. Telephone conference with D. Olson regarding status of equipment appraisal. Telephone conference with M. Tope regarding equipment appraisal report. E-mail to M. Tope regarding CR requirements. Research California law on requirement that corporation issue shares. | ARCH |
| 1012.011 | 11/18/2004 | 1 A | 18 | 250.00 | 8.00 | 2000.00 | Working on reply brief for motion to compel; review Puett transcripts. | ARCH |
| 1012.011 | 11/18/2004 | 19 A | 18 | 165.00 | 4.30 | 709.50 | Continue preparing reply brief in support of plaintiff's motion to compel discovery of documents; continue preparing supporting declarations; compile supporting exhibits for the reply brief. | ARCH |
| 1012.011 | 11/19/2004 | 15 A | 16 | 95.00 | 0.70 | 66.50 | Telephone conference with L. Pederson regarding service and filing of our reply in support of motion to compel; collect tabs | ARCH |

Exhibit E, Page 30 of 100

**Detail Fee Transaction File List**
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 1012.011 Absolute Environmental Services, Inc.** | | | | | | | | |
| | | | | | | | which will be used with reply in support of motion to compel along with declarations; draft declaration of service. | |
| 1012.011 | 11/19/2004 | 13 A | 1 | 200.00 | 0.20 | 40.00 | E-Memo to T. Marston regarding expert reports. | ARCH |
| 1012.011 | 11/19/2004 | 1 A | 18 | 250.00 | 8.00 | 2000.00 | Working on reply brief for motion to compel; work on supporting declarations; review and revise table of requests for production and rationales for production; conference with M. Krieger regarding request to be present at Hardenbergh's final inspection; telephone conference with client regarding same. | ARCH |
| 1012.011 | 11/19/2004 | 19 A | 18 | 165.00 | 1.50 | 247.50 | Continue preparing reply in support of plaintiff's motion to compel discovery of documents. | ARCH |
| 1012.011 | 11/20/2004 | 15 A | 16 | 95.00 | 2.70 | 256.50 | Assist T. Marston with preparation of reply in support of motion to compel; draft T. Marston delcaration in support of reply; prepare appendices to reply; finalize appendices to reply; make copies of all; deliver original and 3 copies of all to FedEx to be sent to L. Pederson. | ARCH |
| 1012.011 | 11/20/2004 | 1 A | 18 | 250.00 | 8.00 | 2000.00 | Working on reply brief for motion to compel. | ARCH |
| 1012.011 | 11/21/2004 | 1 A | 18 | 250.00 | 8.00 | 2000.00 | Working on reply brief for motion to compel. | ARCH |
| 1012.011 | 11/22/2004 | 4 A | 18 | 185.00 | 1.80 | 333.00 | Analyze and supplement reply brief in support of motion to compel. | ARCH |
| 1012.011 | 11/22/2004 | 15 A | 16 | 95.00 | 4.40 | 418.00 | Telephone conference with T. Marston regarding reply in support of motion to compel; telephone conference x2 with L. Pederson's assistant regarding delivery of original and copy to court and copy to Brown; review and finalize reply in support of motion; email same to L. Pederson for his signature and delivery to court and E. Brown; draft declaration of service regarding same; telephone conference with L. Pederson regarding reply in support of motion to compel and service and filing of same; organize all; travel to Kinkos to make copies of our signed (by L. Pederson) motion; send same to W. Baerg via FedEx and remaining counsel via U.S. mail. | ARCH |
| 1012.011 | 11/22/2004 | 13 A | 1 | 200.00 | 3.40 | 680.00 | Telephone conference regarding Skip Vernon consultant's report. Telephone conference with S. Vernon. Review of consultant Partin's document list; review outstanding Requests for Production to Emerco and McKinley and identify necessary documents for report. Receive and review Requests for Production by Emerco to AESI regarding Lembke expert report. Review MKL expert report. Receive and review 1st set Requests for Admission by Emerco to AESI. Telephone call to Consultant M. Tope. Telephone conference with L. Pederson. Review AESI responses to Emerco 2d Set of Requests to Production in connection with correspondence from opposing counsel Baerg relating objections to production of overbroad "joint venture" requests. | ARCH |
| 1012.011 | 11/22/2004 | 1 A | 18 | 250.00 | 2.50 | 625.00 | Negotiate cost splitting on transcript of Puett with J. Nist; arrange for transmission of documents to Partin; email counsel for Brechan regarding our contacts with Pederson, Tenderella, and Roehener. | ARCH |
| 1012.011 | 11/23/2004 | 15 A | 16 | 95.00 | 1.60 | 152.00 | Begin to locate and make copies of all the documents requested by J. Hernandez to be delivered to William Partin for his review and use in his expert report; locate and make copy of Absolute's supplemental disclosures, naming William Partin as an expert witness, and give same to J. Hernandez for his use/review. | ARCH |
| 1012.011 | 11/23/2004 | 13 A | 1 | 200.00 | 3.10 | 620.00 | Review project documents relating to Emerco claim for mobilization expense and regarding Polar Supply materials. Review preliminary draft of Motion to Extend Expert disclosure. Telephone calls to and telephone conference with opposing counsel Baerg regarding discovery issues and AESI expert need for corporate status documents and potential Stipulation to extend Partin report disclosure date. Review and revise draft Stipulation and Motion for extension of expert report submittal. Telephone conference with Baerg. Correspondence to Baerg and transmit draft Stipulation. Telephone call to M. Tope regarding expert appraisal report. Receive memo and conference with J. Hernandez regarding submittal of documents to Partin. Review inventory documents received from D. Olson. | ARCH |
| 1012.011 | 11/23/2004 | 19 A | 18 | 165.00 | 1.90 | 313.50 | Prepare plaintiff's motion to modify planning & scheduling order; prepare stipulated motion and order modifying planning & scheduling order. | ARCH |

Exhibit E, Page 31 of 100

**Detail Fee Transaction File List**
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | Ref # |
|--------|-----------|----------|-----|------|---------------|--------|-------|
| **Client ID 1012.011 Absolute Environmental Services, Inc.** | | | | | | | |
| 1012.011 | 11/24/2004 | 15 A | 16 | 95.00 | 6.30 | 598.50 Begin to create notebook containing exhibits to T. Puett's deposition; meeting with T. Marston and M. Lembke (via telephone) regarding documents produced and documents M. Lembke relied upon for expert report; leave voicemail for Midnight Sun Court Reporter regarding exhibits to T. Puett's deposition; create notebook with Tom Puett's deposition exhibits enclosed; make copies of notebook to send to S. Vernon; telephone conference with Skip Vernon regarding information and documents needed to complete his expert report; continue to locate and make copies of all documents requested by J. Hernandez to be given to William Partin for use in his expert report; travel to W. Partin's office to deliver documents; finalize R. Roland letter to W. Baerg regarding stipulation regarding type A reports and planning and scheduling order; finalize stipulation to modify scheduling order; send same to W. Baerg, L. Pederson and D. Olson. | ARCH |
| 1012.011 | 11/24/2004 | 13 A | 1 | 200.00 | 3.50 | 700.00 Revisions to draft stipulation on expert report due date. Telephone conference with D. Olson. Telephone conference with appraisal expert M. Tope. Review contract documents relating to Brechan-AESI close-out inspection requirements. Research various provisions of Federal Acquisition Regulations incorporated in Brechan contract. Initial review of transcript of T. Puett deposition (vol. 1) and attached exhibits. | ARCH |
| 1012.011 | 11/24/2004 | 1 A | 18 | 250.00 | 8.00 | 2000.00 Analyze Brechan backcharge; telephone conference with S. Vernon and M. Lembke; review Tope report; telephone conference with Paul Pederson. | ARCH |
| 1012.011 | 11/28/2004 | 1 A | 18 | 250.00 | 3.00 | 750.00 Review Vernon report; telephone conference with same. | ARCH |
| 1012.011 | 11/29/2004 | 15 A | 16 | 95.00 | 6.40 | 608.00 Telephone conference with Skip Vernon regarding expert report x 2; conference with R. Roland regarding delivery of Alaska equipment appraisers expert report; conference with T. Marston regarding service of expert reports on opposing counsel; telephone conference with L. Pederson's assistant regarding service on Eric Brown; travel to Sea-Tac Airport to pick-up Skip Vernon's expert report; conference with T. Marston regarding expert report; make copies of the expert reports and have bound at Kinkos; burn copies of the CD's included with Skip Vernon's report to be sent to E. Brown; send same to all opposing counsel with declaration of service. | ARCH |
| 1012.011 | 11/29/2004 | 13 A | 1 | 200.00 | 3.80 | 760.00 Telephone call to opposing counsel Baerg. Receive and review Order granting AESI Motion to Compel production of corporate status documents. Telephone conference with D. Olson. Receive and review expert appraisal report from M. Tope. Transmit report to all counsel. Commence abstract of deposition transcript of T. Puett. Review California authority on issues pertaining to perfection and collection of foreign judgments in California. Conference with T. Marston and J. Hernandez regarding potential summary judgment issues and discovery status. Research legal authority on FRCP8 relating to binding effect of Emerco failure to deny averments in answer to First Amended Complaint relating to Agency liability. | ARCH |
| 1012.011 | 11/29/2004 | 1 A | 18 | 250.00 | 1.00 | 250.00 (Monitor pick up and transmittal of reports); review order granting motion to compel and devise follow-up strategy. | ARCH |
| 1012.011 | 11/29/2004 | 19 A | 18 | 165.00 | 2.30 | 379.50 Strategy conference with T. Marston and R. Roland regarding further discovery and motion strategy. | ARCH |
| 1012.011 | 11/30/2004 | 15 A | 18 | 95.00 | 1.30 | 123.50 Make hard copy and create notebook for T. Marston with Schilling's expert report; create CD with Schilling's expert report for Skip Vernon; telephone conference with R. Roland regarding signed stipulation regarding scheduling plan and circulation of the same; correspondence with L. Pederson regarding his December schedule; send email to T. Marston, R. Roland and J. Hernandez regarding same; send email to D. Shinners regarding calendaring of deadline to serve answers to Emerco's requests for admission; draft transmittal memo and send same with M. Schilling's expert report on CD to S. Vernon via Overnight mail delivery charges paid to Ex. | ARCH |
| 1012.011 | 11/30/2004 | 13 A | 1 | 200.00 | 0.00 | 0.00 Telephone calls to opposing counsel Baerg regarding discovery issues. Telephone conference with D. Olson. Review expert report from S. Vernon. Initial receipt and | ARCH |

