| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Client ID 1012.011 Absolute Environmental Services, Inc. | | | | | | | | | |
| 1012.011 | 05/24/2007 | 3 | P | 18 | 160.00 | 3.20 | 512.00 | Work on motion for summary judgment against Mr. McKinley as an agent of an undisclosed principal. | 360 |
| 1012.011 | 05/24/2007 | 4 | P | 16 | 100.00 | 0.30 | 30.00 | Telephone call with M. Marston regarding costs; email correspondence with M. Marston regarding same. | 450 |
| 1012.011 | 05/29/2007 | 2 | P | 18 | 240.00 | 3.60 | 864.00 | Analyze personal liability issues; Study potential Motion for Summary Judgment topics; Prepare facts for Motion for Summary Judgment regarding undisclosed principal. | 518 |
| 1012.011 | 05/30/2007 | 4 | P | 16 | 100.00 | 0.20 | 20.00 | Email correspondence with T. Marston regarding inaccurate Puett deposition transcript invoice from Seijas Court reporters. | 451 |
| 1012.011 | 05/30/2007 | 2 | P | 18 | 240.00 | 3.30 | 792.00 | Analyze personal liability issues; Study potential Motion for Summary Judgment topics. | 517 |
| 1012.011 | 06/01/2007 | 4 | P | 16 | 100.00 | 0.40 | 40.00 | Review spreadsheet regarding flight information for Cost Bill. | 452 |
| 1012.011 | 06/01/2007 | 2 | P | 18 | 240.00 | 1.20 | 288.00 | Review letter from Emerco's counsel; Conference with client; Review and analyze collection options; Prepare settlement plans. | 516 |
| 1012.011 | 06/04/2007 | 4 | P | 16 | 100.00 | 0.10 | 10.00 | Email correspondence with J. Elison regarding teleconference for Emerco Appeal. | 453 |
| 1012.011 | 06/04/2007 | 2 | P | 18 | 240.00 | 1.80 | 432.00 | Prepare court forms; prepare appeal outlines; Prepare issues for teleconference with clerk. | 515 |
| 1012.011 | 06/05/2007 | 3 | P | 18 | 160.00 | 1.20 | 192.00 | Work on motion for liability of an agent of an undisclosed principal. | 362 |
| 1012.011 | 06/05/2007 | 4 | P | 16 | 100.00 | 2.10 | 210.00 | Draft Amended Proposed Judgment. | 454 |
| 1012.011 | 06/05/2007 | 2 | P | 18 | 240.00 | 0.60 | 144.00 | Telephone conference with Emerco regarding appeal; Analyze issues. | 514 |
| 1012.011 | 06/06/2007 | 3 | P | 18 | 160.00 | 3.50 | 560.00 | Work on summary judgment motion on liability of an agent of an undisclosed principal. | 363 |
| 1012.011 | 06/06/2007 | 2 | P | 18 | 240.00 | 1.50 | 360.00 | Analyze causes of action for trial; Legal research; Study and conference regarding Motion for Summary Judgment. | 513 |
| 1012.011 | 06/07/2007 | 3 | P | 18 | 160.00 | 4.70 | 752.00 | Work on summary judgment motion on liability of an agent of an undisclosed principal. | 364 |
| 1012.011 | 06/07/2007 | 4 | P | 16 | 100.00 | 0.70 | 70.00 | Draft Memo in Support of Proposed Judgment; file and serve Memo and Amended Proposed Judgment. | 455 |
| 1012.011 | 06/07/2007 | 2 | P | 18 | 240.00 | 6.20 | 1488.00 | Review Stipulation dismissing appeal; Prepare proposed judgment regarding Emerco; Prepare memorandum in support of judgment; Conference and strategy. | 512 |
| 1012.011 | 06/08/2007 | 2 | P | 18 | 240.00 | 2.20 | 528.00 | Study; Legal research; and supplement Emerco Motion for Summary Judgment. | 511 |
| 1012.011 | 06/11/2007 | 2 | P | 18 | 240.00 | 1.20 | 288.00 | Review notices regarding Order for Emerco; Analyze and conference regarding issues and strategy. | 510 |
