PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930
(duffy@mmlawyers.com)
(baerg@mmlawyers.com)

Attorneys for Defendant and
Cross-Complainant EMERCO, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>    Defendants. | CASE NO. A-03-0199 Civil (RRB)<br><br>**OBJECTION TO DECLARATION OF TERRY R. MARSTON II IN SUPPORT OF MOTION FOR AWARD OF PREJUDGMENT INTEREST AGAINST FORREST J. McKINLEY** |

Defendant Forrest J. McKinley objects to the declaration of Terry R. Marston II filed in support of Absolute Environmental Services, Inc.'s motion for additional prejudgment interest on the grounds that the spreadsheet attached to the declaration lacks foundation as to the preparation of the document and the basis of the data contained therein.

DATED: December 21, 2007    MONTELEONE & McCRORY LLP

Attorneys for Forrest J. McKinley

/s/ *William R. Baerg*

By_____
        PATRICK J. DUFFY III
        WILLIAM R. BAERG

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on December 21, 2007, a copy of the foregoing was electronically filed with the Clerk of the United States District Court, District of Alaska, using the CM/ECF System and was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Jami K. Elison, jamie@mhf-law.com
Michael E. Kreger, mkreger@perkinscoie.com
Terry R. Marston, terry@mhf-law.com
Paul J. Nangle, PaulJ.Nangle@acsalaska.net
Jacob B. Nist, jnist@perkinscoie.com
Peter C. Partnow, PartnowP@LanePowell.com
James B. Stoetzer, StoetzerJ@LanePowell.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on December 21, 2007, at Los Angeles, California.

/s/ *William R. Baerg*
_____
WILLIAM R. BAERG