PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930
(duffy@mmlawyers.com)
(baerg@mmlawyers.com)

Attorneys for Defendant and
Cross-Complainant EMERCO, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaskan Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>Defendants. | CASE NO. A-03-0199 Civil (RRB)<br><br>**OBJECTION TO PROPOSED FINAL JUDGMENT AGAINST FORREST J. McKINLEY** |

Defendant Forrest J. McKinley ("Mr. McKinley") objects to the proposed Final Judgment Against Forrest J. McKinley submitted by Absolute Environmental Services, Inc.'s ("Absolute") for the following reasons:

**FIRST**, the proposed Final Judgment Against Forrest J. McKinley makes no reference to the fact that Absolute already has a separate judgment against Emerco, Inc., dba Imperial Industrial Coatings for the same debt. If the court were to sign the proposed Final Judgment, Absolute would be able to execute on both judgments and collect twice for the same award.

**SECOND,** the proposed Final Judgment misstates the previous holding of this court, and mischaracterizes the nature of Mr. McKinley's liability to Absolute. On August 22, 2007, this

Page 1

1  court granted Absolute's motion for summary judgment against Mr. McKinley "as Agent of
2  Undisclosed Principal."  Mr. McKinley's liability is therefore vicarious, and is based on the
3  original judgment, not a future judgment that continues to accrue prejudgment interest and
4  attorney's fees.  This court specifically held in its order granting summary judgment, ". . . the
5  Court finds Defendant Forrest J. McKinley jointly liable for the judgment entered against
6  Defendant Emerco, Inc., in the final judgment amount of $382,646.96, plus taxable costs at
7  $11,314.82, for a total reward of $393,961.78, and post-judgment interest that shall accrue
8  hereafter as authorized by law." [Docket No. 650].   The new proposed Final Judgement purports
9  to have Mr. McKinley liable for $588,994.67.

10  **THIRD,** no additional attorney's fees and costs and prejudgment interest should be
11  added; Mr. McKinley's liability was fixed in the August 22, 2007, ruling.  The only additional
12  sums that Absolute may recover is post-judgment interest.

13  **FOURTH**, Absolute's proposal to have two separate judgments for the same obligation
14  in different dollar amounts, and which do not even reference one another, should be rejected.
15  Absolute should be required to submit an Amended Judgment that identifies all of the parties
16  who are liable for the same dollar amount this court determined to be due.

18  DATED: December 21, 2007          MONTELEONE & McCRORY LLP
19                                    Attorneys for Forrest J. McKinley

21                                    /s/ *William R. Baerg*
22                                    By_____
                                          PATRICK J. DUFFY III
23                                        WILLIAM R. BAERG

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

  I certify that on December 21, 2007, a copy of the foregoing was electronically filed with the Clerk of the United States District Court, District of Alaska, using the CM/ECF System and was served electronically on the following:

    William R. Baerg, baerg@mmlawyers.com
    Eric J. Brown, ebrown@jdolaw.com
    Robert J. Dickson, acgecf@acglaw.com
    Jami K. Elison, jamie@mhf-law.com
    Michael E. Kreger, mkreger@perkinscoie.com
    Terry R. Marston, terry@mhf-law.com
    Paul J. Nangle, PaulJ.Nangle@acsalaska.net
    Jacob B. Nist, jnist@perkinscoie.com
    Peter C. Partnow, PartnowP@LanePowell.com
    James B. Stoetzer, StoetzerJ@LanePowell.com

  I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on December 21, 2007, at Los Angeles, California.

    /s/ *William R. Baerg*
    _____
    WILLIAM R. BAERG