## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

    ABSOLUTE ENVIRONMENTAL    v.    MCKINLEY, et al.

DATE:    January 7, 2008    CASE NO.    3:03-cv-0199-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                       **RE FINAL JUDGMENT AGAINST FORREST J. MCKINLEY**

---

        Before the Court at Docket 664 is Plaintiff, Absolute Environmental Services, with a Motion for Award of Attorney Fees Against Forrest J. McKinley and for Entry of Final Judgment. Plaintiff's motion is opposed by Mr. McKinley at Dockets 667, 668, 669, and 670. Plaintiff replies at Docket 671.

        Plaintiff shall submit an Amended Judgment form against Mr. McKinley for 4205,68.70, with prejudgment interests in the amount of $75,043.91, plus attorney fees in the amount of $112,534.35, and costs of $11,314.82. Interest to accrue thereafter from June 14, 2007, as authorized by law.

        The Court has entered the same judgment against Forrest McKinley as previously entered against Emerco, Inc., plus $10,000 in reasonable attorney fees for obtaining this judgment.

M.O. RE FINAL JUDGMENT