Terry R. Marston, *pro hac vice,* terry@marstonelison.com
Jami K. Elison, *pro hac vice,* jami@marstonelison.com
MARSTON ELISON, PLLC
16880 N.E. 79th Street
Redmond, Washington  98052
(425) 861-5700

PAUL J.  NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska  99501
Telephone:  (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation,<br><br>         Plaintiff,<br>   vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings,<br><br>         Defendant. | Case No.: A03-0199CV (RRB)<br><br>**AMENDED JUDGMENT**<br><br>**[Proposed]** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | |

|   |   |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | ) ) ) |
| Defendants. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Counterclaim Plaintiff, | ) |
| vs. | ) ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Counterclaim Defendant | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | ) ) ) |
| Third-Party Plaintiff, | ) |
| vs. | ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | ) ) ) |
| Plaintiff/Cross-claimant, | ) |
| vs. | ) ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | ) ) ) |
| Third-Party Defendant. | ) |

AMENDED JUDGMENT
Case No. A03-0199CV (RRB)-- 2

This action came on for trial before the Court and a jury, Honorable Ralph R. Beistline, District Judge, presiding, and the issues having been duly tried and the jury having rendered its verdict, and the Court having decided issues regarding fees and interest, it is hereby

## **JUDGMENT AGAINST FORREST J. MCKINLEY**

**ORDERED, ADJUDGED, AND DECREED** that the plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC., shall have a judgment against the defendant, FORREST J. MCKINLEY in the sum of Two Hundred Five Thousand Sixty-Eight and 70/100 Dollars ($205,068.70), with prejudgment interest in the amount of Seventy-Five Thousand Forty-Three and 91/100 Dollars ($75,043.91), attorneys' fees in the amount of One Hundred Twelve Thousand Five Hundred Thirty-Four and 35/100 Dollars ($112,534.35), and taxable costs at Eleven Thousand Three Hundred Fourteen and 82/100 Dollars ($11,314.82), for a total judgment of Four Hundred Three Thousand Nine Hundred Sixty-One and 78/100 Dollars ($403,961.78) plus post-judgment interest at the rate authorized by law.

## **JUDGMENT AGAINST EMERCO, INC.**

**ORDERED, ADJUDGED, AND DECREED** that the plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC., shall have a judgment against the defendant, EMERCO, INC. in the sum of Two Hundred Five Thousand Sixty-Eight And 70/100 Dollars ($205,068.70), with prejudgment interest in the amount of Seventy-Five Thousand Forty-Three and 91/100 Dollars ($75,043.91), attorneys' fees in the amount of One Hundred Two Thousand Five Hundred Thirty-Four and 35/100 Dollars ($102,534.35), and taxable costs at Eleven Thousand Three Hundred Fourteen and 82/100 Dollars ($11,314.82), for a total judgment of Three Hundred Ninety-Three Thousand Nine Hundred Sixty-One and 78/100 Dollars ($393,961.78) plus post-judgment interest at the rate authorized by law.

In no event may an amount, exclusive of post-judgment interest, be recovered from either or any combination of, FORREST J. MCKINLEY or EMERCO, INC. of more than Four Hundred Three Thousand Nine Hundred Sixty-One and 78/100 Dollars ($403,961.78).,

Pursuant to Alaska Federal Civil Rule of Procedure 58.1, Absolute Environmental Services, Inc. requests the Clerk to fill in the applicable post-judgment interest rate applicable as of 6/14/07: _____ (believed to be 4.98%).

DATED this _____ day of _____, 2008.

_____
The Honorable Ralph R. Beistline
United States District Court Judge

*PRESENTED BY:*

**MARSTON ELISON, PLLC**

By s/Terry R. Marston II_____
   Terry R. Marston II, WSBA No. 14440
   Jami K. Elison, WSBA No. 31007
Attorneys for Plaintiff Absolute Environmental Service, Inc.

I hereby certify that on the date given a copy of the forgoing was electronically filed with the Clerk of Court using the CM/ECF system and was served electronically on the following:

William R. Baerg, Patrick J. Duffy
Eric J. Brown
Robert J. Dickson
Michael E Kreger, Jacob Nist
James B. Stoetzer, Peter C. Partnow

s/Terry R. Marston II_____