JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
(mstephenson@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930
(duffy@mmlawyers.com)
(baerg@mmlawyers.com)

Attorneys for Defendant and Cross-Claimant
EMERCO, INC. dba Imperial Industrial Coatings
and for Defendant Forrest J. McKinley

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. A-03-0199 Civil (RRB)<br><br>**AMENDED NOTICE OF APPEAL**<br><br>**[U.S. Court of Appeals<br>　Case Number 07-35833]** |

　　　Notice is hereby given that Forrest J. McKinley, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth

/ / /

1  Circuit from the Amended Judgment [Docket No. 675] entered in this action on the
2  18th day of January, 2008.  The original appeal filed September 20, 2007 [Docket
3  No. 651] was taken from the Minute Order From Chambers Granting Absolute's
4  Motion for Summary Judgment [Docket No. 650] entered in this action on the
5  22nd day of August, 2007.  Appellant's Opening Brief is due February 6, 2008.

7  DATED:  January 28, 2008         /S/  *William R. Baerg*
                                    PATRICK J. DUFFY, III
8                                   WILLIAM R. BAERG
                                    MONTELEONE & McCRORY LLP
9                                   Attorneys for Appellant
                                    725 S. Figueroa Street, Suite 3200
10                                  Los Angeles, California 90017

# CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on January 28, 2008, a copy of the foregoing was electronically filed with the Clerk of the United States District Court, District of Alaska, using the CM/ECF System and was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com

Michael Stephenson, mstephenson@jdolaw.com

Robert J. Dickson, acgecf@acglaw.com

Patrick J. Duffy, III, duffy@mmlawyers.com

Jami K. Elison, jamie@marstonelison.com

Michael E. Kreger, mkreger@perkinscoie.com

Thomas A. Larkin, tlarkin@lawssg.com

Terry R. Marston, terry@marstonelison.com

Paul J. Nangle, PaulJ.Nangle@acsalaska.net

Jacob B. Nist, jnist@perkinscoie.com

Peter C. Partnow, PartnowP@LanePowell.com

James B. Stoetzer, StoetzerJ@LanePowell.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on January 28, 2008, at Los Angeles, California.

/S/ *Sallie Raspa*
SALLIE RASPA