**SERVICE LIST**
*Absolute Environmental Services, Inc. v. Forrest J. McKinley, etc., et al.*
U.S. District Court, District of Alaska, Case No. A 03-0199 Civil (RRB)

| | |
|---|---|
| Paul J. Nangle, Esq.<br>Paul J. Nangle & Associates<br>Kerry Building<br>101 Christensen Drive<br>Anchorage, AK 99501 | TEL: (907)274-8866   FAX: (907)279-1794<br>PaulJ.Nangle@acsalaska.net<br>*Attorneys for Absolute Environmental Services, Inc.* |
| Terry R. Marston, Esq.<br>Jami K. Elison, Esq.<br>Marston Elison, PLLC<br>16880 NE 79th Street<br>Redmond, WA 98052 | TEL: (425)861-5700   FAX: (425)861-6969<br>terry@marstonelison.com<br>jamie@marstonelison.com<br>*Attorneys for Absolute Environmental Services, Inc.* |
| Michael E. Kreger, Esq.<br>Jacob B. Nist, Esq.<br>Perkins Coie LLP<br>1029 West Third Avenue, Suite 300<br>Anchorage, AK 99501 | TEL: (907)279-8561   FAX: (907)276-3108<br>mkreger@perkinscoie.com<br>jnist@perkinscoie.com<br>*Attorneys for Brechan Enterprises, Inc. and Safeco Insurance Company of America* |
| Thomas A. Larkin, Esq.<br>Stewart Sokol & Gray, LLC<br>2300 SW First Avenue, Suite 200<br>Portland, OR 97201-5047 | TEL: (503)221-0699   FAX: (503)227-5028<br>talarkin@lawssg.com<br>*Attorneys for Safeco Insurance Company of America* |
| Peter C. Partnow, Esq.<br>Lane Powell PC<br>301 W. Northern Lights Blvd., Suite 301<br>Anchorage, AK 99503-2648 | TEL: (907)277-9522   FAX: (907)276-2631<br>PartnowP@LanePowell.com<br>*Attorneys for Coffman Engineers, Inc.* |
| James B. Stoetzer, Esq.<br>Lane Powell PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101-2338 | TEL: (206)223-7019   FAX: (206)223-7107<br>StoetzerJ@LanePowell.com<br>*Co-Counsel for Coffman Engineers, Inc.* |
| Patrick J. Duffy III, Esq.<br>William R. Baerg, Esq.<br>Monteleone & McCrory, LLP<br>725 S. Figueroa Street, Suite 3200<br>Los Angeles, CA 90017-5446 | TEL: (213)612-9900   FAX: (213)612-9930<br>duffy@mmlawyers.com<br>baerg@mmlawyers.com<br>*Attorneys for Emerco, Inc. and Forrest J. McKinley* |
| Jermain Dunnagan & Owens, P.C.<br>3000 A Street, Suite 300<br>Anchorage, AK 99503-4097 | TEL: (907)563-8844   FAX: (907)563-7322<br>mstephenson@jdolaw.com<br>*Co-Counsel for Emerco, Inc. and Forrest J. McKinley* |
| Robert J. Dickson, Esq.<br>Atkinson Conway & Gagnon<br>420 "L" Street, Suite 500<br>Anchorage, AK 99501-1989 | TEL: (907)276-1700   FAX: (907)272-2082<br>acgecf@acglaw.com<br>*Attorneys for Specialty Polymer Coating USA, Inc.* |