```
           UNITED STATES
           DISTRICT COURT
            District of Alaska
            Anchorage Division

         #  00132171  -  NL
          January 29, 2008

     Code    Case #    Qty     Amount

     086900-F 03-199           105.00 CK
     510000-C 03-199           150.00 CK
     086400-R 03-199           200.00 CK

     TOTAL→                    455.00


     FROM: MONTELEONE & MCCRORY LLP
           APPEAL FILING FEE
           3:03-CV-00199-RRB
```