UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title:  Absolute Environmental Services, Inc. v McKinley et al
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.:  3:03-cv-00199-RRB - Ralph R. Beistline
Date Complaint/Indictment/Petition Filed:  8/29/2003
Date Appealed Order/Judgment *entered*:  1/18/2008
Date NOA *filed*:  1/29/2008
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
__granted in part (send record)     __pending

Court Reporter(s) Name and Phone Number:  Sherry Mons, 907-451-5791

Magistrate Judge's Order?  If so, please attach.
_____

**FEE INFORMATION:**
Date Docket Fee paid:  1/29/2008          Date Docket Fee billed:  __
Date FP granted:  __                      Date FP denied:  __
Is FP pending?  __                        Was FP Limited/Revoked?
US Government Appeal?  __
Companion Cases?  Please list:  __
          Please attach copy of any order granting, denying or revoking FP.
_____

**COUNSEL INFORMATION:  (please include e-mail address and fax number)**
Appellant Counsel:                        Appellee Counsel:
William R. Baerg                          Jami K. Elison
Monteleone & McCrory, LLP                 Marston Heffeman Foreman, PLLC
725 S. Fiqueroa Street, Suite 3200        16880 NE 79th Street
Los Angeles, CA  90017-5446               Redmond, WA  98052
Fax: 213-612-9930                         Fax: 425-861-6969
Email: baerg@mmlawyers.com                Email: jami@marstonelison.com


 X  retained     __CJA     __FPD     __FPD     __Other     Please attach Appointment Order.
_____

**DEFENDANT INFORMATION:**
Prisoner ID:  __              Address:  __
Custody:  __                        __
Bail:  __
_____

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid:  __          9th Circuit Docket Number:  __
_____

Name and phone number of person completing this form:   Sherry Mons, 907-451-5791