Terry R. Marston, *pro hac vice,* terry@marstonelison.com
Jami K. Elison, *pro hac vice,* jami@marstonelison.com
Jesse P. Elison, *pro hac vice*, jesse@marstonelison.com
MARSTON ELISON, PLLC
16880 N.E. 79th Street
Redmond, Washington  98052
(425) 861-5700

PAUL J.  NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska  99501
Telephone:  (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES) INC., an Alaska Corporation, ) | Case No.: A03-0199CV (RRB) |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | **NOTICE OF APPEAL** |
| FORREST J. MCKINLEY, an individual, ) | |
| d/b/a "Imperial Industrial Coatings" and ) | |
| EMERCO, INC., a California Corporation, ) | |
| d/b/a Imperial Industrial Coatings, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| AND RELATED CROSS-ACTIONS ) | |
| ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff Absolute Environmental Services, Inc. in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Corrected Minute Order From Chambers Re Final Judgment Against Forrest J. McKinley [Docket No. 673] entered in this action on January 7,  2008 (attached hereto as Appendix A).

**NOTICE OF APPEAL**
Case No. A03-0199CV (RRB)-- 1

DATED this 1st day of February, 2008.

**MARSTON ELISON, PLLC**

By s/Terry R. Marston II
Terry R. Marston, II      WSBA #14440
Jami K. Elison            WSBA #31007
Jesse P. Elison           WSBA #36914
MARSTON ELISON, PLLC
16880 NE 79th Street
Redmond, WA 98052
Attorneys for Plaintiff/Appellant, Absolute Environmental Services, Inc.

I hereby certify that on the date given a copy of the forgoing Notice of Appeal was electronically filed with the Clerk of Court using the CM/ECF system and was served electronically on the following:

Paul J. Nangle, PaulJ.Nangle@acsalaska.net
William Baerg, baerg@mmlawyers.com
Patrick Duffy, duffy@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Michael E. Kreger, mkreger@perkinscoie.com
Jacob Nist, jnist@perkinscoie.com
Thomas A. Larkin, talarkin@lawssg.com
James B. Stoetzer, StoetzerJ@LanePowell.com
Peter Partnow, PartnowP@LanePowell.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

s/Terry R. Marston II