A-11 (rev. 7/00)



USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: Absolute Environmental Services, Inc. vs. Forrest J. McKinley and Emerco, Inc. d/b/a Imperial Industrial Coatings, et al. | DISTRICT: US Dist. of Alaska   JUDGE: Ralph R. Beistline |
|---|---|
| | DISTRICT COURT NUMBER: 03-cv-0199-RRB |
| | DATE NOTICE OF APPEAL FILED: 2/1/2008 · IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**

Appellant entered into a subcontract with Respondent for the performance of work on a wharf located at the United States Coast Guard base on Kodiak Island, Alaska. Respondent breached its contract and Appellant prevailed on the action at trial. Plaintiff filed a Motion for Attorney Fees Against Forrest J. McKinely which was granted but only a portion of the fees sought were awarded.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**

Whether a contract term providing for an award of all of Appellant's reasonable attorney fees should have superceded application of Alaska Rule 82 fees as the basis for award and whether the amount of fees awarded is consistent with the contract term.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POSTJUDGMENT MOTIONS):**

The Respondent has appealed the court's summary judgment on personal liability.
US Court of Appeals for the Ninth Circuit, Case No. 07-35833

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☑ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify) _____

☐ Any other information relevant to the inclusion of this case in the Mediation Program _____

☐

Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

## LOWER COURT INFORMATION

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
| ☐ FEDERAL QUESTION  ☑ DIVERSITY  ☐ OTHER (SPECIFY): | ☑ FINAL DECISION OF DISTRICT COURT  ☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT  ☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):  ☐ OTHER (SPECIFY): | ☐ DEFAULT JUDGMENT  ☐ DISMISSAL/JURISDICTION  ☐ DISMISSAL/MERITS  ☐ SUMMARY JUDGMENT  ☐ JUDGMENT/COURT DECISION  ☑ JUDGMENT/JURY VERDICT  ☐ DECLARATORY JUDGMENT  ☐ JUDGMENT AS A MATTER OF LAW  ☑ OTHER (SPECIFY): Order on Motion for Award of Attorney Fees Against Forrest J. McKinley | ☐ DAMAGES: SOUGHT $ 1,327,899.00  AWARDED $ 205,068.70  ☐ INJUNCTIONS:  ☐ PRELIMINARY  ☐ PERMANENT  ☐ GRANTED  ☐ DENIED  ☐ ATTORNEY FEES: SOUGHT $ 288,173.00  AWARDED $ 112,534.35  ☐ PENDING  ☐ COSTS: $ 11,314.82 |

## CERTIFICATION OF COUNSEL

I CERTIFY THAT:
1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.
2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).
3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.
4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_____ Signature    2-1-08 Date

## COUNSEL WHO COMPLETED THIS FORM

NAME: Terry R. Marston, WSBA # 31007

FIRM: Marston Elison, PLLC

ADDRESS: 16880 NE 79th Street
Redmond, WA 98052

E-MAIL: terry@marstonelison.com

TELEPHONE: (425) 861-5700

FAX: (425) 861-6969

✶THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL✶
✶IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS✶