## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

ABSOLUTE ENVIRONMENTAL    v.    MCKINLEY, et al.

DATE:    January 7, 2008     CASE NO.    3:03-cv-0199-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **\*\* CORRECTED \*\* MINUTE ORDER FROM CHAMBERS
RE FINAL JUDGMENT AGAINST FORREST J. MCKINLEY**

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

      Before the Court at Docket 664 is Plaintiff, Absolute Environmental Services, with a Motion for Award of Attorney Fees Against Forrest J. McKinley and for Entry of Final Judgment. Plaintiff's motion is opposed by Mr. McKinley at Dockets 667, 668, 669, and 670. Plaintiff replies at Docket 671.

      Plaintiff shall submit an Amended Judgment form against Mr. McKinley for $205,68.70, with prejudgment interests in the amount of $75,043.91, plus attorney fees in the amount of $112,534.35, and costs of $11,314.82. Interest to accrue thereafter from June 14, 2007, as authorized by law.

      The Court has entered the same judgment against Forrest McKinley as previously entered against Emerco, Inc., plus $10,000 in reasonable attorney fees for obtaining this judgment.

**From:**    cmecfmail@akd.uscourts.gov
**Sent:**    Monday, January 07, 2008 4:33 PM
**To:**      cmecfmail@akd.uscourts.gov
**Subject:** Activity in Case 3:03-cv-00199-RRB Absolute Environmental Services Inc. v. McKinley et al Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without
charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Alaska

## Notice of Electronic Filing

The following transaction was entered on 1/7/2008 at 3:33 PM AST and filed on 1/7/2008
**Case Name:**        Absolute Environmental Services Inc. v. McKinley et al
**Case Number:**      3:03-cv-199
**Filer:**
**WARNING: CASE CLOSED on 08/22/2007**
**Document Number:** 673

**Docket Text:**
CORRECTED ORDER RE Final Judgment. (JPS, COURT STAFF)

**3:03-cv-199 Notice has been electronically mailed to:**

William R. Baerg    baerg@mmlawyers.com, raspa@mmlawyers.com

Eric J. Brown    ebrown@jdolaw.com, sgreen@jdolaw.com

Robert J. Dickson    acgecf@acglaw.com, jkt@acglaw.com, rjd@acglaw.com

Patrick J. Duffy , III    duffy@mmlawyers.com, mduffy@mmlawyers.com

Jami K. Elison    jami@marstonelison.com, kristy@marstonelison.com

Michael E. Kreger    mkreger@perkinscoie.com, ajarrell@perkinscoie.com,
ancefiling@perkinscoie.com, docketanc@perkinscoie.com, jkearse@perkinscoie.com,
jnist@perkinscoie.com

Thomas A. Larkin    tlarkin@lawssg.com

Terry R. Marston    terry@marstonelison.com, kristy@marstonelison.com

Paul J. Nangle    PaulJ.Nangle@acsalaska.net, kr.pjn@acsalaska.net

Peter C. Partnow    partnowp@lanepowell.com, gerkenl@lanepowell.com, jensonj@lanepowell.com, USDC-AK@lanepowell.com, wagnerf@lanepowell.com

James B. Stoetzer    stoetzerj@lanepowell.com, flabela@lanepowell.com

**3:03-cv-199 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=1/7/2008] [FileNumber=270925-0]
[3c4856b5e7061abe887df48e7b29098299ce951d62bad1acea7f2b53b214e554af28a
29d3dcd7fc438ea0bfbc518464ddb4137dca3ae41ad2bcd171ffdcbeff0]]