**SERVICE LIST**

*Absolute Environmental Services, Inc. v. Forrest J. McKinley, et al.*
United States District Court, District of Alaska, Case No.: 03-cv-0199 (RRB)

| | |
|---|---|
| Terry R. Marston, terry@marstonelison.com<br>Jami K. Elison, jami@marstonelsion.com<br>Jesse P. Elison, jesse@marstonelison.com<br>Marston Elison, PLLC<br>16880 NE 79th Street<br>Redmond, WA 98052<br>Phone:  425.861.5700<br>Fax #:  425.861.6969<br>*Attorneys for Absolute Environmental Services, Inc.* | Paul J. Nangle, PaulJ.Nangle@acsalaska.net<br>Paul J. Nangle & Associates<br>Kerry Building, 101 Christensen Drive<br>Anchorage, AK  99501<br>Phone: 907.274.8866<br>Fax:  907.279.1794<br>*Attorneys for Absolute Environmental Services, Inc.* |
| Eric J. Brown, ebrown@jdolaw.com<br>Jermain Dunnagan & Owens, P.C.<br>3000 A Street, Suite 300<br>Anchorage, AK  99503-4097<br>Phone:  907.563.8844<br>Fax #  907.563.7322<br>*Attorneys for Emerco, Inc. and Forrest J. McKinley* | William Baerg, baerg@mmlawyers.com<br>Patrick Duffy, duffy@mmlawyers.com<br>Monteleone & McCrory, LLP<br>725 South Figueroa Street, Suite 3750<br>Los Angeles, CA  90017-5446<br>Phone:  213.612.9900<br>Fax:     213.612.9930<br>*Attorneys for Emerco, Inc. and Forrest J. McKinley* |
| Michael E. Kreger, mkreger@perkinscoie.com<br>Jacob Nist, jnist@perkinscoie.com<br>Perkins Coie, LLP<br>1029 West Third Avenue, Suite 300<br>Anchorage, AK  99501<br>Phone: 907.279.8561<br>Fax:  907.276.3108<br>*Attorneys for Brechan Enterprises, Inc. and Safeco Insurance Company of America* | Thomas A. Larkin, talarkin@lawssg.com<br>Stewart Sokol & Gray, LLC<br>2300 SW First Ave, Suite 200<br>Portland, OR 97201-5047<br>Phone:  503.221.0699<br>Fax:  503. 227.5028<br>*Attorneys for Safeco Insurance Company of America* |
| James B. Stoetzer, StoetzerJ@LanePowell.com<br>Lane Powell Spears Lubersky<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101<br>Phone  206.223.7000<br>Fax  206.223.7107<br>*Attorneys for Coffman Engineers, Inc.* | Peter Partnow, PartnowP@LanePowell.com<br>Lane Powell Spears Lubersky<br>301 W. Northern Lights Boulevard<br>Suite 301<br>Anchorage, Alaska  99503<br>Phone  907.277.9511<br>Fax  907.276.2631<br>*Attorneys for Coffman Engineers, Inc.* |

SERVICE LIST -- 1

LAW OFFICES OF
**MARSTON ELISON**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET
REDMOND, WASHINGTON  98052-4424
PHONE: 425.861.5700 • FAX: 425.861.6969

1  Robert J. Dickson, acgecf@acglaw.com
   Atkinson, Conway & Gagnon, Inc.
2  420 L Street, Suite 500
   Anchorage, AK  99501-1989
3  Phone  907.276.1700
   Fax  907.272.2082
4  *Attorneys for Specialty Polymer Coatings USA, Inc.*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23  SERVICE LIST -- 2

LAW OFFICES OF
**MARSTON ELISON**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ANDERSON PARK BUILDING
16880 N.E. 79TH STREET
REDMOND, WASHINGTON  98052-4424
PHONE: 425.861.5700 • FAX: 425.861.6969