```
        UNITED STATES
        DISTRICT COURT
         District of Alaska
         Anchorage Division

        # 00132202 -- NL
        February 4, 2008


  Code    Case #    Qty      Amount

  086700-F 03-199            105.00 CK
  510000-C 03-199            150.00 CK
  086400-R 03-199            200.00 CK


  TOTAL->                    455.00



FROM: MARSTON ELISON PLLC
      APPEAL FILING FEE
      ABSOLUTE V MCKINLEY ET AL
      3:03-CV-00199-RRB
```