Terry R. Marston, *pro hac vice,* terry@marstonelison.com
Jami K. Elison, *pro hac vice,* jami@marstonelison.com
Jesse P. Elison, *pro hac vice,* jesse@marstonelison.com
MARSTON ELISON, PLLC
16880 N.E. 79th Street
Redmond, Washington  98052
(425) 861-5700

PAUL J.  NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska  99501
Telephone:  (907) 274-8866

Attorney for Plaintiff-Appellant ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES) INC., an Alaska Corporation, ) | Ninth Circuit Case No.: |
| ) | |
| Plaintiff - Appellant, ) | |
| vs. ) | Lower Court Case No.: A03-0199CV (RRB) |
| ) | |
| FORREST J. MCKINLEY, an individual, ) | |
| d/b/a "Imperial Industrial Coatings" and ) | |
| EMERCO, INC., a California Corporation, ) | **APPELLANTS' INITIAL NOTICE** |
| d/b/a Imperial Industrial Coatings, ) | |
| ) | |
| Defendants - Appellees. ) | |
| ) | |
| AND RELATED CROSS-ACTIONS ) | |

**NOTICE IS HEREBY GIVEN** that, pursuant to Circuit Rule 10-3, Appellant Absolute Environmental Services, Inc. does not intent to order any transcripts.

The issues the Appellants intend to present on appeal, as previously outlined in the Civil Appeals Docketing Statement, is whether a contract term providing for an award of all of Appellant's reasonable attorney fees should have superseded application of Alaska Rule 82 fees

1  as the basis for award and whether the amount of fees awarded is consistent with the contract

2  term.

3

4      DATED this 1st day of February, 2008.

5                          MARSTON ELISON, PLLC

6

7      By s/Terry R. Marston II
                    Terry R. Marston, II      WSBA #14440
8                    Jami K. Elison            WSBA #31007
                    Jesse P. Elison           WSBA #36914
9                    MARSTON ELISON, PLLC
                    16880 NE 79th Street
10                   Redmond, WA 98052
                    Attorneys for Plaintiff/Appellant, Absolute Environmental
11                   Services, Inc.

12

13  I hereby certify that on the date given a copy of the
    forgoing Notice of Appeal was electronically filed with the
    Clerk of Court using the CM/ECF system and was served
14  electronically on the following:

15  Paul J. Nangle, PaulJ.Nangle@acsalaska.net
    William Baerg, baerg@mmlawyers.com
16  Patrick Duffy, duffy@mmlawyers.com
    Eric J. Brown, ebrown@jdolaw.com
17  Robert J. Dickson, acgecf@acglaw.com
    Michael E. Kreger, mkreger@perkinscoie.com
18  Jacob Nist, jnist@perkinscoie.com
    Thomas A. Larkin, talarkin@lawssg.com
19  James B. Stoetzer, StoetzerJ@LanePowell.com
    Peter Partnow, PartnowP@LanePowell.com

20  I declare under penalty of perjury under the laws of the
    United States that the above is true and correct.

21  s/Terry R. Marston II

22

23

24

25

26