UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: Absolute Environmental Services, Inc. v McKinley et al
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Ralph R. Beistline - 3:03-cv-00199-RRB
Date Complaint/Indictment/Petition Filed: 8/23/ 2008
Date Appealed Order/Judgment *entered*: 1/7/2008
Date NOA *filed*: 2/1/2008
COA Status (check one):
__ granted in full (attach order)      __ denied in full (send record)
__ granted in part (send record)       __ pending

Court Reporter(s) Name and Phone Number: Sherry Mons - 907-451-5791
Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: 2/4/2008      Date Docket Fee billed: __
Date FP granted: __                 Date FP denied: __
Is FP pending? __                   Was FP Limited/Revoked? __
US Government Appeal? __
Companion Cases? Please list: __
Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellant Counsel: | Appellee Counsel: |
| --- | --- |
| Terry R. Marston | Eric J. Brown |
| Marston Heffeman Foreman, PLLC | Jermain Dunnagan & Owens |
| 16880 NE 79th Street | 3000 A. Street, Suite 300 |
| Redmond, WA 98052 | Anchorage, AK 99501 |
| Fax: 425-861-6969 | Fax: 907-563-7322 |
| Email: terry@marstonelison.com | Email: ebrown@jdolaw.com |

_X_ retained   __CJA   __FPD   __FPD   __Other     Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __        Address: __
Custody: __              __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __     9th Circuit Docket Number: __

Name and phone number of person completing this form: Sherry Mons - 907-451-5791