Terry R. Marston, *pro hac vice,* terry@marstonelison.com
Jami K. Elison, *pro hac vice,* jami@marstonelison.com
Jesse P. Elison, *pro hac vice,* jesse@marstonelison.com
MARSTONELISON, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>Plaintiff,<br>vs.<br><br>FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, BRECHAN ENTERPRISES, INC., an Alaska corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation.<br><br>Defendants.<br>EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC.,<br><br>Counterclaimant/Third-party Claimant,<br><br>v.<br><br>ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al.,<br><br>Cross-defendants/Third-party Defendants. | Case No.: A03-0199CV (RRB)<br><br>**DECLARATION OF DAVID OLSON IN SUPPORT OF MOTION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1963 PERMITTING PLAINTIFF TO REGISTER THIS COURT'S JUDGMENT IN ANY UNITED STATES DISTRICT** |

DECLARATION OF DAVID OLSON IN SUPPORT OF MOTION FOR AN ORDER PURSUANT TO
28 U.S.C. § 1963 PERMITTING PLAINTIFF TO REGISTER THIS COURT'S JUDGMENT IN ANY
UNITED STATES DISTRICT
Case No. A03-0199CV (RRB)-- 1

| | |
|---|---|
| THE UNITED STATES OF AMERICA *for the use and benefit of* ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation. | )<br>)<br>) |
| Defendants. | )<br>) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | )<br>)<br>) |
| Counterclaim Plaintiff, | ) |
| vs. | ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | )<br>)<br>) |
| Counterclaim Defendant. | ) |
| BRECHAN ENTERPRISES, INC., an Alaska corporation, | )<br>)<br>) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | )<br>)<br>) |
| Third-Party Defendant. | ) |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation, | )<br>)<br>) |
| Plaintiff/Cross-claimant, | ) |
| vs. | ) |
| COFFMAN ENGINEERS, INC, a Washington Corporation. | )<br>)<br>) |
| Third-Party Defendant. | )<br>) |

DECLARATION OF DAVID OLSON IN SUPPORT OF MOTION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1963 PERMITTING PLAINTIFF TO REGISTER THIS COURT'S JUDGMENT IN ANY UNITED STATES DISTRICT
Case No. A03-0199CV (RRB)-- 2

I, David Olson, being first duly sworn, declare and say as follows:

1. I am the president of Absolute Environmental Services, Inc. ("Absolute"), an Alaska corporation with a principal place of business being Anchorage, Alaska. I have personal knowledge of the facts set forth below.

2. Forrest J. McKinley, a resident of the State of California, has upon information and belief no assets within the State of Alaska with which the judgment of this Court entered against him may be satisfied.

3. Forrest J. McKinley is believed to have substantial assets in the State of California. I personally attended a deposition of Mr. McKinley who, at that time, testified to having bank accounts, personal property, numerous businesses, and several parcels of real property in the State of California.

4. Attached hereto as Exhibit 1 is a true and correct copy of properties in California believed to be owned by Forrest J. McKinley.

EXECUTED this 22 day of February, 2008 at Kooskia, Idaho.

David E. Olson

DECLARATION OF DAVID OLSON IN SUPPORT OF MOTION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1963 PERMITTING PLAINTIFF TO REGISTER THIS COURT'S JUDGMENT IN ANY UNITED STATES DISTRICT
Case No. A03-0199CV (RRB)– 3