JERMAIN DUNNAGAN & OWENS, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503-4097
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
(mstephenson@jdolaw.com)

PATRICK J. DUFFY, III, ESQ.
WILLIAM R. BAERG, ESQ.
MONTELEONE & McCRORY, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
Telephone: (213) 612-9900
Facsimile: (213) 612-9930
(duffy@mmlawyers.com)
(baerg@mmlawyers.com)

Attorneys for Defendant and Cross-Claimant
EMERCO, INC. dba Imperial Industrial Coatings
and for Defendant Forrest J. McKinley

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., an Alaska Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FORREST J. McKINLEY and "JANE DOE" McKINLEY, and the marital community property composed thereof d/b/a/ "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation d/b/a/ Imperial Industrial Coatings,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. A-03-0199 Civil (RRB)<br><br>**NOTICE OF DESIGNATION OF RECORD ON AMENDED APPEAL**<br><br>**[U.S. Court of Appeals Case Number 07-35833]** |

Notice is hereby given that Forrest J. McKinley, defendant in the above named case, designates the following record for purposes of his amended appeal to the United States Court of Appeals for the Ninth Circuit from the Amended Judgment [Docket No. 675] entered in this action on the 18th day of January, 2008:

**Reporter's Transcript:**

None —   Per court's *sua sponte* order, the motion was ruled upon without oral argument.

**Clerk's Transcript:**

Docket No. 639   -   Filed 07/25/2007
Docket No. 640   -   Filed 07/25/2007
Docket No. 641   -   Filed 07/25/2007
Docket No. 642   -   Filed 07/25/2007
Docket No. 643   -   Filed 07/25/2007
Docket No. 645   -   Filed 08/09/2007
Docket No. 646   -   Filed 08/09/2007
Docket No. 647   -   Filed 08/09/2007
Docket No. 649   -   Filed 08/16/2007
Docket No. 650   -   Filed 08/22/2007
Docket No. 651   -   Filed 09/20/2007
Docket No. 652   -   Filed 09/20/2007
Docket No. 675   -   Filed 01/18/2008
Docket No. 676   -   Filed 01/28/2008


DATED: February 25, 2008       /S/ *William R. Baerg*
                               PATRICK J. DUFFY, III
                               WILLIAM R. BAERG
                               MONTELEONE & McCRORY LLP
                               Attorneys for Appellant,
                               FORREST J. MCKINLEY
                               725 S. Figueroa Street, Suite 3200
                               Los Angeles, California 90017

# CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on February 25, 2008, a copy of the foregoing was electronically filed with the Clerk of the United States District Court, District of Alaska, using the CM/ECF System and was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com

Michael Stephenson, mstephenson@jdolaw.com

Robert J. Dickson, acgecf@acglaw.com

Patrick J. Duffy, III, duffy@mmlawyers.com

Jami K. Elison, jamie@marstonelison.com

Michael E. Kreger, mkreger@perkinscoie.com

Thomas A. Larkin, tlarkin@lawssg.com

Terry R. Marston, terry@marstonelison.com

Paul J. Nangle, PaulJ.Nangle@acsalaska.net

Jacob B. Nist, jnist@perkinscoie.com

Peter C. Partnow, PartnowP@LanePowell.com

James B. Stoetzer, StoetzerJ@LanePowell.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on February 25, 2008, at Los Angeles, California.

/S/ *Sallie Raspa*
SALLIE RASPA