

Knowx Data                                                Date: February 02, 2008

**Print**

# REAL ESTATE DETAIL RECORD

**OWNERSHIP INFORMATION**
Owner:                              ✓MCKINLEY FORREST J
Property Address:                   983 CENTER ST
                                    RIVERSIDE CA 92507-1411
Mailing Address:                    21813 PICO ST
                                    GRAND TERRACE CA 92313-5818
Assessor's Parcel Number:           ✓ 247-062-013
State:                              CALIFORNIA
County:                            ✓ RIVERSIDE

**SALES INFORMATION**
Seller:                             C O THOMPSON PETROLEUM CO
Sales Date:                         01-00-1992
Sales Price:                        $65,000.00
Financial Consideration:            SALE PRICE (FULL)
Deed Type:                          GRANT DEED
Recorded Date:                      08-12-1992
Document Year:                      1992
Document Number:                    000000299919
Title Company:                      ORANGE COAST TITLE CO.

**ASSESSOR INFORMATION**
Assessed Year:                      2005
Total Land & Improvement Value:     $80,830.00
Land Value:                         $72,132.00
Improvement Value:                  $8,698.00
Assessment Method For Total Land &  ASSESSED
Improvement Value:
Assessment Method For Land Value:   ASSESSED
Assessment Method For Improvement   ASSESSED
Value:
Total Assessed Land & Improvement   $80,830.00
Value:
Total Assessed Land Value:          $72,132.00
Total Assessed Improvement Value:   $8,698.00
Zoning:                             C1
FEMA Community Panel Number:        0602450065A
Tax Code Area:                      88044
Land Use:                           SERVICE STATION
County Determined Land Use:         C1
County Determined Secondary Land    C120000
Use:
Property Type:                      COMMERCIAL
Owner's Method of Property          TRUST
Ownership:
Tax Amount:                         $1,006.86
Tax Year:                           2005
Lot Acreage:                        0.2000
Lot Square Footage:                 8,712

Exhibit
Page ____ of 24

**LEGAL DESCRIPTION**

| | |
|---|---|
| **Lot Number:** | 10 |
| **County Catalog Book For Subdivision:** | 7 |
| **County Catalog Page For Subdivision:** | 33 |
| **Subdivision:** | EAST RIVERSIDE |
| **Source Of Property Location:** | DIRECT FROM LOCAL SOURCE |
| **Carrier Code:** | C013 |
| **Census Id / Block Group / Block / Suffix:** | 0423003011 |
| **Legal Description:** | .20 ACRES M/L IN POR LOTS 10, 11 & 12 BLK 10 MB 007/033 SB EAST RIVERSIDE |

Due to the nature of the origin of public record information, the public records and commercially available data sources used in reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product or service aggregates and reports the data, as provided by public records and commercially available data sources and is not the source of the data. Before relying on any data, it should be independently verified.

Return to Summary | New Search

Exhibit ____1____
Page ___2___ of _24_



Print

Knowx Data                                    Date: **February 02, 2008**

# REAL ESTATE DETAIL RECORD

**OWNERSHIP INFORMATION**
Owner:                              MCKINLEY FORREST J
Property Address:                   1180 CENTER ST
                                    RIVERSIDE CA 92507-1039
Mailing Address:                    21813 PICO ST
                                    GRAND TERRACE CA 92313-5818
Assessor's Parcel Number:           247-091-055
State:                              CALIFORNIA
County:                             RIVERSIDE

**SALES INFORMATION**
Seller:                             PANTHER TRUST
Sales Price:                        $40,500.00
Financial Consideration:            SALE PRICE (PARTIAL)
Deed Type:                          GRANT DEED
Recorded Date:                      03-02-1998
Document Year:                      1998
Document Number:                    000000072773
Title Company:                      FIRST AMERICAN TITLE INSURANCE
Residence Determined From Zipcode:  YES

**ASSESSOR INFORMATION**
Assessed Year:                              2005
Total Land & Improvement Value:             $94,224.00
Land Value:                                 $62,752.00
Improvement Value:                          $31,472.00
Assessment Method For Total Land &          ASSESSED
Improvement Value:
Assessment Method For Land Value:           ASSESSED
Assessment Method For Improvement           ASSESSED
Value:
Total Assessed Land & Improvement           $94,224.00
Value:
Total Assessed Land Value:                  $62,752.00
Total Assessed Improvement Value:           $31,472.00
Zoning:                                     C1
FEMA Community Panel Number:                0602450065A
Tax Code Area:                              88044
Land Use:                                   MULTI FAMILY DWELLING
County Determined Land Use:                 CR
County Determined Secondary Land            R040000
Use:
Property Type:                              SINGLE FAMILY RESIDENCE /
                                            TOWNHOUSE
Owner's Method of Property                  TRUST
Ownership:
Tax Amount:                                 $1,145.10
Tax Year:                                   2005
Lot Acreage:                                0.3300

