Terry R. Marston, *pro hac vice,* terry@marstonelison.com
Jami K. Elison, *pro hac vice,* jami@marstonelison.com
MARSTON ELISON, PLLC
16880 N.E. 79th Street
Redmond, Washington  98052
(425) 861-5700

PAUL J.  NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska  99501
Telephone:  (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, ) ) | Case No.: A03-0199CV (RRB) |
| Plaintiff, ) | |
| vs. ) | |
| FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, ) ) ) ) | **NOTICE OF SUBMISSION OF PROPOSED ORDER** |
| Defendant. ) | |

EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC., )

Counterclaimant/Third-party Claimant, )

v. )

ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al., )

Cross-defendants/Third-party Defendants. )

THE UNITED STATES OF AMERICA for the )
and benefit of ABSOLUTE ENVIRONMENTAL )
SERVICES, INC., an Alaska Corporation, )
                        )
            Plaintiff,         )
                        )
    vs.                     )
                        )
SAFECO INSURANCE COMPANY OF       )
AMERICA, a Washington Corporation.     )
                        )
           Defendants.      )

BRECHAN ENTERPRISES, INC., an Alaska )
corporation,                    )
                        )
         Counterclaim Plaintiff,   )
    vs.                     )
                        )
ABSOLUTE ENVIRONMENTAL SERVICES )
INC., an Alaska Corporation,        )
                        )
         Counterclaim Defendant )

BRECHAN ENTERPRISES, INC., an Alaska )
corporation,                    )
                        )
         Third-Party Plaintiff,    )
    vs.                     )
                        )
COFFMAN ENGINEERS, INC, a Washington )
Corporation.                    )
                        )
         Third-Party Defendant.   )

ABSOLUTE ENVIRONMENTAL         )
SERVICES, INC., an Alaska Corporation,   )
                        )
         Plaintiff/Cross-claimant, )
    vs.                     )
                        )
COFFMAN ENGINEERS, INC, a Washington )
Corporation.                    )
                        )
         Third-Party Defendant.   )

PLEASE TAKE NOTICE that pursuant to the Clerk's instruction of 2/25/08, Plaintiff Absolute Environmental Services, Inc. attaches hereto a Proposed Order in support of it's Motion for an Order Pursuant to 28 U.S.C. § 1963 Permitting Plaintiff to Register this Court's Judgment in any United States District (Docket No. 686).

DATED this 25th day of February, 2008.

**MARSTON ELISON, PLLC**

By s/Terry R. Marston II_____
      Terry R. Marston II, WSBA No. 14440
      Jami K. Elison, WSBA No. 31007
Attorneys for Plaintiff Absolute Environmental Service, Inc.

I hereby certify that on the date given a copy of the forgoing was electronically filed with the Clerk of Court using the CM/ECF system and was served electronically on the following:

Paul J. Nangle, PaulJ.Nangle@acsalaska.net
William Baerg, baerg@mmlawyers.com
Patrick Duffy, duffy@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Michael E. Kreger, mkreger@perkinscoie.com
Jacob Nist, jnist@perkinscoie.com
Thomas A. Larkin, talarkin@lawssg.com
James B. Stoetzer, StoetzerJ@LanePowell.com
Peter Partnow, PartnowP@LanePowell.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

s/Terry R. Marston II_____