Terry R. Marston, *pro hac vice*, terry@marstonelison.com
Jami K. Elison, *pro hac vice,* jami@marstonelison.com
MARSTON ELISON, PLLC
16880 N.E. 79th Street
Redmond, Washington  98052
(425) 861-5700


PAUL J.  NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska  99501
Telephone:  (907) 274-8866



Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, ) | Case No.: A03-0199CV (RRB) |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | **ORDER PURSUANT TO 28 U.S.C. § 1963 PERMITTING PLAINTIFF TO REGISTER THIS COURT'S JUDGMENT IN ANY UNITED STATES DISTRICT** |
| FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, ) | |
| Defendant. ) | **[PROPOSED]** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC., ) | |
| Counterclaimant/Third-party Claimant, ) | |
| v. ) | |
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al., ) | |
| Cross-defendants/Third-party Defendants. ) | |

THE UNITED STATES OF AMERICA for the )
and benefit of ABSOLUTE ENVIRONMENTAL )
SERVICES, INC., an Alaska Corporation, )
                                      )
           Plaintiff, )
                                        )
   vs. )
                                        )
SAFECO INSURANCE COMPANY OF )
AMERICA, a Washington Corporation. )
                                        )
           Defendants. )

BRECHAN ENTERPRISES, INC., an Alaska )
corporation, )
                                        )
          Counterclaim Plaintiff, )
   vs. )
                                        )
ABSOLUTE ENVIRONMENTAL SERVICES )
INC., an Alaska Corporation, )
                                        )
          Counterclaim Defendant )

BRECHAN ENTERPRISES, INC., an Alaska )
corporation, )
                                        )
          Third-Party Plaintiff, )
   vs. )
                                        )
COFFMAN ENGINEERS, INC, a Washington )
Corporation. )
                                        )
          Third-Party Defendant. )

ABSOLUTE ENVIRONMENTAL )
SERVICES, INC., an Alaska Corporation, )
                                        )
          Plaintiff/Cross-claimant, )
   vs. )
                                        )
COFFMAN ENGINEERS, INC, a Washington )
Corporation. )
                                        )
          Third-Party Defendant. )

1

2    This motion came before the Court, Honorable Ralph R. Beistline, District Judge, presiding,

and having considered all the pleadings regarding an Order Permitting Plaintiff to Register this

3

Court's Judgment in any United States District it is hereby

4

**ORDERED, ADJUDGED, AND DECREED** that the plaintiff ABSOLUTE

5

ENVIRONMENTAL SERVICES, INC. is authorized to enter this Court's Final Judgment of

6

7    January 18, 2008 in any United States District where defendant is believed to have assets.

8        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that good cause has been

9    shown for the entry of this order.

10        DATED this _____ day of _____, 2008.

11                                    _____

12                                    The Honorable Ralph R. Beistline
                                     United States District Court Judge

13

*PRESENTED BY:*

14    **MARSTON ELISON, PLLC**

15    By s/Terry R. Marston II_____
          Terry R. Marston II, WSBA No. 14440

16        Jami K. Elison, WSBA No. 31007
    Attorneys for Plaintiff Absolute Environmental Service, Inc.

17

18

19    I hereby certify that on the date given a copy of the
    forgoing was electronically filed with the Clerk of

20    Court using the CM/ECF system and was served
    electronically on the following:

21    William R. Baerg, Patrick J. Duffy
    Eric J. Brown

22    Robert J. Dickson
    Michael E Kreger, Jacob Nist

23    James B. Stoetzer, Peter C. Partnow

24    s/Terry R. Marston II_____

25

26