RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

08-35159

FEB 19 2008

FILED _____
UNITED STATES COURT OF APPEALS   DOCKETED _____
FOR THE NINTH CIRCUIT            DATE    INITIAL

**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: <u>Absolute Environmental Services, Inc. v McKinley et al</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>Ralph R. Beistline - 3:03-cv-00199-RRB</u>
Date Complaint/Indictment/Petition Filed: <u>8/23/ 2008</u>
Date Appealed Order/Judgment *entered*:<u>1/7/2008</u>
Date NOA *filed*: <u>2/1/2008</u>
COA Status (check one):
__ granted in full (attach order)      __denied in full (send record)
__ granted in part (send record)       __pending

RECEIVED
FEB 27 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Court Reporter(s) Name and Phone Number: <u>Sherry Mons - 907-451-5791</u>
Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: <u>2/4/2008</u>       Date Docket Fee billed: __
Date FP granted: __                          Date FP denied: __
Is FP pending? __                            Was FP Limited/Revoked?
US Government Appeal? __
Companion Cases? Please list: __
   Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellant Counsel:                  Appellee Counsel:
Terry R. Marston                    Eric J. Brown
Marston Heffeman Foreman, PLLC      Jermain Dunnagan & Owens
16880 NE 79th Street                3000 A. Street, Suite 300
Redmond, WA 98052                   Anchorage, AK 99501
Fax: 425-861-6969                   Fax: 907-563-7322
Email: terry@marstonelison.com      Email: ebrown@jdolaw.com

<u>X</u> retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __         Address: __
Custody: __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form: <u>Sherry Mons - 907-451-5791</u>