### UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA
### TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # 08-35159                    U.S. District Court # 03-cv-00199-RRB

Short Case Title   Absolute Environmental Services, Inc. v. Forrest J. McKinley, et al.

Date Notice of Appeal Filed by Clerk of District Court 2/1/2008

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| None | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| | | OTHER |

**(Attach Additional Page for Designations if Necessary)**

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

(✓) I do not intend to designate any portion of the transcript and XXXXXXXXXXX have notified counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered  N/A                    Estimated Date for Completion  N/A

Signature of Attorney  /s/ Terry R. Marston              Phone Number  (425) 861-5700

Address  Marston Elison, PLLC By: Terry R. Marston
          16880 NE 79th Street
          Redmond, WA 98052-4424

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.
        (Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

   Approximate Number of Pages _____   Due Date _____

**Section C - To Be Completed by Court Reporter**

   Date Transcript Filed _____ Court Reporter's Signature _____

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2008 a copy of the forgoing Transcript Designation Form was electronically filed with the Clerk of Court using the CM/ECF system and was served electronically on the following:

Paul J. Nangle, PaulJ.Nangle@acsalaska.net
William Baerg, baerg@mmlawyers.com
Patrick Duffy, duffy@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Michael E. Kreger, mkreger@perkinscoie.com
Jacob Nist, jnist@perkinscoie.com
Thomas A. Larkin, talarkin@lawssg.com
James B. Stoetzer, StoetzerJ@LanePowell.com
Peter Partnow, PartnowP@LanePowell.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

s/Terry R. Marston II