UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

RECEIVED
FEB 2 8 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

U.S. Court of Appeals # __07-35833__                U.S. District Court # __CV-03-00199-RRB__

Short Case Title __Absolute Environmental Services, Inc. v. Forrest J. McKinley__

Date /Notice of Appeal Filed by Clerk of District Court __01/28/2008__  (Amended)

Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| NONE | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| | | OTHER |

(Attach Additional Page for Designations if Necessary)

(  ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

(  ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

(XX) I do not intend to designate any portion of the transcript and xxxxxxxxxx have notified counsel of this intention.

(  ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered __N/A__                Estimated Date for Completion __N/A__

Signature of Attorney _____  Phone Number __(213) 612-9900__

Address __Monteleone & McCrory, LLP, By: William R. Baerg__
__725 S. Figueroa Street, Suite 3200__
__Los Angeles, CA  90017-5446__

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
(Signature of Court Reporter)

(  ) Arrangements for payment were made on _____

(  ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____   Due Date _____

Section C - To Be Completed by Court Reporter

Date Transcript Filed _____   Court Reporter's Signature _____

## CERTIFICATE OF SERVICE BY ECF

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on February 25, 2008, a copy of the foregoing was electronically filed with the Clerk of the United States District Court, District of Alaska, using the CM/ECF System and was served electronically on the following:

> William R. Baerg, baerg@mmlawyers.com
> Michael Stephenson, mstephenson@jdolaw.com
> Robert J. Dickson, acgecf@acglaw.com
> Patrick J. Duffy, III, duffy@mmlawyers.com
> Jami K. Elison, jamie@marstonelison.com
> Michael E. Kreger, mkreger@perkinscoie.com
> Thomas A. Larkin, tlarkin@lawssg.com
> Terry R. Marston, terry@marstonelison.com
> Paul J. Nangle, PaulJ.Nangle@acsalaska.net
> Jacob B. Nist, jnist@perkinscoie.com
> Peter C. Partnow, PartnowP@LanePowell.com
> James B. Stoetzer, StoetzerJ@LanePowell.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on February 25, 2008, at Los Angeles, California.

/S/ *Sallie Raspa*
SALLIE RASPA