1  PATRICK J. DUFFY, III, ESQ.
   WILLIAM R. BAERG, ESQ.
2  MONTELEONE & McCRORY, LLP
   725 S. Figueroa Street, Suite 3200
3  Los Angeles, California 90017-5446
   Telephone: (213) 612-9900
4  Facsimile: (213) 612-9930
   (duffy@mmlawyers.com)
5  (baerg@mmlawyers.com)

6  Attorneys for Defendant and
   Cross-Complainant EMERCO, INC.
7

8                  **IN THE UNITED STATES DISTRICT COURT**

9                          **FOR THE DISTRICT OF ALASKA**

10

11 ABSOLUTE ENVIRONMENTAL SERVICES,   ) CASE NO. A-03-0199 Civil (RRB)
   INC., an Alaskan Corporation,       )
12                                     ) **OPPOSITION OF DEFENDANTS**
               Plaintiff,              ) **FORREST J. McKINLEY AND**
13                                     ) **EMERCO, INC. TO PLAINTIFF'S**
     v.                                ) **MOTION TO REGISTER**
14                                     ) **JUDGMENT IN ANY UNITED**
   FORREST J. McKINLEY and "JANE DOE"  ) **STATES DISTRICT**
15 McKINLEY, and the marital community property )
   composed thereof d/b/a/ "Imperial Industrial )
16 Coatings" and EMERCO, INC., a California )
   Corporation d/b/a/ Imperial Industrial Coatings, )
17                                     )
               Defendants.              )
18 _____ )

19

20        Defendants Emerco, Inc., dba Imperial Industrial Coatings and Forrest J. McKinley

21 ("Defendants") oppose Absolute Environmental Services, Inc.'s ("Absolute") motion to register

22 this Court's judgment in any United States District because the motion's assertion of "good

23 cause" is not supported by sufficient evidence.  The Declaration of David Olson, although

24 purportedly based on his "personal knowledge of the facts" is clearly otherwise. *See* F.R.E. 801.

25 Each material fact asserted in the declaration regarding the extent and location of the

26 Defendants' assets is based upon some unidentified "information and belief" and because it "is

27 believed." Whether or not Mr. Olson *believes* something, or claims to have unidentified

28 information supporting his belief, is not an adequate evidentiary foundation.  The declaration is

1  double hearsay, and fails to establish a foundation for any of its conclusions or assertions,

2  including the exhibit attached to the declaration. The declaration does not comport to the

3  Federal Rules of Evidence and should be stricken.

4      Moreover, the motion is wholly focused on the assets of Forrest J. McKinley, the only

5  defendant whose case is on appeal. As for defendant Emerco, Inc., dba Imperial Industrial

6  Coatings (whose judgment is not on appeal), Absolute has made no showing as to the location or

7  extent of the assets, whether in Alaska or California or elsewhere. Hence, no showing of good

8  cause has been demonstrated.

9      Defendants respectfully requests the motion to register this Court's judgment in any

10 United States District be denied.

11

12 DATED:   March 7, 2008           MONTELEONE & McCRORY LLP

13                                 Attorneys for Forrest J. McKinley

14

15                                 /s/  *William R. Baerg*

16                                 By_____
                                       PATRICK J. DUFFY III
17                                     WILLIAM R. BAERG

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that on March 7, 2008, a copy of the foregoing was electronically filed with the Clerk of the United States District Court, District of Alaska, using the CM/ECF System and was served electronically on the following:

William R. Baerg, baerg@mmlawyers.com
Eric J. Brown, ebrown@jdolaw.com
Robert J. Dickson, acgecf@acglaw.com
Patrick J. Duffy, III, duffy@mmlawyers.com
Jami K. Elison, jamie@marstonelison.com
Michael E. Kreger, mkreger@perkinscoie.com
Thomas A. Larkin, tlarkin@lawssg.com
Terry R. Marston, terry@marstonelison.com
Paul J. Nangle, PaulJ.Nangle@acsalaska.net
Jacob B. Nist, jnist@perkinscoie.com
Peter C. Partnow, PartnowP@LanePowell.com
James B. Stoetzer, StoetzerJ@LanePowell.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on March 7, 2008, at Los Angeles, California.

/s/ *Sallie Raspa*
_____
SALLIE RASPA