UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA


ABSOLUTE ENVIRONMENTAL      )
SERVICES, INC., AN ALASKA   )
CORPORATION,                )
                            )
          PLAINTIFFS,       )
                            )
     VS.                    )      NO. A03-0199CV (RRB)
                            )
FORREST J. MCKINLEY, ET AL.,)
                            )
          DEFENDANTS.       )
_____)



          THE DEPOSITION OF FORREST J. MCKINLEY, TAKEN

ON BEHALF OF THE PLAINTIFF, AT 725 SOUTH FIGUEROA STREET,

SUITE 3200, LOS ANGELES, CALIFORNIA, AT 9:08 A.M.,

WEDNESDAY, FEBRUARY 9, 2005, BEFORE SHERYL WILLIAMS,

CERTIFIED SHORTHAND REPORTER NO. 7453, PURSUANT TO

SUBPOENA.

# SEIJAS COURT REPORTERS

```
 1   APPEARANCES:
 2   FOR PLAINTIFF:
 3   MARSTON HEFFERNAN FOREMAN, PLLC
     BY:  TERRY R. MARSTON, II, ESQ.
 4   ANDERSON PARK BUILDING
     16880 N.E. 79TH STREET
 5   REDMOND, WASHINGTON 98052
     (425) 861-5700
 6
     FOR DEFENDANTS:
 7
     MONTELEONE & MCCRORY, LLP
 8   BY:  WILLIAM R. BAER, ESQ.
     725 SOUTH FIGUEROA STREET
 9   SUITE 3200
     LOS ANGELES, CALIFORNIA 90017
10   (213) 612-9900
11   FOR DEFENDANT SPECIALTY POLYMER COATINGS:
     (VIA TELEPHONE)
12
     ATKINSON, CONWAY & GAGNON, INC.
13   BY:  ROBERT J. DICKSON, ESQ.
     420 L STREET
14   SUITE 500
     ANCHORAGE, ALASKA 90501
15   (907) 276-1700
16
     ALSO PRESENT:   DAVID OLSON
17
18
19
20
21
22
23
24
25
```

SEIJAS COURT REPORTERS

1                    I N D E X

2     WITNESS              EXAMINATION                    PAGE

3     FORREST MCKINLEY     BY MR. MARSTON               4, 54

4                          BY MR. DICKSON                   4

5

6

7

8

9                        EXHIBITS

      PLAINTIFF'S                                         PAGE
10
         40       COPY OF BANK OF AMERICA VISA
11                BUSINESS CARD                            202

