Terry R. Marston, *pro hac vice,* terry@marstonelison.com
Jami K. Elison, *pro hac vice,* jami@marstonelison.com
MARSTON ELISON, PLLC
16880 N.E. 79th Street
Redmond, Washington 98052
(425) 861-5700

PAUL J. NANGLE & ASSOCIATES
Kerry Building
101 Christensen Drive
Anchorage, Alaska 99501
Telephone: (907) 274-8866

Attorney for Plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FORREST J. MCKINLEY, an individual, d/b/a "Imperial Industrial Coatings" and EMERCO, INC., a California Corporation, d/b/a Imperial Industrial Coatings, <br><br> Defendant. | Case No.: A03-0199CV (RRB) <br><br> **ORDER PURSUANT TO 28 U.S.C. § 1963 PERMITTING PLAINTIFF TO REGISTER THIS COURT'S JUDGMENT IN ANY UNITED STATES DISTRICT** |
| EMERCO, INC., a California corporation d/b/a Imperial Industrial Coatings, and the States for Use and Benefit of EMERCO, INC., <br><br> Counterclaimant/Third-party Claimant, <br><br> v. <br><br> ABSOLUTE ENVIRONMENTAL SERVICES INC., an Alaska corporation, et al., <br><br> Cross-defendants/Third-party Defendants. | |

[~~~~~~~~] ORDER PURSUANT TO 28 U.S.C. § 1963 PERMITTING PLAINTIFF TO REGISTER
THIS COURT'S JUDGMENT IN ANY UNITED STATES DISTRICT
Case No. A03-0199CV (RRB)-- 1

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA for the ) |
| | and benefit of ABSOLUTE ENVIRONMENTA ) |
| 2 | SERVICES, INC., an Alaska Corporation,    ) |
| | ) |
| 3 | Plaintiff,    ) |
| | vs.    ) |
| 4 | ) |
| 5 | SAFECO INSURANCE COMPANY OF    ) |
| | AMERICA, a Washington Corporation.    ) |
| 6 | ) |
| | Defendants.    ) |
| 7 | |
| | BRECHAN ENTERPRISES, INC., an Alaska ) |
| 8 | corporation,    ) |
| | ) |
| 9 | Counterclaim Plaintiff,  ) |
| | vs.    ) |
| 10 | ) |
| 11 | ABSOLUTE ENVIRONMENTAL SERVICES ) |
| | INC., an Alaska Corporation,    ) |
| 12 | ) |
| | Counterclaim Defendant ) |
| 13 | BRECHAN ENTERPRISES, INC., an Alaska ) |
| | corporation,    ) |
| 14 | ) |
| 15 | Third-Party Plaintiff,   ) |
| | vs.    ) |
| 16 | ) |
| | COFFMAN ENGINEERS, INC, a Washington ) |
| 17 | Corporation.    ) |
| | ) |
| 18 | Third-Party Defendant.  ) |
| 19 | ABSOLUTE ENVIRONMENTAL    ) |
| | SERVICES, INC., an Alaska Corporation,    ) |
| 20 | ) |
| 21 | Plaintiff/Cross-claimant, ) |
| | vs.    ) |
| 22 | ) |
| 23 | COFFMAN ENGINEERS, INC, a Washington ) |
| | Corporation.    ) |
| 24 | ) |
| | Third-Party Defendant.  ) |
| 25 | |
| 26 | |

[ ORDER PURSUANT TO 28 U.S.C. § 1963 PERMITTING PLAINTIFF TO REGISTER
THIS COURT'S JUDGMENT IN ANY UNITED STATES DISTRICT
Case No. A03-0199CV (RRB)-- 2

This motion came before the Court, Honorable Ralph R. Beistline, District Judge, presiding, and having considered all the pleadings regarding an Order Permitting Plaintiff to Register this Court's Judgment in any United States District it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the plaintiff ABSOLUTE ENVIRONMENTAL SERVICES, INC. is authorized to enter this Court's Final Judgment of January 18, 2008 in any United States District where defendant is believed to have assets.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that good cause has been shown for the entry of this order.

DATED this 17 day of March, 2008.

The Honorable Ralph R. Beistline
United States District Court Judge

*PRESENTED BY:*
**MARSTON ELISON, PLLC**

By s/Terry R. Marston II
    Terry R. Marston II, WSBA No. 14440
    Jami K. Elison, WSBA No. 31007
Attorneys for Plaintiff Absolute Environmental Service, Inc.

I hereby certify that on the date given a copy of the forgoing was electronically filed with the Clerk of Court using the CM/ECF system and was served electronically on the following:

William R. Baerg, Patrick J. Duffy
Eric J. Brown
Robert J. Dickson
Michael E Kreger, Jacob Nist
James B. Stoetzer, Peter C. Partnow

s/Terry R. Marston II