

**RECEIVED**
SEP 11 2008
**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, A.K.**

**FILED**

SEP 05 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> FORREST J. MCKINLEY, <br><br> Defendant - Appellant, <br><br> and <br><br> EMERCO INC.; et al., <br><br> Defendants. | No. 07-35833 <br><br> D.C. No. CV-03-00199-RRB <br> District of Alaska, <br> Anchorage <br><br> ORDER |
| ABSOLUTE ENVIRONMENTAL SERVICES, INC., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> FORREST J. MCKINLEY, <br><br> Defendant - Appellee, <br><br> and | No. 08-35159 <br><br> D.C. No. CV-03-00199-A-RRB <br> District of Alaska, <br> Anchorage |

SL/Mediation

| |
|---|
| EMERCO INC.; et al., |
|        Defendants, |
| v. |
| EMERCO INC., |
|        Third-party-plaintiff, |
| v. |
| HOFFMAN ENGINEERS INC., |
|        Third-party-defendant. |

    Pursuant to the stipulation of the parties, these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

    This order served on the district court shall act as and for the mandate of this court.

                        FOR THE COURT

                        By: Stephen Liacouras
                        Circuit Mediator

SL/Mediation