Exhibit E, Page 32 of 100

Detail Fee Transaction File List
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | Ref # |
|--------|-----------|----------|-----|------|---------------|--------|-------|
| Client ID 1012.011 Absolute Environmental Services, Inc. | | | | | | | |
| | | | | | | review of Emerco expert report of Corrosion Probe, Inc. E-mail to defense counsel regarding deposition scheduling. Receive and review correspondence from W. Baerg. Revisions to draft Stipulation. Telephone conference with SPC counsel R. Dickson regarding depositions. Conferences with T. Marston regarding discovery. Receive and review various e-mails from counsel regarding discovery/deposition scheduling. | |
| 1012.011 | 11/30/2004 | 1 A | 18 | 250.00 | 3.00 | 750.00 Telephone conference with D. Olson; review Corrosion Probe Report; review correspondence from E. Brown requesting depositions of personnel of Absolute; telephone conference with M. Kreger regarding request for Brechan depositions. | ARCH |
| 1012.011 | 12/01/2004 | 13 A | 1 | 200.00 | 2.10 | 420.00 Continue initial review of Puett deposition transcript for analysis and abstract. Review Alaska authority on "goods sold and delivered". Commence research for draft of potential Motion for Summary Judgment regarding contract termination. | ARCH |
| 1012.011 | 12/01/2004 | 15 A | 16 | 95.00 | 0.20 | 19.00 Final and fax R. Roland letter regarding contract completion inspection to W. Baerg and all other counsel and client. | ARCH |
| 1012.011 | 12/01/2004 | 1 A | 18 | 250.00 | 4.00 | 1000.00 Email to W. Partin regarding scheduling document productions; plan for travel to California; strategize obtaining documents; review email from client; conference with D. Olson regarding reply brief; update action item list; email regarding status of document requests by Emerco. | ARCH |
| 1012.011 | 12/02/2004 | 13 A | 1 | 200.00 | 1.00 | 200.00 Conference with T. Marston regarding discovery issues. Review FRCP and Court Scheduling Orders regarding deposition limits. E-memo to T. Marston. Telephone conference with Coffman counsel J. Stoetzer regarding discovery issues and scheduling. E-memo to T. Marston. | ARCH |
| 1012.011 | 12/02/2004 | 15 A | 16 | 95.00 | 0.40 | 38.00 Conference with T. Marston regarding additional report by Chemical Pro; telephone conference with L. Pederson regarding supplemental documents produced by Imperial Industrial Coating and additional report on CD. | ARCH |
| 1012.011 | 12/02/2004 | 1 A | 18 | 250.00 | 4.00 | 1000.00 Email to bankruptcy attorney Ekberg to determine whether Emerco could torpedo a trial date by declaring bankruptcy; contact co-counsel to discuss deposition scheduling; review website for corrosion probe. | ARCH |
| 1012.011 | 12/02/2004 | 19 A | 18 | 165.00 | 1.10 | 181.50 Prepare correspondence with opposing counsel regarding court order and submission of requested documents; review tax returns to determine when exactly 2003 federal tax returns are due for submission; telephone conference with Bill Partin to ascertain availability to review documents. | ARCH |
| 1012.011 | 12/03/2004 | 15 A | 16 | 95.00 | 1.60 | 152.00 Fax order granting motion to compel to W. Baerg; troubleshoot with D. Cully in an attempt to view DVD delivered from E. Brown; send email to T. Marston regarding same; conference with T. Marston regarding DVD recently produced by Imperial Industrial Coatings and supplemental documents to be produced; travel to attempt to view DVD on DVD player; conference with T. Marston regarding expert reports; telephone conference with S. Green, E. Brown's assistant, regarding recent document product, expert reports, and DVD/CD production (x2); conference with T. Marston (x2). | ARCH |
| 1012.011 | 12/03/2004 | 19 A | 18 | 165.00 | 0.10 | 16.50 Review correspondence from opposing counsel regarding court order and document production. | ARCH |
| 1012.011 | 12/03/2004 | 1 A | 18 | 250.00 | 8.00 | 2000.00 Review IIC's expert reports corrosion probe and adhesion tests and photos; review corrosion probe website to try to determine identity of expert; email with S. Vernon; work through DVD unreadability problem; email to D. Olson regarding Puett coordinate distribution of expert reports; work with third party defendants to obtain settlement authority; telephone conference with C. Ekberg bankruptcy attorney to determine whether McKinley can avoid trial by filing for bankruptcy; email to W. Baerg to get court ordered documents. | ARCH |
| 1012.011 | 12/06/2004 | 13 A | 1 | 200.00 | 1.30 | 260.00 Review various correspondence and e-mail relating to Emerco discovery and RFA and prospective settlement offer by AESI. Initial draft of RFP response. Telephone call to M. Lembke regarding RFP. Receive and review correspondence from SPC counsel to Emerco counsel E. Brown regarding Emerco supplemental discovery responses. Conference with K. Martin | ARCH |

Exhibit E, Page 33 of 100

**Detail Fee Transaction File List**
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref# |
|---|---|---|---|---|---|---|---|---|

**Client ID 1012.011 Absolute Environmental Services, Inc.**

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref# |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | on status of Emerco responses. | |
| 1012.011 | 12/06/2004 | 15 A | 16 | 95.00 | 1.60 | 152.00 | Make copies of Imperial Industrial Coating's recent documents produced and distribute to J. Hernandez and T. Marston; telephone conference with M. Lembke regarding requests for productions concerning him; fax requests for production to M. Lembke; prepare spreadsheet to divide costs for T. Puett's deposition transcripts between Absolute Environmental and Brechan Enterprises; send email to J. Nist regarding division of costs for T. Puett's deposition transcripts and attach to Puett's e-transcripts; telephone conference with Midnight Sun Court Reporting regarding invoices. | ARCH |
| 1012.011 | 12/06/2004 | 19 A | 18 | 165.00 | 4.30 | 709.50 | Legal research regarding Emerco, Inc.'s claim for goods sold and delivered in order to explain the claim in plaintiff's motion for partial summary judgment. | ARCH |
| 1012.011 | 12/06/2004 | 1 A | 18 | 250.00 | 8.00 | 2000.00 | Work on settlement demand outline elements, proofs, and arguments as they exist today; conference with J. Hernandez regarding material for summary judgment on issue of "goods sold and delivered"; review email from W. Baerg regarding ETA of court ordered documents. | ARCH |
| 1012.011 | 12/07/2004 | 13 A | 1 | 200.00 | 2.80 | 560.00 | Continue review of Puett deposition. Research on contract termination authority for draft and commence rough draft on legal brief. | ARCH |
| 1012.011 | 12/07/2004 | 15 A | 16 | 95.00 | 0.70 | 66.50 | Conference with D. Shinners regarding drafting of letters to D. Olson and J. Nist regarding Ralph Tom Puett's depositon and transcript invoices; review all documents produced by Imperial Industrial Coatings in order to determine if any are missing; send email to S. Green, E. Brown's assistant regarding sending of same. | ARCH |
| 1012.011 | 12/07/2004 | 1 A | 18 | 250.00 | 3.10 | 775.00 | Review email from M Kreger regarding $35,000 settlement demand; review CR 82 on fees; calculate amount of fees Brechan and Absolute would be entitled to; telephone conference with D. Olson regarding fee calculation; telephone conference with client regarding settlement demand. | ARCH |
| 1012.011 | 12/08/2004 | 16 A | 16 | 75.00 | 0.40 | 30.00 | Scan Imperial Industrial Coatings supplemental documents into computer to be databased; begin databasing same. | ARCH |
| 1012.011 | 12/08/2004 | 15 A | 16 | 95.00 | 0.70 | 66.50 | Review and respond to S. Green's email regarding missing documents from Imperial Industrial Coating's supplemental production; make copies of Imperial Industrial Coating's documents and send same to W. Partin for his review; send email to S. Green regarding duplicate DVD. | ARCH |
| 1012.011 | 12/09/2004 | 13 A | 1 | 200.00 | 1.10 | 220.00 | Telephone conference with D. Olson. Review detailed Case argument outline prepared by T. Marston. Work on Discovery responses. | ARCH |
| 1012.011 | 12/09/2004 | 16 A | 16 | 75.00 | 1.50 | 112.50 | Finish databasing Imperial Industrial Coatings supplemental documents; continue databasing Brechan's documents. | ARCH |
| 1012.011 | 12/10/2004 | 13 A | 1 | 200.00 | 1.20 | 240.00 | Receive and review initial draft of Motion for Partial Summary Judgment on "Goods Sold and Delivered" claim. Review Alaska and California case authority. Revisions with memo to T. Marston. | ARCH |
| 1012.011 | 12/10/2004 | 16 A | 16 | 75.00 | 1.50 | 112.50 | Databasing Brechan documents. | ARCH |
| 1012.011 | 12/10/2004 | 19 A | 18 | 165.00 | 2.20 | 363.00 | Prepare plaintiff's motion for partial summary judgment regarding Emerco, Inc.'s claim for goods sold and delivered. | ARCH |
| 1012.011 | 12/10/2004 | 1 A | 18 | 250.00 | 3.00 | 750.00 | Work on detailed case outline. | ARCH |
| 1012.011 | 12/11/2004 | 1 A | 18 | 250.00 | 8.00 | 2000.00 | Work on detailed case outline. | ARCH |
| 1012.011 | 12/13/2004 | 13 A | 1 | 200.00 | 2.50 | 500.00 | Review, edit and revise draft settlement demand letter, e-memo to T. Marston. Legal research on issue of contract repudiation and elements of valid contract termination. Review Scheduling Order regarding Pre-trial conference setting. Telephone conference with Case Management Clerk, USDC Alaska regarding status of Brechan Motion for Summary Judgment and scheduling of Pre-Trial conference. Review draft responses to Emerco Request for Admissions. Review FRCP 36. Conference with T. Marston. | ARCH |
| 1012.011 | 12/13/2004 | 1 A | 18 | 250.00 | 8.10 | 2025.00 | Draft requests for admission responses and forward to client for review; telephone conference with M. Lembke to confirm contract reconciliation; complete draft of settlement demand letter. | ARCH |
| 1012.011 | 12/13/2004 | 15 A | 16 | 95.00 | 1.80 | 171.00 | Conference with R. Roland regarding recent documents produced and responses to McKinley's requests for production; telephone conference with Judge Beistline's case | ARCH |

Exhibit E, Page 34 of 100

**Detail Fee Transaction File List**
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

**Client ID 1012.011 Absolute Environmental Services, Inc.**

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | management clerk regarding scheduling of trial from date of certification of completion of discovery; send email to T. Marston regarding same; draft responses to Emerco's first requests for admissions. | |
| 1012.011 | 12/13/2004 | 19 A | 18 | 165.00 | 1.10 | 181.50 | Legal research partially disclosed agency issue to ensure all elements in preparation for trial are determined. | ARCH |
| 1012.011 | 12/13/2004 | 15 A | 16 | 95.00 | 0.30 | 28.50 | Send email to R. Roland inquiring about stipulation and order for modifying planning and scheduling order; respond to T. Marston email regarding T. Puett's deposition exhibit binder. | ARCH |
| 1012.011 | 12/14/2004 | 13 A | 1 | 200.00 | | 0.00 | Further revisions to draft settlement demand letter. Conference with T. Marston. | ARCH |
| 1012.011 | 12/14/2004 | 1 A | 18 | 250.00 | 7.50 | 1875.00 | Work on issue organization and settlement demand letter; revise requests for admission responses; telephone conference with client. | ARCH |
| 1012.011 | 12/14/2004 | 15 A | 16 | 95.00 | 1.40 | 133.00 | Telephone conference with M. Lembke regarding Absolute's backup costs notebook and supplementing expert report; leave voicemail for M. Lembke regarding backup costs notebook; locate notice to cure letters sent by Absolute to Imperial Industrial Coating. | ARCH |
| 1012.011 | 12/14/2004 | 19 A | 18 | 165.00 | 1.30 | 214.50 | Continue legal research regarding agency issue; prepare memorandum to T. Marston specifying elements to prove the agency issue at trial. | ARCH |
| 1012.011 | 12/14/2004 | 15 A | 16 | 95.00 | 0.10 | 9.50 | Edit responses to Emerco's requests for admissions to Absolute. | ARCH |
| 1012.011 | 12/15/2004 | 13 A | 1 | 200.00 | 2.80 | 560.00 | Receive and review correspondence from W. Baerg. Telephone conference with D. Olson. Review database documents for identification of client invoices to Brechan, including AESI documents and Brechan documents. E-memo to D. Olson. Conference with T. Marston. Legal research regarding FRCP 37 as relating to exclusion of expert testimony for failure of strict compliance with FRCP26 expert disclosure elements. Review outline of corporate status/alter ego issues. | ARCH |
| 1012.011 | 12/15/2004 | 1 A | 18 | 250.00 | 5.50 | 1375.00 | Finalize demand documents; attach exhibits; discuss deposition schedule with E. Brown; prepare deposition spreadsheet; discuss scheduling depositions with K. Martyn; discuss dispositive motions with R. Roland; review legal research regarding veil piercing and agency. | ARCH |
| 1012.011 | 12/15/2004 | 15 A | 16 | 95.00 | 1.60 | 152.00 | Conference with T. Marston regarding W. Baerg's letter regarding pay applications and./or payments; conference with R. Roland regarding same; conference with T. Marston regarding deposition scheduling; draft letter to J. Stoetzer, R. Dickson, and M. Kreger regarding deposition scheduling; review database of documents to locate pay applications and payments. | ARCH |
| 1012.011 | 12/15/2004 | 19 A | 18 | 165.00 | 3.20 | 528.00 | Continue researching agency issue to prepare for trial; prepare memorandum to T. Marston outlining elements. | ARCH |
| 1012.011 | 12/15/2004 | 4 A | 18 | 185.00 | 1.00 | 185.00 | Analyze settlement letter; conference with T. Marston. | ARCH |
| 1012.011 | 12/16/2004 | 13 A | 1 | 200.00 | 2.40 | 480.00 | Draft correspondence to W. Baerg. Conference with T. Marston regarding AESI project closeout documents. Continue review of project document database with regard to AESI invoices and contract payment information. Telephone conference with W. Baerg. Conference call with T. Marston and D. Olson regarding AESI supplemental document production. | ARCH |
| 1012.011 | 12/16/2004 | 15 A | 16 | 95.00 | 4.10 | 389.50 | Review all credit card statements and redact account numbers and personal information so they can be produced; conference with R. Roland regarding response to letter Baerg regarding pay applications; search for pay applications in the documents produced by Brechan; telephone conference with S. Green regarding Imperial Industrial Coating's documents and DVD from M. Schilling. | ARCH |
| 1012.011 | 12/17/2004 | 13 A | 1 | 200.00 | 3.00 | 600.00 | Work on draft response to Emerco 3rd RFP. Review FRCP 26 legal cases with respect to expert disclosure and production of expert documents by parties. Telephone conference with M. Lembke. Review document files regarding Lembke project document review. Review Lembke expert report. Telephone conference with D. Olson. | ARCH |
| 1012.011 | 12/17/2004 | 15 A | 16 | 95.00 | 0.40 | 38.00 | Review discovery file to determine date requests for production were signed versus date mailed; calculate response | ARCH |