| 1012.011 | 06/12/2007 | 3 | P | 18 | 160.00 | 1.90 | 304.00 | Review Emerco's objection to judgment; review of federal statutes and rules. | 365 |
| 1012.011 | 06/12/2007 | 4 | P | 16 | 100.00 | 0.70 | 70.00 | Review Appellate Court's Order regarding mediation; docket deadlines regarding same; continue work on Cost Bill. | 456 |
| 1012.011 | 06/12/2007 | 2 | P | 18 | 240.00 | 6.00 | 1440.00 | Prepare memorandum in support of Judgment against Emerco; Study objections to form of Judgment and prepare reply outlines; Prepare strategy and conference. | 509 |
| 1012.011 | 06/13/2007 | 4 | P | 16 | 100.00 | 0.70 | 70.00 | Draft Second Memo in Support of Proposed Judgment and Amended Judgment; electronically file and serve same. | 457 |
| 1012.011 | 06/13/2007 | 2 | P | 18 | 240.00 | 1.00 | 240.00 | Prepare Notice regarding Order and Verdict against Emerco; Analyze and conference regarding same. | 508 |
| 1012.011 | 06/15/2007 | 4 | P | 16 | 100.00 | 0.40 | 40.00 | Review court rules regarding Cost Bill hearing; telephone call with Marvel at Clerk's Office regarding hearing; send email to T. Marston, J. Elison and J. Elison regarding same. | 458 |
| 1012.011 | 06/15/2007 | 2 | P | 18 | 240.00 | 1.60 | 384.00 | Review Court Order regarding award against Emerco; Analyze issues and prepare strategy. | 507 |
| 1012.011 | 06/17/2007 | 2 | P | 18 | 240.00 | 1.00 | 240.00 | Conference and prepare trial scheduling and tasks. | 506 |
| 1012.011 | 06/18/2007 | 3 | P | 18 | 160.00 | 0.30 | 48.00 | Telephone conference with clerk's office to schedule bill of cost hearing; email to Jami Elison and Terry Marston regarding same. | 367 |
| 1012.011 | 06/18/2007 | 2 | P | 18 | 240.00 | 0.60 | 144.00 | Analyze rules and prepare outlines for bill of costs hearing. | 505 |
| 1012.011 | 06/19/2007 | 3 | P | 18 | 160.00 | 3.30 | 528.00 | Work on summary judgment motion for liability of an agent of an undisclosed principal. | 368 |
| 1012.011 | 06/19/2007 | 2 | P | 18 | 240.00 | 2.00 | 480.00 | Prepare trial outlines and Motion for Summary Judgment materials; Analyze supplemental proceeding options v. McKinley; Conference with client and TRM re strategy. | 504 |
| 1012.011 | 06/21/2007 | 3 | P | 18 | 160.00 | 2.10 | 336.00 | Work on summary judgment on liability of an agent of an undisclosed principal; review of taxable categories for bill of cost submission. | 370 |
| 1012.011 | 06/21/2007 | 2 | P | 18 | 240.00 | 1.80 | 432.00 | Study and supplement McKinley Motion for Summary Judgment; Prepare trial proof outlines. | 503 |
| 1012.011 | 06/22/2007 | 3 | P | 18 | 160.00 | 1.50 | 240.00 | Work on motion for summary judgment on liability of an agent of an undisclosed principal. | 371 |
| 1012.011 | 06/24/2007 | 2 | P | 18 | 240.00 | 1.60 | 384.00 | Prepare materials for bill of costs. | 502 |
| 1012.011 | 06/25/2007 | 3 | P | 18 | 160.00 | 4.60 | 736.00 | Work on bill of costs. | 372 |
| 1012.011 | 06/25/2007 | 4 | P | 16 | 100.00 | 5.80 | 580.00 | Create cost summary spreadsheet for Absolute Cost Bill; draft and finalize Cost Bill; draft and finalize Memo in Support of Cost Bill; electronically file and serve all. | 459 |
| 1012.011 | 06/26/2007 | 1 | P | 18 | 300.00 | 1.20 | 360.00 | Conference with Jesse Elison regarding argument for cost bill; conference with K. Martyn regarding same. | 373 |