Exhibit 1
Page 3 of 24

| | |
|---|---|
| Lot Square Footage: | 14,374 |

**LEGAL DESCRIPTION**

| | |
|---|---|
| Lot Number: | 21 |
| County Catalog Book For Subdivision: | 7 |
| County Catalog Page For Subdivision: | 33 |
| Subdivision: | EAST RIVERSIDE |
| Source Of Property Location: | DIRECT FROM LOCAL SOURCE |
| Carrier Code: | C013 |
| Census Id / Block Group / Block / Suffix: | 0423002019 |
| Legal Description: | .33 ACRES M/L IN POR LOT 21 BLK 14 AND LOTS 22, 23 & 24 BLK 14 MB 007/033 SB EAST RIVERSIDE |

Due to the nature of the origin of public record information, the public records and commercially available data sources used in reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product or service aggregates and reports the data, as provided by public records and commercially available data sources and is not the source of the data. Before relying on any data, it should be independently verified.

Return to Summary | New Search

Exhibit 1
Page 4 of 24



Print

Knowx Data                                    Date: **February 02, 2008**

# REAL ESTATE DETAIL RECORD

**OWNERSHIP INFORMATION**
**Owner:**                                  ✓ MCKINLEY FORREST J
**Mailing Address:**                        21813 PICO ST
                                            GRAND TERRACE CA 92313-5818
**Assessor's Parcel Number:**               ✓ 247-091-056
**State:**                                  CALIFORNIA
**County:**                                 ✓ RIVERSIDE

**SALES INFORMATION**
**Seller:**                                 ROGERS JOHN D & DANA S
**Sales Price:**                            $5,000.00
**Financial Consideration:**                SALE PRICE (FULL)
**Deed Type:**                              GRANT DEED
**Recorded Date:**                          07-22-1993
**Document Year:**                          1993
**Document Number:**                        000000282922

**ASSESSOR INFORMATION**
**Assessed Year:**                          2005
**Total Land & Improvement Value:**         $102,608.00
**Land Value:**                             $102,608.00
**Assessment Method For Total Land &**      ASSESSED
**Improvement Value:**
**Assessment Method For Land Value:**       ASSESSED
**Assessment Method For Improvement**       ASSESSED
**Value:**
**Total Assessed Land & Improvement**       $102,608.00
**Value:**
**Total Assessed Land Value:**              $102,608.00
**Zoning:**                                 R3
**Tax Code Area:**                          88044
**Land Use:**                               COMMERCIAL LOT
**County Determined Land Use:**             CY
**County Determined Secondary Land**        C240000
**Use:**
**Property Type:**                          VACANT
**Owner's Method of Property**              TRUST
**Ownership:**
**Tax Amount:**                             $1,220.80
**Tax Year:**                               2005
**Multiple Or Split Parcel Sales**          MULTIPLE PARCEL SALE
**Description:**
**Lot Acreage:**                            0.5400
**Lot Square Footage:**                     23,522

**LEGAL DESCRIPTION**
**Lot Number:**                             17
**County Catalog Book For Subdivision:** 7
**County Catalog Page For Subdivision:** 33

Exhibit 1
Page 5 of 24

| | |
|---|---|
| **Subdivision:** | EAST RIVERSIDE |
| **Census Id / Block Group / Block / Suffix:** | 0423002019 |
| **Legal Description:** | .54 ACRES M/L IN LOTS 17, 18, 19 & 20 BLK 14 MB 007/033 SB EAST RIVERSIDE FOR TOTAL DESCRIPTION SEE ASSESSORS MAPS |

Due to the nature of the origin of public record information, the public records and commercially available data sources used in reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product or service aggregates and reports the data, as provided by public records and commercially available data sources and is not the source of the data. Before relying on any data, it should be independently verified.