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SEIJAS COURT REPORTERS

1      A.    YOU HAVE ALL THE RECORDS.

2      Q.    I'D LIKE TO VERIFY THAT I HAVE ALL THE RECORDS.

3  WHERE DO YOU GET RENT FROM?

4      A.    THEY COME FROM HESPERIA.  THEY COME FROM CENTER

5  STREET.  AND A CONDO.

6      Q.    WHAT CONDO?

7      A.    IT'S IN SAN BERNARDINO COUNTY.  YOU HAVE IT ON

8  YOUR RECORDS.

9      Q.    IS THAT -- WHAT TOWN IS IT IN?

10     A.    COLTON.

11     Q.    COLTON, C-O-L-T-O-N.

12           DO YOU HAVE ANY OTHER PROPERTIES THAT YOU EARN

13  INCOME FROM?

14     A.    NO, I DON'T BELIEVE SO.

15     Q.    HAVE YOU EVER HEARD OF A COMPANY CALLED VR OR VRI

16  INTERNATIONAL?

17     A.    THAT'S VACATION RESORTS INTERNATIONAL.  IT'S A

18  TIME SHARE COMPANY.

19     Q.    DO YOU OBTAIN INCOME THROUGH VRI?

20     A.    NO, SIR.

21     Q.    DOES VRI LEASE TIME SHARES THAT YOU OWN?

22     A.    NO, SIR.

23     Q.    HOW MANY TIME SHARES DO YOU OWN?  YOU ALREADY

24  IDENTIFIED ONE IN MEXICO AND ANOTHER IN HAWAII.

25     A.    YES.  AND ANOTHER, ANOTHER EIGHT.

SEIJAS COURT REPORTERS

1  Q.  WHERE ARE THE OTHER EIGHT?

2  A.  TAHOE.

3  Q.  WHERE ARE THE OTHER EIGHT?

4  A.  TAHOE.

5  Q.  DO YOU OWN ANY CONDOS IN TAHOE?

6  A.  NO.

7  Q.  DO YOU RENT THE CONDOS IN TAHOE?

8  A.  NO.

9  Q.  ARE THEY FOR SALE?

10 A.  NO.

11 Q.  DOES SOMEBODY LIVE IN THOSE CONDOS IN TAHOE?

12 A.  THEY'RE NOT CONDOS.  PARDON ME.  THEY'RE TIME

13 SHARES.  THERE ARE NO CONDOS.

14 Q.  WELL, THERE'S ONE IN MEXICO YOU SAID?

15 A.  YES.

16 Q.  ARE THE EIGHT TIME SHARES THAT YOU OWN IN TAHOE

17 IN THE SAME FACILITY?

18 A.  YES.

19 Q.  DO YOU USE THESE EIGHT TIME SHARES YOURSELF?

20 A.  I USE ONE A YEAR PROBABLY, MAYBE TWICE A YEAR.

21 Q.  WHY DID YOU PURCHASE EIGHT OF THEM THEN?

22 A.  BECAUSE THE PRICE WAS REASONABLE, AND WE WERE

23 GOING TO -- I LET MY FRIENDS USE THEM.

24 Q.  SO YOU BOUGHT EIGHT IDENTICAL TIME SHARES IN

25 TAHOE BECAUSE THE PRICE WAS REASONABLE, AND YOU WANTED TO

SEIJAS COURT REPORTERS

1   MAKE THEM AVAILABLE TO YOUR FRIENDS; IS THAT RIGHT?

2       A.   THAT'S BASICALLY.

3       Q.   AND SO YOU DIDN'T PURCHASE THESE TIME SHARES FOR

4   ANY INVESTMENT PURPOSE THEN?

5       A.   NO, NOT ESPECIALLY.   THEY HAVE NO MARKET VALUE TO

6   SPEAK OF.

7       Q.   IS ANYBODY CURRENTLY OCCUPYING ANY OF THOSE EIGHT

8   TIME SHARES IN TAHOE?

9       A.   NO.   THEY'RE WEEKLY TIME SHARES.   THEY'RE NOT

10  CONDOS.

11      Q.   TIME SHARES.   HOW MUCH TIME PER WEEK DO YOU HAVE

12  THOSE TIME SHARES?

13      A.   THEY'RE FOR ONE WEEK PER YEAR PER UNIT.

14      Q.   IS IT A SPECIFIC WEEK, OR IS IT A FLOATING WEEK?

15      A.   I HAVE ONE THAT IS A DEEDED WEEK, AND THE REST

16  ARE FLOATING.