Exhibit E, Page 35 of 100

**Detail Fee Transaction File List**
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|----------|-----|------|---------------|--------|------|-------|

**Client ID 1012.011 Absolute Environmental Services, Inc.**

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | Description | Ref # |
|--------|-----------|----------|-----|------|---------------|--------|-------------|-------|
| | | | | | | | due date; send email to R. Roland regarding same. | |
| 1012.011 | 12/20/2004 | 13 A | 1 | 200.00 | 3.20 | 640.00 | Prepare final Responses to Emerco 3rd RFP. Meeting with M. Lembke. Receive and review Lembke file materials and prepare for marking and identification. Correspondence to W. Baerg. | ARCH |
| 1012.011 | 12/20/2004 | 15 A | 16 | 95.00 | 4.20 | 399.00 | Correspond with S. Green regarding Imperial Industrial Coatings's documents and M. Schilling DVD yet to be received; telephone conference with L. Pederson regarding Imperial Industrial Coating's documents and M. Schilling DVD; send email to S. Green regarding same; leave voicemail to S. Sims, Brown's assistant, regarding depositions; conference with T. Marston regarding depositions and scheduling; send follow-up email to S. Sims regarding same; Edit and final response to Emerco's 3rd requests for production; make copies of final responses; draft declaration of service regarding same; finalize answers to Emerco's requests for admissions; send fax to all counsel with responses to requests for production and answers to requests for admissions; review, edit and finalize R. Roland letter to W. Baerg regarding 3rd requests for production regarding M. Lembke's report; travel to FedEx to send out R. Roland letter and requests for production to W. Baerg, E. Brown and all other counsel. | ARCH |
| 1012.011 | 12/21/2004 | 13 A | 1 | 200.00 | 2.20 | 440.00 | Review parties' Preliminary witness lists and initial draft of Final Witness List. | ARCH |
| 1012.011 | 12/21/2004 | 1 A | 18 | 250.00 | 4.00 | 1000.00 | Review Schilling report including plot of test locations; review E. Brown request for discovery extension; telephone conference with same; work with K. Martyn on deposition schedule and preparation of stipulation and order; email to and from W. Baerg regarding whereabouts of documents ordered by Judge. | ARCH |
| 1012.011 | 12/21/2004 | 15 A | 16 | 95.00 | 2.60 | 247.00 | Work with T. Marston on deposition schedule and preparation of stipulation and order regarding extension of deadline to take depositions; begin to draft stipulation regarding extending deadline for deposing witnesses; review email form P. Weinmeister regarding depositon scheduling; forward email to T. Marston; conference with T. Marston regarding documents to be sent to us by E. Brown's office which were to be compiled by L. Emery; review and respond to email from S. Green regarding documents sent to E. Brown's office by L. Emery; send email to P. Weinmeister regarding "extending of deadline to depose witnesses" and other deposition matters which I discussed with T. Marston. | ARCH |
| 1012.011 | 12/22/2004 | 19 A | 18 | 165.00 | 0.10 | 16.50 | Prepare correspondence to Bill Partin regarding pending discovery requests to Emerco and McKinley. | ARCH |
| 1012.011 | 12/22/2004 | 13 A | 1 | 200.00 | 2.00 | 400.00 | Review AESI document database for document identification and in preparation for Supplemental Document production. Conference with T. Marston regarding discovery scheduling matters. | ARCH |
| 1012.011 | 12/22/2004 | 15 A | 16 | 95.00 | 4.20 | 399.00 | Send follow-up email to S. Green, E. Brown's assistant regarding obtaining documents from L. Emery; finalize draft of stipulated motion and order regarding extending the deadline for deposing fact and expert witnesses; conference with T. Marston regarding same; telephone conference with J. Stoetzer, M. Kreger, R. Dickson regarding stipulation; telephone conference with Patrice Mr. Brown's assistant regarding creation of a tentative deposition schedule; send email to T. Marston, R. Roland, D. Shinners regarding stipulation and order; draft final witness list. | ARCH |
| 1012.011 | 12/22/2004 | 1 A | 18 | 250.00 | 0.70 | 175.00 | Work on scheduling depositions; telephone conference with E. Brown regarding stipulation to extend discovery. | ARCH |
| 1012.011 | 12/22/2004 | 1 A | 18 | 250.00 | 4.50 | 1125.00 | Work on issue organization; draft questions for D. Olson to ask of painters during interviews; review email and draft stipulation from B. Dickson; coordinate with J. Hernandez for responding to documents said to be produced the following week; work on stipulation; coordinate production of Lembke records; coordinate deposition scheduling. | ARCH |
| 1012.011 | 12/27/2004 | 13 A | 1 | 200.00 | 3.40 | 680.00 | Prepare document and revisions to draft Final Witness List. Conference with T. Marston regarding witness identification. Telephone conferences with D. Olson regarding witness issues | ARCH |

Exhibit E, Page 36 of 100

Date: 04/03/2007    Case 3:03-cv-00199-RRB    Document 665-8    Filed 12/06/2007    Page 12 of 25    Page: 37

Detail Fee Transaction File List
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|----------|-----|------|---------------|--------|---|-------|

**Client ID 1012.011 Absolute Environmental Services, Inc.**

| Client | Trans Date | Bill | P | Tcd | Rate | Hours to Bill | Amount | Description | Ref # |
|--------|-----------|------|---|-----|------|---------------|--------|-------------|-------|
| | | | | | | | | (2). Receive and review correspondence from W. Baerg relating to Emerco 2nd RFP. Review file correspondence and Emerco 2nd RFP regarding Baerg request for further response. Telephone conference with W. Baerg regarding discovery issues. Receive and review correspondence from opposing counsel E. Brown regarding Emerco RFPs. Telephone conference with L. Pederson regarding filing of Witness List. E-memo to D. Olson regarding need for production of project "closeout" documentation. Initial receipt and preliminary review of additional documents produced by Emerco in response to Order to Compel Production. Telephone conference with M. Lembke. | |
| 1012.011 | 12/27/2004 | 1 | A | 18 | 250.00 | 4.00 | 1000.00 | Review and revise final witness list; email to R. Roland Parrot Mechanical "accounts stated" case for his comment; exchange emails with S. Vernon to request his completion of the rebuttal report; coordinate production of Lembke file; review latest financial documents produced by Imperial; Review correspondence from E. Brown regarding supplemental document production. | ARCH |
| 1012.011 | 12/28/2004 | 1 | A | 18 | 250.00 | 3.50 | 875.00 | Coordinate acquisition of final documents from client; draft matrix for McKinley's use to respond to Schilling allegations; telephone conference with S. Vernon regarding scope of rebuttal brief; research dates of Schilling's site visits; transmit DVD to S. Vernon from E. Brown. | ARCH |
| 1012.011 | 12/29/2004 | 13 | A | 1 | 200.00 | 2.50 | 500.00 | Final review and revisions and prepare final AESI Witness List for service on counsel. Correspondence to L. Pederson. Receipt and preliminary review and identification of additional volume of documents produced by Emerco in response to Order to Compel. | ARCH |
| 1012.011 | 12/29/2004 | 1 | A | 18 | 250.00 | 1.00 | 250.00 | Review S. Vernon rebuttal report and monitor final preparation of witness list. | ARCH |
| 1012.011 | 12/30/2004 | 19 | A | 18 | 165.00 | 0.40 | 66.00 | Prepare correspondence to Alaska opposing counsel regarding outstanding discovery from Emerco and McKinley; telephone conference with Sally Green regarding outstanding discovery. | ARCH |
| 1012.011 | 12/30/2004 | 1 | A | 18 | 250.00 | 5.00 | 1250.00 | Review and edit Vernon report for form and content; provide for final adjustment and service. | ARCH |
| 1012.011 | 01/03/2005 | 1 | A | 18 | 250.00 | 6.00 | 1500.00 | Conference with R. Roland regarding our providing additional documents to E. Brown; telephone conference with E. Brown; conference with R. Roland and J. Hernandez regarding strategy update; work with J. Hernandez to prepare spreadsheet illustrating missing McKinley documents; telephone conference with D. Olson regarding getting cost records as soon as possible; conference with R. Roland and K. Martyn regarding production of Lembke documents; telephone conference with J. Stoetzer regarding the status of settlement; work on deposition schedule; telephone conference with client. | ARCH |
| 1012.011 | 01/03/2005 | 15 | A | 16 | 100.00 | 1.80 | 180.00 | Send email to S. Green regarding Imperial Industrial Coatings documents; conference with T. Marston regarding same; create spreadsheet which out lines individuals being deposed and who's deposition have been noted; send email to D. Shinners regarding calendaring of same; leave voicemail for S. Sims, with E. Brown's office, regarding deposition scheduling; meet with T. Marston regarding stipulation regarding extending deadline to depose witnesses; meeting with T. Marston regarding Specialty Polymer Coating and Absolute depositions. | ARCH |
| 1012.011 | 01/03/2005 | 13 | A | 1 | 200.00 | 2.10 | 420.00 | Receive and review Coffman witness list. Work on draft supplemental response to Emerco 1st and 2nd RFP. Receive, review and calendar Notices of Deposition of Emerco witnesses Lynch and Jerling. Receive and review correspondence from D. Olson regarding AESI invoices to Brechan and review project document database and identify various invoices for supplemental production. | ARCH |
| 1012.011 | 01/03/2005 | 19 | A | 18 | 165.00 | 2.20 | 363.00 | Begin preparing inventory of voluminous documents produced to date to determine whether they are responsive to client's discovery requests. | ARCH |
| 1012.011 | 01/04/2005 | 13 | A | 1 | 200.00 | 1.40 | 280.00 | Review project documentation for Supplemental Responses to Emerco Requests for Production. Receive and review Emerco/McKinley 4th RFP and Interrogatories. Telephone | ARCH |