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Client ID 1012.011 Absolute Environmental Services, Inc. | | | | | | | | | |
| 1012.011 | 06/26/2007 | 4 | P | 16 | 100.00 | 1.20 | 120.00 | Conference with T. Marston regarding Cost Bill; email correspondence with T. Marston regarding same. | 460 |
| 1012.011 | 06/27/2007 | 4 | P | 16 | 100.00 | 0.80 | 80.00 | Telephone hearing regarding Bill of Costs with Clerk of Court, B. Baerg, and T. Marston. | 461 |
| 1012.011 | 07/05/2007 | 2 | P | 18 | 240.00 | 0.40 | 96.00 | Conference with KLM regarding cost bill questions from clerk. | 501 |
| 1012.011 | 07/06/2007 | 4 | P | 16 | 100.00 | 0.40 | 40.00 | Telephone call with Clerk of Court, Ida Womack, regarding Cost Bill. | 462 |
| 1012.011 | 07/06/2007 | 2 | P | 18 | 240.00 | 0.60 | 144.00 | Review Court Order regarding bill of costs; Prepare strategy and conference. | 500 |
| 1012.011 | 07/09/2007 | 2 | P | 18 | 240.00 | 3.80 | 912.00 | Review Court Order; Conference with client; Prepare settlement demand to Emerco; Review and prepare materials for Motion for Summary Judgment. | 499 |
| 1012.011 | 07/10/2007 | 1 | P | 15 | 300.00 | 4.00 | 1200.00 | Work on motion for summary judgement against McKinley. | 376 |
| 1012.011 | 07/10/2007 | 4 | P | 16 | 100.00 | 0.20 | 20.00 | Review and Finalize J. Elison letter to P. Duffy regarding settlement. | 463 |
| 1012.011 | 07/10/2007 | 2 | P | 18 | 240.00 | 1.50 | 360.00 | Prepare standards and proofs for Motion for Summary Judgment; Conference with client; Conference with TRM & JPE. | 498 |
| 1012.011 | 07/11/2007 | 3 | P | 7 | 160.00 | 0.80 | 128.00 | Research regarding Alaska state requirements for corporation registration. | 378 |
| 1012.011 | 07/11/2007 | 4 | P | 16 | 100.00 | 0.10 | 10.00 | Email correspondence with T. Marston regarding deadline to file Notice of Appeal of Final Judgment. | 464 |
| 1012.011 | 07/11/2007 | 2 | P | 18 | 240.00 | 1.70 | 408.00 | Analyze corporation rules and authorities for Motion for Summary Judgment; Analyze Order and Appeal rights. | 497 |
| 1012.011 | 07/12/2007 | 3 | P | 7 | 160.00 | 1.00 | 160.00 | Legal research regarding Alaska Corporation requirements. | 377 |
| 1012.011 | 07/12/2007 | 2 | P | 18 | 240.00 | 2.00 | 480.00 | Analyze and conference regarding agency issues; Prepare materials for Motion for Summary Judgment. | 496 |
| 1012.011 | 07/16/2007 | 3 | P | 1 | 160.00 | 1.50 | 240.00 | Work on Motion for Summary Judgment of agency liability with attention to foreign corporation requirements. | 380 |
| 1012.011 | 07/17/2007 | 3 | P | 18 | 160.00 | 2.50 | 400.00 | Work on Motion for Summary Judgment on agency liability with attention to foreign corporation requirements. | 379 |
| 1012.011 | 07/17/2007 | 4 | P | 16 | 100.00 | 0.80 | 80.00 | Review database for Emerco documents regarding foreign registration; email correspondence with J. Elison and T. Marston regarding same; conference with T. Marston regarding same. | 465 |
| 1012.011 | 07/17/2007 | 2 | P | 18 | 240.00 | 3.60 | 864.00 | Review and prepare materials for Motion for Summary Judgment regarding undisclosed principal; Analyze issues and strategy. | 495 |
| 1012.011 | 07/19/2007 | 1 | P | 18 | 300.00 | 7.50 | 2250.00 | Work on Summary Judgment Motion. | 396 |