Return to Summary | New Search

Exhibit ___1___
Page _6_ of _24_



Knowx Data                                    Date: **February 02, 2008**

# REAL ESTATE DETAIL RECORD

## OWNERSHIP INFORMATION

| | |
|---|---|
| Owner: | COOK KENNETH J |
| | ✓ **MCKINLEY FORREST J** |
| Mailing Address: | 21813 PICO ST |
| | GRAND TERRACE CA 92313-5818 |
| Assessor's Parcel Number: | ✓ 473-171-038 |
| State: | CALIFORNIA |
| County: | ✓ RIVERSIDE |

## SALES INFORMATION

## ASSESSOR INFORMATION

| | |
|---|---|
| Assessed Year: | 2005 |
| Total Land & Improvement Value: | $90,950.00 |
| Land Value: | $59,386.00 |
| Improvement Value: | $31,564.00 |
| Assessment Method For Total Land & Improvement Value: | ASSESSED |
| Assessment Method For Land Value: | ASSESSED |
| Assessment Method For Improvement Value: | ASSESSED |
| Total Assessed Land & Improvement Value: | $90,950.00 |
| Total Assessed Land Value: | $59,386.00 |
| Total Assessed Improvement Value: | $31,564.00 |
| Tax Code Area: | 21026 |
| Land Use: | VACANT LAND (NEC) |
| County Determined Land Use: | YS |
| County Determined Secondary Land Use: | Y010000 |
| Property Type: | VACANT |
| Number of Buildings: | 1 |
| Tax Amount: | $1,078.80 |
| Tax Year: | 2005 |
| Lot Acreage: | 1.3300 |
| Lot Square Footage: | 57,934 |
| Year Constructed: | 1991 |
| Electric Wiring: | AVAILABLE |
| Fuel Type: | GAS |
| Sewer Type: | NONE |
| Water Type: | TYPE UNKNOWN |

## LEGAL DESCRIPTION

| | |
|---|---|
| Lot Number: | 2 |
| County Catalog Book For Subdivision: | 11 |
| County Catalog Page For Subdivision: | 10 |
| Subdivision: | BEAR VALLEY & ALESSANDRO DEV C |
| Census Id / Block Group / Block / | 0424011003 |

Exhibit ____1____
Page __7__ of __24__

**Suffix:**

**Legal Description:**                         1.33 ACRES IN LOT 2 BLK 1 MB 011/010
                                              SB BEAR VALLEY & ALESSANDRO
                                              DEVELOPMENT CO

Due to the nature of the origin of public record information, the public records and commercially available data sources used in reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product or service aggregates and reports the data, as provided by public records and commercially available data sources and is not the source of the data. Before relying on any data, it should be independently verified.

Return to Summary | New Search





Print

Knowx Data                                    Date: February 02, 2008

# REAL ESTATE DETAIL RECORD

**OWNERSHIP INFORMATION**
Owner:                                    √ MCKINLEY FORREST J
Property Address:                         24250 HWY 243
                                          IDYLLWILD CA 92549
Mailing Address:                          21813 PICO ST
                                          GRAND TERRACE CA 92313-5818
Assessor's Parcel Number:                 √ 560-140-004
State:                                    CALIFORNIA
County:                                   √ RIVERSIDE

**SALES INFORMATION**
Sales Price:                              $64,500.00
Financial Consideration:                  SALE PRICE (FULL)
Deed Type:                                GRANT DEED
Recorded Date:                            08-00-1979
Document Year:                            1979
Document Number:                          000000169173
Residence Determined From Zipcode:        YES

**ASSESSOR INFORMATION**
Assessed Year:                            2005
Total Land & Improvement Value:           $135,389.00
Land Value:                               $95,574.00
Improvement Value:                        $39,815.00
Assessment Method For Total Land &        ASSESSED
Improvement Value:
Assessment Method For Land Value:         ASSESSED
Assessment Method For Improvement         ASSESSED
Value:
Total Assessed Land & Improvement         $135,389.00
Value:
Total Assessed Land Value:                $95,574.00
Total Assessed Improvement Value:         $39,815.00
Zoning:                                   R1A
Tax Code Area:                            71304
Land Use:                                 SINGLE FAMILY RESIDENCE
County Determined Land Use:               R1
County Determined Secondary Land          R010000
Use:
Property Type:                            SINGLE FAMILY RESIDENCE /
                                          TOWNHOUSE
Number of Buildings:                      1
Owner's Method of Property                TRUST
Ownership:
Tax Amount:                               $1,576.46
Tax Year:                                 2005
Lot Acreage:                              4.9200
Lot Square Footage:                       214,315
Universal Building Square Footage:        592