17      Q.   SO YOU OWN -- OTHER THAN TIME SHARES YOU OWN, THE

18  CONDOS IN ROSARITO, MEXICO, DO YOU OWN YOUR PERSONAL

19  RESIDENCE?

20      A.   NO.

21      Q.   WHO OWNS YOUR PERSONAL RESIDENCE?

22      A.   MY EX-WIFE.

23      Q.   DO YOU RENT THAT FROM HER?

24      A.   I USE IT.

25      Q.   RENT FREE?

SEIJAS COURT REPORTERS

1      A.    MAINTAIN.  AND MAINTAIN.

2      Q.    SHE CHARGES YOU NO RENT TO USE IT?

3      A.    NO.

4      Q.    DO YOU HAVE AN OPTION TO PURCHASE THAT PROPERTY?

5      A.    NO.

6      Q.    DO YOU HAVE ANY INTEREST IN THAT PROPERTY AT ALL?

7      A.    NO.

8      Q.    WHO OWNS 1186 CENTER STREET?

9      A.    THE PROPERTY I DO.

10     Q.    WHO OWNS 21813 PICO STREET?

11     A.    MY LANDLORD.

12     Q.    WHO'S YOUR LANDLORD?

13     A.    TERRY WESTLAND I BELIEVE HIS NAME IS.

14     Q.    WHAT'S THE APPRAISED VALUE OF THE 1186 CENTER

15   STREET PROPERTY?

16     A.    I HAVEN'T HAD IT APPRAISED.

17     Q.    WHAT DO YOU UNDERSTAND IT TO BE WORTH?

18     A.    I HAVEN'T INVESTIGATED IT AT ALL.

19     Q.    WHAT DID YOU PAY FOR IT?

20     A.    THAT I WOULD HAVE TO GO LOOK BACK UP ON THE SALES

21   AGREEMENT.

22     Q.    HOW LONG HAVE YOU OWNED IT?

23     A.    OH, SIX YEARS, EIGHT YEARS.

24     Q.    DO YOU OWN IT FREE AND CLEAR?

25     A.    NO, SIR.

SEIJAS COURT REPORTERS

Exhibit A, Page 7 of 11

1    Q.    WHO IS YOUR LENDER?

2    A.    THERE IS NO LENDER.  IT'S A PRIVATE NOTE.

3    Q.    WHO IS THE SELLER?

4    A.    THE SELLER HAS PASSED AWAY.  IT'S REVERTED TO ONE

5    OF HER HEIRS.

6    Q.    WHAT IS YOUR INSTALLMENT PAYMENT?

7    A.    I THINK 1,300 A MONTH.

8    Q.    THAT'S PAID TO WHOM?

9    A.    HER NAME IS RUBICON, AND THEY'RE BACK EAST.

10    Q.    SO IF I UNDERSTAND PROPERLY, YOU GET NO RENTAL

11    INCOME FROM YOUR TIME SHARES; IS THAT RIGHT?

12    A.    RIGHT.

13    Q.    DO YOU GET RENTAL INCOME FROM YOUR CONDO IN

14    ROSARITO?

15    A.    NO.

16    Q.    WHO OWNS 983 CENTER STREET?

17    A.    I DO.

18    Q.    IS 983 CENTER MORE THAN AN ACRE OF PROPERTY?

19    A.    IT'S LESS.

20    Q.    IS 1186 CENTER MORE THAN AN ACRE OF PROPERTY?

21    A.    LESS.

22    Q.    IS IT MORE THAN ONE LOT?

23    A.    1186 CENTER STREET IS TWO LOTS.

24    Q.    HOW ABOUT 983?

25    A.    IT IS ONE LOT.

SEIJAS COURT REPORTERS

1      Q.    WHO OWNS 1180 CENTER STREET?

2      A.    IT IS PART OF THE SAME PARCEL AS 1186.

3      Q.    DO YOU OWN A SERVICE STATION?

4      A.    THAT'S 983.  IT'S NOT A SERVICE STATION.

5      Q.    WHAT IS IT?  A SHOP?

6      A.    IT'S AN AUTOMOTIVE SHOP.

7      Q.    DO YOU GET ANY RENTAL INCOME FROM ANY PROPERTIES

8   OTHER THAN THE HESPERIA PROPERTY AND THE CENTER STREET

9   OFFICE?

10     A.    AND 983, WHATEVER IT IS.