Exhibit E, Page 37 of 100

**Detail Fee Transaction File List**

Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 1012.011 Absolute Environmental Services, Inc.** | | | | | | | | |
| | | | | | | | call to D. Olson regarding status of supplemental document production. | |
| 1012.011 | 01/04/2005 | 15 A | 16 | 100.00 | 1.80 | 180.00 | Conference with R. Roland and T. Marston regarding documents to be produced, including M. Lembke's working documents; meet with D. Shinners regarding scanning of documents; conference with R. Roland regarding locating documents; telephone conference with D. Olson regarding same; search database and Specialty Polymer Coating documents for email regarding paint spill; send documents to D. Olson per his request. | ARCH |
| 1012.011 | 01/04/2005 | 13 A | 1 | 200.00 | 0.80 | 160.00 | Receive and review correspondence from opposing counsel Baerg. Conference with J. Hernandez regarding outstanding Emerco documents. Telephone conferences with D. Olson regarding supplemental production of AESI documents. | ARCH |
| 1012.011 | 01/04/2005 | 19 A | 18 | 165.00 | 4.00 | 660.00 | Continue preparing inventory of documents to assure the documents are responsive to discovery requests. | ARCH |
| 1012.011 | 01/05/2005 | 15 A | 16 | 100.00 | 2.70 | 270.00 | Scan redacted credit card statements and prepare documents in Scan-It to be produced; scan all of M. Lembke's documents; review documents for privileged information; conference with T. Marston regarding same; send email to M. Lembke regarding questionable documents; prepare M. Lembke documents in Scan-It; Bates number same. | ARCH |
| 1012.011 | 01/05/2005 | 4 A | 18 | 195.00 | 0.50 | 97.50 | Conference with T. Marston; analyze correspondence. | ARCH |
| 1012.011 | 01/05/2005 | 13 A | 1 | 200.00 | 2.60 | 520.00 | Conference with T. Marston regarding supplemental production of documents. Telephone conference with D. Olson. Review E. Brown correspondence on supplemental discovery demands. Telephone conference with L. Pederson. Check status of Emerco production of video tapes and documents previously demanded. Continue identification and draft of formal Supplemental Production response. Review file and identify prior correspondence with opposing counsel regarding supplemental discovery production. | ARCH |
| 1012.011 | 01/05/2005 | 1 A | 18 | 250.00 | 1.90 | 475.00 | Draft stipulated motion and order modifying deadline to depose fact and expert witnesses. | ARCH |
| 1012.011 | 01/06/2005 | 15 A | 16 | 100.00 | 3.10 | 310.00 | Continue working on scanning, reviewing, and Bates numbering documents that will be produced, including M. Lembke's documents, telephone conference with D. Olson regarding documents he is to be sending and confidentiality and redaction of information on credit card statements; burn CDs with all documents being produced; draft letter to opposing counsel regarding documents being produced in response to requests for production; send same to E. Brown via FedEx and remaining counsel via U.S. mail. | ARCH |
| 1012.011 | 01/06/2005 | 4 A | 18 | 195.00 | 0.50 | 97.50 | Conference with T. Marston; review and analyze document production issues. | ARCH |
| 1012.011 | 01/06/2005 | 13 A | 1 | 200.00 | 2.80 | 560.00 | Complete draft of formal Supplemental RFP response document on Emerco 1st RFP. Transmittal memo to D. Olson. Conference with T. Marston. Telephone conferences with D. Olson regarding identification and supplemental production of AESI documents. | ARCH |
| 1012.011 | 01/07/2005 | 15 A | 16 | 100.00 | 4.00 | 400.00 | Conference with R. Roland and T. Marston regarding document production; begin to draft D. Olson affidavit regarding documents produced; telephone conference with D. Olson regarding documents; telephone conference with FedEx regarding delivery of documents; conference with R. Roland and T. Marston (and D. Olson via telephone) regarding missing documents; continue to troubleshoot with FedEx regarding missing documents; send fax to Selina with FedEx in Issaquah regarding same; send M. Kreger fax with stipulation regarding discovery/depositions signed by T. Marston; begin to scan all Absolute Environmental's documents received from D. Olson and to be produced to opposing counsel. | ARCH |
| 1012.011 | 01/07/2005 | 13 A | 1 | 200.00 | 3.00 | 600.00 | Initial receipt and preliminary review and identification of supplemental documents received from AESI. Numerous telephone conferences with Federal Express and telephone calls to FAA Western Region office regarding opened Fedex document shipment and misplacement of AESI documents shipped by client to MHF. Telephone conferences with D. Olson regarding supplemental document production. | ARCH |

Exhibit E, Page 38 of 100

**Detail Fee Transaction File List**

Marston Hefferman Foreman, P.L.L.C.

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|----------|-----|------|---------------|--------|---|-------|

**Client ID 1012.011 Absolute Environmental Services, Inc.**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Preliminary review of voluminous AESI e-mail messages and attachments. | |
| 1012.011 | 01/09/2005 | 15 A | 16 | 100.00 | 2.40 | 240.00 | Continue to scan all Absolute Environmental documents received from D. Olson and to be produced to opposing counsel. | ARCH |
| 1012.011 | 01/10/2005 | 15 A | 16 | 100.00 | 7.60 | 760.00 | Telephone conference with Selina at FedEx regarding missing documents; continue to scan Absolute Environmental's documents to be produced; send email to S. Green regarding delay in document production; review and final T. Marston's letter to W. Baerg regarding Imperial Industrial Coating's documents to be reviewed in California; telephone conference with B. Partin's assistant regarding demand in letters if need additional information; telephone conference with Lloyd Partin with Merud Airport regarding mixed documents; review all Absolute Environmental documents and identify privileged/confidential or questionable documents; send email to R. Roland and T. Marston regarding same. | ARCH |
| 1012.011 | 01/10/2005 | 13 A | 1 | 200.00 | 3.60 | 720.00 | Sort and identify documents received from AESI for supplemental production. Receive and review additional re-located AESI documents received from Fedex after misplacement. Sort, categorize and identify additional client documents for supplemental production.  Privilege review of documents. | ARCH |
| 1012.011 | 01/10/2005 | 1 A | 18 | 250.00 | 3.00 | 750.00 | Review correspondence from Baerg requiring us to travel to California to obtain documents; telephone conference with W. Partin regarding logistics; telephone conference with client regarding same; draft terms letter to W. Baerg regarding logistics; continue work on retrieval of lost FedEx documents. | ARCH |
| 1012.011 | 01/11/2005 | 4 A | 18 | 195.00 | 1.60 | 312.00 | Conference with T. Marston; analyze issue organization list. | ARCH |
| 1012.011 | 01/11/2005 | 13 A | 1 | 200.00 | 2.80 | 560.00 | Receive and review FRCP45 Deposition subpoenas issued by counsel for Emerco.  Receive and review Brechan Motion for Leave to Supplement MSJ pleadings. Legal research on effect of issuing FRCP45 deposition subpoena from incorrect Federal District Court.  Memo to T. Marston on nullity of FRCP45 deposition subpoena when issued for incorrect Federal District Court. Continue identification and privilege review of supplemental AESI documents. | ARCH |
| 1012.011 | 01/11/2005 | 1 A | 18 | 250.00 | 5.90 | 1475.00 | Telephone call to W. Baerg; email to Baerg regarding when I will receive a response to my logistics letter; conference with R. Roland regarding review of documents for our final production; review and calendar Bakersfield Carr Pro depositions; telephone conference with client; review latest documents for privilege before production; email from D. Olson regarding D. Khoener; telephone conference with William Baerg regarding document production in California; draft letter to Baerg confirming production in Seattle on the 17th; telephone conference with D. Olson; email William Partin regarding cancellation of travel plans; review and revise stipulation. | ARCH |
| 1012.011 | 01/11/2005 | 15 A | 16 | 100.00 | 5.20 | 520.00 | Continue to review possible privileged/confidential Absolute Environmental documents; begin to redact account numbers on bank statements and balance information on check register; conference with R. Roland regarding Absolute documents; conference with T. Marston and R. Roland regarding Absolute documents; continue to review and redact; confirm information on Absolute documents before producing to opposing counsel; review, edit and final stipulation regarding time for Emerco to produce documents and things in response to courts order to compel; email draft to T. Marston; conference with T. Marston regarding possible privileged and confidential documents; go through all scanned and Bates numbered Absolute documents and create log describing documents and Bates ranges; send email to R. Roland regarding same; review, edit and finalize T. Marston's letter to W. Baerg regarding court ordered documents; fax and mail same to W. Baerg. | ARCH |
| 1012.011 | 01/12/2005 | 1 A | 18 | 250.00 | 4.50 | 1125.00 | Discuss organization of our latest document production with R. Roland; review financial documents for confidentiality redactions; telephone conference with D. Olson regarding same; telephone conference with Mike Lembke regarding | ARCH |

Exhibit E, Page 39 of 100

**Detail Fee Transaction File List**

Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

**Client ID 1012.011 Absolute Environmental Services, Inc.**

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | payment issues; telephone conference with Dave Olson regarding same; voicemail from Baerg regarding status of deposition extension; telephone conference with W. Baerg regarding obtaining his signature on document production stipulation; work on deposition scheduling; draft deponents list and letter to co-counsel soliciting conflicts documentation; telephone conference with D. Olson. | |
| 1012.011 | 01/12/2005 | 13 A | 1 | 200.00 | 2.70 | 540.00 | Receive and review Emerco's Supplemental Expert Disclosure statements for Nitro and Engle & Engle. Review FRCP with regard to expert disclosure and timing. Review compilation of categories of newly received client documents. Identify supplemental client documents to RFP requests. Edit draft of supplemental RFP response | ARCH |
| 1012.011 | 01/12/2005 | 4 A | 18 | 195.00 | 2.00 | 390.00 | Conference with T. Marston regarding strategy; analyze deposition schedule and pending discovery dispute; analyze file and study claim issues. | ARCH |
| 1012.011 | 01/12/2005 | 15 A | 16 | 100.00 | 4.80 | 480.00 | Conference with R. Roland regarding possibility of drafting and sending supplemental responses to Emerco's requests for production; edit D. Olson's affidavit regarding document production; continue to go through Absolute's documents and prepare for production to opposing; edit Absolute's document log with new Bates number ranges and descriptions; send log via email to R. Roland for his use; burn CD containing Absolute's documents (AES003700-AES006893); draft letter to E. Brown regarding CD and additional CD to be shipped on Thursday; prepare and FedEx all to E. Brown; send email to S. Green , E. Brown's assistant regarding supplemental Absolute document production; travel to FedEx to deliver package to be sent to E. Brown. | ARCH |
| 1012.011 | 01/13/2005 | 1 A | 18 | 250.00 | 5.00 | 1250.00 | Exchange emails with M. Kreger and R. Dickson regarding depositions; telephone conference with M. Kreger regarding same; telephone conference with A. Petrich regarding same and deposition strategy; work on deposition schedule; conference with R. Roland on preparation of identification of documents to particular document requests for defendants; telephone conference with K. Martyn regarding preparation of declaration of D. Olson regarding document production; telephone conference with D. Olson regarding status; telephone conference with Bob Dickson regarding deposing Pederson, Tenderella, and Roehner; telephone conference with D. Olson; work on selection of deponents and depositions schedule. | ARCH |
| 1012.011 | 01/13/2005 | 13 A | 1 | 200.00 | 2.50 | 500.00 | Review various financial documents received from client for supplemental production. Review check register and redaction of attorney-client entries. Final edits to draft Supplemental Response to Emerco 1st and 2nd RFP. | ARCH |
| 1012.011 | 01/13/2005 | 15 A | 16 | 100.00 | 5.80 | 580.00 | Review additional telephone and financial statements recently reviewed by T. Marston; redact all privileged/confidential information including account numbers and check register balances; update Absolute supplemental document production log with check register and AT&T wireless phone record information; email same to R. Roland; scan redacted phone bills and financial records; burn Absolute documents (AES006894-008165) onto CD for distribution to E. Brown; telephone conference with S. Green regarding producing of documents via CD to W. Baerg as well as E. Brown; make additional edits to D. Olson's affidavit regarding documents produced; send email to T. Marston with affidavit attached for his review; final affidavit and email to L. Pederson so D. Olson can sign and have notarized; draft letter to E. Brown regarding CD containing supplement Absolute documents and regard two VHS tapes taken during project; draft letter to remaining attorneys regarding remaining CD with Absolute documents bates numbers AES003700-AES008165; conference with T. Marston regarding depositions. | ARCH |
| 1012.011 | 01/14/2005 | 1 A | 18 | 250.00 | 2.00 | 500.00 | Work on deposition schedule; transmit same to co-counsel; review responses from Dickson and Kreger; review email from William Baerg regarding S. Vernon availability; telephone conference with S. Vernon regarding his availability to be deposed and regarding his availability to attend M. | ARCH |

Exhibit E, Page 40 of 100

**Detail Fee Transaction File List**
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref# |
|--------|-----------|----------|-----|------|---------------|--------|--|------|