| 1012.011 | 07/19/2007 | 4 | P | 16 | 100.00 | 0.20 | 20.00 | Email correspondence with J. Elison and T. Marston regarding dispositive motion deadlines. | 466 |
| 1012.011 | 07/19/2007 | 2 | P | 18 | 240.00 | 2.70 | 648.00 | Conference regarding discovery demand to Emerco & McKinley; Analyze issues and proofs for trial. | 494 |
| 1012.011 | 07/20/2007 | 1 | P | 18 | 300.00 | 7.50 | 2250.00 | Work on Motion for Summary Judgment draft. | 382 |
| 1012.011 | 07/20/2007 | 3 | P | 18 | 160.00 | 0.30 | 48.00 | Work on exhibits to be filed with Motion for Summary Judgment on agency liability. | 383 |
| 1012.011 | 07/20/2007 | 4 | P | 16 | 100.00 | 0.40 | 40.00 | Review and edit D. Olson Declaration in Support of Motion for Summary Judgment for Agent of Undisclosed Principal. | 467 |
| 1012.011 | 07/23/2007 | 2 | P | 18 | 240.00 | 0.50 | 120.00 | Analyze Motion for Summary Judgment; conference with T. Marston; prepare issues for oral argument. | 384 |
| 1012.011 | 07/23/2007 | 1 | P | 18 | 300.00 | 3.00 | 900.00 | Review and revise motion for summary judgment; telephone conference with client; create timeline of events relative to Motion for Summary Judgment; locate and study documents related to motion. | 385 |
| 1012.011 | 07/23/2007 | 4 | P | 16 | 100.00 | 0.60 | 60.00 | Conference with T. Marston regarding Motion for Summary Judgment; search database for documents supporting Motion for Summary Judgment such as certificate of insurance. | 468 |
| 1012.011 | 07/24/2007 | 1 | P | 18 | 300.00 | 1.50 | 450.00 | Telephone conference with D. Olson; locate additional transcript excerpts; complete revisions to brief. | 386 |
| 1012.011 | 07/24/2007 | 1 | P | 18 | 300.00 | 3.00 | 900.00 | Revise D. Olson declaration; draft Jason Peterson Declaration; draft declaration of T. Marston; complete revisions to brief. | 387 |
| 1012.011 | 07/24/2007 | 1 | P | 18 | 300.00 | 2.00 | 600.00 | Complete revisions to brief. | 388 |
| 1012.011 | 07/24/2007 | 3 | P | 18 | 160.00 | 0.40 | 64.00 | Work on Summary Judgment Motion. | 389 |
| 1012.011 | 07/24/2007 | 4 | P | 16 | 100.00 | 0.60 | 60.00 | Review and edit Motion for Summary Judgment for Agent of Undisclosed Principal and Declaration of Dave Olson. | 469 |
| 1012.011 | 07/25/2007 | 3 | P | 18 | 160.00 | 2.20 | 352.00 | Work on Motion for Summary Judgment on agency liability. | 390 |
| 1012.011 | 07/25/2007 | 2 | P | 18 | 240.00 | 0.90 | 216.00 | Revise motion papers and prepare supplements. | 392 |
| 1012.011 | 07/25/2007 | 4 | P | 16 | 100.00 | 3.30 | 330.00 | Draft and serve Request to Emerco to Supplement Discovery Responses; locate all exhibits for Declarations in support of Motion for Summary Judgment; draft proposed Order; finalize Motion for Summary Judgment against McKinley as Agent of Undisclosed Principal, declaration of T. Marston, declaration of D. Olson, declaration of J. Peterson; electronically file and serve all; draft and file Request for Oral Argument. | 470 |
| 1012.011 | 07/26/2007 | 3 | P | 1 | 160.00 | 0.50 | 80.00 | Analyze settlement offer; conference with client and T. Marston; prepare response. | 391 |
| 1012.011 | 07/26/2007 | 1 | P | 18 | 300.00 | 1.50 | 450.00 | Review email from D. Olson regarding whether motion was filed; conference with Jami Elison regarding settlement offer from McKinley; telephone conference with client regarding same; review and revise settlement demand from McKinley. | 395 |