Exhibit 1
Page 9 of 24

| | |
|---|---|
| Building Square Footage Type: | LIVING |
| Total (Living & Non) Building Square Footage: | 592 |
| Living Building Square Footage: | 592 |
| Year Constructed: | 1952 |
| Number Of Bedrooms: | 2 |
| Number Of Bathrooms: | 1 |
| Number Of Full Bathrooms: | 1 |
| Air Conditioning Type: | TYPE UNKNOWN |
| Fireplaces Present: | YES |
| Number Of Fireplaces: | 1 |
| Fireplace Type: | TYPE UNKNOWN |
| Garage Type: | CARPORT |
| Heating Type: | TYPE UNKNOWN |
| Parking Type: | CARPORT |
| Roof Type: | COMPOSITION |
| Stories Type: | 1 |
| Number Of Stories: | 1 |
| Electric Wiring: | AVAILABLE |
| Fuel Type: | NONE |
| Sewer Type: | NONE |
| Water Type: | TYPE UNKNOWN |

**LEGAL DESCRIPTION**

| | |
|---|---|
| Source Of Property Location: | DIRECT FROM LOCAL SOURCE |
| Census Id / Block Group / Block / Suffix: | 0433043012 |
| Legal Description: | 4.92 ACRES M/L IN POR SW 1/4 OF SEC 12 T5S R2E FOR TOTAL DESCRIPTION SEE ASSESSORS MAPS |

Due to the nature of the origin of public record information, the public records and commercially available data sources used in reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product or service aggregates and reports the data, as provided by public records and commercially available data sources and is not the source of the data. Before relying on any data, it should be independently verified.

Return to Summary | New Search

Exhibit
Page 10 of 24



Knowx Data                                              Date: **February 02, 2008**

# REAL ESTATE DETAIL RECORD

**OWNERSHIP INFORMATION**
Owner:                          COOK KENNETH J
                              ✓ MCKINLEY FORREST J
Mailing Address:                21813 PICO ST
                                GRAND TERRACE CA 92313-5818
Assessor's Parcel Number:     ✓ 473-250-030
State:                          CALIFORNIA
County:                       ✓ RIVERSIDE

**SALES INFORMATION**
Seller:                         RUDD GEORGE E
Sales Date:                     05-00-1990
Sales Price:                    $22,000.00
Financial Consideration:        SALE PRICE (FULL)
Deed Type:                      GRANT DEED
Recorded Date:                  07-27-1990
Document Year:                  1990
Document Number:                000000276957
Title Company:                  QUALITY TITLE CO.

**ASSESSOR INFORMATION**
Assessed Year:                          2005
Total Land & Improvement Value:         $40,367.00
Land Value:                             $40,367.00
Assessment Method For Total Land &      ASSESSED
Improvement Value:
Assessment Method For Land Value:       ASSESSED
Assessment Method For Improvement       ASSESSED
Value:
Total Assessed Land & Improvement       $40,367.00
Value:
Total Assessed Land Value:              $40,367.00
Zoning:                                 W2
Tax Code Area:                          21026
Land Use:                               VACANT LAND (NEC)
County Determined Land Use:             YY
County Determined Secondary Land        Y040000
Use:
Property Type:                          VACANT
Owner's Method of Property              TRUST
Ownership:
Tax Amount:                             $568.14
Tax Year:                               2005
Lot Acreage:                            2.7100
Lot Square Footage:                     118,047
Electric Wiring:                        AVAILABLE
Fuel Type:                              GAS
Sewer Type:                             NONE
Water Type:                             TYPE UNKNOWN

Exhibit
Page 11 of 25

**LEGAL DESCRIPTION**

**Census Id / Block Group / Block /
Suffix:**                                    0424123014

**Legal Description:**                       2.71 ACRES M/L IN POR NW 1/4 OF SEC
                                             35 T2S R3W FOR TOTAL DESCRIPTION
                                             SEE ASSESSORS MAPS

Due to the nature of the origin of public record information, the public records and commercially available data sources used in reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product or service aggregates and reports the data, as provided by public records and commercially available data sources and is not the source of the data. Before relying on any data, it should be independently verified.