11     Q.    AND WHAT RENT DO YOU GET OFF OF 983?

12     A.    I BELIEVE IT'S $800 A MONTH.

13     Q.    WHAT RENT DO YOU GET OFF OF HESPERIA?

14     A.    IT VARIES BY OCCUPANCY.

15     Q.    WHAT'S THE MAX ON THAT?

16     A.    YOU'D HAVE TO GO TO THE TAX RECORDS AND GO TO THE

17  YEARLY.

18     Q.    DO YOU KNOW WHAT THE UNITS RENT FOR?

19     A.    THEY WERE RENTING LOW AT 450 TO MAYBE 600 NOW.

20  DEPENDS ON THE LENGTH OF TIME THE TENANTS BEEN IN THERE.

21     Q.    SO AVERAGE 500?

22     A.    A LITTLE MORE THAN THAT.

23     Q.    IS THERE SIX UNITS IN THAT STRUCTURE?

24     A.    I GUESS YOU COULD CALL IT THAT.  IT'S A FOURPLEX

25  AND A DUPLEX.

SEIJAS COURT REPORTERS

1    Q.    BUT SIX RENTABLE UNITS?

2    A.    SIX RENTABLE UNITS.

3    Q.    SO IF YOU HAD FULL OCCUPANCY AND ASSUMING IT WAS

4  $600 PER UNIT, THEN MAYBE YOU'RE GETTING AS MUCH AS $3,600

5  A MONTH REVENUE?

6    A.    I THINK THE MAX EVER PAID IS 3 BECAUSE THERE'S

7  ALWAYS PROPERTY MANAGEMENT FEES AND DAMAGES AND UNITS TO

8  PUT BACK TOGETHER.  AND THEN YOU HAVE YOUR LAND -- WE PAY

9  THE TAXES AND EVERYTHING ON IT SO IT DOESN'T AVERAGE OUT

10  THAT GOOD.

11    Q.    WHAT IS THE RENT YOU GET FROM -- YOU GET RENT

12  FROM 983 AND YOU GET RENT FROM 1180?

13    A.    1180 CENTER STREET?

14    Q.    YES.

15    A.    AND 1186.  1180 PAYS ME 350 A MONTH.

16    Q.    358?

17    A.    350.

18    Q.    350 EVEN?

19    A.    UH-HUH.

20    Q.    983 GIVES YOU 800?

21    A.    UH-HUH.

22    Q.    SO IS THAT YOUR TOTAL RENTAL INCOME APPROXIMATELY

23  EACH MONTH FROM YOUR PROPERTIES DEPENDING UPON YOUR

24  OCCUPANCY?

25    A.    YES.

SEIJAS COURT REPORTERS

1    Q.    WHAT ABOUT 1186?

2    A.    THAT'S THE OFFICE.

3    Q.    SO THAT'S THE 800?

4    A.    NO.

5    Q.    THE 350?

6    A.    NO.

7    Q.    HOW MUCH DO YOU GET FOR THE OFFICE THEN?

8    A.    1,500 FROM THE COMPANY, AND 1,350 GOES OUT AS

9    PAYMENTS PLUS TAXES AND INSURANCE.

10    Q.    SO SINCE I DON'T HAVE THOSE EXPENSES FACTORED IN

11    HERE, THEN WE GET 3,000, 3,800, 4,150, 5,150.  SO YOUR NET

12    INCOME FROM RENTALS IS NECESSARILY LESS THAN 5,150 A MONTH?

13    A.    LESS THAN THAT, YES.  PLUS COSTS.

14    Q.    SO IF YOU ANNUALIZE THAT IT'S SOMETHING LESS THAN

15    $60,000 A YEAR?

16    A.    PROBABLY.  IT'S ON THE TAX RETURNS.  YOU REVIEWED

17    THEM.

18    Q.    I'M JUST TRYING TO MAKE SURE THAT I UNDERSTAND

19    WHAT'S GOING ON.  SO YOU GET APPROXIMATELY 62,000 FROM FJM

20    AND 60,000 FROM RENTAL INCOME SO YOUR INCOME IS ABOUT

21    120,000 A YEAR TAXABLE WHICH JIVES WITH WHAT YOUR TAX

22    RETURNS ARE SAYING.

23    A.    YES.

24          EVERYTHING IS OUT IN THE OPEN.

25    Q.    WE LOOKED AT THE CASH FLOWS THROUGH YOUR CHECKING

SEIJAS COURT REPORTERS