**Client ID 1012.011 Absolute Environmental Services, Inc.**

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | Description | Ref# |
|--------|-----------|----------|-----|------|---------------|--------|-------------|------|
| | | | | | | | Schilling deposition; discuss contents of supplemental responses to document requests and confer with R. Roland and coordinate issuance of notices of depositions with D. Shinners. | |
| 1012.011 | 01/14/2005 | 13 A | 1 | 200.00 | 2.40 | 480.00 | Revisions to draft Supplemental Response. Conference with K. Martin regarding status of discovery document compilation and identification. Drafts and edit correspondence for T. Marston to opposing counsel forwarding Supplemental document production with table of relationships. Revisions to table of supplemental document production. | ARCH |
| 1012.011 | 01/14/2005 | 13 A | 1 | 200.00 | 1.60 | 320.00 | Detail review of video tapes provided by client of "time and motion coating removal study" and IIC cargo container opening and inventory, and preliminary notes. | ARCH |
| 1012.011 | 01/14/2005 | 4 A | 18 | 195.00 | 2.00 | 390.00 | Conference with T. Marston; review and analyze correspondence; study issue organization to prepare for depositions. | ARCH |
| 1012.011 | 01/14/2005 | 15 A | 16 | 100.00 | 1.00 | 100.00 | Review email from R. Roland regarding T. Marston's letter to counsel regarding Absolute documents; review, edit and final T. Marston's letter; meeting with D. Shinners regarding notices of deposition; send email to D. Shinners with examples of notices of deposition; subpoena duces tecum for her to send to witnesses and counsel; update Absolute's supplemental document production table and email to R. Roland for his review and finalizing; meeting with T. Marston regarding letter and depositions. | ARCH |
| 1012.011 | 01/17/2005 | 1 A | 18 | 250.00 | 3.00 | 750.00 | Plan out logistics of current deposition schedule; emails with R. Dickson regarding contact information for painters; telephone conference with S. Vernon regarding alternative dates for his deposition; outline work to be done; telephone conference with D. Olson. | ARCH |
| 1012.011 | 01/17/2005 | 4 A | 18 | 195.00 | 2.00 | 390.00 | Analyze deposition schedule; conference with T. Marston; analyze Imperial claims; analyze contract documents. | ARCH |
| 1012.011 | 01/17/2005 | 15 A | 16 | 100.00 | 6.50 | 650.00 | Begin to review Imperial Industrial Coating documents received form Laura Emery in response to the order to compel; conference with D. Shinners regarding scanning of Imperial Industrial Coating documents; fax Skip Vernon's rebuttal report to M. Lembke per his request; make J. Elison travel arrangements to Alaska for depositions; review email from T. Marston regarding travel arrangements for S. Vernon; research travel options; send email to T. Marston regarding same; review T. Marston email regarding contact information of witnesses; telephone conference with D. Olson regarding contact information for D. Rohner, P. Pederson, J. Tenderella; research Absolute database for certified payroll reports to find contact information; send email to T. Marston regarding same; review email from T. Marston regarding upcoming two month deposition schedule; create Imperial Industrial Coating project in Scan-It in order to review and bates stamp all Imperial Industrial Coating documents. | ARCH |
| 1012.011 | 01/18/2005 | 1 A | 18 | 250.00 | 1.00 | 250.00 | Telephone conference with Eric Brown regarding objections to document production by Absolute; conference with K. Martyn regarding reproduction of documents. | ARCH |
| 1012.011 | 01/18/2005 | 13 A | 1 | 200.00 | 2.00 | 400.00 | Additional review of client video tapes, review notes, review project document database and draft of narrative/comment memos on each to T. Marston | ARCH |
| 1012.011 | 01/18/2005 | 4 A | 18 | 195.00 | 1.00 | 195.00 | Analyze deposition issues; conference with T. Marston; analyze correspondence file. | ARCH |
| 1012.011 | 01/18/2005 | 15 A | 18 | 100.00 | 3.90 | 390.00 | Review and respond to J. Elison email regarding pro hac vice admission; telephone conference with S. Grund regarding recently noted NOD's; send all NOD's to S. Grund via fax; continue to review IIC documents in scan-it; prepare documents to be exported and burned onto CD"s to be given to E. Brown and B. Baerg. | ARCH |
| 1012.011 | 01/19/2005 | 1 A | 18 | 250.00 | 2.70 | 675.00 | Supervise document production issues; work on scheduling imminent activities. | ARCH |
| 1012.011 | 01/19/2005 | 15 A | 16 | 100.00 | 5.10 | 510.00 | Telephone conference with B. Partin regarding latest Imperial Industrial Coating document production; begin to create spreadsheet which tells what request for production documents are responsive to; telephone conference with S. Green regarding notices of deposition; scan notices of | ARCH |

Exhibit E, Page 41 of 100

Date: 04/03/2007　　Case 3:03-cv-00199-RRB　　Document 665-8　　Filed 12/06/2007　　Page 17 of 25　　Page: 42

Detail Fee Transaction File List
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----|-----|------|--------------|--------|--|------|

**Client ID 1012.011 Absolute Environmental Services, Inc.**

| | | | | | | | | deposition and send via email to S. Green; conference with J. Hernandez regarding Imperial Industrial Coating documents and teach how to view with Scan-It program; scan Imperial Industrial Coating documents IIC-05993 - 06894; draft memo to W. Partin regarding most recent Imperial Industrial Coating document production; requests for production and spreadsheet used to identify Imperial Industrial Coating's documents; export Imperial Industrial Coating documents in order to be burned to CD; exchange emails with S. Green regarding missing Imperial Industrial Coating documents; draft letter to E. Brown regarding Imperial Industrial Coating documents and VHS tapes; draft transmittal memo to D. Olson regarding Imperial Industrial Coating documents; travel to FedEx. | |
|---|---|---|---|---|---|---|---|---|---|
| 1012.011 | 01/19/2005 | 4 | A | 18 | 195.00 | 2.00 | 390.00 | Study deposition transcript of Puett; analyze Imperial claims. | ARCH |
| 1012.011 | 01/19/2005 | 19 | A | 18 | 165.00 | 2.20 | 363.00 | Review documents to assure all responsive documents to client's requests for production were produced. | ARCH |
| 1012.011 | 01/20/2005 | 4 | A | 18 | 195.00 | 1.60 | 312.00 | Analyze claim issues. | ARCH |
| 1012.011 | 01/20/2005 | 15 | A | 16 | 100.00 | 2.80 | 280.00 | Scan recently emailed Imperial Industrial Coating documents and import into Scan-It database; begin to go through documents to determine what requests for production they are responsive to; send additional Imperial Industrial Coating documents to D. Olson via email which supplement CD; research internet to attempt to reserve hotel for J. Elison in Anchorage; review and respond to emails from S. Green, E. Brown's assistant, regarding recently produced Imperial Industrial Coating documents and Absolute Environmental VHS tapes; continue to go through Imperial Industrial Coating documents and see what requests for production they are responsive to. | ARCH |
| 1012.011 | 01/20/2005 | 19 | A | 18 | 165.00 | 5.30 | 874.50 | Review defendants' witness disclosure list and Mark Schilling's report to address in motion in limine to exclude Mark Schilling and Craig Sorenson; legal research regarding exclusion of experts at trial for untimely disclosure and deficient expert report. | ARCH |
| 1012.011 | 01/21/2005 | 4 | A | 18 | 195.00 | 3.00 | 585.00 | Study responses to damages interrogatories and other discovery; study file; prepare for depositions. | ARCH |
| 1012.011 | 01/21/2005 | 15 | A | 16 | 100.00 | 2.20 | 220.00 | Telephone conference with Peggy at B. Dickson's office regarding Absolute Environmental's recent document production; email Peggy with attached spreadsheet; telephone conference with court clerk regarding obtaining copy of court's docket per J. Hernandez's request; research all correspondence, pleadings to determine all deadlines, and what documents they appear in regarding expert report deadlines; create memo regarding same for J. Hernandez; conference with T. Marston regarding November 2004 stipulation and order regarding W. Baerg; send fax to counsel regarding missing signatures on same. | ARCH |
| 1012.011 | 01/21/2005 | 1 | A | 18 | 250.00 | 1.00 | 250.00 | Telephone conference with W. Baerg regarding mediation; strategize partial extension to allow for mediation. | ARCH |
| 1012.011 | 01/21/2005 | 19 | A | 18 | 165.00 | 7.40 | 1221.00 | Begin preparing motion in limine to exclude expert testimony; prepare declaration of T. Marston in support of motion in limine; prepare proposed order granting motion in limine. | ARCH |
| 1012.011 | 01/22/2005 | 4 | A | 18 | 195.00 | 3.00 | 585.00 | Prepare for depositions and analyze file. | ARCH |
| 1012.011 | 01/23/2005 | 4 | A | 18 | 195.00 | 7.50 | 1462.50 | Study claim materials and prepare for depositions. | ARCH |
| 1012.011 | 01/23/2005 | 19 | A | 18 | 165.00 | 1.50 | 247.50 | Finalize draft of motion in limine to exclude expert testimony and supporting documents. | ARCH |
| 1012.011 | 01/24/2005 | 1 | A | 18 | 250.00 | 1.00 | 250.00 | Telephone conference with D. Olson; telephone conference with Eric Brown regarding mediation. | ARCH |
| 1012.011 | 01/24/2005 | 15 | A | 16 | 100.00 | 3.90 | 390.00 | Telephone conference with Washington Supreme Court clerk regarding faxing of J. Elison's certificate of good standing; scan application for J. Elison's pro hac vice admission and email to L. Pederson; telephone conference with L. Pederson regarding same; locate and make copies of notices of depositions for Tuesday and Wednesday depositions for J. Elison; confirm travel arrangements for J. Elison to Alaska; meeting with J. Hernandez regardign expert report due dates and dates reports actually received; begin to review and red-line J. Hernandez's draft of motion in limine to exclude expert testimony and supporting pleadings; meeting with J. Hernandez regarding same; locate and copy defendant's | ARCH |

Exhibit E, Page 42 of 100

**Detail Fee Transaction File List**
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|----------|-----|------|---------------|--------|--|-------|
| Client ID 1012.011 Absolute Environmental Services, Inc. | | | | | | | | |
| | | | | | | | supplemental disclosures with Sorenson's CV and other information; meeting with D. Shinners regarding drafting subpeonas duces tecum for L. Emery, M. Schilling and Emerco's CPA; search for travel arrangements, flight information for T. Marston's trip to Anchorage Jan. 29 - Feb. 1; send email to T. Marston regarding same; reserve plane tickets for T. Marston's trip to Anchorage; meeting with T. Marston regarding same; purchase tickets; telephone conference with R. Dickson's assistant regarding stipulation and order regarding W. Partin; meeting with T. Marston regarding subpoena duces tecum. | |
| 1012.011 | 01/24/2005 | 4 A | 18 | 195.00 | 4.50 | 877.50 | Prepare for depositions. | ARCH |
| 1012.011 | 01/24/2005 | 19 A | 18 | 165.00 | 8.60 | 1419.00 | Continue reviewing over 3000 pages of documents to assure defendant produced all responsive documents that were ordered by the court; begin organizing spreadsheet describing produced documents. | ARCH |
| 1012.011 | 01/25/2005 | 1 A | 18 | 250.00 | 0.50 | 125.00 | Telephone conference with D. Olson and J. Elison regarding results of deposition and mediation strategy. | ARCH |
| 1012.011 | 01/25/2005 | 15 A | 16 | 100.00 | 1.70 | 170.00 | Calculate deadline to Absolute to respond to Emerco's fourth discovery requests; send email to D. Shinners regarding calendaring of same; send email to R. Roland regarding drafting responses to discovery requests; draft and send email to L. Pederson regarding filing of stipulation and order regarding Bill Partin's expert report; leave voicemail for M. Kreger's assistant regarding signing of the stipulation and order, leave voicemail for J. Stoetzer's assistant regarding signing of stipulation and order; import Absolute's supplemental phone bills into Scan-It; Bates number and print for possible redaction before producing to opposing counsel; draft letter to attorneys regarding supplemental Absolute documents; prepare FedEx and mailing labels for all counsel. | ARCH |
| 1012.011 | 01/25/2005 | 4 A | 18 | 195.00 | 6.00 | 1170.00 | Deposition of Paul Pederson. | ARCH |
| 1012.011 | 01/25/2005 | 19 A | 18 | 165.00 | 5.50 | 907.50 | Continue reviewing over 3000 pages of documents to ensure defendant produce all responsive documents pursuant to court order. | ARCH |
| 1012.011 | 01/26/2005 | 1 A | 18 | 250.00 | 0.50 | 125.00 | Review latest deposition notices from Baerg. | ARCH |
| 1012.011 | 01/26/2005 | 4 A | 18 | 195.00 | 8.50 | 1657.50 | Prepare for depositions; deposition of Jason Tenderella; deposition of David Rohner. | ARCH |
| 1012.011 | 01/26/2005 | 19 A | 18 | 165.00 | 7.70 | 1270.50 | Continue reviewing over 3000 pages of documents to ensure defendant produced all responsive documents pursuant to court order; continue preparing spreadsheet organizing documents to corresponding requests for production. | ARCH |
| 1012.011 | 01/26/2005 | 15 A | 18 | 100.00 | 0.60 | 60.00 | Send email to T. Marston regarding responses to Emerco's 4th discovery requests; conference with T. Marston regarding E. Brown's motion to compel; send email to S. Green regarding receipt of motion; meeting with T. Marston regarding payment of portion of J. Tenderella's airfair; meeting with L. Wright regarding same. | ARCH |
| 1012.011 | 01/26/2005 | 4 A | 18 | 195.00 | 3.00 | 585.00 | Travel to Seattle; analyze deposition notes and claim strategy. | ARCH |
| 1012.011 | 01/27/2005 | 1 A | 18 | 250.00 | 8.10 | 2025.00 | Draft documents to be requested for subpoena duces tecum's for L. Emery, V. Nathu, and M. Schilling; draft letter to W. Baerg confirming location of McKinley deposition and requesting confirmation of his acceptance of service for our deponents in Los Angeles; debriefing with J. Elison; telephone conference with W. Partin to schedule meeting for McKinley deposition preparation; review email and attached spread sheets from J. Hernandez regarding status of Emerco and McKinley's document production; telephone call to S. Vernon and M. Lembke to schedule deposition; letter in response to Baerg's inquiry regarding McKinley deposition location; study Brown's motion to compel; conference with K. Martyn and J. Elison regarding preparation of opposition to same. | ARCH |
| 1012.011 | 01/27/2005 | 4 A | 18 | 195.00 | 3.30 | 643.50 | Analyze deposition notes; conference with T. Marston regarding motion to compel; analyze discovery memos from J. Hernandez; conference with T. Marston regarding strategy; analyze McKinley's motion to compel; outline opposition; analyze Brechen's motion for summary judgment and McKinley's opposition to motion to supplement; analyze discovery status; study documents. | ARCH |