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Client ID 1012.011 Absolute Environmental Services, Inc. | | | | | | | | | |
| 1012.011 | 07/26/2007 | 4 | P | 16 | 100.00 | 0.30 | 30.00 | Review and finalize J. Elison letter to W. Baerg regarding settlement. | 471 |
| 1012.011 | 07/27/2007 | 3 | P | 18 | 160.00 | 0.30 | 48.00 | Conference with T. Marston regarding supplemental proceedings. | 393 |
| 1012.011 | 07/27/2007 | 3 | P | 18 | 160.00 | 1.50 | 240.00 | Research California law regarding supplemental proceedings to execute on a final judgment. | 394 |
| 1012.011 | 07/31/2007 | 1 | P | 18 | 300.00 | 1.00 | 300.00 | Review settlement offer from McKinley; telephone conference with client regarding same; draft counter-offer. | 397 |
| 1012.011 | 07/31/2007 | 2 | P | 18 | 240.00 | 0.60 | 144.00 | Review letters from Emerco; Conference regarding strategy. | 493 |
| 1012.011 | 08/06/2007 | 3 | P | 18 | 160.00 | 0.80 | 128.00 | Review subcontract to determine procedure for hearing a complaint in litigation or in arbitration. | 398 |
| 1012.011 | 08/07/2007 | 2 | P | 18 | 240.00 | 0.30 | 72.00 | Analyze issues and conference with T. Marston regarding settlements. | 400 |
| 1012.011 | 08/08/2007 | 2 | P | 18 | 240.00 | 0.60 | 144.00 | Analyze Motion for Summary Judgment and prepare settlement issues. | 399 |
| 1012.011 | 08/08/2007 | 4 | P | 16 | 100.00 | 0.10 | 10.00 | Email correspondence with T. Marston regarding McKinley opposition to Motion for Summary Judgment. | 472 |
| 1012.011 | 08/09/2007 | 1 | P | 18 | 300.00 | 2.00 | 600.00 | Review Opposition to Motion for Summary Judgment; legal research effect of out of state filing of fictitious business name; prepare issues for reply. | 405 |
| 1012.011 | 08/09/2007 | 4 | P | 16 | 100.00 | 1.00 | 100.00 | Conference with T. Marston regarding Motion for Summary Judgment; scan and send all Opposition and declaration to client; review database for information regarding Emerco. | 473 |
| 1012.011 | 08/09/2007 | 2 | P | 18 | 240.00 | 1.50 | 360.00 | Analyze and conference regarding business names. | 492 |
| 1012.011 | 08/10/2007 | 4 | P | 16 | 100.00 | 0.40 | 40.00 | Review Court's Order regarding Chamber copies; send noted documents to court; email correspondence with T. Marston regarding same. | 474 |
| 1012.011 | 08/10/2007 | 2 | P | 18 | 240.00 | 2.50 | 600.00 | Study Emerco's Opposition to Motion for Summary Judgment. | 491 |
| 1012.011 | 08/13/2007 | 2 | P | 18 | 240.00 | 0.50 | 120.00 | Analyze settlement issues and correspondence; conference with T. Marston regarding strategy and trial preparation. | 401 |
| 1012.011 | 08/14/2007 | 2 | P | 18 | 240.00 | 0.30 | 72.00 | Analyze settlement negotiations. | 402 |
| 1012.011 | 08/14/2007 | 3 | P | 18 | 160.00 | 1.70 | 272.00 | Legal research on fictitious company names for Reply Brief. | 403 |
| 1012.011 | 08/14/2007 | 4 | P | 16 | 100.00 | 0.20 | 20.00 | Create initial draft of Reply in Support of Motion for Summary Judgment; email correspondence with J. Elison regarding same. | 475 |
| 1012.011 | 08/15/2007 | 3 | P | 18 | 160.00 | 5.60 | 896.00 | Work on Reply Brief in Support of Motion for Summary Judgment on agency liability. | 404 |