Return to Summary | New Search

Exhibit
Page 12 of 24



Print

**Knowx Data**                                          Date: **February 02, 2008**

## REAL ESTATE DETAIL RECORD

| | |
|---|---|
| **Buyer Name:** | ✓ **MCKINLEY FORREST J** |
| **Buyer's Address:** | 21813 PICO ST 00000D |
| | GRAND TERRACE CA 92313-5818 |
| **Seller Name:** | TAX COLLECTOR & EL DORADO |
| | COUNTY |
| **Property Address:** | ✓ CA |
| **County:** | ✓ EL DORADO |
| **Assessor's Parcel Number:** | ✓ 500-037-191 |
| **Document Number:** | 000000016356 |
| **Document Type:** | FORECLOSURE |
| **Document Year:** | 2000 |
| **Sale Amount:** | $1,500.00 |
| **Sales Date:** | 03-31-2000 |
| **Financial Consideration:** | SALE PRICE (FULL) |
| **Recording Date:** | 04-03-2000 |
| **Transaction Type:** | TIMESHARE |
| **Property Type:** | COMMERCIAL |
| **Land Use:** | TIME SHARE |
| **Cash/Mortgage Purchase:** | CASH |

Due to the nature of the origin of public record information, the public records and commercially
available data sources used in reports may contain errors. Source data is sometimes reported or
entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product
or service aggregates and reports the data, as provided by public records and commercially available
data sources and is not the source of the data. Before relying on any data, it should be independently
verified.

Return to Summary | New Search

Exhibit  i
Page 13 of 24



Print

Knowx Data                                          Date: February 02, 2008

# REAL ESTATE DETAIL RECORD

**OWNERSHIP INFORMATION**
Owner:                              √ MCKINLEY FORREST J TRUST
Mailing Address:                    1186 CENTER ST A
                                    RIVERSIDE CA 92507-1039
Assessor's Parcel Number:          √ 473-120-023 √
State:                              CALIFORNIA
County:                         √   RIVERSIDE


**SALES INFORMATION**


**ASSESSOR INFORMATION**
| | |
|---|---|
| Assessed Year: | 2005 |
| Total Land & Improvement Value: | $257,643.00 |
| Land Value: | $257,643.00 |
| Assessment Method For Total Land & Improvement Value: | ASSESSED |
| Assessment Method For Land Value: | ASSESSED |
| Assessment Method For Improvement Value: | ASSESSED |
| Total Assessed Land & Improvement Value: | $257,643.00 |
| Total Assessed Land Value: | $257,643.00 |
| Zoning: | RA010 |
| Tax Code Area: | 80048 |
| Land Use: | VACANT LAND (NEC) |
| County Determined Land Use: | YY |
| County Determined Secondary Land Use: | Y040000 |
| Property Type: | VACANT |
| Match Code: | YES |
| Owner's Method of Property Ownership: | PERSONAL TRUST |
| Tax Amount: | $3,156.56 |
| Tax Year: | 2005 |
| Lot Acreage: | 25.9300 |
| Lot Square Footage: | 1,129,510 |
| Electric Wiring: | AVAILABLE |
| Fuel Type: | NONE |
| Sewer Type: | TYPE UNKNOWN |
| Water Type: | TYPE UNKNOWN |


**LEGAL DESCRIPTION**
| | |
|---|---|
| Lot Number: | 3 |
| Census Id / Block Group / Block / Suffix: | 0438051034 |
| Legal Description: | 25.93 ACRES GRS IN PAR 3 PM 045/023 PM 9308 |

Due to the nature of the origin of public record information, the public records and commercially available data sources used in reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product or service aggregates and reports the data, as provided by public records and commercially available data sources and is not the source of the data. Before relying on any data, it should be independently verified.

Return to Summary | New Search

Exhibit
Page 14 of 24



!.

Print

Knowx Data                                    Date: **February 02, 2008**

## REAL ESTATE DETAIL RECORD

**Buyer Name:**                √ MCKINLEY FORREST J
**Buyer's Address:**           SUN CITY CA 92380-1831
**Corporately Owned:**         √ YES
**Seller Name:**               MCKINLEY FORREST
**Property Address:**          CA 92373
**County:**                    √ RIVERSIDE
**Document Number:**           √ 000000276958
**Document Type:**             GRANT DEED
**Document Year:**             1990
**Financial Consideration:**   ESTIMATED
**Recording Date:**            07-27-1990
**Transaction Type:**          NOMINAL
**Property Type:**             VACANT
**Title Company:**             QUALITY TITLE CO.
**Resale/New Construction:**   RESALE
**Cash/Mortgage Purchase:**    CASH

Due to the nature of the origin of public record information, the public records and commercially
available data sources used in reports may contain errors. Source data is sometimes reported or
entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product
or service aggregates and reports the data, as provided by public records and commercially available
data sources and is not the source of the data. Before relying on any data, it should be independently
verified.