Exhibit E, Page 43 of 100

**Detail Fee Transaction File List**
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref# |
|---|---|---|---|---|---|---|---|---|
| **Client ID 1012.011 Absolute Environmental Services, Inc.** | | | | | | | | |
| 1012.011 | 01/27/2005 | 19 A | 18 | 165.00 | 4.90 | 808.50 | Continue reviewing over 3000 pages of documents to ensure defendant produced all responsive documents pursuant to court's order; continue preparing spreadsheet of produced documents; strategy conference with T. Marston regarding defendants' failure to produce all responsive documents. | ARCH |
| 1012.011 | 01/27/2005 | 15 A | 16 | 100.00 | 1.80 | 180.00 | Draft memo to L. Pederson regarding J. Elison's pro hac vice application; prepare and send pro hac vice application with supporting affidavit to L. Pederson via FedEx; telephone conference with M. Lembke regarding his 2/11/05 deposition; telephone conference with Skip Vernon regarding his 2/11/05 deposition and hotel arrangements; research internet for hotel prices for S. Vernon's stay; conference with T. Marston regarding travel arrangements, make hotel reservations and send confirmation to S. Vernon with notice of deposition; draft memo to R. Dickson regarding reimbursement of Absolute's portion of Jason Tenderella's airfare to his deposition; send email to L. Pederson regarding J. Elison's pro hac vice application and stipulation regarding Partin. | ARCH |
| 1012.011 | 01/28/2005 | 4 A | 18 | 195.00 | 2.00 | 390.00 | Analyze claim materials and issues and proofs. | ARCH |
| 1012.011 | 01/28/2005 | 15 A | 18 | 100.00 | 3.00 | 300.00 | Review, edit and finalize T. Marston's letter to B. Baerg regarding deposition of F. McKinley and Emerco 30(b)(6); edit exhibits to L. Emery's, Nathu's and M. Schilling's subpoenas; finalize subpoenas; finalize acceptance of services; send all with T. Marston's letter to B. Baerg and E. Brown; update deposition scheduling chart; begin to draft responses to Emerco's 4th discovery requests; send email to S. Green regarding same; telephone conference with Alaska Air Lines regarding cancellation of T. Marston's flight to Alaska; begin to make travel arrangements for T. Marston to travel to Alaska for F. McKinley's and Emerco 30(b)(6) deposition; begin to research travel possibilities for T. Marston travel to California; send email to T. Marston regarding same; scan and email disc requests to D. Olson. | ARCH |
| 1012.011 | 01/28/2005 | 1 A | 18 | 250.00 | 1.10 | 275.00 | Email to L. Pederson to determine his availability to defend J. Peterson deposition; email to K. Martyn to have her forward my travel itinerary to D. Olson; coordinate on issuance of subpoenas with K. Martyn; telephone conference with D. Olson; review voicemail requesting location for deposition of McKinley from W. Baerg. | ARCH |
| 1012.011 | 01/29/2005 | 15 A | 18 | 100.00 | 2.00 | 200.00 | Work on Absolute responses to Emerco's discovery requests with T. Marston; finalize responses and send via FEDEX to L. Pederson for personal service on E. Brown. | ARCH |
| 1012.011 | 01/30/2005 | 4 A | 18 | 195.00 | 1.50 | 292.50 | Study file; analyze issues and proofs. | ARCH |
| 1012.011 | 01/31/2005 | 1 A | 18 | 250.00 | 6.50 | 1625.00 | Telephone call to E. Brown to discuss settlement; telephone conference with D. Olson to discuss strategy; telephone conference with Bob Dickson to discuss assisting him in getting his client dismissed from the case as a means of simplifying our own dismissal; draft 1/31/05 settlement demand letter; telephone conference with client regarding settlement strategy and regarding information provided by T. Lawrence of Polar Supply; investigate rescheduling of depositions; review revised deposition notice; telephone conference with M. Kreger regarding use of conference room and results of his discussions regarding non-payment by Brechan for Swalling warranty work. | ARCH |
| 1012.011 | 01/31/2005 | 4 A | 18 | 195.00 | 2.50 | 487.50 | Analyze McKinley's motion to compel; outline response to each request; prepare opposition narrative; analyze local filing rules; conference with T. Marston regarding deposition schedules; analyze issues for Jerling deposition; analyze McKinley's pleadings in light of dismissals. | ARCH |
| 1012.011 | 01/31/2005 | 15 A | 16 | 100.00 | 2.40 | 240.00 | Listen to M. Lembke's voicemail regarding T. Puett's deposition transcripts; send email to M. Lembke regarding same; conference with J. Elison regarding due date of Absolute's opposition to Imperial Industrial Coatings' motion to compel; review and respond to T. Marston's email regarding same; leave voicemail for S. Green with E. Brown's office regarding depositions of Lynch, Sterling and other Brechan individuals; telephone conference with M. Kreger's assistant regarding court reporters; telephone conference with Alaska Stenotype regarding scheduling court reporter for Forrest | ARCH |

Exhibit E, Page 44 of 100

**Detail Fee Transaction File List**

Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|----------|-----|------|--------------|--------|--|-------|

**Client ID 1012.011 Absolute Environmental Services, Inc.**

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | Description | Ref # |
|--------|-----------|----------|-----|------|--------------|--------|-------------|-------|
| | | | | | | | McKinley and Emerco 30(b)(6) depostions; send email to T. Marston regarding same; send email to D. Shinners regarding deleting Brechan depositions from calendars; telephone conference with B. Partin's assistant regarding rescheduling of B. Partin's deposition preparation meeting; send email to T. Marston regarding same; telephone conference with B. Partin's assistant regarding deposition preparation meeting; review, edit, and finalize T. Marston settlement letter to W. Baerg and E. Brown; make hotel and flight reservation for T. Marston to Los Angeles. | |
| 1012.011 | 02/01/2005 | 4 A | 18 | 195.00 | 1.50 | 292.50 | Analyze correspondence; conference with T. Marston; legal research Specialty Polymer certification issues and methods to cure; analyze expert reports. | ARCH |
| 1012.011 | 02/01/2005 | 15 A | 16 | 100.00 | 1.50 | 150.00 | Draft memo to L. Pederson regarding stipulated motion and order to be filed; send memo and original stipulated motion and order to L. Pederson via FedEx; send L. Pederson email regarding same; locate F. McKinley answer to complaint and cross claim and copy for T. Marston; telephone conference with D. Olson regarding Lynch deposition and J. Pederson letter regarding Puett; search Absolute database for J. Pederson letter; fax same to D. Olson; draft notice of cancelation of deposition of J. Hardenbergh and send to counsel. | ARCH |
| 1012.011 | 02/01/2005 | 19 A | 18 | 165.00 | 2.30 | 379.50 | Prepare correspondence to opposing counsel regarding deficient discovery production; review documents to inventory documents submitted and determine which requests for production were left unresponsive. | ARCH |
| 1012.011 | 02/01/2005 | 1 A | 18 | 250.00 | 6.00 | 1500.00 | Identify coordination issues to resolve or deposition and discovery; send inquiry email to W. Baerg requesting his confirmation of certain events to occur; email to B. Dickson to inquire whether he is planning on attending depositions in Kodiak so that Absolute may avoid the expense; transmit copy of my 1/31/05 settlement demand to IIC for his information; review and revise motion for summary judgment on Goods Bought and Sold. | ARCH |
| 1012.011 | 02/02/2005 | 4 A | 18 | 195.00 | 0.80 | 156.00 | Conference with T. Marston; analyze expert reports. | ARCH |
| 1012.011 | 02/02/2005 | 15 A | 16 | 100.00 | 1.10 | 110.00 | Look up date of Judge's order granting motion to compel discovery; send email to J. Hernandez regarding same; telephone conference with Corrpro Company in California regarding documents to be produced in accordance with subpoena duces tecum from McKinley; leave voicemail for Denise Patterson, with Corrpro's legal department, regarding same; telephone conference with Sallie Raspa with B. Baerg's office regarding depositions in California and court reporter information; send email to T. Marston regarding same; follow-up telephone conference with Sallie Raspa regarding acceptance of service for M. Schilling, V. Nashu, and L. Emery; call Wilshire Grand Hotel in Los Angeles to correct T. Marston name on reservation. | ARCH |
| 1012.011 | 02/02/2005 | 19 A | 18 | 165.00 | 3.90 | 643.50 | Continue reviewing documents to assemble inventory of documents produced; cross reference Bill Partin's inventory spreadsheet with findings. | ARCH |
| 1012.011 | 02/02/2005 | 1 A | 18 | 250.00 | 4.30 | 1075.00 | Review letters from Baerg and Brown contesting McKinley's appearance at the deposition; telephone conference with Baerg regarding mediation prerequisites; investigate doctor's note; telephone conference with client; telephone conference with B. Dickson; draft ultimatum letter to Baerg; review letter from Brown saying McKinley won't come to Alaska; review letter from Baerg claiming McKinley is too old to travel. | ARCH |
| 1012.011 | 02/03/2005 | 4 A | 18 | 195.00 | 2.00 | 390.00 | Analyze document production and attorney correspondence to prepare opposition to motion to compel. | ARCH |
| 1012.011 | 02/03/2005 | 15 A | 16 | 100.00 | 4.80 | 480.00 | Conference with T. Marston regarding B. Partin's documents needed for F. McKinley's deposition; begin to review documents labeled and organized by B. Partin; create labels and duplicates of key documents identified by B. Partin. | ARCH |
| 1012.011 | 02/03/2005 | 19 A | 18 | 165.00 | 6.90 | 1138.50 | Continue assembling inventory of documents to ascertain which requests were non-responsive and to disclose to opposing party; conference with Bill Partin regarding his findings and conclusions for personal liability against McKinley | ARCH |