| 1012.011 | 08/15/2007 | 1 | P | 18 | 300.00 | 0.50 | 150.00 | Draft email response to W. Baerg counter-offer on settlement based on J. Elison's notes; conference with J. Elison regarding same and telephone conference with client. | 414 |
| 1012.011 | 08/15/2007 | 2 | P | 18 | 240.00 | 2.00 | 480.00 | Prepare motion supplements and materials. | 490 |
| 1012.011 | 08/15/2007 | 1 | P | 18 | 300.00 | 0.50 | 150.00 | Work on mediation presentation and trial preparation. | 578 |
| 1012.011 | 08/16/2007 | 3 | P | 18 | 160.00 | 2.80 | 448.00 | Work on Reply Brief in support of Motion for Summary Judgment on agency liability. | 406 |
| 1012.011 | 08/16/2007 | 3 | P | 18 | 160.00 | 3.40 | 544.00 | Legal research for Reply Brief in Support of Motion for Summary Judgment on agency liability. | 407 |
| 1012.011 | 08/16/2007 | 4 | P | 16 | 100.00 | 2.20 | 220.00 | Email correspondence with J. Elison and T. Marston regarding Reply Brief in Support of Motion for Summary Judgment; edit Reply Brief; research file for memos regarding undisclosed principal research; finalize and electronically file and serve Reply Brief. | 476 |
| 1012.011 | 08/16/2007 | 2 | P | 18 | 240.00 | 1.70 | 408.00 | Prepare materials for Reply Brief. | 489 |
| 1012.011 | 08/20/2007 | 2 | P | 18 | 240.00 | 0.40 | 96.00 | Analyze and prepare settlement strategies. | 408 |
| 1012.011 | 08/20/2007 | 2 | P | 18 | 240.00 | 0.90 | 216.00 | Analyze McKinley's liabilities; Conference with TRM. | 488 |
| 1012.011 | 08/22/2007 | 1 | P | 18 | 300.00 | 1.00 | 300.00 | Telephone call to B. Baerg; review decision of J. Beistline on Motion for Summary Judgment; telephone conference with D. Olson; plan strategy for filing motion for additional attorneys' fees; calculate new fees amount. | 412 |
| 1012.011 | 08/22/2007 | 4 | P | 16 | 100.00 | 0.20 | 20.00 | Review Court's Order Granting Motion for Summary Judgment; email correspondence with client regarding same. | 477 |
| 1012.011 | 08/22/2007 | 2 | P | 18 | 240.00 | 1.80 | 432.00 | Analyze collection process, rules and strategies; Review Order Granting Summary Judgment. | 487 |
| 1012.011 | 08/23/2007 | 2 | P | 18 | 240.00 | 0.40 | 96.00 | Settlement negotiations with Emerco; Conference with TRM. | 486 |
| 1012.011 | 08/31/2007 | 3 | P | 18 | 160.00 | 2.00 | 320.00 | Work on Motion and Proposed Order to update Final Judgment. | 420 |
| 1012.011 | 08/31/2007 | 4 | P | 16 | 100.00 | 0.40 | 40.00 | Conference with J. Elison regarding final judgment; research files and send forms to J. Elison for his review. | 478 |
| 1012.011 | 08/31/2007 | 2 | P | 18 | 240.00 | 1.40 | 336.00 | Review issues and draft for judgment update; Conference with TRM; Settlement strategies. | 485 |
| 1012.011 | 09/05/2007 | 3 | P | 18 | 160.00 | 0.40 | 64.00 | Made phone call and sent e-mail to Deborah DeBoer regarding collection process in California. | 417 |
| 1012.011 | 09/11/2007 | 3 | P | 18 | 160.00 | 1.00 | 160.00 | Worked on Motion for Additional interest and entry of Final Judgment and accompanying adjusted Final Judgment. | 421 |
| 1012.011 | 09/11/2007 | 2 | P | 18 | 240.00 | 0.30 | 72.00 | Conference regarding settlement and e-mail to Bill Baerg. | 422 |
| 1012.011 | 09/11/2007 | 1 | P | 18 | 300.00 | 0.30 | 90.00 | Telephone conference with D. Olson regarding settlement strategy. | 425 |