Return to Summary | New Search

Exhibit 1
Page 15 of 24



Print

**Knowx Data**            Date: **February 02, 2008**

## REAL ESTATE DETAIL RECORD

| | |
|---|---|
| **Buyer Name:** | ✓ MCKINLEY FORREST J |
| **Buyer Relationship:** | UNMARRIED MAN |
| **Buyer's Address:** | 1186 CENTER ST A |
| | RIVERSIDE CA 92507-1039 |
| **Seller Name:** | SHOSHONE SERVICE CORP |
| **Property Address:** | CA |
| **County:** | ✓ RIVERSIDE |
| **Assessor's Parcel Number:** | ✓ 559-130-009 |
| **Document Number:** | 000000616868 |
| **Document Type:** | FORECLOSURE |
| **Document Year:** | 2003 |
| **Sale Amount:** | $17,972.00 |
| **Sales Date:** | 08-07-2003 |
| **Financial Consideration:** | UNKNOWN |
| **Recording Date:** | 08-13-2003 |
| **Transaction Type:** | RESALE |
| **Property Type:** | VACANT |
| **Building Square Feet:** | 560 |
| **Land Use:** | VACANT LAND (NEC) |
| **Title Company:** | UNITED TITLE CO. |
| **Resale/New Construction:** | RESALE |
| **Cash/Mortgage Purchase:** | CASH |
| **Foreclosure:** | REO SALE - SALE FROM |
| | GOVERNMENT TO PRIVATE PARTY |

Due to the nature of the origin of public record information, the public records and commercially available data sources used in reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product or service aggregates and reports the data, as provided by public records and commercially available data sources and is not the source of the data. Before relying on any data, it should be independently verified.

Return to Summary | New Search

Exhibit 1
Page 16 of 24



**Knowx Data**                                    Date: **February 02, 2008**

## REAL ESTATE DETAIL RECORD

| | |
|---|---|
| **Buyer Name:** | √ MCKINLEY FORREST J |
| **Seller Name:** | MCKINLEY SARAH E |
| **Property Address:** | CA |
| **County:** | √ RIVERSIDE |
| **Assessor's Parcel Number:** | √ 561-123-017 |
| **Document Number:** | 000000223623 |
| **Document Type:** | QUIT CLAIM |
| **Document Year:** | 2002 |
| **Sales Date:** | 04-01-2002 |
| **Financial Consideration:** | UNKNOWN |
| **Recording Date:** | 04-29-2002 |
| **Transaction Type:** | NOMINAL |
| **Multiple/Split Parcels:** | MULTI / DETAIL PARCEL SALE |
| **Property Type:** | VACANT |
| **Building Square Feet:** | 1,036 |
| **Land Use:** | RESIDENTIAL LOT |
| **Title Company:** | STEWART TITLE |
| **Resale/New Construction:** | RESALE |
| **Inter Family Sale:** | D |
| **Cash/Mortgage Purchase:** | CASH |

Due to the nature of the origin of public record information, the public records and commercially available data sources used in reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product or service aggregates and reports the data, as provided by public records and commercially available data sources and is not the source of the data. Before relying on any data, it should be independently verified.

Return to Summary | New Search

Exhibit 1
Page 17 of 24



**Knowx Data**                                    Date: **February 02, 2008**

## REAL ESTATE DETAIL RECORD

| | |
|---|---|
| **Buyer Name:** | ✓ MCKINLEY FORREST J |
| **Seller Name:** | MCKINLEY SARAH E |
| **Property Address:** | CA |
| **County:** | ✓ RIVERSIDE |
| **Assessor's Parcel Number:** | ✓ 561-123-016 |
| **Document Number:** | 000000223623 |
| **Document Type:** | QUIT CLAIM |
| **Document Year:** | 2002 |
| **Sales Date:** | 04-01-2002 |
| **Financial Consideration:** | UNKNOWN |
| **Recording Date:** | 04-29-2002 |
| **Transaction Type:** | NOMINAL |
| **Multiple/Split Parcels:** | MULTI / DETAIL PARCEL SALE |
| **Property Type:** | VACANT |
| **Building Square Feet:** | 1,036 |
| **Land Use:** | RESIDENTIAL LOT |
| **Title Company:** | STEWART TITLE |
| **Resale/New Construction:** | RESALE |
| **Inter Family Sale:** | D |
| **Cash/Mortgage Purchase:** | CASH |

Due to the nature of the origin of public record information, the public records and commercially available data sources used in reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product or service aggregates and reports the data, as provided by public records and commercially available data sources and is not the source of the data. Before relying on any data, it should be independently verified.