Exhibit E, Page 45 of 100

Detail Fee Transaction File List
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|----------|-----|------|---------------|--------|---|------|
| Client ID 1012.011 Absolute Environmental Services, Inc. | | | | | | | | |
| 1012.011 | 02/03/2005 | 1 A | 18 | 250.00 | 7.00 | 1750.00 | Meeting with Bill Partin and J. Hernandez regarding McKinley deposition preparation; telephone conference with client regarding results of Jerling deposition; review correspondence from W. Baerg rejecting mediation, rejecting deposition in Anchorage, and rejecting deposition in Los Angeles. | ARCH |
| 1012.011 | 02/04/2005 | 4 A | 18 | 195.00 | 1.50 | 292.50 | Prepare deposition outline and prepare for upcoming depositions; study McKinley's motion to compel and prepare opposition outline. | ARCH |
| 1012.011 | 02/04/2005 | 15 A | 16 | 100.00 | 4.50 | 450.00 | Continue to review B. Partin's key Imperial Industrial Coating documents; create labels and duplicate copies for T. Marston's use during F. McKinley's deposition; finalize T. Marston letter to E. Brown regarding Absolute's documents, D. Olson deposition, and F. McKinley's deposition; draft amended notice of deposition for F. McKinley; finalize T. Marston letter to W. Baerg regarding F. McKinley deposition; make new travel arrangements for T. Marston to travel to Los Angeles for F. McKinley's deposition; collect and email all of T. Marston's travel itineraries to D. Olson. | ARCH |
| 1012.011 | 02/04/2005 | 1 A | 18 | 250.00 | 2.00 | 500.00 | Draft letters to Baerg and Brown responding to their evasions of the McKinley depositions; telephone conference with Dave Olson regarding exhibits used by Brown at the Jerling deposition. | ARCH |
| 1012.011 | 02/06/2005 | 4 A | 18 | 195.00 | 1.00 | 195.00 | Conference with J. Hernandez regarding fraudulent conveyances and trust; conference with T. Marston regarding deposition and discovery strategy; legal research regarding discovery conference requirement for motion to compel. | ARCH |
| 1012.011 | 02/06/2005 | 1 A | 18 | 250.00 | 6.00 | 1500.00 | Work on Goods Sold & Delivered. | ARCH |
| 1012.011 | 02/07/2005 | 15 A | 16 | 100.00 | 3.50 | 350.00 | Complete copying, highlighting and labeling of B. Partin's key documents; create binders for T. Marston's use during F. McKinley's deposition; review email from T. Marston regarding amendment to V. Nathu notice of deposition; review original V. Nathu notice of deposition and subpoena duces tecum; respond to T. Marston's email regarding same; review T. Marston email to W. Baerg, E. Brown and B. Dickson regarding follow up to telephone conference regarding F. McKinley deposition, Specialty Polymer depositions; FJM deposition; alter ego documents and other missing documents. | ARCH |
| 1012.011 | 02/07/2005 | 19 A | 18 | 165.00 | 5.50 | 907.50 | Review correspondence from opposing counsel responding to discovery deficiencies; locate and research opposing parties properties including Hesperia, Riverside and trust properties. | ARCH |
| 1012.011 | 02/07/2005 | 1 A | 18 | 250.00 | 5.80 | 1450.00 | Review voicemail message from S. Vernon; outline preparatory work required for depositions of McKinley, Schilling, Nathu, Emery, Emerco 30(b)(6), and FJM Trust 30(b)(6); work on Goods Sold and Delivered motion for summary judgment; telephone conference with S. Vernon and D. Olson; work on preparation for S. Vernon deposition. | ARCH |
| 1012.011 | 02/08/2005 | 15 A | 16 | 100.00 | 3.50 | 350.00 | Finalize all Scan-It projects in preparation for them to be exported and uploaded into Absolute Environmental Access Database; telephone conference with M. Lembke regarding drawings to be used in his preparation for deposition; telephone conference with Skip Vernon regarding deposition preparation and his expert report and rebuttal report; finalize and send T. Marston's letter to B. Baerg regarding court ordered documents yet to be produced; finalize motion in limine regarding Sorrenson & Schilling (Imperial Industrial Coating's expert); prepare exhibits to T. Marston's declaration to be filed with court; finalize and organize motion, T. Marston declaration and order granting motion to be served on opposing counsel and judge. | ARCH |
| 1012.011 | 02/08/2005 | 19 A | 18 | 165.00 | 6.60 | 1089.00 | Review correspondence from Martin Flores to client regarding window testing process and need to obtain drywall contractor; telephone conference with opposing counsel regarding outstanding document production and status of bringing in third-party; prepare correspondence to opposing counsel regarding further deficiencies in disclosure of ordered documents; prepare and update inventory including further deficiencies; begin organizing and compiling documents to present court with opposing parties' deficient disclosures. | ARCH |

Exhibit E, Page 46 of 100

**Detail Fee Transaction File List**
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 1012.011 Absolute Environmental Services, Inc. | | | | | | | | |
| 1012.011 | 02/08/2005 | 1 A | 18 | 250.00 | 12.00 | 3000.00 | Travel to Los Angeles, California; preparation for McKinley deposition. | ARCH |
| 1012.011 | 02/09/2005 | 4 A | 18 | 195.00 | 6.50 | 1267.50 | Prepare opposition papers to motion to compel; conference with T. Marston regarding strategy; legal research and analyze document production and obligations to conference. | ARCH |
| 1012.011 | 02/09/2005 | 15 A | 16 | 100.00 | 9.50 | 950.00 | Review Imperial Industrial Coatings' motion to compel discovery and extend deadline; identify all requests for production which Imperial Industrial Coating contends have not been responded to; create chart to be used as exhibit to K. Martyn declaration which identifies location of all Absolute Environmental documents responsive to Imperial Industrial Coating's motion to compel; conference with J. Elison regarding facts to be used in opposition, T. Marston declaration and K. Martyn declaration; send email to J. Elison giving the chronology of document productions and attach letters from T. Marston and K. Martyn to opposing counsel which will be used as exhibits to declarations; research all Absolute documents and identify where documents are located in response to Imperial Industrial Coatings' motion to compel; update chart as research Absolute documents in database and Scan-It projects. | ARCH |
| 1012.011 | 02/09/2005 | 1 A | 18 | 250.00 | 12.00 | 3000.00 | McKinley deposition; travel to Seattle, WA. | ARCH |
| 1012.011 | 02/10/2005 | 18 A | 18 | 165.00 | 1.10 | 181.50 | Conduct and analyze research regarding the availability of fees to party opposing unjustified motion to compel discovery; prepare motion to compel discovery; prepare proposed order denying Imperial Industrial Coating's motion to compel and extend discovery deadline. | ARCH |
| 1012.011 | 02/10/2005 | 4 A | 18 | 195.00 | 7.50 | 1462.50 | Prepare papers in opposition to motion to compel; analyze prior document production. | ARCH |
| 1012.011 | 02/10/2005 | 15 A | 16 | 100.00 | 8.70 | 870.00 | Continue to research all Absolute documents and identify where documents are located in response to Imperial Industrial Coatings' motion to compel; update chart as research Absolute documents in database and scan-it projects; research files and locate originals to be used as exhibits to declarations; identify and label all exhibits in accordance with court rules; review, edit and finalize opposition to motion to compel, T. Marston's declaration in support of opposition, K. Martyn's declaration in support of opposition. | ARCH |
| 1012.011 | 02/10/2005 | 1 A | 18 | 250.00 | 12.00 | 3000.00 | Hardenbergh deposition; meeting with S. Vernon & M. Lembke to prepare. | ARCH |
| 1012.011 | 02/11/2005 | 4 A | 18 | 195.00 | 0.50 | 97.50 | Analyze correspondence. | ARCH |
| 1012.011 | 02/11/2005 | 19 A | 18 | 165.00 | 0.10 | 16.50 | Review correspondence from opposing counsel regarding Mike Schilling and Schilling's resume and record of prior testimony. | ARCH |
| 1012.011 | 02/11/2005 | 1 A | 18 | 250.00 | 8.00 | 2000.00 | Vernon deposition; Lembke deposition. | ARCH |
| 1012.011 | 02/11/2005 | 15 A | 16 | 100.00 | 0.10 | 10.00 | Review and respond to J. Hernandez email regarding motion in limine. | ARCH |
| 1012.011 | 02/12/2005 | 19 A | 18 | 165.00 | 7.10 | 1171.50 | Conference with client and T. Marston regarding McKinley deposition, opposing parties' objection to accountant subpoena, and motion for summary judgment on claim of goods sold and delivered; begin modifying factual section of summary judgment motion to include project background and Tope appraisals. | ARCH |
| 1012.011 | 02/12/2005 | 1 A | 18 | 250.00 | 4.00 | 1000.00 | Preparation for Schilling deposition. | ARCH |
| 1012.011 | 02/12/2005 | 15 A | 16 | 100.00 | 3.10 | 310.00 | Meet with T. Marston and D. Olson to discuss documents needed for deposition of M. Schilling, L. Emery and V. Nathu; research, collect and prepare documents for T. Marston's use at depositions in Los Angeles. | ARCH |
| 1012.011 | 02/13/2005 | 4 A | 18 | 195.00 | 1.00 | 195.00 | Prepare materials for Los Angeles depositions; conference with T. Marston; analyze discovery schedule and document production. | ARCH |
| 1012.011 | 02/13/2005 | 1 A | 18 | 250.00 | 12.00 | 3000.00 | Preparation for Schilling deposition and travel to Los Angeles, CA. | ARCH |
| 1012.011 | 02/14/2005 | 4 A | 18 | 195.00 | 2.00 | 390.00 | Conference with T. Marston; legal research and analyze attachment, receivership and pre-judgment collection options. | ARCH |
| 1012.011 | 02/14/2005 | 19 A | 18 | 165.00 | 5.20 | 858.00 | Review and examine McKinley deposition to highlight relevant testimony for motion for summary judgment on claim of goods sold and delivered; continue preparing factual statement in summary judgment motion. | ARCH |
| 1012.011 | 02/14/2005 | 1 A | 18 | 250.00 | 12.00 | 3000.00 | Schilling deposition; preparation for Nathu deposition. | ARCH |

Exhibit E, Page 47 of 100

**Detail Fee Transaction File List**
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref# |
|--------|-----------|----------|-----|------|---------------|--------|---|------|

**Client ID 1012.011 Absolute Environmental Services, Inc.**

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | Description | Ref# |
|--------|-----------|----------|-----|------|---------------|--------|-------------|------|
| 1012.011 | 02/15/2005 | 4 A | 18 | 195.00 | 1.50 | 292.50 | Prepare letter regarding Olson deposition; analyze deposition notices from opposing counsel; analyze and legal research involuntary bankruptcy procedures. | ARCH |
| 1012.011 | 02/15/2005 | 1 A | 18 | 250.00 | 12.00 | 3000.00 | Nathu deposition; preparation for Emery deposition. | ARCH |
| 1012.011 | 02/16/2005 | 1 A | 18 | 250.00 | 12.00 | 3000.00 | Emery deposition; return to Seattle, WA. | ARCH |
| 1012.011 | 02/16/2005 | 15 A | 16 | 100.00 | 1.60 | 160.00 | Meeting with J. Elison regarding D. Olson's deposition; teleconference with T. Marston regarding the same; finalize J. Elison's letter to McKinley's counsel regarding same; review J. Hernandez's email requesting various documents and recital of specific language in McKinley's counterclaim; review files, locate and scan requested documents; send e-mail to J. Hernandez regarding the same. | ARCH |
| 1012.011 | 02/17/2005 | 1 A | 18 | 250.00 | 3.00 | 750.00 | Prepare proposed discovery schedule stipulation. | ARCH |
| 1012.011 | 02/17/2005 | 15 A | 16 | 100.00 | 3.40 | 340.00 | Initial review of documents produced at the depositions of V. Nathu, L. Emery, and M. Schilling; finalize J. Elison's letter to B. Baerg regarding D. Olson's deposition; finalize T. Marston's letter to B. Baerg regarding proposed stipulation regarding discovery matters; prepare another Scan-it project for newly produced IIC Bates-stamped documents to be incorporated into database. | ARCH |
| 1012.011 | 02/17/2005 | 4 A | 18 | 195.00 | 2.50 | 487.50 | Prepare correspondence to opposing counsel regarding deposition scheduling; analyze legal research in file; analyze prior motions; legal research and analyze possible injunctive remedies. | ARCH |
| 1012.011 | 02/18/2005 | 1 A | 18 | 250.00 | 1.00 | 250.00 | Modify discovery schedule stipulation; draft letter to Baerg regarding risk of forgery. | ARCH |
| 1012.011 | 02/18/2005 | 4 A | 18 | 195.00 | 2.00 | 390.00 | Analyze legal research and prepare issues for provisional remedies. | ARCH |
| 1012.011 | 02/18/2005 | 15 A | 16 | 100.00 | 0.40 | 40.00 | Calculate due dates of opposition and reply regarding Motion in Limine regarding experts; meeting with T. Marston regarding same; send email to D. Shinners regarding docketing of same. | ARCH |
| 1012.011 | 02/19/2005 | 19 A | 18 | 165.00 | 3.60 | 594.00 | Review Tope appraisal and Bill Partin's preliminary report to find supportive facts and data for motion for summary judgment on claim of goods sold and delivered. | ARCH |
| 1012.011 | 02/20/2005 | 19 A | 18 | 165.00 | 6.50 | 1072.50 | Legal research Alaska law regarding implied contracts, good sold and delivered, and implied warranty of merchantability to support motion for summary judgment on claim of goods sold and delivered. | ARCH |
| 1012.011 | 02/20/2005 | 1 A | 18 | 250.00 | 4.00 | 1000.00 | Re-review court's pretrial order; analyze current status of case in context of requirements of order; coordinate strategy accordingly; outline task list; review new (tardy) Schilling report. | ARCH |
| 1012.011 | 02/20/2005 | 4 A | 18 | 195.00 | 1.60 | 312.00 | Legal research provisional remedies including receivership. | ARCH |
| 1012.011 | 02/21/2005 | 1 A | 18 | 250.00 | 0.50 | 125.00 | Transmit letter to E. Brown at his request. | ARCH |
| 1012.011 | 02/21/2005 | 4 A | 18 | 195.00 | 2.50 | 487.50 | Legal research receivership and other provisional remedies; prepare issue list and outlines. | ARCH |
| 1012.011 | 02/21/2005 | 19 A | 18 | 165.00 | 6.80 | 1122.00 | Continue preparing summary judgment motion on claim goods sold and delivered and research supporting authority. | ARCH |
| 1012.011 | 02/22/2005 | 15 A | 16 | 100.00 | 2.50 | 250.00 | Review T. Marston's email to E. Brown's assistant; scan and forward T. Marston's 2/17/05 letter regarding close of discovery stipulation to E. Brown's assistant; meeting with D. Shinners regarding copying of McKinley's and V. Nathu's exhibit documents for B. Partin's use; telephone conference with Corrpro's attorney and assistant regarding documents produced in response to Imperial Industrial Coatings' subpoena duces tecum; review and finalize T. Marston's letter to B. Baerg regarding final request for documents, send same to B. Baerg and D. Olson; send email to T. Marston regarding Corrpro documents; review Bates-stamped documents recently produced by Imperial Industrial Coating and compare to documents produced by Imperial Industrial Coatings' accountant; telephone conference with B. Baerg's assistant regarding the same; conference with T. Marston regarding the same; draft and send letter to S. Raspa, B. Baerg's assistant, regarding documents and what request for production they are responsive to; finalize and send T. Marston letter to B. Baerg regarding missing documents including Mexican bank statements. | ARCH |
| 1012.011 | 02/22/2005 | 1 A | 18 | 250.00 | 1.50 | 375.00 | Letter to W. Baerg regarding missing documents and filing of | ARCH |