| 1012.011 | 09/12/2007 | 4 | P | 16 | 100.00 | 0.20 | 20.00 | Telephone call with B. Partin's office regarding McKinley trial; email correspondence with B. Partin's office regarding same. | 428 |
| 1012.011 | 09/14/2007 | 1 | P | 18 | 300.00 | 0.30 | 90.00 | Telephone conference with Bill Baerg regarding whether McKinley is willing to settle or whether we will have to go through all the motions; E-mail to D. Olson regarding same. | 424 |

| Client | Trans Date | Bill | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Client ID 1012.011 Absolute Environmental Services, Inc. | | | | | | | | | |
| 1012.011 | 09/18/2007 | 2 | P | 18 | 240.00 | 0.30 | 72.00 | Telephone conference with opposing counsel; Conference with TRM re settlement. | 423 |
| 1012.011 | 09/21/2007 | 2 | P | 18 | 240.00 | 0.50 | 120.00 | Analyze settlement and collection issues and strategies. | 426 |
| 1012.011 | 09/26/2007 | 1 | P | 18 | 300.00 | 4.50 | 1350.00 | Work on fee application. | 427 |
| 1012.011 | 10/02/2007 | 2 | P | 18 | 240.00 | 0.80 | 192.00 | Analyze collection; Conference and prepare strategy. | 484 |
| 1012.011 | 10/24/2007 | 2 | P | 18 | 240.00 | 0.50 | 120.00 | Review Emerco's transcript request and appeal papers; Conference regarding same. | 483 |
| 1012.011 | 10/31/2007 | 1 | P | 18 | 300.00 | 0.90 | 270.00 | Review correspondence from 9th Circuit and enclosed schedule; Conference with JPE regarding recording a foreign judgment in California; Review e-mail from D. Olson regarding McKinley's assets; Telephone call with D. Olson regarding same. | 479 |
| 1012.011 | 10/31/2007 | 2 | P | 18 | 240.00 | 0.50 | 120.00 | Prepare collection materials; Conference regarding same. | 482 |
| 1012.011 | 11/02/2007 | 2 | P | 18 | 240.00 | 0.80 | 192.00 | Review and analyze Emerco's appeal filings. | 481 |
| 1012.011 | 11/09/2007 | 1 | P | 18 | 300.00 | 8.00 | 2400.00 | Work on fee application. | 571 |
| 1012.011 | 11/13/2007 | 3 | P | 18 | 160.00 | 0.80 | 128.00 | Reviewed previous motions regarding interest for final judgment and determined current post-judgment interest. | 572 |
| 1012.011 | 11/13/2007 | 2 | P | 18 | 240.00 | 1.20 | 288.00 | Prepare materials for supplemental motion. | 573 |
| 1012.011 | 11/28/2007 | 2 | P | 18 | 240.00 | 0.50 | 120.00 | Prepare issues for motions; Conference with JPE and KLM. | 582 |
| 1012.011 | 11/28/2007 | 3 | P | 18 | 160.00 | 0.40 | 64.00 | Telephone conversation with client regarding final judgment; E-mails to JPE and TRM regarding the same. | 583 |
| 1012.011 | 11/29/2007 | 3 | P | 18 | 160.00 | 0.40 | 64.00 | Worked on documents for entering a sister-state judgment in California. | 585 |
| 1012.011 | 11/29/2007 | 3 | P | 18 | 160.00 | 0.30 | 48.00 | Continued work on document for entering a sister-site judgment in California. | 586 |
| 1012.011 | 11/29/2007 | 3 | P | 18 | 160.00 | 0.50 | 80.00 | Worked on Motions for Interest and Fees in Federal Court action. | 587 |
| 1012.011 | 12/04/2007 | 3 | P | 18 | 160.00 | 0.80 | 128.00 | Worked on Declaration in Support of Motions for Interest and Attorney Fees. | 588 |

**Total for Client ID 1012.011**    Billable   208.60   44920.00   Absolute Environmental Services, Inc.
McKinley

**GRAND TOTALS**

Billable   208.60   44920.00