Return to Summary | New Search

Exhibit 1
Page 18 of 24



Knowx Data                                      Date: February 02, 2008

# REAL ESTATE DETAIL RECORD

| | |
|---|---|
| Buyer Name: | ✓ MCKINLEY FORREST J |
| Buyer's Address: | 21813 PICO ST 00000D |
| | GRAND TERRACE CA 92313-5818 |
| Seller Name: | TAX COLLECTOR & EL DORADO |
| | COUNTY |
| Property Address: | CA |
| County: | ✓ EL DORADO |
| Assessor's Parcel Number: | ✓ 500-096-171 |
| Document Number: | 000000016456 |
| Document Type: | FORECLOSURE |
| Document Year: | 2000 |
| Sale Amount: | $3,000.00 |
| Sales Date: | 03-31-2000 |
| Financial Consideration: | SALE PRICE (FULL) |
| Recording Date: | 04-03-2000 |
| Transaction Type: | TIMESHARE |
| Property Type: | COMMERCIAL |
| Land Use: | TIME SHARE |
| Cash/Mortgage Purchase: | CASH |

Due to the nature of the origin of public record information, the public records and commercially
available data sources used in reports may contain errors. Source data is sometimes reported or
entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product
or service aggregates and reports the data, as provided by public records and commercially available
data sources and is not the source of the data. Before relying on any data, it should be independently
verified.

Return to Summary | New Search

Exhibit 1
Page 19 of 24



Print

**Knowx Data**                                    Date: February 02, 2008

## REAL ESTATE DETAIL RECORD

| | |
|---|---|
| Buyer Name: | ✓MCKINLEY FORREST J |
| Buyer's Address: | 21813 PICO ST 00000D |
| | GRAND TERRACE CA 92313-5818 |
| Seller Name: | TAX COLLECTOR & EL DORADO |
| | COUNTY |
| Property Address: | CA |
| County: | ✓EL DORADO |
| Assessor's Parcel Number: | ✓500-076-581 |
| Document Number: | 000000016423 |
| Document Type: | FORECLOSURE |
| Document Year: | 2000 |
| Sale Amount: | $1,500.00 |
| Sales Date: | 03-31-2000 |
| Financial Consideration: | SALE PRICE (FULL) |
| Recording Date: | 04-03-2000 |
| Transaction Type: | TIMESHARE |
| Property Type: | COMMERCIAL |
| Land Use: | TIME SHARE |
| Cash/Mortgage Purchase: | CASH |

Due to the nature of the origin of public record information, the public records and commercially
available data sources used in reports may contain errors. Source data is sometimes reported or
entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product
or service aggregates and reports the data, as provided by public records and commercially available
data sources and is not the source of the data. Before relying on any data, it should be independently
verified.

Return to Summary | New Search

Exhibit ___1___
Page 20 of 24



f:

Print

Knowx Data                                        Date: February 02, 2008

## REAL ESTATE DETAIL RECORD

| | |
|---|---|
| **Buyer Name:** | ✓ MCKINLEY FORREST J |
| **Buyer's Address:** | 21813 PICO ST 00000D |
| | GRAND TERRACE CA 92313-5818 |
| **Seller Name:** | TAX COLLECTOR & EL DORADO |
| | COUNTY |
| **Property Address:** | CA |
| **County:** | ✓ EL DORADO |
| **Assessor's Parcel Number:** | ✓ 500-070-441 |
| **Document Number:** | 000000016415 |
| **Document Type:** | FORECLOSURE |
| **Document Year:** | 2000 |
| **Sale Amount:** | $1,500.00 |
| **Sales Date:** | 03-31-2000 |
| **Financial Consideration:** | SALE PRICE (FULL) |
| **Recording Date:** | 04-03-2000 |
| **Transaction Type:** | TIMESHARE |
| **Property Type:** | COMMERCIAL |
| **Land Use:** | TIME SHARE |
| **Cash/Mortgage Purchase:** | CASH |

Due to the nature of the origin of public record information, the public records and commercially
available data sources used in reports may contain errors. Source data is sometimes reported or
entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product
or service aggregates and reports the data, as provided by public records and commercially available
data sources and is not the source of the data. Before relying on any data, it should be independently
verified.