Exhibit E, Page 48 of 100

Date: 04/03/2007    Case 3:03-cv-00199-RRB    Document 665-8    Filed 12/06/2007    Page 24 of 25    Page: 49

**Detail Fee Transaction File List**
Marston Heffernan Foreman, P.L.L.C.

| Client | Trans Date | H Bill | P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 1012.011 Absolute Environmental Services, Inc.** | | | | | | | | | |
| | | | | | | | | motion for contempt; telephone call to W. Baerg to find out about missing documents and about agreement or not to proposed stipulation; telephone call to Baerg to inform him that we are filing a motion to obtain a status conference; review newly produced documents. | |
| 1012.011 | 02/22/2005 | 4 | A | 18 | 195.00 | 2.00 | 390.00 | Legal research and prepare motion regarding receivership. | ARCH |
| 1012.011 | 02/22/2005 | 19 | A | 18 | 165.00 | 6.10 | 1006.50 | Continue preparing motion for summary judgment on claim goods sold and delivered and research supporting authority. | ARCH |
| 1012.011 | 02/23/2005 | 4 | A | 18 | 195.00 | 1.20 | 234.00 | Analyze expert materials from Specialty Polymer Coating; analyze/legal research lis pendens. | ARCH |
| 1012.011 | 02/23/2005 | 15 | A | 16 | 100.00 | 0.50 | 50.00 | Prepare Imperial Industrial Coatings documents to be delivered to B. Partin. | ARCH |
| 1012.011 | 02/23/2005 | 19 | A | 18 | 165.00 | 5.60 | 924.00 | Continue preparing argument section to motion for summary judgment on claim good sold and delivered and research supporting authority. | ARCH |
| 1012.011 | 02/25/2005 | 4 | A | 18 | 195.00 | 2.00 | 390.00 | Conference with T. Marston regarding receivership motion; prepare issues to receivership motion; analyze Judge's order regarding discovery and continuance; prepare issues for objection; reconsideration and clarification. | ARCH |
| 1012.011 | 02/25/2005 | 15 | A | 16 | 100.00 | 3.30 | 330.00 | Review IIC's reply in support of motion to compel; meeting with T. Marston regarding same; identify specific Requests for Production which IIC contends have yet to be fully responded to by Absolute; telephone conference with D. Olson regarding same; telephone conference with T. Marston regarding court's order granting motion to compel and steps to take in order to comply with the court's order; review records to determine dates of Absolute's document productions to IIC; telephone conference with CorrPro's counsel regarding documents produced to IIC's counsel in lieu of deposition; send email to T. Marston regarding same; telephone conference with B. Dickson's assistant regarding M. Schilling's deposition transcript and splitting of the cost of the same. | ARCH |
| 1012.011 | 02/26/2005 | 19 | A | 18 | 165.00 | 5.40 | 891.00 | Continue preparing motion for summary judgment on claim goods sold and delivered. | ARCH |
| 1012.011 | 02/27/2005 | 4 | A | 18 | 195.00 | 2.50 | 487.50 | Prepare outline for motion for receivership. | ARCH |
| 1012.011 | 02/27/2005 | 19 | A | 18 | 165.00 | 2.80 | 462.00 | Prepare declaration of T. Marston, Richard Tope and William Partin in support of motion for summary judgment on claim goods sold and delivered. | ARCH |
| 1012.011 | 02/28/2005 | 15 | A | 16 | 100.00 | 1.10 | 110.00 | Make arrangements for the deposition of D. Olson and F. McKinley in our offices; and email to T. Marston regarding Jerry Hardenberg's deposition exhibits; telephone conference with USDC of Alaska Court Clerk regarding docket and if Imperial Industrial Coating had filed an opposition to Motion in Limine to exclude expert testimony; send email to T. Marston regarding same; send email to T. Marston regarding M. Schilling's deposition transcript; begin to review recently provided documents from Imperial Industrial Coating. | ARCH |
| 1012.011 | 02/28/2005 | 4 | A | 18 | 195.00 | 2.50 | 487.50 | Analyze Supreme Court decision in Grupo Mexicano and subsequent caselaw declining to follow holding regarding equitable authority of court. | ARCH |
| 1012.011 | 02/28/2005 | 1 | A | 18 | 250.00 | 2.00 | 500.00 | Review order on McKinley's motion to compel; telephone conference with Chuck Ekberg on appointment of prejudgment receiver; review documents just produced by SPC; prepare updated task list. | ARCH |
| 1012.011 | 03/01/2005 | 19 | A | 18 | 165.00 | 0.60 | 99.00 | Strategy conference with T. Marston regarding foreign bank statements; review and examine foreign bank statements. | ARCH |
| 1012.011 | 03/01/2005 | 15 | A | 16 | 100.00 | 2.90 | 290.00 | Prepare Imperial Industrial Coating documents for delivery to B. Partin for his review and analysis; meeting with D. Shinners regarding deposition exhibits notebooks; telephone conference with Los Angeles court reporters regarding M. Schilling's deposition transcript; telephone conference with B. Dickson's assistant regarding same; review recently produced Imperial Industrial Coating documents and locate handwritten FJM ledger and Mexican Bank statements; review Imperial Industrial Coatings opposition to Absolute's motion in limine; review local rules and calculate date reply in support of motion in limine; send email to D. Shinners regarding calendaring of same; begin to create separate Access forms which filter documents authored by D. Olson, paying | ARCH |

Exhibit E, Page 49 of 100

Date: 04/03/2007

**Detail Fee Transaction File List**
Marston Heffernan Foreman, P.L.L.C.

Page: 50

| Client | Trans Date | H Bill P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|----------|-----|------|---------------|--------|---|-------|

**Client ID 1012.011 Absolute Environmental Services, Inc.**

| Client | Trans Date | Bill | P | Tcd | Rate | Hours to Bill | Amount | Description | Ref # |
|--------|-----------|------|---|-----|------|---------------|--------|-------------|-------|
| | | | | | | | | particular attention to correspondence to/from T. Puett. | ARCH |
| 1012.011 | 03/01/2005 | 1 | A | 18 | 250.00 | 5.00 | 1250.00 | Review untimely opposition to motion to compel; outline McKinley's arguments; outline reply argument; review latest documents produced by McKinley (Mexican bank statements and cash receipt journal). | ARCH |
| 1012.011 | 03/01/2005 | 4 | A | 18 | 195.00 | 2.00 | 390.00 | Shepardize and research Grupo Mexicano authority; prepare issue list for provisional remedies. | ARCH |
| 1012.011 | 03/02/2005 | 19 | A | 18 | 165.00 | 5.70 | 940.50 | Legal research procedure and options for obtaining further documentary evidence from foreign bank. | ARCH |
| 1012.011 | 03/02/2005 | 15 | A | 16 | 100.00 | 6.20 | 620.00 | Review T. Marston's email regarding creating a timeline for use in reply in support of motion in limine and trial exhibit research produced document in database (AES, IIC, SPC, Coffman) to assist with creation of timeline; telephone conference with B. Partin's assistant regarding Imperial Industrial Coating's documents; meeting with T. Marston to discuss documents, deposition transcripts, timeline and other strategy topics related to reply in support of motion in limine. | ARCH |
| 1012.011 | 03/02/2005 | 1 | A | 18 | 250.00 | 1.00 | 250.00 | Draft waiver of Kodiak and Polar A/R claims against FJM; draft transmittal to L. Pederson. | ARCH |
| 1012.011 | 03/03/2005 | 16 | A | 16 | 75.00 | 2.40 | 180.00 | Cross-referencing and transcribing Mark Schillings' opinions in his expert report and deposition transcript. | ARCH |
| 1012.011 | 03/03/2005 | 15 | A | 18 | 100.00 | 5.80 | 580.00 | Finalize and send T. Marston letter to E. Brown regarding FJM Electric, Inc. lawsuit and waiver; review and respond to email from B. Dickson's assistant regarding depositions and deposition transcripts; review, research authorities relied upon in IIC's opposition to motion in limine; create notebook with IIC authorities for J. Hernandez and T. Marston; telephone conference with T. Marston regarding Schilling excerpts and elements of FRCP 26; research FRCP 26 and draft memo to T. Marston regarding elements and requirements of expert reports; telephone conference with D. Cully regarding creation of e-transcripts from text files for M. Schilling's deposition; send M. Schilling's e-transcript to B. Dickson's assistant; send email to T. Marston regarding M. Schilling's supposed 'expert opinions'; telephone conference with M. Lembke regarding depositions taken in case; send email to M. Lembke with depositions e-transcript of J. Hardenbergh, M. Schilling and S. Vernon; meeting with D. Shinners regarding letter to write to experts regarding deposition correction and review; send follow-up email to E. Brown's assistant regarding missing IIC documents. | ARCH |
| 1012.011 | 03/04/2005 | 1 | A | 18 | 250.00 | 0.30 | 75.00 | Telephone conference with Dave Olson regarding E. Brown's announcement that new documents are available; letter to E. Brown regarding document production. | ARCH |
| 1012.011 | 03/04/2005 | 15 | A | 18 | 100.00 | 3.10 | 310.00 | Conference with T. Marston regarding opposition to motion in limine and explanation of documents created regarding Schilling's opinions referenced in deposition transcript and 'supplemental report';telephone conference with E. Brown's assistant regarding IIC documents; finalize T. Marston letter to E. Brown regarding Absolute documents referenced in court's order granting motion to compel; review T. Marston email regarding lawsuit to be filed in Credit fees advanced for sole purpose of issuing subpoenas; review email from E. Brown's assistant regarding IIC documents; print IIC documents to be scanned and imported into database. | ARCH |
| 1012.011 | 03/04/2005 | 19 | A | 18 | 165.00 | 0.30 | 49.50 | Telephone conference with Mexico-licensed attorney, Ostencia Castilla, regarding Imperial Electric bank accounts in Mexico. | ARCH |
| 1012.011 | 03/04/2005 | 4 | A | 18 | 195.00 | 1.00 | 195.00 | Analyze discovery issues; study deposition transcripts. | ARCH |
| 1012.011 | 03/05/2005 | 19 | A | 18 | 165.00 | 3.40 | 561.00 | Review and analyze opposing party's opposition to motion in limine to exclude expert witnesses at trial; review and examine cases cited in opposition to motion in limine to develop arguments against the opposition. | ARCH |
| 1012.011 | 03/06/2005 | 19 | A | 18 | 165.00 | 8.80 | 1452.00 | Strategy conference with T. Marston regarding reply in support of motion in limine to exclude expert witnesses at trial; begin preparing the factual section to the reply brief in support of motion in limine based on discovery already obtained, including the Schilling deposition. | ARCH |
| 1012.011 | 03/06/2005 | 4 | A | 18 | 195.00 | 1.00 | 195.00 | Study file; conference with T. Marston; prepare for Dave Olson deposition. | ARCH |

Exhibit E, Page 50 of 100