Return to Summary | New Search

Exhibit _____
Page 21 of 24



Knowx Data                                            Date: February 02, 2008

## REAL ESTATE DETAIL RECORD

| | |
|---|---|
| **Buyer Name:** | ✓ MCKINLEY FORREST J |
| **Buyer's Address:** | 21813 PICO ST 00000D |
| | GRAND TERRACE CA 92313-5818 |
| **Seller Name:** | TAX COLLECTOR & EL DORADO |
| | COUNTY |
| **Property Address:** | CA |
| **County:** | ✓ EL DORADO |
| **Assessor's Parcel Number:** | ✓ 500-067-281 |
| **Document Number:** | 000000016409 |
| **Document Type:** | FORECLOSURE |
| **Document Year:** | 2000 |
| **Sale Amount:** | $1,500.00 |
| **Sales Date:** | 03-31-2000 |
| **Financial Consideration:** | SALE PRICE (FULL) |
| **Recording Date:** | 04-03-2000 |
| **Transaction Type:** | TIMESHARE |
| **Property Type:** | COMMERCIAL |
| **Land Use:** | TIME SHARE |
| **Cash/Mortgage Purchase:** | CASH |

Due to the nature of the origin of public record information, the public records and commercially
available data sources used in reports may contain errors. Source data is sometimes reported or
entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product
or service aggregates and reports the data, as provided by public records and commercially available
data sources and is not the source of the data. Before relying on any data, it should be independently
verified.

Return to Summary | New Search

Exhibit 1
Page 22 of 24




Print

**Knowx Data**                                    Date: **February 02, 2008**

## REAL ESTATE DETAIL RECORD

| | |
|---|---|
| **Buyer Name:** | √ MCKINLEY FORREST J |
| **Buyer's Address:** | 21813 PICO ST 00000D |
| | GRAND TERRACE CA 92313-5818 |
| **Seller Name:** | TAX COLLECTOR & EL DORADO |
| | COUNTY |
| **Property Address:** | CA |
| **County:** | √ EL DORADO |
| **Assessor's Parcel Number:** | √ 500-091-231 |
| **Document Number:** | 000000016451 |
| **Document Type:** | FORECLOSURE |
| **Document Year:** | 2000 |
| **Sale Amount:** | $1,500.00 |
| **Sales Date:** | 03-31-2000 |
| **Financial Consideration:** | SALE PRICE (FULL) |
| **Recording Date:** | 04-03-2000 |
| **Transaction Type:** | TIMESHARE |
| **Property Type:** | COMMERCIAL |
| **Land Use:** | TIME SHARE |
| **Cash/Mortgage Purchase:** | CASH |

Due to the nature of the origin of public record information, the public records and commercially
available data sources used in reports may contain errors. Source data is sometimes reported or
entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product
or service aggregates and reports the data, as provided by public records and commercially available
data sources and is not the source of the data. Before relying on any data, it should be independently
verified.

Return to Summary | New Search

Exhibit 1
Page 23 of 24




Print

**Knowx Data**                                    Date: **February 02, 2008**

## REAL ESTATE DETAIL RECORD

| | |
|---|---|
| **Buyer Name:** | ✓ MCKINLEY FORREST J |
| **Buyer's Address:** | 21813 PICO ST 00000D |
| | GRAND TERRACE CA 92313-5818 |
| **Seller Name:** | TAX COLLECTOR & EL DORADO |
| | COUNTY |
| **Property Address:** | CA |
| **County:** | ✓ EL DORADO |
| **Assessor's Parcel Number:** | ✓ 500-046-981 |
| **Document Number:** | 000000016372 |
| **Document Type:** | FORECLOSURE |
| **Document Year:** | 2000 |
| **Sale Amount:** | $1,500.00 |
| **Sales Date:** | 03-31-2000 |
| **Financial Consideration:** | SALE PRICE (FULL) |
| **Recording Date:** | 04-03-2000 |
| **Transaction Type:** | TIMESHARE |
| **Property Type:** | COMMERCIAL |
| **Land Use:** | TIME SHARE |
| **Cash/Mortgage Purchase:** | CASH |

Due to the nature of the origin of public record information, the public records and commercially available data sources used in reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product or service aggregates and reports the data, as provided by public records and commercially available data sources and is not the source of the data. Before relying on any data, it should be independently verified.

Return to Summary | New Search

Exhibit _____1_____
Page  24  of  24